ORIGINAL

FILED
JUN 21 2006
U.S. COURT OF FEDERAL CLAIMS

ECF

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America,<br>Defendant. | Civil Action No. 06-472-C<br><br>**Rule 7.1 Disclosure Statement** |

In accordance with Rule 7.1 of the Rules of the United States Court of Federal Claims and this Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents and/or publicly held corporations that own 10% or more of plaintiff's stock:

There are no publicly held corporate parents. The privately held corporate parent is UTEX Holdings, LLC., 4570 West Grove Drive, Suite 240, Addison, Texas 75001-5395.

Date: June 20, 2006

David W. Dunley
Signature of Attorney

Attorney Bar Code:

#1100115 v1
105707-57621