**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

TDM America, LLC,

Plaintiff,

v.

THE UNITED STATES OF AMERICA

Defendant.

No. 06-472 C

Judge Thomas C. Wheeler

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Erica A. Franklin as attorney of record for the United States. Service of all papers should be addressed as follows:

Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

DATED: July 10, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/ Erica A. Franklin

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345