# EXHIBIT 1

Arthur Kill Channel Navigation Improvement Project, Contract 2
W912DS-05-C-0003
(excerpts)

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-04-B-0003-0008 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 29-Dec-2004 | PAGE OF PAGES 1 OF 64 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-05-C-0003 | W16ROE-3336-3569 | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278 | **See Item 7** |
| TEL: 212-264-0238 FAX: 212-264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | MYRLANDE LEE | 212-264-0242 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

ARTHUR KILL CHANNEL NAVIGATION IMPROVEMENT PROJECT - CONTRACT 2
00010 - SF1442 AND BIDDING SCHEDULE
00100 - INSTRUCTIONS, CONDITIONS, AND NOTICE TO BIDDERS
00600 - REPRESENTATIONS AND CERTIFICATIONS
00700 - CONTRACT CLAUSES
00800 - SPECIAL CONTRACT REQUIREMENTS
00900 - WAGE RATES
00901 - SAMPLE FORMS
00902 - DEWATERING INSTRUCTION AND REEF
00903 - FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY
01130 - ENVIRONMENTAL PROTECTION
01270 - MEASUREMENT AND PAYMENT
01312 - QUALITY CONTROL SYSTEM
01320 - SUBSURFACE DRILLING AND SAMPLING
01330 - PROJECT SCHEDULE: NETWORK ANALYSIS SYSTEM
01330 - SUBMITTAL PROCEDURES
01420 - SAFETY
01451 - CONTRACTOR QUALITY CONTROL
02100 - SUBSURFACE DRILLING AND SAMPLING
02200 - BLASTING
02900 - DREDGING AND DISPOSAL
11010 - DIGITAL PHOTO DOCUMENTS AND COMMUNICATIONS

11. The Contractor shall begin performance within 5 calendar days and complete it within 490 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ________________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 11:00 AM *(hour)* local time 29 Jan 2004 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

### OFFER *(Must be fully completed by offeror)*

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*<br>DONJON MARINE CO INC<br>1250 LIBERTY AVENUE<br>HILLSIDE NJ 07205 | 15. TELEPHONE NO. *(Include area code)*<br>908-964-8812 |
| CODE 9S939 / FACILITY CODE | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| | | |
|---|---|---|
| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |

### AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

| | |
|---|---|
| 22. AMOUNT<br>**$54,117,882.65** | 23. ACCOUNTING AND APPROPRIATION DATA<br>**See Schedule** |

| | | |
|---|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>*(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |

| | |
|---|---|
| 26. ADMINISTERED BY CODE E3L0220<br>ENG.-ENG MGMT-ENGR METRO<br>USACOE-NYD 26 FEDERAL PLAZA CENAN-EN-MM<br>NEW YORK NY 10278-0090 | 27. PAYMENT WILL BE MADE BY: CODE<br>USACE FINANCE CENTER MILLINGTON - VISA<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF:

| | |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>ELLA D SNELL / CHIEF, CONTRACTING DIVISION<br>TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY *[signature]* / 31C. AWARD DATE 08-Mar-2005 |

Section SF 30 - BLOCK 14 CONTINUATION PAGE

APPROPRIATION AND ACCOUNTING

ACCOUNTING AND APPROPRIATION DATA

| | | | | |
|---|---|---|---|---|
| AC: | 96X88620000 082421 | 250032LK2B076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $1,000,000.00 | | | |

The total award amount of this contract is $73,984,637.91.
The obligated amount at the time of basic award is $1,000,000.00.
The unobligated award amount is $72,984,637.91.

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0001 | | | Lump Sum | | |
| | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-3336-3569 | | | | |
| | | | | NET AMT | $0.00 |

ACRN AA Funded Amount $1.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0001AA | | 1 | Lump Sum | $972,192.65 | $972,192.65 |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP | | | | |
| | | | | NET AMT | $972,192.65 |

ACRN AC Funded Amount $972,192.65

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0001AB | | 500 | Ton | $300.00 | $150,000.00 |
| | DEBRIS REMOVAL AND DISPOSAL (EST.)<br>FFP | | | | |
| | | | | NET AMT | $150,000.00 |

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 383,600 | Cubic Yard | $51.25 | $19,659,500.00 |

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ______________________________

Name of POC(s) ______________________________

Address of Site (s) ______________________________

______________________________

______________________________ Phone Number(s)

______________________________

NET AMT $19,659,500.00

ACRN AC Funded Amount $19,659,500.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 383,600 | Cubic Yard | $1.00 | $383,600.00 |

DEWATERING
FFP
IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT.

