# EXHIBIT 2

New York Harbor & Adjacent Channels, Port Jersey Channel, Contract 1
DACW51-03-C-0001
(excerpts)

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW51-02-B-0006-0004 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 28-Oct-2002 | PAGE OF PAGES 1 OF 87 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DACW51-03-C-0001 | SEE SCHEDULE | |

| 7. ISSUED BY CODE DACW51 | 8. ADDRESS OFFER TO (If Other Than Item 7) CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA (DACW51)<br>NEW YORK NY 10278-0090 | **See Item 7** |
| TEL: FAX: (212)264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | MYRLANDE LEE | 212-264-0242 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

NEW YORK HARBOR AND ADJACENT CHANNELS, PORT JERSEY CHANNEL, CONTRACT NO.1 BAYONNE, NEW JERSEY

The project consists of the dredging and disposal of non-rock material.

This project is unrestricted pursuant to the Small Business Competiveness Demonstration Program.
NAICS Code: 234990, size standard $17.0 million.

Contract Specialist: Myrlande Lee 212-264-4863
Technical Point of Contact: Jamal Sulayman 212-264-9074

All work shall be in accordance with the drawings and specifications or instructions attached within.

11. The Contractor shall begin performance within 5 calendar days and complete it within 300 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ________________.)*

12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*

[X] YES [ ] NO

12B. CALENDAR DAYS: 10

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 10 Jun 2002 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

# SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
DONJON MARINE CO INC
1250 LIBERTY AVENUE
HILLSIDE NJ 07205

15. TELEPHONE NO. *(Include area code)*
908-964-8812

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

CODE
9S939

FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

## SEE SCHEDULE

22. AMOUNT
**$17,613,600.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)*

ITEM
Block 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE 9321AE
U.S. ARMY CORPS OF ENGINEERS
CAVEN POINT TERMINAL
3 CHAPEL AVENUE - PORT LIBERTE
JERSEY CITY NJ 07305-0115

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE AT
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Govemment solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF: DACW51-03-C-0001

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
STUART L SUMNER / BRANCH CHIEF

TEL: 212-264-0238 EMAIL: stuart.l.sumner@usace.army.mil

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
28-Oct-2002

Section 00010 - Solicitation Contract Form

PAGE 2A OF SF 1442
Page 2a Continuation Sheet, SF 1442:

PORT JERSEY CHANNEL, BAYONNE, NEW JERSEY

Solicitation No.: DACW51-02-B-0006
Contract No.: DACW51-03-C-0001
Contractor: Don Jon Marine Co., Inc.

**BLOCK 21, ITEMS ACCEPTED:** ALL CLINs

**ITEMS ACCEPTED FOR OBLIGATION PURPOSES:** CLINs: 0001, 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, 0001AJ, 0002, 0003, and 0004

**ITEMS NOT OBLIGATED -** CLINs: CLIN 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, 0001AJ, 0002, 0003, and 0004

Amendments: 0001 dated 5/31/02, 0002 dated 6/21/02, 0003 dated 7/2/02 and 0004 dated 7/11/02
This is a continuing contract clause. The sum of $1,050,000.00 is available for FY03.

Wage Rate Decision No: NJ020003, including Modification No. 7, dated 7/5/02

Bid Verification Letter dated 03 September 2002.

Block 22, "Amount":
Total Award Amount: Seventeen Million Six Hundred Thirteen Thousand Six Hundred Dollars and Zero cent. ($17,613,600.00)

PURCHASE REQUEST: W16ROE-2092-8721

Total Award Amount: $17,613,600.00

| | | | | |
|---|---|---|---|---|
| AA: | 96X31220000 082421 | 2500154L4B076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $1,050,000.00 | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |

CONTRUCTION CONTRACT FOR PORT JERSEY 41' PROJECT
"CONTRACT #1"

NET AMT $0.00

ACRN AA Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | MOBILIZATION AND DEMOBILIZATION | 1 | Lump Sum | $1,750,000.00 | $1,750,000.00 |

NET AMT $1,750,000.00

ACRN AA Funded Amount $1,050,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 50 | Ton | $200.00 | $10,000.00 |

DEBRIS REMOVAL AND DISPOSAL

NET AMT $10,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 299,400 | Cubic Yard | $37.00 | $11,077,800.00 |

DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS Excludes Dewatering: ITEM 0001AD

NET AMT $11,077,800.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 299,400 | Cubic Yard | $1.00 | $299,400.00 |

DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $299,400.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | $4,000.00 | $60,000.00 |

SUBSURFACE DRILLING AND SAMPLING

NET AMT $60,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 1 | Lump Sum | $75,000.00 | $75,000.00 |

FIELD OFFICE

NET AMT $75,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 192,000 | Cubic Yard | $61.00 | $11,712,000.00 |

DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS (PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY)

NET AMT $11,712,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 192,000 | Cubic Yard | $1.00 | $192,000.00 |

DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $192,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 54,600 | Cubic Yard | $39.00 | $2,129,400.00 |

DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS (PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY)

NET AMT $2,129,400.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | OPTIONAL ITEM | 1 | Lump Sum | $100,000.00 | $100,000.00 |

ADDITIONAL COST FOR OPTIONAL INSURANCE

NET AMT $100,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | OPTIONAL ITEM/DIFFERENCE IN COST | 53,000 | Cubic Yard | $-51.00 | $-2,703,000.00 |

OPTIONAL ITEM/DIFFERENCE IN COST, TO THE PROJECT FOR PLACEMENT AT THE HARS DREDGING TRANSPORTATION, DELIVERY AND PLACEMENT OF NON-ROCK MATERIALS (as in Item 0001AG) FOR PLACEMENT AT THE HARS (NEGATIVE NUMBER TO BE SHOW IN PARENTHESIS)

NET AMT $-2,703,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | OPTIONAL ITEM/DIFFERENCE IN COST | 139,000 | Cubic Yard | $-51.00 | $-7,089,000.00 |

OPTIONAL ITEM/DIFFERENCE IN COST, TO THE PROJECT FOR PLACEMENT AT THE HARS PLACEMENT OF NON-ROCK (sand and gravel) MATERIALS (As in Item 0001AG and 0001AH) (NEGATIVE NUMBER TO BE SHOWN IN PARENTHISIS)

NET AMT $-7,089,000.00

Funded Amount $0.00

| | | |
|---|---|---|
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-11 | Buy American Act--Balance of Payments Program--Construction Materials Under Trade Agreements | FEB 2002 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.229-5 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | DEC 1998 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2001 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |