# EXHIBIT 3

New York Harbor & Adjacent Channels, Port Jersey Channel, Contract 2
W912DS-04-C-0008
(excerpts)

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|---|
| | DACW51-03-B-0018-0005 | [X] SEALED BID (IFB)<br>[ ] NEGOTIATED *(RFP)* | 17-Feb-2004 | 1 OF 74 |

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-04-C-0008 | SEE SCHEDULE | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE W912DS |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278 | CONTRACTING DIVISION<br>26 FEDERAL PLAZA ROOM 1843<br>NEW YORK NY 10278 |
| TEL: 212-264-0238 FAX: 212-264-3013 | TEL: 212-264-9069 FAX: 212-264-3013 |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | RENEE GEORGE | 212-264-0240 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

NEW YORK HARBOR AND ADJACENT CHANNELS Port Jersey Channel, Contract No. 2, Bayonne, New Jersey

This Procurement is Unrestricted
NAICS Code 237990, Size Standard $28.5M

Contract Specialist: Renee George, (212) 264-0154
Technical Manager: Jamal Sulayman, (212) 264-9080

NOTES NEW REQUIREMENT: BONDS, POWERS OF ATTORNEY, STATEMENTS OF AUTHENTICITY AND CONTINUING VALIDITY, AND ALL RELATED DOCUMENTS MUST NOT BEAR COMPUTER PRINTER GENERATED SIGNATURES AND/OR SEALS. DOCUMENTS BEARING SIGNATURES AND/OR SEALS GENERATED AS PART OF A DOCUMENT, AS OPPOSED TO BEING AFFIXED TO THE DOCUMENT AFTER ITS GENERATION, WILL NOT BE ACCEPTED. SUBMISSION OF SUCH DOCUMENTS MAY RENDER THE BID OR OFFER NON-RESPONSIVE AND INELIGIBLE FOR AWARD. PLEASE REVIEW ALL BONDS AND ACCOMPANYING DOCUMENTS REQUIREDTO BE SUBMITTED.

11. The Contractor shall begin performance within 5 calendar days and complete it within 420 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* ______ *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| [X] YES [ ] NO | 10 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 22 Sep 2003 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

# SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
GREAT LAKES DREDGE & DOCK COMPANY
BRADLEY HANSEN
2122 YORK ROAD
OAKBROOK IL 60523-1989

15. TELEPHONE NO. *(Include area code)*
630-574-3000

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

CODE 1BSU5

FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

# SEE SCHEDULE

22. AMOUNT
**$37,320,650.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE E3M1130
ADMINISTRATICE SERVICES SECT.
USACOE-NYD 26 FEDERAL PLAZA CENAN-CO-CA
NEW YORK NY 10278-0090

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE AT
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 212-264-0238 EMAIL: ella.d.snell@usace.army.mil

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY Ella D Snell

31C. AWARD DATE
17-Feb-2004

Section SF 30 - BLOCK 14 CONTINUATION PAGE

CONTINUATION OF 1442

1442 CONTINUATION

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SF 1442, BLOCK 21, **ITEMS ACCEPTED**

**W912DS-04-C-0008 entitled " New York Harbor and Adjacent Channels Port Jersey Channel, Contract No. 2, Bayonne, New Jersey hereby incorporate The following:**

1. **Amendments 0001 dtd 9/5/03, #0002 dtd 9/17/03, 0003 dtd 10./02,03, 0004 dtd 10/15/03, 0005 dtd 10/29/03**
2. **Wage Rate Decision No. NJ 030006 06/13/2003**
3. **Subcontracting Plan approved 13 February 2003**

**Line Items Accepted: 001AA-0001AJ = $ 37,320,650.00**

**Obligated Amount: $8,000,000.00 W16ROE-4043-5709 Continuing Contract**

**TYPE OF FUNDS: 62F6J53ODSK & 7286C830DSK 96 X NA X 3122.0000 E3 X 08 2421 076329 96303 2500 62F6J5 NA 62F6 J5 $ 5,999,999.00**

**62F6J53ODSK & 7286C83ODSK**
**96 NA X 8862.0000 E3 X 082421 076329 96303 2500 7286C8 NA 7286C8 $ 2,000,000.00**

**96 NA X 3122.0000 E3 X 082421 076329 96303 3230 62F6J5 NA 62 F6J5 $1.00**

**$ 8,000,000.00**

Section 00010 - Solicitation Contract Form

AMENDMENT 1
**DACW51-03-B-0018**

**Amendment No. 1**

1. The following changes shall be made to the specifications and plans.

SPECIFICATIONS:

