# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-472 C |
| | ) | |
| v. | ) | Judge Thomas C. Wheeler |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEYS

Plaintiff TDM America, LLC ("TDM") respectfully submits this motion to substitute Michael A. Adler for David W. Denenberg as counsel in this action. The declaration of David Denenberg in support of the motion is submitted contemporaneously herewith. Counsel for TDM advised counsel for defendant The United States of America of this motion. Accordingly, TDM respectfully requests that Michael A. Adler be substituted for David W. Denenberg as counsel on behalf of TDM.

Dated: September 15, 2006

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

s/ David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884