# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## DECLARATION OF DAVID W. DENENBERG IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEYS

I, David W. Denenberg, under penalty of perjury, declare and state as follows:

1. I am a partner in the law firm of Davidoff Malito & Hutcher LLP, counsel for plaintiff TDM America, LLC ("TDM") in this action.

2. I am an attorney admitted to practice in the States of New York and New Jersey. I am also admitted in the United States Court of Federal Claims, the United States District Court for the Southern and Eastern Districts of New York, the District of New Jersey and the United States Court of Appeals for the Federal Circuit.

3. I make this declaration in support of TDM's motion for substitution of counsel in this action.

4. I hereby request that Michael A. Adler of Davidoff Malito & Hutcher LLP be substituted as counsel in this action.

Pursuant to 28 § 1746 of the Fed. R. Civ. P., I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2006

David W. Denenberg

DAVID W. DENENBERG

00347237