**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant. | No. 06-472 C<br>Judge Thomas C. Wheeler |

**JOINT DISCOVERY PLAN (proposed)**

| | | |
|---|---|---|
| 1. | October 23, 2006 | Fact discovery opens. First day to serve interrogatories, document requests, notices of depositions, and/or requests for admissions.<br><br>Unless leave of the court is granted, the number of interrogatories shall not exceed forty (40).<br><br>Unless leave of the court is granted, the number of fact witness depositions shall not exceed twelve (12).<br><br>The number of expert depositions for each party shall be equal to the number of experts and rebuttal experts of the other party. In the event an expert and rebuttal expert are the same for one party, then the other party may depose the expert separately on the issues in chief and on the rebuttal issues. |
| 2. | Two (2) weeks after the Rule 16(b) Conference | Last day for exchange of initial disclosures pursuant the Rule 26(a)(1) of the United States Court of Federal Claims. |
| 3. | January 19, 2007 | No additional parties may be joined after this date without leave of the court. |
| 4. | March 30, 2007 | Last day to serve interrogatories, document requests notices of depositions, and/or requests to admit. |
| 5. | May 15, 2007 | Fact discovery closes. |

| | | |
|---|---|---|
| 6. | May 25, 2007 | Exchange of expert reports on issues on which the parties have the burden of proof. [1]<br><br>Expert deposition discovery begins. |
| 7. | June 22, 2007 | Exchange of rebuttal expert reports.<br><br>Expert deposition discovery begins on the rebuttals. |
| 8. | July 13, 2007 | Close of expert discovery. |
| 9. | July 27, 2007 | Parties exchange proposed claim term construction. |
| 10. | August 3, 2007 | Last day for the parties to meet and confer regarding claim term construction. |
| 11. | August 10, 2007 | Parties file joint claim construction statement. |
| 12. | August 24, 2007 | Parties to serve opening Markman briefs on claim term construction and to file dispositive motions, if any. |
| 13. | September 7, 2007 | Parties to serve opposition briefs on claim term construction and on the dispositive motions. |
| 14. | September 21, 2007 | Parties to serve reply briefs on claim term construction and on the dispositive motions. |
| 15. | September 28, 2007 | Markman hearing and oral argument on the dispositive motions. |

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: October 12, 2006

s/Michael A. Adler
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

[1] The parties have agreed to confer regarding any adjustment to the period of expert discovery in the event that the experts are unavailable during the proposed period.

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Dated: October 12, 2006

s/Erica A. Franklin
Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

Attorneys for the United States