# In the United States Court of Federal Claims

No. 06-472C

(Filed: October 23, 2006)

```
*************************************** *
                                        *
TDM AMERICA, LLC,                       *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

**ORDER**

On August 21, 2006, the Defendant filed a Motion to Notice Interested Third Parties pursuant to Rule 14(b) requesting the Court to provide notice of the above captioned action to the three parties listed below.

1. Clean Earth Dredging Technologies, Inc.
   One Linden Avenue East
   Jersey City, New Jersey 07305

2. Donjon Marine Company, Inc.
   1250 Liberty Avenue
   Hillside, New Jersey 07205

3. OENJ Cherokee Corporation
   251 Jersey Gardens Blvd. East
   Elizabeth, New Jersey 07201

Plaintiff TDM America did not oppose the Motion, but requested the Court take notice that its acquiescence should not be seen as limiting TDM's infringement claims only to contracts involving the parties identified in the Motion.

Defendant's Motion for Notice to Interested Third Parties is hereby GRANTED. Pursuant to Rule 14(b), the Clerk of the Court shall issue an original and one copy of the notice of this pending action, and of the opportunity to intervene and assert an interest therein, to the interested third parties listed above. The notice shall contain a statement of the time within which such third party may appear (42 days after service), and shall indicate that it is accompanied by a copy of the pleadings, which shall be attached by the Defendant in accord with Rule 14(b)(4).

The Clerk of the Court shall deliver the notice to the Defendant, who shall cause the same to be served on the person to be notified by registered or certified mail, return receipt requested, with Defendant to file with the Clerk the return of such service, which return shall include the copy of the notice with return receipt attached. Rule 14(b)(5).

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge