# In the United States Court of Federal Claims

No. 06-472C

(Filed: November 2, 2006)

| | |
|---|---|
| ***************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

## PRETRIAL SCHEDULING ORDER

On November 2, 2006, the Court held a Preliminary Scheduling Conference with the parties, pursuant to Rule 16(b), and Appendix A of the Court's Rules. During the conference, the Court agreed to the following schedule based on the parties' October 12, 2006 Joint Preliminary Status Report:

1. November 16, 2006: Last day for exchange of initial disclosures pursuant to Rule 26(a)(1);

2. January 19, 2007: Last day to join additional parties without leave of the Court.

3. February 13, 2007: Telephonic Status Conference (not on the record) at 10:30 AM;

4. March 30, 2007: Last day to serve interrogatories, document requests, notices of depositions, and/or requests to admit;

5. May 15, 2007: Fact discovery closes;

6. May 25, 2007: Exchange of expert reports on issues on which the parties have the burden of proof; Expert deposition discovery begins;

7. June 22, 2007: Exchange of rebuttal expert reports; Expert deposition discovery begins on the rebuttals;

8. July 13, 2007: Close of expert discovery;

9. July 27, 2007: Parties exchange proposed claim term construction;

10. August 3, 2007: Last day for the parties to meet and confer regarding claim term construction;

11. August 10, 2007: Parties file joint claim construction statement;

12. August 24, 2007: Parties to serve opening Markman briefs on claim term construction and to file dispositive motions, if any.

13. September 7, 2007: Parties to serve opposition briefs on claim term construction and on the dispositive motions;

14. September 21, 2007: Parties to serve reply briefs on claim term construction and on the dispositive motions;

15. September 28, 2007: Markman hearing and oral argument on dispositive motions.

As discussed with counsel, the parties may contact the Court at any time regarding any pretrial matter, including, *inter alia*, any discovery concerns, or a request for assistance in settlement discussions.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge