# In the United States Court of Federal Claims

**TDM AMERICA, LLC**

**vs.** **No. 06-472 C**

**THE UNITED STATES**

# NOTICE

**To: Clean Earth Dredging Technologies, Inc.**
**One Linden Avenue East**
**Jersey City, NJ 07305**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **plaintiff's complaint, defendant's motion to notice interested third parties, and defendant's answer.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 7th day of November, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**

**vs.** **No. 06-472 C**

**THE UNITED STATES**

# NOTICE

**To: Donjon Marine Company, Inc.**
**1250 Liberty Avenue**
**Hillside, NJ 07205**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **plaintiff's complaint, defendant's motion to notice interested third parties, and defendant's answer.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 7th day of November, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**

**vs.** **No. 06-472 C**

**THE UNITED STATES**

# NOTICE

**To:** **OENJ Cherokee Corporation**
**251 Jersey Gardens Blvd. East**
**Elizabeth, NJ 07201**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **plaintiff's complaint, defendant's motion to notice interested third parties, and defendant's answer.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 7th day of November, 2006

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By [signature]
Deputy Clerk

## RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record