# In the United States Court of Federal Claims

**NOTICE**

**TDM AMERICA, LLC**

**v.**

**No. 06-472 C**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 30, 2006**

To Attorney of Record, Assistant Attorney General and Judge Wheeler:

Please take notice that in the above cause there has been filed this day, Returns of Service showing service of Notices, by mail, on OENJ Cherokee Corporation and Donjon Marine Company, Inc. on November 13, 2006; and on Clean Earth Dredging Technologies, Inc. on November 14, 2006.

PLEASE NOTE: The Returns of Service have been filed in paper form and are available for review in the Clerk's Office between the hours of 8:45 am and 5:15 pm.

Brian Bishop

Brian Bishop, Clerk