# In the United States Court of Federal Claims

**06-472C**

**Filed: December 1, 2006**

**TDM AMERICA, LLC**

**v.**

**THE UNITED STATES**

**Transmittal of Return of Service for Notice to OENJ CHEROKEE CORPORATION**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.