**THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Electronically Filed: December 22, 2006)**

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| | ) | Case No. 06-472 C |
| Plaintiff, | ) | |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DONJON MARINE COMPANY, INC.'S**
**RCFC 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Donjon Marine Company, Inc. ("Donjon"), by counsel, hereby files the following Corporate Disclosure Statement in compliance with RCFC 7.1(a).

Donjon Marine does not have a parent corporation, nor does any publicly held company own ten percent (10%) or more of its stock.

Dated: December 22, 2006

Respectfully submitted,

**MCCARTER & ENGLISH, LLP**

By: s/Gary J. Campbell

Gary J. Campbell
Daniel J. Kelly
225 Franklin Street
Boston, MA 02110
Telephone: (617) 345-7000
Facsimile: (617) 345-7050
E-mail:gcampbell@mccarter.com

Attorneys for
Donjon Marine Company, Inc.

*Of counsel:*

John E. Flaherty
Michael R. Friscia
Sanjiv M. Chokshi
Andrew P. Nemiroff
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
E-mail:mfriscia@mccarter.com