**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

**PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEYS**

Plaintiff TDM America, LLC ("TDM") respectfully submits this motion to substitute David W. Denenberg for Michael A. Adler as counsel in this action. The declaration of Michael Adler in support of the motion is submitted contemporaneously herewith. Counsel for TDM advised counsel for defendant The United States of America of this motion and counsel for interested party Donjon Marine Company, Inc.

00352606

Accordingly, TDM respectfully requests that David W. Denenberg be substituted for Michael A. Adler as counsel on behalf of TDM.

Dated: January 30, 2007

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

s/ Michael A. Adler
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884