# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | ) | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

**DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEYS**

I, Michael A. Adler under penalty of perjury, declare and state as follows:

1. I am an associate with the law firm of Davidoff Malito & Hutcher LLP, counsel for plaintiff TDM America, LLC ("TDM") in this action.

2. I am an attorney admitted to practice in the States of New York. I am also admitted in the United States Court of Federal Claims, the United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Federal Circuit.

3. I make this declaration in support of plaintiff's motion for substitution of counsel in this action.

00353735

4. I hereby request that David W. Denenberg of Davidoff Malito & Hutcher LLP be substituted as counsel in this action.

Pursuant to 28 § 1746 of the Fed. R. Civ. P., I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2007

MICHAEL A. ADLER