**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | Case No. 06-472 C |
| Defendant, | ) | Judge Thomas C. Wheeler |
| and | ) | |
| Donjon Marine Company, Inc. | ) | |
| Interested Party. | ) | |

**<u>NOTICE OF CHANGE OF FIRM ADDRESS</u>**

PLEASE TAKE NOTICE THAT effective February 5, 2007, the Boston, Massachusetts office of McCarter & English, LLP, counsel to Donjon Marine Company, Inc. in this matter, has moved. The new address and contact information for counsel is as follows:

Gary J. Campbell
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6558
Fax: (617) 326-3097
gcampbell@mccarter.com

DATED: February 15, 2007

Respectfully submitted,

DONJON MARINE COMPANY, INC.

By its attorneys,

/s/ Gary J. Campbell
Gary J. Campbell
McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6558
Fax: (617) 326-3097
gcampbell@mccarter.com

*Of counsel:*
John E. Flaherty
Michael R. Friscia
Sanjiv M. Chokshi
Andrew P. Nemiroff
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
E-mail: jflaherty@mccarter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for all parties electronically via the CM/ECF system.

By: /s/ Gary J. Campbell

Date: February 15, 2007