**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Electronically Filed: February 15, 2007)**

| | | |
|---|---|---|
| TDM America, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-472 C |
| | ) | |
| v. | ) | Judge Thomas C. Wheeler |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Rules of the United States Court of Federal Claims, plaintiff TDM America, LLC ("TDM") moves this Court for leave to file a first amended complaint. A copy of the proposed first amended complaint is attached to this motion as Exhibit A. A copy of the initial complaint is annexed to this motion as Exhibit B.

The pending complaint is an action for infringement of one or more claims of two United States patents directed, *inter alia*, to methods for treating dredged material for beneficial reuse and/or upland disposal. The first amended complaint seeks to add allegations of infringement by the US of two additional patents, namely US Patent No. 5,794,862 issued August 18, 1998, entitled "Processing of Waste Material" (the "'862 patent") and US Patent No. 5,007,590 issued April 16, 1991 entitled "Apparatus and Method for Mixing Solid or Semi-Solid Wastes with Additives" (the "'590 patent"). TDM recently discovered, through investigation and discovery in connection with this and a related matter, that the US, through the actions of the United States Army Corps of Engineers and its local sponsors, has caused and continues to cause the making and/or use of that which is described in and covered by claims of the '862 and '590

patents, without license or other lawful right. These patents also relate to methods for treating dredged material for beneficial reuse and/or upland disposal thereof. There will be no prejudice to any party caused by the filing of a first amended complaint. The accompanying memorandum in support of plaintiff's motion to file a first amended complaint more fully sets forth the grounds and reasons supporting the motion.

TDM attempted to obtain consent for filing a first amended complaint from the other parties, but was unable to do so. During a status conference on February 15, 2007, the Court instructed TDM to file the instant motion.

Based on the foregoing, TDM respectfully requests that the Court grant TDM leave to file a first amended complaint.

New York, New York
Dated: February 15, 2007

Respectfully submitted,

s/ David W. Denenberg

David W. Denenberg
Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Fl.
New York, New York 10158
(212) 557-7200 Ph
(212) 286-1884 Fax

*Attorneys for Plaintiff,*
*TDM America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing "MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT" was filed by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email on this day 15th day of February, 2007:

Erica A. Franklin, Esq.
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

Counsel for Defendant
the United States of America

Gary J. Campbell, Esq.
McCarter & English LLP
225 Franklin Street
Boston, MA 02110

Counsel for Interested Party
Donjon Marine Co.

s/David W. Denenberg
David W. Denenberg