**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Interested Party. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c), plaintiff TDM America, LLC ("Plaintiff"), defendant United States, and interested party Donjon Marine Company, Inc., hereby move for entry of the attached Stipulated Protective Order, executed by counsel for each party.

Plaintiff brought this action seeking compensation for the alleged infringement of one or more claims of United States Patent Nos. 6, 293, 731 ("the'731 patent") and 5, 542, 614 ("the '614 patent"). A Protective Order is necessary to provide appropriate protection of confidential, nonpublic business and scientific information that will assist the parties and the Court in reaching an expeditious and just determination of the issues in this case. The attached Stipulated Protective Order sets forth the protections which the parties have agreed are sufficient for the production of protected material in this litigation.

For the above-stated reasons, the parties respectfully request that this motion be granted and that the attached stipulated Protective Order be entered.

***

Respectfully submitted,

DATED: February 15, 2007

s/David W. Denenberg
DAVID W. DENENBERG
MICHAEL A. ADLER
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Attorneys for Plaintiff TDM America

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

DATED: February 15, 2007

s/Erica A. Franklin
ERICA A. FRANKLIN
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345
Attorneys for Defendant United States

DATED: February 15, 2007

s/Gary J. Campbell
GARY J. CAMPBELL
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6558
Facsimile: (617) 326-3097
Attorney for Interested Party Donjon Marine