# In the United States Court of Federal Claims

No. 06-472C

(Filed: February 16, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| Third-Party Defendant. | * |
| | * |
| ****************************************** | * |

**ENTRY OF PROTECTIVE ORDER**

On February 16, 2007, counsel for the parties filed a Joint Motion for Entry of Stipulated Protective Order, and a Proposed Protective Order. Counsel have represented that a Protective Order is necessary to ensure the protection of certain information that may be disclosed during this action. For good cause shown, the motion is GRANTED. Although the proposed order is more lengthy and detailed than those normally used, the Court hereby approves the Stipulated Protective Order submitted this day. The Court reserves the right to modify the Protective Order if the administration of it becomes overly complex or time-consuming.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge