# In the United States Court of Federal Claims

No. 06-472C

(Filed: February 23, 2007)

```
****************************************** *
                                           *
TDM AMERICA, LLC,                          *
                                           *
                    Plaintiff,             *
                                           *
v.                                         *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

**ORDER**

On February 22, 2007, counsel for the parties filed a proposed modified schedule pursuant to the Court's February 15, 2007 Order. The parties agree on the schedule for proceedings prior to the Markman claim construction hearing, which the Court hereby accepts and incorporates below. The parties disagree, however, on the post-Markman hearing schedule.

For good cause shown, the Court hereby adopts the following schedule and procedures:

1. On December 3, 2007, the Court shall hold a Markman hearing at 9:30 AM at the National Courts Building, 717 Madison Place, NW, Washington DC. The Court will allow two days for this hearing, if necessary, through December 4, 2007.

2. Proceedings Before the Markman Hearing:

   a. On or before May 30, 2007, the parties may serve interrogatories, requests for production of documents, notices of depositions (except for experts), and/or requests for admissions.

b. On July 13, 2007, fact discovery shall close.

c. On or before July 23,2007, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

d. On or before August 20, 2007, the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

e. On September 14, 2007, expert discovery relating to the Markman hearing shall close.

f. On September 28, 2007, the parties shall exchange their proposed claim term construction.

g. October 5, 2007 shall be the last day for the parties to meet and confer regarding claim term construction.

h. On or before October 12, 2007, the parties shall file a joint claim construction statement.

i. On or before October 26, 2007, the parties shall submit opening Markman briefs on claim term construction.

j. On or before November 9, 2007, the parties shall submit opposition briefs on claim term construction.

k. On or before November 26, 2007, the parties shall submit Markman reply briefs on claim term construction.

3. Proceedings after the Markman hearing:

a. The parties shall have 28 days after the Court's Markman decision to file dispositive motions.

b. The parties shall then have 28 additional days to respond to or oppose another party's dispositive motion.

c. The parties will have 14 days to reply to responses or oppositions to dispositive motions.

Following the issuance of the Court's claim construction decision, any party may request the need for additional expert discovery. The Court will confer with counsel at that time to determine the scope and schedule for any such discovery shown to be necessary.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge