# EXHIBIT 6

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW17-02-R-0016 | 2. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | 3. DATE ISSUED 29-Aug-2003 | PAGE OF PAGES 1 OF 10 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912EP-04-C-0021 | W32CS520244575 | |

| 7. ISSUED BY CODE W912EP | 8. ADDRESS OFFER TO (If Other Than Item 7) CODE W912EP |
|---|---|
| USA ENGINEER DISTRICT, JACKSONVILLE<br>PRUDENTIAL OFFICE BLDG<br>701 SAN MARCO BLVD<br>CESAJ-CT<br>JACKSONVILLE FL 32207-8175 | BY HAND: DELIVER TO "ISSUED BY" ADDRESS<br>BY MAIL: USAED JACKSONVILLE,<br>PO BOX 4970, ATTN: CESAJ-CT<br>JACKSONVILLE FL 32232-0019 |
| TEL: FAX: | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | WANDA I CRUZ | 904-232-2813 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

MAINTENANCE DREDGING, 15-FOOT PROJECT, MIAMI RIVER, CUT-1 THRU CUT-48, MIAMI HARBOR, FLORIDA

DRAWINGS: D.O. File No. 20A38,170 in 18 Sheets, dated December 2000

MAGNITUDE OF CONSTRUCTION IS BETWEEN $25,000,000 and $100,000,000.

DESCRIPTION OF WORK: SEE PAGE 00010-3

THIS IS AN UNRESTRICTED PROCUREMENT. ALL BUSINESSES ARE ENCOURAGED TO PARTICIPATE.

YOU MUST BE REGISTERED IN THE CENTRACL CONTRACTOR REGISTRATION (CCR) IN ORDER TO BE ELEGIBLE TO RECEIVE AN AWARD FROM THIS SOLICITATION. CALL 1-888-227-2423 FOR INFORMATION.

NOTE: For instructions on hand delivering proposals to the Prudential Office Building refer to Section 00100, paragraph 999.204-1 of the solicitation.

11. The Contractor shall begin performance within 30 calendar days and complete it within ** calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* **00700 *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS: SEE SECTION 00100A *

A. Sealed offers in original and * copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 18 NOV 2003 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## OFFER *(Must be fully completed by offeror)*

**14. NAME AND ADDRESS OFFEROR** *(Include ZIP Code)*

Weston/Bean Joint Venture
1400 Weston Way
West Chester, PA 19380

DUNS # 13-753-9115

CODE 2M222 FACILITY CODE

**15. TELEPHONE NO.** *(Include area code)*

610-701-3153

**16. REMITTANCE ADDRESS** *(Indicate only if different than item 14)*

Weston Solutions, Inc.
P.O. Box 538253
Atlanta, GA 30353-8253

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 120 calendar days after the date offers are due. *(Insert any amount equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any numbers means the offeror accepts the minimum in Item 13D.)*

AMOUNTS > > $XX,XXX,XXX SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 1 | 2 | 3 | 4 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 10/1/03 | 10/28/03 | 11/7/03 | 11/13/03 | | | | | | |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** *(Type or print)*
Patrick Kelly, Ph.D., VP, Weston Solutions, Inc.
Managing Partner of Weston/Bean Joint Venture

**20B. SIGNATURE** [signature: Patrick Kelly]

**20C. OFFER DATE** 11/21/03

## AWARD *(To be completed by Government)*

**21. ITEMS ACCEPTED:** BASE LINE ITEMS: FUNDED: $ 1,000.00
CLIN 0001 (0001AA-0001AD)
Amount Remaining for Funding $ 11,799,000.00
TOTAL $ 11,800,000.00

SEE SCHEDULE

**22. AMOUNT** $11,800,000.00

**23. ACCOUNTING AND APPROPRIATION DATA** 3230 JFC74L
~~96 NA X 3123.0000 K3 X 08 2444 076295 96083~~

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN** *(4 copies unless otherwise specified)* > > ITEM 26

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

**26. ADMINISTERED BY** K3M0J00

SOUTH FLORIDA AREA OFFICE
USA CORPS OF ENGINEERS ((CESAJ-CO-W)
4400 PGA BLVD, SUITE 203
PALM BEACH GARDENS, FL 33410
(PHONE: 561-626-5299)

**27. PAYMENT WILL BE MADE BY** t0b0200

USACE FINANCE CENTER
5722 INTEGRITY DRIVE
ATTN: CEFC-AO-P
MILLINGTON, TN 38054-5005

### *CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

[X] **28. NEGOTIATED AGREEMENT** *(Contractor is required to sign this document and return* 1 *copies to issuing office).* Contractor agrees to furnish and deliver all items or perform all work, requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitations, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

[X] **29. AWARD** *(Contractor is not required to sign this document).* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. YOUR TECHNICAL PROPOSAL AND SUBCONTRACTING PLAN DATED 09 APR 2004 ARE HEREBY INCORPORATED INTO THE CONTRACT.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** *(Type or print)*

**30B. SIGNATURE**

**30C. DATE**

**31A. NAME OF CONTRACTING OFFICER** *(Type or print)*
HARLEY R. HARTLEY

**31B. UNITED STATES OF AMERICA**
BY [signature]

**31C. AWARD DATE** 9 Apr 04

**SECTION 00700**
**CONTRACT CLAUSES**

CLAUSES INCORPORATED BY REFERENCE

| | |
|---|---|
| 52.202-1 Alt I | DEFINITIONS (DEC 2001) --ALTERNATE I |
| 52.203-3 | GRATUITIES |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES |
| 52.203-7 | ANTI-KICKBACK PROCEDURES |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS |
| 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT |
| 52.211-10 | COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK |
| 52.211-12 | LIQUIDATED DAMAGES--CONSTRUCTION |
| 52.211-18 | VARIATION IN ESTIMATED QUANTITY |
| 52.215-2 | AUDIT AND RECORDS--NEGOTIATION |
| 52.215-11 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS |
| 52.215-13 | SUBCONTRACTOR COST OR PRICING DATA—MODIFICATIONS |
| 52.215-17 | WAIVER OF FACILITIES CAPITAL COST OF MONEY |

| | |
|---|---|
| 52.215-21 | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS |
| 52.217-7 | OPTION FOR INCREASED QUANTITY-SEPARATELY PRICED LINE ITEM |
| 52.219-4 | NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS |
| 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS |
| 52.219-9 | SMALL BUSINESS SUBCONTRACTING PLAN |
| 52.219-16 | LIQUIDATED DAMAGES-SUBCONTRACTING PLAN |
| 52.222-3 | CONVICT LABOR |
| 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT - OVERTIME COMPENSATION |
| 52.222-6 | DAVIS BACON ACT |
| 52.222-7 | WITHHOLDING OF FUNDS |
| 52.222-8 | PAYROLLS AND BASIC RECORDS |
| 52.222-9 | APPRENTICES AND TRAINEES |
| 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS |
| 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) |
| 52.222-12 | CONTRACT TERMINATION-DEBARMENT |
| 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS. |
| 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS |
| 52.222-15 | CERTIFICATION OF ELIGIBILITY |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES |
| 52.222-26 | EQUAL OPPORTUNITY |

| | |
|---|---|
| 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION |
| 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA AND OTHER ELIGIBLE VETERANS |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS |
| 52.223-6 | DRUG FREE WORKPLACE |
| 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING |
| 52.225-11 | BUY AMERICAN ACT--CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES |
| 52.227-1 | AUTHORIZATION AND CONSENT |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT |
| 52.227-4 | PATENT INDEMNITY-CONSTRUCTION CONTRACTS |
| 52.228-1 | BID GUARANTEE (CESAJ ADAPTATION) |
| 52.228-2 | ADDITIONAL BOND SECURITY |
| 52.228-11 | PLEDGES OF ASSETS |
| 52.228-12 | PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS |
| 52.228-14 | IRREVOCABLE LETTER OF CREDIT |
| 52.228-15 | PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION |
| 52.229-3 | FEDERAL, STATE AND LOCAL TAXES |
| 52.232-5 | PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS |