# In the United States Court of Federal Claims

No. 06-472C

(Filed: March 6, 2007)

```
**************************************** *
                                         *
TDM AMERICA, LLC,                        *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant,           *
                                         *
and                                      *
                                         *
DONJON MARINE COMPANY, INC.,             *
                    Third-Party Defendant. *
                                         *
**************************************** *
```

**<u>ORDER</u>**

On February 23, 2007, Defendant filed a Motion to Notice Additional Interested Third Parties pursuant to Rule 14(b). Defendant requested the Court to provide notice of the above captioned action to the six parties listed below:

1. Great Lakes Dredge & Dock Company
   2122 York Road
   Oakbrook, Illinois 60523-1989

2. EIC Associates, Inc.
   140 Mountain Avenue
   Springfield, New Jersey 07205

3. Bean Stuyvesant, L.L.C.
   1055 St. Charles Ave., Ste 520
   New Orleans, Louisiana 70130

4. Jay Cashman Inc.
   20 West Howell Street
   Boston, Massachusetts 02125

5. Buddy's Contracting Service
   512 North Court Street
   Visalia, California 93291

6. Weston/Bean Joint Venture
   1400 Weston Way
   West Chester, Pennsylvania 19380

and

Weston/Bean Joint Venture
c/o Weston Solutions, Inc.
P.O. Box 538253
Atlanta, Georgia 30353-8253

In a March 6, 2007 status conference, counsel for Plaintiff and Third-Party Defendant Donjon Marine Company, Inc. indicated that they did not object to Defendant's motion.

Accordingly, Defendant's Motion for Notice to Additional Interested Third Parties is hereby GRANTED. Pursuant to Rule 14(b), the Clerk of the Court shall issue an original and one copy of the notice of this pending action, and of the opportunity to intervene and assert an interest therein, to the interested third parties listed above. The notice shall contain a statement of the time within which such third party may appear (42 days after service), and shall indicate that it is accompanied by a copy of the pleadings, which shall be attached by the Defendant in accord with Rule 14(b)(4).

Pursuant to Rule 14(b)(5), the Clerk of the Court shall deliver the notice to the Defendant, who shall cause the same to be served on the person to be notified by registered or certified mail, return receipt requested. Defendant shall file with the Clerk the return of such service, which return shall include the copy of the notice with return receipt attached.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge