# In the United States Court of Federal Claims

No. 06-472C

(Filed: March 6, 2007)

| | |
|---|---|
| ******************************************* | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| Third-Party Defendant. | * |
| | * |
| ******************************************* | * |

**CORRECTED ORDER**

On February 15, 2007, Plaintiff filed a Motion for Leave to File a First Amended Complaint. The pending action is for infringement of two patents that Plaintiff holds describing methods for treating dredged material for beneficial reuse or upland disposal. The Amended Complaint adds allegations that the United States infringed two other patents, U.S. Patent No. 5,794,862 (the "862 patent") issued August 18, 1998 and entitled "Processing of Waste Material," and U.S. Patent No. 5,007,590 (the "590 patent") issued April 16, 1991 and entitled "Apparatus and Method for Mixing Solid or Semi-Solid Wastes with Additives." In a March 6, 2007 status conference, opposing counsel indicated that they do not object to the filing of Plaintiff's Amended Complaint.

Accordingly, pursuant to Rule 15(a), Plaintiff's Motion to File a First Amended Complaint is GRANTED. Defendant and Third-Party Defendant shall respond to the Amended Complaint on or before March 16, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge