# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing "FIRST AMENDED COMPLAINT" was filed by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email on this day 6th day of March,2007:

Erica A. Franklin, Esq.
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

Counsel for Defendant
the United States of America

Gary J. Campbell, Esq.
McCarter & English LLP
225 Franklin Street
Boston, MA 02110

Counsel for Interested Party
Donjon Marine Co.

s/David W. Denenberg
David W. Denenberg

00355722