# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To:** **Great Lakes Dredge & Dock Company**
**2122 York Road**
**Oakbrook, IL 60523-1989**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

### RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: EIC Asociates, Inc.**
**140 Mountain Avenue**
**Springfield, NJ 07205**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

### RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ____________________.
(Date)

____________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: Bean Stuyvesant, L.L.C.**
**1055 St. Charles Avenue**
**Suite 520**
**New Orleans, LA 70130**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To:** **Jay Cashman, Inc.**
**20 West Howell Street**
**Boston, MA 02125**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: Buddy's Contracting Service**
**512 North Court Street**
**Visalia, CA 93291**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: Weston/Bean Joint Venture**
**1440 Weston Way**
**West Chester, PA 19380**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES**
**Defendant**

**No. 06-472 C**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To:** **Weston/Bean Joint Venture**
**c/o Weston Solutions, Inc.**
**P.O. Box 538253**
**Atlanta, GA 30353-8253**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

### RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record