IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM AMERICA, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant,<br>and<br>DONJON MARINE COMPANY, INC.,<br>Third-Party Defendant. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**THE UNITED STATES' MOTION TO QUASH THE DEPOSITION NOTICE OF ALAN P. KLEIN, ESQ. AND FOR A PROTECTIVE ORDER**

Pursuant to RCFC 26(c), the United States ("government") moves to quash the deposition notice of Alan P. Klein, Esq., Chief of the Intellectual Property Office of the Regulatory Law and Intellectual Property Division of the U.S. Army Legal Services Agency in the Office of the Judge Advocate. Mr. Klein's sole involvement in this litigation has been in his capacity as chief intellectual property attorney for the Department of the Army. In this capacity, Mr. Klein evaluated and denied an administrative claim for patent infringement on the subject matter of this litigation which was filed by UTEX, a company allegedly related to plaintiff. Mr. Klein has also assisted the Department of Justice in defending this suit. Mr. Klein has no independent, factual knowledge of any of the circumstances surrounding any claim in this suit. Therefore, any information that would be elicited from Mr. Klein in a deposition and the documents requested in

paragraph 2 – 4 of the accompanying document demand are subject to the attorney-client and work product privileges.

The government respectfully requests that the Court quash the deposition notice of Alan P. Klein, Esq., and accompanying document demands in paragraphs 2 – 4 of the Notice of Deposition, and enter a protective order preventing the TDM America, LLC, from deposing Mr. Klein in this litigation and requesting the documents in paragraph 2 – 4 of the document request attached to the Notice of Deposition.

Dated: April 6, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Erica A. Franklin by Susan L. C. Mitchell
ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

Of Counsel:
SUSAN L. C. MITCHELL
Attorney
Department of Justice