Exhibit 1

Notice of Deposition with Document Demand

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

David W. Denenberg, Esq. (DWD-9951)
Michael A. Adler, Esq. (MAA-6626)
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, New York 10158
Tel: (212) 557-7200
Fax: (212) 286-1884
***Attorneys for Plaintiff,***
***TDM America, LLC***

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-472-C |
| v. | ) | |
| | ) | |
| The United States of America | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant, | ) | **NOTICE OF DEPOSITION** |
| and | ) | **WITH DOCUMENT DEMAND** |
| | ) | |
| Donjon Marine Company, Inc. | ) | |
| | ) | |
| Interested Party. | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that pursuant to the Rule 30(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff TDM America, LLC ("TDM") will take the deposition upon oral examination of Alan P. Klein, Esq. before a duly authorized court reporter, on April 10, 2007 at 9:30 a.m. at the offices of Davidoff Malito & Hutcher, LLP, 444 North Capitol Street, NW, Washington, DC 20001.

Pursuant to Rules 30(b)(5) and 34 of the RCFC, the deponent shall produce for inspection and copying, within thirty (30) days of the date of service hereof, delivered to the law offices of Davidoff Malito & Hutcher, LLP, 605 Third Avenue, 34th Floor, New

York, NY 10158, all documents in his possession or control that relate or refer to any of the categories listed on Exhibit A annexed hereto.

The deposition may be videotaped. You are invited to attend.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

March 7, 2007

David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

**EXHIBIT A TO NOTICE OF DEPOSITION WITH DOCUMENT DEMAND**

All documents and things[1] that constitute, relate and/or refer to:

1. The May 16, 2006 letter from Alan P. Klein, Esq. to Robert G. Fryling, Esq. regarding the administrative claim of UTEX Environmental Services, LLC and all attachments to that letter (the "May 16, 2006 letter");

2. All documents relied upon for the opinions expressed in the May 16, 2006 letter;

3. All documents reviewed in connection with the opinions expressed in the May 16, 2006 letter; and

4. All documents reviewed by Mr. Klein or anyone working with or for Mr. Klein in connection with the subject matter of the May 16, 2006 letter.

---

1 The definitions set forth in plaintiff's first set of interrogatories to defendant pursuant to rule 33 of the Rules of the United States Court of Federal Claims are incorporated herein by reference.

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2007, I served a true and accurate copy of NOTICE OF DEPOSITION WITH DOCUMENT DEMAND (for Alan P. Klein) on counsel for the United States by Federal Express at the following address:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on counsel for Donjon Marine Company, Inc. by Federal Express at the following address:

Gary J. Campbell
McCarter & English LLP
225 Franklin Street
Boston, MA 02110

Michael A. Adler