Exhibit 2

Declaration of Alan P. Klein, Esquire

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM AMERICA, LLC,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Third-Party Defendant. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

DECLARATION OF ALAN P. KLEIN, ESQUIRE

Alan P. Klein, Intellectual Property Counsel of the Army, of the Regulatory Law and Intellectual Property Division of the U.S. Army Legal Services Agency, Arlington, Virginia, declares that:

1. I am an attorney licensed to practice law before the courts of the state of Pennsylvania. I am also licensed to practice as an attorney before the U.S. Patent and Trademark Office.

2. I have been in my present position as Intellectual Property Counsel of the Army since November, 1998. Before assuming my present position, I was a patent attorney working for the Department of the Navy for 19 years. At the Department of the

Navy, I was the Patent Counsel for the Space and Navel Warfare System Command Headquarters for approximately nine years. Before assuming that position, I was a patent attorney for the Naval Sea Systems Command and for the Naval Research Laboratory. Before employment with the government, I was in private practice for six years as a patent attorney.

3. In my current position, I represent the Army in legal proceedings relating to intellectual property, including liaison with the United States Department of Justice. I process and assign for action to patent counsel of alleged infringing activities administrative claims alleging patent infringement by the Army. I also negotiate and approve settlement of such claims, and I assist the United States Department of Justice in negotiations of settlement of court suits alleging patent infringement by the Army.

4. I was responsible for the Army's final determination to deny the administrative claim filed by UTEX Environmental Services, LLC, ("UTEX") seeking compensation for unauthorized manufacture or use of the inventions claims in United States Patent Nos. 5,542,614; 5,931,605; and 6,293,731. I transmitted the Army's denial of the claim in a letter dated May 16, 2006, to Robert G. Fryling, Esq., UTEX's counsel. I have no independent or first-hand factual knowledge about UTEX's claim against the government.

5. As the Intellectual Property Counsel of the Army I act as "in-house counsel" for the Department of the Army with respect to this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

4/6/07
Date

Alan P Klein
Alan P. Klein