ORIGINAL

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES**
**Defendant**

**No. 06-472 C**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: Great Lakes Dredge & Dock Company**
**2122 York Road**
**Oakbrook, IL 60523-1989**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

FILED
APR 5 2007
U.S. COURT OF FEDERAL CLAIMS

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on March 22, 2007.
(Date)

[signature] Erica A. Franklin
Attorney of Record

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

[redacted]

4a. Article Number

7001 2510 0002 1140 0473

4b. Service Type

☐ Registered ☐ Certified

☐ Express Mail ☐ Insured

☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: (*Print Name*)

6. Signature: (*Addressee or Agent*)

X C.C

8. Addressee's Address (*Only if requested and fee is paid*)

PS Form 3811, December 1994

Domestic Return Receipt

Thank you for using Return Receipt Service.