ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
APR 5 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM AMERICA, LLC, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant, and DONJON MARINE COMPANY, INC., Third-Party Defendant. | No. 06-472 C<br>Judge Thomas C. Wheeler |

**<u>TRANSMITTAL OF UNEXECUTED RETURNS OF SERVICE</u>**

Pursuant to Rule 14(b)(5) of the Rules of the United States Court of Federal Claims, defendant United States submits unexecuted Returns of Service for the Notices issued by this Court to Buddy's Contracting Service and EIC Associates, Inc. Subsequent to the issuance of the Court's Notice, counsel for the United States discovered that Buddy's Contracting Service is no longer in business. As a result, the United States could not serve the Notice issued to Buddy's Contracting Service. Additionally, the United States recently discovered that the previously identified contract awarded to EIC Associates, Inc. did not involve processing of dredged material. As a result, the United States did not serve the Notice issued to EIC Associates, Inc. With regard to Weston/Bean Joint Venture, c/o Weston Solutions, Inc., Notices were issued for both the street address and Post Office Box. Counsel for the United States was advised that service to Weston/Bean Joint Venture, c/o Weston Solutions, Inc. would best be accomplished at

the street address. As a result, the United States served and accomplished service of the Notice and required pleadings at the street address and did not serve the Notice issued to the Post Office Box.

DATED: April 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: EIC Asociates, Inc.**
**140 Mountain Avenue**
**Springfield, NJ 07205**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

### RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES**
**Defendant**

**No. 06-472 C**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To:** **Buddy's Contracting Service**
**512 North Court Street**
**Visalia, CA 93291**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________________
Attorney of Record

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES**
**Defendant**

**No. 06-472 C**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To:** **Weston/Bean Joint Venture**
**c/o Weston Solutions, Inc.**
**P.O. Box 538253**
**Atlanta, GA 30353-8253**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

### RETURN OF SERVICE

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on ______________________.
(Date)

______________________
Attorney of Record

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of April 2007, a copy of the foregoing TRANSMITTAL OF UNEXECUTED RETURNS OF SERVICE was sent to the following counsel of record via Federal Express:

David W. Denenberg, Esq.
Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
maa@dmlegal.com

Counsel for Plaintiff TDM America, LLC

Gary J. Campbell, Esq.
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts 02110
gcampbell@mccarter.com

Counsel for Donjon Marine Company, LLC

ERICA A. FRANKLIN