ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 5 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM AMERICA, LLC,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>Defendant,<br>and<br>DONJON MARINE COMPANY, INC.,<br>Third-Party Defendant. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**TRANSMITTAL OF RETURN OF SERVICE FOR NOTICE TO JAY CASHMAN, INC.**

Pursuant to Rule 14(b)(5) of the Rules of the United States Court of Federal Claims, defendant United States submits the Return of Service for the Notice issued by this Court to Jay Cashman, Inc., 20 West Howell Street, Boston, MA 02125. Subsequent to the issuance of the Court's Notice, counsel for Jay Cashman, Inc. advised counsel for the United States that the corporation has a new mailing address. As a result, the United States forwarded a copy of the Notice and required pleadings to the new address: 549 South St., Building 19, Quincy, MA 02169. The Return Receipt for this mailing does not reflect the date of delivery. However, a search of the article number on the United States Postal Service website (http://www.usps.com/shipping/trackandconfirm.htm) indicated that the item was delivered on March 22, 2007. A copy of this tracking confirmation is attached to the Return of Service.

DATED: April 5, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

# In the United States Court of Federal Claims

**TDM AMERICA, LLC**
**Plaintiff**

**vs.**

**THE UNITED STATES** **No. 06-472 C**
**Defendant**

**and**

**DONJON MARINE COMPANY, INC.**
**Third-Party Defendant**

## NOTICE

**To: Jay Cashman, Inc.**
**20 West Howell Street**
**Boston, MA 02125**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby notified to appear within forty-two (42) days after service of this Notice upon you and to assert any claim or interest you may have in the subject matter of the above-entitled suit, by filing a complaint or answer herein in accordance with Rule 14 of this Court. If you fail to appear and assert a claim or interest in the subject matter of the suit, your claim against the United States or interest therein will forever be barred. For your information, this Notice is accompanied by copies of the following pleadings that have been filed herein: **Plaintiff's Complaint, Defendant's Answer, Plaintiff's Amended Complaint, and Defendant's Motion to Notify Additional Interested Third Parties.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, DC, this 14th day of March, 2007

**Brian Bishop**
Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Service of the above notice was accomplished by forwarding same to the above named at the address indicated by registered or certified mail, return receipt requested. See return receipt attached showing service on March 22, 2007.
(Date)

[signature]
Attorney of Record

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

[illegible] ytt
[illegible] Catchmark, Inc.
[illegible]3 South St., Building 19
[illegible]uincy, MA 02169

4a. Article Number

[illegible]

4b. Service Type

☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

Frank Nuzzo

6. Signature: *(Addressee or Agent)*

X [illegible]

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form **3811**, December 1994

Domestic Return Receipt

Thank you for using Return Receipt Service.

UNITED STATES POSTAL SERVICE®



# Track & Confirm

## Search Results

Label/Receipt Number: **7001 2510 0002 1940 0428**
Status: **Delivered**

Your item was delivered at 11:14 AM on March 22, 2007 in QUINCY, MA 02169.

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >


Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of April 2007, a copy of the foregoing TRANSMITTAL OF RETURN OF SERVICE FOR NOTICE TO JAY CASHMAN, INC. was sent to the following counsel of record via Federal Express:

David W. Denenberg, Esq.
Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
maa@dmlegal.com

Counsel for Plaintiff TDM America, LLC

Gary J. Campbell, Esq.
MCCARTER & ENGLISH, LLP
265 Franklin Street
Boston, Massachusetts 02110
gcampbell@mccarter.com

Counsel for Donjon Marine Company, LLC

Erica A. Franklin

ERICA A. FRANKLIN