**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**TDM'S CROSS-MOTION FOR SANCTIONS**
**AND/OR TO COMPEL PURSUANT TO RCFC 37**

Pursuant to RCFC 37(a)(2) - (4), (b)(2) and (c)(1), plaintiff TDM America, LLC ("TDM") respectfully moves this Court for an order that (i) establishes the US' process for treating dredged material, and volumes, amounts and costs thereof, are in accordance with the claims asserted by TDM; (ii) refuses to allow the US to oppose TDM's claims of infringement, support its defenses and prohibits it from introducing designated matters in evidence; (iii) strikes the US' defenses in this matter or renders a judgment by default against the US; (iv) holds the US in contempt for failing to obey the orders of this Court and to respond to discovery demands in accordance with RCFC 26, 33 and 34; and (v) awards TDM reasonable expenses incurred in making this motion, including attorneys' fees.

In the alternative, TDM seeks an order compelling the US to produce by a date certain (i) complete and verified responses to interrogatories in accordance with RCFC

33; (ii) responses, production, categorization and identification of all requested documents, especially process documents, and documents related to volumes, amounts and costs thereof, in accordance with RCFC 34; (iii) Alan P. Klein for a deposition with the documents and complete responses to the requests accompanying the notice of his deposition; and (iv) other deponents in accordance with notices previously served on the US pursuant to RCFC 30(b)(1) and 30(b)(6), with complete responses to accompanying RCFC 34 document requests. This Court should also award TDM reasonable expenses incurred in making this motion, including attorneys' fees.

The basis for the cross-motion is the US' failure to (i) provide adequate, sufficient and verified responses to interrogatories propounded by TDM in accordance with RCFC 33; (ii) properly respond to document requests propounded in accordance with RCFC 34; (iii) comply with orders of this Court to produce and/or allow inspection of documents and properly respond to and verify interrogatories; and (iv) produce witnesses for noticed depositions and respond to the accompanying RCFC 34 document requests.

The grounds for this motion are more fully set forth in TDM's accompanying memorandum of law in opposition to the US' combined motion to quash the subpoena of Alan P. Klein and for a protective order and in support of TDM's cross-motion for sanctions and/or to compel pursuant to RCFC 37 and the declaration of Michael A. Adler dated April 20, 2007 and the exhibits and appendix thereto.

Pursuant to Rule 37(a)(2)(A), TDM, by its attorneys, hereby certifies that it has in good faith conferred with the US in an effort to secure the discovery responses and disclosures without court action, but was unable to do so.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: April 23, 2007

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TDM America, LLC,

Plaintiff,

v.

The United States of America

Defendant,

and

Donjon Marine Company, Inc.

Interested Party.

Civil Action No. 06-472-C
Judge Thomas C. Wheeler

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I served true and accurate copies of the following documents:

1. TDM'S Cross-Motion for Sanctions and/or to Compel pursuant to RCFC 37;

2. TDM'S Memorandum of Law in Opposition to the US' Motion to Quash the Subpoena of Alan P. Klein and for a Protective Order and in Support of TDM'S Cross-Motion for Sanctions and/or to Compel pursuant to RCFC 37; and

3. Declaration of Michael A. Adler in Support of TDM'S Cross-Motion for Sanctions and/or to Compel pursuant to RCFC 37.

by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on counsel for Donjon Marine Company, Inc. by electronic filing at the following address:

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg



00358098