**Exhibit 1**

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

1.45 CONTRACTOR RESPONSIBILITY SUBMISSIONS

A. CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND PLACEMENT SITE COMPLIANCE

Bidders must submit with its bid the information identified in paragraph 1.45.A.1 below and demonstrate that the processing and placement site(s) is permitted.

In addition, the Contractor must demonstrate to the Government within 35 calendar days from the date of being notified of being the apparent low bidder that the "Contractor identified" offloading, processing and placement site(s):

1) will accept the dredged material by providing an Acceptable Use Determination (AUD), Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and placement of dredged material;

2) will be operational and will process and place the Non-rock material unsuitable for placement at the HARS and will be in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies and/or other host state compliance as appropriate for the offloading, processing and placement of dredged material by the dates identified in their Construction Activity Schedule, (paragraph 1.45.A.2,4).

Operational is defined as "being in such a state of repair as to be immediately usable. The characteristics of an "operational site" include (but are not limited to):

1-The site is the property of the bidder, leased to the bidder, or a written agreement exists between the bidder and the property's owner or lessee;
2-The site has all relevant permits, licenses, certifications, etc and is legally permitted to operate in the manner and for the purpose described;

3-Any and all required preparatory site work has been completed;
4-All required non-self propelled plant is onsite, assembled and functional; and
5-The Contractor shall demonstrate that they are capable of transporting the dredge material to meet the contract requirements.

The contractor identified offloading, processing and placement site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the contract site. The Apparent low bidder is required to perform all work to demonstrate that the contractor identified offloading, processing and placement site(s) is permitted and operational, as described above on that date for the in-situ quantity and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the placement of dredged material. Offloading, processing and placement of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material placement shall be performed in accordance with applicable laws and requirements of all associated permits, approvals and government authorities having jurisdiction.

1.45.A.1 Information to be provided by the Bidder at the time of the Bid Opening

The contactor/bidder must submit with its bid one copy of the following information:

(a) Name of "Contractor identified" offloading, processing and placement site(s) to be used for this contract).
(b) Location (street address, city, state) of the "Contractor identified" site(s).
(c) Point of Contact for the "Contractor identified" site(s) and telephone number.
(d) Detailed list of all permits required for the selected site(s) to demonstrate that the site is permitted and legal to operate.

1.45.A.2 Information to be submitted by the Contractor/Apparent Low Bidder within 5 calendar days after being informed of being Apparent Low Bidder.

The Contractor shall submit ten (10) copies of the following information:

(a) Total capacity available at the "Contractor identified" site(s) for the placement of Dredged Material from this contract.

(b) Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (cy/day) and throughput rates for its proposed integrated system of dredging, transportation, processing, and placement for each site identified.

(c) Offloading, Processing and placement Site(s) Elements Information -

1)State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the placement site(s) as well as the average daily production (cy/day) and through-put rates (cy/day) for the each element, to include the dredging, offloading, transportation, processing and placement at the "Contractors identified" site(s). State average daily production cy/day and through-put rates (cy/day) for the proposed integrated system of the elements identified above.

2)Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

3)Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

4)Offloading, Processing and placement Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the bidder proposes to perform the work and the dates on which the bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of dredging by basic contract acceptance areas and/or options). The schedule shall indicate the production rate of each element, to include the dredging, offloading, transportation, processing and placement to ensure that the project will be completed within the contract's required completion date. The bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The bidder must indicate on this schedule the salient features of work for the "Contractor's identified" site(s) that are needed to be completed so the site(s) is operational, as defined in 1.45A, capable of processing and placing the Non-rock material unsuitable for placement at the HARS for the in-situ quantity identified in the price schedule to complete the contract within the required duration.

(d) Synopsis of proposed operation - Narrative of no more than seven (7) pages detailing the operation to move the non-rock material unsuitable for placement at the HARS from the channel to its final resting place. The synopsis shall provide suitable detail to adequately track the material from dredging, processing (if required) through transportation to its ultimate placement. The synopsis shall include the following:

- Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and placement facility including site capacity.

- Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each processing and placement location, with a description of the material handling process at each placement location.

- Provide Hours of operation, transportation and operating procedures at offloading facilities.

- Provide Facilities information: Access to offloading facilities, Acceptable scow size, Placement Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

- Provide a detailed description of the dredging procedure proposed to include the identification of dredges, bucket type and size, scows, tugs, drill boats and other salient equipment to be used for the project for dredging, processing (if required), transportation and placement of Non-rock material unsuitable for placement at the HARS, HARS material and Rock material.

- Submit a detailed description of the loading and transportation procedures to be utilized.

- Provide proof of the Contractor's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

(e) Detailed list and copies of all permits for the selected site(s) to demonstrate that the site is permitted and legal to operate.

1.45.A.3 Information to be submitted by the Contractor/Apparent Low Bidder within 35 calendar days after being informed of being the Apparent Low Bidder

The Contractor shall submit ten (10) copies of the following information within 35 Calendar Days after being informed of being the Apparent Low Bidder:

a) Information submitted at the time of the Bid Opening - All the information provided previously must also be included in the final package, revised as necessary.

b) Detailed list and all copies of all permits for the selected site(s) to demonstrate that the site is permitted and legal to operate. Evidence demonstrating that the "Contractor identified" site(s) will Process and place Dredged Material from the project site by providing an executed Acceptable Use Determination (AUD) or Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and placement of dredged material.

c) Proof of placement Site Owner's approval granting the Apparent Low Bidder the right to dispose dredged material at that site.

d) Proof of uncommitted placement Site(s) capacity adequate for the project.

e) Certification of the placement Site's availability corresponding to the current project schedule.

f) Demonstrate minimum required placement Site(s) production capability to ensure that the project will be completed within the contract requirement. The apparent low bidder shall provide the estimated daily production rates for processing and placement for each alternate placement site(s).

g) Proof of Apparent Low Bidder's experience in the proposed placement Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed placement method, if no direct experience is applicable.

h) Transportation Capabilities -The Apparent Low Bidder must provide the following:

1)Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

2)Provide proof of the Apparent Low Bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

i) Processing Capabilities - The Apparent Low Bidder must provide the following:

1)Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:

-Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.
-Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).
-Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.
-Rehandling of material (if any) used in the processing of dredged material affecting the project.

2)Provide any permits and/or licenses applicable to the proposed process, if any.

3)Provide any patented or proprietary permissions applicable to the proposed process, if any.

4)Provide proof of processing plant availability for use by the apparent Contractor.

5)Certify processing plant's availability corresponding to the current project schedule.

B. CONTRACTOR/(Apparent Low Bidder) AIR EMISSIONS INFORMATION TO BE SUBMITTED BY CONTRACTOR

Bidders must submit information demonstrating that their schedule and equipment comply with this solicitation's Clean Air Act compliance restriction (see section 01135).

1.45.B.1 Information to be provided by the Apparent Low Bidder within 5 calendar days of being informed of being the Apparent Low Bidder

The Apparent Low Bidder must submit ten (10) copies within 5 calendar days of being informed of being the Apparent Low Bidder one copy of the following information:

(a)The qualifications of the Contractor's Air Emissions Consultant (AEC) and Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(b)The information for all marine based equipment to be used on this Contract. Refer to Section 01135.

(c)A written description of any air emission controls to be used by the bidder and which pieces of equipment it shall be used on.

(d)Identification of any additional offsets, if any, that the Apparent Low Bidder will utilize during the contract.

(e) Air Emissions Calculator. Refer to Section 01135.

1.45.B.2 Information to be provided by the Apparent Low Bidder within 35 calendar days after being informed of being the Apparent Low Bidder

The Apparent Low Bidder must submit ten (10) copies within 35 calendar days after being informed of being the Apparent Low Bidder

(a)Air Emissions Calculator. Refer to Section 01135.

(b)Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(c)A written narrative describing the Contractor's quality control system to insure that the dredging operation is monitored and is within the calendar year allowable Limit for NOx. The process that Contractor will use to make adjustments to their dredging operation during the execution of the work to insure compliance with the calendar year Allowable Limit for NOx.

(d)A written description of any new air emission controls to be used by the Apparent Low Bidder and which pieces of equipment it shall be used on.

(e) Identification, verification and confirmation of any additional offsets, if any, that the Apparent Low Bidder will utilize during the contract. This is supported by documentation from the appropriate regulatory agency.

1.46 GOVERNMENT RESIDENT MANAGEMENT SYSTEM

a. The Government will utilize an in-house Contract Administration program entitled "Resident Management System" (RMS). The Contractor shall utilize a Government furnished CQC Programming Module. The following hardware and software are needed by the contractor to run RMS: A personal computer with Pentium II Processor (or higher) and 64 megabytes (MB) or more of random access memory (RAM), 4.0 gigabytes (KGB) hard drive disk space for sole use of CQC Module, DVD/CD ROM writer/Reader drive. Also needed is a HP Laser Jet III

Series or better printer, a color monitor, Windows xp or later, MS Office (Microsoft Word 2003 or newer, Access 2003 or newer) and computer files = 120. Connection to the Internet, minimum 28 KBPS. Electronic E-mail compatible with MS Outlook. The contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

b. The Module includes a Daily CQC Reporting System form, which must also be used. This form may be in addition to other contractor desired reporting forms. However, all other such reporting forms shall be consolidated into this one Government specified Daily CQC Report Form. The contractor will also be required to complete CQC Module elements which include, but are not limited to, all Contractor Quality Control plan information such as; Prime Contractor staffing, subcontractor information showing trade, name, address, and point of contact, definable features of work, pay activities and activity information, required Quality Control tests tied to individual pay activities, planned User schooling tied to specific specification paragraphs and pay activities, Installed Property listings, Transfer Property listings, and submittal information relating to specification section, description, pay activity, and expected procurement period. The sum of all pay activities shall equal the contract amount, and all Bid Items, Options and Additives shall be separately identified, in accordance with the Bidding Schedule. Bid Items may include multiple activities, but activities may only be assigned to one such Bid Item. This module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer) and shall be updated as required.

c. During the course of the contract, the contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to contractor activities or reflect outstanding or future items needing attention of the contractor. The contractor will acknowledge receipt of these comments by specific number reference on his daily CQC report, and will also reflect on his daily CQC report when these items are specifically completed or corrected to permit Government verification.

1.47 PATENTS

All potential bidders need to be aware of the following patents, which may be related to performance of this contract.

Patent 6,293,731
Patent 5,007,590
Patent 5,028,010
Patent 5,353,998
Patent 5,542,614
Patent 5,794,862
Patent 5,931,605
Patent 6,017,169

The foregoing patents, and any others which may be applicable to activities performed under this contract, are neither required nor prohibited. However, if you use the methods or technology described in these or other patents, please factor license costs into your bid. The successful bidder needs obtain the proper license(s) if it wishes to use the methods, processes, or technology described in any applicable patents

-----End of Section---------

Series or better printer, a color monitor, Windows xp or later, MS Office (Microsoft Word 2003 or newer, Access 2003 or newer) and computer files = 120. Connection to the Internet, minimum 28 KBPS. Electronic E-mail compatible with MS Outlook. The contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

b. The Module includes a Daily CQC Reporting System form, which must also be used. This form may be in addition to other contractor desired reporting forms. However, all other such reporting forms shall be consolidated into this one Government specified Daily CQC Report Form. The contractor will also be required to complete CQC Module elements which include, but are not limited to, all Contractor Quality Control plan information such as; Prime Contractor staffing, subcontractor information showing trade, name, address, and point of contact, definable features of work, pay activities and activity information, required Quality Control tests tied to individual pay activities, planned User schooling tied to specific specification paragraphs and pay activities, Installed Property listings, Transfer Property listings, and submittal information relating to specification section, description, pay activity, and expected procurement period. The sum of all pay activities shall equal the contract amount, and all Bid Items, Options and Additives shall be separately identified, in accordance with the Bidding Schedule. Bid Items may include multiple activities, but activities may only be assigned to one such Bid Item. This module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer) and shall be updated as required.

c. During the course of the contract, the contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to contractor activities or reflect outstanding or future items needing attention of the contractor. The contractor will acknowledge receipt of these comments by specific number reference on his daily CQC report, and will also reflect on his daily CQC report when these items are specifically completed or corrected to permit Government verification.

1.47 PATENTS

All potential bidders need to be aware of the following patents, which may be related to performance of this contract.

Patent 6,293,731
Patent 5,007,590
Patent 5,028,010
Patent 5,353,998
Patent 5,542,614
Patent 5,794,862
Patent 5,931,605
Patent 6,017,169

The foregoing patents, and any others which may be applicable to activities performed under this contract, are neither required nor prohibited. However, if you use the methods or technology described in these or other patents, please factor license costs into your bid. The successful bidder needs obtain the proper license(s) if it wishes to use the methods, processes, or technology described in any applicable patents

-----End of Section--------

Exhibit 2

**SECTION 00800**

**SPECIAL CONTRACT REQUIREMENTS**

**1. COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (1965 APRIL OCE)**

The Contractor will be required to commence work under this contract within five (5) calendar days after the date of receipt by him of the notice to proceed, to prosecute said work diligently and to complete the entire work ready for use not later than **fifty (50) calendar days** after the of receipt by him of the notice to proceed. Should the total quantity of material exceed the limit established in the clause entitled "Variations in Estimated Quantities," additional time will be allowed at the rate of one (1) calendar day for each 4,000 cubic yards in excess of the established limit. The time stated for completion shall include final clean up. (EFARS 52.2/9110 (a))

The contractor is required to maintain a production rate of 4,000 cubic yards per calendar day.

The work is estimated to cost between $5,000,000.00 and $10,000,000.00.

The estimated volume to be dredged is 144,420 cubic yards, based on the March 2003 survey.

**The contractor will be solely responsible for coordinating, obtaining, and complying with all the offloading, transportation, dewatering, processing and disposal permits/requirements of the site(s) identified by the contractor. A New York State Water Quality Certificate and CZM concurrent will be obtained by the Government for the dredging aspect of the project.**

**1A. CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND DISPOSAL SITE COMPLIANCE**

The Apparent low bidder must demonstrate to the Government within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder; that the contractor identified offloading, processing and disposal site(s) is operational, capable of processing and disposing of all the dredged material on that date for the in-situ quantity as per the Supplies/Services (Price) Schedule and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material.

The contractor identified offloading, processing and disposal site(s) must have sufficient

capacity to receive all the dredged material from the project site. The apparent low bidder is required to perform all work to demonstrate that the contractor identified offloading, processing and disposal site(s) is permitted, operational, capable of processing and disposing of all the dredged material on that date for the in-situ quantity as per the Supply/Service (Price) Schedule and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Offloading, processing and disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable laws and requirements of all associated permits, approvals and government authorities having jurisdiction.

**1A.1. Information Submitted by the Apparent Low Bidder**

**The Apparent Low Bidder shall be officially notified by the contracting officer and instructed to submit the following information for the site(s):**

The Apparent Low bidder must submit five (5) copies of

a) Name of the contractor identified offloading, processing and disposal site(s).

b) Location (street address, city, state) of the contractor identified site(s)

c) Point of Contact for the contractor identified site and telephone number

d) Total capacity available at the contractor identified site(s) for offloading, processing and placement of Dredged Material for this contract.

e) Detailed list of all permits and approvals that are required for the selected site to demonstrate that the site is legal to receive, operate, process and/or dispose of dredged material and their status. Permits and approvals that shall be provided by the Apparent Low Bidder to the Government include placement site permits as applicable and others as related to transportation, processing and placement of the dredged material, or any other aspects of the bidder's proposed disposition of the dredged material including any and all permits, authorizations, contracts, agreements, licenses, rights-of-entry.

f) Copies of permits currently issued/approved at the time of submission.

g) Identification of Regulatory Agency required to issue/approve items listed in e) above.

h) Timeline for obtaining the required permits - Bar Chart for Obtaining Permits and Approvals - A bar chart indicating time(s) required for obtaining all permits/approvals required by the bidder for each item of work as described by the bidder. The schedule

will detail the major steps (such as time to prepare the permit request, the date it will be submitted to the regulatory agency, time for agency review, public coordination, etc).

i) Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (CY /day) and the output rates for their proposed integrated system of dredging, offloading, transportation, processing, and placement for each contractor identified site(s).

j) Offloading, processing and disposal Site Elements Information –

1) State the capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the disposal site(s), as well as the average daily production rate and workdays per week that the processing site will operate.

2) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

3) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

k) Offloading, Processing and Disposal Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the apparent low bidder proposes to perform the work and the dates on which the apparent low bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment...etc). The schedule shall indicate that the production rate of the facility is sufficient to ensure that the project will be completed within the contract's required completion date. The apparent low bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The apparent low bidder must indicate on this schedule the salient features of work for the contractor identified offloading, processing and disposal site(s) that are needed to be completed within 70 calendar days from date the Apparent low bidder is notified of being the low bidder so that the site(s) is operational, capable of processing and disposing of all the dredged material for the in-situ quantity identified in the price schedule.

**1A.1.a Synopsis of proposed operation**

Narrative of **no more than seven (7) pages** detailing the operation to move the dredged material from the dredging site to its final resting place that the apparent low bidder has identified. The synopsis shall provide suitable detail to adequately track the material from dredging, through offloading, transportation and processing to its ultimate placement. The information identified in paragraph 1A.1 shall be attached to the synopsis. The synopsis shall include the following:

1) Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and/or disposal facility including site capacity.

2) Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.

3) Provide hours of operation, transportation and operating procedures at offloading facilities.

4) Provide Facilities information: Access to offloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

5) Provide a detailed description of the dredging procedure proposed to include the identification of dredges, buckets, scows, tugs and other salient equipments to be used for the project.

6) Submit a detailed description of the loading and transportation procedures to be utilized.

**1A.2 Information to be submitted by the Apparent Low Bidder within 70 calendar days**

The Apparent Low Bidder shall submit five (5) copies of the following information within **70 Calendar days** from the date the Apparent Low bidder is notified of being the low bidder.

a) Information submitted as directed by Contracting Officer notification - All the information provided previously must also be included in the final package, revised as necessary.

b) Evidence Demonstrating that the contractor identified offloading, processing and disposal site(s) is Permitted, Operational, Capable of Offloading, Processing and Disposing Dredged Material from the project site - The apparent low bidder must demonstrate to the Government **within 70 calendar days** from the date the Apparent low bidder is notified of being the low bidder that the contractor identified offloading, processing and disposal site(s) is permitted, operational, capable of processing and disposing of all the dredged material for the in-situ quantity as per the Price Schedule **by calendar day 70** from the date the Apparent low bidder is notified of being the low bidder and that the offloading, processing and/or disposal site(s) is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material. Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Apparent Low Bidder. The Apparent Low Bidder must provide to the Government proof that the material to be taken from the project site

to the Apparent Low Bidder's upland site(s) meets any regulatory testing requirements.

c) Copies of Required Permits - The Apparent low bidder shall provide copies of all required permits and approvals for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Documentation of compliance with any other legal or regulatory requirement must be provided to the Government including Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport, disposal and placement) will be provided by the New York District U.S. Army Corps of Engineers **Section 00900-D.**

d) The Apparent Low Bidder must provide:

1) Proof of the contractor identified Offloading, Processing and/or Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities (permits for the site previously provided should be also included in this submission).

2) Proof of Offloading, Processing and Disposal Site(s) Owner's approval granting the apparent low bidder the right to offload, process and/or dispose dredged material at that site.

3) Proof of Disposal Site(s) uncommitted capacity adequate for the project.

4) Certification of the offloading, processing and/or disposal Site's availability corresponding to the current project schedule.

5) Proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and/or disposal at the proposed processing and/or Disposal Site(s).

6) Demonstrate minimum required offloading, processing and disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each contractor identified disposal site(s).

7) Proof of apparent low bidder's experience in the proposed offloading, processing and disposal Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

e) Transportation Capabilities - The Apparent Low Bidder must provide the following:

1) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment has current permits, licenses, registrations, or other required certifications.

2) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

f) Processing Capabilities - The Apparent Low Bidder must provide the following:

1) Provide detailed description of the proposed processing technology, including but not limited to, the following stages, if applicable:

   a. Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.

   b. Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).

   c. Interim storage, if required, identifying the method of storage, required and available storage capacity, and the time frame it will be used, if applicable.

   d. Rehandling of material (if any) used in the processing of dredged material affecting the project.

2) Provide any permits and/or licenses applicable to the proposed process, if any.

3) Provide any patented or proprietary permissions applicable to the proposed process, if any.

4) Provide proof of processing plant availability for use by the apparent low bidder.

5) Certify processing plant's availability corresponding to the current project schedule.

6) Provide proof of Apparent Low Bidder's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

**Exhibit 3**

**SECTION 00800**

***SPECIAL CONTRACT REQUIREMENTS***

**1. COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (1965 APRIL OCE)**

The Contractor will be required to commence work under this contract within five (5) calendar days after the date of receipt by him of the notice to proceed, to prosecute said work diligently and to complete the **basic work** (approx.101,965 CY) ready for use not later than **forty-five (45) calendar days** after the date of receipt by him of the notice to proceed. There are fifteen (15) options (additional 196,100 CY) to the contract ranging from approximately 655 CY to 79,180 CY. The time for contract completion of each additional option will be determined by allowing a rate of one (1) calendar day for each 3,500 cubic yards removed. Options will range from one (1) calendar day to twenty-three (23) calendar days, if exercised.

The Government has 30 days from the date of the receipt by the Contractor of the Notice to Proceed (Basic Work) to exercise the Options (A1, B1, D, E, F, F1, G, G1, H, I, J, K, L, M and N), if they are exercised at all. Even if exercised, the Options listed above may not be exercised in numerical order.

Should the total quantity of material exceed the limit established in the clause entitled "Variations in Estimated Quantities," additional time will be allowed at the rate of one (1) calendar day for each 3,500 cubic yards in excess of the established limit. The time stated for completion shall include final clean up. (EFARS 52.2/9110 (a))

The contractor is required to maintain a production rate of 3,500 cubic yards per calendar day.

The work is estimated to cost between $6,000,000.00 and $16,000,000.00.

The estimated volume to be dredged is 298,065 cubic yards (basic 101,965 CY plus 196,100 CY for options), based on the January/February 2005 survey.

**The contractor will be solely responsible for coordinating, obtaining, and complying with all the offloading, transportation, dewatering, processing and disposal permits/requirements of the site(s) identified by the contractor. The Water Quality Certificate(s) and CZM concurrent(s) will be obtained by the Government for the dredging aspect of the project.**

**1A. CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND DISPOSAL SITE COMPLIANCE**

The Apparent low bidder must demonstrate to the Government within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder; that the contractor identified offloading, processing and disposal site(s) is operational, capable of processing and disposing of all the dredged material on that date for the in-situ quantity as per the Supplies/Services (Price) Schedule and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material.

The contractor identified offloading, processing and disposal site(s) must have sufficient capacity to receive all the dredged material from the project site. The apparent low bidder is required to perform all work to demonstrate that the contractor identified offloading, processing and disposal site(s) is permitted, operational, capable of processing and disposing of all the dredged material on that date for the in-situ quantity as per the Supply/Service (Price) Schedule and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as

appropriate for the disposal of dredged material. Offloading, processing and disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable laws and requirements of all associated permits, approvals and government authorities having jurisdiction.

**1A.1. Information Submitted by the Apparent Low Bidder**

**The Apparent Low Bidder shall be officially notified by the contracting officer and instructed to submit the following information, within 5 Calendar days from the date the Apparent Low Bidder is notified of being the low bidder, for the site(s):**

The Apparent Low bidder must submit five (5) copies of

a) Name of the contractor identified offloading, processing and disposal site(s).

b) Location (street address, city, state) of the contractor identified site(s)

c) Point of Contact for the contractor identified site and telephone number

d) Total capacity available at the contractor identified site(s) for offloading, processing and placement of Dredged Material for this contract.

e) Detailed list of all permits and approvals that are required for the selected site to demonstrate that the site is legal to receive, operate, process and/or dispose of dredged material and their status. Permits and approvals that shall be provided by the Apparent Low Bidder to the Government include placement site permits as applicable and others as related to transportation, processing and placement of the dredged material, or any other aspects of the bidder's proposed disposition of the dredged material including any and all permits, authorizations, contracts, agreements, licenses, rights-of-entry.

f) Copies of permits currently issued/approved at the time of submission.

g) Identification of Regulatory Agency required to issue/approve items listed in e) above.

h) Timeline for obtaining the required permits - Bar Chart for Obtaining Permits and Approvals - A bar chart indicating time(s) required for obtaining all permits/approvals required by the bidder for each item of work as described by the bidder. The schedule will detail the major steps (such as time to prepare the permit request, the date it will be submitted to the regulatory agency, time for agency review, public coordination, etc).

i) Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (CY /day) and the output rates for their proposed integrated system of dredging, offloading, transportation, processing, and placement for each contractor identified site(s).

j) Offloading, processing and disposal Site Elements Information –

   1) State the capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the disposal site(s), as well as the average daily production rate and workdays per week that the processing site will operate.

   2) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

   3) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

k) Offloading, Processing and Disposal Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the apparent low bidder proposes to perform the work and the dates on which the apparent low bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment...etc). The schedule shall indicate that the production rate of the facility is sufficient to ensure that the project will be completed within the contract's required completion date. The apparent low bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The apparent low bidder must indicate on this schedule the salient features of work for the contractor identified offloading, processing and disposal site(s) that are needed to be completed within 70 calendar days from date the Apparent low bidder is notified of being the low bidder so that the site(s) is operational, capable of processing and disposing of all the dredged material for the in-situ quantity identified in the price schedule.

**1A.1.a Synopsis of proposed operation**

Narrative of **no more than seven (7) pages** detailing the operation to move the dredged material from the dredging site to its final resting place that the apparent low bidder has identified. The synopsis shall provide suitable detail to adequately track the material from dredging, through offloading, transportation and processing to its ultimate placement. The information identified in paragraph 1A.1 shall be attached to the synopsis. The synopsis shall include the following:

1) Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and/or disposal facility including site capacity.

2) Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.

3) Provide hours of operation, transportation and operating procedures at offloading facilities.

4) Provide Facilities information: Access to offloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

5) Provide a detailed description of the dredging procedure proposed to include the identification of dredges, buckets, scows, tugs and other salient equipments to be used for the project.

6) Submit a detailed description of the loading and transportation procedures to be utilized.

**1A.2 Information to be submitted by the Apparent Low Bidder within 70 calendar days**

The Apparent Low Bidder shall submit five (5) copies of the following information within **70 Calendar days** from the date the Apparent Low bidder is notified of being the low bidder.

a) Information submitted as directed by Contracting Officer notification - All the information provided previously must also be included in the final package, revised as necessary.

b) Evidence Demonstrating that the contractor identified offloading, processing and disposal site(s) is Permitted, Operational, Capable of Offloading, Processing and Disposing Dredged Material from the project site - The apparent low bidder must demonstrate to the Government **within 70 calendar days** from the date the Apparent low bidder is notified of being the low bidder that the contractor identified offloading, processing and disposal site(s) is permitted, operational, capable of processing and disposing of all the dredged material for the in-situ quantity as per

the Price Schedule by **calendar day 70** from the date the Apparent low bidder is notified of being the low bidder and that the offloading, processing and/or disposal site(s) is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material. Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Apparent Low Bidder. The Apparent Low Bidder must provide to the Government proof that the material to be taken from the project site to the Apparent Low Bidder's upland site(s) meets any regulatory testing requirements.

c) Copies of Required Permits - The Apparent low bidder shall provide copies of all required permits and approvals for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Documentation of compliance with any other legal or regulatory requirement must be provided to the Government including Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport, disposal and placement) will be provided by the New York District U.S. Army Corps of Engineers in **Section 00900-D.**

d) The Apparent Low Bidder must provide:

1) Proof of the contractor identified Offloading, Processing and/or Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities (permits for the site previously provided should be also included in this submission).

2) Proof of Offloading, Processing and Disposal Site(s) Owner's approval granting the apparent low bidder the right to offload, process and/or dispose dredged material at that site.

3) Proof of Disposal Site(s) uncommitted capacity adequate for the project.

4) Certification of the offloading, processing and/or disposal Site's availability corresponding to the current project schedule.

5) Proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and/or disposal at the proposed processing and/or Disposal Site(s).

6) Demonstrate minimum required offloading, processing and disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each contractor identified disposal site(s).

7) Proof of apparent low bidder's experience in the proposed offloading, processing and disposal Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

e) Transportation Capabilities - The Apparent Low Bidder must provide the following:

1) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment has current permits, licenses, registrations, or other required certifications.

2) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

f) Processing Capabilities - The Apparent Low Bidder must provide the following:

1) Provide detailed description of the proposed processing technology, including but not limited to, the following stages, if applicable:

   a. Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.

   b. Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).

   c. Interim storage, if required, identifying the method of storage, required and available storage capacity, and the time frame it will be used, if applicable.

   d. Rehandling of material (if any) used in the processing of dredged material affecting the project.

2) Provide any permits and/or licenses applicable to the proposed process, if any.

3) Provide any patented or proprietary permissions applicable to the proposed process, if any.

4) Provide proof of processing plant availability for use by the apparent low bidder.

5) Certify processing plant's availability corresponding to the current project schedule.

6) Provide proof of Apparent Low Bidder's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

## 2. PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization and equipment, work equivalent to at least forty (40) percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performance of the work, the Contractor requests a reduction and the Contracting Officer and/or his Representative determines that the reduction would be to the advantage of the Government. (FAR 52.236-01)

## 3. SUBMITTAL OF WORK TO BE PERFORMED BY THE CONTRACTOR

The Contractor shall furnish the Contracting Officer and/or his Representative, within ten (10) days after award, items of work he will perform with his own forces and the estimated cost of those items. The percentage of work that must be performed by the Contractor is stated in paragraph 2, entitled: "PERFORMANCE OF WORK BY THE CONTRACTOR."

**Exhibit 4**

DEPARTMENT OF THE ARMY
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON VA 22203-1837

REPLY TO ATTENTION OF

JALS-IP

16 May 2006

CERTIFIED MAIL

Robert G. Fryling, Esq.
Blank, Rome, L.L.P.
One Logan Square
18th & Cherry Streets
Philadelphia PA 19103-6998

RE: Administrative Claim of UTEX Environmental Services, LLC, for alleged infringement of United States Patents 5,542,614, 5,931,605, and 6,293,731.

Dear Mr. Fryling:

This office has completed its investigation. For the reasons which will now be discussed, the claim for compensation must be denied.

28 USC 1498(a) establishes a cause of action against the U.S. Government based on unauthorized use of a patented invention "by" the Government or "for" the Government with its "authorization and consent." You alleged that Donjon Marine Co., OENJ –Cherokee Corporation, and Clean Earth Dredging Technologies, Inc. ("CEDTI") have infringed the referenced patents, United States Patents 5,542,614 ("the '614 patent"), 5,931,605 ("the '605 patent"), and 6,293,731 ("the '731 patent"),while performing work under contract to the United States Army.

Our investigation indicates that the United States Army expressly withheld its authorization and consent, and therefore any use of claimant's inventions in the

ENCLOSURE( )

performance of these contracts was not a use "for" the Government within the meaning of Section 1498(a), and the Government is not liable for any infringements. This contention is based on the inclusion in all of the contracts of the standard clause FAR 52.227-1 "Authorization and Consent" (Jul 1995), which limits the Government's authorization and consent to:

"all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent (1) embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract or (2) used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with (i) specifications or written provisions forming a part of this contract or (ii) specific written instructions given by the Contracting Officer directing the manner of performance."

Since neither the contract specifications nor any specific written instructions from the contracting officer in any of the contracts required any contractor, including the three contractors (DONJON Marine Co., OENJ Corporation, and Clean Earth Dredging Technologies, Inc.) named in the subject administrative claim, to use a particular method or a particular type of equipment in the disposition of dredged material, the Government did not authorize or consent to any infringement of claimant's patents in the performance of these contracts, and the Government is not liable for any infringements. *Compare Carrier Corp. v. United States*, 534 F2d 244, 190 USPQ 55 (CtCls 1976).

Furthermore, our investigation indicates that none of the United States Patents 5,542,614, 5,931,605, and 6,293731, has been or is being infringed by any of the three contractors while performing work under contract to the United States Army. Each patent is analyzed below in support of these conclusions:

The '614 Patent

The '614 patent allegedly applies to processes employed by only OENJ-Cherokee and CEDTI, and incorporates by reference United States patents nos. 5,007,590 and 5,028,010, also owned by UTEX.

The '614 patent applies to a treatment process suitable for heavily clumped or acidic soil, e.g., mine waste. In addition, this patent was amended during prosecution to specifically narrow the basic independent claim to avoid claiming prior art, i.e., processes known or in use by others, or already patented. All claims for any apparatus associated with the process were denied as being anticipated by the prior art.

Specific processing steps must be performed to infringe the '614 patent. If any steps are not performed the patent is not infringed. In performance of their contracts with the Army, neither OENJ-cherokee nor CEDTI performed the steps of (1) weighing the material or (2) using a "vibrating screen box" to separate large material just before adding material to its mixer. Thus, none of the claims of the '614 patent is directly infringed. Moreover, the '614 patent was amended to include the vibrating screen box, essentially removing the potential for infringement by equivalent processes.

The '605 Patent

The '605 patent applies to an apparatus ("mixer"), which is alleged to be used only by Donjon. To infringe the '605 patent, the mixer must be coupled to an "additive supply system." Donjon uses a commercial-off-the-shelf (COTS) mixer supplied by the Lang Tool company. There is no coupling of the COTS mixer to an additive supply system. Further, the COTS mixer contains no capacity for distributing an additive slurry through its drum as would be required to infringe the '605 patent.

Aerial photos provided by UTEX of both the COTS mixer alone, and as used by Donjon, do not show the necessary element of a coupling to an additive supply system. However, these same photos do show additives being applied separately from an additive supply system that is not coupled to the mixer. This is additional evidence that the patent is not infringed.

The '731 Patent

The '731 patent applies only to an "in-barge" treatment process, not an apparatus. Donjon is the only alleged infringer of the '731 patent. All independent claims were amended to avoid prior art in much the same manner and for much the same reasons as for the '605 patent. The amendment added a limitation for additive slurry to be provided directly to the mixing assembly, not to the dredged material itself. Donjon adds the slurry to the dredged material directly. To infringe, the additive would need to be supplied to Donjon's COTS horizontal drum-type mixer. Donjon's additive is not added at the mixer. This is supported by UTEX's aerial photos of actual processing of dredged material at the Donjon work site.

For the reasons discussed above, your claim for compensation is hereby denied.

If you have any significant information not already presented which you believe warrants a conclusion other than the above, or firmly believe that denial of the claim is not supported in law or by the facts of record, you may request reconsideration of your claim by this Intellectual Property Counsel.

Reconsideration should be requested within thirty (30) days of the date of this letter. Your request must be presented in writing to this office. The statute of limitations under 35 U.S.C. §286 continues to run as of the date of this letter.

Alan P Klein

ALAN P. KLEIN
Intellectual Property
Counsel of the Army

Enclosures
Copy to: Honorable Orrin G. Hatch
United States Senate
104 Hart Senate Office Building
Washington, DC 20510-4402



TDM 005117
PROPRIETARY INFORMATION

# § 1498. Patent and copyright cases

(a) Whenever an invention described in and covered by a patent of the United States is used or manufactured by or for the United States without license of the owner thereof or lawful right to use or manufacture the same, the owner's remedy shall be by action against the United States in the United States Court of Federal Claims for the recovery of his reasonable and entire compensation for such use and manufacture. Reasonable and entire compensation shall include the owner's reasonable costs, including reasonable fees for expert witnesses and attorneys, in pursuing the action if the owner is an independent inventor, a nonprofit organization, or an entity that had no more than 500 employees at any time during the 5-year period preceding the use or manufacture of the patented invention by or for the United States. Nothwithstanding [1] the preceding sentences, unless the action has been pending for more than 10 years from the time of filing to the time that the owner applies for such costs and fees, reasonable and entire compensation shall not include such costs and fees if the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust. For the purposes of this section, the use or manufacture of an invention described in and covered by a patent of the United States by a contractor, a subcontractor, or any person, firm, or corporation for the Government and with the authorization or consent of the Government, shall be construed as use or manufacture for the United States.

The court shall not award compensation under this section if the claim is based on the use or manufacture by or for the United States of any article owned, leased, used by, or in the possession of the United States prior to July 1, 1918.

A Government employee shall have the right to bring suit against the Government under this section except where he was in a position to order, influence, or induce use of the invention by the Government. This section shall not confer a right of action on any patentee or any assignee of such patentee with respect to any invention discovered or invented by a person while in the employment or service of the United States, where the invention was related to the official functions of the employee, in cases in which such functions included research and development, or in the making of which Government time, materials or facilities were used.

## 52.227-1 – Authorization and Consent.

As prescribed at 27.201-2(a), insert the following clause:

### Authorization and Consent (Jul 1995)

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent

(1) embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract or

(2) used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with

(i) specifications or written provisions forming a part of this contract or

(ii) specific written instructions given by the Contracting Officer directing the manner of performance.

The entire liability to the Government for infringement of a patent of the United States shall be determined solely by the provisions of the indemnity clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent herein above granted.

(b) The Contractor agrees to include, and require inclusion of, this clause, suitably modified to identify the parties, in all subcontracts at any tier for supplies or services (including construction, architect-engineer services, and materials, supplies, models, samples, and design or testing services expected to exceed the simplified acquisition threshold); however, omission of this clause from any subcontract, including those at or below the simplified acquisition threshold, does not affect this authorization and consent.

(End of Clause)

*Alternate I (Apr 1984).* The following is substituted for paragraph (a) of the clause:

(a) The Government authorizes and consents to all use and manufacture of any invention described in and covered by a United States patent in the performance of this contract or any subcontract at any tier.

*Alternate II (Apr 1984).* The following is substituted for paragraph (a) of the clause:

## 27.201-2 – Clauses on Authorization and Consent.

(a) The contracting officer shall insert the clause at 52.227-1, Authorization and Consent, in solicitations and contracts (including those for construction; architect-engineer services; dismantling, demolition, or removal of improvements; and noncommon carrier communication services), except when using simplified acquisition procedures or both complete performance and delivery are outside the United States, its possessions, and Puerto Rico. Although the clause is not required when simplified acquisition procedures are used, it may be used with them.

(b) The contracting officer shall insert the clause with its Alternate I in all R&D solicitations and contracts (including those for construction and architect-engineer services calling exclusively for R&D work or exclusively for experimental work), unless both complete performance and delivery are outside the United States, its possessions, and Puerto Rico. When a proposed contract involves both R&D work and supplies or services, and the R&D work is the primary purpose of the contract, the contracting officer shall use this alternate. In all other proposed contracts involving both R&D work and supplies or services, the contracting officer shall use the basic clause. Also, when a proposed contract involves either R&D or supplies and materials, in addition to construction or architect-engineer work, the contracting officer shall use the basic clause.

(c) If the solicitation or contract is for communication services with a common carrier and the services are unregulated and not priced by a tariff schedule set by a regulatory body, the contracting officer shall use the clause with its Alternate II.