US Army Corps
of Engineers
New York District

# Corps Regulatory Program

- Ocean Disposal Authority derives from Section 103 of the Marine Protection, Research and Sanctuaries Act of 1972 (33 CFR 324.2)
- Permits to use HARS Issued by Corps contingent on EPA approval
- Permits undergo Public Interest Review
- Typical Applicants in the Port range from the Port Authority of NY & NJ to private marina owners
- Permit Applications for using the HARS range widely year to year, presently about a half dozen per year
- Notable permit dredging:
  - Passenger Ship Terminal – dredged 400,000 CY to 500,000 CY *each year*
  - Ferry Terminals – expanded need and use since September 11

As of 10 January 2002

# Future Dredging Volume Projections*




| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| HARS Material | 2.6 | 6.5 | 8.3 | 6.7 | 6.2 | 2.7 | 3.4 | 2.8 | 2.8 | 2.2 |
| Rock Material | 1.0 | 0.5 | 1.1 | 0.5 | 0.5 | 0.7 | 0.8 | 0.8 | 0.8 | 0.8 |
| Non-HARS Material | 1.8 | 4.5 | 5.2 | 3.4 | 3.5 | 3.3 | 2.9 | 3.5 | 3.1 | 4.2 |

Year

* Includes anticipated Corps deepening & maintenance dredging and permit dredging

TDM 004400

US Army Corps of Engineers
New York District

# Where can we place the material once it's dredged? What other alternatives are there?



As of 10 January 2002

TDM 004401

US Army Corps
of Engineers
New York District

# Upland, but where?

- Highly urbanized region – limited areas for dredged material placement
- With regional goal of using dredged material beneficially, whenever feasible, upland remediation preferred option over disposal.
- Other options are possible and available
  - Some are restricted to certain types of material (e.g., only sand for beach nourishment)
  - Some are undergoing further evaluation (e.g., decontamination technologies)



As of 10 January 2002

US Army Corps
of Engineers
New York District

# Upland Remediation – Landfills, Brownfields & Coal Mines

**Capping Landfills & Brownfields in Port Region**



**Pennsylvania Coal Mine Reclamation**







- Processing typically required for geophysical site requirements & to reduce leaching
- Limited number of sites in Harbor Estuary region
- Large capacity sites are far from Harbor Estuary and are under evaluation
- Added Processing, Transport & Handling Costs

As of 10 January 2002

US Army Corps
of Engineers
New York District

# Comparison of Alternative Cost and Use

Approximate Maintenance Material Cost & Volume Managed (deepening & maintenance) since September 1997




As of 10 January 2002

TDM 004404

US Army Corps
of Engineers
New York District

# Key HARS Factors

- Corps wants to continue to fully remediate the HARS.
- Remediation material is the right balance of environmental protection for the ocean & economic protection of the Harbor Estuary.
- Too much protection of either the environment or the economy jeopardizes the equitable balance that now exists in the Harbor Estuary.




As of 10 January 2002

US Army Corps
of Engineers
New York District

# Questions?



As of 10 January 2002