


TDM 004407

US Army Corps
of Engineers ®
New York District

# FY07 Dredging Schedule
# New York District



US Army Corps of Engineers ®
New York District

# FY07 Dredging Schedule
# New York District

| Hopper Dredge Maintenance Dredging | FY06 SEP | OCT | NOV | DEC | JAN | FEB | MAR | FY07 APR | MAY | JUN | JUL | AUG | SEP | FY08 OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Rockaway Inlet, NY (Award Nov '06) | | | 260K CY | | | | | Shore Birds & Amaranth | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |



TDM 004409

US Army Corps of Engineers
New York District

# FY07 Dredging Schedule
# New York District



# Newark Bay, NJ



Mechanical Dredge
Maintenance Dredging

| | |
|---|---|
| QUANTITY TO BE DREDGED: | 170,000 C.Y. (Award September '06) without options; up to 230,000-250,000 C.Y. including options. |
| CONTRACT DEPTH: | 40 ft (+ 1 ft over depth) |
| TYPE OF DREDGED MATERIAL: | Silt & Clay |
| LAST DREDGED: | 2002 |
| EQUIPMENT USED: | Mechanical Dredge |
| PLACEMENT SITES: | F.D.P. Enterprises Intermodal Container Facility, Port Reading Business Park, EnCap Meadowlands Redevelopment Project Site |
| ISSUES: | There are no seasonal no-dredge windows for these project areas of Newark Bay. There is on-going litigation regarding Superfund Remedial Investigation. |

# East River, NY




**QUANTITY TO BE DREDGED:** 150,000 C.Y. (Award November '06)

**CONTRACT DEPTH:** 34 ft (+ 1 ft over depth)

**TYPE OF DREDGED MATERIAL:** Silt & Clay

**LAST DREDGED:** 2002

**EQUIPMENT USED:** Mechanical Dredge

**PLACEMENT SITE:** Historic Area Remediation Site

**ISSUES:** Seasonal environmental window 1 July through 30 September to reduce impacts regarding hypoxic conditions. Additional location-specific and recommended windows: 1,000 ft buffer from rookeries 1 March through 1 September for nesting birds; mid-November through mid-April for juvenile winter flounder.

**Mechanical Dredge**
**Maintenance Dredging**

# NY & NJ Channels, Arthur Kill Reach




| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 80,000 C.Y. (Award March '07) |
| **CONTRACT DEPTH** | 35 ft (+ 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Silt & Clay |
| **LAST DREDGED:** | 2005 |
| **EQUIPMENT USED:** | Mechanical Dredge |
| **PLACEMENT SITE:** | Upland disposal site to be provided by contractor. |
| **ISSUES:** | Seasonal No-Dredge Window 1 February to 31 May for Winter Flounder. Additional location-specific windows: 1 April to 31 July around Pralls and ...ds for Shorebirds, and within a quarter mile of the ...rossing from 1 March to 31 July for Peregrine Falcons. |

**Mechanical Dredge**
**Maintenance Dredging**

# Jones Inlet, NY



Hydraulic Pipeline
Maintenance Dredging

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 700,000 C.Y. (Award December '06) |
| **CONTRACT DEPTH:** | 14 ft (+ 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand |
| **LAST DREDGED:** | 1995 |
| **EQUIPMENT USED:** | Mechanical Dredge |
| **PLACEMENT SITES:** | Point Lookout Beach (west of inlet) |
| **ISSUES:** | Seasonal no-dredge window 1 June to 30 September to protect spawning shellfish and/or finfish; no-dredge window 1 April to 31 August to protect nesting shorebirds. |




# Fire Island to Jones Inlet, NY

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 500,000 C.Y. (Award November '06) |
| **CONTRACT DEPTH:** | 14 ft (+ 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand |
| **LAST DREDGED:** | 2003 |
| **EQUIPMENT USED:** | Pipeline cutterhead |
| **PLACEMENT SITE:** | Gilgo Beach (west beach) |
| **ISSUES:** | Cost-shared with NY State<br>Endangered species – Shore Birds & Sea Beach Amaranth Seasonal no-dredge window 1 April through 1 November but work can usually start after 15 September with an avoidance plan if Amaranth are present. |

**Hydraulic Pipeline Dredge**
**Maintenance Dredging**




# East Rockaway Inlet, NY

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 260,000 C.Y. (Award November 06) |
| **CONTRACT DEPTH:** | 12 ft (+ 2 ft advanced maintenance + 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand |
| **LAST DREDGED:** | 2004 |
| **EQUIPMENT USED:** | Hopper Dredge |
| **PLACEMENT SITE:** | Rockaway Beach |
| **ISSUES:** | Endangered species -- Shore Birds & Sea Beach Amaranth; Seasonal no-dredge window 1 April through 1 November but work can usually start after 15 September with an avoidance plan if Amaranth are present. |

**Hopper Dredge**
**Maintenance Dredging**




Hopper Dredge
Maintenance Dredging

# Hudson River, NY
## Coeymans and Kingston Reaches

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 85,000 C.Y. (Award August 2007) |
| **CONTRACT DEPTH:** | 32 ft (+1 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand, Silt & Clay |
| **LAST DREDGED:** | 2003 - Castleton to Hudson Reaches<br>1965 - Kingston Reaches. |
| **EQUIPMENT USED:** | Hopper Dredge (2003) |
| **PLACEMENT SITE:** | Houghtaling Island (Federally owned site). New York State is providing all lands and easements in support of access to the Federally owned placement site. |
| **ISSUES:** | No dredging allowed 1 Feb – 15 Aug due to endangered species (Bald Eagle & Shortnose Sturgeon). Contract has two discontinuous areas (Coeymans area and Kingston area) - long travel distances to placement site. Hudson River ices over from early December to mid March precluding dredging. Anticipated to be a HUB Zone Contract |

# Port Jersey Channel, NJ

(50-foot Project)

**DESCRIPTION:** Channel deepening from 35 ft to 41 ft.

**STATUS:**

Contract 1 and 2 Completed

New Contracts:

Contract Area #3 – January '07 Award

– 3.6 Million Cubic Yards

**DREDGE MATERIAL:** Silt, Sand, Rock, Till

**EQUIPMENT USED:** Mechanical Dredge

**PLACEMENT SITE:** Upland (TBD) and HARS

**ISSUES:** Seasonal no-dredge window in outer channel - 1 Feb through 31 May (Winter Flounder)

Cost-shared with the State of NJ




**Mechanical Dredge**
**Harbor Deepening**

# Arthur Kill Deepening, NY

(40/41 Foot Project)




**DESCRIPTION:**

Channel Deepening from 35 ft to 40/41 ft

**STATUS:**

Contract 1 Completed – Feb '06

On-Going Contracts:

Contract 2/3 (combined) - Awarded December '04

– 2 Million Cubic Yards

No new contracts in FY '07

**DREDGE MATERIAL:** Silt, Clay, Glacial Till and Rock

**EQUIPMENT USED:** Mechanical Dredge

**PLACEMENT SITE:** HARS, Upland, Reef Site

**ISSUES:** Various seasonal no-dredge windows 1 Feb through 31 Jul depending on species (Peregrine Falcon, Bird Nesting, Winter Flounder)

**Mechanical Dredge**
**Harbor Deepening**

TDM 004419

# New York and New Jersey Harbor, NY & NJ

(50 foot Project)

**DESCRIPTION:** Channel deepening from 40-45 ft to 50 ft.

**STATUS:**

On-Going Contracts:

- Kill Van Kull (S-KVK-2) – Mar '05 Award
  - – 1 Million Cubic Yards
- Ambrose (S-AM-1) – Sep '05 Award
  - – 5.6 Million Cubic Yards

New Contracts:

- Newark Bay (S-NB-1) – Jan '07 Award
  - – 2.2 Million Cubic Yards
- Anchorage (S-AN-1A) – Oct '06 Award
  - – 1 Million Cubic Yards
- Anchorage (S-AN-1B) – Sept '07 Advertise
  - – 1 Million Cubic Yards




**DREDGE MATERIAL:** Sand, Silt, Clay, Glacial Till, and Rock

**EQUIPMENT USED:** Mechanical & Hopper Dredges

**PLACEMENT SITE:** HARS, Upland, Reef Site

**ISSUES:** Blasting Required. Contract is designed around environmental windows. Cost-shared with the Port Authority NY & NJ.

**Hopper and Mechanical Dredge**
**Harbor Deepening**

TDM 004420