**Exhibit 17**

**U.S. Department of Justice**

Civil Division

EAF
154-06-472

Telephone: (202) 353-0517
Facsimile: (202) 307-0345

February 28, 2007

**VIA FACSIMILE TRANSMISSION**

David W. Denenberg, Esq.
Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158

Re: TDM v. UNITED STATES,
Court of Federal Claims No. 06-472

Dear Counsel:

I am in receipt of your letter dated February 27, 2007, in which you assert that I represented that the government would provide documents described in you February 13, 2007 within two weeks. Your assertion is unfounded: such a representation was never made. As you will recall, in response to your requests for production, the government elected to make available for your inspection the documents of the New York District United States Army Corps. Counsel from your office inspected the documents at Caven Point on February 6 and February 7, 2007. Subsequently, you requested the government to review its collection and produce to plaintiff specific documents. Accordingly, you and I agreed that you would prepare a list of documents that plaintiff sought and would allow the government sufficient time to review New York's significant document collection. You agreed to both of these requirements and a two week deadline was neither discussed nor agreed upon. No specific time frame was discussed, let alone was an agreement reached.

On February 13, 2007, you provided the list, as we had agreed. The government is now conducting its search for the documents described in the list and will produce those documents on a rolling basis, as the documents are received and processed. As you are aware from my previous letter, the records at the New York District offices are contained in over 70 boxes of documents. Since you did not want to review those boxes,

we will obtain the records that you have requested as expeditiously as we can. It is, however, unrealistic to expect us to produce all of the requested documents in two weeks

The only agreement made regarding a two week time frame related to a different matter: I agreed to provide you with a copy of the publicly available documents listed in the government's initial disclosures and another production of a small number of documents (contract files) from districts other than New York. As promised, the copies of the publicly available documents listed in the government's initial disclosures were produced by Federal Express on February 15, 2007. Similarly, the government produced promised contract file documents from the Los Angeles District United States Army Corps on February 23, 2007. As explained previously, additional documents from districts other than New York will be produced on a rolling basis, as the documents are received and processed.

In addition to these productions, I have been engaged in a number of anticipated litigation activities relating to this case. As you are well aware, these activities have included coordinating the revision of a joint motion and proposed protective order that government counsel drafted; filing this joint motion and proposed order on February 16, 2007; facilitating the parties' preparation and filing of the court ordered Revised Schedule on February 22, 2007; and filing a Motion to Notify Interested Parties on February 23, 2007.

A motion to compel in this situation is inappropriate as (1) the government has not refused to produce the requested documents, insofar as such documents exist, and (2) the government did not indicate that it would be able to identify and produce the documents in a two week time period. However, if TDM wishes to go forward with an unsupported motion to compel, responding to the filing will necessarily delay the government's production efforts. If you wish to discuss this matter, I will be available on Friday, March 2, 2007. Contact me by e-mail, if you would like to schedule a time on Friday to discuss this issue.

You also mention in your letter that you would like to reschedule the depositions of Bryce Wisemiller, Ella Snell and Harold Hawkins, currently scheduled for March 7, 8 and 9 respectfully. You would also like to reschedule the 30(b)(6) depositions scheduled for March 15, 2007. The government consents to rescheduling these depositions. Please advise me as to when you prefer to conduct those depositions.

Very truly yours,

Erica A Franklin

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Civil Division

cc: Gary J. Campbell, Esq.
McCarter & English, LLP
225 Franklin Street
Boston, Massachusetts 02110

Counsel for Donjon Marine Company, LLC