**Exhibit 21**

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 15-16) TO DEFENDANT PURSUANT TO RULE 33 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS

Pursuant to Rule 33 of the Rules of the United States Court of Federal Claims, plaintiff TDM America, LLC ("TDM" or "plaintiff") propounds the following interrogatories on defendant The United States of America ("US" or "defendant") to be answered in writing and under oath, within thirty (30) days of the date of service hereof, with such answers being provided to plaintiff's attorneys at the offices of Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, NY 10158. The interrogatories are deemed continuing in nature and must be timely supplemented pursuant to Rule 26(e) of the Rules of the United States Court of Federal Claims.

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions from TDM's first set of interrogatories are adopted and shall apply to this second set of interrogatories as though fully incorporated herein. However, the term "dredging activities" shall mean dredging and dredged materials that were treated, processed, stabilized, retained, staged, handled, cured, remediated, fixated, reused, solidified and/or disposed. Likewise, the term "treatment" or "treated" should include processing, stabilization, retention, staging, handling, curing, reuse, remediation, fixation, solidification and/or disposal.

## INTERROGATORIES

**INTERROGATORY NO. 15**

The total volume of, and total amounts paid by the US for, dredging activities and treatment of dredged material on behalf of the US since 1997. This information should be provided for the entire United States, each United States Army Corps of Engineers civil engineer division and/or civil engineer district.

**RESPONSE TO INTERROGATORY NO. 15**

**INTERROGATORY NO. 16**

The total volume of, and total amounts paid by the US for, treated dredged material disposed upland or beneficially reused in the United States. This information should be provided for the entire United States.

**RESPONSE TO INTERROGATORY NO. 16**

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: February 13, 2007

David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884



00354476

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I served a true and accurate copy of PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 15-16) TO DEFENDANT PURSUANT TO RULE 33 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS on counsel for the United States by overnight courier, postage prepaid, in an envelope addressed to:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on counsel for Donjon Marine Company, Inc. by Federal Express at the following address:

Gary J. Campbell
McCarter & English LLP
225 Franklin Street
Boston, MA 02110

Michael A. Adler



00354476