Exhibit 22

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Third-Party Defendant. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**DEFENDANT UNITED STATES' RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 15-16)**

Pursuant to Rule 33 of the Rules of the Court of Federal Claims ("RCFC"), defendant United States ("the Government') hereby responds to plaintiff TDM America, LLC's ("TDM") second set of interrogatories (Nos. 15-16), served on the United States on February 13, 2007. The following responses are based upon present information and belief. The Government reserves the right to amend and supplement these responses if it learns of new information relevant hereto, through discovery or otherwise.

**GENERAL OBJECTIONS**

Each response set forth below is subject to the general objections set forth in this section. Where a specific interrogatory is objectionable on one or more grounds, the Government may explicitly state or restate an objection in its response to the interrogatory. Such specific

objections are not intended to waive any of the following general objections, which apply to each interrogatory.

The Government hereby makes the following General Objections to TDM's interrogatories:

1. The Government objects to TDM's interrogatories to the extent that the information requested is protected by the following privileges, exemptions, and restrictions:

(a) the attorney-client privilege;

(b) the attorney work product doctrine;

(c) the community of interest privilege;

(d) the deliberative process privilege;

(e) the "FOR OFFICIAL USE ONLY" (FOUO) restriction;

(f) the Trade Secrets Act, 18 U.S.C. § 1905, or documents containing proprietary or other commercial information provided to the Government on a pledge of secrecy and confidentiality.

With respect to responses which contain information proprietary to the Government, or another third party, or information subject to the "FOR OFFICIAL USE ONLY," or Privacy Act restrictions, such responses will be subject to a protective order which is stipulated to by the parties and is entered by the Court.

2. The Government objects to each and every Instruction and Definition in TDM's interrogatories to the extent that they exceed the permissible scope of discovery under the RCFC and/or seek to impose upon defendant duties and responsibilities beyond those required by those Rules.

3. The Government objects to TDM's interrogatories to the extent that they seek legal conclusions or opinions, the mental impressions of Government counsel and the Government's legal theories. RCFC 26(b)(3).

4. The Government objects to the indefinite time period governing some of the interrogatories because it renders such interrogatory overly broad, unduly burdensome, and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence in this action. The Government generally limits its answers relating to its processing of dredged material by contractors of the United States Army Corps of Engineers to the period beginning six years before the filing of the complaint in this action.

5. The Government objects to TDM's interrogatories to the extent that they are premature. Further, the Government's responses are based upon information that is known or reasonably believed by the Government at the time of its responses to these interrogatories. It is anticipated that further discovery, independent investigation, and analysis may supply additional facts, give new meaning to known facts, or entail new factual conclusions. The Government therefore reserves the right to amend and/or supplement these responses if it learns of new information relevant hereto, through discovery or otherwise.

6. The Government reserves the right to challenge the relevance, materiality, and admissibility at trial, or in any subsequent proceeding, of this or any other action, of any of the information it provides in response to these interrogatories.

7. The Government objects to TDM's interrogatories to the extent that they seek information relating to allegations of willful infringement because the intent of the Government and its contractors is irrelevant in an action brought under 28 U.S.C. § 1498 in the United States

Court of Federal Claims. Likewise, the existence or lack of opinions and/or advice of counsel is irrelevant to any issue in this litigation.

8. The Government objects to TDM's interrogatories to the extent that they seek information or documents that are generated or created by or for the use of counsel after the filing of TDM's Complaint.

9. The Government objects that TDM's definition and use of the term "defendant" and "US" incorporated into TDM's Interrogatories to the United States is overly broad to the extent that it purports to include the Legislative Branch and the Judicial Branch, and every agency of the Executive Branch of the federal government as the defendant in this litigation. Plaintiff's definition is overly broad and unduly burdensome in that requiring Government counsel to request information from every government entity would be cumbersome and would require a substantial amount of time. Further, under RCFC 11, plaintiff bears the burden of comparing the accused item or process with the construed patent claims, and making a good faith assertion of infringement as to each accused item or process. *See Antonious v. Spaulding & Evenflo Cos.*, 275 F.3d 1066, 1072-73 (Fed. Cir. 2002). Plaintiff's Complaint contains averments only as to the activities of the United States Army Corps of Engineers ("USACE") and only to activity involving harbor dredging materials. Thus, the USACE is the only federal entity accused of infringement as a defendant in this litigation. The Government therefore limits its responses to interrogatories referencing the terms "defendant" and "US" as such terms relate to the USACE and to those activities reasonably related to remediation and processing of harbor dredging materials.

10. The Government objects that TDM's definition and use of the term "contractor" incorporated into TDM's Interrogatories to the United States is overly broad to the extent that it purports to include any contractors and/or subcontractors without limitation. Plaintiff's Complaint contains averments only as to any contractors or subcontractors of the USACE relating to the subject of the patents-in-suit, i.e., remediation and processing of dredged materials. For the reasons stated in the foregoing paragraph, the Government limits its responses to these interrogatories by limiting the term "contractor" to contractors awarded contracts by the USACE for dredging activities and the subcontractors selected by those contractors to conduct remediation and processing of harbor dredging materials.

11. The Government objects to TDM's interrogatories to the extent that they call for the production of expert opinions prior to the time called for under Rule 26(a)(2) and the Court's scheduling order.

## SPECIFIC OBJECTIONS AND RESPONSES

Subject to and without waiving its general objections, the Government hereby objects and responds to each interrogatory of TDM. Furthermore, this document is designated PROPRIETARY INFORMATION under the protective order because of the confidential nature of the information disclosed herein.

**INTERROGATORY NO. 15**

The total volume of, and total amounts paid by the US for, dredging activities and treatment of dredged material on behalf of the US since 1997. The information should be provided for the entire United States, each United States Army Corps of Engineers civil engineer division and/or civil engineer district.

**RESPONSE TO INTERROGATORY NO. 15**

The Government objects to this interrogatory as overly broad and unduly burdensome to the extent that it seeks information irrelevant to a claim or defense of any party, or to the subject matter of this litigation and not likely to lead to the discovery of admissible evidence. The Government further objects to this interrogatory on the grounds that the phrase "since 1997" is overly broad. TDM has a cause of action for reasonable and entire compensation, if at all, going back only six years from the filing of its Complaint pursuant to 35 U.S.C. § 286. Additionally, the Government objects to this interrogatory on the ground that the phrase "dredging activity" is overly broad. The patents-in-suit generally relate to the treatment and processing of dredged and waste materials and do not claim methods for dredging itself. Similarly, the Government objects to this interrogatory on the grounds that the phrase "the entire United States, each United States Army Corps of Engineers civil engineer division and/or civil engineer district" is overly broad. The Government has identified the USACE districts that have contracts involving processing of dredged material and the Government has provided these contracts to Plaintiff. Information relating to amounts paid for dredging activities in USACE districts that do not have contracts involving processing dredged material is irrelevant to this litigation. The Government also objects to this interrogatory on the grounds that the phrase "total volume of" is undefined in the first sentence of the interrogatory and therefore does not make sense. Accordingly, the Government limits its response to information relating to USACE districts having contracts that include processing dredged material. The Government further limits its response to the total amounts paid to contractors for dredging and disposal of processed dredged material, and the total volume of dredged material processed for disposal upland or for reuse since 2000.

Subject to these specific objections and the General Objections, the Government responds that the total amounts paid to contractors for dredging and disposal of processed dredged material and the total volume of dredged material processed for disposal upland or for reuse since 2000 may be derived or ascertained from the business records of the USACE. The Government is in the process of producing these business records to Plaintiff. The Government has collected the available records containing this information and produces them with this interrogatory response as Attachment B.

**INTERROGATORY NO. 16**

The total volume of, and total amounts paid by the US for, treated dredged material disposed upland or beneficially reused in the United States. This information should be provided for the entire United States.

**RESPONSE TO INTERROGATORY NO. 16**

The Government objects to this interrogatory as overly broad and unduly burdensome to the extent that it seeks information irrelevant to a claim or defense of any party, or to the subject matter of this litigation and not likely to lead to the discovery of admissible evidence. The Government further objects to this interrogatory on the grounds that it vague because it does not include a time frame. In some instances, the total amounts paid for disposal of processed dredged material and the total volume of dredged material processed and disposed is not identified separately in USACE documents and may require expert testimony to determine what portion of the lump sum payment is attributable to processing and disposal. Therefore, the Government also objects to this interrogatory to the extent that it calls for the production of expert opinions prior to the time established under Rule 26(a)(2) and the Court's scheduling

order. Accordingly, the Government limits its response to information relating to the year 2000 to present that it has in its possession.

Subject to these specific objections and the General Objections, the Government responds that the USACE has not paid for "treated dredged material disposed upland or beneficially reused in the United States." Rather, the USACE has paid for disposal of dredged material which sometimes required treatment/processing for disposal upland or for beneficial reuse. The Government further responds that the total amounts paid to contractors for disposal of processed dredged material and the total volume of dredged material processed for disposal upland or for reuse since 2000 may be derived or ascertained from the business records of the USACE. The Government is in the process of producing these business records to Plaintiff. The Government has collected the available records containing this information and produces them with this interrogatory response as Attachment B.

DATED: March 23, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Erica A. Franklin
ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

**SIGNATURE AND OATH AS TO ANSWERS**

The foregoing responses are based upon such information as is presently available to the United States Army Corps of Engineers and was derived from sources available to me in the course of my duties and that I deem to be reliable. Upon information and belief, I declare under penalty of perjury that these responses are true and accurate.

Daniel Inkelas
Assistant Counsel for Litigation
Office of the Chief Counsel
United States Army Corps of Engineers
441 G Street, NW
Washington, DC 20314

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23d day of March 2007, a copy of the foregoing DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES (NOS. 15-16) was sent to the following counsel of record, via electronic mail and Federal Express:

David W. Denenberg
Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
maa@dmlegal.com

Counsel for Plaintiff TDM America, LLC

Gary J. Campbell, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
gcampbell@mccarter.com

Counsel for Donjon Marine Company, LLC

Erica A. Franklin
ERICA A. FRANKLIN

# Attachment B

**PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE**
For use of this form, se ER 37-2-10 and ER 37-345-10.

1. DATE: 21-Feb-07
SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: Great Lakes Dredge and Dock Company, 2122 York Road, Oak Brook, IL 60523
3. CONTRACT NO.: W912DS-06-C-0018
4. DISTRICT: New York
5. DESCRIPTION OF WORK: Maintenance Dredging of the Port Newark and Port Newark Pierhead Channels of Newark Bay, NJ
6. APPROPRIATION AND PROJECT:
7. REQUIRED COMPLETION DATE: 25-Jan-07
8. LOCATION: Port Newark Pierhead, NJ
9. PERIOD COVERED BY THIS ESTIMATE: From: 11/2/06 THRU: 1/31/07
10. JOB ORDER NO.: ***
11. ESTIMATE NO.: 3

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 0001 | M&D | 1 | LS | $945,000.00<br>Fed: $545,000.00<br>PA: $400,000.00 | 60%<br>60%<br>60% | $567,000.00<br>Fed: $327,000.00<br>PA: $240,000.00 |
| 0002 | Basic Work: Dredging, Processing, Transportation, and Placement | 170,420 CY | $59.00 Total<br>$19.56 Fed<br>$39.44 PA | $10,054,780.00<br>Fed: $3,333,415.20<br>PA: $6,721,364.80 | 117,666 CY | $6,942,294.00<br>Fed: $2,301,546.96<br>PA: $4,640,747.04 |
| 0005 | Option #2: Dredging, Processing, Transportation, and Placement | 21,950 CY | $61.00 | $1,338,950.00 | 0 CY | $0.00 |
| 0006 | Option #3: Dredging, Processing, Transportation, and Placement | 40,615 CY | $61.00 | $2,477,515.00 | 0 CY | $0.00 |

INCLUDES MODIFICATION THRU: 0 — TOTAL CONTRACT → $14,816,245.00 — TO DATE → $7,509,294.00

**12. PRESENTED FOR PAYMENT**
PAYEE: Great Lakes Dredge and Dock Company, LLC
PER: Christopher Gunsten
DATE:
TITLE: Project Manager

**13. APPROVED FOR PAYMENT**
I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Kenneth L. Peterson — TITLE: Proj. Engineer — DATE: 2/21/2007
CONTRACTING OFFICER REPRESENTATIVE (Signature): John F. Tavolaro (COR) — DATE: 2/23/07

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $0.00 | |
| B. PREVIOUS RETAINED | $471,204.50 | |
| C. PREVIOUS PAYMENTS | $4,240,840.50 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $4,712,045.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $2,797,249.00 |
| F. LESS RETAINED PERCENTAGE /AMOUNT | $223,024.90 | |
| G. LESS DEDUCTION OTHER THAN* RETAINED PERCENTAGE FOR | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $223,024.90 |
| I. RETAINAGE REFUNDED | $0.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $0.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | $2,574,224.10 |

15. RECAPITULATION:
TOTAL RETAINED PCTG.(B+F-I) $ $694,229.40 — TOTAL PAID (C+L)$ $6,815,064.60

ENG. FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE — **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS) — Jonp2p9.wk1

G01020 00001

**PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE**
For use of this form, se ER 37-2-10 and ER 37-345-10.

1. DATE

SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: Donjon Marine, 1250 Liberty Avenue, Hillside, NJ 07205
3. CONTRACT NO.: W912DS-05-C-0020
4. DISTRICT: New York
5. DESCRIPTION OF WORK: Maintenance Dredging
6. APPROPRIATION AND PROJECT
7. REQUIRED COMPLETION DATE
8. LOCATION: Arthur Kill, NY&NJ Ch
9. PERIOD COVERED BY THIS ESTIMATE: FROM: 27 Sept. THUR: 03 Feb 2006
10. JOB ORDER NO.: ***
11. ESTIMATE NO. 5

| ITEM NO. (a) | DESCRIPTION (b) | CONTRACT: QUANTITY AND UNIT (c) | CONTRACT: UNIT PRICE (d) | CONTRACT: AMOUNT (e) | TOTAL TO DATE: QUANTITY AND UNIT (f) | TOTAL TO DATE: AMOUNT (g) |
|---|---|---|---|---|---|---|
| 0001 | Mobilization & Demobilization | 1 LS | $1,450,000.00 | $1,450,000.00 | 100.00% | $1,450,000.00 |
| 0002 | Dredging - Disposal (Basic) | 101,965 CY | $51.25 | $5,225,706.25 | 67,115 CY | $3,439,643.75 |
| 0008 | Dredging - Disposal (Option F | 20,790 CY | $47.15 | $980,248.50 | 15,395 CY | $725,874.25 |
| INCLUDES MODIFICATION T Modification P0005 | | | Total Contract ---> | $7,655,954.75 | To Date---> | $5,615,518.00 |

12. PRESENTED FOR PAYMENT
PAYEE | PER
DATE | TITLE

13. APPROVED FOR PAYMENT
I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Randall Hintz (signed) | TITLE: C,Tech.Sup.Sect. | DATE: 2/16/06

CONTRACTING OFFICER APPROVAL (Signature): John F. Tavolaro (signed) COR | DATE: 2/21/06

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $0.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $394,500.00 | |
| C. PREVIOUS PAYMENTS | $3,550,500.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $3,945,000.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $1,670,518.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR Liquidated Damages & Survey* | $33,400.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $33,400.00 |
| I. RETAINAGE REFUNDED | $394,400.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $394,400.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | $2,031,518.00 |

15. RECAPITULATION: * LD $17,400 (12 days @ $1,450/day); BD survey cost @ $16,000

TOTAL RETAINED PCTG.(B+F-I) $ $100.00 TOTAL PAID (C+L)$ $5,582,018.00

ENG 1 MAR 78 FORM 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

jonp2p9.wk1

G01020 00002

**PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE**
For use of this form, se ER 37-2-10 and ER 37-345-10.

1. DATE:
SHEET 1 of 1

CONTRACTOR AND ADDRESS: Donjon Marine, 1250 Liberty Avenue, Hillside, NJ 07205
3. CONTRACT NO.: W912DS-04-C-0016
4. DISTRICT: New York
DESCRIPTION OF WORK: Maintenance Dredging
6. APPROPRIATION AND PROJECT:
7. REQUIRED COMPLETION DATE: 29-Oct-04
LOCATION: Seguine Point, NY&NJ
9. PERIOD COVERED BY THIS ESTIMATE: FROM: 9 Sept. THRU 16 February 2005
10. JOB ORDER NO.: ***
11. ESTIMATE NO. 5 FINAL

| ITEM NO. (a) | DESCRIPTION (b) | CONTRACT: QUANTITY AND UNIT (c) | CONTRACT: UNIT PRICE (d) | CONTRACT: AMOUNT (e) | TOTAL TO DATE: QUANTITY AND UNIT (f) | TOTAL TO DATE: AMOUNT (g) |
|---|---|---|---|---|---|---|
| 0001 | Mobilization & Demobilization | 1 LS | $1,100,000.00 | $1,100,000.00 | 100.00% LS | $1,100,000.00 |
| 0002 | Dredging-Disposal | 103,100 CY | $46.15 | $4,758,065.00 | 103,100.000 CY | $4,758,065.00 |
| INCLUDES MODIFICATION THRU: | | | Total Contract ---> | $5,858,065.00 | Total Earnings To Date---> | $5,858,065.00 |

**12. PRESENTED FOR PAYMENT**
PAYEE: PER:
DATE: TITLE:

**13. APPROVED FOR PAYMENT**
CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: John F. Tavolaro — TITLE: COR — DATE:
CONTRACTING OFFICER APPROVAL (Signature): Illa D. Snell — Contracting Officer — DATE:

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $0.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $100.00 | |
| C. PREVIOUS PAYMENTS | $5,857,965.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $5,858,065.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR liquidated Damages | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $100.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | $100.00 |

15. RECAPITULATION:
TOTAL RETAINED PCTG.(B+F-I) $ $0.00 TOTAL PAID (C+L)$. $5,858,065.00

ENG FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE — **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS) — jonp2p9.wk1

G01020 00003

## PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE

For use of this form, se ER 37-2-10 and ER 37-345-10.

1. DATE

SHEET 1 of 1

CONTRACTOR AND ADDRESS: Donjon Marine, 1250 Liberty Avenue, Hillside, NJ 07205

3. CONTRACT NO.: W912DS-04-C-0016

4. DISTRICT: New York

6. APPROPRIATION AND PROJECT

7. REQUIRED COMPLETION DATE: 29-Oct-04

DESCRIPTION OF WORK: Maintenance Dredging

LOCATION: Seguine Point, NY&NJ (

9. PERIOD COVERED BY THIS ESTIMATE: FROM: 9 Sept. THRU 16 February 2005

10. JOB ORDER NO.: ***

11. ESTIMATE NO. 5 FINAL

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 0001 | Mobilization & Demobilization | 1 LS | $1,100,000.00 | $1,100,000.00 | 100.00% LS | $1,100,000.00 |
| 0002 | Dredging-Disposal | 103,100 CY | $46.15 | $4,758,065.00 | 103,100.000 CY | $4,758,065.00 |
| | | | Total Contract ---> | $5,858,065.00 | Total Earnings To Date---> | $5,858,065.00 |

INCLUDES MODIFICATION THRU:

12. PRESENTED FOR PAYMENT

PAYEE | PER

DATE | TITLE

13. APPROVED FOR PAYMENT

CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: John F. Tavolaro | TITLE: COR | DATE

CONTRACTING OFFICER APPROVAL (Signature): Ella D. Snell, Contracting Officer | DATE: JUN 14 2005

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $0.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $100.00 | |
| C. PREVIOUS PAYMENTS | $5,857,965.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $5,858,065.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR liquidated Damages | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $100.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | $100.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG.(B+F-I) $ $0.00 TOTAL PAID (C+L)$ $5,858,065.00

ENG FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

jonp2p9.wk1

G01020 00004

PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE
For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE: 14-Jun-05
SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: Bean Stuyvesant, LLC
1055 St. Charles St., Suite 520, New Orleans,
3. CONTRACT NO.: DACW51-03-C-0019
4. DISTRICT: New York
5. DESCRIPTION OF WORK: Maintenance Dredging and Dispo of Dredge Material from Flushing Bay and Creek
6. APPROPRIATION AND PROJECT: See Attachment
7. REQUIRED COMPLETION DATE: 17-Sep-03
8. LOCATION: Flushing Bay and Creek, New York
9. PERIOD COVERED BY THIS ESTIMATE: THRU: Retainage
10. JOB ORDER NO.: ***
11. ESTIMATE NO.: FINAL

| ITEM NO. (a) | DESCRIPTION (b) | CONTRACT: QUANTITY AND UNIT (c) | CONTRACT: UNIT PRICE (d) | CONTRACT: AMOUNT (e) | TOTAL TO DATE: QUANTITY AND UNIT (f) | TOTAL TO DATE: AMOUNT (g) |
|---|---|---|---|---|---|---|
| )001 | MOBILIZATION & DEMOBILIZATION | 1 | L.S. | $1,082,000.00 | 100.00% | $1,082,000.00 |
| )002 | DREDGING, TRANSPORTATION, PROCESS AND PLACEMENT OF BASIC WORK | 38,910 CY | $64.00 /CY | $2,490,240.00 | 35,455 CY | $2,269,120.00 |
| DD 1 | DREDGING, TRANSPORTATION, PROCESS AND PLACEMENT OF MATERIAL IN DREDGE SEGMENT 1A | 7,735 CY | $54.00 /CY | $417,690.00 | 7,030 CY | $379,620.00 |
| | CLUDES MODIFICATION THRU: P00011 | | TOTAL CONTRACT ——→ | $3,989,930.00 | TO DATE ——→ | $3,730,740.00 |

12. PRESENTED FOR PAYMENT
PAYEE: BEAN STUYVESANT, LLC
PER: James P. Thomas (signature) JAMES P. THOMAS
DATE: 6/14/2005
TITLE: Vice President

13. APPROVED FOR PAYMENT
CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: (signature) John R. Tavolaro
TITLE: C, Ops. Supp. Branch
DATE: 10/31/06

CONTRACTING OFFICER (Signature): Stella D. Snell (signature)
DATE: 1/10/07

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE 14 days Liq. Damages | $20,297.62 | |
| B. PREVIOUS RETAINED PERCENTAGE | $100.00 | |
| C. PREVIOUS PAYMENTS | $3,710,342.38 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $3,730,740.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN* RETAINED PERCENTAGE FOR | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $100.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | $100.00 |

15. RECAPITULATION:
TOTAL RETAINED PCTG.(B+F-I) $ $0.00 TOTAL PAID (C+L)$ $3,710,442.38

ENG FORM 93, MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE
*(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)
jonp2p9.wk1

G01020 00005

# PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

| | |
|---|---|
| 1. DATE | 24-Jun-04 |
| SHEET 1 of 1 | |
| 2. CONTRACTOR AND ADDRESS | Donjon Marine, 1250 Liberty Avenue, Hillside, NJ 07205 |
| 3. CONTRACT NO. | DACW51-03-C-0021 |
| 4. DISTRICT | New York |
| 5. DESCRIPTION OF WORK | Maintenance Dredging |
| 6. APPROPRIATION AND PROJECT | |
| 7. REQUIRED COMPLETION DATE | 25-Nov-03 |
| 8. LOCATION | Arthur Kill Reach, NY, |
| 9. PERIOD COVERED BY THIS ESTIMATE | FROM: 5 Sept. THRU: 24 June 2004 |
| 10. JOB ORDER NO. | *** |
| 11. ESTIMATE NO. | #7 (FINAL) |

| ITEM NO. (a) | DESCRIPTION (b) | CONTRACT: QUANTITY AND UNIT (c) | CONTRACT: UNIT PRICE (d) | CONTRACT: AMOUNT (e) | TOTAL TO DATE: QUANTITY AND UNIT (f) | TOTAL TO DATE: AMOUNT (g) |
|---|---|---|---|---|---|---|
| 0001 | Mobilization & Demobilization | 1 LS | $1,300,000.00 | $1,300,000.00 | 100.00% LS | $1,300,000.00 |
| 0002 | Dredging-Disposal-BASIC | 48,570 CY | $50.00 | $2,428,500.00 | 48,570 CY | $2,428,500.00 |
| 0007 | Dredging-Disposal-OPTION #5 | 44,005 CY | $47.00 | $2,068,235.00 | 44,005 CY | $2,068,235.00 |
| | | | Total Contract ---> | $5,796,735.00 | To Date---> | $5,796,735.00 |

INCLUDES MODIFICATION T: P0002

**12. PRESENTED FOR PAYMENT**

PAYEE: Donjon Marine Co., Inc.

PER: Thomas D. Witte (signature)

DATE: June 25th, 2004

TITLE: Executive Vice President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: John F. Tavolaro (signature)

TITLE: COR

DATE: 30 June 04

CONTRACTING OFFICER APPROVAL (Signature): Ella D. Snell, Chief, Contracting Div (signature)

DATE: JUN 14 2005

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $100.00 | |
| C. PREVIOUS PAYMENTS | $5,796,635.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $5,796,735.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $100.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | $100.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ $0.00 TOTAL PAID (C+L) $ $5,796,735.00

ENG FORM 93, 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE. **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS) jonp2p8.wk1

G01020 00006

**PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE**
For use of this form, see ER 37-2-10 and ER 37-345-10.

| | | |
|---|---|---|
| 1. DATE: 14-May-03 | SHEET 1 OF 1 | |
| 2. CONTRACTOR AND ADDRESS: Donjon Marin Co., Inc | 3. CONTRACT NO.: DACW51-02-C-0022 | 4. DISTRICT: New York |
| 5. DESCRIPTION OF WORK: Maintenance Dredging of Newark Bay Main Channel, NJ | 6. APPROPRIATION AND PROJECT: 96 NA 3123.0000/E3 X 082421 021550 96303 2500 FC7410-$200,000.00; SLL038-$160,000.00 | 7. REQUIRED COMPLETION DATE: 17-Dec-02 |
| 6. LOCATION: Newark Bay, NJ | 8. PERIOD COVERED BY THIS ESTIMATE: FROM: 17-Dec-02 THRU: 14-May-03 | 10. JOB ORDER NO. / 11. ESTIMATE NO.: 6, Final |

| ITEM NO. a | DESCRIPTION b | QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | Mobilization and Demobilization | 1 | Lump Sum | $ 600,000.00 | 100.00% | $ 600,000.00 |
| 2 | Removal and disposal of all material except ledge rock lying above the plane of 39 ft, with 1 ft allowable overdepth below MLW in accordance with the contract drawings and specifications. | 45,585 | 45.30/CY | $ 2,065,000.50 | 45,585 | $ 2,065,000.50 |
| 3 | Removal and disposal of all material except ledge rock lying above the plane of 39 ft, with 1 ft allowable overdepth below MLW in accordance with the contract drawings and specifications. | 22,925 | 45.30/CY | $ 1,038,502.50 | 22,925 | $ 1,038,502.50 |
| 4 | Insurance procured by contractor | 1 | Lump Sum | $ | 100% | $ |
| | | TOTAL CONTRACT——> | | $ 3,703,503.00 | TOTAL EARNINGS TO DATE——> | $ 3,703,503.00 |

INCLUDES MODIFICATION THRU: NONE

**12. PRESENTED FOR PAYMENT**

| | |
|---|---|
| PAYEE: DONJON MARIN CO., INC | PER: THOMAS D. WHITE |
| DATE | TITLE: EXECUTIVE VICE PRESIDENT |

**13. APPROVED FOR PAYMENT**

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| | | |
|---|---|---|
| SIGNATURE: Randall G. Hintz | TITLE: Chief, Technical Support Section | |
| CONTRACTING OFFICER (Signature): John R. Hartmann, Chief, Operations Division, Contracting Officer Representative | DATE | |

| 14 | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $0.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $100.00 | |
| C. PREVIOUS PAYMENTS | $3,703,403.00 | |
| D. PERVIOUS EARNINGS (A+B+C) | | $3,703,503.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | $0.00 | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $100.00 | |
| J. OTHER REFUNDS | $0.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR(E-H+K) | | $100.00 |
| 15. RECAPITULATION: TOTAL RETAINED PCTG. (B+F-I) $0.00 | TOTAL PAID (C+L) | $3,703,503.00 |

LS. 5/14/03

ENG FORM 93
1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

G01020 00007

**PAYMENT ESTIMATE - CONTRACTOR PERFORMANCE**
For use of this form, see ER 37-2-10 and ER 37-345-10.

| | | |
|---|---|---|
| 1. DATE 5-Apr-04 | SHEET 1 OF 1 | |
| 2. CONTRACTOR AND ADDRESS Great Lakes & Dock Co. | 3. CONTRACT NO. DACW51-01-C-0023 | 4. DISTRICT New York |
| 5. DESCRIPTION OF WORK Maintenance Dredging of Port Elizabeth Pierhead Channel, NJ | 6. APPROPRIATION AND PROJECT 96 NA 3122.0000/E3 X 082421 | 7. REQUIRED COMPLETION DATE 28-Sep-01 |
| 8. LOCATION Port Newark, NJ | 9. PERIOD COVERED BY THIS ESTIMATE FROM: 19 SEP 2001 THRU.: 19-Feb-02 | 10. JOB ORDER NO. |
| | | 11. ESTIMATE NO. 2 |

| ITEM NO. a | DESCRIPTION b | QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | Mobilization and Demobilization | 1 | Lump Sum | $ 648,000.00 | 100.00% | $ 648,000.00 |
| 2 | Removal and disposal of all material except ledge rock lying above the plane of 40 ft, with 1 ft allowable overdepth below MLW in accordance with the contract drawings and specifications. The pay volume will not exceed 27,000 cubic yards. | 27,000 | 63.95/CY | $ 1,726,650.00 | 22,350 | $ 1,429,282.50 |
| INCLUDES MODIFICATION THRU: NONE | | TOTAL CONTRACT——> | | $ 2,375,650.00 | TOTAL EARNINGS TO DATE ——> | $ 2,078,282.50 |

| 12. PRESENTED FOR PAYMENT | | 14 | | |
|---|---|---|---|---|
| PAYEE GREAT LAKES & DOCK CO. | PER STEVEN F. O'HARA | A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $0.00 | |
| | | B. PREVIOUS RETAINED PERCENTAGE | $180,885.18 | |
| | | C. PREVIOUS PAYMENTS | $1,628,169.57 | |
| DATE | TITLE VICE PRESIDENT | D. PERVIOUS EARNINGS (A+B+C) | | $1,808,851.75 |
| | | E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $271,430.75 |
| 13. APPROVED FOR PAYMENT | | F. LESS RETAINED PERCENTAGE | $0.00 | |
| I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all preview computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved. | | G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | $0.00 | |
| | | H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | $0.00 |
| SIGNATURE Randall G. Hintz [signature] | TITLE Chief, Technical Support Section — 4/6/04 | I. RETAINAGE REFUNDED | $180,885.18 | |
| | | J. OTHER REFUNDS | $0.00 | |
| | | K. TOTAL REFUNDS THIS PERIOD | | $180,885.18 |
| | | L. AMOUNT DUE CONTRACTOR(E-H+K) | | $452,115.93 |
| CONTRACTING OFFICER (Signature) [signature] John F. Tavolaro, Acting Chief, Operations Division, Contracting Officer Representative | DATE 5/10/04 | 15. RECAPITULATION: | | |
| | | TOTAL RETAINED PCTG. (B+F-I) $0.00 | TOTAL PAID (C+L) | $2,078,282.50 |

LS 4/15/04

ENG FORM 93
1 MAR 7 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

G01020 00008

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 14 Aug 2003
PAYMENT DUE DATE 28 Aug 2003

Sheet 1 of 3

2. CONTRACTOR AND ADDRESS Cruz Construction Corp.

3. CONTRACT NO. DACW51-02-C-0002 NA

4. DISTRICT New York District

5. DESCRIPTION OF WORK Joseph Minish #2 at Passaic River

6. APPROPRIATION AND PROJECT 96-NA-X-3122-0000

7. REQUIRED COMPLETION DATE 11 Apr 2003

8. LOCATION Newark, New Jersey

9. PERIOD COVERED BY THIS ESTIMATE FROM 07 Jun 2003 THRU 18 Jul 2003

10. JOB ORDER NO.

11. ESTIMATE NO. 13

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $5,004,883.01 | 100% | $5,004,883.01 |
| INCLUDES MODIFICATIONS THRU R00005 | 100 % EARNINGS TO DATE<br>100 % LESS STORED MATERIAL | TOTAL CONTRACT ⟶ | | $5,004,883.01 | TOTAL EARNINGS TO DATE ⟶ | $5,004,883.01 |

REMARKS

12. PRESENTED FOR PAYMENT

PAYEE

PER

DATE

TITLE

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE

Donald Braun
Resident Engineer

DATE

CONTRACTING OFFICER APPROVAL (Signature)

Donald Braun
Administrative Contracting Officer

DATE 8/14/03

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $0.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $4,870,232.56 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $4,870,232.56 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $134,650.45 |
| G. LESS RETAINED PERCENTAGE | $6,732.52 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $6,732.52 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $127,917.93 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $6,732.52 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $0.00 | PAID TO DATE (D + N) | $4,998,150.49 |

ENG FORM 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

*(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00009

**PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)**
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACW51-02-C-0002 NA

Sheet 2 of 3

3. CONTRACTOR AND ADDRESS Cruz Construction Corp.

4. PERIOD COVERED BY THIS ESTIMATE FROM 07 Jun 2003 THRU 18 Jul 2003

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001 | | Clearing and Grubbing | 1.00 LS | $20,000.00 | $20,000.00 | 100% | $20,000.00 |
| 0002 | | Demolition | 1.00 LS | $20,000.00 | $20,000.00 | 100% | $20,000.00 |
| 0003 | | Removal and Salvage of Historic Building N | 1.00 LS | $5,000.00 | $5,000.00 | 100% | $5,000.00 |
| 0004AA | | Trench Excavation 15" & 18" dia RCP | 100.00 LF | $50.00 | $5,000.00 | 0.00 LF | $5,000.00 |
| 0004AB | | Trench Excavation 36" dia RCP | 30.00 LF | | | | |
| | R00004 | Quantity Overrun | 3.50 LF | | | | |
| | | Revised Amount CLIN 0004AB | 33.50 LF | $50.00 | $1,675.00 | 33.50 LF | $1,675.00 |
| 0005 | | Anchors | 260.00 EA | | | | |
| | R00004 | Quantity Underrun | -12.00 EA | | | | |
| | | Revised Amount CLIN 0005 | 248.00 EA | $5,000.00 | $1,240,000.00 | 73.00 EA | $1,240,000.00 |
| 0006AA | | Installed Steel Sheet Piling | 38,400.00 SF | | | | |
| | R00004 | Quantity Overrun | 244.00 SF | | | | |
| | | Revised Amount CLIN 0006AA | 38,644.00 SF | $20.00 | $772,880.00 | 38,644.00 SF | $772,880.00 |
| 0006AB | | Pulled Steel Sheet Piling | 2,700.00 SF | | | | |
| | R00004 | Quantity Underrun | -319.00 SF | | | | |
| | | Revised Amount CLIN 0006AB | 2,381.00 SF | $5.00 | $11,905.00 | 2,381.00 SF | $11,905.00 |
| 0006AC | | Redriven Steel Sheet Piling | 2,700.00 SF | | | | |
| | R00004 | Quantity Underrun | -319.00 SF | | | | |
| | | Revised Amount CLIN 0006AC | 2,381.00 SF | $6.00 | $14,286.00 | 2,381.00 SF | $14,286.00 |
| 0007 | | Steel H-Piles | 1,900.00 LF | | | | |
| | R00004 | Quantity Overrun | 26.00 LF | | | | |
| | | Revised Amount CLIN 0007 | 1,926.00 LF | $150.00 | $288,900.00 | 1,926.00 LF | $288,900.00 |
| 0008 | | Structural Steel | 284,500.00 LB | | | | |
| | R00004 | Quantity Underrun | -2,325.00 LB | | | | |
| | | Revised Amount CLIN 0008 | 282,175.00 LB | $1.00 | $282,175.00 | 282,175.00 LB | $282,175.00 |
| 0009AA | | Bedding Material | 9.00 CY | $20.00 | $180.00 | 0.00 CY | $180.00 |
| 0009AB | | Select Granular Material | 4,100.00 CY | $25.00 | $102,500.00 | 4,100.00 CY | $102,500.00 |
| 0012 | | Excavation and Transport of Contaminated M | 535.00 CY | $90.00 | $48,150.00 | 190.00 CY | $48,150.00 |
| 0013 | | Treatment and Disposal of Contaminated Mat | 535.00 CY | $100.00 | $53,500.00 | 190.00 CY | $53,500.00 |
| 0014 | | Dense Graded Aggregate Base Course | 60.00 SY | | | | |
| | R00004 | Quantity Underrun | -60.00 SY | | | | |
| | | Revised Amount CLIN 0014 | 0.00 SY | $25.00 | $0.00 | 0.00 SY | $0.00 |
| 0015 | | 15" dia RCP | 90.00 LF | $70.00 | $6,300.00 | 10.14 LF | $6,300.00 |
| 0016 | | 18" dia RCP | 6.00 LF | | | | |
| | R00004 | Quantity Overrun | 2.00 LF | | | | |
| | | TOTALS THIS PAGE | | | 2,872,451.00 | | 2,872,451.00 |

ENG FORM 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00010

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACW51-02-C-0002 NA

Sheet 3 of 3

3. CONTRACTOR AND ADDRESS Cruz Construction Corp.

4. PERIOD COVERED BY THIS ESTIMATE FROM 07 Jun 2003 THRU 18 Jul 2003

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| | | Revised Amount CLIN 0016 | 8.00 LF | $75.00 | $600.00 | 8.00 LF | $600.00 |
| 0017 | | 36" dia RCP | 30.00 LF | | | | |
| | R00004 | Quantity Overrun | 3.50 LF | | | | |
| | | Revised Amount CLIN 0017 | 33.50 LF | $100.00 | $3,350.00 | 33.50 LF | $3,350.00 |
| 0021 | | Inlet | 2.00 EA | $1,500.00 | $3,000.00 | 0.00 EA | $3,000.00 |
| 0022AA | | Flap Valves 15" dia | 2.00 EA | $8,000.00 | $16,000.00 | 0.00 EA | $16,000.00 |
| 0022AB | | Flap Valves 36" dia | 1.00 EA | $10,000.00 | $10,000.00 | 0.00 EA | $10,000.00 |
| 0027AA | | Plain Deformed Steel Bars | 2,750.00 LB | | | | |
| | R00004 | Quantity Overrun | 592.00 LB | | | | |
| | | Revised Amount CLIN 0027AA | 3,342.00 LB | $1.00 | $3,342.00 | 3,342.00 LB | $3,342.00 |
| 0027AB | | Epoxy Coated Deformed Steel Bars | 146,500.00 LB | | | | |
| | R00004 | Quantity Overrun | 20,671.00 LB | | | | |
| | | Revised Amount CLIN 0027AB | 167,171.00 LB | $1.00 | $167,171.00 | 167,171.00 LB | $167,171.00 |
| 0028AA | | Concrete | 1,950.00 CY | | | | |
| | R00004 | Quantity Overrun | 215.00 CY | | | | |
| | | Revised Amount CLIN 0028AA | 2,165.00 CY | $575.00 | $1,244,875.00 | 2,165.00 CY | $1,244,875.00 |
| 0028AB | | Precast Concrete | 4,000.00 SF | | | | |
| | R00004 | Quantity Underrun | -157.00 SF | | | | |
| | | Revised Amount CLIN 0028AB | 3,843.00 SF | $50.00 | $192,150.00 | 3,843.00 SF | $192,150.00 |
| 0029 | | Bituminous Paving | 60.00 SF | | | | |
| | R00004 | Quantity Underrun | -60.00 SF | | | | |
| | | Revised Amount CLIN 0029 | 0.00 SF | $50.00 | $0.00 | 0.00 SF | $0.00 |
| 0032 | | Chain Link Fence | 405.00 LF | | | | |
| | R00004 | Quantity Underrun | -405.00 LF | | | | |
| | | Revised Amount CLIN 0032 | 0.00 LF | $35.00 | $0.00 | 0.00 LF | $0.00 |
| 0033 | | Subdrains | 1,160.00 LF | | | | |
| | R00004 | Quantity Overrun | 80.00 LF | | | | |
| | | Revised Amount CLIN 0033 | 1,240.00 LF | $16.00 | $19,840.00 | 1,240.00 LF | $19,840.00 |
| 0034 | R00001 | Pretreatment of contaminated material | 1.00 LS | $0.00 | $150,660.27 | 100% | $150,660.27 |
| 0035 | R00002 | Fill or Demolished Wood Deck | 1.00 LS | $0.00 | $74,812.50 | 100% | $74,812.50 |
| 0036 | R00003 | Additional Drainage Structures | 1.00 LS | $0.00 | $42,142.93 | 100% | $42,142.93 |
| 0037 | R00004 | Correction to Mod P00001 | 1.00 LS | $7,755.36 | $7,755.36 | 100% | $7,755.36 |
| 0038 | R00004 | Bulkhead Realignment | 1.00 LS | $62,082.50 | $62,082.50 | 100% | $62,082.50 |
| 0039 | R00005 | Amtrak Delay & Drilling Delay | 1.00 LS | $0.00 | $134,650.45 | 100% | $134,650.45 |
| | | TOTALS THIS PAGE | | | 2,132,432.01 | | 2,132,432.01 |



**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00011

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

2. CONTRACT NO. DACW51-02-C-0002 - NA

Sheet 1 of 1

). CONTRACTOR AND ADDRESS Cruz Construction Corp.

4. PERIOD COVERED BY THIS ESTIMATE FROM 07 Jun 2003 THRU 18 Jul 2003

| LINE ITEM / WORK ITEM (a) | OBLIGATION LINE ITEM / FUNDED WORK ITEM (b) | EARNINGS THIS PERIOD (c) | OTHER WITHHELD / OTHER REFUNDED (d) | PERCENT WITHHELD / PERCENT REFUNDED (e) | LIQUIDATED DAMAGES / AMT DUE CONTRACTOR (f) |
|---|---|---|---|---|---|
| 0001<br>3H97L7 | JOSEHPH MINISH PASSAIC RIVER WATERFRONT PARK AND H<br>JOSEPH MINISH CONSTRUCTION CONTRACT # 2 | $0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 |
| 0001P<br>22LGKH | P0001 PRETREATMENT OF CONTAMINATED MATERIAL FOR JO<br>2ND CONST CONTR-CWIS# OWDLOC-JOSEPH MINISH | $0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 |
| 0002<br>3H97L7 | JOSEHPH MINISH PASSAIC RIVER WATERFRONT PARK AND H<br>JOSEPH MINISH CONSTRUCTION CONTRACT # 2 | $0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 |
| 0002A<br>3H97L7 | R00002/A0002 FILL FOR DEMOLISHED WOOD DECK JOSEPH<br>JOSEPH MINISH CONSTRUCTION CONTRACT # 2 | $0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 |
| 0003A<br>3H97L7 | R00003/A0003 ADDITIONAL DRAINAGE STRUCTURES JOSEPH<br>JOSEPH MINISH CONSTRUCTION CONTRACT # 2 | $0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 |
| 0004A<br>3H97L7 | R00004/A0004 FINAL QUANTITIES & BULKHEAD REALIGNME<br>JOSEPH MINISH CONSTRUCTION CONTRACT # 2 | $0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 | $0.00<br>$0.00 |
| 0005A<br>3H97L7 | A00005/R0005 - AMTRAK DELAY AND DRILLING DELAY<br>JOSEPH MINISH CONSTRUCTION CONTRACT # 2 | $134,650.45 | $0.00<br>$0.00 | $6,732.52<br>$0.00 | $0.00<br>$127,917.93 |
| | TOTALS THIS PAGE | $134,650.45 | $0.00<br>$0.00 | $6,732.52<br>$0.00 | $0.00<br>$127,917.93 |

G01020 00012

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 30 Jan 2007
PAYMENT DUE DATE 01 Mar 2007

Sheet 1 of 2

2. CONTRACTOR AND ADDRESS Donjon Marine Co., Inc.
1250 Liberty Ave Hillside, NJ 07205

3. CONTRACT NO. W912DS-07-C-0003 NA

4. DISTRICT New York District

5. DESCRIPTION OF WORK
S-AN-1A, Anchorage Contract I 50' Proj.

6. APPROPRIATION AND PROJECT 96-NA-X-3122-0000

7. REQUIRED COMPLETION DATE 05 May 2007

8. LOCATION
New York and New Jersey Harbor

9. PERIOD COVERED BY THIS ESTIMATE
FROM 26 Dec 2006 THRU 29 Jan 2007

10. JOB ORDER NO.

11. ESTIMATE NO. 1

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $18,887,500.00 | 10% | $1,920,000.00 |
| INCLUDES MODIFICATIONS THRU | 10 % EARNINGS TO DATE<br>10 % LESS STORED MATERIAL | TOTAL CONTRACT ⟶ | | $18,887,500.00 | TOTAL EARNINGS TO DATE ⟶ | $1,920,000.00 |

REMARKS

12. PRESENTED FOR PAYMENT

PAYEE: DONJON MARINE CO INC
PER:
DATE:
TITLE:

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE
Gerald Giacchetti
Project Engineer
DATE

CONTRACTING OFFICER APPROVAL (Signature)
Salvatore DiDato
Contracting Officer Rep
DATE

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $0.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $0.00 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $0.00 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $1,920,000.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $0.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $1,920,000.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $0.00 | PAID TO DATE (D + N) | $1,920,000.00 |

ENG FORM 93
1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND -OR REMARKS)

G01020 00013

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912DS-07-C-0003 NA

Sheet 2 of 2

3. CONTRACTOR AND ADDRESS Donjon Marine Co., Inc.
1250 Liberty Ave Hillside, NJ 07205

4. PERIOD COVERED BY THIS ESTIMATE
FROM 26 Dec 2006 THRU 29 Jan 2007

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001 | | BASE BID - Mob/ DeMob | 1.00 LS | $3,200,000.00 | $3,200,000.00 | 60% | $1,920,000.00 |
| 0002 | | BASE BID - Debris Removal | 50.00 TN | $250.00 | $12,500.00 | 0.00 TN | $0.00 |
| 0003 | | BASE BID - Dredging from Station 95+00 to | 285,000.00 CD | $54.00 | $15,390,000.00 | 0.00 CD | $0.00 |
| 0004 | | Base Bid - Dewatering | 285,000.00 CD | $1.00 | $285,000.00 | 0.00 CD | $0.00 |
| | | TOTALS THIS PAGE | | | 18,887,500.00 | | 1,920,000.00 |

ENG FORM 93
1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912DS-07-C-0003 NA

Sheet 1 of 1

CONTRACTOR AND ADDRESS Donjon Marine Co., Inc.
1250 Liberty Ave Hillside, NJ 07205

PERIOD COVERED BY THIS ESTIMATE
FROM 26 Dec 2006 THRU 29 Jan 2007

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM - 0001** | Earnings | $1,920,000.00 | $1,920,000.00 |
| BASE BID ITEM FOR S-AN-1A- CONSTRUCT NAVIGATION CH | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 09H641 | Less other Deductions | $0.00 | $0.00 |
| A2380-Contract S-AN-1A Fed [108976] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **Payment Due Date** 03/01/2007 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$1,920,000.00** | **$1,920,000.00** |
| **OBLIGATION LINE ITEM - 0002** | Earnings | $0.00 | $0.00 |
| BASE BID ITEMS FOR S-AN-1A CONSTRUCTION NAVIGATION | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 09H641 | Less other Deductions | $0.00 | $0.00 |
| A2380-Contract S-AN-1A Fed [108976] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$0.00** |
| **OBLIGATION LINE ITEM - 0003AA** | Earnings | $0.00 | $0.00 |
| BASE BID ITEM FOR S-AN-1A (FEDERAL FUND) CONSTRUCT | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 09H641 | Less other Deductions | $0.00 | $0.00 |
| A2380-Contract S-AN-1A Fed [108976] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$0.00** |
| **OBLIGATION LINE ITEM - 0003AB** | Earnings | $0.00 | $0.00 |
| BASE BID ITEM FOR S-AN-1A (NON-FEDERAL FUNDS) CONS | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** FFFFF3 | Less other Deductions | $0.00 | $0.00 |
| A9280-Contract S-AN-1A (Non-Fed) [108976] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$0.00** |
| **OBLIGATION LINE ITEM - 0004** | Earnings | $0.00 | $0.00 |
| BASE BID ITEM FOR S-AN-1A (NON FEDERAL FUNDS) CONS | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** FFFFF3 | Less other Deductions | $0.00 | $0.00 |
| A9280-Contract S-AN-1A (Non-Fed) [108976] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$0.00** |
| | TOTALS | **$1,920,000.00** | **$1,920,000.00** |