# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 29 Sep 2005
PAYMENT DUE DATE 13 Oct 2005

Sheet 1 of 2

2. CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

3. CONTRACT NO. DACW51-02-C-0019 NA

4. DISTRICT New York District

5. DESCRIPTION OF WORK
KVK Phase II, Contract VII (Area 6)

6. APPROPRIATION AND PROJECT 96-NA-X-3122-0000

7. REQUIRED COMPLETION DATE 06 Jan 2004

8. LOCATION
New York and New Jersey Harbor

9. PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

10. JOB ORDER NO.

11. ESTIMATE NO. 19

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $52,334,544.10 | 85% | $44,307,588.10 |
| INCLUDES MODIFICATIONS THRU R00021 | 85 % EARNINGS TO DATE<br>85 % LESS STORED MATERIAL | TOTAL CONTRACT ⟶ | | $52,334,544.10 | TOTAL EARNINGS TO DATE ⟶ | $44,307,588.10 |

REMARKS

12. PRESENTED FOR PAYMENT

PAYEE: BEAN STUYVESANT, L.L.C.
PER:
DATE:
TITLE:

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE
DATE

CONTRACTING OFFICER APPROVAL (Signature)
DATE

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $100.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $40,707,488.10 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $40,707,588.10 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $3,600,000.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $0.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $3,600,000.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $100.00 | PAID TO DATE (D + N) | $44,307,488.10 |

ENG FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE — **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND -OR REMARKS)

G01020 00072

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACW51-02-C-0019 NA

Sheet 2 of 2

3. CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

4. PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001AA | <br>R00001 | MOBILIZATION AND DEMOBILIZATION<br>Lump Sum Unit Price Decrease<br>Revised Amount CLIN 0001AA | 1.00 LS<br>1.00 LS<br>1.00 LS | $1,585,000.00<br>-$33,900.00 | $1,551,100.00 | 100% | $1,551,100.00 |
| 0001AB | <br>R00017 | DEBRIS REMOVAL AND DISPOSAL<br>Quantity Overrun<br>Revised Amount CLIN 0001AB | 50.00 TN<br>2,133.00 TN<br>2,183.00 TN | $100.00 | $218,300.00 | 2,183.00 TN | $218,300.00 |
| 0001AC | | DREDGING, TRANSPORTATION AND DISPOSAL NON | 608,400.00 CY | $37.10 | $22,571,640.00 | 392,040.00 CY | $14,544,684.00 |
| 0001AD | <br>R00018 | DEWATERING<br>Quantity Underrun<br>Revised Amount CLIN 0001AD | 608,400.00 CY<br>-216,360.00 CY<br>392,040.00 CY | $1.03 | $403,801.20 | 392,040.00 CY | $403,801.20 |
| 0001AE | <br>R00012<br>R00016 | DREDGING, TRANSPORTATION AND DISPOSAL HAR<br>Quantity Overrun<br>Quantity Overrun<br>Revised Amount CLIN 0001AE | 2,063,100.00 CY<br>380,710.01 CY<br>6,850.00 CY<br>2,450,660.01 CY | $9.69 | $23,746,895.50 | 2,450,660.01 CY | $23,746,895.50 |
| 0001AF | <br>R00019 | SUBSURFACE DRILLING AND SAMPLING<br>Quantity Underrun<br>Revised Amount CLIN 0001AF | 15.00 EA<br>-2.00 EA<br>13.00 EA | $4,000.00 | $52,000.00 | 13.00 EA | $52,000.00 |
| 0001AG | <br>R00001 | FIELD OFFICE<br>Lump Sum Unit Price Decrease<br>Revised Amount CLIN 0001AG | 1.00 LS<br>1.00 LS<br>1.00 LS | $195,580.00<br>-$195,580.00 | $0.00 | 0% | $0.00 |
| 0001AH | <br>R00015 | DREDGING, TRANSPORTATION AND DISPOSAL AT<br>Quantity Underrun<br>Revised Amount CLIN 0001AH | 67,600.00 CY<br>-67,600.00 CY<br>0.00 CY | $34.25 | $0.00 | 0.00 CY | $0.00 |
| 0001AJ | R00002<br>R00009 | Dredging, Dewatering, Transportation, and<br>Quantity Underrun<br>Revised Amount CLIN 0001AJ | 3,660.00 CY<br>-2,385.00 CY<br>1,275.00 CY | $59.75 | $76,181.25 | 1,275.00 CY | $76,181.25 |
| 0001AK | R00002<br>R00009 | Dredging, Transportation and Disposal at<br>Quantity Underrun<br>Revised Amount CLIN 0001AK | 14,869.97 CY<br>-2,534.97 CY<br>12,335.00 CY | $9.69 | $119,526.15 | 12,335.00 CY | $119,526.15 |
| 0002<br>0003<br>0004 | <br>R00011<br>R00021 | OPTIONAL INSURANCE<br>Deffering Site Condition Sub-Areas "C" an<br>Additional Government Surveys | 1.00 ES<br>1.00 LS<br>1.00 LS | $52,500.00<br>$3,600,000.00<br>-$57,400.00 | $52,500.00<br>$3,600,000.00<br>-$57,400.00 | 100%<br>100%<br>100% | $52,500.00<br>$3,600,000.00<br>-$57,400.00 |
| | | TOTALS THIS PAGE | | | 52,334,544.10 | | 44,307,588.10 |

ENG FORM 93
1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00073

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 1 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001 | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,000,000.00** |
| OBLIGATION LINE ITEM - 0001A | Earnings | $0.00 | $2,775,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$2,776,000.00** |
| OBLIGATION LINE ITEM - 0001B | Earnings | $0.00 | $1,500,000.00 |
| OBLIGATION FOR LINE ITEM 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,500,000.00** |
| OBLIGATION LINE ITEM - 0001C | Earnings | $0.00 | $500,000.00 |
| OBLIGATION FOR LINE ITEM 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$500,000.00** |
| OBLIGATION LINE ITEM - 0001D | Earnings | $0.00 | $218,685.00 |
| OBLIGATION FOR LINE ITEM 0001AJ | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$218,685.00** |

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 2 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001E | Earnings | $0.00 | $144,090.00 |
| OBLIGATION FOR LINE ITEM 0001AK | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$144,090.00** |
| OBLIGATION LINE ITEM - 0002 | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,000,000.00** |
| OBLIGATION LINE ITEM - 0003 | Earnings | $0.00 | $2,000,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$2,000,000.00** |
| OBLIGATION LINE ITEM - 0004 | Earnings | $0.00 | $3,750,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$3,750,000.00** |
| OBLIGATION LINE ITEM - 0005 | Earnings | $0.00 | $1,020,520.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,020,520.00** |

RMS FORM 93 SUPPLEMENT

G01020 00075

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 3 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM -** 0005A | Earnings | $0.00 | $925,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$926,000.00** |
| **OBLIGATION LINE ITEM -** 0006 | Earnings | $0.00 | $4,250,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$4,250,000.00** |
| **OBLIGATION LINE ITEM -** 0007 | Earnings | $0.00 | $900,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$900,000.00** |
| **OBLIGATION LINE ITEM -** 0008 | Earnings | $0.00 | $1,400,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,400,000.00** |
| **OBLIGATION LINE ITEM -** 0008A | Earnings | $0.00 | $2,000,000.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$2,000,000.00** |

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 4 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM -** 0009 | Earnings | $0.00 | $32,932.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| **No Payment Due** | Amount Due | **$0.00** | **$32,932.00** |
| **OBLIGATION LINE ITEM -** 0009A | Earnings | $0.00 | $450,000.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| **No Payment Due** | Amount Due | **$0.00** | **$450,000.00** |
| **OBLIGATION LINE ITEM -** 0010 | Earnings | $0.00 | $2,100,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| **No Payment Due** | Amount Due | **$0.00** | **$2,100,000.00** |
| **OBLIGATION LINE ITEM -** 0010A | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| **No Payment Due** | Amount Due | **$0.00** | **$1,000,000.00** |
| **OBLIGATION LINE ITEM -** 0011 | Earnings | $0.00 | $0.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| **No Payment Due** | Amount Due | **$0.00** | **$0.00** |

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 5 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0011A | Earnings | $0.00 | $0.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $0.00 |
| OBLIGATION LINE ITEM - 0012 | Earnings | $0.00 | $1,500,000.00 |
| P00009-NY HARBOR KILL VAN KULL AND NEWARK BAY CHAN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,500,000.00 |
| OBLIGATION LINE ITEM - 0013 | Earnings | $0.00 | $500,000.00 |
| P00009-NY HARBOR KILL VAN KULL AND NEWARK BAY CHAN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $500,000.00 |
| OBLIGATION LINE ITEM - 0014 | Earnings | $0.00 | $1,200,000.00 |
| KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,200,000.00 |
| OBLIGATION LINE ITEM - 0015 | Earnings | $0.00 | $400,000.00 |
| KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $400,000.00 |

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 6 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $2,824,784.16 |
| P00011 - KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,824,784.16 |
| OBLIGATION LINE ITEM - 0017 | Earnings | $0.00 | $128,055.35 |
| P00011 - KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $128,055.35 |
| OBLIGATION LINE ITEM - 0018 | Earnings | $0.00 | $5,200,431.84 |
| P00012/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,200,431.84 |
| OBLIGATION LINE ITEM - 0019 | Earnings | $753,944.75 | $753,944.75 |
| P00012/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 10/13/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $753,944.75 | $753,944.75 |
| OBLIGATION LINE ITEM - 0020 | Earnings | $2,846,055.25 | $4,834,145.00 |
| P00013/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $100.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 10/13/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $2,846,055.25 | $4,834,045.00 |
| | TOTALS | $3,600,000.00 | $44,307,488.10 |

RMS FORM 93 SUPPLEMENT

G01020 00079

**PAYMENT ESTIMATE - CONTRACT PERFORMANCE**
For use of this form, see ER 37-2-10 and 37-345-10.

1. DATE: September 8,2003 | SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: Donjon Marine Co., Inc. / CTI a Joint Venture, 1250 Liberty Avenue, Hillside, New Jersey 07205

3. CONTRACT NUMBER: DACW51-01-C-0006

4. DISTRICT: New York

5. DESCRIPTION OF WORK: Dredging and Disposal of Material to -47 MLW

6. APPROPRIATION AND PROJECT: KVK Navigation Improvement Phase 2, Control 4, Area 7

7. REQUIRED COMPLETION DATE: March 28,2003

8. LOCATION: Elizabeth Channel, Port Newark, New Jersey

9. PERIOD COVERED BY THIS ESTIMATE: FROM 03/28/02 THRU 03/28/03

10. JOB ORDER NO.: Not Applicable

11. ESTIMATE NO.: #20

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 0001AA | Mobilization and Demobilization | 100% Lump Sum | Lump Sum | $2,800,000.00 | 100% Lump Sum | $2,800,000.00 |
| 0002 | Additional Cost for Optional Insurance | 100% Lump Sum | Lump Sum | $100,000.00 | 100% Lump Sum | $100,000.00 |
| 0001AB | Drilling, Blasting, Dredging & Dispose to -47 MLW | 100% Lump Sum | Lump Sum | $24,600,000.00 | 100% Lump Sum | $24,600,000.00 |
| 0001AD | Field Office | 100% Lump Sum | Lump Sum | $200,000.00 | 100% Lump Sum | $200,000.00 |
| P0006 | Field Office | 100% Lump Sum | Lump Sum | -$200,000.00 | 100% Lump Sum | -$200,000.00 |
| P0009 | Atlantic Beach Artificial Reef | 100% Lump Sum | Lump Sum | $492,740.00 | 100% Lump Sum | $492,740.00 |
| P00014 | Additional Material | 100% Lump Sum | Lump Sum | $3,928,273.00 | 100% Lump Sum | $3,982,273.00 |
| A00001 | Deletion of Atlantic Beach Reef | 100% Lump Sum | Lump Sum | -$3,865.00 | 100% Lump Sum | -$3,865.00 |
| INCLUDES MODIFICATIONS THRU: | | | TOTAL CONTRACT | $31,917,148.00 | TOTAL EARNINGS TO DATE | $31,917,148.00 |

**12. PRESENTED FOR PAYMENT**

PAYEE: Donjon/CTI a Joint Venture | PER: Thomas D. Witte

DATE: | TITLE: Executive Vice President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: [signature] Ronald D. Conetta, P.E. | TITLE: Admin. Contracting Officer | DATE: 08Sep2003

CONTRACTING OFFICER APPROVAL (Signature): Ella D. Snell | DATE:

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $100.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| C. PREVIOUS PAYMENTS | $31,917,048.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $31,917,148.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | $0.00 | |
| H. TOTAL DEDUCTIONS FOR THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $0.00 | |
| J. OTHER REFUNDS | $100.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR (E+H+K) | | $100.00 |

15. RECAPITULATION

TOTAL RETAINED PCTG. (B+F+I) $0.00 | TOTAL PAID (C+L) $31,917,148.00

G01020 00080

SEP-21-2001 17:22 CESPL PL CO SR 909 656 4730 P.01/01

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 3

2. AMENDMENT/MODIFICATION NO.: 00030I
3. EFFECTIVE DATE: See Block 16C
4. REQUISITION/PURCHASE REQ. NO.: A01-0010-002
5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: J

Los Angeles District, USACE
911 Wilshire Blvd., P.O. Box 532711
Los Angeles, California 90053-2325

7. ADMINISTERED BY (If other than Item 6) — CODE:

Rivers & Harbors Resident Ofc
5525 East Imperial Hwy
Southgate, Ca 90280

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

BUDDY'S CONTRACTING SERVICE
512 N. COURT STREET
VISALIA, CA 93291

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO.: ✓ DACW09-01-D-0010
10B. DATED (SEE ITEM 13): 01 Aug 31

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
4719 86061 2520 9630FC
Contract Amount Increased $463,661.08. Available Funding Increased $463,661.08.

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
✓ 52.0243-0004- CHANGES

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☑ is required to sign this document and return original and copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for TO #0003 DREDGING & CEMENT STABLIZATION at RIVERS & HARBORS RES. OFFICE
Modification Reference # R00301

WN003 DEFINITIZATION MODIFICATION

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Laurine C. Jones, Sec
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 9-21-01

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): THOMAS E. KIRKPATRICK, Contracting Officer
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 9/21/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-2

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

G014304

G02005 00001

| MODIFICATION OF CONTRACT | DATE SIGNED: [illegible] Block 16C | PAGE OF PAGES: 2 3 |
|---|---|---|

Contract No. DACW09-01-D-0010
Modification No.
Contractor: BUDDY'S CONTRACTING SERVICE
Contract Title: TO #0003 DREDGING & CEMENT STABLIZATION
[illegible]tion: RIVERS & HARBORS RES. OFFICE

14. DESCRIPTION OF MODIFICATION (CONTINUED)

A. SCOPE OF WORK

WND02 DEFINITIZATION MODIFICATION

THIS MODFICATION WILL DEFINITIZE THE NOT-TO-EXCEED T[illegible]K ORDER AWARDED FOR $223,000.00 THEREFORE, THE NET AMOUNT DUE IS $463,[illegible]

THE PROJECT INVOLVES CONSTRUCTION OF FOUR (4) TREATMENT CELLS AT THE PROJECT SITE, PLACING APPROXIMATELY 2,240 CUBIC METER[illegible] (2,928 CY) OF SEDIMENTS FROM THE LOS ANGELES HARBOR CHANNELS (FISH HARBOR IN PARTICULAR) FROM THE ON-GOING MANSON DREDGING PROJECT IN THE TREATMENT CELLS, PREPROCESSING THE MATERIAL IN THE CELLS TO REMOVE DEBRIS, MIXING THE MATERIAL WITH CEMENT BINDERS (STABILIZING AGENTS), CURING THE MATERIAL IN-CELL FOR APPROXIMATELY 12 HOURS, TRANSFERRING THE MATERIAL FROM THE CELLS TO HAUL TRUCKS, AND PLACING THE MATERIAL IN FOUR COMPACTION PADS ON-SITE FOR COMPACTION TEST. THE MATERIAL WILL BE CURED FOR 28 DAYS AT THE COMPACTION SITE, SAMPLED AND TESTED FOR PHYSICAL AND CHEMICAL CHARACTERISTICS TO DETERMINE THE EFFECTIVENESS OF THE TREATMENT TECHNOLOGY. SAMPLING LOCATIONS, TYPES, FREQUENCIES AND PROCEDURES SHALL BE ESTABLISHED SUCH THAT THE OBJECTIVES OF THE SAMPLING TESTING PROGRAM CAN BE ACHIEVED.

A SUMMARY OF WORK AND SERIVCE:

1. REVIEW BENCH-SCALE CEMENT STABILIZATION STUDY (BENCH STUDY) SAMPLING AND TESTING METHODS, PROCEDURES AS SET FORTH IN BENCH STUDY SCOPE OR WORK (COE, 2001) AND SAMPLING/TESTING/QUALITY ASSURANCE [illegible]

2. PREPARE A SAMPLING PLAN.

3. PREPARE A TESTING PLAN.

4. PREPARE A QUALITY ASSURANCE PROJECT PLAN.

5. COLLECT SEDIMENT, WATER AND/OR SLUDGE SAMPLES THROUGHOUT TREATMENT PROCESS TRAIN.

6. PERFORM PHYSICAL, CHEMICAL AND LEACHING TESTING.

7. REPORT FINDINGS.

| ITEM NO. | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | SAMPLING & TESTING | 1 | JB | $300,[illegible] | $300,248.75 |
| 2 | TREATMENT CELL | 1 | JB | $ 75,[illegible] | $ 75,340.41 |
| 3 | PORTLAND CEMENT | 80 | TN | $ [illegible] | $ 13,840.00 |
| 4 | CEMENT/FLY (POZZOLAN) | 114 | TN | $ [illegible] | $ 37,848.00 |
| 5 | TREATMENT | 2,240 | CM | $157,[illegible] | $157,200.60 |
| 6 | COMPACTION | 2,240 | CM | $ 86,[illegible] | $ 86,497.12 |
| 7 | DISPOSAL OF MATERIAL | 1 | JB | $ 15,[illegible] | $ 15,686.20 |
| | | | | TOTAL AMOUNT | $686,661.08 |
| | | | | LESS [illegible] | <$223,000.00> |
| | NET TOTAL FOR MODIFICATION | | | | $463,661.08 |



G014305

G02005 00002

**MODIFICATION OF CONTRACT** ... Block 16C | PAGE OF PAGES 3 | 3

Contract No. DACW09-01-D-0010
Modification No.
Contractor: BUDDY'S CONTRACTING SERVICE
Contract Title; TO #0003 DREDGING & CEMENT STABLIZATION
... tion: RIVERS & HARBORS RES. OFFICE

B. CHANGE IN CONTRACT PRICE

Total contract price is increased by $463,661.08.
The following revision shall be made to the pricing schedule.

| NEW/ REVISED | ITEM NO. | DESCRIPTION | QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|---|
| New | R00301 | DEFINITIZATION MODIFICATION | 1.00 LS | $463,661.0800 | $463,661.08 |
| | | | | | $463,661.08 |

C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by reason of this modification.

D. CLOSING STATEMENT

It is understood and agreed pursuant to the above the contract price is increased $463,661.08 (four hundred sixty three thousand six hundred sixty one and eight cents) and time for performance ... not increased as a result of this contract modification.

It is further understood and agreed that this ... constitutes compensation in full on behalf of the contractor and its subcontractors and suppliers, for all costs and mark-ups directly or indirectly attributable to the change ordered and all unchanged work, for all delays related thereto and for performance of the change within the time frame stated.

* THE CONTRACT COMPLETION DATE SHALL BE 90 DAYS FROM THE NTP DATE, AUGUST 31ST

*THE SUBCONTRACTOR G&A RATE OF 22.8% WILL ONLY BE APPLIED TO THIS ACTION AND CONNOT BE APPLIED TOWARDS FURTURE CONTRACTUAL ACTION.

*THE CONTRACTOR WAS INFORMED THAT THIS NEGOTIATED PRICE WOULD BE ACCEPTED BASED ON THE SALARIES DATA, RENTAL RATES, TAXES AND MATERIALS COSTS ARE FACTUAL AND ACCURATE.

*NO LIQUIDATED DAMANGES ARE ASSOCIATED WITH THIS TASK ORDER.

G014306

G02005 00003

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 5

| 1. CONTRACT/PURCH. ORDER/AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DACW09-01-D-0010 | 0003 | 2001Aug31 | W81EYN-1235-1950 | |

**6. ISSUED BY** CODE DACW09
CONTRACTING DIVISION
PO BOX 532711
LOS ANGELES CA 90053-2325

**7. ADMINISTERED BY** CODE
LOS ANGELES PROJ OFFICE
1284 E. SEVENTH STREET
UPLAND CA 91786

**8. DELIVERY FOB**
[X] DEST
[ ] OTHER
(See Schedule if other)

**9. CONTRACTOR** CODE 0V671 FACILITY
BUDDY'S CONTRACTING SERVICE
BUDDY JONES
512 N. COURT STREET
VISALIA CA 93291

**10. DELIVER TO FOB POINT BY (Date)** SEE SCHEDULE

**11. MARK IF BUSINESS IS**
[ ] SMALL
[X] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS**

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Item 7

**14. SHIP TO** CODE
LOS ANGELES PROJ OFFICE
CESPL-CO-SL
P.O. BOX 3157
ONTARIO CA 91761-0916

**15. PAYMENT WILL BE MADE BY** CODE
USACE FINANCE CENTER
ATTN: CEFCO-AO-P 5270
INTEGRITY DRIVE
MILLINGTON TN 38054-5005

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**
DELIVERY/CALL [X] This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE [ ] Reference your quote dated — Furnish the following on terms specified herein.

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: PATRICIA B TRAINER [signature] CONTRACTING / ORDERING OFFICER

25. TOTAL $223,000.00
29. DIFFERENCES
30. INITIALS

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO. [ ] PARTIAL [ ] FINAL
28. DO VOUCHER NO.
32. PAID BY
33. AMOUNT VERIFIED CORRECT FOR
31. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL
34. CHECK NUMBER
35. BILL OF LADING NO.

36. I certify this account is correct and proper for payment.
DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO.

DD Form 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

G014307

G02005 00004

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | $223,000.00 | $223,000.00 |

TASK ORDER 0003
CONTRACTOR TO PROVIDE ALL LABOR, MATERIAL AND EQUIPMENT TO REVIEW BENCH SCALE CEMENT STABILIZATION SAMPLING AND TESTING METHODS IN ACCORDANCE WITH ATTACHED SCOPE OF WORK.

BLOCK 17: ACCOUNTING & APPROPRIATION DATA
96 NA X 3123.0000 L1 X 08 2450 074719 96041 2520 9630FC

## SCOPE OF WORK

This is an Undefinitized Task Order provided as a means to immediately commence with the work described below.

Requirements: The Contractor shall perform the following work and services:

(1) Review Bench-Scale Cement Stabilization Study (Bench Study) sampling and testing methods, procedures as set forth in Bench Study Scope of Work (COE, 2001) and sampling/testing/quality assurance plans.
(2) Prepare a Sampling Plan.
(3) Prepare a Testing Plan.
(4) Prepare a Quality Assurance Project Plan.
(5) Collect sediment, water, and/or sludge samples throughout treatment process train.
(6) Perform physical, chemical and leach testing.
(7) Report findings.

Services required:

(1) The Contractor shall thoroughly review Bench Study sampling/testing methods and procedures as set forth in Bench Study Scope of Work and sampling/testing/quality assurance plans.

(2) The Contractor shall ensure consistency with Bench Study methodologies where applicable in developing Sampling Plan, Testing Plan and Quality Assurance Project Plan.

Partial payments are authorized in the not-to-exceed amount of $223,000.00. The contractor is advised that this amount is authorized for payments purposes only and does not authorize any expenditure beyond the amount stated herein. This order shall be definitized (negotiated) within 15 days of the date this order is signed by the Contracting Officer or prior to the exhaustion of funds obligated by this order, whichever comes first.

All terms and conditions of the basic contract remain unchanged

DACW09-01-D-0010
Task Order No. 0003

US Army Corps
of Engineers
Los Angeles District

# Los Angeles River Estuary Dredging And Cement Stabilization Pilot Study

Los Angeles County, California

Technical Specifications

DRAFT

20 August 2001

G014310

G02005 00007

## SECTION 00010

## BIDDING SCHEDULE

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | SAMPLING and TESTING | 1 | Job | Lump Sum | $ 300,248.75 |
| 2. | TREATMENT CELL | 1 | Job | Lump Sum | $ 75,340.41 |
| 3. | PORTLAND CEMENT | 80 | Tons | $ 173/ton | $ 13,840.00 |
| 4. | CEMENT/FLY ASH (POZZOLAN) MIX | 114 | Tons | $ 332/ton | $ 37,848.00 |
| 5. | TREATMENT | 2,240 | Cubic Meters | Lump Sum | $ 157,200.60 |
| 6. | COMPACTION | 2,240 | Cubic Meters | Lump Sum | $ 86,497.12 |
| 7. | DISPOSAL of MATERIAL | 1 | Job | Lump Sum | $ 15,686.20 |

TOTAL BID TOTAL ESTIMATED AMOUNT $ 686,661.08

NOTE:

1. Tons are long tons. 1 Ton = 1000 kilograms = 2205 lbs.



G014311

G02005 00008

v2.1.20 Pay Estimate View Screen 2.45VW

Action Edit Block Field Record Query ESIC Help

Obl No: [illegible]  Deliv Order: 0003  Inv No: 6  # Invoices: 6

Desc: CEMENT STABILIZATION STUDY  # Lines: 1

Inv Ref: OCT 2002 FINAL PAY EST #6  Interest Days:  Percent:

Inv Date: 12-NOV-2002  ITO:  Inv Recvd: 12-NOV-2002  Period: 200301

Pmt Auth: 00006943  Fnl Pmt: Y  FOA Recvd: 12-NOV-2002  Notice to Pr: Y

Pmt Office: 1  Rel of Claims: Y  Creator: MCKERCHER  THOMAS D

Remarks: FINAL PAY ESTIMATE

Line Item: 0001  Obl Terms: 30

CEMENT STABILIZATION

Qty Ordered: 0

Amt Ordered: 715654.47

Refund?:  Refund Terms:

00008306

PM Appr:

COR Appr: THOMAS D MCKERCHER

| | This Inv | All Inv's |
|---|---|---|
| Qty | | 0 |
| Price | | |
| Gross Amt | 100.00 | 715654.47 |
| Retain Pct | .00 | |
| Retain Amt | .00 | .00 |
| Other Deduct | .00 | .00 |
| Retain Refund | .00 | .00 |
| Other Deduct Refund | .00 | .00 |
| Liq Damages | | .00 |
| Line Amt | 100.00 | 715654.47 |

Return to menu

Foreign Curr

Prev Page  Prev  Next  Query  Ifilet  Save  Exit  Next Page

Press <F2> to enter a query, <F3> to execute the query.

Record: 6/6  List of Values

Rcvd 10/12/02

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. INVOICE RECEIVE DATE: 29 Oct 02

SHEET 1 of 3

2. CONTRACTOR AND ADDRESS: BUDDY'S CONTRACTING SERIVCE, 512 N. COURT STREET, VISALIA, CA 93291

3. CONTRACT NO.: DACW09-01-D-0010 TO#0003

4. DISTRICT: CESPL-CO-GC

5. DESCRIPTION OF WORK: TO #0003 DREDGING & CEMENT STABLIZATION

6. APPROPRIATION AND PROJECT: 96NA X 3123.0000 L1 X 082450 07

7. REQUIRED COMPLETION DATE: 29 Nov 01

8. LOCATION: RIVERS & HARBORS RES. OFFICE

9. PERIOD COVERED BY THIS ESTIMATE: FROM 01 Oct 02 THRU 01 Oct 02

10. JOB ORDER NO.:

11. ESTIMATE NO.: 6 and Final

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | BASIC CONTRACT | | | 223,000.00 | | |
| | MODIFICATIONS Thru R00301 | | | 492,654.47 | | |
| | QUANTITY VARIATIONS | | | 0.00 | | |

ACTUAL PERCENT: 100 % LESS STORED MATERIALS: 100 % TOTAL CONTRACT → $ 715,654.47 TOTAL EARNINGS TO DATE → $ 715,654.47

REMARKS

EXECUTION BY OR FOR THE CONTRACTOR IN THE SPACE PROVIDED UNDER BLOCK 12 HEREOF SHALL, UPON RECEIPT OF THE PAYMENT INDICATED IN BLOCK 14L HEREOF CONSTITUTE A FULL COMPLETE & UNCONDITIONAL RELEASE OF THE GOVERNMENT FROM FURTHER LIABILITY OF ANY NATURE OR KIND ARISING FROM THIS CONTRACT, EXCEPT FOR THOSE ITEMS, IF ANY WHICH ARE SPECIFICALLY RESERVED & IDENTIFIED BY THE CONTRACTOR ON THE REVERSE SIDE HEREOF. BY EXECUTION IN BLOCK 13 HEREOF, IT IS CERTIFIED THAT THE CONTRACT WAS COMPLETE AND THE WORK ACCEPTED AS SATISFACTORY ON BEHALF OF THE GOVERNMENT AS OF NOV / 29 / 2001.

12. PRESENTED FOR PAYMENT

PAYEE: BUDDY'S CONTRACTING SERIVCE

PER: [signature] LORRAINE C JONES

DATE: 11/6/02

TITLE: Corporate Sec.

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Julie A. Martinez P.E. [signature]

TITLE: Resident Engineer

DATE: 20 Nov 02

CONTRACTING OFFICER APPROVAL (Signature): THOMAS D. MCKERCHER, Contracting Officer [signature]

DATE: 1/2/03

| 14. | | | |
|---|---|---|---|
| A. | PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | 0.00 | |
| B. | PREVIOUS RETAINED PERCENTAGE | 0.00 | |
| C. | PREVIOUS PAYMENTS | 715,554.47 | |
| D. | PREVIOUS EARNINGS (A+B+C) | | 715,554.47 |
| E. | EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 100.00 |
| F. | LESS RETAINED PERCENTAGE | 0.00 | |
| G. | LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | 0.00 | |
| H. | TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 0.00 |
| I. | RETAINAGE REFUNDED | 0.00 | |
| J. | OTHER REFUNDS | 0.00 | |
| K. | TOTAL REFUNDS THIS PERIOD | | 0.00 |
| L. | AMOUNT DUE CONTRACTOR (E-H+K) | | 100.00 |

15. RECAPITULATION

TOTAL RETAINED PCTG. (B+F-I) $ 0.00 TOTAL PAID (C+L) $ 715,654.47

ENG FORM 93, 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

* * (USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

PAYMENT ESTIMATE ITEMS DETAIL

2. CONTRACT NO. DACW09-01-D-0010 To:0003

SHEET 2 of 3

3. CONTRACTOR AND ADDRESS BUDDY'S CONTRACTING SERIVCE
512 N. COURT STREET, VISALIA, CA 93291

4. PERIOD COVERED BY THIS ESTIMATE
FROM 01 Oct 02 THRU 01 Oct 02

| ITEM NO. a | MOD. NO. b | DESCRIPTION c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 1 | | DREDGING & CEMENT STABILIZATION PILOT ST | 1.00 Job | 223,000.00 | 223,000.00 | 1.00 Job | 223,000.00 |
| P00301 | P00301 | DEFINITIZATION MODIFICATION | 1.00 Job | 463,661.08 | 463,661.08 | 1.00 Job | 463,661.08 |
| R00003 | R00003 | SOILS SAMPLES FOR CEMENT STABILIZATION | 1.00 Job | 28,993.39 | 28,993.39 | 1.00 Job | 28,993.39 |
| | | TOTALS THIS PAGE | | | 715,654.47 | | 715,654.47 |

ENG FORM 93a

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

G02006 00003

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
APPROPRIATIONS ACCOUNT SUMMARY

2. CONTRACT NO. DACW09-01-D-0010 TO # 0003

SHEET 3 of 3

3. CONTRACTOR AND ADDRESS BUDDY'S CONTRACTING SERIVCE
512 N. COURT STREET, VISALIA, CA 93291

4. PERIOD COVERED BY THIS ESTIMATE
FROM 01 Oct 02 THRU 01 Oct 02

| SEQ. NO. a | DESCRIPTION b | CONTRACT AMOUNT c | PREVIOUS EARNINGS d | EARNINGS TO DATE e | EARNINGS THIS PERIOD f | PERCENT COMPLETE g |
|---|---|---|---|---|---|---|
| 0001 | 96NA X 3123.0000 L1 X 082450 07 | 715,654.47 | 715,554.47 | 715,654.47 | 100.00 | 100.00 |
| | TOTALS THIS PAGE | 715,654.47 | 715,554.47 | 715,654.47 | 100.00 | 100 % |

ENG FORM 93a 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

G02006 00004

# PAYABLE REPORT

DEPARTMENT OF THE ARMY
Rivers & Harbors Resident ofc
5525 East Imperial Hwy
Southgate, Ca 90280,

CONTRACTOR: CONTRACT: DACW09-01-D-00 0

BUDDY'S CONTRACTING SERIVCE
512 N. COURT STREET, VISALIA, CA 93291

DESCRIPTION AND LOCATION:
TO #0003 DREDGING & CEMENT STABLIZATION, RIVERS & HARBORS RES. OFFICE

ESTIMATE NO. - 6 and Final PARTIAL PAY
PERIOD FROM - 01 Oct 02 TO 01 Oct 02

| DIS | ORG | ADP WORKCODE | EARNED AMOUNT | F&A AMOUNT |
|---|---|---|---|---|
| SPL | WN | 96NA X 3123.0000 L1 X 082450 07 | $ 100.00 | $ 100.00 |
| TOTALS | | | $ 100.00 | $ 100.00 |

E. EARNINGS THIS PERIOD $ 100.00

DEDUCTIONS THIS PERIOD
NONE REPORTED

H. TOTAL DEDUCTIONS $ 0.00

I. RETAINED REFUNDED $ 0.00
J. OTHER REFUNDS $ 0.00

K. TOTAL REFUNDS $ 0.00

L. TOTAL AMOUNT DUE CONTRACTOR (E-H+K) $ 100.00

APPROPRIATIONS
4719 9630FC

REMARKS:
EXECUTION BY OR FOR THE CONTRACTOR IN THE SPACE PROVIDED UNDER BLOCK 12 HEREOF SHALL, UPON RECEIPT OF THE PAYMENT INDICATED IN BLOCK 14L HEREOF CONSTITUTE A FULL COMPLETE & UNCONDITIONAL RELEASE OF THE GOVERNMENT FROM FURTHER LIABILITY OF ANY NATURE OR KIND ARISING FROM THIS CONTRACT, EXCEPT FOR THOSE ITEMS, IF ANY WHICH ARE SPECIFICALLY RESERVED & IDENTIFIED BY THE CONTRACTOR ON THE REVERSE SIDE HEREOF. BY EXECUTION IN BLOCK 13 HEREOF, IT IS CERTIFIED THAT THE CONTRACT WAS COMPLETE AND THE WORK ACCEPTED AS SATISFACTORY ON BEHALF OF THE GOVERNMENT AS OF Nov /29 /2001.

G02006 00005