# CONTRACT COMPLETION AND ACCEPTANCE

**DATE**

December 17, 2002

**TO** *(Name and Address of Contractor)*

BUDDY'S CONTRACTING SERVICE
512 N. COURT STREET
VISALIA, CA 93291

**FROM**

DEPARTMENT OF THE ARMY
LOS ANGELES DISTRICT,
CORPS OF ENGINEERS
P.O. BOX 532711
LOS ANGELES, CA 90053

FILE: SPLCO

| LOCATION | COMPLETION DATE | CONTRACT NO. |
|---|---|---|
| RIVERS & HARBORS RES. OFFICE | Nov 29, 2001 | DACW09-01-D-0010, TO 0003 |

**DESCRIPTION**

TO #0003 DREDGING & CEMENT STABILIZATION

**REMARKS**

1. All work under Contract No. DACW09-01-D-0010, TO 0003, including Modification 1, was completed on November 29, 2001.

2. Modification No. 1, was the last modification written under the contract.

3. The work was completed in accordance with the plans and specifications.

4. The total contract amount is $715,654.47.

The work is hereby accepted by me on behalf of the United States as of December 17, 2002

*This acceptance shall not prejudice the Government with respect to any work which you may hereafter become obligated to perform by reason of any warranties or discovery of latent defects as provided for in said contract.*

**TYPED NAME AND TITLE**

THOMAS D. MCKERCHER
CONTRACTING OFFICER

**SIGNATURE**

SPL FORM 407 APR 72 PREVIOUS EDITIONS ARE OBSOLETE ARMY C. OF E. LOS ANGELES

G02006 00006

| CONTRACT COMPLETION AND ACCEPTANCE | | DATE<br>December 17, 2002 |
|---|---|---|
| TO (*Name and Address of Contractor*)<br>BUDDY'S CONTRACTING SERVICE<br>512 N. COURT STREET<br>VISALIA, CA 93291 | | FROM<br>DEPARTMENT OF THE ARMY<br>LOS ANGELES DISTRICT,<br>CORPS OF ENGINEERS<br>P.O. BOX 532711<br>LOS ANGELES, CA 90053<br>FILE: SPLCO |
| LOCATION<br>RIVERS & HARBORS RES. OFFICE | COMPLETION DATE<br>Nov 29, 2001 | CONTRACT NO.<br>DACW09-01-D-0010, TO 0003 |

DESCRIPTION

TO #0003 DREDGING & CEMENT STABILIZATION

REMARKS

1. All work under Contract No. DACW09-01-D-0010, TO 0003, including Modification 1, was completed on November 29, 2001.

2. Modification No. 1, was the last modification written under the contract.

3. The work was completed in accordance with the plans and specifications.

4. The total contract amount is $715,654.47.

MCKERCHER

NO CONTRACT CLAIMS PENDING IN OFFICE OF COUNSEL AS OF 12-24-2002
(Date)
Williams
(Signature)

BEAMS

KIMURA

GARCIA

The work is hereby accepted by me on behalf of the United States as of December 17, 2002

| | |
|---|---|
| *This acceptance shall not prejudice the Government with respect to any work which you may hereafter become obligated to perform by reason of any warranties or discovery of latent defects as provided for in said contract.* | TYPED NAME AND TITLE<br>THOMAS D. MCKERCHER<br>CONTRACTING OFFICER<br>SIGNATURE |

G02006 00007

SPL FORM 407 PREVIOUS EDITIONS ARE OBSOLETE ARMY C. OF E. LOS ANGELES

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

# PERFORMANCE EVALUATION (CONSTRUCTION)

1. CONTRACT NUMBER: DACW09-01-D-0010
2. CEC NUMBER:

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

3. TYPE OF EVAUATION *(X one)*
[ ] INTERIM *(List percentage ______ %)* [X] FINAL [ ] AMENDED

4. TERMINATED FOR DEFAULT [ ]

5. CONTRACTOR *(Name, Address, and ZIP code)*
BUDDY'S CONTRACTING SERVICE
512 N. COURT STREET
VISALIA, CA 93291

6.a. PROCUREMENT METHOD *(X one)*
[ ] SEALED BID [X] NEGOTIATED

b. TYPE OF CONTRACT *(X one)*
[X] FIRM FIXED PRICE [ ] COST REIMBURSEMENT
[ ] OTHER *(Specify)*

7. DESCRIPTION AND LOCATION OF WORK TASK ORDER 0003
DREDGING & CEMENT STABILIZATION PILOT STUDY, LOS ANGELES COUNTY, CA.

RIVERS & HARBORS RES. OFFICE

8. TYPE AND PERCENT OF SUBCONTRACTING

| | a. | b. | c. | d. |
|---|---|---|---|---|
| 9. FISCAL DATA | AMOUNT OF BASIC CONTRACT $ 223,000 | TOTAL AMOUNT OF MODIFICATIONS $ 492,654 | LIQUIDATED DAMAGES ASSESSED $ 0 | NET AMOUNT PAID CONTRACTOR $ 715,654 |
| 10. SIGNIFICANT DATES | DATE OF AWARD 31 Aug 01 | ORIGINAL CONTRACT COMPLETION DATE 29 Nov 01 | REVISED CONTRACT COMPLETION DATE 29 Nov 01 | DATE WORK ACCEPTED 29 Nov 01 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

11. OVERALL RATING *(X appropriate block)*
[ ] OUTSTANDING [X] ABOVE AVERAGE [ ] SATISFACTORY [ ] MARGINAL [ ] UNSATISFACTORY *(Explain in item 20 on reverse)*

12. EVALUATED BY
a. ORGANIZATION *(Name and Address (include ZIP code))*
RIVERS AND HARBORS RESIDENT OFFICE
b. TELEPHONE NUMBER *(include Area Code)*
(909) 898-6153
c. NAME AND TITLE
JULIE MARTINEZ, RES. ENGR.
d. SIGNATURE
[signature]
e. DATE
20 Nov 02

13. EVALUATION REVIEWED BY
a. ORGANIZATION *(Name and Address (include ZIP code))*
CONTRACTING DIVISION
b. TELEPHONE NUMBER *(include Area Code)*
(213) 452-3230
c. NAME AND TITLE
THOMAS D. MCKERCHER, C.O.
d. SIGNATURE
[signature]
e. DATE
1/2/03

14. AGENCY USE *(Distribution, etc)*

G02006 00008

DD FORM 2626 (FRONT), JUN 94

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

N/A = NOT APPLICABLE O = OUTSTANDING A = ABOVE AVERAGE S = SATISFACTORY M = MARGINAL U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | X | | | |
| b. ADEQUACY OF THE CQC PLAN | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | | | X | | |
| d. QUALITY OF QC DOCUMENTATION | | | X | | | |
| e. STORAGE OF MATERIALS | | | | X | | |
| f. ADEQUACY OF MATERIALS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | | X | | |
| i. ADEQUACY OF AS-BUILTS | | | | X | | |
| j. USE OF SPECIFIED MATERIALS | | | X | | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | X | | | | | |

| 17. TIMELY PERFORMANCE | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | X | | | |
| b. ADHERENCE TO APPROVED SCHEDULE | | | X | | | |
| c. RESOLUTION OF DELAYS | | | X | | | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | X | | | |
| e. COMPLETION OF PUNCHLIST ITEMS | | | X | | | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | X | | | |
| g. WARRANTY RESPONSE | X | | | | | |

| 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. COOPERATION AND RESPONSIVENESS | | | X | | | |
| b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | X | | | |
| c. COORDINATION AND CONTROL OF SUBCONTRACTOR(S) | | | X | | | |
| d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. EFFECTIVENESS OF JOB-SITE SUPERVISION | | | | X | | |
| f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. PROFESSIONAL CONDUCT | | | X | | | |
| h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | | X | | |
| i. IMPLEMENTATION OF SUBCONTRACTING PLAN | X | | | | | |

| 18. COMPLIANCE WITH LABOR STANDARDS | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. CORRECTION OF NOTED DEFICIENCIES | | | | | | |
| b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS WITH SPECIFIC ATTENTION OF THE DAVIS-BACON ACT AND EEO REQUIREMENTS | | | | X | | |

| 19. COMPLIANCE WITH SAFETY STANDARDS | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. ADEQUACY OF SAFETY PLAN | | | X | | | |
| b. IMPLEMENTATION OF SAFETY PLAN | | | X | | | |
| c. CORRECTION OF NOTED DEFICIENCIES | X | | | | | |

**20. REMARKS** *(Explanation of unsatisfactory evaluation is required. Other comments are optional. Provide facts concerning specific events or actions to justify the evaluation. This data must be in sufficient detail to assist contracting officers in determining the contractor's responsibility. Continue on separate sheet(s), if needed.)*

DACW09-01-D-0010 TO:0003

G02006 00009

CONTRACTOR'S RELEASE

Pursuant to the terms of contract number DACW09-01-D-0010 Task Order Number 0003 and in consideration of the sum $715,654.47 which has been or is to be paid under the said contract to Buddy's Contracting Service, (hereafter called "the Contractor" or his assignees, if any). The Contractor, upon payment of the said sum by the United States of America (hereafter called "the Government"), does remise, release and discharge the Government, its officers, agents and employees, of and from all claims, liabilities, obligations and demands whatsoever arising from the said contract.

In witness whereof this release has been executed this 6TH day of NOV, 2002.

LORRAINE C. JONES, SEC.

Signature of Contractor Print Name and Title

WITNESSES:

FINAL PAYMENT CERTIFICATE

THE UNDERSIGNED CERTIFIES:

That all contract requirements of this contract have been satisfactorily met.

That to the best of my knowledge the Government has no outstanding claims against the Contractor in connection with this work.

That all modifications have been incorporated into the construction and satisfactorily completed, and that no further modifications are pending.

That all Government furnished property provided or not under this contract has been incorporated into the project or returned to the proper authority in accordance with contract requirements.

20 Nov 02

Date

Signature of Area/Resident Engineer

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 20 Mar 2006
PAYMENT DUE DATE 03 Apr 2006

Sheet 1 of 5

2. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

3. CONTRACT NO. W912EP-04-C-0021 NA

4. DISTRICT US Army COE Jacksonville

5. DESCRIPTION OF WORK 113747 O&M Miami River 15' Prj Cuts 1-48

6. APPROPRIATION AND PROJECT 96-NA-X-3123-0000

7. REQUIRED COMPLETION DATE 15 Jun 2005

8. LOCATION Miami Harbor, Dade County, FL

9. PERIOD COVERED BY THIS ESTIMATE FROM 02 Oct 2005 THRU 09 Nov 2005

10. JOB ORDER NO.

11. ESTIMATE NO. 12

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $32,278,839.00 | 93% | $29,887,639.00 |
| INCLUDES MODIFICATIONS THRU R00023 | 93 % EARNINGS TO DATE<br>93 % LESS STORED MATERIAL | TOTAL CONTRACT ⟶ | | $32,278,839.00 | TOTAL EARNINGS TO DATE ⟶ | $29,887,639.00 |

REMARKS
This pay estimate adds an additional $44,028.00 for liquidated damages to the previous amount of $436,611.00. The new total held for liquidated damages as "other deductions" is now $480,639.00 (131 days @ $3,669.00/day) for 15 Jun 2005 (required completion date) - 9 Nov 2005 (minus 16 days ofr hurricane Wilma).

12. PRESENTED FOR PAYMENT

PAYEE WESTON BEAN JV

PER

DATE

TITLE

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE
Saxby Anderson
Civil Engineer/Project Engineer

DATE

CONTRACTING OFFICER APPROVAL (Signature)
J. G. Cooper, P.E.
Administrative Contracting Officer

DATE

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $436,611.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $25,995,551.00 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $26,432,162.00 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $3,455,477.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $44,028.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $44,028.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $3,411,449.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $480,639.00 | PAID TO DATE (D + N) | $29,407,000.00 |

ENG FORM 93

G04004 00001

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 2 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001 | | Acceptance Section 1 (Fed Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0001AA | | Mobilization and Demobilization (AS 1F) | 1.00 LS | $5,978,000.00 | $5,978,000.00 | 60% | $3,586,800.00 |
| 0001AB | | Dredging and Disposal (AS 1F) | 54,000.00 CY | | | | |
| | R00017 | Quantity Underrun | -3,244.00 CY | | | | |
| | | Revised Amount CLIN 0001AB | 50,756.00 CY | $105.00 | $5,329,380.00 | 50,756.00 CY | $5,329,380.00 |
| 0001AC | | Turbidity Monitoring (AS 1F) | 1.00 LS | $92,000.00 | $92,000.00 | 100% | $92,000.00 |
| 0001AD | | Endangered Species Monitoring (AS 1F) | 1.00 LS | $60,000.00 | $60,000.00 | 100% | $60,000.00 |
| 0002 | | Acceptance Section 1 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0002AA | | Dredging and Disposal (Estd Quantity) (AS | 13,000.00 CY | | | | |
| | R00020 | Quantity Underrun | -4,843.00 CY | | | | |
| | | Revised Amount CLIN 0002AA | 8,157.00 CY | $73.00 | $595,461.00 | 8,157.00 CY | $595,461.00 |
| 0002AB | | Turbidity Monitoring (AS 1NF) | 1.00 LS | $24,000.00 | $24,000.00 | 100% | $24,000.00 |
| 0002AC | | Endangered Species Monitoring (AS 1NF) | 1.00 LS | $13,000.00 | $13,000.00 | 100% | $13,000.00 |
| 0003 | | Acceptance Section 2 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0003AA | | Dredging and Disposal (Estd Quanitity) (A | 47,000.00 CY | | | | |
| | R00021 | Quantity Underrun | -251.00 CY | | | | |
| | | Revised Amount CLIN 0003AA | 46,749.00 CY | $116.00 | $5,422,884.00 | 46,749.00 CY | $5,422,884.00 |
| 0003AB | | Turbidity Monitoring (AS 2F) | 1.00 LS | $78,000.00 | $78,000.00 | 100% | $78,000.00 |
| 0003AC | | Endangered Species Monitoring (AS 2F) | 1.00 LS | $27,200.00 | $27,200.00 | 100% | $27,200.00 |
| 0004 | | Acceptance Section 2 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0004AA | | Dredging and Disposal (AS 2NF) | 9,000.00 CY | $89.00 | $801,000.00 | 5,837.00 CY | $519,493.00 |
| 0004AB | | Turbidity Monitoring (AS 2NF) | 1.00 LS | $16,000.00 | $16,000.00 | 100% | $16,000.00 |
| 0004AC | | Endangered Species Monitoring (AS 2NF) | 1.00 LS | $9,000.00 | $9,000.00 | 100% | $9,000.00 |
| 0005 | | Acceptance Section 3 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0005AA | | Dredging and Disposal (Est Quant) (AS 3F) | 26,000.00 CY | | | | |
| | R00023 | Quantity Overrun | 1,894.00 CY | | | | |
| | | Revised Amount CLIN 0005AA | 27,894.00 CY | $119.00 | $3,319,386.00 | 27,894.00 CY | $3,319,386.00 |
| 0005AB | | Turbidity Monitoring (AS3F) | 1.00 LS | $54,000.00 | $54,000.00 | 100% | $54,000.00 |
| 0005AC | | Endangered Species Monitoring (AS3F) | 1.00 LS | $28,000.00 | $28,000.00 | 100% | $28,000.00 |
| 0005AD | R00016 | Tree Removal AS 3 | 1.00 LS | $42,000.00 | $42,000.00 | 100% | $42,000.00 |
| 0006 | | Acceptance Section 3 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0006AA | | Dredging and Disposal (Est Quant) (AS 3NF | 4,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -514.00 CY | | | | |
| | | Revised Amount CLIN 0006AA | 3,486.00 CY | $102.00 | $355,572.00 | 3,486.00 CY | $355,572.00 |
| 0006AB | | Turbidity Monitoring (AS 3NF) | 1.00 LS | $8,000.00 | $8,000.00 | 100% | $8,000.00 |
| 0006AC | | Endangered Species Monitoring (AS 3NF) | 1.00 LS | $4,200.00 | $4,200.00 | 100% | $4,200.00 |
| | | TOTALS THIS PAGE | | | 22,257,083.00 | | 19,584,376.00 |

ENG FORM 93

G04004 00002

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 3 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0007 | | Acceptance Section 4 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0007AA | | Dredging and Disposal (Estd Quanitity) (A | 29,000.00 CY | | | | |
| | R00023 | Quantity Overrun | 357.00 CY | | | | |
| | | Revised Amount CLIN 0007AA | 29,357.00 CY | $105.00 | $3,082,485.00 | 29,357.00 CY | $3,082,485.00 |
| 0007AB | | Turbidity Monitoring (AS 4F) | 1.00 LS | $48,400.00 | $48,400.00 | 100% | $48,400.00 |
| 0007AC | | Endangered Species Monitoring (AS 4F) | 1.00 LS | $25,800.00 | $25,800.00 | 100% | $25,800.00 |
| 0008 | | Acceptance Section 4 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0008AA | | Dredging and Disposal (Estd Quantity) (AS | 8,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -2,874.00 CY | | | | |
| | | Revised Amount CLIN 0008AA | 5,126.00 CY | $85.00 | $435,710.00 | 5,126.00 CY | $435,710.00 |
| 0008AB | | Turbidity Monitoring (AS 4NF) | 1.00 LS | $15,600.00 | $15,600.00 | 100% | $15,600.00 |
| 0008AC | | Endangered Species Monitoring (AS 4NF) | 1.00 LS | $8,400.00 | $8,400.00 | 100% | $8,400.00 |
| 0009 | R00011 | Additional Archeological Monitoring | 1.00 LS | $32,000.00 | $32,000.00 | 100% | $32,000.00 |
| 0009AA | | Dredging and Disposal (Estd Quantity) (AS | 37,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -4,694.00 CY | | | | |
| | | Revised Amount CLIN 0009AA | 32,306.00 CY | $104.00 | $3,359,824.00 | 32,306.00 CY | $3,359,824.00 |
| 0009AB | | Turbidity Monitoring (AS 5F) | 1.00 LS | $61,800.00 | $61,800.00 | 100% | $61,800.00 |
| 0009AC | | Endangered Species Monitoring (AS 5F) | 1.00 LS | $33,000.00 | $33,000.00 | 100% | $33,000.00 |
| 0010 | | Acceptance Section 5 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0010AA | | Dredging and Disposal (Estd Quantity) (AS | 8,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -7,280.00 CY | | | | |
| | | Revised Amount CLIN 0010AA | 720.00 CY | $76.00 | $54,720.00 | 720.00 CY | $54,720.00 |
| 0010AB | | Turbidity Monitoring (AS 5NF) | 1.00 LS | $18,000.00 | $18,000.00 | 100% | $18,000.00 |
| 0010AC | | Endangered Species Monitoring (AS 5NF) | 1.00 LS | $10,000.00 | $10,000.00 | 100% | $10,000.00 |
| 0011 | | Acceptance Section 6 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0011AA | | Dredging and Disposal (Estd Quantity) (AS | 34,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -1,149.00 CY | | | | |
| | | Revised Amount CLIN 0011AA | 32,851.00 CY | $84.00 | $2,759,484.00 | 32,851.00 CY | $2,759,484.00 |
| 0011AB | | Turbidity Monitoring (AS 6F) | 1.00 LS | $59,400.00 | $59,400.00 | 100% | $59,400.00 |
| 0011AC | | Endangered Species Monitoring (AS 6F) | 1.00 LS | $32,000.00 | $32,000.00 | 100% | $32,000.00 |
| 0012 | | Acceptance Section 6 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0012AA | | Dredging and Disposal (Estd Quantity) (AS | 6,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -2,960.00 CY | | | | |
| | | Revised Amount CLIN 0012AA | 3,040.00 CY | $81.00 | $246,240.00 | 3,040.00 CY | $246,240.00 |
| 0012AB | | Turbidity Monitoring (AS 6NF) | 1.00 LS | $13,200.00 | $13,200.00 | 100% | $13,200.00 |
| 0012AC | | Endangered Species Monitoring (AS 6NF) | 1.00 LS | $7,200.00 | $7,200.00 | 100% | $7,200.00 |
| | | TOTALS THIS PAGE | | | 10,303,263.00 | | 10,303,263.00 |

ENG FORM 93

G04004 00003

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 4 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0013 | | Acceptance Section 7 (Federal Channel): | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0013AA | | Dredging and Disposa (ESTD Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0013AB | | Turbidity Monitoring (AS 7F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0013AC | | Endangered Species Monitoring (AS 7F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0014 | | Acceptance Section 7 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0014AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0014AB | | Turbidity Monitoring (AS 7NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0014AC | | Endangered Species Monitoring (AS 7NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0015 | | Acceptance Section 8 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0015AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0015AB | | Turbidity Monitoring (AS 8F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0015AC | | Endangered Species Monitoring (AS 8F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0016 | | Acceptance Section 8 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0016AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0016AB | | Turbidity Monitoring (AS 8NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0016AC | | Endangered Species Monitoring (AS 8NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0017 | | Acceptance Section 9 (Federal Channel): | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0017AA | | Dredging and disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0017AB | | Turbidity Monitoring (AS 9F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0017AC | | Endangered Species Monitoring (AS 9F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0018 | | Acceptance Section 9 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0018AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0018AB | | Turbidity Monitoring (AS 9NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0018AC | | Endangered Species Monitoring (AS 9NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0019 | | Acceptance Section 10 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0019AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0019AB | | Turbidity Monitoring (AS 10F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0019AC | | Endangered Species Monitoring (AS 10F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0020 | | Acceptance Section 10 (Non-Fedreral Porti | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0020AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0020AB | | Turbidity Monitoring (AS 10NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0020AC | | Endangered Species Monitoring (AS 10NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0021 | | Acceptance Section 11 (Federal Chennel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0021AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0021AB | | Turbidity Monitoring (AS 11F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0021AC | | Endangered Species Monitoring (AS 11F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0022 | | Acceptance Section 11 (Non-Federal Portio | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| | | TOTALS THIS PAGE | | | 0.00 | | 0.00 |

ENG FORM 93

G04004 00004

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 5 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0022AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0022AB | | Turbidity Monitoring (AS11NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0022AC | | Endangered Species Monitoring (AS11NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0023 | | Acceptance Section 12 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0023AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0023AB | | Turbidity Monitoring (AS 12F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0023AC | | Endangered Species Monitoring (AS 12F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0024 | | Acceptnce Section 12 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0024AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0024AB | | Turbidity Monitoring (AS 12NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0024AC | | Endangered Species Monitoring (AS 12NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0025 | | Acceptance Section 13 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0025AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0025AB | | Turbidity Monitoring (AS 13F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0025AC | | Endangered Species Monitoring (AS 13F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0026 | | Acceptance Section 13 (Non-Federal Portio | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0026AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0026AB | | Turbidity Monitoring (AS 13NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0026AC | | Endangered Species Monitoring (AS 13NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0027 | | Acceptance Section 14 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0027AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0027AB | | Turbidity Monitoring (AS 14F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0027AC | | Endangered Species Monitoring (AS 14F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0028 | | Acceptance Section 14 (Non-Federal Portio | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0028AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0028AB | | Turbidity Monitoring (AS 14NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0028AC | | Endangered Species Monitoring (AS 14NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0029 | | Acceptance Section 15 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0029AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0029AB | | Turbidity Monitoring (AS 15F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0029AC | | Endangered Species Monitoring (AS 15F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0030 | | Interim Mobilization and Demobilization 6 | 0.00 EA | $0.00 | $0.00 | 0.00 EA | $0.00 |
| | | TOTALS THIS PAGE | | | 0.00 | | 0.00 |

ENG FORM 93

G04004 00005

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 1 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001 | Earnings | $0.00 | $795.10 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM JFC74L | Less other Deductions | $0.00 | $0.00 |
| DP - O&M MIAMI RIVER CONTRACT | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$795.10** |
| OBLIGATION LINE ITEM - 0002 | Earnings | $0.00 | $2,600,000.00 |
| MIAMI RIVER, MIAMI HARBOR, FLORIDA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM JFC74L | Less other Deductions | $0.00 | $0.00 |
| DP - O&M MIAMI RIVER CONTRACT | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$2,600,000.00** |
| OBLIGATION LINE ITEM - 0003 | Earnings | $0.00 | $1,917,638.83 |
| MIAMI RIVER, MIAMI HARBOR, FLORIDA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM HB969B | Less other Deductions | $0.00 | $0.00 |
| CO-W O&M MIAMI RIVER NON-FED DREDGING | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$1,917,638.83** |
| OBLIGATION LINE ITEM - 0004 | Earnings | $0.00 | $783,964.08 |
| MAINTENANCE DREDGING, 15 FOOT PROJECT | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$783,964.08** |
| OBLIGATION LINE ITEM - 0005 | Earnings | $0.00 | $3,000,000.00 |
| MAINTENCE DREDGING, 15 FOOT PORJECT | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 71D936 | Less other Deductions | $0.00 | $0.00 |
| 61000-W912EP-04-C-0021NA - O&M:Miami River [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$3,000,000.00** |

RMS FORM 93 SUPPLEMENT

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 2 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0006<br>MIAMI RIVER DREDGING<br>FUNDED WORK ITEM 3J60HC<br>126sb-Contract FY05 NON FED C/C [113747]<br>No Payment Due | Earnings | $0.00 | $1,447,232.68 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,447,232.68 |
| OBLIGATION LINE ITEM - 0007<br>MIAMI RIVER DREDGING<br>FUNDED WORK ITEM 71D936<br>61000-W912EP-04-C-0021NA - O&M:Miami River [113747]<br>No Payment Due | Earnings | $0.00 | $6,371,800.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $355,893.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $6,015,907.00 |
| OBLIGATION LINE ITEM - 0008<br>MIAMI RIVER DREDGING<br>FUNDED WORK ITEM 72D83K<br>126-Contract FY05 FED - Labor & C/C [113747]<br>No Payment Due | Earnings | $0.00 | $2,540,720.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,540,720.00 |
| OBLIGATION LINE ITEM - 0009<br>MIAMI RIVER DREDGING<br>FUNDED WORK ITEM 3J60HC<br>126sb-Contract FY05 NON FED C/C [113747]<br>No Payment Due | Earnings | $0.00 | $731,172.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $731,172.00 |
| OBLIGATION LINE ITEM - 0010<br>MIAMI RIVER DREDGING<br>FUNDED WORK ITEM 72D83K<br>126-Contract FY05 FED - Labor & C/C [113747]<br>No Payment Due | Earnings | $0.00 | $5,437,468.45 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $80,718.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,356,750.45 |

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
### OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 3 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0011 | Earnings | $345,573.00 | $1,885,394.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| Payment Due Date 04/03/2006 | Amount Due | **$345,573.00** | **$1,885,394.00** |
| OBLIGATION LINE ITEM - 0012 | Earnings | $0.00 | $15,639.89 |
| ADD. ARCHEOLOGICAL MONITORING FOR AS 5 (FED) | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$15,639.89** |
| OBLIGATION LINE ITEM - 0013 | Earnings | $0.00 | $3,909.97 |
| ADD. ARCHEOLOGICAL MONITORING AS5 (NON-FED) | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | **$0.00** | **$3,909.97** |
| OBLIGATION LINE ITEM - 0014 | Earnings | $2,105,973.16 | $2,105,973.16 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $44,028.00 | $44,028.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| Payment Due Date 04/03/2006 | Amount Due | **$2,061,945.16** | **$2,061,945.16** |
| OBLIGATION LINE ITEM - 0015 | Earnings | $1,003,930.84 | $1,003,930.84 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| Payment Due Date 04/03/2006 | Amount Due | **$1,003,930.84** | **$1,003,930.84** |

RMB FORM 93 SUPPLEMENT

G04004 00008

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
### OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 4 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $42,000.00 |
| TREE REMOVAL AS #3 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$42,000.00** |
| | TOTALS | $3,411,449.00 | $29,407,000.00 |

RMS FORM 93 SUPPLEMENT

G04004 00009

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 4

2. AMENDMENT/MODIFICATION NO.: P00023
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CSS42883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than Item 6) — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$1,411,579.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0211-0018- VARIATION IN ESTIMATED QUANTITY
52.0249-0010- DEFAULT (FIXED-PRICE CONSTRUCTION)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00023

WW014 VEQ CLIN 0005AA thru 0012AA

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Lawrence J Bove, Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Cynthia S.Tolle, Contracting Officer

15B. CONTRACTOR/OFFEROR: Lawrence J Bove (Signature of person authorized to sign)

15C. DATE SIGNED: 2/8/06

16B. UNITED STATES OF AMERICA BY Cynthia S Tolle (Signature of Contracting Officer)

16C. DATE SIGNED: 2/9/06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

| MODIFICATION OF CONTRACT | DATE SIGNED See Block 16C | PAGE OF PAGES 2 \| 4 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

Contract Obligations remain unchanged as a result of this modification.

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW014** VEQ CLIN 0005AA thru 0012AA

Item 1. CLIN No. 0005AA - Dredge/Dispose AS 3 Federal overran by 7%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 3 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0005AA.

CLIN No. 0006AA - Dredge/Dispose AS 3 Non-Federal underran by 13%. This change is to adjust the estimated quantity for dredging and disposal of the Non-Federal material in Acceptance Section 3 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0006AA.

CLIN No. 0007AA - Dredge/Dispose AS 4 Federal overran by 1%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 4 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0007AA.

CLIN No. 0008AA - Dredge/Dispose AS 4 Non Federal underran by 36%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 4 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0008AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 59% of the overdepth and therefore is not entitled to pursue an REA.

CLIN No. 0009AA - Dredge/Dispose AS 5 Federal underran by 13%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 5 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0009AA.

CLIN No. 0010AA - Dredge/Dispose AS 5 Non Federal underran by 91%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 5 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0010AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 0% of the overdepth and therefore is not entitled to pursue an REA.

CLIN No. 0011AA - Dredge/Dispose AS 6 Federal underran by 3%. This change is to adjust the estimated quantity for dredging and disposal

**MODIFICATION OF CONTRACT**

| DATE SIGNED | PAGE OF PAGES |
|---|---|
| See Block 16C | 3 / 4 |

Contract No: W912EP-04-C-0021 NA    Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

of the Federal material in Acceptance Section 6 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0009AA.

CLIN No. 0012AA - Dredge/Dispose AS 6 Non Federal underran by 49%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 6 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0012AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 25% of the overdepth and therefore is not entitled to pursue an REA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0005AA | Dredging and Disposal (Est Quant) (AS 3F) | 26,000.00 CY | 1,894.00 CY | 27,894.00 CY |
| 0006AA | Dredging and Disposal (Est Quant) (AS 3NF) | 4,000.00 CY | -514.00 CY | 3,486.00 CY |
| 0007AA | Dredging and Disposal (Estd Quanitity) (AS 4F) | 29,000.00 CY | 357.00 CY | 29,357.00 CY |
| 0008AA | Dredging and Disposal (Estd Quantity) (AS 4NF) | 8,000.00 CY | -2,874.00 CY | 5,126.00 CY |
| 0009AA | Dredging and Disposal (Estd Quantity) (AS 5F) | 37,000.00 CY | -4,694.00 CY | 32,306.00 CY |
| 0010AA | Dredging and Disposal (Estd Quantity) (AS 5NF) | 8,000.00 CY | -7,280.00 CY | 720.00 CY |
| 0011AA | Dredging and Disposal (Estd Quantity) (AS 6F) | 34,000.00 CY | -1,149.00 CY | 32,851.00 CY |
| 0012AA | Dredging and Disposal (Estd Quantity) (AS 6NF) | 6,000.00 CY | -2,960.00 CY | 3,040.00 CY |

Item 2. In addition to the quantity changes, this mod includes 4 days of non compensatory time due to the shutdown of the Miami River by local authorities for Hurricanes Katrina and Rita preparations.

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$1,411,579.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0005AA | Dredging and Disposal (Est Quant) (AS 3F) | 1,894.00 CY | $119.00 /CY | $225,386.00 |
| 0006AA | Dredging and Disposal (Est Quant) (AS 3NF) | -514.00 CY | $102.00 /CY | -$52,428.00 |
| 0007AA | Dredging and Disposal (Estd Quanitity) (AS 4F) | 357.00 CY | $105.00 /CY | $37,485.00 |
| 0008AA | Dredging and Disposal (Estd Quantity) (AS 4NF) | -2,874.00 CY | $85.00 /CY | -$244,290.00 |
| 0009AA | Dredging and Disposal (Estd Quantity) (AS 5F) | -4,694.00 CY | $104.00 /CY | -$488,176.00 |
| 0010AA | Dredging and Disposal (Estd Quantity) (AS 5NF) | -7,280.00 CY | $76.00 /CY | -$553,280.00 |

| MODIFICATION OF CONTRACT | DATE SIGNED See Block 16C | PAGE OF PAGES 4 4 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA    Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

| | | | | |
|---|---|---|---|---|
| 0011AA | Dredging and Disposal (Estd Quantity) (AS 6F) | -1,149.00 CY | $84.00 /CY | -$96,516.00 |
| 0012AA | Dredging and Disposal (Estd Quantity) (AS 6NP) | -2,960.00 CY | $81.00 /CY | -$239,760.00 |

Total Change Amount -$1,411,579.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall be extended by 4 calendar days by reason of this modification.

## D. CLOSING STATEMENT

For line items 0005AA, 0006AA, 0007AA,, 0008AA, 0009AA, 0010AA, 0011AA, and 0012AA, the Government and the Contractor agree that the final quantity of each item is as stated above.

In accordance with FAR 52.249-10, "DEFAULT (FIXED PRICE CONSTRUCTION)", the contract time is extended for unusually severe weather that caused an actual delay to the completion of the project, and such delay was beyond the control and without the fault or negligence of the Contractor.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE: Construction | PAGE OF PAGES: 1 \| 2 | | |
| 2. AMENDMENT/MODIFICATION NO.: P00022 | 3. EFFECTIVE DATE: SEE BLOCK 16C | 4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703 | 5. PROJECT NO. (If Applicable) |
| 6. ISSUED BY — CODE K3M0K00<br>South Florida Area Office<br>4400 PGA Blvd, Suite 203<br>Palm Beach Gardens, FL 33410 | | 7. ADMINISTERED BY (If other than Item 6) — CODE K3M0K00<br>South Florida Area Office<br>4400 PGA Blvd, Suite 203<br>Palm Beach Gardens, FL 33410 | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>Weston Bean<br>1400 Weston Way<br>West Chester, PA 19380<br>Chester, PA | | 9A. AMENDMENT OF SOLICITATION NO.<br>9B. DATED (SEE ITEM 11)<br>X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA<br>10B. DATED (SEE ITEM 13): 09 Apr 2004 | |
| CODE | FACILITY CODE | | |

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$29,116.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.0212-0011- VARIATION IN ESTIMATED QUANTITY |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00021

WW012 VEQ CLIN 0003AA Dredge/Dispose AS 2 Fed

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print): Lawrence J. Bove, Vice President | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Walter D. Wood, P.E. Administrative Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR: Lawrence J. Bove (Signature of person authorized to sign) | 15C. DATE SIGNED: 12/7/05 | 16B. UNITED STATES OF AMERICA BY Walter D. Wood (Signature of Contracting Officer) | 16C. DATE SIGNED: 12/20/05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-2

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

G04004 00014

| MODIFICATION OF CONTRACT | DATE SIGNED See Block 16C | PAGE OF PAGES 2 2 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA Reference No. R00021
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 8862.0000 K3 X 08 2444 076295 96083 3230 3J60HC

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW012 VEQ CLIN 0003AA Dredge/Dispose AS 2 Fed**

This change is to adjust the estimated quantity for dredging and disposal in the Federal portion of Acceptance Section 2 to reflect the actual quantities dredged/disposed within the pay template. Quantities are based on final surveys performed by the Government's licensed hydrographic surveyor. Final quantities did not vary more than + or - 15% from the orginal extimated quantities per CLIN 0003AA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0003AA | Dredging and Disposal (Estd Quanitity) (AS 2F) | 47,000.00 CY | -251.00 CY | 46,749.00 CY |

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$29,116.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0003AA | Dredging and Disposal (Estd Quanitity) (AS 2F) | -251.00 CY | $116.00/CY | -$29,116.00 |

Total Change Amount -$29,116.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

For line item 0003AA, the Government and the Contractor agree that the final quantity of each item is as stated above.

The official modification "P" number will be entered upon this modification after signature of the ACO.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: Construction — PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00021
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than Item 6) — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

CODE | FACILITY CODE

**11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$281,507.00.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0211-0018- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.
Reference No. R00022
WW013 VEQ CLIN 0004AA Dredge/Dispose AS 2 NF
See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): DAVID COLE PROJECT MGR

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Griselle Gonzalez, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 12-15-05

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 1 Feb 06

| MODIFICATION OF CONTRACT | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | See Block 16C | 2 \| 2 |

Contract No: W912EP-04-C-0021 NA Reference No. R00022
Modification No: P00021
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 8862.0000 K3 X 08 2444 076295 96083 3230 3J60HC $281,507.00 decrease

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW013** **VEQ CLIN 0004AA Dredge/Dispose AS 2 NF**

CLIN No. 0004AA - Dredge/Dispose AS 2 Non Federal underran by 35% from the original estimated quantity. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 2 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than - 15% for CLIN 0004AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 61% of the overdepth and therefore is not entitled to pursue an REA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0004AA | Dredging and Disposal (AS 2NF) | 9,000.00 CY | -3,163.00 CY | 5,837.00 CY |

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$281,507.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0004AA | Dredging and Disposal (AS 2NF) | -3,163.00 CY | $89.00 /CY | -$281,507.00 |

Total Change Amount -$281,507.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

For line item 0004AA, the Government and the Contractor agree that the final quantity of each item is as stated above. Further, the Government and the Contractor agree that neither will seek a price adjustment for line item 0004AA where the final quantity is either less than 85% or more than 115% of the original estimated quantity.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00020
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE: K300000
US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than Item 6) — CODE: K300000
US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA
10B. DATED (SEE ITEM 13): 09 Apr 2004

**11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$353,539.00.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0212-0011- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.
Reference No. R00020
WW009 VEQ CLIN 0002AA Dredge/Dispose AS 1 NF
See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Lawrence J. Bove, Vice President
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 12/7/05

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Griselle Gonzalez, Contracting Officer
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 1/13/05

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

**MODIFICATION OF CONTRACT**

| DATE SIGNED | PAGE OF PAGES |
|---|---|
| See Block 16C | 2 \| 2 |

Contract No: W912EP-04-C-0021 NA
Reference No. R00020
Modification No: P00020
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 3123.0000 K3 X 08 2444 076295 96083 3230 72D83K

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW009 VEQ CLIN 0002AA Dredge/Dispose AS 1 NF

CLIN No. 0002AA - Dredge/Dispose AS 1 Non Federal underran by 37%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section # 1 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than - 15%. for CLIN 0002AA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0002AA | Dredging and Disposal (Estd Quantity) (AS 1NF) | 13,000.00 CY | -4,843.00 CY | 8,157.00 CY |

## B. CHANGE IN CONTRACT DRAWINGS

N/A

## C. CHANGE IN CONTRACT SPECIFICATIONS

N/A

## D. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$353,539.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0002AA | Dredging and Disposal (Estd Quantity) (AS 1NF) | -4,843.00 CY | $73.00/CY | -$353,539.00 |
| | | | Total Change Amount | -$353,539.00 |

## E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## F. CLOSING STATEMENT

For line item 0002AA, the Government and the Contractor agree that the final quantity of each item is as stated above. Further, the Government and the Contractor agree that neither will seek a price adjustment for line item 0002AA where the final quantity is either less than 85% or more than 115% of the original estimated quantity.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00019.
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable)

6. ISSUED BY — CODE: K300000
US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than item 6) — CODE: K300000
US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
x 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA
10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$340,620.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
X 52.0211-0018- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00017

WW008 VEQ CLIN 0001AB Dredge/Dispose AS 1 Fed

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Laurence J. Bove, Vice President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Cynthia S. Tolle, Contracting Officer

15B. CONTRACTOR/OFFEROR: Laurence Bove (Signature of person authorized to sign)
15C. DATE SIGNED: 12/7/05
16B. UNITED STATES OF AMERICA BY Cynthia S Tolle (Signature of Contracting Officer)
16C. DATE SIGNED: 1/9/06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

| MODIFICATION OF CONTRACT | DATE SIGNED | PAGE OF PAGES | |
|---|---|---|---|
| | See Block 16C | 2 | 2 |

Reference No. R00017

Contract No: W912EP-04-C-0021 NA
Modification No: P00019
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 3123.0000 K3 X 08 2444 076295 96083 3230 72D83K

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW008 VEQ CLIN 0001AB Dredge/Dispose AS 1 Fed

This change is to adjust the estimated quantity for dredging and disposal in the Federal portion of Acceptance Section # 1 to reflect the actual quantities within the pay template. Quantities are based on final surveys performed by the Governement's licensed hydrographic surveyor. Final quantities did not vary more than + or - 15% from the orginal extimated quantities per CLIN 0001AB.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0001AB | Dredging and Disposal (AS 1F) | 54,000.00 CY | -3,244.00 CY | 50,756.00 CY |

## B. CHANGE IN CONTRACT DRAWINGS

N/A

## C. CHANGE IN CONTRACT SPECIFICATIONS

N/A

## D. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$340,620.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0001AB | Dredging and Disposal (AS 1F) | -3,244.00 CY | $105.00/CY | -$340,620.00 |
| | | | Total Change Amount | -$340,620.00 |

## E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## F. CLOSING STATEMENT

For line item 0001AB, the Government and the Contractor agree that the final quantity of each item is as stated above.