US Army Corps
of Engineers
New York District

# Dredging and Dredged Material Management in the New York & New Jersey Harbor Estuary



## Background, Need and Alternatives

As of 10 January 2002

Exhibit D

TDM 004391

US Army Corps
of Engineers
New York District

# Outline

- Significance of the NY & NJ Harbor Estuary
- HARS Synopsis
- Corps' Navigation Program
  - Deepening (New Work)
  - Maintenance
- Corps' Regulatory Program
- Future Dredged Material Volume Projections
- Other Available Alternatives and Costs
- The Need for the HARS



As of 10 January 2002

US Army Corps of Engineers
New York District

# Geographic Area showing the Main Navigation Channels

- Naturally shallow Estuary
- Channels Federalized late 19th Century
- Ocean disposal predominantly used in the Harbor Estuary from early 20th Century
- Over 250 miles of channels in the Harbor Estuary today
- Current Federal channel depths range from 8 to 47 feet
- Several Federal channels are being or are planned to be deepened to 50 feet and more in some locations




As of 10 January 2002

US Army Corps
of Engineers
New York District

# Economic Significance of the New York & New Jersey Harbor Estuary

- 3rd largest container port in the United States
- Largest port on North America's East Coast
- Largest petroleum product port in the U.S.
- Supports 180,000 + jobs
- $ 6.6 billion in annual salaries and wages
- $ 19.6 billion in annual sales
- Serves 17 million people locally
- Serves 37 million people within 250 miles



- Serves 80 million people overnight
- Major vehicle port - 300,000 imports, 100,000 exports annually
- Major passenger ship terminal: 400,000 passengers annually

As of 10 January 2002

# Historic Area Remediation Site & New York Bight Apex

A *unique* site of *concern* in a highly *dynamic, developed* and *utilized* region

- **DESCRIPTION:**
  - HARS designated in September 1997.
  - The HARS covers a 15.7 sq. nautical mile area.
  - It requires a *minimum* of 40.6 million cubic yards (MCY) to remediate with a one-meter cap of dredged material.
- **STATUS:**
  - EPA and Corps issued MOA in September 2000.
  - To date, over 8.6 MCY of dredged material has been placed at the HARS.



US Army Corps
of Engineers
New York District

# General Trend in Ocean Placement Standards in the Port of NY & NJ




As of 10 January 2002

TDM 004396

US Army Corps
of Engineers
New York District

# Corps Navigation Program – Deepening Projects

- Kill Van Kull & Newark Bay - Phase II
  - Deepening from 40' to 45'
  - Construction underway
  - HARS suitable material from project construction: 5.5 MCY
  - Project Cost: $801 million
- Port Jersey Channel
  - Deepening from 38' to 41'
  - Construction start scheduled this year
  - Project Cost: $118 million
- Arthur Kill Channel
  - Deepening from 35' to 40'/41'
  - Construction start scheduled this year
  - Project Cost: $392 million
- NY & NJ Harbor Navigation Project
  - Deepening highlighted channels to 50'
  - Construction scheduled to start 2003 and require years to complete
  - Estimated HARS suitable material from project construction: 34.9 MCY
  - Project Cost: $ 2.0 billion
- **Total cost: $3.3 billion**




As of 10 January 2002

TDM 004397

US Army Corps
of Engineers
New York District

# Corps Navigation Program – Maintenance Dredging

- Over thirty existing Federal channels in the Harbor Estuary, nearly all needing periodic maintenance.
- Federal maintenance volume projections in the Port range from 1 to over 3 million cubic yards of dredged material, *each year*.



- Given existing funding constraints and the current cost of available placement sites, maintenance dredging is often backlogged.

As of 10 January 2002

TDM 004398