
FY 2007
Dredging Program
New York District

US Army Corps
of Engineers ®
New York District

# FY07 Dredging Schedule
# New York District








TDM 004408

US Army Corps of Engineers ®
New York District

# FY07 Dredging Schedule
# New York District

| Hopper Dredge Maintenance Dredging | FY06 SEP | FY07 OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | FY08 OCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Rockaway Inlet, NY (Award Nov '06) | | | 260K CY | | | | | Shore Birds & Amaranth | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |



TDM 004409

US Army Corps
of Engineers
New York District

# FY07 Dredging Schedule
# New York District



# Newark Bay, NJ



**Mechanical Dredge**
**Maintenance Dredging**

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 170,000 C.Y. (Award September '06) without options; up to 230,000-250,000 C.Y. including options. |
| **CONTRACT DEPTH:** | 40 ft (+ 1 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Silt & Clay |
| **LAST DREDGED:** | 2002 |
| **EQUIPMENT USED:** | Mechanical Dredge |
| **PLACEMENT SITES:** | F.D.P. Enterprises Intermodal Container Facility, Port Reading Business Park, EnCap Meadowlands Redevelopment Project Site |
| **ISSUES:** | There are no seasonal no-dredge windows for these project areas of Newark Bay. There is on-going litigation regarding Superfund Remedial Investigation. |

# East River, NY




| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 150,000 C.Y. (Award November '06) |
| **CONTRACT DEPTH:** | 34 ft (+ 1 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Silt & Clay |
| **LAST DREDGED:** | 2002 |
| **EQUIPMENT USED:** | Mechanical Dredge |
| **PLACEMENT SITE:** | Historic Area Remediation Site |
| **ISSUES:** | Seasonal environmental window 1 July through 30 September to reduce impacts regarding hypoxic conditions. Additional location-specific and recommended windows: 1,000 ft buffer from rookeries 1 March through 1 September for nesting birds; mid-November through mid-April for juvenile winter flounder. |

**Mechanical Dredge**
**Maintenance Dredging**

# NY & NJ Channels, Arthur Kill Reach




| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 80,000 C.Y. (Award March '07) |
| **CONTRACT DEPTH** | 35 ft (+ 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Silt & Clay |
| **LAST DREDGED:** | 2005 |
| **EQUIPMENT USED:** | Mechanical Dredge |
| **PLACEMENT SITE:** | Upland disposal site to be provided by contractor. |
| **ISSUES:** | Seasonal No-Dredge Window 1 February to 31 May for Winter Flounder. Additional location-specific windows: 1 April to 31 July around Pralls and ıds for Shorebirds, and within a quarter mile of the ːrossing from 1 March to 31 July for Peregrine Falcons. |

**Mechanical Dredge**
**Maintenance Dredging**

# Jones Inlet, NY



| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 700,000 C.Y. (Award December '06) |
| **CONTRACT DEPTH:** | 14 ft (+ 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand |
| **LAST DREDGED:** | 1995 |
| **EQUIPMENT USED:** | Mechanical Dredge |
| **PLACEMENT SITES:** | Point Lookout Beach (west of inlet) |
| **ISSUES:** | Seasonal no-dredge window 1 June to 30 September to protect spawning shellfish and/or finfish; no-dredge window 1 April to 31 August to protect nesting shorebirds. |

**Hydraulic Pipeline**
**Maintenance Dredging**




# Fire Island to Jones Inlet, NY

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 500,000 C.Y. (Award November '06) |
| **CONTRACT DEPTH:** | 14 ft (+ 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand |
| **LAST DREDGED:** | 2003 |
| **EQUIPMENT USED:** | Pipeline cutterhead |
| **PLACEMENT SITE:** | Gilgo Beach (west beach) |
| **ISSUES:** | Cost-shared with NY State<br>Endangered species – Shore Birds & Sea Beach Amaranth Seasonal no-dredge window 1 April through 1 November but work can usually start after 15 September with an avoidance plan if Amaranth are present. |

**Hydraulic Pipeline Dredge**
**Maintenance Dredging**




# East Rockaway Inlet, NY

| | |
|---|---|
| **QUANTITY TO BE DREDGED:** | 260,000 C.Y. (Award November 06) |
| **CONTRACT DEPTH:** | 12 ft (+ 2 ft advanced maintenance + 2 ft over depth) |
| **TYPE OF DREDGED MATERIAL:** | Sand |
| **LAST DREDGED:** | 2004 |
| **EQUIPMENT USED:** | Hopper Dredge |
| **PLACEMENT SITE:** | Rockaway Beach |
| **ISSUES:** | Endangered species – Shore Birds & Sea Beach Amaranth; Seasonal no-dredge window 1 April through 1 November but work can usually start after 15 September with an avoidance plan if Amaranth are present. |

**Hopper Dredge**
**Maintenance Dredging**



TDM 004416



Hopper Dredge
Maintenance Dredging

# Hudson River, NY
## Coeymans and Kingston Reaches

**QUANTITY TO BE DREDGED:** 85,000 C.Y. (Award August 2007)

**CONTRACT DEPTH:** 32 ft (+1 ft over depth)

**TYPE OF DREDGED MATERIAL:** Sand, Silt & Clay

**LAST DREDGED:** 2003 - Castleton to Hudson Reaches
1965 - Kingston Reaches.

**EQUIPMENT USED:** Hopper Dredge (2003)

**PLACEMENT SITE:** Houghtaling Island (Federally owned site). New York State is providing all lands and easements in support of access to the Federally owned placement site.

**ISSUES:** No dredging allowed 1 Feb – 15 Aug due to endangered species (Bald Eagle & Shortnose Sturgeon). Contract has two discontinuous areas (Coeymans area and Kingston area) - long travel distances to placement site. Hudson River ices over from early December to mid March precluding dredging. Anticipated to be a HUB Zone Contract

# Port Jersey Channel, NJ

(50-foot Project)

**DESCRIPTION:** Channel deepening from 35 ft to 41 ft.




**STATUS:**

Contract 1 and 2 Completed

New Contracts:

Contract Area #3 – January '07 Award

– 3.6 Million Cubic Yards

**DREDGE MATERIAL:** Silt, Sand, Rock, Till

**EQUIPMENT USED:** Mechanical Dredge

**PLACEMENT SITE:** Upland (TBD) and HARS

**ISSUES:** Seasonal no-dredge window in outer channel - 1 Feb through 31 May (Winter Flounder)

Cost-shared with the State of NJ

**Mechanical Dredge**
**Harbor Deepening**

# Arthur Kill Deepening, NY

(40/41 Foot Project)

**DESCRIPTION:**

Channel Deepening from 35 ft to 40/41 ft

**STATUS:**

Contract 1 Completed – Feb '06

On-Going Contracts:

Contract 2/3 (combined) - Awarded December '04

– 2 Million Cubic Yards

No new contracts in FY '07

**DREDGE MATERIAL:** Silt, Clay, Glacial Till and Rock

**EQUIPMENT USED:** Mechanical Dredge

**PLACEMENT SITE:** HARS, Upland, Reef Site

**ISSUES:** Various seasonal no-dredge windows 1 Feb through 31 Jul depending on species (Peregrine Falcon, Bird Nesting, Winter Flounder)




**Mechanical Dredge**
**Harbor Deepening**

# New York and New Jersey Harbor, NY & NJ

(50 foot Project)

**DESCRIPTION:** Channel deepening from 40-45 ft to 50 ft.

**STATUS:**

On-Going Contracts:

Kill Van Kull (S-KVK-2) – Mar '05 Award

– 1 Million Cubic Yards

Ambrose (S-AM-1) – Sep '05 Award

– 5.6 Million Cubic Yards

New Contracts:

Newark Bay (S-NB-1) – Jan '07 Award

– 2.2 Million Cubic Yards

Anchorage (S-AN-1A) – Oct '06 Award

– 1 Million Cubic Yards

Anchorage (S-AN-1B) – Sept '07 Advertise

– 1 Million Cubic Yards




**DREDGE MATERIAL:** Sand, Silt, Clay, Glacial Till, and Rock

**EQUIPMENT USED:** Mechanical & Hopper Dredges

**PLACEMENT SITE:** HARS, Upland, Reef Site

**ISSUES:** Blasting Required. Contract is designed around environmental windows. Cost-shared with the Port Authority NY & NJ.

**Hopper and Mechanical Dredge**
**Harbor Deepening**