Welcome to the US Army Corps of Engineers
Navigation Data Center

## Dredging Information System

NDC Home
Back
Data Number of Contracts, Cubic Yards and Total Bid Dollars by Corps of Engineers District and Fiscal Year

| | | FY | | | | | |
|---|---|---|---|---|---|---|---|
| Dredge Type | Data | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Bucket | Contracts | 44 | 39 | 29 | 29 | 34 | 19 |
| | Cubic Yards (Bid) | 18,745,946 | 12,697,399 | 30,899,242 | 13,169,688 | 11,599,686 | 9,306,700 |
| | Dollars (Bid) | $179,869,614 | $144,003,503 | $294,780,731 | $136,266,896 | $137,818,690 | $75,473,875 |
| Dustpan | Contracts | | 2 | | | 1 | 1 |
| | Cubic Yards (Bid) | | 5,000,000 | | | 221,000 | 750,000 |
| | Dollars (Bid) | | $72,177,352 | | | $507,620 | $3,652,530 |
| Hopper | Contracts | 23 | 29 | 38 | 36 | 33 | 28 |
| | Cubic Yards (Bid) | 40,675,200 | 58,633,532 | 70,986,830 | 61,282,300 | 53,509,308 | 47,002,432 |
| | Dollars (Bid) | $79,574,628 | $94,839,621 | $146,167,793 | $94,340,365 | $78,472,850 | $140,801,860 |
| Nonconventional | Contracts | 1 | 2 | 1 | 4 | 2 | 1 |
| | Cubic Yards (Bid) | 179,000 | 706,000 | 2,000,000 | 6,403,000 | 24,075 | 9,000 |
| | Dollars (Bid) | $22,543,000 | $1,220,300 | $2,904,951 | $47,588,210 | $795,826 | $294,350 |
| Pipeline | Contracts | 95 | 97 | 94 | 103 | 95 | 72 |
| | Cubic Yards (Bid) | 86,865,792 | 136,813,619 | 118,001,288 | 93,881,979 | 85,621,538 | 72,996,929 |
| | Dollars (Bid) | $286,872,093 | $441,473,608 | $546,739,985 | $272,610,517 | $373,963,157 | $232,045,038 |
| Pipeline+Bucket | Contracts | | 4 | 1 | | 1 | |
| | Cubic Yards (Bid) | | 4,646,226 | 867,000 | | 778,000 | |
| | Dollars (Bid) | | $11,870,092 | $3,726,450 | | $74,819,696 | |
| Pipeline+Hopper | Contracts | 1 | 2 | 1 | 3 | | 1 |
| | Cubic Yards (Bid) | 11,300,000 | 4,262,000 | 6,000,000 | 3,055,000 | | 500,000 |
| | Dollars (Bid) | $18,959,913 | $24,542,220 | $13,686,080 | $12,922,032 | | $7,982,480 |
| Hopper+Bucket | Contracts | | | 2 | 1 | | 1 |
| | Cubic Yards (Bid) | | | 800,000 | 800,000 | | 1,900,000 |
| | Dollars (Bid) | | | $5,623,110 | $36,362,688 | | $6,713,800 |
| Total Contracts | | 164 | 175 | 166 | 176 | 166 | 123 |
| Total Cubic Yards (Bid) | | 157,765,938 | 222,758,776 | 229,554,360 | 178,591,967 | 151,753,607 | 132,465,061 |
| Total Dollars (Bid) | | $587,819,249 | $790,126,695 | $1,013,629,099 | $600,260,707 | $666,377,838 | $466,963,933 |

**Fiscal Year = 1 October to 30 September**

**Dredge** - powerful machines used to remove earth and other sediments from the bed of a body of water.
The various types of dredges include:

**Bucket** - the term used in this report to represent all types of mechanical dredges which are used to excavate and lift the material mechanically by means of buckets or scoops.
**Dustpan** - hydraulic, self-propelled dredge that uses a suction mouth, shaped like a large dustpan or vacuum cleaner, fitted with water jets for dislodging material from the bottom of the channel.
**Hopper** - self propelled floating plant which is capable of dredging material, storing it onboard, transporting it to a disposal area,and dumping it.
**Nonconventional type** - type of specialized dredge which combines the features of hydraulic and mechanical dredges.
**Pipeline** - a hydraulic dredge whose prime function is to excavate and move material hydraulically to another location without rehandling. Hydraulic dredging requires dilution with water for material pickup and transport through a pipeline to a disposal location.
**Side caster** - self propelled trailing suction dredge that discharges material to one side of the excavation through a suspended discharge pipe.
**Water Injection** - A type of dredging in which water is injected at high velocity and/or volume, into the shoaled material to enable it to be moved to a deeper area by the current.

**All Types** - combination of three or more types of dredges.
**Pipeline & Bucket** - dredging project which uses a pipeline and a bucket dredge.
**Pipeline & Hopper** - dredging project which uses a pipeline and a hopper dredge.
**Hopper & Bucket** - dredging project which uses a hopper and a bucket dredge.

Top

Contact for Additional Information:
U.S. Army Corps of Engineers
CEIWR-NDC-N
7701 Telegraph Road, Casey Bldg.
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

This document was last revised: 7/25/2006

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC Home
Back
Data

## Dredging Information System

### Number of Contracts, Cubic Yards and Total Bid Dollars by Corps of Engineers District and Fiscal Year

| | | FY | | | | | |
|---|---|---|---|---|---|---|---|
| District | Data | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| ALASKA | Contracts | 2 | 2 | | 6 | 1 | 1 |
| | Cubic Yards (Bid) | 52,000 | 786,000 | | 1,412,500 | 900,000 | 1,900,000 |
| | Dollars (Bid) | $5,349,400 | $5,883,550 | | $17,077,612 | $6,952,057 | $6,713,800 |
| BALTIMORE | Contracts | 6 | 6 | 10 | 5 | 6 | 2 |
| | Cubic Yards (Bid) | 9,745,624 | 8,331,015 | 7,019,953 | 1,978,500 | 2,623,011 | 2,967,600 |
| | Dollars (Bid) | $73,318,444 | $49,760,384 | $49,930,265 | $14,580,520 | $19,629,778 | $23,413,220 |
| BUFFALO | Contracts | 11 | 8 | 6 | 4 | 10 | 4 |
| | Cubic Yards (Bid) | 1,670,000 | 1,540,000 | 1,130,000 | 660,000 | 1,438,193 | 1,009,000 |
| | Dollars (Bid) | $5,533,946 | $5,892,469 | $4,942,435 | $3,157,400 | $6,497,900 | $4,025,160 |
| CHARLESTON | Contracts | 2 | | 4 | 4 | 6 | 4 |
| | Cubic Yards (Bid) | 1,683,281 | | 10,741,400 | 3,578,000 | 3,802,800 | 6,001,810 |
| | Dollars (Bid) | $4,092,144 | | $35,609,630 | $6,622,736 | $10,083,070 | $19,025,475 |
| CHICAGO | Contracts | 4 | 2 | | | | |
| | Cubic Yards (Bid) | 433,200 | 320,000 | | | | |
| | Dollars (Bid) | $4,548,503 | $2,784,000 | | | | |
| DETROIT | Contracts | 24 | 31 | 17 | 17 | 18 | 21 |
| | Cubic Yards (Bid) | 1,108,814 | 1,089,036 | 1,232,500 | 709,900 | 912,500 | 882,500 |
| | Dollars (Bid) | $10,444,958 | $10,966,793 | $8,475,339 | $6,493,502 | $5,485,298 | $10,172,216 |
| GALVESTON | Contracts | 19 | 17 | 21 | 22 | 9 | 9 |
| | Cubic Yards (Bid) | 39,759,000 | 45,677,200 | 34,459,082 | 33,966,900 | 15,670,600 | 11,945,100 |
| | Dollars (Bid) | $89,427,498 | $139,880,586 | $81,273,880 | $81,482,178 | $25,880,267 | $21,548,318 |
| HUNTINGTON | Contracts | 1 | 3 | 1 | 5 | 10 | 2 |
| | Cubic Yards (Bid) | 50,000 | | 200,000 | 254,550 | 283,500 | 215,000 |
| | Dollars (Bid) | $141,800 | $1,392,221 | $1,012,881 | $1,544,632 | $1,922,831 | $1,232,033 |
| JACKSONVILLE | Contracts | 14 | 8 | 13 | 6 | 10 | 20 |
| | Cubic Yards (Bid) | 6,917,000 | 7,175,832 | 14,082,000 | 2,996,200 | 5,403,000 | 15,914,000 |
| | Dollars (Bid) | $62,887,490 | $42,254,110 | $126,028,854 | $55,434,774 | $125,198,873 | $118,137,830 |
| LITTLE ROCK | Contracts | 1 | | 1 | | | |
| | Cubic Yards (Bid) | 835,000 | | 1,667,000 | | | |
| | Dollars (Bid) | $2,651,250 | | $2,838,000 | | | |
| LOS ANGELES | Contracts | 2 | 4 | 1 | 2 | 3 | |
| | Cubic Yards (Bid) | 6,028,000 | 5,784,847 | 8,790,000 | 700,000 | 3,592,000 | |
| | Dollars (Bid) | $21,358,000 | $19,594,000 | $167,154,476 | $8,324,000 | $11,057,500 | |
| LOUISVILLE | Contracts | 1 | 1 | 1 | 1 | 1 | |
| | Cubic Yards (Bid) | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | |
| | Dollars (Bid) | $3,463,784 | $3,577,197 | $3,650,087 | $3,843,153 | $4,053,216 | |
| MEMPHIS | Contracts | 2 | 3 | 1 | 1 | 1 | 1 |
| | Cubic Yards (Bid) | 4,000,000 | 4,000,000 | 3,000,000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Dollars (Bid) | $4,465,215 | $70,870,624 | $5,658,790 | $4,578,475 | $4,601,500 | $3,679,200 |
| MOBILE | Contracts | 10 | 6 | 9 | 15 | 12 | 5 |
| | Cubic Yards (Bid) | 12,642,000 | 12,750,000 | 13,300,734 | 18,774,000 | 14,661,908 | 9,257,723 |
| | Dollars (Bid) | $29,192,846 | $53,365,400 | $27,382,357 | $54,711,455 | $110,452,906 | $17,965,348 |
| NEW ENGLAND | Contracts | 6 | 2 | 4 | 2 | | |
| | Cubic Yards (Bid) | 408,600 | 58,000 | 549,000 | 6,521,500 | | |
| | Dollars (Bid) | $8,229,805 | $1,105,200 | $10,782,132 | $45,977,730 | | |
| NEW ORLEANS | Contracts | 12 | 31 | 29 | 32 | 26 | 20 |
| | Cubic Yards (Bid) | 28,440,000 | 75,445,000 | 70,235,000 | 66,276,430 | 53,290,000 | 49,570,000 |
| | Dollars (Bid) | $30,552,617 | $98,358,333 | $72,268,283 | $81,934,559 | $78,289,035 | $93,091,847 |
| NEW YORK | Contracts | 8 | 12 | 8 | 9 | 8 | 2 |
| | Cubic Yards (Bid) | 2,211,320 | 8,838,416 | 4,326,940 | 4,674,000 | 4,285,475 | 1,200,000 |
| | Dollars (Bid) | $57,034,877 | $124,724,195 | $115,116,224 | $90,566,969 | $100,099,600 | $24,693,329 |
| NORFOLK | Contracts | 6 | 3 | 7 | 15 | 12 | 4 |
| | Cubic Yards (Bid) | 1,877,790 | 743,000 | 2,438,100 | 4,935,984 | 5,919,790 | 2,004,600 |
| | Dollars (Bid) | $5,847,850 | $3,397,684 | $13,928,756 | $17,037,006 | $27,757,785 | $7,490,248 |
| PHILADELPHIA | Contracts | 9 | 6 | 9 | 8 | 10 | 12 |
| | Cubic Yards (Bid) | 7,554,641 | 5,167,430 | 8,836,651 | 7,983,367 | 9,695,000 | 8,246,712 |
| | Dollars (Bid) | $22,910,522 | $10,768,084 | $38,398,966 | $34,976,117 | $42,612,255 | $47,886,793 |
| PORTLAND | Contracts | 4 | 6 | 2 | 4 | 3 | 3 |
| | Cubic Yards (Bid) | 2,152,200 | 3,455,000 | 2,943,000 | 2,419,000 | 2,842,000 | 3,918,300 |
| | Dollars (Bid) | $6,801,130 | $7,560,134 | $12,582,962 | $6,172,121 | $4,554,481 | $11,151,850 |
| SACRAMENTO | Contracts | | | 1 | 1 | 1 | 1 |
| | Cubic Yards (Bid) | | | 36,000 | 199,040 | 503,830 | 169,716 |
| | Dollars (Bid) | | | $561,780 | $1,462,689 | $3,219,248 | $1,454,635 |
| SAN FRANCISCO | Contracts | 1 | | | | | |
| | Cubic Yards (Bid) | 476,468 | | | | | |
| | Dollars (Bid) | $7,529,234 | | | | | |
| SAVANNAH | Contracts | 4 | 4 | 5 | 3 | 3 | 2 |
| | Cubic Yards (Bid) | 7,450,000 | 9,050,000 | 20,800,000 | 1,766,000 | 7,000,000 | 8,000,000 |
| | Dollars (Bid) | $20,339,233 | $12,095,165 | $91,688,830 | $11,690,050 | $16,479,012 | $15,948,167 |
| SEATTLE | Contracts | 1 | 4 | 5 | 4 | 3 | |
| | Cubic Yards (Bid) | 265,000 | 1,235,000 | 2,050,000 | 2,400,000 | 1,705,000 | |
| | Dollars (Bid) | $6,738,360 | $3,820,400 | $7,074,527 | $10,142,777 | $4,158,428 | |
| ST. LOUIS | Contracts | | 1 | | | 1 | |
| | Cubic Yards (Bid) | | 750,000 | | | 750,000 | |
| | Dollars (Bid) | | $1,541,055 | | | $1,534,734 | |
| ST. PAUL | Contracts | | 1 | 2 | 2 | 1 | 2 |
| | Cubic Yards (Bid) | | 9,000 | 1,917,000 | 1,495,000 | 110,000 | 2,327,000 |
| | Dollars (Bid) | | $199,860 | $14,079,604 | $6,891,231 | $3,657,537 | $14,827,110 |
| VICKSBURG | Contracts | 3 | 3 | | 2 | 1 | |
| | Cubic Yards (Bid) | 4,600,000 | 9,100,000 | | 8,000,000 | 5,000,000 | |
| | Dollars (Bid) | $7,647,100 | $11,962,532 | | $13,799,685 | $5,493,700 | |
| WILMINGTON | Contracts | 11 | 11 | 9 | 6 | 10 | 8 |
| | Cubic Yards (Bid) | 16,406,000 | 20,454,000 | 18,800,000 | 5,891,096 | 10,365,000 | 6,936,000 |
| | Dollars (Bid) | $97,313,244 | $108,372,721 | $123,190,041 | $21,759,336 | $46,706,826 | $24,507,354 |
| Total Contracts | | 164 | 175 | 166 | 176 | 166 | 123 |
| Total Cubic Yards (Bid) | | 157,765,938 | 222,758,776 | 229,554,360 | 178,591,967 | 151,753,607 | 132,465,061 |
| Total Dollars (Bid) | | $587,819,249 | $790,126,695 | $1,013,629,099 | $600,260,707 | $666,377,838 | $466,963,933 |

Fiscal Year = 1 October to 30 September

Top



TDM 005327

Contact for Additional Information:
U.S. Army Corps of Engineers
Navigation Data Center
7701 Telegraph Road, Casey Bldg.
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

This document was last revised: 7/25/2006

Welcome to the US Army Corps of Engineers

NDC Home
Back
Data

## Dredging Information System

### Number of Contracts, Cubic Yards, and Total Bid Dollars by Type of Material Disposal and Fiscal Year

| | | FY | | | | | |
|---|---|---|---|---|---|---|---|
| DISPTYPE | Data | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| Beach Nourishment | Contracts | 31 | 39 | 28 | 28 | 29 | 30 |
| | Cubic Yards (Bid) | 13,913,578 | 25,330,073 | 11,679,137 | 11,465.600 | 15,749,200 | 12,237,200 |
| | Dollars (Bid) | $76,278,927 | $124,321,650 | $73,422,901 | $70,604,727 | $84,845,092 | $109,894,150 |
| Confined | Contracts | 22 | 18 | 20 | 17 | 15 | 21 |
| | Cubic Yards (Bid) | 29,577,783 | 12,310,036 | 22,772,591 | 12,989,979 | 7,661,493 | 10,113,112 |
| | Dollars (Bid) | $83,689,515 | $53,329,854 | $87,857,386 | $56,374,834 | $28,682,377 | $64,926,515 |
| Underwater Confined | Contracts | 2 | 2 | 3 | 1 | 3 | 1 |
| | Cubic Yards (Bid) | 422,000 | 1,274,470 | 3,037,400 | 958,000 | 1,985,000 | 125,000 |
| | Dollars (Bid) | $2,815,777 | $6,185,200 | $7,779,120 | $2,417,303 | $13,802,323 | $2,255,000 |
| Mixed Modes | Contracts | 11 | 16 | 11 | 9 | 8 | 9 |
| | Cubic Yards (Bid) | 11,446,158 | 37,690,000 | 20,233,172 | 8,653,414 | 6,167,593 | 8,588,100 |
| | Dollars (Bid) | $39,239,989 | $147,144,105 | $210,342,999 | $71,158,686 | $23,728,237 | $36,527,526 |
| Overboard & Open Wate | Contracts | 45 | 45 | 47 | 70 | 57 | 25 |
| | Cubic Yards (Bid) | 55,427,368 | 86,454,312 | 80,949,400 | 95,889,350 | 72.356,036 | 48,435,032 |
| | Dollars (Bid) | $153,371,744 | $186,228,633 | $130,112,325 | $204,529,441 | $132,693,838 | $86,331,308 |
| Open Water & Upland | Contracts | 15 | 7 | 9 | 4 | 9 | 5 |
| | Cubic Yards (Bid) | 15,758,050 | 6,974,600 | 22,798,000 | 6,407,000 | 7,067,390 | 10,267,091 |
| | Dollars (Bid) | $39,380,925 | $14,339,473 | $169,574,860 | $42,495,259 | $188,245,002 | $22,898,576 |
| Beach Nour and Upland | Contracts | 1 | 2 | 5 | 6 | 2 | 6 |
| | Cubic Yards (Bid) | 400,000 | 1,109,430 | 4,520,100 | 2,316,500 | 205,049 | 7,970,710 |
| | Dollars (Bid) | $2,179,146 | $3,562,381 | $42,670,477 | $8,682,326 | $2,135,132 | $36,492,418 |
| Upland | Contracts | 18 | 24 | 24 | 25 | 26 | 16 |
| | Cubic Yards (Bid) | 12,427,801 | 14,940,173 | 36,000,178 | 18,106,224 | 20,334,446 | 19,217,816 |
| | Dollars (Bid) | $53,200,253 | $90,935,840 | $206,436,689 | $66,795,398 | $137,437,063 | $61,993,568 |
| Wetland Nour or Creatio | Contracts | 3 | 7 | 5 | 4 | 5 | 5 |
| | Cubic Yards (Bid) | 10,700,000 | 28,628,142 | 7,160,000 | 11,425,000 | 11,014,100 | 9,570.000 |
| | Dollars (Bid) | $32,694,260 | $114,727,257 | $16,725,500 | $14,810,000 | $18,476,375 | $32,797,526 |
| Undefined | Contracts | 16 | 15 | 14 | 12 | 12 | 5 |
| | Cubic Yards (Bid) | 7,636,200 | 8,047,540 | 20,404,382 | 10,380,900 | 9,213,300 | 6,031,000 |
| | Dollars (Bid) | $104,968,712 | $49,352,303 | $68,706,842 | $62,392,733 | $36,332,399 | $12,847,345 |
| Total Contracts | | 164 | 175 | 166 | 176 | 166 | 123 |
| Total Cubic Yards (Bid) | | 157,765,938 | 222,758,776 | 229,554,360 | 178,591,967 | 151,753,607 | 132,465,061 |
| Total Dollars (Bid) | | $587,819,249 | $790,126,695 | $1,013,629,099 | $600,260,707 | $666,377,838 | $466,963,933 |



TDM 005329

Case 1:06-cv-00472-TCW Document 52-26 Filed 04/23/2007 Page 7 of 7

**Fiscal Year = 1 October to 30 September**

**Material Disposal** - manner in which dredge material is placed.
**Beach Nourishment** - beach restoration in which hydraulically pumped dredge material is directly placed onto an eroded beach.
**Confined** - placement of dredged material within diked nearshore or upland confined placement facilities that enclose and isolate the dredged material from adjacent waters.
**Mixed** - dredging operation that uses more than one dredged material placement alternative.
**Overboard & Open Water** - placement of dredged material in rivers, lakes, estuaries, or oceans via pipeline or surface release from hopper dredges.
**Open Water & Upland** - combination of open water and upland placement of dredged material.
**Upland & Beach Nourishment** - combination of upland placement and beach nourishment using dredged material.
**Upland** - placement of dredge material on land above adjacent water surface elevation.
**Wetland Creation or Nourishment** - wetland restoration in which hydraulically pumped dredge material is directly placed in a wetland area.
**Undefined** - undefined or unknown at the time of data entry.

Top

Contact for Additional Information:
U.S. Army Corps of Engineers
CEIWR-NDC
7701 Telegraph Road, Casey Bldg.
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

This document was last revised: 7/25/2006



TDM 005330