# In the United States Court of Federal Claims

No. 06-472C

(Filed: April 30, 2007)

```
**************************************** *
                                         *
TDM AMERICA, LLC,                        *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant,           *
                                         *
and                                      *
                                         *
DONJON MARINE COMPANY, INC.,             *
                    Third-Party Defendant. *
                                         *
**************************************** *
```

<u>DISCOVERY ORDER</u>

In this patent infringement case, the Court has before it various discovery disputes stemming from Defendant's April 6, 2007 Motion to Quash the Deposition Notice of Alan P. Klein, and Plaintiff's April 23, 2007 Cross-Motion for Sanctions or to Compel pursuant to RCFC 37. The events underlying the disputes began in November 2006, and seemingly have escalated despite the Court's attempts to assist the parties informally. The Court has conducted three discovery conferences with counsel on February 6, 2007, February 15, 2007, and March 6, 2007 respectively.

The issues presented are: (1) whether Defendant has furnished complete and verified responses to Plaintiff's interrogatories; (2) whether Defendant has responded properly to Plaintiff's requests for production of documents, particularly as to "process" documents showing the methods used to treat dredged material in other Government contracts; (3) whether Defendant has frustrated Plaintiff's attempts to proceed with discovery depositions noticed under RCFC 30(b)(1) and 30(b)(6); and (4) whether Plaintiff should be permitted to depose Alan P. Klein, patent counsel of the U.S. Army Legal Services Agency in the Office of the Judge Advocate. Fact discovery is to be completed in this case by July 13, 2007.

Upon considering the parties' positions, the Court directs counsel to resolve all of the pending discovery disputes within 30 days, on or before May 30, 2007. Defendant is ordered to provide complete and verified responses to Plaintiff's interrogatories, and to respond properly to all of Plaintiff's document requests, within that time. Plaintiff's depositions noticed to date shall either be taken or scheduled within this 30-day period.

Defendant's motion to quash the deposition notice of Alan P. Klein is GRANTED. Pursuant to RCFC 26(c), Defendant is not required to produce Army patent counsel for a deposition or to respond to the accompanying document requests in paragraphs 2-4 of the Notice of Deposition.

Counsel are directed to file a Joint Status Report with the Court on June 5, 2007 indicating the extent of their compliance with this Order, and identifying any remaining discovery issues. Failure to adhere to this Order may result in the imposition of sanctions under RCFC 37(b)(2).

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge