IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | ) | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

## REQUEST FOR CLARIFICATION

TDM, by its counsel, respectfully submits this request for clarification of this Court's Discovery Order dated April 30, 2007 concerning the US' motion to quash the deposition of Alan P. Klein. The order granted the US' motion and stated that the US "is not required to produce [Mr. Klein] for a deposition or to respond to the accompanying document requests in paragraphs 2-4 of the Notice of Deposition."

It is TDM's understanding that the order quashes the deposition notice and document requests of Mr. Klein. However, documents otherwise discoverable and requested of the US should not be privileged merely because Mr. Klein reviewed them. Otherwise, a counsel's review can be manipulated to transform non-privileged documents into privileged ones. In short, Mr. Klein's review is protected and no response regarding that review is required, but the underlying factual documents themselves should be produced if responsive to TDM's requests and/or under RCFC 26. For example, the documents related to process, volume and costs

requested by TDM should be produced, even if subsequently reviewed by Mr. Klein. The Discovery Order did not address this issue and, therefore, TDM seeks clarification.

To the extent this Court disagrees with TDM's position explained above, TDM seeks leave for additional time to move for reconsideration pursuant to Rule 59 of the Rules of the Federal Court of Claims.

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: May 7th, 2007

David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, I served a true and accurate copy of PLAINTIFF TDM AMERICA, LLC'S REQUEST FOR CLARIFICATION on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on counsel for Donjon Marine Company, Inc. by Federal Express at the following address:

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

Michael A. Adler