**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, I served a true and accurate copy of PLAINTIFF TDM AMERICA, LLC'S REQUEST FOR CLARIFICATION on counsel for the United States by using the Court's CM/ECF system so that copies are sent to the following persons automatically:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and counsel for Donjon Marine Company, Inc.

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

Michael A. Adler