IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Third Party Defendant. | ) | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

## STIPULATION REGARDING NUMBER OF DEPOSITIONS

The undersigned parties and interested parties to this action hereby consent and agree:

1. The total number of depositions of fact witnesses which a party may take in this matter is nineteen (19) and an additional three (3) depositions of fact witnesses for each third party defendant that appears in this action.

2. No party shall schedule more than one (1) deposition on any given day and no party shall schedule a deposition on a date already scheduled for deposition in this action.

**IT IS FURTHER AGREED** that this stipulation may be executed in counterparts, all of which together shall be deemed one and the same document.

David W. Denenberg
Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue – 34 Fl.
New York, New York 10158
Tel: (212) 557-7200
Fax: (212) 286-1884
***Attorneys for Plaintiff, TDM America, LLC***

Dated: April 30 , 2007

PETER D. KESSLER
Assistant Attorney General

JOHN FARGO
Director

Erica A. Franklin
Commercial Litigation Branch
Department of Justice
Washington, DC 20530
Tel: (202) 353-0517
Fax: (202) 307-0345
***Attorneys for Defendant, The United States of America***

Dated: April , 2007

Gary J. Campbell
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6500
Fax: (617) 607-9200

***Attorneys for Interested Party, Donjon Marine Company, Inc.***

Dated: April 27, 2007

PETER D. KESSLER
Assistant Attorney General

JOHN FARGO
Director

Erica A. Franklin
Commercial Litigation Branch
Department of Justice
Washington, DC 20530
Tel: (202) 353-0517
Fax: (202) 307-0345
***Attorneys for Defendant,***
***The United States of America***

Dated: May 7, 2007

David W. Denenberg
Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue – 34 Fl.
New York, New York 10158
Tel: (212) 557-7200
Fax: (212) 286-1884
***Attorneys for Plaintiff,***
***TDM America, LLC***

Dated: April , 2007

Gary J. Campbell
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
Tel: (617) 449-6500
Fax: (617) 607-9200

***Attorneys for Interested Party,***
***Donjon Marine Company, Inc.***

Dated: April , 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, I served a true and accurate copy of the STIPULATION REGARDING NUMBER OF DEPOSITIONS on counsel for the United States by using the Court's CM/ECF system so that copies are sent to the following persons automatically:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and counsel for Donjon Marine Company, Inc.

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

Michael A. Adler



00357325.2