# In the United States Court of Federal Claims

No. 06-472C

(Filed: May 8, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| Third-Party Defendant. | * |
| | * |
| *************************************** | * |

CLARIFICATION ORDER

Before the Court is Plaintiff's May 7, 2007 Request for Clarification. To the extent any clarification is necessary, the Government must produce all non-privileged documents. The Court's April 30, 2007 Order granting Defendant's motion to quash the deposition of Alan P. Klein was not intended to relieve the Government from producing non-privileged documents within the scope of Plaintiff's discovery requests that Mr. Klein may have reviewed.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge