# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Interested Party. | ) | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

This Court's discovery order dated April 30, 2007 directed the parties to file a joint status report on June 5, 2007. Each of the respective parties, by their attorneys, respectfully requests a one-week extension of time from June 5, 2007 to June 12, 2007 to file the joint status report. The extension is necessary because discovery relating to serving interrogatories, requests for production and notices of deposition has just ended and the parties are involved with depositions, including travel, making it very difficult to circulate, exchange and finalize the joint status report by June 5, 2007.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: June 4, 2007

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

PETER D. KEISLER
Assistant Attorney General
JOHN FARGO
Director

Dated: June 4, 2007

s/Erica A. Franklin
Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

Attorneys for the Defendant United States

Dated: June 4, 2007

s/Gary J. Campbell
Gary J. Campbell
McCarter & English LLP
225 Franklin Street
Boston, MA 02110
Tel.: (617) 449-6558
Fax: (617) 326-3097

Attorneys for Interested Party
Donjon Marine Co.

CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2007, I served a true and accurate copy of JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel as follows:

Gary J. Campbell
GCampbell@McCarter.com

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

Michael Adler