# In the United States Court of Federal Claims

No. 06-472C

(Filed: June 15, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| Third-Party Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

The parties filed a joint status report on June 12, 2007 requesting an extension until August 27, 2007 to complete depositions. For good cause shown, this request is GRANTED.

The joint status report refers to a number of other potential discovery agreements where the expected level of cooperation among counsel has been lacking. The parties are encouraged to resolve discovery disputes among themselves, as much as possible. Any discovery disputes that cannot be resolved after the pursuit of reasonable efforts should be the subject of an appropriate motion filed with the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge