**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**TDM'S MOTION TO COMPEL OENJ CHEROKEE CORPORATION AND REDEVELOPMENT MATERIALS, INC. TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION**

Plaintiff TDM America, LLC ("TDM") respectfully moves this Court for an order that OENJ Cherokee Corporation ("OENJ") and Redevelopment Materials, Inc. ("RMI") (collectively referred to as "OENJ/RMI") produce documents within seven (7) days and appear for a deposition within twenty-one (21) days, in accordance with the categories set forth in the subpoenas served on the respective parties.

The basis for the motion is the US' failure to comply with timely and duly served subpoenas on each of the respective parties. The grounds for this motion are more fully set forth in TDM's accompanying memorandum, the supporting declaration of Michael A. Adler dated July 25, 2007 and the exhibits and appendix thereto.

Pursuant to Rule 37(a)(2)(A), TDM, by its attorneys, hereby certifies that it has in good faith conferred with OENJ/RMI's attorneys in an effort to resolve this discovery impasse, but was unable to do so.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: July 25 2007

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I served a true and accurate copy of TDM'S MOTION TO COMPEL OENJ CHEROKEE CORPORATION AND REDEVELOPMENT MATERIALS, INC. TO PRODUCE DOCUMENTS AND APPEAR FOR A DEPOSITION on counsel for OENJ Cherokee Corporation and Redevelopment Materials, Inc. via regular mail, postage prepaid, in an envelope addressed to:

Catherine J. Bick, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
Red Bank, NJ 07701

and on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg