# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America<br>Defendant,<br>and<br>Donjon Marine Company, Inc.<br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM'S MOTION TO COMPEL OENJ CHEROKEE CORPORATION AND REDEVELOPMENT MATERIALS, INC. TO PRODUCE DOCUMENTS AND TO APPEAR FOR A DEPOSITION

I, **MICHAEL A. ADLER**, under penalty of perjury, state:

1. I am an attorney of record on behalf of plaintiff in the above referenced litigation.

2. I am senior counsel with the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in support of TDM's motion to compel OENJ and RMI to produce documents and to appear for a deposition.

4. Pursuant to RCFC 37(a)(2)(A), TDM, by its attorneys, hereby certifies that it has in good faith conferred with the US in an effort to secure the discovery responses and disclosures without court action, but was unable to do so.

5. Exhibit 1 is a true and accurate copy of the subpoena served upon Redevelopment Materials, Inc.

6. Exhibit 2 is a true and accurate copy of the subpoena served upon OENJ Cherokee Corporation.

7. Exhibit 3 is a true and accurate copy of the this Court's Order granting the defendant US' RCFC Rule 14(b) Motion to Notice Interested Third Parties.

8. Exhibit 4 contains true and accurate copies of pages 14 and 19 from the transcript of the May 10, 2007 30(b)(1) deposition of Bryce Wisemiller.

9. Exhibit 5 is a true and accurate copy of page 304 from the transcript of the May 22, 2007 30(b)(1) deposition of Bryce Wisemiller.

10. Exhibit 6 contains true and accurate copies of pages 49, 50 and 166 from the transcript of the May 16, 2007 30(b)(1) deposition of Harold Hawkins.

11. Exhibit 7 contains true and accurate copies of pages 73 and 79 from the transcript of the June 22, 2007 deposition of James P. Thomas.

12. Exhibit 8 is a true and accurate copy of page 30 from the transcript of the July 2, 2007 30(b)(1) deposition of Thomas Witte.

13. Exhibit 9 is a true and accurate copy of the June 22, 2007 letter from Michael A. Adler to Catherine J. Bick.

14. Exhibit 10 is a true and accurate copy of the May 29, 2007 letter from Catherine J. Bick to Michael A. Adler.

15. Exhibit 11 is a true and accurate copy of the June 20, 2007 letter from Catherine J. Bick to Michael A. Adler.

16. Exhibit 12 is a true and accurate copy of the June 26, 2007 letter from Kurt Anderson to Michael A. Adler.

Dated: New York, New York
July 25, 2007

s/Michael A. Adler
Michael A. Adler

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2007, I served a true and accurate copy of DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM'S MOTION TO COMPEL OENJ CHEROKEE CORPORATION AND REDEVELOPMENT MATERIALS, INC. TO PRODUCE DOCUMENTS AND TO APPEAR FOR A DEPOSITION on counsel for OENJ Cherokee Corporation and Redevelopment Materials, Inc. via regular mail, postage prepaid, in an envelope addressed to:

Catherine J. Bick, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
Red Bank, NJ 07701

and on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg