# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America<br>Defendant,<br>and<br>Donjon Marine Company, Inc.<br>Third-Party Defendant. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## NOTICE OF STIPULATED MOTION TO ENLARGE TIME

TDM, the United States and Donjon jointly move this Court for an enlargement of time. All parties have stipulated to the modified schedule in this motion as more fully set forth in the accompanying memorandum.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: July 31, 2007

s/David Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

00362710

PETER D. KREISLER
Assistant Attorney General
JOHN FARGO
Director

Dated: July 31, 2007

s/Erica A. Franklin
Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Suite 11100
Department of Justice
Washington, D.C. 20005
Tel.: (202) 353-0517
Fax.: (202) 307-0345

Attorneys for the Defendant United States

Dated: July 31, 2007

s/Gary J. Campbell
Gary J. Campbell
McCarter & English LLP
225 Franklin Street
Boston, MA 02110
Tel.: (617) 449-6558
Fax: (617) 326-3097

Attorneys for Third-Party Party Defendant
Donjon Marine Co.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Third-Party Defendant. | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## STIPULATED MOTION TO ENLARGE TIME

This stipulated motion seeks an additional extension of time to complete depositions.[1] While all parties have been cooperating in order to diligently conduct discovery, this short extension is necessary due to the number of depositions that still need to be scheduled in this case and the unavailability of witnesses and counsel during the summer months. The parties also stipulate that all other dates scheduled by this Court are pushed forward in order to accommodate the enlargement of time for the fact discovery period. For the convenience of the Court the following modified schedule is proposed:

Proceedings before the Markman hearing:

[1] The parties note that the Court has already granted an extension to complete depositions until August 27, 2007, however for the reasons stated above additional time is necessary.

a. On or before May 30, 2007, the parties may serve interrogatories, requests for production of documents, notices of depsoitions (except for experts), and/or requests for admissions.

b. September 28, 2007, fact discovery closes.

c. On or before October 15, 2007, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

d. On or before November 12, 2007 the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

e. On December 11, 2007, expert discovery relating to the Markman hearing shall close.

f. On December 28, 2007, the parties shall exchange their proposed claim term construction.

g. January 7, 2008, shall be the last day for the parties to meet and confer regarding their claim construction statement.

h. On or before January 14, 2008, the parties shall file a joint claim construction statement.

i. On or before January 28, 2008, the parties shall submit opening Markman briefs on claim term construction.

j. On or before February 11, 2008, the parties shall submit opposition briefs on claim term construction.

k. On or before February 25, 2008, the parties shall submit Markman reply briefs on claim term construction.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: July 31, 2007

s/David Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

PETER D. KREISLER
Assistant Attorney General
JOHN FARGO
Director

Dated: July 31, 2007

s/Erica A. Franklin
Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Suite 11100
Department of Justice
Washington, D.C. 20005
Tel.: (202) 353-0517
Fax.: (202) 307-0345

Attorneys for the Defendant United States

Dated: July 31, 2007

s/Gary J. Campbell
Gary J. Campbell
McCarter & English LLP
225 Franklin Street
Boston, MA 02110
Tel.: (617) 449-6558
Fax: (617) 326-3097

Attorneys for Third-Party Defendant
Donjon Marine Co.

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I served a true and accurate copy of NOTICE OF STIPULATED MOTION TO ENLARGE TIME by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 11100
Washington, DC 20005

and on interested party Donjon Marine Company, Inc.'s counsel as follows:

Gary J. Campbell
GCampbell@McCarter.com

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

_Michael A. Adler___
Michael Adler