**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

# [CORRECTED]
## DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM'S MOTION TO COMPEL OENJ CHEROKEE CORPORATION AND REDEVELOPMENT MATERIALS, INC. TO PRODUCE DOCUMENTS AND TO APPEAR FOR A DEPOSITION

I, **MICHAEL A. ADLER**, under penalty of perjury, state:

1. I am an attorney of record on behalf of plaintiff in the above referenced litigation.

2. I am senior counsel with the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in support of TDM's motion to compel OENJ and RMI to produce documents and to appear for a deposition.

4. Pursuant to RCFC 37(a)(2)(A), TDM, by its attorneys, hereby certifies that it has in good faith conferred with the **OENJ/RMI** in an effort to secure the discovery responses and disclosures without court action, but was unable to do so.

5. Exhibit 1 is a true and accurate copy of the subpoena served upon Redevelopment Materials, Inc.

6. Exhibit 2 is a true and accurate copy of the subpoena served upon OENJ Cherokee Corporation.

7. Exhibit 3 is a true and accurate copy of the this Court's Order granting the defendant US' RCFC Rule 14(b) Motion to Notice Interested Third Parties.

8. Exhibit 4 contains true and accurate copies of pages 14 and 19 from the transcript of the May 10, 2007 30(b)(1) deposition of Bryce Wisemiller.

9. Exhibit 5 is a true and accurate copy of page 304 from the transcript of the May 22, 2007 30(b)(1) deposition of Bryce Wisemiller.

10. Exhibit 6 contains true and accurate copies of pages 49, 50 and 166 from the transcript of the May 16, 2007 30(b)(1) deposition of Harold Hawkins.

11. Exhibit 7 contains true and accurate copies of pages 73 and 79 from the transcript of the June 22, 2007 deposition of James P. Thomas.

12. Exhibit 8 is a true and accurate copy of page 30 from the transcript of the July 2, 2007 30(b)(1) deposition of Thomas Witte.

13. Exhibit 9 is a true and accurate copy of the June 22, 2007 letter from Michael A. Adler to Catherine J. Bick.

14. Exhibit 10 is a true and accurate copy of the May 29, 2007 letter from Catherine J. Bick to Michael A. Adler.

15. Exhibit 11 is a true and accurate copy of the June 20, 2007 letter from Catherine J. Bick to Michael A. Adler.

16. Exhibit 12 is a true and accurate copy of the June 26, 2007 letter from Kurt Anderson to Michael A. Adler.

Dated: New York, New York
July 31, 2007

s/Michael A. Adler
Michael A. Adler

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2007, I served a true and accurate copy of [CORRECTED] DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM'S MOTION TO COMPEL OENJ CHEROKEE CORPORATION AND REDEVELOPMENT MATERIALS, INC. TO PRODUCE DOCUMENTS AND TO APPEAR FOR A DEPOSITION on counsel for OENJ Cherokee Corporation and Redevelopment Materials, Inc. via regular mail, postage prepaid, in an envelope addressed to and via email:

Catherine J. Bick
cbick@ghclaw.com

Catherine J. Bick, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
Red Bank, NJ 07701

and on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg