# In the United States Court of Federal Claims

No. 06-472C

(Filed: July 31, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| Third-Party Defendant. | * |
| | * |
| ****************************************** | * |

**ORDER**

On July 31, 2007, counsel for the parties filed an agreed motion for enlargement of time requesting an additional 32 days to complete depositions, and to make corresponding adjustments to the other deadlines in the Court's February 15, 2007 Order.

For good cause shown, the Court hereby GRANTS the parties' motion and adopts the following schedule:

a. On September 28, 2007, fact discovery shall close.

b. On or before October 15, 2007, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

c. On or before November 12, 2007, the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

d. On December 11, 2007, expert discovery relating to the Markman hearing shall close.

e. On or before December 28, 2007, the parties shall exchange their proposed claim term construction.

f. January 7, 2008, shall be the last day for the parties to meet and confer regarding claim term construction.

g. On or before January 14, 2008, the parties shall file a joint claim construction statement.

h. On or before January 28, 2008, the parties shall submit opening Markman briefs on claim term construction.

i. On or before February 11, 2008, the parties shall submit opposition briefs on claim term construction.

j. On or before February 25, 2008, the parties shall submit Markman reply briefs on claim term construction.

Proceedings after the Markman hearing:

a. The parties shall have 28 days after the Court's Markman decision to file dispositive motions.

b. The parties shall then have 28 additional days to respond to or oppose another party's dispositive motion.

c. The parties will have 14 days to reply to responses or oppositions to dispositive motions.

Following the issuance of the Court's claim construction decision, any party may request the need for additional expert discovery. The Court will confer with counsel at that time to determine the scope and schedule for any such discovery shown to be necessary.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER

Judge