# In the United States Court of Federal Claims

No. 06-472C

(Filed: August 6, 2007)

*************************************** *
*
TDM AMERICA, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DONJON MARINE COMPANY, INC., *
Third-Party Defendant. *
*
*************************************** *

**ORDER**

On July 31, 2007, Plaintiff filed a corrected copy of its July 25, 2007 Motion to Compel OENJ Cherokee Corporation and Redevelopment Materials, Inc. to Produce Documents and Appear for a Deposition. A declaration from Plaintiff's Counsel accompanied the Motion to Compel. The Clerk of the Court is hereby requested to file the Motion to Compel and the declaration as of the date Plaintiff submitted them to the Court. Responses to the Motion to Compel shall be filed on or before August 13, 2007, the due date established when the original motion was filed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge