**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**DECLARATION OF DIMITRA TZORTZATOS IN SUPPORT OF TDM AMERICA LLC'S REPLY TO REDEVELOPMENT MATERIALS, INC.'S OPPOSITION AND IN FURTHER SUPPORT OF TDM AMERICA LLC'S MOTION TO COMPEL DISCOVERY**

I, **DIMITRA TZORTZATOS**, under penalty of perjury, state:

1. I am associated with the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

2. I make this declaration in support of TDM America LLC's reply to non-party Redevelopment Materials, Inc.'s opposition and in further support of TDM America LLC's motion to compel OENJ Cherokee Corp. and Redevelopment Materials, Inc. to produce documents and to appear for a deposition.

3. Exhibit 1 is a true and accurate copy of an e-mail from Dimitra Tzortzatos to Catherine J. Bick dated June 14, 2007.

4. Michael Adler and I attempted to contact Kurt E. Anderson on several occasions after June 26, 2007.

Dated: New York, New York
August 27, 2007

s/Dimitra Tzortzatos
Dimitra Tzortzatos

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2007, I served a true and accurate copy of DECLARATION OF DIMITRA TZORTZATOS IN SUPPORT OF TDM AMERICA LLC'S REPLY TO REDEVELOPMENT MATERIALS, INC.'S OPPOSITION AND IN FURTHER SUPPORT OF TDM AMERICA LLC'S MOTION TO COMPEL DISCOVERY on counsel for OENJ Cherokee Corporation and Redevelopment Materials, Inc. by U.S. First Class Mail, postage prepaid in an envelope and Federal Express at the following address:

Catherine J. Bick

Catherine J. Bick, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Road
Red Bank, NJ 07701

and on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg



00363938

Exhibit 1

**Tzortzatos, Dimitra**

---

**From:** Tzortzatos, Dimitra
**Sent:** Thursday, June 14, 2007 9:44 AM
**To:** 'cbick@ghclaw.com'
**Cc:** Adler, Michael A.
**Subject:** TDM America LLC v. the United States of America
**Attachments:** 2943_001.pdf

Dear Ms. Bick:

Attached is the protective order that was issued in the above-referenced matter.

Regards,
Dimitra Tzortzatos, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158
(212) 557-7200