# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Third-Party Defendant. | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## STIPULATED MOTION TO ENLARGE TIME

This stipulated motion seeks a further extension of time to complete depositions. The parties also stipulate that all other dates scheduled by this Court are pushed forward in order to accommodate the enlargement of time for the fact discovery period. For the convenience of the Court the following modified schedule is proposed:

Proceedings before the Markman hearing:

a. On or before May 30, 2007, the parties may serve interrogatories, requests for production of documents, notices of depositions (except for experts), and/or requests for admissions.

b. October 31, 2007, fact discovery closes.

c. On or before November 16, 2007, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

d. On or before December 14, 2007, the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

e. On January 14, 2008, expert discovery relating to the Markman hearing shall close.

f. On January 28, 2008, the parties shall exchange their proposed claim term construction.

g. February 8, 2008, shall be the last day for the parties to meet and confer regarding their claim construction statement.

h. On or before February 15, 2008, the parties shall file a joint claim construction statement.

i. On or before February 29, 2008, the parties shall submit opening Markman briefs on claim term construction.

j. On or before March 14, 2008, the parties shall submit opposition briefs on claim term construction.

k. On or before March 28, 2008, the parties shall submit Markman reply briefs on claim term construction.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: September 12, 2007

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

PETER D. KEISLER
Assistant Attorney General
JOHN FARGO
Director

Dated: September 12, 2007

s/Erica A. Franklin
Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Suite 11100
Department of Justice
Washington, D.C. 20005
Tel.: (202) 353-0517
Fax.: (202) 307-0345

Attorneys for the Defendant United States

Dated: September 12, 2007

s/Gary Campbell
Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Tel.: (617) 449-6558
Fax: (617) 326-3097

Attorneys for Third-Party Defendant
Donjon Marine Co.

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2007, I served a true and accurate copy of NOTICE OF STIPULATED MOTION TO ENLARGE TIME by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Erica A. Franklin
Erica.franklin@usdoj.gov

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 11100
Washington, DC 20005

and on interested party Donjon Marine Company, Inc.'s counsel as follows:

Gary J. Campbell
GCampbell@McCarter.com

Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David Denenberg
David Denenberg