# In the United States Court of Federal Claims

No. 06-472C

(Filed: September 14, 2007)

**************************************** *
*
TDM AMERICA, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DONJON MARINE COMPANY, INC., *
Third-Party Defendant. *
*
**************************************** *

## **ORDER**

On September 12, 2007, counsel for the parties filed a stipulated motion for enlargement of time to complete depositions and other fact discovery, and to make corresponding adjustments to the other deadlines in the Court's July 31, 2007 Order.

For good cause shown, the Court hereby GRANTS the parties' motion and adopts the following schedule:

a. On October 31, 2007, fact discovery shall close.

b. On or before November 16, 2007, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

c. On or before December 14, 2007, the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

d. On January 14, 2008, expert discovery relating to the Markman hearing shall close.

e. On or before January 28, 2008, the parties shall exchange their proposed claim construction.

f. February 8, 2008, shall be the last day for the parties to meet and confer regarding claim construction.

g. On or before February 15, 2008, the parties shall file a joint claim construction statement.

h. On or before February 29, 2008, the parties shall submit opening Markman briefs on claim construction.

i. On or before March 14, 2008, the parties shall submit opposition briefs on claim construction.

j. On or before March 28, 2008, the parties shall submit Markman reply briefs on claim construction.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge