IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-472C |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| DONJON MARINE COMPANY, INC., | ) | |
| Third-Party Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Walter W. Brown as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Phone: (202) 307-0341
Facsimile: (202) 307-0345

Dated: September 26, 2007