# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | ) | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## TDM'S NOTICE OF MOTION
## PURSUANT TO RCFC 37 AGAINST THE US

Pursuant to RCFC 37, plaintiff TDM America, LLC ("TDM") respectfully moves this Court for an order that

Therefore, this Court should:

(1) sanction the United States of America (the"US") pursuant to RCFC 37 (b)(2)(A) for failing to completely and properly respond to interrogatory nos. 10, 11, 12, 13, 15 and 16 and for failing to testify pursuant to RCFC 30(b)(1) and 30(b)(6) by ordering that (a) it is established for the purposes of this litigation that the total volume of treated dredged material for the years of 2000 to 2006 is 133,143,631 cubic yards consistent with the amount of dredged material disposed "Upland" listed in the United States Army Corp. of Engineers ("USACE") website, (b) it is established for purposes of this litigation that the 133,143,631 cubic yards were treated in accordance with the methods of the contracts already produced in this litigation, (c) it is established for the

purposes of this litigation that the contract documents identified by the US in this litigation are actual US records and admissible in evidence;

(2) order that, pursuant to RCFC 37(a)(2) (A) and (B), the US be compelled to completely and properly respond to interrogatory nos. 20, 23, 24, 25 and 26;

(3) order that, pursuant to the February 16, 2007 Protective Order, the US re-designate all transcripts of US witnesses by October 30, 2007 or all such transcripts should be deemed non-proprietary and non-confidential;

(4) overrule the US' objections to Michael J. Chapman being designated by TDM as an expert witness; and

(5) award TDM its attorney's fees related to the instant motion pursuant to RCFC 37(a)(4)(A).

The grounds for this motion are more fully set forth in TDM's accompanying memorandum in support of TDM's motion pursuant to RCFC 37 against the US and the declaration of Michael A. Adler dated October 15, 2007 and the exhibits thereto, the declaration of Michael J, Chapman dated October 15, 2007, the declaration of John J. Jarosz.

Pursuant to Rule 37(a)(2)(A), TDM, by its attorneys, hereby certifies that it has in good faith conferred with the US in an effort to secure the discovery responses and disclosures without court action, but was unable to do so.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: October 16, 2007

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, I served a true and accurate copy of the TDM'S NOTICE OF MOTION PURSUANT TO RCFC 37 AGAINST THE US by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Wade
Walter.Brown2@usdoj.gov

Walter W. Wade
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg