**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TDM America, LLC, Plaintiff, | ) | Civil Action No. 06-472-C Judge Thomas C. Wheeler |
| v. | ) | |
| The United States of America Defendant, | ) | |
| and | ) | |
| Donjon Marine Company, Inc. Interested Party. | ) | |

**DECLARATION OF MICHAEL J. CHAPMAN IN SUPPORT OF TDM'S MOTION TO PURSUANT TO RCFC 37 AGAINST THE US**

I, **MICHAEL J. CHAPMAN**, under penalty of perjury, state:

1. I am a vice president of the Analysis Group, Inc.

2. The Analysis Group, Inc. was retained by UTEX Holdings, LLC ("UTEX") and TDM America, LLC ("TDM") on or about November 2005 in order to assist TDM's administrative claim against the United States of America (the "US").

3. I worked on the TDM matter in November and December 2005.

4. I have never been involved in any aspect of the case entitled the *Boeing Company v. the United States of America*, Civil Action No. 00-705-C.

5. No information regarding the facts or trial strategies of the *Boeing* case have ever been disclosed to me by the US or Mr. Jarosz.

6. I do not believe that my representation of TDM will pose any conflict for the Analysis Group or for the US.

Dated: New York, New York
October 15, 2007

s/ Michael J. Chapman
Michael J. Chapman



00365220.2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, I served a true and accurate copy of DECLARATION OF MICHAEL J. CHAPMAN IN SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Wade
Walter.Brown2@usdoj.gov

Walter W. Wade
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/Michael A. Adler
Michael A. Adler