# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America<br>Defendant,<br>and<br>Donjon Marine Company, Inc.<br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## DECLARATION OF JOHN C. JAROSZ IN SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US

I, **JOHN C. JAROSZ**, under penalty of perjury, state:

1. I am the managing principal of the Analysis Group, Inc.

2. The Analysis Group, Inc. was retained by UTEX Holdings, LLC ("UTEX") and TDM America, LLC ("TDM") on or about November 2005 to assist in TDM's administrative claim against the United States of America (the "US").

3. I have not had any involvement in the TDM case since December 2005.

4. The Analysis Group was retained by the US for a case entitled the *Boeing Company v. the United States of America,* Civil Action No. 00-705-C in 2006. I signed the protective order for that proceeding on January 10, 2006. I signed the contract for this engagement on April 12, 2006.

5. I work on the *Boeing* case and have been retained by the US as an expert in that matter.

6. Mr. Chapman has never had any involvement in the *Boeing* case nor have I ever disclosed to Mr. Chapman any confidential or privileged information regarding the *Boeing* case.

7. On or about September 2007, counsel for the US on the *Boeing* case contacted me to discuss what he now perceived as a potential conflict due to TDM's designation of Mr. Chapman as an expert witness in the TDM matter. I explained to the US that the Analysis Group implements a wall of seperation so that employees who work on the TDM matter have no involvement in the *Boeing* matter and *vice versa*. Additionally, I explained to the US counsel that employees are forbidden from disclosing information about these cases.

8. Counsel for the US initially seemed satisfied with these assurances and stated that the dual representation would not be a problem.

9. I do not believe that my representation of the US in the *Boeing* matter will raise any conflict because of Mr. Chapman's retention for TDM in this matter.

Dated: October 16, 2007

John C. Jarosz

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I served a true and accurate copy of DECLARATION OF JOHN C. JAROSZ IN SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US on counsel for the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Wade
Walter.Brown2@usdoj.gov

Walter W. Wade
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/______________________
Michael A. Adler