# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC, Plaintiff, v. The United States of America Defendant, and Donjon Marine Company, Inc. Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## PROPOSED ORDER

Upon consideration of plaintiff TDM America, LLC's ("TDM") motion for an order seeking sanctions against the defendant the United States of America ("US") pursuant to Rule 37 of the Rules of the United States Court of Federal Claims ("RCFC"), and all of the submissions of the parties related thereto, the pleadings, and record before the Court,

the Court finds:

The US' responses to TDM's interrogatory nos. 5, 10, 11, 12, 13, 15, 16, 20, 23, 24, 25, and 26 and all amendments and supplements thereto are insufficient;

the Court further finds:

that the US failed to produce an appropriate 30(b)(6) witness and failed to produce responses to the document request accompanying the deposition notice;

the Court further finds:

that the US has abused the Protective Order entered on February 16, 2007 by designating every US witness transcript entirely proprietary;

**It is hereby Ordered that**:

It is established for the purposes of this litigation that the volume of dredged material treated and/or processed by the US for the period of 2000 through 2006 is 133,143,631 cubic yards; and

It is further ordered that:

It is established for the purposes of this litigation that the volume of dredged material in the amount of 133, 143, 631 cubic yards was treated and/or processed in accordance with the methods already produced in this litigation; and

It is further ordered that:

It is established for the purposes of this litigation that the contract documents identified by TDM in this litigation constitute the official US contracts; and

It is further ordered that:

All US witness transcripts be re-designated with no proprietary, confidential, or "attorneys eyes only" designations; and

It is further ordered that:

The US is precluded from asserting any objection to TDM's designation of Michael J. Chapman as an expert witness and the US is precluded from retaining the Analysis Group in the *Boeing Company v. the United States of America,* Civil Action No. 00-705-C; and

It is further ordered that:

The US is in contempt for failing to obey the orders of this Court and to respond to discovery demands in accordance with RCFC 26, 33 and 34; and

It is further ordered that:

The US produce by a date certain complete and verified responses to interrogatories 20, 23, 24, 25, and 26 in accordance with RCFC 33; and

It is further ordered that:

TDM is awarded its attorney fees and expenses incurred in making this motion and that US shall pay such award to TDM within ten (10) days of receiving TDM's accounting of same.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge