# In the United States Court of Federal Claims

No. 06-472C
(Filed: October 17, 2007)

*****************************************

TDM AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DONJON MARINE COMPANY, INC.,

Third-Party Defendant.

*****************************************

## DISCOVERY ORDER

On October 17, 2007, the Court held a conference call with the parties to discuss issues that have arisen during discovery. After hearing the parties' concerns, the Court directs the following:

1. Plaintiff may conduct a Rule 30(b)(1) deposition of Mr. Arnold Witte on October 25, 2007, at a time and location to be determined by the parties.

2. The parties shall advise the Court of a mutually agreeable date on which Plaintiff may conduct a Rule 30(b)(6) deposition of Donjon Marine Company. Plaintiff shall provide both Defendant and Donjon Marine Company with advance notice of the documents that Plaintiff intends to discuss at the deposition.

3. The parties may submit a joint proposal amending the pre-trial schedule.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge