# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | ) | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US

I, **MICHAEL A. ADLER**, under penalty of perjury, state:

1. I am an attorney of record on behalf of plaintiff in the above referenced litigation.

2. I am senior counsel with the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in support of plaintiff TDM America, LLC's ("TDM") motion purusant to RCFC 37 against the US.

4. Pursuant to RCFC 37(a)(2)(A), I conferred in good faith with the United States of America (the "US") in an effort to resolve the issues raised in the accompanying motion, to secure the discovery responses and disclosures without court action, but was unable to do so.

5. On or about August 17, 2007, I had an initial discussion with Erica A. Franklin counsel for the US in the presence of Dimitra Tzortzatos, Esq. of this office regarding omnibus

discovery issues that were addressed in my letter to her dated August 13, 2007. Among the issues raised was the US refusal to properly respond to interrogatory no. 10 and specifically identify what documents constitute actual contracts. Ms. Franklin responded that she would not act as a paralegal for TDM. I also reiterated TDM's request that the US designate a 30(b)(6) witness who was knowledgeable regarding nationwide total volumes of dredged material treated by the US. Ms. Franklin responded that the US had already provided such a witness, namely Virginia Pankow.

6. On or about September 24, 2007, I had a telephone conversation with Erica Franklin Esq. in the presence of Dimitra Tzortzatos, Esq. of our office in order to discuss the discovery issues that were the subject of August 13, 2007 and September 17, 2007 letters to her. During this conversation Ms. Franklin retorted that the second letter was repetitive and that I was "harassing" her. The first letter intended to advise Ms. Franklin of the deficiencies in certain US discovery responses and other issues. The second letter was to follow up and inform the US that TDM would seek the Court's intervention if these issues were not resolved.

7. During this telephone call, I asked Ms. Franklin if the US would update any of its discovery responses to provide information regarding several contracts for the treatment of dredged material that were identified by Steven Sands in a deposition but not ever disclosed by the US. She responded only that she would "take it under advisement."

8. When I asked Ms. Franklin about the US' proposal for resolving the issues with respect to interrogatories 23, 24, 25 and 26, she responded that the US proposal is for her to choose which ones to answer.

9. With regard to re-designating the transcripts of all the US witnesses, Ms. Franklin asserted that her wholesale designation of each transcript as proprietary was in

accordance with the Protective Order. She further stated that TDM should look at the Protective Order because it was now TDM's burden to select portions of the transcripts to re-designate and seek the US' approval for same.

10. Ms. Franklin also advised that the US would be objecting to TDM's designation of Michael Chapman as an expert in this case because the US retained Mr. Chapman to serve as an expert in another case.

11. Exhibit 1 is a true and accurate copy of this Court's April 30, 2007 Discovery Order.

12. Exhibit 2 is a true and accurate copy of a transcript of the February 6, 2007 telephone conference with this Court.

13. Exhibit 3 is a true and accurate copy of a transcript of the February 15, 2007 telephone conference with this Court.

14. Exhibit 4 is a true and accurate copy of a transcript of the March 6, 2007 telephone conference with this Court.

15. Exhibit 5 is a true and accurate copy of this Court's June 15, 2007 Order.

16. Exhibit 6 is a true and accurtate copy of Plaintiff's Second Set of Interrogatories to Defendant Pursuant to the Rules of the Court of Federal Claims.

17. Exhibit 7 is a true and accurate copy of Defendant United States' Responses to Plaintiff's Second Set of Interrogatories (Nos. 15-16).

18. Exhibit 8 contains true and accurate copies of pages 18, 19, 20, 21, 22, 23, 24, 27, 28, 45, 46, 70,71, 78, 97 and the first page of the transcript of the May 18, 2007 30(b)(1) deposition of Ella Snell.

19. Exhibit 9 contains true and accurate copies of pages 23, 24, 25, 38, 41, 43, 44, 48, 67, 68, 92, 99 and the first page of the transcript of the May 16, 2007 30(b)(1) deposition of Harold Hawkins.

20. Exhibit 10 contains true and accurate copies of pages 239, 243, 253, 272, 290, 293, 299, and 309 of the transcript of the May 22, 2007 30(b)(1) deposition of Bryce Wisemiller.

21. Exhibit 11 is a true and accurate copy of a print-out from the United States Army Corps of Engineers ("USACE") website showing the number of contracts, cubic yards, and total bid dollars by type of disposal for the period 2001 to 2006.

22. Exhibit 12 is a true and accurate copy of a print-out from the USACE website showing the number of contracts, cubic yards, and total bid dollars by type of disposal for the period 2000 to 2003.

23. Exhibit 13 contains a contains true and accurate copies of pages 39, 40 and the first page of the transcript of the July 27, 2007 30(b)(6) deposition of Virginia Pankow.

24. Exhibit 14 is a true and accurate copy of Plaintiff's First Set of Interrogatories to Defendant Pursuant to Rule 33 of the Rules of the United States Court of Federal Claims.

25. Exhibit 15 is a true and accurate copy of Defendant United States' Second Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14).

26. Exhibit 16 is a true and accurate copy of a letter dated December 27, 2006 from David W. Denenberg to Erica A. Franklin.

27. Exhibit 17 is a true and accurate copy of a letter dated February 1, 2007 from David W. Denenberg to Erica A. Franklin.

28. Exhibit 18 is a true and accurate copy of a letter dated August 13, 2007 from Michael A. Adler to Erica A. Franklin.

29. Exhibit 19 is a true and accurate copy of a letter dated September 17, 2007 from Michael A. Adler to Erica A. Franklin.

30. Exhibit 20 is a true and accurate copy of Defendant United States' Initial Disclosures.

31. Exhibit 21 contains true and accurate copies of pages 81, 89, 90, 91, 97, 98 and the first page of the transcript of the July 12, 2007 30(b)(1) deposition of Salvatore Didato.

32. Exhibit 22 contains true and accurate copies of pages122, 123, 124, 125 and the first page of the transcript of the September 10, 2007 deposition of Steven Sands.

33. Exhibit 23 is a true and accurate copy of Plaintiff's Third Set of Interrogatories To Defendant Unites States Pursuant to Rule 33 of the Rules of the United States Court of Federal Claims.

34. Exhibit 24 is a true and accurate copy of Defendant United States' Responses to Plaintiff's Third Set of Interrogatories.

35. Exhibit 25 are true and accurate copies of documents produced by the US bearing bates nunmer ranges G0100611293-G0100611350.

36. Exhibit 26 is atrue and accurate copy of a letter dated August 15, 2007 from Ms. Erica Franklin to Michael A. Adler.

37. Exhibit 27 is true and accurate copy of Plaintiff's Second Amended Notice Of Rule 30(b)(6) Deposition With Document Demand.

38. Exhibit 28 is a true and accurate copy of the Stipulated Protective Order issued in this matter and enetered on February 16, 2007.

39. Exhibit 29 is a true and accurate copy of an e-mail dated September 4, 2007 from Michael A. Adler to Erica A. Franklin.

40. Exhibit 30 is a true and accurate copy of a letter dated September 13, 2007 from Ms. Erica A. Franklin to Michael A. Adler.

Dated: New York, New York
October 16, 2007

s/Michael A. Adler
Michael A. Adler

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, I served a true and accurate copy of the DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Wade
Walter.Brown2@usdoj.gov

Walter W. Wade
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg