EXHIBIT 8

EXHIBIT 9

EXHIBIT 10

ARE SEALED DOCUMENTS