EXHIBIT 13

IS SEALED DOCUMENT