EXHIBIT 21

EXHIBIT 22

ARE SEALED DOCUMENTS