Exhibit 29

**Tzortzatos, Dimitra**

**From:** Adler, Michael A.
**Sent:** Tuesday, September 04, 2007 10:55 AM
**To:** Erica.franklin@usdoj.gov; Flaherty, John; Campbell, Gary
**Cc:** Denenberg, David W.; Tzortzatos, Dimitra
**Subject:** TDM v. US
**Attachments:** Chapman_cv_2007 August 2007.pdf; 3985_001.pdf

Counsel:

Please find the attached undertaking and CV of Michael Chapman of The Analysis Group.

**MICHAEL J. CHAPMAN**
**Vice President**

Phone: (202) 530-2017
Fax: (202) 530-0436
mchapman@analysisgroup.com

Analysis Group, Inc.
1899 Pennsylvania Ave. NW
Suite 200
Washington, DC 20006

Dr. Chapman, a Vice President of Analysis Group, Inc., specializes in the application of microeconomics and industrial organization to a wide variety of litigation matters and complex business problems. He has served as an economic expert in intellectual property, antitrust and commercial damages cases. In addition, he has performed research, prepared economic testimony, and provided assistance to attorneys in intellectual property, antitrust, antidumping, securities and commercial damages matters. Dr. Chapman's work spans a broad range of industries, including: pharmaceuticals, medical equipment, semiconductors, financial services, insurance, manufacturing, steel, agricultural products and consumer goods.

Dr. Chapman has taught microeconomics at the Massachusetts Institute of Technology's Sloan School of Management, the University of Michigan Business School, and the University of Wisconsin-Madison. He is currently an adjunct professor at the University of Maryland's Robert H. Smith School of Business and The McDonough School of Business at Georgetown University.

Dr. Chapman holds a Ph.D. in Economics from the Massachusetts Institute of Technology and a J.D. from the University of Michigan Law School. He also received a B.A. in Economics, Political Science, Comparative Literature and International Relations from the University of Wisconsin-Madison.

Prior to joining Analysis Group, Inc., Dr. Chapman was a Strategy Specialist with McKinsey & Company. Before that, he practiced as an International Trade Attorney with Shearman & Sterling.

## EDUCATION

| | |
|---|---|
| J.D. | University of Michigan Law School, Ann Arbor, MI |
| Ph.D., Economics | Massachusetts Institute of Technology, Cambridge, MA<br>*Majors*: Industrial Organization and International Economics |
| B.A. | University of Wisconsin – Madison, Madison, WI<br>Valedictorian, College of Letters and Science |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2002 – Present | Vice President, Analysis Group, Inc., Washington, D.C. |
| 2000-2001 | Strategy Specialist, McKinsey & Co., Washington, D.C. |
| 1995-2000 | Associate, Shearman & Sterling, Washington, D.C. |

## TEACHING/RESEARCH EXPERIENCE

| | |
|---|---|
| 2007 | Adjunct Professor, The Robert Emmet McDonough School of Business (Georgetown University) |
| 2006-2007 | Adjunct Professor, The Robert H. Smith School of Business at the University of Maryland.<br>· Top 15% Teaching Award Winner, 2006 |
| 2004 | Senior Lecturer, MIT Sloan School of Management |
| 1994-1995 | Legal Writing Instructor, University of Michigan Law School |
| 1994-1995 | Textbook Editor, *Legal Problems of International Economic Relations, 2nd Edition* by John Jackson, William Davey, and Alan Sykes |
| 1994-1995 | Instructor, University of Michigan School of Business |
| Summer 1994 | Instructor, University of Wisconsin – Madison, Department of Economics |
| 1991-1993 | Textbook Editor, *Macroeconomics, 6th Edition,* by Rudiger Dornbusch and Stanley Fischer |

## PROFESSIONAL ASSOCIATIONS/MEMBERSHIPS

- American Economic Association
- American Bar Association
- Licensing Executives Society
- Supreme Court of the United States Bar
- Phi Beta Kappa

## ARTICLES

"Application of Game Theory to Intellectual Property Royalty Negotiations" (with John C. Jarosz), Licensing Best Practices: Strategic, Territorial and Technology Issues (2006)

"Liberalizing International Trade in Legal Services," Michigan Journal of International Law, Spring 1995 (with Paul Tauber).

Economic Integration and the Pattern of Trade, Ph.D. Dissertation (1992)

## SELECTED CASEWORK

*LITIGATION CONSULTING*

### TESTIFYING EXPERIENCE

- ***Elan Pharmaceuticals, Inc. et al. v. Eon Labs et al.***
  *United States District Court, Eastern District of New York (Case No. 03-CV-0006 (DLI, RLM))*
  Responsible for all aspects of analysis and report preparation in a litigation involving antitrust counterclaims concerning Skelaxin (a muscle relaxant). Analysis involved assessment of conclusions and analyses offered by an opposing expert. Expert report submitted. Deposition taken.

- ***Velcro Industries B.V. and Velcro USA Inc. v. Taiwan Paiho Limited***
  *United States District Court for New Hampshire, (Civil Action No. 1:04-cv-00242-JD)*
  Responsible for all aspects of analysis and report preparation in a litigation involving intellectual property damages concerning molded hook fasteners. Analysis involved determination of reasonable royalty damages and assessment of conclusions and analyses offered by an opposing expert. Expert report submitted. Deposition taken.

- ***Michael J. Therien v. The Trustees of the University of Pennsylvania***
  *United States District Court, Eastern District of Pennsylvania (Civil Action No. 04-4786 (BMS)*
  Responsible for all aspects of analysis and report preparation in a litigation involving damages allegedly caused by alleged failures to properly commercialize technology. Analysis involved determination of damages and assessment of conclusions and analyses offered by an opposing expert. Expert report submitted.

- ***NetRatings, Inc. v. SageMetrics Corporation***
  *United States District Court, Central District of California (CV05-4507 JFW (CWx)*
  Responsible for all aspects of analysis and report preparation in a litigation involving intellectual property damages concerning patents used in performing web analytics. Analysis involved determination of damages. Expert report submitted (jointly with John C. Jarosz).

- ***National Starch and Chemical Investment Holding Corporation, et al. v. Cargill, Inc. and MGP Ingredients, Inc.***
  *United States District Court for Delaware (C.A. No. 1443-GMS)*
  Responsible for all aspects of analysis and report preparation in a litigation involving intellectual property damages concerning patents used in high amylose maize products. Analysis involved determination of damages. Expert report submitted. Deposition taken.

- ***Satellite Tracking of People, L.L.C. v. Pro Tech Monitoring, Inc.***
  *United States District Court for the Middle District of Tennessee (Civil Action No. 3-05-0064)*
  Responsible for all aspects of analysis and report preparation in a litigation involving intellectual property damages concerning patents used in an electronic offender tracking and monitoring services. Analysis involved determination of damages. Expert report submitted.

- ***NetRatings, Inc. v. WebSideStory***
  *United States District Court, Southern District of New York (Civil Action No. 06-CV-878 (LTS) (AJP))*
  Responsible for all aspects of analysis and report preparation in a litigation involving intellectual property damages concerning patents used in performing web analytics. Analysis involved determination of damages. Expert report submitted (jointly with John C. Jarosz).

**LITIGATION SUPPORT EXPERIENCE**

- ***Chiron Corporation v. Genentech, Inc.***
  *United States District Court, Eastern District of California (Case No. S-00-1252 WBS GGH)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning a patent directed to the active ingredient in Herceptin (an anti–cancer drug). Analysis involved determination of reasonable royalty and prejudgment interest damages.

- ***In Re: Cardizem CD Antitrust Litigation***
  *United States District Court, Eastern District of Michigan (Case No. 01-72806)*
  Responsible for all aspects of analysis and report preparation in an antitrust litigation concerning Cardizem CD (diltiazem hydrochloride). Analysis involved determination of the relevant antitrust market.

- ***In Re: Terazosin Hydrochloride Antitrust Litigation***
  *United States District Court, Southern District of Florida (Case No. 99-MDL-1317)*
  Responsible for all aspects of analysis and report preparation in antitrust litigation concerning Hytrin (terazosin hydrochloride). Analysis involved determination of the relevant antitrust market and calculation of damages.

- ***Dresses for Less, Inc. et al. v. CIT Group/Commercial Services, Inc. et al.***
  *United States District Court, Southern District of New York (Case No. 01 Civ. 2669 (WHP))*
  Responsible for all aspects of analysis and report preparation in an antitrust litigation involving the factoring industry. Analysis involved examination of antitrust liability issues, including market definition.

- ***R2 Technology, Inc. et al. v. Intelligent Systems Software, Inc.***
  *United States District Court, District of Delaware (Case No. 02-472-GMS)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning a patent used in computer aided diagnosis (CAD) mammography equipment. Analysis involved determination of lost profit, price erosion and reasonable royalty damages.

- ***MuniAuction, Inc. et al. v. Thomson Corporation***
  *United States District Court, Western District of Pennsylvania (Case No. 01 1003)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning a patent that enabled auctions to be conducted over electronic networks. Analysis involved examination of claims made for lost profit, price erosion and reasonable royalty damages.

- ***Reba Mansell et al. v. Raytheon Co. et al.***
  *United States District Court, Northern District of Texas – Dallas Division (Case No. 3-02CV-0425-M)*
  Responsible for all aspects of analysis and report preparation in a contract dispute concerning automatic vehicle locator systems. Analysis involved determination of damages owed due to an alleged breach of contract.

- ***Matsushita Electric Industrial Co. Ltd. v. Cinram International, Inc.***
  *United States District Court, District of Delaware (Case No. 01-882-SLR)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning patents directed to aspects of bonding substrates together to form optical discs, such as DVDs. Analysis involved determination of reasonable royalty and prejudgment interest damages.

- ***Plasma Physics Corporation v. National Semiconductor Corporation***
  *United States District Court, Eastern District of New York (Case No. 02-3459 (LDW/WDW))*
  Responsible for all aspects of analysis and report preparation in a litigation concerning patents used in semiconductor manufacturing. Analysis involved determination of reasonable royalty damages.

- ***Plasma Physics Corporation v. STMicroelectronics, Inc. et al.***
  *United States District Court, Eastern District of New York (Case No. 02-3475 (LDW/WDW))*
  Responsible for all aspects of analysis and report preparation in a litigation concerning patents used in semiconductor manufacturing. Analysis involved determination of reasonable royalty damages.

- ***Ira Sanders et al. v. The Mount Sinai School of Medicine et al.***
  *United States District Court, Southern District of New York (Case No. 03 CV. 7937 (JGK))*
  Responsible for all aspects of analysis and report preparation in a litigation concerning an alleged failure to perform in accordance with contractual obligations relating to the licensing of patented indications of botulinum toxin. Analysis involved determination of damages caused by the alleged breach of contract.

- ***Computer Associates International, Inc. v. Digex, Inc.***
  *Circuit Court For Prince George's County Maryland (Civil Action No. CAL03-02253)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning an alleged failure to perform in accordance with contractual obligations involving the provision of professional services. Analysis involved determination of breach of contract damages.

- ***BizProLink, LLC v. AOL Time Warner, Inc. and America Online, Inc.***
  *United States District Court, Southern District of Florida (*Civil Action No. 03-61903)
  Responsible for all aspects of analysis and report preparation in a litigation concerning an alleged failure to perform in accordance with contractual obligations involving the provision of industry-tailored online content, technology and business productivity tools. Analysis involved determination of breach of contract damages.

- ***Donner, Inc. v. American Honda Motor Co., Inc. et al.***
  *United States District Court, Eastern District of Texas, Texarkana Division (Case No.F: 03-CV-253)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning a patent used in automobile entertainment systems. Analysis involved determination of reasonable royalty damages.

- ***Gary J. Colassi v. Cybex International, Inc.***
  *United States District Court, District of Massachusetts (Case Nos. 02-668-JEL/JGL and 02-11909 RWZ)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning a patent used in treadmill deck suspension systems. Analysis involved determination of reasonable royalty damages.

- ***WEDECO UV Technologies, Inc. v. Calgon Carbon Corporation***
  *United States District Court, District of New Jersey (Civil Action No.: 01-924)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning a method patent used in the disinfection of potable water. Analysis involved determination of lost profits and reasonable royalty damages.

- ***Glaxo Group Ltd. et al v. Kali Laboratories, Inc.***
  *United States District Court, District of New Jersey (Civil Action No.:03-399)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning the appropriate size for a bond that was to be posted at the time of issuance of a preliminary injunction.

- ***Indiana Mills & Manufacturing, Inc. v. Dorel Industries, Inc.***
  *United States District Court, Southern District of Indiana (Case No. 1:04-CV-1102)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning alleged contract breach and patent infringement involving technology directed to automobile child restraint systems.

- ***Bavarian Nordic A/S v Acambis, PLC***
  *United States International Trade Commission (Case No. 337-TA-550)*
  Responsible for all aspects of analysis and report preparation in a proceeding concerning domestic industry definition and injury involving patents and proprietary technology directed to vaccines.

- ***Target Technology Co., LLC v. Williams Advanced Materials, Inc., et al.***
  *United States District Court, Central District of California (Case No. SACV04-1083 DOC (MLGx))*
  Responsible for all aspects of analysis and report preparation in a proceeding concerning reasonable royalty and design-around alternatives involving a patent directed to silver alloy sputtering targets for DVDs.

- ***Alpha International, Inc. v. General Foam Plastics Corp.***
  *United States District Court, Eastern District of North Carolina (Civil Action No. 4:01-CV-142-H(3))*
  Responsible for all aspects of analysis and report preparation in a litigation concerning claims of copyright infringement, trademark infringement, conversion and unjust enrichment involving the manufacture and sale of plastic toys.

- ***Bavarian Nordic A/S and Anton Mayr v. Acambis, Inc.***
  *United States District Court, District of Delaware (Case No. 05-614-SLR)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning claims of unjust enrichment and value of property associated with tortious conversion, unfair trade practices and unfair competition involving proprietary technology directed to vaccines.

- ***Applera Corporation v. Stratagene Corporation***
  *United States District Court, District Of Connecticut, Civil Action No. 3-04-cv-01881 (RNC)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning reasonable royalty and lost profits damages associated with the infringement of a patent that allows for simultaneous amplification and detection of nucleic acid using polymerase chain reaction techniques (*i.e.*, real-time PCR technology).

- ***MercExchange, L.L.C v. eBay, Inc. and Half.com, Inc.***

*United States District Court, Eastern District Of Virginia, Norfolk Division* (Civil Action No. 2:01cv736)
Involved in the preparation of a declaration assessing the appropriateness of issuing a permanent injunction in a patent case involving online auction technology in which liability has already been found.

- ***Biosynexus, Inc. v. Glaxo Group Limited and MedImmune, Inc.***
  *New York Supreme Court, County of New York (Case No. 604485/05)*
  Responsible for all aspects of analysis and report preparation in a litigation concerning the diminution of value associated with the delayed/failed development of a pediatric anti-infective drug.

- ***Geomatrix, LLC and David A. Potts v. Infiltration Systems, Inc.***
  *Connecticut Superior Court, District of Middlesex at Middleton (Case No.MMX-CV-05-4004477 S)*
  Responsible for all aspects of analysis and report preparation in a litigation involving misappropriation of trade secrets directed to leach field and septic tank technology.

*MANAGEMENT CONSULTING*

- Developed a strategy for improving the economic performance of key industries and regions in the State of Ohio.
- Developed a strategy for a large U.S. health insurer to confront and shape hospital consolidation in its core market.
- Identified and evaluated options available to a large pharmaceutical company for responding to emerging and anticipated changes on the payor side of the prescription drug market.

*LEGAL REPRESENTATIONS*

- Argued before the U.S. Court of Appeals for the Federal Circuit in an appeal of a decision by the International Trade Commission concerning large newspaper printing presses.
- Represented beryllium and uranium producers from Kazakhstan in antidumping proceedings before the U.S. Department of Commerce and International Trade Commission.
- Represented steel producers from Mexico and the People's Republic of China in antidumping proceedings before the U.S. Department of Commerce and International Trade Commission.
- Represented tomato growers from Mexico in antidumping proceeding before the U.S. Department of Commerce.
- Represented waste management company in merger proceedings before the U.S. Department of Justice.

**EXHIBIT A**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TDM America, LLC, | ) | |
| Plaintiff, | ) | No. 06-472 C |
| v. | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF:** Michael J. Chapman, Ph.D.

I, Michael J. Chapman, declare and state under penalty of perjury that:

1. My address is 7914 Edinburgh Dr., Springfield, VA 22153.

2. My present employer is Analysis Group, Inc. and the address of my present employer is 1899 Pennsylvania Ave, NW Suite 200 Washington, DC. 20006

3. My present occupation or job description is Economist.

4. I have received a copy of the Stipulated Protective Order in this action, which order was entered on February 15, 2007.

5. I have read and understood all of the provisions of the Stipulated Protective Order.

6. I will comply with all of the provisions of the Stipulated Protective Order.

7. I will hold in confidence, will not disclose to anyone not qualified under the Stipulated Protective Order, and will use only for purposes of this action, any PROTECTED INFORMATION that is supplied to me.

8. I will return each document and each other tangible thing that discloses or reveals any PROTECTED INFORMATION to the attorney who provided such document or other tangible thing to me. Moreover, I will deliver any copies, abstracts, summaries, notes, or other records regarding the contents of any PROTECTED INFORMATION to the attorney who provided such Proprietary Information to me.

9. I hereby submit to the jurisdiction of the United States Court of Federal Claims for the purpose of enforcement of the Stipulated Protective Order.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Michael J. Chapman    August 30, 2007
Signature