Exhibit 30

**U.S. Department of Justice**

Civil Division

EAF
154-06-472

Telephone: (202) 353-0517
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

September 13, 2007

**VIA E-MAIL**

David W. Denenberg, Esq.
Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158

Re: *TDM v. UNITED STATES,*
Court of Federal Claims No. 06-472

Dear Mr. Adler:

I am in receipt of your September 4, 2007 e-mail that attached the curriculum vitae and executed declaration of Michael J. Chapman, Ph.D. of The Analysis Group. The Government does not object to the disclosure of proprietary information to Dr. Chapman under the stipulated protective order in this case. However, the Government asserts that there is a conflict with respect to Dr. Chapman serving as an expert for TDM, as the managing partner of The Analysis Group, Mr. John Jarosz, is serving as the Government's expert in another case before the Court of Federal Claims involving patent infringement.

If you would like to discuss this issue, please contact me.

Very truly yours,

Erica A. Franklin

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Civil Division