IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-472C |
| v. | ) | |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONJON MARINE COMPANY, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US

Defendant, the United States, hereby moves for an enlargement of time within which to file its brief in opposition to TDM's Motion Pursuant To RCFC 37 Against The US, initially filed October 16, 2007. Defendant requests an enlargement of four days from November 2, 2007, the time now set, to and including November 6, 2007. Counsel for defendant has informed counsel for plaintiff of this motion, and plaintiff has indicated that it does not oppose this motion.

**Statement in Support of Motion**

Defendant seeks this enlargement so as to permit counsel for defendant an adequate amount of time to completely respond to all of the allegations contained in TDM's motion. Absent extraordinary circumstances, this enlargement of time is expected to be adequate to fully respond to plaintiff's motion.

**Conclusion**

For the reasons stated above, the defendant respectfully requests that this unopposed motion for enlargement be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

October 30, 2007