**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Third-Party Defendant. | ) | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**<u>STIPULATED MOTION TO ENLARGE TIME</u>**

This stipulated motion seeks a further extension of time to complete depositions. The parties also stipulate that all other dates scheduled by this Court are pushed forward in order to accommodate the enlargement of time for the fact discovery period. For the convenience of the Court the following modified schedule is proposed:

Proceedings before the <u>Markman</u> hearing:

a. On December 28, 2007, fact discovery closes.

b. On or before January 14, 2008, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

c. On or before February 11, 2008, the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

d. On March 10, 2008, expert discovery relating to the Markman hearing shall close.

e. On March 13, 2008, the parties shall exchange their proposed claim term construction.

f. March 17, 2008, shall be the last day for the parties to meet and confer regarding their claim construction statement.

g. On or before March 24, 2008, the parties shall file a joint claim construction statement.

h. On or before April 7, 2008, the parties shall submit opening Markman briefs on claim term construction.

i. On or before April 23, 2008, the parties shall submit opposition briefs on claim term construction.

j. On or before May 14, 2008, the parties shall submit Markman reply briefs on claim term construction.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: October 31, 2007

s/David W. Denenberg by Walter W. Brown
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

PETER D. KEISLER
Assistant Attorney General
JOHN FARGO
Director

Dated: October 31, 2007

s/Walter W. Brown
Attorney
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Suite 1100
Department of Justice
Washington, D.C. 20001
Tel.: (202) 307-0341
Fax.: (202) 307-0345

Attorneys for the Defendant United States

Dated: October 31, 2007

s/Gary J. Campbell by Walter W. Brown
Gary J. Campbell
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Tel.: (617) 449-6558
Fax: (617) 326-3097

Attorneys for Third-Party Defendant
Donjon Marine Co.