# In the United States Court of Federal Claims

No. 06-472C

(Filed: November 1, 2007)

****************************************

TDM AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DONJON MARINE COMPANY, INC.,

Third-Party Defendant.

****************************************

**ORDER**

On October 31, 2007, counsel for the parties filed a stipulated motion for enlargement of time to complete depositions, and to make corresponding adjustments to the other deadlines in the Court's September 14, 2007 Order.

For good cause shown, the Court hereby GRANTS the parties' motion and adopts the following schedule:

a. On December 28, 2007, fact discovery shall close.

b. On or before January 14, 2008, the parties shall exchange expert reports on issues on which each party has the burden of proof. Expert deposition discovery may begin.

c. On or before February 11, 2008, the parties shall exchange rebuttal expert reports. Expert deposition discovery may begin on the rebuttal expert reports.

d. On March 10, 2008, expert discovery relating to the Markman hearing shall close.

e. On or before March 13, 2008, the parties shall exchange their proposed claim construction.

f. March 17, 2008, shall be the last day for the parties to meet and confer regarding claim construction.

g. On or before March 24, 2008, the parties shall file a joint claim construction statement.

h. On or before April 7, 2008, the parties shall submit opening Markman briefs on claim construction.

i. On or before April 23, 2008, the parties shall submit opposition briefs on claim construction.

j. On or before May 14, 2008, the parties shall submit Markman reply briefs on claim construction.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge