# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0012 NA

Sheet 5 of 7

CONTRACTOR AND ADDRESS DONJON MARINE CO., INC.
1250 LIBERTY AVE HILLSIDE, NJ 07205

PERIOD COVERED BY THIS ESTIMATE
FROM 23 Feb 2006 THRU 24 Feb 2006

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0015 | Earnings | $0.00 | $3,000,000.00 |
| ADDITIONAL FUNDING FOR LINE ITEM 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 8CJGD6 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION CONTRACT 1 (AK41 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,000,000.00 |
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $1,833,000.00 |
| ADDITIONAL FUNDING FOR LINE ITEM 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 30FH74 | Less other Deductions | $0.00 | $96,000.00 |
| N/F CONSTR CONTR ARTHUR KILL '41 CONTR 1(076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $96,000.00 | $96,000.00 |
| Refund Due Date 09/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $96,000.00 | $1,833,000.00 |
| OBLIGATION LINE ITEM - 0017 | Earnings | $0.00 | $1,608,207.00 |
| ADDITIONAL FUNDING FOR LINE ITEM 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 8CJGD6 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION CONTRACT 1 (AK41 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,608,207.00 |
| OBLIGATION LINE ITEM - 0018 | Earnings | $0.00 | $2,659,301.75 |
| ADDITIONAL FUNDING FOR LINE ITEM 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 30FH74 | Less other Deductions | $0.00 | $68,000.00 |
| N/F CONSTR CONTR ARTHUR KILL '41 CONTR 1(076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $68,000.00 | $68,000.00 |
| Refund Due Date 09/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $68,000.00 | $2,659,301.75 |
| OBLIGATION LINE ITEM - 0019 | Earnings | $0.00 | $551,936.25 |
| LINE ITEM 0001AB DEBRIS REMOVAL 600 TONS TO 3053.0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 8CJGD6 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION CONTRACT 1 (AK41 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $551,936.25 |

RMS FORM 93 SUPPLEMENT



G01020 00051

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0012 NA

Sheet 6 of 7

CONTRACTOR AND ADDRESS DONJON MARINE CO., INC.
1250 LIBERTY AVE HILLSIDE, NJ 07205

PERIOD COVERED BY THIS ESTIMATE
FROM 23 Feb 2006 THRU 24 Feb 2006

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0020 | Earnings | $0.00 | $183,978.75 |
| LINE ITEM 0001AB DEBRIS REMOVAL 600 TONS TO 3053.0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 30FH74 | Less other Deductions | $0.00 | $0.00 |
| N/F CONSTR CONTR ARTHUR KILL '41 CONTR 1(076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $183,978.75 |
| OBLIGATION LINE ITEM - 0021 | Earnings | $0.00 | $1,013,429.00 |
| ADDITIONAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 8CJGD6 | Less other Deductions | $0.00 | $132,000.00 |
| FED-CONSTRUCTION CONTRACT 1 (AK41 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $132,000.00 | $132,000.00 |
| Refund Due Date 09/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $132,000.00 | $1,013,429.00 |
| OBLIGATION LINE ITEM - 0022 | Earnings | $0.00 | $3,000,000.00 |
| P00015 CLIN 0001AL FOR ARTHUR KILL CONTRACT 1 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 8CJGD6 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION CONTRACT 1 (AK41 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,000,000.00 |
| OBLIGATION LINE ITEM - 0023 | Earnings | $0.00 | $1,171,700.00 |
| P00015 CLIN 0001AL FOR ARTHUR KILL CONTRACT 1 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 30FH74 | Less other Deductions | $0.00 | $74,950.10 |
| N/F CONSTR CONTR ARTHUR KILL '41 CONTR 1(076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $74,950.10 | $74,950.10 |
| Refund Due Date 09/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $74,950.10 | $1,171,700.00 |
| OBLIGATION LINE ITEM - 0024 | Earnings | $0.00 | $2,244,000.00 |
| INCREASE QUANTITY OF ROCK | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM F72J50 | Less other Deductions | $0.00 | $277,049.90 |
| CON630-AK 1 Dredging Contract [109018] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $201,803.02 | $201,803.02 |
| Refund Due Date 09/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $201,803.02 | $2,168,753.12 |

RMS FORM 93 SUPPLEMENT

G01020 00052

A64

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0012 NA

Sheet 7 of 7

CONTRACTOR AND ADDRESS DONJON MARINE CO., INC.
1250 LIBERTY AVE HILLSIDE, NJ 07205

PERIOD COVERED BY THIS ESTIMATE
FROM 23 Feb 2006 THRU 24 Feb 2006

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0025 | Earnings | $0.00 | $174,240.55 |
| FUNDING MOD | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM F72J50 | Less other Deductions | $0.00 | $0.00 |
| CON630-AK 1 Dredging Contract [109018] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $174,240.55 |
| OBLIGATION LINE ITEM - 0026 | Earnings | $0.00 | $650,760.00 |
| FUNDING MOD | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 1194LF | Less other Deductions | $0.00 | $0.00 |
| CON635-AK 1 Dredging Contract non-Fed [109018] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| No Payment Due | Amount Due | $0.00 | $650,760.00 |
| | TOTALS | $1,021,020.00 | $43,299,529.67 |

A65

RMS FORM 93 SUPPLEMENT

G01020 00053

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 02 Sep 2005
PAYMENT DUE DATE. 16 Sep 2005

Sheet 1 of 3

2. CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

3. CONTRACT NO. DACW51-03-C-0014 NA

4. DISTRICT New York District

5. DESCRIPTION OF WORK KVK Phase II, Contract 8 (Area 8)

6. APPROPRIATION AND PROJECT 96-NA-X-3122-0000

7. REQUIRED COMPLETION DATE 16 Nov 2004

8. LOCATION New York and New Jersey Harbor

9. PERIOD COVERED BY THIS ESTIMATE FROM 03 Feb 2005 THRU 31 Aug 2005

10. JOB ORDER NO.

11. ESTIMATE NO. 21

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $37,862,757.20 | 93% | $35,220,584.20 |
| INCLUDES MODIFICATIONS THRU : R0016 | 93 % EARNINGS TO DATE<br>93 % LESS STORED MATERIAL | TOTAL CONTRACT → | | $37,862,757.20 | TOTAL EARNINGS TO DATE → | $35,220,584.20 |

REMARKS

12. PRESENTED FOR PAYMENT

PAYEE: JAY CASHMAN, INC.
PER:
DATE:
TITLE:

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Gregory Faison, RMS
DATE:

CONTRACTING OFFICER APPROVAL (Signature): Ron Conetta, COR.
DATE:

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $0.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $32,688,632.20 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $32,688,632.20 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $2,531,952.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $100.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $100.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $2,531,852.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $100.00 | PAID TO DATE (D + N) | $35,220,484.20 |

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND -OR REMARKS)

G01020 00054

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACW51-03-C-0014 NA

Sheet 2 of 3

3. CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

4. PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001AA | | Mob / Demob | 1.00 LS | $6,268,500.00 | | | |
| | R0012 | Lump Sum Unit Price Decrease | 1.00 LS | -$18,800.00 | | | |
| | | Revised Amount CLIN 0001AA | 1.00 LS | | $6,249,700.00 | 100% | $6,268,500.00 |
| 0001AB | | Debris | 50.00 TN | | | | |
| | R0006 | Quantity Overrun | 274.63 TN | | | | |
| | | Revised Amount CLIN 0001AB | 324.63 TN | $200.00 | $64,926.00 | 324.63 TN | $64,926.00 |
| 0001AC | | Upland | 214,400.00 CY | $44.80 | $9,605,120.00 | 156,880.00 CY | $7,028,224.00 |
| 0001AD | | Dewatering | 214,400.00 CY | $1.00 | $214,400.00 | 156,880.00 CY | $156,880.00 |
| 0001AE | | Drilling / Sampling | 15.00 EA | | | | |
| | R0010 | Quantity Underrun | -15.00 EA | | | | |
| | | Revised Amount CLIN 0001AE | 0.00 EA | $5,000.00 | $0.00 | 12.00 EA | $60,000.00 |
| 0001AF | | Field Office | 1.00 LS | $192,000.00 | $192,000.00 | 100% | $192,000.00 |
| 0001AG | | HARS | 1,344,370.00 CY | | | | |
| | R0013 | Quantity Underrun | -32,755.00 CY | | | | |
| | | Revised Amount CLIN 0001AG | 1,311,615.00 CY | $13.00 | $17,050,995.00 | 1,310,306.00 CY | $17,033,978.00 |
| 0001AH | | NBCDF | 23,850.00 CY | | | | |
| | R0011 | Quantity Underrun | -23,850.00 CY | | | | |
| | | Revised Amount CLIN 0001AH | 0.00 CY | $36.00 | $0.00 | 0.00 CY | $0.00 |
| 0001AL | | Reef Site | 15,200.00 CY | | | | |
| | R0009 | Quantity Underrun | -15,200.00 CY | | | | |
| | | Revised Amount CLIN 0001AL | 0.00 CY | $50.00 | $0.00 | 15,200.00 CY | $760,000.00 |
| 0001AM | A00001 | Relocate Dewatering Site | 1.00 LS | $70,000.00 | $70,000.00 | 100% | $70,000.00 |
| 0002 | P00003 | Additional Cost for Optional Insurance | 1.00 LS | $100,000.00 | $100,000.00 | 100% | $100,000.00 |
| 0003 | R0003 | Work Stoppage-Area 5 | 0.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0004 | R0003 | Work Stoppage-Area 5 | 1.00 LS | $38,491.00 | $38,491.00 | 100% | $38,491.00 |
| 0005 | R0004 | Concrete Obstruction | 1.00 LS | $174,500.00 | $174,500.00 | 100% | $174,500.00 |
| 0005AA | P00011 | Dredge, Transport, Dispose of HARS Materi | 87,830.00 CY | | | | |
| | R0016 | Quantity Underrun | -15,090.00 CY | | | | |
| | | Revised Amount CLIN 0005AA | 72,740.00 CY | $6.00 | $436,440.00 | 72,740.00 CY | $436,440.00 |
| 0005AB | P00011 | Dredge, Transport, Dispose of Upland Mate | 12,170.00 CY | $40.00 | $486,800.00 | 12,170.00 CY | $486,800.00 |
| 0005AC | P00011 | Dewatering Upland Material | 12,170.00 CY | $1.00 | $12,170.00 | 12,170.00 CY | $12,170.00 |
| 0006 | R0008 | Concrete Obstruction/Area 2 | 1.00 LS | $25,728.00 | $25,728.00 | 100% | $25,728.00 |
| 0008 | R0005 | Delete Field office | 1.00 LS | -$192,000.00 | -$192,000.00 | 100% | -$192,000.00 |
| 0010 | R0010 | Subsurface Drilling & Sampling | 12.00 EA | $5,795.00 | $69,540.00 | 0.00 EA | $0.00 |
| 0011 | R0007 | NBCDF Disposal Fee | 1.00 LS | -$28,004.80 | -$28,004.80 | 100% | -$28,004.80 |
| 0012 | R0009 | | 1.00 LS | $3,291,952.00 | $3,291,952.00 | 77% | $2,531,952.00 |
| | | TOTALS THIS PAGE | | | 37,862,757.20 | | 35,220,584.20 |

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00055

**PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)**
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 NA

Sheet 3 of 3

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001<br>KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, AREA<br>FUNDED WORK ITEM 57G963<br>FED-CONSTRUCTION DIV: CONTRACT 8 (KVK 076329)<br>No Payment Due | Earnings | $0.00 | $750,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $750,000.00 |
| OBLIGATION LINE ITEM - 0001A<br>KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8; AREA<br>FUNDED WORK ITEM 2B9630<br>NON FED-CONSTRUCTION DIV: CONTRACT 8 (KVK 076329)<br>No Payment Due | Earnings | $0.00 | $250,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $250,000.00 |
| OBLIGATION LINE ITEM - 0001AB<br>KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, AREA<br>FUNDED WORK ITEM 57G963<br>FED-CONSTRUCTION DIV: CONTRACT 8 (KVK 076329)<br>No Payment Due | Earnings | $0.00 | $3,600,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,600,000.00 |
| OBLIGATION LINE ITEM - 0001AC<br>KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, AREA<br>FUNDED WORK ITEM 2B9630<br>NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329)<br>No Payment Due | Earnings | $0.00 | $900,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $900,000.00 |
| OBLIGATION LINE ITEM - 0001AD<br>KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, AREA<br>FUNDED WORK ITEM 57G963<br>FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329)<br>No Payment Due | Earnings | $0.00 | $1,450,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,450,000.00 |

RMS FORM 93 SUPPLEMENT

G01020 00056

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 NA

Sheet 1 of 7

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001AE | Earnings | $0.00 | $362,500.00 |
| KILL VAN KULL/NEWARK BAY CHANNELS,CONTRACT 8, AREA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $362,500.00 |
| OBLIGATION LINE ITEM - 0001AG | Earnings | $0.00 | $3,000,000.00 |
| KILL VAN KULL/NEWARK BAY CHANNELS,CONTRACT 8, AREA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 576963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,000,000.00 |
| OBLIGATION LINE ITEM - 0001AL | Earnings | $0.00 | $656,578.00 |
| KILL VAN KULL/NEWARK BAY CHANNELS,CONTRACT 8, AREA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 576963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $656,578.00 |
| OBLIGATION LINE ITEM - 0001AM | Earnings | $2,531,952.00 | $2,531,952.00 |
| HYDRO HAMMER OPERATIONS FOR KILL VAN KULL/NEWARK B | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM F61D9D | Less other Deductions | $100.00 | $100.00 |
| A5050-Contract 8 Mod non-Fed [108972] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 09/16/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $2,531,852.00 | $2,531,852.00 |
| OBLIGATION LINE ITEM - 0001BC | Earnings | $0.00 | $2,341,671.00 |
| ADDITONAL FUNDING PROVIDED FOR CLIN 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 576963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,341,671.00 |

RMS FORM 93 SUPPLEMENT

G01020 00057

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 NA

Sheet 2 of 7

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001BD | Earnings | $0.00 | $214,400.00 |
| ADDITONAL FUNDING PROVIDED FOR SLIN 0001AD | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $214,400.00 |
| OBLIGATION LINE ITEM - 0001BG | Earnings | $0.00 | $1,000,000.00 |
| ADDITIONAL FUNDING FOR SLIN 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,000,000.00 |
| OBLIGATION LINE ITEM - 0001CC | Earnings | $0.00 | $566,157.00 |
| ADDITONAL FUNDING PROVIDED FOR CLIN 0001AC - SUPPL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $566,157.00 |
| OBLIGATION LINE ITEM - 0001CD | Earnings | $0.00 | $517,615.00 |
| ADDITONAL FUNDING PROVIDED FOR CLIN 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $517,615.00 |
| OBLIGATION LINE ITEM - 0001CE | Earnings | $0.00 | $460,000.00 |
| ADDITONAL FUNDING PROVIDED FOR CLIN 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $460,000.00 |

RMS FORM 93 SUPPLEMENT

G01020 00058

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
### OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 NA

Sheet 3 of 7

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001CG | Earnings | $0.00 | $1,756,488.00 |
| ADDITIONAL FUNDING FOR SLIN 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,756,488.00 |
| OBLIGATION LINE ITEM - 0001DG | Earnings | $0.00 | $534,512.00 |
| ADDITIONAL FUNDING FOR SLIN 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $534,512.00 |
| OBLIGATION LINE ITEM - 0001EG | Earnings | $0.00 | $5,055,460.00 |
| ADDITIONAL FUNDING FOR SLIN 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,055,460.00 |
| OBLIGATION LINE ITEM - 0001FG | Earnings | $0.00 | $4,621,350.00 |
| ADDITIONAL FUNDING FOR SLIN 0001AG | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $4,621,350.00 |
| OBLIGATION LINE ITEM - 0002 | Earnings | $0.00 | $100,000.00 |
| ADDITIONAL COST FOR OPTIONAL INSURANCE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM B8HLFC | Less other Deductions | $0.00 | $0.00 |
| N-FED KVK AREA 8 PA INSURANCE PRC (010163) CONST DIV | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due. | $0.00 | $100,000.00 |

RMS FORM 93 SUPPLEMENT



G01020 00059

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 :NA

Sheet 4 of 7

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0002AA | Earnings | $0.00 | $38,491.00 |
| R0003/A00002 ADDITIONAL COST FOR 3 DAY WORK STOPPA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $38,491.00 |
| OBLIGATION LINE ITEM - 0003 | Earnings | $0.00 | $70,000.00 |
| R0001/A00001 RELOCATE DEWATERING SITE FROM BERTH 6 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $70,000.00 |
| OBLIGATION LINE ITEM - 0003A | Earnings | $0.00 | $174,500.00 |
| R-0004/A-00003 REMOVE CONCRETE OBSTRUCTION IN ACCE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $174,500.00 |
| OBLIGATION LINE ITEM - 0003AA | Earnings | $0.00 | $858,329.00 |
| KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 9, ARE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 9 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $858,329.00 |
| OBLIGATION LINE ITEM - 0003AB | Earnings | $0.00 | $1,060,465.20 |
| KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, ARE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,060,465.20 |

RMS FORM 93 SUPPLEMENT

G01020 00060

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 NA

Sheet 5 of 7

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA.02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0004A | Earnings | $0.00 | $54,926.00 |
| R-0006/A-00004 DEBRIS REMOVAL (CLIN) 0001AB REVISIO | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $54,926.00 |
| OBLIGATION LINE ITEM - 0005A | Earnings | $0.00 | $25,728.00 |
| R-0008/A-00005 REMOVE CONCRETE OBSTRUCTION IN ACCE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $25,728.00 |
| OBLIGATION LINE ITEM - 0005AA | Earnings | $0.00 | $526,980.00 |
| KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, ARE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $526,980.00 |
| OBLIGATION LINE ITEM - 0005AB | Earnings | $0.00 | $230,312.00 |
| KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT 8, ARE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $230,312.00 |
| OBLIGATION LINE ITEM - 0005AC | Earnings | $0.00 | $12,170.00 |
| KILL VAN KULL/ NEWARK BAY CHANNELS, CONTRACT 8, AR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $12,170.00 |

RMS FORM 93 SUPPLEMENT

G01020 00061

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-03-C-0014 NA

Sheet 6 of 7

CONTRACTOR AND ADDRESS Jay Cashman, Inc.
20 West Howell St. Boston, MA 02125

PERIOD COVERED BY THIS ESTIMATE
FROM 03 Feb 2005 THRU 31 Aug 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0005BB | Earnings | $0.00 | $0.00 |
| ADDITIONAL FUNDING PROVIDED FOR SLIN 0005AB | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 2B9630 | Less other Deductions | $0.00 | $0.00 |
| NON FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $0.00 |
| OBLIGATION LINE ITEM - 0006 | Earnings | $0.00 | $1,500,000.00 |
| P00012/KILL VAN KULL/NEWARK BAY CHANNELS, CONTRACT | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 57G963 | Less other Deductions | $0.00 | $0.00 |
| FED-CONSTRUCTION DIV. CONTRACT 8 (KVK 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,500,000.00 |

A74

| PAYMENT ESTIMATE - ERRORS | 2. CONTRACT NO. DACW51-03-C-0014 NA | Sheet 7 of 7 |
|---|---|---|
| 3. CONTRACTOR AND ADDRESS Jay Cashman, Inc. 20 West Howell St., Boston, MA 02125 | 4. PERIOD COVERED BY THIS ESTIMATE FROM 03 Feb 2005 THRU 31 Aug 2005 | |

CLIN 0001AA is overpaid. Allowed amount exceeds current CLIN amount.
CLIN 0001AC is overpaid. Allowed amount exceeds current CLIN amount.
CLIN 0001AE is overpaid. Allowed amount exceeds current CLIN amount.
CLIN 0001AL is overpaid. Allowed amount exceeds current CLIN amount.

| TOTALS | $2,531,852.00 | $35,220,484.20 |
|---|---|---|

ENG FORM 93 1 MAR 78. PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00063