# PAYMENT ESTIMATE - CONTRACT PERFORMANCE
For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 27 Jun 2005
PAYMENT DUE DATE 11 Jul 2005

Sheet 1 of 2

2. CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.

3. CONTRACT NO. DACW51-02-C-0001 NA

4. DISTRICT New York District

5. DESCRIPTION OF WORK KVK Phase II, Contract V (Area 5)

6. APPROPRIATION AND PROJECT 96-NA-X-3122-0000

7. REQUIRED COMPLETION DATE 29 Apr 2004

8. LOCATION New York and New Jersey Harbor

9. PERIOD COVERED BY THIS ESTIMATE FROM 01 Oct 2004 THRU 27 Jun 2005

10. JOB ORDER NO.

11. ESTIMATE NO. 30

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $62,557,035.22 | 101% | $62,961,478.42 |
| INCLUDES MODIFICATIONS THRU | 101 % EARNINGS TO DATE<br>101 % LESS STORED MATERIAL | TOTAL CONTRACT → | | $62,557,035.22 | TOTAL EARNINGS TO DATE → | $62,961,478.42 |

REMARKS

12. PRESENTED FOR PAYMENT

PAYEE BEAN STUYVESANT, L.L.C.

PER

DATE

TITLE

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE

DATE

CONTRACTING OFFICER APPROVAL (Signature)

DATE

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $100.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $404,443.20 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $404,443.20 | |
| D. PREVIOUS PAYMENTS | $62,152,492.02 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $62,961,478.42 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $0.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $0.00 |
| J. RETAINAGE REFUND | $100.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $100.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $100.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $404,443.20 |
| OTHER DEDUCTIONS (B + H - K) | $404,443.20 | PAID TO DATE (D + N) | $62,152,592.02 |

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

G01020 00064

| PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)<br>PAYMENT ESTIMATE CLIN DETAILS | 2. CONTRACT NO.<br>DACW51-02-C-0001 NA | Sheet 2 of 2 |
|---|---|---|
| 3. CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C. | 4. PERIOD COVERED BY THIS ESTIMATE<br>FROM 01 Oct 2004 THRU 27 Jun 2005 | |

Activity/additional earnings do not match obligation earnings -- This must be corrected prior to printing CLIN details.

| | |
|---|---|
| Obligation earnings: | $0.00 |
| Activity/additional earnings: | -$62,961,478.42 |
| Variance: | $62,961,478.42 |



ENG FORM 93
1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00065

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0001 NA

Sheet 1 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.

PERIOD COVERED BY THIS ESTIMATE FROM 01 Oct 2004 THRU 27 Jun 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001 | Earnings | $0.00 | $7,000,000.00 |
| KVK AREA 5, NEWARK BAY CHANNEL, LINE 0005 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $7,000,000.00 |
| OBLIGATION LINE ITEM - 0002 | Earnings | $0.00 | $1,350,000.00 |
| ALTERNATE DISPOSAL SITE FOR ROCK MATERIAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,350,000.00 |
| OBLIGATION LINE ITEM - 0003 | Earnings | $0.00 | $5,500,000.00 |
| TO OBLIGATE ADDITIONAL FUNDS | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,500,000.00 |
| OBLIGATION LINE ITEM - 0004 | Earnings | $0.00 | $2,000,000.00 |
| TO OBLIGATE ADDITIONAL FUNDS | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,000,000.00 |
| OBLIGATION LINE ITEM - 0005 | Earnings | $0.00 | $1,700,000.00 |
| ADDITIONAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,700,000.00 |

RMS FORM 93 SUPPLEMENT

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0001 NA

Sheet 2 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.

PERIOD COVERED BY THIS ESTIMATE FROM 01 Oct 2004 THRU 27 Jun 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0006 | Earnings | $0.00 | $313,343.00 |
| ADDITIONAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $313,343.00 |
| OBLIGATION LINE ITEM - 0007 | Earnings | $0.00 | $2,000,000.00 |
| KVK AREA 5 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,000,000.00 |
| OBLIGATION LINE ITEM - 0009 | Earnings | $0.00 | $6,500,000.00 |
| CONTINUING FUNDING OBLIGATIONS. | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $6,500,000.00 |
| OBLIGATION LINE ITEM - 0010 | Earnings | $0.00 | $3,600,000.00 |
| KVK DREDGING AREA 5 ADMINISTRATIVE MODIFICATION TO | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,600,000.00 |
| OBLIGATION LINE ITEM - 0011 | Earnings | $0.00 | $1,000,000.00 |
| KVK DREDGING AREA-5 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,000,000.00 |

RMS FORM 93 SUPPLEMENT

G01020 00067

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0001 NA

Sheet 3 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.

PERIOD COVERED BY THIS ESTIMATE FROM 01 Oct 2004 THRU 27 Jun 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0012 | Earnings | $0.00 | $1,017,000.00 |
| MOD P00007 MAKE FUNDS AVAILABLE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,017,000.00 |
| OBLIGATION LINE ITEM - 0013 | Earnings | $0.00 | $900,000.00 |
| MOD P00008 MAKE FUNDS AVAILABLE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $900,000.00 |
| OBLIGATION LINE ITEM - 0014 | Earnings | $0.00 | $1,936,656.42 |
| MOD P00008 MAKE FUNDS AVAILABLE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,936,656.42 |
| OBLIGATION LINE ITEM - 0015 | Earnings | $0.00 | $8,000,000.00 |
| MOD P00008 MAKE FUNDS AVAILABLE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $8,000,000.00 |
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $2,000,000.00 |
| MOD P000010 MAKE FUNDS AVAILABLE | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,000,000.00 |

RMS FORM 93 SUPPLEMENT

A80

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0001 NA

Sheet 4 of 6

CONTRACTOR AND ADDRESS: Bean Stuyvesant, L.L.C.

PERIOD COVERED BY THIS ESTIMATE: FROM 01 Oct 2004 THRU 27 Jun 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0017 | Earnings | $0.00 | $3,000,000.00 |
| MOD P000011 MAKE FUNDS AVAILABLE (SLIN 0001AE) | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,000,000.00 |
| OBLIGATION LINE ITEM - 0018 | Earnings | $0.00 | $986,843.58 |
| MOD P000011 MAKE FUNDS AVAILABLE (SLIN 0001AE) NON | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $986,843.58 |
| OBLIGATION LINE ITEM - 0019 | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA 5, NEWARK BAY CHANNEL, INCREMENTAL FUNDIN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,000,000.00 |
| OBLIGATION LINE ITEM - 0020 | Earnings | $0.00 | $250,000.00 |
| KVK AREA 5, NEWARK BAY CHANNEL, INCREMENTAL FUNDIN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $250,000.00 |
| OBLIGATION LINE ITEM - 0021 | Earnings | $0.00 | $1,250,000.00 |
| ADDITIONAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,250,000.00 |

RMS FORM 93 SUPPLEMENT

G01020 00069

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0001 NA

Sheet 5 of 6

CONTRACTOR AND ADDRESS Bean. Stuyvesant, L.L.C.

PERIOD COVERED BY THIS ESTIMATE FROM 01 Oct 2004 THRU 27 Jun 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0022 | Earnings | $0.00 | $4,951,200.00 |
| INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $404,443.20 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $404,443.20 |
| | Amount Due | $0.00 | $4,142,313.60 |
| OBLIGATION LINE ITEM - 0023 | Earnings | $0.00 | $465,600.00 |
| P00018-CLIN 0001AH ROCK MATERIAL DISPOSAL REEF CHA | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $465,600.00 |
| OBLIGATION LINE ITEM - 0024 | Earnings | $0.00 | $155,200.00 |
| P00018-CLIN 0001AH ROCK MATERIAL DISPOSAL REEF CHA- | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $155,200.00 |
| OBLIGATION LINE ITEM - 0025 | Earnings | $0.00 | $932,678.42 |
| P00019/CLIN 0023 FOR KVK AREA 5 INCREMENTAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $932,678.42 |
| OBLIGATION LINE ITEM - 0026 | Earnings | $0.00 | $1,472,957.00 |
| P00019/CLIN 0024 FOR KVK AREA 5 INCREMENTAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM FC62GD | Less other Deductions | $0.00 | $0.00 |
| KVK AREA NO. 5 CONSTRUCTION CONTRACT (NY & NJ HBR 076329) | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,472,957.00 |

RMS FORM 93 SUPPLEMENT

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0001 NA

Sheet 6 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.

PERIOD COVERED BY THIS ESTIMATE FROM 01 Oct 2004 THRU 27 Jun 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0027 | Earnings | $0.00 | $3,680,000.00 |
| MOD P00020. FOR CLIN 0001AE. CONTINUING CONTRACTS | Less Retained Percentage | $0.00 | $100.00 |
| FUNDED WORK ITEM 3C03J9 | Less other Deductions | $0.00 | $0.00 |
| KVK FED FY 02 CTR 5 AREA 5 CBD NY & NJ HBR (076329) | Retainage Refund | $100.00 | $100.00 |
| | Other Refund | $0.00 | $0.00 |
| Refund Due Date 07/11/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $100.00 | $3,680,000.00 |
| | TOTALS | $100.00 | $62,152,592.02 |

A83

RMS FORM 93 SUPPLEMENT

G01020 00071

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 29 Sep 2005
PAYMENT DUE DATE 13 Oct 2005

Sheet 1 of 2

2. CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

3. CONTRACT NO. DACW51-02-C-0019 NA

4. DISTRICT New York District

5. DESCRIPTION OF WORK KVK Phase II, Contract VII (Area 6)

6. APPROPRIATION AND PROJECT 96-NA-X-3122-0000

7. REQUIRED COMPLETION DATE 06 Jan 2004

8. LOCATION New York and New Jersey Harbor

9. PERIOD COVERED BY THIS ESTIMATE FROM 16 Sep 2005 THRU 29 Sep 2005

10. JOB ORDER NO.

11. ESTIMATE NO. 19

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $52,334,544.10 | 85% | $44,307,588.10 |
| INCLUDES MODIFICATIONS THRU R00021 | 85 % EARNINGS TO DATE<br>85 % LESS STORED MATERIAL | TOTAL CONTRACT → | | $52,334,544.10 | TOTAL EARNINGS TO DATE → | $44,307,588.10 |

REMARKS

12. PRESENTED FOR PAYMENT

PAYEE BEAN STUYVESANT, L.L.C.
PER
DATE
TITLE

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | DATE

CONTRACTING OFFICER APPROVAL (Signature) | DATE

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $100.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $40,707,488.10 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $40,707,588.10 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $3,600,000.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $0.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $0.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $3,600,000.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $100.00 | PAID TO DATE (D + N) | $44,307,488.10 |

ENG FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND -OR REMARKS)

G01020 00072

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. DACW51-02-C-0019 NA

Sheet 2 of 2

3. CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

4. PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001AA | | MOBILIZATION AND DEMOBILIZATION | 1.00 LS | $1,585,000.00 | | | |
| | R00001 | Lump Sum Unit Price Decrease | 1.00 LS | -$33,900.00 | | | |
| | | Revised Amount CLIN 0001AA | 1.00 LS | | $1,551,100.00 | 100% | $1,551,100.00 |
| 0001AB | | DEBRIS REMOVAL AND DISPOSAL | 50.00 TN | | | | |
| | R00017 | Quantity Overrun | 2,133.00 TN | | | | |
| | | Revised Amount CLIN 0001AB | 2,183.00 TN | $100.00 | $218,300.00 | 2,183.00 TN | $218,300.00 |
| 0001AC | | DREDGING, TRANSPORTATION AND DISPOSAL NON | 608,400.00 CY | $37.10 | $22,571,640.00 | 392,040.00 CY | $14,544,684.00 |
| 0001AD | | DEWATERING | 608,400.00 CY | | | | |
| | R00018 | Quantity Underrun | -216,360.00 CY | | | | |
| | | Revised Amount CLIN 0001AD | 392,040.00 CY | $1.03 | $403,801.20 | 392,040.00 CY | $403,801.20 |
| 0001AE | | DREDGING, TRANSPORTATION AND DISPOSAL HAR | 2,063,100.00 CY | | | | |
| | R00012 | Quantity Overrun | 380,710.01 CY | | | | |
| | R00016 | Quantity Overrun | 6,850.00 CY | | | | |
| | | Revised Amount CLIN 0001AE | 2,450,660.01 CY | $9.69 | $23,746,895.50 | 2,450,660.01 CY | $23,746,895.50 |
| 0001AF | | SUBSURFACE DRILLING AND SAMPLING | 15.00 EA | | | | |
| | R00019 | Quantity Underrun | -2.00 EA | | | | |
| | | Revised Amount CLIN 0001AF | 13.00 EA | $4,000.00 | $52,000.00 | 13.00 EA | $52,000.00 |
| 0001AG | | FIELD OFFICE | 1.00 LS | $195,580.00 | | | |
| | R00001 | Lump Sum Unit Price Decrease | 1.00 LS | -$195,580.00 | | | |
| | | Revised Amount CLIN 0001AG | 1.00 LS | | $0.00 | 0% | $0.00 |
| 0001AH | | DREDGING, TRANSPORTATION AND DISPOSAL AT | 67,600.00 CY | | | | |
| | R00015 | Quantity Underrun | -67,600.00 CY | | | | |
| | | Revised Amount CLIN 0001AH | 0.00 CY | $34.25 | $0.00 | 0.00 CY | $0.00 |
| 0001AJ | R00002 | Dredging, Dewatering, Transportation, and | 3,660.00 CY | | | | |
| | R00009 | Quantity Underrun | -2,385.00 CY | | | | |
| | | Revised Amount CLIN 0001AJ | 1,275.00 CY | $59.75 | $76,181.25 | 1,275.00 CY | $76,181.25 |
| 0001AK | R00002 | Dredging, Transportation and Disposal at | 14,869.97 CY | | | | |
| | R00009 | Quantity Underrun | -2,534.97 CY | | | | |
| | | Revised Amount CLIN 0001AK | 12,335.00 CY | $9.69 | $119,526.15 | 12,335.00 CY | $119,526.15 |
| 0002 | | OPTIONAL INSURANCE | 1.00 ES | $52,500.00 | $52,500.00 | 100% | $52,500.00 |
| 0003 | R00011 | Deffering Site Condition Sub-Areas "C" an | 1.00 LS | $3,600,000.00 | $3,600,000.00 | 100% | $3,600,000.00 |
| 0004 | R00021 | Additional Government Surveys | 1.00 LS | -$57,400.00 | -$57,400.00 | 100% | -$57,400.00 |
| | | TOTALS THIS PAGE | | | 52,334,544.10 | | 44,307,588.10 |

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)

G01020 00073

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 1 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001 | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,000,000.00 |
| OBLIGATION LINE ITEM - 0001A | Earnings | $0.00 | $2,775,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,775,000.00 |
| OBLIGATION LINE ITEM - 0001B | Earnings | $0.00 | $1,500,000.00 |
| OBLIGATION FOR LINE ITEM 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,500,000.00 |
| OBLIGATION LINE ITEM - 0001C | Earnings | $0.00 | $500,000.00 |
| OBLIGATION FOR LINE ITEM 0001AC | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $500,000.00 |
| OBLIGATION LINE ITEM - 0001D | Earnings | $0.00 | $218,685.00 |
| OBLIGATION FOR LINE ITEM 0001AJ | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $218,685.00 |

RMS FORM 93 SUPPLEMENT

G01020 00074

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 2 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0001E | Earnings | $0.00 | $144,090.00 |
| OBLIGATION FOR LINE ITEM 0001AK | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $144,090.00 |
| OBLIGATION LINE ITEM - 0002 | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,000,000.00 |
| OBLIGATION LINE ITEM - 0003 | Earnings | $0.00 | $2,000,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,000,000.00 |
| OBLIGATION LINE ITEM - 0004 | Earnings | $0.00 | $3,750,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,750,000.00 |
| OBLIGATION LINE ITEM - 0005 | Earnings | $0.00 | $1,020,520.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,020,520.00 |

RMS FORM 93 SUPPLEMENT

G01020 00075

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 3 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0005A | Earnings | $0.00 | $925,000.00 |
| KVK AREA CTR 7 AREA 6 - NON-FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $925,000.00 |
| OBLIGATION LINE ITEM - 0006 | Earnings | $0.00 | $4,250,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $4,250,000.00 |
| OBLIGATION LINE ITEM - 0007 | Earnings | $0.00 | $900,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $900,000.00 |
| OBLIGATION LINE ITEM - 0008 | Earnings | $0.00 | $1,400,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,400,000.00 |
| OBLIGATION LINE ITEM - 0008A | Earnings | $0.00 | $2,000,000.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,000,000.00 |

RMS FORM 93 SUPPLEMENT

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 4 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0009 | Earnings | $0.00 | $32,932.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period. | $0.00 | $0.00 |
| | Amount Due | $0.00 | $32,932.00 |
| OBLIGATION LINE ITEM - 0009A | Earnings | $0.00 | $450,000.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $450,000.00 |
| OBLIGATION LINE ITEM - 0010 | Earnings | $0.00 | $2,100,000.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,100,000.00 |
| OBLIGATION LINE ITEM - 0010A | Earnings | $0.00 | $1,000,000.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,000,000.00 |
| OBLIGATION LINE ITEM - 0011 | Earnings | $0.00 | $0.00 |
| KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $0.00 |

RMS FORM 93 SUPPLEMENT

G01020 00077

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 5 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0011A | Earnings | $0.00 | $0.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $0.00 |
| OBLIGATION LINE ITEM - 0012 | Earnings | $0.00 | $1,500,000.00 |
| P00009-NY HARBOR KILL VAN KULL AND NEWARK BAY CHAN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,500,000.00 |
| OBLIGATION LINE ITEM - 0013 | Earnings | $0.00 | $500,000.00 |
| P00009-NY HARBOR KILL VAN KULL AND NEWARK BAY CHAN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $500,000.00 |
| OBLIGATION LINE ITEM - 0014 | Earnings | $0.00 | $1,200,000.00 |
| KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,200,000.00 |
| OBLIGATION LINE ITEM - 0015 | Earnings | $0.00 | $400,000.00 |
| KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $400,000.00 |

RMS FORM 93 SUPPLEMENT

G01020 00078

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 6 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $2,824,784.16 |
| P00011 - KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,824,784.16 |
| OBLIGATION LINE ITEM - 0017 | Earnings | $0.00 | $128,055.35 |
| P00011 - KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $128,055.35 |
| OBLIGATION LINE ITEM - 0018 | Earnings | $0.00 | $5,200,431.84 |
| P00012/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,200,431.84 |
| OBLIGATION LINE ITEM - 0019 | Earnings | $753,944.75 | $753,944.75 |
| P00012/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 10/13/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $753,944.75 | $753,944.75 |
| OBLIGATION LINE ITEM - 0020 | Earnings | $2,846,055.25 | $4,834,145.00 |
| P00013/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $100.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 10/13/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $2,846,055.25 | $4,834,045.00 |
| | TOTALS | $3,600,000.00 | $44,307,488.10 |

RMS FORM 93 SUPPLEMENT

A91