| PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation) OBLIGATION ACCOUNT SUMMARY | | CONTRACT NO. W912EP-04-C-0021 NA | Sheet 1 of 4 |
|---|---|---|---|
| CONTRACTOR AND ADDRESS Weston Bean 1400 Weston Way West Chester, PA 19380 | | PERIOD COVERED BY THIS ESTIMATE FROM 02 Oct 2005 THRU 09 Nov 2005 | |
| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
| OBLIGATION LINE ITEM - 0001<br>MIAMI RIVER DREDGING<br>FUNDED WORK ITEM JFC74L<br>DP - O&M MIAMI RIVER CONTRACT<br>No Payment Due | Earnings | $0.00 | $795.10 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $795.10 |
| OBLIGATION LINE ITEM - 0002<br>MIAMI RIVER, MIAMI HARBOR, FLORIDA<br>FUNDED WORK ITEM JFC74L<br>DP - O&M MIAMI RIVER CONTRACT<br>No Payment Due | Earnings | $0.00 | $2,600,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,600,000.00 |
| OBLIGATION LINE ITEM - 0003<br>MIAMI RIVER, MIAMI HARBOR, FLORIDA<br>FUNDED WORK ITEM HB969B<br>CO-W O&M MIAMI RIVER NON-FED DREDGING<br>No Payment Due | Earnings | $0.00 | $1,917,638.83 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,917,638.83 |
| OBLIGATION LINE ITEM - 0004<br>MAINTENANCE DREDGING, 15 FOOT PROJECT<br>FUNDED WORK ITEM 3J60HC<br>126sb-Contract FY05 NON FED C/C [113747]<br>No Payment Due | Earnings | $0.00 | $783,964.08 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $783,964.08 |
| OBLIGATION LINE ITEM - 0005<br>MAINTENCE DREDGING, 15 FOOT PORJECT<br>FUNDED WORK ITEM 71D936<br>61000-W912EP-04-C-0021NA - O&M:Miami River [113747]<br>No Payment Due | Earnings | $0.00 | $3,000,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,000,000.00 |

RMS FORM 93 SUPPLEMENT

G04004 00006

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 2 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0006 | Earnings | $0.00 | $1,447,232.68 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $1,447,232.68 |
| OBLIGATION LINE ITEM - 0007 | Earnings | $0.00 | $6,371,800.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 71D936 | Less other Deductions | $0.00 | $355,893.00 |
| 61000-W912EP-04-C-0021NA - O&M:Miami River [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $6,015,907.00 |
| OBLIGATION LINE ITEM - 0008 | Earnings | $0.00 | $2,540,720.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,540,720.00 |
| OBLIGATION LINE ITEM - 0009 | Earnings | $0.00 | $731,172.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $731,172.00 |
| OBLIGATION LINE ITEM - 0010 | Earnings | $0.00 | $5,437,468.45 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $0.00 | $80,718.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,356,750.45 |

RMS FORM 93 SUPPLEMENT

G04004 00007

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 3 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0011 | Earnings | $345,573.00 | $1,885,394.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 04/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $345,573.00 | $1,885,394.00 |
| OBLIGATION LINE ITEM - 0012 | Earnings | $0.00 | $15,639.89 |
| ADD. ARCHEOLOGICAL MONITORING FOR AS 5 (FED) | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $15,639.89 |
| OBLIGATION LINE ITEM - 0013 | Earnings | $0.00 | $3,909.97 |
| ADD. ARCHEOLOGICAL MONITORING AS5 (NON-FED) | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $3,909.97 |
| OBLIGATION LINE ITEM - 0014 | Earnings | $2,105,973.16 | $2,105,973.16 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $44,028.00 | $44,028.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 04/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $2,061,945.16 | $2,061,945.16 |
| OBLIGATION LINE ITEM - 0015 | Earnings | $1,003,930.84 | $1,003,930.84 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 04/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $1,003,930.84 | $1,003,930.84 |

RMS FORM 93 SUPPLEMENT

G04004 00008

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 4 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $42,000.00 |
| TREE REMOVAL AS #3 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $42,000.00 |
| | TOTALS | $3,411,449.00 | $29,407,000.00 |

RMS FORM 93 SUPPLEMENT

G04004 00009

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | Construction |
| PAGE OF PAGES | 1 / 4 |
| 2. AMENDMENT/MODIFICATION NO. | P00023 |
| 3. EFFECTIVE DATE | SEE BLOCK 16C |
| 4. REQUISITION/PURCHASE REQ. NO. | W32CS542883703 |
| 5. PROJECT NO. (If Applicable) | |
| 6. ISSUED BY CODE | K300000 |
| 7. ADMINISTERED BY (If other than Item 6) CODE | K300000 |

**6. ISSUED BY:** US Army COE Jacksonville Dis, Prudential Bldg (PO Box 4970, zip 32232), 701 San Marco Blvd (5E) Attn:CESAJ-CT-C, Jacksonville, FL 32207

**7. ADMINISTERED BY:** US Army COE Jacksonville Dis, Prudential Bldg (PO Box 4970, zip 32232), 701 San Marco Blvd (5E) Attn:CESAJ-CT-C, Jacksonville, FL 32207

**8. NAME AND ADDRESS OF CONTRACTOR** (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380,
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$1,411,579.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0211-0018- VARIATION IN ESTIMATED QUANTITY
52.0249-0010- DEFAULT (FIXED-PRICE CONSTRUCTION)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00023

WW014 VEQ CLIN 0005AA thru 0012AA

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | Lawrence J Bove, Vice President |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | Cynthia S.Tolle, Contracting Officer |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | Lawrence Bove |
| 15C. DATE SIGNED | 2/8/06 |
| 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | Cynthia S Tolle |
| 16C. DATE SIGNED | 2/9/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243



G04004 00010

| MODIFICATION OF CONTRACT | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | See Block 16C | 2 \| 4 |

Contract No: W912EP-04-C-0021 NA Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

Contract Obligations remain unchanged as a result of this modification.

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW014 VEQ CLIN 0005AA thru 0012AA

Item 1. CLIN No. 0005AA - Dredge/Dispose AS 3 Federal overran by 7%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 3 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0005AA.

CLIN No. 0006AA - Dredge/Dispose AS 3 Non-Federal underran by 13%. This change is to adjust the estimated quantity for dredging and disposal of the Non-Federal material in Acceptance Section 3 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0006AA.

CLIN No. 0007AA - Dredge/Dispose AS 4 Federal overran by 1%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 4 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0007AA.

CLIN No. 0008AA - Dredge/Dispose AS 4 Non Federal underran by 36%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 4 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0008AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 59% of the overdepth and therefore is not entitled to pursue an REA.

CLIN No. 0009AA - Dredge/Dispose AS 5 Federal underran by 13%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 5 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0009AA.

CLIN No. 0010AA - Dredge/Dispose AS 5 Non Federal underran by 91%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 5 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0010AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 0% of the overdepth and therefore is not entitled to pursue an REA.

CLIN No. 0011AA - Dredge/Dispose AS 6 Federal underran by 3%. This change is to adjust the estimated quantity for dredging and disposal

| MODIFICATION OF CONTRACT | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | See Block 16C | 3 \| 4 |

Contract No: W912EP-04-C-0021 NA Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

of the Federal material in Acceptance Section 6 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0009AA.

CLIN No. 0012AA - Dredge/Dispose AS 6 Non Federal underran by 49%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 6 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0012AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 25% of the overdepth and therefore is not entitled to pursue an REA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0005AA | Dredging and Disposal (Est Quant) (AS 3F) | 26,000.00 CY | 1,894.00 CY | 27,894.00 CY |
| 0006AA | Dredging and Disposal (Est Quant) (AS 3NF) | 4,000.00 CY | -514.00 CY | 3,486.00 CY |
| 0007AA | Dredging and Disposal (Estd Quanitity) (AS 4F) | 29,000.00 CY | 357.00 CY | 29,357.00 CY |
| 0008AA | Dredging and Disposal (Estd Quantity) (AS 4NF) | 8,000.00 CY | -2,874.00 CY | 5,126.00 CY |
| 0009AA | Dredging and Disposal (Estd Quantity) (AS 5F) | 37,000.00 CY | -4,694.00 CY | 32,306.00 CY |
| 0010AA | Dredging and Disposal (Estd Quantity) (AS 5NF) | 8,000.00 CY | -7,280.00 CY | 720.00 CY |
| 0011AA | Dredging and Disposal (Estd Quantity) (AS 6F) | 34,000.00 CY | -1,149.00 CY | 32,851.00 CY |
| 0012AA | Dredging and Disposal (Estd Quantity) (AS 6NF) | 6,000.00 CY | -2,960.00 CY | 3,040.00 CY |

Item 2. In addition to the quantity changes, this mod includes 4 days of non compensatory time due to the shutdown of the Miami River by local authorities for Hurricanes Katrina and Rita preparations.

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$1,411,579.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0005AA | Dredging and Disposal (Est Quant) (AS 3F) | 1,894.00 CY | $119.00 /CY | $225,386.00 |
| 0006AA | Dredging and Disposal (Est Quant) (AS 3NF) | -514.00 CY | $102.00 /CY | -$52,428.00 |
| 0007AA | Dredging and Disposal (Estd Quanitity) (AS 4F) | 357.00 CY | $105.00 /CY | $37,485.00 |
| 0008AA | Dredging and Disposal (Estd Quantity) (AS 4NF) | -2,874.00 CY | $85.00 /CY | -$244,290.00 |
| 0009AA | Dredging and Disposal (Estd Quantity) (AS 5F) | -4,694.00 CY | $104.00 /CY | -$488,176.00 |
| 0010AA | Dredging and Disposal (Estd Quantity) (AS 5NF) | -7,280.00 CY | $76.00 /CY | -$553,280.00 |

| MODIFICATION OF CONTRACT | DATE SIGNED<br>See Block 16C | PAGE OF PAGES<br>4 \| 4 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA  Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

| | | | | |
|---|---|---|---|---|
| 0011AA | Dredging and Disposal (Estd Quantity) (AS 6F) | -1,149.00 CY | $84.00 /CY | -$96,516.00 |
| 0012AA | Dredging and Disposal (Estd Quantity) (AS 6NP) | -2,960.00 CY | $81.00 /CY | -$239,760.00 |

Total Change Amount -$1,411,579.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall be extended by 4 calendar days by reason of this modification.

## D. CLOSING STATEMENT

For line items 0005AA, 0006AA, 0007AA,, 0008AA, 0009AA, 0010AA, 0011AA, and 0012AA, the Government and the Contractor agree that the final quantity of each item is as stated above.

In accordance with FAR 52.249-10, "DEFAULT (FIXED PRICE CONSTRUCTION)", the contract time is extended for unusually severe weather that caused an actual delay to the completion of the project, and such delay was beyond the control and without the fault or negligence of the Contractor.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00022
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE: K3M0K00
South Florida Area Office
4400 PGA Blvd, Suite 203
Palm Beach Gardens, FL 33410

7. ADMINISTERED BY (If other than Item 6) — CODE: K3M0K00
South Florida Area Office
4400 PGA Blvd, Suite 203
Palm Beach Gardens, FL 33410

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA
10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$29,116.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0212-0011- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.
Reference No. R00021
WW012 VEQ CLIN 0003AA Dredge/Dispose AS 2 Fed
See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Lawrence J. Bove, Vice President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Walter D. Wood, P.E. Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR: Lawrence J. Bove (Signature of person authorized to sign)
15C. DATE SIGNED: 12/7/05
16B. UNITED STATES OF AMERICA BY Walter D. Wood (Signature of Contracting Officer)
16C. DATE SIGNED: 12/20/05

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

| MODIFICATION OF CONTRACT | DATE SIGNED See Block 16C | PAGE OF PAGES 2 \| 2 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA Reference No. R00021
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 8862.0000 K3 X 08 2444 076295 96083 3230 3J60HC

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW012 VEQ CLIN 0003AA Dredge/Dispose AS 2 Fed

This change is to adjust the estimated quantity for dredging and disposal in the Federal portion of Acceptance Section 2 to reflect the actual quantities dredged/disposed within the pay template. Quantities are based on final surveys performed by the Government's licensed hydrographic surveyor. Final quantities did not vary more than + or - 15% from the orginal extimated quantities per CLIN 0003AA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0003AA | Dredging and Disposal (Estd Quanitity) (AS 2F) | 47,000.00 CY | -251.00 CY | 46,749.00 CY |

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$29,116.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0003AA | Dredging and Disposal (Estd Quanitity) (AS 2F) | -251.00 CY | $116.00/CY | -$29,116.00 |

Total Change Amount -$29,116.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

For line item 0003AA, the Government and the Contractor agree that the final quantity of each item is as stated above.

The official modification "P" number will be entered upon this modification after signature of the ACO.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00021
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable)

6. ISSUED BY CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than Item 6) CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE
FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA
10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$281,507.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0211-0018- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00022

WW013 VEQ CLIN 0004AA Dredge/Dispose AS 2 NF

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): DAVID COLE Project Mgr

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print):
Griselle Gonzalez
Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED: 12-15-05

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED: 1 Feb 06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

G04004 00016

| MODIFICATION OF CON ACT | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | See Block 16C | 2 2 |

Contract No: W912EP-04-C-0021 NA Reference No. R00022
Modification No: P00021
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 8862.0000 K3 X 08 2444 076295 96083 3230 3J60HC $281,507.00 decrease

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW013 VEQ CLIN 0004AA Dredge/Dispose AS 2 NF**

CLIN No. 0004AA - Dredge/Dispose AS 2 Non Federal underran by 35% from the original estimated quantity. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 2 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than - 15% for CLIN 0004AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 61% of the overdepth and therefore is not entitled to pursue an REA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0004AA | Dredging and Disposal (AS 2NF) | 9,000.00 CY | -3,163.00 CY | 5,837.00 CY |

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$281,507.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0004AA | Dredging and Disposal (AS 2NF) | -3,163.00 CY | $89.00 /CY | -$281,507.00 |

Total Change Amount -$281,507.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

For line item 0004AA, the Government and the Contractor agree that the final quantity of each item is as stated above. Further, the Government and the Contractor agree that neither will seek a price adjustment for line item 0004AA where the final quantity is either less than 85% or more than 115% of the original estimated quantity.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If Applicable) |
|---|---|---|---|
| P00020 | SEE BLOCK 16C | W32CS542883703 | |

6. ISSUED BY — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than Item 6) — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$353,539.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.0212-0011- VARIATION IN ESTIMATED QUANTITY |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00020

WW009 VEQ CLIN 0002AA Dredge/Dispose AS 1 NF

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Lawrence J. Bove, Vice President | | Griselle Gonzalez<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| Lawrence J. Bove (signature)<br>(Signature of person authorized to sign) | 12/7/05 | BY (signature)<br>(Signature of Contracting Officer) | 1/13/05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-2

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243



G04004 00018

| MODIFICATION OF CONTRACT | DATE SIGNED: See Block 16C | PAGE OF PAGES: 2 / 2 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA
Reference No. R00020
Modification No: P00020
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 3123.0000 K3 X 08 2444 076295 96083 3230 72D83K

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW009 VEQ CLIN 0002AA Dredge/Dispose AS 1 NF

CLIN No. 0002AA - Dredge/Dispose AS 1 Non Federal underran by 37%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section # 1 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than - 15%. for CLIN 0002AA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0002AA | Dredging and Disposal (Estd Quantity) (AS 1NF) | 13,000.00 CY | -4,843.00 CY | 8,157.00 CY |

## B. CHANGE IN CONTRACT DRAWINGS

N/A

## C. CHANGE IN CONTRACT SPECIFICATIONS

N/A

## D. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$353,539.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0002AA | Dredging and Disposal (Estd Quantity) (AS 1NF) | -4,843.00 CY | $73.00 /CY | -$353,539.00 |

Total Change Amount -$353,539.00

## E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## F. CLOSING STATEMENT

For line item 0002AA, the Government and the Contractor agree that the final quantity of each item is as stated above. Further, the Government and the Contractor agree that neither will seek a price adjustment for line item 0002AA where the final quantity is either less than 85% or more than 115% of the original estimated quantity.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If Applicable) |
|---|---|---|---|
| P00019 | SEE BLOCK 16C | W32CS542883703 | |

| 6. ISSUED BY CODE K300000 | 7. ADMINISTERED BY (If other than item 6) CODE K300000 |
|---|---|
| US Army COE Jacksonville Dis<br>Prudential Bldg (PO Box 4970, zip 32232)<br>701 San Marco Blvd (5E) Attn:CESAJ-CT-C<br>Jacksonville, FL 32207 | US Army COE Jacksonville Dis<br>Prudential Bldg (PO Box 4970, zip 32232)<br>701 San Marco Blvd (5E) Attn:CESAJ-CT-C<br>Jacksonville, FL 32207 |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$340,620.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>52.0211-0018- VARIATION IN ESTIMATED QUANTITY |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.
Reference No. R00017
WW008 VEQ CLIN 0001AB Dredge/Dispose AS 1 Fed

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Lawrence J. Bove, Vice President | | Cynthia S. Tolle<br>Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| Lawrence J. Bove<br>(Signature of person authorized to sign) | 12/7/05 | BY Cynthia S. Tolle<br>(Signature of Contracting Officer) | 1/9/06 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105-2

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

| MODIFICATION OF CONTRACT | DATE SIGNED<br>See Block 16C | PAGE OF PAGES<br>2 \| 2 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA — Reference No. R00017
Modification No: P00019
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 3123.0000 K3 X 08 2444 076295 96083 3230 72D83K

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW008 VEQ CLIN 0001AB Dredge/Dispose AS 1 Fed**

This change is to adjust the estimated quantity for dredging and disposal in the Federal portion of Acceptance Section # 1 to reflect the actual quantities within the pay template. Quantities are based on final surveys performed by the Governement's licensed hydrographic surveyor. Final quantities did not vary more than + or - 15% from the orginal extimated quantities per CLIN 0001AB.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0001AB | Dredging and Disposal (AS 1F) | 54,000.00 CY | -3,244.00 CY | 50,756.00 CY |

## B. CHANGE IN CONTRACT DRAWINGS

N/A

## C. CHANGE IN CONTRACT SPECIFICATIONS

N/A

## D. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$340,620.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0001AB | Dredging and Disposal (AS 1F) | -3,244.00 CY | $105.00/CY | -$340,620.00 |

Total Change Amount -$340,620.00

## E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## F. CLOSING STATEMENT

For line item 0001AB, the Government and the Contractor agree that the final quantity of each item is as stated above.

# DEFENDANT'S
# EXHIBIT 4

U.S. Department of Justice

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, DC 20530*

November 1, 2007

**BY FEDERAL EXPRESS**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Gary J. Campbell, Esq.
McCarter & English, LLP
225 Franklin Street
Boston, Massachusetts 02110

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Counsel:

Enclosed are documents bearing Bates Nos. G0600001-G0601411 and G0700001-G0700123. These documents were collected from the U.S. Navy and U.S. Coast Guard respectively.

Very truly yours,

Walter W. Brown
Attorney
Commercial Litigation Branch
Civil Division

# DEFENDANT'S EXHIBIT 5

**U.S. Department of Justice**

Civil Division

EAF
154-06-472

Telephone: (202) 353-0517
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

August 15, 2007

VIA E-MAIL

David W. Denenberg, Esq.
Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158

Re: *TDM v. UNITED STATES*,
Court of Federal Claims No. 06-472

Dear Mr. Adler:

I am in receipt of your letter dated August 13, 2007. In your letter you raise a number of issues that I am willing to discuss with you further. However, in this letter I am compelled to address your unsupported allegations and blatant misrepresentations regarding the Government's discovery activities. First, you charge that the Government has indiscriminately designated the deposition transcripts of its witnesses as proprietary without referencing any particular testimony or providing reasoning for your challenge. As you will recall, in a number of instances, your examination of Government witnesses involved questions relating to proprietary processing methods and reference to proprietary documents. Appropriately, Government counsel designated the transcripts as a result of the deposition testimony that was provided.

Nevertheless, the Government acknowledges that there are portions of the testimony that may not require protection. Consequently, the Government is diligently working to review each transcript designation to determine for which portions of the testimony it may remove previous designations. In most instances, this determination requires the assistance and approval of the contractor or subcontractor for which the information relates. As you are aware, the Government witnesses have provided deposition testimony on ten separate occasions in a relatively concentrated time frame. Additionally, the Government has prepared and served responses to numerous discovery requests during that same time frame. Further, as you acknowledge in your letter, each time that your office has requested an expedited review of selected portions of these deposition transcripts for removal of previous protective designations, the Government has complied in a timely manner.

We are confused as to why you assert that "the US had mentioned earlier that it believed it had thirty (30) days to designate such testimony as proprietary...." This statement was never made by any representative of the Government. Moreover, your statement, if true, would address the initial designation of transcripts rather than the removal of previously applied designations. Equally confusing is your threat to seek court intervention "if the US does not provide a detailed and specific designation of transcript testimony" by this Friday. Again, the Government has already designated the deposition transcripts. Your request is that the Government review its designations and consider removing them. While the Protective Order does not establish a time frame for removing such designations, the Government is working to review its designations and will provide you with revised designations upon completion of the review.

Next you challenge the Government's listing of witnesses in its Initial Disclosures. Review of Court of Federal Claims Rule governing initial disclosures of individuals likely to have discoverable information will resolve this issue. *See* RCFC 26(a)(1)(A). As explained in RCFC 26(a)(1)(A), disclosure of each individual likely to have discoverable information is required to the extent that the disclosing party may use such individuals to support its claims or defenses. Therefore, RCFC 26(a)(1)(A) does not require the Government to identify every individual in the agency that is "likely to have discoverable information," as your letter suggests. Additionally, you inaccurately state that "none of the contracting officers ... for any of the relevant USACE contracts were ever identified by the US in its initial disclosures or at any subsequent time." Even as your letter acknowledges, Ms. Ella Snell, a USACE Contracting Officer for the New York District was identified in the United States' Initial Disclosures. Also disclosed were contracting personnel from the Los Angeles and Jacksonville Districts. Moreover, the identification of additional contracting officer representatives were provided during deposition testimony and you have subsequently deposed several of those representatives.

With regard to responding to interrogatories exceeding the number permitted under RCFC 33(a), the United States acknowledges that this number was increased in the Joint Discovery Plan. The United States also accepts your proposal to discuss your preference for which additional interrogatories the United States should respond. This discussion will be useful, as the Government count of TDM's interrogatories totals 123. During this discussion, we may address other issues you raised relating to the Government's responses to interrogatories.

Your next discovery issue addresses information contained on USACE Dredging Information websites and the contracts identified in this litigation involving the processing of dredged material. The United States disagrees with your assertion that information relating to these items has not been provided. Requested information has been addressed in deposition testimony and in verified interrogatory responses.

Finally, your letter addresses a nonexistent agreement to pay for TDM's copying expenses. While you are correct in asserting that the Government stated in its July 31, 2007 letter that it is amenable to discussing an arrangement for sharing costs relating to document productions in this litigation, no "representation" of an agreement has been made. Review of the

transcript from Kerri Mullins' deposition reveals that our discussion related to objections that counsel for Donjon and the Government raised relating to your untimely production of documents you received pursuant to a subpoena issued to the New Jersey Department of Environmental Protection. You will recall that you first produced these documents as you presented them to the Donjon witness during the deposition. You attempted to defend yourself by stating, "Don't expect me to get you exhibits giving me less than a day's notice." To which I responded, "You could have sent that to me, you could have offered for me to pay for it, the mail. You could have identified the document, or as Mr. Flaherty had suggested, you could have properly produced it." Mullins Transcript. at 144. The only offer made during this discussion was to assist you with the cost of mailing documents that you intended to use the next day as deposition exhibits, where such documents had not been previously produced. It is implausible that this exchange provided "guidance" to TDM that an agreement relating to sharing costs of document productions in this case had been reached.

Very truly yours,

Erica A. Franklin

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Civil Division