# EXHIBIT 3

JOHN BEARCE

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

TDM AMERICA, LLC,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

No. 06-472 C

Defendant,

and

DONJON MARINE COMPANY, INC.,

Third-Party Plaintiff.

---

STATE OF FLORIDA )
COUNTY OF DUVAL )

PROPRIETARY TRANSCRIPT

Deposition of JOHN BEARCE, taken on behalf of the Plaintiff herein, pursuant to Third Amended Notice of Rule 30(b)(6) Deposition With Document Demand, at U.S. Army Corps of Engineers, 701 San Marco Boulevard, Jacksonville, Duval County, Florida, on May 31, 2007, beginning at 10:17 a.m., before Bobbie A. Umstead, RPR, a Notary Public in and for the State of Florida at Large.

- - -

JOHN BEARCE

you've seen this document before?
A. (Examining document.)
I believe this is a document that I saw yesterday, yes.
Q. Okay. And are you here today pursuant to this document?
A. I believe that is correct.
Q. Are you currently employed?
A. Yes.
Q. And who is your employer?
A. U.S. Army Corps of Engineers, Jacksonville District.
Q. And what is your position?
A. My position is a civil engineer in the engineering division, design branch, waterways section.
Q. How long have you been in this position with the U.S. Army Corps of Engineers?
A. I believe about four years in this exact position. However, I've been in a position very similar to this for most of all my 17 years with the Jacksonville District.
Q. And what are your responsibilities and duties as a civil engineer in the engineering division

JOHN BEARCE

design branch? You said the water --

A. Waterways section, that's correct.

Q. Yes.

A. Yes. My duties are mainly to prepare contract documents, being contract plans and specifications, for dredging contracts.

Q. Is this at any particular location or around the country?

A. No, this is in the Jacksonville District, which encompasses most of the State of Florida and also part of the Caribbean, including Puerto Rico and the U.S. Virgin Islands.

Q. What is the engineering division that you mentioned before as part of your title?

A. That's one of the main organizational tree branches of our district. For instance, there is the engineering division; there's the construction-operations division; there's the planning division; and then there are several -- for instance, office of counsel division, real estate division and some other similar.

Q. What's the general purpose of the engineering division?

A. Well, the engineering division would be

Michael, I'll let the witness answer this question just like the last one, but it seems you're addressing Category 9 in your notice, and you'll note that we've made objections to that category.

You can answer.

MR. ADLER: One second. I have to take a look at which --

MS. FRANKLIN: Well, primarily the issue I'm addressing now is the fact that you're asking about dredging activities. And this case relates to processing dredged material.

MR. ADLER: I was going to ask -- fine.

BY MR. ADLER:

Q. Why don't you answer that question and then I will tailor it toward processing. Okay?

A. Okay. Are you --

Q. Let me rephrase the question.

A. Okay. Please.

Q. From your responsibilities and duties on behalf of the Army Corps of Engineers, are you aware of contracts for dredging that include treatment of dredged material for upland disposal?

A. In my experience I'm only aware of one contract that falls into that category in the

Jacksonville District.

MS. FRANKLIN: And I'll object to the term "treatment" as vague.

MR. ADLER: It's a little late for the objection, but I'll tell you what I mean by "treatment."

BY MR. ADLER:

Q. By "treatment" I mean adding an additive such as Portland cement or fly ash or other additives --

A. In that case, then, my answer changes to zero.

Q. Let me just finish the question.

-- to the dredged material so that the dredged material is stabilized or cured thereafter and can be disposed of.

A. Yes. That would be zero.

Q. Okay. So when I asked you the question before this one, whether you're aware of any contract on behalf the U.S. or that the U.S. has with contractors for dredging, dredged material that was treated, what did you mean when you said you're only aware of one?

A. By "treated" I took that to mean, in my parlance, processed. And that to me means something

JOHN BEARCE

in addition to just placement of the material in a site for holding purposes.

Q. So with respect to the contract that you mentioned that did involve, as you said, processing, do you recall which contract that was?

A. Yes, I do.

Q. Which contract is that?

A. That is the contract that we call the Miami River maintenance dredging contract.

Q. And do you know whether or not that would be Contract No. W912EP-04-C-0021?

A. I don't know from memory if that's it, but --

MS. FRANKLIN: Michael, do you have an exhibit that you can direct the witness to to help him?

MR. ADLER: I'll get to that. Thank you. But let me first ask my questions and then I'll try to do things in an orderly form.

BY MR. ADLER:

Q. Now, with respect to the Miami River maintenance dredging contract that you referred to a moment ago, are you familiar with the process for the treatment to dredge material?

MS. FRANKLIN: Objection; misstates testimony.

MS. FRANKLIN: Objection, vague.

THE WITNESS: I don't think I fully understand your question.

BY MR. ADLER:

Q. Is there a separate contract document corresponding to this acceptance of the bid?

MS. FRANKLIN: Same objection.

THE WITNESS: Yeah. I don't understand the question.

BY MR. ADLER:

Q. Is this the contract that you referred to before for the Miami River maintenance --

A. Yes, I believe it is.

Q. Miami River maintenance dredging contract.

A. Yes. Yes, it is.

Q. Do you know whether or not the silt material that was separated out under this contract, whether an additive -- whether a cement or fly ash was added to the silt material at any point?

A. Yes, I do know.

Q. And what do you know about it?

A. No, there was no cement or fly ash or any other additive used. That was not part of the processing.

Q. And in that sentence do you see any indication that the polymer itself is binding to the sediment, or is it that the polymer helps physically bind the sediment particles together?

MR. ADLER: Objection.

THE WITNESS: Yes, the polymer helps physically bind the particles together.

BY MS. FRANKLIN:

Q. And you testified earlier today that there is no cement or similar material added to the dredged material during processing; is that correct?

MR. ADLER: Could you repeat that? I couldn't hear that.

BY MS. FRANKLIN:

Q. You testified that no cement or similar material is added to the dredged material during processing; is that correct?

A. That is correct. No cement is added.

MS. FRANKLIN: That's all I have.

MR. ADLER: I have no further questions. Thank you.

(Off-the-record discussion.)

MR. ADLER: I'd like a dirty disk, a floppy, an original and MiniScribe.

# EXHIBIT 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM AMERICA, LLC,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Third-Party Defendant. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**DECLARATION OF ELLA D. SNELL**

I, Ella D. Snell, declare and state under penalty of perjury that:

1. I am currently employed by the US Army Corps of Engineers ("USACE") as Chief of the Contracting Division for the New York District and have been so employed for 15 years.

2. In that position, I am the Contracting Officer responsible for awarding and administering federal contracts by the USACE, which includes civil works contracts within the New York District civil works boundaries. Most notably, the civil works contracts include navigation channel construction and maintenance contracts, which relate to work involving (a) dredging and (b) occasionally the processing of dredged material.

3. I am familiar with the New York District contracts listed in the attached Table A, having supervised the preparation and/or administration of these contracts.

4. The contract specifications do not require the contractor to use a particular method in processing dredged material for upland disposal.

5. There are no written provisions forming a part of the contracts (including the Statement of Work) that require a contractor to use a particular method in processing dredged material.

6. There are no specific written instructions given by the contracting officer (or the contracting officer representative) directing the method of processing dredged material for upland disposal.

7. The navigation channel construction and maintenance contracts require all work, including dredged material processing, to be performed in accordance with safety requirements and in an environmentally acceptable and permitted manner.

8. Permits relating to the processing of dredged material obtained by contractors or their subcontractors are issued, regulated, and enforced by the State agency (or agencies) where the dredging is to take place, where the processing is to occur, and where the processed material is to ultimately be placed.

9. Although the contract documents or contractor submittals (for the contracts listed in Table A) may contain descriptions of the contractors' processing methods, neither the specified contracts nor any written instructions from a contracting officer directed contractors on what method of processing to use.

10. There are numerous methods available for processing dredged material for upland disposal and, with regard to the contracts listed in Table A, neither the specified contracts nor any written instructions from a contracting officer directed contractors on which method to use.

11. Attached to this declaration are excerpts from each of the New York District contracts listed in Table A, containing a reference to FAR 52.227-1 (Authorization and Consent) that I authenticate as being true and accurate excerpts of the contracts.

Executed on: 4 Oct 2007 [signature]

ELLA D. SNELL
Contracting Officer

SANDRA W. GAFFNEY
Notary Public, State Of New York
No. 01GA6074427
Qualified In Queens County
Commission Expires May 13, 2010

Sworn to me on the 4th day of October 2007

[signature]

# Table A Attachment to Snell Declaration

## USACE (New York District) Contracts Involving Dredged Material Processing

| List No. | Contract Number | Contractor | Processor Site Used |
|---|---|---|---|
| 1 | W912DS-07-C-0003 | Donjon | Donjon |
| 2 | W912DS-06-C-0018 G | GLDD | Clean Earth |
| 3 | W912DS-05-C-0003 | Donjon | Donjon & CEDTI |
| 4 | W912DS-05-C-0004 | Bean | CEDTI |
| 5 | W912DS-05-C-0020 | DonJon | Donjon |
| 6 | W912DS-04-C-0008 | GLDD | Donjon & CEDTI |
| 7 | W912DS-04-C-0016 | Donjon | Donjon |
| 8 | DACW51-03-C-0001 | Donjon | OENJ |
| 9 | DACW51-03-C-0012 | Donjon | Donjon |
| 10 | DACW51-03-C-0014 | Jay Cashman | OENJ |
| 11 | DACW51-03-C-0019 | Bean | Clean Earth |
| 12 | DACW51-03-C-0021 | Donjon | OENJ |
| 13 | DACW51-02-C-0001 | Bean | OENJ |
| 14 | DACW51-02-C-0002 | Cruz Construction | N/A |
| 15 | DACW51-02-C-019 | Bean | CEDTI |
| 16 | DACW51-02-C-0022 | Donjon | OENJ |
| 17 | DACW51-01-C-0006 | Donjon | OENJ |
| 18 | DACW51-01-C-0023 | GLDD | OENJ |

# EXHIBIT 5
# Excerpts from NY District Contract No. W912DS-07-C-0003

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-06-B-0014-0004 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 08-Dec-2006 | PAGE OF PAGES 1 OF 69 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-07-C-0003 | W16ROE61651076 | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278-0900<br>TEL: 212-264-0238 FAX: 212-264-3013 | **See Item 7**<br>TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | LORETTA E PARRIS | (917)790-8182 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Anchorage Channel 1 Contract 3 (S-AN-1) Navigation Improvement 50 Foot Project, New York

1. This project consists of the dredging and placement of non-rock. It involves the use of an environmental bucket such as cable-arm clamshell dredge with 26 cubic yard bucket, an excavator dredge with a 12 CY bucket. The scope of work also includes the sampling and testing of subsurface materials at various locations. The non-rock material unsuitable for the HARS placement will be placed at an Upland disposal Facility. These dredges must be able to operate in a minimum of 50 ft of water.

2. This project is unrestricted. NAICS Code: 237990. Size Standard 18.5 Million.

3. Contract Specialist: (917) 790-8182.
Technical Manager: Jamal Sulayman (917) 790-8299.

11. The Contractor shall begin performance within 5 calendar days and complete it within 130 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* Bid Notes *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 15 Aug 2006 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**SOLICITATION, OFFER, AND AWARD (Continued)**

*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
DONJON MARINE CO INC
1250 LIBERTY AVENUE
HILLSIDE NJ 07205

CODE 9S939 | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
908-964-8812

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
USACE, FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

# SEE SCHEDULE

22. AMOUNT
**$18,887,500.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | **ITEM**

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE
KILL VAN KULL PROJECT OFFICE
CAVEN POINT MARINE TERMINAL 3 CHAPLE AVE
JERSEY CITY NJ 07305

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

30B. SIGNATURE

30C. DATE

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
07-Dec-2006

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-06-B-0014-0004 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 08-Dec-2006 | PAGE OF PAGES 1 OF 69 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-07-C-0003 | W16ROE61651076 | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278-0900<br>TEL: 212-264-0238 FAX: 212-264-3013 | **See Item 7**<br>TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | LORETTA E PARRIS | (917)790-8182 |

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Anchorage Channel 1 Contract 3 (S-AN-1) Navigation Improvement 50 Foot Project, New York

1. This project consists of the dredging and placement of non-rock. It involves the use of an environmental bucket such as cable-arm clamshell dredge with 26 cubic yard bucket, an excavator dredge with a 12 CY bucket. The scope of work also includes the sampling and testing of subsurface materials at various locations. The non-rock material unsuitable for the HARS placement will be placed at an Upland disposal Facility. These dredges must be able to operate in a minimum of 50 ft of water.

2. This project is unrestricted. NAICS Code: 237990. Size Standard 18.5 Million.

3. Contract Specialist: (917) 790-8182.
Technical Manager: Jamal Sulayman (917) 790-8299.

11. The Contractor shall begin performance within 5 calendar days and complete it within 130 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* Bid Notes *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 15 Aug 2006 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
Donjon Marine Co, Inc.
1250 Liberty Ave
Hillside, NJ 07205
DUNS # 07-117-6457

CODE | FACILITY CODE

15. TELEPHONE NO. *(Include area code)* 908-964-8812

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
**See Item 14** SAME

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | 7/31/06 | 8/4/06 | 8/9/06 | 8/15/06 | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* Thomas D. Witte Exec Vice Pres

20B. SIGNATURE Thomas D Witte

20C. OFFER DATE 8/24/06

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:
SEE SF 1442 Continuation Sheet

22. AMOUNT $18,887,500.00

23. ACCOUNTING AND APPROPRIATION DATA
SEE SF 1442 Continuation Sheet

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE
Mr. Salvatore Didato, KILL VAN KULL OFFICE
Caven Point Marine Terminal, 3 Chapel Ave.,
Port Liberty, Jersey City, NJ 07305

27. PAYMENT WILL BE MADE BY: CODE
USACE Finance Center
ATTN: CEFC-AO-P,
5722 Integrity Drive
Millington, TN 38054

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* Thomas D. Witte
Thomas D Witte Exec Vice Pres

30B. SIGNATURE
Thomas D. Witte
Thomas D Witte

30C. DATE 12/11/06

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
TEL: EMAIL:

31B. UNITED STATES OF AMERICA
BY

31C. AWARD DATE

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

Section 00010 - Solicitation Contract Form

1442 CONTINUATION SHEET
Continuation Sheet, SF 1442

**Project Title/Location:** Anchorage Channel 1 Contract 3 (S-AN-1) Navigation Improvement 50 foot Project, New Jersey

Solicitation No.: W912DS-06-B-0014
Contract No.: W912DS-07-C-0003
Contractor: Donjon Marine, Inc
Amendments: 0001 dated 07/31/06, 0002 dated 08/14/06, 0003 dated 08/09/06 and 0004 dated 08/15/06

Wage Rate General Decision: NY20030001 11/10/2006 Incorporates 5 December 2006 Donjon Marine Company Inc letter acknowledging all Wage Determination updates from December 2005 in their price.

**BLOCK 21, ITEMS ACCEPTED:**
Accepted CLINS 0001 – 0025

BASE CLINS 0001-0004 are awarded at this time.

**BLOCK 22, AMOUNT:**
Total Award Amount: Eighteen Million, Eight Hundred and Eighty Seven Thousand, Five Hundred Dollars and Zero Cents (18,887,500.00).

**ACCOUNTING AND APPROPRIATION DATA**

PURCHASE REQUEST: W16ROE-6165-1076

ACCOUNTING AND APPROPRIATION DATA

AA: 96nax3122000e3x08242107632996303323009H641
AMOUNT: $3,200,000.00
CIN W16ROE616510760001: $3,200,000.00

AB: 96X31220000 082421 323009H641076329 NA 96303
AMOUNT: $6,800,000.00
CIN 000000000000000000000000000000: $6,800,000.00

AC: 96X88620000 082421 3230FFFFF3076329 NA 96303
AMOUNT: $8,887,500.00
CIN 000000000000000000000000000000: $8,887,500.00

Payments are made through the following address:

USACE Finance Center
ATTN: CEFC-AO-P
5722 Integrity Drive
Millington, TN 38054

Total Contract Award: $18, 887,500.00

Total Obligated at Award $18,887,500.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | $3,200,000.00 | $3,200,000.00 |

BASE BID ITEM For S-AN-!A
FFP
CONSTRUCT NAVIGATION CHANNEL
MOBILIZATION AND DEMOBILIZATION
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $3,200,000.00

ACRN AA $3,200,000.00
CIN: W16ROE616510760001

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 50 | Ton | $250.00 | $12,500.00 |

BASE BID ITEM For S-AN-1A
FFP
CONSTRUCTION NAVIGATION CHANNEL
DEBRIS REMOVAL AND DISPOSAL(QUANTITY IS ESTIMATED)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $12,500.00

ACRN AB $12,500.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | Cubic Yard | | |

BASE BID ITEM For S-AN-1A
FFP
FOB: Destination

NET AMT $0.00

ACRN AB $0.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AA | | 125,694.44444 | Cubic Yard | $54.00 | $6,787,500.00 |

BASE BID ITEM For S-AN-1A-Federal Fund
FFP
CONSTRUCTION NAVIGATION CHANNEL
Dredging from Station 95+00 to 115+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) (QUANTITY IS ESTIMATED )
Name of Site(s) ____________________
Name of POC(s) ____________________
Address of Site(s) __________________

____________________

____________________ Phone(s)

____________________

(Provide info. on 8.5x11 if needed)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $6,787,500.00

ACRN AB $6,787,500.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AB | | 159,305.5556 | Cubic Yard | $54.00 | $8,602,500.00 |

BASE BID ITEM For S-AN-1A
FFP
Non-Federal Funds. CONSTRUCTION NAVIGATION CHANNEL
Dredging from Station 95+00 to 115+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) (QUANTITY IS ESTIMATED )
Name of Site(s) ____________________
Name of POC(s) ____________________
Address of Site(s) ____________________
____________________
____________________ Phone(s)
____________________
(Provide info. on 8.5x11 if needed)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $8,602,500.00

ACRN AC $8,602,500.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 285,000 | Cubic Yard | $1.00 | $285,000.00 |

BASE BID ITEM For S-AN-1A
FFP
CONSTRUCT NAVIGATION CHANNEL
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $285,000.00

ACRN AC $285,000.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 OPTION | | 1 | Lump Sum | $0.00 | $0.00 |

OPTIONAL ITEM 1
FFP
Option 1 - ADDITIONAL COST FOR OPTIONAL INSURANCE (the amount is the maximum that can be reimbursed, only actual expenses will be reimbursed)
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 50,000 | Cubic Yard | $-19.00 | $-950,000.00 |

OPTION OPTIONAL ITEM-2
FFP
Option 2 - DIFFERENCE IN COST FOR PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS FOR PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY (NBCDF) (NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS) (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $-950,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 1 | Lump Sum | $120,000.00 | $120,000.00 |

OPTION OPTIONAL ITEM-3
FFP
Option 1 -FIELD OFFICE and FACILITIES for 12-months duration (item can be used as needed per month, if awarded, the amount wil be divided by 12 for cost per month)l
FOB: Destination

NET AMT $120,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 15 | Each | $3,500.00 | $52,500.00 |
| OPTION | OPTIONAL ITEM-4 | | | | |
| | FFP | | | | |
| | Option 4 - SUBSURFACE DRILLING AND SAMPLING if awarded, item can be used as needed per sample | | | | |
| | FOB: Destination | | | | |

NET AMT $52,500.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 125 | Ton | $250.00 | $31,250.00 |
| OPTION | OPTIONAL ITEM-5 | | | | |
| | FFP | | | | |
| | Option 5 - ADDITIONAL DEBRIS REMOVAL AND DISPOSAL (QUANTITY IS ESTIMATED) | | | | |
| | FOB: Destination | | | | |

NET AMT $31,250.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | | 225 | Ton | $250.00 | $56,250.00 |
| OPTION | OPTIONAL ITEM-6 | | | | |
| | FFP | | | | |
| | Option 6 - ADDITIONAL DEBRIS REMOVAL AND DISPOSAL(QUANTITY IS ESTIMATED) | | | | |
| | FOB: Destination | | | | |

NET AMT $56,250.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0011 | | 60 | Each | $8,000.00 | $480,000.00 |
| OPTION | OPTIONAL ITEM-7<br>FFP<br>Option 7 - STAND BY TIME (see note 9) (60 Each/DAY)<br>FOB: Destination | | | | |
| | | | | NET AMT | $480,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0012 | | 228,000 | Cubic Yard | $54.00 | $12,312,000.00 |
| OPTION | OPTIONAL ITEM-8<br>FFP<br>Option 8 - DREDGING - Drom Station 85+00 to 95+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES) (QUANTITY IS ESTIMATED)<br>Name of Site(s): Name of POC(s), Address of Site(s)<br>Phone(s) (Provide info. on 8.5x11)<br>FOB: Destination | | | | |
| | | | | NET AMT | $12,312,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0013 | | 228,000 | Cubic Yard | $1.00 | $228,000.00 |
| OPTION | OPTIONAL ITEM-8<br>FFP<br>Option 8 - DEWATERING From Station 85+00 to 95+00 DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)<br>FOB: Destination | | | | |

NET AMT $228,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0014 | | 33,000 | Cubic Yard | $54.00 | $1,782,000.00 |
| OPTION | OPTIONAL ITEM-9<br>FFP<br>Option 9 - DREDGING - From Station 78+00 to 85+00 DREDGING TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT OF THE CONTRACTOR'S PROPOSED FACILITY(IES) (QUANTITY IS ESTIMATED)<br>Name of Site(s), Name of POC(s), Address of Site(s)<br>Phone(s) (Provide info. on 8.5x11)<br>FOB: Destination | | | | |

NET AMT $1,782,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0015 | | 149,000 | Cubic Yard | $20.00 | $2,980,000.00 |

OPTION OPTIONAL ITEM-9
FFP
Option 9- DREDGING - From Station 78+00 to 85+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING (IF NECESSARY) AND PLACEMENT OF SAND MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES)) (QUANTITY IS ESTIMATED) Name of Site(s), Name of POC(s), Address of Site(s), Phone(s) ( Provide info. on 8.5x11)
FOB: Destination

NET AMT $2,980,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0016 | | 182,000 | Cubic Yard | $1.00 | $182,000.00 |

OPTION OPTIONAL ITEM-9
FFP
Option 9 -DEWATERING - From Station 78+00 to 85+00 DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $182,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0017 | | 169,000 | Cubic Yard | $54.00 | $9,126,000.00 |

OPTION

OPTIONAL ITEM-10
FFP
Option 10- DREDGING - From Station 115+00 to 130+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES)) (QUANTITY IS ESTIMATED)
Name of Site(s), Name of POC(s), Address of Site(s), Phone (s) (Provide info. on 8>5x11)
FOB: Destination

NET AMT $9,126,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0018 | | 169,000 | Cubic Yard | $1.00 | $169,000.00 |

OPTION

OPTIONAL ITEM-10
FFP
Option 10-DEWATERING - (From Station 115+00 to 130+00) DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $169,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0019 | | 158,000 | Cubic Yard | $54.00 | $8,532,000.00 |

OPTION optional item -11
FFP
Option 11 - DREDGING From Station 130+00 to 135+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES) (QUANTITY IS ESTIMATED)
Name of Site(s), Name of POC(s), Address of Site(s), Phone(s) (Provide info. on 8.5x11)
FOB: Destination

NET AMT $8,532,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 | | 158,000 | Cubic Yard | $1.00 | $158,000.00 |

OPTION OPTIONAL ITEM -11
FFP
oPTION 11 - DEWATERING-(From Station 130+00 to 135+00); DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $158,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0021 | | 125,000 | Cubic Yard | $54.00 | $6,750,000.00 |

OPTION OPTIONAL ITEM - 12
FFP
Option 12 - DREDGING - From Station 135+00 to 138+25.1 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES) (QUANTITY IS ESTIMATED)
Name of Site(s), Name of POC(c), Address of Site(s),
Phone (s) (Provide info. on 8.5x11)
FOB: Destination

NET AMT $6,750,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0022 | | 125,000 | Cubic Yard | $1.00 | $125,000.00 |

OPTION OPTIONAL ITEM -12
FFP
Option 12 -DEWATERING (From Station 135+00 to 138+25.1); DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $125,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0023 | | 10,000 | Cubic Yard | $20.00 | $200,000.00 |

OPTION

OPTIONAL ITEM - 13
FFP
Option 13 - DREDGING - Utility Crossing Corridor 3 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING (IF NECESSARY) AND PLACEMENT OF SAND MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES)) (QUANTITY IS ESTIMATED) Name of Site(s), Name of POC(s), Address of Site(s) Phone(s) (Provide info. on 8.5x11)
FOB: Destination

NET AMT $200,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0024 | | 23,000 | Cubic Yard | $54.00 | $1,242,000.00 |

OPTION

OPTIONAL ITEM -13
FFP
Option -13 DREDGING -(Utility Crossing 3); DREDGING, TRANSPORTATION, DELIVERY PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES)) (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $1,242,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0025 | | 33,000 | Cubic Yard | $1.00 | $33,000.00 |
| OPTION | OPTIONAL ITEM - 13<br>FFP<br>Option 13 - DEWATERING - (Utility Crossing Corridor 3); DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)<br>FOB: Destination | | | | |

NET AMT $33,000.00

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Jul 2005) Alternate II | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-6 | Davis Bacon Act | JUL 2005 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | APR 2006 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |

| | | |
|---|---|---|
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | SEP 2005 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | SEP 2005 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-1 | Performance of Work by the Contractor | APR 1984 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 Alt I | Default (Fixed-Price Construction) - Alternate I | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | MAR 2006 |
| 252.232-7003 | Electronic Submission of Payment Requests | MAY 2006 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

| | | |
|---|---|---|
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | NOV 2005 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7023 Alt III | Transportation of Supplies by Sea (May 2002) Alternate III | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and