# EXHIBIT 7
# Excerpts from NY District Contract No. W912DS-05-C-0003

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-04-B-0003-0008 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 29-Dec-2004 | PAGE OF PAGES 1 OF 64 |
|---|---|---|---|---|

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-05-C-0003 | W16ROE-3336-3569 | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278 | See Item 7 |
| TEL: 212-264-0238 FAX: 212-264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | MYRLANDE LEE | 212-264-0242 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

ARTHUR KILL CHANNEL NAVIGATION IMPROVEMENT PROJECT - CONTRACT 2
00010 - SF1442 AND BIDDING SCHEDULE
00100 - INSTRUCTIONS, CONDITIONS, AND NOTICE TO BIDDERS
00600 - REPRESENTATIONS AND CERTIFICATIONS
00700 - CONTRACT CLAUSES
00800 - SPECIAL CONTRACT REQUIREMENTS
00900 - WAGE RATES
00901 - SAMPLE FORMS
00902 - DEWATERING INSTRUCTION AND REEF
00903 - FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY
01130 - ENVIRONMENTAL PROTECTION
01270 - MEASUREMENT AND PAYMENT
01312 - QUALITY CONTROL SYSTEM
01320 - SUBSURFACE DRILLING AND SAMPLING
01330 - PROJECT SCHEDULE: NETWORK ANALYSIS SYSTEM
01330 - SUBMITTAL PROCEDURES
01420 - SAFETY
01451 - CONTRACTOR QUALITY CONTROL
02100 - SUBSURFACE DRILLING AND SAMPLING
02200 - BLASTING
02900 - DREDGING AND DISPOSAL
11010 - DIGITAL PHOTO DOCUMENTS AND COMMUNICATIONS

11. The Contractor shall begin performance within 5 calendar days and complete it within 490 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 11:00 AM *(hour)* local time 29 Jan 2004 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
DONJON MARINE CO INC
1250 LIBERTY AVENUE
HILLSIDE NJ 07205

CODE 9S939 | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
908-964-8812

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

22. AMOUNT
**$54,117,882.65**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE E3L0220
ENG.-ENG MGMT-ENGR METRO
USACOE-NYD 26 FEDERAL PLAZA CENAN-EN-MM
NEW YORK NY 10278-0090

27. PAYMENT WILL BE MADE BY: CODE
USACE FINANCE CENTER MILLINGTON - VISA
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF:

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

30B. SIGNATURE | 30C. DATE

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil

31B. UNITED STATES OF AMERICA
BY Ella D Snell

31C. AWARD DATE
08-Mar-2005

Section SF 30 - BLOCK 14 CONTINUATION PAGE

APPROPRIATION AND ACCOUNTING

ACCOUNTING AND APPROPRIATION DATA

| | | | | |
|---|---|---|---|---|
| AC: | 96X88620000 082421 | 250032LK2B076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $1,000,000.00 | | | |

The total award amount of this contract is $73,984,637.91.
The obligated amount at the time of basic award is $1,000,000.00.
The unobligated award amount is $72,984,637.91.

W912DS-04-B-0003-AM2

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | Lump Sum | | |
| | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-3336-3569 | | | | |
| | | | | NET AMT | $0.00 |
| | ACRN AA Funded Amount | | | | $1.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $972,192.65 | $972,192.65 |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP | | | | |
| | | | | NET AMT | $972,192.65 |
| | ACRN AC Funded Amount | | | | $972,192.65 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 500 | Ton | $300.00 | $150,000.00 |
| | DEBRIS REMOVAL AND DISPOSAL (EST.)<br>FFP | | | | |
| | | | | NET AMT | $150,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 383,600 | Cubic Yard | $51.25 | $19,659,500.00 |

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ______________________________
Name of POC(s) ______________________________
Address of Site (s) ______________________________

Phone Number(s)

NET AMT $19,659,500.00

ACRN AC Funded Amount $19,659,500.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 383,600 | Cubic Yard | $1.00 | $383,600.00 |

DEWATERING
FFP
IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT.

NET AMT $383,600.00

Funded Amount $0.00

FOB: Destination

W912DS-04-B-0003-AM2

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 1,058,000 | Cubic Yard | $29.38 | $31,084,040.00 |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $31,084,040.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | SUBSURFACE DRILLING AND SAMPLING FFP | 15 | Each | $3,900.00 | $58,500.00 |

NET AMT $58,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | FIELD OFFICE FFP | 1 | Lump Sum | $60,000.00 | $60,000.00 |

NET AMT $60,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 45,000 | Cubic Yard | $38.89 | $1,750,050.00 |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY, (NBCDF)
TOTAL BASE BID: $____________

NET AMT $1,750,050.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 45,000 | Cubic Yard | | |

DELETED IN ITS ENTIRETY
FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK
MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY, (NBCDF) (ESTIMATED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

W912DS-04-B-0003-AM2

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $88,687.50 | $88,687.50 |
| OPTION | OPTIONAL INSURANCE<br>FFP<br>IAW SECTION 00800, PAGE 19, PARA. 1.32 (IF EXERCISED). | | | | |
| | | | | NET AMT | $88,687.50 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | | | |
| OPTION | MATERIALS WITHIN CHANNEL AREA 1<br>FFP<br>(NORTH OF SHOOTER'S POINT) (IF EXERCISED) | | | | |
| | | | | NET AMT | $0.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AA | | 1 | Lump Sum | $50,121.76 | $50,121.76 |
| OPTION | MOBILIZATION AND DEMOBILIZATION<br>FFP | | | | |
| | | | | NET AMT | $50,121.76 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AB | | 68,000 | Cubic Yard | $48.93 | $3,327,240.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0003AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ______________________________

Name of POC(s) ______________________________

Address of Site (s) ______________________________

______________________________

______________________________ Phone Number(s)

______________________________

NET AMT $3,327,240.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AC | | 68,000 | Cubic Yard | $1.00 | $68,000.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSALFACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT.

NET AMT $68,000.00

Funded Amount $0.00

FOB: Destination

W912DS-04-B-0003-AM2

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AD | | 160,000 | Cubic Yard | $29.38 | $4,700,800.00 |
| OPTION | | | | | |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIAL AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $4,700,800.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | | | | |
| OPTION | | | | | |

FFP
ALL MATERIALS AROUND PIPES, UTILITIES AREA 1 (IF EXERCISED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AA | | 1 | Lump Sum | $30,000.00 | $30,000.00 |
| OPTION | MOBILIZATION AND DEMOBILIZATION | | | | |

FFP

NET AMT $30,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AB | | 119,000 | Cubic Yard | $52.38 | $6,233,220.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0004AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ______________________________
Name of POC(s) ______________________________
Address of Site (s) ______________________________

______________________________
______________________________ Phone Number(s)
______________________________

NET AMT $6,233,220.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AC | | 119,000 | Cubic Yard | $1.00 | $119,000.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $119,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AD<br>OPTION | | 93,300 | Cubic Yard | $29.38 | $2,741,154.00 |

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $2,741,154.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005<br>OPTION | | | | | |

FFP
ALL MATERIALS AROUND PIPES, UTILITIES AREA 2 (IF EXERCISED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA<br>OPTION | MOBILIZATION AND DEMOBILIZATION | 1 | Lump Sum | $10,000.00 | $10,000.00 |

FFP

NET AMT $10,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 2,000 | Cubic Yard | $52.64 | $105,280.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0005AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES);

Name of Site (s) ________________________________
Name of POC(s) ________________________________
Address of Site (s) ______________________________
______________________________
______________________________ Phone Number(s)
______________________________

NET AMT $105,280.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 2,000 | Cubic Yard | $1.00 | $2,000.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $2,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 29,000 | Cubic Yard | $37.16 | $1,077,640.00 |

OPTION

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $1,077,640.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | | | | |

OPTION

FFP
ALL MATERIALS AROUND PIPES, UTILITIES AREA 3 IF EXERCISED).

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 1 | Lump Sum | $10,000.00 | $10,000.00 |

OPTION

MOBILIZATION AND DEMOBILIZATION
FFP

NET AMT $10,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 6,400 | Cubic Yard | $52.38 | $335,232.00 |

OPTION

FFP
DREDGING, OFFLOADING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0006AC PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES) (ESTIMATED);

Name of Site (s) ______________________
Name of POC(s) ______________________
Address of Site (s) ______________________
______________________
______________________ Phone Number(s)
______________________

NET AMT $335,232.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AC | | 6,400 | Cubic Yard | $1.00 | $6,400.00 |

OPTION

FFP
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $6,400.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AD | | 21,000 | Cubic Yard | $29.38 | $616,980.00 |

OPTION

FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $616,980.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AE | | 1 | Lump Sum | $5,000.00 | $5,000.00 |

OPTION

FFP
REMOVAL AND DISPOSAL OF ABANDONED TELEPHONE CABLE

NET AMT $5,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 200 | Ton | $200.00 | $40,000.00 |

OPTION

FFP
DEBRIS REMOVAL AND DISPOSAL

NET AMT $40,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008<br>OPTION | | 500 | Ton | $200.00 | $100,000.00 |

FFP
DEBRIS REMOVAL AND DISPOSAL

NET AMT $100,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009<br>OPTION | | 1,000 | Ton | $200.00 | $200,000.00 |

FFP
DEBRIS REMOVAL AND DISPOSAL
TOTAL BASE BID PLUS OPTIONAL ITEMS: $____________________

NET AMT $200,000.00

Funded Amount $0.00

FOB: Destination

**TOTAL BASE BID: $________________________________**

**TOTAL BASE BID PLUS OPTIONAL ITEMS: $________________________________**

**NOTES FOR PRICE SCHEDULE:**

1 Bidders are required to bid on both the Base Bid Items and the Optional Items on the Price Schedule or their bid will be rejected.

2. The low bidder for the purpose of award will be the conforming responsible bidder offering the lowest amount for the Total Base Bid & Optional Items.

3. Any bid which is materially unbalanced as to the price for the Base Bid Item and Optional Items may be rejected. An unbalanced bid is one, which is based on price significantly less than the cost for some work and prices are significantly overstated for other work.

4. Bidders are reminded that they must bid on the issued plans and specifications as amended. Any deviations, conditions or attachments made by the bidders thereto may render the bid non-responsive and be cause for its rejection.

5. The Optional Items, if awarded, may be awarded within **450** calendar days from issuance of the Notice to Proceed date. Options may be awarded separately or together. Payment under Option Item No's, **0003AA, 0004AA, 0005AA, and 0006AA** MOBILIZATIONS AND DEMOBILIZATION; will be made under this contract only upon complete documentation by the Contractor that a mobilization surcharge has been appropriately incurred by the approved upland processor and placement site due to the exercise of the option. No other payment will be made under this contract for additional mobilization activities. The Government is under no obligation to award all or any of the Optional Items

6. The Newark Bay Confined Disposal Facility (NBCDF) may not be used. Unless the WQC conditions allow for its use and as directed by the Contracting Officer or the Contracting Officer's Representative (COR).

7. The apparent low bidder shall submit the documents specified in Section 00800: Special Contract Requirements, **CONTRACTOR'S IDENTIFIED** Offloading, Processing and Disposal Site Compliance. If the apparent low bidder does not submit the information required to be submitted within the times specified the Contractor will be considered non-responsible and its bid rejected.

8. Bidders will identify their offloading, processing and disposal sites with their bid. Bidders will write on the blank lines provided on the Price Schedule Line Item **0001AC** and the options as indicated above the name(s) of the site(s), POC(s), address(s) and phone(s) of their site(s) included in that line item.

9. DISPOSAL SITE COMPLIANCE
The Apparent low bidder must demonstrate to the Government **within 70 calendar** days from the date the Apparent low bidder is notified of being the low bidder; that the CONTRACTOR'S IDENTIFIED site(s) is operational, capable of offloading, processing and disposing of the Non rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line items **CLIN 0001AC** and the options as indicated above, is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management (CZM) Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material.

AMENDMENT #1
**W912DS-04-B-0003**

**Amendment No. 1**

1. The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**

SECTION 00700
1- Add the following clauses to section 00700:

Add Clause: 52-236-13 Alt I. Accident Prevention
Add Clause: 252.201-7000 Contracting Officer's Representative

**DRAWINGS:**

1-1-The following drawings, have been amended:
Drawings: CC-AK2-212 to C-AK2-217

2-The existing survey data has been placed on the NYD Website. The web URL is:

http://www.nan.usace.army.mil/business/buslinks/contract/index.htm

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based on what is contained in the printed Plans and Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility with user's system.

AMENDMENT #2
**W912DS-04-B-0003**-Amendment No. 2

Bid opening date, originally scheduled for 29 January 2004 at 11:00 A.M. is hereby changed to 18 February 2004 at 11:00 A.M., local time.

1.The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**
The Safety and Health Requirements; EM 385-1-1; 03 November 2003 shall replace the listed EM in the specification dated 3 September 1996 in all the sections where it is listed. The new manual can be viewed from web URL:
http://www.usace.army.mil/inet/usace-docs/eng-manuals/ceso.htm

SECTION 00800
1-Revise EM 385-1-1,03 November 2003, in this section

SECTION 00902
1-Page 902-i; Cover page -Typo: Consistency

SECTION 01420
1-Revise EM 385-1-1,03 November 2003, in this section

SECTION 02100
1. Page 6, Core Box: Add " Figure 1" as a label.

SECTION 02900
1-Sub-section 6.6, Page 11, paragraph 2 line 3, revise: "subject this" it should read, "...subject to this..."

2-Sub-section 7.5, Page 22, paragraph j line 3, revise: it should read "Voice contact, through radio or direct communication, must be maintained with a scow man, or other personnel, who is riding aboard a scow, for the duration of the placement trip."

**2) DRAWINGS:**
1-The following drawings which accompany, have been amended 8 sheets:
Drawings: CC-AK2-201 to 205 and 207, 210 and 211

**3) Reports**
The **Sediment Analyses Report** for AK2 has been placed on the NYD Website. The web URL is:
http://www.nan.usace.army.mil/business/buslinks/contract/index.htm

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based on what is contained in the printed Plans and Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility with user's system.

AMENDMENT #3
**W912DS-04-B-0003**

**Amendment No. 3**

Bid opening date, originally scheduled for 18 February 2004 at 11:00 A.M. is hereby changed to 17 March 2004 at 11:00 A.M., local time.

1. The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**

SECTION 00010
Replace Price Schedule with notes with the attached new Price Schedule and notes.

SECTION 00800

1- Paragraph 1.24, sub. para. g: page 00800-15, fifth sentence correct to read, "Bid Item Nos. 0001AC, 0001AE and 0001AH and Optional Items 0003AB, 0003AD, 0004AB, 0004AD, 0005AB, 0005AD, 0006AB and 0006AD".

2-Paragraph 1.44, sub. para. b: page 00800-28, 2nd sentence correct to read, " Non-rock material unsuitable for placement at the HARS, Bid Item Nos. 0001AC and 0001AH, and Optional Items 0003AB, 0004AB, 0005AB and 0006AB".

3- Paragraph 1.45 page 00800-29; 1st paragraph, correct sentence to read, " as per line item 0001AC and optional Items 0003AB, 0004AB, 0005AB and 0006AB".

3- Paragraph 1.45 page 00800-29; 2nd paragraph, correct sentence to read, " as per line item 0001AC and optional Items 0003AB, 0004AB, 0005AB and 0006AB".

4- Paragraph 1.45.2 sub. para. b: page 00800-32;correct sentence to read, " as per line item 0001AC and optional Items 0003AB, 0004AB, 0005AB and 0006AB".

<u>SECTION 00902</u>
1-Add to the existing permits the New Jersey DEP Federal Consistency Determination/Water Quality Certification dated February 6, 2004, which accompanies.

<u>SECTION 00903</u>
1-Add the Berth License Agreement for the Dewatering Site to this section, which accompanies.

<u>SECTION 01270</u>
1-Delete Section 01270 in its entirety and replace with it the attached New Section 01270, which accompanies.

<u>SECTION 02900</u>
1-Delete section 02900 paragraph 6.1 second paragraph on page 02900-10 " All non-Rock .......etc.... below MLW', in its entirety.

2-Delete section 02900 Paragraph 7.4 b), second paragraph on pages 02900-17 and 02900-18 " For ocean placement trips using scows...etc....placement location and placement conditions." in its entirety.

**<u>2) DRAWINGS:</u>**

1-The following drawings, have been amended:
Drawings: CC-AK2-201-209 and CC-AK2-281-223

2-The **revised** existing survey data has been placed on the NYD Website. The web URL is:

<u>http://www.nan.usace.army.mil/business/buslinks/contract/index.htm</u>

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based on what is contained in the printed Plans and

Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility with user's system.

AMENDMENT #4
**W912DS-04-B-0003**

## Amendment No. 4

Bid opening date is scheduled for 17 March 2004 at 11:00 A.M.

1. The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**

SECTION 00010
Replace Price Schedule with notes with the attached new Price Schedule and notes.

SECTION 00800
1- Delete section 00800 paragraph 1.1 a, page 00800-1 in its entirety and replace it with the paragraph below:

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the initial Notice to Proceed, (ii) prosecute the work diligently, and (iii) complete dredging and disposal of non-rock material and the work associated with the drilling, blasting, dredging, and disposal of rock material within **490 calendar days** for the basic contract from the date the Contractor receives the Notice to Proceed (NTP). The completion shall include final cleanup of premises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days after receipt of Notice to Proceed of contract.

If Exercised the contractor is prohibited from working on **(Contract Line Item "CLIN")** CLIN 0003 or CLIN 0004 or CLIN 0005 or CLIN 0006 until approval is given by the Contract Officer or Contract Officer Representative (COR) for each CLIN.

The Optional Items with the exception of CLIN 0002, will be exercised, if at all within **450** calendar days from issuance of the Notice to Proceed date. CLIN 0002 will be exercised, if at all within **120** calendar days. The Government is under no obligation to exercise any or all of the Optional Items. The contract duration will be increased **100** calendar days if CLIN 0003 is exercised; **55** calendar days if CLIN 0004 is exercised; **15** calendar days if CLIN 0005 is exercised and **15** calendar days if CLIN 0006 is exercised.

Work associated with the removal of rock, such as the pre-treatment of rock, blasting and the dredging of rock material, is prohibited unless authorized in writing by the Contracting Officer or Contracting Officer Representative (COR). Written authorization is anticipated to be issued between 1 November 2004 and 1 April 2005.

SECTION 00902

1-Add to the existing permits the amended
New York DEC Water Quality Certification (DEC permit number 2-6499-00001/00002) dated February 26, 2004, which accompanies and

New Jersey DEP Federal Consistency Determination/Water Quality Certification (File: 0000-03-0035.1 (CDT 030002)) dated February 24, 2004 and

New York DEC Water Quality Certification (DEC permit number 2-6499-00001/00002) dated February 19, 2004, which accompanies.

SECTION 00903

1-Add a Map Location of the cable lines in **Utilities Area 3** to this section, which accompanies.

SECTION 01130

1- Add the new paragraph below to Section 01130 paragraphs 1. 7-page 01130-2,

C-Turbidity Control
Turbidity control (silt curtains) shall be provided in strict accordance with the requirements of the state of New York DEC Water Quality Certification (DEC permit number 2-6499-00001/00002),
The contractor shall comply with all provisions of the permits. Copies of the actual permits are provided with the specs and/or amendments.

SECTION 01270

1-Delete Section 01270 in its entirety and replace with it the attached New Section 01270, which accompanies.

SECTION 01330

1-SUBMITTAL PROCEDURES: Add a new page 01330-12, which accompanies

SECTION 002200

1- Delete section 02200 paragraph 4.2 page 8 and replace it with the paragraph below:

4.2-Blasting.
-Blasting shall be confined to daylight hours during the period **from 2 hours after sunrise to 1 hour before sunset.**
-Blasting is **prohibited on Sundays and Federal holidays.**
-Blasting shall not be conducted when temperature inversions or heavy, low-level cloud cover exists.
-Blasting is **permitted in Acceptance areas C, D, E, F and G, of Area 2 Monday thru Saturday** and blasting is **permitted in the remaining of Area 2 from Thursday thru Saturday**

SECTION 02220
1-Add a new section: **Section 02220 "TELEPHONE CABLE REMOVAL"** to the specifications, which accompanies

SECTION 02900
1-Delete section 02900 paragraphs 5.5.3.2 and 5.5.3.3 page 5 and replace them with the revised paragraphs below:

5.5.3.2 -Area 2, **excluding Acceptance Areas C, D, E, F and G,** within the existing Federal Channel will remain open to traffic, including during rock removal operations.

5.5.3.3 -Area 2 **excluding Acceptance Areas C, D, E, F and G** within the existing Federal Channel shall be maintained at **35 ft MLW** in areas that are not beneath the dredges or drilling equipment to allow for ship traffic.

And Acceptance Areas B, C, D, E, F and G shall be maintained at **25 ft MLW** in areas that are not beneath the dredges or drilling equipment to allow for ship traffic.

2-Section 02900 Paragraph 7.4 b), second paragraph on pages 02900-17 and 18. The paragraph below was deleted by mistake in amendment #3. This paragraph below will stay as is in the original specs.

"Regardless of the sea conditions, any waves breaking into a scow, resulting in water or sediment washing out of a scow will constitute unauthorized and illegal discharge of dredged material. It is up to the contractor to ensure that such discharge does not occur. Likewise, placement of dredged material within the confines of a designated placement grid or other designated area is always the responsibility of the contractor, and contractors will not receive compensation for dredged material placed outside of the designated placement areas, for any reason. The contractor should plan accordingly for occasional weather/sea condition delays and ensure that all equipment used for dredged material placement is in proper working condition, and that all personnel involved with dredged material placement are aware of the requirements regarding placement location and placement conditions."

3- Add the paragraph below to Section 02900 paragraph 6.6 sub-paragraph 7 page 02900-12,
The Contractor can identify an alternate site for **the decanting water scows. All Decant water** shall be **discharge** into the Arthur Kill. Contractor shall submit with his bid the location and point of contact for the decant water holding scow site location. Decant water holding scows and decant water discharge shall be in accordance with but not limited to the New York DEC Water Quality Certification (DEC permit number 2-6499-00001/00002) and the New Jersey DEP Federal Consistency Determination/Water Quality Certification (File: 0000-03-0035.1 (CDT 030002)

**2) DRAWINGS:**
1-The following drawings, have been amended:
Drawings: CC-AK2-201-204-205-208

AMENDMENT #5
**W912DS-04-B-0003**

**Amendment No. 5**

Bid opening date, originally scheduled for 17 March 2004 at 11:00 A.M. is hereby changed to 31 March 2004 at 11:00 A.M., local time

1. The following changes shall be made to the specifications.

**1) SPECIFICATIONS:**

SECTION 00800

1- Add the new sub-paragraph 5 below to Section 00800 paragraph 1.26 page 00800-18

**DREDGING AND DREDGE RELATED MARINE WORK**

The Contractor shall comply with the provisions of EM 385-1-1. If the Contractor is a currently accepted participant in the Dredging Contractors of America (DCA)/ United States Army Corps of Engineers (USACE) Dredging Safety Management Program (DSMP), as determined by the DCA/USACE Joint Committee, and holds a current valid Certificate of Compliance for both the Contractor Program and the Dredge(s) to be used to perform the work required under this contract, the Contractor may, in lieu of the submission of an Accident Prevention Plan (APP),

(1) make available for review, upon request, the Contractor's current Safety Management System (SMS) documentation,
(2) submit to the Contracting Officer the current valid Company Certificate of Compliance for its SMS,
(3) submit the current dredge(s) Certificate of Compliance based on third party audit, and submit for review and acceptance, site-specific addenda to the SMS as specified in the solicitation."

SECTION 00901

1- Replace the USACE Transportation and Placement Log (TPL) on page 00901-5 with the revised, which accompanies.

SECTION 01420

1-Delete Section 01420 in its entirety and replace it with the attached New Section 01420, which accompanies.

SECTION 02900

1- Add the new paragraph below to Section 02900 paragraph 7 page 02900-13 at the start of the paragraph,

The following requirements are applicable for the towing of vessels containing Dredged Materials.

The **American Bureau of Shipping (ABS)** load lines will be required for all Contractors or its authorized dredging or towing contractor using **unmanned dump scows** towing and heading for

the HARS or reef placement site beyond the US Boundary lines. Plimsoll mark disk and Load lines shall be painted and maintained to be clearly visible on the scow.

The Tug captain shall be informed of any temporary repairs made to the scow prior to departure.

Scows shall not be overloaded relative to its appropriate A-B Load Line. Appropriate A-B Load Lines (draft) shall be included on the USACE-TPL. The CDI shall mark compliance with respective load line on USACE-TPL along with draft aft and draft forward readings. Photographs should be taken of the loaded scow's plimsoll mark disk and respective load line prior to its towing. These shall be submitted with the USACE-TPL.

Timber matting shall be placed in the loading area of the scow and maintained to prevent punctures from falling or shifting rock. The extent of the timber matting shall be identified on the scow so that they are visible to the Dredge Operator or the Contractor shall have a person present to assist the Dredge Operator during the loading procedure. The Quality Manager shall assign a person other than the Dredge operator to perform a quality control function to insure scow are loaded properly.

Loads should be distributed within the scow and water introduced into the scow during the loading process shall be kept to a minimum.

2. Delete section 02900 paragraph 7.4.b, page 02900-17 in its entirety and replace it with the paragraph below:

b. The towing vessel captain and the CDI must jointly determine and agree, prior to the departure of the towing vessel from the dredging site, that the forecasted weather and sea conditions at the expected time of placement of dredged material within the HARS or artificial reef site will **allow for the safeguard of personnel and property during the towing operation and full release of material from the scow at the designated location.** If weather/sea conditions will not permit placement of dredged material at the designated grid cell, the scow must not be towed from the dredging site until conditions improve and allow safe and accurate dredged material placement.

**Questions and Answers (for information only)**

**Questions and Answers**

The New York District has received numerous questions. The Corps believes that the revised plans and specs in amendments 1 thru 4 addresses the questions received to date.

1-Questions received in reference to Section 02900 7.4b: see amendment 3, the paragraph was revised.

3-Other questions received in reference to the B/AUD; these questions should be addressed to the issuer of the B/AUD.

Questions: Is the Contractor only allowed to blast in Area 2 on Thursday, Friday, and Saturday? Are the Optional Utility Areas considered as part of Area 2 and thus under the same restriction? Please define Area 2 (Center of channel) in more detail.

Answers: Both Section 02200 paragraph 4.2 and section 02900 paragraphs 5.5.3.2 and 5.5.3.3 were revised in this amendment.

Questions: A component inherent in the dredging process is the over digging of material beyond the required grade, in order to avoid leaving costly **shoals** throughout the project area. Does the Corps expect the Contractor not to over dig material even beyond elevation -44.5 ft MLW while **trying** to achieve the required grade?

Answers: See section 002900 paragraphs 5 thru 5.4.

Questions: Acceptance Area 2 overlaps with Areas C through G and **the Option** Utility Areas. Also the Acceptance Areas C through G do not encompass the entire channel area in Area 2. Are Acceptance Areas C through G acceptance areas within Acceptance Area 2? Please define the acceptance areas in more detail.

Answers: Bid Schedule was revised in this Amendment.

Questions: Rock is separated from Non-Rock in both payment terms and order of dredging. As you are aware, this *project* contains very high blow count non-rook material and both competent and weathered rock. How will the rock material be segregated out from the non-rock material during the coarse of work? Will it be based upon the ability of a dredge to remove the material? Will rock material be defined as that requiring blasting to be dredged or will it be possibly based upon the Government's projected rock contours? As you realize backhoe and clamshell dredges have been able to dig some rock without blasting if the rock is sufficiently weathered, Conversely, clamshell dredges may not be able to dig some of very high blow count non-rock material at all. Please provide a thorough explanation of how the rock and non-rock payment items will be separated out.

Answers: Bid Schedule was revised

Questions: The bid schedule contains multiple options. Within some of these options there is an upland disposal component. The government has allowed a period of up to 400 calendar days to exercise four options containing upland disposal components. This could result in four separate mobilizations for the upland equipment. Could the government clarify the upland options regarding whether the contractor should incorporate separate mobilization costs for each of these option.

Answers: Bid Schedule was revised

Questions:
1-Specifically, Specification Section 02900-7,3e page I6 refers to individual grid cells as small as 100 feet by 200 feet. Section 02900-17 7.4,b states that contractors will not receive *compensation for* dredged material placed outside the designated placement area for any reason
The hopper or cargo box for all scows of 3,000 cubic yards or larger, i.e. all scows that can be economically used on a project of this scope are longer than 200 feet. Consequently, every scow that dumps into a 200 foot by 100 foot grid *will* place material outside the designated area and will not receive compensation for some or all of the dredge material.
The requirement to place dredge material in the open ocean in 80 feet of water In a 200 foot by 100 foot grid with the stipulation that no material for any reason such as drift or the fact that the grid is smaller that the hopper on commercially viable dump scows be placed outside the grid is a physical impossibility. If this requirement is not changed, then contractors will be at the discretion of the supervising authority.
Please expand the grid area to allow contractors tile possibility of complying with the specifications,
1-What is or was the incidence of missed dumps when the grid size was more reasonable e.g. 500 feet by 500 feet?
2-Could the grid sizes be increased to 500 feet by 500 feet?

Answers:
Although individual grid cells targeted for placement during a single trip to the HARS may be as small as 100 ft by 200 ft, project grids are comprised several rows and columns of grid cells, such that the project grid provides a large area for placement of dredged material. It is understood by NY District that individual grid cells may not always be "hit" during a given trip to the HARS, but as long as placement occurs within the approved placement grid, often in an adjacent grid cell, the general goals of placement have been met. Over the course of a project, each grid cell will be used for placement several times, providing relatively uniform coverage to the larger grid area.
In the past, when larger grid cells were used, placement occurred within a small portion of each grid cell, creating mounds, which defeated the goal of uniform coverage at the HARS. Because mounds were created during some past projects, the swales between mounds have to be filled with dredged material to provide the minimum remediation thickness (1m) at the HARS.

Therefore; grid cells will remain as is, and no changes to the Specification Section 02900-7,3e.

AMENDMENT #6
**W912DS-04-B-0003**

## Amendment No. 6

Bid opening date, originally scheduled for 31 March 2004 at 11:00 A.M. is hereby changed to 15 April 2004 at 11:00 A.M., local time

1. The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**

SECTION 00010
Replace Price Schedule with notes with the attached new Price Schedule and notes.

SECTION 00800
1- Revise Section 00800-paragraph 1.15, FINAL EXAMINATION AND ACCEPTANCE, pages 00800-9 and 10, the fourth sentence on page 00800-10," "The Government shall notify the Contractor…etc…." the revise sentence will be:

The Government shall provide the Contractor the survey data and maps **within** fourteen (14) calendar days and the quantity volume **within forty-five (45)** calendar days from the date the field survey was performed by the Government.

2- Revise section 00800 paragraph 1.32 A, INSURANCE PROCURED BY CONTRACTOR, page 00800-20 second sentence after "New Jersey", to include as additional insureds:

*The City of New York* and *New York City Economic Development Corporation and State of New York*

SECTION 01270
1-Revise Section 01270 paragraph 1.2.1 and replace it with the paragraph below

1.2.1 Debris, Removal and Disposal **(Item No. 0001AB, 0007, 0008, 0009)**
1.2.1.1 Payment
Payment will be made for costs associated with the collection, storage and handling, and the removal from the site and proper disposal of all debris recovered from the bottom and including cables, pilings, line, concrete, etc, all floating debris and all objects, which are unsuitable for placement in the HARS or upland disposal site or artificial reef site.
1.2.1.2 Unit of Measurement
Unit of measure: ton (2,000 lbs).

SECTION 01330
1-SUBMITTAL PROCEDURES: Add a new page 01330-12, which accompanies, this page was omitted by error in amendment 4.

SECTION 02900
1- Replace Section 02900 paragraph 5.4 page 02900-4, with the revise paragraph below.

5.4 Reprofiling, including bar dragging or similar activities, of the channel bottom in any area at any time is prohibited.

The following questions and answers are provided for information only. Nothing contained below amends or revises any provision of the solicitation.

**Questions and Answers**
The New York District has received questions about the contract.

1-Questions
Section 02900 Clause 5.5.3.4 states that when "ships over 700' loa (length over all) are transiting the work area (either from the North or the South) the entirety of the Acceptance Area A must be restored to 35 ft mlw." How often do ships over 700' transit through this area? Please provide any vessel traffic information on this subject.

Answers
As specified in section 02900 paragraph 5.5.3.5 page 02900-5:
"The Contractor shall coordinate with the USCG on anticipated ship movements in the project area."
"Historic information on vessel traffic is maintained by the USCG Vessel Traffic Service."

POC for the USCG was provided in the Specs.

Commander (VTS)
Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, New York 10305
Telephone: 718-354-4088

AMENDMENT #7
**W912DS-04-B-0003**

**Amendment No. 7**
Bid opening date is scheduled for 15 April 2004 at 11:00 A.M.

1. The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**

**SECTION 00800**
1- Delete section 00800 paragraph 1.1 a, page 00800-1 in its entirety and replace it with the paragraph below:

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the initial Notice to Proceed, (ii) prosecute the work

diligently, and (iii) complete dredging and disposal of non-rock material and the work associated with the drilling, blasting, dredging, and disposal of rock material within 490 calendar days for the basic contract from the date the Contractor receives the Notice to Proceed (NTP). The completion shall include final cleanup of premises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days after receipt of Notice to Proceed of contract.

If Exercised the contractor is prohibited from working on (Contract Line Item "CLIN") CLIN 0003 or CLIN 0004 or CLIN 0005 or CLIN 0006 until approval is given by the Contract Officer or Contract Officer Representative (COR) for each CLIN.

The Optional Items with the exception of CLIN 0002, if awarded, will be awarded within 450 calendar days from issuance of the Notice to Proceed date.

CLIN 0002 if exercised will be awarded within 120 calendar days.

The contract duration will be increased **100** calendar days if CLIN 0003 is exercised within **400** calender days or **165** calendar days if CLIN 0003 is exercised between **401 and 450** calendar days from issuance of the Notice to Proceed date,
**55** calendar days if CLIN 0004 is exercised,
**15** calendar days if CLIN 0005 is exercised and
**15** calendar days if CLIN 0006 is exercised.
The Government is under no obligation to award any or all of the Optional Items.

Work associated with the removal of rock, such as the pre-treatment of rock, blasting and the dredging of rock material, is prohibited unless authorized in writing by the Contracting Officer or Contracting Officer Representative (COR). Written authorization is anticipated to be issued between 1 November 2004 and 1 April 2005.

**SECTION 02900**

1- Delete section 02900 paragraph 5.4 page 02900-4, in its entirety and replace it with the paragraph below:

**5.4 Reprofiling**

1-In undredged areas; reprofiling, including bar dragging or similar activities, of the channel bottom in any undredged area at any time is prohibited.

2-In currently dredged areas (areas dredged under this contract); reprofiling of the channel bottom in any area is prohibited, the use of the bar dragging will be allowed for leveling high spots for the purpose of accepting the area, with the advanced approval of the COR based on confirmation by government surveys of the existence of high spots.

**The following questions and answers are provided for information only. Nothing contained below amends or revises any provision of the solicitation.**

<u>Questions and Answers</u>
The New York District has received questions about the contract.

<u>1-Question</u>
In Amendment #4, Section 00800, Clause 1.1 was adjusted to read, "Work associated with the removal of rock, such as the pre-treatment of rock, blasting and the dredging of rock material, is prohibited unless authorized in writing by the Contracting Officer or Contracting Officer Representative (COR). Written authorization is anticipated to be issued between 1 November 2004 and 1 April 2005."

This would mean that with the environmental windows already in place for some areas, blasting would not be permitted until June 1st of 2005 or roughly 400 days into a 490 day contract. In Area 1 it would not be possible to blast until August 1 2005. For contractor scheduling and pricing purposes could the Corps better define this large time period of waiting for authorization?

<u>Answer</u>
The information provided in the above question indicates that the contractor plans to start construction on or about April 27, 2004, this is not anticipated when the bid opening is on April 15, 2004.

As per section 00800 paragraph 1.45, "The Apparent low bidder must demonstrate to the Government within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder; that the contractor identified offloading, processing and disposal site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS ....etc..."

As indicated in this amendment the contract duration will be extended for Area 1 CLIN 0003. "**165** calendar days if CLIN 0003 is exercised between **401 and 450** calendar days from issuance of the Notice to Proceed date"

<u>2-Question</u>
Reference: Section 02200 Blasting paragraph 4-2 gives blasting restrictions for Area 2 and for the time of day when blasting is permitted.
Questions: What are the blasting restrictions for Channel Area 1?
On previous deepening projects the Contractor was allowed to drill during the night. Is the Contractor allowed to drill and load holes outside of the hours for blasting, i.e. during the night, and then blast during the allowed time period?

Answers
Section 02200 Blasting paragraph 4-2 was updated in amendment #4; all the listed restrictions apply unless otherwise stated.
Drilling and loading holes outside of the hours for blasting **may be considered** if the submitted plans and/or requests are approved by all the agencies involved. (USCG, USACE, Fire Departments and …etc…).

3-Question
Reference: Section 02900 Dredging and Disposal paragraph 7 (Amendment 0005) states timber matting shall be placed in the loading area of the scow and maintained to prevent punctures from falling or shifting rock."
Questions: What is the definition of the loading area of the scow? Does the loading are include the side plates, of the scow or is it just the slope plates of the scow? What is the specification for the timber matting? The timber matting will add weight to the hull of the barge thus affecting the stability of the barge and will require a new ABS load line certificate.

Answer
Loading area is just the slope plates; defined as the area of the scow where contact is made by the rock during the loading process. Specifications for the timber matting are up to the contractor based upon their equipment and loading operation. Timber matting is used to protect the hull of the barge when loading the scow to prevent punctures. All certificates should be completed and in place before using any scow.

4-Question
Reference: Amendment 0006 added three option line items for debris removal and disposal and increased the base bid line item for debris removal and disposal.
Questions: Why are there three separate option line items for debris removal and disposal? What information lead the Corps to add the option line items for debris removal and disposal?
Do the option line items correspond to certain areas within the dredge limits?

Answer

If the quantity of debris for the basic debris removal contract line item is exceeded (by at least more than 15%), then the intent is to exercise one of the three options that will closely match the expected final quantity of debris to be encountered.
No. It applies to the entire contract area.

5-Question
Reference: Section 02200 Blasting; paragraph 5.2 Test Blast Plan,
Questions: Can the Contractor use the optional test blast program for a drill boat that is not part of the initial test blast program?

Answer

It is a contract requirement that a test blast program is performed for each drill boat.

AMENDMENT #8
**W912DS-04-B-0003**

**Amendment No. 8**
Bid opening date is scheduled for 15 April 2004 at 11:00 A.M.

1. The following changes shall be made to the specifications and plans.

**1) SPECIFICATIONS:**

**SECTION 02900**
1- Delete section 02900 paragraph 5.4 page 02900-4, in its entirety and replace it with the paragraph below:

**5.4 Reprofiling**

1-Reprofiling of the channel in any area at any time is prohibited. Reprofiling is defined as moving shoaled material from one area of the channel to a deeper area by bar dragging or similar activities, rather than dredging the areas.

In currently dredged areas (areas dredged under this contract);
The use of the bar dragging for bottom leveling activities may be considered on a case by case basis and subject to the COR and appropriate state regulatory agency approval for leveling minor high spots for the purpose of accepting the area. This would only be considered in areas already dredged and only with the advanced approval of the COR based on confirmation by government surveys of the existence of minor high spots after dredging was completed in a given acceptance area."

2-Bar Dragging to Eliminate Local Pinnacles
Bar dragging to eliminate local pinnacles may be used with the express prior approval of the COR or his representative with the following conditions.

a. The bar shall be dragged parallel to the contract or acceptance area edge(s) and shall ***not*** be dragged toward another contract area or toward any acceptance area that has already been accepted by the USACE.

b. Any material that is deposited into an adjacent contract area, or into an adjacent acceptance area that has already been accepted, which in the opinion of the COR was the result of bar dragging, shall be immediately removed by the contractor at no cost to the USACE.

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 Alt I | Definitions (Dec 2001) --Alternate I | MAY 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JAN 1999 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JUN 2003 |

| | | |
|---|---|---|
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-7 | Insurance--Liability To Third Persons | MAR 1996 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.244-6 | Subcontracts for Commercial Items | APR 2003 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | FEB 2003 |
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | APR 2003 |
| 252.232-7003 | Electronic Submission of Payment Requests | MAR 2003 |

| | | |
|---|---|---|
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within **5** calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than **490** calendar days. * The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $ 4,413.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

# EXHIBIT 8
# Excerpts from NY District Contract No. W912DS-05-C-0004

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICIT. N NO. W912DS-05-B-0003-0007 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3 TE ISSUED 11-Mar-2005 | PAGE OF PAGES 1 OF 55 |
|---|---|---|---|---|

MPORTANT - The "offer" section on the reverse must be fully completed by offeror.

| . CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| V912DS-05-C-0004 | SEE SCHEDULE | |

| . ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO (If Other Than Item 7) CODE |
|---|---|
| JSA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>6 FEDERAL PLAZA<br>IEW YORK NY 10278<br><br>EL:212-264-0238 FAX: 212-264-3013 | See Item 7<br><br>TEL: FAX: |

| . FOR INFORMATION CALL: | A. NAME EDWARD T LEW | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) 212-264-7740 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

0. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Kill Van Kull Channel Navigation Improvement 50-Foot Project, Contract 1, (S-KVK-2), New York and New Jersey

1. This project consists of deepening of the existing 43 to 45 feet (MLW) Federal Navigation Channel System to a depth of 52 feet (MLW). The project area is located in Kill Van Kull Channel at New York, New Jersey Harbor between Bayonne and Staten Island.

2. This project is unrestricted pursuant to the Small Business Competiveness Demonstration Program. This is a Continuing Contract. NAICS Code: 237990, size standard: $17.0 Million

3. Contract Specialist: Myrlande Lee (212) 264-6707/4863
Technical Point of Contact: Jamal Sulayman or Steven Weinberg (212) 264-9080/9081

Note New Requirement: Bonds, Powers of Attorney, statements of authenticity and continuing validity, and all related documents MUST NOT bear computer printer-generated signatures and/or seals. Documents bearing signatures and/or seals generated as part of a document, as opposed to being affixed to the document after its generation, will not be accepted. Submission of such documents may render the bid or offer non-responsive and ineligible for award. Please review all bonds and accompanying documents required to be submitted.

1. The Contractor shall begin performance within 5 calendar days and complete it within 725 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ________ .)*

| 2 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

3. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 14 Jan 2005 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

ISN 7540-01-155-3212 1442-101 C; 04-03-32 3/11/05 **STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

**SOLI ATION, OFFER, AND AWARD (Continue**
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

4. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
EAN STUYVESANT
AMES P. THOMAS
.O. BOX 51118
EW ORLEANS LA 70151-1118

15. TELEPHONE NO. *(Include area code)*
215-884-5475

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

ODE
1HNF4

FACILITY CODE

7. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is ccepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than ne minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

MOUNTS | SEE SCHEDULE OF PRICES

8. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| MENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

0A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

1. ITEMS ACCEPTED:

# SEE SCHEDULE

2. AMOUNT
**$78,818,810.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

4. SUBMIT INVOICES TO ADDRESS SHOWN IN
*copies unless otherwise specified)*

**ITEM**

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

6. ADMINISTERED BY CODE
ISAED NEW YORK
CHAPEL AVE, PORT LIBERT CAVEN POINT TER
ERSEY CITY NJ 07305

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE AT
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees o furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

0A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED O SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil

0B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY Ella D. Snell

31C. AWARD DATE
11-Mar-2005

ISN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

C: 04-03-32 3/11/05



G006920

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-4306-5043 | | | | |
| | | | | NET AMT | $0.00 |

ACRN AA Funded Amount $1.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | MOBILIZATION AND DEMOBILIZATION<br>FFP | 1 | Lump Sum | $4,600,000.00 | $4,600,000.00 |
| | | | | NET AMT | $4,600,000.00 |

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | DEBRIS REMOVAL AND DISPOSAL<br>FFP | 500 | Ton | $150.00 | $75,000.00 |
| | | | | NET AMT | $75,000.00 |

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 128,000 | Cubic Yard | $50.00 | $6,400,000.00 |

DREDGING, TRANSPORTATION, DELIVERY,
FFP
PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES))

Name of Site (s) ______________________________

Name of POC(s) ______________________________

Address of Site (s) ______________________________

______________________________

______________________________

Phones (s) ______________________________

NET AMT $6,400,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 128,000 | Cubic Yard | $1.65 | $211,200.00 |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $211,200.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | $5,500.00 | $82,500.00 |

SUBSURFACE DRILLING AND SAMPLING
FFP

NET AMT $82,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 2,391,000 | Cubic Yard | $28.21 | $67,450,110.00 |

DREDGING, TRANSPORTATION, DELIVERY
FFP
AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT
AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE
PURCHASE REQUEST NUMBER: W16ROE-4306-5043-0001

NET AMT $67,450,110.00

ACRN AA Funded Amount $7,800,000.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $1,000.00 | $1,000.00 |
| OPTION | ADDITIONAL COST FOR OPTIONAL INSURANCE<br>FFP<br>(the amount is the maximum that can be reimbursed, only actual expenses will be reimbursed) | | | | |
| | | | | NET AMT | $1,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 12,000 | Cubic Yard | $-10.25 | $-123,000.00 |
| OPTION | OPTIONAL ITEM/ DIFFERENCE IN COST<br>FFP<br>DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK<br>MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY<br>(NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS )<br>(POSITIVE NUMBER TO BE SHOWN WITHOUT PARENTHESIS) | | | | |
| | | | | NET AMT | $-123,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 3,500 | Cubic Yard | $0.00 | $0.00 |
| OPTION | OPTIONAL ITEM/ DIFFERENCE IN COST, FFP<br>THE DRILLING, BLASTING, DREDGING AND DISPOSAL OF ROCK MATERIALS AT A NEW ARTIFICIAL REEF PLACEMENT SITE (NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS) (POSITIVE NUMBER TO BE SHOWN WITHOUT PARENTHESIS) | | | | |

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

TOTAL AMOUNT

**TOTAL BASE BID PLUS OPTIONAL ITEMS: $____________**

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | OCT 2004 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |

| | | |
|---|---|---|
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | OCT 2004 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |