# EXHIBIT 24

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC, | | : |
| | Plaintiff, | : |
| | -against- | : Index No. 06-472 C |
| THE UNITED STATES OF AMERICA, | | |
| | Defendant, | : |
| | - and - | : |
| DONJON MARINE COMPANY, INC., | | : |
| | Third-Party Defendant. | : |

DEPOSITION of ELLA D. SNELL, taken by Plaintiff at the offices of Davidoff, Malito & Hutcher, 605 Third Avenue, New York, New York 10158, on Friday, May 18, 2007, commencing at 9:30 o'clock a.m., before Annette Forbes, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

permits.

Can you explain what you mean by enforces?

02:28:12 MR. ADLER: Was that her testimony? Can you read it back?

I am going to object as to mischaracterizing the testimony.

A Could you repeat the question?

02:28:48 Q Earlier you were asked a question regarding the Army Corps' responsibility with regard to the permit indicated in this section.

My question to you is also, No. 1, did you indicate that the technical division

02:29:04 enforces the permits?

A They don't enforce the permits.

What they do, they ensure that the contractor submits the necessary documentation showing that they have the required documents per

02:29:19 the -- it's not our responsibility to enforce it, we just make sure that they have it before they can start work on the project.

MS. FRANKLIN: That's all I have.

02:29:31 MR. ADLER: I want to

redirect.

REDIRECT EXAMINATION

BY MR. ADLER:

02:29:35 Q Do you have an understanding whether or not the contractors are expected to comply with those permits?

MR. FLAHERTY: Objection.

MS. FRANKLIN: Objection. 02:29:49 Vague.

A They are expected to comply. That's why they have them.

Q Did you testify earlier this morning stating that the technical division is required to 02:30:09 ensure that the contractors comply with the technical and other requirements?

A I'm sure that I did.

But this is part of the technical requirements and it goes back to how do you define 02:30:28 technical.

Like this is my contract and we have a contractor, this is what you have to do.

We tell the contractor, we make sure the contractor complies with this before I can 02:30:39 issue an NTP.

The contractor submits the technical documents, we look at them and we make a determination.

MR. ADLER: Thank you.

MR. FLAHERTY: Can I follow up on that?

CROSS-EXAMINATION

BY MR. FLAHERTY:

Q Ms. Snell, just so I'm clear on this, any one of these contracts we looked at here today, they require that materials be submitted to the Army Corps; is that correct?

A That's correct.

Q And the submission of those materials complies with a technical requirement of the contract; isn't that correct?

A That's correct.

MR. ADLER: Objection.

Q And you, to the extent you receive the materials, I gather they would be received by somebody else, but to the extent you receive such materials you give them to a team that reviews them; is that right?

A That's correct.

02:31:37
Q And then they advise you whether those documents are in compliance with the obligations of the contractor under the contract; is that right?
MR. ADLER: Objection.
A That's correct.
02:31:43
Q I mean, they meet the requirements of the submission that is called for; is that correct?
A That's correct, yes.
MR. FLAHERTY: That's fine. Thank you.
02:31:50
MR. ADLER: You are done. Thank you.
02:32:01
MS. FRANKLIN: Before we go off the record, I would like to reserve an opportunity for this witness, Ms. Snell, to review her transcript.
(Whereupon, at 2:32 o'clock p.m., the deposition was concluded.)

# EXHIBIT 25

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------x

TDM AMERICA, LLC,

Plaintiff,

vs. No. 06-472 C

THE UNITED STATES OF AMERICA,

Defendant.

and

DONJON MARINE COMPANY, INC.,

Interested Party.

------------------------------x

CONFIDENTIAL

DEPOSITION OF JOHN F. TAVOLARO

New York, New York

Tuesday, July 10, 2007

Reported by:
Jennifer Ocampo-Guzman, RPR, CRR
JOB NO. 12898

David Feldman
Worldwide

COPY

From File to Trial™

California | New York | Texas
www.david-feldman.com

like that is not reflected on the transcript. So it's important that you understand the question so it's clearly answered and, similarly, it's important that you provide a verbal response so the court reporter can note that for the record.

If at any time you want a break, just let me know and we will do so.

A. Okay. Thanks.

Q. Can you please state your --

(Discussion off the record.)

Q. Mr. Tavolaro, are you currently employed?

A. Yes.

Q. And with whom are you employed?

A. U.S. Army Corps of Engineers, New York District.

Q. And what is your position?

A. I'm the deputy chief of operations division.

Q. And for how long have you been employed with USACE?

A. Since 1978.

Q. Can you briefly describe your

education since high school?

A. I have a master's degree in geology, specialty in sedimentology and, of course, of course a bachelor's degree in geology, also.

Q. From where?

A. Bachelor's degree is from Brooklyn College of the City University of New York, and the master's degree is from Queens College of the City University of New York.

Q. And briefly describe your work experience since college.

A. When I was first hired by the Army Corps of Engineers I was a field technician doing sediment and biological sampling and testing, a lot of field work. I then became a project manager, working on dredge material management projects and dredging projects, and then I became a section chief managing people who were project managers, as well as part of the regulatory permit program for ocean dumping of dredge material. Then became a branch chief supervising pretty much the same type of people.

And the branch chief position it included doing hydrographic surveys as well, you know, the people that did the hydrographic surveys. And then most recently I was promoted to the deputy chief of operations.

Q. In your position as project manager, you mentioned one of your responsibilities were dredge material management projects; is that it?

A. Yes.

Q. And what does that entail?

A. A lot of studies and monitoring for the most part. Feasibility studies of different types of disposal techniques and monitoring of existing disposal sites.

Q. What do you monitor, what did you monitor at --

A. Environmental monitoring.

Q. Did you monitor the type of material that may have been disposed at these disposal sites?

A. Yes.

Q. What did you monitor it for?

Tavolaro-Confidential

A. Yes.

Q. And what do you mean by that?

A. Well, our contracts are written out. We have specifications as well as plans which are the drawings, but the specifications state the work that's required and both administratively and technically, and the contractor needs to follow those specifications.

Q. And do those specifications include complying with permits that are issued by regulatory agencies?

A. Yes.

Q. So that would include permits issued by the New Jersey Department of Environmental Protection?

A. Yes.

Q. And what steps do you take to ensure that compliance is actually being done?

A. For permits that are issued to the Army Corps of Engineers, and there are some that are issued to the Army Corps of Engineers, we review the contractor's daily

Tavolaro-Confidential

report. We have field inspectors go out and visit and do their own compliance inspections and make sure that the contractors are following those permit requirements.

Q. How about with respect to the permits that are issued to the contractor?

A. It's the contractor's responsibility to ensure that any permits that they need that don't directly relate to the Corps' activities are adhered to.

Q. But does the -- is the United States concerned though or does the United States take steps to ensure that the contractors comply with those permits from the regulatory agencies?

A. No.

Q. Isn't that part of the contract requirements though?

A. Part of the contract requirements are for the contractor to adhere to all state and local permits, yes.

Q. So there is no monitoring by the United States to ensure that that's done?

A. Not direct monitoring, no.

Tavolaro-Confidential

Q. How about indirect?

A. Only if we see something during our field visits or if we get a report from state enforcement offices would we then take action according to the contract.

Q. Now, with respect to your general responsibilities to ensure compliance with the various contracts, have you visited the OENJ Bayonne site or the CTI site or the Donjon processing facility sites?

A. I have been to all three, yes.

Q. Let's start with them first, the OENJ Bayonne site, where is that located?

A. On the upper bay of New York Harbor in Bayonne.

Q. And is that still there?

A. I believe it's closed down.

Q. Do you know about when it was closed down?

A. No, I don't.

Q. During which time did you visit it?

A. I visited it around 2000, 2001.

Q. About how many times?

A. Maybe twice.

# EXHIBIT 26

United States Patent [19] [11] Patent Number: 5,007,590
Taylor [45] Date of Patent: Apr. 16, 1991

# [54] APPARATUS AND METHOD FOR MIXING SOLID OR SEMI-SOLID WASTES WITH ADDITIVES

[75] Inventor: Patrick D. Taylor, Rockwall, Tex.
[73] Assignee: Itex Enterprises, Inc., Dallas, Tex.

[21] Appl. No.: 469,092
[22] Filed: Jan. 23, 1990
[51] Int. Cl.[5] .......... B02C 23/20
[52] U.S. Cl. .......... 241/25; 241/24; 241/38; 241/81; 241/101 B; 241/DIG. 38
[58] Field of Search .......... 241/24, 25, 38, 81, 241/101 B, 260.1, DIG. 38, 15, 20, 21

[56] References Cited

U.S. PATENT DOCUMENTS

1,036,327 8/1912 Pickett .
2,492,421 12/1949 Golben .......... 241/101 B
2,874,907 2/1959 Renaud et al. .
2,886,287 5/1959 Croley .
3,925,150 12/1975 Marsh .......... 241/25 X
4,105,553 8/1978 Oldham .
4,175,039 11/1979 Fisher .
4,353,803 10/1982 Dover .
4,362,628 12/1982 Kennedy .
4,366,063 12/1982 O'Connor .
4,395,338 7/1983 Rowton .
4,509,696 4/1985 Donaldson .
4,536,286 8/1985 Nugent .
4,547,290 10/1985 Pichat .
4,770,708 9/1988 Atkins et al. .
4,815,668 3/1989 Frei .
4,881,690 11/1989 Maier .
4,884,756 12/1989 Pearson .......... 241/101 B X

FOREIGN PATENT DOCUMENTS

1084970 2/1960 Fed. Rep. of Germany .

*Primary Examiner*—Timothy V. Eley
*Attorney, Agent, or Firm*—Arnold, White & Durkee

[57] ABSTRACT

An apparatus and method for mixing solid or semi-solid waste materials with one or more additives to produce a solid or semi-solid end product includes a separator with paddle-type chopper augers for receiving the solid or semi-solid waste material. The chopper augers reduce the size of lumps contained in the waste material and discharges the material into an homogenizer. The homogenizer is equipped with pin mixers to form a substantially homogeneous mass of waste material for loading into a blender unit where the mass is blended with selective additive(s).

16 Claims, 2 Drawing Sheets






ClibPDF - www.fastio.com



FIG. 4

FIG. 1

A501

ClibPDF - www.fastio.com




FIG. 2




FIG. 3




FIG. 5



ClibPDF - www.fastio.com

# APPARATUS AND METHOD FOR MIXING SOLID OR SEMI-SOLID WASTES WITH ADDITIVES

## TECHNICAL FIELD

This invention relates to the blending of additives with solid or semi-solid waste materials in order to produce a chemically and physically stable end products.

## BACKGROUND OF THE INVENTION

Industries generate large quantities of liquid, semisolid and solid waste materials on a daily basis. As a result of this industrial activity, large masses of such materials exist which present a considerable hazard to the environment. These waste materials are often in the form of solids or highly viscous semi-solids containing hard lumps of solid material. Of particular concern are waste materials containing heavy metals which may be leached into surface water and ground water.

A number of methods for treating waste material with additives to form a physically and chemically stable end product have been proposed. Examples of such processes are disclosed in the following U.S. Pat. Nos.: 4,741,776 issued May 3, 1988 to Bye, et al.; 4,600,514 issued July 15, 1986 to Conner; 4,547,290 issued Oct. 15, 1985 to Pichat; 4,533,395 issued Aug. 6, 1985 to Vejmelka, et al.; 4,518,508 issued May 21, 1985 to Conner; 4,509,696 issued Apr. 9, 1985 to Donaldson; 4,432,666 issued Feb. 21, 1984 to Frey, et al.; 4,338,134 issued July 6, 1982 to Graf zu Munster; 4,209,335 issued June 24, 1980 to Katayama, et al.; 4,274,880 issued June 23, 1981 to Chappell; 4,149,968 issued Apr. 17, 1979 to Kupiec, et al.; 3,947,284 issued Mar. 30, 1976 to Kitsugi, et al.; 3,841,102 issued Oct. 5, 1974 to Sinner, et al.; and 3,837,872 issued Sept. 24, 1974 to Conner. For example, U.S. Pat. No. 4,509,696 to Donaldson discloses an apparatus and method for treating disposable organic waste material with an alkaline metal silicate and a setting agent. The apparatus disclosed in the U.S. Pat. No. 4,509,696 is not, however, adapted to treat solid waste or highly viscous semi-solid waste containing hard solid lumps of waste material. Consequently, there exists a need for an apparatus for mixing solid or highly viscous semi-solid waste materials with additives in order to effect the treatment of the waste materials.

## SUMMARY OF TUE INVENTION

The apparatus of the present invention provides a means whereby solid or highly viscous semi-solid waste materials containing hard lumps of solid wastes are economically and effectively mixed with additives in order to produce a chemically and physically stable end product. The apparatus of the present invention is used in conjunction with appropriate additives to produce a homogeneous end product in which hazardous components of waste materials are contained. The end product is made homogeneous through a chopping and homogenizing procedure.

Solid or semi-solid waste material to be treated by the apparatus of the present invention is placed in a receiving hopper for an initial treatment step carried out in a separator that includes multiple motor driven paddle-type chopping augers. The augers reduce the size of any lumps contained in the material as the material is conveyed by the augers to the discharge end of the separator. The waste material is discharged from the separator into a homogenizer. The homogenizer is equipped with two pair of pin-type mixing augers. Each pair of pin-mixing augers is independently reversible. Thus, the pairs of mixing augers may be driven in opposite directions.

Controlled amounts of the waste material are discharged from the homogenizer following processing therein into a storage tank for temporary collection of the waste material for the final step of blending with selected additives. The blending of the waste material and the additives takes place in a blender unit that comprises a conventionally available concrete mixing apparatus. From the storage tank, the waste material is delivered to the blender unit by means of slurry pumps that further reduces the waste particle size such that the consistency of the waste may be thoroughly mixed with selected additives.

Predetermined amounts of additives are fed into the blender unit from additive hoppers located above the blender unit. The additives are thoroughly mixed with the waste material in the blender unit in accordance with conventional operation of such blenders. The waste material/additive mixture is blended within the blender unit until the desired degree of mixing is achieved. A water source is connected to the blender unit and a control valve is activated to selectively add water to the waste material/additive mix as necessary to achieve the desired consistency. Once the desired consistency and degree of mixing have been achieved, the waste material/additive mixture is discharged through slide gate valves located at the discharge of the blender unit.

The apparatus of the present invention provides a means for blending solid or highly viscous semi-solid waste material with additives to form a homogeneous slurry-like mixture that is readily disposable. Large volumes of waste materials may be converted into a disposable material economically and in a short period of time through the use of the present invention. Moreover, the present apparatus and method is readily adapted to computer control once the required mixing time and required amounts of appropriate additive(s) have been determined.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view of the apparatus of the present invention;

FIG. 2 is a top view of the separator and homogenizer units as components of the apparatus of the present invention;

FIG. 3 is a partial cutaway side view of the separator and homogenizer units of the apparatus;

FIG. 4 is an end view of pin mixers of the homogenizer unit of the apparatus; and

FIG. 5 is a partial perspective view of the slurry mixing tank of the apparatus.

## DESCRIPTION OF DRAWINGS

Referring to FIG. 1, there is shown the apparatus of the present invention for processing waste material into an environmentally acceptable end product. Waste material to be treated enters the apparatus for processing by means of a sludge unloading hopper **10** positioned at one end of a separator **12** that includes rotating chopper augers **14**, **16**, **18** and **20**, as illustrated in FIG. 2, each driven by an electrically actuated power unit **22**. The separator **12** is supported on a foundation **24** by means of conventional support structure.



ClibPDF - www.fastio.com

Depending on the consistency of the waste material to be processed, water is available at the hopper **10** by means of a feed line **26**. Water, if needed, is added to the waste to control the consistency thereof for improved operation of the treatment process and to facilitate removal of foreign objects. Also provided for removal of foreign objects of magnetic material is a plurality of magnets **28** supported at the bottom of the separator **12**. Such magnets are of a conventional design and are powered from an available source.

With reference to FIG. **2**, each of the chopper augers **14**, **16**, **18** and **20**, all of which are rotatively driven by individual power units **22** (as shown in FIG. **1**) are controlled to circulate the waste material within the separator **12** until foreign objects are removed and large pieces of sludge are broken up as desired.

For this initial processing step of breaking up the waste material and to remove foreign objects, the augers **14**, **16**, **18** and **20** are driven in pairs in a clockwise or counter-clockwise direction to achieve the desired movement of waste within the separator **12**. When an operator observes that the waste material within the separator **12** has been properly broken up, the direction of rotation of the augers **14**, **16**, **18** and **20** is set to cause a movement of the waste from right to left as illustrated in FIG. **1** and shown by the arrows **21** of FIG. **3**.

The waste processed in the separator **12** passes over a dam **30** positioned between the separator **12** and the homogenizer **32**. Rotatably mounted within the homogenizer **32** are pin mixers **34**, **36**, **38** and **40**, each rotatively driven by separate electrically powered drive unit **42** (as shown in FIG. **1**). The position of the pin mixers within the homogenizer **32** is best illustrated in FIG. **2**. It should be noted that the power unit **42** for each of the pin mixers is not illustrated in FIG. **2**.

Each of the pin mixers comprises a plurality of individual pin units where each pin unit comprises four (4) pins radially extending from a shaft as best illustrated in FIG. **4**.

With reference to FIG. **4**, the pin mixer **34** comprises a shaft **44** with radially extending pins including pins **46**, **48**, **50** and **52**. The pin mixer **34** as illustrated in FIG. **2** comprises fourteen (14) pin units such as shown in FIG. **4**. Note in FIG. **2** that each pin unit is mounted to the shaft **44** at an angle to promote the movement of waste in the homogenizer **32** in accordance with direction of rotation of the pin mixers. Again, the operator controls the direction or rotation of the pin mixers **34**, **36**, **38** and **40** to create a pattern of waste movement within the homogenizer **32** as illustrated by the arrows **33**.

As the waste material passes over the dam **30** and enters the homogenizer **32**, it is further treated to develop a substantially uniform mass of small particles. The waste is processed in the homogenizer **32** until the desired consistency and homogeneity of the material is achieved. At the completion of the processing step within the homogenizer **32**, a plurality of gate valves **54**, **56**, **58** and **60** are opened and the pin mixers **34**, **36**, **38** and **40** are caused to rotate in a direction to deliver the waste to the now open gate valves.

As best illustrated in FIGS. **3** and **4**, the gate valves **54**, **56**, **58** and **60** are operated by electrically powered actuators **62**, **64**, **66** and **68**.

With the gate valves of the homogenizer open, the now substantially homogenized waste is dropped into a storage tank **70** (FIG. **1**) supported on a foundation **72** within a pit **74**. The waste material which has now been treated in two steps has a consistency to enable pumping of the material to the next processing step. Mounted within the storage tank **70** are two slurry pumps **76**, only one shown in FIG. **1**, each having an outlet pipe **78** connected to a blender unit **80**. The storage tank **70** and the discharge lines **78** are best illustrated in FIG. **5** along with a schematic representation of the gate valves **54**, **56**, **58** and **60**.

With reference to the blender unit **80**, it is supported within a frame **82** mounted to a foundation **84**. The height of the blender unit **80** above the foundation **84** is sufficient to permit a truck to be positioned under the blender unit to accept the processed waste material for delivery to a waste storage site. Typically, the blender unit may be a conventional mixer usually employed for concrete mixing such as marketed by BHS/Ross and known as a "Compulsory Mixer".

Positioned above the blender unit **80** are one or more additive hoppers **86** (only one shown in FIG. **1**) for storing additive materials to be blended in the unit **80** with the waste material pumped from the storage tank **70**. Each of the one or more additive hoppers **86** is equipped with a dust collector **88** and is connected to the blender unit **80** by means of a butterfly valve **90**. Additives to be blended with the waste material in the unit **80** are delivered into the additive hoppers by means of a filler pipe **92**. For one class of waste, additives blended with the waste material in the unit **80** include portland cement and calcium carbonate. The ratio of calcium carbonate to portland cement for a particular waste material is determined by laboratory analysis of the waste. Also connected to the blender unit **80** is an air scrubber **94** of conventional design and operation.

In operation of the blender unit **80**, waste material from the storage tank **70** is pumped by means of the slurry pumps **76** into the blender unit until the blender unit receives a full charge of waste material. The volume of waste material in the blender unit is known and the amount of additives to be blended with the waste material are delivered into the blender unit **80** from the additive hoppers **86** in the desired ratios. The blender unit **80** blends the additives with the waste material with water added as required by means of the filler pipe **26**. The result is a concrete-like mixture wherein the waste material has been processed and treated to meet presently set environmental standards. This concrete-like material is then delivered into trucks for transportation to a permanent waste material storage site. The entire process of breaking up the sludge and removing foreign particles in the separator **12** and the homogenizing mixing in the homogenizer **32** is continuously repeated to replenish the supply of waste material in the storage unit **70** for processing in the blender unit **80**. Additives and ratios of additives are varied depending on the waste being processed with the desired end result a concrete-like mass that meets presently set environmental standards.

Although a preferred embodiment of the invention has been illustrated in the accompanying drawings and the foregoing detailed description, it will be understood that the invention is capable of numerous rearrangements, modifications and substitutions of parts and elements without departing from the spirit and scope of the invention.

I claim:

**1**. A method for treating solid or highly viscous semisolid waste materials containing lumps of waste comprising the steps of:



ClibPDF - www.fastio.com

reducing the size of the lumps in the waste material with a plurality of paddle-type chopper augers, said paddle-type chopper augers being mounted in a separator;

homogenizing the waste material by means of pin mixers; and

mixing the homogenized waste material with a predetermined amount of at least one selected additive.

2. An apparatus for mixing solid or semi-solid waste material with at least one selected additive comprising:

separator means for receiving the waste material and breaking up the received material into a desired consistency;

homogenizer means for receiving the waste material from said separator means for mixing the waste material into a substantially homogeneous mass,

storage means for receiving the substantially homogeneous mass for holding the waste material for further processing,

mixing means for receiving the substantially homogeneous mass from said storage means and mixing the received mass with a predetermined amount of at least one selected additive; and

transfer means associated with said storage means for transferring the homogeneous mass from said storage means to said mixing means.

3. The apparatus of claim 2 wherein said homogenizing means comprises a pin mixer.

4. The apparatus of claim 2 wherein said separator means comprises at least one paddle-type auger.

5. The apparatus of claim 2 further including a plurality of additive hoppers for selectively feeding additives into said mixing means.

6. The apparatus of claim 2 further comprising means for selectively adding water to the waste materials for adjusting the consistency thereof.

7. The apparatus of claim 2 wherein said transfer means comprises a slurry pump for receiving the homogeneous mass from said homogenizer means and pumping the mass to said mixing means.

8. The apparatus of claim 2 further comprising means for selectively retaining said mixture in said mixing means for a predetermined period of time to obtain the desired degree of mixing.

9. An apparatus for mixing solid or semi-solid waste materials with at least one selected additive comprising:

a separator for receiving the waste material, said separator comprising a plurality of chopper augers located within said separator for reducing the size of lumps contained in said waste materials;

an homogenizer for receiving the waste material from said separator, said homogenizer comprising a plurality of pin mixers for mixing the waste material into a substantially homogeneous mass; and

separating means associated with said separator for removing from the waste material foreign objects the size of which cannot be reduced by the chopper augers.

10. The apparatus of claim 9 wherein said plurality of chopper augers comprises a pair of paddle-type augers.

11. The apparatus of claim 9 wherein said plurality of chopper augers comprises two pair of paddle-type augers.

12. The apparatus of claim 11 wherein each of said chopper augers is selectively reversible.

13. The apparatus of claim 9 wherein said separating means comprises a plurality of electromagnets for selectively removing ferrous material from said waste materials.

14. The apparatus of claim 9 further comprising means for selectively adding water to said waste material for adjusting the consistency of said mixture.

15. The apparatus of claim 9 further comprising means for selectively retaining said mixture in said homogenizer for a predetermined period of time to obtain the desired degree of mixing.

16. The apparatus of claim 9 wherein said separator means comprises a separator dam between said separator and said homogenizer to aid in removing foreign objects from the waste material.

* * * * *



ClibPDF - www.fastio.com