IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Third-Party Defendant. | ) | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

**TDM'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY TO THE UNITED STATES' OPPOSITION TO TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US**

Plaintiff TDM America, LLC ("TDM") hereby moves for an enlargement of time within which to file its reply to the opposition of the defendant United States (the "US") to TDM's motion pursuant to RCFC 37 against the US, initially filed November 6, 2007. TDM requests an enlargement from November 19, 2007, the time now set, to November 27, 2007. Counsel for TDM informed counsel for the US of this motion and the US indicated that it does not oppose this motion.

**Statement in Support of Motion**

TDM seeks this enlargement so as to permit counsel for TDM an adequate amount of time, taking into account the Thanksgiving holiday, to completely reply to the arguments in the US' opposition. This enlargement of time is adequate for TDM's reply.

**Conclusion**

For the reasons stated above, TDM respectfully requests that this unopposed motion for enlargement be granted.

New York, New York
Dated: November 14, 2007

Respectfully submitted,

David W. Denenberg
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200 Ph
(212) 286-1884 Fax

*Attorneys for Plaintiff, TDM America, LLC*