**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**DECLARATION OF MICHAEL A. ADLER IN FURTHER SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US**

I, **MICHAEL A. ADLER**, under penalty of perjury, state:

1. I am an attorney on behalf of plaintiff TDM America, LLC ("TDM") in the above referenced litigation.

2. I am senior counsel with the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in support of TDM's motion pursuant to RCFC 37 against defendant the United States of America (the "US").

4. On or about September 24, 2007, during a telephone conversation with Erika A. Franklin, former counsel for the US, I requested a date by when the US would provide transcripts that were properly re-designated such that only testimony that qualifies as protected information would be designated proprietary or confidential. Ms. Franklin maintained that she was working

on it and asked me to identify which transcripts were a priority. I responded that the transcripts of Bryce Wisemiller were a first priority. She would not give me a date certain by when these transcripts or any others would be re-designated. The only re-designated transcripts received by TDM were that of Virginia A. Pankow and John E. Bearce – after the instant motion was filed.

Dated: New York, New York
November 27, 2007

s/Michael A. Adler
Michael A. Adler

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, I served a true and accurate copy of the DECLARATION OF MICHAEL A. ADLER IN FURTHER SUPPORT OF TDM'S MOTION PURSUANT TO RCFC 37 AGAINST THE US by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Wade
Walter.Brown2@usdoj.gov

Walter W. Wade
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/Michael A. Adler
Michael A. Adler