# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## UNOPPOSED MOTION TO FILE A TWENTY-THREE PAGE REPLY BRIEF

Plaintiff TDM America, LLC ("TDM") respectfully submits this unopposed motion pursuant to RCFC 5.2(b)(2) seeking leave of Court to file a reply brief to the United States' ("US") Opposition to TDM's Motion Pursuant to RCFC 37 Against the US that is twenty-three (23) pages in length. The additional three pages are necessary to fully respond to all the issues contained in defendant United States' opposition to the instant motion.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: November 28, 2007

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

00367845

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2007, I served a true and accurate copy of UNOPPOSED MOTION TO FILE A TWENTY-THREE PAGE REPLY BRIEF by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Brown
Walter.Brown2@usdoj.gov

Walter W. Brown
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty
jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg