IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America<br>Defendant,<br>and<br>Donjon Marine Company, Inc.<br>Third-Party Defendant. | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

**TDM'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff TDM America, LLC ("TDM") hereby moves for an enlargement of time within which to file its opposition to defendant United States' (the "US") motion for partial summary judgment for lack of subject matter jurisdiction filed November 8, 2007. TDM requests an enlargement from December 10, 2007, the time now set, to January 15, 2008. Counsel for TDM informed counsel for the US of this motion and the US indicated that it does not oppose this motion.

**Statement in Support of Motion**

TDM seeks this enlargement so as to permit counsel for TDM an adequate amount of time to fully respond to all of the issues pertaining to eighteen (18) US contracts and because of absences during the holidays. This enlargement of time is adequate for TDM's opposition.

## Conclusion

For the reasons stated above, TDM respectfully requests that this unopposed motion for enlargement be granted.

Respectfully submitted,

New York, New York
Dated: November 29, 2007

s/David W. Denenberg

David W. Denenberg
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200 Ph
(212) 286-1884 Fax

*Attorneys for Plaintiff,*
*TDM America, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I served a true and accurate copy of TDM'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter W. Brown

Walter.Brown2@usdoj.gov

Walter W. Brown
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

John Flaherty

jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/Michael A. Adler
Michael A. Adler