# In the United States Court of Federal Claims

No. 06-472C

(Filed: December 3, 2007)

*************************************** *
*
TDM AMERICA, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DONJON MARINE COMPANY, INC., *
Third-Party Defendant. *
*
*************************************** *

**ORDER**

The Court will hold a hearing on December 13, 2007 at 10:00 AM at the National Courts Building, 717 Madison Place, NW, Washington, DC, to address Plaintiff's Rule 37 motion and all other outstanding discovery issues. Counsel for the parties are requested to file a joint report on or before December 11, 2007 identifying all discovery issues that require the Court's resolution at the December 13, 2007 hearing.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge