# In the United States Court of Federal Claims

No. 06-472C
(Filed: January 18, 2008)

```
*************************************** *
                                        *
TDM AMERICA, LLC,                       *
                                        *
                    Plaintiff,          *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant,          *
                                        *
and                                     *
                                        *
DONJON MARINE COMPANY, INC.,            *
                    Third-Party Defendant. *
                                        *
*************************************** *
```

**ORDER**

The Clerk is directed to return Plaintiff's January 17, 2007 (sic) letter requesting that the Court dismiss Defendant's motion for partial summary judgment with prejudice. This case has been designated as an ECF case and the parties shall submit all motions and other filings through the ECF system. Moreover, even if this were not an ECF case, the Court does not accept letter filings.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge