IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America<br>Defendant,<br>and<br>Donjon Marine Company, Inc.<br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**TDM AMERICA LLC'S NOTICE OF MOTION FOR AN ORDER DISMISSING THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RCFC 56(f) AND TO RENEW ITS PREVIOUSLY-FILED MOTION FOR SANCTIONS PURSUANT TO RCFC 37 AGAINST THE UNITED STATES**[1]

Please take notice that plaintiff TDM America, LLC ("TDM") respectfully moves this Court, pursuant to RCFC 56(f) and 37, for an order:

1. Dismissing the US' motion for partial summary judgment with prejudice because the US failed to comply with this Court's discovery order dated December 17, 2007 requiring that the US provide essential contract information critical to the US' motion for partial summary judgment to TDM under RCFC 56(f);

2. Sanctioning the US pursuant to RCFC 37(b)(2)(A) for failing to completely and properly respond to discovery despite being ordered to do so by this Court and establishing the following facts:

[1] Alternatively, the instant motion may also be considered an independent motion for sanctions incorporating TDM's previously-filed motion.

(i) The US consented and authorized the methods used in the processing of dredged material for all contracts at issue in this case;

(ii) The methods of processing dredged material for all contracts at issue in this case were performed in accordance with the methods and processes of the claims of the patents-in-suit; and

(iii) The submittals and solicitations/specifications for all contracts at issue in this case are deemed part of those contracts; and

3. Awarding TDM its attorneys' fees related to the instant motion pursuant to RCFC 37(a)(4)(A).

The grounds for this motion are more fully set forth in TDM's accompanying memorandum in support of TDM's motion to dismiss the US's motion for partial summary judgment pursuant to RCFC 56(f) and in support of its motion to renew its previously filed motion pursuant to RCFC 37 against the US.

Pursuant to RCFC 37(a)(2)(A), TDM, by its attorneys, hereby certifies that it has in good faith conferred with the US in an effort to secure the discovery without court action, but was unable to do so.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: January 24, 2008

s/David W. Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884