Exhibit B

# In the United States Court of Federal Claims

No. 06-472C
(Filed: December 17, 2007)

*******************************************
TDM AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DONJON MARINE COMPANY, INC.,

Third-Party Defendant.
*******************************************

**DISCOVERY ORDER**

On December 13, 2007, the Court conducted a hearing with counsel for the parties to address the status of the discovery issues raised in Plaintiff's October 16, 2007 Rule 37 motion to compel, and the responses thereto. The Court also requested and received a Joint Status Report signed by all counsel two days before the hearing. Based upon the parties' submissions, as well as the arguments and representations at the hearing, the Court hereby orders as follows:

1. Plaintiff may continue to use Michael Chapman, PhD, Vice President of The Analysis Group, as an expert witness in this case. Defendant had raised a potential conflict of interest based upon the Government's retention of The Analysis Group in an unrelated case pending in this Court, The Boeing Co. v. United States, No. 00-705C. Dr. Chapman is not working on the Boeing case, and none of the people working on the Boeing case are assisting Dr. Chapman on this case. Plaintiff has represented that an internal "firewall" has been established within The Analysis Group to prevent any sharing of information between personnel working on these respective cases. Plaintiff apparently retained Dr. Chapman before the Government retained The Analysis Group for the Boeing case. The Court sees no basis to disqualify Dr. Chapman from his continued involvement in this matter. At the hearing, Defendant's counsel did not disagree with the Court's assessment, and did not further pursue any objection. Accordingly, the Court considers this issue to have been resolved, without prejudice to the assertion of any later concerns or objections that may arise.

2. Plaintiff has objected to Defendant's wholesale designation of nine deposition transcripts as being protected information, "Confidential – Attorneys' Eyes Only." Following Plaintiff's request that protected portions of the transcripts be re-designated, Defendant performed this task only for two relatively minor depositions. The Court directs Defendant to re-designate all deposition transcripts that are currently designated as protected information on or before January 15, 2008. Plaintiff provided a partial "priority list" to Defendant at the hearing, which it may update and finalize not later than December 21, 2007. Defendant should deliver to Plaintiff the re-designated transcripts when completed, in the prioritized order provided by Plaintiff.

3. Plaintiff may complete its Rule 30(b)(6) deposition of Donjon Marine Company's witness, Kerri Mullins, for four additional hours on a date mutually agreeable to the parties. This deposition must be completed by the date established below for the completion of discovery.

4. Donjon may depose Plaintiff's two Rule 30(b)(6) witnesses, Mr. Rick Redle and Mr. Ritchie Studer, for four additional hours each on a date mutually agreeable to the parties. In order to expedite these depositions, Donjon shall provide Plaintiff with advance notice of the documents that Donjon intends to use at these depositions. These depositions must be completed by the date established below for the completion of discovery.

5. Based upon representations at the hearing, issues relating to Donjon's production of documents are considered resolved.

6. In accordance with Rule 56(f), the Court grants Plaintiff's request for limited discovery before it must respond to Defendant's November 8, 2007 motion for partial summary judgment. Plaintiff has requested Defendant to identify the documents by Bates numbers that comprise the 18 contracts placed at issue in Defendant's motion, as well as any amendments to the contracts, and any contractor submittals for each contract relating to treatment methods or quantities of dredged or treated materials. Defendant shall provide this information to Plaintiff on or before January 15, 2008. Plaintiff shall file its response to Defendant's motion for partial summary judgment on or before February 12, 2008. Further filings shall be in accordance with the Court's rules relating to motions for summary judgment.

7. Plaintiff has been attempting to compile information through discovery on the extent of the Government's treatment of dredged materials, principally by the U.S. Army Corps of Engineers, since early in this case. Through interrogatories, requests for production of documents, and Rule 30(b)(6) depositions, Plaintiff has achieved only limited and mixed success, and it complains that Defendant has not fully and completely responded to Plaintiff's discovery requests. Although Defendant perhaps could have responded on a more timely and complete basis, the tasks presented by Plaintiff's requests were daunting to say the least. Since serving its requests and receiving what it regards as incomplete responses, Plaintiff has learned of information on the Corps of Engineers' internet web site that it believes may be useful. Whereas Plaintiff has received some information on a contract-by-contract basis, the information on the Corps of Engineers' web site apparently is organized on a district-by-district basis. After a thorough discussion at the hearing, and for the

purpose of narrowing the issues in controversy, the parties agreed to adhere to the following procedure:[1]

a. On or before January 15, 2008, Plaintiff shall provide to Defendant a list or chart identifying by either contract number or Corps of Engineers District what Plaintiff understands to be the volume of treated dredged material, the price paid by the United States for the treatment of dredged material, and if available, the method of treatment employed. Plaintiff also shall identify for each entry the basis of its understanding and the document(s) upon which it relies.

b. On or before February 13, 2008, Defendant shall review the data provided by Plaintiff, and provide Plaintiff with a statement admitting or denying the accuracy of each entry on Plaintiff's list or chart. If Defendant denies the accuracy of Plaintiff's entry, it must provide what Defendant believes is the accurate data, along with the basis of its understanding and the document(s) upon which it relies. Any entry that Defendant does not deny and also provide its own entry of what it believes is more accurate, shall be deemed uncontested. It is insufficient for Defendant simply to deny the accuracy of Plaintiff's data.

c. Where any disagreements exist, Defendant shall produce a knowledgeable representative for informal discussions with Plaintiff who can address any of Plaintiff's concerns and answer Plaintiff's questions. The purpose of these discussions is to reduce or eliminate areas of disagreement on matters that can be stipulated. If, after engaging in such discussions, disagreements remain, Plaintiff may request leave of Court to conduct Rule 30(b)(6) depositions limited to the areas of disagreement.

8. All of the above matters, and all other non-expert discovery, shall be completed not later than March 31, 2008. The Court shall conduct a telephone status conference with all counsel on April 2, 2008 at 2:00 PM to address any outstanding discovery issues and a schedule for further proceedings. The parties shall submit a proposed schedule to the Court in advance of the status conference.

9. The Court's November 1, 2007 discovery order is vacated.

10. Plaintiff's motion for Rule 37 sanctions is DENIED, without prejudice to being reconsidered at a later date if the foregoing discovery matters remain unresolved.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge

[1] This procedure also may be used to obtain information for dredging contracts with other federal and state agencies.

**Exhibit C**

U.S. Department of Justice

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, DC 20530*

January 15, 2008

**BY FACSIMILE AND E-MAIL**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Dear Mr. Denenberg:

I write regarding paragraph 6 of the Court's order of December 17, 2007. In that paragraph, the Court ordered the government to "identify the documents by Bates numbers that comprise the 18 contracts placed at issue in Defendant's motion [for partial summary judgment], as well as any amendments to the contracts, and any contractor submittals for each contract relating to treatment methods or quantities of dredged or treated materials."

In response to the Court's order, we have compiled Attachment 1, a 24-page listing of the Bates numbers for the relevant documents corresponding to each of the 18 contracts-at-issue in our motion. In some instances, we were unable to locate certain documents, which are listed in Attachment 2. We anticipate that we will be producing these missing documents in the near future, to the extent that they exist in government files.

In other instances, we have confirmed that certain submittals do not exist for particular contracts. Accordingly, we have included the notation "not required" where appropriate in Attachment 1. As discussed at the December 13, 2007, hearing, we do not consider these submittals to be part of the contracts-at-issue. Nonetheless, to the extent that we have located these submittals, we have provided that information.

As always, please contact me should you have any questions. We will be happy to address any issues relating to our response.

Very truly yours,

Walter W. Brown
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

cc: (by e-mail)
John E. Flaherty, Esq.
Gary J. Campbell, Esq.

# Attachment 1

| Contract Number | Page |
|---|---|
| W912DS-07-C-0003 | 1 |
| W912DS-06-C-0018 | 2 |
| W912DS-05-C-0003 | 3 |
| W912DS-05-C-0020 | 5 |
| W912DS-05-C-0004 | 6 |
| W912DS-04-C-0008 | 7 |
| W912DS-04-C-0016 | 8 |
| DACW51-03-C-0001 | 9 |
| DACW51-03-C-0012 | 11 |
| DACW51-03-C-0014 | 13 |
| DACW51-03-C-0019 | 15 |
| DACW51-03-C-0021 | 16 |
| DACW51-02-C-0001 | 17 |
| DACW51-02-C-0002 | 19 |
| DACW51-02-C-0019 | 20 |
| DACW51-02-C-0022 | 22 |
| DACW51-01-C-0006 | 23 |
| DACW51-01-C-0023 | 24 |

**W912DS-07-C-0003**

| Document Type | Begin | End |
|---|---|---|
| W912DS-07-C-0003: Main Contract | G01004 00133 – | G01004 00201 |
| W912DS-07-C-0003: P00001 | not located | |
| W912DS-07-C-0003: P00002 | not located | |
| W912DS-07-C-0003: P00003 | not located | |
| W912DS-07-C-0003: P00004 | not located | |
| DAC51-06-B-0014: 5-Day Submittal | G01015 00423 – | G01015 00715 |
| W912DS-07-C-0003: 35-Day Submittal | G01015 04753 – | G01015 04986 |

**W912DS-06-C-0018**

| Document Type | Begin | End |
|---|---|---|
| W912DS-06-C-0018: MainContract | G01010 12833 | – G01010 12860 |
| W912DS-06-C-0018: P00001 | not lcoated | |
| W912DS-06-C-0018: P00002 | not located | |
| W912DS-06-C-0018: P00003 | not located | |
| W912DS-06-C-0018: 5-Day Submittal | G01003 00228 | – G01003 00464 |
| W912DS-06-C-0018: 70-Day Submittal | G01003 00465 | – G01003 00777 |

**W912DS-05-C-0003**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0003: Main Contract | G01010 05256 – | G01010 05312 |
| W912DS-05-C-0003: A mod 1 | not located | |
| W912DS-05-C-0003: A mod 2 | G01002 01122 – | G01002 01128 |
| W912DS-05-C-0003: P00001 | G01015 03372 – | G01015 03373 |
| W912DS-05-C-0003: P00002 | G01002 00945 –<br>G01015 03353 – | G01002 00946<br>G01015 03356 |
| W912DS-05-C-0003: P00003 | G1015 03313 – | G1015 03314 |
| W912DS-05-C-0003: P00004 | G01002 00947 –<br>G01015 03294 – | G01002 00948<br>G01015 03295 |
| W912DS-05-C-0003: P00005 | G01002 00920 –<br>G01015 03242 – | G01002 00923<br>G01015 03245 |
| W912DS-05-C-0003: P00006 | G01002 00940 –<br>G01015 03197 – | G01002 00942<br>G01015 03199 |
| W912DS-05-C-0003: P00007 | G01002 00943 –<br>G01015 03421 – | G01002 00944<br>G01015 03422 |
| W912DS-05-C-0003: P00008 | G01002 01192 –<br>G01015 03402 – | G01002 01193<br>G01015 03403 |
| W912DS-05-C-0003: P00009 | G01015 03377 – | G01015 03378 |
| W912DS-05-C-0003: P00010 | G01002 01194 –<br>G01015 03511 – | G01002 01196<br>G01015 03513 |
| W912DS-05-C-0003: P00011 | G01002 01197 –<br>G01015 03486 – | G01002 01199<br>G01015 03488 |
| W912DS-05-C-0003: P00012 | G01002 01200 –<br>G01015 03451 – | G01002 01202<br>G01015 03452 |
| W912DS-05-C-0003: P00013 | G01002 01164 –<br>G01015 03436 –<br>G01015 04529 – | G01002 01169<br>G01015 03438<br>G01015 04531 |
| W912DS-05-C-0003: P00014 | G01015 03608 – | G01015 03609 |
| W912DS-05-C-0003: P00015 | G01015 03604 – | G01015 03605 |

W912DS-05-C-0003

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-05-C-0003: P00016 | G01002 01187 | – | G01002 01189 |
| | G01015 03589 | – | G01015 03591 |
| W912DS-05-C-0003: P00017 | G01002 01171 | – | G01002 01176 |
| W912DS-05-C-0003: P00018 | G01002 01184 | – | G01002 01186 |
| W912DS-05-C-0003: P00019 | G01002 01133 | – | G01002 01139 |
| W912DS-05-C-0003: P00020 | G01002 01178 | – | G01002 01183 |
| | G01015 03619 | – | G01015 03622 |
| W912DS-05-C-0003: P00021 | G01015 03741 | – | G01015 03743 |
| W912DS-04-B-0003: 10-Day Submittal | G01015 08659 | – | G01015 09115 |
| W912DS-04-B-0003: 70-Day Submittal | G01015 09116 | – | G01015 09366 |

**W912DS-05-C-0020**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0020: Main Contract | G01010 12724 – | G01010 12860 |
| W912DS-05-C-0020: P0001 | G01005 08867 | |
| W912DS-05-C-0020: P0002 | G01013 12159 – | G01013 12160 |
| W912DS-05-C-0020: P0003 | G01005 08827 – | G01005 08828 |
| W912DS-05-C-0020: P0004 and P0005 | G01005 08679 – | G01005 08682 |
| W912DS-05-C-0020: P0006 | G01005 08552 – | G01005 08554 |
| W912DS-05-C-0020: 5-day Submittal | not located | |
| W912DS-05-C-0020: 70-day Submittal | not located | |

W912DS-05-C-0004

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0004: Main Contract | G01013 11594 – | G01013 11670 |
| W912DS-05-C-0004: P00009 | G01013 11416 | |
| W912DS-05-C-0004: P00008 | G01013 11410 – | G01013 11411 |
| W912DS-05-C-0004: P00007 | not located | |
| W912DS-05-C-0004: P00006 | G01013 11423 – | G01013 11424 |
| W912DS-05-C-0004: P00005 | G01013 11441 – | G01013 11442 |
| W912DS-05-C-0004: P00004 | G01013 11453 – | G01013 11454 |
| W912DS-05-C-0004: P00003 | G01013 11467 – | G01013 11468 |
| W912DS-05-C-0004: P00002 | G01013 11486 – | G01013 11488 |
| W912DS-05-C-0004: P00001 | G01013 11514 – | G01013 11515 |
| W912DS-05-B-0003: 5-Day Submittal | G01003 07213 – | G01003 07251 |
| W912DS-05-B-0003: 35-Day Submittal | not located | |

W912DS-04-C-0008

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-04-C-0008: Main contract | G01010 06788 | – | G01010 06861 |
| W912DS-04-C-0008: P00011 | G01011 06223 | – | G01011 06226 |
| W912DS-04-C-0008: P00010 | G01011 06228 | – | G01011 06232 |
| W912DS-04-C-0008: P00009 | G01011 06260 | – | G01011 06261 |
| W912DS-04-C-0008: P00008 | G01011 06263 | – | G01011 6264 |
| W912DS-04-C-0008: P00007 | G01011 06288 | – | G01011 06289 |
| W912DS-04-C-0008: P00006 | G01011 06299 | – | G01011 06300 |
| W912DS-04-C-0008: P00005 | G01011 06312 | – | G01011 06313 |
| W912DS-04-C-0008: P00004 | G01011 06350 | – | G01011 06358 |
| W912DS-04-C-0008: P00003 | G01011 06362 | – | G01011 06364 |
| W912DS-04-C-0008: P00002 | G01011 06385 | – | G01011 06386 |
| W912DS-04-C-0008: P00001 | G01011 06400 | – | G01011 06401 |
| W912DS-04-C-0008: P00001 | G01011 06400 | – | G01011 06401 |
| DACW51-03-B-0018: 3-Day Submittal | G01015 00001 | – | G01015 00715 |
| DACW51-03-B-0018: 70-Day Submittal | G01014 07726 | – | G01014 08063 |

**W912DS-04-C-0016**

| Document Type | Begin | End |
|---|---|---|
| W912DS-04-C-0016: Main Contract | G01005 07482 – | G01005 07503 |
| W912DS-04-C-0016: P00003 | G01005 07524 – | G01005 07527 |
| W912DS-04-C-0016: P00002 | G01005 07551 – | G01005 07552 |
| W912DS-04-C-0016: P00001 | G01005 07580 – | G01005 07582 |
| W912DS-04-C-0016: 10-Day Submittal | not located | |
| W912DS-04-C-0016: 70-Day Submittal | not located | |

DACW51-03-C-0001

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0001: Main Contract | G01010 06235 | – | G01010 06318 |
| DACW51-03-C-0001: A0001 | G01013 03211 | – | G01013 03215 |
| DACW51-03-C-0001: A0002 | G01013 03102 | – | G01013 03104 |
| DACW51-03-C-0001: A0003 | G01013 03342 | – | G01013 03343 |
| DACW51-03-C-0001: A0004 | G01013 03333 | – | G01013 03334 |
| DACW51-03-C-0001: P0001 | G01013 03246 | – | G01013 03248 |
| DACW51-03-C-0001: P0002 | G01013 03239 | – | G01013 03240 |
| DACW51-03-C-0001: P0003 | G01013 03233 | – | G01013 03234 |
| DACW51-03-C-0001: P0004 | G01013 03225 | – | G01013 03226 |
| DACW51-03-C-0001: P0005 | G01013 03218 | – | G01013 03219 |
| DACW51-03-C-0001: P0006 | G01013 03199 | – | G01013 03200 |
| DACW51-03-C-0001: P0007 | G01013 03183 | – | G01013 03184 |
| DACW51-03-C-0001: P0008 | G01013 03180 | – | G01013 03181 |
| DACW51-03-C-0001: P0009 | G01013 03160 | – | G01013 03161 |
| DACW51-03-C-0001: P0010 | G01013 03150 | – | G01013 03151 |
| DACW51-03-C-0001: P0011 | G01013 03314 | – | G01013 03315 |
| DACW51-03-C-0001: P0012 | G01013 03311 | – | G01013 03312 |
| DACW51-03-C-0001: P0013 | G01013 03296 | – | G01013 03297 |
| DACW51-03-C-0001: P0014 | G01013 03280 | – | G01013 03281 |
| DACW51-03-C-0001: P0015 | G01013 03267 | – | G01013 03268 |
| DACW51-03-C-0001: P0016 | not located | | |
| DACW51-03-C-0001: P0017 | G01013 03419 | – | G01013 03421 |
| DACW51-03-C-0001: P0018 | G01013 03412 | – | G01013 03414 |
| DACW51-02-B-0006: 3-Day Submittal | G01013 03442 | – | G01013 03452 |

DACW51-03-C-0001

| Document Type | Begin | End |
|---|---|---|
| W912DS-07-C-0003:<br>70-Day Submittal | not located | |

**DACW51-03-C-0012**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0012: Main Contract | G01010 05963 | – | G01010 05986 |
| DACW51-03-C-0012: P0001 | G01013 04039 | – | G01013 04040 |
| DACW51-03-C-0012: P0002 | G01013 04024 | – | G01013 04025 |
| DACW51-03-C-0012: P0003 | G01013 04010 | – | G01013 04011 |
| DACW51-03-C-0012: P0004 | G01013 03966 | – | G01013 03967 |
| DACW51-03-C-0012: P0005 | G01013 03951 | – | G01013 03952 |
| DACW51-03-C-0012: P0006 | G01013 03937 | – | G01013 03938 |
| DACW51-03-C-0012: P0007 | G01013 03878 | – | G01013 03879 |
| DACW51-03-C-0012: P0008 | G01013 03863 | – | G01013 03864 |
| DACW51-03-C-0012: P0009 | G01013 03849 | – | G01013 03850 |
| DACW51-03-C-0012: P0010 | G01013 03834 | – | G01013 03835 |
| DACW51-03-C-0012: P0011 | G01013 03819 | – | G01013 03820 |
| DACW51-03-C-0012: P0012 | G01013 03800 | – | G01013 03801 |
| DACW51-03-C-0012: P0013 | G01013 03785 | – | G01013 03786 |
| DACW51-03-C-0012: P0014 | G01013 03746 | – | G01013 03751 |
| DACW51-03-C-0012: P0015 | G01013 03724 | – | G01013 03725 |
| DACW51-03-C-0012: P0016 | G01013 03699 | – | G01013 03700 |
| DACW51-03-C-0012: P0017 | G01013 03678 | – | G01013 03680 |
| DACW51-03-C-0012: P0018 | G01013 03670 | – | G01013 03672 |
| DACW51-03-C-0012: P0019 | not located | | |
| DACW51-03-C-0012: A0004 | G01013 04255 | – | G01013 04257 |
| DACW51-03-C-0012: A0003 | G01013 04273 | – | G01013 04274 |
| DACW51-03-C-0012: A0002 | G01013 04288 | – | G01013 04290 |
| DACW51-03-C-0012: A0001 | G01013 04300 | – | G01013 04306 |

DACW51-03-C-0012

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-B-0001: 3-Day Submittal | G01015 04987 | G01015 05141 |
| DACW51-03-B-0001: 70-Day Submittal | G01015 05142 | G01015 05328 |

**DACW51-03-C-0014**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0014: Main Contract | G01010 04816 | – | G01010 04887 |
| DACW51-03-C-0014: P00001 | G01015 01882 | – | G01015 01883 |
| DACW51-03-C-0014: P00002 | G01015 01870 | – | G01015 01871 |
| DACW51-03-C-0014: P00003 | G01015 01821 | – | G01015 01822 |
| DACW51-03-C-0014: P00004 | G01015 01781 | – | G01015 01782 |
| DACW51-03-C-0014: P00005 | G01015 01989 | | |
| DACW51-03-C-0014: P00006 | G01015 01976 | | |
| DACW51-03-C-0014: P00007 | G01015 01963 | – | G01015 01964 |
| DACW51-03-C-0014: P00008 | G01015 01947 | – | G01015 01948 |
| DACW51-03-C-0014: P00009 | G01015 01939 | | |
| DACW51-03-C-0014: P00010 | G01015 01925 | – | G01015 01926 |
| DACW51-03-C-0014: P00011 | G01015 02042 | – | G01015 02043 |
| DACW51-03-C-0014: P00012 | G01015 02027 | – | G01015 02028 |
| DACW51-03-C-0014: P00013 | G01015 02205 | – | G01015 02206 |
| DACW51-03-C-0014: P00014 | G01015 02193 | – | G01015 02194 |
| DACW51-03-C-0014: P00015 | G01013 05965 | – | G01013 05966 |
| DACW51-03-C-0014: P00016 | G01012 10285 | – | G01012 10286 |
| DACW51-03-C-0014: A0001 | G01012 10310 | – | G01012 10311 |
| DACW51-03-C-0014: A0002 | G01012 10214 | – | G01012 10215 |
| DACW51-03-C-0014: A0003 | G01013 05891 | – | G01013 05892 |
| DACW51-03-C-0014: A0004 | G01012 10237 | – | G01012 10238 |
| DACW51-03-C-0014: A0005 | G01012 10254 | – | G01012 10255 |
| DACW51-03-C-0014: A0006 | G01012 10227 | – | G01012 10228 |
| DACW51-03-C-0014: A0007 | G01012 10267 | – | G01012 10268 |

**DACW51-03-C-0014**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0014: A0008 | G01012 10295 – | G01012 10296 |
| DACW51-03-C-0014: A0009 | G01012 10281 – | G01012 10282 |
| DACW51-03-C-0014: A0010 | not located | |
| DACW51-03-C-0014: A0011 | not located | |
| DACW51-03-B-0004-0005: Soliciation and Specifications | G01015 00719 –<br>G01010 04587 – | G01015 00782<br>G01010 04815 |
| DACW51-03-B-0004: Amendments to Soliciation and Specifications | G01015 00785 – | G01015 00915 |
| DACW51-03-B-0004: 3-Day Submittal | not located | |
| DACW51-03-B-0004: 70-Day Submittal | not located | |

**DACW51-03-C-0019**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0019: Main Contract | G01010 00001 – G01004 00001 – | G01010 00061 G01004 00061 |
| DACW51-03-C-0019: P00001 | G01011 04955 – | G01011 04957 |
| DACW51-03-C-0019: P00002 | not located | |
| DACW51-02-B-0001: 10-Day Submittal | G01011 05144 – | G01011 05193 |
| DACW51-02-B-0001: 70-Day Submittal | G01011 05224 – | G01011 05244 |

**DACW51-03-C-0021**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0021: Main Contract | G01010 09497 – | G01010 09568 |
| DACW51-03-C-0021: P00001 | G01006 02179 – | G01006 02180 |
| DACW51-03-C-0021: P00002 | G01006 02171 – | G01006 02172 |
| DAWC51-02-B-0002: 3-Day Submittal | not located | |
| DAWC51-02-B-0002: 70-Day Submittal | G01006 06190 – | G01006 06230 |
| | G01005 05641 – | G01005 05679 |

**DACW51-02-C-0001**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0001: Main Contract | G01010 03151 | – | G01010 03172 |
| DACW51-02-C-0001: A00001 | G01013 00158 | – | G01013 00159 |
| DACW51-02-C-0001: A00002 | G01013 00156 | – | G01013 00157 |
| DACW51-02-C-0001: A00003 | G01013 00154 | – | G01013 00155 |
| DACW51-02-C-0001: P00001 | G01013 00117 | – | G01013 00133 |
| DACW51-02-C-0001: P00002 | G01013 00114 | – | G01013 00116 |
| DACW51-02-C-0001: P00003 | G01013 00111 | – | G01013 00113 |
| DACW51-02-C-0001: P00004 | G01013 00108 | – | G01013 00110 |
| DACW51-02-C-0001: P00005 | G01013 00106 | – | G01013 00107 |
| DACW51-02-C-0001: P00006 | G01013 00104 | – | G01013 00105 |
| DACW51-02-C-0001: P00007 | G01013 00101 | – | G01013 00103 |
| DACW51-02-C-0001: P00008 | G01013 00098 | – | G01013 00100 |
| DACW51-02-C-0001: P00009 | G01013 00095 | – | G01013 00097 |
| DACW51-02-C-0001: P00010 | G01013 00084 | – | G01013 00086 |
| DACW51-02-C-0001: P00011 | G01013 00080 | – | G01013 00082 |
| DACW51-02-C-0001: P00012 | G01013 00077 | – | G01013 00079 |
| DACW51-02-C-0001: P00013 | G01013 00074 | – | G01013 00076 |
| DACW51-02-C-0001: P00014 | G01013 00061 | – | G01013 00073 |
| DACW51-02-C-0001: P00015 | G01013 00059 | – | G01013 00060 |
| DACW51-02-C-0001: P00016 | G01013 00057 | – | G01013 00058 |
| DACW51-02-C-0001: P00017 | G01013 00055 | – | G01013 00056 |
| DACW51-02-C-0001: P00018 | G01013 00045 | – | G01013 00047 |
| DACW51-02-C-0001: P00019 | G01013 00042 | – | G01013 00044 |
| DACW51-02-C-0001: P00020 | G01013 00036 | – | G01013 00040 |

DACW51-02-C-0001

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0001: P00021 | G01013 00033 | – | G01013 00035 |
| DACW51-02-C-0001: P00022 | G01013 00031 | – | G01013 00032 |
| Contractor Submittals | not located | | |

**DACW51-02-C-0002**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0002: Main Contract | G01010 12579 – | G01010 12631 |
| DACW51-02-C-0002: P00001 | G01013 00168 – | G01013 00170 |
| DACW51-02-C-0002: P00002 | not located | |
| Contractor Submittals | not located | |

DACW51-02-C-0019

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0019: Main Contract | G01010 03727 | – | G01010 03738 |
| DACW51-02-C-0019: A0001 | G01013 02898 | – | G01013 02899 |
| DACW51-02-C-0019: A0002 | G01013 02895 | – | G01013 02897 |
| DACW51-02-C-0019: A0003 | G01013 02893 | – | G01013 02894 |
| DACW51-02-C-0019: A0004 | G01013 02891 | – | G01013 02892 |
| DACW51-02-C-0019: A0005 | G01013 02889 | – | G01013 02890 |
| DACW51-02-C-0019: A0006 | G01013 02887 | – | G01013 02888 |
| DACW51-02-C-0019: A0007 | G01012 05261<br>G01013 02873 | –<br>– | G01012 05262<br>G01013 02874 |
| DACW51-02-C-0019: P00001 | G01013 02812 | – | G01013 02813 |
| DACW51-02-C-0019: P00002 | G01013 02809 | – | G01013 02811 |
| DACW51-02-C-0019: P00003 | G01013 02806<br>G01013 02860 | –<br>– | G01013 02808<br>G01013 02862 |
| DACW51-02-C-0019: P00004 | G01013 02857<br>G01013 02803 | –<br>– | G01013 02859<br>G01013 02805 |
| DACW51-02-C-0019: P00005 | G01013 02793<br>G01013 02853 | –<br>– | G01013 02799<br>G01013 02856 |
| DACW51-02-C-0019: P00006 | G01013 02850<br>G01013 02822 | –<br>– | G01013 02852<br>G01013 02824 |
| DACW51-02-C-0019: P00007 | G01013 02819<br>G01013 02848 | –<br>– | G01013 02820<br>G01013 02849 |
| DACW51-02-C-0019: P00008 | G01013 02817<br>G01013 02846 | –<br>– | G01013 02818<br>G01013 02847 |
| DACW51-02-C-0019: P00009 | G01013 02814<br>G01013 02843 | –<br>– | G01013 02816<br>G01013 02845 |
| DACW51-02-C-0019: P00010 | G01013 02840<br>G01013 02880 | –<br>– | G01013 02842<br>G01013 02882 |
| DACW51-02-C-0019: P00011 | G01013 02836 | – | G01013 02838 |
| DACW51-02-C-0019: P00012 | G01013 02832 | – | G01013 02834 |

**DACW51-02-C-0019**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0019: P00013 | G01013 02829 – | G01013 02830 |
| DACW51-02-C-0019: P00014 | G01013 02825 – | G01013 02827 |
| DACW51-02-C-0019: P00015 | G01006 05433 – | G01006 05434 |
| DACW51-01-B-0024-0011: 3-Day Submittal | not located | |
| DACW51-01-B-0024-0011: 70-Day Submittal | not located | |

**DACW51-02-C-0022**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0022: Main Contract | G01010 09226 | – G01010 09273 |
| DACW51-02-C-0022: P00001 | not located | |
| Contractor Submittals | not required | |

DACW51-01-C-0006

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-01-C-0006: Main Contract | G01010 04310 | – | G01010 04405 |
| DACW51-01-C-0006: A00001 | G01014 00785 | – | G01014 00786 |
| DACW51-01-C-0006: P00001 | G01014 00986 | – | G01014 00987 |
| DACW51-01-C-0006: P00002 | G01014 00969 | – | G01014 00969 |
| DACW51-01-C-0006: P00003 | G01014 00954 | – | G01014 00956 |
| DACW51-01-C-0006: P00004 | G01014 00946 | – | G01014 00948 |
| DACW51-01-C-0006: P00005 | G01014 00928<br>G01014 00932 | –<br>– | G01014 00930<br>G01014 00934 |
| DACW51-01-C-0006: P00006 | G01014 00910 | – | G01014 00912 |
| DACW51-01-C-0006: P00007 | G01014 00895 | – | G01014 00897 |
| DACW51-01-C-0006: P00008 | G01014 00889 | | |
| DACW51-01-C-0006: P00009 | G01014 00844 | – | G01014 00848 |
| DACW51-01-C-0006: P00010 | G01014 00819 | – | G01014 00820 |
| DACW51-01-C-0006: P00011 | G01014 00813 | | |
| DACW51-01-C-0006: P00012 | G01014 00810 | – | G01014 00811 |
| DACW51-01-C-0006: P00013 | G01014 00803 | – | G01014 00804 |
| DACW51-01-C-0006: P00014 | G01014 00410 | – | G01014 00413 |
| Contractor Submittals | not located | | |

**DACW51-01-C-0023**

| Document Type | Begin | End |
|---|---|---|
| DACW51-01-C-0023: Main Contract | G01010 07830 | – G01010 07927 |
| DACW51-01-C-0023: P00001 | G01014 01650 | – G01014 01671 |
| DACW51-01-C-0023: P00002 | G01014 01688 | – G01014 01729 |
| Contractor Submittals | not required | |

# Attachment 2

| Contract | Missing Parts |
|---|---|
| W912DS-07-C-0003 | P00001–4 |
| W912DS-06-C-0018 | P00001–3 |
| W912DS-05-C-0003 | A00001 |
| W912DS-05-C-0020 | Contractor Submittals |
| W912DS-05-C-0004 | P00010–17; A0001-2; 70-Day Submission |
| W912DS-04-C-0008 | P00012–13, A0001-0003, A0005 |
| W912DS-04-C-0016 | Contractor Submittals |
| DACW51-03-C-0001 | P00016; 70-Day Submittal |
| DACW51-03-C-0012 | P00019 |
| DACW51-03-C-0014 | A00010, A00011, Contractor Submittals |
| DACW51-03-C-0019 | P00002 |
| DACW51-03-C-0021 | 3-Day Submittal |
| DACW51-02-C-0001 | |
| DACW51-02-C-0002 | P00002 |
| DACW51-02-C-0019 | Contractor Submittals |
| DACW51-02-C-0022 | P00001 |
| DACW51-01-C-0006 | |
| DACW51-01-C-0023 | |