**Exhibit 8**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - - -x

TDM AMERICA, LLC, :

Plaintiff, :

:

-against- Index No. 06-472 C

THE UNITED STATES OF AMERICA,

Defendant, :

- and - :

DONJON MARINE COMPANY, INC.,

:

Third-Party Defendant.

:

- - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION of ELLA D. SNELL, taken by Plaintiff at the offices of Davidoff, Malito & Hutcher, 605 Third Avenue, New York, New York 10158, on Friday, May 18, 2007, commencing at 9:30 o'clock a.m., before Annette Forbes, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

A Typically this document remains in the file of my COR, my contracting officer's representative.

09:56:28 Q Do you know whether or not in order to pay these documents, certain information has to be provided by the contractor in order to authorize payment?

A Yes. Certain information has to be provided.

09:56:41

Q What information has to be provided?

A Well, the contractor -- this is submittal of an invoice for payment. And the contractor would have to submit, for example, quantities dredged, the COR considers the percentage of completion and a number of things, then the COR makes the payment.

09:56:56

Remember, earlier I told you I only make the final payment. I only see the final paid document because I have to make that final payment. And it might help if I explain that process to you.

09:57:12

Q Sure.

A The way the process works is once I award a contract, I designate a contracting

09:57:23

officer representative, as well as an administrative contracting officer, called COR and ACO, respectively.

09:57:34 Those people are responsible for complete management of this contract until it's ready to be closed out.

That means that they will have lots of letters. They will be pay estimates. They
09:57:47 will have a lot of documents that I will never see and I don't have a need to see them as long as things are working properly.

At the end of the contract period, what they have to do, according to regulation, is
09:58:01 box up all of those documents and send them to me because I'm responsible for the final pay, as well as the final closeout of the document.

I merge all of their files with my files. They box them, we put them in a storage
09:58:21 area.

That's how the process works.

Q Do you know whether or not the contract number W912DS-07-C-0003 has ended or is it still ongoing?

09:58:45 A I don't know.

Snell

Q Do you know who the COR and ACO are?
A Yes. My initial COR is Salvatore Didato, D-I-D-A-T-O.
09:58:58 Q Who is the ACO?
A Off the top of my head, I don't remember, because what we do, we will appoint a primary ACO and an alternate. We will do the same for the COR, a primary and an alternate.
09:59:12 Sometimes they change.
Q Without necessarily distinguishing between primary and alternate, do you know who any of them are with respect to this contract?
A Not off the top of my head.
09:59:32 Q In the event that you are considering making a final payment, which is when it comes to you, do you view any volume surveys or similar information to determine, to make the final payment?
09:59:49 MS. FRANKLIN: Objection. Vague.
Q Do you understand the question?
A Yes.
No, I do not.
09:59:54 Again, just to tell you how the

system works, we make payments electronically.

For me, I have to go through the E system and I literally go through, well, the system takes me through all of the pay estimates, even though I don't actually see them.

What it tells me is that this one has been completed, payments made, this one completed.

Because there are times when I would get to a pay estimate and I'm trying to get to the final and the system will tell me you cannot go to the next record.

And when that happens, I return the action to, in this case construction division, not the COR, because the CORs work for construction, and I return it to construction saying you need to go into the system and check this out because I can't get to the next and final pay estimate.

So that's how it works. So I don't have to review anything physically because the system will let me know if I have a problem.

Q What was the electronic system you are talking about?

A Corps of Engineers financial

management system, CEFMS, Core of Engineers financial management system.

Q Do you have the ability to print out the information?

10:01:27

You see this information on the computer screen, I take it?

A I don't literally see the pay estimate, again, because I don't have to.

10:01:37

So, in fact, the pay estimate itself is not in the system, just certain information is in the system. I don't have to look at it because if there is a problem, the system will tell me.

What I do, I enter it. As long as it allows me to get to the final pay estimate, I know that everything is okay.

10:01:51

Q Do you know if printouts of the information that you are referring to in the electronic system has been provided to us?

10:02:03

MS. FRANKLIN: Objection. Vague.

A I don't know.

MR. ADLER: If not, I will ask that you produce whatever information relative to the contract.

10:02:13

MS. FRANKLIN: Sorry. Repeat that.

MR. ADLER: If that information is not provided.

10:02:18

MS. FRANKLIN: Pay estimates, for example, the one we are looking at?

MR. ADLER: Let's not be cute. Not the pay estimates. The information in the electronic system. Is that clear?

10:02:23

Q With respect to the contracts which you have responsibility for, do you know if the contracts are paid in phases or are they paid at once?

10:02:55

MS. FRANKLIN: Objection. Vague.

Q Are payments made at various intervals of time or is one payment made?

10:03:09

A Various intervals.

Q Do you have any responsibility in the event there are amendments to the contract?

A It depends. And, actually, there are, they would be called modifications.

10:03:24

Snell

Remember, I told you that I have an ACO. That ACO has authority up to $500,000. And if there is something within the ACO's threshold, that ACO will process the modification.

10:03:42

Q And if it's above $500,000, that's something you would have to process?

A Then it has to be processed by my office, yes.

10:04:00

Q Just to understand, does that mean your CORs approve the interval payments and not you, either for the contract amounts or any additional amounts less than $500,000?

A That's different.

10:04:13

When it comes to pay estimates, paying the contractor, there is no limitation for the COR and the ACO, only when it comes to modifying the contract.

Q With respect to contract

10:04:27

W912DS-07-C-0003, do you have any knowledge at all as to where the process with the dredging occurred for this contract?

A No.

MR. ADLER: I will ask the

10:05:09

court reporter to please mark as the

determine one from the other unless you have them both in front of you?

A The latter.

If you look at the IFB number, you will not be able to determine the contract number because that's sort of a, a phase, it's a stand-alone document.

However, once I award the contract, you can look at the contract and tell what the IFB number is.

This is a manual document, not the system document. That's one of the first things I noticed still it has the IFB number. You can tell on the contract, but not the solicitation.

Q Do you know whether or not this contract was awarded to a contractor?

A Yes, it was awarded.

Q Do you know the contractor to whom it was awarded?

A Yes, I do.

Q Who is that contractor?

A Great Lakes.

Q Do you know whether or not dredge material was treated with an additive for upland

disposal under this contract?

A No, I do not.

Q Do you know who the COR or ACO -- let me backtrack.

Do you know whether or not this contract is finished or is it still ongoing?

MS. FRANKLIN: Objection. Vague.

Q Do you know whether or not activities, dredging activities for this contract are still ongoing?

A No, I do not.

Q Do you know if final payment was made on this contract?

A Off the top of my head, I do not.

Q You don't?

A No.

Q In your electronic system, which you mentioned before, would you be able to go through that system and determine whether or not final payment has been made on this contract?

A Yes, I believe I would. I have never had to. I believe that I would.

Q That information, generally when you

A Yes, I have.
Q What is it?
A It's a contract, same as the others, for removal and disposal of material.
0:32:49
Q Is this one that you had responsibilities for corresponding to your duties as you have outlined at the beginning of this deposition?
0:33:04
A Yes.
Q Do you know whether or not this contract, whether activity under the contract is ongoing or has been finished?
A I don't have that knowledge.
0:33:22
Q Do you know the identity of the contractor that was awarded this contract?
A Yes.
Q Who was that?
A Bean, B-E-A-N, Stuyvesant.
0:33:40
Q Do you know whether or not dredge materials was treated with an additive for upland disposal under this contract?
A I don't know that.
Q I believe that you testified you are
10:34:14
not sure of the activity ongoing under the

contract; is that correct?

A That's correct.

Q Does that mean as you sit here today you don't know whether a final payment was made on this contract either?

A That's correct.

Q I now turn your attention again to Plaintiff's Exhibit No. 8 and you can, I will direct your attention to the document bearing Bates Nos. G01020 00025 through G01020 00031.

A I have to look. They are out of order again. 25?

Q 25 through 31.

A Looks like it jumps through 37.

Q We will take a minute and put it all together.

A I hate to mess these up for you.

Q We have a lot of witnesses looking at them.

Are you familiar with the type of document that's Bates No. 25 through 31?

A Yes.

Q Is this one a payment estimate for the contract that we have just referenced as

1:13:24
1:13:42
1:13:57
11:14:13
11:14:53

Q Do you know to whom it was awarded?
A Great Lakes Dredge and Dock Company.
Q Do you know what this contract is for?
A It's for debris removal and disposal.
Q Do you know whether or not dredge material, whether or not this contract provides for the treatment of dredge material with an additive for upland disposal?
A I do not.
Q Do you know where the dredging was occurring under this contract?
A No, I do not.
Q Do you know whether or not this, whether activity under this contract has been completed?
A I do not.
Q I want to turn your attention to the document bearing Bates No. G006855. It's almost like 25 pages from the end.
The page is entitled Section 11010, Digital Photo Documentation and Communications.
Under Part 1, general, it says,

"Section 1.1. Contract representative. The contractor is responsible for visually documenting the entire project using a digital camera and a secure digital photo management system."

11:15:08

Part of your responsibilities at the Corps, do you have any responsibilities with respect to Part 1, as I read just now?

A No.

11:15:21

Q Do you know who the COR or ACOs are for this contract?

A No, I would have to look at the document. It's not going to be in here.

Q Where would it be?

11:15:35

A It would be a separate designation letter, like the one that you showed me in another exhibit, in Exhibit 52, it would be a letter of designation -- sorry, that's not it.

Sometimes I can tell by looking at the pay estimate, but I would never put my designations in a contract. It would be by separate letter or, as I said, I can tell by looking at the pay estimate.

11:15:52

Q Do you designate the COR or the ACO?

11:16:20

MS. FRANKLIN: Objection.

contract was awarded?

A Yes.

Q To whom was it awarded?

1:26:37 A It was awarded to Donjon Marine Company, Incorporated.

Q Do you know whether or not activities on this contract are still ongoing?

A I do not know that.

1:26:49 Q Does that also mean that you don't know whether final payment was made under this contract?

A That's correct.

Q Did you designate a COR or ACO for

1:27:17 this contract?

A We would have to, but without seeing the designation letter that was signed by Major Freedman at that time, I don't know who that would be.

11:27:59 Q I refer you again to Plaintiff's Exhibit No. 8, to the document bearing Bates No. G01020 00003, actually, make that 00004.

A Okay.

Q On the left-hand side, in the lower

11:28:44 left-hand side of the document that ends in 04

Snell

Q It's an earlier part to it?
A It's just this. I wouldn't say it's a nothing document, this page, but the essence of the contract starts here on the continuation sheet.

2:06:10

Q Is this one of the contracts that you had responsibilities for, as you testified to earlier?
A Yes.

2:06:20

Q Do you know, does this contract include dredging?
A Yes, it does.
Q Do you know to whom it was awarded?
A Yes. It was awarded to Donjon Marine Company, Incorporated.

...06:42

Q Do you know whether or not dredge material was treated with an additive under that contract?
A I do not know that.

12:06:54

Q Do you know whether dredging activities under this contract are still ongoing?
A I don't know that.
MR. ADLER: I would like the court reporter to please mark as

12:07:15