Exhibit 10

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

- - - - - - - - - - - - - - - - - - - - -x

TDM AMERICA, LLC, :

Plaintiff, :

:

-against- Index No. 06-472 C

THE UNITED STATES OF AMERICA,

Defendant,

- and - :

DONJON MARINE COMPANY, INC.,

:

Third-Party Defendant.

:

- - - - - - - - - - - - - - - - - - - - -x

CONTINUED DEPOSITION of BRYCE W. WISEMILLER, taken by Plaintiff at the offices of Davidoff, Malito & Hutcher, 605 Third Avenue, New York, New York 10158, on Tuesday, May 22, 2007, commencing at 9:38 o'clock a.m., before Annette Forbes, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

marked Plaintiff's Exhibit 29.

I ask you to please generally review it and to let me know whether or not you have familiarity with it.

09:40:47

MS. FRANKLIN: Sorry, Michael, I should have also indicated the Bates range.

MR. ADLER: It's G0102200001 through G0102200008.

09:41:01

Q Do you recognize it?

A (Perusing document.) Generally, yes.

Q What is it?

A It appears to be the contract package or Anchorage Channel contract 3, otherwise known as S-AN-1.

09:41:30

Q Have you seen contracts like this before?

A Yes.

09:41:46

Q As part of your general duties at the USACE?

A Yes.

Q With respect to this contract for the Anchorage Channel, did you have any

09:42:05

Wisemiller

It may say in this package somewhere, but, again, I'm not familiar with it.

MR. ADLER: I am now providing the witness with Exhibit No. 52.

09:56:02

Q Please review that and let me know whether you recognize it.

A (Perusing document.)

MS. FRANKLIN: Have we used this exhibit before?

09:56:16

MR. ADLER: Yes.

MS. FRANKLIN: I just need a minute to find the exhibits each time you pull them out.

Q Do you recognize it?

09:57:16

A This appears to be the contract for the maintenance dredging that was issued by our operations division this last year.

MS. FRANKLIN: Just a minute. I'm still looking for it.

09:57:28

A Sorry.

Q And what is the maintenance contract?

A A maintenance contract, I should point out I am not a project manager for the

09:58:00

10:24:27 A This line item refers generally to the same type line items as we discussed earlier when we were talking about removal, transportation, processing as needed and ultimate placement/disposition of this material, presumably silty materials that reside in the shoal areas in the New York/New Jersey channels, Arthur Kill Reach.

10:24:47 Q Do you have any understanding whether most of that material was treated with an additive for upland disposal?

A I would assume that this material was in large part, if not all, treated with an additive prior to upland placement. 10:25:01

Q One more item on this.

A However, the quantities, here's a statement as part of the solicitation.

The actual amount that was dredged and paid to the contract as part of this line item, you have to look at the contract execution documents, pay estimates and such. 10:25:15

Q Referring to the page Bates No. 727, item No. 0005, underneath 0005, it says the word option. 10:25:39

10:54:09

B R Y C E W. W I S E M I L L E R, resumed and testified further as follows:

MR. ADLER: Would you mark this as the next exhibit.

Let the record reflect that the witness has been provided with a document bearing Bates No. G0101407176 through G0101407255, Plaintiff's Exhibit 70.

10:55:29

(Document bearing Bates Nos. G0101407176 through G0101407255 was marked as Plaintiff's Exhibit No. 70 for identification, as of this date.)

1..55:31

BY MR. ADLER:

Q Please review it and let me know whether you recognize it.

A (Perusing document.) This appears to be the maintenance contract for Flushing Bay that was done a few years ago by our operations division.

10:55:40

Q Do you know whether or not dredge material was treated with an additive for upland disposal under this contract?

10:55:53

A I do not, except it appears so on

10:58:23
10:59:06
1υ:59:23
10:59:44
11:00:05

Q I will show you Plaintiff's Exhibit No. 58, ask you to review it and see if you recognize it.

A (Perusing document.)

MR. FLAHERTY: No. 58?

MR. ADLER: 58.

A This appears to be a maintenance contract for maintenance material in our Arthur Kill Channel that was put out by our operations division to Donjon as prime contractor.

Q Do you know who is responsible for this contract?

A Our operations division.

Do you mean in the Corps?

Q Do you know the person?

A Not offhand.

It appears to be the operations support management branch.

By person, I don't see it here.

Q Turning to the page that's Bates numbered ending in 102, item number 0002.

Do you have an understanding of that entry that appears a little bit to the right and below that number?

Go ahead.

A This appears to be a maintenance contract issued in 2002 to Donjon by our operations division for maintenance dredging in the Newark Bay main, in Port Newark Channel, Newark Bay.

Q Is this a contract you had responsibility for at USACE?

A No.

Q Do you know who did?

A Yes.

Q Who?

A The technical manager identified in the contract is Leo Strogach, S-T-R-O-G-A-C-H, in our operations division.

Q Do you know whether or not this contract is ongoing or terminated?

A I do not.

I would assume it is likely complete.

Q Do you know whether or not dredge material was treated with an additive for upland disposal under that contract?

A Given the location of where this

predominantly used method for managing material through much of the rest of the country.

The Corps has probably dozens of upland CDF sites throughout the nation. Material is typically put in, no material without processing, either pumped in or mechanically placed in.

Q Do you know any person or persons at the Corps that would be able to explain the compilation of these numbers and what is included in each one of these categories?

A Apart from the point of contact listed on the NDC with the phone number, the National Data Center that's listed.

Q You are referring to Bates No. TDM 006755?

A Probably there, too, but I was actually referring to the last three digits, 752.

Appears to be the same point of contact information.

Q Okay. I see what you are saying.

MR. ADLER: Can we take a five-minute break here?

MS. FRANKLIN: Sure.