**Exhibit 11**

Case 1:06-cv-00472-TCW Document 112-9 Filed 01/25/2008 Page 2 of 6

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC Home
Back
Data

# Dredging Information System

## Number of Contracts, Cubic Yards, and Total Bid Dollars by Type of Material Disposal and Fiscal Year

| | | FY | | | | | |
|---|---|---|---|---|---|---|---|
| DISPTYPE | Data | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
| Beach Nourishment | Contracts | 39 | 28 | 29 | 29 | 30 | 24 |
| | Cubic Yards (Bid) | 25,330,073 | 11,679,137 | 14,697,600 | 15,749,200 | 12,237,200 | 9,380,088 |
| | Dollars (Bid) | $124,321,650 | $73,422,901 | $80,175,527 | $84,845,092 | $109,894,150 | $93,725,974 |
| Confined | Contracts | 18 | 20 | 17 | 15 | 20 | 26 |
| | Cubic Yards (Bid) | 12,310,036 | 22,772,591 | 12,989,979 | 7,661,493 | 10,022,406 | 10,982,272 |
| | Dollars (Bid) | $53,329,854 | $87,857,386 | $56,374,834 | $28,889,219 | $64,543,978 | $75,777,338 |
| Underwater Confined | Contracts | 2 | 3 | 1 | 3 | 1 | 4 |
| | Cubic Yards (Bid) | 1,274,470 | 3,037,400 | 958,000 | 1,985,000 | 125,000 | 3,274,000 |
| | Dollars (Bid) | $6,185,200 | $7,779,120 | $2,417,303 | $13,802,323 | $2,255,000 | $14,725,749 |
| Mixed Modes | Contracts | 16 | 11 | 9 | 8 | 9 | 6 |
| | Cubic Yards (Bid) | 37,690,000 | 20,233,172 | 8,653,414 | 6,167,593 | 8,588,100 | 2,603,658 |
| | Dollars (Bid) | $147,144,105 | $210,342,999 | $71,158,686 | $23,728,237 | $36,527,526 | $19,950,347 |
| Overboard & Open Wate | Contracts | 46 | 47 | 70 | 57 | 28 | 30 |
| | Cubic Yards (Bid) | 86,604,312 | 80,949,400 | 95,889,350 | 72,356,036 | 57,675,032 | 42,523,238 |
| | Dollars (Bid) | $186,674,904 | $130,112,325 | $203,825,575 | $138,699,313 | $98,242,845 | $94,893,077 |
| Open Water & Upland | Contracts | 8 | 10 | 5 | 9 | 5 | 1 |
| | Cubic Yards (Bid) | 6,974,600 | 23,398,000 | 6,907,000 | 7,067,390 | 10,267,091 | 300,000 |
| | Dollars (Bid) | $15,192,496 | $171,630,803 | $44,258,407 | $188,245,002 | $22,898,576 | $0 |
| Beach Nour and Upland | Contracts | 3 | 5 | 6 | 2 | 6 | 2 |
| | Cubic Yards (Bid) | 1,209,430 | 4,520,100 | 2,316,500 | 205,049 | 7,970,710 | 951,000 |
| | Dollars (Bid) | $4,822,771 | $42,670,477 | $8,682,326 | $2,135,132 | $36,492,418 | $9,909,871 |
| Upland | Contracts | 25 | 24 | 25 | 27 | 17 | 14 |
| | Cubic Yards (Bid) | 14,940,173 | 36,000,178 | 18,106,224 | 20,343,146 | 18,315,816 | 13,010,293 |
| | Dollars (Bid) | $93,079,240 | $206,436,689 | $66,795,398 | $141,398,063 | $56,024,244 | $73,715,806 |
| Wetland Nour or Creatio | Contracts | 7 | 5 | 4 | 5 | 5 | 5 |
| | Cubic Yards (Bid) | 28,628,142 | 7,160,000 | 11,425,000 | 11,014,100 | 9,570,000 | 7,895,000 |
| | Dollars (Bid) | $114,727,257 | $16,725,500 | $14,810,000 | $18,476,375 | $32,797,526 | $27,825,900 |
| Undefined | Contracts | 15 | 14 | 12 | 12 | 5 | 19 |
| | Cubic Yards (Bid) | 8,047,540 | 20,404,382 | 10,380,900 | 9,213,300 | 6,031,000 | 22,894,072 |
| | Dollars (Bid) | $49,352,303 | $68,706,842 | $62,392,733 | $36,332,399 | $12,847,345 | $81,443,824 |
| Total Contracts | | 179 | 167 | 178 | 167 | 126 | 131 |
| Total Cubic Yards (Bid) | | 223,038,776 | 230,154,360 | 182,323,967 | 151,762,307 | 140,802,355 | 113,813,621 |
| Total Dollars (Bid) | | $794,829,780 | $1,015,685,043 | $610,890,789 | $676,551,154 | $472,525,608 | $491,967,346 |

TDM006751

PLAINTIFF'S EXHIBIT

Case 1:06-cv-00472-TCW Document 112-9 Filed 01/25/2008 Page 3 of 6



**Fiscal Year = 1 October to 30 September**

---

**Material Disposal** - manner in which dredge material is placed.
**Beach Nourishment** - beach restoration in which hydraulically pumped dredge material is directly placed onto an eroded beach.
**Confined** - placement of dredged material within diked nearshore or upland confined placement facilities that enclose and isolate the dredged material from adjacent waters.
**Mixed** - dredging operation that uses more than one dredged material placement alternative.
**Overboard & Open Water** - placement of dredged material in rivers, lakes, estuaries, or oceans via pipeline or surface release from hopper dredges.
**Open Water & Upland** - combination of open water and upland placement of dredged material.
**Upland & Beach Nourishment** - combination of upland placement and beach nourishment using dredged material.
**Upland** - placement of dredge material on land above adjacent water surface elevation.
**Wetland Creation or Nourishment** - wetland restoration in which hydraulically pumped dredge material is directly placed in a wetland area.
**Undefined** - undefined or unknown at the time of data entry.

---

Top

Contact for Additional Information:
U.S. Army Corps of Engineers
CEIWR-NDC
7701 Telegraph Road, Casey Bldg.
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

This document was last revised: 4/23/2007

TDM006752

**Exhibit 12**

Welcome to the US Army Corps of Engineers

NDC Home
Back
Data

# Dredging Information System

## Number of Contracts, Cubic Yards, and Total Bid Dollars by Type of Material Disposal and Fisc

| | | FY | | | | |
|---|---|---|---|---|---|---|
| DISPTYPE | Data | 2000 | 2001 | 2002 | 2003 | |
| Beach Nourishment | Contracts | 31 | 39 | 28 | 28 | |
| | Cubic Yards (Bid) | 13,913,578 | 25,330,073 | 11,679,137 | 11,465,600 | |
| | Dollars (Bid) | $76,278,927 | $124,321,650 | $73,422,901 | $70,604,727 | $: |
| Confined | Contracts | 22 | 18 | 20 | 17 | |
| | Cubic Yards (Bid) | 29,577,783 | 12,310,036 | 22,772,591 | 12,989,979 | |
| | Dollars (Bid) | $83,689,515 | $53,329,854 | $87,857,386 | $56,374,834 | $: |
| Underwater Confined | Contracts | 2 | 2 | 3 | 1 | |
| | Cubic Yards (Bid) | 422,000 | 1,274,470 | 3,037,400 | 958,000 | |
| | Dollars (Bid) | $2,815,777 | $6,185,200 | $7,779,120 | $2,417,303 | $: |
| Mixed Modes | Contracts | 11 | 16 | 11 | 9 | |
| | Cubic Yards (Bid) | 11,446,158 | 37,690,000 | 20,233,172 | 8,653,414 | |
| | Dollars (Bid) | $39,239,989 | $147,144,105 | $210,342,999 | $71,158,686 | $: |
| Overboard & Open Wate | Contracts | 45 | 45 | 47 | 70 | |
| | Cubic Yards (Bid) | 55,427,368 | 86,454,312 | 80,949,400 | 95,889,350 | |
| | Dollars (Bid) | $153,371,744 | $186,228,633 | $130,112,325 | $204,529,441 | $1: |
| Open Water & Upland | Contracts | 15 | 7 | 9 | 4 | |
| | Cubic Yards (Bid) | 15,758,050 | 6,974,600 | 22,798,000 | 6,407,000 | |
| | Dollars (Bid) | $39,380,925 | $14,339,473 | $169,574,860 | $42,495,259 | $1: |
| Beach Nour and Upland | Contracts | 1 | 2 | 5 | 6 | |
| | Cubic Yards (Bid) | 400,000 | 1,109,430 | 4,520,100 | 2,316,500 | |
| | Dollars (Bid) | $2,179,146 | $3,562,381 | $42,670,477 | $8,682,326 | : |
| Upland | Contracts | 18 | 24 | 24 | 25 | |
| | Cubic Yards (Bid) | 12,427,801 | 14,940,173 | 36,000,178 | 18,106,224 | : |
| | Dollars (Bid) | $53,200,253 | $90,935,840 | $206,436,689 | $66,795,398 | $1: |
| Wetland Nour or Creatio | Contracts | 3 | 7 | 5 | 4 | |
| | Cubic Yards (Bid) | 10,700,000 | 28,628,142 | 7,160,000 | 11,425,000 | |
| | Dollars (Bid) | $32,694,260 | $114,727,257 | $16,725,500 | $14,810,000 | $ |
| Undefined | Contracts | 16 | 15 | 14 | 12 | |
| | Cubic Yards (Bid) | 7,636,200 | 8,047,540 | 20,404,382 | 10,380,900 | |
| | Dollars (Bid) | $104,968,712 | $49,352,303 | $68,706,842 | $62,392,733 | $: |
| Total Contracts | | 164 | 175 | 166 | 176 | |
| Total Cubic Yards (Bid) | | 157,765,938 | 222,758,776 | 229,554,360 | 178,591,967 | 1: |
| Total Dollars (Bid) | | $587,819,249 | $790,126,695 | $1,013,629,099 | $600,260,707 | $6 |

Fiscal Year = 1 October to 30 September

**Material Disposal** - manner in which dredge material is placed.
**Beach Nourishment** - beach restoration in which hydraulically pumped dredge material is directly placed onto an eroded beach.
**Confined** - placement of dredged material within diked nearshore or upland confined placement facilities that enclose and isolate the dredged material from adjacent waters.
**Mixed** - dredging operation that uses more than one dredged material placement alternative.

TDM006578

**Overboard & Open Water** - placement of dredged material in rivers, lakes, estuaries, or oceans via pipeline or surface release from hopper dredges.
**Open Water & Upland** - combination of open water and upland placement of dredged material.
**Upland & Beach Nourishment** - combination of upland placement and beach nourishment using dredged material.
**Upland** - placement of dredge material on land above adjacent water surface elevation.
**Wetland Creation or Nourishment** - wetland restoration in which hydraulically pumped dredge material is directly placed in a wetland area.
**Undefined** - undefined or unknown at the time of data entry.

---

Top

Contact for Additional Information:
U.S. Army Corps of Engineers
CEIWR-NDC
7701 Telegraph Road, Casey Bldg.
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

This document was last revised: 7/25/2006