**Exhibit 13**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------X
TDM America, LLC, :
:
Plaintiff : No. 06-472 C
:
v. :
:
THE UNITED STATES OF AMERICA, :
:
Defendant :
-------------------------------X

Alexandria, Virginia

Friday, July 27, 2007

Deposition of VIRGINIA R. PANKOW, a witness herein, called for examination by counsel for the plaintiff in the above-entitled matter, at the Offices of U.S. Army Corps of Engineers, Institute for Water Resources, Navigation data Center, 7701 Telegraph Road, Casey Bldg, Alexandria, Virginia, before Tracy E. Barksdale, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Virginia.

JOB NO. 12953

David Feldman Worldwide

COPY

From File to Trial™

California | New York | Texas
www.david-feldman.com

A I do not know.

Q And how about with respect to upland? Is that generally silt?

MS. FRANKLIN: I'm going to object to the extent that question has been asked several times and answered.

THE WITNESS: I do not know what the material is for upland disposal.

BY MR. ADLER:

Q Now, with respect to TDM006754, the form that says New York, right?

A Yes.

Q I'm just asking from your experience and your knowledge of dealing with the database, the numbers for New York for years 2001 through 2006 as shown here, are, compared to the other districts, fairly large. Do you have an understanding of whether most of that material represents dredge material that was disposed upland and that was treated?

MS. FRANKLIN: Objection. Vague to the extent that you're representing that the numbers in the New York column are larger.

MR. ADLER: They are what they are.

BY MR. ADLER:

Q But do have an understanding that most of that material was treated for upland disposal?

MS. FRANKLIN: And I also object you're asking questions outside the scope for which this witness was designated.

BY MR. ADLER:

Q You can answer the question.

A I have no knowledge if any of that material was treated.

MR. ADLER: Just one second, please.

All right, so at this point I have no further questions for the witness, though I will say that TDM still expects to have a witness from the United States that will be able to testify regarding the amounts of material that were not treated, were treated, so these numbers can be explained.

MS. FRANKLIN: I can't hear you. I hear air.

MR. ADLER: I want to make a statement on the record that the United States has asked on several occasions for a knowledgeable witness that can explain -- TDM has explained -- sorry, that TDM has requested on numerous occasions for a witness that would have knowledge that would explain the numbers that the U.S. provided to us that were represented as representing or that are the quantities of dredge material that were treated for upland disposal versus the amounts of material that are shown in the Web site and for someone