# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 4 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0009<br>KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN<br>FUNDED WORK ITEM 9KHC49<br>NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329<br>No Payment Due | Earnings | $0.00 | $32,932.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$32,932.00** |
| OBLIGATION LINE ITEM - 0009A<br>KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0<br>FUNDED WORK ITEM 418LFC<br>KVK FED-CONSTRUCTION DIV. (AREA 6) 076329<br>No Payment Due | Earnings | $0.00 | $450,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$450,000.00** |
| OBLIGATION LINE ITEM - 0010<br>KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN<br>FUNDED WORK ITEM 418LFC<br>KVK FED-CONSTRUCTION DIV. (AREA 6) 076329<br>No Payment Due | Earnings | $0.00 | $2,100,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$2,100,000.00** |
| OBLIGATION LINE ITEM - 0010A<br>KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0<br>FUNDED WORK ITEM 418LFC<br>KVK FED-CONSTRUCTION DIV. (AREA 6) 076329<br>No Payment Due | Earnings | $0.00 | $1,000,000.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,000,000.00** |
| OBLIGATION LINE ITEM - 0011<br>KVK AREA CTR 7 AREA 6 - FEDERAL-OBLIGATION FOR LIN<br>FUNDED WORK ITEM 9KHC49<br>NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329<br>No Payment Due | Earnings | $0.00 | $0.00 |
| | Less Retained Percentage | $0.00 | $0.00 |
| | Less other Deductions | $0.00 | $0.00 |
| | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$0.00** |

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 5 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0011A | Earnings | $0.00 | $0.00 |
| KVK AREA CTR 7 AREA 6 - OBLIGATION FOR LINE ITEM 0 | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$0.00** |
| OBLIGATION LINE ITEM - 0012 | Earnings | $0.00 | $1,500,000.00 |
| P00009-NY HARBOR KILL VAN KULL AND NEWARK BAY CHAN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,500,000.00** |
| OBLIGATION LINE ITEM - 0013 | Earnings | $0.00 | $500,000.00 |
| P00009-NY HARBOR KILL VAN KULL AND NEWARK BAY CHAN | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$500,000.00** |
| OBLIGATION LINE ITEM - 0014 | Earnings | $0.00 | $1,200,000.00 |
| KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,200,000.00** |
| OBLIGATION LINE ITEM - 0015 | Earnings | $0.00 | $400,000.00 |
| KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$400,000.00** |

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. DACW51-02-C-0019 NA

Sheet 6 of 6

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.
2851 Richmond Terrace Staten Island, NY 10303

PERIOD COVERED BY THIS ESTIMATE
FROM 16 Sep 2005 THRU 29 Sep 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| OBLIGATION LINE ITEM - 0016 | Earnings | $0.00 | $2,824,784.16 |
| P00011 - KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $2,824,784.16 |
| OBLIGATION LINE ITEM - 0017 | Earnings | $0.00 | $128,055.35 |
| P00011 - KVK AREA 6 INCREMENTAL FUNDING | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $128,055.35 |
| OBLIGATION LINE ITEM - 0018 | Earnings | $0.00 | $5,200,431.84 |
| P00012/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $0.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| No Payment Due | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $0.00 | $5,200,431.84 |
| OBLIGATION LINE ITEM - 0019 | Earnings | $753,944.75 | $753,944.75 |
| P00012/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 9KHC49 | Less other Deductions | $0.00 | $0.00 |
| NFD-CONSTRUCTION DIV. (KVK-AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 10/13/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $753,944.75 | $753,944.75 |
| OBLIGATION LINE ITEM - 0020 | Earnings | $2,846,055.25 | $4,834,145.00 |
| P00013/KVK AND NEWARK BAY CHANNELS NAVIGATION IMPR | Less Retained Percentage | $0.00 | $0.00 |
| FUNDED WORK ITEM 418LFC | Less other Deductions | $0.00 | $100.00 |
| KVK FED-CONSTRUCTION DIV. (AREA 6) 076329 | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| Payment Due Date 10/13/2005 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | $2,846,055.25 | $4,834,045.00 |
| | TOTALS | $3,600,000.00 | $44,307,488.10 |

RMS FORM 93 SUPPLEMENT

G01020 00079

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and 37-345-10.

1. DATE: September 8,2003 — SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: Donjon Marine Co., Inc. / CTI a Joint Venture, 1250 Liberty Avenue, Hillside, New Jersey 07205

3. CONTRACT NUMBER: DACW51-01-C-0006

4. DISTRICT: New York

5. DESCRIPTION OF WORK: Dredging and Disposal of Material to -47 MLW

6. APPROPRIATION AND PROJECT: KVK Navigation Improvement Phase 2, Control 4, Area 7

7. REQUIRED COMPLETION DATE: March 28,2003

8. LOCATION: Elizabeth Channel, Port Newark, New Jersey

9. PERIOD COVERED BY THIS ESTIMATE: FROM 03/28/02 THRU 03/28/03

10. JOB ORDER NO.: Not Applicable

11. ESTIMATE NO.: #20

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 0001AA | Mobilization and Demobilization | 100% Lump Sum | Lump Sum | $2,800,000.00 | 100% Lump Sum | $2,800,000.00 |
| 0002 | Additional Cost for Optional Insurance | 100% Lump Sum | Lump Sum | $100,000.00 | 100% Lump Sum | $100,000.00 |
| 0001AB | Drilling, Blasting, Dredging & Dispose to -47 MLW | 100% Lump Sum | Lump Sum | $24,600,000.00 | 100% Lump Sum | $24,600,000.00 |
| 0001AD | Field Office | 100% Lump Sum | Lump Sum | $200,000.00 | 100% Lump Sum | $200,000.00 |
| P0006 | Field Office | 100% Lump Sum | Lump Sum | -$200,000.00 | 100% Lump Sum | -$200,000.00 |
| P0009 | Atlantic Beach Artificial Reef | 100% Lump Sum | Lump Sum | $492,740.00 | 100% Lump Sum | $492,740.00 |
| P00014 | Additional Material | 100% Lump Sum | Lump Sum | $3,928,273.00 | 100% Lump Sum | $3,982,273.00 |
| A00001 | Deletion of Atlantic Beach Reef | 100% Lump Sum | Lump Sum | -$3,865.00 | 100% Lump Sum | -$3,865.00 |
| INCLUDES MODIFICATIONS THRU: | | TOTAL CONTRACT | | $31,917,148.00 | TOTAL EARNINGS TO DATE | $31,917,148.00 |

**12. PRESENTED FOR PAYMENT**

PAYEE: Donjon/CTI a Joint Venture
PER: Thomas D. Witte
DATE:
TITLE: Executive Vice President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: [signature] Ronald D. Conetta, P.E.
TITLE: Admin. Contracting Officer
DATE: 08Sep2003

CONTRACTING OFFICER APPROVAL (Signature): Ella D. Snell
DATE:

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | $100.00 | |
| B. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| C. PREVIOUS PAYMENTS | $31,917,048.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | $31,917,148.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | $0.00 |
| F. LESS RETAINED PERCENTAGE | $0.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | $0.00 | |
| H. TOTAL DEDUCTIONS FOR THIS PERIOD (F+G) | | $0.00 |
| I. RETAINAGE REFUNDED | $0.00 | |
| J. OTHER REFUNDS | $100.00 | |
| K. TOTAL REFUNDS THIS PERIOD | | $100.00 |
| L. AMOUNT DUE CONTRACTOR (E+H+K) | | $100.00 |

15. RECAPITULATION

TOTAL RETAINED PCTG. (B+F+I) $0.00 — TOTAL PAID (C+L) $31,917,148.00

G01020 00080

SEP-21-2001 17:22 CESPL PL CO SA 909 656 4730 P.01/01

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: 00030l
3. EFFECTIVE DATE: See Block 16C
4. REQUISITION/PURCHASE REQ. NO.: A01-0010-002
5. PROJECT NO. (If applicable)

6. ISSUED BY CODE J
Los Angeles District, USACE
911 Wilshire Blvd., P.O. Box 532711
Los Angeles, California 90053-2325

7. ADMINISTERED BY (If other than Item 6) CODE
Rivers & Harbors Resident ofc
5525 East Imperial Hwy
Southgate, Ca 90280

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
BUDDY'S CONTRACTING SERVICE
512 N. COURT STREET
VISALIA, CA 93291

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
✓ 10A. MODIFICATION OF CONTRACT/ORDER NO.: DACW09-01-D-0010
10B. DATED (SEE ITEM 13): 01 Aug 31

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
4719 96041 2520 9610FC
Contract Amount Increased $463,661.08. Available Funding Increased $463,661.08.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
✓ 52.0243-0004- CHANGES

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☑ is required to sign this document and return original and ... copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for TO #0003 DREDGING & CEMENT STABLIZATION at RIVERS & HARBORS RES. OFFICE

Modification Reference # R00301

WN002 DEFINITIZATION MODIFICATION

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Lorraine C. Jones, Sec
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): THOMAS E. KIRKPATRICK, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 9-21-01
16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)
16C. DATE SIGNED: 9/21/01

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

G014304

G02005 00001

MODIFICATION OF CONTRACT

| DATE SIGNED | PAGE OF PAGES |
| --- | --- |
| See Block 16C | 2 3 |

Contract No. DACW09-01-D-0010
Modification No.
Contractor: BUDDY'S CONTRACTING SERVICE
Contract Title: TO #0003 DREDGING & CEMENT STABLIZATION
tion: RIVERS & HARBORS RES. OFFICE

14. DESCRIPTION OF MODIFICATION (CONTINUED)

A. SCOPE OF WORK

WN002 *DEFINITIZATION MODIFICATION*

THIS MODFICATION WILL DEFINITIZE THE NOT-TO-EXCEED TASK ORDER AWARDED FOR $223,000.00 THEREFORE, THE NET AMOUNT DUE IS $463,[illegible]

THE PROJECT INVOLVES CONSTRUCTION OF FOUR (4) TREATMENT CELLS AT THE PROJECT SITE, PLACING APPROXIMATELY 2,240 CUBIC METERS (2,928 CY) OF SEDIMENTS FROM THE LOS ANGELES HARBOR CHANNELS (FISH HARBOR IN PARTICULAR) FROM THE ON-GOING MANSON DREDGING PROJECT IN THE TREATMENT CELLS, PREPROCESSING THE MATERIAL IN THE CELLS TO REMOVE DEBRIS, MIXING THE MATERIAL WITH CEMENT BINDERS (STABILIZING AGENTS). CURING THE MATERIAL IN-CELL FOR APPROXIMATELY 12 HOURS, TRANSFERRING THE MATERIAL FROM THE CELLS TO HAUL TRUCKS, AND PLACING THE MATERIAL IN FOUR COMPACTION PADS ON-SITE FOR COMPACTION TEST. THE MATERIAL WILL BE CURED FOR 28 DAYS AT THE COMPACTION SITE, SAMPLED AND TESTED FOR PHYSICAL AND CHEMICAL CHARACTERISTICS TO DETERMINE THE EFFECTIVENESS OF THE TREATMENT TECHNOLOGY. SAMPLING LOCATIONS, TYPES, FREQUENCIES AND PROCEDURES SHALL BE ESTABLISHED SUCH THAT THE OBJECTIVES OF THE SAMPLING TESTING PROGRAM CAN BE ACHIEVED.

A SUMMARY OF WORK AND SERIVCE:

1. REVIEW BENCH-SCALE CEMENT STABILIZATION STUDY (BENCH STUDY) SAMPLING AND TESTING METHODS, PROCEDURES AS SET FORTH IN BENCH STUDY SCOPE OR WORK (COE, 2001) AND SAMPLING/TESTING/QUALITY ASSURANCE [illegible]

2. PREPARE A SAMPLING PLAN.

3. PREPARE A TESTING PLAN.

4. PREPARE A QUALITY ASSURANCE PROJECT PLAN.

5. COLLECT SEDIMENT, WATER AND/OR SLUDGE SAMPLES THROUGHOUT TREATMENT PROCESS TRAIN.

6. PERFORM PHYSICAL, CHEMICAL AND LEACHING TESTING.

7. REPORT FINDINGS.

| ITEM NO. | DESCRIPTION | QTY | UNIT | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 1 | SAMPLING & TESTING | 1 | JB | $300[illegible] | $300,248.75 |
| 2 | TREATMENT CELL | 1 | JB | $ 75.[illegible] | $ 75,340.41 |
| 3 | PORTLAND CEMENT | 80 | TN | $ [illegible] | $ 13,840.00 |
| 4 | CEMENT/FLY (POZZOLAN) | 114 | TN | $ [illegible] | $ 37,848.00 |
| 5 | TREATMENT | 2,240 | CM | $157,[illegible] | $157,200.60 |
| 6 | COMPACTION | 2,240 | CM | $ 86.[illegible] | $ 86,497.12 |
| 7 | DISPOSAL OF MATERIAL | 1 | JB | $ 15.[illegible] | $ 15,686.20 |

TOTAL AMOUNT $686,661.08
LESS [illegible] <$223,000.00>

NET TOTAL FOR MODIFICATION $463,661.08

| MODIFICATION OF CONTRACT | [illegible] Block 16C | PAGE OF PAGES 3 \| 3 |
|---|---|---|

Contract No. DACW09-01-D-0010
Modification No.
Contractor: BUDDY'S CONTRACTING SERVICE
Contract Title; TO #0003 DREDGING & CEMENT STABLIZATION
[illegible]tion: RIVERS & HARBORS RES. OFFICE

B. CHANGE IN CONTRACT PRICE

Total contract price is increased by $463,661.08.

The following revision shall be made to the pricing schedule.

| NEW/ REVISED | ITEM NO. | DESCRIPTION | QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|---|
| New | R00301 | DEFINITIZATION MODIFICATION | 1.00 LS | [illegible]3,6[illegible].0800 | $463,661.08 |
| | | | | [illegible] | $463,661.08 |

C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged [illegible] reason of this modification.

D. CLOSING STATEMENT

It is understood and agreed pursuant to the abo[illegible] the contract price is increased $463,661.08 (four hundred sixty three [illegible] six hundred sixty one and eight cents) and time for performance [illegible] increased as a result of this contract modification.

It is further understood and agreed that this [illegible] constitutes compensation in full on behalf of the contractor an[illegible] subcontractors and suppliers, for all costs and mark-ups directly [illegible]directly attributable to the change ordered and all unchang[illegible] for all delays related thereto and for performance of the change within the time frame stated.

* THE CONTRACT COMPLETION DATE SHALL BE 90 DAYS FRO[illegible] NTP DATE, AUGUST 31ST

*THE SUBCONTRACTOR G&A RATE OF 22.8% WILL ONLY BE AP[illegible] TO THIS ACTION AND CONNOT BE APPLIED TOWARDS FURTURE CONTRACTUAL [illegible].

*THE CONTRACTOR WAS INFORMED THAT THIS NEGOTIATED [illegible] BE ACCEPTED BASED ON THE SALARIES DATA, RENTAL RATES, TAXES AN[illegible]TERIALS COSTS ARE FACTUAL AND ACCURATE.

*NO LIQUIDATED DAMANGES ARE ASSOCIATED WITH THIS T[illegible]ER.

G014306

G02005 00003

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 5

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DACW09-01-D-0010 | 0003 | 2001Aug31 | W81EYN-1235-1950 | |

6. ISSUED BY CODE DACW09
CONTRACTING DIVISION
PO BOX 532711
LOS ANGELES CA 90053-2325

7. ADMINISTERED BY CODE
LOS ANGELES PROJ OFFICE
1284 E. SEVENTH STREET
UPLAND CA 91786

8. DELIVERY FOB
[X] DEST
[ ] OTHER
(See Schedule if other)

9. CONTRACTOR CODE 0V671 FACILITY
BUDDY'S CONTRACTING SERVICE
BUDDY JONES
512 N. COURT STREET
VISALIA CA 93291

10. DELIVER TO FOB POINT BY (Date)
SEE SCHEDULE

11. MARK IF BUSINESS IS
[ ] SMALL
[X] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 7

14. SHIP TO CODE
LOS ANGELES PROJ OFFICE
CESPL-CO-SL
P.O. BOX 3157
ONTARIO CA 91761-0916

15. PAYMENT WILL BE MADE BY CODE
USACE FINANCE CENTER
ATTN: CEFCO-AO-P 5270
INTEGRITY DRIVE
MILLINGTON TN 38054-5005

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

16. TYPE OF ORDER

| DELIVERY/ CALL | X | This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|
| PURCHASE | | Reference your quote dated ___ Furnish the following on terms specified herein. ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME. |

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
BY: PATRICIA B TRAINER CONTRACTING / ORDERING OFFICER

25. TOTAL $223,000.00

29. DIFFERENCES

26. QUANTITY IN COLUMN 20 HAS BEEN
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE | SIGNATURE OF AUTHORIZED GOVT. REP.

27. SHIP NO.
[ ] PARTIAL
[ ] FINAL

28. DO VOUCHER NO.

30. INITIALS

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

34. CHECK NUMBER

36. I certify this account is correct and proper for payment.

DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER

35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|
| | | | | | |

DD Form 1155, JAN 1998 (EG) PREVIOUS EDITION MAY BE USED.

G014307

G02005 00004

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | $223,000.00 | $223,000.00 |

TASK ORDER 0003
CONTRACTOR TO PROVIDE ALL LABOR, MATERIAL AND EQUIPMENT TO REVIEW BENCH SCALE CEMENT STABILIZATION SAMPLING AND TESTING METHODS IN ACCORDANCE WITH ATTACHED SCOPE OF WORK.

BLOCK 17: ACCOUNTING & APPROPRIATION DATA
96 NA X 3123.0000 L1 X 08 2450 074719 96041 2520 9630FC

SCOPE OF WORK

This is an Undefinitized Task Order provided as a means to immediately commence with the work described below.

Requirements: The Contractor shall perform the following work and services:

(1) Review Bench-Scale Cement Stabilization Study (Bench Study) sampling and testing methods, procedures as set forth in Bench Study Scope of Work (COE, 2001) and sampling/testing/quality assurance plans.
(2) Prepare a Sampling Plan.
(3) Prepare a Testing Plan.
(4) Prepare a Quality Assurance Project Plan.
(5) Collect sediment, water, and/or sludge samples throughout treatment process train.
(6) Perform physical, chemical and leach testing.
(7) Report findings.

Services required:

(1) The Contractor shall thoroughly review Bench Study sampling/testing methods and procedures as set forth in Bench Study Scope of Work and sampling/testing/quality assurance plans.

(2) The Contractor shall ensure consistency with Bench Study methodologies where applicable in developing Sampling Plan, Testing Plan and Quality Assurance Project Plan.

Partial payments are authorized in the **not-to-exceed** amount of $223,000.00. The contractor is advised that this amount is authorized for payments purposes only and does not authorize any expenditure beyond the amount stated herein. This order shall be definitized (negotiated) within 15 days of the date this order is signed by the Contracting Officer or prior to the exhaustion of funds obligated by this order, whichever comes first.

All terms and conditions of the basic contract remain unchanged

DACW09-01-D-0010
Task Order No. 0003

US Army Corps
of Engineers
Los Angeles District

# Los Angeles River Estuary Dredging And Cement Stabilization Pilot Study

## Los Angeles County, California

## Technical Specifications

**DRAFT**

20 August 2001

G014310

## SECTION 00010

## BIDDING SCHEDULE

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 1. | SAMPLING and TESTING | 1 | Job | Lump Sum | $ 300,248.75 |
| 2. | TREATMENT CELL | 1 | Job | Lump Sum | $ 75,340.41 |
| 3. | PORTLAND CEMENT | 80 | Tons | $ 173/ton | $ 13,840.00 |
| 4. | CEMENT/FLY ASH (POZZOLAN) MIX | 114 | Tons | $ 332/ton | $ 37,848.00 |
| 5. | TREATMENT | 2,240 | Cubic Meters | Lump Sum | $ 157,200.60 |
| 6. | COMPACTION | 2,240 | Cubic Meters | Lump Sum | $ 86,497.12 |
| 7. | DISPOSAL of MATERIAL | 1 | Job | Lump Sum | $ 15,686.20 |

TOTAL BID — TOTAL ESTIMATED AMOUNT $ 686,661.08

NOTE:

1. Tons are long tons. 1 Ton = 1000 kilograms = 2205 lbs.

v2.1.20 Pay Estimate View Screen 2.45VW

Action Edit Block Field Record Query ESIG Help

Obl No: DACW03-01-D-0016 Deliv Order: 0003 Inv No: 6 # Invoices: 6

Desc: CEMENT STABILIZATION STUDY # Lines: 1

Inv Ref: OCT 2002 FINAL PAY EST #6 Discnt Days: Percent:

Inv Date: 12-NOV-2002 TFO: Inv Recvd: 12-NOV-2002 Period: 200301

Pmt Addr: 00006943 Fnl Pmt: Y F&A Recvd: 12-NOV-2002 Notice To Pr: Y

Pmt Office: 1 Rel of Clms: Y Creator: MCKERCHER THOMAS D

Remarks: FINAL PAY ESTIMATE

Line Item: 0001 Obl Terms: 30

CEMENT STABILIZATION

| | | *** This Inv *** | *** All Inv's *** |
|---|---|---|---|
| Qty Ordered: 0 | Qty: | | 0 |
| Amt Ordered: 715654.47 | Price: | | |
| Refund?: Refund Terms: | Gross Amt: | 100.00 | 715654.47 |
| 00008306 | Retain Pct: | .00 | |
| | Retain Amt: | .00 | .00 |
| PM Appr: | Other Deduct: | .00 | .00 |
| COR Appr: THOMAS D MCKERCHER | Retain Refund: | .00 | .00 |
| | Other Deduct Refund: | .00 | .00 |
| Return to menu | Liq Damages: | | .00 |
| Foreign Curr | Line Amt: | 100.00 | 715654.47 |

Prev Page | Prev | Next | Query | List | Save | Exit | Next Page

Press <F2> to enter a query, <F3> to execute the query

Record: 6/6 List of Values

Rcvd 10/12/02

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. INVOICE RECEIVE DATE: 29 Oct 02

SHEET 1 of 3

2. CONTRACTOR AND ADDRESS: BUDDY'S CONTRACTING SERIVCE, 512 N. COURT STREET, VISALIA, CA 93291

3. CONTRACT NO.: DACW09-01-D-0010 TO#0003

4. DISTRICT: CESPL-CO-GC

5. DESCRIPTION OF WORK: TO #0003 DREDGING & CEMENT STABLIZATION

6. APPROPRIATION AND PROJECT: 96NA X 3123.0000 L1 X 082450 07

7. REQUIRED COMPLETION DATE: 29 Nov 01

8. LOCATION: RIVERS & HARBORS RES. OFFICE

9. PERIOD COVERED BY THIS ESTIMATE: FROM 01 Oct 02 THRU 01 Oct 02

10. JOB ORDER NO.:

11. ESTIMATE NO.: 6 and Final

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | BASIC CONTRACT | | | 223,000.00 | | |
| | MODIFICATIONS Thru R00301 | | | 492,654.47 | | |
| | QUANTITY VARIATIONS | | | 0.00 | | |

ACTUAL PERCENT: 100 % LESS STORED MATERIALS: 100 % TOTAL CONTRACT → $ 715,654.47 TOTAL EARNINGS TO DATE → $ 715,654.47

REMARKS

EXECUTION BY OR FOR THE CONTRACTOR IN THE SPACE PROVIDED UNDER BLOCK 12 HEREOF SHALL, UPON RECEIPT OF THE PAYMENT INDICATED IN BLOCK 14L HEREOF CONSTITUTE A FULL COMPLETE & UNCONDITIONAL RELEASE OF THE GOVERNMENT FROM FURTHER LIABILITY OF ANY NATURE OR KIND ARISING FROM THIS CONTRACT, EXCEPT FOR THOSE ITEMS, IF ANY WHICH ARE SPECIFICALLY RESERVED & IDENTIFIED BY THE CONTRACTOR ON THE REVERSE SIDE HEREOF. BY EXECUTION IN BLOCK 13 HEREOF, IT IS CERTIFIED THAT THE CONTRACT WAS COMPLETE AND THE WORK ACCEPTED AS SATISFACTORY ON BEHALF OF THE GOVERNMENT AS OF NOV / 29 / 2001 .

12. PRESENTED FOR PAYMENT

PAYEE: BUDDY'S CONTRACTING SERIVCE

PER: [signature] LORRAINE C. JONES

DATE: 11/6/02

TITLE: Corporate Sec.

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Julie A. Martinez P.E. [signature]

TITLE: Resident Engineer

DATE: 20Nov02

CONTRACTING OFFICER APPROVAL (Signature): THOMAS D. MCKERCHER, Contracting Officer [signature]

DATE: 1/2/03

| 14. | | | |
|---|---|---|---|
| A. | PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE | 0.00 | |
| B. | PREVIOUS RETAINED PERCENTAGE | 0.00 | |
| C. | PREVIOUS PAYMENTS | 715,554.47 | |
| D. | PREVIOUS EARNINGS (A+B+C) | | 715,554.47 |
| E. | EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 100.00 |
| F. | LESS RETAINED PERCENTAGE | 0.00 | |
| G. | LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | 0.00 | |
| H. | TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 0.00 |
| I. | RETAINAGE REFUNDED | 0.00 | |
| J. | OTHER REFUNDS | 0.00 | |
| K. | TOTAL REFUNDS THIS PERIOD | | 0.00 |
| L. | AMOUNT DUE CONTRACTOR (E-H+K) | | 100.00 |

15. RECAPITULATION

TOTAL RETAINED PCTG. (B+F-I) $ 0.00 TOTAL PAID (C+L) $ 715,654.47

ENG FORM 93, 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

* * (USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

G02006 00002

**PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)**

PAYMENT ESTIMATE ITEMS DETAIL

2. CONTRACT NO. DACW09-01-D-0010 To:0003

SHEET 2 of 3

3. CONTRACTOR AND ADDRESS BUDDY'S CONTRACTING SERIVCE
512 N. COURT STREET, VISALIA, CA 93291

4. PERIOD COVERED BY THIS ESTIMATE
FROM 01 Oct 02 THRU 01 Oct 02

| ITEM NO. a | MOD. NO. b | DESCRIPTION c | CONTRACT: QUANTITY AND UNIT d | CONTRACT: UNIT PRICE e | CONTRACT: AMOUNT f | TOTAL TO DATE: QUANTITY AND UNIT g | TOTAL TO DATE: AMOUNT h |
|---|---|---|---|---|---|---|---|
| 1 | | DREDGING & CEMENT STABILIZATION PILOT ST | 1.00 Job | 223,000.00 | 223,000.00 | 1.00 Job | 223,000.00 |
| P00301 | P00301 | DEFINITIZATION MODIFICATION | 1.00 Job | 463,661.08 | 463,661.08 | 1.00 Job | 463,661.08 |
| R00003 | R00003 | SOILS SAMPLES FOR CEMENT STABILIZATION | 1.00 Job | 28,993.39 | 28,993.39 | 1.00 Job | 28,993.39 |
| | | TOTALS THIS PAGE | | | 715,654.47 | | 715,654.47 |

ENG FORM 93a

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

G02006 00003

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
APPROPRIATIONS ACCOUNT SUMMARY

2. CONTRACT NO.
DACW09-01-D-0010 TO# 0003

SHEET 3 of 3

3. CONTRACTOR AND ADDRESS BUDDY'S CONTRACTING SERIVCE
512 N. COURT STREET, VISALIA, CA 93291

4. PERIOD COVERED BY THIS ESTIMATE
FROM 01 Oct 02 THRU 01 Oct 02

| SEQ. NO. a | DESCRIPTION b | CONTRACT AMOUNT c | PREVIOUS EARNINGS d | EARNINGS TO DATE e | EARNINGS THIS PERIOD f | PERCENT COMPLETE g |
|---|---|---|---|---|---|---|
| 0001 | 96NA X 3123.0000 L1 X 082450 07 | 715,654.47 | 715,554.47 | 715,654.47 | 100.00 | 100.00 |
| | TOTALS THIS PAGE | 715,654.47 | 715,554.47 | 715,654.47 | 100.00 | 100 % |

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

G02006 00004

# PAYABLE REPORT

DEPARTMENT OF THE ARMY
Rivers & Harbors Resident ofc
5525 East Imperial Hwy
Southgate, Ca 90280,

CONTRACTOR: CONTRACT: DACW09-01-D-00' 0
BUDDY'S CONTRACTING SERIVCE
512 N. COURT STREET, VISALIA, CA 93291

DESCRIPTION AND LOCATION:
TO #0003 DREDGING & CEMENT STABLIZATION, RIVERS & HARBORS RES. OFFICE

ESTIMATE NO. - 6 and Final PARTIAL PAY
PERIOD FROM - 01 Oct 02 TO 01 Oct 02

| DIS | ORG | ADP WORKCODE | EARNED AMOUNT | F&A AMOUNT |
|---|---|---|---|---|
| SPL | WN | 96NA X 3123.0000 L1 X 082450 07 | $ 100.00 | $ 100.00 |
| TOTALS | | | $ 100.00 | $ 100.0C |

**E. EARNINGS THIS PERIOD** $ 100.00

DEDUCTIONS THIS PERIOD
NONE REPORTED

**H. TOTAL DEDUCTIONS** $ 0.00

I. RETAINED REFUNDED $ 0.00
J. OTHER REFUNDS $ 0.00

**K. TOTAL REFUNDS** $ 0.00

**L. TOTAL AMOUNT DUE CONTRACTOR (E-H+K)** $ 100.00

APPROPRIATIONS
4719 9630FC

**REMARKS:**
EXECUTION BY OR FOR THE CONTRACTOR IN THE SPACE PROVIDED UNDER BLOCK 12 HEREOF SHALL, UPON RECEIPT OF THE PAYMENT INDICATED IN BLOCK 14L HEREOF CONSTITUTE A FULL COMPLETE & UNCONDITIONAL RELEASE OF THE GOVERNMENT FROM FURTHER LIABILITY OF ANY NATURE OR KIND ARISING FROM THIS CONTRACT, EXCEPT FOR THOSE ITEMS, IF ANY WHICH ARE SPECIFICALLY RESERVED & IDENTIFIED BY THE CONTRACTOR ON THE REVERSE SIDE HEREOF. BY EXECUTION IN BLOCK 13 HEREOF, IT IS CERTIFIED THAT THE CONTRACT WAS COMPLETE AND THE WORK ACCEPTED AS SATISFACTORY ON BEHALF OF THE GOVERNMENT AS OF Nov /24 /2001.

G02006 00005

| CONTRACT COMPLETION AND ACCEPTANCE | | DATE<br>December 17, 2002 |
|---|---|---|
| TO (Name and Address of Contractor)<br>BUDDY'S CONTRACTING SERVICE<br>512 N. COURT STREET<br>VISALIA, CA 93291 | | FROM<br>DEPARTMENT OF THE ARMY<br>LOS ANGELES DISTRICT,<br>CORPS OF ENGINEERS<br>P.O. BOX 532711<br>LOS ANGELES, CA 90053<br>FILE: SPLCO |
| LOCATION<br>RIVERS & HARBORS RES. OFFICE | COMPLETION DATE<br>Nov 29, 2001 | CONTRACT NO.<br>DACW09-01-D-0010, TO 0003 |

**DESCRIPTION**

TO #0003 DREDGING & CEMENT STABILIZATION

**REMARKS**

1. All work under Contract No. DACW09-01-D-0010, TO 0003, including Modification 1, was completed on November 29, 2001.

2. Modification No. 1, was the last modification written under the contract.

3. The work was completed in accordance with the plans and specifications.

4. The total contract amount is $715,654.47.

The work is hereby accepted by me on behalf of the United States as of December 17, 2002

| | |
|---|---|
| *This acceptance shall not prejudice the Government with respect to any work which you may hereafter become obligated to perform by reason of any warranties or discovery of latent defects as provided for in said contract.* | TYPED NAME AND TITLE<br>THOMAS D. MCKERCHER<br>CONTRACTING OFFICER |
| | SIGNATURE<br>[signature] |

SPL FORM 407 PREVIOUS EDITIONS ARE OBSOLETE ARMY C. OF E. LOS ANGELES
APR 72

| **CONTRACT COMPLETION AND ACCEPTANCE** | | DATE<br>December 17, 2002 |
|---|---|---|
| 'O (*Name and Address of Contractor*)<br>BUDDY'S CONTRACTING SERVICE<br>512 N. COURT STREET<br>VISALIA, CA 93291 | | FROM<br>DEPARTMENT OF THE ARMY<br>LOS ANGELES DISTRICT,<br>CORPS OF ENGINEERS<br>P.O. BOX 532711<br>LOS ANGELES, CA 90053<br>FILE: SPLCO |
| LOCATION<br>RIVERS & HARBORS RES. OFFICE | COMPLETION DATE<br>Nov 29, 2001 | CONTRACT NO.<br>DACW09-01-D-0010,<br>TO 0003 |

**DESCRIPTION**

TO #0003 DREDGING & CEMENT STABILIZATION

**REMARKS**

1. All work under Contract No. DACW09-01-D-0010, TO 0003, including Modification 1, was completed on November 29, 2001.

2. Modification No. 1, was the last modification written under the contract.

3. The work was completed in accordance with the plans and specifications.

4. The total contract amount is $715,654.47.

NO CONTRACT CLAIMS PENDING IN OFFICE OF COUNSEL AS OF 12-24-2002
(Date)
Y. Williams
(Signature)

MCKERCHER
BEAM
for KIMURA
GARCIA

The work is hereby accepted by me on behalf of the United States as of December 17, 2002

| | |
|---|---|
| *This acceptance shall not prejudice the Government with respect to any work which you may hereafter become obligated to perform by reason of any warranties or discovery of latent defects as provided for in said contract.* | TYPED NAME AND TITLE<br>THOMAS D. MCKERCHER<br>CONTRACTING OFFICER<br>SIGNATURE |

G02006 00007

SPL FORM 407 PREVIOUS EDITIONS ARE OBSOLETE ARMY C. OF E. LOS ANGELES

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

# PERFORMANCE EVALUATION (CONSTRUCTION)

1. CONTRACT NUMBER: DACW09-01-D-0010
2. CEC NUMBER:

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

3. TYPE OF EVAUATION *(X one)*
[ ] INTERIM *(List percentage ____ %)* [X] FINAL [ ] AMENDED

4. TERMINATED FOR DEFAULT [ ]

5. CONTRACTOR *(Name, Address, and ZIP code)*

BUDDY'S CONTRACTING SERVICE
512 N. COURT STREET
VISALIA, CA 93291

6.a. PROCUREMENT METHOD *(X one)*
[ ] SEALED BID [X] NEGOTIATED

b. TYPE OF CONTRACT *(X one)*
[X] FIRM FIXED PRICE [ ] COST REIMBURSEMENT
[ ] OTHER *(Specify)*

7. DESCRIPTION AND LOCATION OF WORK TASK ORDER 0003

DREDGING & CEMENT STABILIZATION PILOT STUDY, LOS ANGELES COUNTY, CA.

RIVERS & HARBORS RES. OFFICE

8. TYPE AND PERCENT OF SUBCONTRACTING

| | a. | b. | c. | d. |
|---|---|---|---|---|
| 9. FISCAL DATA | AMOUNT OF BASIC CONTRACT<br>$ 223,000 | TOTAL AMOUNT OF MODIFICATIONS<br>$ 492,654 | LIQUIDATED DAMAGES ASSESSED<br>$ 0 | NET AMOUNT PAID CONTRACTOR<br>$ 715,654 |
| 10. SIGNIFICANT DATES | DATE OF AWARD<br>31 Aug 01 | ORIGINAL CONTRACT COMPLETION DATE<br>29 Nov 01 | REVISED CONTRACT COMPLETION DATE<br>29 Nov 01 | DATE WORK ACCEPTED<br>29 Nov 01 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

11. OVERALL RATING *(X appropriate block)*
[ ] OUTSTANDING [X] ABOVE AVERAGE [ ] SATISFACTORY [ ] MARGINAL [ ] UNSATISFACTORY *(Explain in item 20 on reverse)*

12. EVALUATED BY

a. ORGANIZATION *(Name and Address (include ZIP code))*
RIVERS AND HARBORS RESIDENT OFFICE

b. TELEPHONE NUMBER *(include Area Code)*
(909) 898-6153

c. NAME AND TITLE
JULIE MARTINEZ, RES. ENGR.

d. SIGNATURE [signature]

e. DATE 20 Nov 02

13. EVALUATION REVIEWED BY

a. ORGANIZATION *(Name and Address (include ZIP code))*
CONTRACTING DIVISION

b. TELEPHONE NUMBER *(include Area Code)*
(213) 452-3230

c. NAME AND TITLE
THOMAS D. MCKERCHER, C.O.

d. SIGNATURE [signature]

e. DATE 1/2/03

14. AGENCY USE *(Distribution, etc)*

G02006 00008

DD FORM 2626 (FRONT), JUN 94

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

N/A = NOT APPLICABLE O = OUTSTANDING A = ABOVE AVERAGE S = SATISFACTORY M = MARGINAL U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | X | | | |
| b. ADEQUACY OF THE CQC PLAN | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | | | X | | |
| d. QUALITY OF QC DOCUMENTATION | | | X | | | |
| e. STORAGE OF MATERIALS | | | | X | | |
| f. ADEQUACY OF MATERIALS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | | X | | |
| i. ADEQUACY OF AS-BUILTS | | | | X | | |
| j. USE OF SPECIFIED MATERIALS | | | X | | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | X | | | | | |
| **17. TIMELY PERFORMANCE** | | | | | | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | X | | | |
| b. ADHERENCE TO APPROVED SCHEDULE | | | X | | | |
| c. RESOLUTION OF DELAYS | | | X | | | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | X | | | |
| e. COMPLETION OF PUNCHLIST ITEMS | | | X | | | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | X | | | |
| g. WARRANTY RESPONSE | X | | | | | |

| 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. COOPERATION AND RESPONSIVENESS | | | X | | | |
| b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | X | | | |
| c. COORDINATION AND CONTROL OF SUBCONTRACTOR(S) | | | X | | | |
| d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. EFFECTIVENESS OF JOB-SITE SUPERVISION | | | | X | | |
| f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. PROFESSIONAL CONDUCT | | | X | | | |
| h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | | X | | |
| i. IMPLEMENTATION OF SUBCONTRACTING PLAN | X | | | | | |
| **18. COMPLIANCE WITH LABOR STANDARDS** | | | | | | |
| a. CORRECTION OF NOTED DEFICIENCIES | | | | | | |
| b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS WITH SPECIFIC ATTENTION OF THE DAVIS-BACON ACT AND EEO REQUIREMENTS | | | | X | | |
| **19. COMPLIANCE WITH SAFETY STANDARDS** | | | | | | |
| a. ADEQUACY OF SAFETY PLAN | | | X | | | |
| b. IMPLEMENTATION OF SAFETY PLAN | | | X | | | |
| c. CORRECTION OF NOTED DEFICIENCIES | X | | | | | |

**20. REMARKS** *(Explanation of unsatisfactory evaluation is required. Other comments are optional. Provide facts concerning specific events or actions to justify the evaluation. This data must be in sufficient detail to assist contracting officers in determining the contractor's responsibility. Continue on separate sheet(s), if needed.)*

DACW09-01-D-0010 TO: 0003

G02006 00009

## CONTRACTOR'S RELEASE

Pursuant to the terms of contract number DACW09-01-D-0010 Task Order Number 0003 and in consideration of the sum $715,654.47 which has been or is to be paid under the said contract to Buddy's Contracting Service, (hereafter called "the Contractor" or his assignees, if any). The Contractor, upon payment of the said sum by the United States of America (hereafter called "the Government"), does remise, release and discharge the Government, its officers, agents and employees, of and from all claims, liabilities, obligations and demands whatsoever arising from the said contract.

In witness whereof this release has been executed this 6TH day of NOV, 2002.

[signature] LORRAINE C. JONES, SEC.

Signature of Contractor Print Name and Title

WITNESSES:

[signature] Van Deventer

[signature] Shirley A. Keller

## FINAL PAYMENT CERTIFICATE

THE UNDERSIGNED CERTIFIES:

That all contract requirements of this contract have been satisfactorily met.

That to the best of my knowledge the Government has no outstanding claims against the Contractor in connection with this work.

That all modifications have been incorporated into the construction and satisfactorily completed, and that no further modifications are pending.

That all Government furnished property provided or not under this contract has been incorporated into the project or returned to the proper authority in accordance with contract requirements.

20 Nov 02

Date

[signature]

Signature of Area/Resident Engineer

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10

1. INVOICE RECEIVED DATE 20 Mar 2006
PAYMENT DUE DATE 03 Apr 2006

Sheet 1 of 5

2. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380.

3. CONTRACT NO. W912EP-04-C-0021 NA

4. DISTRICT US Army COE Jacksonville

5. DESCRIPTION OF WORK 113747 O&M Miami River 15' Prj Cuts 1-48

6. APPROPRIATION AND PROJECT 96-NA-X-3123-0000

7. REQUIRED COMPLETION DATE 15 Jun 2005

8. LOCATION Miami Harbor, Dade County, FL

9. PERIOD COVERED BY THIS ESTIMATE FROM 02 Oct 2005 THRU 09 Nov 2005

10. JOB ORDER NO.

11. ESTIMATE NO. 12

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | CONTRACT AMOUNT (contract line items - see attached sheets) | | | $32,278,839.00 | 93% | $29,887,639.00 |
| INCLUDES MODIFICATIONS THRU R00023 | 93 % EARNINGS TO DATE<br>93 % LESS STORED MATERIAL | | TOTAL CONTRACT → | $32,278,839.00 | TOTAL EARNINGS TO DATE → | $29,887,639.00 |

REMARKS
This pay estimate adds an additional $44,028.00 for liquidated damages to the previous amount of $436,611.00. The new total held for liquidated damages as "other deductions" is now $480,639.00 (131 days @ $3,669.00/day) for 15 Jun 2005 (required completion date) - 9 Nov 2005 (minus 16 days ofr hurricane Wilma).

12. PRESENTED FOR PAYMENT

PAYEE: WESTON BEAN JV
PER:
DATE:
TITLE:

13. APPROVED AMOUNT

I certify that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE: Saxby Anderson, Civil Engineer/Project Engineer
DATE:

CONTRACTING OFFICER APPROVAL (Signature): J. G. Cooper, P.E., Administrative Contracting Officer
DATE:

| 14. | | |
|---|---|---|
| A. PREVIOUS RETAINED PERCENTAGE | $0.00 | |
| B. PREVIOUS OTHER DEDUCTIONS | $436,611.00 | |
| C. PREVIOUS LIQUIDATED DAMAGES | $0.00 | |
| D. PREVIOUS PAYMENTS | $25,995,551.00 | |
| E. PREVIOUS EARNINGS (A + B + C + D) | | $26,432,162.00 |
| F. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS E) | | $3,455,477.00 |
| G. LESS RETAINED PERCENTAGE | $0.00 | |
| H. LESS OTHER DEDUCTIONS | $44,028.00 | |
| I. TOTAL DEDUCTIONS THIS PERIOD (G + H) | | $44,028.00 |
| J. RETAINAGE REFUND | $0.00 | |
| K. OTHER REFUNDS | $0.00 | |
| L. TOTAL REFUNDS THIS PERIOD (J + K) | | $0.00 |
| M. LIQUIDATED DAMAGES THIS PERIOD | | $0.00 |
| N. AMOUNT DUE CONTRACTOR (F - I + L - M) | | $3,411,449.00 |

15. TOTALS TO DATE - ALL INVOICES

| | | | |
|---|---|---|---|
| RETAINED PERCENTAGE (A + G - J) | $0.00 | LIQ. DAMAGES (C + M) | $0.00 |
| OTHER DEDUCTIONS (B + H - K) | $480,639.00 | PAID TO DATE (D + N) | $29,407,000.00 |

ENG FORM 93

G04004 00001

**PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)**
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 2 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0001 | | Acceptance Section 1 (Fed Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0001AA | | Mobilization and Demobilization (AS 1F) | 1.00 LS | $5,978,000.00 | $5,978,000.00 | 60% | $3,586,800.00 |
| 0001AB | | Dredging and Disposal (AS 1F) | 54,000.00 CY | | | | |
| | R00017 | Quantity Underrun | -3,244.00 CY | | | | |
| | | Revised Amount CLIN 0001AB | 50,756.00 CY | $105.00 | $5,329,380.00 | 50,756.00 CY | $5,329,380.00 |
| 0001AC | | Turbidity Monitoring (AS 1F) | 1.00 LS | $92,000.00 | $92,000.00 | 100% | $92,000.00 |
| 0001AD | | Endangered Species Monitoring (AS 1F) | 1.00 LS | $60,000.00 | $60,000.00 | 100% | $60,000.00 |
| 0002 | | Acceptance Section 1 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0002AA | | Dredging and Disposal (Estd Quantity) (AS | 13,000.00 CY | | | | |
| | R00020 | Quantity Underrun | -4,843.00 CY | | | | |
| | | Revised Amount CLIN 0002AA | 8,157.00 CY | $73.00 | $595,461.00 | 8,157.00 CY | $595,461.00 |
| 0002AB | | Turbidity Monitoring (AS 1NF) | 1.00 LS | $24,000.00 | $24,000.00 | 100% | $24,000.00 |
| 0002AC | | Endangered Species Monitoring (AS 1NF) | 1.00 LS | $13,000.00 | $13,000.00 | 100% | $13,000.00 |
| 0003 | | Acceptance Section 2 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0003AA | | Dredging and Disposal (Estd Quanitity) (A | 47,000.00 CY | | | | |
| | R00021 | Quantity Underrun | -251.00 CY | | | | |
| | | Revised Amount CLIN 0003AA | 46,749.00 CY | $116.00 | $5,422,884.00 | 46,749.00 CY | $5,422,884.00 |
| 0003AB | | Turbidity Monitoring (AS 2F) | 1.00 LS | $78,000.00 | $78,000.00 | 100% | $78,000.00 |
| 0003AC | | Endangered Species Monitoring (AS 2F) | 1.00 LS | $27,200.00 | $27,200.00 | 100% | $27,200.00 |
| 0004 | | Acceptance Section 2 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0004AA | | Dredging and Disposal (AS 2NF) | 9,000.00 CY | $89.00 | $801,000.00 | 5,837.00 CY | $519,493.00 |
| 0004AB | | Turbidity Monitoring (AS 2NF) | 1.00 LS | $16,000.00 | $16,000.00 | 100% | $16,000.00 |
| 0004AC | | Endangered Species Monitoring (AS 2NF) | 1.00 LS | $9,000.00 | $9,000.00 | 100% | $9,000.00 |
| 0005 | | Acceptance Section 3 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0005AA | | Dredging and Disposal (Est Quant) (AS 3F) | 26,000.00 CY | | | | |
| | R00023 | Quantity Overrun | 1,894.00 CY | | | | |
| | | Revised Amount CLIN 0005AA | 27,894.00 CY | $119.00 | $3,319,386.00 | 27,894.00 CY | $3,319,386.00 |
| 0005AB | | Turbidity Monitoring (AS3F) | 1.00 LS | $54,000.00 | $54,000.00 | 100% | $54,000.00 |
| 0005AC | | Endangered Species Monitoring (AS3F) | 1.00 LS | $28,000.00 | $28,000.00 | 100% | $28,000.00 |
| 0005AD | R00016 | Tree Removal AS 3 | 1.00 LS | $42,000.00 | $42,000.00 | 100% | $42,000.00 |
| 0006 | | Acceptance Section 3 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0006AA | | Dredging and Disposal (Est Quant) (AS 3NF | 4,000.00 CY | | | | |
| | R00023 | Quantity Underrun | -514.00 CY | | | | |
| | | Revised Amount CLIN 0006AA | 3,486.00 CY | $102.00 | $355,572.00 | 3,486.00 CY | $355,572.00 |
| 0006AB | | Turbidity Monitoring (AS 3NF) | 1.00 LS | $8,000.00 | $8,000.00 | 100% | $8,000.00 |
| 0006AC | | Endangered Species Monitoring (AS 3NF) | 1.00 LS | $4,200.00 | $4,200.00 | 100% | $4,200.00 |
| | | TOTALS THIS PAGE | | | 22,257,083.00 | | 19,584,376.00 |

ENG FORM 93

G04004 00002

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 3 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0007 | | Acceptance Section 4 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0007AA | R00023 | Dredging and Disposal (Estd Quanitity) (A<br>Quantity Overrun<br>Revised Amount CLIN 0007AA | 29,000.00 CY<br>357.00 CY<br>29,357.00 CY | $105.00 | $3,082,485.00 | 29,357.00 CY | $3,082,485.00 |
| 0007AB | | Turbidity Monitoring (AS 4F) | 1.00 LS | $48,400.00 | $48,400.00 | 100% | $48,400.00 |
| 0007AC | | Endangered Species Monitoring (AS 4F) | 1.00 LS | $25,800.00 | $25,800.00 | 100% | $25,800.00 |
| 0008 | | Acceptance Section 4 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0008AA | R00023 | Dredging and Disposal (Estd Quantity) (AS<br>Quantity Underrun<br>Revised Amount CLIN 0008AA | 8,000.00 CY<br>-2,874.00 CY<br>5,126.00 CY | $85.00 | $435,710.00 | 5,126.00 CY | $435,710.00 |
| 0008AB | | Turbidity Monitoring (AS 4NF) | 1.00 LS | $15,600.00 | $15,600.00 | 100% | $15,600.00 |
| 0008AC | | Endangered Species Monitoring (AS 4NF) | 1.00 LS | $8,400.00 | $8,400.00 | 100% | $8,400.00 |
| 0009 | R00011 | Additional Archeological Monitoring | 1.00 LS | $32,000.00 | $32,000.00 | 100% | $32,000.00 |
| 0009AA | R00023 | Dredging and Disposal (Estd Quantity) (AS<br>Quantity Underrun<br>Revised Amount CLIN 0009AA | 37,000.00 CY<br>-4,694.00 CY<br>32,306.00 CY | $104.00 | $3,359,824.00 | 32,306.00 CY | $3,359,824.00 |
| 0009AB | | Turbidity Monitoring (AS 5F) | 1.00 LS | $61,800.00 | $61,800.00 | 100% | $61,800.00 |
| 0009AC | | Endangered Species Monitoring (AS 5F) | 1.00 LS | $33,000.00 | $33,000.00 | 100% | $33,000.00 |
| 0010 | | Acceptance Section 5 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0010AA | R00023 | Dredging and Disposal (Estd Quantity) (AS<br>Quantity Underrun<br>Revised Amount CLIN 0010AA | 8,000.00 CY<br>-7,280.00 CY<br>720.00 CY | $76.00 | $54,720.00 | 720.00 CY | $54,720.00 |
| 0010AB | | Turbidity Monitoring (AS 5NF) | 1.00 LS | $18,000.00 | $18,000.00 | 100% | $18,000.00 |
| 0010AC | | Endangered Species Monitoring (AS 5NF) | 1.00 LS | $10,000.00 | $10,000.00 | 100% | $10,000.00 |
| 0011 | | Acceptance Section 6 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0011AA | R00023 | Dredging and Disposal (Estd Quantity) (AS<br>Quantity Underrun<br>Revised Amount CLIN 0011AA | 34,000.00 CY<br>-1,149.00 CY<br>32,851.00 CY | $84.00 | $2,759,484.00 | 32,851.00 CY | $2,759,484.00 |
| 0011AB | | Turbidity Monitoring (AS 6F) | 1.00 LS | $59,400.00 | $59,400.00 | 100% | $59,400.00 |
| 0011AC | | Endangered Species Monitoring (AS 6F) | 1.00 LS | $32,000.00 | $32,000.00 | 100% | $32,000.00 |
| 0012 | | Acceptance Section 6 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0012AA | R00023 | Dredging and Disposal (Estd Quantity) (AS<br>Quantity Underrun<br>Revised Amount CLIN 0012AA | 6,000.00 CY<br>-2,960.00 CY<br>3,040.00 CY | $81.00 | $246,240.00 | 3,040.00 CY | $246,240.00 |
| 0012AB | | Turbidity Monitoring (AS 6NF) | 1.00 LS | $13,200.00 | $13,200.00 | 100% | $13,200.00 |
| 0012AC | | Endangered Species Monitoring (AS 6NF) | 1.00 LS | $7,200.00 | $7,200.00 | 100% | $7,200.00 |
| | | TOTALS THIS PAGE | | | 10,303,263.00 | | 10,303,263.00 |

ENG FORM 93

G04004 00003

**PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)**
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 4 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0013 | | Acceptance Section 7 (Federal Channel): | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0013AA | | Dredging and Disposa (ESTD Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0013AB | | Turbidity Monitoring (AS 7F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0013AC | | Endangered Species Monitoring (AS 7F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0014 | | Acceptance Section 7 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0014AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0014AB | | Turbidity Monitoring (AS 7NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0014AC | | Endangered Species Monitoring (AS 7NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0015 | | Acceptance Section 8 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0015AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0015AB | | Turbidity Monitoring (AS 8F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0015AC | | Endangered Species Monitoring (AS 8F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0016 | | Acceptance Section 8 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0016AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0016AB | | Turbidity Monitoring (AS 8NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0016AC | | Endangered Species Monitoring (AS 8NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0017 | | Acceptance Section 9 (Federal Channel): | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0017AA | | Dredging and disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0017AB | | Turbidity Monitoring (AS 9F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0017AC | | Endangered Species Monitoring (AS 9F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0018 | | Acceptance Section 9 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0018AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0018AB | | Turbidity Monitoring (AS 9NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0018AC | | Endangered Species Monitoring (AS 9NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0019 | | Acceptance Section 10 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0019AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0019AB | | Turbidity Monitoring (AS 10F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0019AC | | Endangered Species Monitoring (AS 10F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0020 | | Acceptance Section 10 (Non-Fedreral Porti | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0020AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0020AB | | Turbidity Monitoring (AS 10NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0020AC | | Endangered Species Monitoring (AS 10NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0021 | | Acceptance Section 11 (Federal Chennel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0021AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0021AB | | Turbidity Monitoring (AS 11F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0021AC | | Endangered Species Monitoring (AS 11F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0022 | | Acceptance Section 11 (Non-Federal Portio | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| | | TOTALS THIS PAGE | | | 0.00 | | 0.00 |

ENG FORM 93

G04004 00004

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO. W912EP-04-C-0021 NA

Sheet 5 of 5

3. CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

4. PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | CONTRACT QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | CONTRACT AMOUNT f | TOTAL TO DATE QUANTITY AND UNIT g | TOTAL TO DATE AMOUNT h |
|---|---|---|---|---|---|---|---|
| 0022AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0022AB | | Turbidity Monitoring (AS11NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0022AC | | Endangered Species Monitoring (AS11NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0023 | | Acceptance Section 12 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0023AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0023AB | | Turbidity Monitoring (AS 12F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0023AC | | Endangered Species Monitoring (AS 12F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0024 | | Acceptnce Section 12 (Non-Federal Portion | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0024AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0024AB | | Turbidity Monitoring (AS 12NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0024AC | | Endangered Species Monitoring (AS 12NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0025 | | Acceptance Section 13 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0025AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0025AB | | Turbidity Monitoring (AS 13F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0025AC | | Endangered Species Monitoring (AS 13F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0026 | | Acceptance Section 13 (Non-Federal Portio | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0026AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0026AB | | Turbidity Monitoring (AS 13NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0026AC | | Endangered Species Monitoring (AS 13NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0027 | | Acceptance Section 14 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0027AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0027AB | | Turbidity Monitoring (AS 14F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0027AC | | Endangered Species Monitoring (AS 14F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0028 | | Acceptance Section 14 (Non-Federal Portio | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0028AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0028AB | | Turbidity Monitoring (AS 14NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0028AC | | Endangered Species Monitoring (AS 14NF) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0029 | | Acceptance Section 15 (Federal Channel) | 0.00 NA | $0.00 | $0.00 | 0.00 NA | $0.00 |
| 0029AA | | Dredging and Disposal (Estd Quantity) (AS | 0.00 CY | $0.00 | $0.00 | 0.00 CY | $0.00 |
| 0029AB | | Turbidity Monitoring (AS 15F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0029AC | | Endangered Species Monitoring (AS 15F) | 1.00 LS | $0.00 | $0.00 | 0% | $0.00 |
| 0030 | | Interim Mobilization and Demobilization 6 | 0.00 EA | $0.00 | $0.00 | 0.00 EA | $0.00 |
| | | TOTALS THIS PAGE | | | 0.00 | | 0.00 |



G04004 00005

## PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 1 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM - 0001** | Earnings | $0.00 | $795.10 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** JFC74L | Less other Deductions | $0.00 | $0.00 |
| DP - O&M MIAMI RIVER CONTRACT | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$795.10** |
| **OBLIGATION LINE ITEM - 0002** | Earnings | $0.00 | $2,600,000.00 |
| MIAMI RIVER, MIAMI HARBOR, FLORIDA | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** JFC74L | Less other Deductions | $0.00 | $0.00 |
| DP - O&M MIAMI RIVER CONTRACT | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$2,600,000.00** |
| **OBLIGATION LINE ITEM - 0003** | Earnings | $0.00 | $1,917,638.83 |
| MIAMI RIVER, MIAMI HARBOR, FLORIDA | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** HB969B | Less other Deductions | $0.00 | $0.00 |
| CO-W O&M MIAMI RIVER NON-FED DREDGING | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,917,638.83** |
| **OBLIGATION LINE ITEM - 0004** | Earnings | $0.00 | $783,964.08 |
| MAINTENANCE DREDGING, 15 FOOT PROJECT | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$783,964.08** |
| **OBLIGATION LINE ITEM - 0005** | Earnings | $0.00 | $3,000,000.00 |
| MAINTENCE DREDGING, 15 FOOT PORJECT | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 71D936 | Less other Deductions | $0.00 | $0.00 |
| 61000-W912EP-04-C-0021NA - O&M:Miami River [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$3,000,000.00** |

RMS FORM 93 SUPPLEMENT

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 2 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM - 0006** | Earnings | $0.00 | $1,447,232.68 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$1,447,232.68** |
| **OBLIGATION LINE ITEM - 0007** | Earnings | $0.00 | $6,371,800.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 71D936 | Less other Deductions | $0.00 | $355,893.00 |
| 61000-W912EP-04-C-0021NA - O&M:Miami River [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$6,015,907.00** |
| **OBLIGATION LINE ITEM - 0008** | Earnings | $0.00 | $2,540,720.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$2,540,720.00** |
| **OBLIGATION LINE ITEM - 0009** | Earnings | $0.00 | $731,172.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$731,172.00** |
| **OBLIGATION LINE ITEM - 0010** | Earnings | $0.00 | $5,437,468.45 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 72D83K | Less other Deductions | $0.00 | $80,718.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$5,356,750.45** |

RMS FORM 93 SUPPLEMENT

G04004 00007

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 3 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM -** 0011 | Earnings | $345,573.00 | $1,885,394.00 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract. FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **Payment Due Date** 04/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$345,573.00** | **$1,885,394.00** |
| **OBLIGATION LINE ITEM -** 0012 | Earnings | $0.00 | $15,639.89 |
| ADD. ARCHEOLOGICAL MONITORING FOR AS 5 (FED) | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$15,639.89** |
| **OBLIGATION LINE ITEM -** 0013 | Earnings | $0.00 | $3,909.97 |
| ADD. ARCHEOLOGICAL MONITORING AS5 (NON-FED) | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$3,909.97** |
| **OBLIGATION LINE ITEM -** 0014 | Earnings | $2,105,973.16 | $2,105,973.16 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 72D83K | Less other Deductions | $44,028.00 | $44,028.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **Payment Due Date** 04/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$2,061,945.16** | **$2,061,945.16** |
| **OBLIGATION LINE ITEM -** 0015 | Earnings | $1,003,930.84 | $1,003,930.84 |
| MIAMI RIVER DREDGING | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 3J60HC | Less other Deductions | $0.00 | $0.00 |
| 126sb-Contract FY05 NON FED C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **Payment Due Date** 04/03/2006 | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$1,003,930.84** | **$1,003,930.84** |

RMS FORM 93 SUPPLEMENT

# PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)
## OBLIGATION ACCOUNT SUMMARY

CONTRACT NO. W912EP-04-C-0021 NA

Sheet 4 of 4

CONTRACTOR AND ADDRESS Weston Bean
1400 Weston Way West Chester, PA 19380

PERIOD COVERED BY THIS ESTIMATE
FROM 02 Oct 2005 THRU 09 Nov 2005

| OBLIGATION LINE ITEM / FUNDED WORK ITEM | | This Invoice | All Invoices |
|---|---|---|---|
| **OBLIGATION LINE ITEM - 0016** | Earnings | $0.00 | $42,000.00 |
| TREE REMOVAL AS #3 | Less Retained Percentage | $0.00 | $0.00 |
| **FUNDED WORK ITEM** 72D83K | Less other Deductions | $0.00 | $0.00 |
| 126-Contract FY05 FED - Labor & C/C [113747] | Retainage Refund | $0.00 | $0.00 |
| | Other Refund | $0.00 | $0.00 |
| **No Payment Due** | Liquidated damages this Period | $0.00 | $0.00 |
| | Amount Due | **$0.00** | **$42,000.00** |
| | TOTALS | $3,411,449.00 | $29,407,000.00 |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 4

2. AMENDMENT/MODIFICATION NO.: P00023
3. EFFECTIVE DATE: SEE BLOCK 16C.
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE: K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than Item 6) — CODE: K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
x 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA
10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$1,411,579.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0211-0018- VARIATION IN ESTIMATED QUANTITY
52.0249-0010- DEFAULT (FIXED-PRICE CONSTRUCTION)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00023

WW014 VEQ CLIN 0005AA thru 0012AA

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Lawrence J Bove, Vice President
15B. CONTRACTOR/OFFEROR: Lawrence J Bove (Signature of person authorized to sign)
15C. DATE SIGNED: 2/8/06

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Cynthia S.Tolle, Contracting Officer
16B. UNITED STATES OF AMERICA BY Cynthia S Tolle (Signature of Contracting Officer)
16C. DATE SIGNED: 2/9/06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

MODIFICATION OF CONTRACT

| DATE SIGNED | PAGE OF PAGES |
|---|---|
| See Block 16C | 2 \| 4 |

Contract No: W912EP-04-C-0021 NA Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts I-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

Contract Obligations remain unchanged as a result of this modification.

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW014 VEQ CLIN 0005AA thru 0012AA

Item 1. CLIN No. 0005AA - Dredge/Dispose AS 3 Federal overran by 7%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 3 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0005AA.

CLIN No. 0006AA - Dredge/Dispose AS 3 Non-Federal underran by 13%. This change is to adjust the estimated quantity for dredging and disposal of the Non-Federal material in Acceptance Section 3 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0006AA.

CLIN No. 0007AA - Dredge/Dispose AS 4 Federal overran by 1%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 4 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0007AA.

CLIN No. 0008AA - Dredge/Dispose AS 4 Non Federal underran by 36%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 4 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0008AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 59% of the overdepth and therefore is not entitled to pursue an REA.

CLIN No. 0009AA - Dredge/Dispose AS 5 Federal underran by 13%. This change is to adjust the estimated quantity for dredging and disposal of the Federal material in Acceptance Section 5 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0009AA.

CLIN No. 0010AA - Dredge/Dispose AS 5 Non Federal underran by 91%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 5 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0010AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 0% of the overdepth and therefore is not entitled to pursue an REA.

CLIN No. 0011AA - Dredge/Dispose AS 6 Federal underran by 3%. This change is to adjust the estimated quantity for dredging and disposal

**MODIFICATION OF CONTRACT**

| DATE SIGNED | PAGE OF PAGES |
|---|---|
| See Block 16C | 3 of 4 |

Reference No. R00023

Contract No: W912EP-04-C-0021 NA
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

of the Federal material in Acceptance Section 6 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did not vary by more than 15% for CLIN 0009AA.

CLIN No. 0012AA - Dredge/Dispose AS 6 Non Federal underran by 49%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 6 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than 15% for CLIN 0012AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 25% of the overdepth and therefore is not entitled to pursue an REA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0005AA | Dredging and Disposal (Est Quant) (AS 3F) | 26,000.00 CY | 1,894.00 CY | 27,894.00 CY |
| 0006AA | Dredging and Disposal (Est Quant) (AS 3NF) | 4,000.00 CY | -514.00 CY | 3,486.00 CY |
| 0007AA | Dredging and Disposal (Estd Quanitity) (AS 4F) | 29,000.00 CY | 357.00 CY | 29,357.00 CY |
| 0008AA | Dredging and Disposal (Estd Quantity) (AS 4NF) | 8,000.00 CY | -2,874.00 CY | 5,126.00 CY |
| 0009AA | Dredging and Disposal (Estd Quantity) (AS 5F) | 37,000.00 CY | -4,694.00 CY | 32,306.00 CY |
| 0010AA | Dredging and Disposal (Estd Quantity) (AS 5NF) | 8,000.00 CY | -7,280.00 CY | 720.00 CY |
| 0011AA | Dredging and Disposal (Estd Quantity) (AS 6F) | 34,000.00 CY | -1,149.00 CY | 32,851.00 CY |
| 0012AA | Dredging and Disposal (Estd Quantity) (AS 6NF) | 6,000.00 CY | -2,960.00 CY | 3,040.00 CY |

Item 2. In addition to the quantity changes, this mod includes 4 days of non compensatory time due to the shutdown of the Miami River by local authorities for Hurricanes Katrina and Rita preparations.

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$1,411,579.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0005AA | Dredging and Disposal (Est Quant) (AS 3F) | 1,894.00 CY | $119.00 /CY | $225,386.00 |
| 0006AA | Dredging and Disposal (Est Quant) (AS 3NF) | -514.00 CY | $102.00 /CY | -$52,428.00 |
| 0007AA | Dredging and Disposal (Estd Quanitity) (AS 4F) | 357.00 CY | $105.00 /CY | $37,485.00 |
| 0008AA | Dredging and Disposal (Estd Quantity) (AS 4NF) | -2,874.00 CY | $85.00 /CY | -$244,290.00 |
| 0009AA | Dredging and Disposal (Estd Quantity) (AS 5F) | -4,694.00 CY | $104.00 /CY | -$488,176.00 |
| 0010AA | Dredging and Disposal (Estd Quantity) (AS 5NF) | -7,280.00 CY | $76.00 /CY | -$553,280.00 |

| MODIFICATION OF CONTRACT | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | See Block 16C | 4 \| 4 |

Contract No: W912EP-04-C-0021 NA Reference No. R00023
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

| | | | | |
|---|---|---|---|---|
| 0011AA | Dredging and Disposal (Estd Quantity) (AS 6F) | -1,149.00 CY | $84.00/CY | -$96,516.00 |
| 0012AA | Dredging and Disposal (Estd Quantity) (AS 6NP) | -2,960.00 CY | $81.00/CY | -$239,760.00 |

Total Change Amount -$1,411,579.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall be extended by 4 calendar days by reason of this modification.

## D. CLOSING STATEMENT

For line items 0005AA, 0006AA, 0007AA,, 0008AA, 0009AA, 0010AA, 0011AA, and 0012AA, the Government and the Contractor agree that the final quantity of each item is as stated above.

In accordance with FAR 52.249-10, "DEFAULT (FIXED PRICE CONSTRUCTION)", the contract time is extended for unusually severe weather that caused an actual delay to the completion of the project, and such delay was beyond the control and without the fault or negligence of the Contractor.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00022
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable)

6. ISSUED BY CODE K3M0K00
South Florida Area Office
4400 PGA Blvd, Suite 203
Palm Beach Gardens, FL 33410

7. ADMINISTERED BY (If other than Item 6) CODE K3M0K00
South Florida Area Office
4400 PGA Blvd, Suite 203
Palm Beach Gardens, FL 33410

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

CODE | FACILITY CODE

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$29,116.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0212-0011- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00021

WW012 VEQ CLIN 0003AA Dredge/Dispose AS 2 Fed

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Lawrence J. Bove, Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Walter D. Wood, P.E. Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] Lawrence Bove (Signature of person authorized to sign)

15C. DATE SIGNED: 12/7/05

16B. UNITED STATES OF AMERICA BY [signature] Walter D. Wood (Signature of Contracting Officer)

16C. DATE SIGNED: 12/20/05

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

| MODIFICATION OF CONTRACT | DATE SIGNED | PAGE OF PAGES |
|---|---|---|
| | See Block 16C | 2 \| 2 |

Contract No: W912EP-04-C-0021 NA Reference No. R00021
Modification No:
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 8862.0000 K3 X 08 2444 076295 96083 3230 3J60HC

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW012** **VEQ CLIN 0003AA Dredge/Dispose AS 2 Fed**

This change is to adjust the estimated quantity for dredging and disposal in the Federal portion of Acceptance Section 2 to reflect the actual quantities dredged/disposed within the pay template. Quantities are based on final surveys performed by the Government's licensed hydrographic surveyor. Final quantities did not vary more than + or - 15% from the orginal extimated quantities per CLIN 0003AA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0003AA | Dredging and Disposal (Estd Quanitity) (AS 2F) | 47,000.00 CY | -251.00 CY | 46,749.00 CY |

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$29,116.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0003AA | Dredging and Disposal (Estd Quanitity) (AS 2F) | -251.00 CY | $116.00/CY | -$29,116.00 |

Total Change Amount -$29,116.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

For line item 0003AA, the Government and the Contractor agree that the final quantity of each item is as stated above.

The official modification "P" number will be entered upon this modification after signature of the ACO.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00021
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than item 6) — CODE K300000

US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE — FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

x 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA

10B. DATED (SEE ITEM 13): 09 Apr 2004

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$281,507.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
X 52.0211-0018- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00022

WW013 VEQ CLIN 0004AA Dredge/Dispose AS 2 NF

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): DAVID COLE Project Mgr

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Griselle Gonzalez, Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)

15C. DATE SIGNED: 12-15-05

16B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer)

16C. DATE SIGNED: 1 Feb 06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

G04004 00016

| MODIFICATION OF CON ACT | DATE SIGNED See Block 16C | PAGE OF PAGES 2 \| 2 |
|---|---|---|

Contract No: W912EP-04-C-0021 NA Reference No. R00022
Modification No: P00021
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 8862.0000 K3 X 08 2444 076295 96083 3230 3J60HC $281,507.00 decrease

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

**WW013 VEQ CLIN 0004AA Dredge/Dispose AS 2 NF**

CLIN No. 0004AA - Dredge/Dispose AS 2 Non Federal underran by 35% from the original estimated quantity. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section 2 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than - 15% for CLIN 0004AA.

Pursuant with the VEQ Dredging Clause in the 0800 Special Clauses, as a precondition for requesting an equitable adjustment in the event the quantity is less than 85%, the Contractor must dredge 75% of the available material in the area of allowable overdepth. The Contractor dredged 61% of the overdepth and therefore is not entitled to pursue an REA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0004AA | Dredging and Disposal (AS 2NF) | 9,000.00 CY | -3,163.00 CY | 5,837.00 CY |

## B. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$281,507.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0004AA | Dredging and Disposal (AS 2NF) | -3,163.00 CY | $89.00/CY | -$281,507.00 |

Total Change Amount -$281,507.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

For line item 0004AA, the Government and the Contractor agree that the final quantity of each item is as stated above. Further, the Government and the Contractor agree that neither will seek a price adjustment for line item 0004AA where the final quantity is either less than 85% or more than 115% of the original estimated quantity.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | |
|---|---|
| 1. CONTRACT ID CODE | Construction |
| PAGE OF PAGES | 1 / 2 |
| 2. AMENDMENT/MODIFICATION NO. | P00020 |
| 3. EFFECTIVE DATE | SEE BLOCK 16C |
| 4. REQUISITION/PURCHASE REQ. NO. | W32CS542883703 |
| 5. PROJECT NO. (If Applicable) | |
| 6. ISSUED BY CODE | K300000 |
| | US Army COE Jacksonville Dis<br>Prudential Bldg (PO Box 4970, zip 32232)<br>701 San Marco Blvd (5E) Attn:CESAJ-CT-C<br>Jacksonville, FL 32207 |
| 7. ADMINISTERED BY (If other than item 6) CODE | K300000 |
| | US Army COE Jacksonville Dis<br>Prudential Bldg (PO Box 4970, zip 32232)<br>701 San Marco Blvd (5E) Attn:CESAJ-CT-C<br>Jacksonville, FL 32207 |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | Weston Bean<br>1400 Weston Way<br>West Chester, PA 19380<br>Chester, PA |
| 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| 10A. MODIFICATION OF CONTRACT/ORDER | X W912EP-04-C-0021 NA |
| 10B. DATED (SEE ITEM 13) | 09 Apr 2004 |
| CODE | |
| FACILITY CODE | |

## 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$353,539.00.

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: 52.0212-0011- VARIATION IN ESTIMATED QUANTITY |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.

Reference No. R00020

WW009 VEQ CLIN 0002AA Dredge/Dispose AS 1 NF

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | Lawrence J. Bove, Vice President |
| 15B. CONTRACTOR/OFFEROR | Lawrence J. Bove (Signature of person authorized to sign) |
| 15C. DATE SIGNED | 12/7/05 |
| 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | Griselle Gonzalez<br>Contracting Officer |
| 16B. UNITED STATES OF AMERICA | BY [signature] (Signature of Contracting Officer) |
| 16C. DATE SIGNED | 1/13/05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

## MODIFICATION OF CONTRACT

DATE SIGNED: See Block 16C

PAGE OF PAGES: 2 | 2

Contract No: W912EP-04-C-0021 NA

Reference No. R00020

Modification No: P00020
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 3123.0000 K3 X 08 2444 076295 96083 3230 72D83K

14. DESCRIPTION OF MODIFICATION (Continued)

### A. SCOPE OF WORK

**WW009** **VEQ CLIN 0002AA Dredge/Dispose AS 1 NF**

CLIN No. 0002AA - Dredge/Dispose AS 1 Non Federal underran by 37%. This change is to adjust the estimated quantity for dredging and disposal of the Non Federal material in Acceptance Section # 1 to reflect actual quantities removed within the pay template. Quantities are based on surveys performed by the Government's licensed surveyor. Final quantities did vary by more than - 15%. for CLIN 0002AA.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0002AA | Dredging and Disposal (Estd Quantity) (AS 1NF) | 13,000.00 CY | -4,843.00 CY | 8,157.00 CY |

### B. CHANGE IN CONTRACT DRAWINGS

N/A

### C. CHANGE IN CONTRACT SPECIFICATIONS

N/A

### D. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$353,539.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0002AA | Dredging and Disposal (Estd Quantity) (AS 1NF) | -4,843.00 CY | $73.00 /CY | -$353,539.00 |

Total Change Amount -$353,539.00

### E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

### F. CLOSING STATEMENT

For line item 0002AA, the Government and the Contractor agree that the final quantity of each item is as stated above. Further, the Government and the Contractor agree that neither will seek a price adjustment for line item 0002AA where the final quantity is either less than 85% or more than 115% of the original estimated quantity.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE: Construction
PAGE OF PAGES: 1 | 2

2. AMENDMENT/MODIFICATION NO.: P00019.
3. EFFECTIVE DATE: SEE BLOCK 16C
4. REQUISITION/PURCHASE REQ. NO.: W32CS542883703
5. PROJECT NO. (If Applicable):

6. ISSUED BY — CODE: K300000
US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

7. ADMINISTERED BY (If other than item 6) — CODE: K300000
US Army COE Jacksonville Dis
Prudential Bldg (PO Box 4970, zip 32232)
701 San Marco Blvd (5E) Attn:CESAJ-CT-C
Jacksonville, FL 32207

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
Weston Bean
1400 Weston Way
West Chester, PA 19380
Chester, PA

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.:
9B. DATED (SEE ITEM 11):
X 10A. MODIFICATION OF CONTRACT/ORDER: W912EP-04-C-0021 NA
10B. DATED (SEE ITEM 13): 09 Apr 2004

**11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
See Page 2.
Contract Amount Decreased -$340,620.00.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify Authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (Such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
X 52.0211-0018- VARIATION IN ESTIMATED QUANTITY

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contract for 113747 O&M Miami River 15' Prj Cuts 1-48 at Miami Harbor, Dade County, FL.
Reference No. R00017
WW008 VEQ CLIN 0001AB Dredge/Dispose AS 1 Fed
See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): Laurence J. Bove, Vice President
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Cynthia S. Tolle, Contracting Officer

15B. CONTRACTOR/OFFEROR: Laurence Bove (Signature of person authorized to sign)
15C. DATE SIGNED: 12/7/05
16B. UNITED STATES OF AMERICA BY Cynthia S Tolle (Signature of Contracting Officer)
16C. DATE SIGNED: 1/9/06

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105-2
STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

| MODIFICATION OF CONTRACT | DATE SIGNED See Block 16C | PAGE OF PAGES 2 2 |
|---|---|---|

Reference No. R00017

Contract No: W912EP-04-C-0021 NA
Modification No: P00019
Contractor: Weston Bean
Contract Title: 113747 O&M Miami River 15' Prj Cuts 1-48
Location: Miami Harbor, Dade County, FL

12. ACCOUNTING AND APPROPRIATION DATA (Continued)

96 NA X 3123.0000 K3 X 08 2444 076295 96083 3230 72D83K

14. DESCRIPTION OF MODIFICATION (Continued)

## A. SCOPE OF WORK

WW008 VEQ CLIN 0001AB Dredge/Dispose AS 1 Fed

This change is to adjust the estimated quantity for dredging and disposal in the Federal portion of Acceptance Section # 1 to reflect the actual quantities within the pay template. Quantities are based on final surveys performed by the Governement's licensed hydrographic surveyor. Final quantities did not vary more than + or - 15% from the orginal extimated quantities per CLIN 0001AB.

| CLIN No. | DESCRIPTION | PREVIOUS QUANTITY | CHANGE IN QUANTITY | REVISED QUANTITY |
|---|---|---|---|---|
| 0001AB | Dredging and Disposal (AS 1F) | 54,000.00 CY | -3,244.00 CY | 50,756.00 CY |

## B. CHANGE IN CONTRACT DRAWINGS

N/A

## C. CHANGE IN CONTRACT SPECIFICATIONS

N/A

## D. CHANGE IN CONTRACT PRICE

Total contract price is decreased by -$340,620.00.

Quantity Changes

| CLIN No. | DESCRIPTION | CHANGE IN QUANTITY | UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0001AB | Dredging and Disposal (AS 1F) | -3,244.00 CY | $105.00/CY | -$340,620.00 |

Total Change Amount -$340,620.00

## E. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## F. CLOSING STATEMENT

For line item 0001AB, the Government and the Contractor agree that the final quantity of each item is as stated above.