Exhibit 20

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**INITIAL DISCLOSURES OF THE UNITED STATES PURSUANT TO RCFC 26(a)**

Pursuant to Rule 26(a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant United States (the "government") hereby makes the following disclosure:

A. **"[T]he name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information." RCFC 26(a)(1)(A).**

The following individuals are likely to have discoverable information that the United States may use to support its claims or defenses (other than information solely for impeachment). All of these individuals are current or former employees of the United States and any contact with them must be made through counsel for the United States:

1. Bryce Wisemiller
   Project Manager
   United States Army Corps of Engineer, New York District
   Programs and Project Management Division, Harbor Programs Branch
   26 Federal Plaza
   New York, NY 10278

   Subject of information: USACE Dredged Material Management Plan.

2. Harold J. Hawkins
Project Manager
United States Army Corps of Engineer, New York District
Programs and Project Management Division, Harbor Programs Branch
26 Federal Plaza
New York, NY 10278

Subject of information: USACE Kill Van Kull and Newark Bay Navigation Improvement Project.

3. Thomas J. Shea, III
Project Manager
United States Army Corps of Engineer, New York District
Programs and Project Management Division, Harbor Programs Branch
26 Federal Plaza
New York, NY 10278

Subject of information: USACE New York and New Jersey Harbor Navigation Project.

4. Michael Millard
Project Manager
United States Army Corps of Engineer, New York District
Programs and Project Management Division, Harbor Programs Branch
26 Federal Plaza
New York, NY 10278

Subject of information: USACE Arthur Kill Channel Navigation Project.

5. Darin Damiani
Project Planner
United States Army Corps of Engineer, New York District
Programs and Project Management Division, Harbor Programs Branch
26 Federal Plaza
New York, NY 10278

Subject of information: USACE Dredged Material Management Plan.

6. Ella Snell
Contracting Officer
New York District
United States Army Corps of Engineers

Subject of information: USACE maintenance and management dredging contracts.

7. Doug Clarke, Ph.D.
Program Manager
Dredging Operations Technical Support Program
United States Army Engineer Research and Development Center
3909 Halls Ferry Road, Vicksburg, MS 39180

Subject of information: Soil remediation and processing of dredged material.

8. Robert Engler, Ph.D.
Program Manager
Dredging Operations and Environmental Research
United States Army Engineer Research and Development Center
3909 Halls Ferry Road, Vicksburg, MS 39180

Subject of information: Soil remediation and processing of dredged material.

9. Paul Schroeder, Ph.D.
Dredging Operations and Environmental Research
United States Army Engineer Research and Development Center
3909 Halls Ferry Road, Vicksburg, MS 39180

Subject of information: Soil remediation and processing of dredged material.

10. Richard Price, Ph.D.
Dredging Operations and Environmental Research
United States Army Engineer Research and Development Center
3909 Halls Ferry Road, Vicksburg, MS 39180

Subject of information: Soil remediation and processing of dredged material.

11. Tommy Myers, Ph.D.
Dredging Operations and Environmental Research
United States Army Engineer Research and Development Center
3909 Halls Ferry Road, Vicksburg, MS 39180

Subject of information: Soil remediation and processing of dredged material.

12. Michael Channell, Ph.D.
Dredging Operations and Environmental Research
United States Army Engineer Research and Development Center
3909 Halls Ferry Road, Vicksburg, MS 39180

Subject of information: Soil remediation and processing of dredged material.

In addition, the United States may call witnesses from the following groups:

13. One or more current or former employees of OENJ Cherokee Corporation, P.O. Box 190 Middletown, New Jersey 07748, who may have knowledge regarding the disputed facts alleged in this case.

14. One or more current or former employees of Clean Earth Dredging Technologies, Inc., One Linden Avenue East Jersey City, New Jersey 07305, who may have knowledge regarding the disputed facts alleged in this case.

15. One or more current or former employees of Donjon Marine Company, Inc., 1250 Liberty Avenue Hillside, New Jersey 07205, who may have knowledge regarding the disputed facts alleged in this case.

16. Any witness necessary for authentication of documents and records.

17. Any witness necessary for rebuttal.

**B. "[A] copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that the disclosing party may use to support its claims or defenses, unless solely for impeachment." Fed. R. Civ. P. 26(a)(1)(B).**

The United States may use the following documents and things in support of its claims or defenses (other than solely for impeachment):

1. United States Patent No. 5,542,614;

2. Prosecution History of United States Patent No. 5,542,614;

3. Record of Assignments for United States Patent No. 5,542,614;

4. United States Patent No. 6,293,731;

5. Prosecution History of United States Patent No. 6,293,731;

6. Record of Assignments for United States Patent No. 6,293,731;

7. U.S. Army Corps of Engineers, New York District, *Dredged Material Management Plan for the Port of New York and New Jersey, Draft Implementation Report* (September 1999);

8. U.S. Army Corps of Engineers, New York District, *Draft Implementation Strategy of the Dredged Material Management Plan for the Port of New York and New Jersey, Technical Appendix* (September 1999);

9. U.S. Army Corps of Engineers, New York District, *Dredged Material Management Plan for the Port of New York and New Jersey, Progress Report* (December 1997);

10. U.S. Army Corps of Engineers, New York District, *Dredged Material Management Contaminant Reduction and Decontamination* (undated);

11. U.S. Army Corps of Engineers, Engineering and Design, *Beneficial Uses of Dredged Material,* EM-1110-2-5026 (June 1987);

12. Dredging Contracts Awarded in the New York District of the United States Army Corps of Engineers during FY 2000-2006.

Documents (1) - (6) are readily available from the United States Patent and Trademark Office and need not be produced. Documents (7) - (11) are publicly available from the United States Army Corps of Engineers website. Copies of the remaining documents (12) are provided in electronic format under separate cover.

**C. "[A] computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered." Fed. R. Civ. P. 26(a)(1)(C).**

The United States does not have a claim for damages at this time.

**D. "[F]or inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment." Fed. R. Civ. P. 26(a)(1)(D).**

There are no insurance agreements between the United States and any insurance business meeting the requirements of this provision.

The above stated disclosures are complete and correct as of the time they are made and will be supplemented as additional information becomes available. These disclosures are based on Plaintiff's allegations of patent infringement as they relate to dredging contracts involving Donjon Marine Co., OENJ- Cherokee Corporation, and Clean Earth Dredging Technologies, Inc. in the New York District of the United States Army Corps of Engineers. Because Plaintiff's recent discovery requests indicate that Plaintiff's allegations reach beyond the activities of these contractors and this district, the United States will supplement the above disclosures with additional information as it becomes available.

DATED: November 22, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Erica A. Franklin
ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22th day of November 2006, a copy of the foregoing UNITED STATES' RULE 26 (a) INITIAL DISCLOSURES was sent to the following counsel of record, via electronic mail and Federal Express:

Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
maa@dmlegal.com

Erica A. Franklin
ERICA A. FRANKLIN