**Exhibit 21**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------x

TDM AMERICA, LLC,

Plaintiff,

vs. No. 06-472 C

THE UNITED STATES OF AMERICA,

Defendant.

and

DONJON MARINE COMPANY, INC.,

Interested Party.

------------------------------x

DEPOSITION OF SALVATORE J. DiDATO

New York, New York

Wednesday, July 11, 2007

Reported by:
Jennifer Ocampo-Guzman, RPR, CRR
JOB NO. 12899A

COPY

David Feldman Worldwide

From File to Trial™

California | New York | Texas
www.david-feldman.com

DiDato

(Discussion off the record.)

THE WITNESS: I know the feeling.

Q. Okay. Where is the reference to it?

A. Well, on page G0100200869, which appears to be the third page, there is a reference to it in the Box 10, second item from the bottom, "02900 Dredging and Disposal." We call it a technical specification.

Q. Let me show you a document that has been marked as Plaintiff's Exhibit No. 32. Please review it and let me know whether you recognize it.

MR. FLAHERTY: Michael, are you there, can you hear me?

MR. ADLER: Yes.

MR. FLAHERTY: Can you just give me the page number he was referring to in his last answer?

MR. ADLER: G0100200869.

A. At least the first two pages I recognize it as a contract with, I guess it would be Bean Stuyvesant under the S-KVK-2

"the transfer," comma, "transportation and final disposal of all dredge materials and shall submit evidence of such permits and approvals to the Government."

A. I don't see the connection.

Q. I'll show you what has been marked as Plaintiff's Exhibit No. 2, and ask whether you recognize it.

MR. ADLER: And, for the record, Plaintiff's Exhibit No. 2 bears Bates numbers G006008 through G006091.

MR. FLAHERTY: Michael, are we talking about Plaintiff's Exhibit 2?

MR. ADLER: Yes.

A. Yeah, I recognize it as an incomplete contract document, Port Jersey channel, contract 1.

Q. Okay. And how do you recognize it as incomplete?

A. I don't see -- I see a lot of -- I see a lot of parts missing in the specification, especially the technical, what we refer to as the technical specification.

Q. To which part are you referring to,

if you can direct me to the Bates number where information is missing?

A. It's just not here. I don't -- I just recognize it, it looks like you have all of -- it looks like you do have all of what we call section 00800, which is the, which are the special provisions of the contract, but I don't see the technical provisions of the contract.

Q. Would they typically be within this, within this document or after section 00800?

A. It should be part of the contract award document.

Q. Typically within this document, where would they be?

A. Where?

Q. Uh-huh.

A. It should be behind it.

Q. Behind it?

A. Yeah.

Q. Let me show you what has been marked as Plaintiff's Exhibit No. 40, it bears Bates numbers G0101304226 through 4249.

And please review it and my question is whether you recognize this document.

A. I recognize this as an incomplete contract document of the contract Arthur Kill channel, Arthur Kill contract number 1.

Q. And do you know if this contains the section 2900 that has the processing specification?

A. Yeah, it's not in here.

Q. Let me show you what has been marked as Plaintiff's Exhibit No. 37, the document bears Bates numbers G004585 through G004656. Please review Plaintiff's Exhibit No. 37 and tell me whether you recognize it.

A. Well, using exhibit A as a reference, it appears to me the contract with, under KVK area 8, although I don't see it in this Exhibit No. 37, but, again, this is an incomplete copy of the contract.

Q. The front of the page under item, in Box 10, item 3, it says, "Contract specialist, "Myrlande Lee." Do you know who she is?

A. I used to know her. I know she's

at?

A. Yeah, it was a document. I would say probably about an inch, inch and a half document.

Q. Do you know what was in that document?

A. I don't remember it.

Q. I would like to show the witness what has been marked as Plaintiff's Exhibit No. 33, and I would ask you to please review it and tell me whether or not you recognize it.

A. It appears to me as an incomplete contract of contract 7, area 6, the second phase of the program, and that would be with Bean Stuyvesant.

Q. Okay. And in what way do you say that this document is incomplete?

A. Yeah, I don't see -- I don't see the special provision, at first glance anyway, special provision and the technical provisions in this part of the document.

Q. And do you know if you have the complete contract in your records?

DiDato

A. In my office?

Q. Uh-huh.

A. Most likely we do.

Q. I want to show you what has been marked as Plaintiff's Exhibit No. 33 -- I'm sorry, Plaintiff's Exhibit No. 34. It bears Bates numbers G0040006 through G004101?

MR. FLAHERTY: Michael, what was the plaintiff's number on that?

MS. TZORTZATOS: 34.

Q. Please review Plaintiff's Exhibit No. 34 and tell me whether you recognize it.

A. I recognize this as a contract document. This would be the contract, area 7 contract 4 for Elizabeth channel, New Jersey, and I do note that, again, the special provisions and technical specifications are missing, are not included in this package.

Q. Now, just to clarify for the record, the special provisions and the technical specifications, they are part of the contract?

A. Yes.

MR. ADLER: I would like the court

Exhibit 22

UNITED STATES COURT OF FEDERAL CLAIMS
---------------------------------------------X
TDM AMERICA, LLC,
Plaintiff,

-against-

THE UNITED STATES OF AMERICA,

Defendants,

and

DONJON MARINE COMPANY, INC.,

Interested Party.
---------------------------------------------X

DATE: September 10, 2007

TIME: 11:05 a.m.

EXAMINATION BEFORE TRIAL of Clean Earth Dredging Technologies, Inc., by a witness, STEVEN SANDS, taken by the PLAINTIFFS, pursuant to a Subpoena, held at the offices AKIN GUMP STRAUSS HAUER & FELD, LLP, One Commerce Square, 2005 Market Street, Suite 2200, Philadelphia, Pennsylvania 19103, before a Notary Public of the State of New York.

Job No. 13388

David Feldman
Worldwide

From File to Trial™

California | New York | Texas
www.david-feldman.com

SANDS
the question?
Q. I just want to know, in the page CEDTI012, is it organized in some fashion that is similar to the other pages, 010 and 011, that we saw on others, perhaps the actual entries being different? So if I want to look at revenue, would this be the same thing, just for the entity shown on this page?
**A. Yes.**
Q. Turn to CEDTI 013. There is -- under name, there is a name that says "Naval Weapons Station Earle - Piers 2 and 3, maintenance dredging project."
Do you have an understanding of what that refers to?
**A. Yes.**
Q. What does that refer to?
**A. The project that we were billing for under this project number was exactly what it says; it was at Naval Weapons Station Earle.**
Q. Do you know whether or not that was on behalf of Jay Cashman?



SANDS
**A. Jay Cashman or Cashman Marine. I am not sure which name they used.**
Q. Do you know whether or not that was a contract that Jay Cashman or Cashman had a contract with the U.S.?
**A. That's my understanding, yes.**
Q. That involved processing dredge materials?
**A. Among other things, yes.**
Q. With respect to what has been marked as pages 14 -- well, I guess, 14 and 15, should that have been -- does that go together?
**A. I don't know.**
MR. SNYDERMAN: I think I can probably speak to that. When we produced this, it spilled over on to the second page, but it does go together as the same entry.
MR. ADLER: Let's take a look at CEDTI019. Just to clarify for the record, the entry under "total," that's just the total of the corresponding columns that appears at



SANDS
the right of the totals here?
**A. Can I take the time to add them up just to make sure?**
Q. Absolutely.
**A. I think it is, but I want to add it up quickly. Yes.**
Q. Let's go to CEDTI 019. Underneath the entry underneath names, it states U.S. Merchants Marine Academy. Then it says here, Spearin, Preston & Burrows.
Do you have an understanding of what that is?
**A. The entry under name is U.S. Merchant Marine Academy.**
Q. The customer is Spearin, Preston & Burrows?
**A. Spearin, Preston & Burrows, yes.**
Q. Do you understand what kind of entry Spearin, Preston & Burrows is?
**A. Yes.**
Q. What kind of entity is it?
**A. Well, I don't know what their legal entity is.**
Q. Business one.



SANDS
**A. They are a marine -- Maritime or marine services contractor.**
Q. And is also your understanding that this work was for, or on behalf of, the United States?
**A. Yes.**
Q. Do you know about which years this was done?
**A. It was all done in 2006, from what I recall.**
Q. One more. Let's turn to 020, which is Disch. They are the United States Coast Guard and the customer is Disch Construction. As you said, this was also on behalf of the United States, correct?
**A. Correct.**
Q. Okay. Now, for this one, let's do it for the next one. Why don't you just --
MR. SNYDERMAN: I will just note, Mike, we have Exhibit 14 here, but I know we had the earlier Exhibit 14 from another deposition.
Would it be easier -- now that