**Exhibit 23**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Interested Party. | ) | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 17-22) TO DEFENDANT PURSUANT TO RULE 33 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS**

Pursuant to Rule 33 of the Rules of the United States Court of Federal Claims, plaintiff TDM America, LLC ("TDM" or "plaintiff") propounds the following interrogatories on defendant The United States of America ("US" or "defendant") to be answered in writing and under oath, within thirty (30) days of the date of service hereof, with such answers being provided to plaintiff's attorneys at the offices of Davidoff Malito & Hutcher LLP, 605 Third Avenue, 34th Floor, New York, NY 10157. The interrogatories are deemed continuing in nature and must be timely supplemented pursuant to Rule 26(e) of the Rules of the United States Court of Federal Claims.

## DEFINITIONS

A. In addition to any standard definition, the terms "plaintiff" or "TDM" shall mean TDM America, LLC and (i) all its present and former directors, officers, members, employees, agents, representatives, accountants, investigators, consultants, attorneys, and predecessors or successors in interest and any parent, subsidiary or affiliated entities that are/were in existence during the applicable period of time covered by these requests; (ii) any other person or entity acting on its behalf or on whose behalf it acted; and (iii) any other person or entity otherwise subject to its control or which controls it, or with which it is under common control.

B. The terms "defendant" or "US" shall refer to the executive, legislative and/or judicial branches of the federal government of the United States of America, including the Department of the Army, the United States Army Corps of Engineers ("US Army Corps of Engineers"), and any other federal department, agency, commission, bureau and/or office.

C. The term "contractor" shall mean any contractors and/or subcontractors.

D. The term "dredging activities" shall mean, in addition to dredging, the treatment, processing, stabilization, retention, staging, handling, curing, reuse, remediation, fixation, solidification and/or disposal of dredged materials.

E. The terms "patent-in-suit" or "patents-in-suit" shall mean any one and/or combination of United States patent numbers 6,293,731 B1 (the "'731 patent"), 5,542,614 (the "'614 patent"), 5,794,862 (the "'862 patent") and 5,007,590 (the "'590 patent"), whichever is broader in context and/or any other patent in this lawsuit identified in any amended pleading.

F. The term "document" shall mean its customary broad sense and includes, without limitation, the following items, whether printed, electronic, magnetic, taped, or reproduced by any process including audio and video, or written or produced by hand, and whether or not

claimed to be privileged or otherwise excludable from discovery, namely; notes, letters, correspondence, communications, telegrams, memoranda, summaries of records of telephone conversations, summaries of records of personal conversations, diaries, reports, laboratory and research reports and notebooks, charts, plans, drawings, graphs, photographs, phonorecords, DVD's, CD's video tapes, minutes or records of meetings, including directors' meetings, reports and/or summaries of interviews, reports and/or investigations, opinions or reports of consultants, reports of intellectual property searches, agreements, reports of summaries of negotiations, brochures, pamphlets, advertisements, circulars, trade letters, press releases, drafts of documents, known to or in possession or control of defendant.

G. The term "things" as used herein is any tangible object other than a document and includes objects of every kind and nature including, but not limited to prototypes, models, specimens, and the like.

H. To the extent that a term of a request may be interpreted in a broad sense or in a narrow sense, the term or request shall be interpreted in its broadest sense.

I. "Complaint" means the complaint filed in this action.

J. "Answer" means the answer filed in this action.

K. "Any" or "each" should be understood to include and encompass "all;" "or" should be understood to and encompass "and;" and "and" should be understood to include and encompass "or."

L. "Person" or "persons" means, unless otherwise specified, any individual, firm, entity, corporation, partnership, proprietorship, association, joint venture, other form of organization or arrangement, and government and government agency of every nature and type.

M. "Communication" or "communications" means, unless otherwise specified, any of the following (a) any letter, memorandum, or other document; (b) any telephone call between two or more persons; (c) any conversation or meeting between two or more persons; and (d) any electronic and/or taped transmission including emails, audio and video tapes, CD's, DVD's and the like.

N. The term "date" means the exact date, month and year, if ascertainable, or if not, the best approximation (including relationship to other events).

O. For all purposes herein, spelling, syntax, abbreviations, idioms and proper nouns shall be construed and interpreted to give proper meaning and consistency to the context of each request.

**INSTRUCTIONS**

1. Where an interrogatory or document request seeks identification, listing or description of an act, event, fact, or instance, the following information as to each such act, event, fact or instance, shall be included wherever applicable:

A. Date;

B. Place;

C. Identification of each person present and the name of the organization that each represented or with which each was connected;

D. The identity of the person or persons involved in or performing such act, event, fact or instance (or, in the case of an omission, the identity of the person or persons failing to act);

E. When the act, event, fact or instance first became known to plaintiff;

F. The circumstances and manner in which defendant first obtained such knowledge;

G. Type of document;

H. General subject matter; and

I. Date of the document and its author(s), addressee(s) and recipient(s).

2. No part of any interrogatory shall be left unanswered merely because an objection has been interposed to another part of the interrogatory.

3. Where an objection is made to any interrogatory or part hereof under Rule 33 of The Rules of The United States Court of Federal Claims, the objection shall state with specificity all grounds therefor.

4. Where an interrogatory is objected to as unduly burdensome, defendant shall (i) indicate the nature of the burden involved in providing the response requested; and (ii) set forth a proposal as to a less burden-incurring response that would provide responsive information.

5. Where a claim of privilege is asserted in responding or objecting to any discovery requested herein and information is not provided on the basis of such assertion, identify the nature of the privilege (including work product) which is being claimed. When any privilege is claimed, defendant shall indicate as to the information requested, whether (a) any documents exist, or (b) any oral communications took place.

# INTERROGATORIES

## INTERROGATORY NO. 17

For each contract identified in revised attachment A annexed to defendant United States' First Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14) ("Attachment A"), state the name and location of the contractor for each contract and the name and location of the entity that treated dredged material with an additive(s) (e.g., portland cement) for upland disposal, directly or indirectly, (e.g., as a contractor or subcontractor) under each contract; identify the location of the facility where the processing or treatment of dredged material occurred (or is occurring); identify the disposal site(s) where the treated dredged material was disposed; and state if the disposal site only accepted dredged material that was treated with an additive(s).

## RESPONSE TO INTERROGATORY NO. 17

## INTERROGATORY NO. 18

To the extent not previously requested, for each entity that processed dredged material with an additive(s) (e.g., portland cement) so that the dredged material is suitable for upland disposal on behalf of the US, directly or indirectly (as a contractor and/or subcontractor), state the volume in cubic yards of dredged material that was treated with an additive(s) for each contract listed in Attachment A and, if precise volumes are not available, provide estimates and state the basis for each estimate.

## RESPONSE TO INTERROGATORY NO. 18

## INTERROGATORY NO. 19

To the extent not previously requested, for each entity that processed dredged material with an additive(s) (e.g., portland cement) so that the dredged material is suitable for upland disposal on behalf of the US, directly or indirectly (as a contractor and/or subcontractor), state the total amount in dollars paid and/or total amount in dollars billed for dredged material that was treated with an additive(s) for each contract identified in Attachment A and if precise dollar amounts are not available, provide estimates and state the basis for each estimate.

## RESPONSE TO INTERROGATORY NO. 19

**INTERROGATORY NO. 20**

To the extent not previously requested, identify, by bates numbers, all documents that constitute each of the contracts listed on Attachment A, any modifications thereto, all 35-day and/or 70-day submissions that correspond to the contracts and/or "binder" submissions, and/or all permits that contain descriptions of the process for the treatment of dredged material with an additive(s) for upland disposal.

**RESPONSE TO INTERROGATORY NO. 20**

**INTERROGATORY NO. 21**

For each contract listed on Attachment A, identify the corresponding administrative contracting officer (AIO) and/or contracting officer (COR).

**RESPONSE TO INTERROGATORY NO. 21**

**INTERROGATORY NO. 22**

With respect to the documents bearing Bates Nos. TDM005329-TDM005330, TDM006751-TDM006752, and TDM 006578-006583, for each row containing the term "Upland," either by itself or with another term, describe the components that comprise those numbers for the years 2000-2006, who has knowledge regarding these numbers, and what amounts and/or percentages relate to treatment of dredged material for upland disposal.

**RESPONSE TO INTERROGATORY NO. 22**

**INTERROGATORY NO. 23**

To the extent not provided in previous responses and amended responses, please supplement responses to all interrogatories which refer to the "patents-in-suit" so that the response covers all patents-in-suit, including the '862 and '590 patents.

**RESPONSE TO INTERROGATORY NO. 23**

**INTERROGATORY NO. 24**

For each contract that the US was or is a party to since 1997 for any dredging activity at any port, harbor and/or waterway, complete the chart below either confirming that the contractor is performing the referenced element of the patent claim for the '862 patent or describe the manner in which the particular dredging activity and/or processing activity is performed and how the activity differs from the referenced one.

**RESPONSE TO INTERROGATORY NO. 24**

| Contractor: ______ | | Contract No. ______. |
|---|---|---|
| US Patent 5,794,862 (The '862 Patent) Claim 2 | If contractor performs activities under the referenced contract, insert "YES" | If contractor performs different activity, explain what the activity is and how it is different |
| A method for processing waste material comprising the steps of: | | |
| receiving a waste material in a vibrating screen box; | | |
| vibrating the vibrating screen box to separate lumps of the waste material that are larger than a predetermined size thereby removing lumps of the waste material of a size larger than the predetermined size from the waste material; | | |
| discharging the waste material of a size less than the predetermined size into a mixer; | | |
| accumulating a batch of waste material in the mixer; | | |
| weighing the batch of waste material to determine an amount of additive to be added to the waste material; | | |

| | | |
|---|---|---|
| mixing and homogenizing the waste material with the additive in the mixer to form a mixture; | | |
| dropping the mixture from the mixer to a processing terminus located below the mixer. | | |

**INTERROGATORY NO. 25**

For each contract that the US was or is a party to since 1997 for any dredging activity at any port, harbor and/or waterway, complete the chart below either confirming that the contractor is performing the referenced element of the patent claim for the '590 patent or describe the manner in which the particular dredging activity and/or processing activity is performed and how the activity differs from the referenced one.

**RESPONSE TO INTERROGATORY NO. 25**

| Contractor: ____________ | | Contract No. ____________. |
|---|---|---|
| US Patent 5,007,590 (The '590 Patent) Claim 1 | If contractor performs activities under the referenced contract, insert "YES" | If contractor performs different activity, explain what the activity is and how it is different |
| A method for treating solid or highly viscous semisolid waste materials containing lumps of waste comprising the steps of: | | |
| reducing the size of the lumps in the waste material with a plurality of paddle-type chopper augers, said paddle-type chopper augers being mounted in a seperator; | | |
| homogenizing the waste material by means of pin mixers; and | | |
| mixing the homogenized waste material with a predetermined amount of at least one selected additive. | | |

**INTERROGATORY NO. 26**

Identify all documents used to respond to interrogatories 1-25 above

**RESPONSE TO INTERROGATORY NO. 26**

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: May 23, 2007

D. Denenberg

David W. Denenberg
Michael A. Adler
605 Third Avenue – 34th Floor
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, I served a true and accurate copy of PLAINTIFF'S THIRD SET OF INTERROGATORIES TO DEFENDANT PURSUANT TO RULE 33 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS on counsel for the United States by electronic mail at the following address:

Erica A. Franklin
Erica.franklin@usdoj.gov

and via regular mail, postage prepaid, in an envelope addressed to:

Erica A. Franklin
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and

Erica A. Franklin
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530

Dimitra Tzortzatos

**Exhibit 24**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM AMERICA, LLC, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant, and DONJON MARINE COMPANY, INC., Third-Party Defendant. | No. 06-472 C<br>Judge Thomas C. Wheeler |

**DEFENDANT UNITED STATES' RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 17-26)**

Pursuant to Rule 33 of the Rules of the Court of Federal Claims ("RCFC"), defendant United States ("the Government') hereby responds to plaintiff TDM America, LLC's ("TDM") third set of interrogatories (Nos. 17-26), served on the United States on May 23, 2007. The following responses are based upon present information and belief. The Government reserves the right to amend and supplement these responses if it learns of new information relevant hereto, through discovery or otherwise.

**GENERAL OBJECTIONS**

Each response set forth below is subject to the general objections set forth in this section. Where a specific interrogatory is objectionable on one or more grounds, the Government may explicitly state or restate an objection in its response to the interrogatory. Such specific

objections are not intended to waive any of the following general objections, which apply to each interrogatory.

The Government hereby makes the following General Objections to TDM's interrogatories:

1. The Government objects to TDM's interrogatories to the extent that the information requested is protected by the following privileges, exemptions, and restrictions:

(a) the attorney-client privilege;

(b) the attorney work product doctrine;

(c) the community of interest privilege;

(d) the deliberative process privilege;

(e) the "FOR OFFICIAL USE ONLY" (FOUO) restriction;

(f) the Trade Secrets Act, 18 U.S.C. § 1905, or documents containing proprietary or other commercial information provided to the Government on a pledge of secrecy and confidentiality.

With respect to responses which contain information proprietary to the Government, or another third party, or information subject to the "FOR OFFICIAL USE ONLY," or Privacy Act restrictions, such responses will be subject to a protective order which is stipulated to by the parties and is entered by the Court.

2. The Government objects to each and every Instruction and Definition in TDM's interrogatories to the extent that they exceed the permissible scope of discovery under the RCFC and/or seek to impose upon defendant duties and responsibilities beyond those required by those Rules.

3. The Government objects to TDM's interrogatories to the extent that they seek legal conclusions or opinions, the mental impressions of Government counsel and the Government's legal theories. RCFC 26(b)(3).

4. The Government objects to the indefinite time period governing some of the interrogatories because it renders such interrogatory overly broad, unduly burdensome, and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence in this action. The Government generally limits its answers relating to its processing of dredged material by contractors of the United States Army Corps of Engineers to the period beginning six years before the filing of the complaint in this action.

5. The Government objects to TDM's interrogatories to the extent that they are premature. Further, the Government's responses are based upon information that is known or reasonably believed by the Government at the time of its responses to these interrogatories. It is anticipated that further discovery, independent investigation, and analysis may supply additional facts, give new meaning to known facts, or entail new factual conclusions. The Government therefore reserves the right to amend and/or supplement these responses if it learns of new information relevant hereto, through discovery or otherwise.

6. The Government reserves the right to challenge the relevance, materiality, and admissibility at trial, or in any subsequent proceeding, of this or any other action, of any of the information it provides in response to these interrogatories.

7. The Government objects to TDM's interrogatories to the extent that they seek information relating to allegations of willful infringement because the intent of the Government and its contractors is irrelevant in an action brought under 28 U.S.C. § 1498 in the United States

Court of Federal Claims. Likewise, the existence or lack of opinions and/or advice of counsel is irrelevant to any issue in this litigation.

8. The Government objects to TDM's interrogatories to the extent that they seek information or documents that are generated or created by or for the use of counsel after the filing of TDM's Complaint.

9. The Government objects that TDM's definition and use of the term "defendant" and "US" incorporated into TDM's Interrogatories to the United States is overly broad to the extent that it purports to include the Legislative Branch and the Judicial Branch, and every agency of the Executive Branch of the federal government as the defendant in this litigation. Plaintiff's definition is overly broad and unduly burdensome in that requiring Government counsel to request information from every government entity would be cumbersome and would require a substantial amount of time. Further, under RCFC 11, plaintiff bears the burden of comparing the accused item or process with the construed patent claims, and making a good faith assertion of infringement as to each accused item or process. *See Antonious v. Spaulding & Evenflo Cos.*, 275 F.3d 1066, 1072-73 (Fed. Cir. 2002). Plaintiff's Complaint contains averments only as to the activities of the United States Army Corps of Engineers ("USACE") and only to activity involving harbor dredging materials. Thus, the USACE is the only federal entity accused of infringement as a defendant in this litigation. The Government therefore limits its responses to interrogatories referencing the terms "defendant" and "US" as such terms relate to the USACE and to those activities reasonably related to remediation and processing of harbor dredging materials.

10. The Government objects that TDM's definition and use of the term "contractor" incorporated into TDM's Interrogatories to the United States is overly broad to the extent that it purports to include any contractors and/or subcontractors without limitation. Plaintiff's Complaint contains averments only as to any contractors or subcontractors of the USACE relating to the subject of the patents-in-suit, i.e., remediation and processing of dredged materials. For the reasons stated in the foregoing paragraph, the Government limits its responses to these interrogatories by limiting the term "contractor" to contractors awarded contracts by the USACE for dredging activities and the subcontractors selected by those contractors to conduct remediation and processing of harbor dredging materials.

11. The Government objects to TDM's interrogatories to the extent that they call for the production of expert opinions prior to the time called for under Rule 26(a)(2) and the Court's scheduling order.

12. The Government objects to TDM's interrogatories to the extent that they exceed twenty-five in number including all discrete subparts, in contravention to Rule 33(a).

**SPECIFIC OBJECTIONS AND RESPONSES**

Subject to and without waiving its general objections, the Government hereby objects and responds to each interrogatory of TDM. Furthermore, this document is designated PROPRIETARY INFORMATION under the protective order because of the confidential nature of the information disclosed herein.

**INTERROGATORY NO. 17**[1]

For each contract identified in revised attachment A annexed to defendant United States' First Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14) (Attachment A"), state the name and location of the contractor for each contract and the name and location of the entity that treated dredged material with an additive(s) (e.g., portland cement) for upland disposal, directly or indirectly, (e.g., as a contractor or subcontractor) under each contract; identify the location of the facility where the processing or treatment of dredged material occurred (or is occurring); identify the disposal site(s) where the treated dredged material was disposed; and state if the disposal site only accepted dredged material that was treated with an additive(s).

**RESPONSE TO INTERROGATORY NO. 17**

The Government objects to this interrogatory as overly broad and unduly burdensome to the extent that it seeks information that is set forth in: contract and payment documents produced to plaintiff by the Government; documents produced to plaintiff by the referenced contractors and their subcontractors; previously served interrogatory responses by the Government; and deposition testimony. The Government also objects because the phrase "location of the contractor" is not defined and is therefore vague. The Government objects that this interrogatory contain five discrete subparts (contractor location, processor identification, processing facility identification and location, disposal site identification, and regulatory information) that each seek information relating to twenty distinct USACE contracts. The Government also objects that

---

[1] Plaintiff's Interrogatory No. 17 is renumbered as Interrogatories Nos. 17-21 to reflect all five discrete subparts pursuant to Rule 33(a).

subpart five of this interrogatory seeks information that is not in the possession of the Government and does not include a time frame. The Government further objects to this interrogatory to the extent that it references "Attachment A" to the United States' First Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14) instead of the United States' "Revised Attachment A" that was previously served upon the parties. Accordingly, the Government limits its response to contracts contained in its "Revised Attachment A" and for the "location of the contractor[s]", the Government responds by referencing the city and state of the contractors listed in the contract award documents.

Subject to these specific objections and the General Objections, the Government responds with Attachment C. The Government further responds that contract W912EP-04-C-0021 listed in Revised Attachment A did not involve processing with an additive such as portland cement. Rather, the contractor, Weston-Bean, added only a flocculation agent. The Government also responds that the addition of cement to dredged material that occurred in the study set forth in contract number DACW09-D-0010-0003 did not occur at a processing facility, but rather at the site of the study cells in the Port of Los Angeles. The Government further responds that the information requested in this interrogatory relating to whether the disposal site only accepted dredged material that was treated with an additive(s) is not in the possession of the Government, and such request is best directed to the contractors or subcontractors that disposed materials at the disposal sites, the operators of the disposal sites, or the state agencies responsible for regulating the disposal sites.

**INTERROGATORY NO. 18**[2]

To the extent not previously requested, for each entity that processed dredged material with an additive(s)(e.g., portland cement) so that the dredged material is suitable for upland disposal on behalf of the US, directly or indirectly (as a contractor and/or subcontractor), state the volume in cubic yards of dredged material that was treated with an additive(s) for each contract listed in Attachment A and, if precise volumes are not available, provide estimates and state the basis for each estimate.

**RESPONSE TO INTERROGATORY NO. 18**

The Government objects to this interrogatory on the grounds that it seeks information not in the possession of the United States. The Government further objects to this interrogatory to the extent that it references "Attachment A" to the United States' First Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14) instead of the United States' "Revised Attachment A" that was previously served upon the parties. The Government also objects to the extent that it has responded to the subject of this interrogatory previously. *See* United States' Responses to Interrogatories Nos. 15-16.

Subject to these specific objections and the General Objections, the Government responds that the USACE does not have records identifying the volume in cubic yards of dredged material that was treated with an additive(s) for the New York District contracts listed in Revised Attachment A. The USACE did not require contractors awarded New York District contracts to submit to it the volume of dredged material that it treated with an additive, nor are they known to have submitted such information. Rather, in the New York District, the USACE and its

---

[2] Plaintiff's Interrogatory No. 18 is renumbered as Interrogatories No. 22.

contractors determined only the volume of material dredged pursuant to the contracts. The total volume of material dredged may not provide an accurate estimate of the volume of dredged material treated with an additive such as portland cement because (1) the volume of dredged material may have been reduced prior to the addition of an additive and (2) some of the dredged material may not have been treated with an additive prior to disposal/placement. Therefore, the Government does not have sufficient knowledge to provide the requested estimate. However, to the extent that this interrogatory seeks the final volumes of materials dredged pursuant to the New York District contracts, such volumes are ascertainable by referencing either the dredge surveys or the Approved Payment Estimates that have been previously produced to the parties by the Government. *See, e.g., id.* at Attachment B. The Government further responds that the total volume of dredged material treated with an additive such as portland cement in the Los Angeles contract was 1,850 cubic yards. *See* Dep. of Mr. James Fields. The Government also responds that the dredged material resulting from the Jacksonville contract was not treated with an additive such as portland cement. *See* Dep. of Mr. John Bearce.

**<u>INTERROGATORY NO. 19</u>**[3]

To the extent not previously requested, for each entity that processed dredged material with an additive(s)(e.g., portland cement) so that the dredged material is suitable for upland disposal on behalf of the US, directly or indirectly (as a contractor and/or subcontractor), state the total amount in dollars paid and/or total amount in dollars billed for dredged material that was treated with an additive(s) for each contract listed in Attachment A and if precise dollar amounts are not available, provide estimates and state the basis for each estimate.

---

[3] Plaintiff's Interrogatory No. 19 is renumbered as Interrogatories No. 23.

**RESPONSE TO INTERROGATORY NO. 19**

The Government objects to this interrogatory to the extent that it seeks information not in the possession of the United States. The Government further objects to this interrogatory to the extent that it references "Attachment A" to the United States' First Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14) instead of the United States' "Revised Attachment A" that was previously served upon the parties. The Government objects to the extent that it has responded to the subject of this interrogatory previously. *See* United States' Responses to Interrogatories Nos. 15-16. The Government also objects that this interrogatory seeks information previously provided through deposition testimony. The Government further objects to this interrogatory to the extent that it calls for the production of expert opinions, analysis and reporting prior to the time established under Rule 26(a)(2) and the Court's scheduling order.

Subject to these specific objections and the General Objections, the Government responds that the USACE did not purchase dredged material treated with an additive, as suggested in the interrogatory ("state the total amount in dollars paid ... for dredged material that was treated with an additive"). Rather, in the Los Angeles District, the USACE paid its contractor to perform a stabilization study on material that it collected from dredging activities by the Los Angeles Port Authority. In both the New York and Jacksonville Districts, the USACE paid its contractors to dredge and dispose of the dredged material. To the extent that this interrogatory intended to request the amount that the USACE paid, or was billed, for *the treatment* of dredged material with an additive for each contract, the Government responds that in both the New York and Jacksonville Districts, the USACE contracts itemized dredging and disposal of dredged material,

that may or may not have involved processing prior to disposal/placement. Neither the contracts nor the payment estimates in these districts separately identified the portion of the payment invoice or "bill" attributable to the cost of processing the dredged material with an additive such as portland cement. The USACE did not require its contractors to submit this processing cost information for contract award or for payment. As revealed in the deposition testimony of both USACE and contractor witnesses, such information must be obtained from the subcontractors that processed material. Without such information, the United States requires expert opinion to "provide estimates and state the basis for each estimate." As provided by RCFC 26(a)(2) any expert opinions or reports are not available at this time.

**INTERROGATORY NO. 20**[4]

To the extent not previously requested, identify, by bates numbers, all documents that constitute each contract listed on Attachment A, any modifications thereto, all 35-day and/or 70-day submissions that correspond to the contracts and/or "binder" submissions, and/or all permits that contain descriptions of the process for the treatment of dredged material with an additive(s) for upland disposal.

**RESPONSE TO INTERROGATORY NO. 20**

The Government objects to this interrogatory as overly broad and unduly burdensome to the extent that it seeks to have the Government review its entire document production consisting of more than 150,000 pages to essentially identify for plaintiff the contents of each page. The Government further objects to this interrogatory to the extent that it references "Attachment A" to the United States' First Amended Responses to Plaintiff's First Set of Interrogatories

[4] Plaintiff's Interrogatory No. 20 is renumbered as Interrogatories No. 24.

(Nos. 1-14) instead of the United States' "Revised Attachment A" that was previously served upon the parties.

Subject to this specific objection and the General Objections, the Government responds that pursuant to Rule 33(d), the Government has produced the USACE business records from which the answers to this interrogatory may be derived or ascertained and the burden of deriving or ascertaining the answers is substantially the same for the plaintiff as for the Government. The Government further responds, pursuant to Rule 33(d), with Attachment D that specifies the records from which the answers may be derived or ascertained for each contract included in Revised Attachment A.

**INTERROGATORY NO. 21**[5]

For each contract listed on Attachment A, identify the corresponding administrative contracting officer (AIO) and/or contracting officer (COR).

**RESPONSE TO INTERROGATORY NO. 21**

The Government objects to this interrogatory as unduly burdensome to the extent that it seeks information that is set forth in contract documents produced to plaintiff by the Government and deposition testimony. The Government further objects to this interrogatory to the extent that it references "Attachment A" to the United States' First Amended Responses to Plaintiff's First Set of Interrogatories (Nos. 1-14) instead of the United States' "Revised Attachment A" that was previously served upon the parties. The Government also objects to the description of a "COR" as the contracting officer. The "COR" refers to the contracting officer representative. Therefore,

---

[5] Plaintiff's Interrogatory No. 21 is renumbered as Interrogatories No. 25.

the Government limits its response to the identification of the administrative contracting officer and/or contracting officer representative.

Subject to these specific objections and the General Objections, the Government responds with Attachment E.

**INTERROGATORY NO. 22**[6]

With respect to the documents bearing Bates Nos. TDM005329-TDM005330, TDM006751-TDM006752, and TDM 006578-006583, for each row containing the term "Upland," either by itself or with another term, describe the components that comprise those numbers for the years 2000-2006, who has knowledge regarding these numbers, and what amounts and/or percentages relate to treatment of dredged material for upland disposal.

**RESPONSE TO INTERROGATORY NO. 22**

The Government objects to this interrogatory on the grounds that the terms "components," "comprise," and "those numbers" in the phrase "components that comprise those numbers" are not defined or explained in the Definitions or in this interrogatory causing this interrogatory to be vague and confusing. The Government also objects to this interrogatory as overly broad and unduly burdensome to the extent that it seeks information irrelevant to a claim or defense of any party, or to the subject matter of this litigation and not likely to lead to the discovery of admissible evidence. The patents-in-suit generally relate to the treatment and processing of dredged materials and the Government has identified and provided to the plaintiff the USACE contracts involving processing of dredged material. Information relating to USACE contracts for dredging and disposal of dredged materials that do not involve processing dredged

[6] Plaintiff's Interrogatory No. 22 is renumbered as Interrogatories No. 26.

material is irrelevant to this litigation. The Government further objects that although this interrogatory is numbered as "22" by plaintiff, it is at least number "26" pursuant to the application of Rule 33(a) to the discrete subparts to plaintiff's previous interrogatories. Consequently, this interrogatory exceeds the number of interrogatories authorized by Rule 33(a) and the Government is not required to provide a response.

Subject to these specific objections and the General Objections, the Government responds that the referenced Bates ranges contain three charts that list the term "upland" and each of those charts describes the term "upland." *See* TDM005330, TDM006579, and TDM006752. The Government also responds that the number of contracts listed for each year from 2000 to 2006 in these charts represent consolidated information supplied by all USACE districts that awarded contracts for dredging activities in each respective year. These districts enter their respective data into a database centrally managed by the National Data Center ("NDC"). The Government further responds that not all of the USACE contracts awarded for dredging activities involved processing or treatment with an additive prior to disposal. Indeed, relatively few of the USACE dredging contracts involved treatment with an additive prior to disposal. *See* Dep. of Mr. Bryce Wisemiller, vol. 2, at 307-309. The Government also responds that USACE contracts involving disposal of dredged material upland usually do not require processing with an additive. *Id.* (explaining that the New York District is an exception). Moreover, the charts contained in the referenced Bates ranges do not separately identify such contracts. The Government responds that it has identified by contract number, contractor, processor and disposal site each USACE contract that involved processing of dredged material, and contract files for each contract have been provided to the parties. Additionally, as stated in Response to Interrogatory Numbers 18 and 19

(renumbered as 22 and 23) , supra, the USACE does not have information relating to the volume of cubic yards or the dollar amounts paid for dredged material that was treated prior to disposal upland. The Government has also indicated that Ms. Virginia Pankow of the USACE-NDC, whose deposition has been scheduled, has knowledge relating to the maintenance of the database reflected in the referenced charts.

**INTERROGATORY NO. 23**[7]

To the extent not provided in previous responses and amended responses, please supplement responses to all interrogatories which refer to the "patents-in-suit" so that the response covers all patents-in-suit, including '862 and '590.

**RESPONSE TO INTERROGATORY NO. 23**

The Government objects to this interrogatory as it exceeds the allowable number of interrogatories set forth in Rule 33(a). Plaintiff numbered this interrogatory as 23, however, based on renumbering of discrete subparts in previous interrogatories and the thirty-two subparts in this interrogatory (which seeks responses relating to two additional patents for Interrogatories 1-16), the United States renumbers this interrogatory as numbers 27-58. Because these interrogatories exceed the twenty-five interrogatories permitted by Rule 33(a), responses are neither required nor provided.

**INTERROGATORY NO. 24**[8]

For each contract that the US was or is a party to since 1997 for any dredging activity at any port, harbor and/or waterway, complete the chart below either confirming that the contractor

---

[7] Plaintiff's Interrogatory No. 23 is renumbered as Interrogatories Nos. 27-58.

[8] Plaintiff's Interrogatory No. 24 is renumbered as Interrogatories No. 59-78.

is performing the referenced element of the patent claim for the '862 patent or describe the manner in which the particular dredging activity and/or processing activity is performed and how the activity differs from the referenced one.

**RESPONSE TO INTERROGATORY NO. 24**

The Government objects to this interrogatory as it exceeds the allowable number of interrogatories set forth in Rule 33(a). Plaintiff numbered this interrogatory as 24, however, based on renumbering of discrete subparts in previous interrogatories and the twenty subparts in this interrogatory (which seeks separate responses for each USACE contract at issue), the United States renumbers this interrogatory as numbers 59-78. Because these interrogatories exceed the twenty-five interrogatories permitted by Rule 33(a), responses are neither required nor provided.

**INTERROGATORY NO. 25**[9]

For each contract that the US was or is a party to since 1997 for any dredging activity at any port, harbor and/or waterway, complete the chart below either confirming that the contractor is performing the referenced element of the patent claim for the '590 patent or describe the manner in which the particular dredging activity and/or processing activity is performed and how the activity differs from the referenced one.

**RESPONSE TO INTERROGATORY NO. 25**

The Government objects to this interrogatory as it exceeds the allowable number of interrogatories set forth in Rule 33(a). Plaintiff numbered this interrogatory as 25, however, based on renumbering of discrete subparts in previous interrogatories and the twenty subparts in this interrogatory (which seeks separate responses for each USACE contract at issue), the United

[9] Plaintiff's Interrogatory No. 22 is renumbered as Interrogatories No. 79-98.

States renumbers this interrogatory as numbers 79-98. Because these interrogatories exceed the twenty-five interrogatories permitted by Rule 33(a), responses are neither required nor provided.

**INTERROGATORY NO. 26[10]**

Identify all documents used to respond to interrogatories 1-25 above[.]

**RESPONSE TO INTERROGATORY NO. 26**

The Government objects to this interrogatory as it exceeds the allowable number of interrogatories set forth in Rule 33(a). Plaintiff numbered this interrogatory as 26, which, if accurate would exceed the allowable number of interrogatories. However, based on renumbering of discrete subparts in previous interrogatories and the twenty-five subparts in this interrogatory (which seeks the identification of documents used to respond to Interrogatories 1-25), the United States renumbers this interrogatory as numbers 99-123. Because these interrogatories exceed the twenty-five interrogatories permitted by Rule 33(a), responses are neither required nor provided.

---

[10] Plaintiff's Interrogatory No. 22 is renumbered as Interrogatories No. 99-123.

DATED: July 25, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

## SIGNATURE AND OATH AS TO ANSWERS

The foregoing responses are based upon such information as is presently available to the United States Army Corps of Engineers and was derived from sources available to me in the course of my duties and that I deem to be reliable. Upon information and belief, I declare under penalty of perjury that these responses are true and accurate.

Daniel Inkelas
Assistant Counsel for Litigation
Office of the Chief Counsel
United States Army Corps of Engineers
441 G Street, NW
Washington, DC 20314

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of July 2007, a copy of the foregoing DEFENDANT'S RESPONSES TO PLAINTIFF'S THIRD SET OF INTERROGATORIES (NOS. 17-26) was sent to the following counsel of record, via electronic mail and Federal Express:

David W. Denenberg
Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
maa@dmlegal.com

Counsel for Plaintiff TDM America, LLC

Gary J. Campbell, Esq.
John E. Flaherty, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
gcampbell@mccarter.com

Counsel for Donjon Marine Company, LLC

Erica A. Franklin

ERICA A. FRANKLIN

# ATTACHMENT C

| Contract # | Contractor | Location | Processor | Location | Placement Site(s) |
|---|---|---|---|---|---|
| **New York** | | | | | |
| W912DS-07-C-0003 | Donjon | Hillside, NJ | Donjon | Berth 36, Port Newark, NJ | Overpeck, Fresh Kills, EnCap |
| W912DS-06-C-0018 | GLDD | Oakbrook, IL | Clean Earth | Jersey City | NJ Meadowlands, EnCap, FDPs, Elizabeth Prologis |
| W912DS-05-C-0003 | Don Jon | Hillside, NJ | Donjon & CEDTI | Berth 36, Port Newark/Jersey City | EnCap, Fresh Kills |
| W912DS-05-C-0004 | Bean | New Orleans, LA | CEDTI | Jersey City, NJ | Unknown |
| W912DS-05-C-0020 | DonJon | Hillside, NJ | Donjon | Newark, NJ | NJ Meadowlands, EnCap |
| W912DS-04-C-0008 | GLDD | Oakbrook, IL | Donjon & CEDTI | Berth 36, Port Newark/Jersey City | Unknown |
| W912DS-04-C-0016 | DonJon | Hillside, NJ | Donjon | Newark, NJ | NJ Meadowlands 1E Site |
| DACW51-03-C-0001 | DonJon | Hillside, NJ | OENJ | Bayonne, NJ | OENJ Golf Course |
| DACW51-03-C-0012 | DonJon | Hillside, NJ | Donjon | Bayonne, NJ | OENJ Golf Course |
| DACW51-03-C-0014 | Jay Cashman | Boston, MA | OENJ | Bayonne, NJ | OENJ Golf Course |
| DACW51-03-C-0019 | Bean | New Orleans, LA | Clean Earth | Jersey City | Fountain Avenue Landfill, Brooklyn |
| DACW51-03-C-0021 | DonJon | Hillside, NJ | OENJ | Bayonne, NJ | OENJ Bayonne, (NBCDF) |
| DACW51-02-C-0001 | Bean | New Orleans, LA | OENJ | Bayonne, NJ | OENJ Golf Course |
| DACW51-02-C-0002 | Cruz Constr. | Holmdel, NJ | N/A | N/A - project site | Unknown |
| DACW51-02-C-0019 | Bean | New Orleans, LA | CEDTI | Jersey City, NJ | Unknown |
| DACW51-02-C-0022 | DonJon | Hillside, NJ | OENJ | Bayonne, NJ | OENJ Bayonne |
| DACW51-01-C-0006 | DonJon | Hillside, NJ | OENJ | Bayonne, NJ | OENJ Golf Course |
| DACW51-01-C-0023 | GLDD | Oakbrook, IL | OENJ | Bayonne, NJ | OENJ Bayonne |
| **Los Angeles** | | | | | |
| DACW09-D-0010-0003 | Buddy's | Visalia, CA | WBR-ECDC | N/A - project site | N/A - Anchorage Road Waste Storage Site |
| **Jacksonville** | | | | | |
| W912EP-04-C-0021 | Weston Bean Jt. | West Chester, PA | N/A | N/A | N/A |

# ATTACHMENT D

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW09-D-0010-00** | | |
| | 100100335 | 100100619 |
| | 200100002 | 200100316 |
| | 200200001 | 200200315 |
| | 200200321 | 200200330 |
| | 200200332 | 200200346 |
| | 200200353 | 200200356 |
| | 200200362 | 200200365 |
| | 200200378 | 200200409 |
| | 200200411 | 200200608 |
| | 200200610 | 200200691 |
| | 200300001 | 200300147 |
| | 200400011 | 200400072 |
| | 200500008 | 200500008 |
| | 500101419 | 500101423 |
| **DACW51-01-C-0006** | | |
| | 100302034 | 100302035 |
| | 100302043 | 100302048 |
| | 100302051 | 100302074 |
| | 100302082 | 100302086 |
| | 100302113 | 100302119 |
| | 100302242 | 100302243 |
| | 100302339 | 100302407 |
| | 100302409 | 100302420 |
| | 100302426 | 100302593 |
| | 100302595 | 100302636 |
| | 100302643 | 100302758 |
| | 100302764 | 100302825 |
| | 100302831 | 100302947 |
| | 100302949 | 100303127 |
| | 100303129 | 100303253 |
| | 100303260 | 100303306 |
| | 100601617 | 100601619 |
| | 100802206 | 100802209 |
| | 100802779 | 100802780 |
| | 100803076 | 100803077 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-01-C-0006** | | |
| | 100905991 | 100906016 |
| | 101004407 | 101005715 |
| | 101200017 | 101200034 |
| | 101200040 | 101200049 |
| | 101200066 | 101200068 |
| | 101200073 | 101200077 |
| | 101200087 | 101200091 |
| | 101200101 | 101200105 |
| | 101200117 | 101200125 |
| | 101200131 | 101200135 |
| | 101200142 | 101200156 |
| | 101200174 | 101200179 |
| | 101200196 | 101200218 |
| | 101200235 | 101200299 |
| | 101200307 | 101200339 |
| | 101200349 | 101200356 |
| | 101200374 | 101200381 |
| | 101200398 | 101200413 |
| | 101200422 | 101200429 |
| | 101200438 | 101200461 |
| | 101200470 | 101200502 |
| | 101200510 | 101200518 |
| | 101200527 | 101200543 |
| | 101200560 | 101200567 |
| | 101200576 | 101200583 |
| | 101200585 | 101200606 |
| | 101200613 | 101200619 |
| | 101200628 | 101200635 |
| | 101200648 | 101200652 |
| | 101200659 | 101200700 |
| | 101200725 | 101200736 |
| | 101200743 | 101200754 |
| | 101200765 | 101200776 |
| | 101200784 | 101200789 |
| | 101200796 | 101200806 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-01-C-0006** | | |
| | 101200813 | 101200818 |
| | 101200822 | 101200871 |
| | 101200882 | 101200884 |
| | 101200888 | 101200896 |
| | 101200903 | 101200914 |
| | 101200921 | 101200931 |
| | 101200949 | 101200960 |
| | 101200962 | 101201074 |
| | 101201081 | 101201098 |
| | 101201105 | 101201134 |
| | 101201712 | 101201752 |
| | 101207311 | 101207493 |
| | 101210568 | 101210573 |
| | 101210580 | 101210585 |
| | 101210592 | 101210601 |
| | 101210605 | 101210620 |
| | 101210626 | 101210635 |
| | 101210642 | 101210649 |
| | 101210659 | 101210666 |
| | 101210675 | 101210682 |
| | 101210721 | 101210727 |
| | 101210729 | 101210736 |
| | 101210745 | 101210767 |
| | 101210799 | 101210812 |
| | 101210834 | 101210841 |
| | 101210850 | 101210865 |
| | 101210874 | 101210889 |
| | 101210898 | 101210905 |
| | 101210927 | 101210934 |
| | 101210989 | 101210996 |
| | 101211006 | 101211017 |
| | 101211022 | 101211054 |
| | 101211063 | 101211073 |
| | 101211080 | 101211085 |
| | 101211091 | 101211113 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-01-C-0006 | | |
| | 101211122 | 101211129 |
| | 101211141 | 101211146 |
| | 101211157 | 101211161 |
| | 101211355 | 101211357 |
| | 101211364 | 101211369 |
| | 101211380 | 101211385 |
| | 101211419 | 101211427 |
| | 101211431 | 101211433 |
| | 101211437 | 101211439 |
| | 101211446 | 101211448 |
| | 101211450 | 101211461 |
| | 101211470 | 101211472 |
| | 101211479 | 101211481 |
| | 101211488 | 101211490 |
| | 101211498 | 101211503 |
| | 101211507 | 101211509 |
| | 101211534 | 101211539 |
| | 101211591 | 101211605 |
| | 101400001 | 101400001 |
| | 101400004 | 101400012 |
| | 101400019 | 101400021 |
| | 101400034 | 101400035 |
| | 101400042 | 101400072 |
| | 101400079 | 101400084 |
| | 101400087 | 101400097 |
| | 101400100 | 101400103 |
| | 101400110 | 101400117 |
| | 101400120 | 101400216 |
| | 101400222 | 101400344 |
| | 101400346 | 101400348 |
| | 101400351 | 101400361 |
| | 101400372 | 101400384 |
| | 101400388 | 101400395 |
| | 101400397 | 101400398 |
| | 101400409 | 101400415 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-01-C-0006** | | |
| | 101400421 | 101400423 |
| | 101400429 | 101400431 |
| | 101400437 | 101400444 |
| | 101400483 | 101400485 |
| | 101400488 | 101400493 |
| | 101400496 | 101400621 |
| | 101400624 | 101400630 |
| | 101400643 | 101400773 |
| | 101400785 | 101400792 |
| | 101400794 | 101400801 |
| | 101400803 | 101400804 |
| | 101400810 | 101400811 |
| | 101400819 | 101400823 |
| | 101400841 | 101400848 |
| | 101400857 | 101400858 |
| | 101400876 | 101400881 |
| | 101400895 | 101400898 |
| | 101400908 | 101400934 |
| | 101400946 | 101400948 |
| | 101400954 | 101400956 |
| | 101400969 | 101400980 |
| | 101400986 | 101401086 |
| | 101401090 | 101401503 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| **DACW51-01-C-0023** | | |
| | 101007554 | 101007927 |
| | 101401505 | 101401600 |
| | 101401604 | 101401606 |
| | 101401615 | 101401658 |
| | 101401660 | 101401729 |
| | 101401739 | 101401857 |
| | 101401864 | 101401882 |
| | 101401897 | 101401906 |
| | 101401908 | 101401910 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-01-C-0023** | | |
| | 101401914 | 101401953 |
| | 101401955 | 101401987 |
| | 101401992 | 101402005 |
| | 101402013 | 101402405 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101754 | 500101759 |
| **DACW51-02-C-0001** | | |
| | 100304899 | 100304918 |
| | 100500173 | 100500614 |
| | 100500625 | 100500875 |
| | 100500896 | 100502693 |
| | 100502720 | 100502819 |
| | 100502830 | 100502950 |
| | 100600001 | 100600547 |
| | 100602182 | 100602380 |
| | 100602382 | 100602651 |
| | 100602653 | 100602768 |
| | 100602780 | 100602785 |
| | 100602805 | 100602918 |
| | 100602920 | 100602980 |
| | 100602995 | 100603060 |
| | 100603063 | 100603071 |
| | 100603081 | 100603168 |
| | 100603176 | 100603188 |
| | 100603201 | 100603211 |
| | 100603221 | 100603299 |
| | 100603304 | 100603317 |
| | 100603326 | 100603341 |
| | 100603343 | 100603501 |
| | 100603505 | 100603572 |
| | 100603576 | 100603910 |
| | 100603912 | 100603980 |
| | 100603986 | 100604037 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0001** | | |
| | 100604042 | 100604047 |
| | 100604050 | 100604161 |
| | 100604167 | 100604411 |
| | 100604414 | 100604440 |
| | 100604452 | 100604478 |
| | 100604485 | 100604682 |
| | 100604684 | 100605383 |
| | 100606443 | 100607087 |
| | 100607089 | 100607611 |
| | 100607613 | 100608305 |
| | 100608307 | 100611043 |
| | 100611058 | 100611221 |
| | 100611233 | 100611255 |
| | 100611269 | 100611279 |
| | 100611293 | 100611350 |
| | 100611364 | 100611654 |
| | 100611663 | 100611714 |
| | 100700002 | 100700073 |
| | 100700075 | 100700098 |
| | 100700100 | 100702495 |
| | 100702497 | 100702548 |
| | 100702573 | 100702577 |
| | 100702579 | 100706292 |
| | 100706307 | 100706495 |
| | 100706552 | 100708566 |
| | 100802206 | 100802209 |
| | 100803427 | 100803432 |
| | 100804466 | 100804466 |
| | 100804482 | 100804483 |
| | 100804520 | 100804520 |
| | 100804600 | 100804600 |
| | 100804604 | 100804620 |
| | 100804652 | 100804657 |
| | 100804689 | 100804730 |
| | 100804733 | 100804807 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0001** | | |
| | 100804809 | 100804818 |
| | 100804824 | 100804829 |
| | 100804908 | 100804913 |
| | 100805016 | 100805073 |
| | 100805244 | 100805255 |
| | 100805402 | 100805412 |
| | 100805498 | 100805501 |
| | 100805504 | 100805504 |
| | 100805722 | 100806190 |
| | 100806192 | 100806230 |
| | 100806232 | 100806381 |
| | 100806383 | 100806953 |
| | 100806955 | 100807298 |
| | 100807300 | 100808047 |
| | 100808049 | 100808708 |
| | 100900002 | 100900861 |
| | 100900863 | 100901116 |
| | 100901125 | 100901388 |
| | 100901398 | 100901745 |
| | 100901747 | 100902776 |
| | 100902783 | 100902838 |
| | 100902840 | 100903284 |
| | 100903288 | 100905200 |
| | 101002700 | 101004405 |
| | 101100378 | 101100385 |
| | 101100398 | 101100620 |
| | 101100631 | 101101188 |
| | 101202341 | 101202443 |
| | 101202456 | 101202483 |
| | 101202493 | 101202513 |
| | 101202522 | 101202601 |
| | 101202608 | 101202625 |
| | 101202637 | 101202665 |
| | 101202677 | 101202685 |
| | 101202694 | 101202741 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0001** | | |
| | 101202747 | 101202756 |
| | 101202769 | 101202800 |
| | 101202805 | 101202816 |
| | 101202821 | 101202824 |
| | 101202837 | 101202860 |
| | 101202865 | 101202876 |
| | 101202881 | 101202888 |
| | 101202893 | 101202896 |
| | 101202901 | 101202912 |
| | 101202917 | 101202960 |
| | 101202962 | 101202965 |
| | 101202970 | 101203005 |
| | 101203014 | 101203029 |
| | 101203034 | 101203069 |
| | 101203081 | 101203092 |
| | 101203094 | 101203357 |
| | 101203360 | 101203365 |
| | 101203368 | 101203372 |
| | 101203375 | 101203376 |
| | 101203379 | 101203427 |
| | 101203429 | 101203457 |
| | 101203463 | 101203521 |
| | 101203535 | 101204785 |
| | 101206523 | 101206559 |
| | 101206794 | 101206799 |
| | 101207155 | 101207299 |
| | 101207311 | 101207493 |
| | 101300001 | 101300001 |
| | 101300005 | 101300047 |
| | 101300055 | 101300058 |
| | 101300092 | 101300094 |
| | 101300114 | 101300116 |
| | 101300134 | 101300134 |
| | 101300136 | 101300157 |
| | 101300160 | 101300170 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0001** | | |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| **DACW51-02-C-0002** | | |
| | 100506189 | 100506238 |
| | 100506861 | 100506867 |
| | 101012579 | 101012631 |
| | 101300174 | 101300207 |
| | 101300288 | 101300292 |
| | 101300300 | 101300313 |
| | 101300339 | 101300342 |
| | 101300356 | 101300357 |
| | 101300370 | 101300371 |
| | 101300479 | 101300480 |
| | 101300596 | 101300597 |
| | 101300608 | 101300609 |
| | 101300611 | 101300612 |
| | 101300629 | 101300631 |
| | 101300642 | 101300642 |
| | 101300647 | 101300647 |
| | 101300686 | 101300687 |
| | 101300693 | 101300694 |
| | 101300701 | 101300704 |
| | 101300716 | 101300721 |
| | 101300737 | 101300738 |
| | 101300768 | 101300769 |
| | 101300773 | 101300777 |
| | 101300820 | 101300822 |
| | 101300958 | 101300959 |
| | 101300964 | 101300967 |
| | 101300969 | 101300970 |
| | 101301090 | 101301091 |
| | 101301168 | 101301174 |
| | 101301203 | 101301204 |
| | 101301240 | 101301241 |
| | 101301254 | 101301255 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0002** | | |
| | 101301258 | 101301261 |
| | 101301265 | 101301266 |
| | 101301282 | 101301282 |
| | 101301297 | 101301298 |
| | 101301302 | 101301303 |
| | 101301328 | 101301331 |
| | 101301341 | 101301345 |
| | 101301353 | 101301355 |
| | 101301367 | 101301369 |
| | 101301382 | 101301384 |
| | 101301386 | 101301388 |
| | 101301403 | 101301405 |
| | 101301414 | 101301415 |
| | 101301424 | 101301424 |
| | 101301473 | 101301474 |
| | 101301488 | 101301490 |
| | 101301503 | 101301507 |
| | 101301522 | 101301524 |
| | 101301538 | 101301541 |
| | 101301546 | 101301551 |
| | 101301553 | 101301554 |
| | 101301577 | 101301579 |
| | 101301592 | 101301592 |
| | 101301609 | 101301612 |
| | 101301650 | 101301653 |
| | 101301667 | 101301669 |
| | 101301683 | 101301686 |
| | 101301695 | 101301697 |
| | 101301703 | 101301706 |
| | 101301709 | 101301710 |
| | 101301713 | 101301716 |
| | 101301734 | 101301735 |
| | 101301752 | 101301752 |
| | 101301762 | 101301762 |
| | 101301778 | 101301780 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-02-C-0002 | | |
| | 101301793 | 101301795 |
| | 101301825 | 101301827 |
| | 101301839 | 101301840 |
| | 101301846 | 101301846 |
| | 101301871 | 101301871 |
| | 101301875 | 101301877 |
| | 101301892 | 101301893 |
| | 101301906 | 101301909 |
| | 101301913 | 101301915 |
| | 101301944 | 101301946 |
| | 101301962 | 101301969 |
| | 101301977 | 101301979 |
| | 101301983 | 101301984 |
| | 101302006 | 101302007 |
| | 101302010 | 101302011 |
| | 101302045 | 101302046 |
| | 101302068 | 101302071 |
| | 101302088 | 101302094 |
| | 101302105 | 101302108 |
| | 101302120 | 101302121 |
| | 101302143 | 101302146 |
| | 101302178 | 101302180 |
| | 101302202 | 101302204 |
| | 101302206 | 101302208 |
| | 101302211 | 101302212 |
| | 101302214 | 101302216 |
| | 101302232 | 101302233 |
| | 101302239 | 101302242 |
| | 101302250 | 101302251 |
| | 101302262 | 101302263 |
| | 101302274 | 101302278 |
| | 101302285 | 101302289 |
| | 101302297 | 101302299 |
| | 101302303 | 101302305 |
| | 101302307 | 101302334 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0002** | | |
| | 101302336 | 101302344 |
| | 101302349 | 101302371 |
| | 101302373 | 101302396 |
| | 101302401 | 101302404 |
| | 101302411 | 101302475 |
| | 101302565 | 101302568 |
| | 101302612 | 101302625 |
| | 101302681 | 101302682 |
| | 101302688 | 101302690 |
| | 101302709 | 101302710 |
| | 101302720 | 101302729 |
| | 102000009 | 102000080 |
| **DACW51-02-C-0019** | | |
| | 100304328 | 100304329 |
| | 100304339 | 100304348 |
| | 100304351 | 100304411 |
| | 100304414 | 100304415 |
| | 100304422 | 100304450 |
| | 100304457 | 100304495 |
| | 100304498 | 100304558 |
| | 100304561 | 100304569 |
| | 100304576 | 100304590 |
| | 100304593 | 100304675 |
| | 100304677 | 100304735 |
| | 100304737 | 100304807 |
| | 100304810 | 100304877 |
| | 100304879 | 100304881 |
| | 100304884 | 100304896 |
| | 100304899 | 100304918 |
| | 100304926 | 100304932 |
| | 100304942 | 100304947 |
| | 100304952 | 100304956 |
| | 100304967 | 100304995 |
| | 100305006 | 100305011 |
| | 100305015 | 100305019 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 100305030 | 100305035 |
| | 100305040 | 100305044 |
| | 100305048 | 100305050 |
| | 100305059 | 100305066 |
| | 100305071 | 100305073 |
| | 100305082 | 100305088 |
| | 100305108 | 100305112 |
| | 100305122 | 100305128 |
| | 100305137 | 100305139 |
| | 100305144 | 100305147 |
| | 100305158 | 100305163 |
| | 100305173 | 100305177 |
| | 100305182 | 100305184 |
| | 100305195 | 100305197 |
| | 100305208 | 100305214 |
| | 100305217 | 100305238 |
| | 100305240 | 100305375 |
| | 100305379 | 100305381 |
| | 100305387 | 100305547 |
| | 100305549 | 100305632 |
| | 100305634 | 100305803 |
| | 100305806 | 100305840 |
| | 100305843 | 100305940 |
| | 100305944 | 100305965 |
| | 100305967 | 100306000 |
| | 100306003 | 100306172 |
| | 100306175 | 100306209 |
| | 100306212 | 100306297 |
| | 100306299 | 100306307 |
| | 100306310 | 100306373 |
| | 100306377 | 100306490 |
| | 100306493 | 100306640 |
| | 100306642 | 100306683 |
| | 100306692 | 100306704 |
| | 100306707 | 100306714 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 100306722 | 100306739 |
| | 100306742 | 100306794 |
| | 100306805 | 100306867 |
| | 100306877 | 100306885 |
| | 100306895 | 100306911 |
| | 100306913 | 100306927 |
| | 100306936 | 100306986 |
| | 100306995 | 100307695 |
| | 100600001 | 100600547 |
| | 100605433 | 100605434 |
| | 100605436 | 100605441 |
| | 100605449 | 100605510 |
| | 100605512 | 100605531 |
| | 100605533 | 100605587 |
| | 100605589 | 100605668 |
| | 100605698 | 100605725 |
| | 100605727 | 100605730 |
| | 100605732 | 100605755 |
| | 100605757 | 100605769 |
| | 100605787 | 100606130 |
| | 100606380 | 100606441 |
| | 101102799 | 101102808 |
| | 101102926 | 101102940 |
| | 101103148 | 101103152 |
| | 101103160 | 101103161 |
| | 101103163 | 101103167 |
| | 101103174 | 101103236 |
| | 101103239 | 101103242 |
| | 101103245 | 101103380 |
| | 101103383 | 101103438 |
| | 101103442 | 101103453 |
| | 101103457 | 101103491 |
| | 101103495 | 101103500 |
| | 101103503 | 101103513 |
| | 101103515 | 101103526 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 101103530 | 101103534 |
| | 101103536 | 101103708 |
| | 101103710 | 101103710 |
| | 101103716 | 101103734 |
| | 101204923 | 101204923 |
| | 101204933 | 101204963 |
| | 101204981 | 101204983 |
| | 101205237 | 101205257 |
| | 101205260 | 101205279 |
| | 101205281 | 101205304 |
| | 101205306 | 101205422 |
| | 101205429 | 101205497 |
| | 101205499 | 101205523 |
| | 101205526 | 101205865 |
| | 101205867 | 101205920 |
| | 101205923 | 101205935 |
| | 101205941 | 101205985 |
| | 101205992 | 101206069 |
| | 101206078 | 101206134 |
| | 101206136 | 101206137 |
| | 101206140 | 101206166 |
| | 101206177 | 101206185 |
| | 101206188 | 101206248 |
| | 101206257 | 101206262 |
| | 101206269 | 101206277 |
| | 101206279 | 101206282 |
| | 101206289 | 101206290 |
| | 101206301 | 101206318 |
| | 101206322 | 101206344 |
| | 101206351 | 101206358 |
| | 101206361 | 101206388 |
| | 101206392 | 101206520 |
| | 101206523 | 101206559 |
| | 101206562 | 101206580 |
| | 101206603 | 101206616 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 101206627 | 101206629 |
| | 101206636 | 101206645 |
| | 101206648 | 101206652 |
| | 101206655 | 101206659 |
| | 101206664 | 101206665 |
| | 101206668 | 101206669 |
| | 101206673 | 101206727 |
| | 101206729 | 101206741 |
| | 101206745 | 101206765 |
| | 101206771 | 101206772 |
| | 101206784 | 101206787 |
| | 101206790 | 101206791 |
| | 101206801 | 101206803 |
| | 101206805 | 101206811 |
| | 101206814 | 101206836 |
| | 101206839 | 101206844 |
| | 101206846 | 101206851 |
| | 101206853 | 101206859 |
| | 101206861 | 101206869 |
| | 101206871 | 101206879 |
| | 101206881 | 101206890 |
| | 101206892 | 101206925 |
| | 101206927 | 101206958 |
| | 101206961 | 101206961 |
| | 101206964 | 101206973 |
| | 101206975 | 101207034 |
| | 101207036 | 101207044 |
| | 101207046 | 101207106 |
| | 101207108 | 101207120 |
| | 101207122 | 101207140 |
| | 101207143 | 101207152 |
| | 101207155 | 101207299 |
| | 101207302 | 101207309 |
| | 101207311 | 101207493 |
| | 101207500 | 101207502 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-02-C-0019 | | |
| | 101207505 | 101207532 |
| | 101207534 | 101207544 |
| | 101207546 | 101207555 |
| | 101207561 | 101207590 |
| | 101207593 | 101207600 |
| | 101207602 | 101207612 |
| | 101207615 | 101207621 |
| | 101207623 | 101207643 |
| | 101207645 | 101207651 |
| | 101207653 | 101207727 |
| | 101207729 | 101207783 |
| | 101207794 | 101207920 |
| | 101207923 | 101207938 |
| | 101207951 | 101207994 |
| | 101208006 | 101208015 |
| | 101208017 | 101208256 |
| | 101208258 | 101208551 |
| | 101208553 | 101208554 |
| | 101208564 | 101208564 |
| | 101208567 | 101208633 |
| | 101208642 | 101208659 |
| | 101208665 | 101208675 |
| | 101208685 | 101208699 |
| | 101208707 | 101208822 |
| | 101208824 | 101208874 |
| | 101208883 | 101208890 |
| | 101208901 | 101208978 |
| | 101208984 | 101208991 |
| | 101209004 | 101209037 |
| | 101209042 | 101209044 |
| | 101209046 | 101209062 |
| | 101209065 | 101209068 |
| | 101209071 | 101209123 |
| | 101209128 | 101209135 |
| | 101209140 | 101209382 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 101209442 | 101209445 |
| | 101209475 | 101209527 |
| | 101209530 | 101209537 |
| | 101209540 | 101209545 |
| | 101209550 | 101209553 |
| | 101209556 | 101209590 |
| | 101209593 | 101209845 |
| | 101209848 | 101209850 |
| | 101210046 | 101210052 |
| | 101210103 | 101210110 |
| | 101210112 | 101210120 |
| | 101210122 | 101210131 |
| | 101210137 | 101210146 |
| | 101210148 | 101210156 |
| | 101210158 | 101210160 |
| | 101210162 | 101210165 |
| | 101210167 | 101210169 |
| | 101210171 | 101210174 |
| | 101210177 | 101210180 |
| | 101210182 | 101210186 |
| | 101210188 | 101210192 |
| | 101210194 | 101210199 |
| | 101210201 | 101210212 |
| | 101302738 | 101302742 |
| | 101302744 | 101302778 |
| | 101302781 | 101302811 |
| | 101302814 | 101303099 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| **DACW51-02-C-0022** | | |
| | 101008875 | 101009217 |
| | 101009226 | 101009580 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-02-C-0022 | | |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101754 | 500101759 |
| DACW51-03-C-0001 | | |
| | 100600627 | 100600783 |
| | 100600786 | 100600819 |
| | 100600825 | 100600852 |
| | 100600858 | 100600944 |
| | 100905202 | 100905207 |
| | 100905211 | 100905335 |
| | 100905342 | 100905354 |
| | 100905360 | 100905378 |
| | 100905383 | 100905394 |
| | 100905403 | 100905455 |
| | 100905457 | 100905502 |
| | 100905505 | 100905516 |
| | 100905519 | 100905522 |
| | 100905531 | 100905602 |
| | 100905606 | 100905692 |
| | 100905698 | 100905698 |
| | 100905709 | 100905709 |
| | 100905715 | 100905723 |
| | 100905739 | 100905745 |
| | 100905759 | 100905762 |
| | 100905769 | 100905770 |
| | 100905777 | 100905794 |
| | 100905804 | 100905826 |
| | 100905828 | 100905833 |
| | 100905835 | 100905841 |
| | 100905843 | 100905858 |
| | 100905863 | 100905866 |
| | 100905873 | 100905873 |
| | 100905879 | 100905879 |
| | 100905885 | 100905887 |
| | 100905903 | 100905918 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0001** | | |
| | 100905920 | 100905942 |
| | 100905948 | 100905953 |
| | 100905959 | 100905985 |
| | 100905991 | 100906016 |
| | 100906022 | 100906032 |
| | 100906039 | 100906059 |
| | 100906066 | 100906076 |
| | 100906084 | 100906107 |
| | 100906121 | 100906126 |
| | 100906135 | 100906162 |
| | 100906168 | 100906168 |
| | 100906177 | 100906177 |
| | 100906185 | 100906195 |
| | 100906205 | 100906224 |
| | 100906235 | 100906303 |
| | 100906320 | 100906328 |
| | 100906335 | 100906335 |
| | 100906342 | 100906342 |
| | 100906347 | 100906354 |
| | 100906372 | 100906379 |
| | 100906388 | 100906403 |
| | 100906405 | 100906412 |
| | 100906426 | 100906540 |
| | 100906548 | 100906563 |
| | 100906565 | 100906638 |
| | 100906648 | 100906688 |
| | 100906692 | 100906696 |
| | 100906700 | 100906710 |
| | 100906721 | 100906726 |
| | 100906730 | 100906735 |
| | 100906740 | 100906743 |
| | 100906766 | 100906790 |
| | 100906792 | 100906818 |
| | 100906828 | 100906848 |
| | 100906857 | 100906865 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0001** | | |
| | 100906870 | 100906940 |
| | 100906950 | 100907009 |
| | 100907015 | 100907128 |
| | 100907133 | 100907139 |
| | 100907154 | 100907160 |
| | 100907169 | 100907200 |
| | 100907216 | 100907415 |
| | 100907424 | 100907464 |
| | 100907466 | 100907496 |
| | 100907512 | 100907581 |
| | 100907596 | 100907625 |
| | 100907642 | 100907716 |
| | 100907733 | 100907811 |
| | 100907825 | 100907836 |
| | 100907883 | 100907892 |
| | 100907894 | 100907895 |
| | 100907905 | 100907914 |
| | 100907925 | 100907961 |
| | 100907974 | 100908084 |
| | 100908103 | 100908111 |
| | 100908121 | 100908199 |
| | 100908209 | 100908229 |
| | 100908231 | 100908263 |
| | 100908268 | 100908288 |
| | 100908293 | 100908302 |
| | 100908323 | 100908455 |
| | 100908473 | 100908480 |
| | 100908489 | 100908542 |
| | 100908561 | 100908563 |
| | 100908568 | 100908568 |
| | 100908579 | 100908582 |
| | 100908587 | 100908600 |
| | 101006451 | 101006898 |
| | 101207311 | 101207493 |
| | 101303102 | 101303144 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-03-C-0001 | | |
| | 101303150 | 101303156 |
| | 101303168 | 101303178 |
| | 101303180 | 101303181 |
| | 101303183 | 101303197 |
| | 101303199 | 101303206 |
| | 101303210 | 101303216 |
| | 101303218 | 101303219 |
| | 101303225 | 101303226 |
| | 101303232 | 101303234 |
| | 101303239 | 101303243 |
| | 101303246 | 101303263 |
| | 101303266 | 101303274 |
| | 101303280 | 101303288 |
| | 101303294 | 101303295 |
| | 101303299 | 101303305 |
| | 101303311 | 101303312 |
| | 101303314 | 101303327 |
| | 101303333 | 101303340 |
| | 101303342 | 101303351 |
| | 101303356 | 101303358 |
| | 101303361 | 101303368 |
| | 101303395 | 101303428 |
| | 101303433 | 101303437 |
| | 101303442 | 101303692 |
| | 101702098 | 101702098 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| DACW51-03-C-0012 | | |
| | 100200332 | 100200337 |
| | 100201796 | 100201820 |
| | 100204355 | 100204550 |
| | 100507371 | 100507376 |
| | 100507384 | 100507389 |
| | 100509338 | 100509339 |
| | 100600627 | 100600783 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0012** | | |
| | 100600786 | 100600819 |
| | 100600825 | 100600852 |
| | 100600858 | 100600944 |
| | 100906792 | 100906818 |
| | 100906950 | 100907009 |
| | 100908457 | 100908464 |
| | 101005963 | 101005986 |
| | 101005991 | 101006413 |
| | 101303694 | 101303718 |
| | 101303724 | 101303737 |
| | 101303746 | 101303778 |
| | 101303786 | 101303794 |
| | 101303796 | 101303812 |
| | 101303814 | 101303827 |
| | 101303829 | 101303842 |
| | 101303844 | 101303856 |
| | 101303858 | 101303871 |
| | 101303873 | 101303884 |
| | 101303896 | 101303903 |
| | 101303932 | 101303944 |
| | 101303946 | 101303959 |
| | 101303961 | 101303985 |
| | 101303987 | 101303993 |
| | 101304005 | 101304018 |
| | 101304024 | 101304031 |
| | 101304034 | 101304047 |
| | 101304049 | 101304077 |
| | 101304091 | 101304099 |
| | 101304110 | 101304129 |
| | 101304150 | 101304152 |
| | 101304154 | 101304156 |
| | 101304160 | 101304161 |
| | 101304170 | 101304173 |
| | 101304175 | 101304196 |
| | 101304198 | 101304204 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0012** | | |
| | 101304206 | 101304249 |
| | 101304255 | 101304267 |
| | 101304269 | 101304282 |
| | 101304288 | 101304298 |
| | 101304300 | 101304359 |
| | 101701877 | 101701878 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| **DACW51-03-C-0014** | | |
| | 100502954 | 100502980 |
| | 100502983 | 100502993 |
| | 100503006 | 100503037 |
| | 100503042 | 100503315 |
| | 100503322 | 100503346 |
| | 100503375 | 100503397 |
| | 100503441 | 100504152 |
| | 100504157 | 100504776 |
| | 100504778 | 100504823 |
| | 100504834 | 100504850 |
| | 100504861 | 100504874 |
| | 100504885 | 100504895 |
| | 100504923 | 100504939 |
| | 100504948 | 100504964 |
| | 100504977 | 100504998 |
| | 100505015 | 100505038 |
| | 100505050 | 100505062 |
| | 100505074 | 100505082 |
| | 100505092 | 100505099 |
| | 100505109 | 100505120 |
| | 100505130 | 100505137 |
| | 100505148 | 100505156 |
| | 100505160 | 100505164 |
| | 100505172 | 100505182 |
| | 100505193 | 100505197 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 100505208 | 100505211 |
| | 100505221 | 100505233 |
| | 100505244 | 100505262 |
| | 100505285 | 100505295 |
| | 100505311 | 100505326 |
| | 100505336 | 100505339 |
| | 100505342 | 100505348 |
| | 100505358 | 100505362 |
| | 100505365 | 100505365 |
| | 100505368 | 100505376 |
| | 100505386 | 100505392 |
| | 100505395 | 100505398 |
| | 100505409 | 100505415 |
| | 100505420 | 100505423 |
| | 100505434 | 100505528 |
| | 100505610 | 100505617 |
| | 100802682 | 100802685 |
| | 101210214 | 101210223 |
| | 101210225 | 101210232 |
| | 101210236 | 101210249 |
| | 101210252 | 101210260 |
| | 101210263 | 101210264 |
| | 101210267 | 101210268 |
| | 101210271 | 101210282 |
| | 101210285 | 101210292 |
| | 101210295 | 101210303 |
| | 101210306 | 101210306 |
| | 101210310 | 101210312 |
| | 101210314 | 101210317 |
| | 101304461 | 101304461 |
| | 101304463 | 101304506 |
| | 101304536 | 101304536 |
| | 101304539 | 101304555 |
| | 101304680 | 101304681 |
| | 101304850 | 101304913 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101305044 | 101305065 |
| | 101305068 | 101305089 |
| | 101305091 | 101305100 |
| | 101305246 | 101305248 |
| | 101305477 | 101305490 |
| | 101305492 | 101305507 |
| | 101305576 | 101305741 |
| | 101305842 | 101305851 |
| | 101305853 | 101305855 |
| | 101305862 | 101305878 |
| | 101305885 | 101305908 |
| | 101305913 | 101305936 |
| | 101305939 | 101305960 |
| | 101305963 | 101305970 |
| | 101305975 | 101305976 |
| | 101305979 | 101305984 |
| | 101305989 | 101305990 |
| | 101306016 | 101306028 |
| | 101306037 | 101306038 |
| | 101306041 | 101306062 |
| | 101306065 | 101306075 |
| | 101306077 | 101306153 |
| | 101306155 | 101306161 |
| | 101306163 | 101306170 |
| | 101306172 | 101306189 |
| | 101306191 | 101306200 |
| | 101306202 | 101306210 |
| | 101306213 | 101306261 |
| | 101306263 | 101306361 |
| | 101306363 | 101306411 |
| | 101306413 | 101306427 |
| | 101306430 | 101306435 |
| | 101306438 | 101306439 |
| | 101306442 | 101306456 |
| | 101306459 | 101306475 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101306478 | 101306550 |
| | 101306552 | 101306594 |
| | 101306596 | 101306624 |
| | 101306627 | 101306714 |
| | 101306716 | 101307028 |
| | 101307034 | 101307078 |
| | 101307081 | 101307149 |
| | 101307151 | 101307171 |
| | 101307173 | 101307681 |
| | 101307684 | 101307690 |
| | 101307692 | 101307694 |
| | 101307697 | 101307698 |
| | 101307700 | 101307701 |
| | 101307703 | 101307709 |
| | 101307719 | 101307725 |
| | 101307732 | 101307735 |
| | 101307745 | 101307749 |
| | 101307752 | 101307753 |
| | 101307763 | 101307766 |
| | 101307771 | 101307774 |
| | 101307784 | 101307796 |
| | 101307811 | 101307815 |
| | 101307818 | 101307825 |
| | 101307835 | 101307839 |
| | 101307846 | 101307852 |
| | 101307862 | 101307866 |
| | 101307871 | 101307881 |
| | 101307891 | 101307894 |
| | 101307901 | 101307907 |
| | 101307917 | 101307921 |
| | 101307926 | 101307929 |
| | 101307938 | 101307945 |
| | 101307955 | 101307964 |
| | 101307983 | 101307988 |
| | 101308001 | 101308010 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101308030 | 101308042 |
| | 101308053 | 101308059 |
| | 101308064 | 101308067 |
| | 101308089 | 101308092 |
| | 101308103 | 101308107 |
| | 101308110 | 101308116 |
| | 101308126 | 101308142 |
| | 101308159 | 101308165 |
| | 101308177 | 101308194 |
| | 101308207 | 101308213 |
| | 101308216 | 101308222 |
| | 101308233 | 101308241 |
| | 101308259 | 101308266 |
| | 101308279 | 101308283 |
| | 101308295 | 101308303 |
| | 101308314 | 101308323 |
| | 101308335 | 101308361 |
| | 101308372 | 101308385 |
| | 101308390 | 101308400 |
| | 101308410 | 101308417 |
| | 101308430 | 101308434 |
| | 101308439 | 101308442 |
| | 101308453 | 101308457 |
| | 101308462 | 101308465 |
| | 101308472 | 101308476 |
| | 101308483 | 101308491 |
| | 101308502 | 101308506 |
| | 101308508 | 101308520 |
| | 101308531 | 101308535 |
| | 101308540 | 101308551 |
| | 101308561 | 101308563 |
| | 101308572 | 101308578 |
| | 101308589 | 101308596 |
| | 101308608 | 101308616 |
| | 101308633 | 101308638 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-03-C-0014 | | |
| | 101308650 | 101308651 |
| | 101308654 | 101308660 |
| | 101308677 | 101308682 |
| | 101308687 | 101308690 |
| | 101308703 | 101308709 |
| | 101308712 | 101308715 |
| | 101308727 | 101308734 |
| | 101308739 | 101308741 |
| | 101308752 | 101308758 |
| | 101308763 | 101308766 |
| | 101308776 | 101308800 |
| | 101308819 | 101308827 |
| | 101308837 | 101308877 |
| | 101308886 | 101308904 |
| | 101308911 | 101308924 |
| | 101308940 | 101309756 |
| | 101309760 | 101309779 |
| | 101309785 | 101310010 |
| | 101310015 | 101310257 |
| | 101402510 | 101402648 |
| | 101402665 | 101402682 |
| | 101402684 | 101402900 |
| | 101402918 | 101403049 |
| | 101403065 | 101403160 |
| | 101403177 | 101403209 |
| | 101403211 | 101403252 |
| | 101403254 | 101403562 |
| | 101403565 | 101403600 |
| | 101403603 | 101403686 |
| | 101403690 | 101403792 |
| | 101403795 | 101405109 |
| | 101405111 | 101405111 |
| | 101405113 | 101405128 |
| | 101405239 | 101405239 |
| | 101405241 | 101405264 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-03-C-0014 | | |
| | 101405468 | 101405468 |
| | 101405471 | 101405492 |
| | 101405817 | 101405817 |
| | 101405819 | 101405835 |
| | 101406167 | 101406167 |
| | 101406169 | 101406172 |
| | 101406450 | 101406454 |
| | 101500716 | 101500716 |
| | 101500719 | 101500782 |
| | 101500785 | 101500788 |
| | 101500790 | 101500799 |
| | 101500801 | 101500807 |
| | 101500809 | 101500912 |
| | 101500914 | 101500919 |
| | 101500922 | 101500924 |
| | 101500934 | 101500958 |
| | 101500965 | 101501034 |
| | 101501036 | 101501046 |
| | 101501048 | 101501053 |
| | 101501058 | 101501067 |
| | 101501071 | 101501087 |
| | 101501105 | 101501106 |
| | 101501124 | 101501125 |
| | 101501148 | 101501453 |
| | 101501456 | 101501463 |
| | 101501465 | 101501468 |
| | 101501470 | 101501476 |
| | 101501482 | 101501487 |
| | 101501489 | 101501492 |
| | 101501494 | 101501496 |
| | 101501503 | 101501530 |
| | 101501541 | 101501542 |
| | 101501545 | 101501556 |
| | 101501558 | 101501562 |
| | 101501565 | 101501575 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101501583 | 101501584 |
| | 101501587 | 101501603 |
| | 101501605 | 101501614 |
| | 101501626 | 101501629 |
| | 101501632 | 101501643 |
| | 101501646 | 101501666 |
| | 101501668 | 101501673 |
| | 101501676 | 101501687 |
| | 101501690 | 101501761 |
| | 101501768 | 101501778 |
| | 101501781 | 101501786 |
| | 101501792 | 101501818 |
| | 101501821 | 101501824 |
| | 101501870 | 101501875 |
| | 101501882 | 101501886 |
| | 101501925 | 101501930 |
| | 101501938 | 101501941 |
| | 101501947 | 101501953 |
| | 101501959 | 101501965 |
| | 101501975 | 101501978 |
| | 101501988 | 101501991 |
| | 101501998 | 101502021 |
| | 101502027 | 101502032 |
| | 101502042 | 101502043 |
| | 101502049 | 101502064 |
| | 101502075 | 101502084 |
| | 101502089 | 101502146 |
| | 101502151 | 101502159 |
| | 101502166 | 101502166 |
| | 101502168 | 101502191 |
| | 101502193 | 101502199 |
| | 101502204 | 101502221 |
| | 101502389 | 101502389 |
| | 101502391 | 101502399 |
| | 101502405 | 101502413 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101502417 | 101502417 |
| | 101502429 | 101502438 |
| | 101502442 | 101502444 |
| | 101502448 | 101502452 |
| | 101502454 | 101502456 |
| | 101502458 | 101502469 |
| | 101502476 | 101502524 |
| | 101502526 | 101502527 |
| | 101502551 | 101502556 |
| | 101502600 | 101502608 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| **DACW51-03-C-0019** | | |
| | 100400001 | 100400201 |
| | 100505927 | 100506001 |
| | 101011162 | 101011280 |
| | 101011304 | 101011627 |
| | 101103952 | 101103953 |
| | 101103972 | 101103977 |
| | 101103990 | 101103993 |
| | 101103997 | 101104051 |
| | 101104061 | 101104076 |
| | 101104079 | 101104087 |
| | 101104090 | 101104103 |
| | 101104106 | 101104120 |
| | 101104123 | 101104127 |
| | 101104134 | 101104183 |
| | 101104190 | 101104191 |
| | 101104214 | 101104272 |
| | 101104275 | 101104392 |
| | 101104412 | 101104422 |
| | 101104433 | 101104434 |
| | 101104463 | 101104466 |
| | 101104482 | 101104523 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-03-C-0019 | | |
| | 101104526 | 101104538 |
| | 101104540 | 101104576 |
| | 101104581 | 101104584 |
| | 101104614 | 101104617 |
| | 101104621 | 101104637 |
| | 101104646 | 101104661 |
| | 101104664 | 101104677 |
| | 101104719 | 101104722 |
| | 101104727 | 101104756 |
| | 101104761 | 101104768 |
| | 101104777 | 101104782 |
| | 101104804 | 101104826 |
| | 101104831 | 101104832 |
| | 101104849 | 101104865 |
| | 101104867 | 101104883 |
| | 101104891 | 101104893 |
| | 101104896 | 101104904 |
| | 101104953 | 101104972 |
| | 101104980 | 101104991 |
| | 101105093 | 101105110 |
| | 101105144 | 101105228 |
| | 101105232 | 101105244 |
| | 101210026 | 101210044 |
| | 101406676 | 101406678 |
| | 101406681 | 101406707 |
| | 101406710 | 101406713 |
| | 101406715 | 101406722 |
| | 101406725 | 101406727 |
| | 101406729 | 101406732 |
| | 101406737 | 101406739 |
| | 101406753 | 101406756 |
| | 101406769 | 101406779 |
| | 101406826 | 101406839 |
| | 101406841 | 101406843 |
| | 101406845 | 101406847 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0019** | | |
| | 101406849 | 101406864 |
| | 101406879 | 101406901 |
| | 101406915 | 101406918 |
| | 101406923 | 101406930 |
| | 101406932 | 101406934 |
| | 101406942 | 101406943 |
| | 101406946 | 101406956 |
| | 101406958 | 101406961 |
| | 101406963 | 101406979 |
| | 101406993 | 101406995 |
| | 101407006 | 101407056 |
| | 101407061 | 101407097 |
| | 101407099 | 101407101 |
| | 101407122 | 101407122 |
| | 101407124 | 101407124 |
| | 101407137 | 101407144 |
| | 101407146 | 101407163 |
| | 101407166 | 101407171 |
| | 101407174 | 101407258 |
| | 101407260 | 101407290 |
| | 101407297 | 101407331 |
| | 101407335 | 101407340 |
| | 101407342 | 101407343 |
| | 101407345 | 101407395 |
| | 101407397 | 101407418 |
| | 101407420 | 101407423 |
| | 101407427 | 101407654 |
| | 101407682 | 101407752 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101754 | 500101759 |
| **DACW51-03-C-0021** | | |
| | 100301236 | 100301241 |
| | 100505641 | 100505679 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-03-C-0021 | | |
| | 100505688 | 100505887 |
| | 100505889 | 100505919 |
| | 100505922 | 100505922 |
| | 100505927 | 100506001 |
| | 100506005 | 100506014 |
| | 100506018 | 100506026 |
| | 100506034 | 100506036 |
| | 100506045 | 100506048 |
| | 100506058 | 100506061 |
| | 100506103 | 100506110 |
| | 100506112 | 100506121 |
| | 100506157 | 100506173 |
| | 100506189 | 100506238 |
| | 100506244 | 100506246 |
| | 100506254 | 100506256 |
| | 100506259 | 100506271 |
| | 100506285 | 100506298 |
| | 100506305 | 100506321 |
| | 100506380 | 100506419 |
| | 100506439 | 100506661 |
| | 100506797 | 100506825 |
| | 100506861 | 100506867 |
| | 100507613 | 100507706 |
| | 100508621 | 100508663 |
| | 100600627 | 100600783 |
| | 100600786 | 100600819 |
| | 100600858 | 100600944 |
| | 100601454 | 100601488 |
| | 100601492 | 100601602 |
| | 100601668 | 100602006 |
| | 100602008 | 100602015 |
| | 100602029 | 100602030 |
| | 100602036 | 100602180 |
| | 100906857 | 100906865 |
| | 100907512 | 100907581 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0021** | | |
| | 100907974 | 100908084 |
| | 101009583 | 101009593 |
| | 101009615 | 101009630 |
| | 101009633 | 101009680 |
| | 101103503 | 101103513 |
| | 101104614 | 101104617 |
| | 101310259 | 101310261 |
| | 101310265 | 101310280 |
| | 101310284 | 101310336 |
| | 101310340 | 101310341 |
| | 101310347 | 101310360 |
| | 101310363 | 101310410 |
| | 101310413 | 101310414 |
| | 101310416 | 101310441 |
| | 101310445 | 101310495 |
| | 101310535 | 101310554 |
| | 101310558 | 101310564 |
| | 101310568 | 101310578 |
| | 101310580 | 101310604 |
| | 101310606 | 101310617 |
| | 101310625 | 101310628 |
| | 101310634 | 101310649 |
| | 101310651 | 101310669 |
| | 101310676 | 101310724 |
| | 101310729 | 101310735 |
| | 101310748 | 101310754 |
| | 101310757 | 101310763 |
| | 101310768 | 101310769 |
| | 101310773 | 101310777 |
| | 101310780 | 101310782 |
| | 101310787 | 101310813 |
| | 101310816 | 101310834 |
| | 101310837 | 101310846 |
| | 101310848 | 101310862 |
| | 101310865 | 101310873 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0021** | | |
| | 101406681 | 101406707 |
| | 101406915 | 101406918 |
| | 101406923 | 101406930 |
| | 101406963 | 101406979 |
| | 101407112 | 101407114 |
| | 101407682 | 101407752 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101754 | 500101759 |
| **W912DS-04-C-0008** | | |
| | 100204355 | 100204550 |
| | 101105295 | 101105295 |
| | 101105299 | 101105555 |
| | 101105557 | 101105580 |
| | 101105584 | 101105588 |
| | 101105592 | 101105599 |
| | 101105602 | 101105630 |
| | 101105632 | 101105637 |
| | 101105665 | 101105667 |
| | 101105671 | 101105674 |
| | 101105687 | 101105694 |
| | 101105696 | 101105829 |
| | 101105832 | 101105835 |
| | 101105837 | 101105857 |
| | 101105859 | 101105863 |
| | 101105865 | 101105868 |
| | 101105871 | 101105895 |
| | 101105905 | 101105942 |
| | 101105947 | 101105948 |
| | 101105950 | 101106010 |
| | 101106014 | 101106025 |
| | 101106030 | 101106041 |
| | 101106048 | 101106060 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| W912DS-04-C-0008 | | |
| | 101106063 | 101106091 |
| | 101106093 | 101106109 |
| | 101106112 | 101106128 |
| | 101106130 | 101106221 |
| | 101106223 | 101106226 |
| | 101106228 | 101106232 |
| | 101106238 | 101106248 |
| | 101106250 | 101106261 |
| | 101106263 | 101106285 |
| | 101106288 | 101106297 |
| | 101106299 | 101106310 |
| | 101106312 | 101106348 |
| | 101106350 | 101106383 |
| | 101106385 | 101106397 |
| | 101106399 | 101106408 |
| | 101407893 | 101407901 |
| | 101407915 | 101407937 |
| | 101408068 | 101408141 |
| | 101500001 | 101500016 |
| | 101504369 | 101504374 |
| | 101701783 | 101701785 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| W912DS-04-C-0016 | | |
| | 100303309 | 100303310 |
| | 100303326 | 100303451 |
| | 100303474 | 100303479 |
| | 100303934 | 100303936 |
| | 100303947 | 100303954 |
| | 100303963 | 100303979 |
| | 100304110 | 100304124 |
| | 100304158 | 100304161 |
| | 100304172 | 100304173 |
| | 100304179 | 100304186 |
| | 100304192 | 100304196 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-04-C-0016** | | |
| | 100309175 | 100309180 |
| | 100506903 | 100506905 |
| | 100506934 | 100506934 |
| | 100506968 | 100506979 |
| | 100507084 | 100507182 |
| | 100507184 | 100507186 |
| | 100507188 | 100507272 |
| | 100507283 | 100507286 |
| | 100507292 | 100507296 |
| | 100507298 | 100507301 |
| | 100507320 | 100507323 |
| | 100507327 | 100507331 |
| | 100507337 | 100507338 |
| | 100507356 | 100507357 |
| | 100507384 | 100507389 |
| | 100507392 | 100507396 |
| | 100507419 | 100507425 |
| | 100507476 | 100507478 |
| | 100507481 | 100507503 |
| | 100507505 | 100507511 |
| | 100507515 | 100507534 |
| | 100507536 | 100507548 |
| | 100507550 | 100507564 |
| | 100507568 | 100507570 |
| | 100507573 | 100507575 |
| | 100507580 | 100507590 |
| | 100507593 | 100507594 |
| | 100507600 | 100507610 |
| | 100507613 | 100507706 |
| | 100507789 | 100507809 |
| | 100508124 | 100508166 |
| | 100509789 | 100509801 |
| | 100600550 | 100600579 |
| | 100600581 | 100600613 |
| | 100600858 | 100600944 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| W912DS-04-C-0016 | | |
| | 100600977 | 100600978 |
| | 100600991 | 100600994 |
| | 100601120 | 100601139 |
| | 100601250 | 100601262 |
| | 100601264 | 100601326 |
| | 100601332 | 100601334 |
| | 100601336 | 100601390 |
| | 100601392 | 100601425 |
| | 101106411 | 101106411 |
| | 101106414 | 101106477 |
| | 101106481 | 101106489 |
| | 101106493 | 101106494 |
| | 101106505 | 101106508 |
| | 101106513 | 101106515 |
| | 101106517 | 101106521 |
| | 101106527 | 101106527 |
| | 101106532 | 101106541 |
| | 101106545 | 101106556 |
| | 101106575 | 101106576 |
| | 101106580 | 101106582 |
| | 101106584 | 101106588 |
| | 101106590 | 101106696 |
| | 101106698 | 101106708 |
| | 101106710 | 101106722 |
| | 101106724 | 101106732 |
| | 101106738 | 101106786 |
| | 101106790 | 101106804 |
| | 101106807 | 101106814 |
| | 101106836 | 101107165 |
| | 101408204 | 101408209 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101754 | 500101759 |
| W912DS-05-C-0003 | | |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| W912DS-05-C-0003 | | |
| | 100200001 | 100200001 |
| | 100200003 | 100200016 |
| | 100200018 | 100200039 |
| | 100200042 | 100200064 |
| | 100200066 | 100200076 |
| | 100200079 | 100200084 |
| | 100200087 | 100200093 |
| | 100200095 | 100200111 |
| | 100200113 | 100200118 |
| | 100200126 | 100200131 |
| | 100200135 | 100200165 |
| | 100200167 | 100200177 |
| | 100200182 | 100200189 |
| | 100200193 | 100200201 |
| | 100200205 | 100200211 |
| | 100200215 | 100200226 |
| | 100200228 | 100200251 |
| | 100200253 | 100200257 |
| | 100200259 | 100200260 |
| | 100200264 | 100200269 |
| | 100200274 | 100200281 |
| | 100200283 | 100200289 |
| | 100200291 | 100200310 |
| | 100200323 | 100200326 |
| | 100200342 | 100200348 |
| | 100200350 | 100200354 |
| | 100200360 | 100200388 |
| | 100200393 | 100200396 |
| | 100200399 | 100200429 |
| | 100200431 | 100200438 |
| | 100200442 | 100200446 |
| | 100200452 | 100200459 |
| | 100200463 | 100200463 |
| | 100200485 | 100200497 |
| | 100200499 | 100200573 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| W912DS-05-C-0003 | | |
| | 100200575 | 100200579 |
| | 100200584 | 100200584 |
| | 100200586 | 100200591 |
| | 100200595 | 100200736 |
| | 100200766 | 100200767 |
| | 100200810 | 100200838 |
| | 100200865 | 100200883 |
| | 100200893 | 100200896 |
| | 100200898 | 100200900 |
| | 100200902 | 100200923 |
| | 100200940 | 100200948 |
| | 100200956 | 100200974 |
| | 100201119 | 100201131 |
| | 100201133 | 100201150 |
| | 100201152 | 100201162 |
| | 100201164 | 100201176 |
| | 100201178 | 100201189 |
| | 100201192 | 100201299 |
| | 100201302 | 100201671 |
| | 100201673 | 100201724 |
| | 100201727 | 100201794 |
| | 100201827 | 100201906 |
| | 100201909 | 100201909 |
| | 100201912 | 100201912 |
| | 100201915 | 100201954 |
| | 100201956 | 100202355 |
| | 100202357 | 100202408 |
| | 100202410 | 100202442 |
| | 100202452 | 100202748 |
| | 100202750 | 100203146 |
| | 100203149 | 100203466 |
| | 100203468 | 100203722 |
| | 100203724 | 100203751 |
| | 100203766 | 100203815 |
| | 100203822 | 100203822 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 100203829 | 100203852 |
| | 100203859 | 100203981 |
| | 100204355 | 100204550 |
| | 100204553 | 100204723 |
| | 100204725 | 100204899 |
| | 100307711 | 100308090 |
| | 101106414 | 101106477 |
| | 101408068 | 101408141 |
| | 101408659 | 101408665 |
| | 101409116 | 101409136 |
| | 101409141 | 101409149 |
| | 101502613 | 101502653 |
| | 101502656 | 101502657 |
| | 101502663 | 101502755 |
| | 101502758 | 101502763 |
| | 101502765 | 101502768 |
| | 101502797 | 101502799 |
| | 101502801 | 101502803 |
| | 101502806 | 101502855 |
| | 101502857 | 101502862 |
| | 101502864 | 101502868 |
| | 101502875 | 101502936 |
| | 101502938 | 101502941 |
| | 101502943 | 101502948 |
| | 101502951 | 101502979 |
| | 101502981 | 101502987 |
| | 101502992 | 101503005 |
| | 101503197 | 101503236 |
| | 101503242 | 101503288 |
| | 101503294 | 101503295 |
| | 101503298 | 101503365 |
| | 101503369 | 101503370 |
| | 101503372 | 101503373 |
| | 101503377 | 101503382 |
| | 101503387 | 101503415 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 101503421 | 101503424 |
| | 101503427 | 101503434 |
| | 101503436 | 101503438 |
| | 101503442 | 101503452 |
| | 101503457 | 101503495 |
| | 101503500 | 101503516 |
| | 101503521 | 101503605 |
| | 101503608 | 101503617 |
| | 101503619 | 101503625 |
| | 101503627 | 101503631 |
| | 101503634 | 101503650 |
| | 101503653 | 101503663 |
| | 101503673 | 101503681 |
| | 101503684 | 101503692 |
| | 101503694 | 101503697 |
| | 101503702 | 101503734 |
| | 101503737 | 101503750 |
| | 101503753 | 101503951 |
| | 101503954 | 101503963 |
| | 101503965 | 101504139 |
| | 101504141 | 101504197 |
| | 101504199 | 101504293 |
| | 101504295 | 101504298 |
| | 101504301 | 101504326 |
| | 101504332 | 101504366 |
| | 101504378 | 101504392 |
| | 101504399 | 101504409 |
| | 101504429 | 101504443 |
| | 101504448 | 101504448 |
| | 101504456 | 101504464 |
| | 101504467 | 101504489 |
| | 101504497 | 101504500 |
| | 101504502 | 101504507 |
| | 101504509 | 101504522 |
| | 101504528 | 101504531 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 101504534 | 101504580 |
| | 101504582 | 101504591 |
| | 101504602 | 101504605 |
| | 101504607 | 101504615 |
| | 101504617 | 101504634 |
| | 101504653 | 101504657 |
| | 101504659 | 101504745 |
| | 500100409 | 500100436 |
| | 500100966 | 500101211 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101479 | 500101489 |
| **W912DS-05-C-0004** | | |
| | 100300967 | 100300970 |
| | 100509866 | 100509881 |
| | 101007138 | 101007551 |
| | 101311168 | 101311168 |
| | 101311171 | 101311181 |
| | 101311199 | 101311206 |
| | 101311237 | 101311248 |
| | 101311277 | 101311281 |
| | 101311290 | 101311291 |
| | 101311293 | 101311294 |
| | 101311296 | 101311320 |
| | 101311322 | 101311340 |
| | 101311343 | 101311345 |
| | 101311348 | 101311359 |
| | 101311361 | 101311368 |
| | 101311378 | 101311396 |
| | 101311400 | 101311401 |
| | 101311408 | 101311435 |
| | 101311441 | 101311451 |
| | 101311453 | 101311454 |
| | 101311457 | 101311490 |
| | 101311492 | 101311528 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0004** | | |
| | 101311534 | 101311560 |
| | 101311562 | 101311565 |
| | 101311567 | 101311580 |
| | 101311591 | 101311675 |
| | 500100409 | 500100436 |
| | 500100966 | 500101211 |
| | 500101293 | 500101297 |
| **W912DS-05-C-0020** | | |
| | 100300934 | 100300935 |
| | 100300967 | 100300970 |
| | 100301052 | 100301217 |
| | 100301253 | 100301507 |
| | 100301510 | 100301510 |
| | 100301512 | 100301542 |
| | 100301544 | 100301673 |
| | 100307711 | 100308090 |
| | 100308094 | 100308096 |
| | 100308102 | 100308108 |
| | 100308124 | 100308126 |
| | 100308186 | 100308232 |
| | 100308234 | 100308253 |
| | 100308263 | 100308322 |
| | 100308324 | 100308326 |
| | 100308330 | 100308357 |
| | 100308361 | 100308379 |
| | 100308401 | 100308403 |
| | 100308409 | 100308423 |
| | 100308535 | 100308536 |
| | 100308561 | 100308571 |
| | 100308575 | 100308713 |
| | 100308788 | 100308829 |
| | 100308834 | 100308839 |
| | 100308843 | 100308856 |
| | 100308888 | 100308888 |
| | 100508168 | 100508233 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| W912DS-05-C-0020 | | |
| | 100508255 | 100508269 |
| | 100508290 | 100508294 |
| | 100508297 | 100508298 |
| | 100508319 | 100508320 |
| | 100508323 | 100508333 |
| | 100508339 | 100508348 |
| | 100508364 | 100508365 |
| | 100508385 | 100508388 |
| | 100508401 | 100508402 |
| | 100508409 | 100508410 |
| | 100508420 | 100508423 |
| | 100508433 | 100508435 |
| | 100508440 | 100508449 |
| | 100508452 | 100508453 |
| | 100508480 | 100508481 |
| | 100508487 | 100508494 |
| | 100508505 | 100508519 |
| | 100508521 | 100508522 |
| | 100508525 | 100508537 |
| | 100508544 | 100508545 |
| | 100508552 | 100508570 |
| | 100508576 | 100508578 |
| | 100508582 | 100508591 |
| | 100508593 | 100508602 |
| | 100508605 | 100508615 |
| | 100508666 | 100508672 |
| | 100508679 | 100508686 |
| | 100508688 | 100508752 |
| | 100508769 | 100508778 |
| | 100508782 | 100508782 |
| | 100508785 | 100508808 |
| | 100508810 | 100508815 |
| | 100508819 | 100508822 |
| | 100508824 | 100508825 |
| | 100508827 | 100508844 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
| --- | --- | --- |
| **W912DS-05-C-0020** | | |
| | 100508852 | 100508887 |
| | 100508889 | 100508897 |
| | 100508902 | 100508903 |
| | 100508908 | 100508915 |
| | 100508932 | 100508934 |
| | 100508941 | 100509061 |
| | 100509064 | 100509064 |
| | 100509067 | 100509074 |
| | 100509077 | 100509084 |
| | 100509087 | 100509135 |
| | 100509142 | 100509165 |
| | 100509169 | 100509176 |
| | 100509178 | 100509180 |
| | 100509182 | 100509221 |
| | 100509223 | 100509248 |
| | 100509289 | 100509294 |
| | 100509361 | 100509368 |
| | 100509371 | 100509371 |
| | 100509399 | 100509403 |
| | 100509405 | 100509422 |
| | 100509424 | 100509500 |
| | 100509504 | 100509543 |
| | 100509545 | 100509571 |
| | 100509602 | 100509606 |
| | 100509754 | 100509770 |
| | 100509804 | 100509808 |
| | 100509833 | 100509840 |
| | 100509846 | 100509847 |
| | 100509849 | 100509864 |
| | 100509866 | 100509881 |
| | 101012724 | 101012860 |
| | 101311679 | 101311680 |
| | 101311683 | 101311685 |
| | 101311687 | 101311688 |
| | 101311697 | 101311701 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0020** | | |
| | 101311705 | 101311707 |
| | 101311710 | 101311718 |
| | 101311720 | 101311868 |
| | 101311872 | 101311876 |
| | 101311878 | 101311886 |
| | 101311899 | 101311900 |
| | 101311903 | 101312035 |
| | 101312037 | 101312057 |
| | 101312066 | 101312073 |
| | 101312078 | 101312084 |
| | 101312093 | 101312097 |
| | 101312099 | 101312102 |
| | 101312108 | 101312134 |
| | 101312136 | 101312138 |
| | 101312141 | 101312151 |
| | 101312158 | 101312164 |
| | 101312171 | 101312172 |
| | 101312177 | 101312180 |
| | 101312182 | 101312184 |
| | 101312202 | 101312215 |
| | 101312225 | 101312226 |
| | 101312245 | 101312248 |
| | 101312284 | 101312288 |
| | 101312294 | 101312296 |
| | 101312299 | 101312302 |
| | 101312305 | 101312313 |
| | 101312341 | 101312360 |
| | 101312367 | 101312486 |
| **W912DS-06-C-0018** | | |
| | 100300001 | 100300003 |
| | 100300058 | 100300158 |
| | 100300221 | 100300491 |
| | 100300733 | 100300736 |
| | 100300740 | 100300752 |
| | 102000001 | 102000005 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-07-C-0003** | | |
| | 101500423 | 101500435 |
| | 101504753 | 101504754 |
| | 101504866 | 101504896 |
| **W912EP-04-C-0021** | | |
| | 400100001 | 400101615 |
| | 400102407 | 400102502 |
| | 400102665 | 400102713 |
| | 400103368 | 400103648 |
| | 400103651 | 400103788 |
| | 400103849 | 400104690 |
| | 400104763 | 400105173 |
| | 400105210 | 400109438 |
| | 400109440 | 400112109 |
| | 400112448 | 400113529 |
| | 400113594 | 400113619 |
| | 400300003 | 400300012 |
| | 400400001 | 400400021 |

# ATTACHMENT E

| District | Contract # | Project | Contractor | ACO or COR |
|---|---|---|---|---|
| New York | W912DS-07-C-0003 | Anchorage Channel | Donjon | Salvatore Didato |
| | W912DS-06-C-0018 | Mnt Newark Bay | GLDD | John Tavolaro |
| | W912DS-05-C-0003 | AK 2/3 | Don Jon | Salvatore Didato |
| | W912DS-05-C-0004 | S-KVK-2 | Bean | Salvatore Didato |
| | W912DS-05-C-0020 | Maint AK | DonJon | John Tavolaro |
| | W912DS-04-C-0008 | Port Jersey 2 | GLDD | Salvatore Didato |
| | W912DS-04-C-0016 | Mnt Seguine Point | DonJon | John Tavolaro |
| | DACW51-03-C-0001 | Port Jersey 1 | DonJon | Salvatore Didato |
| | DACW51-03-C-0012 | AK #1 | DonJon | Salvatore Didato |
| | DACW51-03-C-0014 | KVK Area 8 | Jay Cashman | Ron Connetta |
| | DACW51-03-C-0019 | Mnt Flushing Bay | Bean | John Tavolaro |
| | DACW51-03-C-0021 | Maint AK | DonJon | John Tavolaro |
| | DACW51-02-C-0001 | KVK Area 5 | Bean | Ron Connetta |
| | DACW51-02-C-0002 | Minish #2 | Cruz Construction | Don Braun |
| | DACW51-02-C-0019 | KVK Area 6 | Bean | Ron Connetta |
| | DACW51-02-C-0022 | Mnt Newark Bay | DonJon | John Tavolaro |
| | DACW51-01-C-0006 | KVK Area 7 | DonJon | Ron Connetta |
| | DACW51-01-C-0023 | Mnt Eliz Pierhead | GLDD | John Tavolaro |
| Detroit | None | | | |
| Los Angeles | DACW09-D-0010-0003 | LA River Estuary Dredging/Stabiliz Study | Buddy's Contracting | Julie Martinez/Stanley Fujimoto |
| Jacksonville | W912EP-04-C-0021 | Miami River | Weston Bean Jt Venture | J.G. Cooper |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**DEFENDANT UNITED STATES' RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rule 34 of the Rules of the Court of Federal Claims ("RCFC"), defendant United States ("the Government') hereby responds to plaintiff TDM America, LLC's ("TDM") second set of requests for production of documents and things, served on the United States on May 23, 2007. The following responses are based upon present information and belief.

**GENERAL OBJECTIONS**

Each response set forth below is subject to the general objections set forth in this section. When a specific request is particularly objectionable on one or more grounds, the Government may explicitly state or restate an objection in its response to the request. Such specific objections are not intended to waive any of the following general objections, which apply to each request.

The Government hereby makes the following General Objections to TDM's requests:

1. The Government objects to TDM's requests to the extent that the information requested is protected by the following privileges, exemptions, and restrictions:

(a) the attorney-client privilege;

(b) the attorney work product privilege;

(c) the community of interest privilege;

(d) the deliberative process privilege;

(e) the state secrets privilege;

(f) the "FOR OFFICIAL USE ONLY" (FOUO) restriction;

(g) the Trade Secrets Act, 18 U.S.C. § 1905, or documents containing proprietary or other commercial information provided to the Government on a pledge of secrecy and confidentiality. With respect to responses which contain information proprietary to the Government, or another third party, or information subject to the "FOR OFFICIAL USE ONLY," or Privacy Act restrictions, such responses will be subject to a protective order which is stipulated to by the parties and is entered by the Court.

2. The Government objects to each and every Instruction and Definition in TDM's requests to the extent that they exceed the permissible scope of discovery under the RCFC and/or seek to impose upon defendant duties and responsibilities beyond those required by those Rules.

3. The Government objects to the indefinite time period governing some of the requests because they are overly broad, unduly burdensome, and seek information that is not reasonably calculated to lead to the discovery of admissible evidence in this action.

4. The Government objects to TDM's requests to the extent that they are premature. Further, the Government's responses are based upon information that is known or reasonably believed by the Government at the time of its responses to these requests. It is anticipated that further discovery, independent investigation, and analysis may supply additional facts, give new meaning to known facts, or entail new factual conclusions. The Government therefore reserves

the right to amend and/or supplement these responses if it learns of new information relevant hereto, through discovery or otherwise.

5. The Government reserves the right to challenge the relevance, materiality, and admissibility at trial, or in any subsequent proceeding, of this or any other action, of any of the information it provides in response to these requests.

6. The Government objects to TDM's requests to the extent that they seek information relating to allegations of willful infringement because no such claim exists for an action brought under 28 U.S.C. § 1498 in the United States Court of Federal Claims. Likewise, no asserted defense in this case relies upon opinions and/or advice of counsel.

7. The Government objects to each interrogatory to the extent that it seeks documents not in the possession of the Government.

8. The Government objects to TDM's requests to the extent that they seek information or documents that are generated or created after the filing of TDM's Complaint.

9. The Government objects to TDM's requests to the extent that they call for the production of expert opinions prior to the time called for under Rule 26(a)(2) & (b)(4) and the Court's scheduling order.

10. The Government objects to TDM's requests to the extent that they call for the creation of compilations that do not exist.

## SPECIFIC OBJECTIONS AND RESPONSES

Subject to and without waiving its general objections, the Government hereby objects and responds to each request of TDM as set forth below.

**REQUEST NO. 31**

To the extent not previously produced, all documents and things that the US relies upon or which constitutes and supports any of the US' responses to plaintiff's third set of interrogatories.

**RESPONSE TO REQUEST NO. 31**

The documents and things that support the United States' Responses to Plaintiff's Third Set of Interrogatories include the documents that have been previously produced to the parties by the Government, Plaintiff, Donjon, and the non-parties in this case. Additionally, the United States relies upon the deposition testimony offered by the USACE witnesses, Donjon witnesses, and non-party witnesses in this case.

**REQUEST NO. 32**

To the extent not previously requested, all electronic files that contain volume and payment information for each of the US contracts with contractors for dredging activities that include treatment of dredged materials.

**RESPONSE TO REQUEST NO. 32**

The Government objects that the phrase "all electronic files" and the term "volume" are neither explained nor defined. The Government further objects to this request on the grounds that it is overly broad and unduly burdensome to the extent that it seeks electronic files that contain information duplicative of that contained in previously produced documents. The

Government has previously produced copies of all contracts at issue in this litigation that are contained in the Government Contracting E-System. The Government has also produced the final dredge surveys and related documents that identify the cubic yards of material dredged for these contracts. The Government has additionally produced screen shots of information entered into the Corps Electronic Financial Management System that were contained in the contract files for the contracts at issue, along with the resulting final pay estimates generated by this system.

**REQUEST NO. 33**

With respect to the documents bearing Bates Nos. TDM005329-TDM005330, TDM006751-TDM006752, and TDM 006578-006583, for each row containing the term "Upland," either by itself or with another term all documents and things that the US relied upon to comprise and/or calculate those numbers for the years 2000-2006.

**RESPONSE TO REQUEST NO. 33**

The Government objects that the phrase "those numbers" is neither explained nor defined. The Government further objects to this request on the grounds that it is overly broad and unduly burdensome to the extent it seeks all documents and things that the entire USACE relied upon to enter data in the tables that list the term "upland." The patents-in-suit generally relate to treatment and processing dredged materials and do not claim processes for dredging itself. Accordingly, the Government limits its response to contracts involving treatment or processing of dredged material. The Government has produced all documents and things that the

USACE relied upon for the data entry in the above-reference Bates ranges relating to the contracts at issue.

**REQUEST NO. 34**

To the extent not provided in previous responses and amended responses, please supplement responses to all requests which refer to the "patent-in-suit" so that the responses cover all patents-in-suit, including the '862 and '590 patents.

**RESPONSE TO REQUEST NO. 34**

The Government further objects to this request on the grounds that it is overly broad and unduly burdensome to the extent it requires the United States to determine which of plaintiffs' prior requests relate to the "patent-in-suit" and then to determine whether an additional production is necessary to respond with regard to the '862 and '590 patents. Based on the Government's review of plaintiff's prior discovery requests, the Government responds that no additional production is necessary.

DATED: July 25, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Erica A. Franklin
ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Department of Justice
Washington, D.C. 20530
Telephone: (202) 353-0517
Facsimile: (202) 307-0345

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of July 2007, a copy of the foregoing DEFENDANT UNITED STATES' RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS was sent to the following counsel of record, via electronic mail and Federal Express:

David W. Denenberg
Michael A. Adler
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158
maa@dmlegal.com

Counsel for Plaintiff TDM America, LLC

Gary J. Campbell, Esq.
John E. Flaherty, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
gcampbell@mccarter.com

Counsel for Donjon Marine Company, LLC

Erica A. Franklin

ERICA A. FRANKLIN

**Exhibit 25**

# INSPECTORS QUALITY ASSURANCE REPORT (QAR)
## DAILY LOG OF CONSTRUCTION - CIVIL
*(ER 1180-1-6)*

THE QCR WILL BE ATTACHED TO OR FILED WITH THE QAR

REPORT NUMBER: 672 — Page 1 of 1

TO:

DATE: 25 Nov 2003 - Tuesday

PROJECT: KVK Phase II, Contract V (Area 5), New York and New Jersey Harbor

CONTRACT NUMBER: DACW51-02-C-0001 NA

CONTRACTOR (Or hired Labor): Bean Stuyvesant, L.L.C.

WEATHER: Weather Caused No Delay

PORTION OF SCHEDULED DAY SUITABLE FOR OPERATIONS

| STRUCTURAL EXCAVATION | BORROW EXCAVATION | EMBANKMENT | CONCRETE | STRUCTURE |
|---|---|---|---|---|
| 0 % | 0 % | 0 % | 0 % | 0 % |

TEMPERATURE

| MINIMUM | MAXIMUM |
|---|---|
| 0 °F | 0 °F |

HAS ANYTHING DEVELOPED ON THE WORK WHICH MIGHT LEAD TO A CHANGE ORDER OR FINDING OF FACT?

☒ NO
☐ YES (Explain)

24 HOUR PRECIPITATION

| INCHES | ENDING |
|---|---|
| 0.00 | M |

NUMBER OF GOVERNMENT EMPLOYEES

| SUPERVISORY | OFFICE | LAYOUT | INSPECTION | TOTAL | LABOR |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

RIVER STAGE

| FEET | TIME |
|---|---|
| 0.0 | M |

NUMBER OF CONTRACTOR'S EMPLOYEES

| SUPERVISORY | SKILLED | LABORERS | TOTAL |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

NUMBER OF SHIFTS ☐ 1 ☐ 2 ☐ 3

| FROM | TO | FROM | TO | FROM | TO |
|---|---|---|---|---|---|
| M | M | M | M | M | M |

Attach list of the following: (a) Major items of equipment either idle or working, and (b) Number and classification of contractor personnel onsite.
Note: If the contractor's Quality Control Report (QCR) contains the information it need not be repeated.

### QA NARRATIVE(S)

**Comments Pertaining to Contractors' CQC Activities:**

Edward Boyadjian Dredge GL 53 was in area D, cut 18 - toe cut (west of Bayonne Bridge). Material - rock, clay and sand, scow GL 62.
Tauracavor was in area B, cut 8. No dredging was performed today. Troubleshooting the mechanical problem.
NY dredge was in area A, cut 3, sta. 248+61 (west of Bayonne bridge). Material - blasted rock, No scow, waiting for scow to arrive from disposal site.
CQC - Todd Nelson

**Verbal Instructions Given to Contractor:**

Edward Boyadjian No verbal instructions given today.

**Developments that may lead to a Change Order or Claim:**

Edward Boyadjian No development today

**Information on Progress of Work, Causes and Extent of Delays:**

Edward Boyadjian No delays regarding progress.

**Safety:(Include any Infractions of Safety Plan, Manual, etc.)**

Edward Boyadjian No safety infractions was observed.
Saf officer - Charles Spataro

**Remarks(Visitors and Misc Remarks Pertinent to Work):**

Edward Boyadjian Around 14:00 Tauracavor was towed off site to BNY to fix the boom cylinder.
Scow GL 62 failed to open-up at the reef disposal site, it was returned to GL yard and been fixed. The scow was towed back to disposal site.
Scow GL 33 also was taken to GL yard for to be fixed.
Scow GL 35 still being repaired.

**Controversial Matters in Detail:**

Edward Boyadjian No controversial matters identified today.

| INSPECTOR'S SIGNATURE | DATE | SUPERVISOR'S INITIALS | DATE |
|---|---|---|---|
| [signature] | 11/25/03 | | |

ENG FORM 2538-2, May 94 (CIVIL) — This form together with ENG Form 2538-1, Aug 92, is equivalent to Aug 89 version, ENG Form 2538, Dec 87, however, is obsolete. (Proponent: CEMP-CE)

**Bean Stuyvesant**

# QUALITY CONTROL REPORT

Date: 11/25/2003 Report Number: 592

| | | |
|---|---|---|
| 1 | PROJECT TITLE: | Kill Van Kull and Newark Bay Channels Navigation Improvement Project Phase II, Contract V, Area 5 |
| | LOCATION: | New York Harbor, New York |
| | CONTRACT NO: | DACW51-02-C-0001 |

2 List of contractors and subs working this day and areas of responsibility of each:

| Contractor | Duty | Area of Responsibility |
|---|---|---|
| a.Bean Stuyvesant, LLC | Prime Contractor | Dredging, Towing, Disposal, Plowing, D&B |
| b.Great Lakes Dredge & Dock Co. | Subcontractor | Dredging, Towing, Disposal, D&B |
| c.Contract Drilling and Blasting | Subcontractor | Blasting and Seismic Monitoring |

3 Weather

| | | | | | |
|---|---|---|---|---|---|
| Conditions: | Mostly Sunny | | | Winds: | NW 5 - 15 mph |
| Temp: | Low: 32 | High: | 48 | Seas: | 8' subsiding to 2' - 4' offshore |

4 Description and location of work of the project (also indicate days of no work and reason)

| | Dredge | Volume Removed this Date (to -48.5 ft) A | B | C | D | E | G | Cont A/B | Cont D/E |
|---|---|---|---|---|---|---|---|---|---|
| a. | Dredge 54 | | | | | | | | |
| b. | Tauracavor | | | | | | | | |
| c. | New York | 200 | | | | | | | |
| d. | Maricavor | | | | | | | | |
| e. | Dredge 53 | | | | 1,575 | | | | |
| | Total (cu. yds.) | 200 | 0 | 0 | 1,575 | 0 | 0 | 0 | 0 |

| | Dredge | Total Volume Removed to Date (to -48.5 ft) A | B | C | D | E | G | Cont A/B | Cont D/E |
|---|---|---|---|---|---|---|---|---|---|
| a. | Dredge 54 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 49,960 |
| b. | Tauracavor | 51,852 | 50,498 | 63,812 | 53,595 | 1,700 | 84,762 | 0 | 9,150 |
| c. | New York | 38,120 | 31,205 | 750 | 6,825 | 105,200 | 143,500 | 16,345 | 0 |
| d. | Maricavor | 21,947 | 43,470 | 6,724 | 42,203 | 27,811 | 50,158 | 0 | 1,250 |
| e. | Dredge 53 | 0 | 17,050 | 2,100 | 1,975 | 0 | 0 | 0 | 0 |
| | Total (cu. yds.) | 112,119 | 142,223 | 73,386 | 104,598 | 134,711 | 278,420 | 16,345 | 60,360 |

| | Dredge | Volume Removed this Date (-48.5 ft to -53.5 ft) A | B | C | D | E | G | Cont A/B |
|---|---|---|---|---|---|---|---|---|
| a. | Tauracavor | | | | | | | |
| b. | New York | 1,100 | | | | | | |
| c. | Maricavor | | | | | | | |
| d. | Dredge 53 | | | | | | | |
| | Total (cu. yds.) | 1,100 | 0 | 0 | 0 | 0 | 0 | 0 |

| | Dredge | Total Volume Removed to Date (-48.5 ft to -53.5 ft) A | B | C | D | E | G | Cont A/B |
|---|---|---|---|---|---|---|---|---|
| a. | Tauracavor | 60,185 | 31,056 | 24,297 | 23,238 | 1,406 | 6,991 | 0 |
| b. | New York | 114,822 | 105,403 | 10,150 | 53,626 | 74,626 | 163,960 | 21,555 |
| c. | Maricavor | 10,065 | 15,280 | 7,606 | 4,935 | 4,114 | 35,668 | 0 |
| d. | Dredge 53 | 0 | 3,600 | 0 | 0 | 0 | 0 | 0 |
| | Total (cu. yds.) | 185,072 | 155,339 | 42,053 | 81,799 | 80,146 | 206,619 | 21,555 |

| | |
|---|---|
| New York | Working in Area A, cut 3 (off 70 to 120) sta. 237+35 to 236+30; 249+00 to 248+65 (previously skipped area d/t interference with Tauracavor. Completed GL 32 scow at 12:00; GL 33 scow didn't pressure up, sent to GLDD yard; received TF 502 scow at 23:45. Material consists of blasted rock. Delays due to general repairs and waiting on scows - maintenance performed during delay. |
| Tauracavor | Standing by in Area B, cut 8 (off 320 to 370). No production today, continue working on excavator - troubleshooting indicates faulty boom cylinder. Dredge towed off site for repairs at 16:00. |
| | |
| Dredge 53 | Working in Area D, toe cut (cut 18) off 400 to 500, sta. 253+10 to 253+95. Completed GL 62 scow at 20:30. Received TF 501 scow at 22:25 - GL 35 scow out of service. Material consists of approximately 50% rock, 50% sand and clay. Delays due to fueling crane, working on jack line, working on scow, greasing bucket and maintenance. |

| | Drill Boat | Area Covered this Date | | | | | |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | G |
| a. | Apache | | | | | | |
| b. | GL 8 | | | | | | |
| c. | MB 301 | | | | | | |
| Total (sq. ft.) | | 0 | 0 | 0 | 0 | 0 | 0 |

| | Drill Boat | Total Area Covered to Date | | | | | |
|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | G |
| a. | Apache | 880,599 | 498,228 | 208,341 | 756,705 | 0 | 628,441 |
| b. | GL 8 | 25,286 | 29,308 | 114,367 | 81,945 | 78,937 | 342,829 |
| c. | MB 301 | 221,129 | 444,315 | 296,453 | 232,339 | 135,836 | 590,520 |
| Total (sq. ft.) | | 1,127,014 | 971,851 | 619,161 | 1,070,989 | 214,773 | 1,561,790 |

5 Follow-up inspections performed, results and corrective actions taken:

6 Job Safety: Indicate what was checked, results, instructions received, and corrective actions taken:
a. Safety monitoring as per contract specifications
b. See attached daily inspection logs.

7 Additional activities and remarks (check appropriate box)
( ) a. Prep or initial inspection held.
( ) b. Outstanding deficiencies. See attached list.
( ) c. Verbal instructions received.
( ) d. Submittal Actions
( ) e. Miscellaneous / Remarks

( x ) f. Scow Trip Logs 1065 to 1076 attached

8 Items / Information submitted to COE

Contractor's Verification: "The above report and attachments are complete and all supplies, materials, equipment, and workmanship incorporated into the work are in full compliance with the contract except as noted, to the best of my knowledge."

Todd Nelson — Quality Control
Richard Murphy — Quality Control
11/26/2003 — Date

Report # 592

| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | REPORTS CONTROL SYMBOL ENGCW-0-13 | |
|---|---|---|---|---|---|---|---|
| THRU: | | TO: U.S.A.C.E | | | | FROM: Great Lakes Dredge &Dock | REPORT # 592 |
| CHARACTER OF REPORT | MAINT. | NEW WORK X | DAILY | STATUS | COMPLETION | ANNUAL | DATE OR PERIOD 11/25/2003 |
| | NAME AND TYPE New York | | SIZE--> | PIPELINE(in. dia. Disch.) | | DIPPER OR BUCKET(cu.yds.cap) 12cy | |
| | HORSE- POWER OF --> | DREDGE PUMP | | SUCTION PIPE JET | | CUTTER OR BUCKET 2340 BHP | PROPULSION |
| | NUMBER OF CREW MEMBERS -> | DREDGE 14 | SHORE 3 | OTHER PLANT 10 | TOTAL 27 | WORK SCHEDULE --> | SHIFTS/DAY 2 / DAYS/WEEK 7 |
| PROJECT AND BAR | NAME AND TYPE KVK Contract 5, New York | | | | AUTH DIMENSIONS --> | WIDTH 50' / DEPTH 47' | OVERDEPTH 1.5' |
| | LOCATION (include station numbers) | | | See Notes Below | | | |
| | ABSOLUTE DENSITY(GMS/liter) | | | IN PLACE DENSITY(GMS/liter) | | VOIDS RATIO | |
| | GRAIN SIZE $D_{..}$ MM $D_{..}$ MM $D_{..}$ MM | | | | | GEOLOGICAL CLASSIFICATION Blasted Rock | |
| CONTRACT ORDER | NUMBER DACW 51-02-C-0001 | | | CONTRACTOR X | HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | |
| CHANNEL CONDITION | AVERAGE DEPTH --> | | BD 49.3' | AD 53.5' | MINIMUM SOUNDING --> | BD 49.3' | AD 53.5' |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION IMTT Bayonne | | |
| WEATHER CONDITION | (clear, cloudy, rain, snow, and fog) P. Cloudy | | | VISIBILITY 7 miles | | WIND (maximum, velocity, & direction) SE 5-10 | |

| ITEM | UNIT | QUANTITY |
|---|---|---|
| AVERAGE WIDTH OF CUT | FEET | 50 |
| TOTAL TRAVEL THIS PERIOD | FEET | 140 |
| TOTAL TRAVEL TO DATE | FEET | 36111 |
| TOTAL ADVANCE TO DATE | FEET | 36111 |
| FLOATING PIPE: | SHORE PIPE: | |
| TOT. LENGTH OF DISCHARGE PIPE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED / PUMP. HR. | CU. YDS. | |
| SCOWS LOADED | NUMBER | 1 |
| AVERAGE LOAD PER SCOW | CU.YDS. | 1975 |

| CUBIC YARDS REMOVED | |
|---|---|
| AMOUNT DREDGED THIS PERIOD: | |
| (1) GROSS (computed amount) | 1,300 |
| (2) CREDITED (pay place) | 1,100 |
| AMOUNT PREVIOUSLY REPORTED: | |
| (1) GROSS (computed amount) | 335,875 |
| (2) CREDITED (pay place) | 290,550 |
| TOTAL AMOUNT DREDGED TO DATE: | |
| (1) GROSS (computed amount) | 337,175 |
| (2) CREDITED (pay place) | 291,650 |

| ATTENDANT PLANT | | |
|---|---|---|
| ITEM | NAME OR NUMBER | HOURS |
| Dredge | Dredge New York | 24 |
| Tug | Tug William Cohon | 0 |
| Tug | Tug Emily Cheramie | 0 |
| Tug | Susan Miller | 12 |
| Crew Boat | G.L. Scow 32,33 | 24 |
| Scow | North Star | 12 |
| | | |
| Crew Boat | North Star II | 8 |

| NUMBER OF INSPECTIONS | | |
|---|---|---|
| | BY DISTRICT PERSONNEL | 0 |
| | BY DIV&OCE PERSONNEL | |
| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | YES OR NO |

| DISTRIBUTION OF TIME | HOURS | MIN. |
|---|---|---|
| EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| PUMPING OR DREDGING | 9.33 | |
| PERCENTAGE OF EFFECTIVE RENTAL TIME | | % |
| BOOSTER (in line) | | |
| NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | 0.00 | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS | 3.00 | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | 0.25 | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | 0 | |
| LOSS DUE TO PASSING VESSELS | 0 | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPERATING REPAIRS (explain in remarks) | 11.42 | |
| WAITING FOR ATTENDANT PLANT | 0.00 | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS (explain in remarks) | 0.00 | |
| TOTAL NON-EFFECTIVE WORKING TIME | 14.67 | |
| PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | | % |
| TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | 24.00 | |
| PERCENTAGE OF TOTAL TIME IN PERIOD | | % |
| LOST TIME (not chargeable to cost of work) | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME | | % |
| TOTAL TIME PERIOD | 24.00 | |

SUMMARY OF COSTS

| ITEMS | | COST |
|---|---|---|
| DIRECT PLANT OPERATING COSTS | | |
| UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.) | | |
| CHARGES: ____ DAYS AT $ ____ PER DAY (Item 19, ENG Form 22 (Costs)- adjusted to exclude plant increment cost.) | | |
| >OR< | | |
| ACTUAL PLANT COSTS (To be completed when submitting Annual report.) | | |
| PAYROLLS (gross)....$ | | |
| SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE....$ | | |
| FUEL ____ BARRELS AT $ ____ PER BARREL....$ | | |
| WATER....$ | | |
| LUBRICANTS....$ | | |
| PLANT OWNERSHIP COSTS (as computed below)....$ | | |
| INSURANCE....$ | | |
| ATTENDANT PLANT....$ | | |
| MISCELLANEOUS....$ | | |
| SUBTOTAL-->UNIFORM DAILY RATE OR ACTUAL COSTS.... | $ | |
| SUBTOTAL-->PLANT UNIT COST....$ PER CUBIC YARD | | |
| SHORE WORK | $ | |
| SUBTOTAL-->SHORE WORK COSTS.... | | |
| SUBTOTAL-->SHORE WORK UNIT COSTS....$ PER CUBIC YARD | | |
| OTHER COSTS | | |
| SURVEYS....$ | | |
| INSPECTION AND SUPERVISION....$ | | |
| OVERHEAD....$ | | |
| OTHER INDIRECT COSTS....$ | | |
| SUBTOTAL-->OTHER COSTS.... | $ | |
| SUBTOTAL-->OTHER UNIT COST....$ PER CUBIC YARD | | |
| GRAND TOTAL-ALL COSTS.... | $ | |
| GRAND TOTAL-->ALL UNIT COST....$ PER CUBIC YARD | | |

OPERATING SUPPLIES

| COMMODITIES | CONSUMED UNIT | CONSUMED QUANTITY | INVENTORY QUANTITY | INVENTORY VALUE |
|---|---|---|---|---|
| FUEL (oil) | GAL | 1,020 | | |
| LUBE (oil) | GAL | | | |
| LUBE (grease) | LBS | | | |
| WATER | GAL | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES.... | | | $ | |
| MISCELLANEOUS SUPPLIES.... | | | $ | |
| TOTAL.... | | | $ | |

ANNUAL REPORT DATA (complete when submitting Annual report)

| | | |
|---|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost).... | $ | |
| TOTAL COST OF PLANT (End of F.Y. reporting period).... | $ | |
| BOOK VALUE (End of F.Y. reporting period).... | $ | |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period).... | $ | |
| PLANT OWNERSHIP COSTS (Actual for F.Y. reporting period): | $/MIN | |
| DEPRECIATION....$ | | |
| REPAIRS....$ | | |
| CESSATION OF WORK....$ | | |
| SMALL TOOLS, ETC....$ | | |
| TOTAL.... | $ | |

REMARKS: Dredging Locations: A/S A & B

| LOCATION | STATION | | RANGE | |
|---|---|---|---|---|
| CUT | FROM | TO | FROM | TO |
| AB3 | 237+35 | 236+30 | 70 | 120 |
| AB3 | 249+00 | 248+65 | 70 | 120 |
| 0 | + | + | 0 | 0 |
| 0 | + | + | 0 | 0 |

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| Prince A.<br>FE | | |

G0100611297

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | REPORTS CONTROL SYMBOL ENGCW-0-13 | | |
| THRU: | | | TO: U.S.A.C.E | | | FROM: Bean Stuyvesant, LLC | | REPORT # 592 |
| CHARACTER OF REPORT | MAINT. | NEW WORK X | DAILY | STATUS | COMPLETION | ANNUAL | DATE OR PERIOD 11/25/2003 | |
| | NAME AND TYPE Tauracavor | | SIZE--> | PIPELINE(in. dia. Disch.) | | DIPPER OR BUCKET(cu.yds.cap) 13 cy | | |
| | HORSE- POWER OF --> | DREDGE PUMP | | SUCTION PIPE JET | | CUTTER OR BUCKET 2340 BHP | | PROPULSION |
| | NUMBER OF CREW MEMBERS --> | DREDGE 14 | SHORE 3 | OTHER PLANT 10 | TOTAL 27 | WORK SCHEDULE --> | SHIFTS/DAY 2 | DAYS/WEEK 7 |
| PROJECT AND BAR | NAME AND TYPE KVK Contract 5, Kill van Kull | | | | AUTH DIMENSIONS --> | WIDTH 50' | DEPTH 52 | OVERDEPTH 1.5' |
| | LOCATION (include station numbers) | | | See Notes Below | | | | |
| | ABSOLUTE DENSITY(GMS/liter) | | | IN PLACE DENSITY(GMS/liter) | | | VOIDS RATIO | |
| | GRAIN SIZE $D_m$ MM $D_n$ MM $D_n$ MM | | | | | GEOLOGICAL CLASSIFICATION blasted rock | | |
| CONTRACT ORDER | NUMBER DACW 51-02-C-0001 | | | CONTRACTOR X | HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | | |
| CHANNEL CONDITION | AVERAGE DEPTH --> | | BD 48.7' | AD 53.5' | MINIMUM SOUNDING --> | | BD 48.7' | AD 53.5' |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION IMTT Bayonne | | | |
| WEATHER CONDITION | (clear, cloudy, rain, snow, and fog) Pt. Cloudy | | | VISIBILITY 7 miles | | WIND (maximum, velocity, & direction) NW 5-15 | | |

| ITEM | UNIT | QUANTITY |
|---|---|---|
| AVERAGE WIDTH OF CUT | FEET | 50 |
| TOTAL TRAVEL THIS PERIOD | FEET | 0 |
| TOTAL TRAVEL TO DATE | FEET | 18725 |
| TOTAL ADVANCE TO DATE | FEET | 18725 |
| FLOATING PIPE: | SHORE PIPE: | |
| TOT. LENGTH OF DISCHARGE PIPE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED / PUMP. HR. | CU. YDS. | |
| SCOWS LOADED | NUMBER | 0 |
| AVERAGE LOAD PER SCOW | CU.YDS. | |

| CUBIC YARDS REMOVED | |
|---|---|
| AMOUNT DREDGED THIS PERIOD: | |
| (1) GROSS (computed amount) | 0 |
| (2) CREDITED (pay place) | 0 |
| AMOUNT PREVIOUSLY REPORTED: | |
| (1) GROSS (computed amount) | 145,767 |
| (2) CREDITED (pay place) | 131,725 |
| TOTAL AMOUNT DREDGED TO DATE: | |
| (1) GROSS (computed amount) | 145,767 |
| (2) CREDITED (pay place) | 131,725 |

ATTENDANT PLANT

| ITEM | NAME OR NUMBER | HOURS |
|---|---|---|
| Dredge | Dredge Tauracavor | 24 |
| Scow | Scows TF 501, 502 | 24 |
| Tug | American Champion | 24 |
| Tug | Katie Cheramie | 12 |
| M/V | Susan Miller | 6 |
| M/V | Emerald Express | 8 |

| DISTRIBUTION OF TIME | HOURS | MIN. |
|---|---|---|
| EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| PUMPING OR DREDGING | 0.00 | |
| PERCENTAGE OF EFFECTIVE RENTAL TIME | | % |
| BOOSTER (in line) | | |
| NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS / CHANGING SCOWS | 0.00 | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| LOSS DUE TO PASSING VESSELS | | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPERATING REPAIRS (explain in remarks) | 24.00 | |
| WAITING FOR ATTENDANT PLANT | | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL NON-EFFECTIVE WORKING TIME | 24.00 | |
| PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | | % |
| TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | 24.00 | |
| PERCENTAGE OF TOTAL TIME IN PERIOD | | % |
| LOST TIME (not chargeable to cost of work) | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME | | % |
| TOTAL TIME PERIOD | 24.00 | |

| | | |
|---|---|---|
| NUMBER OF INSPECTIONS | BY DISTRICT PERSONNEL | 0 |
| | BY DIV&OCE PERSONNEL | |
| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | YES OR NO |

| SUMMARY OF COSTS | |
|---|---|
| ITEMS | COST |
| DIRECT PLANT OPERATING COSTS | |
| UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.) | |
| CHARGES: ______ DAYS AT $ ______ PER DAY (Item 19, ENG Form 22 (Costs)- adjusted to exclude plant increment cost.) | |
| >OR< | |
| ACTUAL PLANT COSTS (To be completed when submitting Annual report.) | |
| PAYROLLS (gross)....$ | |
| SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE....$ | |
| FUEL ______ BARRELS AT $ ______ PER BARREL....$ | |
| WATER....$ | |
| LUBRICANTS....$ | |
| PLANT OWNERSHIP COSTS (as computed below)....$ | |
| INSURANCE....$ | |
| ATTENDANT PLANT....$ | |
| MISCELLANEOUS....$ | |
| SUBTOTAL-->UNIFORM DAILY RATE OR ACTUAL COSTS.... | $ |
| SUBTOTAL-->PLANT UNIT COST....$ ______ PER CUBIC YARD | |
| SHORE WORK | |
| SUBTOTAL-->SHORE WORK COSTS.... | $ |
| SUBTOTAL-->SHORE WORK UNIT COSTS....$ ______ PER CUBIC YARD | |
| OTHER COST: | |
| SURVEYS....$ | |
| INSPECTION AND SUPERVISION....$ | |
| OVERHEAD....$ | |
| OTHER INDIRECT COSTS....$ | |
| SUBTOTAL-->OTHER COSTS.... | $ |
| SUBTOTAL-->OTHER UNIT COST....$ ______ PER CUBIC YARD | |
| GRAND TOTAL-ALL COSTS.... | $ |
| GRAND TOTAL-->ALL UNTI COST....$ ______ PER CUBIC YARD | |

| OPERATING SUPPLIES | | | | |
|---|---|---|---|---|
| COMMODITIES | CONSUMED | | INVENTORY | |
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL (oil) | GAL | | | |
| LUBE (oil) | GAL | | | |
| LUBE (grease) | LBS | | | |
| WATER | GAL | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES.... | | | | $ |
| MISCELLANEOUS SUPPLIES.... | | | | $ |
| TOTAL.... | | | | $ |

| ANNUAL REPORT DATA (complete when submitting Annual report) | |
|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost).... | $ |
| TOTAL COST OF PLANT (End of F.Y. reporting period).... | $ |
| BOOK VALUE (End of F.Y. reporting period).... | $ |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period).... | $ |
| PLANT OWNERSHIP COSTS (Actual for F.Y. reporting period): | $/MIN |
| DEPRECIATION....$ | |
| REPAIRS....$ | |
| CESSATION OF WORK....$ | |
| SMALL TOOLS, ETC....$ | |
| TOTAL.... | $ |

REMARKS: Dredging Locations: A/S B

| LOCATION CUT | STATION FROM | STATION TO | RANGE FROM | RANGE TO |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No production today. Troubleshooting problem with excavator controls. Towed off site for repairs.

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| | | |

G0100611299

| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | | | REPORTS CONTROL SYMBOL ENGCW-0-13 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| THRU: | | | TO: U.S.A.C.E | | | | | FROM: Great Lakes Dredge &Dock | | REPORT # 592 |
| CHARACTER OF REPORT | MAINT. | NEW WORK X | DAILY | STATUS | COMPLETION | | | ANNUAL | DATE OR PERIOD 11/25/2003 | |
| | NAME AND TYPE #53 | | SIZE--> | PIPELINE(in. dia. Disch.) | | | | DIPPER OR BUCKET(cu.yds.cap) 10cy | | |
| | HORSE- POWER OF --> | DREDGE PUMP | | SUCTION PIPE JET | | | | CUTTER OR BUCKET 2340 BHP | | PROPULSION |
| | NUMBER OF CREW MEMBERS --> | DREDGE 14 | SHORE 3 | OTHER PLANT 10 | TOTAL 27 | | | WORK SCHEDULE --> | SHIFTS/DAY 2 | DAYS/WEEK 7 |
| PROJECT AND BAR | NAME AND TYPE KVK Contract 5, New York | | | | AUTH DIMENSIONS --> | | | WIDTH 100' | DEPTH 47' | OVERDEPTH 1.5' |
| | LOCATION (include station numbers) See Notes Below | | | | | | | | | |
| | ABSOLUTE DENSITY(GMS/liter) | | | IN PLACE DENSITY(GMS/liter) | | | | | VOIDS RATIO | |
| | GRAIN SIZE D MM D MM D MM | | | | | | | GEOLOGICAL CLASSIFICATION Glacial Till | | |
| CONTRACT ORDER | NUMBER DACW 51-02-C-0001 | | | CONTRACTOR X | HIRED LABOR | | | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | | |
| CHANNEL CONDITION | AVERAGE DEPTH --> | | BD 48.5' | AD 53.5' | MINIMUM SOUNDING --> | | | | BD 48.5' | AD 53.5' |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION IMTT Bayonne | | | | | |
| WEATHER CONDITION | (clear, cloudy, rain, snow, and fog) P. Cloudy | | | VISIBILITY 7 miles | | | | WIND (maximum, velocity, & direction) SE 5-10 | | |

| ITEM | UNIT | QUANTITY |
|---|---|---|
| AVERAGE WIDTH OF CUT | FEET | 100 |
| TOTAL TRAVEL THIS PERIOD | FEET | 85 |
| TOTAL TRAVEL TO DATE | FEET | 3294 |
| TOTAL ADVANCE TO DATE | FEET | 3294 |
| FLOATING PIPE: | SHORE PIPE: | |
| TOT. LENGTH OF DISCHARGE PIPE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED / PUMP. HR. | CU. YDS. | |
| SCOWS LOADED | NUMBER | 1 |
| AVERAGE LOAD PER SCOW | CU.YDS. | 2150 |

| CUBIC YARDS REMOVED | |
|---|---|
| AMOUNT DREDGED THIS PERIOD: | |
| (1) GROSS (computed amount) | 1,575 |
| (2) CREDITED (pay place) | 1,575 |
| AMOUNT PREVIOUSLY REPORTED: | |
| (1) GROSS (computed amount) | 23,750 |
| (2) CREDITED (pay place) | 23,750 |
| TOTAL AMOUNT DREDGED TO DATE: | |
| (1) GROSS (computed amount) | 25,325 |
| (2) CREDITED (pay place) | 25,325 |

| ATTENDANT PLANT | | |
|---|---|---|
| ITEM | NAME OR NUMBER | HOURS |
| Dredge | Dredge #53 | 24 |
| Tug | Tug Sarah Dann | 0 |
| Tug | Tug Katie Cheramie | 12 |
| Tug | Susan Miller | 12 |
| Crew Boat | Pearl River | 12 |
| Scow | GL Scow 35 / 62 | 24 |
| | | |
| Crew Boat | North Star II | 8 |

| NUMBER OF INSPECTIONS | |
|---|---|
| BY DISTRICT PERSONNEL | 0 |
| BY DIV&OCE PERSONNEL | |

| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | YES OR NO |
|---|---|---|

| DISTRIBUTION OF TIME | HOURS | MIN. |
|---|---|---|
| EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| PUMPING OR DREDGING | 15.42 | |
| PERCENTAGE OF EFFECTIVE RENTAL TIME | % | |
| BOOSTER (in line) | | |
| NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | 0.00 | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS | 1.08 | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | 0 | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | 0 | |
| LOSS DUE TO PASSING VESSELS | 0.83 | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPERATING REPAIRS (explain in remarks) | 5.67 | |
| WAITING FOR ATTENDANT PLANT | 0.00 | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS (explain in remarks) | 1.00 | |
| TOTAL NON-EFFECTIVE WORKING TIME | 8.58 | |
| PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | % | |
| TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | 24.00 | |
| PERCENTAGE OF TOTAL TIME IN PERIOD | % | |
| LOST TIME (not chargeable to cost of work) | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME | % | |
| TOTAL TIME PERIOD | 24.00 | |

## SUMMARY OF COSTS

| ITEMS | COST |
|---|---|
| DIRECT PLANT OPERATING COSTS | |
| UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.) | |
| CHARGES: ______ DAYS AT $ ______ PER DAY (Item 19, ENG Form 22 (Costs)- adjusted to exclude plant increment cost.) | |
| >OR< | |
| ACTUAL PLANT COSTS (To be completed when submitting Annual report.) | |
| PAYROLLS (gross)....$ | |
| SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE....$ | |
| FUEL ______ BARRELS AT $ ______ PER BARREL....$ | |
| WATER....$ | |
| LUBRICANTS....$ | |
| PLANT OWNERSHIP COSTS (as computed below)....$ | |
| INSURANCE....$ | |
| ATTENDANT PLANT....$ | |
| MISCELLANEOUS....$ | |
| SUBTOTAL-->UNIFORM DAILY RATE OR ACTUAL COSTS...... $ | |
| SUBTOTAL-->PLANT UNIT COST....$ PER CUBIC YARD | |
| SHORE WORK | |
| SUBTOTAL-->SHORE WORK COSTS.... $ | |
| SUBTOTAL-->SHORE WORK UNIT COSTS......$ PER CUBIC YARD | |
| OTHER COSTS | |
| SURVEYS....$ | |
| INSPECTION AND SUPERVISION....$ | |
| OVERHEAD....$ | |
| OTHER INDIRECT COSTS....$ | |
| SUBTOTAL-->OTHER COSTS.... $ | |
| SUBTOTAL-->OTHER UNIT COST....$ PER CUBIC YARD | |
| GRAND TOTAL-ALL COSTS.... $ | |
| GRAND TOTAL-->ALL UNTI COST....$ PER CUBIC YARD | |

### OPERATING SUPPLIES

| COMMODITIES | CONSUMED UNIT | CONSUMED QUANTITY | INVENTORY QUANTITY | INVENTORY VALUE |
|---|---|---|---|---|
| FUEL (oil) | GAL | 850 | | |
| LUBE (oil) | GAL | | | |
| LUBE (grease) | LBS | | | |
| WATER | GAL | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES.... $ | | | | |
| MISCELLANEOUS SUPPLIES.... $ | | | | |
| TOTAL.... $ | | | | |

### ANNUAL REPORT DATA
(complete when submitting Annual report)

| | |
|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost).... $ | |
| TOTAL COST OF PLANT (End of F.Y. reporting period).... $ | |
| BOOK VALUE (End of F.Y. reporting period).... $ | |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period).... $ | |
| PLANT OWNERSHIP COSTS $/MIN (Actual for F.Y. reporting period): | |
| DEPRECIATION....$ | |
| REPAIRS....$ | |
| CESSATION OF WORK....$ | |
| SMALL TOOLS, ETC....$ | |
| TOTAL.... $ | |

REMARKS: Dredging Locations: A/S C

| LOCATION CUT | STATION FROM | STATION TO | RANGE FROM | RANGE TO |
|---|---|---|---|---|
| CD18 | 253+10 | 253+95 | 400 | 500 |
| 0 | + | + | 0 | 0 |
| 0 | + | + | 0 | 0 |
| 0 | + | + | 0 | 0 |

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| Prince A<br>FE | | |

# USACE TRANSPORTATION AND PLACEMENT LOG

**Log Number:** 1065 **Date (mm/dd/yyyy):** 11/21/2003

**Project Information:**

**Trip Number:** 1065 **Target Cell:** 1 **PRA Number:** 1
**Tow Owner:** McAllister
**Permit Number:** DACW51-02-C-0001
**Inspector's Name:** Steinmetz
**Project Name:** KVKIIArea5 (KVKii5-REEF)
**Tug's Navigational Unit:** Furuno DGPS GP 36

**Tug and Scow Information:**

**Tug Name:** Rowan
**Scow Name/Nmuber:** GL33
**Tug Captain:** L Wong
**Scowman's Name:** N/A

**Loading/Pre-Transit Information:**

**Material (Cubic yds):** 3000 **Est. Density** 220
**Percent Rock:** 100%
**Time Loading is Complete (hh:mm:ss):** 20:40
**ETA to Placement Site (hh:mm:ss):** 09:30
**Description of Material:** Dark Grey, Dry, Rock
**Scow Draft Aft:** 19 **Scow Draft Forward:** 16

**Winds at reporting station closest to placement location are presently blowing:** 25 (mph) **from the** NW, With 5 (ft) seas

**Placement Site Weather Conditions:**

**Wind Direction (from):** W
**Wind Speed (mph):** 15
**Weather Conditions:** clear
**Observed Water Depth (ft):** 109
**Wave Swell Height (ft):** 4
**Visibility (N miles):** 6
**Marine Mammals/Sea Turtles Sighting (Yes/No):** Yes

**Transit/Placement Information:**

**Time Scow Departed Dredge Site:** 02:00 11/21
**Tug Position Determined By (GPS/DGPS):** DGPS
**Approximate Distance from Scow to Target at time of Discharge (ft):** 0
**Time Scow Arrives at Project Placement Area:** 09:35
**Length of Towline at Time of Discharge:** 150
**Scow Heading (Degrees):** 180
**Estimated Scow Speed (kts):** 3
**Distance from Tug Navigational Antenna to Tugs Towing Bit (ft):** 80
**Direction of Scow Relative to Tug Towing Bit (Degrees):** 180

**Start Time (DOOR OPEN):** 10:01:35
**Speed (kts):** 3.2
**Heading(Degrees):** 181.6 **GPS/DGPS: Latitude** 40.11868 **GPS/DGPS: Longitude** -73.68838

**End Time (Placement Complete):** 10:02:02
**Speed (kts):** 3.2
**Heading(Degrees):** 183.5 **GPS/DGPS: Latitude** 40.11829 **GPS/DGPS: Longitude** -73.68841

**Post Placment Time (DOOR CLOSED):** 10:12:29
**Speed (kts):** 5.3
**Heading(Degrees):** 177.7 **GPS/DGPS: Latitude** 40.11018 **GPS/DGPS: Longitude** -73.68757

**Comments:** Material placed in target cell.This materialwas dredged on 11/19 (weatherbound) Using the new placement protocol-the scow would not fully close. We returned with partially open scow. Scow pressure=at Dredge:113 at Reef:113 Enroute to Reef sighted 12 Common Dolphin swimming along side bow wake pos:40 19.113N-73 48.960W approx 12NM North of Reef. Sighting lasted 10 min.