**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I served a true and accurate copy of the following:

1. TDM America LLC's Notice of Motion For An Order Dismissing the United States' Motion for Partial Summary Judgment Pursuant To RCFC 56(f) and To Renew Its Previously-Filed Motion For Sanctions Pursuant To RCFC 37 Against the United States, and

2. Declaration of Michael A. Adler In Support of Its Motion For An Order Dismissing the United States' Motion for Partial Summary Judgment Pursuant To RCFC 56(f) and To Renew Its Previously-Filed Motion For Sanctions Pursuant To RCFC 37 Against the United States

by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter.Brown2@usdoj.gov

Walter W. Brown
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg

00369818.2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I served a true and accurate copy of the following: TDM America LLC's Memorandum In Support of Its Motion For An Order Dismissing the United States' Motion for Partial Summary Judgment Pursuant To RCFC 56(f) and To Renew Its Previously-Filed Motion For Sanctions Pursuant To RCFC 37 Against the United States by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email:

Walter.Brown2@usdoj.gov

Walter W. Brown
US Department of Justice
Civil Division
1100 L Street, NW
Suite 1100
Washington, DC 20001

and on interested party Donjon Marine Company, Inc.'s counsel by using the Court's CM/ECF system so that a copy was sent to the following persons automatically via email as follows:

jflaherty@mccarter.com

John Flaherty
McCarter & English LLP
265 Franklin Street
Boston, MA 02110

s/David W. Denenberg
David W. Denenberg