# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

## MOTION TO ENLARGE TIME

TDM America, LLC ("TDM") respectfully submits this motion for an enlargement of time pursuant to RCFC 6 to oppose the United States' ("US") motion for partial summary judgment (the "Summary Judgment Motion"). TDM's opposition is due February 12, 2008. TDM respectfully requests an additional sixteen (16) days, enlarging the time to February 28, 2008, to properly oppose the Summary Judgment Motion.

This extension is necessary because the US did not provide all of the contract-related documents by January 15, 2008, as required by this Court's December 17, 2007 Discovery Order. The latest receipt of documents produced by the US arrived on January 29, 2008. TDM discussed enlarging TDM's time to oppose the Summary Judgment Motion and the US indicated that it would not oppose such an enlargement of time.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: January 31, 2008

s/David Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884