# EXHIBIT 1

**U.S. Department of Justice**

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, DC 20530*

January 22, 2008

**BY FEDERAL EXPRESS AND E-MAIL**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Gary J. Campbell, Esq.
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Counsel:

Attached are documents bearing Bates Nos. G0102500001 to G0102500207, as well as Revised Attachment 2. Consistent with our letter of January 15, 2008, we are producing copies of certain contract documents that we previously identified as being missing documents on the original Attachment 2. We will be producing the remaining documents listed in Revised Attachment 2 in the near future, to the extent that they exist in government files.

Very truly yours,

Walter W. Brown
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

# EXHIBIT 2

# Revised Attachment 2

| Contract | Missing Parts |
|---|---|
| W912DS-07-C-0003 | |
| W912DS-06-C-0018 | |
| W912DS-05-C-0003 | |
| W912DS-05-C-0020 | Contractor Submittals |
| W912DS-05-C-0004 | 70-Day Submission |
| W912DS-04-C-0008 | |
| W912DS-04-C-0016 | Contractor Submittals |
| DACW51-03-C-0001 | 70-Day Submittal |
| DACW51-03-C-0012 | |
| DACW51-03-C-0014 | Contractor Submittals |
| DACW51-03-C-0019 | |
| DACW51-03-C-0021 | 3-Day Submittal |
| DACW51-02-C-0001 | |
| DACW51-02-C-0002 | |
| DACW51-02-C-0019 | Contractor Submittals |
| DACW51-02-C-0022 | |
| DACW51-01-C-0006 | |
| DACW51-01-C-0023 | |

Revised: January 22, 2008

# EXHIBIT 3

**U.S. Department of Justice**

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, DC 20530*

January 24, 2008

**BY FEDERAL EXPRESS**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Counsel:

Attached are documents bearing Bates Nos. G01010 00001 to G01010 012860. We originally produced these identical documents under bates stamps G000001 to G012860. Specifically, we originally produced G000001 to G012350 on November 22, 2006, and subsequently G012351 to G014293 on December 22, 2006.

Since our January 15, 2007, submission references the G01010 prefixed numbers, we are providing copies with these numbers. Until this issue was raised by TDM counsel this week, present government counsel was unaware that the parties had not been provided documents with these numbers.

Very truly yours,

Walter W. Brown
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

# EXHIBIT 4

U.S. Department of Justice

Civil Division

EAF
154-06-472

Telephone: (202) 353-0517
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

November 22, 2006

**VIA E-MAIL & FEDERAL EXPRESS**

Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158

Re: *TDM v. UNITED STATES,*
Court of Federal Claims No. 06-472

Mr. Adler:

Please find attached a compact disc containing dredging contracts awarded by the United States Army Corps of Engineers ("USACE") for the New York District. We are currently locating additional contracts in other districts of the USACE and will make them available to you in a timely fashion.

As we discussed earlier today, we do not yet have a protective order in this case. However, we have agreed to treat all documents produced prior to the entry of such an order as confidential and proprietary, "attorney-eyes only." Upon entry of a protective order, we will mark or otherwise identify confidential and proprietary documents in the manner prescribed by the Court's order.

Very truly yours,

Erica A Franklin

ERICA A. FRANKLIN
Attorney
Commercial Litigation Branch
Civil Division

Enclosure

# EXHIBIT 5

**U.S. Department of Justice**

Civil Division

Telephone: (202) 353-0517
Facsimile: (202) 307-0345

GLH
154-06-472

*Washington, D.C. 20530*

December 22, 2006

**VIA FEDERAL EXPRESS**

Michael A. Adler, Esq.
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue - 34 Fl
New York, New York 10158

Re: *TDM v. United States*,
Court of Federal Claims No. 06-472

Dear Mr. Adler:

I have enclosed Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-30). I have also enclosed one compact disc bearing copies of documents bearing production numbers G012351-G014293. We expect that additional documents will be provided to us during the month of January 2007. We will provide those documents to you as we are able to review and copy them.

Should you have any questions, please feel free to contact me at the numbers provided.

Very truly yours,

GARY L. HAUSKEN
Assistant Director
Commercial Litigation Branch
Civil Division

Enclosures

# EXHIBIT 6

**Brown, Walter (CIV)**

| | |
|---|---|
| **From:** | Brown, Walter (CIV) |
| **Sent:** | Thursday, January 24, 2008 5:51 PM |
| **To:** | Denenberg, David W.; Tzortzatos, Dimitra; Adler, Michael A. |
| **Cc:** | Flaherty, John; Campbell, Gary |
| **Subject:** | Letter re GVT documents |
| **Attachments:** | Brown(1-24-08) re doc prod.pdf |

Counsel:

See attached correspondence relating to the government's production of documents bearing the G01010- numbering system. You should receive these documents by Federal Express tomorrow.

Regards,

Wally

Walter W. Brown
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Room 11128
Washington, D.C. 20005
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

# EXHIBIT 7

**Brown, Walter (CIV)**

**From:** uscfc_cmecf@ao.uscourts.gov
**Sent:** Thursday, January 24, 2008 7:03 PM
**To:** uscfc_cmecf@ao.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00472-TCW TDM AMERICA, LLC v. USA Motion for Sanctions - Rule 37

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
US Court of Federal Claims
United States Court of Federal Claims

Notice of Electronic Filing
The following transaction was entered by Denenberg, David on 1/24/2008 7:03 PM EST and filed on 1/24/2008

Case Name: TDM AMERICA, LLC v. USA
Case Number: 1:06-cv-472 https://ecf.cofc.uscourts.gov/cgi-bin/DktRpt.pl?21397

Filer: TDM AMERICA, LLC

Document Number: 109
Copy the URL address from the line below into the location bar of your Web browser to view the document: https://ecf.cofc.uscourts.gov/cgi-bin/show_case_doc?109,21397,,82775234,,,291

Docket Text:
MOTION for Sanctions pursuant to Rule 37 <I>Against The United State</I>, filed by TDM AMERICA, LLC.<font style=color:AF3636;font-weight:bold;>Response due by 2/11/2008.</font>(Denenberg, David)
1:06-cv-472 Notice has been electronically mailed to:
Walter Wayne Brown walter.brown2@usdoj.gov, C-IP.ECF@usdoj.gov

Gary J. Campbell gcampbell@mccarter.com, anemiroff@mccarter.com, jflaherty@mccarter.com

David W. Denenberg dwd@dmlegal.com

1:06-cv-472 Notice will NOT be delivered to:

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1131461693 [Date=1/24/2008] [FileNumber=546604-0]
[83ac43642e12f7071aaf0fb40283aaef6842e6490ccef2f84d4bad81ee16113e3012b965f4252d3d9d86e27868ce06758932ed076a19822d2cab1967be5a671b]]

# EXHIBIT 8

**U.S. Department of Justice**

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, DC 20530*

January 28, 2008

**BY FEDERAL EXPRESS**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Counsel:

Attached are documents bearing Bates Nos. G01025 00208 to G01025 01758, and Second Revised Attachment 2. For your convenience, this production includes the following documents:

| | |
|---|---|
| W912DS-04-B-0008: 10-Day Submittal | G01025 00234 – G01025 00360 |
| W912DS-04-B-0008: 70-Day Submittal | G01025 00427 – G01025 00953 |
| W912DS-05-B-0003: 35-Day Submittal | G01025 00954 – G01025 00993 |
| W912DS-05-B-0003: 5-Day Submittal | G01025 00994 – G01025 01422 |
| W912DS-05-B-0010: 5-Day Submittal | G01025 01434 – G01025 01552 |
| W912DS-05-B-0010: 70-Day Submittal | G01025 01557 – G01025 01758 |

Please note that the 70-day submission for DACW51-02-B-0006 (DACW51-03-C-0001) was not required. We will produce documents to corroborate this in the near future. We are

continuing our efforts to locate and produce the remaining documents listed on Second Revised Attachment 2. Let me know if you have any questions.

Very truly yours,

Walter W. Brown
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

# EXHIBIT 9

# Second Revised Attachment 2

| Contract | Missing Parts |
|---|---|
| W912DS-07-C-0003 | |
| W912DS-06-C-0018 | |
| W912DS-05-C-0003 | |
| W912DS-05-C-0020 | |
| W912DS-05-C-0004 | |
| W912DS-04-C-0008 | |
| W912DS-04-C-0016 | |
| DACW51-03-C-0001 | |
| DACW51-03-C-0012 | |
| DACW51-03-C-0014 | Contractor Submittals |
| DACW51-03-C-0019 | |
| DACW51-03-C-0021 | 3-Day Submittal |
| DACW51-02-C-0001 | |
| DACW51-02-C-0002 | |
| DACW51-02-C-0019 | Contractor Submittals |
| DACW51-02-C-0022 | |
| DACW51-01-C-0006 | |
| DACW51-01-C-0023 | |

Revised: January 25, 2008

# EXHIBIT 10

**U.S. Department of Justice**

Civil Division

JBB
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

Telephone: (202) 307-0285
Facsimile: (202) 307-0345

*Washington, DC 20530*

February 6, 2008

**BY FEDEX AND E-MAIL**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Gary J. Campbell, Esq.
McCarter & English, LLP
226 Franklin Street
Boston, Massachusetts 02110

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Counsel:

Attached are documents bearing Bates nos. G01025 01759 to G01025 1847, and Revised Attachment 1. This document production includes the following documents:

| | |
|---|---|
| G01025 01759 | E-mail regarding 70-day Submittal for DACW51-03-C-0001 |
| G01025 01760 – 01821 | Additional permit for 3-Day Submittal related to DACW51-03-C-0001 |
| G01025 01822 – 01823 | P00007 for W912DS-05-C-0004 (mistakenly omitted from Attachment 2) |
| G01025 01824 – 01847 | Section 800 for DACW51-01-B-0028 |

Please note that Revised Attachment 1 includes our identification of solicitation and specification documents, although the Court's order does not require the government to identify the solicitation and specification documents. *See* Discovery Order ¶ 6. We are providing our identification of these documents in an effort to move this matter forward. Revised Attachment 1 also includes citation to certain documents we located in a cursory review of document production from other parties. We did not perform an exhaustive search of other parties' document production for the entries in Revised Attachment 1. Finally, with respect to Revised Attachment 1, there is one correction we wish to bring to your attention. The original Attachment 1 included an erroneous entry for the 70-Day Submittal for DAC51-02-B-0002 as G01006 06190 – G01006 06230. Revised Attachment 1 includes the correct entry, G0100<u>5</u> 06190 – G0100<u>5</u> 06230. If you believe that any of the entries on Revised Attachment 1 are erroneous, I encourage you to call me to discuss the issue.

The government believes that it has fully met its obligations under paragraph 6 of the Court's order. If TDM requires an additional extension of time to respond to the government's motion for partial summary judgment, in order to review the recently identified and produced documents, the government will not oppose a reasonable extension of time.

In the same vein, we ask TDM to withdraw its motion filed on January 24–25, 2008. The government has now identified and provided all documents called for by paragraph 6. In light of our willingness not to oppose an extension of time sufficient for TDM to review the documents we have recently identified and produced, we believe that withdrawing the aforementioned motion is both reasonable and proper.

Very truly yours,

Joshua B. Brady
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

# EXHIBIT 11

# Revised Attachment 1

| Contract Number | Page |
|---|---|
| W912DS-07-C-0003 | 1 |
| W912DS-06-C-0018 | 2 |
| W912DS-05-C-0003 | 3 |
| W912DS-05-C-0004 | 5 |
| W912DS-05-C-0020 | 7 |
| W912DS-04-C-0008 | 8 |
| W912DS-04-C-0016 | 10 |
| DACW51-03-C-0001 | 11 |
| DACW51-03-C-0012 | 13 |
| DACW51-03-C-0014 | 15 |
| DACW51-03-C-0019 | 17 |
| DACW51-03-C-0021 | 18 |
| DACW51-02-C-0001 | 19 |
| DACW51-02-C-0002 | 21 |
| DACW51-02-C-0019 | 22 |
| DACW51-02-C-0022 | 24 |
| DACW51-01-C-0006 | 25 |
| DACW51-01-C-0023 | 26 |

**W912DS-07-C-0003**

| Document Type | Begin | End |
|---|---|---|
| W912DS-07-C-0003: Main Contract | G01004 00133 | – G01004 00201 |
| W912DS-07-C-0003: P00001 | G01025 00001 | – G01025 00002 |
| W912DS-07-C-0003: P00002 | G01025 00003 | – G01025 00006 |
| W912DS-07-C-0003: P00003 | G01025 00007 | – G01025 00011 |
| W912DS-07-C-0003: P00004 | G01025 00012 | – G01025 00013 |
| W912DS-06-B-0014-0004: Solicitation and Specifications | G01025 00014 | – G01025 00094 |
| W912DS-06-B-0014: 5-Day Submittal | G01015 00423 | – G01015 00715 |
| W912DS-06-B-0014: 35-Day Submittal | G01015 04753 | – G01015 04986 |

**W912DS-06-C-0018**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-06-C-0018: MainContract | G01010 12833 | – | G01010 12860 |
| W912DS-06-C-0018: P00001 | G01025 00095 | – | G01025 00100 |
| W912DS-06-C-0018: P00002 | G01025 00101 | – | G01025 00105 |
| W912DS-06-C-0018: P00003 | G01025 00106 | – | G01025 00112 |
| W912DS-06-C-0018: 5-Day Submittal | G01003 00228 | – | G01003 00464 |
| W912DS-06-C-0018: 70-Day Submittal | G01003 00465 | – | G01003 00777 |

**W912DS-05-C-0003**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-05-C-0003: Main Contract | G01010 05256 | – | G01010 05312 |
| W912DS-05-C-0003: A mod 1 | G01025 00113 | – | G01025 00114 |
| W912DS-05-C-0003: A mod 2 | G01002 01122 | – | G01002 01128 |
| W912DS-05-C-0003: P00001 | G01015 03372 | – | G01015 03373 |
| W912DS-05-C-0003: P00002 | G01002 00945<br>G01015 03353 | –<br>– | G01002 00946<br>G01015 03356 |
| W912DS-05-C-0003: P00003 | G1015 03313 | – | G1015 03314 |
| W912DS-05-C-0003: P00004 | G01002 00947<br>G01015 03294 | –<br>– | G01002 00948<br>G01015 03295 |
| W912DS-05-C-0003: P00005 | G01002 00920<br>G01015 03242 | –<br>– | G01002 00923<br>G01015 03245 |
| W912DS-05-C-0003: P00006 | G01002 00940<br>G01015 03197 | –<br>– | G01002 00942<br>G01015 03199 |
| W912DS-05-C-0003: P00007 | G01002 00943<br>G01015 03421 | –<br>– | G01002 00944<br>G01015 03422 |
| W912DS-05-C-0003: P00008 | G01002 01192<br>G01015 03402 | –<br>– | G01002 01193<br>G01015 03403 |
| W912DS-05-C-0003: P00009 | G01015 03377 | – | G01015 03378 |
| W912DS-05-C-0003: P00010 | G01002 01194<br>G01015 03511 | –<br>– | G01002 01196<br>G01015 03513 |
| W912DS-05-C-0003: P00011 | G01002 01197<br>G01015 03486 | –<br>– | G01002 01199<br>G01015 03488 |
| W912DS-05-C-0003: P00012 | G01002 01200<br>G01015 03451 | –<br>– | G01002 01202<br>G01015 03452 |
| W912DS-05-C-0003: P00013 | G01002 01164<br>G01015 03436<br>G01015 04529 | –<br>–<br>– | G01002 01169<br>G01015 03438<br>G01015 04531 |
| W912DS-05-C-0003: P00014 | G01015 03608 | – | G01015 03609 |
| W912DS-05-C-0003: P00015 | G01015 03604 | – | G01015 03605 |

**W912DS-05-C-0003**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0003: P00016 | G01002 01187 – G01002 01189<br>G01015 03589 – G01015 03591 | |
| W912DS-05-C-0003: P00017 | G01002 01171 – G01002 01176 | |
| W912DS-05-C-0003: P00018 | G01002 01184 – G01002 01186 | |
| W912DS-05-C-0003: P00019 | G01002 01133 – G01002 01139 | |
| W912DS-05-C-0003: P00020 | G01002 01178 – G01002 01183<br>G01015 03619 – G01015 03622 | |
| W912DS-05-C-0003: P00021 | G01015 03741 – G01015 03743 | |
| W912DS-04-B-0003: Solicitation and Specifications | G01015 03872 – G01015 03963<br>G01010 05315 – G01010 05571<br>DONJON 006972 – 007243 | |
| W912DS-04-B-0003: Amendments to Solicitation | DONJON 006813 – 006963 | |
| W912DS-04-B-0003: 10-Day Submittal | G01015 08659 – G01015 09115<br>DONJON 008459 – 008584<br>DONJON 006379 – 006387 | |
| W912DS-04-B-0003: 70-Day Submittal | G01015 09116 – G01015 09366<br>DONJON 008585 – 008725 | |

**W912DS-05-C-0004**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-05-C-0004: Main Contract | G01013 11594 | – | G01013 11670 |
| W912DS-05-C-0004: A00002 | G01025 00142 | – | G01025 00143 |
| W912DS-05-C-0004: A00001 | G01025 00140 | – | G01025 00141 |
| W912DS-05-C-0004: P00017 | G01025 00136 | – | G01025 00139 |
| W912DS-05-C-0004: P00016 | G01025 00133 | – | G01025 00135 |
| W912DS-05-C-0004: P00015 | G01025 00130 | – | G01025 00132 |
| W912DS-05-C-0004: P00014 | G01025 00127 | – | G01025 00129 |
| W912DS-05-C-0004: P00013 | G01025 00124 | – | G01025 00126 |
| W912DS-05-C-0004: P00012 | G01025 00120 | – | G01025 00123 |
| W912DS-05-C-0004: P00011 | G01025 00117 | – | G01025 00119 |
| W912DS-05-C-0004: P00010 | G01025 00115 | – | G01025 00116 |
| W912DS-05-C-0004: P00009 | G01013 11416 | | |
| W912DS-05-C-0004: P00008 | G01013 11410 | – | G01013 11411 |
| W912DS-05-C-0004: P00007 | G01025 01822 | – | G01025 01823 |
| W912DS-05-C-0004: P00006 | G01013 11423 | – | G01013 11424 |
| W912DS-05-C-0004: P00005 | G01013 11441 | – | G01013 11442 |
| W912DS-05-C-0004: P00004 | G01013 11453 | – | G01013 11454 |
| W912DS-05-C-0004: P00003 | G01013 11467 | – | G01013 11468 |
| W912DS-05-C-0004: P00002 | G01013 11486 | – | G01013 11488 |
| W912DS-05-C-0004: P00001 | G01013 11514 | – | G01013 11515 |
| W912DS-05-B-0003: Solicitation and Specification | G01010 07140 | – | G01010 07433 |
| | BSL 01675 | – | BSL 01984 |
| W912DS-05-B-0003: Amendment 0001 | G01010 07511 | – | G01010 07516 |
| | BSL 01985 | – | BSL 01990 |

**W912DS-05-C-0004**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-05-B-0003: Amendment 0002 | G01010 07517 | – | G01010 07531 |
| | BSL 01991 | – | BSL 02005 |
| W912DS-05-B-0003: Amendment 0003 | G01010 07532 | – | G01010 07539 |
| | BSL 02006 | – | BSL 02013 |
| W912DS-05-B-0003: Amendment 0004 | G01010 07540 | – | G01010 07544 |
| | BSL 02014 | – | BSL 02018 |
| W912DS-05-B-0003: Amendment 0005 | G01010 07545 | – | G01010 07546 |
| | BSL 02019 | – | BSL 02020 |
| W912DS-05-B-0003: Amendment 0006 | G01010 07547 | – | G01010 07549 |
| | BSL 02021 | – | BSL 02023 |
| W912DS-05-B-0003: Amendment 0007 | G01010 07550 | – | G01010 07551 |
| | BSL 02024 | – | BSL 02025 |
| W912DS-05-B-0003: 5-Day Submittal | G01003 07213 | – | G01003 07251 |
| | G01025 00994 | – | G01025 01422 |
| W912DS-05-B-0003: 35-Day Submittal | G01025 00954 | – | G01025 00993 |

**W912DS-05-C-0020**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0020: Main Contract | G01010 12724 – | G01010 12860 |
| W912DS-05-C-0020: P0001 | G01005 08867 | |
| W912DS-05-C-0020: P0002 | G01013 12159 – | G01013 12160 |
| W912DS-05-C-0020: P0003 | G01005 08827 – | G01005 08828 |
| W912DS-05-C-0020: P0004 and P0005 | G01005 08679 – | G01005 08682 |
| W912DS-05-C-0020: P0006 | G01005 08552 – | G01005 08554 |
| W912DS-05-B-0010: Solicitation and Specification | G01003 01564 – G01003 01673<br>DONJON 007641 – 007843 | |
| W912DS-05-B-0010: Solicitation amendments | G01003 01512 – G01003 01563<br>DONJON 007583 – 007640 | |
| W912DS-05-B-0010: 5-day Submittal | G01025 01434 – G01025 01552<br>DONJON 008726 – 008851 | |
| W912DS-05-B-0010: 70-day Submittal | G01025 01557 – G01025 01758<br>DONJON 008852 – 009098<br>DONJON 007339 – 007582 | |

W912DS-04-C-0008

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-04-C-0008: Main contract | G01010 06788 | – | G01010 06861 |
| W912DS-04-C-0008: A00005 | G01025 00157 | – | G01025 00158 |
| W912DS-04-C-0008: A00004 | G01011 05557 | – | G01011 05580 |
| W912DS-04-C-0008: A00003 | G01025 00155 | – | G01025 00156 |
| W912DS-04-C-0008: A00002 | G01025 00153 | – | G01025 00154 |
| W912DS-04-C-0008: A00001 | G01025 00151 | – | G01025 00152 |
| W912DS-04-C-0008: P00013 | G01011 00146 | – | G01011 00150 |
| W912DS-04-C-0008: P00012 | G01011 00144 | – | G01011 00145 |
| W912DS-04-C-0008: P00011 | G01011 06223 | – | G01011 06226 |
| W912DS-04-C-0008: P00010 | G01011 06228 | – | G01011 06232 |
| W912DS-04-C-0008: P00009 | G01011 06260 | – | G01011 06261 |
| W912DS-04-C-0008: P00008 | G01011 06263 | – | G01011 6264 |
| W912DS-04-C-0008: P00007 | G01011 06288 | – | G01011 06289 |
| W912DS-04-C-0008: P00006 | G01011 06299 | – | G01011 06300 |
| W912DS-04-C-0008: P00005 | G01011 06312 | – | G01011 06313 |
| W912DS-04-C-0008: P00004 | G01011 06350 | – | G01011 06358 |
| W912DS-04-C-0008: P00003 | G01011 06362 | – | G01011 06364 |
| W912DS-04-C-0008: P00002 | G01011 06385 | – | G01011 06386 |
| W912DS-04-C-0008: P00001 | G01011 06400 | – | G01011 06401 |
| W912DS-04-C-0008: P00001 | G01011 06400 | – | G01011 06401 |
| DACW51-03-B-0018: Solicitation and Specification, with amendments | G01011 05300<br>G01010 06580 | –<br>– | G01011 05555<br>G01010 06898 |
| DACW51-03-B-0018: 3-Day Submittal | G01015 00001 | – | G01015 00715 |

W912DS-04-C-0008

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-B-0018: 70-Day Submittal | G01014 07726 | – | G01014 08063 |

**W912DS-04-C-0016**

| Document Type | Begin | End |
|---|---|---|
| W912DS-04-C-0016: Main Contract | G01005 07482 | – G01005 07503 |
| W912DS-04-C-0016: P00003 | G01005 07524 | – G01005 07527 |
| W912DS-04-C-0016: P00002 | G01005 07551 | – G01005 07552 |
| W912DS-04-C-0016: P00001 | G01005 07580 | – G01005 07582 |
| W912DS-04-B-0008: Solicitation and Specifications | G01005 07616<br>G01010 11457<br>DONJON 006100 – 006257 | – G01005 07706<br>– G01010 11611 |
| W912DS-04-B-0008: Amendments | G01005 07789<br>DONJON 006079 – 006099 | – G01005 07809 |
| W912DS-04-B-0008: 10-Day Submittal | G01025 00234 | – G01025 00360 |
| W912DS-04-B-0008: 70-Day Submittal | G01025 00427<br>DONJON 005924 – 005981<br>DONJON 006258 – 006378 | – G01025 00953 |

**DACW51-03-C-0001**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0001: Main Contract | G01010 06235 | – | G01010 06318 |
| DACW51-03-C-0001: A0001 | G01013 03211 | – | G01013 03215 |
| DACW51-03-C-0001: A0002 | G01013 03102 | – | G01013 03104 |
| DACW51-03-C-0001: A0003 | G01013 03342 | – | G01013 03343 |
| DACW51-03-C-0001: A0004 | G01013 03333 | – | G01013 03334 |
| DACW51-03-C-0001: P0001 | G01013 03246 | – | G01013 03248 |
| DACW51-03-C-0001: P0002 | G01013 03239 | – | G01013 03240 |
| DACW51-03-C-0001: P0003 | G01013 03233 | – | G01013 03234 |
| DACW51-03-C-0001: P0004 | G01013 03225 | – | G01013 03226 |
| DACW51-03-C-0001: P0005 | G01013 03218 | – | G01013 03219 |
| DACW51-03-C-0001: P0006 | G01013 03199 | – | G01013 03200 |
| DACW51-03-C-0001: P0007 | G01013 03183 | – | G01013 03184 |
| DACW51-03-C-0001: P0008 | G01013 03180 | – | G01013 03181 |
| DACW51-03-C-0001: P0009 | G01013 03160 | – | G01013 03161 |
| DACW51-03-C-0001: P0010 | G01013 03150 | – | G01013 03151 |
| DACW51-03-C-0001: P0011 | G01013 03314 | – | G01013 03315 |
| DACW51-03-C-0001: P0012 | G01013 03311 | – | G01013 03312 |
| DACW51-03-C-0001: P0013 | G01013 03296 | – | G01013 03297 |
| DACW51-03-C-0001: P0014 | G01013 03280 | – | G01013 03281 |
| DACW51-03-C-0001: P0015 | G01013 03267 | – | G01013 03268 |
| DACW51-03-C-0001: P0016 | G01025 00159 | | G01025 00162 |
| DACW51-03-C-0001: P0017 | G01013 03419 | – | G01013 03421 |
| DACW51-03-C-0001: P0018 | G01013 03412 | – | G01013 03414 |

**DACW51-03-C-0001**

| Document Type | Begin | End |
|---|---|---|
| DAC51-02-B-0006: Solicitation and Specifications | G01010 06010 – G01010 06234<br>G01013 03456 – G01013 03668<br>DONJON 004659 – 004875 | |
| DAC51-02-B-0006: Amendments to Solicitation | G01010 06414 – G01010 06575<br>DONJON 004493 – 004658 | |
| DACW51-02-B-0006: 3-Day Submittal | G01013 03442 – G01013 03452<br>G01025 01760 – G01025 01821<br>DONJON 007844 – 008088 | |
| DACW51-02-B-0006: 70-Day Submittal | not required<br>*See* G01025 01759 | |

**DACW51-03-C-0012**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0012: Main Contract | G01010 05963 | – | G01010 05986 |
| DACW51-03-C-0012: P0001 | G01013 04039 | – | G01013 04040 |
| DACW51-03-C-0012: P0002 | G01013 04024 | – | G01013 04025 |
| DACW51-03-C-0012: P0003 | G01013 04010 | – | G01013 04011 |
| DACW51-03-C-0012: P0004 | G01013 03966 | – | G01013 03967 |
| DACW51-03-C-0012: P0005 | G01013 03951 | – | G01013 03952 |
| DACW51-03-C-0012: P0006 | G01013 03937 | – | G01013 03938 |
| DACW51-03-C-0012: P0007 | G01013 03878 | – | G01013 03879 |
| DACW51-03-C-0012: P0008 | G01013 03863 | – | G01013 03864 |
| DACW51-03-C-0012: P0009 | G01013 03849 | – | G01013 03850 |
| DACW51-03-C-0012: P0010 | G01013 03834 | – | G01013 03835 |
| DACW51-03-C-0012: P0011 | G01013 03819 | – | G01013 03820 |
| DACW51-03-C-0012: P0012 | G01013 03800 | – | G01013 03801 |
| DACW51-03-C-0012: P0013 | G01013 03785 | – | G01013 03786 |
| DACW51-03-C-0012: P0014 | G01013 03746 | – | G01013 03751 |
| DACW51-03-C-0012: P0015 | G01013 03724 | – | G01013 03725 |
| DACW51-03-C-0012: P0016 | G01013 03699 | – | G01013 03700 |
| DACW51-03-C-0012: P0017 | G01013 03678 | – | G01013 03680 |
| DACW51-03-C-0012: P0018 | G01013 03670 | – | G01013 03672 |
| DACW51-03-C-0012: P0019 | G01025 00163 | – | G01025 00165 |
| DACW51-03-C-0012: A0004 | G01013 04255 | – | G01013 04257 |
| DACW51-03-C-0012: A0003 | G01013 04273 | – | G01013 04274 |
| DACW51-03-C-0012: A0002 | G01013 04288 | – | G01013 04290 |
| DACW51-03-C-0012: A0001 | G01013 04300 | – | G01013 04306 |

**DACW51-03-C-0012**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-B-0001: Solicitation and Specifications | G01013 04226 – G01013 04249<br>G01010 05718 – G01010 05962<br>DONJON 005650 – 005922 | |
| DACW51-03-B-0001: Amendments to Solicitation | G01010 05987 – G01010 06004<br>DONJON 005626 – 005649 | |
| DACW51-03-B-0001: 3-Day Submittal | G01015 04987 – G01015 05141<br>DONJON 005431 – 005578<br>DONJON 008089 – 008240 | |
| DACW51-03-B-0001: 70-Day Submittal | G01015 05142 – G01015 05328<br>DONJON 008241 – 8458 | |

**DACW51-03-C-0014**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0014: Main Contract | G01010 04816 | – | G01010 04887 |
| DACW51-03-C-0014: P00001 | G01015 01882 | – | G01015 01883 |
| DACW51-03-C-0014: P00002 | G01015 01870 | – | G01015 01871 |
| DACW51-03-C-0014: P00003 | G01015 01821 | – | G01015 01822 |
| DACW51-03-C-0014: P00004 | G01015 01781 | – | G01015 01782 |
| DACW51-03-C-0014: P00005 | G01015 01989 | | |
| DACW51-03-C-0014: P00006 | G01015 01976 | | |
| DACW51-03-C-0014: P00007 | G01015 01963 | – | G01015 01964 |
| DACW51-03-C-0014: P00008 | G01015 01947 | – | G01015 01948 |
| DACW51-03-C-0014: P00009 | G01015 01939 | | |
| DACW51-03-C-0014: P00010 | G01015 01925 | – | G01015 01926 |
| DACW51-03-C-0014: P00011 | G01015 02042 | – | G01015 02043 |
| DACW51-03-C-0014: P00012 | G01015 02027 | – | G01015 02028 |
| DACW51-03-C-0014: P00013 | G01015 02205 | – | G01015 02206 |
| DACW51-03-C-0014: P00014 | G01015 02193 | – | G01015 02194 |
| DACW51-03-C-0014: P00015 | G01013 05965 | – | G01013 05966 |
| DACW51-03-C-0014: P00016 | G01012 10285 | – | G01012 10286 |
| DACW51-03-C-0014: A0001 | G01012 10310 | – | G01012 10311 |
| DACW51-03-C-0014: A0002 | G01012 10214 | – | G01012 10215 |
| DACW51-03-C-0014: A0003 | G01013 05891 | – | G01013 05892 |
| DACW51-03-C-0014: A0004 | G01012 10237 | – | G01012 10238 |
| DACW51-03-C-0014: A0005 | G01012 10254 | – | G01012 10255 |
| DACW51-03-C-0014: A0006 | G01012 10227 | – | G01012 10228 |
| DACW51-03-C-0014: A0007 | G01012 10267 | – | G01012 10268 |

DACW51-03-C-0014

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0014: A0008 | G01012 10295 | G01012 10296 |
| DACW51-03-C-0014: A0009 | G01012 10281 | G01012 10282 |
| DACW51-03-C-0014: A0010 | G01025 00166 | G01025 00167 |
| DACW51-03-C-0014: A0011 | G01025 00168 | G01025 00169 |
| DACW51-03-B-0004-0005: Soliciation and Specifications | G01015 00719<br>G01010 04587<br>JCI 00691 | G01015 00782<br>G01010 04815<br>JCI 00946 |
| DACW51-03-B-0004: Amendments to Soliciation and Specifications | G01015 00785 | G01015 00915 |
| Contractor Submittals | not required<br>*See* G01015 1043 (identifying only one disposal site in bid)<br>*See also* G01015 00771–775 (requiring submittals only if alternate disposal sites bid)<br>*Compare* G01015 01023 (bid with multiple alternate disposal sites) | |

**DACW51-03-C-0019**

| Document Type | Begin | | | End | |
|---|---|---|---|---|---|
| DACW51-03-C-0019: Main Contract | G01010 | 00001 | – | G01010 | 00061 |
| | G01004 | 00001 | – | G01004 | 00061 |
| DACW51-03-C-0019: P00001 | G01011 | 04955 | – | G01011 | 04957 |
| DACW51-03-C-0019: P00002 | G01025 | 00170 | – | G01025 | 00171 |
| DACW51-02-B-0001: Solicitation and Specifications | G01010 | 11162 | – | G01010 | 11280 |
| | BSL | 01385 | – | BSL | 01610 |
| DACW51-02-B-0001: Amendments to Solicitation | G01010 | 11357 | – | G01010 | 11452 |
| | BSL | 01611 | – | BSL | 01674 |
| DACW51-02-B-0001: 10-Day submittal | G01011 | 05144 | – | G01011 | 05193 |
| DACW51-02-B-0001: 70-Day submittal | G01011 | 05224 | – | G01011 | 05244 |

**DACW51-03-C-0021**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0021: Main Contract | G01010 09497 – | G01010 09568 |
| DACW51-03-C-0021: P00002 | G01006 02171 – | G01006 02172 |
| DACW51-03-C-0021: P00001 | G01006 02179 – | G01006 02180 |
| DAWC51-02-B-0002: Solicitation and Specifications | G01010 09278 – | G01010 09474 |
| | G01006 01724 – | G01006 01913 |
| | DONJON 003900 – 004368 | |
| DAWC51-02-B-0002: Amendments to Solicitation | G01005 05889 – | G01005 06001 |
| | DONJON 003809 – 003897 | |
| DAWC51-02-B-0002: 3-Day Submittal | G01005 06259 – | G01005 06262 |
| | G01005 06254 – | G01005 06256 |
| | G01025 00210 – | G01025 00212 |
| DAWC51-02-B-0002: 70-Day Submittal | G01005 06190 – | G01005 06230 |
| | G01005 05641 – | G01005 05679 |

**DACW51-02-C-0001**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0001: Main Contract | G01010 03151 – | G01010 03172 |
| DACW51-02-C-0001: A00001 | G01013 00158 – | G01013 00159 |
| DACW51-02-C-0001: A00002 | G01013 00156 – | G01013 00157 |
| DACW51-02-C-0001: A00003 | G01013 00154 – | G01013 00155 |
| DACW51-02-C-0001: P00001 | G01013 00117 – | G01013 00133 |
| DACW51-02-C-0001: P00002 | G01013 00114 – | G01013 00116 |
| DACW51-02-C-0001: P00003 | G01013 00111 – | G01013 00113 |
| DACW51-02-C-0001: P00004 | G01013 00108 – | G01013 00110 |
| DACW51-02-C-0001: P00005 | G01013 00106 – | G01013 00107 |
| DACW51-02-C-0001: P00006 | G01013 00104 – | G01013 00105 |
| DACW51-02-C-0001: P00007 | G01013 00101 – | G01013 00103 |
| DACW51-02-C-0001: P00008 | G01013 00098 – | G01013 00100 |
| DACW51-02-C-0001: P00009 | G01013 00095 – | G01013 00097 |
| DACW51-02-C-0001: P00010 | G01013 00084 – | G01013 00086 |
| DACW51-02-C-0001: P00011 | G01013 00080 – | G01013 00082 |
| DACW51-02-C-0001: P00012 | G01013 00077 – | G01013 00079 |
| DACW51-02-C-0001: P00013 | G01013 00074 – | G01013 00076 |
| DACW51-02-C-0001: P00014 | G01013 00061 – | G01013 00073 |
| DACW51-02-C-0001: P00015 | G01013 00059 – | G01013 00060 |
| DACW51-02-C-0001: P00016 | G01013 00057 – | G01013 00058 |
| DACW51-02-C-0001: P00017 | G01013 00055 – | G01013 00056 |
| DACW51-02-C-0001: P00018 | G01013 00045 – | G01013 00047 |
| DACW51-02-C-0001: P00019 | G01013 00042 – | G01013 00044 |
| DACW51-02-C-0001: P00020 | G01013 00036 – | G01013 00040 |

DACW51-02-C-0001

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0001: P00021 | G01013 00033 | – | G01013 00035 |
| DACW51-02-C-0001: P00022 | G01013 00031 | – | G01013 00032 |
| DACW51-01-B-0003-0005: Solicitation and Specification | G01010 02706 | – | G01010 03150 |
| Contractor Submittals | not required *See* G01010 02827 – 02855 | | |

**DACW51-02-C-0002**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0002: Main Contract | G01010 12579 | – | G01010 12631 |
| DACW51-02-C-0002: P00001 | G01013 00168 | – | G01013 00170 |
| DACW51-02-C-0002: P00002 | G01025 00172 | – | G01025 00173 |
| DACW51-01-B-0028-0004: Solicitation and Specifications | G01025 00174 | – | G01025 00203 |
| Contractor Submittals | not required<br>*See* G01025 01844 | | |

**DACW51-02-C-0019**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0019: Main Contract | G01010 03727 | – | G01010 03738 |
| DACW51-02-C-0019: A0001 | G01013 02898 | – | G01013 02899 |
| DACW51-02-C-0019: A0002 | G01013 02895 | – | G01013 02897 |
| DACW51-02-C-0019: A0003 | G01013 02893 | – | G01013 02894 |
| DACW51-02-C-0019: A0004 | G01013 02891 | – | G01013 02892 |
| DACW51-02-C-0019: A0005 | G01013 02889 | – | G01013 02890 |
| DACW51-02-C-0019: A0006 | G01013 02887 | – | G01013 02888 |
| DACW51-02-C-0019: A0007 | G01012 05261<br>G01013 02873 | –<br>– | G01012 05262<br>G01013 02874 |
| DACW51-02-C-0019: P00001 | G01013 02812 | – | G01013 02813 |
| DACW51-02-C-0019: P00002 | G01013 02809 | – | G01013 02811 |
| DACW51-02-C-0019: P00003 | G01013 02806<br>G01013 02860 | –<br>– | G01013 02808<br>G01013 02862 |
| DACW51-02-C-0019: P00004 | G01013 02857<br>G01013 02803 | –<br>– | G01013 02859<br>G01013 02805 |
| DACW51-02-C-0019: P00005 | G01013 02793<br>G01013 02853 | –<br>– | G01013 02799<br>G01013 02856 |
| DACW51-02-C-0019: P00006 | G01013 02850<br>G01013 02822 | –<br>– | G01013 02852<br>G01013 02824 |
| DACW51-02-C-0019: P00007 | G01013 02819<br>G01013 02848 | –<br>– | G01013 02820<br>G01013 02849 |
| DACW51-02-C-0019: P00008 | G01013 02817<br>G01013 02846 | –<br>– | G01013 02818<br>G01013 02847 |
| DACW51-02-C-0019: P00009 | G01013 02814<br>G01013 02843 | –<br>– | G01013 02816<br>G01013 02845 |
| DACW51-02-C-0019: P00010 | G01013 02840<br>G01013 02880 | –<br>– | G01013 02842<br>G01013 02882 |
| DACW51-02-C-0019: P00011 | G01013 02836 | – | G01013 02838 |
| DACW51-02-C-0019: P00012 | G01013 02832 | – | G01013 02834 |

**DACW51-02-C-0019**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0019: P00013 | G01013 02829 | – | G01013 02830 |
| DACW51-02-C-0019: P00014 | G01013 02825 | – | G01013 02827 |
| DACW51-02-C-0019: P00015 | G01006 05433 | – | G01006 05434 |
| DACW51-01-B-0024: Solicitation and Specification | G01010 03471 | – | G01010 03726 |
| | BSL 02300 | – | BSL 02569 |
| DACW51-01-B-0024: 3-Day submittal | G01006 00001 | – | G01006 00525 |
| | BSL 00980 | – | BSL 01084 |
| DACW51-01-B-0024: Revised 3-Day submittal | G01012 04857 | – | G01012 04878 |
| | G01012 04984 | – | G01012 05124 |
| | BSL 00838 | – | BSL 00979 (identifies incorrect bid number) |
| DACW51-01-B-0024: 70-Day submittal | G01006 00526 | – | G01006 00547 |

**DACW51-02-C-0022**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0022: Main Contract | G01010 09226 | – G01010 09273 |
| DACW51-02-C-0022: P00001 | G01025 00204 | – G01025 00205 |
| DACW51-02-B-0013: Solicitation and Specifications | G01010 08878<br>DONJON 004892 – 005068 | – G01010 09052 |
| DACW51-02-B-0013: Amendments to Solicitation | G01010 09274<br>DONJON 004876 – 004891 | – G01010 09277 |
| Contractor Submittals | not required<br>*See* G01010 08900 – 08941 | |

DACW51-01-C-0006

| Document Type | Begin | End |
|---|---|---|
| DACW51-01-C-0006: Main Contract | G01010 04310 | – G01010 04405 |
| DACW51-01-C-0006: A00001 | G01014 00785 | – G01014 00786 |
| DACW51-01-C-0006: P00001 | G01014 00986 | – G01014 00987 |
| DACW51-01-C-0006: P00002 | G01014 00969 | – G01014 00969 |
| DACW51-01-C-0006: P00003 | G01014 00954 | – G01014 00956 |
| DACW51-01-C-0006: P00004 | G01014 00946 | – G01014 00948 |
| DACW51-01-C-0006: P00005 | G01014 00928<br>G01014 00932 | – G01014 00930<br>– G01014 00934 |
| DACW51-01-C-0006: P00006 | G01014 00910 | – G01014 00912 |
| DACW51-01-C-0006: P00007 | G01014 00895 | – G01014 00897 |
| DACW51-01-C-0006: P00008 | G01014 00889 | |
| DACW51-01-C-0006: P00009 | G01014 00844 | – G01014 00848 |
| DACW51-01-C-0006: P00010 | G01014 00819 | – G01014 00820 |
| DACW51-01-C-0006: P00011 | G01014 00813 | |
| DACW51-01-C-0006: P00012 | G01014 00810 | – G01014 00811 |
| DACW51-01-C-0006: P00013 | G01014 00803 | – G01014 00804 |
| DACW51-01-C-0006: P00014 | G01014 00410 | – G01014 00413 |
| DACW51-00-B-0011: Solicitation and Specifications | G01010 04008<br>DONJON 003424 – 003726 | – G01010 04309 |
| DACW51-00-B-0011: Amendments to Solicitation | G01010 04406<br>DONJON 003241 – 003423 | – G01010 04584 |
| Contractor Submittals | not required<br>*See* G01010 04121 – 04147 | |

**DACW51-01-C-0023**

| Document Type | Begin | End |
|---|---|---|
| DACW51-01-C-0023: Main Contract | G01010 07830 | – G01010 07927 |
| DACW51-01-C-0023: P00001 | G01014 01650<br>G01025 00206 | – G01014 01671<br>– G01025 00207 |
| DACW51-01-C-0023: P00002 | G01014 01688 | – G01014 01729 |
| DACW51-01-B-0011: Solicitation and Specification | G01010 07556 | – G01010 07927 |
| DACW51-01-B-0011: Amendment 0001 | G01010 07552 | – G01010 07553 |
| DACW51-01-B-0011: Solicitation amendments 0001 through 0005 | G01014 01739 | – G01014 01857 |
| Contractor Submittals | not required<br>*See* G01010 07678 – 07720 | |

# EXHIBIT 12

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Third-Party Defendant. | ) | No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**DECLARATION OF WALTER W. BROWN IN SUPPORT OF THE GOVERNMENT'S OPPOSITION TO TDM AMERICA, LLC'S MOTION FOR AN ORDER DISMISSING THE UNITED STATES MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RCFC 56(f) AND TO RENEW ITS PREVIOUSLY-FILED MOTION FOR SANCTIONS PURSUANT TO RCFC 37 AGAINST THE UNITED STATES**

I, Walter W. Brown, declare and state under penalty of perjury that:

1. I am a Trial Attorney with the U.S. Department of Justice representing the United States of America ("the government") in the above-referenced action.

2. I submit this declaration in support of the government's opposition to TDM's motion for an order dismissing the government's motion for partial summary judgment pursuant to RCFC 56(f) and in support of its motion to renew its previously-filed motion pursuant to RCFC 37 against the government.

3. On January 16, 2008, I had a brief conversation with Michael A. Adler and Dimitra Tzortzatos, two attorneys representing TDM.

4. Mr. Adler began the conversation by stating his concern that the government had indicated that certain documents missing in its January 15, 2008, submission under paragraph 6 of the Discovery Order, and that the government should have informed the Court of this fact prior to January 15, 2008. Because of this alleged oversight, Mr. Adler noted that TDM was considering filing a motion to dismiss the government's motion for partial summary judgment.

5. In response, I acknowledged that the government had apparently not produced some of the documents responsive to paragraph 6, and that the USACE was in the process of collecting them, to the extent that they existed in government files. I explained that the government would produce and identify these missing documents. Accordingly, I indicated that the government would agree to any reasonable extension. I further suggested that TDM wait until the government completed its investigation and identification of the missing documents, and then it could extend the due date for its brief for a total of 30 days beyond the completion of government efforts. In this vein, I noted that the government had been "generous" in agreeing to previous extensions and would be so in this instance as well.

6. It was my understanding that TDM wanted the government to file TDM's extension. I indicated I was unwilling to do so, in part because I was not sure of the form of such a motion (in requesting additional time for another party). I do not recall ever stating that it "was not the US' responsibility to do so." Also, TDM counsel did not discuss with me any additional details of a motion to extend, including the possibility of a joint motion or the specifics of an unopposed motion by TDM.

7. Mr. Adler concluded that the government's position was unsatisfactory and that TDM had sufficient basis to file a motion to dismiss the government's motion for partial summary judgment. I noted my disagreement to this position.

8. On January 22, 2008, I received another call from TDM counsel regarding government documents bearing the prefix G01010, which were used to identify certain documents in the government's submission. During the call, I realized that these documents were likely produced to TDM under different numbers and that previous government counsel had not provided the renumbered set to TDM. To alleviate this problem, I indicated that the government would provide these documents to TDM with the G01010 prefix in an expedited fashion. I also reiterated that the government would agree to any reasonable extension of the due date of TDM's brief based on issues relating to the government's submission.

9. I sent an e-mail to counsel for TDM at 5:51pm on January 24, 2008, attaching the cover letter I sent with the government's production of the G01010 documents. Documents bearing the G01010 prefix are the same documents originally produced as G000001–G012860, although in a slightly different order. Previous government counsel added the G01010 prefix when it became apparent that the document production would be larger than she previously anticipated

Executed on: 2/11/08 Walter W. Brown

WALTER W. BROWN

# EXHIBIT 13

DAVIDOFF MALITO & HUTCHER LLP

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

(212) 557-7200
FAX (212) 286-1884
WWW.DMLEGAL.COM

GARDEN CITY
200 GARDEN CITY PLAZA
GARDEN CITY, N.Y. 11530
(516) 248-6400

MELVILLE
105 MAXESS RD., SUITE 124S
MELVILLE, NY 11747
(631) 574-4510

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

WRITER'S DIRECT: 646-428-3210
E-MAIL: dwd@dmlegal.com

February 8, 2008

**BY E-MAIL (JBrady@civ.usdoj.gov)**
**and FIRST CLASS MAIL**

Joshua B. Brady, Esq.
United States Department of Justice
Civil Division
Commercial Litigation
1100 L Street, N.W.
Room 1108
Washington, D.C. 20005

**Re: TDM America, LLC v. The United States of America, et al**
**Case No. 06-472C (Judge Thomas C. Wheeler)/Our Ref: 7683.001**

Dear Mr. Brady:

I am writing in response to your letter dated February 6, 2008.

Your letter refers to another document production from defendant United States of America ("US") and yet another revised attachment 1 that identifies additional documents pursuant to paragraph 6 of the December 17, 2007 discovery order (the "Discovery Order"). The letter concludes with a request from the US that TDM America, LLC ("TDM") withdraw its January 25, 2008 motion for sanctions and a statement that such request is reasonable and proper. TDM disagrees.

This office does not agree that the US identified and provided all documents required by the Discovery Order. This office is still reviewing documents produced after January 15, 2008 - the date required by the Discovery Order. It does not appear, however, that all contracts and contract-related documents have been fully identified and produced as required by paragraph 6 of the Discovery Order. In any event, the Discovery Order required the US to fully and

00370520.2

completely identify the contracts and contract-related documents (i.e. submittals, amendments, etc.) by January 15, 2008. Aside from the issue of whether the US' identification and production is complete, the US did not timely comply with the Discovery Order and refused to advise the Court of its inability to comply with the Discovery Order despite the request to do so by this office. For all these reasons, TDM renewed its motion for sanctions. Therefore, this office does not agree that withdrawing TDM's motion is either reasonable or proper. Rather, the failure to comply with the Discovery Order, and the documents identified to date, shows that withdrawal of the US' motion for partial summary judgment is reasonable and proper.

Thank you for your attention to this matter. Please call me to discuss this matter further.

Very truly yours,

David W. Denenberg

David W. Denenberg

DWD/taf

cc: John E. Flaherty, Esq. (by e-mail)
Gary J. Campbell, Esq. (by e-mail)
Walter W. Brown, Esq. (by e-mail)
Michael A. Adler, Esq.

00370520.2

# EXHIBIT 14

## SECTION 00800

### Special Contract Requirements

### Index

1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK
1.2 LIQUIDATED DAMAGES - CONSTRUCTION
1.3 EQUAL OPPORTUNITY PREWARD CLEARANCE OF SUBCONTRACTS
1.4 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS
1.5 RECORD DRAWINGS
1.6 PHYSICAL DATA
1.7 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE
1.8 CONSTRUCTION PROJECT SIGNS
1.9 SUBMISSION OF CLAIMS
1.10 SCHEDULING AND DETERMINATION OF PROGRESS
1.11 INSPECTION
1.12 NOTICE TO MARINERS
1.13 PROTECTION OF EXISTING STRUCTURES
1.14 BRIDGE-TO-BRIDGE COMMUNICATION
1.15 PERFORMANCE EVALUATION OF CONTRACTOR
1.16 FINAL EXAMINATION AND ACCEPTANCE
1.17 FUEL USAGE
1.18 OIL TRANSFER OPERATION
1.19 CERF IMPLEMENTATION
1.20 ENVIRONMENTAL LITIGATION
1.21 SIGNAL LIGHTS
1.22 LABOR – ADDITIONAL REQUIREMENTS
1.23 CONTINUING CONTRACT
1.24 VERIFICATION OF SMALL BUSINESS UTILIZATION
1.25 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS
1.26 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER
1.27 SAFETY AND HEALTH REQUIREMENTS MANUAL
1.28 PLANT
1.29 STATE/LOCAL INCOME TAXES
1.30 THE SEAGOING BARGE ACT
1.31 TIME EXTENSIONS
1.32 SUPERINTENDENCE OF SUBCONTRACTORS
1.33 INSURANCE PROCURED BY CONTRACTOR
1.34 FIELD OFFICE
1.35 PRICING ADJUSTMENTS
1.36 PERFORMANCE EVALUATION OF CONTRACTOR
1.37 PARTNERSHIP IMPLEMENTATION PLAN
1.38 PRECONSTRUCTION CONFERENCE
1.39 MISPLACE MATERIAL
1.40 CHANGE OF DISPOSAL FACILITY
1.41 NOTES OF ESTIMATED ROCK ELEVAIONS
1.42 GOVERNMENT RESIDENT MANAGEMENT SYSTEM
1.43 CONTRACTOR DIVING OPERATIONS
1.44 FACILITIES
1.45 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS

1.46 QUANTITY SURVEYS
1.47 CERTIFIED SAFETY PROFESSIONALS

# EXHIBIT 15

US Army Corps
Of Engineers
New York District

# NEW YORK HARBOR AND ADJACENT CHANNELS

## PORT JERSEY CHANNEL, CONTRACT NO. 1

## BAYONNE, NEW JERSEY

**Specifications**

**IFB NO. DACW51-02-B-0006**

(UNRESTRICTED)

G006189



G01010 06010

area, the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of Non-Rock Dredged Material removed will be based on these surveys.

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

**1.45 ALTERNATE DISPOSAL SITE COMPLIANCE**

1.45.1 If the bidder selects to bid an alternate disposal site(s) for the processing and disposal of Non-rock material unsuitable for placement at the HARS other than the Government designated upland site, bidders must submit with his/her bid the site(s)'s permit which states that the site(s) is permitted to process and dispose of dredged material. The Apparent low bidder must demonstrate to the Government within 70 calendars from the date the Apparent low bidder is notified of being the low bidder; that the alternate disposal site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line item 0001AC and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material.

1.45.2 The disposal site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the project site. The Apparent low bidder is required to perform all work to demonstrate that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line item 0001AC and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable law and requirements of all associated permits, approvals and government authorities having jurisdiction.

1.45. 3 Apparent low bidder Submittals

1.45.3.1 ITEMS TO BE SUBMITTEED AT THE BID OPENING
Items that must accompany the bid if an alternate disposal site is selected:

1.45.3.1.1 Copies of Permits - Copies of any and all permits that demonstrate that the selected site(s) are permitted to process and dispose of dredged material and that the site(s) are legal to operate and receive dredged material on the date of the bid opening. Permits or regulatory approvals that shall be provided by the Apparent low bidder to the Government with the bid package include placement site permits as applicable and others as related to transportation, processing and placement of the dredged material, or any other aspects of the Apparent low bidder's proposed disposition of the dredged material including any and all permits, authorizations, contracts, agreements, licenses, rights-of-entry.

1.45.3.1.2 Detailed List of Permits and Approvals Required - The Government recognizes that some permits, particularly those that will require testing of the material, cannot be supplied at bid opening. A detailed list of all permits and interim guideline approvals required by any governmental body or regulatory agency to perform the work as described by the apparent low bidder must accompany the bid package. The submission must include a description and the permits the Apparent low bidder already possesses, and permits or interim guideline approvals to be applied for and yet to be obtained, re-issued or extended.

1.45.3.1.3 Bar Chart for Obtaining Permits and Approvals - A bar chart indicating time(s) required for obtaining all permits required to be provided by the Apparent low bidder for each item of work as described by the Apparent low bidder. The schedule will detail the major steps (such as time to prepare the permit request, the date it will be submitted to the regulatory agency, time for agency review, public coordination, etc).

1.45.3.1.4 Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (CY /day) and throughput rates for their proposed integrated system of dredging, transportation, processing, and placement for each alternate site proposed.

1.45.3.1.5 Disposal Site(s) Elements Information - A) State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the disposal site(s). B) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year. C) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

1.45.3.1.6 Disposal Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the apparent low bidder proposes to perform the work and the dates on which the apparent low bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of the major acceptance areas). The schedule shall indicate that the production rate of the facility is sufficient to ensure that the project will be completed within the contract's required completion date. The Apparent low bidder shall consider their proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The Apparent low bidder must indicate on this schedule the salient features of work for the alternate disposal site(s) that are needed to be completed within 70 calendar days from date the Apparent low bidder is notified of being the low bidder so that the site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity as per line item 0001AC.

1.45.3.2 ITEMS TO BE PROVIDED WITHIN 70 CALENDARS FROM THE date the Apparent low bidder is notified of being the low bidder Items that must be supplied to the Government and found acceptable by the Contracting Officer within 70 days of date the Apparent low bidder is notified of being the low bidder.

1.45.3.2.1 Items to be Submitted at the Bid Opening - All the information provided at the bid opening must also be included in the final package.

1.45.3.2.2 Evidence Demonstrating that the Alternate Disposal site(s) is Permitted, Operational, Capable of Processing and Disposing Dredged Material from the project site - The apparent low bidder must demonstrate to the Government within 70 calendars from date the Apparent low bidder is notified of being the low bidder that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity as per line item 0001AC by calendar day 70 from date the Apparent low bidder is notified of being the low bidder and that the disposal site(s) is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material.

Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Apparent low bidder. The Apparent Low Bidder must provide to the Government proof that the material to be taken from the project site to the Apparent Low Bidder's upland site(s) meets any regulatory testing requirements.

1.45.3.2.3 Copies of Required Permits - The Apparent low bidder shall provide copies of all required permits and approvals for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Documentation of compliance with any other legal or regulatory requirement must be provided to the Government Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport, disposal and placement) will be provided by the New York District U.S. Army Corps of Engineers, Section 00900.

1.45.3.2.4 Five Page Synopsis - The Apparent low bidder shall provide a no more than five-page, single-sided, synopsis detailing the operation to move the Non-rock material unsuitable for placement at the HARS from the site to its final resting place in the apparent low bidder provided disposal site(s) area. The synopsis will provide suitable detail to adequately track the material from dredging, through transportation and processing to ultimate placement. The synopsis should also:

(A) Provide a list of the names, locations, and point of contact, telephone number, loading and unloading facilities for each disposal facility including site capacity.

(B) Provide a detailed map indicating locations of loading and unloading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.

(C) Provide Hours of operation, transportation and operating procedures at unloading facilities.

(D) Provide Facilities information: Access to Unloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any

(E) Provide a detailed description of the dredging procedure proposed.

(F) Submit a detailed description of the loading and transportation procedures to be utilized.

1.45.3.2.5 Availability of Disposal Site
The Contactor must:

(A) Provide proof of the proposed Alternate Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities (permits for the site included with the bid should be also included in this submission).

(B) Provide proof of Disposal Site Owner's approval granting the apparent low bidder the right to dispose dredged material at that site.
(C) Provide proof of uncommitted Disposal Site(s) capacity adequate for the project.

(D) Provide Certification of the Disposal Site's availability corresponding to the current project schedule.

(E) Provide proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and disposal at the proposed Disposal Site(s).

(F) Demonstrate minimum required Disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each alternate disposal site(s).

(G) Provide proof of apparent low bidder's experience in the proposed Disposal Site(s) operations. Or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

1.45.3.2.6 Transportation Capabilities
The Apparent low bidder must:

(A) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

(B) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

1.45.3.2.7 Processing Capabilities

The Apparent low bidder must:
(A) Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:

* Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.

* Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).

* Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if

applicable.

* Rehandling of material (if any) used in the processing of dredged material affecting the project.

(B) Provide any permits and/or licenses applicable to the proposed process, if any.

(C) Provide any patented or proprietary permissions applicable to the proposed process, if any.

(D) Provide proof of processing plant availability for use by the apparent low bidder.

(E) Certify processing plant's availability corresponding to the current project schedule.

(F) Provide proof of Apparent low bidder's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

-- End of Section --

# EXHIBIT 16

**Sulayman, Jamal A NAN02**

**From:** Lee, Myrlande NAN02
**Sent:** Wednesday, September 18, 2002 11:48 AM
**To:** Wisemiller, Bryce W NAN02; Seebode, Joseph J NAN02
**Cc:** Sulayman, Jamal A NAN02
**Subject:** DACW51-02-B-0006 PORT JERSEY CHANNEL

Gentlemen,

I just received a fax from DONJON MARINE informing the Corps of Engineers that the Port Jersey dredge material will be managed at the OENJ Cherokee Bayonne facility. The facility is fully approved by the government and they are prepared to commence receipt of dredge material immediately. We have been given notice that the remaining 70 day time period is not required for the completion of permitting of additional sites.

Thank you,

Myrlande Lee
Contracting Division
264-6707