## All Awarded USACE Dredging Contracts for 2007

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | BUFFALO | 7 Maumee Bay | | 600,000 | | | B+B DREDGING CORPORATION | $ 1,682,500 | | |
| 2007 | BUFFALO | 8 Maumee River | | 115,000 | | | LUEDTKE ENGINEERING CO. | $ 591,400 | | |
| 2007 | BUFFALO | 2 Cleveland/Cuyahoga River | | 225,000 | | | LUEDTKE ENGINEERING CO. | $ 1,964,500 | | |
| 2007 | CHICAGO | 2 Burns Harbor NIPSCO Dredging | | 200,000 | | | GREAT LAKES DOCK AND MATERI | $ 1,923,818 | | |
| 2007 | DETROIT | 60 HOLLAND HARBOR, MI (OUTER) | | 35,000 | | | KING COMPANY, INC. | $ 178,900 | | |
| 2007 | DETROIT | 40 GRAND HAVEN, MI (OUTER) | | 30,000 | | | KING COMPANY, INC. | $ 200,541 | | |
| 2007 | DETROIT | 110 ST JOSEPH HARBOR, MI (O) | | 34,500 | | | KING COMPANY, INC. | $ 257,850 | | |
| 2007 | DETROIT | 55 HARBOR BEACH HARBOR, MI | | 12,500 | | | GOVCON INC. | $ 296,752 | | |
| 2007 | DETROIT | 70 MANITOWOC HARBOR, WI | | 33,000 | | | LUEDTKE ENGINEERING CO. | $ 467,655 | | |
| 2007 | DETROIT | 65 MANISTEE HARBOR, MI | | 60,000 | | | M.C.M. MARINE INC. | $ 363,772 | | |
| 2007 | DETROIT | 80 ONTONAGON HARBOR, MI | | 56,000 | | | M.C.M. MARINE INC. | $ 337,500 | | |
| 2007 | DETROIT | 50 GREEN BAY HARBOR, WI | | 100,000 | | | ROEN SALVAGE COMPANY | $ 3,174,350 | | |
| 2007 | DETROIT | 75 MILWAUKEE HARBOR, WI | | 72,000 | | | LUEDTKE ENGINEERING CO. | $ 765,600 | | |
| 2007 | DETROIT | 5 ARCADIA HARBOR, MI | | 1,700 | | | M.C.M. MARINE INC. | $ 25,200 | | |
| 2007 | DETROIT | 63 LELAND HARBOR, MI | | 5,800 | | | M.C.M. MARINE INC. | $ 41,400 | | |
| 2007 | DETROIT | 90 SAGINAW RIVER, (BAY) MI | | 200,000 | | | LUEDTKE ENGINEERING CO. | $ 2,093,400 | | |
| 2007 | DETROIT | 91 SAGINAW RIVER, (RIVER) MI | | 200,000 | | | LUEDTKE ENGINEERING CO. | $ 632,250 | | |
| 2007 | LOUISVILLE | 1 Ohio Riv Open (2 of 4 opt) | | 1,000,000 | | | LUHR BROS. INC. | $ 4,356,146 | | |
| 2007 | VICKSBURG | 1 RED RIVER | | 2,700,000 | | | PINE BLUFF SAND & GRAVEL CO. | $ 3,384,151 | | |
| 2007 | VICKSBURG | 2 OUACHITA/HARBOR | | 1,800,000 | | | L.W. MATTESON, INC. | $ 3,190,162 | | |
| 2007 | NEW ORLEANS | 661 ATCH/BAY/BAR/HORSE LSD1-05 | | 11,000,000 | | | WEEKS MARINE, INC.(GULF) | $ 4,344,001 | | |
| 2007 | NEW ORLEANS | 134 CALC RIVER MI 29-35 CY 2006 | | 2,500,000 | | | MIKE HOOKS INC. | $ 5,996,500 | | |
| 2007 | NEW ORLEANS | 510 MISSISSIPPI RIV SOUTH PASS | | 7,000,000 | | | BEAN STUYVESANT, LLC | $ 18,370,000 | | |
| 2007 | NEW ORLEANS | 63 3 RIVERS OLD RIV LOCK 1-2006 | | 700,000 | | | PINE BLUFF SAND & GRAVEL CO. | $ 2,590,516 | | |
| 2007 | NEW ORLEANS | 131 CALCASIEU RIVER MI 5 TO 23 | | 4,000,000 | | | MIKE HOOKS INC. | $ 14,162,500 | | |
| 2007 | NEW ORLEANS | 222 FRESHWATER/MERMENTAU | | 1,450,000 | | | WEEKS MARINE, INC.(GULF) | $ 7,266,500 | | |
| 2007 | NEW ORLEANS | 120 ATCH RIV BAR CHAN CY 1-2006 | | 10,000,000 | | | GREAT LAKES DREDGE & DOCK C | $ 12,204,200 | | |
| 2007 | NEW ORLEANS | 200 BY TECHE, CALUMET FOREBAY | | 21,000 | | | GRILLOT CO. INC. | $ 190,000 | | |
| 2007 | NEW ORLEANS | 515 BY LAFOURCHE WEST BELLE | | 850,000 | | | WEEKS MARINE, INC.(GULF) | $ 5,126,725 | | |
| 2007 | NEW ORLEANS | 291 BY SEGNETTE MI 0 TO 4.5 & Y | | 200,000 | | | FOUR H CONSTRUCTION CORP | $ 2,020,696 | | |
| 2007 | NEW ORLEANS | 27 MISS RV PASS A LOUTRE CY CT | | 4,000,000 | | | BEAN STUYVESANT, LLC | $ 8,850,000 | | |
| 2007 | NEW ORLEANS | 1 MISS RIV SWP LSD HOP 1-2007 | | 2,300,000 | | | BEAN STUYVESANT, LLC | $ 2,755,000 | | |
| 2007 | NEW ORLEANS | 2 MISS RIV SWP LSD HOP 2-2007 | | 2,300,000 | | | MANSON CONSTRUCTION CO | $ 2,829,000 | | |
| 2007 | NEW ORLEANS | 3 MISS RIV SWP LSD HOP 3-2007 | | 2,300,000 | | | GREAT LAKES DREDGE & DOCK C | $ 3,980,000 | | |
| 2007 | NEW ORLEANS | 31 MISS RV NO HAR LSD CT 2-2007 | | 1,200,000 | | | PINE BLUFF SAND & GRAVEL CO. | $ 2,941,701 | | |
| 2007 | NEW ORLEANS | 4 MISS RIV SWP LSD HOP 4-2007 | | 2,300,000 | | | MANSON CONSTRUCTION CO | $ 3,160,000 | | |
| 2007 | NEW ORLEANS | 64 BERWICK BAY HARBOR 2-2006 | | 1,000,000 | | | MIKE HOOKS INC. | $ 2,458,501 | | |
| 2007 | NEW ORLEANS | 6 MISS RIV SWP LSD HOP 6-2007 | | 2,300,000 | | | BEAN STUYVESANT, LLC | $ 2,773,000 | | |
| 2007 | NEW ORLEANS | 7 MISS RIV SWP LSD HOP 7-2007 | | 2,300,000 | | | MANSON CONSTRUCTION CO | $ 3,258,000 | | |
| 2007 | NEW ORLEANS | 520 GIWW INNER HARBOR NAV CA | | 14,900 | | | BERTUCCI CONTRACTING CORP | $ 2,543,000 | | |
| 2007 | NEW ORLEANS | 142 HOUMA NAV CAN MILE 9 TO 23 | | 1,000,000 | | | MIKE HOOKS INC. | $ 3,878,600 | | |
| 2007 | NEW ORLEANS | 8 MISS RIV SWP LSD HOP 8-2007 | | 2,300,000 | | | MANSON CONSTRUCTION CO | $ 1,656,000 | | |
| 2007 | NEW ORLEANS | 69 BERWICK THREE RIVERS 3-2006 | | 1,000,000 | | | MIKE HOOKS INC. | $ 3,072,601 | | |
| 2007 | NEW ORLEANS | 32 MISS RV NO HAR LSD CT 3-2007 | | 700,000 | | | WEEKS MARINE, INC.(GULF) | $ 2,291,001 | | |
| 2007 | ST. PAUL | 3 Pool 8 Phase III Stage 2B | | 460,000 | | | L.W. MATTESON, INC. | $ 9,271,998 | | |
| 2007 | BALTIMORE | 2 POPLAR ISL. - CELL 6 CLOSURE | | 900,000 | | | MCLEAN CONTRACTING CO. | $ 8,999,035 | | |
| 2007 | BALTIMORE | 4 CHESTER RIVER, MARYLAND | | 25,031 | | | COTTRELL ENGINEERING CORP. | $ 922,000 | | |
| 2007 | NEW ENGLAND | 1 Salem Harbor | | 160,000 | | | GREAT LAKES DREDGE & DOCK C | $ 2,392,300 | | |
| 2007 | NEW YORK | 6 East Rockaway Inlet, NY | | 260,000 | | | GREAT LAKES DREDGE & DOCK C | $ 3,078,000 | | |
| 2007 | NEW YORK | 10 East River, NY So Brother Is | | 157,640 | | | DONJON MARINE COMPANY, INC. | $ 1,658,170 | | |
| 2007 | NEW YORK | 8 NY&NJ Channels, Arthur Kill | | 66,000 | | | DONJON MARINE COMPANY, INC. | $ 5,594,480 | | |
| 2007 | NORFOLK | 1 Norfolk Harbor 50-Ft Channel | | 506,200 | | | NORFOLK DREDGING COMPANY | $ 2,668,024 | | |

All database information on this spreadsheet was obtained from the USACE Website at - http://www.ndc.iwr.usace.army.mil/dredge/pdf/dredgerpts/drgawdpr.pdf on 12/19/2007 at 1:36PM CST

**Disposal Types:**
**S - Open Water & upland**
**T - Beach nourishment & upland**
**U - Upland**
**X - Undefined**

TDM009101



Information derived from USACE Navigation Data Center
FY 2007 CONTRACT DREDGING PROGRAM

**All Awarded USACE Dredging Contracts for 2007**

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | NORFOLK | 9 James River Dancing Point | | 942,500 | | | NORFOLK DREDGING COMPANY | $ 250,000 | | |
| 2007 | NORFOLK | 3 Sandbridge Beach Nourishment | | 2,000,000 | | | WEEKS MARINE, INC.(GULF) | $ 9,700,000 | | |
| 2007 | NORFOLK | 11 James River Channel | | 580,000 | | | COTTRELL ENGINEERING CORP. | $ 10,870,300 | | |
| 2007 | NORFOLK | 10 James R. RDWT & Goose Hill | | 160,800 | | | COTTRELL ENGINEERING CORP. | $ 1,474,620 | | |
| 2007 | NORFOLK | 12 Chincoteague Coast Guard | | 13,000 | | | SALMONS, INC | $ 391,290 | | |
| 2007 | PHILADELPHIA | 4 Maint Drdg Wilm Hrbr Del | | 600,000 | | | NORFOLK DREDGING COMPANY | $ 1,492,623 | | |
| 2007 | PHILADELPHIA | 7 Maint. Dredging NJIWW | | 35,000 | | | BARNEGAT BAY DREDGING COMP | $ 298,750 | | |
| 2007 | PHILADELPHIA | 1 Bethany Beach Shr Prot Del | | 1,147,000 | | | WEEKS MARINE, INC.(GULF) | $ 21,331,915 | | |
| 2007 | PHILADELPHIA | 2 Maint Dredging Phila To Sea | | 1,750,000 | | | NORFOLK DREDGING COMPANY | $ 4,577,300 | | |
| 2007 | PORTLAND | 2 Col R. Consolidated Material | | 1,200,000 | | | J.E. MCAMIS, INC. | $ 9,813,000 | | |
| 2007 | PORTLAND | 7 North Coast Hopper, Maint. D | | 3,150,000 | | | GREAT LAKES DREDGE & DOCK C | $ 7,371,894 | | |
| 2007 | PORTLAND | 5 Oregon South Coast | | 60,000 | | | HICKEY MARINE ENTERPRISES | $ 1,816,250 | | |
| 2007 | PORTLAND | 6 Pearl Harbor Main Ch. Maint. | | 41,700 | | | HEALY-TIBBITTS | $ 1,186,127 | | |
| 2007 | PORTLAND | 1 Col.River Ch. Improv.Phase3 | | 7,950,000 | | | GREAT LAKES DREDGE & DOCK C | $ 39,750,857 | | |
| 2007 | PORTLAND | 8 South Beach Marina | | 8,050 | | | NEHLAEM RIVER DREDGING | $ 132,579 | | |
| 2007 | SEATTLE | 3 OLYMPIA HARBOR | | 101,000 | | | MANSON CONSTRUCTION CO | $ 620,000 | | |
| 2007 | SEATTLE | 1 QUILLAYUTE RIVER | | 58,000 | | | PORTABLE HYDRAULIC DREDGIN | $ 1,851,000 | | |
| 2007 | SEATTLE | 2 SEATTLE HARBOR, DUWAMISH WW | | 134,000 | | | MANSON CONSTRUCTION CO | $ 693,100 | | |
| 2007 | ALASKA | 3 Nome Maintenance Dredging | | 2,644 | | | PORTABLE HYDRAULIC DREDGIN | $ 653,000 | | |
| 2007 | ALASKA | 1 Port of Anchorage | | 2,000,000 | | | MANSON CONSTRUCTION CO | $ 9,827,400 | | |
| 2007 | ALASKA | 5 Dillingham SBH Maint. Drdge | | 95,000 | | | ROY D. GARREN, INC. | $ 524,300 | | |
| 2007 | ALASKA | 2 Ninilchik Main. Dredge | | 9,000 | | | PORTABLE HYDRAULIC DREDGIN | $ 180,250 | | |
| 2007 | ALASKA | 4 Homer Maintenance Dredging | | 240,412 | | | PORTABLE HYDRAULIC DREDGIN | $ 238,946 | | |
| 2007 | HONOLULU | 2 KIKIAOLA LIGHT DRAFT HARBOR | | 30,000 | | | KIEWIT PACIFIC CO. | $ 18,771,500 | | |
| 2007 | CHARLESTON | 1 Charleston Upper Hartbor | | 1,569,000 | | | MARINEX CONSTRUCTION CO INC | $ 4,609,970 | | |
| 2007 | CHARLESTON | 6 FOLLY BEACH RENURISHMENT | | 485,000 | | | GREAT LAKES DREDGE & DOCK C | $ 8,426,000 | | |
| 2007 | CHARLESTON | 4 SAMPIT RIVER UPPER WINYAH MA | | 760,000 | | | SOUTHERN DREDGING CO., INC. | $ 1,966,070 | | |
| 2007 | CHARLESTON | 3 NAVAL WEAPONS STATION DRDG | | 1,193,400 | | | MARINEX CONSTRUCTION CO INC | $ 1,983,270 | | |
| 2007 | JACKSONVILLE | 2 CAN HBR MULTI-YEAR MD Year 3 | | 500,000 | | | WEEKS MARINE, INC.(GULF) | $ 2,795,400 | | |
| 2007 | JACKSONVILLE | 3 Palm Beach Harbor (FY 07) | | 100,000 | | | B+B DREDGING CORPORATION | $ 2,078,525 | | |
| 2007 | JACKSONVILLE | 12 Fernandina Harbor (FY 07) | | 700,000 | | | MANSON CONSTRUCTION CO | $ 2,876,000 | | |
| 2007 | JACKSONVILLE | 6 Blount Is Marine Corps Term | | 310,000 | | | COTTRELL ENGINEERING CORP. | $ 2,244,000 | | |
| 2007 | JACKSONVILLE | 10 Ft Pierce Beach SPP | | 550,000 | | | MANSON CONSTRUCTION CO | $ 6,506,550 | | |
| 2007 | JACKSONVILLE | 7 IWW-St Johns Co (Matanzas) | | 183,000 | | | SOUTHWIND CONSTRUCTION CO | $ 1,516,370 | | |
| 2007 | JACKSONVILLE | 4 Kings Bay Navy Base IC | | 760,000 | | | MARINEX CONSTRUCTION CO INC | $ 3,138,500 | | |
| 2007 | JACKSONVILLE | 5 Jax Hbr O&M | | 350,000 | | | NORFOLK DREDGING COMPANY | $ 4,081,580 | | |
| 2007 | JACKSONVILLE | 25 Kings Bay EC - Summer | | 300,000 | | | GREAT LAKES DREDGE & DOCK C | $ 11,091,825 | | |
| 2007 | WILMINGTON | 785 WW CON PAML S. BEAUF H, ROLL | | 370,000 | | | COTTRELL ENGINEERING CORP. | $ 2,482,000 | | |
| 2007 | WILMINGTON | 784 WILMINGTON HBR OB | | 850,000 | | | MANSON CONSTRUCTION CO | $ 2,059,250 | | |
| 2007 | WILMINGTON | 797 MOREHEAD CITY (OB) | | 920,000 | | | WEEKS MARINE, INC.(GULF) | $ 10,326,000 | | |
| 2007 | WILMINGTON | 783 WILM HBR-SMITH -BALDHEAD | | 1,300,000 | | | GREAT LAKES DREDGE & DOCK C | $ 9,167,370 | | |
| 2007 | WILMINGTON | 800 AIWW-MHC INTERIOR | | 776,000 | | | COTTRELL ENGINEERING CORP. | $ 5,873,000 | | |
| 2007 | WILMINGTON | 779 MOTSU | | 1,500,000 | | | NORFOLK DREDGING COMPANY | $ 4,464,000 | | |
| 2007 | WILMINGTON | 782 WILM HBR ANCH BASIN | | 1,500,000 | | | SOUTHERN DREDGING CO., INC. | $ 4,891,760 | | |
| 2007 | LOS ANGELES | 1 Santa Barbara Hbr Maint Drdg | | 315,000 | | | AIS CONSTRUCTION COMPANY | $ 3,193,000 | | |
| 2007 | GALVESTON | 1 GIWW Boggy to Upp.Mat/Ch Pal | | 4,378,300 | | | KING FISHER MARINE SERV., INC. | $ 11,963,575 | | |
| 2007 | GALVESTON | 4 CCSC Entrance Channel | | 1,000,000 | | | SUNSET MARINE LLC | $ 2,776,045 | | |
| 2007 | GALVESTON | 5 GIWW CC Bay to Mudflats | | 1,000,000 | | | KING FISHER MARINE SERV., INC. | $ 4,928,600 | | |
| 2007 | GALVESTON | 14 SNWW Port Arthur JA & TB | | 2,000,000 | | | PINE BLUFF SAND & GRAVEL CO. | $ 5,353,200 | | |
| 2007 | GALVESTON | 8 BIH Inside Jetty Channel | | 500,000 | | | GREAT LAKES DREDGE & DOCK C | $ 1,889,050 | | |
| 2007 | LITTLE ROCK | 1 W9127S | | 1,667,000 | | | L.W. MATTESON, INC. | $ 6,120,300 | | |
| | | | Total Estimated cy 2007 | 120,896,077 | | | | | | |

All database information on this spreadsheet was obtained from the USACE Website at - http://www.ndc.iwr.usace.army.mil/dredge/pdf/dredgerpts/drgawdpr.pdf on 12/19/2007 at 1:36PM CST

**Disposal Types:**
**S - Open Water & upland**
**T - Beach nourishment & upland**
**U - Upland**
**X - Undefined**

TDM009102

## All Awarded USACE Dredging Contracts for 2008

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | NEW ORLEANS | 430 CALC BAR LSD HOP IDDQ T.O. 4 | | 3,000,000 | | O | 1 | SUNSET MARINE/B+B JV | $3,179,020 | | |
| 2008 | NEW ORLEANS | 62 ATCH BAY BAR HORSE LSD 2-05 | | 11,000,000 | | W | 1 | WEEKS MARINE, INC.(GULF) | $10,557,501 | | |
| 2008 | NEW ORLEANS | 64 BERWICK THREE RIVERS 4-2006 | | 1,000,000 | | M | 2 | MIKE HOOKS INC. | $2,686,241 | | |
| 2008 | NORFOLK | 1 James River Dancing Point | | 215,500 | | O | 1 | COTTRELL ENGINEERING CORP. | $1,389,800 | | |
| 2008 | PORTLAND | 7 Cowlitz River Dredging | | | | X | 3 | UNDERWATER EARTH MOVERS, I | $1,672,250 | | |
| 2008 | ALASKA | 4 Dillingham SBH Maint. Drdg | | 95,000 | | O | 1 | ROY D. GARREN, INC. | $529,050 | | |
| 2008 | ALASKA | 2 Ninilchik Maintenance Dr. | | 9,000 | | U | 1 | PORTABLE HYDRAULIC DREDGIN | $185,750 | | |
| 2008 | ALASKA | 1 Homer Maintenance Dredging | | 8,500 | | U | 1 | PORTABLE HYDRAULIC DREDGIN | $242,243 | | |
| 2008 | ALASKA | 3 Nome Maintenance Dredging | | 30,000 | | O | 1 | PORTABLE HYDRAULIC DREDGIN | $666,000 | | |
| 2008 | CHARLESTON | 3 CHARLESTON ENTRANCE | | 951,000 | | D | 3 | MANSON CONSTRUCTION CO | $2,524,800 | | |
| 2008 | WILMINGTON | 785 WILM HARBR OUTER OCEAN BAR | | 850,000 | | O | 3 | GREAT LAKES DREDGE & DOCK C | $2,576,650 | | |

**Total Estimated cy 2008** **17,159,000**

All database information on this spreadsheet was obtained from the USACE Website at - http://www.ndc.iwr.usace.army.mil/dredge/pdf/dredgerpts/drgawdcu.pdf on 12/19/2007 at 2:07PM CST

**Disposal Types:**
**S - Open Water & upland**
**T - Beach nourishment & upland**
**U - Upland**
**X - Undefined**

TDM009103



Information derived from USACE Navigation Data Center
FY 2008 CONTRACT DREDGING PROGRAM

## Planned USACE Dredging Projects for 2008

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Winning Bidder | Dollar Range | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | ALASKA | 1 HF Homer Maintenance Dredging | | 8,500 | | U | | $1,000,000-$4,999,999 | | HF |
| 2008 | ALASKA | 2 HF Ninilchik Maintenance Dr. | | 9,000 | | U | | $1,000,000-$4,999,999 | | HF |
| 2008 | BALTIMORE | 3 A WICOMICO RIVER, MD | | 100,000 | | U | | $1,000,000-$4,999,999 | | A |
| 2008 | CHARLESTON | 2 A SAMPIT RIVER WINYAH BAY | | 1,260,000 | | U | | $1,000,000-$4,999,999 | | A |
| 2008 | JACKSONVILLE | 10 P KINGS BAY NSB | | 760,000 | | U | | Undefined | | P |
| 2008 | JACKSONVILLE | 14 W TAMPA HARBOR-BIG BEND | | | | U | | Undefined | | W |
| 2008 | JACKSONVILLE | 17 P Horseshoe Cove | | 200,000 | | U | | Undefined | | P |
| 2008 | JACKSONVILLE | 7 P MIAMI RIVER | | 177,000 | | U | | Undefined | | P |
| 2008 | NEW ORLEANS | 145 OA GIWW BELOW BY SORREL LK | | 550,000 | | U | | $1,000,000-$4,999,999 | | OA |
| 2008 | NEW YORK | 10 P Raritan River, NJ | | 30,000 | | U | | $1,000,000-$4,999,999 | | P |
| 2008 | NEW YORK | 11 P NY&NJ Chnl-Arth Kill&Rar Bay | | 39,000 | | U | | $1,000,000-$4,999,999 | | P |
| 2008 | NEW YORK | 13 HP Hudson River Channel,NY 40Ft | | 40,000 | | U | | $1,000,000-$4,999,999 | | HP |
| 2008 | NEW YORK | 2 P Westhampton Bch & W. Shinnec | | 2,000,000 | | U | | $5,000,000 and above | | P |
| 2008 | NEW YORK | 9 P Newark Bay, NJ | | 50,000 | | U | | $1,000,000-$4,999,999 | | P |
| 2008 | NORFOLK | 11 A James River Turning Basin | | 200,000 | | U | | $1,000,000-$4,999,999 | | A |
| 2008 | NORFOLK | 13 A Craney Island Reh. Basin | | 500,000 | | U | | $1,000,000-$4,999,999 | | A |
| 2008 | NORFOLK | 14 HF Tylers Beach | | 10,000 | | U | | $100,000-$499,999 | | HF |
| 2008 | NORFOLK | 15 HF Onancock River | | 100,000 | | U | | $500,000-$999,999 | | HF |
| 2008 | NORFOLK | 16 HF Broad Creek | | 50,000 | | U | | $100,000-$499,999 | | HF |
| 2008 | NORFOLK | 2 A Dismal Swamp Feeder Ditch | | 10,000 | | U | | $100,000-$499,999 | | A |
| 2008 | NORFOLK | 3 A James River Deepwater Term | | 75,000 | | U | | $100,000-$499,999 | | A |
| 2008 | NORFOLK | 4 A James River RDWT to Hopewell | | 75,000 | | U | | $100,000-$499,999 | | A |
| 2008 | NORFOLK | 6 A Norfolk Harbor Channel | | 650,000 | | U | | $1,000,000-$4,999,999 | | A |
| 2008 | PITTSBURGH | 1 P Dredging | | 21,000 | | U | | $500,000-$999,999 | | P |
| 2008 | SACRAMENTO | 1 A Stockton/Sacramento DWSC | | 700,000 | | U | | $5,000,000 and above | | A |
| 2008 | SACRAMENTO | 2 W | | | | U | | Up to $99,999 | | W |
| 2008 | SAVANNAH | 2 P Savh & Bruns Inner Harbor | | 7,000,000 | | U | | $5,000,000 and above | | P |
| 2008 | SEATTLE | 2 A EVERETT HARBOR & SNOHOMISH | | | | U | | $500,000-$999,999 | | A |
| 2008 | ST. PAUL | 1 P Miss River Mech Drdg -Base+2 | | 1,677,000 | | U | | $5,000,000 and above | | P |
| 2008 | ST. PAUL | 2 P Fisher Island Unloading | | 600,000 | | U | | $1,000,000-$4,999,999 | | P |
| 2008 | WILMINGTON | 787 HB AIWW | | 555,000 | | U | | $1,000,000-$4,999,999 | | HB |
| | | | **Total Upland cy 2008** | **17,446,500** | | | | | | |
| 2008 | JACKSONVILLE | 12 W TAMPA HARBOR NW ALAFIA | | | | S | | Undefined | | W |
| 2008 | NEW YORK | 1 P Port Jersey Contract #3 | | 3,661,000 | | S | | $5,000,000 and above | | P |
| 2008 | WILMINGTON | 781 P MOTSU | | 1,500,000 | | S | | $5,000,000 and above | | P |
| 2008 | WILMINGTON | 782 P MOREHEAD CITY OCEAN BAR | | 1,000,000 | | S | | $1,000,000-$4,999,999 | | P |
| 2008 | WILMINGTON | 783 P MOREHEAD CITY INNER HARBOR | | 250,000 | | S | | $1,000,000-$4,999,999 | | P |
| 2008 | WILMINGTON | 786 P WILM HBR MID-RIVER CHNLS | | 600,000 | | S | | $1,000,000-$4,999,999 | | P |
| 2008 | WILMINGTON | 788 P MANTEO OCEAN BAR/SPIT | | 750,000 | | S | | $1,000,000-$4,999,999 | | P |
| | | | **Total Open Water & Upland cy 2008** | **7,761,000** | | | | | | |
| 2008 | LOS ANGELES | 3 P Port Hueneme Deepening | | 550000 | | T | | $1,000,000-$4,999,999 | | P |
| 2008 | PHILADELPHIA | 6 P Rehoboth Dewey Beach DE. | | 360,000 | | T | | $1,000,000-$4,999,999 | | P |
| | | | **Total Beach Nourishment & Upland cy 2008** | **910,000** | | | | | | |

All database information on this spreadsheet was obtained from the USACE Website at - http://www.ndc.iwr.usace.army.mil/dredge/pdf/dredgerpts/drgadvcu.pdf on 12/19/2007 at 2:07PM CST

**Disposal Types:**
**S - Open Water & upland**
**T - Beach nourishment & upland**
**U - Upland**
**X - Undefined**

## Planned USACE Dredging Projects for 2008

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Winning Bidder | Dollar Range | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | DETROIT | 60 A MANISTEE HARBOR, MI | | 50,000 | | X | | $100,000-$499,999 | | A |
| 2008 | GALVESTON | 1 P GIWW-San Ant. Bay to Sundown | | 2,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 10 P TX City Channel | | 1,250,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 11 P Galveston Entrance Channel | | 4,500,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 12 P HSC - Redfish North | | 1,300,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 13 P HSC-Exxon to Carpenter's Bay | | 1,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 2 P CCSC-Inner Basin to LaQuinta | | 500,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 3 P CCSC - Inner Harbor | | 1,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 4 P MSC-Gallinipper to Pnt.Comf. | | 2,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 5 P GIWW-High Island to Rollover | | 1,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 6 P GIWW-FreeportHar to Braz Riv | | 2,500,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 7 P SNWW-Outer Bar & Bank | | 3,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 8 P SNWW-Sabine Pass Channel | | 2,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | GALVESTON | 9 P SNWW-Port Arthur JA&TB | | 3,000,000 | | X | | $1,000,000-$4,999,999 | | P |
| 2008 | MOBILE | 10 A Tenn-Tom/ GIWW | | | | X | | Up to $99,999 | | A |
| 2008 | MOBILE | 3 OA Mobile Bay/Bar | | | | X | | Up to $99,999 | | OA |
| 2008 | MOBILE | 4 P Panama City Beach Nourishmen | | | | X | | Up to $99,999 | | P |
| 2008 | MOBILE | 5 P Mobile Harbor Extensions | | | | X | | Up to $99,999 | | P |
| 2008 | MOBILE | 6 P Gulfport Harbor Improvements | | | | X | | Up to $99,999 | | P |
| 2008 | MOBILE | 7 P Mobile River | | | | X | | Up to $99,999 | | P |
| 2008 | MOBILE | 8 P Pascagoula Harbor Improvemen | | | | X | | Up to $99,999 | | P |
| 2008 | MOBILE | 9 P BMT / Alabama River | | | | X | | Up to $99,999 | | P |
| 2008 | NEW YORK | 6 P Kill Van Kull S-KVK-1 | | | | X | | $5,000,000 and above | | P |
| 2008 | NEW YORK | 7 P Anchorage S-AN-1B | | | | X | | $5,000,000 and above | | P |
| 2008 | PORTLAND | 2 A South Coast Clamshell | | | | X | | Undefined | | A |
| 2008 | PORTLAND | 3 A Garibaldi (Tillamook Bay) | | | | X | | Undefined | | A |
| 2008 | PORTLAND | 4 A Depot Slough (Yaquina River) | | | | X | | Undefined | | A |
| 2008 | PORTLAND | 5 A Rogue Small Boat Basin | | 5,600,000 | | X | | Undefined | | A |
| 2008 | PORTLAND | 6 A Regional Hopper Contract | | 5,600,000 | | X | | Undefined | | A |
| 2008 | PORTLAND | 7 A Cowlitz River Dredging | | | | X | | Undefined | | A |
| | | | Total Undefined cy 2008 | 36,300,000 | | | | | | |

All database information on this spreadsheet was obtained from the USACE Website at - http://www.ndc.iwr.usace.army.mil/dredge/pdf/dredgerpts/drgadvcu.pdf on 12/19/2007 at 2:07PM CST

**Disposal Types:**
**S - Open Water & upland**
**T - Beach nourishment & upland**
**U - Upland**
**X - Undefined**

TDM009105



Information derived from USACE Navigation Data Center
FY 2008 CONTRACT DREDGING PROGRAM

## Dredging for San Francisco District 2000 - 2005

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | San Francisco | Maintenance Dredging | | | 881,720 | In-Bay | | | | | |
| 2000 | San Francisco | Maintenance Dredging | | | 710,827 | Ocean | | | | | |
| 2000 | San Francisco | Maintenance Dredging | | | 34,301 | Beneficial Reuse | | | | | |
| 2000 | San Francisco | New work | | | - | In-Bay | | | | | |
| 2000 | San Francisco | New work | | | - | Ocean | | | | | |
| 2000 | San Francisco | New work | | | 2,242,775 | Beneficial Reuse | | | | | |
| | | | | **Total cy Dredging 2000** | **3,869,623** | | | | | | |

Above 2000 information on this spreadsheet was obtained from the USACE San Francisco District Website, Dredge Material Management Office Annual Report January 1, 2000 through December 31, 2000 at - http://www.spn.usace.army.mil/conops/dmmo2000annualreport.pdf on 01/09/2008 at 1:11PM CST

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | San Francisco | Maintenance Dredging | | | 2,041,936 | In-Bay | | | | | |
| 2001 | San Francisco | Maintenance Dredging | | | 566,679 | Ocean | | | | | |
| 2001 | San Francisco | Maintenance Dredging | | | 287,126 | Beneficial Reuse | | | | | |
| 2001 | San Francisco | New work | | | - | In-Bay | | | | | |
| 2001 | San Francisco | New work | | | - | Ocean | | | | | |
| 2001 | San Francisco | New work | | | 741,130 | Beneficial Reuse | | | | | |
| | | | | **Total cy Dredging 2001** | **3,636,871** | | | | | | |

Above 2001 information on this spreadsheet was obtained from the USACE San Francisco District Website, Dredge Material Management Office Annual Report January 1, 2001 through December 31, 2001 at - http://www.spn.usace.army.mil/conops/2001annualreport.pdf on 01/09/2008 at 1:11PM CST

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | San Francisco | Maintenance Dredging | | | 1,875,795 | In-Bay | | | | | |
| 2002 | San Francisco | Maintenance Dredging | | | 841,478 | Ocean | | | | | |
| 2002 | San Francisco | Maintenance Dredging | | | 389,439 | Beneficial Reuse | | | | | |
| 2002 | San Francisco | New work | | | 11,760 | In-Bay | | | | | |
| 2002 | San Francisco | New work | | | 272,336 | Ocean | | | | | |
| 2002 | San Francisco | New work | | | 260,364 | Beneficial Reuse | | | | | |
| | | | | **Total cy Dredging 2002** | **3,651,172** | | | | | | |

Above 2002 information on this spreadsheet was obtained from the USACE San Francisco District Website, Dredge Material Management Office Annual Report January 1, 2002 through December 31, 2002 at - http://www.spn.usace.army.mil/conops/dmmoannualreport2002.pdf on 01/09/2008 at 1:13PM CST

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | San Francisco | Total Dredging Volumes | | | 3,382,411 | In-Bay | | | | | |
| | | | | **Total cy Dredging 2003** | **3,382,411** | | | | | | |

Above 2003 information on this spreadsheet was obtained from the USACE San Francisco District Website, Dredge Material Management Office LTMS 6-Year Review Report at - http://www.spn.usace.army.mil/conops/LTMS6-yrReviewReport.pdf on 01/09/2008 at 1:17PM CST

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | San Francisco | SF-9 | | | 43,381 | In-Bay | | | | | |
| 2004 | San Francisco | SF-10 | | | 184,308 | In-Bay | | | | | |
| 2004 | San Francisco | SF-11 | | | 871,337 | In-Bay | | | | | |
| 2004 | San Francisco | SF-16 | | | 216,000 | In-Bay | | | | | |
| 2004 | San Francisco | Ocean | | | 341,000 | Ocean | | | | | |
| 2004 | San Francisco | Montezuma | | | 697,200 | U-W-R | | | | | |
| | | | | **Total cy Dredging 2004** | **2,353,226** | | | | | | |

Above 2004 information on this spreadsheet was obtained from the USACE San Francisco District Website, Dredge Material Management Office Annual Report January 1, 2004 through December 31, 2004 at - http://www.spn.usace.army.mil/conops/DMMO2004AnnRept.ppt on 01/09/2008 at 1:14PM CST

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Number of bidders | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | San Francisco | Oakland 50-foot Deepening | | | 4,474,061 | | | | | | |
| 2005 | San Francisco | Balance of Total 2005 Dredging | | | 2,459,073 | | | | | | |
| | | | | **Total cy Dredging 2005** | **6,933,134** | | | | | | |

Above 2005 information on this spreadsheet was obtained from the USACE San Francisco District Website, Dredge Material Management Office LTMS 6-Year Review Report at - http://www.spn.usace.army.mil/conops/LTMS6-yrReviewReport.pdf on 01/09/2008 at 1:17PM CST

**U-W-R = Upland, Wetland, Reuse**

## Planned Dredging for San Francisco District 2007 - 2009

| Fiscal Year | USACE District | Job Name | Latitude / Longitude | Estimated Quantity cy | Actual Quantity cy | Disposal Type | Winning Bidder | Winning Bid | Actual Cost | Job Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | San Francisco | Oakland Harbor | | 500,000 | | | | | | |
| 2007 | San Francisco | Suisun Bay/New York Slough | | 175,000 | | | | | | |
| 2007 | San Francisco | Richmond Inner Harbor | | 450,000 | | | | | | |
| 2007 | San Francisco | Richmond Outer Harbor | | 300,000 | | | | | | |
| 2007 | San Francisco | SF Main Ship Channel | | 575,000 | | | | | | |
| 2007 | San Francisco | Pinole Shoal (San Pablo Bay) | | 175,000 | | | | | | |
| 2007 | San Francisco | Redwood City Harbor | | 325,000 | | | | | | |
| 2007 | San Francisco | Napa River (upper and lower reaches) | | 625,000 | | | | | | |
| 2007 | San Francisco | Petaluma Across the Flats | | 525,000 | | | | | | |
| 2007 | San Francisco | Petaluma River (upper portion) | | 350,000 | | | | | | |
| 2007 | San Francisco | San Leandro Marina (Jack D. Maltester) | | 250,000 | | | | | | |
| | | | | | | | | | | |
| 2008 | San Francisco | Oakland Harbor | | 500,000 | | | | | | |
| 2008 | San Francisco | Richmond Inner Harbor | | 450,000 | | | | | | |
| 2008 | San Francisco | Richmond Outer Harbor | | 300,000 | | | | | | |
| 2008 | San Francisco | Suisun Bay and New York Slough | | 175,000 | | | | | | |
| 2008 | San Francisco | SF Main Ship Channel | | 575,000 | | | | | | |
| 2008 | San Francisco | Pinole Shoal (San Pablo Bay) | | 175,000 | | | | | | |
| 2008 | San Francisco | Redwood City Harbor | | 175,000 | | | | | | |
| 2008 | San Francisco | San Rafael Inner Canal | | 200,000 | | | | | | |
| 2008 | San Francisco | San Rafael Across The Flats | | 225,000 | | | | | | |
| | | | | | | | | | | |
| 2009 | San Francisco | Oakland Harbor | | 500,000 | | | | | | |
| 2009 | San Francisco | Richmond Inner Harbor | | 450,000 | | | | | | |
| 2009 | San Francisco | Richmond Outer Harbor | | 300,000 | | | | | | |
| 2009 | San Francisco | Suisun Bay and New York Slough | | 175,000 | | | | | | |
| 2009 | San Francisco | SF Main Ship Channel | | 575,000 | | | | | | |
| 2009 | San Francisco | Pinole Shoal (San Pablo Bay) | | 175,000 | | | | | | |
| 2009 | San Francisco | Redwood City Harbor | | 175,000 | | | | | | |
| | | | | | | | | | | |

The following Notes numbered 4 -6 are copied from the original note numbered 4-6 with the original presentation of the information on the USACE website.

4) All volume estimates are based on actual historical dredging records for at least 20 years, excluding any channel deepening volumes. Dredging volumes were plotted as well as arithmatically averaged to derive an historical average.

5) Total Estimated Volumes were derived by taking the historical average for the project and adding a 25% contingency factor to account for the additional one foot of unpaid overdepth which was not a factor in prior years dredging.

6) Total Maximum Volumes were determined by visually picking out the peak dredging events in the historical record (excluding deepening) , averaging these and then applying the 25% contingency factor.

All database information on this spreadsheet was obtained from the USACE Website at - http://www.spn.usace.army.mil/newsrelease/newsrelease_02_26_07.html on 01/07/2008 at 11:58AM CST

TDM009108

Page 1 - http://www.usace.army.mil/

NEWSROOM | STRATEGIC DIRECTION | WHO WE ARE | MISSIONS | HISTORY | RELATED LINKS | KIDS CORNER

US Army Corps of Engineers®




RELEVANT
READY
RESPONSIVE
RELIABLE

*Proudly serving the Armed Forces and the Nation now and in the future.*

HOW DO I... >Contact the Corps? >Find a Recreation Area? >Obtain a Permit? >Get a Lease? >Get a Job with the Corps? >Contract with the Corps? >Find a Local Corps Office? >Find Corps Publications? >Find a Corps Map?

Topics A to Z | USACE Library Program | FAQs

This site | Search

# Fort Huachuca Family housing could be any new American neighborhood



Whole new neighborhoods are under construction for Army families at Fort Huachuca. (Photo courtesy of Los Angeles District)

Along a quiet, sunny street called Shelton Court, a young mother leads her two toddlers down the sidewalk and into a grassy play area. Their giggles fill the air as they skip through the clipped green grass.

This could be a suburban neighborhood in almost any town in the U.S., but this particular neighborhood of meandering streets, beautiful homes, and a grassy play area for small children is new military housing at Fort Huachuca, Ariz.

During the past five years, the U.S. Army Corps of Engineers has built about

## IN THE NEWS

IPET Risk Maps Released in June for New Orleans Are Correct

Corps Releases External Review Report on Herbert Hoover Dike

Corps releases Center Hill Dam Consensus Report

Corps Releases New Risk Maps for the New Orleans Area

Hurricane Protection Decision Chronology

New Orleans Risk Assessment

Louisiana & Mississippi Hurricane Response
- Interagency Performance Evaluation Taskforce
- Hurricane Protection System-Gulf Coast
- Louisiana Recovery Field Office
- Consolidated Hurricane Contracts Listing

Afghanistan Engineer District

Page 2 - http://www.usace.army.mil/missions/index.html



US Army Corps of Engineers®

# MISSIONS

RELEVANT
READY
RESPONSIVE
RELIABLE

*Proudly serving the Armed Forces and the Nation now and in the future.*

The United States Army Corps of Engineers (USACE) serves the Armed Forces and the Nation by providing vital engineering services and capabilities, as a public service, across the full spectrum of operations--from peace to war--in support of national interests.




Corps missions include five broad areas:

- Water Resources
- Environment
- Infrastructure
- Homeland Security
- Warfighting

These capabilities are complementary and reinforcing. For example, employee projects on our Nation's waterways have deployed to Iraq and Afghanistan anc support the warfighter.

Click Here for Page 3

## Water Resources

In support of Nation's interests, build broad-based relationships and alliances to collaboratively provide comprehensive, systems-based, sustainable resources national and international challenges.

From our hundreds of rivers, lakes and wetlands to our thousands of miles of coastal shoreline, we are fortunate in America to enjoy an abundance of water resourc for their natural beauty, for the many ways they help meet human needs, and for the fact that they provide habitat for thousands of species of plants, fish and wildlife.

The Corps is proud to have the responsibility of helping to care for these important aquatic resources. Through its Civil Works program the Corps carries out a wid

TDM009109

Page 3 - http://www.usace.army.mil/missions/water.html

US Army Corps of Engineers

# MISSIONS

*One Team: Relevant, Ready, Responsive, Reliable*

## Water Resources



Army involvement in works "of a civil nature," including water resources, goes back almost to the origins of the U.S. Over the years, as the Nation's needs have changed, so have the Army's Civil Works missions.

At Corps of Engineers Headquarters in Washington, DC, the Directorate of Civil Works oversees the program, with projects located throughout the United States.

Funds for the Civil Works program come from the annual Energy and Water Development Appropriation, not the Defense budget. And many projects also receive cost-sharing funds supplied directly by non-Federal sponsors for specific projects.

Directorate of Civil Works

Institute for Water Resources

## Navigation



Supporting navigation by maintaining and improving channels was the Corps of Engineers' earliest Civil Works mission, dating to Federal laws in 1824 authorizing the Corps to improve safety on the Ohio and Mississippi Rivers and several ports. Maintaining channels means keeping them at specified depths and widths by dredging and other means. Maintaining also means removing impediments, like logjams. Improving means making them deeper or wider.

Today, the Corps maintains more than 12,000 miles (19,200 km) of inland waterways and operates 235 locks. These waterways -a system of rivers, lakes and coastal bays improved for commercial and recreational transportation - carry about 1/6 of the Nation's inter-city freight, at a cost per ton-mile about 1/2 that of rail or 1/10 that of trucks. The Corps also maintain 300 commercial harbors, through which pass 2 billion tons of cargo a year, and more than 600 smaller harbors. With more than 13 million American jobs dependent on our import and export trade, these ports are vital to our economic security. Detailed information on the commerce handled by the Nation's ports and waterways is available from the Corps' Navigation Data Center.

Links

Navigation Data Center

Navigation Information Connection

Navigation Education and Outreach

**Click Here for Page 4**

Ports and waterways also play a role in national defense. Practically all the heavy equipment

TDM009110

# Page 4 - http://www.iwr.usace.army.mil/ndc/index.htm

Welcome to the US Army Corps of Engineers

Navigation Data Center

Friday, January 4, 2008 11:22:09 AM



Waterborne Commerce | Vessel Characteristics | Port Facilities | Dredging Information | Lock Characteristics | Lock Performance

*Click on the pictures above for detailed information [illegible] subject area*

*Click on the links below for new additions, related links, monthly indicators [illegible]*

Click Here for Page 5

**2005 DATA AVAILABLE** - WCUS-Parts 1,2,3,4 and 5, [illegible]

Site Index

Site Index - Select One:

*USACE Headquarters*

*Institute for Water Resources Home*

*Navigation Notices*

Navigation Charts

*USAGov Search Government Websites*

Search the Web
Facts
Publications
Monthly Indicators
About NDC
Related Links
Foreign Waterborne Transportation

FREE CD

NDC Publications and US Waterway Data

Find Out More

0101DATA0101 for downloading

Metadata

GIS

Eroc Codes

Navigation Data Information Workshop 7 July 2005

Waterborne Commerce | Vessel Characteristics | Port Facilities
Dredging Contracts | Lock Characteristics | Lock Statistics

Privacy Notice
Comments or Questions Contact:
NDC
U.S. Army Corps of Engineers
Institute for Water Resources

USACE Home

Div Dist Ctr Lab FOA You Are

TDM009111