# Page 5 - http://www.iwr.usace.army.mil/ndc/dredge/dredge.htm

Welcome to the US Army Corps of Engineers
Navigation Data Center

**Click Here for Page 6**

NDC [illegible]me
Data

USACE Safety Manual

**Corps/Industry Weekly Report**
*Dredge Fleet Status*

**Advertising Schedule**
*Current FY*
*Next FY*
*Legend*

**Dredging Contracts Awarded**
*Current FY*
*Previous FY*

**The Corps of Engineers Dredge Schedule**
*Current FY*
*Previous FY*
*Next FY*

**Dredging Costs Analysis**
*FY 96-06*

**DOTS**
*Dredging Operations Technical Support*

**DOER**
*Dredging Operations & Environmental Research*

## Dredging Program



**Mission**

These data are entered by District personnel directly into the central database. Reports are posted every other Monday.
*NOTE: To view these reports download the free Adobe Acrobat reader*

**Note regarding where this data is stored and how often the NDC gets updates.**

The **Advertising Schedule** for the current fiscal year includes selected information and the status of all Corps dre[illegible] advertised in the designated fiscal year. The report is sorted by the district code and the bid opening date and for each job nam[illegible] information on dates of anticipated bid ad[illegible] estimated quantity to be dredged. The Advertising Schedule Legend, available as a separate file, contains the code description for job status, [illegible] of work, suggested dredge typ[illegible] units, type of disposal, [illegible] business [illegible]de restriction.

**Click here for PDFs**

The **Dredging Contracts Awarded** reports for the current and previous fiscal years includes selected information on all Corps advertised and awarded dredging contracts in the designated fiscal year. For the purposes of this report, a contract is placed in the fiscal year of the bid open date regardless of which fiscal year is credited with the expenditures. The report is sorted by district code and award date and includes the job name, type of dredge used, quantity of dredging in the bid, total government estimate, total winning bid, winning bidder, business status of bidder and the number of bids for that contract. Total cubic yards and dollars for each district and total values for the entire report are included.

The Corps of Engineers Dredge Report lists the anticipated work schedule of twelve Corps owned and operated dredges. For the period of the fiscal year (Oct 1 to Sep 31) it includes dates, location, quantity and number of work days.

The Corps/Industry Dredge Fleet Status report is updated weekly and lists the location and dates of activity of the Corps minimum Fleet dredges and the industry hopper dredges.

TDM009112

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC Home
Publications
Metadata

U.S. Waterway Data
Commodity Codes (WCUS) Cross Reference
Commodity Codes (Hazardous) Cross Reference
Dredging Statistics
Entrances and Clearances
Foreign Cargo
Lock Characteristics
Lock Statistics
Port and Waterway Facilities
Principal Ports
Schedule K Classification of Foreign Ports
State Tonnages




Click Here for Page 7

NDC Home | Overview | Goals and Objectives | Data Standardization

**Overview**

The U.S. Waterway Data is a collection of data related to the navigable waters in the United States, including inland waterways, off-shore waters, the Great Lakes, and the Saint Lawrence Seaway. Data on commerce, facilities, locks, dredging, imports and exports, and accidents are included along with the geographic waterway network. The data were compiled from several agencies, including the U.S. Army Corps of Engineers Navigation Data Center, the U.S. Bureau of the Census, the U.S. Coast Guard, Oak Ridge National Laboratory, and Vanderbilt University. One of the objectives of this coordinated effort is to make waterway data more widely available and easily accessible.

The data included here are in standard file formats that can be easily imported into other software tools such as spreadsheets, databases, and Geographic Information Systems (GIS). Click on the subject areas in the left margin for a complete description of the data.

TDM009113

Welcome to the US Army Corps of Engineers

Navigation Data Center

NDC Home
Data
Back

# U.S. Waterway Data

## Dredging Information System

**File Description: Corps Owned Dredges** ← Click Here for Page 12

Information about dredging activities performed by the Corps owned and operated dredges.

**File Description: Dredging Contracts** ← Click Here for Page 8

Information about each awarded dredging contract advertised by the Corps of Engineers.

Contact for Additional Information
Department of the Army, Corps of Engineers
CEIWR-NDC
7701 Telegraph Road, Casey Bldg
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

---

This document was last revised: 4/30/2007

TDM009114

Welcome to the US Army Corps of Engineers
Navigation Data Center



# U.S. Waterway Data

## Dredging Information System
## Dredging Contracts

**File Description:**
Information about each awarded dredging contract advertised by the Corps of Engineers

**Data Dictionary** ← **Click Here for Page 11**

**File Directory:**

**\dredging\data\ Comma delimited (.txt)** ← **Click Here for Page 9**

**\dredging\xls\ dbase format (.xls)** ← **Click Here for Page 10**

**Abstract**
This file contains information on each awarded dredging contract advertised by the Corps of Engineers from October 1, 1989 to September 30, 2006 (Fiscal Years 1990 - 2006). For each record, the file contains fiscal year, Corps of Engineers District, and name of dredging location, representative latitude and longitude of the dredging area, units of contract measurement, the estimated number of units, the quantity of dredged material in cubic yards (the equivalent cubic yards if the units were not cubic yards, i.e. hours), type of dredge used, class of work, type of material disposal, dates of bid advertisement, opening and contract award, estimated and actual start and end dates, small business set aside restrictions, government estimate, number of bidders, winning bid, winning bidder, city, state, small business status of winner, and actual cost and quantity dredged.

**Mode**
Water

**Source of Data**
Data entered at each Corps of Engineers District into the central database

**Sponsoring Organization**

TDM009115