Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC
Home
Data
Back

# U.S. Waterway Data

## Dredging Information System

### Data Dictionary

File Name(s): \dredging\data\COEdrdge.txt and \dredging\dbf\COEdrdge.dbf

| COLUMN NUMBER | COLUMN NAME | DESCRIPTION | TYPE | WIDTH |
|---|---|---|---|---|
| 1 | fy | fiscal year Oct 1 to Sep 30 | NUMBER | 2 |
| 2 | distnam | name of Corps of Engineers District | TEXT | 20 |
| 3 | jobname | name of dredging site/location | TEXT | 28 |
| 4 | prdrname | name of the Corps dredge | TEXT | 24 |
| 5 | prdrtype | primary dredge type used<br>B bucket or mechanical<br>D dustpan<br>H hopper<br>N non-conventional (specialty) type<br>P pipeline (cutterhead)<br>S sidecaster<br>u undefined | TEXT | 1 |

TDM009122

# Page 1 - http://www.spn.usace.army.mil/index.html

How Do I... » Find a Local Corps Office? » Find a Recreation Area?
» Find a Corps Map? » Contract with the Corps?
» Regulatory Public Notices? » Obtain Regulatory Permit?

US Army Corps of Engineers®

SAN FRANCISCO DISTRICT

RELEVANT
READY
RESPONSIV
RELIABLE

*Proudly serving the Armed Forces a the Nation now and in the future.*

Home | Leadership | Organization | Civil Works | Contracts | Regulatory | Govt Links | Work for Us | Site Map

NEWSROOM | WHO WE ARE | ED LINKS | KIDS CORNER

Civil Works:
- Continuing Authority Programs
- Construction General Programs
- General Investigation Programs
- Operations and Maintence Programs
- **Dredged Material Management Office**
- San Francisco Bay Hazard Removal Program
- Long Term Management Strategy - LTMS
- Projects A-Z
- Studies
- Hydrographic Surveys

**Click Here for Page 2**

## Contact

San Francisco District
US Army Corps of Engineers
1455 Market Street
San Francisco, CA 94103-1398

Telephone Directory

Webmaster
Quenn Finch
quenn.finch@usace.army.mil

## Recreation

Bay Model Visitor Center

## Featured News



### Results of swab tests in SF Bay show no oil

**Jan. 2, 2008**

**SAN FRANCISCO** – With avian death tolls in the thousands and ecological damages still being assessed, it was a relief when swab tests of the San Francisco Bay sediments returned last week with no trace of the 58,000 gallons of oil spilled on Nov. 7



### Swabbing of SF Bay dredging paths begins

**Dec. 27, 2007**

**SAN FRANCISCO** – Beginning tomorrow, crew will be swabbing parts of the bottom of San Francisco Bay where dredging occurs to look for obvious contamination as a result of the Cosco Busan oil spill.

TDM009123

# Page 2 - http://www.spn.usace.army.mil/conops/dmmo.html

powered by USA.gov

Section 508 Disclaimer

If you have difficulty accessing any material on this site because of a disability, please contact us in writing or via telephone and we will work with you to make the information available (415) 503-6803

San Francisco Bay Conservation & Development Commission (BCDC
50 California Street, Suite 2600, San Francisco, CA 94111

| | | |
|---|---|---|
| Wednesday | January 09, 2008 | 11:00 am, BCDC |

Schedule of future meetings:

| | | |
|---|---|---|
| Wednesday | January 23, 2008 | 11:00 am, BCDC |
| Wednesday | February 06, 2008 | 11:00 am, BCDC |
| Wednesday | February 20, 2008 | 11:00 am, BCDC |
| Wednesday | March 05, 2008 | 11:00 am, BCDC |
| Wednesday | March 19, 2008 | 11:00 am, BCDC |
| Wednesday | April 09, 2008 | 11:00 am, BCDC |
| Wednesday | April 23, 2008 | 11:00 am, BCDC |
| Thursday | May 1, 2008 (tentative) | Annual Mtg - location TBD |

DMMO Particpating Agencies and Staff Contacts: September 14, 2007

Listening Session Notes - January 30, 2003

DMMO Newsletter - (Adobe Acrobat pdf)

January 2003

March 2000

Click Here for Page 3

DMMO Annual Reports

Links to Other DMMO Agencies:

Environmental Protection Agency Region 9
San Francisco Bay Regional Water Quality Control Board
California State Lands Commission
Bay Conservation and Development Commission (BCDC)
California Department of Fish and Game
National Marine Fisheries Service

---

To obtain additional information regarding sediment sampling and testing requirements, or development of sampling and analysis plans, contact DMMO staff member:

Rob Lawrence, (415) 503-6808

# Page 3 - http://www.spn.usace.army.mil/conops/annualreports.html



Click Here for page 4

## Dredged Material Management Office

(DMMO)

Guidance | Application | Meetings | Public Notices | LTMS

Annual Reports

Annual Reports can be opened from these 5 links

DMMO 2004 Annual Report

DMMO 2003 Annual Report

DMMO 2002 Annual Report

DMMO 2001 Annual Report | A[illegible]endex A | Appendix D | Errata

DMMO 2001 Annual Meeting Minutes

DMMO 2000 Annual Report | [illegible]dices

DMMO 1999 Annual Report | Errata Sheet | Data (pdf)

Dredging and Disposal Road Map - June 4, 1999 (PDF)

Dredging and Disposal Road Map - May 1, 1998 (PDF)

DMMO Third Pilot Phase Review Report - June 11, 1999

DMMO Projects (Electronic Database)

DMMO Fact Sheet - May 2, 2002

DMMO Links

---

Return to Operations & Readiness

# Page 4 - http://www.spn.usace.army.mil/ltms/

How Do I... » Find a Local Corps Office? » Find a Recreation Area?
» Find a Corps Map? » Contract with the Corps?
» Regulatory Public Notices? » Obtain Regulatory Permit?

US Army Corps of Engineers®




Home Leadership Organization Civil Works Contracts Regulatory Govt Links Work for Us Site Map

NEWSROOM WHO WE ARE MISSION HISTORY RELATED LINKS KIDS CORNER

**Contact**

San Francisco District
US Army Corps of Engineers
1455 Market Street
San Francisco, CA 94103-1398

Telephone Directory

Webmaster
Quenn Finch
quenn.finch@usace.army.mil

**Recreation**

Bay Model Visitor Center

## LTMS - Long Term Management Strategy

**LTMS Fact Sheet**

**LTMS EIS/EIR Table of Contents**

**LTMS Management Plan Workshop**

**LTMS Record of Decision**

**LTMS Management Plan 2001**

**LTMS Studies**

**LTMS 6-Year Review Report**

Click Here to open LTMS 6yr Review Report

**LTMS Science Symposium 6-22-07**

**Final Policy Environmental Impact Statement / Programmatic Environment Impact Report - October 1998 Volume 1**

**Final Policy Environmental Impact Statement / Programmatic Environment Impact Report - October 1998 Volume 2**

TDM009126

US Army Corps of Engineers ®






**Contact**

San Francisco District
US Army Corps of Engineers
1455 Market Street
San Francisco, CA 94103-1398

Telephone Directory

Webmaster
Quenn Finch
quenn.finch@usace.army.mil

**Recreation**

## Business Plan for 2007-2009 SF Bay Maintenance Dredging

**February 26, 2007**

This Business Plan outlines the current schedule for placement of Federal O&M dredged material into disposal and reuse sites in the Bay area. Its purpose is to provide an overview of the San Francisco District Federal Navigation Channel projects as well as their potential linkage to the Hamilton Wetland Restoration Project (HWRP).

HWRP is located 25 miles north of San Francisco in the City of Novato, Marin County, California, on the west side of San Pablo Bay. The HWRP was authorized in WRDA 1999 at a cost of $55.2 MIL which includes material offload and placement costs for 10.6 million cubic yards to be placed at the 988-acre project site. The HWRP is a unique effort that combines multiple Federal authorities to implement a wetlands restoration project that beneficially reuses dredged material from Federal and non-Federal navigation projects. More specifically, the realization of the HWRP requires the use of up to 10.6 million cubic yards to support tidal and seasonal marsh restoration. Over the next 8 years, this will require the beneficial reuse of the Federal O&M dredge material. This document will provide a guideline to the



TDM009127