Go

USA.gov

USACE Home | Div | Dist | Ctr | Lab | FOA — You Are Here

Section 508 Disclaimer

[redacted] Corps strategy for using the Federal O&M dredged material in Federal fiscal years 07, 08 and 09 to build out the HWRP and meet SF Bay LTMS Guidelines.

Under current project projections, the HWRP site will be capable of accepting Federal O&M dredged material in fall 2007. However, for the next few years at least, the placement of dredged material at HWRP is dependent on an off-loader for material transfer from scows to land. An "off-loader" is a modified hydraulic dredge which has the capability of hydraulic emptying scows of dredged material and pumping that material via a slurry to the HWRP site through a five-mile long pipe line. An off-loader is expected to be awarded as part of an existing contract and is scheduled to be operational in 2007. However, federal funding of this off-loader in FY07 is still pending and will depend on allocations still to be determined by Congress. If funding is unavailable, the off-loader may not be operational for federal use in FY07. In FY07, there are several elements of construction being implemented at the HWRP that are scheduled to be completed this summer and could be available to take material in the late summer and fall of 2007, if the off-loader is mobilized before the environmental windows close.

All volumes in the following Table are approximate based on historical experience and an estimated allowance for contractually permissible overdepth quantities. This plan is intended to depict the Corps best forecast of a generalized level of projected effort for O&M work in the Bay. It should not be used for purposes of preparing bids on specific projects and is subject to available appropriations and schedules based on the best interests of the Government.

## Business Plan for 2007-2009 SF Bay Maintenance Dredging

| PROJECT | | Total Estimated Volume (cy) | Total Maximum Volume (cy) | Sediment Type | Preferred Disposal Site | Alternate Disposal Sites |
|---|---|---|---|---|---|---|
| FY2007 | | note 5 | note 6 | | | |
| Oakland Harbor note1 | contract | 500,000 | 700,000 | mud | Hamilton/MHEA | SF-DODS |
| Suisun Bay/New York Slough note 2,3 | contract | 175,000 | 300,000 | sand | Hamilton via Offloader | SF-10 |
| Richmond Inner Harbor | contract | 450,000 | 750,000 | mud | SF-DODS | |

TDM009128

| | | | | | | |
|---|---|---|---|---|---|---|
| Richmond Outer Harbor | Gov Hopper | 300,000 | 675,000 | mud | SF-11 | SF-10 |
| SF Main Ship Channel | Gov Hopper | 575,000 | 925,000 | sand | Ocean Beach Nourishment | SF-8 |
| Pinole Shoal (San Pablo Bay) | Gov Hopper | 175,000 | 300,000 | mud/sand | SF-10 | SF-9 |
| *Redwood City Harbor* | *if funded* | *325000* | *600000* | *mud* | *Bair Island* | SF-11 |
| *Napa River (upper and lower reaches)* | *if funded* | *625000* | *775000* | *mud* | *Sponsor-Provided Upland Sites* | |
| *Petaluma Across the Flats* | *if funded* | *525000* | *650000* | *mud* | *Hamilton by hydraulic dredge* | |
| *Petaluma River (upper portion)* | *if funded* | *350000* | *450000* | *mud* | *Sponsor-Provided Upland Site* | |
| *San Leandro Marina (Jack D. Maltester)* | *if funded* | *250000* | *350000* | *mud* | *Sponsor-Provided Upland Site* | |
| **Total Dredging Volume (excluding "if funded") note 4** | | **2,175,000** | **3,650,000** | | | |
| **Total Dredging Volume (excluding SF Main Ship)** | | **1,600,000** | **2,725,000** | | | |
| **Total Dredging Volume to Hamilton Offloader** | | **425,000** | **650,000** | note 7 | | |
| FY2008 | | | | | | |
| Oakland Harbor | contract | 500,000 | 700,000 | mud | Hamilton via Offloader | SF-DODS |

TDM009129

| | | | | | | |
|---|---|---|---|---|---|---|
| Richmond Inner Harbor | contract | 450,000 | 750,000 | mud | Hamilton via Offloader | SF-DODS |
| Richmond Outer Harbor | contract | 300,000 | 675,000 | mud | Hamilton via Offloader | SF-DODS |
| Suisun Bay and New York Slough | contract | 175,000 | 300,000 | sand | Hamilton via Offloader | SF-16 |
| SF Main Ship Channel | contract | 575,000 | 925,000 | sand | Ocean Beach Nourishment | SF-8 |
| *Pinole Shoal (San Pablo Bay) note 3* | *if funded* | *175000* | *300000* | *mud/sand* | *Hamilton via Offloader* | SF-10 |
| *Redwood City Harbor* | *if funded* | *175000* | *260000* | *mud* | *Hamilton (or Bair Island)* | SF-11 |
| *San Rafael Inner Canal* | *if funded* | *200000* | *250000* | *mud* | *Hamilton via Offloader* | SF-10 |
| *San Rafael Across The Flats* | *if funded* | *225000* | *350000* | *mud* | *Hamilton via Offloader* | SF-10 |
| **Total Dredging Volume (excluding "if funded")** | | **2,000,000** | **3,350,000** | | | |
| **Total Dredging Volume (excluding SF Main Ship)** | | **1,425,000** | **2,425,000** | | | |
| **Total Dredging Volume to Hamilton Offloader** | | **1,425,000** | **2,425,000** | note 7 | | |
| FY2009 | | | | | | |
| **Oakland Harbor** | contract | 500,000 | 700,000 | mud | Hamilton via Offloader | SF-DODS |

TDM009130

| | | | | | | |
|---|---|---|---|---|---|---|
| **Richmond Inner Harbor** | contract | 450,000 | 750,000 | mud | Hamilton via Offloader | SF-DODS |
| **Richmond Outer Harbor** | contract | 300,000 | 675,000 | mud | Hamilton via Offloader | SF-DODS |
| **Suisun Bay and New York Slough** | contract | 175,000 | 300,000 | sand | Hamilton via Offloader | SF-16 |
| **SF Main Ship Channel** | Gov Hopper | 575,000 | 925,000 | sand | Ocean Beach Nourishment | SF-8 |
| **Pinole Shoal (San Pablo Bay)** | Gov Hopper | 175,000 | 300,000 | mud/sand | SF-10 | |
| *Redwood City Harbor* | *if funded* | *175000* | *250000* | *mud* | *Hamilton via Offloader* | SF-11 |
| **Total Dredging Volume (excluding "if funded")** | | **2,175,000** | **3,650,000** | | | |
| **Total Dredging Volume (excluding SF Main Ship)** | | **1,600,000** | **2,725,000** | | | |
| **Total Dredging Volume to Hamilton Offloader** | | **1,425,000** | **2,425,000** | note 7 | | |

All volumes are approximate based on historical experience and an estimated allowance for contractually permissible overdepth quantities. This plan is intended to depict the Corps best forecast of a generalized level of projected effort for O&M work in the Bay. It should not be used for purposes of preparing bids on specific projects and is subject to available appropriations and schedules based on the best interests of the Government.

NOTES

1) At Oakland some of the newly shoaled O&M material removed along with deepening material in 2007 will be placed at Hamilton, with the remainder placed at SF-DODS or MHEA. It is assumed that no more than half of the material removed will go to Hamilton.

TDM009131

2) If the offloader is ready in time, material from Suisun Bay Channel and New York Slough will be placed at Hamilton in FY07. We will try to maximize placement of this material at Hamilton, but due to potential problems with the offloader (e.g. breakdowns, bottlenecks, etc.), we anticipate that some of the material will be diverted to SF-16.

3) For projects with preferred disposal at Hamilton, most of the material will be placed at Hamilton, but due to potential problems with the offloader (e.g. breakdowns, bottlenecks, etc), we anticipate that some of the material will be diverted to the primary alternate aquatic disposal sites.

4) All volume estimates are based on actual historical dredging records for at least 20 years, excluding any channel deepening volumes. Dredging volumes were plotted as well as arithmatically averaged to derive an historical average.

5) Total Estimated Volumes were derived by taking the historical average for the project and adding a 25% contingency factor to account for the additional one foot of unpaid overdepth which was not a factor in prior years dredging.

6) Total Maximum Volumes were determined by visually picking out the peak dredging events in the historical record (excluding deepening) , averaging these and then applying the 25% contingency factor.

7) The volumes listed in both the estimated and maximum columns may overestimate the pay volumes removed from the dredging project, but may more accurately reflect the actual volumes delivered to the Hamilton Project.

Privacy and Security Notification | Email Webmaster | Last Updated: August 25, 2007

TDM009132

How Do I... » Find a Local Corps Office? » Find a Corps Map? » Regulatory Public Notices? » Find a Recreation Area? » Contract with the Corps? » Obtain Regulatory Permit?

Home Leadership Organization Civil Works Contracts Regulatory Govt Links Work for Us Site Map

NEWSROOM WHO WE ARE MISSION HISTORY RELATED LINKS KIDS CORNER

## Contact

San Francisco District
US Army Corps of Engineers
1455 Market Street
San Francisco, CA 94103-1398

**Telephone Directory**

**Webmaster**
Quenn Finch
quenn.finch@usace.army.mil

## Recreation

**Bay Model Visitor Center**
(415) 332-3871

**Lake Mendocino**
(707) 462-7581

**Lake Sonoma**
(707) 431-4590

Search Engine

Go

powered by: USA.gov

USACE Home Div Dist Ctr Lab FOA You Are Here

## Dredged Material Management Office (DMMO)

**Application | Meetings | Public Notices | Guidance | LTMS**

Welcome to the Dredged Material Management Office (DMMO) Internet information server. This Internet site provides information regarding navigational dredging projects processed through the DMMO in the San Francisco Bay area.

The DMMO is a joint program of the San Francisco Bay Conservation and Development Commission(BCDC), San Francisco Bay Regional Water Quality Control Board (RWQCB), State Lands Commission(SLC), the San Francisco District U.S. Army Corps of Engineers (COE), and the U.S. Environmental Protection Agency (EPA). Also participating are the California Department of Fish and Game, the National Marine Fisheries Service, and the Fish and Wildlife Service who provide advice and expertise to the process. The purpose of the DMMO is to cooperatively review sediment quality sampling plans, analyze the results of sediment quality sampling and make suitability determinations for material proposed for disposal in San Francisco Bay. The Goal of this interagency group is to increase efficiency and coordination between the member agencies and to foster a comprehensive and consolidated approach to handling dredged material management issues. Applicants using DMMO fill out one application form, which the agencies then jointly review at bi-weekly meetings before issuing their respective authorizations.

**Public Notice PN 96-3** describes the DMMO, the **Memorandum of Understanding (MOU)** implementing the DMMO, and the DMMO application form with instructions all working under the **General Operating Principles**. (Please click on appropriate subject for further information.)

**DMMO - Dredged Material Management Office Scheduled Meetings: (click here to download agenda)**

### Dredged Material Management Office (DMMO) Meeting
### San Francisco Bay Conservation & Development Commission (BCDC)
### 50 California Street, Suite 2600, San Francisco, CA 94111

**Wednesday January 09, 2008 11:00 am, BCDC**

**Schedule of future meetings:**

| | | |
|---|---|---|
| Wednesday | January 23, 2008 | 11:00 am, BCDC |
| Wednesday | February 06, 2008 | 11:00 am, BCDC |
| Wednesday | February 20, 2008 | 11:00 am, BCDC |

TDM009133

**Section 508 Disclaimer**

If you have difficulty accessing any material on this site because of a disability, please contact us in writing or via telephone and we will work with you to make the information available (415) 503-6803

| | | |
|---|---|---|
| Wednesday | April 09, 2008 | 11:00 am, BCDC |
| Wednesday | April 23, 2008 | 11:00 am, BCDC |
| Thursday | May 1, 2008 (tentative) | Annual Mtg - location TBD |

Listening Session Notes - January 30, 2003

DMMO Newsletter - (Adobe Acrobat pdf)

January 2003

March 2000

DMMO Annual Reports

Links to Other DMMO Agencies:

Environmental Protection Agency Region 9
San Francisco Bay Regional Water Quality Control Board
California State Lands Commission
Bay Conservation and Development Commission (BCDC)
California Department of Fish and Game
National Marine Fisheries Service

---

To obtain additional information regarding sediment sampling and testing requirements, or development of sampling and analysis plans, contact DMMO staff member:

Rob Lawrence, (415) 503-6808

DREDGED MATERIAL MANAGEMENT OFFICE

p.5

# DREDGED MATERIAL MANAGEMENT OFFICE (DMMO) ANNUAL REPORT

*January 1, 2000 through December 31, 2000*

April 2001

TDM009135


U.S. Environmental Protection Agency, Region IX, WTR-8
75 Hawthorne Street
San Francisco, CA 94105-3919

San Francisco Bay Conservation and Development Commission
50 California Street, Suite 2600
San Francisco, CA 94111-4704

U.S. Army Corps of Engineers
San Francisco District
333 Market Street
San Francisco, CA 94105-2197

San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612-1413

California State Lands Commission
100 Howe Avenue, Suite 100-South
Sacramento, CA 95835-8202

# Dredged Material Management Office (DMMO)

## 2000 Annual Report

The San Francisco Bay Area's pilot Dredged Material Management Office (DMMO) has completed its review of the dredging activities for calendar year 2000 (January 1 through December 31, 2000). The DMMO is a joint program of the San Francisco Bay Conservation and Development Commission (BCDC); the San Francisco Bay Regional Water Quality Control Board (RWQCB); the California State Lands Commission (SLC); the U.S. Army Corps of Engineers, San Francisco District (USACE); and the U.S. Environmental Protection Agency, Region IX (EPA). In late 1995, a pilot program was initiated to determine whether and how a permanent program such as this should be established and operated. The attached report prepared by the staff of the participating DMMO agencies, evaluates the program's status.

During 2000, the DMMO reviewed and made final recommendations regarding 34 dredging and dredged material disposal projects in San Francisco Bay. The DMMO reviewed projects proposing in-Bay, ocean and upland disposal during 2000, including projects proposing exclusively upland disposal. Of the proposed dredged material reviewed during 2000, approximately 12 percent of maintenance material was unsuitable for unconfined aquatic disposal. This material was suitable for other disposal locations, such as levee maintenance, wetland restoration and capping for landfills. This report also presents data on the volumes of maintenance dredging that occurred in 2000, from projects that were reviewed in various years by the DMMO. The total amount of maintenance dredging in 2000 was relatively low (1.6 million cubic yards). Just over half (0.9 million cubic yards) of the material from maintenance dredging projects in 2000 was disposed of at in-Bay disposal sites. Most of the remaining material was disposed of at the Deep Ocean Disposal Site, 50 miles offshore of San Francisco. A small amount of maintenance dredging material went to beneficial reuse projects, but all of the material from a very large new work project was reused.

The DMMO staff members also contributed in a substantive manner to development of the Management Plan for the Long Term Management Strategy for the Placement of Dredged Material in San Francisco Bay Region (LTMS), including numerous LTMS public workshops and preparation of Management Plan text. Other milestones and accomplishments of the DMMO during 2000 include publication of a guidance document and continued participation in the LTMS working groups on topics of interest to the public.

The staffs of the DMMO agencies have recommended to the Dredging Management Committee, which oversees the DMMO, that the DMMO be made a permanent program. Staff members further recommend that the pilot phase continue until the DMMO is formalized as a permanent program.

**Member Agency Staff Contacts:**

| | | | |
|---|---|---|---|
| USACE | David Dwinell | (415) 977-8471 | ddwinell@spd.usace.army.mil |
| BCDC | Steve Goldbeck | (415) 352-3611 | sgoldbeck@bcdc.ca.gov |
| RWQCB | Glynnis Collins | (510) 622-2318 | gnc@rb2.swrcb.ca.gov |
| EPA | Kathy Dadey | (415) 744-1995 | dadey.kathleen@epa.gov |
| SLC | Mary Howe | (916) 574-1839 | howem@slc.ca.gov |

**Resource Agency Contacts:**

| | | | |
|---|---|---|---|
| CDFG | Becky Ota | (650) 688-6361 | bota@dfg2.ca.gov |
| NMFS | Brian Mulvey | (707) 575-6056 | Brian.Mulvey@noaa.gov |

***DMMO Web site:*** ***http://www.spn.usace.army.mil/conops/dmmo.htm***

# I. INTRODUCTION

The Pilot Program of the multi-agency Dredged Material Management Office (DMMO) was established to foster a comprehensive and consolidated approach to handling dredged material management issues to reduce redundancy and delays in the processing of dredging permit applications, while ensuring environmental protection. The DMMO, in part, grew out of the Long Term Management Strategy for the Placement of dredged material in the San Francisco Bay Region (LTMS), which was started in 1990.

In 1995, the LTMS agencies formed a pilot DMMO, under existing authorities and budgets. The DMMO member agencies are the EPA, USACE, RWQCB, BCDC, and the SLC. The USACE acts as the "host" of the DMMO and takes on responsibilities associated with this role. The California Department of Fish and Game (CDFG) and the National Marine Fisheries Service (NMFS) actively participate in the DMMO as commenting resource agencies.

The roles, responsibilities and jurisdictions of the DMMO agencies differ, depending primarily on the proposed dredged material disposal or reuse site. As a result, member agencies may play only an advisory role in certain aspects of the permitting process. Decisions made by the DMMO do not in any way supercede the primary role of the permitting agencies, which remain free to accept or reject recommendations from commenters, including the DMMO staff. In practice, however, the discussions at the DMMO meetings help inform the primary permitting agencies of specific concerns and issues of the member agencies, often before finalization of project documents. This encourages and facilitates necessary project modifications at an early stage in project planning when such changes are more easily and economically accomplished.

The DMMO facilitates the processing of dredging permit applications within existing laws, regulations and policies. It was specifically designed to provide a mechanism for consistent review of permit applications through coordinated efforts by DMMO member agencies. It also provides a mechanism to allow the involvement and participation of permit applicants and interested parties during the application process. No new regulatory statutes were initiated in the formation of the pilot DMMO. All applicable regulatory authority and processes of the member agencies remain in full force and effect. The DMMO meetings are typically held twice monthly at the USACE offices in San Francisco and are open to public participation.

The geographic area of the DMMO includes all of the San Francisco Bay Estuary up to Sherman Island, its major tributaries to the point where navigation is no longer feasible, upland areas surrounding the estuary, and the ocean disposal site designated by the EPA (the San Francisco Deep Ocean Disposal Site, or SF-DODS).

The member agencies are also committed to coordination with the pertinent resource agencies (CDFG, NMFS, and U.S. Fish and Wildlife Service), the Central Valley Regional Water Quality Control Board (regarding reuse of Bay dredged material in the Sacramento-San Joaquin Delta region) and the California Coastal Commission (regarding ocean disposal of dredged material). In addition to posting meeting schedules, and agendas on the DMMO Web site at http://www.spn.usace.army.mil/conops/dmmo.htm, the USACE sends electronic copies of these items to members of all these agencies.

## II. PREVIOUS REPORTS

The first six-month pilot phase of the DMMO, as well as the initial development period, were described in the *Dredged Material Management Office (DMMO) Six-Month Pilot Phase Review Report* (March 1997). The initial pilot phase report was approved and accompanied by a revised Memorandum of Understanding (MOU). The report was presented and discussed, and public comments were addressed, at a joint LTMS Policy Review Committee (PRC) and BCDC public meeting.

The second six-month pilot phase of the DMMO was reported in the *Dredged Material Management Office (DMMO) Second Six-Month Pilot Phase Review Report* (January 1998) and was presented and discussed at a PRC meeting, at which public comments were addressed.

The third phase report, representing the period from October 1, 1997 through December 31, 1998 was completed in May 1999 and was presented and discussed at a BCDC public meeting.

The fourth phase report, representing the period from January 1, 1999 through December 1999 was completed in April 2000 and presented at the first independent DMMO Annual Meeting held April 28, 2000.

This report covers the period from January 1, 2000 through December 31, 2000. The annual meeting to discuss activities and other topics of the DMMO is scheduled for April 12, 2001.

## III. ISSUE RESOLUTION

The DMMO MOU directs that each annual report contain an analysis of issues that arose during that phase and provide recommendations for further actions to be reviewed and approved by the Dredging Management Committee. A majority of issues arising during the first four pilot phases have been addressed and resolved. The outstanding issues are described below.

A. Issue: DMMO project tracking. In accordance with the MOU, the DMMO "host" agency (USACE) is to develop and maintain an electronic tracking database of permit information for DMMO projects.

> Results: In 2000, the USACE made substantial progress in converting the existing spreadsheet-based project tracking system into a Microsoft Access database. It is anticipated that this new database will be accessible at the DMMO Web site in the future.
>
> Recommended Action: The DMMO agency staff will continue to work towards finalizing the new project tracking database and making it available on the DMMO Web site. In the meantime, summary project tracking information (e.g., on-going projects, locations and volume) will continue to be made available in a spreadsheet format on the Web site.

B. Issue: Lack of a database for tracking sediment testing results impairs the DMMO's ability to make recommendations on Sampling and Analysis Plan (SAP) adequacy and sediment suitability determinations. Project past history, especially results of physical, chemical and biological testing, are necessary for the approval of a SAP or granting a request for a Tier I determination. Some SAPs and Tier I requests either do not contain any past data or they present incomplete historical information. Thus, evaluation may rely on institutional memory or files that are difficult to retrieve and may be incomplete, potentially resulting in inconsistent recommendations or project delays.

Results: The RWQCB initiated efforts to develop a sediment characteristics database in 1999. Due to lack of resources, the database is not complete or up to date. The DMMO agencies anticipate that with implementation of the LTMS, more support for this effort will be available, and more work on the database can proceed.

Recommended Action: Coordinate this effort with LTMS data management efforts.

**C.** Issue: Need to encourage resource agencies to become more involved in the DMMO. Resource agency participation can facilitate project review, at the same time insuring environmental protection by bringing up and resolving issues early in the permitting process. U.S. Fish and Wildlife Service, because of personnel resource constraints, has been unable to participate.

Results: In 2000, NMFS became an active participant in the DMMO. The U.S. Fish and Wildlife Service continues to be included on distribution of all DMMO agendas and minutes.

Recommended Action: Continue to encourage U.S. Fish and Wildlife Service participation; include them on DMMO distribution lists and provide them with meeting schedules, agendas and minutes.

**D.** Issue: The USACE and EPA headquarters required each region and district to publish regional and local guidance on the new Inland Testing Manual (ITM) by July 1, 1999.

Results: The DMMO agencies published draft regional ITM guidance on June 11, 1999 (as PN 99-3) in advance of the deadline, and became one of the first regions in the nation to do so. DMMO members are finalizing responses to comments in anticipation of issuing final guidance in 2001.

Recommended Action: Complete response to comments, issue final guidance in 2001.

**E.** Issue: Need for Sampling and Analysis Plan (SAP)/Quality Assurance Project Plan (QAPP) guidance. Guidance on sampling, reporting, and data quality requirements is needed for project proponents. Such guidance would help avoid unnecessary project delays, streamline the review of applications, and provide consistent data for agency decisions regarding dredged material suitability.

Results: The DMMO published a draft Sampling and Analysis Plan (Quality Assurance Project Plan) Guidance for Dredging Projects within the San Francisco District (Public Notice 99-4) on July 1, 1999 for comment. This document provides guidance to project proponents on how to prepare and submit sampling plans and testing result reports, and uses EPA national guidance on the preparation of Quality Assurance Project Plans. The DMMO is currently working on addressing public comments and revising the document. Project proponents are encouraged to use the draft SAP guidance until the final document is completed. Furthermore, the DMMO is encouraging dredging proponents (particularly those with numerous or frequent projects, such as ports) to prepare overall Quality Assurance Project Plans (QAPP). These QAPPs address the standard components of all SAPs (e.g, detection limits, sampling and core logging procedures), and can be used in conjunction with project-specific SAPs that focus on sample locations, compositing, and other specific details of the project or dredging episode. The Ports of Oakland and San

Francisco have approved QAPPs that have successfully reduced the time and effort expended both by the Ports and by the DMMO agencies for review of individual projects.

Recommended Action: Continue review and revision of the guidance document. Continue to encourage applicants to prepare overall QAPPs for multiple or episodic projects. Finalize Public Notice 99-4 SAP Guidance in 2001 and post on the DMMO Web site.

## IV. ACCOMPLISHMENTS

During 2000, the DMMO continued to accomplish the goals and objectives set forth in the 1995 General Operating Principles of the DMMO. The DMMO continued review of dredging project proposals, preparation of guidance documents, maintained the DMMO Web site, initiated (through the LTMS Management Plan process) and took part in a number of working groups relevant to the DMMO efforts, and continued staff education activities. These efforts are described below.

### A. PROJECT REVIEW

The DMMO discussed 61 projects during the year (see Appendix A for details on the projects considered). Of those, the DMMO made final recommendations on 34 projects proposing a total of approximately 2.3 million cubic yards of dredging. Table 1 provides summary information on projects for which the DMMO completed review in 2000.

**Table 1.** Volume proposed for dredging by projects for which DMMO made final recommendations during calendar year 2000.

| | Volume proposed for disposal | |
|---|---|---|
| | *cubic yards* | *% of total volume* |
| By Proposed Disposal Location | | |
| In-Bay | 1,218,692 | 53 |
| Beneficial Reuse | 310,042 | 13 |
| Ocean | 775,000 | 34 |
| By Suitability Determination | | |
| Suitable for unconfined aquatic disposal | 2,019,692 | 88 |
| Unsuitable for unconfined aquatic disposal | 284,042 | 12 |
| Total | 2,303,734 | |

Just over half of the material from reviewed projects was proposed for in-Bay disposal. Approximately one-third of the material was proposed for ocean disposal; this material comes from just two USACE projects: maintenance dredging of Oakland Harbor and maintenance dredging of Richmond Inner Harbor. The remaining material, 13%, was proposed for beneficial reuse at various locations, including landfills (for daily cover) and Winter Island (for levee maintenance).

In 2000, a higher proportion of material was determined to be unsuitable for unconfined aquatic disposal than in previous years. This year, about 12% of material fell into this category, while historically this value has been below 5%. As would be expected, a higher proportion of the new work material, approximately 20%, was unsuitable for unconfined aquatic disposal. If only maintenance dredging is considered, approximately 10% of the material (from the Richmond

Marina Entrance Channel and Port of San Francisco Piers 35 and 45) was unsuitable for unconfined aquatic disposal. There is no indication that this apparent increase in the amount of material unsuitable for unconfined aquatic disposal reflects an overall trend in the quality of Bay sediments. The DMMO agencies will continue to report on results of suitability determinations in future Annual Reports, and will investigate further should long-term trends in dredged material quality appear to change.

The volumes in the table above are proposed only, and the actual amounts and timing of dredging will depend on several factors. The DMMO process is just a portion of the permitting process for dredging. After obtaining a suitability recommendation on sediment quality from the DMMO, project proponents must obtain authorizations from appropriate regulatory agencies, secure funding, and arrange for a dredging contractor to perform the work. All these steps can take weeks to years. Therefore, these numbers cannot be used to predict, for example, that in-Bay disposal in 2001 will be 1.2 million cubic yards. For some of the projects in Table 1, dredging was completed in 2000. For other projects, dredging may not occur for some time.

The USACE tracks actual dredging and disposal volumes, and provides quarterly reports of these volumes to the other DMMO agencies. The complete annual report of disposal volumes is available from USACE. Table 2 summarizes the dredging and disposal volumes for calendar year 2000 (Appendix B contains more detailed information for calendar year 2000 dredging and disposal). Approximately 3.9 million cubic yards of material were disposed of during the year. Of this volume, 23% went to in-Bay disposal, 18% was disposed of at the deep ocean disposal site (SF-DODS), and 59% went to beneficial reuse. These percentages are dominated by the Port of Oakland's Berths 55-58 deepening project; as part of this new work project, over 2.2 million cubic yards of material were used to provide fill material (beneficial reuse) for reconfiguration of the Port's Middle Harbor area. For comparison with previous years, it is more appropriate to focus on the fate of maintenance dredging materials. Considering only maintenance dredging, almost half of the dredged material was disposed of at SF-DODS or at beneficial reuse sites. The LTMS policies encouraging that alternatives to in-Bay disposal be found for new work and USACE projects appear to be succeeding in diverting material from in-Bay disposal. The total amount of in-Bay disposal in 2000 was below the long-term LTMS goal of one million cubic yards; in addition to successes of the LTMS, this is partially due to the low total volume of maintenance dredging in 2000.

**Table 2.** Dredged material disposal during calendar year 2000.

| | All Dredging | | Maintenance Dredging | | New Work | |
|---|---|---|---|---|---|---|
| Disposal Type | *cubic yards* | *%* | *cubic yards* | *%* | *cubic yards* | *%* |
| In-Bay | 881,720 | 23 | 881,720 | 54 | 0 | 0 |
| Ocean | 710,827 | 18 | 710,827 | 44 | 0 | 0 |
| Beneficial reuse | 2,277,076 | 59 | 34,301 | 2 | 2,242,775 | 100 |
| Total | 3,869,623 | | 1,626,848 | | 2,242,775 | |

## B. DMMO WEB SITE

The DMMO Web site, initiated in June 1998, continues to be maintained and updated by the USACE. During 2000, we reorganized the Web site. The Web site provides access to:

- DMMO meeting schedules and agendas
- DMMO MOU
- DMMO Annual Reports
- DMMO Newsletters
- Dredging Permit Consolidated Application Form and Instructions
- Local and federal guidance for sediment testing and dredged material management
- Links to the LTMS EIS/R
- Meeting schedules and agendas for LTMS public workshops and workgroup meetings
- Links to DMMO member agency Web sites.

## C. TIER I GUIDANCE

On November 1, 2000, the DMMO, through the Corp of Engineers, published Public Notice 00-1 "Guidance for Requests for Tier 1 Decisions". This guidance is intended to assist dredging applicants in preparing adequate Tier 1 requests. Also included is a list of required items for a complete request. The purpose of this guidance is to facilitate preparation of these requests and thus streamline the review. This guidance document is posted on the DMMO Web site.

## D. WEB VERSION OF DMMO APPLICATION

The DMMO is designing a web based version of the Dredging Permit Consolidated Application Form. The intention is to allow applicants to type directly into the web form. Currently the application is only available as a portable document file (pdf) that be downloaded from the DMMO web site and printed, but not filled in electronically, or as a paper copy from one of the DMMO agencies. A "beta" version will be sent to a volunteer subset of project proponents and consultants for their use and comments. After addressing any comments, the DMMO will finalize the web form that we expect to make available to applicants and their contractors at the DMMO Web site. It was anticipated in the 1999 Annual Report, that an electronic application form would be released in 2000, but due to other priorities and redirection from an electronic to web version, the release has been delayed.

## E. LTMS MANAGEMENT PLAN PARTICIPATION

DMMO members have played an active role in developing, preparing for and participating in all the LTMS public workshops. Several of the DMMO staff have also been involved in the actual writing and review of the Management Plan document, preparation for and participation in LTMS Management Committee meetings and some of the DMMO staff also participate in the LTMS mid-level policy group.

DMMO members have held additional meetings of two LTMS working groups; a disposal site monitoring group and a sediment quality guidelines group. There were seven and five meetings

respectively, in 2000. Members of the DMMO participate in one or both of these groups. Due to personnel shortages and Management Plan development, these meetings were suspended after the summer of 2000.

Because DMMO members have participated in all aspects of the Management Plan development, other DMMO priorities (e.g., finalization of SAP and ITM guidance documents) have been delayed. The draft LTMS Management Plan was published in June 2000. It is anticipated that the final version will be published by the end of 2001.

## F. 2000 ANNUAL MEETING

On April 28, 2000, the DMMO held its first independent Annual Meeting. The annual report for 1999 was presented. Dr. Jack Word, of MEC Analytical Systems Inc. gave a presentation entitled "Identification and Accounting for Confounding Factors in Sediment Testing". Also during the afternoon session, there was a panel discussion of testing laboratories chaired by the RWQCB. They discussed appropriate bioassay species and test conditions for estuarine environments and other testing issues. Other topics included: Public Notices 99-3 and 99-4, terminology in SAPs and result reports, the DMMO activities for the upcoming year and other efforts affecting dredging and dredged material disposal for Bay area projects. The meeting was well received by those attending. It was mentioned that the DMMO is truly open to the public and is providing a service to the dredging community.

## G. NEWSLETTER

The purpose of the newsletter is to disseminate information and policies that may be of use to applicants and their representatives in the permitting process, particularly issues related to sediment testing and results reporting. The DMMO will publish the newsletter as needed to provide necessary guidance in advance of publication of more formal documents (e.g. ITM and SAP guidance). The first newsletter, dated March 10, 2000 was mailed out to interested parties on the LTMS and DMMO mailing lists. It addressed items that had come up during the DMMO's review of SAPs and test results reports. To be added to the distribution list for the subsequent newsletters, please contact David Dwinell of the USACE.

## H. CENTRAL COAST DMMO

In April 2000, the DMMO held the regular biweekly DMMO meeting in Monterey to demonstrate the process to interested resource agencies and the public in the Monterey Bay area. Agencies attending included USACE, EPA, RWQCB, Regions 2 and 3, BCDC, SLC, DFG, Coastal Commission, and Monterey Bay National Marine Sanctuary. After the DMMO meeting, the group met to discuss the possibility of setting up a DMMO process for Central Coast region. Discussions included agency responsibilities, DMMO responsibilities, and differences between the San Francisco Bay and Central Coast regions and other topics. The DMMO member agency staff will continue to support the Central Coast agencies in their effort to develop a DMMO, and to assist them in development of an MOU and in other areas, as requested.

## I. DMMO STAFF EDUCATION AND TRAINING

During 2000, the DMMO agencies continued to include education and training, both internal and external, as a primary objective. Education and training include: informal internal workshops

regarding the roles, regulations and responsibilities of the member agencies speakers at DMMO meetings; DMMO coordination and self-evaluation meetings; site visits; and participation in regional and national meetings and workshops relating to dredging and dredged material management. "Internal" training, such as field visits, are often imperative to agencies' understanding of a particular project or process (e.g., hopper dredging). Similarly, internal meetings, workshops and retreats, addressing coordination and communication, are necessary to ensure that DMMO members continue to work well as a team. As important, is "external" training where DMMO members learn what other groups dealing with dredging and dredged material management are doing. The DMMO is an efficient and effective body, a necessary component to the success of LTMS, and a resource to the regulated public. The state of the art and the science continues to evolve and DMMO staff members need to learn about these changes in order to remain effective. Attendance at workshops, seminars and training, particularly those outside the Bay area, by DMMO members is needed to ensure that we keep current with regulatory and technical changes.

During 2000, the DMMO accomplished a number of our training goals. These are summarized below

**Internal Training:**

- A DMMO coordination, policies and "self-evaluation" workshop was held in April 7, 2000.

**Site Visits:**

- Port of Oakland Harbor tour
- Port of Oakland Berths 55-58 tour
- City of Martinez Marina and Disposal Site
- Marin Yacht Club
- McAvoy Harbor
- City of San Leandro Disposal Site
- Winter Island Disposal Site
- Coast Guard Vessel Traffic Service (USACE)
- CRG Laboratory in San Diego, CA

**External Training:**

- National USACE/EPA Ocean Dumping/Dredging Coordinators Meeting
- CALFED Bay-Delta Program on Levees & Channels (January, Sacramento)
- GeoSea presentation: Sediment Transport for Santa Cruz and Moss Landing (January, Santa Cruz)
- Mercury presentation by BTAG of EPA (March, San Francisco)
- Regional Monitoring Program Annual Meeting (April, San Francisco)
- SETAC annual meeting (April, Davis)
- Geographic Information System class (April, CRREL)
- Methyl Mercury presentation from WES (June, San Francisco)
- EMAP presentation (August, San Francisco)
- WEDA Conference (September, Seattle)
- Conference on Dredged Material Management (October, Long Beach)
- PCB presentations by RWQCB (September and November, Oakland)
- Dredged Material Management Conference at MIT (December, Cambridge, MA)

## V. ON-GOING AND FUTURE ACTIVITIES

As the DMMO continues to evolve, our responsibilities increase. We recognize the need to coordinate more fully with other dredging proponents in the region, such as in the Monterey Bay Region, within the Sacramento Delta and in southern California). We hope to extend the DMMO concept to other areas, particularly those that are within the jurisdiction of the USACE San Francisco District and EPA Region IX. We feel that our experiences can assist other groups in developing similar programs. In addition, we have discussed the need for additional guidance to the regulated public. On-going and proposed future activities of the DMMO are described below.

A. Continue to coordinate review of project proposals: The DMMO will continue to coordinate review of dredging project permit applications. It is expected that the DMMO increasingly will be involved in review of projects proposing disposal of dredged material at the ocean disposal site and at beneficial reuse sites. Further details regarding the DMMO's role is included in the LTMS Management Plan.

B. Regional Implementation Manual: The DMMO agencies will prepare a Regional Implementation Manual which, ultimately, will compile testing requirements for dredged sediment disposal at beneficial reuse, in-Bay and ocean sites based on Federal and State guidance.

C. Promulgate guidance on in-Bay Mixing zones: The RWQCB and the USACE are working jointly to develop an appropriate model to use to calculate a mixing zone. They have investigated the use of STFATE and will be conducting workshops and preparing supporting materials to explain the use and consequences of this model.

D. Update the Alcatraz (SF-11) Environs Reference database: EPA intends to publish a revised database.

E. SF-DODS database: EPA, working with the USACE, developed a sediment chemistry and bioassay reference database that can be used in the same manner as the SF-11 database (http://www.epa.gov/region09/water/dredging/sfdods/index.html). Potential applicants may choose to forgo actual sampling of the reference site, and instead compare the results of their dredged material evaluations with the reference database. As with SF-11, this comparison is considered conservative because neither reference database takes into account non-statistically significant values for bioassays.

F. Future reports and annual meetings: The DMMO will continue to produce annual reports covering calendar years and to hold annual meetings. The annual meetings are independent of other regularly scheduled DMMO meetings and are open to the public. The annual meetings include presentations and discussions of matters relevant to management of dredged material disposal in the Bay area and the DMMO's progress in addressing them.

G. Project tracking for future use in LTMS planning: Included as Appendix B to this report are the monthly volumes dredged during 2000 listed by project. Section IV-A of this report provides a summary table and discussion of these data. The DMMO will continue to track this information and make summaries available to the LTMS agencies for planning purposes.

## VII. CONCLUSIONS

The DMMO has continued to improve review of dredging project proposals, encourage intra- and inter-agency consistency in the decision making process, while ensuring environmental protection. The DMMO continues to expand its role in dredging and dredged material management in the Bay area by increasing our review of projects proposing upland disposal, by participating in working groups of concern to dredged material management, and by increasing public participation in the process. The agencies recommend that the pilot DMMO be finalized and only continue in a pilot phase, pending formalization of the program. In the future the agencies comprising the DMMO will act to formalize this arrangement through an updated MOU, which will clearly describe the procedures under which the DMMO will operate.

DREDGED MATERIAL MANAGEMENT OFFICE

p.3

# DREDGED MATERIAL MANAGEMENT OFFICE (DMMO) ANNUAL REPORT

*January 1, 2001 through December 31, 2001*

March 2002

U.S. Environmental Protection Agency, Region IX, WTR-8
75 Hawthorne Street
San Francisco, CA 94105-3919

San Francisco Bay Conservation and Development Commission
50 California Street, Suite 2600
San Francisco, CA 94111-4704

U.S. Army Corps of Engineers
San Francisco District
333 Market Street
San Francisco, CA 94105-2197

San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612-1413

California State Lands Commission
100 Howe Avenue, Suite 100-South
Sacramento, CA 95835-8202

**DMMO Member Agency Staff Contacts:**

| | | | |
|---|---|---|---|
| USACE | David Dwinell | (415) 977-8471 | ddwinell@spd.usace.army.mil |
| BCDC | Steve Goldbeck | (415) 352-3611 | steveg@bcdc.ca.gov |
| RWQCB | Glynnis Collins | (510) 622-2318 | gnc@rb2.swrcb.ca.gov |
| EPA | Kathy Dadey | (415) 972-3474 | dadey.kathleen@epa.gov |
| SLC | Mary Howe | (916) 574-1839 | howem@slc.ca.gov |

**Resource Agency Contacts:**

| | | | |
|---|---|---|---|
| CDFG | Becky Ota | (650) 631-6789 | bota@dfg.ca.gov |
| NMFS | Brian Mulvey | (707) 575-6056 | Brian.Mulvey@noaa.gov |
| USFWS | Ryan Olah | (916) 414-6639 | Ryan_Olah@fws.gov |

***DMMO Web site:*** ***http://www.spn.usace.army.mil/conops/dmmo.htm***

# I. INTRODUCTION

The Pilot Program of the multi-agency Dredged Material Management Office (DMMO) was established to foster a comprehensive and consolidated approach to handling dredged material management issues to reduce redundancy and delays in the processing of dredging permit applications, while ensuring environmental protection. The DMMO, in part, grew out of the Long Term Management Strategy for the Placement of Dredged Material in the San Francisco Bay Region (LTMS), which was started in 1990.

In 1995, the LTMS agencies formed a pilot DMMO, under existing authorities and budgets. The DMMO member agencies are the US Environmental Protection Agency, Region IX (EPA), the US Army Corps of Engineers, San Francisco District (USACE), the San Francisco Bay Regional Water Quality Control Board (RWQCB), the San Francisco Bay Conservation and Development Commission (BCDC), and the California State Lands Commission (SLC). The USACE acts as the "host" of the DMMO and takes on responsibilities associated with this role. The California Department of Fish and Game (CDFG) and the National Marine Fisheries Service (NMFS) actively participate in the DMMO as commenting resource agencies.

The roles, responsibilities and jurisdictions of the DMMO agencies differ, depending primarily on the proposed dredged material disposal or reuse site. As a result, member agencies may play only an advisory role in certain aspects of the permitting process. Decisions made by the DMMO do not in any way supersede the primary roles of the permitting agencies, which remain free to accept or reject recommendations from commenters, including the DMMO staff. In practice, however, the discussions at the DMMO meetings help inform the primary permitting agencies of specific concerns and issues of the member agencies, often before finalization of project documents. This encourages and facilitates necessary project modifications at an early stage in project planning when such changes are more easily and economically accomplished.

The DMMO facilitates the processing of dredging permit applications within existing laws, regulations and policies. It was specifically designed to provide a mechanism for consistent review of permit applications through coordinated efforts by DMMO member agencies. It also provides a mechanism to allow the involvement and participation of permit applicants and interested parties during the application process. No new regulatory statutes were initiated in the formation of the pilot DMMO. All applicable regulatory authority and processes of the member agencies remain in full force and effect. The DMMO meetings are typically held twice monthly at the USACE offices in San Francisco and are open to public participation.

The geographic area of the DMMO includes all of the San Francisco Bay Estuary up to Sherman Island, its major tributaries to the point where navigation is no longer feasible, upland areas surrounding the estuary, and the ocean disposal site designated by the EPA (the San Francisco Deep Ocean Disposal Site, or SF-DODS).

The member agencies are also committed to coordination with the pertinent resource agencies (CDFG, NMFS, and U.S. Fish and Wildlife Service), the Central Valley Regional Water Quality Control Board (regarding reuse of Bay dredged material in the Sacramento-San Joaquin Delta region) and the California Coastal Commission (regarding ocean disposal of dredged material). In addition to posting meeting schedules and agendas on the DMMO Web site at http://www.spn.usace.army.mil/conops/dmmo.htm, the USACE sends electronic copies of these items to members of all these agencies.

The DMMO has been meeting since 1996. Procedures for its operation are documented in a Memorandum of Understanding signed by the DMMO agencies and in formal General Operating Principles (available on the DMMO Web site). These procedures include publication of annual progress reports and annual public meetings. This report covers the period from January 1, 2001 through December 31, 2001. The annual meeting to discuss activities and other topics of the DMMO is scheduled for March 28, 2002.

## II. ACCOMPLISHMENTS

During 2001, the DMMO continued to accomplish the goals and objectives set forth in the 1995 General Operating Principles. The DMMO continued review of dredging project proposals, preparation of guidance documents, maintained the DMMO Web site, took part in a number of working groups relevant to the DMMO efforts, and continued staff education activities. These efforts are described below.

### A. PROJECT REVIEW

The DMMO discussed 73 projects during the year (see Appendix A for details on the projects considered). Of those, the DMMO made final recommendations on 46 projects proposing a total of approximately 3.2 million cubic yards of dredging. Table 1 provides summary information on projects for which the DMMO completed review in 2001.

**Table 1.** Volume proposed for dredging by projects for which DMMO made final recommendations during calendar year 2001.

| | Volume proposed for disposal | |
|---|---|---|
| | *cubic yards* | *% of total volume* |
| By Proposed Disposal Location | | |
| In-Bay | 1,960,550 | 60 |
| Beneficial Reuse | 395,000 | 12 |
| Ocean | 866,400 | 26 |
| By Suitability Determination | | |
| Suitable for unconfined aquatic disposal | 2,840,150 | 86 |
| Unsuitable for unconfined aquatic disposal | 449,800 | 14 |
| Total | 3,289,950 | |

Over half of the material from reviewed projects was proposed for in-Bay disposal. Approximately one-quarter of the material was proposed for ocean disposal and comes from just two USACE projects: maintenance dredging of Oakland Harbor and maintenance dredging of Richmond Inner Harbor. The remaining material, 12%, was proposed for beneficial reuse at various locations, including drying ponds (with later reuse as construction fill or for levee maintenance), landfills (for daily cover) and Winter Island (for levee maintenance). This pattern is very similar to that for projects reviewed during 2000.

In 2001, as in 2000, a higher proportion of material was determined to be unsuitable for unconfined aquatic disposal than in previous years. This year, 14% of material fell into this category, while historically this value has been below 5%. The unsuitable material was all from maintenance dredging projects, most of it from projects (Bahia Lagoon, Sausalito Marine Properties, and Kiewit Pacific Companies) that have not been dredged in many years. There is no indication that this apparent increase in the amount of material unsuitable for unconfined

aquatic disposal reflects an overall trend in the quality of Bay sediments. The DMMO agencies will continue to report on results of suitability determinations in future Annual Reports, and will investigate further should long-term trends in dredged material quality appear to change.

The volumes in the table above are proposed only, and the actual amounts and timing of dredging will depend on several factors. The DMMO process is just a portion of the permitting process for dredging. After obtaining a suitability recommendation on sediment quality from the DMMO, project proponents must obtain authorizations from appropriate regulatory agencies, secure funding, and arrange for a dredging contractor to perform the work. All these steps can take weeks to years. Therefore, these numbers cannot be used to predict, for example, that in-Bay disposal in 2002 will be 2 million cubic yards. For some of the projects in Table 1, dredging was completed in 2001. For other projects, dredging may not occur for some time.

## B. DREDGING AND DISPOSAL VOLUMES FOR 2001

The USACE tracks actual dredging and disposal volumes, and provides quarterly reports of these volumes to the other DMMO agencies. The complete annual report of disposal volumes is available from USACE. Table 2 summarizes the actual dredging and disposal volumes for calendar year 2001 (Appendix B contains more detailed information for calendar year 2001 dredging and disposal). Approximately 3.6 million cubic yards of material were disposed of during the year. Of this volume, 56% went to in-Bay disposal, 16% was disposed of at the deep ocean disposal site (SF-DODS), and 28% was used for beneficial reuse. The beneficial reuse numbers are dominated by the Port of Oakland's Berths 55-58 deepening project; as part of this new work project, about 740,000 cubic yards of material were used to provide fill material (beneficial reuse) for reconfiguration of the Port's Middle Harbor area. The LTMS policies encouraging that alternatives to in-Bay disposal be found for new work and USACE projects appear to be succeeding in diverting material from in-Bay disposal. The total amount of in-Bay disposal in 2001 was below the LTMS target of 2.3 million cubic yards per year during the first transition phase.

**Table 2.** Dredged material disposal during calendar year 2001.

| | All Dredging | | Maintenance Dredging | | New Work | |
|---|---|---|---|---|---|---|
| Disposal Type | *cubic yards* | *%* | *cubic yards* | *%* | *cubic yards* | *%* |
| In-Bay | 2,041,936 | 56 | 2,041,936 | 54 | 0 | 0 |
| Ocean | 566,679 | 16 | 566,679 | 44 | 0 | 0 |
| Beneficial reuse | 1,028,256 | 28 | 287,126 | 2 | 741,130 | 100 |
| Total | 3,636,871 | | 2,895,741 | | 741,130 | |

## C. LOCAL INLAND TESTING MANUAL GUIDANCE

The DMMO agencies issued draft guidance for implementing the Inland Testing Manual (ITM) locally via PN 99-3 in July 1999. We received numerous comments and have modified the local guidance, where appropriate, to respond to commenters' suggestions. The final guidance was published on October 26, 2001 (PN 01-01), and is now referred to as "Guidelines for Implementing the Inland Testing Manual in the San Francisco Bay Region" or "the ITM Guidelines." The ITM Guidelines will assist dredgers and project proponents with the ITM use in the Bay area.

### D. DMMO WEB SITE

The DMMO Web site (www.spn.usace.army.mil/conops/dmmo.htm), initiated in June 1998, continues to be maintained and updated by the USACE. The Web site provides access to:

- DMMO meeting schedules and agendas
- DMMO MOU and Operating Principles
- DMMO Annual Reports
- DMMO Newsletters
- Dredging Permit Consolidated Application Form and Instructions
- Local and federal guidance for sediment testing and dredged material management
- Links to the LTMS EIS/EIR and Management Plan
- Meeting schedules and agendas for LTMS public workshops and workgroup meetings
- Links to DMMO member agency Web sites

### E. WEB VERSION OF DMMO APPLICATION

The DMMO is designing a web based version of the Dredging Permit Consolidated Application Form. The intention is to allow applicants to type directly into the web form and submit it electronically. Currently the application is only available in hard copy or as a portable document file (pdf) that be downloaded from the DMMO web site and printed, but not filled in electronically. A "beta" version will be sent to a volunteer subset of project proponents and consultants for their use and comments. After addressing any comments, the DMMO will finalize the web form that we expect to make available to applicants and their contractors at the DMMO Web site. It was anticipated in the 1999 Annual Report, that an electronic application form would be released in 2000, but due to other priorities and redirection from an electronic to web version, the release has been delayed.

### F. LTMS MANAGEMENT PLAN PARTICIPATION

DMMO members have played an active role in developing, preparing for and participating in all the LTMS public workshops. Several of the DMMO staff have also been involved in writing and reviewing the Management Plan document and preparing for and participation in LTMS Management Committee meetings. Some DMMO staff also actively participate in the LTMS mid-level policy group.

Because DMMO members have participated in all aspects of the Management Plan development, other DMMO priorities (e.g., finalization of SAP guidance documents) have been delayed. The draft LTMS Management Plan was published in June 2000. The final version was released in January 2002.

### G. ALCATRAZ ENVIRONS SAMPLING

In 2001, the DMMO modified the procedures for sampling and testing the Alcatraz Environs reference stations. Two of the six stations (R-AM-B and R-AM-F) were eliminated from the sampling and testing scheme. Also, instead of taking a composite, applicants sampling the Alcatraz Environs for reference testing will take a single station sample. The stations are rotated in sequential order.

This change was based on feedback from firms performing sampling at the Alcatraz Environs and the DMMO's investigation of anomalous test results obtained from Alcatraz Environs composite samples. For several years, those sampling the Alcatraz Environs stations have

complained about the safety problems associated with station R-AM-B. This station is located relatively close to the island and subject to rough wave patterns because of wave bounce off the island. Additionally, the samples from this station were generally being rejected for inclusion in the composite because they were composed of relatively large sized particles, falling in the gravel to cobble range. Given the safety concerns and the unsuitable grain size of material from this station, we decided to drop it from inclusion in the sampling scheme.

Occasionally, tests of Alcatraz Environs composite samples would result in abnormal (in comparison to the large majority of test results) values for PCBs or PAHs. When firms sampling the Environs were queried if they noticed any differences in the material in different sampling events, they mentioned that many times station R-AM-F produced what looked like old construction material, pieces of brick, concrete, etc. Based on this anecdotal evidence the DMMO investigated historical records of the area and discovered that an area within 100 yards of the R-AM-F sampling station had previously been designated (prior to 1972) as a general dump site. This dump site was not restricted, and almost any type of material could be disposed. Because of this, we removed this station from the sampling scheme.

Rather than compositing the remaining stations, individual stations will be sampled sequentially by applicants. The data, over time, from each of the stations, will allow the DMMO to determine if the anomalies are consistently coming from a single station or are random.

### H. 2001 ANNUAL MEETING

On April 22, 2001, the DMMO held its 2001 Annual Meeting. The annual report for 2000 was presented. Other topics included: environmental windows for dredging and dredged material disposal projects, and updates on DMMO activities for the upcoming year and other efforts affecting dredging and dredged material disposal for Bay area projects.

The RWQCB discussed the impaired water body designation for the SF Bay and talked about upcoming Total Maximum Daily Loads (TMDL) for analytes such as mercury and PCBs. Mixing zones for dilution models were also discussed.

### I. DMMO STAFF EDUCATION AND TRAINING

During 2001, the DMMO agencies continued to include education and training, both internal and external, as a primary objective. Education and training include: informal internal workshops regarding the roles, regulations and responsibilities of the member agencies; speakers at DMMO meetings; DMMO coordination and self-evaluation meetings; site visits; and participation in regional and national meetings and workshops relating to dredging and dredged material management. "Internal" training, such as field visits, is imperative to agencies' understanding of a particular project or process (e.g., hopper dredging). Similarly, internal meetings, workshops and retreats, addressing coordination and communication, are necessary to ensure that DMMO members continue to work well as a team. Just as important is "external" training, where DMMO members learn what other groups dealing with dredging and dredged material management are doing. The DMMO is an efficient and effective body, a necessary component to the success of LTMS, and a resource to the regulated public. The state of the art and the science continues to evolve and DMMO staff members need to learn about these changes in order to remain effective. Attendance at workshops, seminars and training, particularly those outside the Bay area, by DMMO members is needed to ensure that we keep current with regulatory and technical changes.

During 2001, the DMMO accomplished a number of our training goals. These are summarized below.

**Internal Training:**

- DMMO coordination, policy, and "self-evaluation" workshops were held in February and July
- In-house ITM training
- Mercury in the Bay presentation by Dr. K. Abusaba of the RWQCB.
- STFATE training by Dr. paul Schroeder, of USACE Waterways Experiment Station, Vicksburg, MI.

**Site Visits to:**

- *Essayons* hopper dredge
- MEC Analytical Laboratories in Tiburon
- Vallejo Marina
- Benicia Marina
- Foster City proposed disposal pond
- Port Sonoma Marina drying ponds
- Martinez Marina drying ponds
- Bel Marin Keys
- Sonoma Baylands

**External Training:**

- RMP Annual Meeting
- National Dredging Team meeting (Jacksonville, FL)
- Effective Meeting Management (State Water Resources Control Board, Sacramento, CA)
- USEPA and USACE Sediment Specialists and Dredged Material Managers Meeting (New Orleans, LA)
- Society of Environmental Toxicology and Chemistry Chapter annual meeting (Baltimore, MD)
- Society of Environmental Toxicology and Chemistry, Northern California Chapter annual meeting (Santa Cruz, CA)
- Coastal Ecology Course (Monterey, CA)
- State of the Estuary Conference (San Francisco, CA)
- Understanding Contaminated Harbor and River Sediment (Berkeley, CA, sponsored by University of Wisconsin, Madison)

## III. ON-GOING AND FUTURE ACTIVITIES

As the DMMO continues to evolve, our responsibilities increase. We recognize the need to coordinate more fully with other dredging proponents in the region, such as in the Monterey Bay Region, within the Sacramento Delta and in southern California. We hope to extend the DMMO concept to other areas, particularly those that are within the jurisdiction of the USACE San Francisco District and EPA Region IX. We feel that our experiences can assist other groups in developing similar programs. In addition, we have discussed the need for additional guidance to the regulated public. On-going and proposed future activities of the DMMO are described below.

Continue to coordinate review of project proposals: The DMMO will continue to coordinate review of dredging project permit applications. Based on experience in 2001, it is expected that the DMMO increasingly will be involved in review of projects proposing disposal of dredged material at the ocean disposal site and at beneficial reuse sites.

Special Status Species Work Windows: In 1998, pursuant to the State and Federal Endangered Species Acts, the resource agencies (US Fish and Wildlife Service, NMFS, and CDFG) completed a programmatic biological opinion for the LTMS. The resulting consultation established work windows – delineated areas and periods where dredging or disposal would not significantly adversely impact the species – and provided incidental take for those areas. The environmental windows also designated areas and periods where further consultation with the appropriate agencies would be necessary on a case-by-case basis.

In 2001, an informal work group consisting of the resource agencies, the EPA, BCDC and the Bay Planning Coalition, met seven times to coordinate efforts between the agencies, streamline the consultation process and discuss issues of concern regarding the work windows. Through these efforts, the regulatory agencies have a better understanding of the resource agencies' informational needs prior to a consultation, further refinements were made to the work windows, and an informal consultation process was established. All of these efforts have produced a more expeditious consultation process without compromising endangered species protection. Further discussion regarding the environmental windows, mitigation measures and species protection will continue in 2002.

Regional Implementation Manual: The DMMO agencies will prepare a Regional Implementation Manual which, ultimately, will compile testing requirements for dredged sediment disposal at beneficial reuse, in-Bay and ocean sites based on Federal and State guidance.

Develop Alternate In-Bay Reference Sites: The EPA has recently announced that it plans to finalize the 1995 Draft "Reference Rule." This rule would improve consistency in reference site selection with that required by the Marine Protection Research and Sanctuaries Act (Ocean Dumping Act), as well as afford better and more appropriate protection to waters of the U.S.. EPA Region IX is undertaking coordination with the Regional Board to determine appropriate, fine-grained reference sites in San Francisco Bay for use by dredging project proponents. We expect that DMMO will adopt reference sites already identified by the Regional Board, but may modify locations or sampling conditions to ensure appropriate data. The DMMO will issue a Public Notice for review and comment when such sites are chosen.

Project tracking for future use in LTMS planning: Included as Appendix B to this report are the monthly volumes dredged during 2001 listed by project. Section II B of this report provides a summary table and discussion of these data. The DMMO will continue to track this information and make summaries available to the LTMS agencies for planning purposes.

Delta Dredging Reuse Strategy Technical Advisory Panel: In 2001, DMMO members provided input to the Delta Dredging Reuse Strategy Technical Advisory Panel (DDRS TAP) by attending meetings and submitting comments on technical reports that provide a framework for assessing the impacts of dredging projects in the Sacramento/San Joaquin River Delta. Under the umbrella of CALFED, DDRS TAP representatives from several state and federal regulatory and resource agencies along with local government and dredging community stakeholders have embarked on a process to develop a regional Dredge Material Management Plan for the Delta. DDRS TAP members are looking to the LTMS process for guidance in this endeavor, which

includes using the DMMO as a model for the development of a multi-agency review team to facilitate permit coordination and streamlining. We look forward to continuing to share our experiences in the development and operation of the DMMO, and hope they will assist groups in other regions, particularly those that are within the jurisdiction of the USACE San Francisco District and EPA Region IX, in developing similar programs.

Sediment quality database: For several years, DMMO staff have been interested in developing a database containing sediment testing results from dredged material evaluations. Such a database would assist applicants in preparing dredging SAPs and Tier I requests and would assist DMMO staff in reviewing projects and in decision making. Currently, DMMO staff do not have the expertise and the resources to develop such a database internally. We are looking for opportunities to tie in to grant programs and existing efforts.

**Sampling and Analysis Plan (SAP) Guidance:** The DMMO issued Draft Sampling and Analysis Plan Guidance via Public Notice 99-4. We expect to issue final guidance in 2002.

**Analysis and Reporting of PCBs in Sediments:** While the Inland Testing Manual encourages the analysis of PCBs by congener, the current local ITM Guidelines provide a list of Aroclors to be analyzed during routine analysis. The DMMO is developing guidance for the analysis of PCBs in dredged material evaluations. We expect that the guidance will recommend analysis by the congener method, and will provide a list of recommended congeners for analysis. The guidance will also discuss interpretation of the results of congener analyses.

**Workload Issues:** The DMMO was not able to accomplish as much as we would have liked in 2001. This was due in large part to workload issues for the USACE DMMO representatives. During 2001, the USACE Regulatory Branch had a vacancy in the position that deals with dredging permits, so the USACE DMMO representatives filled that role. This took up a great deal of their time, and their ability to keep up with DMMO responsibilities was severely limited. There is now a new staff person in the Regulatory position, and we hope that the USACE representatives will be able to devote more time to DMMO issues.

## IV. CONCLUSIONS

The DMMO has continued to improve review of dredging project proposals, encourage intra- and inter-agency consistency in the decision making process, while ensuring environmental protection. The DMMO continues to expand its role in dredging and dredged material management in the Bay area by increasing our review of projects proposing upland disposal, by participating in working groups of concern to dredged material management, and by increasing public participation in the process. The agencies recommend that the pilot DMMO be finalized and only continue in a pilot phase, pending formalization of the program. In the future the agencies comprising the DMMO will act to formalize this arrangement through an updated MOU.

DREDGED MATERIAL MANAGEMENT OFFICE

P.4

# DREDGED MATERIAL MANAGEMENT OFFICE (DMMO) ANNUAL REPORT

***January 1, 2002 through December 31, 2002***

May 2003

U.S. Environmental Protection Agency, Region IX, WTR-8
75 Hawthorne Street
San Francisco, CA 94105-3919

San Francisco Bay Conservation and Development Commission
50 California Street, Suite 2600
San Francisco, CA 94111-4704

U.S. Army Corps of Engineers
San Francisco District
333 Market Street
San Francisco, CA 94105-2197

San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612-1413

California
State Lands Commission
100 Howe Avenue, Suite 100-South
Sacramento, CA 95825-8202

TDM009160

**DMMO Member Agency Staff Contacts:**

| | | | |
|---|---|---|---|
| USACE | David Dwinell* | (415) 977-8471 | ddwinell@spd.usace.army.mil |
| BCDC | Brenda Goeden | (415) 352-3623 | brendag@bcdc.ca.gov |
| RWQCB | Beth Christianson | (510) 622-2335 | eac@rb2.swrcb.ca.gov |
| EPA | Kathy Dadey | (415) 972-3474 | dadey.kathleen@epa.gov |
| SLC | Donn Oetzel | (916) 574-1998 | oetzeld@slc.ca.gov |

*Mr. Dwinell is the primary point of contact for DMMO-related matters.

**Resource Agency Contacts:**

| | | | |
|---|---|---|---|
| CDFG | Deborah Johnston | (831) 649-7141 | djjohnston@dfg.ca.gov |
| NOAA Fisheries | Dave Woodbury | (707) 575-6088 | David.P.Woodbury@noaa.gov |
| USFWS | Ryan Olah | (916) 414-6639 | Ryan_Olah@fws.gov |

***DMMO Web site:*** ***http://www.spn.usace.army.mil/conops/dmmo.htm***
**(or hit the DMMO link on the spn.usace.army.mil homepage)**

## I. INTRODUCTION

The multi-agency Dredged Material Management Office (DMMO) was established to foster a comprehensive and consolidated approach to handling dredged material management issues to reduce redundancy and delays in the processing of dredging permit applications, while ensuring environmental protection. The DMMO, in part, grew out of the Long Term Management Strategy for the Placement of Dredged Material in the San Francisco Bay Region (LTMS), which was started in 1990.

In 1995, the LTMS agencies formed a pilot DMMO, under existing authorities and budgets. The DMMO member agencies are the US Environmental Protection Agency, Region IX (EPA), the US Army Corps of Engineers, San Francisco District (USACE), the San Francisco Bay Regional Water Quality Control Board (RWQCB), the San Francisco Bay Conservation and Development Commission (BCDC), and the California State Lands Commission (SLC). The USACE acts as the "host" of the DMMO. The California Department of Fish and Game (CDFG) and NOAA Fisheries actively participate in the DMMO as commenting resource agencies.

The roles, responsibilities and jurisdictions of the DMMO agencies differ, depending primarily on the proposed dredged material disposal or reuse site. As a result, member agencies may play only an advisory role in certain aspects of the permitting process. Decisions made by the DMMO do not in any way supersede the primary roles of the permitting agencies, which remain free to accept or reject recommendations, including those of the DMMO staff. In practice, however, the discussions at the DMMO meetings help inform the permitting agencies of specific concerns and issues of the member agencies, often before finalization of project documents. This encourages and facilitates necessary project modifications at an early stage in project planning when such changes are more easily and economically accomplished.

The DMMO facilitates the processing of dredging permit applications within existing laws, regulations and policies. It was specifically designed to provide a mechanism for consistent review of permit applications through coordinated efforts by DMMO member agencies. It also provides a mechanism to allow the involvement and participation of permit applicants and interested parties during the application process. No new regulatory statutes were initiated in the formation of the pilot DMMO. All applicable regulatory authority and processes of the member agencies remain in full force and effect. The DMMO meetings are typically held twice monthly at the USACE offices in San Francisco and are open to the public.

The USACE posts meeting schedules and agendas on the DMMO Web site and sends electronic copies of these items to members of all pertinent resource agencies (e.g., CDFG, NOAA Fisheries, and the U.S. Fish and Wildlife Service).

The geographic area of the DMMO generally includes the San Francisco Bay Estuary up to Sherman Island, its major tributaries to the point where navigation is no longer feasible, upland areas surrounding the estuary, and the ocean disposal site designated by the EPA (the San Francisco Deep Ocean Disposal Site, or SF-DODS)[1].

The DMMO has been meeting since 1996. Procedures for its operation are documented in a Memorandum of Understanding signed by the DMMO agencies and in formal General Operating Principles (available on the DMMO Web site). These procedures include publication of annual progress reports and annual public meetings. This report covers the period from January 1, 2002 through December 31, 2002. The annual meeting to discuss activities of the DMMO during 2002 is scheduled for May 9, 2003.

## II. ACCOMPLISHMENTS

During 2002, the DMMO continued to accomplish the goals and objectives set forth in the 1995 General Operating Principles. The DMMO continued review of dredging project proposals, preparation of guidance documents, maintained the DMMO Web site, took part in a number of working groups relevant to the DMMO efforts, and continued staff education activities. These efforts are described below.

### A. PROJECT REVIEW

The DMMO discussed about 50 projects during the year (see Appendix A for details). Of those, the DMMO made final recommendations on 38 projects proposing a total of approximately 3.7 million cubic yards of dredging. Table 1 provides summary of the projects for which the DMMO completed review in calendar year 2002.

[1] Please note that the jurisdictions of the member agencies differ. The geographic area defined here represents an inclusive description of these jurisdictions.

**Table 1.** Project volumes proposed for dredging for which DMMO made final recommendations during calendar year 2002.

| | Volume proposed for disposal | |
|---|---|---|
| | *cubic yards* | *% of total volume* |
| By Proposed Disposal Location | | |
| In-Bay (SF-9, SF-10, SF-11 and SF-16) | 2,289,349 | 62 |
| Beneficial Reuse | 452,770 | 16 |
| Ocean (SF-8 and SF-DODS) | 586,543 | 12 |
| Other (Tier I not approved – testing required) | 260,000 | 7 |
| Total | 3,680,771 | |
| By Suitability Determination | | |
| Suitable for unconfined aquatic disposal | 3,068,662 | 90 |
| Unsuitable for unconfined aquatic disposal | 92,109 | 3 |
| Other (Tier I not approved – needs test) | 260,000 | 7 |

Over half of the material estimated for reviewed projects was proposed for in-Bay disposal. Less than one-quarter of the material was proposed for ocean disposal and represents two USACE projects: maintenance dredging of Oakland Harbor and maintenance dredging of Richmond Inner Harbor. The remaining material, 16%, was proposed for beneficial reuse at various locations, including drying ponds (with later reuse as construction fill or for levee maintenance), landfills (for daily cover) and Winter Island (for levee maintenance). This pattern is similar to that for projects reviewed during 2001.

In 2002, the proportion of material recommended as unsuitable for unconfined aquatic disposal was similar to the average for previous years. This year, 3% of material fell into this category; historically this value has been below 5%. The unsuitable material was all from maintenance dredging projects, most of it from projects (the Ports of San Francisco and Oakland and Glen Cove Marina) that proponents decided it was more expeditious to dispose of the material out of the Bay rather than undertake additional testing that may have modified the suitability recommendations for in-Bay disposal. The DMMO did not approve Tier I determinations for the City of Emeryville Marina or Greenbrae Marina. Material from these projects will require testing before DMMO can make suitability determinations.

The volumes in Table 1 are proposed only; the actual amounts and timing of dredging will depend on several factors. The DMMO process is just a portion of the permitting process for dredging proponents. After obtaining a suitability recommendation on sediment quality from the DMMO, project proponents must obtain authorizations from the appropriate regulatory agencies, secure funding, and arrange for a dredging contractor to perform the work. These additional steps can take weeks to years. Therefore, the numbers disclosed in this report cannot be used to predict, for example, in-Bay disposal in 2003. For some of the projects in Table 1, dredging was completed in 2002. For other projects, dredging may not occur for some time.

### B. DREDGING AND DISPOSAL VOLUMES FOR 2002

The USACE tracks actual dredging and disposal volumes, and provides quarterly reports of these volumes to the other DMMO agencies. The complete annual report of disposal volumes is available from USACE. Table 2 summarizes the actual dredging and disposal volumes for calendar year 2002 (Appendix B and Appendix C contain more detailed information). Approximately 3.7 million cubic yards of material were disposed during the year. Of this volume, 52% went to in-Bay disposal, 30% was disposed at the deep ocean disposal site (SF-DODS), and 18% was reused beneficially. The beneficial reuse numbers included the Port of Oakland's Berths 55-58 deepening project; as part of this new work project, about 166,000 cubic yards of material were used to provide fill material for reconfiguration of the Port's Middle Harbor area. Other new work included retrofit and construction projects on three bridges in the Bay area that, together, employed all three disposal options. The LTMS policies encouraging that alternatives to in-Bay disposal be found for new work and USACE projects appear to be succeeding in diverting material from in-Bay disposal. The total amount of in-Bay disposal in 2002 was below the LTMS target of 2.3 million cubic yards per year during the first transition phase.

**Table 2.** Dredged material disposal during calendar year 2002

| | All Dredging | | Maintenance Dredging | | New Work | |
|---|---|---|---|---|---|---|
| Disposal Type | *cubic yards* | *%* | *cubic yards* | *%* | *Cubic yards* | *%* |
| In-Bay | 1,887,555 | 52 | 1,875,795 | 60 | 11,760 | 2 |
| Ocean | 1,113,814 | 30 | 841,478 | 27 | 272,336 | 50 |
| Beneficial reuse | 649,803 | 18 | 389,439 | 13 | 260,364 | 48 |
| Total | 3,651,172 | | 3,106,712 | | 544,460 | |

### C. FINALIZATION OF PERMANENT STATUS FOR THE DMMO

In 2002, the DMMO finally received permanent status and is no longer considered a "pilot" project. This minor modification has, nonetheless, fairly wide-reaching consequences. While most stakeholders were unaware of the DMMO's status as a pilot, in fact, as a pilot project, the DMMO could have been disbanded at any time. As a permanent entity, however, project proponents and others can be assured that DMMO will continue indefinitely.

DMMO staff are working to update the implementing Memorandum of Understanding (MOU) to reflect this change. We expect that management will sign a new MOU documenting the change in status, as well as the expanding role of DMMO (e.g., as the initial point of contact for all dredging project, regardless of their proposed disposal/reuse location) in the LTMS sometime in calendar year 2003.

### D. DMMO WEB SITE

The USACE initiated the DMMO Web site (www.spn.usace.army.mil/conops/dmmo.htm) in June 1998, and continues to maintain and update it. The Web site continues to provide access to:

- DMMO meeting schedules and agendas
- DMMO MOU and Operating Principles

- DMMO Annual Reports
- DMMO Newsletters
- Dredging Permit Consolidated Application Form and Instructions
- Local and federal guidance for sediment testing and dredged material management
- Links to the LTMS EIS/EIR and Management Plan
- Meeting schedules and agendas for LTMS public workshops and workgroup meetings
- Links to DMMO member agency Web sites

## E. LTMS PARTICIPATION

DMMO members play an active role in developing, preparing for and participating in all the LTMS public workshops. Several of the DMMO staff have also been instrumental in establishing and fostering LTMS workgroups (see below for details). Some DMMO staff also participate in the LTMS program managers policy group and assist in preparing for and participation in LTMS Management Committee meetings.

DMMO staff were instrumental in arranging the January 2002 LTMS Public Workshop updating stakeholders on the status of the LTMS, particularly the implementation of the 40:40:20 strategy. Also discussed at the meeting were the LTMS workgroups, draft guidelines for cover/foundation material for wetland reuse, updates on planned reuse sites around the Bay, environmental windows, and coordination with CALFED, particularly regarding use of Bay dredged material for levee rehabilitation and restoration on delta islands.

Certain DMMO staff also have provided substantial input to the establishment of upland/wetland reuse sites, such as the Hamilton Army Air Field, Bel Marin Keys V, and Montezuma wetland restoration site, as well as ensuring continued capabilities at Winter Island and Sherman Island. DMMO staff have also been involved in the Mare Island Dredged Material Disposal Ponds EIS/EIR.

## F. OTHER PROFESSIONAL INVOLVEMENT

Other local efforts some DMMO members were involved in during 2002 include:

- Participation in the Harbor Safety Committee
- Involvement in the Water Transit Authority meetings and review of various documents related to expanding ferry service in S.F. Bay
- Membership in the Marine Transportation Committee, including the Environmental Subcommittee
- Membership on the Regional Monitoring Program Technical Review Committee
- Involvement in the Delta Dredging Program, including review and comment on a number of drafts of program documents and input at Delta Dredging Program meetings
- Briefings for senior agency staff, including EPA HQ staff on DMMO and dredging and dredged material disposal in S.F. Bay
- Participation in CALFED Levee and Habitat Subcommittees, coordinating potential future beneficial reuse of dredged material at Delta islands.

G. 2002 ANNUAL MEETING

The DMMO held its 2002 Annual Meeting on March 28, 2002, where the 2001 Annual Report was provided and discussed. Presentations by the DMMO also included updates on SAP Guidance, Sediment Quality Guidelines, use of SFDODS and associated monitoring, development of an electronic, web-based application, and PCB congener analyses. DMMO members also discussed the decision-making process, Alternatives/Feasibility Analyses, and testing for different disposal environments with the attendees. Other pertinent topics included disposal site management (both in-Bay and SFDODS), disposal site volume limitations and working within the environmental windows. Much of the afternoon was spent discussing dredgers' projects and their relation to the environmental windows. We began the important and timely process of assisting dredgers, large and small, to coordinate their projects to make best use of available equipment, to initiate informal consultation with the resource agencies, and ensure that all projects can be dredged in an environmentally- and economically-sensitive fashion (see below for greater detail on accomplishments made in the environmental windows arena).

H. KNOCKDOWNS

DMMO members have come to realize the efficiency of the judicious use of "knockdowns" (i.e., operations wherein high spots are smoothed into deeper adjacent areas within the permitted dredging footprint). Knockdown events can provide project proponents with a viable solution to a full dredging episode, while ensuring safe navigation. In addition, knockdown operations are consistent with the LTMS goal of limiting in-Bay disposal, by reducing the number of dredging and disposal events that are necessary. As a result, DMMO has supported this practice, where appropriate. Projects that have used knockdown operations successfully during 2002 generally can identify several isolated high spots (sometimes referred to as "moguls") surrounded by deeper areas into which the material of the high spot can effectively be dragged through the use of a heavy beam, or sometimes, a clamshell. When a later full dredging operation is anticipated, this material is then characterized in the usual fashion and removed. This procedure is more efficient for the project proponents, while still ensuring that adequate information is provided in advance of disposal at a more distant location.

I. ENVIRONMENTAL WINDOWS WORKGROUP

In response to input at the DMMO 2002 Annual Meeting, the Environmental Windows Work Group was initiated formally as part if the LTMS to address concerns of the dredging community regarding the programmatic biological opinions for dredging and disposal in San Francisco Bay that were included in the LTMS Management Plan. The biological opinions from the NOAA Fisheries, the U.S. Fish and Wildlife Service and the agreement with the CDFG set forth dredging and disposal work windows for the Bay area to avoid impacts to endangered and threatened species and species of special concern. When a project cannot be scheduled to be completed within a work window, consultation with the appropriate resource agency is required as part of the permitting process.

The Environmental Work Window Work Group includes regulatory and resource agencies, including USACE, EPA, BCDC, NOAA Fisheries, U.S. Fish and Wildlife Services, and the CDFG, stakeholders, including small marinas, the Ports of San Francisco and Oakland, the Bay

Planning Coalition, the Dredging Action Committee, and members of the dredging industry. In 2002, this multi-stakeholder group developed a mission statement, prepared a draft work plan, held Short Term Solutions meetings to address the needs of dredging projects planned for 2002, and Long Term Solutions meetings to evaluate funding sources, scientific data gaps, technological and operational issues, and confounding factors.

During 2002, the Work Groups met approximately 18 times. Meetings continue on average, every six weeks. Dredging project proponents with upcoming projects, particularly ones that expect to have difficulty completing work within the environmental work windows, are encouraged to attend the Short Term Solutions meetings. Through the efforts of the various stakeholders, DMMO now has a comprehensive list of future dredging projects and has facilitated the completion of a number of projects outside of the work windows. For example, in 2002, the Short Term Solutions group reviewed approximately 25 projects, of which 17 were completed within 2002, including 11 that received extensions beyond the work windows as a result of formal or informal consultation. A draft consultation initiation packet is also in the works and should be available for use soon.

By the end of 2002, the Environmental Windows Work Group had expanded efforts and began implementing its draft work plan. As a result, four new work groups were formed to focus on specific issues: Science and Data Gaps, Technology and Operations, Confounding Factors and Funding. The Science and Data Gaps Group and the Technology and Operations Group are working to provide the most up to date and relevant information on dredging and disposal impacts to the regulatory and resource agencies to allow them to apply this information to the consultation and permitting process. The Confounding Factors Group is exploring ways to reduce delays associated with regulatory and process needs. The Funding Work Group is researching funding sources to support this work.

## J. SEDIMENT QUALITY GUIDELINES

The DMMO has recognized that it would benefit the region to develop numeric sediment screening guidelines (SSGs) based on regional toxicity testing results to ensure appropriate environmental protection and minimize testing costs.

In November 2002, the DMMO hosted a public informational workshop on a project funded by the California Coastal Conservancy to evaluate existing SSGs for wetland creation/beneficial reuse and revise the existing guidelines based on the results of the evaluation and input from stakeholders. Project tasks completed in 2002 included design of a database structure for sediment chemistry, toxicity, and bioaccumulation data, populating the database with regional monitoring and dredging data, and performing quality assurance checks of the database. Tasks targeted for completion in 2003 include: 1) evaluating the accuracy of existing numeric SSGs at predicting acute amphipod toxicity; 2) deriving regional SSGs if current guidelines are not adequately predictive; 3) preparing draft and final reports with revised SSGs; and 4) developing procedures for the DMMO to update the SSGs as more regional data become available. In order to be able to evaluate and update the guidelines in the future, however, the DMMO will need to secure funding and staff to maintain the sediment quality database created during this project and add new dredged material testing data as it becomes available.

In addition, DMMO staff are actively involved in the State Water Resources Control Board (SWRCB) process to develop and adopt sediment quality objectives (SQOs) for enclosed bays and estuaries in California. The numeric objectives developed in this program will be based on protecting sensitive aquatic life represented by sediment dwelling organisms (e.g., benthic macroinvertebrate community). The DMMO will assist this effort by providing dredged material testing data from the San Francisco Bay region to be included in a relational database containing data on sediment contamination, toxicity, bioaccumulation, and benthic community impacts for marine and estuarine areas of California. The data compiled for the S.F. Bay SSG project has already been included in the statewide database. The state SQO development effort is expected to take about four years to complete, starting in 2003.

## K. DMMO STAFF EDUCATION AND TRAINING

During 2002, the DMMO agencies continued to include education and training, both internal and external, as a primary objective. Education and training include informal internal workshops regarding the roles, regulations and responsibilities of the member agencies; speakers at DMMO meetings; DMMO coordination and self-evaluation meetings; site visits; and participation in regional and national meetings and workshops relating to dredging and dredged material management. "Internal" training, such as field visits, is imperative to agencies' understanding of a particular project or process (e.g., hopper dredging). Similarly, internal meetings, workshops and retreats, addressing coordination and communication, are necessary to ensure that DMMO members continue to work well as a team. Also important is "external" training, where DMMO members learn what other groups and entities dealing with dredging and dredged material management are doing, nationally and internationally.

The DMMO strives to be an efficient and effective body, a necessary component to the success of the LTMS, and a resource to the regulated public. The state of the art and the science continues to evolve and DMMO staff members need to keep pace with these changes in order for us to remain our most effective. Attendance at workshops, seminars and training, particularly those outside the Bay area, by DMMO members is needed to ensure that we keep current with regulatory and technical changes.

During 2002, the DMMO accomplished a number of our training goals. These are summarized below.

**Internal/Regional Training:**

- DMMO coordination, policy and self-evaluation retreat in May
- Regional Board DDT workshop in May
- Regional Board PCB workshop in August
- EPA in-house microbiology course in August
- Regional Board mercury TMDL workshop
- Information session on new positioning systems for dredgers
- Enforcement of violations of Section 404 and MPRSA in the Bay area

Site Visits to:

- Bel Marin Keys project site
- Petaluma dredging and upland disposal site
- Port Sonoma dredging and upland disposal site
- Valero Berth knockdown dredging project

- Vallejo Marina dredging project
- Suisun Channel and Martinez Marina dredging projects (including the USACE hopper dredge Essayons)
- Bay Bridge turbidity containment exposition
- Pierce Island upland dredged material disposal site
- Pittsburg Marina dredging operations
- Winter Island upland dredged material disposal site

**External Training:**

- Regional Monitoring Program Annual Meeting
- USACE/EPA Sediment Specialists and Dredged Material Managers Meeting
- Dredging '02 International meeting; DMMO staff presented a paper on the LTMS process
- USACE/EPA National Dredging and Dredged Material Management Seminar; DMMO staff gave presentation on DMMO to a regional and national audience
- USACE Annual Chemists meeting
- USACE GPS/GIS Applications course
- USACE Intermediate GIS training course
- NorCal SETAC Annual meeting; DMMO staff also acted as co-instructor of sediment toxicity short course

## III. ON-GOING AND FUTURE ACTIVITIES

As the agencies continue implementation of the LTMS, DMMO finds that our responsibilities continue to increase. We recognize that we form the first portal of entry for many project proponents, both experienced and those new to the LTMS process. We accept and appreciate this role, as for many dredgers, contractors and consultants, we constitute a well-known body, versed in both the various regulations of our member agencies, as well as in the LTMS principles and goals. It has been particularly rewarding to us to find that project applicants, even when dredging is a minor part of their proposed project, wish to bring the project to DMMO. It is our purpose and goal to ensure that DMMO continues as a body wherein applicants can expect to find consensus, clarification of the various regulations, and a united recommendation. On-going and proposed future activities of the DMMO are described below.

**Coordinated review of project proposals:** The DMMO will continue to coordinate review of dredging project permit applications. Based on our experience, we expect that the DMMO increasingly will be involved in review of projects proposing disposal of dredged material at the ocean disposal site and at beneficial reuse sites.

**Environmental Work Windows:** In 2002, we made great strides in the area of environmental windows (see above). We have every intention of continuing the work and expanding upon our successes.

**Project tracking for LTMS planning:** Included in Appendix B to this report are the monthly volumes dredged during 2002 listed by project. Section II of this report provides summary tables and discussion of these data. The DMMO will continue to track this information and make summaries available to the LTMS agencies for planning purposes. In addition, DMMO hosts, the USACE, maintains monthly project tracking of the in-Bay disposal sites to ensure that monthly

disposal limits are not exceeded and that disposal at SF-11 minimizes the potential for dangerous mounding. The EPA tracks disposal at SF-DODS.

Regional Implementation Manual: The DMMO, because of other more pressing priorities, was able to expend little energy toward development a Regional Implementation Manual. We remain committed, however, to completion of a comprehensive manual compiling testing requirements for dredged sediment disposal at beneficial reuse, in-Bay and ocean sites based on Federal and State regulations and guidance.

Develop Alternate In-Bay Reference Sites: EPA HQ made no progress toward finalizing the 1995 Draft "Reference Rule" in 2002. Although this rule would improve consistency in reference site selection with that required by the Marine Protection Research and Sanctuaries Act (Ocean Dumping Act), as well as afford better and more appropriate protection to waters of the U.S., we do not know when it may be finalized. In the meantime, numerous project proponents choose to obtain both a "grain size appropriate" sample as well as the standard reference sample to account for confounding effects of grain size that are not associated with contaminant concentrations. We recognize that this is an inappropriate situation and continue to encourage EPA HQ to finalize the rule.

Workload Issues: As in previous years, the DMMO was not able to accomplish as much as we would have liked in 2002. As previously, this was due in large part to workload. We recognize that our stakeholders – as well as ourselves – want a comprehensive sediment quality database in place; we would like to provide more frequent guidance to project proponents and other stakeholders; we understand the usefulness of sediment quality guidelines. Although we have made strides toward these goals this year, without additional funds, a fully functional database, more timely guidance, and truly applicable sediment quality guidelines appear unlikely in the near future.

## IV. CONCLUSIONS

The DMMO continues to improve review of dredging project proposals, encourage intra- and inter-agency consistency in the decision making process, while ensuring environmental protection. The DMMO continues to expand its role in dredging and dredged material management in the Bay area by increasing our review of projects proposing upland and ocean disposal, by participating in the LTMS implementation process and other groups associated with dredged material management, and by furthering public participation in the process. We are currently in the process of formalizing an updated MOU more appropriate to our current role in dredging and dredged material management in the S.F. Bay area.







Page _____

**Figure _____**

TDM009172

2002 Dredged Material Disposal, CY




Figure _____

Page _____

TDM009173

## Appendix A. Projects Reviewed by the DMMO or Dredged During Calendar Year 2002

| | Site Dredged | USACE File Number *1 | Volume Approved, CY | Disposal Site | Application Date | Tier I Approved | SAP Approved | Results approved | Pre Dredge Survey Date | DOP approved | Post Dredge Survey Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BALLENA ISLE MARINA | 21920 | 50,000 | Upland | 12/10/1999 | NA | 1/12/1996 | 9/24/1998 | 5/1/2001 | 7/17/2000 | 4/29/2002 | NW35 DOP approval |
| 2 | BENICIA PORT TERMINAL COMPANY | 23107 | 43,000 | SF-09 | 10/16/1997 | No letter | NA | NA | 2/28/2002 | 3/22/2002 | *6 | |
| 3 | BENICIA-MARTINEZ BRIDGE RETOFIT & NEW, PILINGS | 21392 | 17,165 | SF-09 & *3 | 4/5/1995 | old | NA | NA | 4/1/2002 | 4/9/2002 | Working | and Winter Island |
| 4 | BENICIA-MARTINEZ BRIDGE, MARAD ACCESS CHANNEL | 21392 | 40,550 | Upland *3 | 4/5/1995 | old | NA | NA | 11/27/2001 | 1/4/2002 | 2/28/2002 | start 1/7/02 |
| 5 | BOAT DOCK, GARY SCHEIER | 24519 | 227 | SF-10 | 11/3/1999 | No letter | NA | NA | 4/12/2002 | 5/29/2002 | Pending | did not dredge yet |
| 6 | BOAT RAMP, CITY OF SUNNYVALE, NASA | 27211 | 60 | Upland | 8/7/2002 | 9/25/2002 | NA | NA | Pending | | | at City landfill |
| 7 | CHEVRON LONG WHARF, RICHMOND, Berth 1 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 8 | CHEVRON LONG WHARF, RICHMOND, Berth 2 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 9 | CHEVRON LONG WHARF, RICHMOND, Berth 3 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 10 | CHEVRON LONG WHARF, RICHMOND, Berth 4 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 11 | CHEVRON LONG WHARF, RICHMOND, Berth 9,11,bargeway | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 12 | CITY OF BENICIA MARINA | 22724 | 20,300 | SF-09 | 3/10/1997 | 3/14/2002 | NA | NA | 6/25/2002 | 9/13/2002 | 12/20/2002 | |
| 13 | CITY OF BENICIA MARINA | 22724 | 51,250 | SF-09 | 3/10/1997 | 3/14/2002 | NA | NA | 6/25/2002 | 7/26/2002 | 9/9/2002 | |
| 14 | CITY OF EMERYVILLE MARINA | 27213 | 198,000 | SF-11 | 8/2/2002 | NA | Pending | | | | | 12/18/02 not Tier I |
| 15 | CITY OF PETALUMA MARINA | 27481 | 37,000 | Upland | 12/6/2002 | NA | 12/19/2002 | 3/24/2003 | Pending | | | at City PCDDA |
| 16 | CITY OF PITTSBURG MARINA | 26215 | 124,000 | Upland *3 | 6/6/2001 | NA | 7/6/2001 | 9/24/2001 | 6/28/2002 | 8/6/2002 | *6 | direct pipeline |
| 17 | CITY OF SUISUN CITY MARINA | 26781 | 175,000 | Upland | 8/5/2002 | NA | 4/3/2002 | 7/22/2002 | 10/21/2002 | 10/21/2002 | 12/31/2002 | LOP Upland |
| 18 | CITY OF VALLEJO MARINA | 23768 | 133,000 | SF-09 | 7/21/1998 | NA | 8/14/2001 | 11/2/2001 | 4/24/2002 | 7/30/2002 | 12/5/2002 | |
| 19 | CITY OF VALLEJO MARINA | 23768 | 171,000 | SF-09 | 7/21/1998 | NA | 7/29/1999 | 12/27/1999 | 8/13/2001 | 10/19/2001 | 4/24/2002 | |
| 20 | CLIPPER YACHT HARBOR | 26643 | 51,000 | SF-11 | 1/17/2002 | NA | 3/6/2002 | 7/17/2002 | Pending | | | |
| 21 | COYOTE POINT MARINA | 26774 | 107,500 | SF-11 | 5/23/2002 | NA | 4/3/2002 | 7/30/2002 | Pending | | | |
| 22 | EMERY COVE MARINA | 25156 | 75,250 | SF-11 | 6/4/2000 | NA | 7/19/2000 | 2/6/2001 | 11/6/2001 | 12/5/2001 | 7/1/2002 | |
| 23 | GLEN COVE MARINA | 27201 | 5,000 | Upland | 8/13/2002 | 8/20/2002 | NA | NA | Pending | | | to landfill |
| 24 | GREENBREA MARINA, PROPERTY QWNERS ASSOCIATION | 27251 | 62,000 | SF-10 | 1/6/2003 | NA | 12/18/2002 | 2/20/2003 | Pending | | | 10/07/02 NOT Tier I |
| 25 | HANSON AGGREGATES, OAKLAND YARD | 26355 | 600 | Upland | 8/29/2001 | 3/6/2002 | NA | NA | *6 | | | |
| 26 | LOCH LOMOND MARINA | 25764 | 90,000 | SF-10 | 11/30/2000 | NA | 2/6/2001 | 6/28/2001 | 3/26/2002 | 5/28/2002 | 8/23/2002 | or SF-11 |
| 27 | LOCH LOMOND MARINA | 25764 | *2 | SF-10 | 11/30/2000 | NA | 2/6/2001 | 6/28/2001 | 8/23/2002 | 5/28/2002 | 10/24/2002 | or SF-11 |
| 28 | LOCH LOMOND MARINA | 25764 | *2 | SF-10 | 11/30/2000 | NA | 2/6/2001 | 6/28/2001 | 10/24/2002 | 5/28/2002 | Pending | or SF-11 |
| 29 | MARIN CO. SERVICE AREA 29, PARADISE CAY ENTRANCE | 23416 | 50,000 | SF-11 | 3/20/1998 | 8/1/2002 | NA | NA | Pending | | | |
| 30 | MARINA PLAZA HARBOR | 26488 | 20,000 | SF-11 | 3/6/2002 | NA | 11/15/2001 | 3/12/2002 | Pending | | | |
| 31 | PARADISE CAY YACHT HARBOR | 26655 | 83,000 | SF-11 | 2/1/2002 | 3/12/2002 | NA | NA | Pending | | | |
| 32 | POINT SAN PABLO YACHT HARBOR | 27325 | 40,000 | SF-10 | | NA | 10/10/2002 | 12/19/2002 | Pending | | | No app yet |
| 33 | PORT OF OAKLAND, BERTH 20 | 23162 | 1,200 | Upland | 11/12/1997 | NA | 11/27/2002 | 11/27/2002 | 11/22/2002 | 11/22/2002 | *6 | at Berth 10 |
| 34 | PORT OF OAKLAND, BERTH 21 | 23162 | 900 | SF-11 | 11/12/1997 | 11/27/2002 | NA | NA | 7/25/2002 | 11/22/2002 | *6 | |
| 35 | PORT OF OAKLAND, BERTH 22 | 23162 | 1,200 | SF-11 | 11/12/1997 | NA | 11/27/2002 | 11/27/2002 | 11/22/2002 | 11/15/2002 | *6 | |
| 36 | PORT OF OAKLAND, BERTH 22 | 23162 | 1,200 | Upland | 11/12/1997 | NA | 6/21/2002 | 11/27/2002 | 11/22/2002 | 11/15/2002 | *6 | at Berth 10 |
| 37 | PORT OF OAKLAND, BERTH 23 | 23162 | 10,200 | SF-11 | 11/12/1997 | NA | 2/6/2001 | 6/13/2001 | 11/1/2000 | 6/28/2001 | 3/19/2002 | |
| 38 | PORT OF OAKLAND, BERTH 24 | 23162 | 28,500 | SF-11 | 11/12/1997 | 7/22/2002 | NA | NA | 5/29/2002 | 9/20/2002 | *6 | |
| 39 | PORT OF OAKLAND, BERTH 25 | 23162 | *2 | SF-11 | 11/12/1997 | 7/22/2002 | NA | NA | 5/29/2002 | 9/20/2002 | *6 | |
| 40 | PORT OF OAKLAND, BERTH 26 | 23162 | *2 | SF-11 | 11/12/1997 | 7/22/2002 | NA | NA | 5/29/2002 | 9/20/2002 | *6 | |
| 41 | PORT OF OAKLAND, BERTH 30 | 23162 | 9,700 | SF-11 | 11/12/1997 | NA | 4/3/2002 | 8/17/2002 | 2/27/2002 | 6/28/2002 | *6 | |
| 42 | PORT OF OAKLAND, BERTH 32 DOLPHINS/CATWALK | 27425 | 4,500 | Upland | 3/11/2003 | NA | 12/5/2002 | Pending | | | | |
| 43 | PORT OF OAKLAND, BERTH 35 | 23162 | 18,400 | SF-11 | 11/12/1997 | NA | 2/6/2001 | 7/20/2001 | 9/17/2001 | 10/2/2001 | 3/14/2002 | |
| 44 | PORT OF OAKLAND, BERTH 37 | 23162 | 6,900 | SF-11 | 11/12/1997 | 11/27/2002 | NA | NA | 7/25/2002 | 11/18/2002 | *6 | |
| 45 | PORT OF OAKLAND, BERTH 67 | 23162 | 5,200 | SF-11 | 11/12/1997 | 12/14/2001 | NA | NA | 1/25/2002 | 7/29/2002 | *6 | |
| 46 | PORT OF OAKLAND, BERTH 68 | 23162 | 4,400 | SF-11 | 11/12/1997 | 12/14/2001 | NA | NA | 1/25/2002 | Pending | | only 67 approved |
| 47 | PORT OF SAN FRANCISCO, ISLAIS CREEK | 22718 | 167,410 | SF-11 | 3/4/1997 | NA | 8/19/2002 | 10/23/2002 | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 48 | PORT OF SAN FRANCISCO, PIER 35 E | 22718 | 51,011 | Upland *3 | 3/4/1997 | NA | 6/11/2001 | 9/26/2001 | 3/4/2001 | 10/30/2001 | 4/30/2002 | WINTER ISLAND |
| 49 | PORT OF SAN FRANCISCO, PIER 35 E | 22718 | 15,008 | SF-11 | 3/4/1997 | NA | 6/11/2001 | 9/26/2001 | 3/4/2001 | 10/30/2001 | 4/30/2002 | |
| 50 | PORT OF SAN FRANCISCO, PIER 35 E | 22718 | 11,288 | Upland | 3/4/1997 | NA | 6/11/2001 | 9/26/2001 | 3/4/2001 | 10/30/2001 | 4/30/2002 | at Berth 94/96 |
| 51 | PORT OF SAN FRANCISCO, PIER 35 W | 22718 | 6,000 | Upland | 3/4/1997 | NA | 7/30/2002 | 7/30/2002 | 7/23/2002 | 7/23/2002 | 7/25/2002 | at Berth 94/96 |
| 52 | PORT OF SAN FRANCISCO, PIER 80 A | 22718 | 30,680 | SF-11 | 3/4/1997 | 8/14/2002 | NA | NA | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 53 | PORT OF SAN FRANCISCO, PIER 80 B | 22718 | 28,804 | SF-11 | 3/4/1997 | 8/14/2002 | NA | NA | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 54 | PORT OF SAN FRANCISCO, PIER 80 B | 22718 | 5,200 | Upland | 3/4/1997 | NA | 8/15/2002 | 8/15/2002 | 3/4/2002 | 4/1/2002 | 4/12/2002 | at Berth 94/96 |
| 55 | PORT OF SAN FRANCISCO, PIER 80 C | 22718 | 11,543 | SF-11 | 3/4/1997 | NA | 8/19/2002 | 10/23/2002 | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 56 | PORT OF SAN FRANCISCO, PIER 92 | 22718 | 11,543 | SF-11 | 3/4/1997 | NA | 8/19/2002 | 10/23/2002 | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 57 | POTRERO POWER PLANT, MIRANT | 26357 | 6,100 | Upland | 7/9/2001 | 2/6/2002 | NA | 2/6/2002 | Pending | | | to landfill |

## Appendix A. Projects Reviewed by the DMMO or Dredged During Calendar Year .2002

| | Site Dredged | USACE File Number *1 | Volume Approved CY | Disposal Site | Application Date | Tier I Approved | SAP Approved | Results approved | Pre Dredge Survey Date | DOP approved | Post Dredge Survey Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | RICHMOND-SAN RAFAEL BRIDGE, RETROFIT | 22065 | 237,000 | Upland *3 | 2/6/1996 | NA | 10/2/1996 | 4/16/1997 | 3/15/2001 | | 6/28/2002 | working |
| 59 | RYER ISLAND BOAT HARBOR, VENOCO | 25732 | 3,000 | SF-09 | 9/18/2000 | NA | 1/22/2001 | 5/22/2001 | 7/9/2002 | 8/1/2002 | 9/6/2002 | |
| 60 | SAN FRANCISCO DRYDOCK, BERTH 2 | 26977 | 257,000 | SF-11 | 2/6/2003 | NA | 11/4/2002 | 3/19/2003 | Pending | | | |
| 61 | SAN FRANCISCO-OAKLAND BAY BRIDGE, EAST SPAN | 23013 | 616,721 | *4 | 9/12/2001 | NA | 10/26/1998 | 8/17/2001 | | | Pending | and 11/21/01 to WI |
| 62 | SAN FRANCISCO-OAKLAND BAY BRIDGE, ELL GRASS | 23013 | 800 | *5 | 9/12/2001 | 8/5/2002 | NA | NA | Pending | | | Sand |
| 63 | SAN FRANCISCO-OAKLAND BAY BRIDGE, ELL GRASS | 23013 | 400 | *5 | 9/12/2001 | 10/9/2002 | NA | NA | Pending | | | Sand |
| 64 | SCHOONMAKER POINT MARINA | 23776 | 19,260 | SF-11 | 1/10/2000 | NA | 10/15/1998 | 4/2/1999 | 11/9/2001 | 5/24/2002 | Pending | suspended 10/8/02 |
| 65 | TOSCO REFINING COMPANY, RICHMOND TERMINAL | 26486 | 13,000 | SF-10 | 3/19/2002 | NA | 11/15/2001 | 10/9/2002 | Pending | | | Hydralic dredge |
| 66 | TOSCO REFINING COMPANY, RODEO TERMINAL (PHILLIPS) | 23465 | 64,000 | SF-09 | 4/8/1998 | 10/31/2002 | NA | NA | Pending | | | |
| 67 | U.S. ARMY RESERVE CENTER AT MARE ISLAND, P22&23 | 25989 | 30,000 | SF-09 | 4/24/2002 | NA | 3/30/2001 | 11/20/2001 | 7/15/2002 | 8/22/2002 | 9/5/2002 | |
| 68 | USACE, LARKSPUR LANDING FERRY CHANNEL | -02-C-0013 | 120,000 | SF-11 | NA | 6/12/2002 | NA | NA | 9/11/2002 | NA | 11/10/2002 | and SF-10 |
| 69 | USACE, MAIN SHIP CHANNEL | CORPS | 300,000 | SF-08 | NA | 2/13/2002 | NA | 3/6/2002 | 12/13/2001 | NA | 7/10/2002 | FY02 |
| 70 | USACE, OAKLAND INNER HARBOR, turning basin (50) | -02-C-0006 | | Upland | NA | | NA | NA | NA | NA | Pending | Working |
| 71 | USACE, OAKLAND OUTER HARBOR | -02-C-0010 | 2,000 | SF-DODS | NA | 6/18/2002 | NA | NA | 4/4/2002 | NA | 6/30/2002 | FY02 w/Essayons |
| 72 | USACE, OAKLAND INNER HARBOR, reach 3 | -02-C-0010 | 421,663 | SF-DODS | NA | 6/5/2002 | NA | NA | 10/24/2002 | NA | 12/28/2002 | FY02 |
| 73 | USACE, OAKLAND INNER HARBOR, reach 4 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 10/24/2002 | NA | 12/28/2002 | FY02 |
| 74 | USACE, OAKLAND INNER HARBOR, reach 5 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 10/24/2002 | NA | 12/28/2002 | FY02 |
| 75 | USACE, OAKLAND OUTER HARBOR, reach 1 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 adv maint |
| 76 | USACE, OAKLAND OUTER HARBOR, reach 1 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 |
| 77 | USACE, OAKLAND OUTER HARBOR, reach 2a | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 |
| 78 | USACE, OAKLAND OUTER HARBOR, reach 2b | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 |
| 79 | USACE, PETALUMA RIVER | -03-C-0001 | 240,710 | Upland | NA | 8/21/2002 | NA | NA | 10/22/2002 | NA | 2/24/2003 | FY03 |
| 80 | USACE, REDWOOD CITY HARBOR, reach 3 | -01-C-0024 | 56,000 | SF-11 | NA | 4/4/2002 | 5/10/2002 | 8/8/2002 | 4/10/2002 | NA | 6/6/2002 | FY02 |
| 81 | USACE, RICHMOND HARBOR, INNER, 152-212 | -02-C-0012 | 6,000 | NA | NA | 12/11/2002 | NA | NA | 12/18/2002 | NA | 1/18/2003 | knockdown FY03 |
| 82 | USACE, RICHMOND HARBOR, INNER, 151-164 | -02-C-0012 | 162,880 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/23/2002 | NA | 1/18/2003 | FY02 |
| 83 | USACE, RICHMOND HARBOR, INNER, 73-81 | -02-C-0012 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/23/2002 | NA | 1/18/2003 | FY03 |
| 84 | USACE, RICHMOND HARBOR, INNER, 92-151 | -02-C-0012 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/23/2002 | NA | 1/18/2003 | FY03 |
| 85 | USACE, RICHMOND HARBOR, LONG WHARF | CORPS | 86,261 | SF-11 | NA | 2/13/2002 | NA | NA | 12/9/2001 | NA | 4/17/2002 | FY02 |
| 86 | USACE, RICHMOND HARBOR, SOUTHAMPTON SHOAL | CORPS | 16,641 | SF-11 | NA | 2/13/2002 | NA | NA | 12/9/2001 | NA | 4/17/2002 | FY02 |
| 87 | USACE, SAN RAFAEL CREEK CHANNEL | -02-C-0015 | 86,000 | SF-11 | NA | 9/11/2002 | NA | NA | 10/11/2002 | NA | Pending | Working |
| 88 | USACE, SUISUN BAY CHANNEL | -02-C-00 | 157,088 | SF-16 | NA | 4/24/2002 | NA | NA | 3/13/2002 | NA | 6/26/2002 | FY02 |
| 89 | USACE, SUISUN BAY CHANNEL (Bulls Head Reach) | CORPS | 15,000 | SF-16 | NA | 9/11/2002 | NA | NA | 7/27/2002 | NA | 10/7/2002 | FY03 |
| 90 | USACE, SUISUN BAY CHANNEL (East Bulls Head Reach) | CORPS | *2 | SF-16 | NA | 9/11/2002 | NA | NA | 7/27/2002 | NA | 10/7/2002 | FY03 |
| 91 | USACE, SUISUN BAY CHANNEL (Point Edith Reach) | CORPS | *2 | SF-16 | NA | 9/11/2002 | NA | NA | 7/27/2002 | NA | 10/7/2002 | FY03 |
| 92 | VALERO REFINERY TERMINAL | 26982 | 28,000 | SF-09 | 5/8/2002 | NA | 6/11/2002 | 9/25/2002 | Pending | | | |
| 93 | VALERO REFINERY TERMINAL, Event 1 | 22881 | 1,215 | NA | 6/16/1997 | NA | NA | NA | 3/4/2002 | 3/1/2002 | 3/8/2002 | knockdown |
| 94 | VALERO REFINERY TERMINAL, Event 1 | 22881 | 16,000 | SF-09 | 6/16/1997 | NA | NA | NA | 6/28/2002 | 7/2/2002 | 7/18/2002 | to SF-09 |
| 95 | VALERO REFINERY TERMINAL, Event 2 | 22881 | 2,351 | NA | 6/16/1997 | NA | NA | NA | 4/8/2002 | NA | 4/22/2002 | knockdown |
| 96 | VALERO REFINERY TERMINAL, Event 2 | 22881 | 1,634 | NA | 6/16/1997 | NA | NA | NA | 8/26/2002 | NA | 9/14/2002 | knockdown |
| 97 | VALERO REFINERY TERMINAL, Event 3 | 22881 | 489 | NA | 6/16/1997 | NA | NA | NA | 5/27/2002 | NA | 6/12/2002 | knockdown |

Note: These projects were discussed but no official action was taken by DMMO.

| | | |
|---|---|---|
| 1 | Bahia Lagoon | 22880 |
| 2 | Bectel Power Plant at Mare Island | *6 |
| 3 | Benicia Port Industries, Pier 95 | 27782 |
| 4 | City of San Rafael Homeowners | 26633 |
| 5 | Mare Island Disp[osal Ponds | 25148 |
| 6 | Mare Island Outfall | *6 |
| 7 | Port Sonoma Marina | 22477 |
| 8 | Sausalito Marine Properties | 25916 |
| 9 | Tesero Refinery, Avon Wharf | |

*1: Contract # for Corps projects = DACW07-XX-C-XXXX
*2: Volume included in line above
*3: WI = Winter Island Disposal
*4: Some to SF-11, Most to SF-DODS, Some to Winter Island
*5: Beneficial Reuse to try to establish eel grass beds
*6: No Data Available as of 4/30/03



TDM009175

## Appendix B. Dredged Material Disposal Volumens for Calendar Year 2002

| | Project | Bin Volume | In Situ Volume | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BALLENA ISLE MARINA | 27,129 | 27,129 | | | | 27,129 | | | | | | | | |
| 2 | BENICIA PORT TERMINAL COMPANY | 17,400 | *1 | | | | 17,400 | | | | | | | | |
| 3 | BENICIA-MARTINEZ BRIDGE RETOFIT & NEW | 3,513 | Working | | | | 631 | 350 | 848 | 848 | | 614 | 115 | 208 | 161 |
| 4 | BENICIA-MARTINEZ BRIDGE, MARAD ACCESS CHANNEL | 42,035 | 42,035 | | 42,035 | | | | | | | | | | |
| 5 | CHEVRON RICHMOND LONG WHARF | 111,000 | 85,331 | | | | | | | 17,100 | 93,900 | | | | |
| 6 | CITY OF BENICIA MARINA | 50,950 | 54,249 | | | | | | | | 20,700 | 2,800 | 13,350 | 11,250 | 2,650 |
| 7 | CITY OF PITTSBURG MARINA | 112,224 | *1 | | | | | | | | | 18,620 | 50,028 | 42,976 | |
| 8 | CITY OF SUISUN, CITY MARINA | 129,759 | 129,759 | | | | | | | | | | 1,000 | | 128,759 |
| 9 | CITY OF VALLEJO MARINA | 76,980 | 104,798 | | | | | | | | 20,880 | 20,875 | 16,925 | 16,600 | |
| 10 | EMERY COVE MARINA | 81,050 | 71,799 | 13,000 | 10,825 | 16,100 | 16,750 | 15,725 | 7,100 | 250 | | | | | |
| 11 | LOCH LOMOND MARINA | 59,375 | 63,304 | | | | | | 14,500 | 16,150 | 12,226 | 10,650 | 5,850 | | |
| 12 | PORT OF OAKLAND, BERTH 20-22 | 7,200 | *1 | | | | | | | | | | | | 7,200 |
| 13 | PORT OF OAKLAND, BERTH 23 | 4,600 | 7,884 | | | 4,500 | | | | | | | | | |
| 14 | PORT OF OAKLAND, BERTH 24 | 10,800 | *1 | | | | | | | | | | | 10,800 | |
| 15 | PORT OF OAKLAND, BERTH 25 | 9,800 | *1 | | | | | | | | | 300 | 9,500 | | |
| 16 | PORT OF OAKLAND, BERTH 25/26 | 1,000 | *1 | | | | | | | | | | | 1,000 | |
| 17 | PORT OF OAKLAND, BERTH 26 | 5,800 | *1 | | | | | | | | | | 5,800 | | |
| 18 | PORT OF OAKLAND, BERTH 30 | 10,000 | *1 | | | | | | | 9,000 | | | | 1,000 | |
| 19 | PORT OF OAKLAND, BERTH 35 | 4,500 | 15,018 | | | 4,600 | | | | | | | | | |
| 20 | PORT OF OAKLAND, BERTH 37 | 6,000 | *1 | | | | | | | | | | | | 6,000 |
| 21 | PORT OF OAKLAND, BERTH 67 | 3,800 | *1 | | | | | | | | | 3,800 | | | |
| 22 | PORT OF SAN FRANCISCO, ISLAIS CREEK | 107,600 | 114,909 | | | | | | | | | | | 87,200 | 20,400 |
| 23 | PORT OF SAN FRANCISCO, PIER 35 E | 65,350 | 27,287 | | | 36,750 | 28,600 | | | | | | | | |
| 24 | PORT OF SAN FRANCISCO, PIER 35 W | 9,500 | 10,057 | | | | | | | 9,500 | | | | | |
| 25 | PORT OF SAN FRANCISCO, PIER 80 A | 39,200 | 26,142 | | | | | | | | | | | 30,200 | |
| 26 | PORT OF SAN FRANCISCO, PIER 80 A&B | 11,200 | *2 | | | | | | | | | | 11,200 | | |
| 27 | PORT OF SAN FRANCISCO, PIER 80 B | 51,800 | 34,836 | | | | 7,400 | | | | | | | 44,400 | |
| 28 | PORT OF SAN FRANCISCO, PIER 80 C | 4,800 | 5,013 | | | | | | | | | | | | 4,800 |
| 29 | PORT OF SAN FRANCISCO, PIER 92 | 37,800 | 33,314 | | | | | | | | | | | 37,800 | |
| 30 | RICHMOND-SAN RAFAEL BRIDGE, RETROFIT | 48,201 | Working | 9,726 | 9,163 | 9,129 | 6,693 | 1,593 | 178 | 5,121 | 2,236 | 1,700 | 922 | 1,448 | 292 |
| 31 | RYER ISLAND BOAT HARBOR | 3,850 | 2,350 | | | | | | | | 2,350 | 1,500 | | | |
| 32 | SAN FRANCISCO-OAKLAND BAY BRIDGE, EAST SPAN | 284,881 | Working | | | | | | 12,004 | 82,879 | 102,025 | 87,805 | | | 9,868 |
| 33 | SCHOONMAKER POINT MARINA | 6,850 | *1 | | | | | | | | | 5,050 | 1,800 | | |
| 34 | U.S. ARMY RESERVE CENTER AT MARE ISLAND | 34,155 | 37,374 | | | | | | | | 25,264 | 8,891 | | | |
| 35 | USACE, LARKSPUR LANDING FERRY CHANNEL | 172,013 | 123,710 | | | | | | | | | 17,883 | 146,296 | 6,034 | |
| 36 | USACE, MAIN SHIP CHANNEL | 268,491 | 132,088 | | | 214,699 | 53,792 | | | | | | | | |
| 37 | USACE, OAKLAND INNER HARBOR | 68,314 | 54,050 | | | | | | | | | | 6,992 | 58,085 | 3,257 |
| 38 | USACE, OAKLAND INNER HARBOR, turning basin (50) | 209,507 | Working | | | | | 40,165 | 45,674 | 45,828 | 48,350 | 18,770 | 2,500 | | 7,000 |
| 39 | USACE, OAKLAND OUTER HARBOR | 259,211 | 232,583 | | | | | | 1,480 | | 22,297 | 120,384 | 115,040 | | |
| 40 | USACE, REDWOOD CITY HARBOR, reach 3 | 78,260 | 35,495 | | | | 35,270 | 42,990 | | | | | | | |
| 41 | USACE, RICHMOND INNER HARBOR | 245,482 | 150,277 | | | | | | | | | | 19,200 | 153,602 | 72,800 |
| 42 | USACE, RICHMOND OUTER HARBOR, LONG WHARF | 186,044 | 45,078 | | | | 186,044 | | | | | | | | |
| 43 | USACE, RICHMOND OUTER HARBOR, SOUTHAMPTON SHOAL | 129,409 | 2,077 | | | 7,096 | 122,313 | | | | | | | | |
| 44 | USACE, SAN RAFAEL CREEK CHANNEL | 30,350 | Working | | | | | | | | | | 6,250 | 17,000 | 6,500 |
| 45 | USACE, SUISUN BAY CHANNEL | 417,623 | 21,764 | | | | | | 417,623 | | | | | | |
| 46 | USACE, SUISUN BAY CHANNEL (Bulls Head Channel) | 37,352 | 8,767 | | | | | | | | | | 37,352 | | |
| 47 | USACE, SUISUN BAY CHANNEL (East Bulls Head Reach) | 16,999 | 528 | | | | | | | | | | 16,999 | | |
| 48 | USACE, SUISUN BAY CHANNEL (Pt Edith Reach) | 38,035 | 5,742 | | | | | | | | | | 38,035 | | |
| 49 | VALERO REFINERY TERMINAL | 14,400 | 12,622 | | | | | | | 14,400 | | | | | |

*1 : No post dredge survey submitted as of 4/30/03
*2: Included with 80A & 80B Post totals

TDM009177

**Appendix A. Projects Reviewed by the DMMO During Calendar Year 2002.**
Forty-nine projects were reviewed during the year; eleven of these were still in review as of December 31, 2002, and review was completed for thirty-eight projects.

**Appendix B. Dredged Material Disposal Volumes for Calendar Year 2002.**
Projects conducted dredging in the months indicated. The quantities are in cubic yards (cy). Bin quantity is an estimate of sediment plus water that is deposited at the disposal site). In situ volume is also in cy; it is calculated as the difference between pre-dredge and post-dredge bathymetric surveys, and is a more accurate measure of the quantity of material removed from the dredge site. Monthly volumes are reported as bin volumes.

**Appendix C. Dredged Material Disposal Volumes and Sites for Calendar Year 2002.**
Projects conducted dredging in the months indicated and disposed of the quantities at the sites indicated. The quantities are in cubic yards (cy). Bin quantity is an estimate of sediment plus water that is deposited at the disposal site). In situ volume is also in cy; it is calculated as the difference between pre-dredge and post-dredge bathymetric surveys, and is a more accurate measure of the quantity of material removed from the dredge site. Disposal site volumes are reported as bin volumes.