DREDGED MATERIAL MANAGEMENT OFFICE

P4

# DREDGED MATERIAL MANAGEMENT OFFICE (DMMO) ANNUAL REPORT

*January 1, 2003 through December 31, 2003*

April 2004

U.S. Environmental Protection Agency, Region IX, WTR-8
75 Hawthorne Street
San Francisco, CA 94105-3919

San Francisco Bay Conservation and Development Commission
50 California Street, Suite 2600
San Francisco, CA 94111-4704

U.S. Army Corps of Engineers
San Francisco District
333 Market Street
San Francisco, CA 94105-2197

San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612-1413

California State Lands Commission
100 Howe Avenue, Suite 100-South
Sacramento, CA 95825-8202

**DMMO Member Agency Staff Contacts:**

| | | | |
|---|---|---|---|
| USACE | David Dwinell* | (415) 977-8471 | David.L.Dwinell@spd02.usace.army.mil |
| USACE | Clyde Davis | (415) 977-8449 | Clyde.R.Davis@spd02.usace.army.mil |
| BCDC | Brenda Goeden | (415) 352-3623 | brendag@bcdc.ca.gov |
| RWQCB | Beth Christian | (510) 622-2335 | eac@rb2.swrcb.ca.gov |
| EPA | Brian Ross | (415) 972-3475 | Ross.Brian@epamail.epa.gov |
| SLC | Donn Oetzel | (916) 574-1998 | OetzelD@slc.ca.gov |

*Mr. Dwinell is the primary point of contact for DMMO-related matters.

**Resource Agency Contacts:**

| | | | |
|---|---|---|---|
| CDFG | George Isaac | (831) 649-2813 | gisaac@dfg.ca.gov |
| NOAA Fisheries | David Woodbury | (707) 575-6088 | David.P.Woodbury@noaa.gov |
| USFWS | Ryan Olah | (916) 414-6639 | Ryan_Olah@fws.gov |

***DMMO Web site:*** ***http://www.spn.usace.army.mil/conops/dmmo.htm***
**(or click on the DMMO link on the spn.usace.army.mil homepage)**

## I. INTRODUCTION

The multi-agency Dredged Material Management Office (DMMO) was established to foster a comprehensive and consolidated approach to handling dredged material management issues to reduce redundancy and delays in the processing of dredging permit applications, while ensuring environmental protection. The DMMO, in part, grew out of the Long Term Management Strategy for the Placement of Dredged Material in the San Francisco Bay Region (LTMS), which was started in 1990.

In 1995, the LTMS agencies formed a pilot DMMO, under existing authorities and budgets. The DMMO member agencies are the US Environmental Protection Agency, Region IX (EPA), the US Army Corps of Engineers, San Francisco District (USACE), the San Francisco Bay Regional Water Quality Control Board (RWQCB), the San Francisco Bay Conservation and Development Commission (BCDC), and the California State Lands Commission (SLC). The USACE acts as the "host" of the DMMO. The California Department of Fish and Game (CDFG) and NOAA Fisheries actively participate in the DMMO as commenting resource agencies.

The roles, responsibilities and jurisdictions of the DMMO agencies differ, depending primarily on the proposed dredged material disposal or reuse site. As a result, member agencies may play only an advisory role in certain aspects of the permitting process. Decisions made by the DMMO do not in any way supersede the primary roles of the permitting agencies, which remain free to accept or reject recommendations, including those of the DMMO staff. In practice, however, the discussions at the DMMO meetings help inform the permitting agencies of specific concerns and issues of the member agencies, often before finalization of project documents. This encourages and facilitates necessary project modifications at an early stage in project planning when such changes are more easily and economically accomplished.

The DMMO facilitates the processing of dredging permit applications within existing laws, regulations and policies. It was specifically designed to provide a mechanism for consistent review of permit applications through coordinated efforts by DMMO member agencies. It also provides a mechanism to allow the involvement and participation of permit applicants and interested parties during the application process. No new regulatory statutes were initiated in the formation of the pilot DMMO. All applicable regulatory authority and processes of the member agencies remain in full force and effect. The DMMO meetings are typically held twice monthly at the USACE offices in San Francisco and are open to the public.

The USACE posts meeting schedules and agendas on the DMMO Web site and sends electronic copies of these items to members of all pertinent resource agencies (e.g., CDFG, NOAA Fisheries, and the U.S. Fish and Wildlife Service).

The geographic area of the DMMO generally includes the San Francisco Bay Estuary up to Sherman Island, its major tributaries to the point where navigation is no longer feasible, upland areas surrounding the estuary, and the ocean disposal site designated by the EPA (the San Francisco Deep Ocean Disposal Site, or SF-DODS)[1].

The DMMO has been meeting since 1996. Procedures for its operation are documented in a Memorandum of Understanding signed by the DMMO agencies and in formal General Operating Principles (available on the DMMO Web site). These procedures include publication of annual progress reports and annual public meetings. This report covers the period from January 1, 2003 through December 31, 2003. The annual meeting to discuss activities of the DMMO during 2003 is scheduled for April 23, 2004.

## II. ACCOMPLISHMENTS

During 2003, the DMMO continued to accomplish the goals and objectives set forth in the 1995 General Operating Principles. The DMMO continued review of dredging project proposals, prepared guidance documents, maintained the DMMO Web site, participated in a number of working groups relevant to the DMMO efforts, and continued staff education activities. These efforts are described below.

### A. PROJECT REVIEW

The DMMO discussed about 57 projects during the year (see Appendix A for details). Of those, the DMMO made final recommendations on 38XX projects proposing a total of approximately 3.7XX million cubic yards of dredging. Table 1 provides summary of the projects for which the DMMO completed review in calendar year 2003.

[1] Please note that the jurisdictions of the member agencies differ. The geographic area defined here represents an inclusive description of these jurisdictions.

**Table 1.** Project volumes proposed for dredging for which DMMO made final recommendations during calendar year 2003.

| | Volume proposed for disposal | |
|---|---|---|
| | *cubic yards* | *% of total volume* |
| By Proposed Disposal Location | | |
| In-Bay (SF-9, SF-10, SF-11 and SF-16) | 2,289,349 | 62 |
| Beneficial Reuse | 452,770 | 16 |
| Ocean (SF-8 and SF-DODS) | 586,543 | 12 |
| Other (Tier I not approved – testing required) | 260,000 | 7 |
| Total | 3,680,771 | |
| By Suitability Determination | | |
| Suitable for unconfined aquatic disposal | 3,068,662 | 90 |
| Unsuitable for unconfined aquatic disposal | 92,109 | 3 |
| Other (Tier I not approved – needs test) | 260,000 | 7 |

Over half of the material estimated for reviewed projects was proposed for in-Bay disposal. Less than one-quarter of the material was proposed for ocean disposal and represents two USACE projects: maintenance dredging of Oakland Harbor and maintenance dredging of Richmond Inner Harbor. The remaining material, 16%, was proposed for beneficial reuse at various locations, including drying ponds (with later reuse as construction fill or for levee maintenance), landfills (for daily cover) and Winter Island (for levee maintenance). This pattern is similar to that for projects reviewed during 2001.

In 2002, the proportion of material recommended as unsuitable for unconfined aquatic disposal was similar to the average for previous years. This year, 3% of material fell into this category; historically this value has been below 5%. The unsuitable material was all from maintenance dredging projects, most of it from projects (the Ports of San Francisco and Oakland and Glen Cove Marina) that proponents decided it was more expeditious to dispose of the material out of the Bay rather than undertake additional testing that may have modified the suitability recommendations for in-Bay disposal. The DMMO did not approve Tier I determinations for the City of Emeryville Marina or Greenbrae Marina. Material from these projects will require testing before DMMO can make suitability determinations.

The volumes in Table 1 are proposed only; the actual amounts and timing of dredging depended on several factors. The DMMO process is just a portion of the permitting process for dredging proponents. After obtaining a suitability recommendation on sediment quality from the DMMO, project proponents must obtain authorizations from the appropriate regulatory agencies, secure funding, and arrange for a dredging contractor to perform the work. These additional steps can take weeks to years. Therefore, the numbers disclosed in this report cannot be used to predict, for example, in-Bay disposal in 2004. For some of the projects in Table 1, dredging was completed in 2003. For other projects, dredging may not occur for some time.

## B. DREDGING AND DISPOSAL VOLUMES/FOR 2003

The USACE tracks actual dredging and disposal volumes, and provides quarterly reports of these volumes to the other DMMO agencies. The complete annual report of disposal volumes is available from USACE. Table 2 summarizes the actual dredging and disposal volumes for calendar year 2003 (Appendix B and Appendix C contain more detailed information). Approximately 3.7XX million cubic yards of material were disposed during the year. Of this volume, 52%XX went to in-Bay disposal, 30%XX was disposed at the deep ocean disposal site (SF-DODS), and 18%XX was reused beneficially. The beneficial reuse numbers included the Port of Oakland's Berths 55-58 deepening project; as part of this new work project, about 166,000 cubic yards of material were used to provide fill material for reconfiguration of the Port's Middle Harbor area. Bay Bridge. Other new work included retrofit and construction projects on three bridges in the Bay area that, together, employed all three disposal options. The LTMS policies encouraging that alternatives to in-Bay disposal be found for new work and USACE projects appear to be succeeding in diverting material from in-Bay disposal. The total amount of in-Bay disposal in 2003 was below the LTMS target of 2.3 million cubic yards per year during the first transition phase. The next transition target will be about 2.0 million cubic yards for the period from 2004-2007.

**Table 2.** Dredged material disposal during calendar year 2003

| | All Dredging | | Maintenance Dredging | | New Work | |
|---|---|---|---|---|---|---|
| Disposal Type | *cubic yards* | *%* | *cubic yards* | *%* | *Cubic yards* | *%* |
| In-Bay | 1,887,555 | 52 | 1,875,795 | 60 | 11,760 | 2 |
| Ocean | 1,113,814 | 30 | 841,478 | 27 | 272,336 | 50 |
| Beneficial reuse | 649,803 | 18 | 389,439 | 13 | 260,364 | 48 |
| Total | 3,651,172 | | 3,106,712 | | 544,460 | |

## C. CHANGES IN PERSONNEL FOR 2003

During 2003 funding and personnel changes and retirements were key factors in how business was conducted.

The USACE group started out with one group leader, one regulator and two support personnel. After many requests from the regulated dredgers, a second regulator was hired in June. In September both of the support personnel retired with only one of these positions backfilled by another USACE employee from another section. These changes left the group leader with many challenges including: a search for another replacement; training of the new employees about dredging; along with trying to keep up with the regular workload.

The RWQCB group started with two full time DMMO members and, due to funding cuts, lost one of them in August. Also in August, the supervisor for these two members retired and was not replaced, leaving only one person to fill all of the gaps.

The BCDC group started with two full time DMMO members and, due to funding cuts, lost one of them at the end of July, leaving only one person to fill all of the gaps.

The EPA DMMO member transferred out of the state about the middle of the year, but EPA was fortunate to be able to fill the spot with a well qualified previous member of DMMO.

The SLC DMMO member was new to the group at the beginning of the year and was increasingly involved throughout the year.

The CDFG resource agency member, who had been a regular for some years at the biweekly meetings, was promoted and the position was filled by another employee from the Monterey area. At the end of the year, this new employee transferred to another job and yet another CDFG person was started in their dredging education.

The other resource agencies, NOAA Fisheries and FWS, were ever increasingly involved with the fish windows and consultations and, fortunately for the DMMO, they remained constant for the year.

In summary, the biweekly DMMO meetings were attended in January by about 10 regulars and occasionally a few resource people. By the end of September, there were only 4 regular seasoned DMMO members and one seasoned replacement with three members that were new to dredging. These major personnel changes caused many of the planned improvements for the DMMO to be put on a much slower pace for completion (see sections below).

## D. UPDATE OF MOU FOR THE DMMO

DMMO staff was working to update the implementing Memorandum of Understanding (MOU) to reflect the change from a pilot program to a permanent office. We expected management to sign a new MOU documenting this change in status, as well as expanding the role of the DMMO (e.g., as the initial point of contact for all dredging project, regardless of their proposed disposal/reuse location) in the LTMS sometime in calendar year 2003. A draft was written and circulated late in 2002 but no final action was completed by the end of 2003.

## E. DMMO WEB SITE

The USACE initiated the DMMO Web site (www.spn.usace.army.mil/conops/dmmo.htm) in June 1998, and continued to maintain and update it. The Web site continued to provide access to:

- DMMO meeting schedules and agendas (regular updates)
- DMMO Newsletters (posted- March 2000, January 2003)
- Dredging Permit Consolidated Application Form and Instructions (updated 9/26/03)

Other items posted but not regularly updated:

- DMMO MOU and Operating Principles
- DMMO Annual Reports
- Local and federal guidance for sediment testing and dredged material management
- Links to the LTMS EIS/EIR and Management Plan
- Meeting schedules and agendas for LTMS public workshops and workgroup meetings
- Links to DMMO member agency Web sites

### F. LTMS PARTICIPATION

DMMO members played an active role in developing, preparing for and participating in all the LTMS workgroups. Some DMMO staff also participated in the LTMS Program Managers' policy group and assisted in preparing for and participation in LTMS Management Committee meetings.

DMMO staff were instrumental in arranging the January 2003 LTMS Listening Session that involved stakeholders and the status of the LTMS. Topics discussed included:

- Sediment Suitability Determinations; Documentation and reasoning
- Sediment Management; Using dredging units, overdepth and advance maintenance
- Database Maintained by DMMO; More details needed, including sediment test results
- Standardized Permit Conditions; Agreement between agencies and start using
- Alternatives Analyses; LTMS/DMMO should look into programmatically
- Staffing and Training; More hands on and site visits needed
- LTMS Ground Rules; Conduct in meetings to remain professional
- Data Reporting; Statistics cannot be tracked if not reported by dredgers

### G. OTHER PROFESSIONAL INVOLVEMENT

Other local efforts some DMMO members were involved in during 2003 include:

- Participation in the Harbor Safety Committee
- Involvement in the Water Transit Authority meetings and review of various documents related to expanding ferry service in S.F. Bay
- Membership in the Marine Transportation Committee, including the Environmental Subcommittee
- Membership on the Regional Monitoring Program Technical Review Committee
- Involvement in the Delta Dredging Program, including review and comment on a number of drafts of program documents and input at Delta Dredging Program meetings
- Participation in CALFED Levee and Habitat Subcommittees, coordinating potential future beneficial reuse of dredged material at Delta islands.

### H. 2002 ANNUAL MEETING

The DMMO held its 2002 Annual Meeting on May 9, 2003, where copies of the 2002 Annual Report were provided and the report was discussed.

New In-Bay Disposal Volume Limits for 2004 –2006 and LTMS Implementation
Dredging Tracking System with GIS Technology
Beneficial Reuse Sites (Montezuma, Hamilton, Winter Island, Sherman Island, Port Sonoma, Mare Island & SF-8)

New Guidance

Alternatives/Feasibility Analyses Guidance

Testing and Test Results Toxicity Study Update

Database Development
Summing Non Detects
Environmental Windows Update by Work Group
Short Term Work Group
Science and Data Gaps Work Group
Operations and Technology Work Group
Confounding Factors Work Group
Funding Work Group
NOAA Green Ports Pilot Project and NOAA Fisheries GIS System

The DMMO continued the important and timely process of assisting dredgers, large and small, to coordinate their projects to make the best use of available equipment, to initiate informal consultation with the resource agencies, and to ensure that all projects can be dredged in an environmentally- and economically-sensitive fashion.

## I. KNOCKDOWNS

DMMO members realized the efficiency of the judicious use of "knockdowns" (i.e., operations wherein high spots are smoothed into deeper adjacent areas within the permitted dredging footprint). In 2003 knockdown events were authorized in at least four large projects: Valero Refinery, the Port of San Francisco, the Port of Oakland and the USACE maintenance in Oakland Harbor. With the use of knockdowns, when a later full dredging operation is anticipated, this material is then characterized in the usual fashion and removed. This procedure has proven to be more efficient for the project proponents, while still ensuring that adequate information is provided in advance of disposal.

## J. ENVIRONMENTAL WINDOWS WORKGROUP

In response to input at the DMMO 2002 Annual Meeting, the Environmental Windows Work Group was initiated formally as part if the LTMS to address concerns of the dredging community regarding the programmatic biological opinions for dredging and disposal in San Francisco Bay that were included in the LTMS Management Plan. These meetings continued throughout 2003. The Environmental Work Window Work Groups included regulatory and resource agencies, such as USACE, EPA, BCDC, NOAA Fisheries, U.S. Fish and Wildlife Services, and the CDFG, as well as stakeholders, such as small marinas, the Ports of San Francisco and Oakland, the Bay Planning Coalition, the Dredging Action Committee, and members of the dredging industry. In 2003, these multi-stakeholder groups continued to hold Short Term Solutions meetings and Long Term Solutions meetings. The four new work groups that were formed in 2002 to focus on specific issues: Science and Data Gaps, Technology and Operations, Confounding Factors and Funding also continued to meet.

## K. SEDIMENT QUALITY GUIDELINES

The DMMO has recognized that it would benefit the region to develop numeric sediment screening guidelines (SSGs) based on regional toxicity testing results to ensure appropriate environmental protection and minimize testing costs. In November 2002, the DMMO hosted a

public informational workshop on a project funded by the California Coastal Conservancy to evaluate existing SSGs for wetland creation/beneficial reuse and revise the existing guidelines based on the results of the evaluation and input from stakeholders. Project tasks completed in 2002 included design of a database structure for sediment chemistry, toxicity, and bioaccumulation data, populating the database with regional monitoring and dredging data, and performing quality assurance checks of the database.

Only one task was completed in 2003 1) evaluating the accuracy of existing numeric SSGs at predicting acute amphipod toxicity. The other planned tasks were put on hold due to funding and personnel challenges; 2) deriving regional SSGs if current guidelines are not adequately predictive; 3) preparing draft and final reports with revised SSGs; and 4) developing procedures for the DMMO to update the SSGs as more regional data become available.

## L. DMMO STAFF EDUCATION AND TRAINING

During 2003, the DMMO agencies continued to include education and training, both internal and external, as a primary objective. Education and training include informal internal workshops regarding the roles, regulations and responsibilities of the member agencies; site visits; and participation in regional and national meetings and workshops relating to dredging and dredged material management. "Internal" training, such as site visits, is imperative to agencies' understanding of a particular project or process (e.g., hopper dredging). Similarly, internal meetings, workshops and retreats, addressing coordination and communication, are necessary to ensure that DMMO members continue to work well as a team. Also important is "external" training, where DMMO members learn what other groups and entities dealing with dredging and dredged material management are doing, nationally and internationally.

During 2003, the DMMO accomplished a number of our training goals. These are summarized below.

**Internal/Regional Training:**

- DMMO coordination, policy and self-evaluation retreat in January
- CalFed science conference in Sacramento
- RMP Annual meeting in Berkeley
- Regional Board, Germano Associates presentation for Sediment Transport in July
- Regional Board PCB workshop in August
- Regional Board mercury TMDL workshop
- Information session on new positioning systems for dredgers

**Site Visits to:**

- Oyster Cove, Oyster Point, and Brisbane Marina
- Bel Marin Keys project site
- Port Sonoma dredging and upland disposal site
- Martinez Marina dredging project
- Schoonmaker and Marina Plaza Marinas
- San Rafael Canal Homeowners dredging sites

**External Training:**

- Regional Monitoring Program Annual Meeting

- Environmental Stability of Chemicals in Sediment in San Diego
- Contaminated Sediment Assessment Seminar in Denver
- Contaminated Sediment Assessment Seminar in Portland
- Silent Inspector training in Portland
- Silent Inspector training in San Francisco
- Regulatory I Prospect class
- NorCal SETAC Annual meeting

## III. ON-GOING AND FUTURE ACTIVITIES

As the agencies continue implementation of the LTMS, DMMO finds that our responsibilities continue to increase. We recognize that we form the first portal of entry for many project proponents, both experienced and those new to the LTMS process. We accept and appreciate this role, as for many dredgers, contractors and consultants; we constitute a well-known body, versed in both the various regulations of our member agencies, as well as in the LTMS principles and goals. It has been particularly rewarding to us to find that project applicants, even when dredging is a minor part of their proposed project, wish to bring the project to DMMO. It is our purpose and goal to ensure that DMMO continues as a body wherein applicants can expect to find consensus, clarification of the various regulations, and a united recommendation. On-going and proposed future activities of the DMMO are described below.

**<u>Coordinated review of project proposals</u>:** The DMMO will continue to coordinate review of dredging project permit applications. Based on our experience, we expect that the DMMO increasingly will be involved in review of projects proposing disposal of dredged material at the ocean disposal site and at beneficial reuse sites.

**<u>Environmental Work Windows</u>:** Again in 2003, we made great strides in the area of environmental windows (see above). We have every intention of continuing the work and expanding upon our successes.

**<u>Project tracking for LTMS planning</u>:** Included in Appendix B to this report are the monthly volumes dredged during 2003 listed by project. Section II of this report provides summary tables and discussion of these data. The DMMO will continue to track this information and make summaries available to the LTMS agencies for planning purposes. In addition, DMMO hosts, the USACE, maintains monthly project tracking of the in-Bay disposal sites to ensure that monthly disposal limits are not exceeded and that disposal at SF-11 minimizes the potential for dangerous mounding. The EPA tracks disposal at SF-DODS.

**<u>Regional Implementation Manual</u>:** When funding and personnel are available, the DMMOwill again consider development of a Regional Implementation Manual. We remain committed, however, to completion of a comprehensive manual compiling testing requirements for dredged sediment disposal at beneficial reuse, in-Bay and ocean sites based on Federal and State regulations and guidance.

## IV. CONCLUSIONS

The DMMO continues to improve review of dredging project proposals, encourage intra- and inter-agency consistency in the decision making process, while ensuring environmental protection. The DMMO continues to expand its role in dredging and dredged material management in the Bay area by increasing our review of projects proposing upland and ocean

disposal, by participating in the LTMS implementation process and other groups associated with dredged material management, and by furthering public participation in the process. Although we have made strides toward our goals this year, without additional funds, a fully functional database, more timely guidance, and truly applicable sediment quality guidelines, further improvement in the DMMO services to the Bay Area dredgers appears unlikely in the near future.

# DMMO ANNUAL REVIEW (2004)

LTMS

May 25, 2005

See p. 5

1

TDM009191

# Transition to the LTMS "40/40/20 Plan" Began in 2001

## In-Bay Disposal: Transition Targets




* In-Situ volume

TDM009192

# Actual Dredging Has Been Decreasing Overall




3

•"Bin volume"

TDM009193

# Suitability Determinations for 2004




4

TDM009194

# Distribution of Dredged Material for 2004




5

TDM009195


2000-2004 Totals By Environment
U-W-R
Ocean
In-Bay
0
500000
1000000
1500000
2000000
2500000
2000
2001
2002
2003
2004
In-Bay
Ocean
U-W-R
52%
14%
50%
39%
52%
30%
55%
20%
23%
24%

TDM009196

# DMMO Correspondence for 2004




TDM009197


Overall In-Window Perce
100
90
80
70
60
50
40
30
20
10
0
2000
2001
2002
2003
2004
% Of Tota
% Of O&M
% Of In-B
% Of USA

TDM009198

# Environmental Windows Update

Workgroups Meeting Regularly

- Long Term Solutions - 7/19/05
- Short Term Solutions - 6/30/05
- Science and Data Gaps - 6/15/05
- Herring - TBD
- Confounding Factors - 6/6/05
- Operations and Technology - TBD

# 2004 Accomplishments

- Established a Process Identifying and Funding Studies
- Identified Data Gaps and Proposed Areas for Study
- Completed Two Plume Studies of a Dredge and Knockdown Event
- Held a Herring Workshop
- Completed a Review of Existing Studies on Effects of Sedimentation on Herring Eggs

# Projects Funded for 2005
## Through the Corps LTMS Funding

- Research on the Effects of Sedimentation on Herring Eggs Data Analysis and Report for Redwood City Knockdown Study
- Equipment Purchase for Pilot Salmon Distribution Study
- Permit Condition Coordination
- Partial Funding of DMMO Database

$290,000

# Refined Work Windows

## USFWS Update

| Site | Species | Jan 1-15 | Jan 16-31 | Feb 1-15 | Feb 16-28 | Mar 1-15 | Mar 16-31 | Apr 1-15 | Apr 16-30 | May 1-15 | May 16-31 | Jun 1-15 | Jun 16-30 | Jul 1-15 | Jul 16-31 | Aug 1-15 | Aug 16-31 | Sep 1-15 | Sep 16-30 | Oct 1-15 | Oct 16-31 | Nov 1-15 | Nov 16-30 | Dec 1-15 | Dec 16-31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SF Bay Bridge to Sherman Island | Chinook Salmon and Steelhead | | | | | | | | | | | | | | | | | | | | | | | | |
| Carquinez Bridge to Collinsville | Delta Smelt Water<10' * | | | | | | | | | | | | | | | | | | | | | | | | |
| | Delta Smelt Water >10' * | | | | | | | | | | | | | | | | | | | | | | | | |
| Napa and Petaluma Rivers, Sonoma Creek | Steelhead | | | | | | | | | | | | | | | | | | | | | | | | |
| Napa River | Delta Smelt | | | | | | | | | | | | | | | | | | | | | | | | |
| North SF Bay & San Pablo Bay shallow berthing areas | Dungeness Cra | | | | | | | | | | | | | | | | | | | | | | | | |
| Richardson Bay North and South Bay | Pacific Herring | | | | | | | | | | | | | | | | | | | | | | | | |
| Waters of Marin County from the Golden Gate Bridge to Richmond-San Rafael Bridge | Coho Salmon | | | | | | | | | | | | | | | | | | | | | | | | |
| Berkeley Marina to San Lorenzo Creek within 1 mile of coastline | California Least Tern | | | | | | | | | | | | | | | | | | | | | | | | |
| Central Bay | Pacific Herring | | | | | | | | | | | | | | | | | | | | | | | | |
| Highway 92 Bridge (San Mateo-Hayward) | California Least Tern | | | | | | | | | | | | | | | | | | | | | | | | |
| In Areas with Eelgrass Beds | California Least Tern | | | | | | | | | | | | | | | | | | | | | | | | |
| Baywide in Areas of Salt Marsh Habitat | California Clapper Rail | | | | | | | | | | | | | | | | | | | | | | | | |
| Baywide within 250 feet of Salt Marsh Habitat | California Clapper Rail | | | | | | | | | | | | | | | | | | | | | | | | |
| In and Adjacent to Salt Marsh Habitat | Salt Marsh Harvest Mouse | | | | | | | | | | | | | | | | | | | | | | | | |
| Within 300' of known roost site | California Brown Pelican | | | | | | | | | | | | | | | | | | | | | | | | |

For more detailed information, see Appendix F of the LTMS Management Plan or the LTMS E

* Depths are represented in MLLW, and are project depth, not including over dredge allowance

**This chart is for operations and maintenance dredging of existing navigational facilities. Other species may be affected by work in other areas.

CONSULTATIO REQUIRED

TDM009202

# Long Term Management Strategy (LTMS)
## Six Year Program Review
May 2006

This document serves as the six-year review of the Long Term Management Strategy (LTMS) for the placement of dredged material in San Francisco Bay. The 2001 LTMS Management Plan established a 12-year "glide path" for achieving the overall goal of reducing in-Bay disposal to approximately 1.25 million cubic yards per year. The Transition Period includes mandatory in-Bay disposal limit step-downs every three years (Figure 1). If average annual disposal volume for any three-year period exceeds the Transition Period limit, specific volume allocations (limits) could be placed on individual dredging projects to ensure that the overall limits would be met in the future. Of course the intent of the LTMS program, in cooperation with area dredgers, is to develop sufficient beneficial reuse opportunities that the region can "beat" the disposal limit each year and continue to avoid the imposition of allocations.

Figure 1. LTMS in-Bay disposal volume targets during the 12-year Transition Period. Every three years, the annual disposal volume limit automatically decreases by 387,500 cy. As long as overall in-Bay disposal does not on average exceed the target for any 3-year period, pre-set volume allocations will not be applied to individual dredging projects.




* In-Situ volume

The 2001 LTMS Management Plan (Chapter 8, Review and Revisions) also established a schedule for reviewing the LTMS program:

> *"To ensure review, and if necessary, revision of this Management Plan, the LTMS agencies implement the following measure: during the initial three-year period of implementation, the LTMS agencies will produce an annual progress report of the program. Subsequently, the LTMS agencies will conduct three-year reviews. A more comprehensive review resulting in policy changes, if necessary, will be conducted every six years."*

The LTMS agencies (the U. S. Army Corps of Engineers, the San Francisco Bay Regional Water Quality Control Board, the San Francisco Bay Conservation and Development Commission, and the U. S. Environmental Protection Agency) conducted the first three-year review at the end of 2003. That review determined that the Transition Period volume limit for the first three years had not been exceeded (the initial volume limit was 2.8 million cubic yards, but an average of only about 2.3 million cubic yards, bin volume, was actually disposed in the Bay). Individual dredger disposal allocations therefore were not triggered. Consequently, the first of four programmed 387,500 cubic yard step-downs in allowable in-Bay disposal volume (from the initial 2.8 million cubic yards per year down to about 2.4 million cubic yards) automatically took place in January 2004. The next programmed in-Bay disposal volume limit step-down is scheduled to take place in January 2007 (to about 2.0 million cubic yards).

Even though the Transition Period goals were met through 2003, and it appears that they will again be met through 2006, a variety of efforts have been initiated in the past few years to further improve the performance of the LTMS program. For the purposes of conducting the required six-year review of the LTMS program, and of continuing to strengthen our partnership with all interested parties, we offer this summary of key accomplishments and reports from the past several years for discussion at our May 12, 2006 public meeting.

## ACCOMPLISHMENTS

**1. *DMMO activities.*** The agencies have conducted timely and thorough review of hundreds of dredging project applications to ensure LTMS goals and targets could be met, and would comply with applicable Federal and State requirements. This was made possible by establishment in 1995 of a pilot program, the Dredged Material Management Office (DMMO), hosted by the Army Corps of Engineers, and subsequently made a permanent program in 2002 with oversight by the Dredging Management Committee. DMMO has published guidance, established electronic permitting applications, and reviewed/processed dredging permits to ensure a comprehensive approach to handling dredged material in San Francisco Bay consistent with the LTMS Management plan. This effort was recognized with the Vice-President's Hammer Award in June 1998. Project-specific data are tracked in the DMMO annual reports, are available on the DMMO website:

http://www.spn.usace.army.mil/conops/dmmo.htm

2. *Policy innovations in dredge permitting.* LTMS has resulted in a number of policy and permit process improvements since the Management Plan was released. In addition to the basic regulatory streamlining and related benefits associated with interagency coordination via the DMMO, improvements include: the use of Integrated Alternatives Analyses (IAAs) that reduce paperwork while encouraging planning for beneficial reuse, by considering a permittee's overall dredging program for a number years (most larger dredgers, including the Corps of Engineers, now have their projects covered by IAAs); publication of the Small Dredger Programmatic Alternatives Analysis (SDPAA) that reduces paperwork and speeds permitting for dozens of projects without reducing environmental protections (over 60 small dredger projects are now covered by the SDPAA); and support for judicious use of in-place "knockdowns" between major dredging episodes in order maintain navigability while at the same time reducing dredging that might otherwise have to occur outside of work windows. Further improvements we hope to implement in the future include: standardize and consolidate permit conditions among the agencies; and establish a database for permit tracking and sediment test data.

3. *Success in achieving upland and wetland re-use (UWR).* Beneficial reuse is key to the overall success of the LTMS program. Since the inception of the LTMS several important UWR projects have come on line or been expanded, including Hamilton Wetlands Project (Marin County), Montezuma Wetlands (Solano County), Winter Island (Contra Costa County), Sherman Island (Sacramento County), the Oakland Middle Harbor Habitat Area (Alameda County), a portion of the SF-8 disposal site (San Francisco County), and the Ocean Beach demonstration beach nourishment project (San Francisco County), along with several other smaller or one-time-use UWR sites. Well over 7 million cubic yards of dredged material have been delivered to these sites to date. LTMS's focus will continue to be on increasing capacity for and practicability of beneficial re-use, including via such potential projects as the Hamilton Aquatic Transfer Facility (ATF), Bel Marin Keys Unit V (Marin County), Bair Island (San Mateo County), the South Bay Salt Ponds, and Ocean Beach.

4. *Success meeting Environmental Work Windows.* Environmental Work Windows are locations and times when sensitive species are least likely to be present, so that impacts from dredging and disposal are minimized. Although the percentages of material placed at Ocean, Upland/Reuse, and in-Bay sites varied significantly from year to year as major projects were completed or others initiated, advance planning resulted in significant improvement in the amount of dredging initiated and completed within the specified work windows. Prior to 2001 only about 50% of dredging occurred during work windows. But by 2003, and since, an average of 80% of dredging has been within the windows; and in 2004, 100% of all Federal maintenance dredging was conducted within the work windows (Figure 2). In 2005, LTMS completed additional programmatic consultation with USFWS that resulted in modifications to some of the work windows. We also expect that additional programmatic consultation with NOAA Fisheries will be completed in 2006, resulting in some additional modification to the work windows. The LTMS agencies will continue to coordinate with the Federal and State resource agencies to refine the programmatic work windows as new information becomes available, including data from LTMS supported studies.

Figure 2. Percentage of annual Bay Area maintenance dredging accomplished within the established Environmental Work Windows. Advance planning and coordination has resulted in substantially increased compliance with Windows in just a few years.




5. ***LTMS funding support for scientific studies.*** Each agency funds its own participation in ongoing LTMS activities. However, since the Management Plan was published, most new LTMS scientific studies have been funded directly by the Army Corps of Engineers. Many study needs are identified by the Windows Work Group for LTMS agency consideration. From 2001 through 2005, approximately $3.25 million has been allocated to study various issues of importance to LTMS, including: data gaps relating to Environmental Work Windows; mercury methylation potential and management; disposal plume tracking and modeling; effects of dredged material plumes on herring eggs; and juvenile salmonid distribution in the San Francisco estuary. As new needs are identified in cooperation with the Work Groups and stakeholders, LTMS expects to continue to support relevant studies on a priority basis, subject to the availability of funds. And as study results become available, the LTMS agencies will periodically consider whether program changes may be warranted.

6. *LTMS working groups focus on key concerns of participants.* In 2000, the disposal site monitoring group and the sediment quality guidelines group were formed, and met to discuss issues as needed. In 2001 the Environmental Windows Work Group was established to identify and recommend study priorities to LTMS, in order to streamline the ESA consultation process with Federal (USFWS, NOAA Fisheries) and State (CDFG) resource agencies. This group has worked to identify short term and long-term solutions via subcommittees on science/data gaps, herring, dredging technology and operations, "confounding factors", and funding. The Environmental Windows group has since evolved into a key stakeholder forum for discussion of all LTMS policies and activities. The work group's annual reports, summarizing their activities and recommendations to the Management Committee, are available on the DMMO web site referenced above.

7. *Continuity of involvement by the Management Committee.* In a spirit of partnership and cooperation, LTMS Management Committee meetings have increasingly been used for informal public meetings with interested parties to focus on issue resolution. Since 2004, almost all Management Committee meetings include stakeholder discussion sessions. External support by key parties enabled establishment of an LTMS budget line-item in the Corps' budget, at a $1.23 million level in FY05, and $1.44 in FY06, to support DMMO operations and key LTMS studies.

8. *Establishment of the Deep Ocean Disposal Site.* In 1994, EPA established the San Francisco Deep Ocean Disposal Site (SF-DODS). This site is deeper (nearly 10,000 feet) and farther offshore (55 miles) than any dredged material disposal site In the United States. SF-DODS was the first major alternative to in-Bay disposal, and its designation was one of the first major accomplishments of LTMS. To date, over 10 million cubic yards of suitable dredged material have been diverted from in-Bay disposal to SF-DODS (about 25% of all material dredged to date under the 2001 Management Plan), and extensive annual monitoring confirms that there have been no significant adverse impacts. In the future SF-DODS will continue to serve as an important "safety valve" to help keep in-Bay disposal as low as practicable, even at times when beneficial reuse alternatives may not be readily available.

9. *On track to meet the LTMS goals.* Compared to pre-LTMS years when dredging averaged approximately 6 million cubic yards annually, overall dredging volume has decreased to an average of just over 4 million cubic yards per year (Figure 3). Overall, approximately 21 million cubic yards were dredged from 2001 through 2005. In-Bay disposal volume targets have been met each year, as well as on average for each 3-year period. However, in order to meet the monthly disposal limits at individual in-Bay disposal sites, some material from some projects has occasionally been diverted from one disposal site to another. Of the 21 million cubic yards dredged overall, about 8 million cubic yards were beneficially reused (39%), 3.8 million cubic yards were disposed at ocean sites (18%), and 8.9 million cubic yards were disposed in-Bay (43%) (Figure 4). This is significant progress from pre-LTMS days when over 80% of dredged material was disposed in-Bay, and shows that the region is well on its way toward achieving the "40-40-20" goal by 2012. In 2005, due to the Oakland Deepening Project, the rate of reuse in the region actually exceeded the long-term goal of 40 percent (Figure 5).

Figure 3. Annual Bay Area dredging volumes. Prior to initiation of the LTMS, the long-term average dredging volume was approximately 6 million cy per year. (Note that the "bin volumes" shown are typically 20-40 percent higher than in-place volumes, because material generally "bulks up" temporarily as a result of the dredging process.)




Figure 4. Overall dredged material volumes sent to each placement environment under the 2001 LTMS Management Plan. The long-term goal is to achieve at least 40% beneficial reuse and no more than 20% in-Bay disposal, with ocean disposal for the remainder.






TDM009208

Figure 5. Percentages of dredged material sent annually to each placement environment. In 2005, the Oakland 50-Foot Deepening Project helped significantly boost the region's beneficial reuse.




## REPORTS

Listed below are many of the key reports produced under the LTMS and the DMMO since release of the management plan in 2001. The DMMO annual reports summarize projects, dredged volumes, and other key data including statistical information about dredging and disposal for each year. Other reports document the results of LTMS-supported studies, or provide important regional policy guidance. Together, these reports capture well many of the accomplishments and issues noted above, and have been used to provide ongoing analysis of the agencies and participants' abilities to meet the LTMS goals and targets. These reports are available via the DMMO web site: http://www.spn.usace.army.mil/conops/dmmo.html

- DMMO Annual Report for calendar year 2000 (April 2001)
- Guidelines for Implementing the Inland Testing Manual in the San Francisco Bay Region (2001)
- SF-DODS Reference Area Database
- DMMO Annual Report for calendar year 2001 (March 2002)
- DMMO Annual Report for calendar year 2002 (May 2003)
- Report Card to the National Dredging Team/Annual Report for 2003 (2004)
- Environmental Work Windows Informal Consultation Preparation Guidance (2004)
- DMMO Annual Review/Annual Report for 2004 (2005)
- Small Dredger Programmatic Alternatives Analysis (SDPAA) (2005)
- Updated USFWS Programmatic Consultation

- Environmental Window Work Group annual reports to the Management Committee
- LTMS-supported studies:
  - Mercury Concentrations Bordering the Hamilton Airfield Remediation Site (2002)
  - Mercury Concentrations Bordering the Hamilton Airfield Remediation Site (2003
  - A Bibliography of Scientific Literature on Pacific Herring (*Clupea pallasie*) (2004)
  - Framework for Assessment of Potential Effects of Dredging on Sensitive Fish Species in San Francisco Bay (2004)
  - Pre-construction Biogeochemical Analysis of Mercury in Wetlands Bordering the Hamilton Airfield (HAAF) Wetlands Restoration Site – Interim Report (2004)
  - Spatial Characterization of Suspended Sediment Plumes During Dredging Operations Through Acoustic Monitoring (2004)
  - A Review of Scientific Information on the Effects of Suspended Sediment on Pacific Herring (*Clupea pallasie*) Reproductive Success – Final Report (2005)
  - Assessment of Sediment Resuspension by Vessel Traffic at Richmond Longwharf (2005)
  - Characterization of Suspended Sediment Plumes Associated with Knockdown Operations at Redwood City, CA (2005)
  - Pre-construction Biogeochemical Analysis of Mercury in Wetlands Bordering the Hamilton Airfield (HAAF) Wetlands Restoration Site (2005)
  - White Paper – Potential Impacts of Dredging on Pacific Herring in San Francisco Bay (2005)

## ONGOING EFFORTS AND CHALLENGES

Looking ahead, continued success in meeting the LTMS goals and the Transition Period "glide path" (Figure 1) will depend largely on making additional beneficial reuse capacity available and affordable for as many dredgers as possible. The LTMS agencies look forward to working in partnership with our stakeholders to meet this primary challenge, as well as to:

- Continue permit processing improvements (new guidance, standardized permit conditions)
- Better integrate resource agencies into the DMMO process
- Continue to support key Windows/Science studies and incorporate findings
- Continue Work Groups and Management Committee meetings as key opportunities for stakeholder involvement
- Work to increase beneficial reuse opportunities, incl. Hamilton ATF, Ocean Beach
- Provide a forum to coordinate on emerging issues (e.g., overdredge guidance)
- Complete the USACE Dredged Material Management Plan (DMMP) for Federal maintenance dredging projects
- Update programmatic consultations for any new ESA listings (e.g., green sturgeon)
- Complete programmatic Essential Fish Habitat consultation
- Work toward a DMMO permit tracking and sediment quality database
- Coordinate with CALFED and "Delta LTMS" regarding reuse for levees, etc.
- Coordinate with the Subtidal Goals project
- Coordinate with the State Water Resources Control Board on the role of its upcoming Sediment Quality Objectives in dredged material management
- Work with SFEI to evaluate the effects of decreasing in-Bay disposal volumes on Regional Monitoring Program fees

## CONCLUSIONS AND FINDINGS

As of this writing, the LTMS program is operating as the EIS/EIR and Management Plan anticipated, and remains on track with the Transition Period milestones (Figure 1) and overall LTMS goals (Figure 4). Therefore the LTMS agencies are not proposing any overall policy or program-level changes. We reaffirm that the overall LTMS goals, including the basic "40-40-20" split, remain appropriate and viable targets for the program. We also reaffirm and will retain the existing Transition Period structure, including the scheduled January 2007 reduction of the annual in-Bay disposal limit to 2,050,000 cubic yards.

Even though no fundamental program changes are proposed at this time, the LTMS agencies intend to continue to integrate new knowledge and information into management of dredging projects, within the existing program. For example, results from ongoing LTMS scientific studies, changes in the status of sensitive species, or availability of new beneficial reuse sites or technologies may warrant changes to agency policies or management of existing disposal sites, even though the fundamental LTMS goals and Transition Period timelines remain in place.