IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Third-Party Defendant. | Civil Action No. 06-472-C<br><br>Judge Thomas C. Wheeler |

**TDM'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH THE COURT'S DECEMBER 13, 2007 DISCOVERY ORDER, OR, IN THE ALTERNATIVE, AN EXTENSION OF TIME FOR THE GOVERNMENT TO RESPOND**

Plaintiff TDM America, LLC ("TDM") respectfully submits this unopposed motion for an enlargement of time pursuant to RCFC 6 to oppose the United States' ("US") motion to compel plaintiff's compliance with the Court's December 13, 2007 discovery order, or, in the alternative, an extension of time for the government to respond (the "US'" Motion). TDM's opposition is due February 29, 2008. TDM respectfully requests an additional seventeen (17) days, enlarging the time to March 17, 2008, to properly oppose the US' Motion.

**Statement in Support of Motion**

The extension is necessary because, according to the present scheduling docket, TDM must file in that same week its opposition to the US' motion for partial summary judgment and a reply to the US' opposition to TDM's motion to renew its motion for sanctions against the US

pursuant to RCFC 37 and to dismiss the US'motion for partial summary judgment pursuant to 56(f). Counsel for TDM informed counsel for the US of this motion to enlarge time and the US indicated that it does not oppose this motion.

**Conclusion**

For the reasons stated above, TDM respectfully requests that this unopposed motion for enlargement be granted.

Respectfully submitted,

New York, New York
Dated: February 22, 2008

s/David W. Denenberg
David W. Denenberg
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200 Ph
(212) 286-1884 Fax

*Attorneys for Plaintiff,*
*TDM America, LLC*