# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## DECLARATION OF DAVID W. DENENBERG IN SUPPORT OF TDM AMERICA, LLC'S MOTION TO RENEW ITS PREVIOUSLY-FILED MOTION FOR SANCTIONS PURSUANT TO RCFC 37 AGAINST THE UNITED STATES AND FOR AN ORDER DISMISSING THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RCFC 56(f)

I, **DAVID W. DENENBERG**, under penalty of perjury, state:

1. I am an attorney on behalf of plaintiff TDM America, LLC ("TDM") in the above referenced litigation.

2. I am a member of the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in further support of TDM's motion to renew its previously-filed motion pursuant to RCFC 37 against the US (the "US") and for an order dismissing the United States' motion for partial summary judgment pursuant to RCFC 56(f).

4. This office has spent hundreds and hundreds of hours conducting document review as a result of the United States' rolling production of documents before, as well as after, this Court's December 17, 2007 Discovery Order. The US' identification of documents that it

never produced only further burdened this office, in that much time was spent looking for documents that this office never received. This office advised counsel for the US that it identified documents it never produced and, eventually, the documents were produced and other misidentified documents were found. Moreover, this office expended substantial and critical time constantly re-writing TDM's opposition to the US' motion for partial summary judgment based upon the above. TDM incurred further expense in making three (3) discovery motions against the US.

5. Attached as Exhibit 1 is a true and accurate copy of the transcript of the March 6, 2007 telephone status conference before the Court wherein counsel for the US spoke of its rolling production and the US' need for more time.

Dated: New York, New York
February 25, 2008

s/David W. Denenberg
David W. Denenberg