# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## DECLARATION OF DAVID W. DENENBERG IN SUPPORT OF TDM AMERICA LLC'S OPPOSITION TO THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF TDM'S CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION

I, **DAVID W. DENENBERG**, under penalty of perjury, state:

1. I am a member of the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158, which firm represents plaintiff TDM America, LLC ("TDM") in this action.

2. I make this declaration in support of TDM's opposition to the motion for partial summary judgment by defendant United States (the "US") and in support of TDM's cross-motions for summary judgment and to strike the US' motion.

3. Exhibit 1 is a true and accurate copy of pages 16, 24, 34, 43-44, 61-62, 59-67, 79, 133-137, and 332-333 of the transcripts from the May 10, 2007 and May 22, 2007 RCFC 30(b)(1) depositions of Bryce Wisemiller, Project Manger for the New York District, U.S. Army Corps. of Engineers ("USACE").

4. Exhibit 2 is a true and accurate copy of pages 2, 9-20, 24-26, 28-29, and 35-37 from the transcript of the January 11, 2008 deposition of Kerri Mullins, the RCFC 30(b)(6) witness for Donjon Marine Company ("Donjon").

5. Exhibit 3 is a true and accurate copy of pages 25 and 59-60 from the transcript of the July 2, 2007 RCFC 30(b)(1) deposition of Thomas Witte, Vice President of Donjon.

6. Exhibit 4 is a true and accurate copy of the specifications identified by the US for contract no. W912DS-07-C-0003 bearing bates nos. G01025 00014-G01025 00094.

7. Exhibit 5 is a true and accurate copy of a document entitled "Arthur Kill Channel Navigation Improvement Project, Contract 2, New York and New Jersey" - specifications, IFB no. W912DS-04-B-0003 (unrestricted) bearing bates nos. G01010 05315-G01010 05571.

8. Exhibit 6 is a true and accurate copy of a document entitled "New York and New Jersey Harbor Kill Van Kull Channels Navigation Improvement 50 Ft Project, S-KVK-2, Phase III, Contract 1, New York and New Jersey" - specifications, IFB no. W912DS-05-B-0003 (unrestricted) bearing bates nos. G01010 07140-G01010 07433.

9. Exhibit 7 is a true and accurate copy of a document entitled "New York Harbor and Adjacent Channels, Port Jersey Channel, Contract No. 2 (Area 2A), Bayonne, New Jersey" - specifications, IFB no. DACW51-03-B-0018 (unrestricted) bearing bates nos. G01010 06580-G01010 06898.

10. Exhibit 8 is a true and accurate copy of a document entitled "Maintenance Dredging and Disposition of Dredged Material from Sequine Point Section of the Raritan Bay Reach of the New York and New Jersey Channels" - solicitations and specifications, IFB no. W912DS-04-B-0008 bearing bates nos. G01010 11457-G01010 11611.

11. Exhibit 9 is a true and accurate copy of a document entitled "New York Harbor and Adjacent Channels, Port Jersey Channel, Contract No. 1, Bayonne, New Jersey" - specifications, IFB no. DACW51-02-B-0006 (unrestricted) bearing bates nos. G01010 06010-G01010 06234.

12. Exhibit 10 is a true and accurate copy of a document entitled "Arthur Kill Channel Navigation Improvement Project, Contract 1 (Sections A and B), New York and New Jersey" - specifications, IFB no. DACW51-03-B-0001 (unrestricted) bearing bates nos. G01010 05718-G01010 05962.

13. Exhibit 11 is a true and accurate copy of a document entitled "New York Harbor Kill Van Kull and Newark Bay Channels Navigation Improvement Project, Phase II, Contract 5 (Area 5), New York and New Jersey" - specifications, IFB no. DACW 51-01-B-0003 (unrestricted) bearing bates nos. G002845-G003289.

14. Exhibit 12 is a true and accurate copy of a document entitled "New York Harbor Kill Van Kull and Newark Bay Channels Navigation Improvement Project, Phase II, Contract 7 (Area 6), New York and New Jersey" - specifications, IFB no. DACW51-01-B-0024 (unrestricted) bearing bates nos. G01010 03471-G01010W 03726.

15. Exhibit 13, filed under seal, is a true and accurate copy of a document entitled "Response to W912DS-06-B-0014 New York and New Jersey Harbor Anchorage Channels Contract 3 Navigation Improvement 50 Ft Project S-AN-1A, Contract 3" identified by the US as Donjon's 5-day submittal for contract no. W912DS-07-C-0003 bearing bates nos. G01015 00423-G01015 00715.

16. Exhibit 14 is a true and accurate copy of a document entitled "Response to W912 DS-06-B-0014 New York and New Jersey Harbor Anchorage Channels Contract 3 Navigation

Improvement 50 ft project 5-AN-1A, Contract 3," identified by the US as Donjon's 35-day submittal for contract no. W912DS-07-C-003 bearing bates nos. G0101504753-G0101505141.

17. Exhibit 15 is a true and accurate copy of a document relating to maintenance dredging of Port Newark and Port Nevada pierhead channels, Newark Bay, New Jersey, IFB solicitation no. W912DS-06-B-0005, identified by the US as a 5-day submittal for contract no. W912DS-06-C-0018 bearing bates nos. G01003 00228-G01003 00464.

18. Exhibit 16 is a true and accurate copy of a document relating to maintenance dredging of Newark Bay, New Jersey in the vicinity of Port Newark and Port Newark pierhead channels, New Jersey IFB solicitation no. W912DS-06-B-0005, identified by the US as a 70-day submittal for contract no. W912DS-06-0-0018 bearing bates nos. G0100300465-G0100300777.

19. Exhibit 17, filed under seal, is a true and accurate copy of a document relating to the 10-day submittal for solicitation number W912DS-04-B-0003, Arthur Kill Channel navigation improvement project contract no. 2 for New York and New Jersey, identified by the US as a 10-day submittal for contract no. W912DS05-C-0003 bearing bates nos. Donjon 006379-Donjon 006387.

20. Exhibit 18, filed under seal, is a true and accurate copy of a document entitled "Response to W912DS-04-B-0003 Arthur Kill Channel navigation improvement project contract no. 2 for New York and New Jersey" identified by the US as a 70-day submittal for contract no. W912DS-05-C-0003, bearing bates nos. Donjon 008585-Donjon 008725.

21. Exhibit 19, filed under seal, is a true and accurate copy of a document entitled "5-day Submittals W912 BS-05-B-0003, New York and New Jersey Harbor, Kill Van Kull Channels Navigation Improvement 50-Ft. Project S-KVK-2 Phase III, Contract 1" with cover

letter identified by the US as a 5-day submittal for contract no. W912DS-05-C0004 bearing bates nos. G01025 00994-G01025 01422.

22. Exhibit 20, filed under seal, is a true and accurate copy of a document entitled "Reference: IFB No. W912DS-05-B-0003, 35 Day Submittal Documents, 1.45 Contractor Responsibility Submissions" with cover letter identified by the US as a 35-day submittal for contract no. W912DS-05-0004 bearing bates nos. G01025 00954-G001025 00993.

23. Exhibit 21, filed under seal, is a true and accurate copy of a document entitled "Response to W912DS-05-B-0010, Maintenance Dredging of Arthur Kill Reach of New York and New Jersey Channels" identified by the US as a 5-day submittal for contract no. W912DS-05-C-0020 bearing bates nos. Donjon 008726-Donjon 008851.

24. Exhibit 22, filed under seal, is a true and accurate copy of a document entitled "Response to W912DS-05-B-0010, Maintenance Dredging of Arthur Kill Reach of New York and New Jersey Channels" identified by the US as a 70-day submittal for contract no. W912DS-05-C-0020 bearing bates nos. G01025 01557-G01025 01758.

25. Exhibit 23, filed under seal, is a true and accurate copy of a document entitled "Solicitation DACW51-03-B-0018, Port Jersey Channel, Contract No. 2, Bayonne, New Jersey" with cover letter identified by the US as a 3-day submittal for contract no. W912DS-04-C-0008 bearing bates nos. G01015 00001-G01015 00715.

26. Exhibit 24, filed under seal, is a true and accurate copy of a document entitled "Solicitation DACW51-03-B-0018, Port Jersey Channel, Contract No. 2, Bayonne, New Jersey Information to be Submitted Within 70 Days" with cover pages identified by the US as a 70-day submittal for contract no. W912DS-04-C-0008 bearing bates nos. G01014 07726-G01014 08063.

27. Exhibit 25, filed under seal, is a true and accurate copy of a document entitled "Response to W912DS-04-B-0008" with cover pages identified by the US as a 10-day submittal for contract no. W912DS-04-C-0016 bearing bates nos. G01025 00234-G01025 00360.

28. Exhibit 26, filed under seal, is a true and accurate copy of a document re: "70-Day Submittal to Solicitation No. W912DS-04-B-0008, Maintenance Dredging and Disposition of Dredged Material from Sequine Point Section of the Raritan Bay Reach of the New York and New Jersey Channels" identified by the US as a 70-day submittal for contract no. W912DS-04-00016 bearing bates nos. G01025 00427-G01025 00953.

29. Exhibit 27, filed under seal, is a true and accurate copy of a document entitled "Response to DACW51-02-B-006" that is crossed through and retitled "Response to W912DS-04-C-0016" identified by the US as a 3-day submittal for contract no. DACW51-03-C-001 bearing bates nos. Donjon 007844-Donjon 008088.

30. Exhibit 28, filed under seal, is a true and accurate copy of a document entitled "Response to DACW51-03-B-0001" identified by the US as a 3-day submittal for contract no. DACW51-03-C-0012 bearing bates nos. Donjon 005432-Donjon 005578.

31. Exhibit 29, filed under seal, is a true and accurate copy of a document entitled "Response to DACW51-03-B-0001" identified by the US as a 70-day submittal for contract no. DACW51-03-C-0012 bearing bates nos. G0101505142-G01015 05328.

32. Exhibit 30 is a true and accurate copy of contract no. W912DS-04-C-0016, bearing bates nos. G0100507482-G0100507502.

33. Exhibit 31 is a true and accurate copy of a letter dated June 8, 2004 from David H. Freedman, Major, U.S. Army Contracting Officer, to Thomas D. Witte, Vice President of Donjon, bearing bates no. G0100303969.

34. Exhibit 32 is a true and accurate copy of a document bearing bates nos. G0100303970-G0100304109.

35. Exhibit 33 is a true and accurate copy of a July 1, 2004 letter from John F. Tavolaro, chief, operations support branch, authorized representative of the USACE contracting officer to Thomas D. Witte, Vice President of Donjon, bearing bates nos. G0100304179-G0100304184.

36. Exhibit 34 is a true and accurate copy of an August 18, 2004 fax cover sheet from Soon Lew, project engineer for USACE, to Kerri Mullins of Donjon bearing bates no. G0100304131.

37. Exhibit 35 is a true and accurate copy of contract no. W912DS-07-C-0003, bearing bates nos. G01004 00133-G01004 00201.

38. Exhibit 36 is a true and accurate copy of contract no. W912DS-06-C-0018, bearing bates nos. G01010 12833-G01010 12860.

39. Exhibit 37 is a true and accurate copy of contract no. W912DS-05-C-0003, bearing bates nos. G01010 05256-G01010 05312.

40. Exhibit 38 is a true and accurate copy of contract no. W912DS-05-C-0004 with cover pages bearing bates nos. G0101311594-G0101311670.

41. Exhibit 39 is a true and accurate copy of contract no. W912DS-05-C-0020 bearing bates nos. G01010 12724-G01010 12860.

42. Exhibit 40 is a true and accurate copy of contract no. W912DS-04-C-0008 bearing bates nos. G01010 06788-G01010 06861.

43. Exhibit 41 is a true and accurate copy of contract no. DACW51-03-C-0001 bearing bates nos. G01010 06235-G01010 06318.

44. Exhibit 42 is a true and accurate copy of contract no. DACW51-03-C-0012 bearing bates nos. G01010 05963-G01010 05986.

45. Exhibit 43 is a true and accurate copy of contract no. DACW51-03-C-0014 bearing bates nos. G01010 04816-G01010 04887.

46. Exhibit 44 is a true and accurate copy of contract no. DACW51-03-C-0019 bearing bates nos. G01004 00001-G01004 00061.

47. Exhibit 45 is a true and accurate copy of contract no. DACW51-03-C-0021 bearing bates nos. G01010 09497-G01010 09568.

48. Exhibit 46 is a true and accurate copy of contract no. DACW51-02-C-0001 bearing bates nos. G01010 03151-G01010 03172.

49. Exhibit 47 is a true and accurate copy of contract no. DACW51-02-C-0019 bearing bates nos. G0101302738-G0101302792.

50. Exhibit 48 is a true and accurate copy of contract no. DACW51-02-C-0022 bearing bates nos. G01010 09226-G01010 09273.

51. Exhibit 49 is a true and accurate copy of contract no. DACW51-01-C-0006 bearing bates nos. G01010 04310-G01010 04405.

52. Exhibit 50 is a true and accurate copy of contract no. DACW51-01-C-0023 bearing bates nos. G0101401505-G0101401599.

53. Exhibit 51 is a true and accurate copy of a document entitled "Maintenance Dredging Arthur Kill Reach of the New York and New Jersey Channels" - solicitations and specifications, IFB no. W912DS-05-B-0010 bearing bates nos. Donjon 007641-Donjon 007843.

54. Exhibit 52 is a true and accurate copy of a document entitled "New York Harbor Kill Van Kull and Newark Bay Channels Navigation Improvement Project, Phase II, Contract 8

(Area 8), New York and New Jersey" - specifications, IFB no. DACW51-03-B-0004 (unrestricted) bearing bates nos. G01010 04587-G01010 04815.

55. Exhibit 53 is a true and accurate copy of a document entitled "Maintenance Dredging and Disposition of Dredged Material from Flushing Bay and Creek, Federal Navigation Channel, New York" - solicitations and specifications, IFB no. DACW51-02-B-0001 bearing bates nos. G01010 11162-G01010 11280.

56. Exhibit 54 is a true and accurate copy of a document entitled "Maintenance Dredging and Disposition of Dredged Material from Arthur Kill Reach of the New York and New Jersey Channels" - solicitations and specifications, IFB no. DACW51-02-B-0002 bearing bates nos. G01010 09278-G01010 09474.

57. Exhibit 55 is a true and accurate copy of a document entitled "Maintenance Dredging of Newark Bay Main Channel and Port Newark Channels, Newark Bay, New Jersey" - solicitations and specifications, IFB no. DACW51-02-B-0013 bearing bates nos. G01010 08878-G01010 09052.

58. Exhibit 56 is a true and accurate copy of a document entitled "Maintenance Dredging Port Elizabeth Pierhead Channel Newark Bay Federal Navigation Project" - solicitations and specifications, IFB no. DACW51-01-B-0011 bearing bates nos. G01010 07556-G01010 07927.

59. Exhibit 57 is a true and accurate copy of a document entitled "Maintenance Dredging of Newark Bay Main Channel and Port Newark Channels, Newark Bay, New Jersey" - solicitations and specifications, IFB no. DACW51-02-B-0013 bearing bates nos. G008926-G009104.

60. Exhibit 58 is a true and accurate copy of a document entitled "New York Harbor Kill Van Kull and Newark Bay Channels Navigation Improvement Project, Phase II, Contract 5 (Area 5), New York and New Jersey" - specifications, IFB no. DACW51-01-B-0003 (unrestricted) bearing bates nos. G01010 02706-G01010 03150.

61. Exhibit 59 is a true and accurate copy of pages 135-136 of the transcript of the July 12, 2007 deposition of Joseph A. Branco, the RCFC 30(b)(6) witness for EIC Associates, Inc.

62. Exhibit 60 is a true and accurate copy of pages 18-19 of the transcript of the October 18, 2007 deposition of Thomas Valenti, the RCFC 30(b)(6) witness for OENJ Cherokee Corp.

63. Exhibit 61 is a true and accurate copy of pages 55-56 and 66-67 of the transcript of the May 18, 2007 RCFC 30(b)(1) deposition of Ella D. Snell, contracting officer for USACE.

64. Exhibit 62 is a true and accurate copy of pages 96-98 of the transcript of the June 22, 2007 deposition of James P. Thomas, the RCFC 30(b)(6) witness for Bean Stuyvesant, LLC.

65. Exhibit 63 is a true and accurate copy of the US' responses to plaintiff's third set of interrogatories (nos. 17-26) with attachment C.

66. Exhibit 64 is a true and accurate copy of a document entitled "Air Pollution Control Pre-Construction Permit" bearing bates nos. TDM008454-TDM008501.

67. Exhibit 65, filed under seal, is a true and accurate copy of a document entitled "UTEX Environmental Services, LLC, A Presentation to the Honorable Senator Orrin G. Hatch, United States Senate, Pertaining to: Conflicting Treatment Methodology For Contaminated Dredge Sediments" bearing bates nos. TDM000605-TDM000771.

68. Exhibit 66 is a true and accurate copy of document entitled "Quality Assurance Plan Newark Bay, Port Newark and Port Newark Pierhead Channels, New Jersey" for contract no. W912DS-06-C-0018 bearing bates nos. G0100300131-G0100300141.

69. Exhibit 67 is a true and accurate copy of amendment P00014 to contract no. W912DS-05-C-0003 bearing bates nos. G0101503608-G0101503743.

70. Exhibit 68 is a true and accurate copy of amendment P00004 to contract no. W912DS-04-C-0008 bearing bates nos. G0101106350-G0101106356.

71. Exhibit 69, filed under seal, is a true and accurate copy of documents bearing bates nos. G0100304198-G0100304307.

72. Exhibit 70 is a true and accurate copy of a February 6, 2008 letter from Joshua B. Brady, attorney, Commercial Litigation Branch Civil Division to David W. Denenberg, Esq. with revised attachment 1 attached.

73. Exhibit 71 is a true and accurate copy of amendment no. 11 identified by the US for contract no. DACW51-03-C-0019 bearing bates nos. G01010 11427-G01010 11429.

74. Exhibit 72, filed under seal, is a true and accurate copy of a March 27, 2003 letter from Kerri Mullins of Donjon to Soon Lew, project engineer for USACE, bearing bates nos. G01025 00210-G01025 00212.

75. Exhibit 73, filed under seal, is a true and accurate copy of a document entitled "Response to DACW51-02-B-0002 70 Day Submittal" identified by the US as a 70-day submittal for contract no. DACW51-C-0021 bearing bates nos. G0100505641-G0100505679.

76. Exhibit 74, filed under seal, is a true and accurate copy of a document entitled "Revised Submittals, New York Harbor, Kill Van Kull and Newark Bay Channels, Navigation

Improvement Project, Phase II, Contract of (Area 6)" identified by the US as a 3-day submittal for contract no. DACW51-02-C-0019 bearing bates nos. G0101204857-G0101204878.

77. Exhibit 75, filed under seal, is a true and accurate copy of a document entitled "Submittals, DACW51-01-B-0024, New York Harbor, Kill Van Kull and Newark Bay Channels, Navigation Improvement Project Phase II, Contract 7 (Area 6)" identified by the US as a 70-day submittal for contract no. DACW51-02-C-0019 bearing bates nos. G0100600001-G0100600113.

78. Exhibit 76 is a true and accurate copy of a document entitled "New York Harbor Kill Van Kull and Newark Bay Channels Navigation Improvement Project, Phase II, Contract 4 (Area 7), Elizabeth, New Jersey" - specifications, IFB no. DACW51-00-B-0011 (unrestricted) bearing bates nos. G01010 04008-G01010 04101.

79. Exhibit 77 is a true and accurate copy of amendment P00014 for contract no. DACW51-01-C-0006 bearing bates nos. G01014 00410-G01014 00411.

80. Exhibit 78 is a true and accurate copy of amendment 0010 for contract no. DACW51-01-C-0006 bearing bates nos. Donjon 003241-Donjon 003423.

81. Exhibit 79 is a true and accurate copy of a transcript of a DVD entitled "Beneficial Use of Dredging Material, Harbor Programs Branch/US Army CoE, 26 Federal Plaza, Room 2119A, New York, New York 10278-0090."

82. Exhibit 80 is a true and accurate copy of contract no. DACW51-02-C-0002 bearing bates nos. G01010 12579-G01010 12631.

Dated: New York, New York
February 28, 2008

s/David W. Denenberg
David W. Denenberg