corrections to the preliminary submittal. The Contractor shall correct and resubmit within five days. Any required subsequent review and re submission periods will each be accomplished within 5 days. Upon Government approval of the preliminary submittal, the Contractor shall prepare final record drawings.

f. Record Drawing Submission: In the appropriate CAD program each drawing shall be marked with the words "RECORD DRAWING AS-BUILT" followed by the name of the Contractor in lettering at least 3/16" high. All revisions to the original contract drawings shall be dated in the revision block. All prints and mylars must be reproduced from the updated CAD files. If mylars only were provided to the Contractor, they shall be hand-lettered or stamped as indicated above, and revisions shown in revision block. A minimum of 5 calendar days before the anticipated date of final acceptance inspection of the project the Contractor shall deliver to the Contracting Officer.

Three (3) CD's of CAD files of Record Drawings.
One (1) set of Mylar Record Drawings.
One (1) copy of prints of Record drawings.

Failure to make an acceptable submission of Record Drawings will delay the Final Acceptance Inspection for the project and shall be cause for withholding any payment due the Contractor under this contract.

g. Property: All paper prints, reproducible drawings and CAD files will become property of the Government upon final approval. Approval and acceptance of the final record drawings shall be accomplished before final payment is made to the Contractor.

h. Payment: No separate payment will be made for the as-built and record drawings or updating of CAD files required under this contract, and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.

1.5 PHYSICAL DATA (1984 APR) (FAR 52.236-4)

Information and data furnished or referred to below are furnished for the Contractor's information. However, it is expressly understood that the Government will not be responsible for any interpretation or conclusion drawn therefrom by the Contractor.

(1) The physical conditions indicated on the drawings and in the specifications are the results of site investigations by hydrographic surveys and individual inspections.

(2) The plane of reference Mean Low Water (MLW) as established by National Geodetic Vertical Datum (1929 Adjustment), or NGVD29 will be used on the drawings and in these specifications.

(3) Weather Conditions: The site of the work is exposed to direct offshore wind, ocean wave and swell action. It is the Contractor's responsibility to obtain and analyze available information concerning offshore conditions and its potential effect on his operations. See paragraph 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER for adverse weather delays at the project site.

a. Fog: An examination of the records of the U.S. Weather Service at John F. Kennedy Airport, New York, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog occurred in any recent year was 18 in 1982.

(4) Climatological data determined from records of the U.S. Weather Service Bureau at Newark Liberty International Airport, NJ:

Mean Annual Temperature: 54.1 degrees F
Mean Annual Precipitation: 43.0 inches

(5) Tides: The following is the tidal range near the project area:

The Battery, NY - mean range 4.6 feet
- mean range spring 5.5 feet

Sandy Hook, NJ - mean range 4.7 feet
- mean range spring 5.6 feet

Irregular fluctuations due to wind and atmospheric pressure have resulted in tide stages at The Battery from 3.8 feet below MLW to 10.6 feet above MHW.

(6) Permit Structures: There are known permitted structures and/or utilities within the contract area (See plans).

(7) Channel Traffic: Vessel traffic in the project waterway may consist of but not be limited to of seagoing bulk and general cargo freighters, tankers, container ships, auto carriers and miscellaneous small craft. Vessel traffic may cause delays to the work under these specifications.

(8) Other Work in the Area: There may be dredging contracts adjoining this area. It is the Government's intent, subject to funding, to award subsequent dredging contracts adjacent to the present contract area.

(9) Obstruction of Channel: The Government will not undertake to keep the channel free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army in accordance with the provisions of Section 7 of the River and Harbor Act approved August 8, 1917. The Contractor shall be required to conduct the work in such a manner as to obstruct navigation as little as possible, except as herein before specified, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such passage. Upon completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore. The channel must be kept open to vessel traffic at all times except as permitted by the Contracting Officer or by the Coast Guard. It should be noted that navigational safety takes precedence over dredging operations.

(10) Transportation Facilities: local streets in Brooklyn, NY and Staten Island, NY serve the locality of the proposed work. All costs for the use of existing transportation facilities, and for maintenance, repair, removal and restoration shall be borne by the Contractor.

(11) Winds and Waves: Wind and wave climate in the New York Bight area, based upon hourly data obtained from NOAA National Data Buoy Center (NDBC) observation at Station Ambrose Light (ALSN6) for the period 1990-1995 is provided below.

| Month | Average Wind Speed (mph) | Maximum 1 hr avg Wind Speed (mph) | %Time Winds over 25 mph | Average Signif. Wave Ht. (ft.) | Maximum Signif. Wave H (ft.) | %Time Waves Over 6 ft. | Average # Occur-rences over 6ft |
|---|---|---|---|---|---|---|---|
| January | 19.4 | 51.7 | 26.3 | 3.3 | 15.7 | 8.7 | 3.0 |
| February | 19.7 | 51.8 | 28.1 | 3.2 | 11.8 | 7.9 | 2.8 |
| March | 18.8 | 70.8 | 24.6 | 3.4 | 19.7 | 9.0 | 3.4 |
| April | 17.7 | 47.5 | 18.9 | 3.1 | 9.1 | 3.7 | 2.2 |
| May | 16.1 | 40.7 | 13.4 | 2.9 | 9.5 | 2.6 | 1.4 |
| June | 15.8 | 43.6 | 12.4 | 2.6 | 9.5 | 0.9 | 0.6 |
| July | 14.3 | 39.4 | 5.2 | 2.5 | 9.2 | 0.5 | 1.0 |
| August | 14.3 | 51.1 | 7.6 | 2.8 | 7.5 | 4.2 | 1.7 |
| September | 15.5 | 48.9 | 9.3 | 2.9 | 9.2 | 2.7 | 1.8 |
| October | 17.0 | 46.6 | 17.4 | 3.0 | 11.5 | 5.6 | 3.0 |
| November | 19.3 | 59.6 | 25.2 | 3.1 | 15.4 | 7.0 | 2.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| December | 20.2 | 80.0 | 29.3 | 3.4 | 23.9 | 10.7 | 2.8 |
| Annual | 17.3 | 80.0 | 18.2 | 3.0 | 23.9 | 5.4 | 2.6 |

Weather conditions exceeding in severity the fog conditions stated above, wind speeds exceeding the percentage shown for % winds over 25 mph, or wave heights exceeding 6 feet in height for more than one hour, will be considered "Unusually Severe" if delays are caused thereby to operations for more than 50% of the day under this contract.

Near-real time wind and wave conditions in the area can be found out the National Weather Service's National Buoy Center web site: http://www.ndbc.noaa.gov/station_page.php?station=ALSN6

1.6. EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE_(EFARS 52.2/9108(f))

a. Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the Contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8 Volume 1*, "Construction Equipment Ownership and Operating Expense Schedule," Region 1. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply.

(* This manual can be ordered from the Government Printing Office by calling Tel. No. (202) 783-3238. There is a charge for the manual.)

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-lease-back arrangements will be determined using the schedule except the rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment cost are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on standard form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

1.7 CONSTRUCTION PROJECT SIGNS

a. The Contractor shall construct five (5) signs; four for project identification, and one to show on-the-job safety performance. These signs will be placed at the Contracting Officer's direction within 15 calendar days after the Contractor receives the initial Notice to Proceed.

b. Exact placement location will be designated by the Contracting Officer.

c. Panels are fabricated using HDO (High Density Overlay) plywood with dimensional lumber uprights and bracing. The sign faces are non-reflective vinyl.

d. All legends are to be die-cut or computer-cut in the sizes and type-faces specified and applied to the white panel background following the graphic formats shown on the attached sheets. The Communications Red panel on the left side of the construction project sign with Corps signature (reverse version) is screen printed onto the white background.

e. Samples of the signs are included at the end of this section. The project names on the sample signs are only provided to illustrate format. The actual signs shall include the name of this project. The precise wording shall be provided by the Contracting Officer's Representative.

f. No separate payment will be made for erecting and maintaining the signs and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the signs from the project site.

1.8 SUBMISSION OF CLAIMS

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. claims referencing or mentioning the Contracting Disputes Act of 1978

b. requests for a written decision by the Contracting Officer

c. claims certified in accordance with the Contract Disputes Act of 1978

A copy of the requests shall also be provided to the authorized Contracting Officer's Representative (COR) for action and no other Government representative is authorized to accept such requests. The Contractor shall also provide the Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized COR and which have not been resolved after 90 days.

1.9 SCHEDULING AND DETERMINATION OF PROGRESS

Pursuant to the Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS in Section 00700, the Contractor shall prepare and submit for approval a practicable project schedule. The type of schedule and detailed requirements as well as timing of this submittal shall be as specified in specification section "Project Schedule".

This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified schedule for approval by the Contracting Officer.

The terms of Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved project schedule, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met.

Neither on the project schedule as originally submitted nor on any updated periodic schedule which the Contractor is required to prepare and submit, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction, pursuant to Contract Clause; PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, in Section 00700. The making of such an allowance will be contingent upon a

determination by the Contracting Officer that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

1.10 INSPECTION (1965 APR OCE)

The inspectors and the Contracting Officer's Representative (COR) at the site of the work have certain direct and indirect authority to assure that the work is being performed in compliance with the plans and specifications. The inspectors and COR will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position. The presence or absence of an inspector shall not relieve the Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor shall be required:

(a) To furnish, at the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the surveys, prescribed in the clause entitled "Final Examination and Acceptance."

(b) To furnish, at the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the placement sites. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

1.11 NOTICE TO MARINERS

The Contractor shall, prior to commencement of work, notify the 1st Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in a "Notice to Mariners." This notification must be given at least three (3) weeks in advance so that it appears in the "Notice to Mariners" at least one week prior to the commencement of the dredging operation. The Contractor shall also coordinate all dredging and transportation activities with U.S. Coast Guard Sector New York, Vessel Traffic Service Branch at 718-354-4191 or facsimile 718-354-4096.

1.12 PROTECTION OF EXISTING STRUCTURES

All existing structures, piers, bulkheads, utility lines, ships, etc. shown on the drawings or the existence and location of which are made known to the Contractor prior to the beginning or during work shall be protected from damage. In the event of damage, as a result of the Contractor's operations, the Contractor shall be responsible for the repair, restoration, or for all costs of damage resulting therefrom. If the Contractor elects to have alterations made to any existing structure, utility, or other improvements for his convenience, he shall make arrangements with the owner of the facility for such alterations. Arrangements made between the owner and the contractor to alter existing structure shall be approved by the Contracting Officer unless the EXISTING STRUCTURES are to be removed by the owner.

1.13 BRIDGE-TO-BRIDGE COMMUNICATION

In order that radio contact may be made with passing vessels, all major vessels and plant, engaged in work under this contract shall be equipped with bridge-to-bridge radio telephone equipment. The radio telephone equipment shall operate on a single channel very high frequency (VHF), Channel 13, 156.65 MHZ with low power output having a communication range of approximately ten (10) miles. The frequency has been approved by the Federal Communications Commission.

The Contractor shall designate an individual for each shift (24 hours coverage) to be the master or person in charge (PIC) of each vessel (including the dredge) used in the dredging operation.

Responsibilities of master or person in charge.

(a) The master or person in charge shall--
(1) Ensure that the provisions of the Certificate of Inspection are adhered to; and
(2) Be fully cognizant of the requirements of 46 CFR Section 109, especially the provisions in the operating manual required by 46 CFR Sec. 109.121
(3) The master or person in charge shall be immediately available to communicate on bridge-to-bridge radio telephone and with the Vessel Traffic Service.

1.14 PERFORMANCE EVALUATION OF CONTRACTOR (1985 JAN HQ USACE)

a. As a minimum, the Contractor's performance shall be evaluated upon final acceptance of the work. However, interim evaluations may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be DD 2626, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor shall be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be made a part of the official record. Performance Evaluation Reports will be available to all DOD contracting offices for their future use in determining Contractor responsibility, in compliance with DFARS 36.201(c)(1).

1.15 FINAL EXAMINATION AND ACCEPTANCE (1965 APR OCE)

As soon as practicable after the completion of a work area, a final examination of the work will be conducted by the Contracting Officer, at the cost and expense of the Government by acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor shall be required to remove same. The Contractor, or his authorized representative, will be notified when soundings or sweepings are to be made, and will be permitted to accompany the survey party.

The Government shall provide the Contractor the survey data and maps within fourteen (14) calendar days and the quantity volume within forty five (45) calendar days from the date the field survey was performed by the Government.

When the acceptance area is found to be in a satisfactory condition, it will be accepted.

Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of $12,500.00 per occurrence. Progress payment shall be arranged at the pre-construction conference. The Contractor shall perform pre-final hydrographic sweep surveys of an area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multi track or multi beam survey system to insure 100% coverage of the acceptance area. The proposed method for performing these surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EM - 1110-2-1003, HYDROGRAPHIC SURVEYING, 1 January 2002 with all changes for Class I surveys for Class I acoustic sweep system." is mentioned to incorporate "change 1 of 1 April 2004" for EM - 1110-2-1003.
The web URL is: http://www.usace.army.mil/inet/usace-docs/eng-manuals/em.htm .

1.16 FUEL USAGE

The Contractor shall furnish the Contracting Officer a report, to be received on or before the last day of the calendar month, listing the totals of fuels consumed by the dredging plant and support vessels. The report shall list quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

1.17 OIL TRANSFER OPERATIONS (NAP-1/81)

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, and municipal laws, codes and regulations. Particular attention is invited to 33 CFR Subchapter 0, "Pollution." The Contractor shall incorporate in the accident prevention program, submitted in compliance with contract clause ACCIDENT PREVENTION in Section 00700, sufficient information to demonstrate that all fuel transfers will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations.

1.18 CERF IMPLEMENTATION (83 June 1 OCE)(EFARS 52.2-9112)
NOT USED.

1.19 ENVIRONMENTAL LITIGATION (1974 NOV OCE)(ECI 7-671.10)

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than those required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause in Section 00700 of this contract. The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

1.20 SIGNAL LIGHTS (FEB 1983)(DEAN-PRP Ind 12 Sep 83)

The Contractor shall display lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CFR 81 App. A-72 COLREGS. Part C), vessels in inland waters (33 CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70), as applicable.

1.21 LABOR - ADDITIONAL REQUIREMENTS

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD Form 879. Statement of Compliance, and attached to each weekly payroll.

1.22 CONTINUING CONTRACT not used

1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION

a. This clause is applicable to small business concerns whose contracts exceed $1,000,000.

b. In accordance with the clause at FAR 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS, in effect on the date of this contract, the Contracting Officer may survey the extent of small and small disadvantaged business utilization under this contract. The Contractor may be required to report to the Contracting Officer statistical data on the number and dollar amounts of subcontracting awards with small businesses and small disadvantaged businesses.

c. As appropriate, the Contracting Officer may require one or more follow-up reports to the initial report.

d. The Contractor agrees to insert this clause in any subcontract that may exceed $1,000,000, including this subparagraph d.

1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS

In addition to the requirements contained in the Contract Clause entitled "PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS" in Section 00700 and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the Contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The schedule of values (or prices) shall consist of a detail breakdown of the contract price, giving quantities breakdown for each of the various kinds of work (rock and non-rock materials), unit prices, and extended prices therefore. The required schedule shall be based on the actual breakdown of the bid price. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the Contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the Contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The Contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in subparagraph (c). For purposes of payment a "proper invoice" is defined as the follows:

1. An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and associated costs.

2. A properly completed Eng Form 93 and 93a (where required).

3. All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedule, updated submittal registers, etc.

4. The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship.

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contract intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

(4) All required prime and subcontractor payrolls have been submitted.

________________________________________
(Name)

________________________________________
(Title)

________________________________________
(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submission and the Contractor shall be so notified at the pre-dredging conference. In addition to the designated Project Engineer, the Contractor shall at the same time submit one copy of the detailed breakdown and the Eng Form 93 and 93a Form to the Area Engineer.

d. The Government representative shall return any request for payment which is deemed defective within 7 days of receipt and shall specify the defects. If the defect concerns a disagreement as to the amount of work performed and/or the amount of the payment being submitted, the Government and the Contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the Contractor shall submit a new breakdown and Eng Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS and process the payment accordingly. In this event, a "proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the Contractor in accordance with the following time frames:

1. Progress Payments - From the date a "proper invoice" is received, in accordance with subparagraphs b and d of this clause, the Government will issue a check within 14 calendar days.

2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EM 1110-2-1003, Hydrographic Surveying, 1 Jan. 2002, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some

other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for Bid Items that requires Surveys as indicated in section 01270shall be 90 percent of the line item amount until the area is surveyed and accepted by the Government. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (8) | (7) | (8) | (7) | (9) | (10) | (6) | (5) | (5) | (6) | (5) | (7) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15)(31 Oct 89)

1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL

1. The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated 03 November 2003. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters WebSite. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that

is in effect on the date of the solicitation. The Website location where these changes can be found is under the button entitled, "Changes to EM", located at:

http://www.hq.usace.army.mil/soh/hqusace_soh.htm

Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

2. DREDGING AND DREDGE RELATED MARINE WORK

a. The contractor shall comply with the provisions of EM 385-1-1. If the contractor is a currently accepted participant in the Dredging Contractors of America (DCA)/United States Army Corps of Engineers (USACE) Dredging Safety Management Program (DSMP), as determined by the DCA/USACE Joint Committee, and holds a current valid Certificate of Compliance for both the Contractor Program and the Dredge(s) to be used to perform the work under this contract, the contractor may, in lieu of the submission of an Accident Prevention Plan (APP),

(1) make available for review, upon request, the contractor's current Safety Management system (SMS) documentation,

(2) submit to the Contracting Officer the current valid Company Certificate of Compliance for it's SMS,

(3) submit the current dredge(s) Certificate of Compliance based on third party audit, and

(4) submit for review and acceptance, site-specific addenda to the SMS as specified in the solicitation.

3. IF the contractor does not meet the requirements of 1.26.2.a the contractor shall:

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The designated authority/Contracting Officer may issue a variance to paragraphs 01.C.04 a or b in the EM 385-1-1. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

2) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A,B,& C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

1.27 PLANT

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the

specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply.

1.28 STATE/LOCAL INCOME TAXES

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3),(32); 3301(4),(6); 3302 (c)(2); 3305(a),(a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

1.30 TIME EXTENSIONS: (APR 1984)

Not withstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

1.32 INSURANCE PROCURED BY CONTRACTOR AND THE PORT AUTHORITY

1.32 A INSURANCE PROCURED BY CONTRACTOR

a. At the Government's option, to be exercised in writing no later than 70 days after notice to proceed. The Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

(1) Commercial General Liability Insurance in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage, including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards, with contractual liability coverage covering the risks assumed under this agreement.

(2) Automobile Liability Insurance covering owned, non-owned and hired autos with a limit of not less than Three Million Dollars ($3,000,000) per accident.

(3) Maritime Protection and Indemnity Insurance, and Chartered Legal Liability Insurance where applicable, relating to the operation, maintenance, or use of any vessel, in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including coverage for Masters and members of crews.

b. The policies described in 1, 2, 3 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") as additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, New York, NY 10003. Moreover, the Commercial General Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy. The policies described in 1, 2, 3 and 4 shall also include cross-liability coverage and must be stated on the certificate (s) of insurance.

c. Further, the liability policies shall be specifically endorsed as indicated herein, and the certificate (s) of insurance shall contain the following language:

The insurer shall not, without obtaining the express advance written permission from the General Counsel of the Port Authority, raise any defense involving in any way the jurisdiction of the Tribunal over the person of the Port Authority, the immunity of the Port Authority, its Commissioners, officers, agents or employees, the governmental nature of the Port Authority, or the provisions of any statutes respecting suits against the Port Authority.

d. The Contractor shall take out and maintain Workers' Compensation Insurance (including other states coverage) in accordance with requirements of law. The policy shall include the United States Longshore and Harbor Workers' Compensation Act Endorsement. The policy may not be cancelled, terminated or modified without 30days prior written notice to the Contracting Officer, U.S. Army Corps of Engineers, 26 Federal Plaza, New York, NY 10278-0090 and the General Manager, Risk Management/Treasury, The Port Authority of New York and New Jersey, 225 Park Avenue South, 12th Floor, New York, NY 10003.

e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish the Contracting Officer and to the Port Authority at the above addresses, within five (5) calendar days of the award of the opinion, a certificate of insurance evidencing the above required insurance. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority shall have the right, upon written notice, to receive copies of the policies required hereunder.

f. Prior to exercise of the option provided for in this Section, the contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional

premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation from his insurance carrier, which sets-forth the elements of the said additional premium, including, but not limited to the following: the additional costs of the Port Authority of New York and New Jersey being named as an additional insured broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof.

h. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation as to that amount, if any, of the premium costs of his existing insurance coverage he is allocated to the work of this contract. The Contractor shall indicate whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived.

i. The Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

*j. CLIN # 0005 If exercised the Contractor shall be reimbursed for the actual expense for the additional insurance up* to the amount indicated in CLIN # 0005 as substantiated by the information provided by the Contractor's insurance carrier. Contractor shall submit the following items to the government for payment and verification and only the actual amount will be reimbursed:

1-Insurance Policies.
2-Certification of insurance.
3-Proof of payments.

Payment for the insurance procured by the Contractor under this paragraph shall be in lump sum, "Additional Cost for Optional Insurance", if the optional item is awarded. (see notes in Bidding Schedule)

1.32 B Insurance Procured by the Port Authority

The Port Authority will procure and maintain in force at its own cost an Environmental Insurance Policy covering Contractor's pollution legal liability and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate and a deductible of $100,000 as it relates to the work of this Contract for dredging and disposal of dredged material. The policy will be in effect commencing on the date that the Government awards this Contract and will include the Contractor and approved subcontractors as named insureds for such period that is appropriate for the methods used by the Contractor and subcontractors for dredging and disposal of dredged material.

Such policy shall (i) be expressly endorsed for dredging locations to be dredged under this Contract, transportation routes, and material disposition site (s), (ii) contain provisions for claims disputes and coverage to be litigated in courts only in the states of New York and New Jersey, USA, having jurisdiction, and not be limited to arbitration and *(iii) provide for coverage that the material may be considered a hazardous substance/waste under applicable law* including, but not limited to, Resource Conservation and Recovery Act (RCRA) and/or Comprehensive Environmental Response Compensation and Liability Act (CERCLA) and/or the Toxic Substance Control Act (TSCA). It should be noted that the substance might be considered "hazardous" under CERCLA, but not necessarily "hazardous" under RCRA and that such materials if RCRA "hazardous" would require a manifest and disposal under RCRA at a Subtitle C hazardous waste disposal facility.

The Contractor and the subcontractors must refer to the policy form to, determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the Contractor or, at the Contractor's request, by any of the

subcontractors performing work for the Contractor under this Contract, at the office of the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, New York, NY 10003. The contractor and the subcontractors are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance policy.

The Contractor and subcontractors shall comply with all obligations as insureds under or in connection with the above policy.

1.33 FIELD OFFICE (Optional Item)

The contractor shall furnish the following new equipment to the existing Government Office Trailer facilities located at Caven Point, NJ for use of the Contracting Officer.

a. Telephone Equipment:

(1). Ten (10) cellular mobile phones (latest model) with a 400 minute plan for each phone and monthly bills associated with the cellular phones are to be paid by the Contractor.

(2.) Maintain and provide phone service. Phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for 7 separate phone lines for voice communication.

(3.) Two (2) Plain paper facsimile machines with 2 dedicated telephone lines and an adequate supply of paper to be replenished by the Contractor as required by the Contracting Officer.

b. Information Technology Equipment:

(1.) Fourteen (14) IBM compatible personal computers Pentium IV 3 GHz or better, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:

* Ethernet 10/100 Mbps LAN cards.
* High-speed cache memory controller
* 1024 MB SDRAM or more
* 40 KGB hard drive with access time of 9 ms
* Cards: Multi I/O, sound, minimum 64 MB video
* Surge protectors
* 17" SIVA high-resolution flat panel display screen color monitor with refresh rate 75 Hertz or better with integrated speakers.
* DVD/CD ROM drive and DVD/CD writer

(2.) Ten (10) computer printers: HP Desk 1120C or Equal

c. Computer Software:

The contractor will furnish and install the following software for each computer unless otherwise noted. All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks

and manuals as installed. Computer must be completely set up with the above software operational. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have about any program.

(1.) WINDOWS XP (or latest version)

(2.) Ten (10) Primavera Project Planner for windows including all original disks and manuals or equivalent

(3.) 14 Microsoft Office 2003 or latest version Professional including MS Word and Excel

(4.) Anti-Virus software

(5.) Five (5) Microstation software

d. Computer Security requirements:

The Contractor will agree to accept responsibilities and comply with procedures indicated below in connection with the furnishing of Contractor-owned computers for use by the Government personnel in accordance with contract requirements:

(1.) The computers must be dedicated exclusively for the Government use. The Contractor will not use any computer it supplies which is designated for use by the Government. The Contractor will assure that the Central Processing Unit (CPU) is electronically isolated from the contractor's and not inter-connected via Local Area Network (LAN).

(2.) Normal access to the computer shall be restricted to Corps of Engineers personnel. The Contractor shall install computers in Office Trailers dedicated for Government use, whether new or existing. The Contractor must immediately notify Government personnel when emergency access to the trailer was exercised by non-Government individuals, and under what circumstances.

(3.) If the CPU hard drive fails, the Government will furnish an equivalent hard drive to the owner of the computer, and the old hard-drive will be returned to the Government. The Contractor shall not remove any hard drive nor proceed with any repair of the computer unless an authorized Government employee witnesses and approves of the repair.

(4.) At the time of return of the computer, the Contractor will allow the Government to first remove all information from the hard-drive.

(5.) The Contractor agrees to provide a written certification signed by an authorized officer of the company agreeing to the above policy.

e. Miscellaneous Office Equipment:

(1.) Provide paper supplies, ink cartridges, toners, etc., and maintenance as necessary for all office equipment.

(2.) Two (2) 19" Color TVs with satellite or cable hardware and service for duration of contract work. Wall mounted with DVD and CD units attached.

(3.) Two (2) DVD's and two (2) VCR Recorders with Record/Play abilities.

(4.) One Digital Video Camera with interface, software, spare battery, case and charger

(5.) One (1) Vertical filing plan rack for twelve sets of 30-inch x 48-inch plans

(6.) Two (2) Heavy duty, digital, photocopying machines, with auto document feeder, sorter, collator, enlarging/reduction ability, network and scanner capability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies to be replenished by the contractor as required by the Contracting Officer

(7.) Two (2) Water cooler/heaters with paper cup dispenser and cups

f. Services:

The following services shall be provided to the office:

(1.) Potable bottled water as required maintaining a daily water supply with one spare bottle each day:

(2.) Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICON IC-M125 (Base Station) and IC-M15 Hand Held.

(3.) Janitorial services for the two existing field office trailers at Carven Point, NJ three times per week including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (interior and exterior) and re-supply of paper goods and soap.

(4.) All utilities (water, sewer, electricity, heat, and all telephones) monthly bills are paid by the Contractor for the duration of this contract.

(5.) The Contractor shall provide maintenance of exterior and interior of two existing field office trailers at Carven Point, NJ to include all systems, i.e., electrical, mechanical such as VAC, plumbing, water supply, sewer and cleaning. Cleaning shall include annual power washing. The exterior deck shall be treated with exterior stain annually. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.

1.34 PRICING OF ADJUSTMENTS

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and FARSI 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and /or decreases in cost plus applicable profits."(FAR 52.236-1)

1.35 PERFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1)

1.36 PARTNERSHIP IMPLEMENTATION PLAN

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation by the Contractor is

required. A facilitator subject to approval by the Contracting Officer shall be hired by the Contractor, who would be responsible to arrange for an offsite location for the initial conference, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 days after the initial partnering session. Both parties will sign and abide by the partnering agreement. The initial conference site location will be coordinated with the Contracting Officer for approval. Contractor should plan for the attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and Sub-contractor's personnel. The cost of the facilitator, offsite conference facility, and the partnering agreement will be borne by the Contractor. Subsequent partnership conferences will be held monthly, and will be facilitated by the Government representative and held at Government facilities. They are anticipated to be each of one hour duration. For subsequent monthly conferences the Government will prepare the agenda, and the Contractor will prepare and distribute minutes within 48 hours of the conclusion of the conference.

## 1.37 PRECONSTRUCTION CONFERENCE

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed. Local and State government agencies will be invited to attend the preconstruction conference.

B. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

## 1.38 MISPLACED MATERIAL

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector and to USCG VTS and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 SC 410 et se.) (DOD FAR supplement 52.236-7006)

## 1.39 CHANGE OF PLACEMENT SITE

a. The Government reserves the right to negotiate a change to the contract as other placement sites become available to the Government.

B. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract Clause, CHANGE (FAR 52.243-4).

1.40 NOTES ON ESTIMATED ROCK ELEVATIONS (not used in this contract)

1.41 CONTRACTOR DIVING OPERATION

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (DC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.

b. A dive operations plan in accordance with ME 385-1-1, Section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the DC and the Safety and Occupational Health Office Dive Safety Representative for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the DC in required for diving operations to commence.

1.42 FACILITIES (Optional Item)

a. Boat: The Contractor shall provide and maintain as a minimum one boat in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative (CORA), used exclusively by the Government representatives. The contractor shall provide all fuel, maintenance and repairs for the boat until the contract completion date.

* The boat shall meet the following specifications: 26' length aluminum hull with weatherproof cabin. USCG safety package, anchor, boarding ladder, heat and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights, and shall be equipped with a DGPS system to provide reliable navigation coordinates.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ or a site in closer proximity of the construction site for the duration of the contract in the vicinity of the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

B. Vehicles: The contractor shall provide and maintain four (4) new vehicles or equivalent less than one year old subject to the approval of the Contracting Officer Representative exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly interior and exterior cleaning, toll passes, insurance and repairs for the vehicles until the contract completion date without restriction.

* Two (2) vehicles shall be full sized 4-door with automatic transmission, power windows, AM/FM Stereo and Air Conditioning.

* Two (2) vehicles shall be 7 passenger, Suburban or Expedition model or equal with power windows, AM/FM Stereo, air conditioning and 4x4 automatic transmission.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

c. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

d. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the contractor. All facilities shall be removed from the project site at the contract completion date or when and as directed by the Contracting Officer.

e. No payment shall be made for the portion of Mobilization attributable to the facilities until all facilities are complete and accepted by the Contracting Officer.

1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS (JUL 1978)

(This paragraph pertains only to work done within the boundaries of Richmond County, New York.)

a. The site of the construction work is located in an area determined by the Secretary of Labor to be a Labor Surplus Area. Accordingly the Contractor hereby agrees to perform a substantial portion of the contract work in this or in any other labor surplus area. "Substantial portion" means the aggregate costs that will be incurred by the Contractor and his first-tier subcontractors and suppliers, on account of manufacturing, production, or services performed in this or any labor surplus area, and the costs that will be incurred by second-tier and lower-tier subcontractors on the construction site will exceed fifty percent (50%) of the price of this contract.

B. Upon request, the Contractor shall furnish to the Contracting Officer data to substantiate that this obligation is satisfied.

c. The Contracting Officer will furnish upon request a list of labor surplus areas.

1.44 QUANTITY SURVEYS

a. Quantity Surveys

Quantity Surveys shall be conducted as described below, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and the in-situ volume of the dredged material removed.

B. Government Surveys

The Contracting Officer will conduct the pre-dredge survey of the contract area as close to commencement of dredging as possible.

Upon the removal of the Non-HARS Material the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of Non-HARS Material removed will be based on these surveys.

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

1.45 CONTRACTOR RESPONSIBILITY SUBMISSIONS

A. CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND PLACEMENT SITE COMPLIANCE

Bidders must submit with its bid the information identified in paragraph 1.45.A.1 below and demonstrate that the processing and placement site(s) is permitted.

In addition, the Contractor must demonstrate to the Government within 35 calendar days from the date of being notified of being the apparent low bidder that the "Contractor identified" offloading, processing and placement site(s):

1) will accept the dredged material by providing an Acceptable Use Determination (AUD), Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and placement of dredged material;

2) will be operational and will process and place the Non-rock material unsuitable for placement at the HARS and will be in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies and/or other host state compliance as appropriate for the offloading, processing and placement of dredged material by the dates identified in their Construction Activity Schedule, (paragraph 1.45.A.2,4).

Operational is defined as "being in such a state of repair as to be immediately usable. The characteristics of an "operational site" include (but are not limited to):

1-The site is the property of the bidder, leased to the bidder, or a written agreement exists between the bidder and the property's owner or lessee;
2-The site has all relevant permits, licenses, certifications, etc and is legally permitted to operate in the manner and for the purpose described;
3-Any and all required preparatory site work has been completed;

4-All required non-self propelled plant is onsite, assembled and functional; and
5-The Contractor shall demonstrate that they are capable of transporting the dredge material to meet the contract requirements.

The contractor identified offloading, processing and placement site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the contract site. The Apparent low bidder is required to perform all work to demonstrate that the contractor identified offloading, processing and placement site(s) is permitted and operational, as described above on that date for the in-situ quantity and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the placement of dredged material. Offloading, processing and placement of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material placement shall be performed in accordance with applicable laws and requirements of all associated permits, approvals and government authorities having jurisdiction.

1.45.A.1 Information to be provided by the Bidder at the time of the Bid Opening

The contactor/bidder must submit with its bid one copy of the following information:

(a) Name of "Contractor identified" offloading, processing and placement site(s) to be used for this contract).
(b) Location (street address, city, state) of the "Contractor identified" site(s).
(c) Point of Contact for the "Contractor identified" site(s) and telephone number.
(d) Detailed list of all permits required for the selected site(s) to demonstrate that the site is permitted and legal to operate.

1.45.A.2 Information to be submitted by the Contractor/Apparent Low Bidder within 5 calendar days after being informed of being Apparent Low Bidder.

The Contractor shall submit ten (10) copies of the following information:

(a) Total capacity available at the "Contractor identified" site(s) for the placement of Dredged Material from this contract.

(b) Detailed list and all copies of all permits for the selected site(s) to demonstrate that the site is permitted and legal to operate. Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (cy/day) and throughput rates for its proposed integrated system of dredging, transportation, processing, and placement for each site identified.

(c) Offloading, Processing and placement Site(s) Elements Information -

1)State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the placement site(s) as well as the average daily production (cy/day) and through-put rates (cy/day) for the each element, to include the dredging, offloading, transportation, processing and placement at the "Contractors identified" site(s). State average daily production cy/day and through-put rates (cy/day) for the proposed integrated system of the elements identified above.

2)Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

3)Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

4)Offloading, Processing and placement Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the bidder proposes to perform the work and the dates on which the bidder

contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of dredging by basic contract acceptance areas and/or options). The schedule shall indicate the production rate of each element, to include the dredging, offloading, transportation, processing and placement to ensure that the project will be completed within the contract's required completion date. The bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The bidder must indicate on this schedule the salient features of work for the "Contractor's identified" site(s) that are needed to be completed so the site(s) is operational, as defined in 1.45A, capable of processing and placing the Non-rock material unsuitable for placement at the HARS for the in-situ quantity identified in the price schedule to complete the contract within the required duration.

(d) Synopsis of proposed operation - Narrative of no more than seven (7) pages detailing the operation to move the non-rock material unsuitable for placement at the HARS from the channel to its final resting place. The synopsis shall provide suitable detail to adequately track the material from dredging, processing (if required) through transportation to its ultimate placement. The synopsis shall include the following:

- Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and placement facility including site capacity.

- Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each processing and placement location, with a description of the material handling process at each placement location.

- Provide Hours of operation, transportation and operating procedures at offloading facilities.

- Provide Facilities information: Access to offloading facilities, Acceptable scow size, Placement Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

- Provide a detailed description of the dredging procedure proposed to include the identification of dredges, bucket type and size, scows, tugs, drill boats and other salient equipment to be used for the project for dredging, processing (if required), transportation and placement of Non-rock material unsuitable for placement at the HARS, HARS material and Rock material.

- Submit a detailed description of the loading and transportation procedures to be utilized.

- Provide proof of the Contractor's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

(e)Detailed list and copies of all permits for the selected site(s) to demonstrate that the site is permitted and legal to operate.

1.45.A.3 Information to be submitted by the Contractor/Apparent Low Bidder within 35 calendar days after being informed of being the Apparent Low Bidder

The Contractor shall submit ten (10) copies of the following information within 35 Calendar Days after being informed of being the Apparent Low Bidder:

a) Information submitted at the time of the Bid Opening and all the information provided previously must also be included in the final package, revised as necessary.

b) Evidence demonstrating that the "Contractor identified" site(s) will Process and place Dredged Material from the project site by providing an executed Acceptable Use Determination (AUD) or Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and placement of dredged material.

c) Proof of placement Site Owner's approval granting the Apparent Low Bidder the right to dispose dredged material at that site.

d) Proof of uncommitted placement Site(s) capacity adequate for the project.

e) Certification of the placement Site's availability corresponding to the current project schedule.

f) Demonstrate minimum required placement Site(s) production capability to ensure that the project will be completed within the contract requirement. The apparent low bidder shall provide the estimated daily production rates for processing and placement for each alternate placement site(s).

g) Proof of Apparent Low Bidder's experience in the proposed placement Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed placement method, if no direct experience is applicable.

h) Transportation Capabilities -The Apparent Low Bidder must provide the following:

1)Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

2)Provide proof of the Apparent Low Bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

i) Processing Capabilities - The Apparent Low Bidder must provide the following:

1)Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:

-Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.
-Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).
-Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.
-Rehandling of material (if any) used in the processing of dredged material affecting the project.

2)Provide any permits and/or licenses applicable to the proposed process, if any.

3)Provide any patented or proprietary permissions applicable to the proposed process, if any.

4)Provide proof of processing plant availability for use by the apparent Contractor.

5)Certify processing plant's availability corresponding to the current project schedule.

B. CONTRACTOR/(Apparent Low Bidder) AIR EMISSIONS INFORMATION TO BE SUBMITTED BY CONTRACTOR

Bidders must submit information demonstrating that their schedule and equipment comply with this solicitation's Clean Air Act compliance restriction (see section 01135).

1.45.B.1 Information to be provided by the Apparent Low Bidder within 5 calendar days of being informed of being the Apparent Low Bidder

The Apparent Low Bidder must submit ten (10) copies within 5 calendar days of being informed of being the Apparent Low Bidder one copy of the following information:

(a)The qualifications of the Contractor's Air Emissions Consultant (AEC) and Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(b)The information for all marine based equipment to be used on this Contract. Refer to Section 01135.

(c)A written description of any air emission controls to be used by the bidder and which pieces of equipment it shall be used on.

(d)Identification of any additional offsets, if any, that the Apparent Low Bidder will utilize during the contract.

(e) Air Emissions Calculator. Refer to Section 01135.

1.45.B.2 Information to be provided by the Apparent Low Bidder within 35 calendar days after being informed of being the Apparent Low Bidder

The Apparent Low Bidder must submit ten (10) copies within 35 calendar days after being informed of being the Apparent Low Bidder

(a)Air Emissions Calculator. Refer to Section 01135.

(b)Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(c)A written narrative describing the Contractor's quality control system to insure that the dredging operation is monitored and is within the calendar year allowable Limit for NOx. The process that Contractor will use to make adjustments to their dredging operation during the execution of the work to insure compliance with the calendar year Allowable Limit for NOx.

(d)A written description of any new air emission controls to be used by the Apparent Low Bidder and which pieces of equipment it shall be used on.

(e) Identification, verification and confirmation of any additional offsets, if any, that the Apparent Low Bidder will utilize during the contract. This is supported by documentation from the appropriate regulatory agency.

1.46 GOVERNMENT RESIDENT MANAGEMENT SYSTEM

a. The Government will utilize an in-house Contract Administration program entitled "Resident Management System" (RMS). The Contractor shall utilize a Government furnished CQC Programming Module. The following hardware and software are needed by the contractor to run RMS: A personal computer with Pentium II Processor (or higher) and 64 megabytes (MB) or more of random access memory (RAM), 4.0 gigabytes (KGB) hard drive disk space for sole use of CQC Module, DVD/CD ROM writer/Reader drive. Also needed is a HP Laser Jet III Series or better printer, a color monitor, Windows xp or later, MS Office (Microsoft Word 2003 or newer, Access 2003 or newer) and computer files = 120. Connection to the Internet, minimum 28 KBPS. Electronic E-mail compatible with MS Outlook. The contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

b. The Module includes a Daily CQC Reporting System form, which must also be used. This form may be in addition to other contractor desired reporting forms. However, all other such reporting forms shall be consolidated into this one Government specified Daily CQC Report Form. The contractor will also be required to complete CQC Module elements which include, but are not limited to, all Contractor Quality Control plan information such as; Prime Contractor staffing, subcontractor information showing trade, name, address, and point of contact, definable features of work, pay activities and activity information, required Quality Control tests tied to individual pay activities, planned User schooling tied to specific specification paragraphs and pay activities, Installed Property listings, Transfer Property listings, and submittal information relating to specification section, description, pay activity, and expected procurement period. The sum of all pay activities shall equal the contract amount, and all Bid Items, Options and Additives shall be separately identified, in accordance with the Bidding Schedule. Bid Items may include multiple activities, but activities may only be assigned to one such Bid Item. This module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer) and shall be updated as required.

c. During the course of the contract, the contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to contractor activities or reflect outstanding or future items needing attention of the contractor. The contractor will acknowledge receipt of these comments by specific number reference on his daily CQC report, and will also reflect on his daily CQC report when these items are specifically completed or corrected to permit Government verification.

1.47 PATENTS

All potential bidders need to be aware of the following patents, which may be related to performance of this contract.

Patent 6,293,731
Patent 5,007,590
Patent 5,028,010
Patent 5,353,998
Patent 5,542,614
Patent 5,794,862
Patent 5,931,605
Patent 6,017,169

The foregoing patents, and any others which may be applicable to activities performed under this contract, are neither required nor prohibited. However, if you use the methods or technology described in these or other patents, please factor license costs into your bid. The successful bidder needs obtain the proper license(s) if it wishes to use the methods, processes, or technology described in any applicable patents -----End of Section--------

<u>00900- WAGE RATES</u>
General Decision Number: NY030001 12/02/2005 NY1

Superseded General Decision Number: NY020001 sg 7/11/06

State: New York

Construction Type: Heavy Dredging

Counties: New York Statewide.
STATEWIDE

New York

All dredging, excpt self-propelled hopper dredges, on the Atlantic Coast and tributary waters emptying into ther Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 05/21/2004 |
| 2 | 12/03/2004 |
| 3 | 05/06/2005 |
| 4 | 12/02/2005 |

* ENGI0025-001 10/01/2005

STATEWIDE

| | Rates | Fringes |
|---|---|---|
| Company Lead Dredgeman | | |
| Lead Dredgeman | $ 29.62 | 8.20+a+b |
| Dipper & Clamshell Dredge | | |
| Boat Captain | $ 23.70 | 7.60+a+b |
| Boat Master | $ 24.79 | 8.20+a+b |
| Deckhand, Tug Deckhand | $ 19.48 | 7.00+a+b |
| Engineer | $ 26.02 | 8.20+a+b |
| Maintenance Engineer | $ 25.14 | 7.60+a+b |
| Mate | $ 23.54 | 7.60+a+b |
| Oiler | $ 19.94 | 7.00+a+b |
| Operator | $ 29.62 | 8.20+a+b |
| Scowman | $ 19.43 | 7.00+a+b |
| Welder | $ 24.77 | 7.60+a+b |
| Diver | | |
| Diver | $ 41.53 | 6.87+a+b |
| Standby Diver | $ 27.85 | 6.87+a+b |
| Standby Tender | $ 23.26 | 6.27+a+b |
| Tender | $ 32.11 | 6.87+a+b |
| Drag Bucket Dredge | | |
| Deckhand | $ 16.17 | 5.25+a+b |
| Engineer | $ 21.41 | 6.45+a+b |
| Maintenance Engineer | $ 21.21 | 5.85+a+b |
| Mate | $ 19.82 | 5.85+a+b |
| Operator | $ 25.09 | 6.45+a+b |
| Dredging Pipeline Cable-Laying | | |
| Control Tower Operator | $ 25.55 | 6.87+a+b |
| Diver Tender | $ 26.58 | 6.87+a+b |
| Diver | $ 42.42 | 6.87+a+b |
| Leverman | $ 28.83 | 6.87+a+b |
| Line up Operator, End Prep. | $ 18.47 | 5.67+a+b |
| Rigger | $ 19.07 | 5.67+a+b |
| Drill Boats | | |
| Blaster | $ 23.81 | 6.45+a+b |
| Core Driller | $ 19.00 | 5.25+a+b |

| | | |
|---|---|---|
| Driller | $ 23.55 | 6.45+a+b |
| Engineer | $ 23.54 | 6.45+a+b |
| Machinist | $ 23.30 | 5.85+a+b |
| Oiler | $ 20.46 | 5.25+a+b |
| Tug Captain | $ 19.53 | 5.85+a+b |
| Tug Deckhand | $ 15.97 | 5.25+a+b |
| Tug Master | $ 20.48 | 6.45+a+b |
| Welder | $ 23.30 | 5.85+a+b |
| **Engineer** | | |
| 1st | $ 25.55 | 6.87+a+b |
| 2nd, 3rd and 4th | $ 25.23 | 6.87+a+b |
| Electrician | $ 25.68 | 6.87+a+b |
| Electro Hydro Technician | $ 20.79 | 6.27+a+b |
| Tug Captain | $ 23.44 | 6.87+a+b |
| Tug Master | $ 26.80 | 6.87+a+b |
| **Hydraulic Dredge** | | |
| Asst. Fill Placer | $ 23.35 | 8.20+a+b |
| Boat Captain | $ 23.70 | 7.60+a+b |
| Boat Master | $ 24.78 | 8.20+a+b |
| Chief Mate | $ 25.37 | 8.20+a+b |
| Chief Welder | $ 26.03 | 8.20+a+b |
| Deckhand | $ 19.88 | 7.00+a+b |
| Engineer | $ 25.47 | 8.20+a+b |
| Fill Placer | $ 25.37 | 8.20+a+b |
| Janitor/Porter | $ 19.04 | 7.00+a+b |
| Leverman | $ 29.62 | 8.20+a+b |
| Maintenance Engineer | $ 25.14 | 7.60+a+b |
| Mate | $ 23.54 | 7.60+a+b |
| Messman | $ 19.04 | 7.00+a+b |
| Night Cook | $ 19.55 | 7.00+a+b |
| Oiler | $ 19.94 | 7.00+a+b |
| Shoreman | $ 19.45 | 7.00+a+b |
| Spider Barge Operator | $ 24.56 | 7.60+a+b |
| Steward | $ 23.49 | 8.20+a+b |
| Welder-Dredge | $ 24.76 | 7.60+a+b |
| **Tug Boats over 1000 H.P. with master or captain having license endorsed for 200 miles off shore** | | |
| Tug Captain | $ 25.24 | 8.20+a+b |
| Tug Chief Engineer | $ 24.50 | 7.60+a+b |
| Tug Deckhand | $ 19.88 | 7.00+a+b |
| Tug Engineer | $ 24.03 | 7.60+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King, Jr.'s Birthday, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

---

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

---

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations

Wage and Hour Division

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

---

END OF GENERAL DECISION