the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4 QUALITY CONTROL ORGANIZATION

3.4.1 General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The number of CQC personnel shall be increased as required during times of high construction workload. The Contractor shall provide a CQC organization which shall be at the site at all times during progress of the work and with complete authority to take any action necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

3.4.2 CQC System Manager

The Contractor shall identify as CQC System Manager an individual within his organization at the site of the work who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The Contractor shall identify the CQC System Manager for each duty work if construction is scheduled on a 24-hour basis. The CQC System Manager shall be a graduate engineer, graduate architect, or a graduate of construction management, or shall hold a state Professional Engineer's license, with a minimum of 2 years construction experience on construction similar to this contract, one year of which as a Quality Control Representative. The CQC Manager may also be a construction person with a minimum of 4 years in related work, one year of which as a QC Representative. This CQC System Manager shall be on the site at all times during construction and will be employed by the prime Contractor. An alternate for the CQC System Manager will be identified in the plan to serve in the event of the System Manager's absence. The requirements for the alternate will be the same as for the designated CQC System Manager. The CQC System Manager shall be assigned no duties other than Quality Control. The CQC System Manager or his alternate shall be on the floating plant at all times during construction.

3.4.3 Organizational Expertise

The CQC organization, which includes the CQC System Manager and additional qualified personnel, must as a minimum possess general corporate technical knowledge of all aspects of the project, and must successfully execute the CQC System on all aspects of the project. Individuals possessing experience in specialized areas shall be added to the organization as required during periods when such specialty areas are being executed. Examples of such specialized areas include marine operations, marine safety, dredging and disposal, underwater rock drilling and blasting, seismic and noise monitoring, blasting safety, marine diving, hydrographic surveying, chemical data acquisition and testing. The Contractor must demonstrate that such additional qualified personnel have received sufficient training and indoctrination into the CQC system, and that these personnel properly execute the requirements of the CQC System within their areas of expertise.

3.4.4 Additional Requirement

In addition to the above experience and education requirements the CQC

System Manager shall have completed within the last five years the course entitled "Construction Quality Management for Contractors". This course is given at a cost of $25 by Government personnel and is of two-day duration. The Government will provide one instruction manual for the course.

3.4.5 Organizational Changes

The Contractor shall maintain the CQC Organization at full strength at all times. When it is necessary to make changes to the organization, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5 SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements and are submitted in accordance with the date on the submittal register. CQC personnel shall also make physical checks of materials and equipment before installation to insure compliance with approved shop drawings.

3.6 CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, is complied with the requirements of the contract. At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

3.6.1 Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work after all required plans/documents/materials are approved/accepted, and after copies are at the worksite, and shall include:

a. A review of each paragraph of applicable specifications.

b. A review of the contract drawings.

c. A check to assure that all materials and/or equipment have been tested, submitted, and approved.

d. Review of provisions that have been made to provide required control inspection and testing.

e. Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f. A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g. A review of the appropriate activity hazard analysis to assure safety requirements are met per EM 385-1-1, "Safety and Health Requirements Manual".

h. Discussion of procedures for controlling quality of the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that feature of work.

i. A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j. Discussion of the initial control phase.

k. The Government shall be notified at least 48 hours in advance of beginning the preparatory control phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report. The Contractor shall clearly indicate its intent and plan for communication of the results of the preparatory phase to applicable workers, to include materials, construction methods, workmanship standards, safety considerations and procedures, and preparatory phase meeting minutes.

3.6.2 Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work (DFW) when the accomplishment of a representative sample of the work is impending. The following shall be accomplished:

a. A check of the portion of work done to ensure that it is in full compliance with contract requirements. Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance. Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

f. The Government shall be notified at least 48 hours in advance of beginning the initial phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), the foreman responsible for the definable feature and the work crew(s) for the appropriate DFW. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report. Exact location (i.e. CQC Report number) of initial phase shall be indicated for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3 Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up

checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

3.6.4 Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable feature of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, onsite production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

3.6.5 Definable Feature of Work: Definition and Discussion

A Definable Feature of Work (DFW) is a portion of work consisting of materials, equipment, supplies and procedures which are closely related to each other, have the same control and will be accomplished by the same work crew to completion. A DFW must be sufficiently small so that control of the work (i.e. communication of requirements to workers, inspection of materials and workmanship and correction of deficiencies) will be easily accomplished. Some examples are:

* marine operations

* marine safety

* underwater rock drilling and blasting

* seismic monitoring

* blasting safety

* marine diving

* hydrographic surveying

* soil and rock core sampling and testing

* Preparation, removal and disposal of contaminated material

* Dredging and placement.

3.7 TESTS

3.7.1 Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a laboratory which has been assurance inspected by the Corps of Engineers within the last two years. The Contractor shall perform the following activities and record and provide the following data:

a. Verify that testing procedures comply with contract requirements.

b. Verify that facilities and testing equipment are available and comply

with testing standards.

c. Check test instrument calibration data against certified standards.

d. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

e. Results of all tests taken, both passing and failing tests, will be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test will be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken. An information copy of tests performed by an off site or commercial test facility will be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

3.7.2 Testing Laboratories

3.7.2.1 Capability Check

The Government reserves the right to check laboratory equipment and calibration in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils and rock shall meet criteria detailed in ASTM D 3740 and ASTM E 329. The Government requires a Corps of Engineers capability check of the laboratory which the contractor proposes to perform tests on soils and rock. If the laboratory proposed has not had the required Corps of Engineers capability check within the the last two years, it will be performed by the Corps of Engineers at a cost of $7200 to the Contractor. This cost will be paid by the Contractor via check directly to the Corps of Engineers Laboratory performing the inspection and report.

3.7.2.2 Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $7200 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory.

3.7.3 On-Site Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

3.7.4 Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials will be borne by the Contractor. Samples of materials for test verification and acceptance testing by the Government shall be delivered to the Corps of Engineers Division Laboratory, as designated by the Government Representative. Coordination for each specific test, exact delivery location and dates will be made through the Area Office.

3.8 COMPLETION INSPECTION

3.8.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the Special Contract Requirement paragraph entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the CQC System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by paragraph DOCUMENTATION below, and shall include the estimated date by which the deficiencies will be corrected. The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected. Once this is accomplished the Contractor shall notify the Government that the facility is ready for the Government's "Pre-final" inspection.

3.8.2 Pre-Final Inspection

The Government will perform this inspection to verify that the channel construction is complete and ready to open to ship traffic. A Government "Pre-Final Punch List" will be developed as a result of this inspection. The Contractor's CQC System Manager shall ensure that all items on this list have been corrected and so notify the Government so that a "Final" inspection with the customer can be scheduled. Any items noted on the "Pre-final" inspection shall be corrected in a timely manner. These inspections and any deficiency corrections required by this paragraph will be accomplished within the time slated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

3.8.3 Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person and the Contracting Officer's representative will be in attendance at this inspection. Additional Government personnel including, but not limited to, those from U.S. Coast Guard personnel, and safety officer may also be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final Inspection. Notice will be given to the Contracting Officer at least 14 days prior to the final acceptance inspection and shall include the Contractor's assurance that all specific items previously identified to the Contractor as being acceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the Special Contract Requirements entitled "Final Examination and Acceptance".

3.9 DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

a. Contractor/subcontractor and their area of responsibility.

b. Operating plant/equipment with hours worked, idle, or down for repair.

c. Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

d. Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

e. Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f. Submittals reviewed, with contract reference, by whom, and action taken.

g. Off-site surveillance activities, including actions taken.

h. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i. Instructions given/received and conflicts in plans and/or specifications.

j. Contractor's verification statement.

These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. "N/A" shall be entered into any field for which no entry is intended. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one copy of these records in report form shall be furnished to the Government daily within 16 hours after the date(s) covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every seven days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel. All documentation is expected to be literate, legible and complete.

3.10 SAMPLE FORMS

(Note: If the Resident Management System (RMS) is required to be used by the contractor for the QC System as indicated elsewhere in this contract, Contractor will generate all reports in the RMS System, and attached forms will serve as guidance only. Otherwise forms contained herein will be used by the by CQC Staff for CQC System reporting).

a. The 2-page form at the end of the section will be used for the basic CQC Report. CQC personnel shall attach continuation sheets as required for any entries which cannot fit on the basic form. Preparatory and Initial Inspections, when performed, shall be indicated on the basic CQC report and minutes for each inspection shall be attached. Minutes will consist of a list

of specific requirements for materials, procedures or equipment to be employed and shall also include any understandings reached or items of special importance discussed.

b. In addition, outstanding deficiencies such as shoals and removal of signs and buoys shall be listed on the form "List of Outstanding Deficiencies" at the end of this section and shall be attached to each CQC report. As deficiencies are corrected, they are to be acknowledged on the basic CQC report and shall be deleted from the list.

c. Form at the end of this section entitled "CQC Test Report List" shall be used by the Contractor to track testing to be done as the project progresses, and also to summarize the Contractor's Quality Control testing to be reported on the CQC Plan.

d. Form "Record of Preparatory and Initial Inspections" at the end of this section shall be used by the Contractor to track Preparatory and Initial inspections as the project progresses and also to summarize these required inspections as part of the CQC Plan.

e. Additional reporting forms pertaining to specialized activities may be included herein or elsewhere in the contract, and shall be used for reporting as indicated.

3.11 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor. Deficiencies cited and verbal instructions given to the Contractor by the Government Representative shall be entered into that day's CQC Report.

(FORMS FOLLOW)

-- End of Section --

# RECORD OF PREPARATORY AND INITIAL INSPECTIONS

| DATE OF INSP | TYPE OF INSP | DEFINABLE FEATURE OF WORK (DESCRIBE) | REPORT NOS | | PERSONS ATTENDING INSP | WAS MATL&/OR EQUIPMENT PHYSICALLY INSPECTED ? |
|---|---|---|---|---|---|---|
| | | | QA | QC | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAD FORM 826
22 JULY 86

NOTE:THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK PREP/INIT INSP'S
ATTACH ADDITIONAL RESULTS OR COMMENTS AS REQUIRED



G007429

G01010 07352

# LIST OF OUTSTANDING DEFICIENCIES

SH______ OF ______ DATE:______

PROJECT TITLE:____________________ CONTRACTOR:____________________

LOCATION:__________ CQC REPORT#__________ CONTRACT #:____________________

| SPEC REF OR DWG# | LOCATION ON PROJECT | DESCRIPTION OF DEFICIENCY | DATE FOUND | DATE TO BE CORRECTED | DATE CORRECTED | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK OUTSTANDING CONSTRUCTION DEFICIENCIES



G007430

G01010 07353

# CQC TEST REPORT LIST

CQC REPORT#__________ SH____ OF ____ DATE:________

CONTRACTOR:__________ CONTRACT #:__________

PROJECT TITLE:__________ LOCATION:__________

| SPEC REF OR DWG# | TYPE OF TEST | DATE PERFORMED | RESULTS | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK CQC TESTING.PROVIDE ATTACHMENTS AS REQUIRED.

**CQC REPORT #__________** Date____________________

1. Project Title:____________________________________________

Location: ____________________ Contract No.:________________________

2. List Contractors and Subs Working This Day and Areas of responsibility of each

3. Weather:

4. Description and Location of Work of the Project (Also indicate days of no work and reasons for delay)

5. Labor and Equipment Breakdown by Trade (Attach Continuation)

6. Preparatory Phase Inspections Held (See Attached Minutes)

7. Initial Phase Inspections Held (See attached minutes)

8. Follow-Up Phase Inspections Performed, Results and Corrective Actions Taken

9. Job Safety. Indicate What Was Checked, Results,Instructions Received and Corrective Actions:

10. Additional Activities and Remarks (Check Appropriate Box)

[ ] a. Testing Performed. Attach Results.
[ ] b. Verbal Instructions Received.
[ ] c. Submittal Actions.
[ ] d. Outstanding Deficiencies. See Attached List
[ ] e. Delivery of Equipment and Materials.
[ ] f. Misc/Remarks.

(Use Space Below To Discribe Checked Items)

11. Contractor's Verification: "The above report and attachments are complete and all supplies, Materials, Equipment and Workmanship incorporated into the work are in full compliance with the contract except as noted".

Signed________________________ Date__________
CQC Representative

# SECTION 01525

## SAFETY AND OCCUPATIONAL HEALTH REQUIREMENTS FOR MARINE PROJECTS

**(NYD Ed. 7/04)**

SECTION TABLE OF CONTENTS
DIVISION 01 - GENERAL REQUIREMENTS
SECTION 01525
SAFETY AND OCCUPATIONAL HEALTH REQUIREMENTS
04/04

PART 1 GENERAL
1.1 REFERENCES
1.2 SUBMITTALS
1.3 DEFINITIONS
1.4 REGULATORY REQUIREMENTS
1.5 DRUG PREVENTION PROGRAM
1.6 SITE QUALIFICATIONS, DUTIES AND MEETINGS
1.6.1 Personnel Qualifications
1.6.1.1 Safety Program Manager (SPM)
1.6.1.2 Site Safety and Health Officer (SSHO)
1.6.1.3 Competent Person for Confined Space
1.6.1.4 Competent Person for Health Hazard Control and Respiratory Protection Program
1.6.1.5 Crane Operators
1.6.2 Personnel Duties
1.6.2.1 Safety Program Manager (SPM)
1.6.2.2 Site Safety and Health Officer (SSHO)
1.6.3 Meetings
1.6.3.1 Preconstruction Conference
1.6.3.2 Weekly Safety Meetings
1.6.3.3 Work Phase Meetings
1.7 TRAINING
1.7.1 New Employee Indoctrination
1.7.2 Periodic Training
1.7.3 Training on Activity Hazard Analysis (AHA)
1.8 ACCIDENT PREVENTION PLAN (APP)
1.8.1 EM 385-1-1 Contents
1.9 ACTIVITY HAZARD ANALYSIS (AHA)
1.10 DISPLAY OF SAFETY INFORMATION
1.11 SITE SAFETY REFERENCE MATERIALS
1.12 REPORTS
1.12.1 Accident Reports
1.12.2 Accident Notification
1.12.3 Monthly Exposure Reports
1.12.4 Regulatory Citations and Violations
1.12.5 Crane Reports
1.13 HOT WORK
PART 2 PRODUCTS
2.1 CONFINED SPACE SIGNAGE
PART 3 EXECUTION
3.1 CONSTRUCTION AND/OR OTHER WORK
3.1.1 Hazardous Material Use
3.1.2 Hazardous Material Exclusions
3.2 FALL HAZARD PROTECTION AND PREVENTION PROGRAM
3.2.1 Training
3.2.2 Fall Protection Equipment
3.2.2.1 Personal Fall Arrest Equipment
3.2.3 Horizontal Lifelines
3.2.4 Guardrail Systems
3.2.5 Rescue and Evacuation Procedures
3.3 EQUIPMENT
3.3.1 Material Handling Equipment
3.3.2 Weight Handling Equipment
3.3.3 Equipment and Mechanized Equipment

3.4 EXCAVATIONS
3.4.1 Shoring Systems
3.5 ELECTRICAL
3.5.1. Portable Extension Cords
3.5.2. Circuits with GFCI Protection
3.5.3. Portable GFCI Units
3.6 WORK IN CONFINED SPACES
3.7 HOUSEKEEPING
3.7.1 Clean-Up
3.7.2 Falling Object Protection
3.8 PERSONNEL WORK AND REST SCHEDULES
3.9 LANGUAGE
3.10 CONTRACTOR PERFORMANCE APPRAISALS

-- End of Section Table of Contents --

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
ANSI Z359.1 (1992; R 1999) Safety Requirements for Personal Fall Arrest Systems, Subsystems and Components

ASME B30.3 (1996) Construction Tower Cranes
ASME INTERNATIONAL (ASME)
ASME B30.22 (2000) Articulating Boom Cranes
ASME B30.5 (2000) Mobile and Locomotive Cranes
ASME B30.8 (2000) Floating Cranes and Floating Derricks

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
NFPA 10 (2002) Portable Fire Extinguishers
NFPA 241 (2000) Safeguarding Construction, Alteration, and Demolition Operations
NFPA 51B (2003) Fire Prevention During Welding, Cutting, and Other Hot Work
NFPA 70 (2002) National Electrical Code

U.S. ARMY CORPS OF ENGINEERS (USACE)
EM 385-1-1 (2003) Safety and Health Requirements Manual: EM 385-1-1 and its changes are available at http://www.hq.usace.army.mil (at the HQ homepage, select Safety and Occupational Health and then select Changes to EM).

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)
29 CFR 1910 Occupational Safety and Health Standards
SECTION 01525 Page 6
29 CFR 1910.146 Permit-required Confined Spaces
29 CFR 1910.94 Ventilation
29 CFR 1915 Confined and Enclosed Spaces and Other

Dangerous Atmospheres in Shipyard Employment
29 CFR 1919 Gear Certification
29 CFR 1926 Safety and Health Regulations for Construction
29 CFR 1926.500 Fall Protection
USCG Title 46 Shipping

## 1.2 SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only or as otherwise designated. When used, a designation following the "G" designation identifies the office that will review the submittal for the Government. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES: SD-01 Preconstruction Submittals
Accident Prevention Plan (APP); G, RE
Activity Hazard Analysis (AHA); G, RE
Crane Critical Lift Plan; G, RE
Proof of qualification for Crane Operators; G, RE

Submit reports as their incidence occurs, in accordance with the requirements of the paragraph entitled, "Reports."
Accident Reports
Monthly Exposure Reports

Regulatory Citations and Violations
Crane Reports
Confined Space Entry Permit

1.3 DEFINITIONS

a. Associate Safety Professional (ASP). An individual who is currently certified as an ASP by the Board of Certified Safety Professionals.
b. Certified Construction Health and Safety Technician (CHST). An individual who is currently certified by the Board of Certified Safety Professionals.
c. Certified Safety Professional (CSP). An individual who is currently certified by the Board of Certified Safety Professionals
d. Certified Safety Trained Supervisor (STS). An individual who is currently certified by the Board of Certified safety Professionals.
e. Competent Person. A person who is capable of identifying hazardous or dangerous conditions and has the authority to take prompt corrective measures to eliminate the hazards.
f. High Visibility Accident. Any mishap which may generate publicity and/or high visibility.
g. Medical Treatment. Treatment administered by a physician or by registered professional personnel under the standing orders of a physician. Medical treatment does not include first aid treatment even though provided by a physician or registered personnel.
h. Multi-Employer Work Site (MEWS). A multi-employer work site, as defined by OSHA, is one in which many employers occupy the same site. The Government considers the Prime Contractor to be the "controlling authority" for all work site safety and health of the subcontractors.
i. Operating Envelope. The area surrounding any crane. Inside this "envelope" is the crane, the operator, riggers, rigging gear between the hook and the load, the load and the crane's supporting structure (ground, rail, etc.).
j. Qualified Person for Fall Protection. A person with a recognized degree or professional certificate, extensive knowledge, training and experience in the field of fall protection who is capable of performing design, analysis, and evaluation of fall protection systems and equipment.
k. Recordable Injuries or Illnesses. Any work-related injury or illness that results in:
(1) Death, regardless of the time between the injury and death, or the length of the illness;
(2) Days away from work;
(3) Restricted work;
(4) Transfer to another job;
(5) Medical treatment beyond first aid;
(6) Loss of consciousness; or
(7) A significant injury or illness diagnosed by a physician or other licensed health care professional, even if it did not result in (1) through (6) above.

l. Safety Program Manager (SPM). The qualified (ASP, STS, or CHST) person who is responsible for administering and implementing the accident prevention program and for integrating accident prevention into all aspects of the dredging and deepening operation, (e.g. personnel safety, loading operations to ensure that draft and trim requirements are met, maintenance of the scow and towing operation equipment ensuring that scows are not overloaded and maintained to meet safety and environmental goals of the project. The SPM may be a CSP but CSP is not required.

m. Site Safety and Health Officer (SSHO). The qualified or competent person

who is responsible for the on-site safety and health required for the project. The Contractor quality control (QC) person cannot be the SSHO, even though the QC has safety inspection responsibilities as part of the QC duties.

n. "USACE" property and equipment specified in USACE EM 385-1-1 should be interpreted as Government property and equipment.

1.4 REGULATORY REQUIREMENTS

In addition to the detailed requirements included in the provisions of this contract, work performed shall comply with USACE EM 385-1-1, and the federal, state, and local laws, ordinances, criteria, rules and regulations. Submit matters of interpretation of standards to the appropriate administrative agency for resolution before starting work. Where the requirements of this specification, applicable laws, criteria, ordinances, regulations, and referenced documents vary, the most stringent requirements shall apply.

1.5 DRUG PREVENTION PROGRAM

Conduct a proactive drug and alcohol use prevention program for all workers, prime and subcontractor, on the site. Ensure that no employee uses illegal drugs or consumes alcohol during work hours. Ensure there are no employees under the influence of drugs or alcohol during work hours. After accidents, collect blood, urine, or saliva specimens and test the injured and involved employees for the influence of drugs and alcohol. A copy of the test shall be made available to the Contracting Officer upon request.

1.6 SITE QUALIFICATIONS, DUTIES AND MEETINGS

1.6.1 Personnel Qualifications

1.6.1.1 Safety Program Manager: The Safety Program Manager (SPM) shall be present at the work site during daylight shift hours to perform safety and occupational health management for the project. The SPM shall have no other duties than occupational health surveillance, site safety management, and safety enforcement for the Contractor. The SPM shall meet the following requirements:

An Associate Safety Professional (ASP), Certified Safety Trained Supervisor (STS) and/or Construction Health & Safety Technician (CHST). (The SPM may be a CSP)
A minimum of 10 years safety work of a progressive nature with at least 5 years of experience on similar projects.
30-hour OSHA construction safety class or equivalent within the last 5 years.
An average of at least 24 hours of formal safety training each year for the past 5 years with training for competent person status for at least the following areas of competency:
Fall protection; Hazardous energy; Confined space; Health hazard recognition, evaluation and control of chemical, physical and biological agents; Personal protective equipment and clothing to include selection, use and maintenance.

1.6.1.2 Site Safety and Health Officer: A Site Safety and Health Officer (SSHO) shall be provided at the work site on all shifts other than the daylight shift when the Safety Program Manager (SPM)is required to be present. The SSHO will perform safety and occupational health management, surveillance, inspections, and safety enforcement for the Contractor. The

SSHO will meet the following requirements:

A minimum of 5 years safety on similar projects.
30-hour OSHA construction safety class or equivalent within last 3 years.
An average of at least 24 hours of formal safety training each year for the past 5-years.
Competent person training as needed.

1.6.1.3 Competent Person for Confined Space Entry

Provide a competent person meeting the requirements of EM 385-1-1 who is assigned in writing by the Designated Authority to assess confined spaces and who possesses demonstrated knowledge, skill and ability to:

a. Identify the structure, location, and designation of confined and permit-required confined spaces where work is done;

b. Calibrate and use testing equipment including but not limited to, oxygen indicators, combustible gas indicators, carbon monoxide indicators, and carbon dioxide indicators, and to interpret accurately the test results of that equipment;

c. Perform all required tests and inspections specified in 29 CFR 1910.146 and 29 CFR 1915 Subpart B;

d. Assess hazardous conditions including atmospheric hazards in confined space and adjacent spaces and specify the necessary protection and precautions to be taken;

e. Determine ventilation requirements for confined space entries and operations;

f. Assess hazards associated with hot work in confined and adjacent space and determine fire watch requirements; and,

g. Maintain records required.

h. Since this work involves marine operations that handle combustible or hazardous materials, this qualified person shall be a NFPA certified marine chemist.

1.6.1.4 Competent Person for the Health Hazard Control and Respiratory Protection Program

Provide a competent person meeting the requirements of EM 385-1-1 who is:

a. Capable by education, specialized training and/or experience of anticipating, recognizing, and evaluating employee exposure to hazardous chemical, physical and biological agents in accordance with USACE EM 385-1-1, Section 6.

b. Capable of specifying necessary controls and protective actions to ensure worker health.

1.6.1.5 Crane Operators

Crane operators shall meet the requirements in USACE EM 385-1-1, Section 16 and Appendix G. [In addition, for mobile cranes with Original Equipment Manufacturer (OEM) rated capacitates of 50,000 pounds or greater, crane

operators shall be designated as qualified by a source that qualifies crane operators (i.e., union, a government agency, or and organization that tests and qualifies crane operators). Proof of current qualification shall be provided.

1.6.2 Personnel Duties

1.6.2.1 Safety Program Manager (SPM)

a. Shall be a direct employee of the prime Contractor and shall take a lead role in administering and implementing the accident prevention plan and program, integrating all aspects of the dredging operation not limited to personnel safety, dredging, loading and towing operations, and blasting or other operations as applicable to the project.

b. Be responsible for the safety quality control in identifying systemic safety issues relative to the performance of the equipment, operators, site safety and health officers (SSHOs), placement of material at the desired locations and preventive maintenance as necessary to meet the safety and environmental goals of the project.

c. Have authority to stop work if unacceptable health and safety conditions exist, and take necessary action to re-establish and maintain safe working conditions.

d. Review all job hazards analyses to ensure that they are acceptable for this project. Document by signature that the job hazards analysis are adequate and have been reviewed with all affected employees.

e. Review USACE Transportation and Safety Logs (USACE-TPLs) for evidence of unsafe acts, operations or trends for corrective action.

f. Ensure that daily safety and health inspections are conducted and that a written log is maintained which includes area/operation inspected, date of inspection, identified hazards, recommended corrective actions, estimated and actual dates of corrections. Safety inspection logs shall be attached to the Contractors' daily quality control report.

g . Conduct mishap investigations and complete required reports. Maintain the OSHA Form 300 and Daily Production reports for prime and sub-contractors.

h. Maintain applicable safety reference material on the job site.

i. Attend the pre-construction safety conference, pre-work meetings including CQC preparatory inspection meeting and monthly supervisors safety meeting, and periodic in-progress meetings.

j. Implement and enforce accepted APPS and AHAs.

k. Maintain a safety and health deficiency tracking system that monitors outstanding deficiencies until resolution. A list of unresolved safety and health deficiencies shall be posted on the safety bulletin board.

l. Along with the Quality Control Manager, inspect temporary repairs to the scow or scow's hydraulic system and document in the Quality Control Reports, and ensure that Tug Captains are notified of temporary repairs made to the scows prior to their departure.

m. Ensure sub-contractor compliance with safety and health requirements.

n. Shall have no other duties other than safety and occupational health management, inspections, and enforcement on this contract

Failure to perform the above duties will result in dismissal of the SPM, and a project work stoppage. The project work stoppage will remain in effect pending approval of a suitable replacement.

1.6.2.2 The Site Safety and Health Officer (SSHO):

a. Perform safety and occupational health management, surveillance, inspections, and safety enforcement for the project.

b. Perform as the safety and occupational health "competent person" as defined by USACE EM 385-1-1.

c. Be on-site on all shifts other than the daylight shift covered by the SPM whenever work or testing is being performed.

d. Have authority to stop work if unacceptable health and safety conditions exist, and take necessary action to re-establish and maintain safe working conditions.

e. Conduct and document safety inspections.

f. Along with the Quality Control Manager, inspect temporary repairs to the scow or scow's hydraulic system and document in the Quality Control Reports, and ensure that Tug Captains are notified of temporary repairs made to the scows prior to their departure.

g. Attend preparatory phase meetings and tool box safety meetings that occur on their shift.

h. Shall have no other duties other than safety and occupational health management, inspections, and enforcement on this contract.

1.6.3 Meetings

1.6.3.1 Pre-construction Safety Conference

a. The Contractor will be informed, in writing, of the date of the pre-construction safety conference. The purpose of the pre-construction safety conference is for the Contractor and the Contracting Officer's representatives to become acquainted and explain the functions and operating procedures of their respective organizations and to reach mutual understanding relative to the administration of the overall project's Accident Prevention Plan (APP) before the initiation of work.

b. Contractor representatives who have a responsibility or significant role in accident prevention on the project shall attend the preconstruction conference. This includes the project superintendent, safety program manager, site safety and health officer, quality control supervisor, or any other assigned safety and health professionals who participated in the development of the APP (including the Activity Hazard Analyses (AHAs)and special plans, program and procedures associated with it).

c. The Contractor shall discuss the details of the submitted APP to include incorporated plans, programs, procedures and a listing of anticipated AHAs that will be developed and implemented during the performance of the contract. This list of proposed AHAs will be reviewed at the conference and an agreement will be reached between the Contractor and the Contracting Officer's representative as to which phases will require an analysis. In addition, a schedule for the preparation, submittal, review, and acceptance of AHAs shall be established to preclude project delays.

d. Deficiencies in the submitted APP will be brought to the attention of the Contractor at the preconstruction conference, and the Contractor shall revise the plan to correct deficiencies and re-submit it for acceptance. Work shall not begin until there is an accepted APP.

1.6.3.2 Weekly Safety Meetings

The Contractor shall conduct weekly safety meetings at the project site for all employees and shall insure that they are conducted for all subcontracted work. The Contracting Officer will be informed of the meeting in advance and be allowed attendance. Minutes showing contract title, signatures of attendees and a list of topics discussed shall be attached to the Contractors' daily quality control report.

1.6.3.3 Work Phase Meetings

The appropriate AHA shall be reviewed and attendance documented by the Contractor at the preparatory, initial, and follow-up phases of quality control inspection. The analysis should be used during daily inspections to ensure the implementation and effectiveness of safety and health controls.

1.7 TRAINING

1.7.1 New Employee Indoctrination
New employees (prime and sub-contractor) will be informed of specific site hazards before they begin work. Documentation of this orientation shall be kept on file at the project site.

1.7.2 Periodic Training
Provide Safety and Health Training in accordance with USACE EM 385-1-1 and the accepted APP. Ensure all required training has been accomplished for all onsite employees.

1.7.3 Training on Activity Hazard Analysis (AHA)
Prior to beginning a new phase, training will be provided to all affected employees to include a review of the AHA to be implemented.

1.8 ACCIDENT PREVENTION PLAN (APP)

The Contractor shall use a qualified person to prepare the written site-specific APP. Prepare the APP in accordance with the format and requirements of USACE EM 385-1-1 and as supplemented herein. Cover all paragraph and subparagraph elements in USACE EM 385-1-1, Appendix A, "Minimum Basic Outline for Preparation of Accident Prevention Plan". Where a paragraph or subparagraph element is not applicable to the work to be performed indicate "Not Applicable" next to the heading. Specific requirements for some of the APP elements are described below at paragraph 1.8.1.

The APP shall be job-specific and shall address any unusual or unique aspects of the project or activity for which it is written. The APP shall interface with the Contractor's overall safety and health program. Any portions of the Contractor's overall safety and health program referenced in the APP shall be included in the applicable APP element and made site-specific.

The Government considers the Prime Contractor to be the "controlling authority" for all work site safety and health of the subcontractors. Contractors are responsible for informing their subcontractors of the safety provisions under the terms of the contract and the penalties for noncompliance, coordinating the work to prevent one craft from interfering with or creating hazardous working conditions for other crafts, and inspecting subcontractor operations to ensure that accident prevention responsibilities are being carried out.

The APP shall be signed by the person and firm (senior person) preparing the APP, the Contractor, the on-site superintendent, the designated safety program manager, and any designated CSP and/or CIH.

Four copies of the APP will be submitted to the Contracting Officer 15 calendar days or more prior to the date of the pre-construction safety conference for acceptance. Work cannot proceed without an accepted APP. The Contracting Officer reviews and comments on the Contractor's submitted APP and accepts it when it meets the requirements of the contract provisions. If the APP is not acceptable the Government will reschedule the safety conference to a later date.

Once accepted by the Contracting Officer, the APP and attachments will be enforced as part of the contract. Disregarding the provisions of this contract or the accepted APP will be cause for stopping of work, at the discretion of the Contracting Officer, until the matter has been rectified.

Once work begins, changes to the accepted APP shall be made with the knowledge and concurrence of the Contracting Officer, project superintendent, SPM, and quality control manager.

Should any unforeseen hazard become evident during the performance of work, the project superintendent shall inform the Contracting Officer, both verbally and in writing, for resolution as soon as possible. In the interim, all necessary action shall be taken by the Contractor to restore and maintain safe working conditions in order to safeguard onsite personnel, visitors, the public, and the environment.

Copies of the accepted plan will be maintained at the resident engineer's office and at the job site.

The APP shall be continuously reviewed and amended, as necessary, throughout the life of the contract.

Unusual or high-hazard activities not identified in the original APP shall be incorporated in the plan as they are discovered.

1.8.1 EM 385-1-1 Contents

In addition to the requirements outlined in Appendix A of USACE EM 385-1-1,the following is required:

a. Names and qualifications (resumes including education, training,

experience and certifications) of all site safety and health personnel designated to perform work on this project to include the designated safety program manager, site safety and health officers and other competent and qualified personnel. The duties of each position shall be specified.

b. Qualifications of competent and of qualified persons. As a minimum, competent persons shall be designated and qualifications submitted for each of the following major areas: scaffolding; fall protection; hazardous energy; confined space; health hazard recognition, evaluation and control of chemical, physical and biological agents; personal protective equipment and clothing to include selection, use and maintenance.

c. Inclement Weather Plan that identifies site specific adverse weather and sea conditions under which the towing of scows is prohibited. The Inclement Weather Plan shall identify the specific load lines (International and/or Coastwise) used for specific weather conditions and their respective draft for each scow. The Inclement Weather Plan shall also address adjustment of load lines due to weather conditions.

d. Contingency Plan that meets US Coast Guard requirements to address scows that are weather bound, staged or under tow that present the risk of a hazard or obstruction to navigation. The Contingency Plan shall also address scows that develop a list, are found to have water in a watertight compartment or that develop hydraulic leaks. The Contingency Plan shall be provided to the Contracting Officer Representative (COR) for review and acceptance.

e. Preventive maintenance plan for the scows to ensure that they remain capable of safely supporting the dredging program and achieving the environmental goals at all times. The plan shall require an annual inspection of the scow's hydraulic system including the performance of a hydrostatic test of the hydraulic system at 1.5 times the working pressure. Copies of the Preventive Maintenance Plan shall be provided to the COR

f. Crane Critical Lift Plan for lifts over 75 percent of the capacity of the crane or hoist (or lifts over 50 percent of the capacity of a barge mounted mobile crane's hoists) at any radius of lift; lifts involving more than one crane or hoist; lifts of personnel; and lifts involving non-routine rigging or operation, sensitive equipment, or unusual safety risks. The plan shall be submitted 15 calendar days prior to on-site work and include the requirements of USACE EM 385-1-1, paragraph 16.c.18. and the following:
(1) For lifts of personnel, the plan shall demonstrate compliance with the requirements of 29 CFR 1926.550(g).
(2) For barge mounted mobile cranes, barge stability calculations identifying barge list and trim based on anticipated loading; and load charts based on calculated list and trim. The amount of list and trim shall be within the crane manufacturer's requirements.]

g. Alcohol and Drug Abuse Plan
(1) Describe plan for random checks and testing with pre-employment screening in accordance with the DFAR Clause subpart 252.223-7004, "Drug Free Work Force."
(2) Description of the on-site prevention program.
h. Training Records and Requirements
A list of mandatory training and certifications that are applicable to this project (e.g. explosives handling, USCG licenses, UJCG Radar endorsement, explosive-actuated tools, confined space entry, fall protection, crane operation, personnel protection equipment); list of requirements for periodic

retraining/certification, outline requirements for supervisory and employee safety meetings.

h. Floating Plant Equipment Certifications Requirements. List of mandatory equipment certifications that are applicable to this project (e.g. USCG Certificates of Inspection (COI), ABS certificates, Coastwise and/or International load line, annual NAMS/SAMS, qualified persons inspection reports as required per EM 385-1-1 19.A.01.). Copies of the ABS Load Line certificates, annual inspection certificates, and scow operating restriction vessel stability letter(s) or exemption certificates shall be provided to the COR for review and acceptance whenever a new scow is placed into service. The contractor shall also provide the Tug and Dredge Captains with scow operating restrictions vessel stability letter(s) or exemption certificates identified on the ABS load line certificate for each scow.

1.9 ACTIVITY HAZARD ANALYSIS (AHA)

The Activity Hazard Analysis (AHA) format shall be in accordance with USACE EM 385-1-1. Submit the AHA for review at least 15calendar days prior to the start of each phase. Format subsequent AHA as amendments to the APP.

An AHA will be developed by the Contractor for every operation involving a type of work presenting hazards not experienced in previous project operations or where a new work crew or subcontractor is to perform work. The analysis must identify and evaluate hazards and outline the proposed methods and techniques for the safe completion of each phase of work. At a minimum, define activity being performed, sequence of work, specific safety and health hazards anticipated, control measures (to include personal protective equipment) to eliminate or reduce each hazard to acceptable levels, equipment to be used, inspection requirements, training requirements for all involved, and the competent person in charge of that phase of work.

Information contained in MSDS (Material Safety Data Sheets) shall be incorporated in the hazard analysis for the activities in which hazardous or toxic materials will be used, or generated (e.g. fiberglass, crystalline silica, metal dust or fume, etc.).

For work with fall hazards, including fall hazards associated with maintenance and towing operations, identify the appropriate fall protection methods used.

For work with materials handling and towing equipment, address safeguarding measures related to materials handling and towing equipment not limited to buoy locations and method of forecasting weather; general and site specific adverse weather and sea conditions under which the towing of scows or cargo barges is prohibited; and, safe means of transferring personnel between the towing vessel and scow/barge.

An activity requiring an AHA shall not proceed until the AHA has been accepted by the Safety Program Manager (SPM) and the Contracting Officer's representative and a meeting has been conducted by the Contractor to discuss its contents with everyone engaged in the activity, including on-site Government representatives. The Contractor shall document meeting attendance at the preparatory, initial, and follow-up phases of quality control inspection.

The AHA shall be continuously reviewed and, when appropriate, modified to address changing site conditions or operations. The analysis should be used

during daily inspections to ensure the implementation and effectiveness of the activity's safety and health controls.

The AHA list will be reviewed periodically (at least monthly) at the Contractor supervisory safety meeting and updated as necessary when procedures, scheduling, or hazards change.

Activity hazard analyses shall be updated as necessary to provide an effective response to changing work conditions and activities. The on-site superintendent, safety program manager and competent persons used to develop the AHAs, including updates, shall sign and date the AHAs before they are implemented.

The activity hazard analyses shall be developed using the project schedule as the basis for the activities performed. Any activities listed on the project schedule will require an AHA. The AHAs will be developed by the contractor, supplier or subcontractor and provided to the prime contractor for submittal to the Contracting Officer.

1.10 DISPLAY OF SAFETY INFORMATION

Within 1 calendar day after commencement of work, erect a safety bulletin board at the job site. The following information shall be displayed on the safety bulletin board in clear view of the on-site construction personnel, maintained current, and protected against the elements and unauthorized removal:

a. Map denoting the route to the nearest emergency care facility.
b. Emergency phone numbers.
c. Copy of the most up-to-date APP.
d. Current AHA(s).
e. OSHA 300A Form.
f. OSHA Safety and Health Protection-On-The-Job Poster.
g. Confined space entry permit.
h. Hot work permit.
i. A sign indicating the number of hours worked since last lost workday accident.

1.11 SITE SAFETY REFERENCE MATERIALS

Maintain safety-related references applicable to the project, including those listed in the article "References." Maintain applicable equipment manufacturer's manuals.

1.12 REPORTS

1.12.1 Accident Reports

a. For recordable injuries and illnesses, and property damage accidents resulting in at least $2,000 in damages, the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the USACE Accident Report Form 3394 and provide the report to the Contracting Officer within 3 calendar day(s) of the accident. Hazard Analysis for the phase of work being performed during the accident shall be attached. The Contracting Officer will provide copies of any required or special forms.

b. For any weight handling equipment accident (including rigging gear accidents) the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the WHE

Accident Report (Crane and Rigging Gear) form and provide the report to the Contracting Officer within 30 calendar days of the accident. Crane operations shall not proceed until cause is determined and corrective actions have been implemented to the satisfaction of the contracting officer. The Contracting Officer will provide a blank copy of the accident report form.]

1.12.2 Accident Notification

Notify the Contracting Officer as soon as practical, but not later than four hours after any accident meeting the definition of Recordable Injuries or Illnesses or High Visibility Accidents, property damage equal to or greater than $2,000, or any weight handling equipment accident. Information shall include contractor name; contract title; type of contract; name of activity, installation or location where accident occurred; date and time of accident; names of personnel injured; extent of property damage, if any; extent of injury, if known, and brief description of accident (to include type of construction equipment used, PPE used, etc.).

Preserve the conditions and evidence on the accident site until the Government investigation team arrives on-site and Government investigation is conducted.

1.12.3 Monthly Exposure Reports

Monthly exposure reporting to the Contracting Officer is required to be attached to the monthly billing request. This report is a compilation of employee-hours worked each month for all site workers, both prime and subcontractor. The Contracting Officer will provide copies of any special forms.

1.12.4 Regulatory Citations and Violations

Contact the Contracting Officer immediately of any OSHA, USCG or other regulatory agency inspection or visit, and provide the Contracting Officer with a copy of each citation, report, and contractor response. Correct violations and citations promptly and provide written corrective actions to the Contracting Officer.

1.12.5 Crane Reports

Submit crane inspection reports required in accordance with USACE EM 385-1-1,Appendix I and as specified herein with Daily Reports of Inspections.

1.13 HOT WORK

The contractor will obtain services from a NFPA Certified Marine Chemist for "HOT WORK" within or around flammable materials (such as fuel systems, welding/cutting on bulk heads, fuel pipes, or in confined spaces (such as voids, tanks, etc.) that have or are adjacent to confined spaces that have the potential for flammable or explosive atmospheres.

PART 2 PRODUCTS

2.1 CONFINED SPACE SIGNAGE

All permit required confined spaces shall be indicated with a sign or placard, or similar device.

PART 3 EXECUTION

3.1 CONSTRUCTION AND/OR OTHER WORK

The Contractor shall comply with USACE EM 385-1-1, NFPA 241, the APP, the AHA, Federal and/or State OSHA regulations, USCG, and other related submittals and activity fire and safety regulations. The most stringent standard shall prevail.

3.1.1 Hazardous Material Use

Any work or storage involving hazardous chemicals or materials must be done in a manner that will not expose Government or Contractor employees to any unsafe or unhealthful conditions. Adequate protective measures must be taken to prevent Government or Contractor employees from being exposed to any hazardous condition that could result from the work or storage. The Prime Contractor shall keep a complete inventory of hazardous materials brought onto the work-site.

3.1.2 Hazardous Material Exclusions

Notwithstanding any other hazardous material used in this contract, radioactive materials or instruments capable of producing ionizing/non-ionizing radiation (with the exception of radioactive material and devices used in accordance with USACE EM 385-1-1 such as nuclear density meters for compaction testing and laboratory equipment with radioactive sources) as well as materials which contain asbestos, mercury or polychlorinated biphenyls, di-isocynates, lead-based paint are prohibited. The Contracting Officer, upon written request by the Contractor, may consider exceptions to the use of any of the above excluded materials.

3.2 FALL HAZARD PROTECTION AND PREVENTION PROGRAM

The Contractor shall establish a fall protection and prevention program, for the protection of all employees exposed to fall hazards. The program shall include company policy, identify responsibilities, education and training requirements, fall hazard identification, prevention and control measures, inspection, storage, care and maintenance of fall protection equipment and rescue and escape procedures.

3.2.1 Training

The Contractor shall institute a fall protection training program. As part of the Fall Hazard Protection and Prevention Program, the Contractor shall provide training for each employee who might be exposed to fall hazards. A competent person for fall protection shall provide the training. Training requirements shall be in accordance with USACE EM 385-1-1, section 21.A.16.

3.2.2 Fall Protection Equipment

The Contractor shall enforce use of the fall protection equipment designated for each specific work activity when an employee is on a surface 1.8 m(6 feet) or more above lower levels. Fall protection systems such as guardrails, personnel fall arrest system, safety nets, etc., are required when working within 1.8m (6 feet) of any leading edge. In addition to the required fall protection systems, safety skiff, personal floatation devices, life rings etc., are required when working above or next to water in accordance with USACE EM 385-1-1, paragraphs 05.H. and 05.I.

Personal fall arrest systems shall be used on all scows and open barges to prevent personnel transiting between the stern and bow of the vessel from failing into the hopper or falling off the side of the vessel to structures (e.g. dock, vessels) located 6 ft. (1.8 m) or more below, and are required when working from an articulating or extendible boom, swing stages, or suspended platform. In addition, personal fall arrest systems are required when operating other equipment such as scissor lifts if the work platform is capable of being positioned outside the wheelbase. The need for tying-off in such equipment is to prevent ejection of the employee from the equipment during raising, lowering, or travel. Fall protection must comply with 29 CFR 1926.500, Subpart M and USACE EM 385-1-1.

3.2.2.1 Personal Fall Arrest Equipment

Personal fall arrest equipment, systems, subsystems, and components shall meet ANSI Z359.1. Only a full-body harness with a shock-absorbing lanyard or self-retracting lanyard is an acceptable personal fall arrest device. Body belts may only be used as a positioning device system (for uses such as steel reinforcing assembly and in addition to an approved fall arrest system). Harnesses shall have a fall arrest attachment affixed to the body support (usually a Dorsal D-ring) and specifically designated for attachment to the rest of the system. Only locking snap hooks and carabiners shall be used. Webbing, straps, and ropes shall be made of synthetic fiber. The maximum free fall distance when using fall arrest equipment shall not exceed 1.8 m (6 feet). The total fall distance and any swinging of the worker (pendulum-like motion) that can occur during a fall shall always be taken into consideration when attaching a person to a fall arrest system.

3.2.3 Horizontal Lifelines

Horizontal lifelines shall be designed, installed, certified and used under the supervision of a qualified person for fall protection as part of a complete fall arrest system which maintains a safety factor of 2 (29 CFR 1926.500).

3.2.4 Guardrail Systems

a. On USCG inspected vessels guardrails and taut cables shall comply with USCG requirements set forth in 46 CFR 45.92.25-5. The guardrails shall be 39 in (99cm) in height with two mid rails (if not solid). The first being 9 in (22.8 cm) above the deck and the second 24 in (60.9 cm) above the deck

b. For un-inspected vessels and other marine plant, the guardrails and guardlines shall meet the requirements of EM 385-1-1, Section 21.B.

c. In those areas where it is not practical or safe to install guardrails, personnel working on unguarded platforms, catwalks, decks and other surfaces at heights greater than 6 ft (1.8m) above hard surfaces such as adjacent decks or ground level shall be provided with and wear appropriate personal fall protection systems (the guardrail requirement does not apply to anchor barges or work deck areas on crane barges where the installation of guardrails would present a safety hazard)

3.2.5 Rescue and Evacuation Procedures

When personal fall arrest systems are used, the contractor must ensure that the mishap victim can self-rescue or can be rescued promptly should a fall

occur. A Rescue and Evacuation Plan shall be prepared by the contractor and include a detailed discussion of the following: methods of rescue; methods of self-rescue; equipment used; training requirement; specialized training for the rescuers; procedures for requesting rescue and medical assistance; and transportation routes to a medical facility. The Rescue and Evacuation Plan shall be included in the Activity Hazard Analysis (AHA)for the phase of work, and the Accident Prevention Plan (APP).

3.3 EQUIPMENT

3.3.1 Material Handling Equipment

a. Material handling equipment such as forklifts shall not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions.

b. The use of hooks on equipment for lifting of material must be in accordance with manufacturer's printed instructions.

c. Operators of forklifts or power industrial trucks shall be licensed in accordance with OSHA.

3.3.2 Weight Handling Equipment

a. Cranes must be equipped with:
(1) Load indicating devices (LIDs) and a boom angle or radius indicator,
(2) or load moment indicating devices (LMIs).
(3) Anti-two block prevention devices.
(4) Boom hoist hydraulic relief valve, disconnect, or shutoff (stops hoist when boom reaches a predetermined high angle).
(5) Boom length indicator (for telescoping booms).
(6) Device to prevent uncontrolled lowering of a telescoping hydraulic boom.
(7) Device to prevent uncontrolled retraction of a telescoping hydraulic boom.)
(8) Wind indicating device.
(9) Drum rotation indicator.
(10) Barge mounted mobile cranes shall be equipped with a load indicating device, a wind indicating device and a marine type list and trim indicator readable in one-half degree increments.

b. Floating cranes may use an A2B alarm system in lieu of a disengaging device unless they are hoisting personnel.

c. Cranes and derricks used in duty cycle operations are exempt from the requirements for A2B devices. Duty cycle cranes performing occasional lifts shall comply with the procedures in EM 385-1-1, 16.D.05b.(1), (2), and (3))

d. The Contractor shall notify the Contracting Officer 15 days in advance of any cranes entering the activity so that necessary quality assurance spot checks can be coordinated. Contractor's operator shall remain with the crane during the spot check.

e. The Contractor shall comply with the crane manufacturer's specifications and limitations for erection and operation of cranes and hoists used in support of the work. Erection shall be performed under the supervision of a designated person (as defined in ASME B30.5). All

testing shall be performed in accordance with the manufacturer's recommended procedures.

f. The Contractor shall comply with ASME B30.5 for mobile and locomotive cranes, ASME B30.22 for articulating boom cranes, ASME B30.3 for construction tower cranes, and ASME B30.8 for floating cranes and floating derricks.

g. Each load shall be rigged/attached independently to the hook/master-link in such a fashion that the load cannot slide or otherwise become detached. Christmas-tree lifting (multiple rigged materials) is not allowed.

h. Under no circumstance shall a Contractor make a lift at or above 90% of the cranes rated capacity in any configuration.

i. When operating in the vicinity of overhead transmission lines, operators and riggers shall be alert to this special hazard and shall follow the requirements of USACE EM 385-1-1 section 11 and ASME B30.5 or ASME B30.22 as applicable.

j. Crane suspended personnel work platforms (baskets) shall not be used unless the Contractor proves that using any other access to the work location would provide a greater hazard to the workers or is impossible. Personnel shall not be lifted with a line hoist or friction crane.

k. A fire extinguisher having a minimum rating of 10BC and a minimum nominal capacity of 5lb of extinguishing agent shall be available at all operator stations or crane cabs. Portable fire extinguishers shall be inspected, maintained, and recharged as specified in NFPA 10, Standard for Portable Fire Extinguishers.

l. All employees shall be kept clear of loads about to be lifted and of suspended loads.

m. A weight handling equipment operator shall not leave his position at the controls while a load is suspended.

n. The Contractor shall use cribbing when performing lifts on outriggers.

o. The crane hook/block must be positioned directly over the load. Side loading of the crane is prohibited.

p. A physical barricade must be positioned to prevent personnel from entering the counterweight swing (tail swing) area of the crane.

q. A substantial and durable rating chart containing legible letters and figures shall be provided with each crane and securely mounted onto the crane cab in a location allowing easy reading by the operator while seated in the control station.

r. Certification records which include the date of inspection, signature of the person performing the inspection, and the serial number or other identifier of the crane that was inspected shall always be available for review by Contracting Officer personnel.

s. Written reports listing the load test procedures used along with

any repairs or alterations performed on the crane shall be available for review by Contracting Officer personnel.

t. The Contractor shall certify that all crane operators have been trained in proper use of all safety devices (e.g. anti-two block devices).

3.3.3 Equipment and Mechanized Equipment

a. Equipment shall be operated by designated qualified operators. Proof of qualifications shall be kept on the project site for review.

b. Manufacture specifications or owner's manual for the equipment shall be on-site and reviewed for additional safety precautions or requirements that are sometimes not identified by OSHA or USACE EM 385-1-1. Such additional safety precautions or requirements shall be incorporated into the AHAs.

c. Equipment and mechanized equipment shall be inspected in accordance with manufacturer's recommendations for safe operation by a competent person prior to being placed into use.

d. Daily checks or tests shall be conducted and documented on equipment and mechanized equipment by designated competent persons.

3.4 EXCAVATIONS
The competent person for excavations performed as a result of contract work shall be on-site when excavation work is being performed, and shall inspect, and document the excavations daily prior to entry by workers. The competent person must evaluate all hazards, including atmospheric, that may be associated with the work, and shall have the resources necessary to correct hazards promptly. The competent person shall perform soil classification in accordance with 29 CFR 1926.

3.4.1 Shoring Systems
Trench and shoring systems must be identified in the accepted safety plan and AHA. Manufacture tabulated data and specifications or registered engineer tabulated data for shoring or benching systems shall be readily available on-site for review. Job-made shoring or shielding shall have the registered professional engineer stamp, specifications, and tabulated data. Extreme care must be used when excavating near direct burial electric underground cables.

3.5 ELECTRICAL

3.5.1 Portable Extension Cords - shall be sized in accordance with manufacturer ratings for the tool to be powered and protected from damage. All damaged extension cords shall be immediately removed from service. Portable extension cords shall meet the requirements of NFPA 70.

3.5.2 Circuits with GFCI protection shall be provided in grounded 120, 208, or 240 volt systems in toilet/shower spaces, galley, machinery spaces, weather deck, exterior, or within 3 ft (0.9m) of any sinks. Cord connected equipment used in any of these areas shall be connected to a GFCI outlet.

3.5.3 Portable GFCI units connected to ungrounded systems DO NOT provided ground-fault protection and shall not be used.

3.6 WORK IN CONFINED SPACES

The Contractor shall comply with the requirements in Section 06.I of USACE EM 385-1-1 and OSHA 29 CFR 1910.146. Any potential for a hazard in the confined space requires a permit system to be used.

a. Entry Procedures. Prohibit entry into a confined space by personnel for any purpose, including hot work, until the qualified person has conducted appropriate tests to ensure the confined or enclosed space is safe for the work intended and that all potential hazards are controlled or eliminated and documented. (See Section 06.I.06 of USACE EM 385-1-1 for entry procedures.) All hazards pertaining to the space shall be reviewed with each employee during review of the AHA.

b. Forced air ventilation is required for all confined space entry operations and the minimum air exchange requirements must be maintained to ensure exposure to any hazardous atmosphere is kept below its' action level.

c. Ensure the use of rescue and retrieval devices in confined spaces greater than 1.5 m (5 feet) in depth. Conform to Sections 06.I.09, 06.I.10 and 06.I.11 of USACE EM 385-1-1.

d. Sewer wet wells require continuous atmosphere monitoring with audible alarm for toxic gas detection.

e. Include training information for employees who will be involved as entrants and attendants for the work. Conform to Section 06.I.07 of USACE EM 385-1-1.

f. Daily Entry Permit. Post the permit in a conspicuous place close to the confined space entrance.

3.7 HOUSEKEEPING

3.7.1 Clean-Up

All debris in work areas shall be cleaned up daily or more frequently if necessary. Construction debris may be temporarily located in an approved location, however garbage accumulation must be removed each day. All staging, platforms, and other working surfaces and all ramps, stairways, and other walkways must be kept clear of portable tools, materials, and equipment not in use and be promptly cleared of substances which create a tripping or slipping hazard.

3.7.2 Falling Object Protection

All areas must be barricaded to safeguard employees. When working overhead, Barricade the area below to prevent entry by unauthorized employees. Construction warning tape and signs shall be posted so they are clearly visible from all possible access points. When employees are working overhead all tools and equipment shall be secured so that they will not fall. When using guardrail as falling object protection, all openings shall be small enough to prevent passage of potential falling objects.

3.8 PERSONNEL WORK AND REST SCHEDULES

Individual shall not be scheduled to work more than 12 hours in any 24-hour period. All personnel shall be scheduled to receive a minimum of 8 hours rest in any 24-hour period. When quarters are provided immediately adjacent to or aboard the work site, these hours of rest may be divided into no more than

two periods, one of which must be at least 6 continuous hours in length. All cases exclude travel time. Rest periods interrupted by emergency, drill, or other overriding operational necessity shall meet the requirements of EM 385-1-1, 19.A.04.

3.9 LANGUAGE For each group that has employees that do not speak English, the Contractor will provide a bilingual foreman that is fluent in the language of the workers. The contractor will implement the requirements of EM 385-1-1, 01.B through these foremen.

3.10 CONTRACTOR PERFORMANCE APPRAISAL The occurrence of accidents and near misses due to negligence are strong indications that there has been insufficient emphasis on effective implementation and/or commitment to the accident prevention program. Should it become obvious that the contractor is not in compliance with all the requirements and regulations of this program, an interim unsatisfactory performance appraisal rating will be issued. If safety continues to be unsatisfactory or marginal, the unsatisfactory rating will become final. The contractor should be aware that this appraisal will be stored in a national computer database which can be accessed by a multitude of agencies or municipalities desiring information on prospective contractors. An unsatisfactory rating in this database may affect the contractor's ability to obtain future Government work.

4.0 MEASUREMENT AND PAYMENT

a. Measurement. No separate measurement as such will be made for work performed under this section.

b. Payment. No separate payment will be made for the work covered under this section.

-- End of Section --

SECTION 02100

SUBSURFACE DRILLING AND SAMPLING

1. SCOPE. The purpose of the work specified herein is to determine the type, nature, and characteristics for the subsurface materials and the extent and conditions of the various materials as they exist to the depths and at the locations specified. This is to be accomplished by means of drive sample boring and core drilling.

"1.1 Reference Publication: Standard Specification for Subsurface Exploration and Field Testing, Department of the Army, Corps of Engineers, New York District, October 1980."

2. LOCATIONS OF HOLES. The actual locations will be established in the field by the Contracting Officer.

3. ORDER OF WORK. The order in which the work is to be accomplished will be determined in the field by the Contracting Officer.

4. RECORDS. The Contractor shall keep accurate driller's logs and records of all work accomplished under this contract and shall deliver complete, legible copies of these logs and records to the Contracting Officer upon completion of the work or at such other time or times as he may be directed. All such records shall be preserved in good condition and order by the Contractor until they are delivered and accepted, and the Contracting Officer shall have the right to examine such records at any time prior to their delivery to him. Separate logs shall be made for each hole. The following information shall be included on the logs or in the records for each hole:

- Horizontal locations.
- Hole number or designation and elevation of top of hole.
- Make and manufacturer's model designation of drilling equipment.
- Type of drilling and sampling operation by depth. Dates and time by depths when drilling and sampling operations were performed.
- Time required for drilling each run.
- Depths at which samples or cores were recovered or attempts made to sample or core including top and bottom depth of each run.
- Unified soils classification or description by depths of the materials sampled, cored, or penetrated including a description of moisture conditions and of conditions of compactness or stiffness of soils materials encountered. This classification or description shall be made immediately following the taking of the samples or cores.
- Indication of penetration resistance such as casing blows given in blows per foot and sample drive-hammer blows given in blows per 6 inches for driving sample spoons.
- Percentage of sample or core recovered per run. Depths at which drill water is lost and regained and amounts.
- Depth of bottom of hole.
- Fracture location, frequency, angle and description of fracture surface.

4.1 The Contractor shall employ the services of a soil engineer/geologist with a minimum two years experience in subsurface exploration field inspection. The inspector shall note on all logs the tide, depth of water, and time tide reading in order to determine mean low water.

4.2 The presence of a Government representative or the keeping of separate

drilling records by the Contracting Officer shall not relieve the Contractor of the responsibility for the work specified in this paragraph. Payment will not be made for any work for which the required records have not been furnished by the Contractor.

5. CONTAINERS. The Contractor shall furnish jars, tubes, boxes, and crates meeting the requirements as specified elsewhere in this specification. All such containers will become the property of the Government and the cost thereof shall be included in the unit price payment for the contract.

6. CARE AND DELIVERY OF SAMPLES. The Contractor shall be solely responsible for preserving all samples in good condition. He shall keep samples from freezing and from undue exposure to the weather, and shall keep all descriptive labels and designations on sample jars and boxes clean and legible until final delivery of sample to, and acceptance by, the Contracting Officer. The Contractor shall comply with all requests of the Contracting Officer concerning the care and protection of samples. Except as otherwise specified, the Contractor shall deliver samples to the Corps of Engineers, U.S. Army, New York District Warehouse, Caven Point, N.J. Samples shall be delivered as directed by the Contracting Officer.

7. SUPPLEMENTARY DRILL HOLES. Drill holes that are abandoned or from which unsatisfactory samples or cores are being obtained will be supplemented by other drill holes adjacent to the original in order that satisfactory samples or the required information will be obtained. Penetration to the depth where the original drill hole was abandoned or to the depths where unsatisfactory samples were obtained may be made by any method selected by the Contractor that in the opinion of the Contracting Officer will permit satisfactory completion and sampling below the elevation where the last satisfactory sample was obtained in the abandoned drill hole. No payment will be made for supplementary drill holes that are required to be drilled to replace drill holes that were abandoned or from which satisfactory samples were not obtained because of mechanical failure of drilling and sampling equipment, negligence on the part of the Contractor, or other preventable cause for which the Contractor is responsible.

8. DRIVE SAMPLE BORING AND SAMPLING.

8.1 Definition and Purpose. A drive sample boring shall be any boring made through unconsolidated or partly consolidated sediments or decomposed rock by means of mechanically driven sample drill spoons. The purpose of these borings is to obtain knowledge of the composition, the thickness, the depth, the sequence, the structure, and the pertinent physical properties of foundation or borrow materials.

8.2 Equipment and Supplies. Equipment to be furnished by the Contractor for making drive sample borings shall include Standard Penetration Test, 2-inch split barrel, drive samplers and power-driven core drilling machinery of a type or types approved by the Contracting Officer, complete with standard drive-hammer of 140 pounds weight and all other accessories for taking samples of soil, hardpan, cinders and decomposed rock at the locations directed by the Contracting Officer. All drill holes will be carried to -60 feet MLW unless refusal is encountered above -60 feet MLW. If refusal is encountered above -60 feet MLW, a diamond core will be taken, -60 feet MLW, in accordance with the provisions of paragraph 9. Unless otherwise specified, drilling machinery shall be of the "hydraulic feed" type. Supplies shall include all casing, piping, pumps, and power necessary to accomplish the required boring and sampling.

8.3 Sample Jars and Labels. Sample jars shall be 1-pint capacity, wide-mouth (over 2-1/4 inches in diameter) glass jars with moisture-tight screw tops. Each jar shall contain a printed or typewritten label giving the following information:

Project ____________________ Location ____________________
(NYH Deepening Project) (Such as Bergen Point)

Hole No. ________________ Station ____________________

Jar No. ________ of ________ Jars Date ____________

Top Elevation of Hole ________ Blow/6 inch ______, ______, ______

Depth of Sample ____________

Description of Material ______________________________
(Such as "Moist, silty, medium sand")

8.4 Shipping Boxes. Cartons used for storage and shipment of jars shall be water resistant cardboard.

8.5 Procedure. Test holes drilled through overburden shall be suitably cased to permit obtaining samples of the size or sizes specified or as directed. Samples shall be taken continuously using Standard Penetration Test procedures. The sample spoon shall be driven with the force of the drive hammer under a free fall of 30 inches. To minimize the compacting effect of casing driving, the bottom of the casing shall be kept as high above the soil zone to be sampled as conditions permit. The samples shall be placed in the sample jars as soon as possible after they are taken from the hole in order that the natural moisture content of the material may be retained to the fullest extent. All samples shall be labeled. In general, no sample shall remain at the site of boring for more than one week after being taken from the hole.

9. DIAMOND CORE DRILLING - NX

9.1 Method of Drilling. Drilling of NX cores shall be by any approved standard and accepted method of rotary rock core drilling using diamond-set coring bits by means of which continuous and complete rock cores of standard diameter for the respective bit size may be obtained for any subsurface interval of bedrock specified for investigation. The method shall provide equally good recovery of cores from both hard and soft rocks.

9.2 Equipment and Supplies. Equipment to be furnished by the Contractor for core drilling shall include diamond core-drilling machinery of a type or types approved by the Contracting Officer complete with all accessories for taking continuous rock cores of a diameter consistent with bit size to the depths specified. The Contractor shall use a standard ball-bearing, swivel-type, double-tube core barrel similar in construction and equal in performance to Sprague and Henwood "M" series or E.J. Longyear "L" series, equipped with diamond-set bottom-discharge core bits and standard core lifters. Supplies for core drilling to be furnished by the Contractor shall include all casing, drill rods, core barrels, diamond-set coring bits, piping, pumps, water, tools, and power required for drilling and all boxes and containers required for core samples. Bits shall be set with the proper size stones for the kind of rock being drilled.

9.3 Procedure. All holes shall be drilled vertically to -60 feet MLW or as

directed by the Contracting Officer. Casing through the overburden shall be seated tightly on the rock at the elevation where rock is encountered prior to commencement of rock coring. The Contractor shall operate his drills at such speeds and with such water pressures as will insure maximum core recovery in whatever kind of rock is being drilled. Where soft or broken rocks are encountered, the Contractor shall reduce the length of "runs" to 5 feet or less in order to reduce core loss and core disturbance to the minimum. Failure to comply with the foregoing procedures shall constitute justification for the Contracting Officer to require redrilling at the Contractor's expense of any boring from which the core recovery is unsatisfactory. The Contractor shall exercise particular care in recording water losses, rod jerks, and other unusual coring experiences that, supplementing the core record, will throw light on the nature and the extent of any fracturing. Fractures and their estimated width shall be marked in the core boxes.

9.4 Containers. Longitudinally partitioned wooden core boxes constructed of pressed lumber or other approved material in general accordance with the arrangement and dimensions shown in Figure 1 shall be used for all rock cores. As many core boxes as may be required shall be used in submitting each rock core or group of cores. Core boxes shall be completely equipped with all necessary partitions, covers, hinges, screws for holding down the cover, rust-proof metal identification plates, tags, and other accessories.

9.5 Arrangement. All cores shall be arranged neatly in the partitioned boxes in the same sequence in which they occurred before removal from the hole. Facing the open box with the hinged cover above and the open box below, cores shall be arranged in descending sequence beginning at the left end of the partition nearest the hinges and continuing in the partitions from left to right. The highest core shall be placed in box 1, and lower portions of the core shall be placed in the other boxes in consecutive order.

9.6 Disposition of Samples. Upon completion of core drilling and sampling operations, core boxes containing cores shall be shipped in accordance with directions furnished by the Contracting Officer. The Government will bear the cost of all warehousing required for the permanent storage of core boxes and racks.

9.7 MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

-- End of Section --

# FIGURE 1




NOTE Labels for core box will be placed on outside and inside of cover and outside on each end. Labels may be either by stencils or by embossed metal tape, in the form shown above on the box cover.

CORE BOX



G007460

G01010 07383

# SECTION 02200

## BLASTING

1.0 BLASTING REGULATIONS, CONTROLS AND RESPONSIBILITIES

1.1 General. When the nature of the material to be dredged requires blasting, the Contractor's blasting progress and methods shall be those necessary to accomplish the excavation shown on the contract drawings in accordance with the procedures specified herein. The Contractor will be required to make necessary plans, examinations, surveys, and test blasts to determine the quantity of explosives that can be fired without damaging property, and to thereafter control the quantity of explosives fired in any one blast to prevent injuries to persons or damage to structures, homes, utilities, vehicles, vessels moored or underway, or any property. The Contractor's blasting program shall abide by, but not limited to, the following applicable codes and regulations:

- Title 29 Code of Federal Regulations Part 1926, Safety and Health Regulations for Construction.
- Federal Occupation Safety and Health Act of 1970.
- Army Corps of Engineers EM-385-1-1, Safety and Health Requirements Manual.
- Institute of Makers of Explosives (IME); Safety Publications.
- New York City Fire Department Guidelines for Blasting Contractors.
- Article 4, Chapter 27-4031, New York City Fire Department Fire Prevention Code.
- Part 39, of Title 12 of the Official Compilation of Codes, Rules, and Regulations of the State of New York, 12 NYCRR Part 39, Possession, Handling, Storage and Transportation of Explosives.
- New Jersey Administrative Code (N.J.A.C. 12:190).

1.2 Liabilities. The Contractor's attention is called to the Contract Clause entitled "Permits and Responsibilities", which defines the Contractor's responsibilities relative to the references listed in paragraph 1.1. The Contractor shall assume all liability and hold and save the Government and the Port Authority, its officers, agents, and employees harmless for any and all claims for personal injuries, property damages, or other claims arising out of, or in connection with, the transportation, storage, and use of explosives under the contract.

1.2.1 The Contractor shall, in addition, process any and all claims of private citizens arising out of said use of explosives promptly in an acceptable time period set by the COR; in particular, all property damage claims shall be acknowledged by the Contractor, or his representative, and be submitted immediately as directed by the COR to the Contracting Officer providing name of claimant, location, time and description of alleged damage, and estimated value. The claimed damage will be inspected by the Blasting Vibration Consultant (see paragraph 3.3) within 48 hours following initial notification, and processed to a conclusion (honored, denied, or compromised) within 90 days after cessation of all blasting on the contract; but, in no case shall the claims remain unresolved for a period exceeding 6 months (180 calendar days). The Contractor shall submit inspection results and actions taken to the Contracting Officer on a weekly basis.

1.3 Transportation, Storage, and Use of Explosives. The Contractor will be

held responsible to perform the work in compliance with all applicable Federal, State, and local codes and regulations, including, but not limited to, those cited above in paragraph 1.1. The Contractor shall have available the documents for inspection at all times, which will pertain to the blasting operation. In case of conflict between codes and regulations, the more stringent will apply.

1.3.1 Daily Summary. The Contractor shall keep a daily record of transactions, to be maintained at each storage magazine. The inventory records shall be updated at close of business each day and furnished to the CO on a weekly basis. Records shall show class and quantities received and issued, and total remaining on hand at end of each day. The remaining stock shall be checked each day, and any discrepancies that would indicate a theft or loss of explosive materials shall be reported immediately. The daily summary shall be done in accordance with the applicable regulations cited in paragraph 1.1. Copies of the daily inventory records shall be furnished with the daily Quality Control Report.

1.3.2 Report of Loss. Should a loss or theft of explosives occur, all circumstances and details of the loss/theft will be immediately reported to the nearest office of the ATF, as well as to the local and State law enforcement authorities and the Contracting Officer. The local Bureau of Alcohol, Tobacco, and Firearms office addresses are:

300 Coffey Street
Brooklyn, NY 11231
Telephone: 718-254-7845

60 Park Place
Newark, N.J. 07102
Telephone: 201-645-2135

The Explosives Unit of the NYFD should be contacted at the following address:

Explosives Unit, City of New York Fire Department
9 Metrotech Center
Brooklyn, NY 11201
(718) 999-1519

1.4 Responsibility. The Contractor shall be responsible for obtaining all licenses, permits, any and all fees, and the keeping of accounts and records, as well as arranging the transportation and protection of all explosives on the contract. Should the Contractor fail to comply with above requirements, the Contracting Officer may order a suspension of that part of work involved until the deficiencies are corrected. The Contractor's attention is also directed to subparagraph 1.2 "Liabilities" for additional specific liability to be assumed by the Contractor. The Contractor must supply to the Contracting Officer all permits, licenses and approvals which are necessary for this contract as required by the regulations cited in paragraph 1.1.

1.5 Preblast Public Information Meetings.

1.5.1 The Contractor shall schedule, publicize, coordinate, secure adequate facilities for, and conduct two Preblast Public Information Meetings prior to finalizing his Operational Blasting Plan. One meeting shall be held in Bayonne, N.J. and one in Staten Island, N.Y. As a minimum, the meetings shall be publicized in advertisements in local newspapers, including the Star Ledger, the Jersey Journal, the Hudson Dispatch and the Staten Island Advance for the meeting in Bayonne and Staten Island, NY not less than two weeks prior to the scheduled meeting for a period of not less than one week. State and local agencies likely to express an interest in the project shall be contacted in writing directly, including law enforcement, fire prevention,

and environmental authorities(NYDEC and NJDEP.. etc..). The Contracting Officer will solicit interest from appropriate Federal agencies. In addition, all property owners whose properties border a portion of the contract limits shall be contacted in writing directly. A post test blast public information meeting shall be conducted at the above location, if requested by the Contracting Officer.

1.5.2 The contents of the advertisements shall be approved by the Contracting Officer prior to advertisement. Copies of all correspondence publicizing the meetings shall be furnished to the Contracting Officer.

1.5.3 The purpose of the meetings is to disseminate basic project information to interested members of the public, to solicit comments from the public and evaluate proposed blasting methods in light of any valid concerns, and to identify key Contractor and Corps of Engineers representatives who may be contacted for current project information or to report complaints. The Contractor, in conjunction with the Contracting Officer, or his representative, shall prepare an agenda for each meeting to address these purposes. A public question-and-answer period shall be held at the conclusion of the public presentation.

1.5.4 Representatives of the Contracting Officer will participate in each meeting, and will provide reasonable assistance in planning, scheduling, and coordination with the public.

1.5.5 The proceedings of each meeting shall be recorded verbatim by the Contractor, and transcripts thereof shall be provided to the Contracting Officer. The Contracting Officer, or his representative, will review the transcripts, as well as any written comments that may be received, with the Contractor, and may require the Contractor to address specific comments in his Operational Blasting Plan prior to submission.

1.6 Protection for Administration of Drilling and Blasting Complaints

1.6a.PREBLAST SURVEY

PREBLAST SURVEY. The Contractor shall provide one man from his organization and his specialist on vibration control (Seismic specialist, see paragraph 3.3) to work as a team with a representative of the Contracting Officer in making a preblast structural survey. A preblast survey of the interior and exterior of all structures shall be made within a one thousand five hundred (1500) foot radius from the production blasting areas. All the historic structures listed in paragraph 3.3 shall be evaluated for sensitivity to vibration and monitored. The Contractor must notify the property owners near the blasting areas of the preblast survey as defined below. All structures that may be affected by the blasting, as well as those enumerated in paragraph 3.3, will be inspected and their condition documented. Any existing outstanding architectural defects such as broken or fallen plaster or broken windows shall be photographically documented by video and with a 35 mm camera with 3:1 zoom capabilities. The Contractor shall provide methodology to be used in conducting the preblast survey and listing of structures, determined from the survey to be sensitive, with reasons for these structures being sensitive, within 1500 feet from the blasting areas. Photographs will be taken of all the surveyed structures. The Contractor will determine the elevation of all piers and record with photographs all floating vessels that are in the vicinity and that are vulnerable to wave propagation. The Contractor shall include photographs and video of the historic structures. The Contractor shall certify that the survey was prepared prior to the start of any blasting under this contract. A copy of the Preblast survey shall be submitted for the Contracting Officer's approval in

conjunction with the Operational Blasting Plan and four additional copies provided to the Environmental Branch, Planning Division.

1.6.1 Prior to test blast program and Blasting activities, the following actions regarding property owners located within 1,500 feet of proposed blasting locations are required:

a. Newspaper Advertisements-Advertisements in the local newspapers informing the public about the location, date and time of the Public Information Meetings.

b. Public Information Meetings

c. Door hangers providing information about the blasting and the request for pre-blast property inspection surveys to the property owners residing within 1,500 ft from the blast site.

d. Requests by first class mail to all property owners for pre-blast property inspections within the 1,500 foot radius of blasting

e. Where there has been no response to first requests, second requests by certified letter for pre-blast property inspections.

1.6.1.2 Pre-blast property inspections are to be performed for all requests from property owners no matter where they live.

1.6.2 During blasting activities, the process for addressing citizens complaints will be as follows:

a. Citizen complaints will be received through the Kill Van Kull(KVK) Hotline (Numbers will be given out in the Public notice) or to the contractor.

b. The caller's name, address, phone number, and pertinent information will be recorded in a master complaint log to be maintained by the contractor.

c. Contractor shall schedule and perform an inspection of the complainant's property within five calendar days of the date of the complaint.

d. The Contractor shall issue an acknowledgement letter NLT seven days from the inspection date as a follow up to the inspection and update the complainant as to the status of the final determination of the inspection results.

e. The contractor shall provide to the complainant a final determination letter honoring, denying the claim within 90 days after cessation of all blasting on the contract. In no case shall the claims remain unresolved for a period exceeding 180 calendar days.

f. Inspection results, actions taken and all correspondence regarding the complaints shall be furnished to the Corps.

2. SAFETY.

2.1 Drill Boat or Barge Safety.

2.1.1 All onboard magazines shall be permanently secured to the deck as required by the Coast Guard.

2.1.2 No high explosives shall be stored on the boat or barge deck in the

open except for the one case that is to be loaded immediately into the bore holes. Any explosives remaining on deck shall be returned to the day magazine prior to the firing of any blast.

2.1.3 The firing line reel or spool shall be mounted on the rig in a manner that it cannot be lost overboard. An approved blasting machine shall be used for detonation regardless of the number of caps used. An electric blasting system shall not be used.

2.1.4 The amount of explosives permitted aboard the drill boat at any one time will be subject to the approval of the Contracting Officer, but in no case shall such amount exceed the amount permitted by appropriate codes and regulations.

2.1.5 The Contractor shall make necessary arrangements to prevent damage to any vessel, moored or underway, building or structure and preserve the crew or occupants thereon from exposure to injury as a result of the Contractor's operations. The Contracting Officer may require additional arrangements.

2.1.6 The Contractor shall have a certified marine survey of all floating plant proposed for underwater blasting work on this contract performed prior to starting any work, and shall provide the results to the Contracting Officer.

2.1.7 Automatic fire extinguishers of an appropriate type shall be installed on air compressors and in all engine compartments aboard vessels (drill boats, barges) where explosives are stored, handled, and used.

2.1.8 Remote fuel shut-offs and fire signaling devices shall be provided aboard the drill boats.

2.2 Lightning: The Contractor shall furnish, maintain, and operate lightning-detection equipment during the entire period of blasting operations and during the periods that explosives are stored at the site. The equipment shall be similar and equal to the Litton TSM/C Thunderstorm Monitor and Lightning Warning Instrument, as manufactured by Litton Industries, Inc., Environmental Systems Division, Camarillo, California. The equipment shall be installed where approved by the Contracting Officer. A lightning detector shall be operated at all times to detect lightning within a 50 mile radius. When the lightning-detection device indicates a blasting hazard potential, the Contractor shall perform the following:

(a) Notify the Coast Guard and the Contracting Officer of the potential hazard.

(b) Clear the buoyed area of all vessels and personnel.

(c) Terminate all loading of holes and return unused explosives to the day storage area.

(d) Monitor the blast area to prevent any boat or vessels from inadvertently entering the blasting area during the lightning hazard

(e) Remove the lightning detector from the drill barge with the last evacuation vessel and continuously monitor the potential hazard until the danger has passed.

(f) After sounding the All Clear Signal, notify the Coast guard and the Contracting Officer, or his representative, that the potential hazard has

passed.

(g) Resume operations only after all potential of hazard has passed.

2.3 All other applicable safety requirements shall be implemented in addition to that required above.

2.4 Navigation Control during Drilling, Loading, and Blasting Operations.

2.4.1 The Contractor shall buoy the area with warning signs. The warning signs shall be legible from a distance of 200 feet and shall contain the message "DANGER - EXPLOSIVES IN USE" visible on either side of the sign. The Contractor shall operate two or more patrol boats during blasting operations equipped with a visible yellow flashing light, audible horn, and radio with a hailer, whose sole function shall be to monitor and maintain security in the blast area. Patrol boats shall be stationed at the drill barge and remain in the blasting area during all blasting operations. Land oriented access control and visual observation locations should be determined and approved by the Contracting Officer. The Contractor shall inspect and insure there is no boat traffic within the buoyed work area prior to the firing of the blasting caps and until such time as the Contractor has sounded the "All Clear Signal". The Contractor shall establish and maintain a warning system as required by the Corps of Engineers Safety Manual. The Contractor shall equip and maintain his floating plant with radio equipment capable of communications with the Coast Guard. The Contractor, after each blast, upon inspecting the area, shall immediately notify the Coast Guard and the Contracting Officer if all clear or misfire is noted.

2.4.2 Coordination with the U.S. Coast Guard. The Contractor shall notify the Coast Guard 24 hours prior to a scheduled shot and 2 hours prior to the actual shot. The channel must be kept open to vessel traffic at all times except as permitted by the Coast Guard and the contracting Officer. Contact should be made with:

Commander (VTS)
Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, New York 10305
Telephone: 718-354-4088

2.5 Contingency Plan in Case of Misfire, Inadvertent Initiator Extraction, or Accidental Loss of Down Lines. All loading of blasting holes shall be done early enough each day to allow time, in case of a misfire, inadvertent initiator extraction, or accidental loss of down lines, to implement a contingency plan for removing or detonating the explosives before dark. The Contractor shall submit a contingency plan to the Coast Guard and Contracting Officer prior to initiation of any blasting and shall notify both parties in the event of a misfire, inadvertent initiator extraction, or accidental loss of down lines. All undetonated explosives due to misfire, inadvertent initiator extraction, or accidental loss of down lines must be detonated. The Contractor shall immediately notify the Coast Guard upon giving the "All Clear Signal" after correcting the misfire, inadvertent initiator extraction, or accidental loss of down lines.

2.6 The Contractor shall notify the public at least 24 hours prior to any scheduled blast, and at least 2 hours prior to an actual blast. As a minimum, the following shall be notified:

Bayonne Police Department

630 Avenue C
City Hall
Bayonne, New Jersey 07002
Tel. (201) 858-6949

Bayonne Fire Department
Fire Prevention Bureau
630 Avenue C
Bayonne, New Jersey 07002
Tel. (201) 858-6017

New York City Police Precinct 120
78 Richmond Terrace
St. George, New York 10301
Tel. (718)-676-8500

Explosives Unit, City of New York Fire Department
9 Metrotech Center
Brooklyn, New York 11201
Tel. (718)-999-1519

The Port Authority of New York and New Jersey
NJ Maritime Trerminals
Port Newark-Elizabeth P.A. Marine Terminals
260 Kellog Street
Port Newark, NJ 07114
Tel. 973-690-3483, Andrew Saporito

2.7 Bulk Product Specifications.

a. Bulk blasting agents or explosives delivered to the work area shall be weighed by a certified weigh master at the transfer location nearest the work area to determine the actual quantity of explosives delivered each day.

b. Bulk storage tanks or vessels on barges shall be permanently attached to the barge and electrically grounded. A containment dike shall be erected to contain the maximum rated capacity of the storage vessel and all associated pumps and hoses for transfer operations. Pumps, hoses and valves containing bulk product after transfer operations shall be stored in a locked magazine.

c. All access ports, valves, vents and drains shall be secured to prevent vandalism or theft of the explosive product.

A flow metering device capable of measuring the quantity of explosives to within 0.5% of the actual quantity in pounds shall be utilized for all bulk transfer to or from the bulk storage vessel.

d. The delivery system to load holes on each drill frame shall be designed to load each hole to within 0.5% of the design quantity required for each drill hole.

e. Each drill frame shall measure the quantity of explosives loaded in all holes with weigh scales or flow metering devices to within 0.5% of the design quantity for each hole. The total of all loaded holes shall be checked with the total quantity delivered prior to subsequent bulk deliveries. Should the bulk quantity delivered vary from the recorded quantity loaded and detonated, all measuring devices and or meters shall be recalibrated to within the specified accuracy.

f. Each hole loaded with emulsions or slurry shall be initiated with two separate downlines, caps, boosters and starters. At least one booster shall be secured in the hole with a mechanical lock-in system or spider to prevent extraction of the booster or priming charge.

g. As a minimum the top elevation of the emulsion or slurry product shall be measured to check for voids and actual quantity loaded.

h. The blast plan shall include manufacturer's catalog cuts, data sheets and detailed plans and specifications for the bulk storage vessel and transfer system, drill frame delivery system associated loading tubes and reel systems and measuring devices.

i. All loading tubes or hoses shall be equipped to be retracted from the bottom of the hole to the top of the product as the emulsion or slurry is loaded in the hole. The system shall in effect place the product in each hole in a tremie method.

2.8 Surface Blasting. Doby, or Surface Blasting, will not be allowed for the fragmentation of bedrock. Doby blasting is an allowable option for fragmenting boulders or large blast rubble when water depths are at least 30 feet.

3. BLASTING CONTROL.

3.1 General.
The blasting program and methods shall be those developed by the test blasting program and procedure to accomplish the excavation shown on the contract drawings in accordance with the procedures specified herein.

3.2 Blasting.
**Blasting shall be confined to daylight hours during the period from 2 hours after sunrise to 1 hour before sunset, but shall not be conducted before 9:00 A.M. or after 6:00 P.M. on the day of blasting.** Blasting shall not be conducted when temperature inversions or heavy, low-level cloud cover exists. **Blasting will be prohibited on Sundays and Federal holidays.**

3.3 Vibration Control.
Where blasting is necessary, the Contractor shall employ a specialist qualified in vibration control methods capable of analyzing results obtained from seismograph readings. A minimum of 30 days prior to commencement of blasting operations, the Contractor shall provide the Contracting Officer such bona fides of the seismic specialist to include, but not limited to, past experience, training, and education, and have working a knowledge of State and local laws and regulations which pertain to blasting. The acceptability of the specialist is subject to the approval of the Contracting Officer. The Contractor's seismic specialist shall place vibration monitors on all historic structures listed below and shall determine the placement of at least 8 additional vibration monitoring machines per blast area (minimum 4 per shore) with approval of the Contracting Officer and shall be retained for loss control should contract blasting operations result in claims or complaints. The vibration monitoring plan shall identify the type of anchoring devices to be employed at various monitoring sites. Structures that should have monitoring machines include, at least, bulkheads, hazardous materials storage areas and buried utilities. At least one vibration monitoring machine must be placed between the blast and the nearest structure on a natural ground surface. This may require utilizing underwater locations. The other machines must be secured in the ground near identified

sensitive structures. Blasting shall be controlled in such a manner that the maximum vibration level at any vessel or structure which is vulnerable to damage should not exceed the peak particle velocity of the appropriate municipality and geographical jurisdictions, or be subject to an unacceptable vibration frequency. A written and a telephone report on vibration intensity shall be submitted within 24 hours when specifically requested by the Contracting Officer or, without request, when such intensity exceeds a peak particle velocity of 2.0 inches per second for any one of the 3 perpendicular planes of motion. Peak Particle Velocity of 2.0 inches per second should not become the basis of design. Refer to table 7.26(e) and chart, both found in NJAC 12:190 for assistance. The Government has provided a list of historic structures to be evaluated by the Contractor. The Contractor will perform a test blast (paragraph 4) which will determine a safe peak particle velocity (PPV) for all structures within the blast area. The Contractor shall follow the following vibration limits for the structures listed below:

| | |
|---|---|
| Historic Structures | PPV<0.5 in/sec |
| Residential Structures in New York and New Jersey | PPV<1.0 in/sec |
| Other Structures | PPV<2.0 in/sec |

The Contractor shall submit a copy of the record in tabular form for each blast to the Contracting Officer no later than 24 hours after each blast, with a written report on velocity and vibration effects. This should also include location of blast, size, spacing, number, top and bottom elevations of holes, type of explosives, amount of explosives and stemming per hole and delay, type of delays, sequence and pattern, distance from the blast to the vibration monitoring machine, and any other pertinent information.

**The following historic and critical structures shall be evaluated for sensitivity to vibration and monitored:**

Staten Island, New York
Vessels V33, V36, V37, V38, V43, V45 (Clustered)
Neville House
Sailor's Snug Harbor
KVK-302 Construction Co. (bulkhead and buildings)
KVK 303: Faber Park (bulkhead and above buildings from water and buildings)
KVK 301: Junkyard East of Bayonne Bridge (building)
KVK 307: Buildings north of Construction Co.
KVK87/KVK88/KVK89: St. Mary's Church, Rectory and Hall (buildings)
KVK 309A, B and C: Atlantic Salt Co., & Buildings to East (buildings)
KVK-304 Atlantic Express Bus Co. (Bulkhead and building)

Bayonne, New Jersey
Vessel 36 (located approximately 500 feet south of Humphreys Ave. at West 1st Street)
KVK-324 Bayonne Bridge (bridge abutments)

**Additional structures: to be evaluated for sensitivity and monitored**
Structures inventoried in "Structural Investigation/Blasting Analysis, NYNJ Harbor 50' Channel Project" by Master Harbor Partnership, July 2003, Report available for review. For further information bidders should contact the New York District, Engineering Division, Civil Engineering Section, Mr. Ben Baker, at (212) 264-9110/9111.

KVK 11A, B: Across from #600 Richmond Terrace (of particular concern is the smokestack)
KVK 3: Greek Revival Mansion
AK 316: Procter and Gamble Property

3.3.1 The Contractor is advised to evaluate the vibration and airblast factors affecting structures and vessels in the vicinity of the blast area as determined in the preblast survey. It is recommended that the Contractor use a blast design that produces the maximum amount of relief practicable. The amount of explosives to be used will be determined during the test blast operation to meet all proper safety and environmental requirements. The Contractor is responsible that the fragmentation resulting from the blasting operation is of suitable size to allow for easy excavation by the Contractor's equipment. The Contractor shall also check water wave propagation to insure that shoreline structures and moored vessels within the blasting area will not be affected during blasting.

3.4 All blasting shall be monitored by the Contractor to determine air blast effects using a pre-approved instrument by the COR, operated by an experienced person with a minimum of 3 years of related experience with the type of equipment to be used throughout the project construction and all data furnished to the Contracting Officer. The instrumentation will be located at seismic station locations as determined in paragraph 3.3 and other locations as directed by the Contracting Officer with at least three (3) monitors located in the area closest to the blast site. Airblast equipment shall record waveform data. Recorded airblast data shall be submitted in conjunction with vibration intensity data as specified in paragraph 3.3, within 24 hours of each blast. The maximum allowable airblast shall not exceed 124 decibels.

3.5 If the Government decides to have a supplemental blasting monitoring program, under no circumstances will this relieve the Contractor of monitoring and controlling the blasting as specified in this Section or any other requirements.

4. TEST BLAST PROGRAM.

4.1 Purpose. The purpose of the test program is to allow the Contractor to establish safe limits of vibration and airblast overpressure, demonstrate the satisfactory performance of the drill boats and develop an operational blasting plan. The type of explosives and firing systems shall adhere to all applicable codes and regulations including, but not limited to, those cited in paragraph 1.1.

4.2 Test Blast Plan.

4.2.1 The Contractor shall submit fifteen (15) copies of the Test Blast Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these specifications. The test plan shall include as a minimum all pertinent information listed in paragraphs 4.4 and 5.3.

4.2.2 Test blast programs shall be conducted by the Contractor for each area of rock such as discontinuity of rock contours and areas and as directed by the Contracting Officer. An optional test blast program for the glacial till shall be planned if determined by the Contracting Officer to be necessary. Each blast program shall involve all drill boats that will be used for any portion of the contract. No drill boat shall be used for the contract that has not participated in a test blast program.

4.2.3 The Contractor shall notify the Contracting Officer sufficiently in advance of each test blast in order for Government representatives to be present during the test blasts. The Contractor shall also invite representatives of the Fire Departments from Bayonne and Elizabeth, New Jersey and New York City to the test blasts. The test blasts shall begin with a small number of charges and extend upward to the maximum yield to be used. The final test event shall simulate as close as practicable the explosives charge type, size, overlying water depth, charge configuration, charge separation, initiation methods, and emplacement conditions anticipated for the operational blasting program. During each blast the Contractor will analyze the effect of wave propagation on structures, vessels, etc., and take the appropriate actions to prevent damages.

4.3 Post Blast Evaluation.

4.3.1 After each test blast, the Contractor shall examine the structures of the preblast survey that were inspected and documented, to establish whether damage was caused to the structures. All damage resulting from the test blasting shall be reported in detail to the Contracting Officer, including photographs.

4.3.2 After each test shot the Contractor will excavate the fractured material to evaluate breakage, toe and top of cut. This information will be documented and provided to the Contracting Officer.

4.4 Data Recording and Evaluation. The test blast program shall be conducted and reported in strict accordance with procedures outlined in the sections of these specifications covering vibration control and air blast control. The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be drawn on plan sheet(s)(maps) in scale by providing coordinates of at least four (4) corners of the blasted area. Include information as to the number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, sequence and pattern of delays, maximum peak particle velocity from each instrument, and peak overpressure reading in pounds per square inch and decibels from each airblast sensor. Information provided should also include a written analysis of each blast, including the maximum particle velocity in each plane, associated frequency in each plane and peak true vector sum of particle motion. In addition to the submission of an initial test blast plan, the Contractor is required to submit a documentation of each blast prior to proceeding forward the next blast test. The documentation shall include, but not limited to a written analysis of each blast, all observed test blasting data, examination of structures of the preblast surveys that were inspected, and information about excavation of fractured materials. Four copies of the record of each blast performed shall be submitted no later than 24 hours after completion of each test blast until the test blast program is completed. It is expected that the initial test blast will be used to develop knowledge of ground conditions, propagation characteristics, etc. At the conclusion of the test blast program, the Contractor shall examine all reports, surveys, test data, and other pertinent information. Conclusions reached shall be the basis for developing a completely engineered procedure for blasting. Five copies of the Test Blast Plan and results shall be provided to the Contracting Officer. In no event shall the operational blasting proceed until the review of the developed procedure for blasting has been completed and the procedures approved.

5. OPERATIONAL BLASTING PLAN.

5.1 The Contractor shall submit to the Contracting Officer ten (10) copies of the Proposed Operational Blasting Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these specifications.

5.2 No drilling shall be started before the Contracting Officer reviews and concurs with the final blasting plan or any revisions to that plan.

5.2.1 Any changes to the Contractor's blasting or monitoring procedures, equipment, plant, products or personnel must be reflected in a revised Operational Blasting Plan or supplement and must be approved by the Contracting Officer prior to implementation.

5.3 The Blasting Plan shall include as minimum requirements the following:

(1) Proposed method of transportation, storage, and handling of explosives.
(2) Plan showing layout of drill hole pattern, timing and sequence. anticipated burden dimensions and depth of subdrilling.
(3) Plan for the fragmentation of large boulders and blast rubble.
(4) Type of explosives and method of loading and detonating.
(5) Type of blasting machine to be used and when last tested.
(6) Specific gravity of explosives and manufacturer's technical literature.
(7) Initiation system to be used and explosive loading in pounds of explosive per delay.
(8) Indication as to whether decking or boosters will be used and the depths of required stemming.
(9) Type and number of drilling rigs, including drill hole diameter, and expected production rates/day.
(10) Type of instrumentation to be used, manufacturer, and when last calibrated and certified.
(11) Procedure for monitoring the blast operations.
(12) List of permits and clearances required, when applied for, and date of approval or anticipated approval.
(13) A format for maintaining a record of individual blasts throughout the life of the job designed to record pertinent data before, during, and after the blasting operation. Pertinent information shall include, but not limited to, number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, and sequence and pattern of delays.
(14) Names and qualifications of specialists for vibration control analysis and airblast over- pressure measurements (refer to paragraph 3.3 for exacting requirements).
(15) Location plan, manufacturer's literature, and parameters to be used in site selection for seismic instrumentation.
(16) Plan showing location of warning signs and signals and the Contractor's land and marine spotters. A 2000 foot safety zone on either side of the blast site shall be free of vessels en route in the Newark Bay Channel prior to each blast.
(17) Name and address of Contractor's representative to which any claims for damage due to blasting should be addressed.
(18) The plan, signed off by the Contractor's jobsite authorized representative.
(19) The location of monitoring equipment, based on information from the preblast survey.

(20) Contingency Plan for Lightning Hazard
(21) Complete Project Team Organization with duties, responsibilities and authorities clearly defined. This organizational outline shall also include a listing of all personnel authorized to sign for, receive and use explosives on this contract.
(22) Complete list of floating plant involved in production blasting operations.
(23) Provide analysis and control of potential hazard due to possibility of undetonated Pourvex remaining from previous deepening.

The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be drawn on the maps in scale by providing coordinates of at least four (4) corners of blasted areas.

5.4 If drilling and blasting is required outside the buoyed areas, the Contractor shall submit a plan to maintain **the previous authorized depth**, as part of the Operational Blast Plan. This plan shall include areas where the buoy cannot be removed.

6. DRILL LOG AND BLAST REPORT

The Contractor shall prepare and complete drill logs and report for each blast is completed. Information provided on the logs shall include, as a minimum, the items listed in the Drill Log and Blast Report Form in SECTION 00901.

7. MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 02900

DREDGING AND DISPOSAL

**1. Mobilization and Demobilization.**

1.1 Mobilization shall include all costs for operations accomplished prior to commencement of actual dredging operations, such as **transfer of** dredges, attendant plant, field offices and facilities, and equipment to support the project, and other incidental operations in advance of actual dredging work. Demobilization shall include general preparation for the **transfer of** plant to its home base, cleanup of disposal and operation area. The cost of work other than mobilization and demobilization of the Contractor's dredging plant, field offices and equipment shall not be included in this item.

**2. Site Conditions.**

**2.1 Review of Existing Documents**

2.1.1 The Contractor is required to provide mechanical equipment capable of removing material to be dredged at a rate sufficient to complete the work within the specified time period as indicated in SECTION 00800: Special Contract Requirements.

2.1.2 Bidders are invited to examine Corps of Engineers subsurface exploration logs and to decide for themselves the character of the materials. The samples are available for inspection at the New York District, Caven Point Marine Terminal, Jersey City, New Jersey. The Geophysical and tests reports for KVK channels are available for review at the New York District. For further information bidders should contact the New York District, Engineering Division, Civil Engineering Section, Mr. Ben Baker, at (212) 264-9110/9111.

2.1.3 Bidders are expected to examine the site of the work, including the disposal areas, and decide for themselves the site condition that may affect their operations. See Contract Clause entitled "Site Investigation and Conditions Affecting the Work". Section 00700.

**2.2 Existing Conditions**

**2.2.1 Character of Materials.**

2.2.1.1 Subsurface Explorations including soil borings and rock cores are provided so that potential bidders can determine the area extent and characteristics (including dredgeability) of the soil to be removed. The results are shown on the maps and drawings referred to in Special Contract Requirements SECTION 00800, entitled "Contract Drawings, Maps, and Specifications". Although the results of these investigations are believed to be representative of subsurface conditions at their respective locations and for their respective vertical reaches, local variations in the subsurface materials are to be expected and, if encountered, will not be considered to constitute 'materially different" site conditions within the context of Contract Clause entitled "Different Site Conditions" Section 00700.

**2.2.1.2 The materials to be found above the required depth, 52 ft below MLW, include, but are not limited to:**

**Rock Material**

1). DIABASE - Gray to dark gray, very well indurated, fine to medium crystalline, igneous rock. Fractured and broken in areas where previous blasting and dredging has occurred. Slightly to moderately weathered with occasional high angle fractures in areas below the level of previous blasting and dredging.

2). SANDSTONE - Gray to red-brown, tightly cemented, well indurated, fine to coarse grained, sedimentary rock. Commonly interbedded with shale and may be slightly metamorphosed (i.e. low grade meta-quartzite) where in contact with diabase. Slightly weathered with occasional fractures.

3). SHALE - Red-brown to gray, laminated, moderately well indurated, massive (non-fissile), fine-grained, sedimentary rock. Slightly to moderately weathered with fractures that range from horizontal to near vertical. The shale can change to a low grade metamorphic (argillite or meta-siltstone) where in contact with diabase.

**Non-Rock (soil) Material**

4). Pleistocene SAND and GRAVEL (SM-GM)-Red-brown, dense, fine to coarse SAND and GRAVEL, little to some Silt and Clay with frequent Cobbles and Boulders. Commonly referred to as "Glacial Till".

5). Pleistocene SILT and CLAY (CL-ML) - Red-brown to gray, slightly to moderately plastic, soft to very hard SILT and CLAY, trace to some Sand and Gravel with occasional Cobbles and Boulders.

6). Holocene (Recent) SAND (SP-SM) - Gray to brown, poorly graded SAND, trace to some pea-sized Gravel, trace to little Silt and Clay.

7). Holocene (Recent) SILT and CLAY (MH-OH)-Dark gray to black, very soft SILT and CLAY, trace to some Sand and Gravel.

**Trash and debris-Trash**

8). Trash and debris-Trash, debris and other miscellaneous man-made and natural objects may be encountered during the course of the dredging. This material may be present at any location above the required depth as indicated on drawings. Man-made materials may include (but are not limited to) wood, sheet metal, glass, lumber, plastics, tires, hoses, chains, cables, hawsers, and un-detonated Pourvex from previous blasting.

**3. Dredging Equipment.**

**3.1 Dredges.**

It is anticipated that a variety of dredging equipment will be necessary for the removal of soils and rock within the project area. All material shall be removed with dredging equipment appropriate for the material encountered (i.e. clamshell, closed clamshell "environmental" bucket dredge, dipper, powershovel, etc.). The use of hopper and cutterhead dredges is prohibited.

**3.2 Scow monitoring equipment, software, and website**

The contractor is required, at his/her own expense, to have all scows or other vessels used to transport dredged material to designated placement

locations (HARS, artificial reefs, and upland or other locations in the New York Bight or Lower Bay) equipped with scow monitoring equipment and software, through a contractor (i.e. scow monitoring contractor) not owned or affiliated with the dredging company. The following specifications are associated with and required for the scow monitoring equipment, software, and website:

- A self-contained "black box" unit must be installed on all scows, and must be capable of recording on a 24-hour basis, latitude and longitude positions of the scow, through DGPS technology, and scow draft, using a water pressure sensor, at variable sampling rates ranging from one position and draft value every 6 seconds to one position and draft value every ten minutes, according to NY District requirements.

- Any tugs used to transport dredged material to designated locations (HARS, artificial reefs, and/or upland or other locations in the New York Bight or Lower Bay) and all dredges used on the project must be equipped with satellite real-time tracking and messaging system maintained by the scow monitoring contractor.

- Primary Scow Monitoring systems, consisting of laptop computers with scow monitoring software, onboard all tugs used to transport dredged material, must allow data, being collected by the "black box" units on the scows being towed, to be viewed in real-time by U.S. Army Corps of Engineers, New York District certified, Inspectors of Open Water Placement of Dredged Material (NYD Inspectors) and by towing vessel crew members when used for offshore placement trips.

- Backup Scow Monitoring system, used for offshore placement trips, consisting of laptop computers with scow monitoring software, onboard all tugs used to transport dredged material, must allow the DGPS position of the tug to be viewed on the computer screen, along with an estimated position of the scow based on the towing distance and angular offset of the scow from the course line of the tug.

- Laptop computer scow monitoring software must also include an electronic version of the Transportation and Placement Log Form (TPLF) to be completed by the NYD Inspector during each placement trip.

- Laptop computer scow monitoring software must also include an electronic checklist (described in Section 7.5) for completion by the NYD Inspector.

- Laptop computer scow monitoring software must also include map displays with selectable scales that allow NYD Inspectors to view the New York Harbor area and New York Bight, HARS and reef placement sites, and designated placement grids and coordinates. The scow monitoring software must graphically display placement grids developed for the project and allow viewing of the position of the towing vessel and scow throughout the placement trip.

- Laptop computer scow monitoring software must also include links to websites that allow NOAA offshore buoy data to be viewed in real-time, along with the latest marine weather forecasts.

- Laptop computer scow monitoring software must allow real-time plotting of scow bin-level measurements, draft and speed, to be used to monitor potential scow leakage

- Laptop computer scow monitoring software must allow downloading of

digital camera photos for inclusion with placement trip data.

- Laptop computer scow monitoring software must allow collection of towing vessel fathometer data for inclusion with other placement trip data.

- Laptop computer scow monitoring software must allow transmission, at the end of each placement trip, of electronic TPLFs, checklists, scow position, speed, bin-level measurement data, draft data, fathometer data, and digital photos, to a website described below.

-A website must will be maintained by the scow monitoring contractor and include the following capabilities:

- Automatically assign trip numbers to scow monitoring software installed on laptop computers via wireless communication technology.
- Scow monitoring data, TPLFs, checklists, digital photos, and all other data collected by the scow monitoring equipment and software must be posted within two hours of NYD Inspector submission of the data from the laptop computer.
- A dredging production database that reports the following per trip: trip number, date of trip, dredge used, tug used, scow used, trip destination, estimated scow volume, and the time taken for the following - scow loading, scow de-watering, scow transit, scow unloading, dredged material disposal from the scow, return trip from the placement site and scow idleness, as applicable. The dredging production database will also include a map of the dredging site that is updated after the completion of each trip with the location of where dredged material from each scow-loading event occurred.
- A placement grid cell management tool that reports the following per grid cell: total scow placements, total estimated volume of dredged material in the cell resulting from scow placements, the trip numbers for the scow placement events that occurred within the cell. The placement grid cell management tool must also have the capability for the NY District to enable, disable, and set the number of maximum scow placement events within placement grid cells.
- Submission of automatic emails, notifying NY District and contractor personnel when TPL checklist items are marked "No" for trips. These automatic emails will also be recorded on the website in a TPL checklist database that lists the electronic checklist (described in Section 7.5) cumulative "No" results for the duration of the project. This database must be designed so that data queries can be done by dredged material placement locations, tug used, scow used, NYD inspectors and date range.
- Submission of automatic emails, notifying NY District and contractor personnel of potential misplaced dredge material events and/or potentially leaking scows, based on computer analysis of placement trip data. These automatic emails will also be recorded on the website in an emails alarms database, which includes the following: trip number, scow used, alarm type, date sent and project name. This database must be designed so that data queries can be done by alarm type and date range.
- Allow positions of all dredge plants and all tugs used in the project, as monitored by the satellite tracking system, to be viewed in real-time, or as soon as satellite data transmission permits. The satellite tracking system must also have the capability to send messages to tugs for the purpose of communicating with inspectors when they are out of cell phone range.
- Bathymetric plots based on tug fathometer data.
- Computer modeling of rock placement at artificial reefs using the NY District ROCDMP model.

- Plotting of summary maps of placements made to date
- Capability of plotting individual or multiple placement trips at variable scales.
- Provide a maintenance log of remote-access and on-site service visits related to hardware/software installation and/or repairs.

**Additionally,** in support of the scow monitoring equipment and software, the contractor must ensure the following:

- Towing vessel fathometers must have digital data output that is compatible with scow monitoring laptop computers and software
- Towing vessels must have fax machines capable of sending fax messages while at sea, and must be able to transmit when vessels are in the vicinity of the Ambrose Channel. The scow monitoring contractor must be provided full access to all tugs and scows used on the project, as required to service scow monitoring equipment and/or software.
- The scow monitoring software/equipment shall be programmed by scow monitoring contractor personnel for use aboard any towing, or other, vessels used to transport dredged material.
- The contractor shall ensure that the scow monitoring equipment is operational 24 hours each day, at all times dredged material is being loaded at dredging sites, transported from dredging sites, and while returning to dredging sites after ocean placement, and when returning from upland facilities.
- The contractor is required to provide the scow monitoring contractor with a scow loading table for each scow used to transport dredged material to upland facilities and ocean placement locations.
- Although the NYD Inspector will observe the operation of the scow monitoring equipment and software, operation and maintenance of the scow monitoring equipment and software will be the responsibility of the dredging contractor, through a contract with the scow monitoring contractor. It is the contractor's responsibility to ensure that the scow monitoring equipment is in a continuous, operable condition at all times.

Scow monitoring equipment and software must be approved by NY District prior to use. If NY District has not previously observed the operation of scow monitoring equipment and software proposed for use by the contractor, satisfactory demonstration of the equipment and software must be performed prior to approval by NY District.

**Scows used to transport dredged material to upland facilities are required to have one acoustic bin-level sensor installed in addition to the scow draft sensor. The bin level sensor must be integrated with the Primary Scow Monitoring System to include bin level data with the data provided by the DGPS receiver and scow draft sensor. NYD certified Inspectors are not required to be present on tugs used when transporting scows loaded with dredged material for upland treatment/placement, however, NY District may require an independent observer to accompany each upland placement trip and to verify data associated with each upland placement trip.**

Any problems with operation/function of the scow monitoring software and/or equipment should be directed to the scow monitoring contractor immediately, and to the NY District at (212) 264-1585 or x1853.

To ensure proper communication of the scow monitoring components on the tug and scow, the same tug used to transport a scow loaded with dredged material toward a designated ocean placement location must continue to be used until placement has occurred. Switching of tugs once a placement trip has begun must not occur unless a mechanical problem or other unforeseen problem prevents the use of the tug for ocean placement. If such switching is

required the scow monitoring contractor must be notified to ensure proper operations of the scow monitoring equipment and software.

**4. NYD Inspectors.**

The Contractor at his/her own expense shall have the USACE New York District (NYD) certified Inspector(s) of Open Water Disposal of Dredged Material (NYD Inspector) oversee the placement activities of all dredged materials at the upland disposal sites, Newark Bay Confined Disposal Facility, the HARS or artificial reef site, and/or any other ocean placement location, if used. A list of NYD Inspectors may be obtained from the NYD Operations Division, Dredged Material Management Section. Only Inspectors on the list may be used during the project. NYD Inspectors shall be responsible for ensuring that the requirements contained in the drawings, specifications, the New Jersey DEP Water Quality Certificate/Coastal Zone Determination are met. NYD Inspectors must complete USACE Transportation and Placement Log Forms (TPLFs) and checklists for all placement activities performed. Inspectors will be required to be awake and on duty and in the towing vessel wheelhouse, to observe scow monitoring equipment function, watch for endangered species, and perform other Inspector duties, from the time the towing vessel departs from the dredging site until the scow has completely emptied and all reporting requirements have been completed.

NYD Inspectors shall complete dredge & placement logs for dredged material Unsuitable for HARS placement and submit with daily CQC reports.

**5. General Requirements**

5.1 Overdepth and Side Slopes

5.1.1 Allowable Overdepth

To cover inaccuracies of the dredging process material, actually removed from within the specified areas to be dredged, to depths as specified below for allowable overdepth, will be estimated and paid for at the contract price. Allowable overdepth dredging will be permitted to a depth of not more than 1.5 ft for all dredging areas. The required dredging depth as shown on the drawings is 52 ft below MLW. An allowable overdepth dredging will be measured and paid for at the applicable contract price in the same manner as specified for the overlying material.

**5.1.2 Side Slopes**

The side slope dredging requirements as shown on the drawings are as follows:

Non-Rock material: 1V to 3H
Rock material: 1V to 1H

Material removed below any pay slope plane will not be estimated for payment. Sloughing side slopes shall not be the basis for claims against the Government. End slopes, where indicated on the drawings, shall be treated in the same manner as side slopes.

**5.1.3 Excessive Dredging**

Material taken from beyond the allowable overdepth or side slope limits will

be deducted from the total amount dredged as excessive dredging, or excessive side-slope dredging. Materials dredged from below the depth limit which result in extra costs shall be the responsibility of the Contractor. Nothing here shall be construed to prevent the inclusion in the measurement of material dredged for the removal of shoals performed in accordance with the applicable of the paragraph: FINAL EXAMINATION AND ACCEPTANCE in section 00800,1.15.

5.1.4 The material to be dredged was characterized for disposal down to **-53.5** ft. MLW. Material should not be dredged below this depth. Should specific circumstances require the removal of material below **-53.5** ft MLW, the Contracting Officer and the Contracting Officer Representative shall be notified. Potential environmental consequences from dredging below **-53.5** ft MLW could result in violations of the Ocean Dumping Provisions of the Marine Protection, Research, and Sanctuaries Act (33 U.S.C. 1401-1445) and may lead to a federal enforcement action.

5.2 If during the dredging or upon completion of the post-dredging surveys and soundings, materials are found above the required dredging depth of 52 ft below MLW, these materials shall be removed immediately at the Contractor's expense.

5.3 The maximum allowable depth of non-rock material to remain over the rock prior to blasting shall be 1.0 foot.

**5.4 Reprofiling**

Reprofiling of the channel in any area at any time is prohibited.

5.4.1 Bed Leveling (Bar Dragging) to Eliminate Local Pinnacles

Bed leveling (bar dragging) to eliminate local pinnacles in previously dredged areas may be used with the prior written approval of the COR with the following conditions:

5.4.1.1 The bar shall not be dragged into an adjacent contract area or into any adjacent acceptance area that has already been accepted by the USACE.

5.4.1.2 Any material that is deposited into an adjacent contract area, or into an adjacent acceptance area that has already been accepted, which in the opinion of the COR was the result of bar dragging, shall be immediately removed by the contractor at no cost to the USACE.

**5.5 Order and Sequence of Work**

**5.5.1 Interference with Navigation**

5.5.1.1 The Contractor shall minimize interference with the use of channels and passages. The Contracting Officer will direct the shifting or moving of dredges or the interruption of dredging operations to accommodate the movement of vessels and floating equipment if necessary.

5.5.1.2 Acceptance areas 1, 2 and 3a will remain open to traffic, including during rock removal operations.

5.5.1.3 Acceptance areas 1, 2 and 3a shall be maintained at 40ft mlw in areas that are not beneath the dredges or drilling equipment