5.5.1.4 When, as prescribed by the USCG Regulation Navigation Area, vessels over 700ft length over all (loa) need to enter or depart the Arthur Kill via Bergen Point, acceptance areas 1 and 2 and 3a must be restored to 40ft mlw and all plant removed from those areas.

5.5.1.5 Typically 700ft+ loa container vessels arrive via Bergen Point in the morning Monday, Tuesday and in the evening Thursday. These vessels depart in the evening Monday, Tuesday and in the afternoon on Friday, also via Bergen Point. Typically there will be four or five calls by 700ft+ loa tankers per week. These vessels arrive via Bergen Point approximately 1 hour before high tide at the Battery. Departing tankers do not exit via Bergen Point. Historic information on vessel traffic is maintained by the USCG Vessel Traffic Service (USCG-VTS). Vessel transits windows typically take 3 hours. Vessel operations are subject to the USCG's Regulated Navigational Area.

5.5.1.6 The Contractor shall meet at least weekly with representatives of the Army Corps of Engineers, USCG-VTS, pilots and terminal operators to discuss the schedule of upcoming transits of 700ft+ loa vessels for the following two weeks, and to negotiate windows when these transits shall occur.

**5.5.2 Sequence of Work**

Upon the Contractor's receipt of the Notice to Proceed (NTP) work shall commence in Acceptance Area 1.

**5.5.2.1 Acceptance areas 1, 2 and 3a**

**1) Non-HARS Material**

a. Non-HARS dredging shall begin in acceptance area 1. When removal of non-HARS material is complete in acceptance area 1 the Contractor shall proceed to acceptance area 3a to remove non-HARS material.

b. Non-HARS dredging is prohibited anywhere other than acceptance area 1 and 3a until they are complete, unless directed by the Contracting Officer's Representative (COR).

**2) HARS and Rock Material**

a. Removal HARS and rock material covered by non-HARS material is prohibited in an acceptance area until the non-HARS dredging in that acceptance area is complete and accepted.

b. Pre-treatment of rock, including but not limited to blasting, hammering, sawing or other means of mechanically fracturing the rock is prohibited in an acceptance area until the non-HARS dredging is complete and accepted.

c. HARS and rock dredging shall begin in acceptance area 1. When HARS and rock dredging is complete in acceptance area 1 the Contractor shall proceed to acceptance area 2. When HARS and rock dredging is complete in acceptance area 2 the Contractor shall proceed to acceptance area 3a.

d. Dredging of HARS and rock may only be performed in one acceptance area at a time without the COR's permission, except as permitted in 5.5.2.1.2.e and 5.5.2.1.2.f.

e. When the Contractor is prohibited from working in acceptance areas 1 and 2, dredging operations shall move to acceptance area 3a and then to acceptance area 10 (environmental restrictions permitting). Only non-rock dredging shall be performed in acceptance area 3a. The dredging of HARS and rock material shall be performed in acceptance area 10 so long as it is consistent with 5.5.2.2.2.e and 5.5.2.2.2.f. After the restriction is lifted on the current acceptance area the Contractor must return to the acceptance



G007481

G01010 07404

area it was working.

f. When the Contractor begins pretreatment of rock, including but not limited to blasting, hammering, sawing or other means of mechanically fracturing the rock, in acceptance areas 1 or 2, HARS dredging may commence in acceptance areas 2 or 3a.

**5.5.2.2. Acceptance areas 3b, 4, 5, 6, 7, 8, 9, 10 and 11**

**1) Non-HARS Material**

a. When non-HARS dredging is complete in acceptance areas 1 and 3a non-HARS dredging shall be performed in any remaining acceptance area, in any order, so long as environmental dredging windows are not violated.

**2) HARS and Rock Material**

a. After acceptance areas 1, 2 and 3a are accepted by the Government, work shall be performed in the following order: 3b, 4, 5, 6 and 7. Rock work shall only be performed in one acceptance area at a time, except as detailed below.

b. When the Contractor is working in acceptance areas 3b, 4, 5, 6 or 7 and the Contractor is prohibited from working its current acceptance area dredging operations shall move to an adjacent acceptance area immediately to the south of the current acceptance area. After the restriction is lifted on the current acceptance area, the Contractor must ensure that the adjacent acceptance area is restored to its' original controlling depth and then return to the acceptance area it was working prior to the restriction.

c. After the completion of acceptance area 7, HARS and rock work shall proceed in any order in acceptance areas 8, 9, 10 and 11. Rock work shall be performed in only one acceptance area at a time.

d. When the Contractor begins pretreatment of rock, including but not limited to blasting, hammering, sawing or other means of mechanically fracturing the rock, in an acceptance area, HARS dredging shall commence in the next acceptance area or acceptance area 11.

e. Removal of HARS and rock material covered by non-HARS material is prohibited until the non-HARS dredging in that acceptance area is complete and accepted.

f. Pre-treatment of rock, including but not limited to blasting, hammering, sawing or other means of mechanically fracturing the rock is prohibited in an acceptance area until non-HARS dredging is complete and accepted.

g. When blasting is being performed in acceptance areas 3b, 4, 5, 6, 7, 8, 9 or 10, the acceptance area being blasted shall be closed to ship traffic. Only one acceptance area may be closed at a time.

5.6 The Contractor will have a "NOTICE TO MARINERS" published by the Coast Guard prior to the initiation of any disposal activities. The Contractor shall also coordinate all dredging and transportation activities with the U.S. Coast Guard Activities New York, Vessel Traffic Service Branch at 718-354-4191 or facsimile 718-354-4190. Every vessel engaged in the transportation of dredged material shall have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel. These name and numbers shall be kept distinctly legible at all times, and no vessel not so marked, shall be used to transport dredged material, or place dredged material.

Scow Identification and Certification: All scows that will be used, and/or may be used, during this dredging project must be identified prior to the first day of dredging. Scows identified for use on the project must be

certified to be fully operational, mechanically sound, completely seaworthy, and free of leaks or other defects.

**5.7 Floatable Materials:**
All floatable material excavated including but not limited to wood and tires must be disposed at an existing approved upland disposal area. Should the Contractor encounter floatable material, a copy of a letter granting the permission of appropriate authorities to use an existing approved upland area must be submitted to the Contracting Officer and/or his Representative

5.8 The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or the Environmental Protection Agency Inspectors accompany all trips to the placement site to certify compliance with the above

**5.9 New York District (NYD) Certified Inspectors:**

The Contractor must hire USACE, NY District, certified Inspectors of Open Water Disposal of Dredged Material (NYD Inspectors). NYD Inspectors will observe loaded scows at the dredging site, monitor transport of dredged material, and monitor placement activities at the upland site(s), Newark Bay Confined Disposal Facility(CDF) and HARS, artificial reefs, or other ocean placement location. NYD Inspectors will be responsible for ensuring that the requirements contained in these specifications, and any other guidance and requirements provided to the contractor related to dredged material placement, are met. NYD Inspectors will help ensure that placement guidelines, particularly as presented during the pre-construction meeting, and described below, are being followed. NYD Inspectors must be awake and on duty from the time the scow is towed from the dredging site until the scow doors are closed and all reporting requirements associated with each trip have been completed. NYD Inspectors must complete the checklists during each placement trip.

a. A list of NYD Inspectors can be obtained from the USACE Ocean Placement Manager, Dr. Stephen Knowles, at (212) 264-1853. Fourteen (14) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all NYD Inspectors who will be working on the project. The Contractor must furnish NYD Inspector names, companies NYD Inspectors are affiliated with if not independent NYD Inspectors, and the expected duration of employment of NYD Inspectors who will begin service at the start of the project. NYD Inspectors who will be on duty at the beginning of the dredging project must be present at the pre-construction meeting to review placement guidelines and requirements associated with this project. Any NYD Inspectors who begin duty after the first day of dredging must meet with NY District personnel to review placement guidelines and requirements associated with this project prior to working as a NYD Inspector on the project. Notice of replacement NYD Inspectors must be submitted to NY District at least two weeks prior to beginning work, unless illness of a NYD Inspector or other unforeseen event prevents such notification. The Contractor must furnish NYD Inspector names, companies NYD Inspectors are affiliated with if not independent NYD Inspectors, and the expected duration of employment of replacement NYD Inspectors who will work on the project.

b. NYD Inspectors are not allowed to be on duty for more than twelve (12) hours per day. NYD Inspectors must be provided a minimum of eight (8) hours of continuous off-duty time each day to allow appropriate rest to ensure safety and competence. NYD Inspectors must be provided with a designated

bunk space or other suitable sleeping location while working aboard a towing vessel and a suitable location for completing paperwork associated with NYD Inspector duties. The contractor is not permitted to direct the NYD Inspector in completion of NYD Inspector duties/requirements unless specifically requested by NY District. Although NYD Inspectors are financially employed by the Contractor, either directly or through sub-contracting, NYD Inspector duties and requirements are established by NY District. NY District will be responsible for determining whether NYD Inspectors are satisfactorally performing their duties and requirements. NYD Inspector's who do not fulfill their contractual requirement will be removed from the project by the Contract Officer or Contract Officer Representative (COR)

c. The following items, provisions, accommodations, and supplies must be provided for the use of each NYD Inspector working on the dredging contract:

-Legible copy of the permit or contract specifications, as related to scow loading, transport, and dredged material placement;

-A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement;

-an 8" - 12" wide protractor with degrees printed or embossed on the curved surface;

-dividers for scaling distances off of maps and charts;

-scow loading tables for each scow used to transport dredged material;

-a fully operational, handheld laser range finder with a range of at least 1000 feet, and manufactured no earlier than 1998, must be available for use by the NYD Inspector at any time. Spare batteries for the laser range finder must be available at all times;

-access to the towing vessel DGPS, fathometer, and radar;

-fully operable personal cellphones in possession of each NYD Inspector at all times with active phone numbers unique to each phone available for placing and receiving calls at all times. Cell phone numbers must be provided to NY District at the pre-construction meeting;

-a fully operational fax machine must be onboard the towing vessel for use by the NYD Inspector within 2 hours of each placement event at the HARS, or within 4 hours of placement at an artificial reef.

--Any discrepancies or other concerns noted by the NYD Inspector regarding placement activities shall be reported immediately, via cellular phone from the tug, to the KVK Project Office at (201) 433-9232 or 9228 and USACE HARS Manager at (212) 264-1585 or x1853.

Additional items related to the duties of the NYD Inspector may be required at any time during the period of the dredging contract;

**5.10** NYD Inspectors shall submit a report of all placement activities authorized by this contract for each scow of dredged material within **2 hours** of the time of placement at the HARS, reef, or other open-water placement location. NYD Inspectors must complete a **USACE Transportation and Placement**

**Log form (TPLF)** electronically, using the scow monitoring software, or manually if necessary. **Printed copies** of Logs must be faxed to (212) 264-1463, or hand delivered to room 1937 of 26 Federal Plaza within **2 hours** of each placement event. Any discrepancies or other concerns noted by the NYD Inspector regarding placement activities shall be reported immediately (via cellular phone from the tug) to the USACE HARS Manger at (212) 264-1585 or x1853, to the USACE Construction Division POC, and a dredging contractor POC not onboard the towing vessel. NYD Inspectors may communicate with towing vessel captains to help ensure correct placement of dredged materials. However, NYD Inspectors are not authorized to operate towing vessel equipment, and in particular, remotely operated scow control equipment. NYD Inspectors are required to use hand-held laser range finders (required to be aboard all towing vessels used for dredged material placement) to determine the tow lengths used at the time of dredged material placement. NYD Inspectors are required to communicate with the towing vessel crew to obtain information necessary to document the position of the scow at the time placement occurs. In the event of scow monitoring equipment/software malfunction, the NYD Inspector must complete a map of the placement area showing the position of the scow at the time scow doors were first opened, including the distance from the towing vessel to the scow (as determined using the hand-held laser range finder), the towing vessel DGPS position at the time of initial scow door opening, the vessel direction of travel, and the bearing to the scow from the towing vessel. Manually prepared maps, if necessary, associated with an ocean placement trip, should also be faxed to NY District with the TPLF and other required documents. If TPLFs (electronically or manually produced) and any other required placement documents are not received within **2 hours** of each placement event, scows may be directed to standby at the dredging site until all items have been received at NY District. TPLFs and other paperwork associated with placement trips to artificial reefs must be received within 4 hours of placement.

### 5.11 Digital Photography of Loaded Scows

Each scow loaded with dredged material must be clearly photographed with a working digital camera by the NYD Inspector after loading, prior to transport away from the dredging site. Flash photography must be used if darkness or other conditions require supplemental illumination. The contractor will be responsible for ensuring that sufficient lighting is provided, as required, such that the digital photographs taken by NYD Inspectors clearly show the type of dredged material within the loaded scows, regardless of weather conditions or time of day. At least one photograph is required, however, additional photographs may be required to document the characteristics of the dredged material, and the condition of the scow. The minimum resolution required for each photograph is 1200 x 1600 pixels. Digital cameras used for the photography must be capable of both wide and narrow angle photographs. Photographs must be digitally imprinted with the date and time of each photograph, the trip number, and the scow identification. Each clearly visible digital photograph, taken by NYD Inspectors, of every loaded scow prior to it leaving the dredging site, must be submitted to ADISS for posting on the ADISS website. CDs with digital photographs must be submitted to the U.S. Army Corps of Engineers, NY District, Operations Division, Dredged Material Management Section, Room 1937, 26 Federal Plaza, New York, NY 10278-0090, at least once per week of the dredging project.

### 5.12 Specific Placement Grid Details And Additional Placement Guidelines

More detailed placement guidelines and specific placement grid information

will be provided prior to commencement of dredging, particularly at a pre-construction meeting of the dredging contractor and Corps. Additional placement guidelines and modifications may be provided to the dredging contractor at any time during the dredging contract.

**6. Dredging and Disposal of "Non-rock materials" Unsuitable for placement at the HARS**

6.1 The "non-rock" dredged material is composed of the material identified in para. 2.2.1.2 item numbers 1 through 5 that are deposited within the dredging limits as shown on the contract drawings is considered unsuitable for placement at the HARS.

These dredged materials shall be disposed of at the disposal site(s). The Contractor Quality Control (CQC) personnel, the Contracting Officer Representatives, and USACE certified Dredge/Disposal Inspector shall jointly determine the character of materials to be disposed of at the non-ocean placement site or designated upland disposal sites.

Upon completion of dredging of non-rock material Unsuitable for HARS placement with the environmental bucket, the contractor shall notify the contracting officer for a final inspection to ensure all up-land material that can be dredged with the environmental bucket has been removed.

These dredged materials shall be disposed of at the disposal site(s). The Contractor Quality Control (CQC) personnel, the Contracting Officer Representatives, and USACE certified Dredge/Disposal Inspector shall jointly determine the character of materials to be disposed of at the non-ocean placement site or designated upland disposal sites.

The Corps Certified Inspector shall complete the dredge & placement log for dredged material unsuitable for HARS placement and submit it with the daily CQC report.

**6.2 Offloading, Processing And Disposal Facilities**

1) The bidders shall identify with their bids the Offloading, Processing and Disposal Facilities or site(s) for the non-ocean placement site(s). The Contractor shall submit a schedule and the anticipated quantity to be placed at the disposal site(s).(See Section 00800).

2) The following site shall be the only non-ocean placement site used for Item Number 0003.
Disposal Site: Newark Bay Confined Disposal Facility (NBCDF)
Operator: Port Authority of New York and New Jersey
Location: Newark Bay
Point of contact: Mr. James Cleary
Phone Number: 212 435-4270

The Contractor will be required to pay a management fee of $36.75 per cubic yard disposed at the NBCDF. Placement of non-rock and non-HARS Materials at the Newark Bay Confined Disposal Facility (NBCDF)shall be at the direction of the Contracting Officer or the Contracting Officer's Representative. Placement of the non-rock material "Unsuitable for placement at the HARS" at the NBCDF will be directed on a "scow by scow" basis. See the NJDEP/NYDEC Federal Consistency Determination/Water Quality Certification, which accompanies.

All other payment to the Port Authority of New York & New Jersey shall be in accordance with the requirements specified in the NBCDF Final Operation and Management Plan.

6.3 Any non-rock material capable of being removed using an "environmental" bucket shall be removed with an "environmental" bucket to refusal. The defining characteristics of environmental bucket are as follows:

a. The bucket shall be provided with welded steel covers and rubber seals specifically designed and installed by the bucket manufacturer to minimize leakage from the closed bucket.

b. The closed bucket shall be equipped with vertical side plates, with rubber seals, which overlap or some method to reduce sediment loss at closure and shall act as an enclosure to eliminate redeposit of soil from the bucket.

c. The bucket shall be equipped with a switch, with signal light in the control station, to verify bucket closure and seal.

d. The bucket will be designed to produce a flat cut and to minimize resuspension during closing and lifting.

A shop drawing of the contractor's bucket shall be provided to the Contracting Officer for approval prior to the commencement of dredging.

6.4 No dredging operations shall be done unless the Dredge/Disposal Inspector, approved by the Contracting Officer or Contracting Officer Representatives (COR)+, is present. The Inspector shall visually inspect the dredged material and take photographs or videos to document the conditions of the dredged material.

6.5 For the purpose of progress payment, the Contractor shall perform bathymetric surveys immediately following removal of debris and prior to removing any non-rock material destined for the upland disposal site to determine the contract dredged volume of non-rock materials disposal at the upland disposal facility. The contract volume is derived from volume calculations taken from a pre- and post-dredge bathymetric surveys based upon in-situ non-rock sediment at the origin of dredge site. Refer to Section 00800, Quantity Surveys.

6.6 When working in non-rock dredged material, the Contractor shall employ the following best management practices:

1) No barge overflow shall be permitted during the dredging and transport of any non-HARS dredged material(non-rock unsuitable for placment at the HARS).

2) Dredging of non-rock materials shall be accomplished using a closed "environmental" bucket. Dredging of consolidated "new work" material is not subject to this equipment restriction, but shall be accomplished using best management techniques to minimize the suspension of sediment.

3) Dredged material shall be placed deliberately in the barge in order to prevent spillage of material overboard.

4) The dredge shall be operated so as to maximize the bite of the environmental bucket. This will reduce the amount of free water in the dredged material and the number of the bites required for completing the job.

5) To minimize the loss of material during the excavation the environmental bucket lift speed shall not exceed 2 feet per second.

6) All barges or scows used to transport sediment shall be of solid hull construction or be sealed with concrete, except for material permitted for subaqueous disposal.

7) Should decanting of water from barges be required before disposal, PANYNJ will make berthing area(s) available for dewatering purpose (See Sections 00903 and 00902).

The Contractor may use the berthing area located in
Port Newark
Berth 63, easternmost 400 feet.
Gregory Bulthaupt (973) 690-3482

The Contractor may use the berthing area as designated by the Contracting Officer for this project unless otherwise directed by the Contracting Officer. **Berth 63** is the dewatering site designated for this project. The berth area can be used for settling and decanting (into the decant barge)and all decant water shall be discharge into the contract area (S-KVK-2. The point of contact at is Mr. Gregory Bulthaupt Tel:(973)690-3482.

All operation and management rules shall be in accordance with the requirements specified in the State of New Jersey Water Quality Certificate (WQC)/Federal Consistency and NY WQC(See Section 00902).

The Contractor can identify an alternate site for the decanting water scows. All Decant water shall be discharge into the contract area (S-KVK-2). Contractor shall submit with his bid the location and point of contact for the decant water holding scow site location. Decant water holding scows and decant water discharge shall be in accordance with but not limited to the New York DEC Water Quality Certification and the New Jersey DEP Federal Consistency Determination/Water Quality Certifications.

6.7 The Contractor shall submit a schedule for placement of non-rock dredged material at the disposal facility to the facility's Point of Contact and to the Contracting Officer's Representative at least 30 calendar days prior to the commencement of the dredging of said material. The schedule shall indicate the anticipated flow of material.

6.8 The towing vessel captain is responsible to ensure, prior to the departure of the towing vessel from the dredge site, that the forecasted weather and sea conditions at the expected time of arrival at the disposal facility will allow for safe conditions. If upon arrival at the disposal site facility, prevailing conditions are such that deviation from the operating procedures of the disposal facility is necessary to ensure the safety of the operation, the responsibility for the determination of a minimum safe speed for the towing vessel, and a minimum safe distance will rest solely with the captain of the towing vessel.

6.9 The Contractor shall be responsible for the transport of dredged material and the tie-down of the scow to the designated location identified by the disposal operator. The Contractor is required to take all necessary precautions for the safety of, and to provide necessary protection to prevent damage, injury or loss to any person or property, including but not limited to: a) All employees of the Contractor, public, and other persons and entities who may be affected by thereby; b) the physical structure(s) in

surrounding the navigation channel; and c) other property at the upland disposal facility, including piers, docks, berths, vessels, markers, lights, buoys, and other structures.

**6.10 Dredging of Hard Material**

Excavation of hard material (material that cannot be dredged by the environmental bucket) shall be performed by mechanical dredging only. Hydraulic dredging will not be permitted. Hard material shall be placed in scows and transported to the upland disposal site or disposal facility designated by the Government.

6.11 The dredging and placement logs for dredged material Unsuitable for placement at the HARS shall be completed and attached to the Contractor's daily CQC report and submitted on a daily basis.

6.12 The USACE certified dredge Inspector shall verify acceptance of the dredge material unsuitable for the placement at the HARS from the upland facility at the time of arrival.

**7. PLACEMENT OF DREDGED MATERIAL AT OPEN-WATER PLACEMENT SITES**

**The following requirements are applicable for the towing of vessels containing Dredged Materials.**

The American Bureau of Shipping (ABS) load lines will be required for all Contractors or its authorized dredging or towing contractor using unmanned dump scows towing and heading for the HARS or reef placement site beyond the US Boundary lines. Plimsoll mark disk and Load lines shall be painted and maintained to be clearly visible on the scow.

The Tug captain shall be informed of any temporary repairs made to the scow prior to departure.

Scows shall not be overloaded relative to its appropriate A-B Load Line. Appropriate A-B Load Lines (draft) shall be included on the USACE-TPL. The NYD Inspector shall mark compliance with respective load line on USACE-TPL along with draft aft and draft forward readings. Photographs should be taken of the loaded scow's plimsoll mark disk and respective load line prior to its towing. These shall be submitted with the USACE-TPL.

Timber matting shall be placed in the loading area of the scow and maintained to prevent punctures from falling or shifting rock. The extent of the timber matting shall be identified on the scow so that they are visible to the Dredge Operator or the Contractor shall have a person present to assist the Dredge Operator during the loading procedure. The Quality Control Manager shall assign a person other than the Dredge Operator to perform a quality control function to insure scow are loaded properly.

Loads should be distributed within the scow and water introduced into the scow during the loading process shall be kept to a minimum.

**The following requirements are applicable for Dredged Material Placement Protocol for the HARS,**

All non-rock dredged material overlying the sand and gravel that is capable of being dredged with an "Environmental" Bucket shall be removed **with**

**an "Environmental" Bucket.**

All of the provisions, guidelines, requirements, and instructions (PGRIs) in this section of the contract specification must be completed/complied with before any dredged material may be placed at a designated ocean placement site. Many of the PGRIs must be completed/complied with prior to the start of dredging. Any misplaced dredged material deemed to constitute a potential hazard to navigation by the Corps will be the sole liability of the dredging contractor to remove, as directed by the Corps. This would include, for example, placement of dredged material in a navigation channel that results in a mound or causes an area of shallower water within the channel; or any dredged material placed above a permitted depth associated with an artificial reef. The dredging contractor will assume all expenses and liabilities associated with creating mounds of dredged material above a permitted depth at an artificial reef site and expenses and liabilities associated with bringing such mounds below permitted depths.

**7.1 Personnel Notification:** This section of the contract specification must be provided to all contractor personnel working on any aspect of open-water placement of dredged material associated with this project, including personnel loading scows at the dredging site, personnel working on scows at the dredge site, personnel onboard towing vessels at the dredging site or while towing scows, including USACE NY District certified Inspectors of Open Water Disposal of Dredged Material (Corps Disposal Inspectors (NYD Inspectors)), and personnel aboard scows being towed. All personnel associated with loading of scows, transportation of dredged material, and placement of dredged material must be familiar with the guidelines and requirements contained in this portion of the contract specifications. Prior to the start of dredging, the contractor must submit a letter to the NY District listing the name, position title, and job description of each person who will be working on the towing vessels used to transport dredged material, each person who will be loading the scows with dredged material at the dredging site, and anyone else involved with scows at the dredge site or while being towed to the designated placement location. This letter must include verification that each person has been provided a copy of this portion of the contract specification, has read this portion of the contract specification, and understands the requirements described in this contract specification as related to their job duties. Additional guidelines and directives may be provided at any time during the duration of the dredging project and will become part of the contract specifications.

**7.2 Ocean Placement Locations:for HARS suitable material and ROCK**
The Government has identified the Historic Area Remediation Site (HARS) for placement of dredged material, approved for ocean disposal, removed under this contract. However, barges that contain less than 25% non-rock material (i.e., vessels which contain 75% or more rock material) should not be transported to the HARS. (Non-rock material is defined as material that is less than 2.5 inches in diameter.)

**7.2.1 HARS**
The Contractor shall perform dredged material placement at specific locations within the HARS,defined by the following perimeter coordinates:
(40° is 40 Degrees)

| Point | LatitudeDMS | LongitudeDMS | LatitudeDDM | LongitudeDDM |
|---|---|---|---|---|
| B | 40° 25' 23" N | 73° 53' 34" W | 40° 25.38' N | 73° 53.57' W |
| D | 40° 25' 22" N | 73° 52' 08" W | 40° 25.37' N | 73° 52.13' W |
| F | 40° 23' 13" N | 73° 52' 09" W | 40° 23.22' N | 73° 52.15' W |

| | | | | |
|---|---|---|---|---|
| G | 40° 23' 13" N | 73° 51' 28" W | 40° 23.22' N | 73° 51.47' W |
| H | 40° 22' 41" N | 73° 51' 28" W | 40° 22.68' N | 73° 51.47' W |
| I | 40° 22' 41" N | 73° 50' 43" W | 40° 22.68' N | 73° 50.72' W |
| L | 40° 25' 22" N | 73° 50' 44" W | 40° 25.37' N | 73° 50.73' W |
| N | 40° 25' 22" N | 73° 49' 19" W | 40° 25.37' N | 73° 49.32' W |
| O | 40° 21' 35" N | 73° 49' 19" W | 40° 21.58' N | 73° 49.32' W |
| Q | 40° 21' 36" N | 73° 52' 08" W | 40° 21.60' N | 73° 52.13' W |
| T | 40° 22' 08" N | 73° 52' 08" W | 40° 22.13' N | 73° 52.13' W |
| U | 40° 22' 08" N | 73° 53' 34" W | 40° 22.13' N | 73° 53.57' W |

DMS = Degrees, Minutes, Seconds
DDM = Degrees, Decimal Minutes

7.2.2 The Contractor will also use exact placement criteria set by the New York District Corps of Engineers. All placement of dredged material within the HARS will occur in strict accordance with the guidelines and locations attached to these specifications, and any future updates when provided by USACE, particularly at the pre-construction meeting.

7.2.3 All non-rock material approved for ocean disposal, excluding floating debris and trash, shall be transported to the HARS, unless otherwise directed.

**7.2.4 Rock**

1)The Government has identified the **Axel Carlson Reef** for placement of dredged rock (i.e., vessels that contain 75% or more rock material) that is approved for ocean disposal.

The rock material to be dredged, exclusive of all floatable material, will be disposed of at the Reef Site in New Jersey State. The artificial reef site is located approximately~60 statute miles from project area to southern end of Axel Carlson Reef (point"A"to point"B" through KVK, Ambrose Channel and ocean waters),(see map in section 00903)

POINT "B":
latitude 39 degrees 59.984 minutes
longitude 74 degrees 0.133 minutes

Note: The coordinates of the exact location of the grid used for placement of dredged material at the HARS and artificial Reef will be provided during the pre-construction meeting and may be changed at any time during the dredging project.

2)For optional **item CLIN 0004**
The Contractor shall place 3500 cy of dredged rock material within specific locations defined by the following perimeter coordinates (Degrees, Decimal Minutes) on a Scow by scow basis as directed by the COR:

| Sample Location | LON_X | E | LAT_Y | N |
|---|---|---|---|---|
| HS Reef 1 | 74.0580 | (968135) | 40.5640 | (144762) |
| HS Reef 2 | 74.0573 | (968329) | 40.5635 | (144580) |
| HS Reef 3 | 74.0565 | (968552) | 40.5639 | (144726) |
| HS Reef 4 | 74.0571 | (968385) | 40.5644 | (144908) |

The Contractor shall place rock at this location that complies with the following criteria:

The Contractor shall submit a plan for the rock placement which shall include the method of placement and equipment to be used

Refer and use section 02900 paragraph 7 and all applicable sub-paragraphs for general conditions for open water placenta.

The coordinates of the exact location of the grid used for placement of the artificial reef and new reef will be provided during the pre-construction meeting and may be changed at any time during the dredging project.

**7.3 General Requirements: ALL PLACEMENT ACTIVITIES MUST BE RECORDED, AND REQUIREMENTS ADHERED TO, AS SPECIFIED BELOW.**

a. Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor must notify the New York District USACE by telephone. Calls regarding departures must be made to the Dredged Material Management Section at (212) 264-1853 or 5620. The Contractor must furnish the Contractor name, project name, Inspector name and estimated time of departure.

b. The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or Environmental Protection Agency employees and other invited representatives accompany all trips to the placement site to observe placement activities and/or certify compliance with any contract specifications or environmental regulations.

c. The Contracting Officer, or his authorized Representative, must give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard two hours prior to departure of a vessel from port. Telephone calls must be made to (718) 354-4088.

d. NYD Inspectors must submit reports of all placement activities authorized by this contract on the basis of one report for each scow of dredged material within 2 hours after each placement event. Reports must be printed from the scow monitoring software aboard the towing vessel and must be transmitted via a cell phone link with the scow monitoring software, and faxed to NY District at (212) 264-1463. If the electronic form can not be printed, a hand written form must be completed and submitted. Individual trip reports must utilize the USACE Transportation and Placement Log Form (TPLF), which must be fully completed electronically on board the towing vessel, or manually if equipment failure prevents electronic completion. Any discrepancies or other concerns noted by the NYD Inspector regarding placement activities must be reported immediately, via cellular phone from the tug, to the USACE Ocean Placement Manager at (212) 264-1585 or (212) 264-1853, the towing vessel captain, the dredging contractor POC not onboard the towing vessel, and the Contracting Officer and/or his Representative. These personnel are termed the "Notification List". Telephone numbers of personnel on the Notification List must be supplied to all NYD Inspectors working on the dredging project. Reports of discrepancies must also be faxed by the NYD Inspector as soon as possible to (212) 264-1463 and (NY District contract manager). In addition to the TPLF, a checklist must be completed for each ocean placement trip. Any items receiving a "NO" answer are considered discrepancies and must be reported immediately to the Notification List. Discrepancies that must be noted by the NYD Inspector on the TPL form and checklist and must be reported immediately to the Notification List include, but are not limited to, the following items

-A scow has a mechanical problem, a leak, or visible damage that may cause leaking.

-A scow contains more than the maximum volume allowed for placement during a single trip.

-A scow has a noticeable list

-A trail of leaking dredged material is visible behind the scow

-A scow monitoring system (ADISS, ADISSPlay, and ADISSLt) is not functioning properly

-Fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct NYD Inspector duties are not present or are not fully functional.

-Scow draft pressure varies more than 20 points, or 1.5 feet of draft, from the value at the dredge site.

-A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is observed.

-Any water depths observed anywhere within an artificial reef boundary within 15 feet of the permitted water depth at the reef, or within 15 feet of a depth specified by NY District.

-Placement occurred in the incorrect grid cell

-Any placement outside of the designated placement grid, including locations within the HARS, the HARS Buffer Zone, shipwreck Buffer Zones, the HARS No-Discharge Zone, and all areas outside of the HARS.

-Any placement outside of the designated artificial reef boundary

NYD Inspectors should check each item as appropriate, at the dredging site, while underway to the placement location, during placement, and following placement. Copies of the checklist must be completed by NYD Inspectors during each placement trip, signed and dated by the NYD Inspector, and submitted to the NY District on a weekly basis. Any discrepancies must be recorded on the TPLF or a separate report. Separate reports must include the name of the NYD Inspector, the date and time of the incident, and a detailed description of any discrepancy. These supplemental reports must be submitted at the same time TPLFs are submitted.

e. Contractor must receive grid coordinates for the placement location at the HARS before dredging starts; usually at the pre-construction meeting. Individual grid cells may be as small as 100 feet wide and 200 feet long. Placement must be made while towing scows in the direction of the longest grid cell dimension, unless otherwise directed by the NY District. All placement events must be recorded and signed by the master of the tow. Copies must be submitted to the U.S. Coast Guard no later than the fourth day after each week of activity. The Coast Guard address is:

Captain of the Port of New York
212 Coast Guard Drive
Staten Island, New York 10305

f. Every vessel engaged in the transportation of dredged material must have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel.

These names and numbers must be kept distinctly legible at all times, and vessels not so marked, cannot be used to transport or dump dredged material

**7.4 Placement of Dredged Material Suitable for Ocean Disposal, General:**

a. A National Marine Fisheries Services-approved Observer, at the Contractor's expense, must be aboard the tug transporting a loaded scow to the ocean placement sites. The observer will have the responsibility for determining the presence of endangered species (sea turtles and whales) during transit to, and upon arrival at the location for all placement activities. Upon arrival at the placement site, placement of dredged material may occur only if no specimens of endangered species are observed to be present within a 0.25 nautical mile of the placement site. If endangered species are observed to be present within 0.25 nautical mile of the designated placement location, then the placement of dredged material must not occur. Placement of the dredged material may occur only when the observed animals have moved outside the 0.25 nautical mile zone around the designated placement location, or have completely departed the site. In all such cases where whales or sea turtles have been encountered, the observer must submit a written report incorporating the following information: animal type (Whale or sea turtle); the specific species (if known); the date, time and location of the sighting (latitude, longitude); approximate distance away from the vessel and scow/barge; number of individuals observed; behavior (feeding, nursing, migrating, etc.,). If a NYD Inspector is to be used for this function, he/she should possess or acquire, prior to the initiation of the project, valid certification from the National Marine Fisheries Service or other accredited agency of training on techniques for identifying species, and preparing applicable reports for instances where endangered species are encountered. Twenty-one (21) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all NMFS Observers who will be working on the project. The Contractor must furnish Observer names, companies Observers are affiliated with if not independent Observers, and the expected duration of employment of Observers who will begin service at the start of the project. NYD Inspectors who are also NMFS Observers may fulfill the duties of both positions.

b. The towing vessel captain and the NYD Inspector must jointly determine and agree, prior to the departure of the towing vessel from the dredging site, that the forecasted weather and sea conditions at the expected time of placement of dredged material within the HARS or artificial reef site will
**1) allow for the safeguard of personnel and property during the towing operation and full release of material from the scow at the designated location** and
2) not result in a loss of dredged material from the scow due to waves breaking in the scow. If weather/sea conditions will not permit placement of dredged material at the designated grid cell, the scow must not be towed from the dredging site until conditions improve and allow safe and accurate dredged material placement.

c. The distance between the towing vessel and the placement scow when placing the dredged material must be noted by the NYD Inspectors on the TPL form used to document each trip. A hand-held laser range finder, manufactured no earlier than 1998 and rated to measure accurate distance to at least 1000 yards, must be aboard each towing vessel for use in determining the distance between the towing vessel and placement scow.

d. DGPS navigation and fathometer equipment must be present and fully operational on board the towing vessel and must be calibrated periodically in accordance with the manufacturer's guidelines. The instrumentation must also conform to current industry standards. Re-calibration of the instrumentation will be required in instances where major modifications to the towing vessel have been made. Specific documentation certifying the accuracy of instruments may be requested by the USACE. Fixed aids to navigation, with known latitude-longitude coordinates, should be used periodically to double-check the accuracy of navigation equipment. Likewise, locations with a known depth and stable bottom should be used to periodically double-check accuracy of fathometers.

f. Scows may not be transported from the dredging site for offshore placement of dredged material unless the tugs DGPS navigation system, scow monitoring equipment and software, tug fathometer, hand-held laser rangefinder, scow radio-control system (if used), digital camera, and backup radio on scow(if scowman is used) are all in full working order and provide correct information. However, if scow monitoring contractor personnel are servicing/repairing the primary scow monitoring equipment, the backup scow monitoring equipment may be used, and an affected scow may be transported for ocean placement. The backup scow monitoring equipment must only be used on two consecutive placement trips of a scow. The backup scow monitoring equipment and software is an emergency backup to the primary scow monitoring equipment and must not be routinely used.

**7.5 Protocol for Placement of Dredged Material at Open Water Sites:**

To help ensure proper placement of dredged material at the Historic Area Remediation Site (HARS), the following placement protocol must be followed:

When NYD Inspectors place the notification telephone calls, they must state their name, the dredging project they are serving as a NYD Inspector on, the name of the towing vessel, the date, the time, and a brief description of the checklist item and the reason for the "NO" answer(s) for any checklist items (Note: This subject checklist [Parts A through C] is located under Part 7.5(p) of Section 02900).

a. Prior to leaving the dredging site, scows must be inspected to ensure correct operation of mechanical features. Scows must also be inspected for the presence of any conditions that may cause navigation problems. The scow radio-control system (if used on the project) and the Primary and Backup systems must be inspected for correct operation. A hand-held laser range finder, with a range of at least 1000 feet, manufactured no earlier than 1998, must be carried aboard each towing vessel. Hand-held laser range finders must be tested prior to departure from the dredge site. If any problems with the scow, radio-control system, Primary and Backup scow monitoring systems, video camera, or laser range finder, are encountered, corrections must be made before offshore transport of the scow may proceed, except when scow monitoring contractor personnel are onboard or attempting to fix a scow monitoring problem, in which case placement would proceed using the Backup scow monitoring equipment. However, the backup scow monitoring equipment/software must not be used on more than two consecutive placement trips.

b. Scows must be inspected for the presence of any conditions that may cause potential leakage. Prior to loading an empty scow at the dredging site, the empty scow must be inspected for presence of large dents or visible holes.

Any visible holes must be repaired prior to placing any dredged material in the scow. Dents must be closely examined to ensure that a hole is not present, or that the hull strength is not compromised. The juncture of the two split hulls, when the scow is closed, must form a straight line and the rubber gasket must form a tight seal. Damage to the rubber seal or juncture must be repaired prior to loading the scow. Scow draft/pressure values at the dredging site at the time the scow is towed away for open-water placement must be recorded on the TPL form by the NYD Inspector. Scow draft/pressure values must also be recorded 30 minutes after departing the dredge site. Scow draft/pressure values at the designated placement location, just prior to scow door opening, must also be recorded on the TPL form by the NYD Inspector.

c. Scows must be observed for potential leaking of dredged material, as indicated by visible turbidity plumes (muddier water) behind the scow, or significant change in the scow draft (more than 1.5 feet). The scow draft pressure values, or actual draft values displayed by the scow monitoring software, at the start of the trip and just before scow opening, must be recorded on the TPLF for every trip, regardless of the values or variability. Scows exhibiting draft changes of more than one foot may be leaking. A gradual increase or decrease in scow draft of more than one foot may indicate leakage, and must be noted on the TPLF, and also must be reported to the Notification List immediately. If the scow has not reached the Verazanno Narrows bridge, the scow must be towed back to the dredging site to determine the cause of the change in draft. If the scow is seaward of the Verazanno Narrows bridge, the scow may be transported to the designated placement location. In this case, the scow draft should continue to be highly scrutinized for the possible need for emergency procedures. If a situation arises that requires emergency dumping of dredged material, all reasonable efforts to dump outside of navigation channels must be made. Steady, gradual changes in scow draft may also indicate that dredged material is leaking from the scow, or water is leaking into the scow's hull. If gradual draft changes appear to occur regularly, the scow must be examined to determine if a leak is present.

d. After ensuring that all inspections have been performed at the dredging site, and compliance with all provisions and guidelines associated with scow loading and use has been met, scows must be brought to the designated grid cell, or coordinates, of the HARS, or other designated placement location, using the DGPS navigation systems of the tugboat and the scow monitoring software onboard the tugboat. Placement in the appropriate location, and scow draft immediately prior to scow door opening, must be documented by the NYD Inspector using the scow monitoring software while the scow position and draft information are monitored automatically by the ADISS system. Scows should be towed no faster than 2 knots, unless weather/sea conditions require higher speed to maintain safe and reliable navigation. Lengths of towlines should be no longer than 200 feet, unless weather/sea conditions require longer tow lengths to maintain safe and reliable navigation. Regardless of the conditions at the time of placement, tow lines must not be longer than 500 feet at the time of placement. NYD Inspectors must measure the distance from the towing vessel to the scow at the time of placement using the hand-held laser range finder and record the value on the TPL form.

During each trip to the HARS and/or reef, the dredged material contained in a scow must be able to be placed within individual grid cells as small as 100 feet wide and 200 feet long. Dredged material must never be placed outside of designated grid areas of the HARS or artificial reefs.

e. If the Primary scow monitoring equipment/software does not show reliable

DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, the Backup scow monitoring equipment/software must be used to locate the placement site and estimate the scow position during placement. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. Vessel navigation must be maintained in the direction of the maximum grid dimension for all placements, to the greatest extent possible. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor with the 90 mark pointing directly behind the towing vessel in line with the vessel track line(wake). A pencil must then be used to point at the scow, to the left or right of the 90 mark, to determine the angular displacement off of the towing vessel track line, recorded as degrees to the left or right when sighting the scow, rounded to the nearest 5. Scows directly behind the tug would be reported at 0 angular displacement. (a scow displaced 10 to the left of the 90 mark on the protractor would be reported as 10 left, etc.) This angle must be recorded on the TPL form, along with the following information if this option is used:

1) Coordinates of the tug at the start and end of placement
2) Length of tow line (distance from tug stern to scow bow)
3) Angular displacement of scow from trackline of tug
4) Estimate of lateral displacement of scow from the towing vessel trackline
5) Estimated longitude and latitude of scow at time of door opening and closing

The lateral displacement may be estimated by the following formula (for angular displacements up to 20):

displacement = towlength x sine of angular displacement

The following values of sine may be used:

5 degrees of angular displacement - sine = 0.087
10 degrees of angular displacement - sine = 0.174
15 degrees of angular displacement - sine = 0.259
20 degrees of angular displacement - sine = 0.342

For example, when using a 200 foot towlength, a scow is observed to track 15 degrees to the right of the tug trackline. The estimated displacement of the scow is

200 feet x 0.259 = 52 feet

This means that when plotting the scow position on a map of the placement area, the scow would be plotted ~50 feet to the right and ~200 feet behind the position of the tug. The errors in estimating increase with longer towlengths. Because of this, it is critical to maintain as short a towlength as possible if the Backup scow monitoring equipment/software or tug's DGPS navigation system is used for placement. Perimeter grid cells are not permitted for use if Primary scow monitoring equipment/software is not functioning. The closest adjacent grid cell toward the center of the grid must be used.

f. If neither the Primary nor Backup scow monitoring equipment/software show reliable DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, or weather/sea

conditions prevent reliable maneuvering of the scow, the tugboat DGPS must be used to position the scow at the center of the grid, or other backup location in the grid as specified by NY District. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor. This angle must be recorded on the TPL form, along with the following information if this option is used:

1) coordinates of the tug at the start and end of placement
2) length of tow line (distance from tug stern to scow bow)
3) angular displacement of scow from trackline of tug
4) estimate of lateral displacement of scow from the towing vessel trackline
5) estimated longitude and latitude of scow at time of door opening and closing

g. If weather and/or sea conditions prevent reliable measurement of towing distance using the hand-held laser range finder, the towing vessel's radar must be used to determine the distance and bearing to the scow.

h. If neither the Primary nor Backup scow monitoring systems, nor the tugboat DGPS systems, provide navigation coordinates, the scow must be brought to a suitable location for correction of navigation problems. Placement of dredged material is not allowed if a reliable DGPS system is not providing coordinates at the time of scow door opening.

i. The grid center, or other backup placement location, will only be used if steps (d) and (e) are attempted without success, or when inclement weather/sea conditions prevent reliable maneuvering of the scow. The grid center should not be used if inclement weather conditions persist. Placement at the grid center is an emergency procedure. Regardless of the size of the grid, the scow must be towed with a length of towline such that, at the time of placement, both the scow and towing vessel are both within the grid boundary. If the Primary scow monitoring system fails after leaving the dredging site, the scow must not be used again until a fully operational Primary scow monitoring system is installed. However, if scow monitoring contractor personnel are onboard or on their way to the transporting vessel to service/repair the Primary scow monitoring system, the scow may be used to transport dredged material while using the Backup system. The Backup system may be used for up to two consecutive placement trips while awaiting contractor personnel to service the equipment. No more than two consecutive trips to ocean placement sites may be made without the Primary scow monitoring equipment/software fully functioning.

j. If radio communication with the scow is lost, preventing operation of radio-controlled scows, placement must not occurs until the system is repaired. Voice contact, through radio or direct communication, must be maintained with a scow man, or other personnel, who is riding aboard a scow, for the duration of the placement trip. Scow opening must only occur when a direct, voice command has been given to personnel aboard the scow, or when radio communication with radio-controlled scows is maintained. If the scow's engine can not be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated placement position if the scow's engine is started. Past use of radio-controlled scows revealed that manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to

be completed, causing the scow to dump at the location of engine startup. Any problems with a radio control system must be fixed prior to subsequent use of the scow. The NYD Inspector must note on the TPL form any time the radio-controlled scow system malfunctions and manual discharge is required, and immediately notify the Notification List.

k. A primary and backup radio must be onboard all manned scows, along with backup power supplies. Hand signals must never be used to direct the scowman regarding scow opening/closing. All personnel aboard scows, or who may board scows while transporting dredged material, must be informed that discharge of dredged material will only be allowed while voice communication is maintained.

l. To help ensure that dredged material is transported and placed at the HARS in accordance with the guidelines described above, the following checklist has been prepared. Items in the checklist must be reviewed by the NYD Inspector at the dredging site, while underway, and at the HARS. Any item on the checklist that receives a "NO" answer must be reported immediately to the Notification List. If the "NO" answer is related to the scow monitoring equipment and/or software, the scow monitoring contractor must also be notified immediately. These discrepancies must be noted on the TPLF associated with the trip using the letter-number code associated with each item. Each placement trip to the HARS must use a checklist, to be completed by the NYD Inspector working aboard the towing vessel, using the scow monitoring software or by hand. A supplemental report must be filed and faxed to NY District at (212) 264-1463 if space on the TPLF is not sufficient to explain the discrepancy. The first time a "NO" answer occurs, the notification list must be notified. However, if the same item continues to receive "NO" answers, telephone calls should not be made until the problem is corrected, or if more than three additional trips occur without the deficiency being corrected.

Checklist copies must be signed and dated by the NYD Inspector and placed in a file. All original, signed checklists associated with this project must be submitted to the NY District on a weekly basis for the duration of the project. Checklists must be hand delivered or mailed to:

U.S. Army Corps of Engineers, NY District
Dredged Material Management Section
Room 1937, CENANOP-SD
26 Federal Plaza
New York, NY 10278-0090
Attn: Dr. S.C. Knowles

m. Original copies of TPL forms for each trip to the HARS, signed and dated by the NYD Inspector on duty during each trip, must be submitted to the Dredged Material Management Section at the above address at the completion of the project, or after a NYD Inspector has discontinued working as a NYD Inspector on the project, either temporarily or permanently.

n. If the NYD Inspector answers "NO" to any item in Part A, dredged material must not be transported from the dredging site until any discrepancies have been corrected. Only after all requirements have been met, equipment/supplies are operable and available, required information has been supplied, etc., as indicated by the NYD Inspector being able to answer "YES" to all items, is dredged material allowed to be transported from the dredging site.

o. Two exceptions to this exist: 1) If a backup scow is used, it should be

noted on the TPL form, but normal placement can continue. 2) When the the Primary scow monitoring systems are malfunctioning, dredged material may be transported from the dredging site if scow monitoring contractor personnel are onboard to fix/service the equipment, or if the Backup scow monitoring system is functioning. If any of the items in Part A answered "NO" by the NYD Inspector, the Notification List must be contacted immediately, even if contractor personnel are onboard the towing vessel. Telephone numbers of personnel on the Notification List must be supplied to all NYD Inspectors working on the dredging project. Reports of discrepancies or unusual events must also be faxed by the NYD Inspector as soon as possible to (212) 264-1463 and other numbers if required by NY District. Discrepancies must be noted on the TPLF using the code letter/number associated with each item in the lists. A supplemental report must also be faxed if the incident can not be adequately documented on the TPLF.

p. Parts B and C of the checklist pertain to activities/requirements of NYD Inspectors while underway to the designated placement location and at the placement location, respectively. All of these items must be verified by the NYD Inspector aboard the transportation vessel. If any of these items are answered "NO" by the NYD Inspector, the Notification List must be contacted immediately, and any supplemental reporting completed.

**PART A. DREDGING SITE (Checklists)**

A1___ A legible copy of the permit conditions and guidelines, as related to scow loading, transport, and dredged material placement, is in possession of the NYD Inspector.

A2___ A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement, is in possession of the NYD Inspector.

A3___ The scow being used to transport the dredged material is mechanically sound, does not leak, and has no visible damage that may cause leaking.

A4___ A regularly used scow was used.

A5___ A scow loading table for the scow being towed is aboard the towing vessel and available for the NYD Inspector to use.*

A6___ An estimated dredge material density has been provided by the dredging contractor. Estimated density is: ________

A7___ The material being dredged has been observed by the NYD Inspector for general characteristics (grain size, color, consistency). Majority of material is dry/thick/watery, color:______, mud/sand/gravel/rock.

A8___ For scows loaded with any rock (rock is defined as any stones greater than 2.5 inches in diameter), the estimated rock percent has been recorded on the TPL form.

A9___ An estimate of the volume of material in the scow has been calculated by the NYD Inspector using the scow loading table and recorded on the TPL form.

A10__ Scow contains less volume of dredged material than the maximum volume allowed for placement during a single trip.

If a scow contains a volume of dredged material greater than the maximum volume allowed for placement during a single trip, the volume must be decreased below the maximum volume before the dredged material can be transported away from the dredge site.

A11__ The scow monitoring systems (Primary and Backup) are fully operational and are functioning. Any scow monitoring system malfunctions must be reported immediately to the scow monitoring contractor. Tugs are not allowed to leave the dredging site while towing any scows with dredged material if the scow monitoring systems are not fully operational. However, if scow monitoring contractor personnel are onboard the transporting vessel to service the equipment, or in communication with the NYD Inspector via cellphone or radio, or on the way to repair/service the equipment, the vessel may depart from the dredging site while malfunctions are being repaired/corrected. In this case, the Backup scow monitoring system must be used and the scow may be transported from the site. If the Primary scow monitoring system is not functional, the Backup monitoring system may only be used on two consecutive offshore placement trips using an affected scow. No more than two consecutive trips without the Primary monitoring system can ever be made.

A12__ The scow draft pressure value, as displayed by the scow monitoring software, has been recorded on the TPL form. (this value should be noted a few minutes after leaving the dredging site, while being towed, to allow the material in the scow to shift and settle)

A13__ A fathometer is fully operational, functioning, and installed on the transporting vessel.

A14__ A radio onboard the transporting vessel is operable and can receive NOAA marine weather forecasts and ocean conditions.

A15__ Current and forecasted marine weather and ocean conditions at the designated placement location have been monitored on the radio and will allow safe and accurate placement of dredged material. Winds at a reporting station closest to the placement location are presently blowing _______ from the _____, with _____ ft seas. Winds forecast for the placement location are ______ from the ___, with ____ seas.

A16__ DGPS navigation system is fully operational, functioning, and installed aboard the transporting vessel.

A17__ A radar system is fully operational, functioning, and installed aboard the transporting vessel.

A18__ Radio-control system for scow operation (if scowman is not used) is fully operational and functioning.

A19__ Radio and backup radio system, for communication between scows and towing vessels, are aboard scow (if scowman is used), and are fully operational and functioning.

A20__ Hand-held laser range finder, manufactured no earlier than 1998, with at least a 1000 foot range, is aboard towing vessel, fully operational and functioning, and available for NYD Inspector use, along with a set of backup batteries.

A21__ A fully operable cell phone that can send and receive calls is in the possession of the NYD Inspector onboard the towing vessel.

A22__ A protractor is available for use by the NYD Inspector aboard the towing vessel.

A23__ A pair of dividers, for map/chart distance scaling, is available for use by the NYD Inspector aboard the towing vessel.

A24__ An up-to-date nautical chart that includes the placement area is available for use by the NYD Inspector.

A25__ NYD Inspector is provided full access to fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct NYD Inspector duties.

A26__ A digital photograph has been taken of the loaded scow such that the level and characteristics of material within the scow can be determined from the photograph.

A27___ The satellite, vessel tracking system on the tug is present and operable.

A28___ The digital photograph of the scow has been downloaded into the scow monitoring software.

A29__ Full compliance with any other contract or regulatory requirements related to dredged material placement has been met.

A30__ Time of departure from dredging site has been recorded on the TPL form.

A31__ All other information relative to the dredging site has been entered into the TPL form.

* Scow loading tables for each scow used on a dredging project must be provided to the NYD Inspectors working on the project. NYD Inspectors must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the NYD Inspectors to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location. This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

**PART B . ENROUTE TO THE PLACEMENT LOCATION (Checklists)**

B1___ ADISS scow pressure/draft has been recorded on the TPL form thirty minutes after leaving the dredging site.

B2___ Scow draft is being monitored with scow monitoring software to detect sudden or gradual changes in draft.

B3___ If the NYD Inspector is also a NMFS certified marine mammal/endangered species observer, observation and appropriate reporting is conducted.

B4___ Scow draft pressure varies less than 20 points, or 1.5 feet of draft, from the value at the dredge site.

B5___ A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is not observed.

B6___ Scow does not appear to be listing.

B7___ Water behind scow has been observed, if possible, to ensure that no turbid water plumes are present.

B8___ A fixed reference position, such as a channel marker, has been used to ensure that the towing vessel DGPS and scow DGPS positions agree.

B9___ Marine weather and sea conditions present and forecast to be present at the placement location are periodically monitored. The NYD Inspector and towing vessel captain may decide to return to the dredging site based on an updated marine forecast.

**PART C. IN THE VICINITY OF THE PLACEMENT LOCATION (HARS AND/OR REEF)**

For artificial reef placement:

C1___ Water depths were continuously monitored (a reading taken at least every 5 seconds) with the towing vessel fathometer while navigating anywhere within the reef boundary.(towing vessel crew must also monitor water depths)

C2___ All water depths observed anywhere within the reef boundary were at least 15 feet deeper than the permitted water depth at the reef.

If any depths less than or equal to 15 feet deeper than the permitted reef depth, or other depth specified by NY District, are observed anywhere at the reef site, using the towing vessel fathometer, the incident must be reported immediately to the Notification List, and the Artificial Reef manager, and all areas within 200 feet of the shallower water must not be used for placement of dredged material. Other vessels used for transportation of dredged rock must be notified of the observation, provided coordinates, and instructed not to place additional rock closer than 200 feet of the reported position. Anytime depths within 15 feet of the permitted reef depth, or other specified depth, are noted by observing a fathometer while traversing a reef site, the geographic coordinates and depths must be recorded and reported, even if the same locations were previously noted and reported.

C3___ If depths less than or equal to 15 feet deeper than the permitted reef depth, or other specified depth, are observed anywhere in the reef, the latitude, longitude and depth has been recorded.

LATITUDE _____________ LONGITUDE _____________ DEPTH______

For all ocean placement locations:

C4___ Scow radio control equipment operates without any problems.

C5___ Placement occurred in correct grid cell and was coordinated with towing vessel crew.

C6___ Scow draft information immediately prior to scow door opening has been recorded on the TPL form.

C7___ TPL form was completed using the scow monitoring software, or by hand if ADISSPlay malfunctions, within 30 minutes of scow door opening.

C8___ ADISS/ADISSPlay/ADISSLt equipment, transportation vessel navigation equipment, and all other equipment related to placement of dredged material worked without any problems.

C9___ All activities associated with placement of dredged materials appeared to be conducted in a safe manner.

C10__ Nothing occurred that may have resulted in incorrect placement of dredged material.

C12__ TPL form and any supplemental reports faxed to (212) 264-4260 and (201) 433-9232 within 6 hours of scow door, or hopper bin, opening.

C13__ For reef placement, TPL form also faxed to the applicable State Artificial Reef coordinator within 8 hours of scow door opening.

C14__ A copy of the TPL form has been signed by the NYD Inspector and placed in a file/folder to become part of the permanent record of the trip. All signed TPL forms must be submitted to NY District when offshore transport of dredged material associated with the project ends, or when the NYD Inspector finishes working on the project.

* Scow loading tables for each scow used on a dredging project must be provided to the NYD Inspectors working on the project. NYD Inspectors must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the NYD Inspectors to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location. This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

8. The Contractor shall prepare a Daily Report of Operations form and the Transportation and Placement Log and shall furnish signed copies thereof to the Contracting Officer, or his representative, on a daily basis. Copies shall also be faxed to the HARS Manager at (212) 264-1463 with (212) 264-4260 as a backup if the 1463 extension is not working. A copy of the forms are attached at the end of Section 00901. Further instructions on the preparation and submittal of these reports will be provided at the pre-dredging conference.

**9. Buoy Removal.**

9.1 The Contractor shall notify the Coast Guard, with a copy to the Contracting Officer, at least 30 days prior to the date desired for having buoys removed or relocated which interferes with dredging operations. Requests may be made telephonically at (718) 354-4191/4089, or by writing to:

Commander, U.S. Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, NY 10305

**10. Measurements and Payment.**
Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 11010

DIGITAL PHOTO DOCUMENTATION AND COMMUNICATIONS

PART 1 GENERAL

1.1 Contractor Representative

The Contractor is responsible for visually documenting the entire contract using a digital camera and a secure digital photo management system. The Contractor shall designate a representative who shall:

1. Take the digital photos
2. Down load them into a secure digital photo management system
3. Add captions, full descriptions, search fields and key words to each photo
4. Link each photo to the project's schedule by attaching the appropriate activity id to each photo
5. Transfer a copy of all photos and their related notes, key words, captions, activity id's to the Government representative on a weekly basis or as requested.

1.1.1 This person shall be trained by a factory certified trainer to use the digital photo management system.

1.1.2 The Contractor shall supply the following:

1. Digital photo management system. This master system shall include the hardware and software necessary to operate the digital photo management system. Descriptions of the hardware and software are provided in PART 2 - PRODUCTS.

2. Maintenance, upgrades and support for the digital photo management software, the camera, and the computer for the duration of the project.

3. Two (2) digital cameras (one will be utilized by the Contractor's representative, the other by the Government representative).

1.1.3 The digital camera, digital photo management system software, computer, printer and all associated hardware (cables, connectors, etc.), accessories and documentation shall be turned over to the Government at the end of the project. All components shall be in good condition and shall be fully operational.

1.2 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-01 Data

Digital Photo Management System; GA A.

Contractor shall submit 7 copies of product brochures of the digital photo management system, the digital camera, computer and printer.

1.3 MEASUREMENT AND PAYMENT

No separate measurement and payment shall be made for the work performed under this section and all costs associated therewith will be included in the applicable contract price to which the work pertains.

PART 2 PRODUCTS

2.1 Contractor shall provide products as specified below:

2.1.1 Digital Camera

The digital camera shall be able to download images to the computers provided by the Contractor. The digital camera utilized shall be on the digital photo management system's recommended list, shall be directly supported by the digital photo management system software's drivers, and shall include the following:

1. Carrying case
2. Minimum of an 8 megabyte PCMCIA memory card
3. Additional 16 MB memory card
4. Warranty for the life of the project

2.1.2 Secure Digital Photo Management System

The computer software system utilized by the Contractor to document the project with digital photo shall be capable of providing all of the requirements of this specification.

2.1.2.1 The Contractor shall provide the following software and software related services:

1. One Photo Management System to be located on the jobsite.
2. One Photo Management System to be located at an office to be designated by the Government.
3. Software enhancements and technical support for the life of the project.
4. Two (2) days of system design, setup and on site training by a factory authorized training representative for the Photo Management System. These services shall be in place and fully operational when the on site training occurs.

2.1.2.2 The digital photo management system shall:

1. Be an established, commercially available product designed specifically to provide secure visual documentation that has been on the market for at least three (3) years.
2. Download photos and voice from the camera directly into a high-speed database without requiring the use of the camera's down load software or TWAIN drivers.
3. Keep an unchangeable log of each down load, and document the exact date and time of the down load.
4. Have red lining capabilities that allows the user to place an unlimited number of layers of text, lines, etc. on top of the photos without altering the actual photo, and allow these red lining layers to be shared between systems easily.
5. Be able to automatically export photos, text descriptions, voice, etc.

and create a secure packet that can be sent to another like system. The receiving system shall be able to automatically import all of the information into its database.

6. Secure the photos as soon as they are down loaded so that they cannot be modified.
7. Provide a mechanism for verifying the integrity of the photos each time they are viewed to ensure that they have not been modified.
8. Provide visual indicators that the photos are secure.
9. Automatically store the date and time with each photo where it cannot be modified.
10. Automatically identify each photo with the serial number of the system that down loaded it, the down load number, the photo number from the roll, and the person's name that took the photo. This information must be protected so that it cannot be modified.
11. Allow a caption of up to 30 characters to be attached to each photo. This caption shall appear automatically in the photo browser when the mouse pointer passes over the thumbnail of the photo.
12. Allow a permanent description of up to 5,000 characters to be placed on each photo. Once the photo is filed this description must be permanent.
13. Allow additional text of up to 5,000 characters to be placed on each photo.
14. Have at least 10 user defined search fields so the photos can be categorized by building, floor, area, etc. as directed by the Government representative.
15. Be capable of printing at least 8 photos per page complete with their captions, dates and times, and text automatically.
16. Provide a file management system that allows an unlimited number of photos to be archived and retrieved easily. The system must be capable of automatically splitting its image database into multiple files that can be relocated by the system to removable media if desired (zip drives, read-write optical drives, etc.)
17. Automatically store the photos in reverse date and time order.
18. Allow the photos to be retrieved by date range instantly.
19. Allow the photos to be located by key words.
20. Include built-in file transfer capabilities that will allow photos to be transferred easily from system to system using built-in modems software, floppy disk, internet, etc. This file transfer system shall have the ability to automatically select all new photos from the database, place a copy of these photos in a secure transfer packet along with their notes, key words, etc., and send this secure packet to the Government's representative's digital photo management system.
21. Include the ability to link the digital photos directly to the project's schedule (Primavera P3, or Microsoft Project), and view all of the photos for a given activity instantly directly from the schedule.
22. Include the ability to share the photos and their descriptions with parties that don't have a digital photo management system by creating diskettes with photos and their text descriptions, dates and time, and voice. A royalty free viewer shall be placed on each of these diskettes that will allow the receiving party to view the photos and their descriptions.
23. Include the ability to store at least 80 photos (without voice) on one 1.44 MB floppy disk or one CD .
24. Be able to record and play voice with each photo.
25. Include a spell checker that will check the contents of the descriptions placed on the photos.
26. Be capable of linking directly with a MAPI compliant e-mail program to transfer the photo albums or secure packets.

27. Be capable of creating web pages of photographs including the main index page and photo pages. Web pages shall include thumbnails, photos, textual descriptions of the photos and user defined headers.
28. Provide security options to limit user's access to the photos.

2.1.3 Webcam

1) Each dredge and drill boat shall be monitored 24 hours per day. Failure to provide monitoring for more than 8 hours in a 30 calendar day period will be cause for retainage of payment. The system shall include a password protected WEB site for USACE, NYD as well as all hardware wiring, interface, maintenance and replacement due to vandalism, or damage and fees for the contract duration. The contractor shall ensure that the lens is kept free of obstructions including dirt, salt and ice. The camera shall be located in such a position that major activities are visible. On dredges the camera shall be able to see the crane/excavator and material in the scows. On drill boats the camera shall be able to see the drill towers. Location of the camera is subject to the COR's approval.

2) The characteristics of the camera shall include:
a. Powder coated aluminum case with stainless steel fittings
b. Impact resistant viewing window
c. Minimum resolution of 700 (H) x 480 (V)
d. Backlight compensation
e. Sensitivity .07 lux @ ½ second shutter speed
f. Auto/Manual Focus
g. Auto/Manual White Balance
h. Motorized Zoom
i. Motorized Pan-Tilt
j. Thermostatically controlled heater and defroster
k. Windshield wiper

3) The characteristics of the software shall include:
a. Remote control of pan, tilt, zoom, focus, iris and wiper actuation.
b. Preset controls of pan/tilt/zoom combinations. At a minimum, for dredges, presets will include the crane/excavator and the location where scows are tied up. On drill boats the presets shall include typical locations of the drill towers. Other presets shall be as directed by the COR. Presets shall also be editable by the Government. All presets to be accessible from drop-down menu with descriptive name of preset. First 8 presets shall have quick-launch icons with graphical representation of the preset view.
c. Ability to display all the project's webcams in a single view screen
d. Display of local time and weather
e. Ability to save images to disk or e-mail images
f. Ability to view archived images via a graphical calendar control. Archived images should be stored at least every ten minutes. Once a year the archived images will be burnt onto a DVD and delivered to the COR.
g. Three levels of password protection admin, user & guest, individual user accounts (up to 5 per camera)

4) The characteristics of the wireless system shall include:
a. Microwave system with a range of at least 3 miles
b. Data rate of 10 Mbps
c. The contractor shall, as necessary, re-orient antennas to maintain the connection.

2.1.4 Printer

The Contractor shall provide a color inkjet printer equal to an Epson Stylus 800. Printer shall meet the following minimum requirements:

1. 1440 x 720 dpi minimum resolution
2. Printer driver shall indicate status of printer and ink cartridges
3. Printer shall have separate color and black ink cartridges

2.1.5 Accessories

The following accessories shall be provided.

1. One (1) headset microphone equal to a Labtec C-315 shall be provided to record voice on the photos
2. Twenty (20) 100 MB ZIP disks
3. Six (6) backup tapes
4. Five hundred (500) 1.44 MB diskettes
5. Five hundred (500) sheets photo quality paper for printer
6. Six (6) color ink refill cartridges for printer
7. Three (3) black refills for printer

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall take regular photos of the Project as indicated in paragraph 3.2 below. These photos, used in conjunction with the approved Project Schedule, shall be used to measure the progress of the work, to aid in evaluating time extensions, communicate any problems visually to the Government representative, clarify and document RFI's (request for information) and to provide the basis of all progress payments.

3.2 Photo Requirements

The Contractor shall visually document the Project as follows:

1. Each Friday the Contractor shall take at least one photo of each activity listed on the schedule that is a) in progress or b) is supposed to be in progress, and any activity that is in the schedule's critical path. The activity ID shall be on the activity id field of each photo where it can be linked automatically to the schedule. Multiple activities may be linked to each photo.

2. Each Friday one photo shall be taken from the same locations around the jobsite including artificial reef placement site and upland off loading facility. These locations will be determined at the beginning of the job by the Government representative. They shall be identified as one of the search fields. For example, one of the photos may be taken each week from the north property line and it would be identified N1 in the search field. W1 would identify the photo taken from the west property line, etc. This will allow the project to be viewed from that point instantly using this search field.

3. Photos shall be taken immediately of all problem areas.

4. Where possible, photos shall be taken of all items that are included in a Request for Information (RFI). These photos shall be identified in a search field entitled "RFT". A 1.44 MB diskette or an attachment to e-mail (if the RFI is submitted by e-mail) shall accompany the request for information containing a copy of the photos showing the item in question.

These photos shall be viewable complete with their text descriptions, dates, times, etc. by viewer software that can be distributed royalty free.

5. Photos shall be taken of other miscellaneous items as directed by the Government representative.

6. Photos shall also be categorized using the user defined search fields as directed by the Government representative.

3.3 Transferring Photos

A packet transfer of all the new Project photos shall be sent to the Government representative each week by one of the following methods as directed by the Government representative:

1. ZIP disk
2. Floppy diskette or CD (1.44 MB - Windows 95 format or highr)
3. Internet e-mail attachment
4. FTP transfer to Government's ftp location

Packets may be sent on a more frequent basis if requested by the Government representative.

3.4 Backup

The Contractor shall be responsible for backing up the entire digital photo management system computer each week using the tape backup unit. Weekly backup shall be rotated between 6 tapes. A complete weekly backup shall be done each Friday, and the most current complete backup tape shall be stored off-site in a safe location. An incremental tape backup shall be done daily automatically each night.

3.5 Access to Digital Photos

Government's representative shall have complete access to the digital photo management computer and all photos at all times.

3.6 End of Project

At the end of the project the entire digital photo management system specified in this section shall be turned over to the Government representative.

-- End of Section --