NET AMT $383,600.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 1,058,000 | Cubic Yard | $29.38 | $31,084,040.00 |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $31,084,040.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | SUBSURFACE DRILLING AND SAMPLING FFP | 15 | Each | $3,900.00 | $58,500.00 |

NET AMT $58,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | FIELD OFFICE FFP | 1 | Lump Sum | $60,000.00 | $60,000.00 |

NET AMT $60,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 45,000 | Cubic Yard | $38.89 | $1,750,050.00 |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY, (NBCDF)
TOTAL BASE BID: $____________________

| | |
|---|---|
| NET AMT | $1,750,050.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 45,000 | Cubic Yard | | |

DELETED IN ITS ENTIRETY
FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK
MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY, (NBCDF) (ESTIMATED).

| | |
|---|---|
| NET AMT | $0.00 |
| Funded Amount | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $88,687.50 | $88,687.50 |
| OPTION | OPTIONAL INSURANCE<br>FFP<br>IAW SECTION 00800, PAGE 19, PARA. 1.32 (IF EXERCISED). | | | | |
| | | | | NET AMT | $88,687.50 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | | | |
| OPTION | MATERIALS WITHIN CHANNEL AREA 1<br>FFP<br>(NORTH OF SHOOTER'S POINT) (IF EXERCISED) | | | | |
| | | | | NET AMT | $0.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AA | | 1 | Lump Sum | $50,121.76 | $50,121.76 |
| OPTION | MOBILIZATION AND DEMOBILIZATION<br>FFP | | | | |
| | | | | NET AMT | $50,121.76 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AB | | 68,000 | Cubic Yard | $48.93 | $3,327,240.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0003AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ______________________________
Name of POC(s) ______________________________
Address of Site (s) ______________________________
______________________________
______________________________ Phone Number(s)
______________________________

NET AMT $3,327,240.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AC | | 68,000 | Cubic Yard | $1.00 | $68,000.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSALFACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT.

NET AMT $68,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AD | | 160,000 | Cubic Yard | $29.38 | $4,700,800.00 |

OPTION

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIAL AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $4,700,800.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | | | | |

OPTION

FFP
ALL MATERIALS AROUND PIPES, UTILITIES AREA 1 (IF EXERCISED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AA | | 1 | Lump Sum | $30,000.00 | $30,000.00 |

OPTION

MOBILIZATION AND DEMOBILIZATION
FFP

NET AMT $30,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AB | | 119,000 | Cubic Yard | $52.38 | $6,233,220.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0004AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ____________________

Name of POC(s) ____________________

Address of Site (s) ____________________

____________________

____________________ Phone Number(s)

____________________

NET AMT $6,233,220.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AC | | 119,000 | Cubic Yard | $1.00 | $119,000.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $119,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AD | | 93,300 | Cubic Yard | $29.38 | $2,741,154.00 |
| OPTION | | | | | |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $2,741,154.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | | | |
| OPTION | | | | | |

FFP
ALL MATERIALS AROUND PIPES, UTILITIES AREA 2 (IF EXERCISED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 1 | Lump Sum | $10,000.00 | $10,000.00 |
| OPTION | MOBILIZATION AND DEMOBILIZATION | | | | |

FFP

NET AMT $10,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 2,000 | Cubic Yard | $52.64 | $105,280.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0005AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);
Name of Site (s) ______________________________
Name of POC(s) ______________________________
Address of Site (s)

______________________________
______________________________
______________________________

Phone Number(s)

NET AMT $105,280.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 2,000 | Cubic Yard | $1.00 | $2,000.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $2,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 29,000 | Cubic Yard | $37.16 | $1,077,640.00 |

OPTION

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $1,077,640.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | | | | |

OPTION

FFP
ALL MATERIALS AROUND PIPES, UTILITIES AREA 3 IF EXERCISED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 1 | Lump Sum | $10,000.00 | $10,000.00 |

OPTION

MOBILIZATION AND DEMOBILIZATION
FFP

NET AMT $10,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 6,400 | Cubic Yard | $52.38 | $335,232.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0006AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES) (ESTIMATED);

Name of Site (s) ______________________________
Name of POC(s) ______________________________
Address of Site (s) ______________________________
______________________________
______________________________ Phone Number(s)
______________________________

NET AMT $335,232.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AC | | 6,400 | Cubic Yard | $1.00 | $6,400.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $6,400.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AD | | 21,000 | Cubic Yard | $29.38 | $616,980.00 |

OPTION

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $616,980.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AE | | 1 | Lump Sum | $5,000.00 | $5,000.00 |

OPTION

FFP
REMOVAL AND DISPOSAL OF ABANDONED TELEPHONE CABLE

NET AMT $5,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 200 | Ton | $200.00 | $40,000.00 |

OPTION

FFP
DEBRIS REMOVAL AND DISPOSAL

NET AMT $40,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 OPTION | | 500 | Ton | $200.00 | $100,000.00 |

FFP
DEBRIS REMOVAL AND DISPOSAL

NET AMT $100,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 OPTION | | 1,000 | Ton | $200.00 | $200,000.00 |

FFP
DEBRIS REMOVAL AND DISPOSAL
TOTAL BASE BID PLUS OPTIONAL ITEMS: $____________________

NET AMT $200,000.00

Funded Amount $0.00

FOB: Destination

**TOTAL BASE BID: $______________________________**

**TOTAL BASE BID PLUS OPTIONAL ITEMS: $______________________________**

| | | |
|---|---|---|
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-7 | Insurance--Liability To Third Persons | MAR 1996 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| ~~52.232-27~~ | ~~Prompt Payment for Construction Contracts~~ | ~~OCT 2003~~ |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.244-6 | Subcontracts for Commercial Items | APR 2003 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | FEB 2003 |
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | APR 2003 |
| 252.232-7003 | Electronic Submission of Payment Requests | MAR 2003 |