SECTION 00010

1. SF 1442 Block No 11 Change completion date from 300 calendar days to 420 calendar
2. SF 1442 Block No 13 Change 60 calendar days to 120 calendar days

SECTION 00700

1- Add the following clauses in section 00700:

1) 52.236-7001 Contract Drawings, Maps and Specs for Construction
2) 52.246-12 Inspection of Construction
3) 52.246-21 Warranty of Construction

DRAWINGS:

The existing survey data has been placed on the NYD Website. The web URL is:

http://www.nan.usace.army.mil/business/buslinks/contract/index.htm

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based on what is contained in the printed Plans and Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility with user's system.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-3196-8552 | | | | |
| | | | | NET AMT | $0.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $765,000.00 | $765,000.00 |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-4043-5709 | | | | |
| | | | | NET AMT | $765,000.00 |
| | ACRN AB Funded Amount | | | | $1.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 200 | Ton | $150.00 | $30,000.00 |
| | DEBRIS REMOVAL AND DISPOSAL<br>FFP | | | | |
| | | | | NET AMT | $30,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 648,600 | Cubic Yard | $46.30 | $30,030,180.00 |

DREDGING, OFFLOADING, TRANSPORTATION,
FFP
DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES):

Name of Site (s)
Name of POC(s) ____________________
Address of Site (s) ____________________

____________________

____________________

Phones (s) ____________________

PURCHASE REQUEST NUMBER: W16ROE-4043-5709

NET AMT $30,030,180.00

ACRN AC Funded Amount $5,999,999.00
ACRN AD Funded Amount $2,000,000.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 648,600 | Cubic Yard | $0.55 | $356,730.00 |

DEWATERING IN ACCORDANCE WITH
FFP

THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $356,730.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 57,600 | Cubic Yard | $54.85 | $3,159,360.00 |

DREDGING, OFFLOADING, TRANSPORTATION,
FFP

DELIVERY, AND PLACEMENT OF NON-ROCK (sand and gravel)
MATERIALS SUITABLE FOR PLACEMENT
UPLAND, EXCLUDES DEWATERING: ITEM 0001AF
AND WITHOUT PROCESSING
REPLACEMENT AT THE CONTRACTOR'S IDENTIFIED DISPOSAL
FACILITY(IES): AS IN ITEM 0001 AC)

---

Name of Site (s) ______________________
Name of POC(s) ______________________
Address of Site (s) ______________________
______________________
______________________
Phones (s) ______________________

NET AMT $3,159,360.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 57,600 | Cubic Yard | $0.55 | $31,680.00 |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND OFFLOADING & DISPOSAL FACILITY
TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $31,680.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 15 | Each | $3,700.00 | $55,500.00 |
| | SUBSURFACE DRILLING AND SAMPLING<br>FFP | | | | |

NET AMT $55,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 1 | Lump Sum | $179,000.00 | $179,000.00 |
| | FIELD OFFICE<br>FFP | | | | |

NET AMT $179,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 68,000 | Cubic Yard | $39.90 | $2,713,200.00 |
| | DREDGING, TRANSPORTATION, DELIVERY,<br>FFP<br>AND PLACEMENT OF NON-ROCK<br>MATERIALS UNSUITABLE FOR PLACEMENT<br>AT THE HARS for PLACEMENT AT THE NEWARK BAY<br>CONFINED DISPOSAL FACILITY, (NBCDF). | | | | |

NET AMT $2,713,200.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $27,000.00 | $27,000.00 |
| OPTION | ADDITIONAL COST FOR OPTIONAL INSURANCE<br>FFP<br>ADDITIONAL COST FOR OPTIONAL<br>INSURANCE | | | | |
| | | | | NET AMT | $27,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 57,600 | Cubic Yard | $-48.80 | $-2,810,880.00 |
| OPTION | OPTIONAL ITEM/ DIFFERENCE IN COST,<br>FFP<br>TO THE PROJECT FOR PLACEMENT AT THE HARS<br>PLACEMENT OF NON-ROCK (sand and gravel)<br>MATERIALS (as in Item 0001AE and 0001AF)<br>(NEGATIVE NUMBER TO BE SHOWN IN PARENTHISIS) | | | | |
| | | | | NET AMT | $-2,810,880.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 0001AA | N/A | N/A | N/A | Government |
| 0001AB | N/A | N/A | N/A | Government |
| 0001AC | N/A | N/A | N/A | Government |

| | | |
|---|---|---|
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JUL 2002 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| | | SEP 1996 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.229-5 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | MAY 2002 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.252-2 | Clauses Incorporated By Reference | FEB 1998 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |