1) Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and/or disposal facility including site capacity.

2) Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.

3) Provide Hours of operation, transportation and operating procedures at offloading facilities.

4) Provide Facilities information: Access to offloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

5) Provide a detailed description of the dredging procedure proposed to include the identification of dredges,buckets,scows,tugs and other salient equipments to be used for the project.

6) Submit a detailed description of the loading and transportation procedures to be utilized.

**1.45.2 Information to be submitted by the Apparent Low Bidder within 70 calendar days**

The Apparent Low Bidder shall submit the following information within 70 Calendar Days from the date the Apparent Low bidder is notified of being the low bidder.

a) Information submitted within 3 days of notification - All the information provided previously must also be included in the final package, revised as necessary.

b) Evidence Demonstrating that the Alternate offloading, processing and disposal site(s) is Permitted, Operational, Capable of Offloading, Processing and Disposing Dredged Material from the project site - The apparent low bidder must demonstrate to the Government within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder that the alternate offloading, processing and disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity as **per line items 0001AC and 0001AE** by calendar day 70 from date the Apparent low bidder is notified of being the low bidder and that the offloading, processing and/or disposal site(s) is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material. Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Apparent low bidder. The Apparent Low Bidder must provide to the Government proof that the material to be taken from

the project site to the Apparent Low Bidder's upland site(s) meets any regulatory testing requirements.

c) Copies of Required Permits - The Apparent low bidder shall provide copies of all required permits and approvals for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Documentation of compliance with any other legal or regulatory requirement must be provided to the Government including Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport, disposal and placement) will be provided by the New York District U.S. Army Corps of Engineers, **Section 00902 and Section 00903.**

d) The Apparent Low Bidder must provide:

1) Proof of the proposed Alternate Offloading, Processing and/or Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities (permits for the site previously provided should be also included in this submission).

2) Proof of Offloading, Processing and Disposal Site(s) Owner's approval granting the apparent low bidder the right to offload, process and/or dispose dredged material at that site.

3) Proof of Disposal Site(s)uncommitted capacity adequate for the project.

4) Certification of the offloading, processing and/or disposal Site's availability corresponding to the current project schedule.

5) Proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and/or disposal at the proposed processing and/or Disposal Site(s).

6) Demonstrate minimum required offloading, processing and disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each alternate disposal site(s).

7) Proof of apparent low bidder's experience in the proposed offloading, processing and disposal Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

e) Transportation Capabilities - The Apparent Low Bidder must provide the following:

1) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within

the contract requirement. Provide proof that the proposed transportation equipment has current permits, licenses, registrations, or other required certifications.

2) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

f) Processing Capabilities - The Apparent Low Bidder must provide the following:

1) Provide detailed description of the proposed processing technology, including but not limited to, the following stages, if applicable:

a. Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.

b. Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).

c. Interim storage, if required, identifying the method of storage, required and available storage capacity, and the time frame it will be used, if applicable.

d. Rehandling of material (if any) used in the processing of dredged material affecting the project.

2) Provide any permits and/or licenses applicable to the proposed process, if any.

3) Provide any patented or proprietary permissions applicable to the proposed process, if any.

4) Provide proof of processing plant availability for use by the apparent low bidder.

5) Certify processing plant's availability corresponding to the current project schedule.

6) Provide proof of Apparent Low Bidder's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

**1.46 GOVERNMENT RESIDENT MANAGEMENT SYSTEM**

a. The Government will utilize an in-house Contract Administration program entitled "Resident Management System" (RMS). The Contractor shall utilize a Government furnished CQC Programming Module. The following hardware and software are needed by the contractor to run RMS: A personal computer with Pentium II Processor (or higher) and 32 megabytes (MB) or more of random access memory (RAM), 4.0 gigabytes (GB) hard drive disk space for sole use of CQC Module, and a 3-1/2 inch high density floppy drive, Compact Disk (CD) Reader. Also needed is a HP Laser Jet III Series or better printer, a color monitor, Windows 95 or later, MS Office (Microsoft Word 97 or newer, Access 97 or newer) and computer files = 120. Connection to the Internet, minimum 28 BPS. Electronic Email compatible with MS Outlook. The contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

b. The Module includes a Daily CQC Reporting System form, which must also be used. This form may be in addition to other contractor desired reporting forms. However, all other such reporting forms shall be consolidated into this one Government specified Daily CQC Report Form. The contractor will also be required to complete CQC Module elements which include, but are not limited to, all Contractor Quality Control plan information such as; Prime Contractor staffing, subcontractor information showing trade, name, address, and point of contact, definable features of work, pay activities and activity information, required Quality Control tests tied to individual pay activities, planned User schooling tied to specific specification paragraphs and pay activities, Installed Property listings, Transfer Property listings, and submittal information relating to specification section, description, pay activity, and expected procurement period. The sum of all pay activities shall equal the contract amount, and all Bid Items, Options and Additives shall be separately identified, in accordance with the Bidding Schedule. Bid Items may include multiple activities, but activities may only be assigned to one such Bid Item. This module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer) and shall be updated as required.

c. During the course of the contract, the contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to contractor activities or reflect outstanding or future items needing attention of the contractor. The contractor will acknowledge receipt of these comments by specific number reference on his daily CQC report, and will also reflect on his daily CQC report when these items are specifically completed or corrected to permit Government verification.

-----End of section-----

PCC2

## PROJECT IDENTIFICATION SIGN
## CIVIL PROJECT

The graphic format for this 4' x 6' sign panel follows the legend guidelines and layout as specified below. The large 4' x 4' section of the panel in the right is to be white with black legend. The 2' x 4' section of the sign on the left with the full corps Signature (reverse version) is to be screen printed Communications Red on the white background. The castle insignia will be furnished by the Government in pressure sensitive vinyl for affixing by the Contractor. See attached sheet for fabrication and mounting guidelines.

Legend Group 1: One to two-line description of Corps relationship to project
Color: white
Typeface: 1.25" Helvetica Regular
Maximum line length: 19"

Legend Group 2: Division or District Name (optional, Place below 10.5" Reverse Signature (6" Castle)
Color: white
Typeface: 1.25" Helvetica Regular

Legend Group 3: One-to three-line project title legend describes the work being done under this contract.
Color: Black
Typeface: 3" Helvetica Bold
Maximum line length: 42"

Legend Group 4: One-to two-line identification of project or facility (civil works) or name of sponsoring department (military).
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Cross-align the first of Legend Group 4 with the first line of the Corps Signature (US Army Corps) as shown.

Legend Group 5a-b: One-to-five line identification of prime contractors including: type (architect, general contractor, etc.), corporate or firm name, city, state. Use of Legend Group 5 is optional.
Color: Black
Typeface: 1.25" Helvetica Regular
Maximum line length: 21"

All typography is flush left and rag right upper and lower case with initial capitals only as shown. Letter and word spacing to follow Corps standards as specified in * Appendix D

SAMPLE:




(Dimensions are in inches)

| Sign Type | Legend | Panel Size | Post Size | Specification Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-01 | various | 4' x 6' | 4' x 4' | HDO-3 | 48" | WH-RD/BK |

Show non-Federal local partner's name and logo - State of New Jersey

* Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.



G006725

G01010 06651

As Construction Project Identification signs and Safety Performance signs are to be fabricated and installed as described below. The signs are to be erected at a location designated by the contracting officer and shall conform to the size, format, and typographic standards shown on the attached sheets.

The sign panels are to be fabricated from .75" High Density Overlay Plywood. Panel preparation to follow HDD specifications provided in Appendix B. **

Sign graphics to be prepared on a white non-reflective vinyl film with positionable adhesive backing.

All graphics except for the Communications Red background with Corps signature on the project sign are to be die-cut or computer-cut non-reflective vinyl, pre-spaced legends prepared in the sizes and typefaces specified and applied to the background panel following the graphic formats shown on the attached sheets.

The 2'x4' Communications Red panel (to match PMS-032) with full Corps signature (reverse version) is to be screen printed on the white background. Identification of the District or Division may be applied under the signature with white cut vinyl letters prepared to Corps standards. Large scale reproduction artwork for the signature is provided on page 4.8 (photographically enlarge from 6.875" to 10.5"). **

Drill and insert six (6) .375" T-nuts from the front face of the HDD sign panel. Position holes as shown. Flange of T-nut to be flush with sign face.

Apply graphic panel to prepared HDD plywood panel following manufacturers' instructions.

Sign uprights to be structural grade 4"x4" treated Douglas Fir or Southern Yellow Pine. No.1 or better. Post to be 12" long. Drill six (6) .375" mounting holes in uprights to align with T-nuts in sign panel. Countersink (.5") back of hole to accept socket head cap screw (4"x.375").

Assemble sign panel and uprights. Imbed assembled sign panel and uprights in 4' hole. Local soil conditions and/or wind loading may require bolting additional 2"x4" struts on inside face of uprights to reinforce installation as shown.

Detailed specifications for HDD plywood panel preparation are provided in Appendix B.**

Shown below the mounting diagram is a panel layout grid with spaces provided for project information. Photocopy this page and use as a worksheet when preparing sign legend orders.




(Dimensions in inches)

** Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EP-310-1-6.

Construction Project Sign
Legend Group 1: Corps Relationship

1.
2.

Legend Group 2: Divison/District Name

1.
2.

Legend Group 3: Project Title

1.
2.
3.

Legend Group 4: Facility Name

1.
2.

Legend Group 5a: Contractor/A&E

1.
2.
3.
4.
5.

Legend Group 5b: Contractor /A&E

1.
2.
3.
4.
5.

Safety Performance Sign
Legend Group 1: Project Title

1.
2.

Legend Group 2: Contractor/A&E

1.
2.

## SAFETY PERFORMANCE SIGN

The graphic format, color, size and type-faces used on the sign are to be reproduced exactly as specified below. The title with First Aid logo in the top section of the sign, and the performance record captions are standard for all signs of this type. Legend Group 2 and 3 below identify the project and the contractor and are to be placed on the sign as shown. Safety record numbers are mounted on individual metal plates and are screw-mounted to the background to allow for daily revisions to posted safety performance record.

Legend Group1: Standard two-line title "safety is a Job Requirement", with (8" od.) Safety Green First Aid logo. Color: To match PMS 347
Typeface: 3" Helvetica Bold
Color: Balck

Legend Group 2: One- to two-line project title legend describes the work being done under this contract and name of host project.
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Legend Group 3: One - to two-line identification: name of prime contractor and city, state address.
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Legend Group 4: Standard safety record captions as shown.
Color: Black

Typeface: 1.25" Helvetica Regular

Replaceable numbers are to be mounted on white .060: aluminum plates and screw-mounted to background.
Color: Black
Typeface: 3" Helvetica Regular
Plate size: 2.5"x.5"

All typography is flush left and rag right, upper and lower case with initial capitals only as shown. Letter- and word-spacing to follow Corps standards as specified in Appendix D. *




Dimensions inches.

See attached sheet for fabrication and mounting guidelines.

* Refer to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

| Sign Type | Legend Size | Panel Size | Post Size | Specifications Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-02 | various | 4'x4' | 4"x4" | HDO-3 | 48" | WH/BK-GR |






G006727

G01010 06653

# SECTION 00900 – WAGE RATES

SECTION 00900

The solicitation and resultant contract must state that this project is classified as **DREDGING**

GENERAL DECISION **NJ030006** 06/13/2003 NJ6

Date: June 13, 2003
General Decision Number **NJ030006**

Superseded General Decision No. NJ020006

State: New Jersey sg 7/23/03

Construction Type:
DREDGING

County(ies):
STATEWIDE

All Dredging except self propelled hopper dredges, on the Atlantic Coast & tributary waters emptying into the Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |

COUNTY(ies):
STATEWIDE

ENGI0025D 10/01/2002

| | Rates | Fringes |
|---|---|---|
| DIPPER & CLAMSHELL DREDGE: | | |
| Operator | 28.07 | 6.45+a+b |
| Engineer | 24.72 | 6.45+a+b |
| Maintenance Engineer | 23.59 | 5.85+a+b |
| Welder | 23.22 | 5.85+a+b |
| Mate | 21.99 | 5.85+a+b |
| Boat Master | 23.24 | 6.45+a+b |
| Boat Captain | 22.15 | 5.85+a+b |
| Oiler | 18.59 | 5.25+a+b |
| Deckhand; Tug Deckhand | 18.13 | 5.25+a+b |
| Scowman | 17.88 | 5.25+a+b |
| DRAG BUCKET DREDGE: | | |

| | | |
|---|---|---|
| Operator | 25.09 | 6.45+a+b |
| Engineer | 21.41 | 6.45+a+b |
| Maintenance Engineer | 21.21 | 5.85+a+b |
| Mate | 19.82 | 5.85+a+b |
| Deckhand | 16.17 | 5.25+a+b |
| HYDRAULIC DREDGES: | | |
| Leverman | 27.56 | 6.45+a+b |
| Engineer; Derrick Operator | 24.17 | 6.45+a+b |
| Chief Mate | 23.82 | 6.45+a+b |
| Chief Welder | 24.48 | 6.45+a+b |
| Maintenance Engineer | 23.59 | 5.85+a+b |
| Electrician | 23.43 | 6.45+a+b |
| Welder Dredge | 23.21 | 5.85+a+b |
| Spider Barge Operator | 23.01 | 5.85+a+b |
| Mate | 21.99 | 5.85+a+b |
| Boat Master | 23.23 | 6.45+a+b |
| Boat Captain | 21.66 | 5.85+a+b |
| Steward | 21.94 | 6.45+a+b |
| Oiler | 18.59 | 5.25+a+b |
| Deckhand | 17.90 | 5.25+a+b |
| Tug Deckhand | 18.13 | 5.25+a+b |
| Shoreman | 17.90 | 5.25+a+b |
| Assistant Cook | 18.00 | 5.25+a+b |
| Night Cook | 18.00 | 5.25+a+b |
| Messman | 17.49 | 5.25+a+b |
| Janitor/Porter | 17.49 | 5.25+a+b |
| Fill Placer | 23.82 | 6.45+a+b |
| Assistant Fill Placer | 21.80 | 6.45+a+b |
| COMPANY LEAD DREDGEMAN: | | |
| Lead Dredgeman | 27.56 | 6.45+a+b |
| TUG BOATS over 1,000 H.P. (with master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 24.68 | 6.45+a+b |
| Tug Captain | 23.69 | 6.45+a+b |
| Tug Chief Engineer | 22.95 | 5.85+a+b |
| Tug Engineer | 22.48 | 5.85+a+b |
| Tug Deckhand | 18.13 | 5.85+a+b |
| TUG BOATS over 1,000 H.P. (without master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 23.23 | 6.45+a+b |
| Tug Captain | 22.15 | 5.85+a+b |
| Tug Engineer | 22.48 | 5.85+a+b |
| Tug Deckhand | 18.13 | 5.25+a+b |

| | | |
|---|---|---|
| DRILL BOATS: | | |
| Engineer | 23.54 | 6.45+a+b |
| Blaster | 23.81 | 6.45+a+b |
| Driller | 23.55 | 6.45+a+b |
| Welder | 23.30 | 5.85+a+b |
| Machinist | 23.30 | 5.85+a+b |
| Tug Master | 20.48 | 6.45+a+b |
| Tug Captain | 19.53 | 5.85+a+b |
| Oiler | 20.46 | 5.25+a+b |
| Tug Deckhand | 15.97 | 5.25+a+b |
| Core Driller | 18.56 | 5.25+a+b |
| DIVERS: | | |
| Diver | 40.88 | 6.45+a+b |
| Standby Diver | 27.20 | 6.45+a+b |
| Tender | 31.46 | 6.45+a+b |
| Standby Tender | 22.61 | 5.85+a+b |
| DREDGING PIPELINE CABLE-LAYING: | | |
| Leverman | 28.18 | 6.45+a+b |
| Control Tower Operator | 24.90 | 6.45+a+b |
| Rigger | 18.42 | 5.25+a+b |
| Line up Operator, End Prep. | 17.82 | 5.25+a+b |
| Diver | 41.77 | 6.45+a+b |
| Diver Tender | 25.93 | 6.45+a+b |
| ENGINEER: | | |
| 1st | 24.90 | 6.45+a+b |
| 2nd, 3rd & 4th | 24.58 | 6.45+a+b |
| Electrician | 24.48 | 6.45+a+b |
| Electro Hydro Tech. | 20.14 | 5.85+a+b |
| Tug Master | 26,15 | 6.45+a+b |
| Tug Captain | 22.79 | 6.45+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King Day, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation

to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor

200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.
END OF GENERAL DECISION

# SECTION 00901

# SAMPLE FORMS

| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | REPORT CONTROL SYMBOL | | |
|---|---|---|---|---|---|---|---|---|
| THRU: | | | TO: | | | FROM: | | REPORT # |
| CHARACTER OF REPORT | MAINT. | NEW WORK | DAILY | STATUS | COMPLETION | ANNUAL | DATE OR PERIOD | |
| DREDGE | NAME AND TYPE | | SIZE | PIPELINE (in. dia. disch.) | | DIPPER OR BUCKET (cu. yds. cap) | | |
| | HORSE-POWER OF | DREDGE PUMP | | SUCTION PIPE JET | | CUTTER OR BUCKET | | PROPULSION |
| | NUMBER OF CREW MEMBERS | DREDGE | SHORE | OTHER PLANT | TOTAL | WORK SCHEDULE | SHIFTS/DAY | DAYS/WEEK |
| PROJECT AND BAR | NAME AND TYPE | | | | AUTH | WIDTH | DEPTH | OVERDEPTH |
| | LOCATION (include station numbers) | | | | STA. NO.: | | Range: | |
| CHARACTER OF MATERIAL | ABSOLUTE DENSITY (GMS/liter) | | | IN PLACE DENSITY (GMS/liter) | | | VOIDS RATIO | |
| | GRAIN SIZE $D_{in}$ | MM $D_{in}$ | MM $D_{in}$ | MM | | GEOLOGICAL CLASSIFICATION | | |
| CONTRACT ORDER | NUMBER | | | CONTRACTOR | HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | | |
| CHANNEL CONDITION | AVERAGE DEPTH | | BD | AD | MINIMUM SOUNDING | | BD | AD |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION | | | |
| WEATHER CONDITION | (clear, cloudy, rain, and fog) | | | VISIBILITY | | WIND (maximum, velocity, & direction) | | |

| WORK PERFORMED | | | | DISTRIBUTION TIME | | |
|---|---|---|---|---|---|---|
| ITEM | | UNIT | QUANTITY | EFFECTIVE WORKING TIME (chargeable to cost of work) | HOURS | MIN. |
| AVERAGE WIDTH OF CUT | | FEET | | PUMPING OR DREDGING | | |
| TOTAL TRAVEL THIS PERIOD | | FEET | | PERCENTAGE OF EFFECTIVE RENTAL TIME | | % |
| TOTAL TRAVEL TO DATE | | FEET | | BOOSTER (in line) | | |
| TOTAL ADVANCE TO DATE | | FEET | | NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| FLOATING PIPE: | | SHORE PIPE: | | | | |
| TOT. LENGTH OF DISCHARGE | | FEET | | HANDLING PIPE LINES | | |
| AVERAGE LIFT | | FEET | | HANDLING ANCHOR LINES | | |
| AVERAGE PUMP SPEED | | R.P.M. | | CLEARING PUMP AND PIPE LINE | | |
| AVG. DREDGED/PUMP. HR. | | CU. YDS. | | CLEARING CUTTER OR SUCTION HEAD | | |
| SCOWS LOADED | | NUMBER | | WAITING FOR SCOWS | | |
| AVERAGE LOAD PER SCOW | | CU. YDS. | | TO AND FROM WHARF OR ANCHORAGE | | |
| CUBIC YARDS REMOVED | | | | CHANGING LOCATION OF PLANT ON JOB | | |
| AMOUNT DREDGED THIS PERIOD: | | | | LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| (1) GROSS (computed amount) | | | | LOSS DUE TO PASSING VESSELS | | |
| (2) CREDITED (pay place) | | | | SHORE LINE AND SHORE WORK | | |
| AMOUNT PREVIOUSLY DREDGED: | | | | WAITING FOR BOOSTER | | |
| (1) GROSS (computed amount) | | | | MINOR OPERATING REPAIRS (explain in remarks) | | |
| (2) CREDITED (pay place) | | | | WAITING FOR ATTENDANT PLANT | | |
| TOTAL AMOUNT DREDGED TO DATE: | | | | PREPARATION AND MAKING UP TOW | | |
| (1) GROSS (computed amount) | | | | TRANSFERRING PLANT BETWEEN WORKS | | |
| (2) CREDITED (pay place) | | | | LAY TIME OFF SHIFT AND SATURDAYS | | |
| ATTENDANT PLANT | | | | SUNDAYS AND HOLIDAYS | | |
| ITEM | NAME OR NUMBER | | HOURS | FIRE DRILL | | |
| | | | | MISCELLANEOUS (explain in remarks) | | |
| | | | | TOTAL NON-EFFECTIVE WORKING TIME | | |
| | | | | PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | | % |
| | | | | TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | | |
| | | | | PERCENTAGE OF TOTAL TIME IN PERIOD | | % |
| | | | | LOST TIME (not chargeable to cost of work) | | |
| | | | | MAJOR REPAIRS AND ALTERATIONS | | |
| | | | | CESSATION | | |
| | | | | COLLISIONS | | |
| | | | | MISCELLANEOUS (explain in remarks) | | |
| NUMBER OF INSPECTIONS | BY DISTRICT PERSONNEL | | | TOTAL LOST TIME | | |
| | BY DIV&OCE PERSONNEL | | | PERCENTAGE OF TOTAL TIME | | % |
| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | | YES OR NO | TOTAL TIME PERIOD | | |

ENG FORM 4267



G006735

G01010 06661

| ITEM | COST |
|---|---|
| DIRECT PLANT OPERATING COSTS<br>UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.)<br>CHARGES: ________ DAYS AT $ ________ PER DAY<br>(Item 19, ENG Form 22 (Costs) - adjusted to exclude plant increment cost)<br>OR<br>ACTUAL PLANT COSTS (To be completed when submitting Annual report)<br>PAYROLLS (gross)........ $<br>SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE........ $<br>FUEL ________ BARREL AT $ ________ PER BARREL........ $<br>WATER........ $<br>LUBRICANTS........ $<br>PLANT OWNERSHIP COSTS (as computed below)........ $<br>INSURANCE........ $<br>ATTENDANT PLANT........ $<br>MISCELLANEOUS........ $<br><br>SUBTOTAL -- UNIFORM DAILY RATE OR ACTUAL COSTS<br>SUBTOTAL -- PLANT UNIT COST $ PER CUBIC YARD | |
| SHORE WORK<br>SUBTOTAL -- SHORE WORK COSTS $........<br>SUBTOTAL -- SHORE WORK UNIT COSTS $ PER CUBIC YARD | |
| OTHER COSTS:<br>SURVEYS........ $<br>INSPECTION AND SUPERVISION........ $<br>OVERHEAD........ $<br>OTHER INDIRECT COSTS........ $<br><br>SUBTOTAL--OTHER COSTS<br>SUBTOTAL -- OTHER UNIT COST PER CUBIC YARD | $ |
| GRAND TOTAL--ALL COST........<br>GRAND TOTAL--ALL UNIT COST PER CUBIC YARD | $ |

| OPERATING SUPPLIES | | | | |
|---|---|---|---|---|
| COMMODITIES | CONSUMED | | INVENTORY | |
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL (oil) | | | | |
| LUBE (oil) | | | | |
| LUBE (grease) | | | | |
| WATER | | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES | | | | |
| MISCELLANEOUS SUPPLIES | | | | |
| TOTAL | | | | |

| ANNUAL REPORT DATA (complete when submitting Annual report) | |
|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost)........ | $ |
| TOTAL COST OF PLANT (End of F.Y. reporting period)........ | $ |
| BOOK VALUE (End of F.Y. reporting period)........ | $ |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period)........ | $ |
| PLANT OWNERSHIP COSTS (Actual for F.Y. reporting period)........ | |
| DESCRIPTION........ | $ |
| REPAIRS........ | $ |
| CESSATION OF WORK........ | $ |
| SMALL TOOLS, ETC........ | $ |
| TOTAL........ | $ |

REMARKS

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| | | |



G006736

G01010 06662

# USACE TRANSPORTAION AND PLACEMENT LOG

**Log Number:** **Date (yy:mm:dd)**

**Project Information:**

**Trip Number:**
**Permit Number:**
**Project Name:**
**Tow Owner:**
**Inspector's Name:**
**Tug's Navigational Unit:**

**Tug and Scow Information:**

**Tug Name:**
**Tug Captain:**
**Scow Name/Number:**
**Scowman's Name:**

**Loading Information:**

**Volume of Material (Cubic yds):**
**Time Loading is Complete (hh:mm:ss):**
**Description of material:**
**Scow Draft Forward (ft):**
**Scow Draft Aft (ft):**
**Percent Rock:**

**Placement Site Weather Conditions:**

**Wind Direction (from):**
**Weather conditions:**
**Observed Water Depth (ft):**
**Visibility (n miles):**
**Marine Mammals/Sea Turtles Sighted (Yes/No):**
**Wind Speed (mph):**
**Wave Swell Height (ft):**

**Transit/Placement Information Area:**
**Tug Position Determined By (GPS/DGPS) DGPS**
**Approximate Distance from Scow to Target Area at Time of Discharge (ft)**
**Time Scow Arrives at Project Placement Area:**
**Length of Towline at Time of Discharge (ft):**
**Scow Heading (Degrees):**
**Estimated Scow Speed (kts):**
**Distance from Tug Navigational Antenna to Tugs Towing Bit (ft):**
**Direction of Scow Relative to Tugs Towing Bit (Degrees):**

**Start Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**End Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**Post Placement Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**Comments:**

# USACE TRANSPORTATION AND PLACEMENT LOG

Log Number: ____________ Date: ____________

## Project Information

Trip Number: ____________ Tow Owner: ____________
Permit Number: ____________ Inspector's Name: ____________
Project Name: ____________ Tug's Nav. Unit: ____________

## Tug and Scow Information:

Tug Name: ____________ Scow Name/Number: ____________
Tug Captain: ____________

## Loading Information

Description of Material: ____________

| | Loading Cycle | | | |
|---|---|---|---|---|
| | 1 | | 2 | |
| | Date | Time | Date | Time |
| Loading starts: | / / | : | / / | : |
| Loading complete: | / / | : | / / | : |
| Scow arrives at Dewatering pier: | / / | : | / / | : |
| Scow Departed Dewatering pier: | / / | : | / / | : |

Scow Draft Aft (ft): ____________

## Transit/Placement Site Weather Conditions:

Wind Speed (mph): ____________
Weather Conditions: ____________
Visibility (n miles): ____________

| | Date | Time |
|---|---|---|
| Scow Departed Dredge site: | / / | : |
| Scow arrive at OENJ: | / / | : |

Receipt acknowledge by OENJ: ____________
Signature

## Unloading Information:

| | Date | Time |
|---|---|---|
| Unloading start: | | |
| Unloading complete: | / / | : |
| Scow Departed OENJ: | / / | : |

## Comments:

____________

USACE Inspector/Date



G006738

G01010 06664

# SECTION 00902

## FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFICATIONS

**TBF**

# SECTION 00903

# DEWATERING INSTRUCTIONS




00903-12

G006741

G01010 06667

Department of the Army
U.S. Army Engineer District, New York

## AUTHORIZATION FOR ENTRY FOR CONSTRUCTION

I, Richard J. Gimello, Executive Director, do hereby certify that the Office of Maritime Resources of the New Jersey Department of Transportation has acquired the real property interests required by the Department of the Army, and otherwise is vested with sufficient title and interest in lands, to support construction of the second construction contract for the New York Harbor and Adjacent Channels, Port Jersey Channel, New Jersey Project at Bayonne/Jersey City, New Jersey. Further, I hereby authorize the Department of the Army, its agents, employees and contractors, to enter upon Tract A to construct the first contract of the Port Jersey Project at Bayonne/Jersey City, New Jersey as set forth in the plans and specifications held in the U.S. Army Corps of Engineers' New York District Office, New York City, New York.

WITNESS my signature as Executive Director of the Office of Maritime Resources, Department of Transportation, New Jersey this 25 day of July, 2003.

By: [signature]
Richard Gimello
Executive Director, OMR/NJDOT

### ATTORNEY'S CERTIFICATE OF AUTHORITY

I, Richard Harcar, Deputy Attorney General for the State of New Jersey certify that the Office of Maritime Resource of the Department of Transportation has authority to grant the above Authorization for Entry; that said Authorization for Entry is executed by the proper duly authorized officer; and that the Authorization for Entry is in sufficient form to grant the authorization therein stated.

WITNESS my signature as Deputy Attorney General for the State of New Jersey this 30th day of July, 2003.

By: [signature]
Richard Harcar
Deputy Attorney General, New Jersey

00903-3

G006742

**Supplemental Agreement No. 1 to License Agreement dated July 9, 2002**

THIS SUPPLEMENTAL AGREEMENT NO. 1 to License Agreement dated July 9, 2002 (the "License") by and between New Jersey Department of Transportation ("NJDOT" or "Licensee") and the Bayonne Local Redevelopment Authority ("BLRA" or "Licensor"), witnesseth:

WHEREAS, by License Agreement dated July 9, 2002, the BLRA issued the NJDOT a one-year license, beginning with the date of the Army Corps of Engineers' Notice to Proceed to its selected Contractor for the dredging of Port Jersey Channel Area 1, for the use of a certain BLRA-owned berthing area; and

WHEREAS, it is anticipated that, on or about September 2003 the Army Corps of Engineers will issue a contract for the dredging of Port Jersey Channel Area 2A; and

WHEREAS, the dredging of said Area 2 will similarly require use of a berthing area; and

WHEREAS, the BLRA is willing to continue to allow the NJDOT to use the licensed berth in connection with the dredging of Area 2A;

NOW, THEREFORE, the parties hereto agree to amend the License in the following respects and in these respects only:

1. The term of the License is hereby extended for an additional two (2) year term commencing on the date of issuance of the Notice to Proceed by the Army Corps of Engineers to its selected contractor for the dredging of Port Jersey Channel Area 2A.

2. All other terms and conditions of said License, except as modified or amended by this Supplemental Agreement No.1, shall be and remain the same.

Wherefore the parties have set forth their hand and seal this 15th day of July, 2003.

[signature]
Witness

New Jersey Department of Transportation
Office of Maritime Resources

By: [signature]

Bayonne Local
Redevelopment Authority

[signature]
Witness

By: [signature]
Nancy A. Kist, Esq.
Executive Director

SECTION 01130

ENVIRONMENTAL PROTECTION

PART 1 GENERAL

1.1 SCOPE

This section covers the furnishing of all labor, material and equipment as performing all work required for the protection of the environment during construction operations except for those measures set forth in other Technical Provisions of these specifications.

1.2 REFERENCE

"Standard Methods for the Examination of Water, Sewage, and Industrial Wastes, Eighteenth Edition, 1992, published by American Public Health Association, 1015 Eighteenth Street, N.W., Washington, D.C. 20036".

1.3 GENERAL

For purpose of this specification, environmental protection is defined as the retention of the environment in its natural state to the greatest possible extent during project construction and to enhance the natural appearance in its final condition. Environment protection requires consideration of air, water, and land, and involves management of noise and solid waste, as well as other pollutants. In order to prevent, and to provide for abatement and control of, any environmental pollution arising from the construction activities in the performance of this contract, the Contractor and his subcontractors shall comply with all applicable Federal, State and local laws and regulations concerning environmental pollution control and abatement.

1.4 NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any non-compliance with the aforementioned Federal, state, or local laws or regulations. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. The Contractor shall, after receipt of such notice, immediately inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess costs of damages by the Contractor.

1.5 SUBCONTRACTOR

Compliance with the provisions of this section by subcontractors will be responsibility of the Contractor.

1.6 IMPLEMENTATION

Prior to commencement of the work the Contractor will:

a. Submit in writing his proposal for implementing this section for environment protection including a noise monitoring program to insure compliance with all Federal, State, and local noise ordinances.

b. Meet with representatives of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program.

1.7 PROTECTION OF WATER RESOURCES

a. General. The Contractor shall not pollute the waters with trash, debris, fuels, oils, bituminous materials, calcium chloride, acids or other harmful materials. It is the responsibility of the Contractor to investigate and comply with all applicable Federal, state, county, and municipal laws concerning pollution of the water. The Contractor shall comply with the conditions set forth in the New York State DEC Water Quality (WQC) permit and the New Jersey WQC included in Section 00903. All work under this contract shall be performed in such a manner that objectionable conditions will not be created in the waters through or adjacent to the project areas.

b. Spillage. At all times of the year, special measures shall be taken to prevent chemicals, fuels, oils, greases, bituminous materials, herbicides, and insecticides from entering the waters. In case of spillage the contractor shall instantly inform by telephone and call the US Coast Guard, EPA and appropriate State and Local Authorities of the spillage and the actions taken.

1.8 PROTECTION OF FISH AND WILDLIFE

a. The Contractor shall at all times perform all work and take such steps required to prevent any interference or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the project area which in the opinion of the Contracting Officer are critical to fish and wildlife. Fouling or polluting of water will not be permitted.

b. The Contractor shall employ best dredging practices to minimize turbidity impacts.

c. The Contractor shall comply with the special permits conditions specified in New York State Department of Environmental Conservation WQC and New Jersey WQC. See Section 00903.

1.9 PROTECTION OF CULTURAL RESOURCES

Known archaeological and historic properties have been taken into account as required by Federal Laws. Should unanticipated archaeological materials be encountered during the course of any project activities, the Contractor

shall cease work in the vicinity of the discovery. The Contractor shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

1.10 NOISE MONITORING

Not withstanding that the construction activities occur in the federal channel, the Contractor shall comply with the local noise ordinance standards set by the local municipalities. During the course of the contract the Contractor shall establish, at a minimum, an initial baseline (background) noise levels prior to the start of work and periodically check the noise levels. The Contractor shall address all of complaints of private citizens **arising out of use of the Contractor's equipments** promptly. The Contractor shall report all NOISE complaints related to the equipments and dredging work to the COR. All noise measurement shall be made at the property line of the impacted site. When instrument cannot be placed at the property line, the measurement shall be made as close thereto as to reasonable.

The Contractor shall designate a disturbance coordinator, with his/her name telephone number clearly posted at the construction site, responsible for responding to noise complaints, determining noise source/cause, and implementing measure to mitigate noise impact.

The Contractor shall locate all portable and support equipment as far away as possible from sensitive areas.

The Contractor shall use properly operating mufflers on all internal combustion powered equipment and keep them in proper state of tune to alleviate back-fire and use protective shrouds on external engines.

1.11 MEASUREMENT AND PAYMENT

a. Measurement. No separate measurement as such will be made for work performed under this section including a noise monitoring program to insure compliance with all Federal and State regulations, and local noise ordinances.

b. Payment. No separate payment will be made for the work covered under this section and all costs in connection therewith will be included in the applicable contract price to which the work pertains.

-- End of Section --

SECTION 01270

MEASURMENT AND PAYMENT

PART 1 GENERAL

**1.1 LUMP SUM PAYMENT ITEMS**

Payment items for the work of this contract for which contract lump sum payments will be made are listed in the BIDDING SCHEDULE and described below. All costs for items of work, which are not specifically mentioned to be included in a particular lump sum or unit price payment item, shall be included in the listed lump sum item most closely associated with the work involved. The lump sum price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for which separate payment is not otherwise provided.

1.1.1 Mobilization and Demobilization (**Item No. 0001AA**)

1.1.1.1 Payment

Payment will be made for costs associated with mobilization and demobilization, as defined in Contract Clause PAYMENT FOR MOBILIZATION AND DEMOBILIZATION section 00700 CC 252.236-7004(DEC 1991).

1.1.1.2 Unit of Measure
Unit of measure: lump sum.

1.1.2 Field Office (**Item No. 0001AH**)

1.1.2.1 Payment

Payment will be made for costs associated with operations necessary for installation, including all office equipment, system setup, maintenance services, and removal of equipment at designated area in accordance with the requirements specified in paragraph entitled "FIELD OFFICE" of Section 00800: Special Contract Requirements.

1.1.2.2 Unit of Measure
Unit of measure: lump sum.

1.1.3 Additional cost for Optional Insurance (**Item No. 0002**)

1.1.3.1 Payment

Payment will be made for costs associated with additional insurance premium provided by the contractor as per requirements specified in Section 00800.

1.1.3.2 Unit of Measure

Unit of measure: lump sum.

**1.2 UNIT PRICE PAYMENT ITEMS**

Payment items for the work of this contract on which the contract unit price payments will be made are listed in the PRICE SCHEDULE and described below. The unit price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for each of the unit price items.

1.2.1 Debris,Removal and Disposal (**Item No. 0001AB**)

1.2.1.1 Payment

Payment will be made for costs associated with the collection, storage and handling, and the removal from the site and proper disposal of all debris recovered from the bottom and all floating debris including cables, pilings, line, and all objects, which are unsuitable for placement in the HARS or upland disposal site or artificial reef site.

1.2.1.2 Unit of Measurement

Unit of measure: ton (2,000 lbs).

1.2.2 Dredging, Transportation, Delivery, Processing if required and Placement of Dredged Materials Unsuitable/Suitable for Placement at the HARS ( **Excludes Dewatering:Item No. 0001AD AND 0001AF**).

-**Item No. 0001AC;** Dredging, Transportation, Delivery, Processing and Disposal of Dredged Materials **Unsuitable** for Placement at the HARS, Excludes Dewatering; Placement EnCap Golf Holdings, LLC Site and/or site(s) of the contractor's choice **(Excludes Dewatering)**.

-**Item No.0001AE;** Dredging, Transportation, Delivery, and Disposal of Dredged Materials Suitable for Placement Upland, Excludes Dewatering and Excludes Processing; Placement at EnCap Golf Holdings, LLC Site and/or a site(s) of the contractor's choice **(placement upland without processing)**.

-**Item No. 0001AJ;** Dredging, Transportation, Delivery, and placement of **non-rock** materials **suitable** for placement upland, **Excludes Dewatering and Excludes Processing** (placement at the Newark Bay Confined Disposal Facility CDF).

-**Item No. 0003;** Disposal of Dredged Materials suitable for Placement at the HARS, **(Excludes Dewatering and Excludes Processing)**.

1.2.2.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at designated disposal

sites, processing, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.2.2 Measurement

The total quantity of dredged material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depths indicated on the drawings and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.2.3 Unit of Measure

Unit of measure: cubic yard.

1.2.3 Dewatering in Accordance with WQCs and EnCap Golf Holdings site (and/or contractor's proposed site(s)) Specifications for Upland Placement **(Items No. 0001AD and 0001AF)**

1.2.3.1 Payment

Payment will be made for costs associated with dewatering, monitoring, and other incidental thereto, excluding transportation to berthing areas.

1.2.3.2 Measurement

The total quantity of dewatering material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depths indicated on the drawings and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be

excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.5 Subsurface drilling and sampling (**Item No. 0001AG**)

1.2.5.1 Payment

Payment will be made for costs associated with subsurface drilling and sampling for each drill hole performed, including mobilization and demobilization of all equipment necessary to perform the required drilling sampling, and coring to a depth of 55 feet below MLW. Mobilization and demobilization will include a drill rig of complete assembly and in working order as well as the transportation of samples and cores to the Caven Point Marine Terminal. Size of sampling shall be 1-3/8 inch diameter and size of rock core shall be NX diameter core.

1.2.5.2 Measurement

The measurement for drilling drive sample drill holes including soil sampling and rock core drilling (vertical) will be the number of holes that were drilled in accordance with the specifications. Measurements will be made from mean low water.

1.2.5.3 Unit of Measure

Unit of measure: each.

-- End of Section --

SECTION 01312

QUALITY CONTROL SYSTEM (QCS)
**(NYD VERSION 09/01)**

1.1 GENERAL

The Government will use the Resident Management System for Windows (RMS) to assist in its monitoring and administration of this contract. The Contractor shall use the Government-furnished Construction Contractor Module of RMS, referred to as QCS, to record, maintain, and submit various information throughout the contract period. This joint Government-Contractor use of RMS and QCS will facilitate electronic exchange of information and overall management of the contract. QCS provides the means for the Contractor to input, track, and electronically share information with the Government in the following areas:

Administration
Finances
Quality Control
Submittal Monitoring
Scheduling
Import/Export of Data

1.1.1 Correspondence and Electronic Communications

For ease and speed of communications, both Government and Contractor will, to the maximum extent feasible, exchange correspondence and other documents in electronic format. Correspondence, pay requests and other documents comprising the official contract record shall also be provided in paper format, with signatures and dates where necessary. Paper documents will govern, in the event of discrepancy with the electronic version.

1.1.2 Other Factors

Particular attention is directed to Contract Clause, "Schedules for Construction Contracts", Contract Clause, "Payments", Section 01320A, PROJECT SCHEDULE, Section 01330, SUBMITTAL PROCEDURES, and Section 01451A, CONTRACTOR QUALITY CONTROL, which have a direct relationship to the reporting to be accomplished through QCS. Also, there is no separate payment for establishing and maintaining the QCS database; all costs associated therewith shall be included in the contract pricing for the work.

1.2 QCS SOFTWARE

QCS is a Windows-based program that can be run on a stand-alone personal computer or on a network. The Contractor shall be responsible after award of the contruction contract to download the QCS software and User Manual from the Government's RMS Internet website ('http://winrms.usace.army.mil'). Prior to the Pre-Construction Conference, the Contractor shall be responsible to download, install and use the latest version of the QCS software from the Government's RMS

Internet Website. Any program updates of QCS will be made available to the Contractor via the Government RMS website as they become available and the Contractor shall be required to install and use the latest version of the QCS Software (Expect approximately eight (8) program updates per year).

1.3 SYSTEM REQUIREMENTS

The following listed hardware and software is the minimum system configuration that the Contractor shall have to run QCS:

**Hardware**

IBM-compatible PC with 200 MHz Pentium or higher processor

64+ MB RAM

4 GB hard drive disk space for sole use by the QCS system

3 1/2 inch high-density floppy drive

Compact disk (CD) Reader

Color monitor

Laser printer compatible with HP LaserJet III or better, with minimum 4 MB installed memory.

Connection to the Internet, minimum 28 BPS

**Software**

MS Windows 95 or newer version operating system (MS Windows NT 4.0 or newer is recommended)

Word Processing software - MS Word 97 or newer

Internet browser

The Contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

Electronic mail (E-mail) compatible with MS Outlook

1.4 RELATED INFORMATION

1.4.1 QCS User Guide

After contract award, the Contractor shall download instructions for the installation and use of QCS from the Government RMS Internet Website ("http://winrms.usace.army.mil/);

1.5 CONTRACT DATABASE

Prior to the pre-construction conference, the Government shall provide the Contractor with basic contract award data to use for QCS. The Government will provide data updates to the Contractor as needed, generally by files attached to E-mail. These updates will generally consist of submittal reviews, correspondence status, QA comments, and other administrative and QA data.

1.6 DATABASE MAINTENANCE

The Contractor shall establish, maintain, and update data for the contract in the QCS database throughout the duration of the contract. The Contractor shall establish and maintain the QCS database at the Contractor's site office. Data updates to the Government shall be submitted by E-mail with file attachments, e.g., daily reports, schedule updates, payment requests. If permitted by the Contracting Officer, a data diskette or CD-ROM may be used instead of E-mail (see Paragraph DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM). The QCS database typically shall include current data on the following items:

1.6.1 Administration

1.6.1.1 Contractor Information

The database shall contain the Contractor's name, address, telephone numbers, management staff, and other required items. Within 14 calendar days of receipt of QCS software from the Government, the Contractor shall deliver Contractor administrative data in electronic format via E-mail.

1.6.1.2 Subcontractor Information

The database shall contain the name, trade, address, phone numbers, and other required information for all subcontractors. A subcontractor must be listed separately for each trade to be performed. Each subcontractor/trade shall be assigned a unique Responsibility Code, provided in QCS. Within 14 calendar days of receipt of QCS software from the Government, the Contractor shall deliver subcontractor administrative data in electronic format via E-mail.

1.6.1.3 `Correspondence

All Contractor correspondence to the Government shall be identified with a serial number. Correspondence initiated by the Contractor's site office shall be prefixed with "S". Letters initiated by the Contractor's home (main) office shall be prefixed with "H". Letters shall be numbered starting from 0001. (e.g., H-0001 or S-0001). The Government's letters to the Contractor will be prefixed with "C".

1.6.1.4 Equipment

The Contractor's QCS database shall contain a current list of equipment planned for use or being used on the jobsite, including the most recent and planned equipment inspection dates.

1.6.1.5 Management Reporting

QCS includes a number of reports that Contractor management can use to track the status of the project. The value of these reports is reflective of the quality of the data input, and is maintained in the various sections of QCS. Among these reports are: Progress Payment Request worksheet, QA/QC comments, Submittal Register Status, Three-Phase Inspection checklists.

1.6.2 Finances

1.6.2.1 Pay Activity Data

The QCS database shall include a list of pay activities that the Contractor shall develop in conjunction with the construction schedule. The sum of all pay activities shall be equal to the total contract amount, including modifications. Pay activities shall be grouped by Contract Line Item Number (CLIN), and the sum of the activities shall equal the amount of each CLIN. CLINs may include multiple activities, but activities may be assigned to only one such CLIN item. The total of all CLINs equals the Contract Amount.

1.6.2.2 Payment Requests

All progress payment requests shall be prepared using QCS. The Contractor shall complete the payment request worksheet and include it with the payment request. The work completed under the contract, measured as percent or as specific quantities, shall be updated at least monthly. After the update, the Contractor shall generate a payment request report using QCS. The Contractor shall submit the payment requests with supporting data by E-mail with file attachment(s). If permitted by the Contracting Officer, a data diskette may be used instead of E-mail. A signed paper copy of the approved payment request is also required, which shall govern in the event of discrepancy with the electronic version.

1.6.3 Quality Control (QC)

QCS provides a means to track implementation of the 3-phase QC Control System, prepare daily reports, identify and track deficiencies, document progress of work, and support other contractor QC requirements. The Contractor shall maintain this data on a daily basis. Entered data will automatically output to the QCS generated daily report. The Contractor shall provide the Government a Contractor Quality Control (CQC) Plan within the time required in Section 01451A, CONTRACTOR QUALITY CONTROL. Within seven calendar days of Government acceptance, the Contractor shall submit a data diskette or CD-ROM reflecting the information contained in the accepted CQC Plan: schedule, pay activities, features of work, submittal register, QC requirements, and equipment list.

1.6.3.1 Daily Contractor Quality Control (CQC) Reports.

QCS includes the means to produce the Daily CQC Report. The Contractor may use other formats to record basic QC data. However, the Daily CQC Report

generated by QCS shall be the Contractor's official report. Data from any supplemental reports by the Contractor shall be summarized and consolidated onto the QCS-generated Daily CQC Report. Daily CQC Reports shall be submitted as required by Section 01451A, CONTRACTOR QUALITY CONTROL. Reports shall be submitted electronically to the Government using E-mail or diskette within 24 hours after the date covered by the report. Use of either mode of submittal shall be coordinated with the Government representative. The Contractor shall also provide the Government a signed, printed copy of the daily CQC report.

1.6.3.2 Deficiency Tracking.

The Contractor shall use QCS to track deficiencies. Deficiencies identified by the Contractor will be numerically tracked using QC punch list items. The Contractor shall maintain a current log of its QC punch list items in the QCS database. The Government will log the deficiencies it has identified using its QA punch list items. The Government's QA punch list items will be included in its export file to the Contractor. The contractor will acknowledge receipt of these QA punch list items by specific number reference on the Daily CQC Report. The Contractor shall regularly update the correction status of both QC and QA punch list items.

1.6.3.3 Three-Phase Control Meetings

The Contractor shall maintain scheduled and actual dates and times of preparatory and initial control meetings in QCS.

1.6.3.4 Accident/Safety Tracking.

The Government will issue safety comments, directions, or guidance whenever safety deficiencies are observed. The Government's safety comments will be included in its export file to the Contractor. The Contractor shall regularly update the correction status of the safety comments. In addition, the Contractor shall utilize QCS to advise the Government of any accidents occurring on the jobsite. This brief supplemental entry is not to be considered as a substitute for completion of mandatory reports, e.g., ENG Form 3394 and OSHA Form 200.

1.6.3.5 Features of Work

The Contractor shall include a complete list of the features of work in the QCS database. A feature of work may be associated with multiple pay activities. However, each pay activity (see subparagraph "Pay Activity Data" of paragraph "Finances") will only be linked to a single feature of work.

1.6.3.6 QC Requirements

The Contractor shall develop and maintain a complete list of QC Testing, Transfer Property Listings, Installed Property Listings, and User Training requirements in QCS, all tied to individual pay activities. The Contractor shall update all data on these QC requirements as work progresses, and shall promptly provide this information to the Government via QCS.

1.6.4 Submittal Management

The contractor will initially be required to enter all required submittal information into QCS. Thereafter, the Contractor shall maintain a complete list of all submittals, including completion of all data columns of ENG Form 4288, as required by Section 01330, SUBMITTAL PROCEDURES. Dates on which submittals are received and returned by the Government will be included in its export file to the Contractor. The Contractor shall use QCS to track and transmit all submittals. ENG Form 4025, submittal transmittal form, and the submittal register update, ENG Form 4288, shall be produced using QCS. RMS will be used to update, store and exchange submittal registers and transmittals, but will not be used for storage of actual submittals.

1.6.5 Schedule

The Contractor shall develop a construction schedule consisting of pay activities, in accordance with Contract Clause "Schedules for Construction Contracts", or Section 01320A, PROJECT SCHEDULE, as applicable. This schedule shall be input and maintained in the QCS database either manually or by using the Standard Data Exchange Format (SDEF) (see Section 01320A PROJECT SCHEDULE). The contractor shall be responsible for ensuring the SDEF is in the format required to upload the data to QCS; otherwise, the contractor will be required to enter the data manually. The updated schedule data shall be included with each pay request submitted by the Contractor.

1.6.6 Import/Export of Data

QCS includes the ability to export Contractor data to the Government and to import Government-provided data.

1.7 IMPLEMENTATION

Contractor use of QCS as described in the preceding paragraphs is mandatory. The Contractor shall ensure that sufficient resources are available to maintain its QCS database, and to provide the Government with regular database updates. QCS shall be an integral part of the Contractor's management of quality control.

1.8 DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM

The Government-preferred method for Contractor's submission of updates, payment requests, correspondence and other data is by E-mail with file attachment(s). For locations where this is not feasible, the Contracting Officer may permit use of computer diskettes or CD-ROM for data transfer. Data on the disks or CDs shall be exported using the QCS built-in export function. If used, diskettes and CD-ROMs will be submitted in accordance with the following:

1.8.1 File Medium

The Contractor shall submit required data on 3-1/2 inch double-sided

high-density diskettes formatted to hold 1.44 MB of data, capable of running under Microsoft Windows 95 or newer. Alternatively, CD-ROMs may be used. They shall conform to industry standards used in the United States. All data shall be provided in English.

1.8.2 Disk or CD-ROM Labels

The Contractor shall affix a permanent exterior label to each diskette and CD-ROM submitted. The label shall indicate in English, the QCS file name, full contract number, contract name, project location, data date, name and telephone number of person responsible for the data.

1.8.3 File Names

The Government will provide the file names to be used by the Contractor with the QCS software.

9. WEEKLY SUBMISSION OF EXPORT FILES

The contractor shall, at a minimum, generate and submit weekly export file to the Gov't.

1.9 MONTHLY COORDINATION MEETING

The Contractor shall update the QCS database each workday. At least monthly, the Contractor shall generate and submit an export file to the Government with schedule update and progress payment request. As required in Contract Clause "Payments", at least one week prior to submittal, the Contractor shall meet with the Government representative to review the planned progress payment data submission for errors and omissions. The Contractor shall make all required corrections prior to Government acceptance of the export file and progress payment request. Payment requests accompanied by incomplete or incorrect data submittals will be returned. The Government will not process progress payments until an acceptable QCS export file is received.

1.10 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the requirements of this specification. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. The QCS module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer).

-- End of Section --

SECTION 01320

PROJECT SCHEDULE
NETWORK ANALYSIS SYSTEM
(NYD Rev. 6/01)

PART 1 GENERAL

1.1 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-07 Schedules

Initial Project Schedule; GA. Preliminary Project Schedule; GA. Periodic Schedule Updates; GA.

Four copies of the schedules showing codes, values, categories, numbers, items, etc., as required.

SD-08 Statements

Qualifications; FIO.

Documentation showing qualifications of personnel preparing schedule reports.

SD-09 Reports

Narrative Report; FIO. Schedule Reports; FIO.

Four copies of the reports showing numbers, descriptions, dates, float, starts, finishes, durations, sequences, etc., as required.

1.2 QUALIFICATIONS

The Contractor shall designate an authorized representative who shall be responsible for the preparation of all required project schedule reports. This person shall have previously created and reviewed computerized schedules. Qualifications of this individual shall be submitted to the Contracting Officer for review with the Preliminary Project Schedule submission.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

Pursuant to the Contract Clause, SCHEDULE FOR CONSTRUCTION CONTRACTS a Project Schedule as described below shall be prepared. The Contractor shall be responsible for scheduling of all procurement and construction activities as well as design activities if applicable to the project. The scheduling of construction shall be the responsibility of the Contractor. Contractor management personnel shall actively participate in its development. Subcontractors and suppliers working on the project should also contribute in developing and maintaining an accurate Project Schedule. The approved Project Schedule shall be used to measure the progress of the work, to aid in evaluating time extensions, and to provide the basis of all progress payments.

3.2 BASIS FOR PAYMENT

The schedule shall be the basis for measuring Contractor progress. Lack of an approved schedule or scheduling personnel shall result in an inability of the Contracting Officer to evaluate Contractor progress for the purposes of payment. Failure of the Contractor to provide all information, as specified below, shall result in the disapproval of the entire Project Schedule submission and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes. In the case where Project Schedule revisions have been directed by the Contracting Officer and those revisions have not been included in the Project Schedule, then the Contracting Officer may hold retainage up to the maximum allowed by contract, each payment period, until revisions to the Project Schedule have been made.

3.3 PROJECT SCHEDULE

The computer software system utilized by the Contractor to produce the Project Schedule shall be capable of providing all requirements of this specification. Failure of the Contractor to meet the requirements of this specification shall result in the disapproval of the schedule. Manual methods used to produce any required information shall require approval by the Contracting Officer.

3.3.1 Use of the Critical Path Method

The Critical Path Method (CPM) of network calculation shall be used to generate the Project Schedule. The Contractor shall provide the Project Schedule in either the Precedence Diagram Method (PDM) or the Arrow Diagram Method (ADM).

3.3.2 Level of Detail Required

With the exception of the initial and preliminary schedule submission, the Project Schedule shall include an appropriate level of detail. Failure to develop or update the Project Schedule or provide data to the Contracting Officer at the appropriate level of detail, as specified by the Contracting Officer, shall result in the disapproval of the schedule. The Contracting Officer will use, but is not limited to, the following conditions to determine the appropriate level of detail to be used in the Project Schedule.

3.3.2.1 Activity Durations

Contractor submissions shall be required to follow the direction of the Contracting Officer regarding reasonable activity durations. Reasonable durations are those that allow the progress of activities to be accurately determined between payment periods. A rule of thumb, that the Contractor should use, is that less than 2 percent of all non-procurement activities' Original Durations shall be greater than 20 days.

3.3.2.2 Design and Permit Activities-

The Contractor shall integrate design and permitting activities, including necessary conferences and follow-up actions and design package submission dates into the schedule if these items are applicable to the project.

3.3.2.3 Procurement Activities

Tasks related to the procurement of long lead materials or equipment shall be included as separate activities in the project schedule. Long lead materials and equipment are those materials that have a procurement cycle of over 90 days. Examples of procurement process activities include, but are not limited to: submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing.

3.3.2.4 Government Activities

Government and other agencies activities that could impact progress shall be shown. These activities include, but are not limited to: approvals, inspections, utility tie-in, Government Furnished Equipment (GFE) and notice to proceed for phasing requirements.

3.3.2.5 Workers Per Day

All activities shall have an estimate of the average number of workers per day that are expected to be used during the execution of the activity to produce the expected completion date. If no workers are required for an activity, in the case of activities related to procurement, for example, then the activity shall be identified as using zero workers per day. The workers per day information for each activity shall be identified by the Workers Per Day Code.

3.3.2.6 Responsibility

All activities shall be identified in the project schedule by the party responsible to perform the work. Responsibility includes, but is not limited to, the subcontracting firm, contractor work force, or government agency performing a given task. Activities shall not belong to more than one responsible party. The responsible party for each activity shall be identified by the Responsibility Code.

3.3.2.7 Work Areas

All activities shall be identified in the project schedule by the work area

in which the activity occurs. Activities shall not be allowed to cover more than one work area. The work area of each activity shall be identified by the Work Area Code.

3.3.2.8 Modification or Claim Number

Any activity that is added or changed by contract modification or used to justify claimed time shall be identified by a mod or claim code that changed the activity. Activities shall not belong to more than one modification or claim item. The modification or claim number of each activity shall be identified by the Mod or Claim Number.

3.3.2.9 Bid Item

All activities shall be identified in the project schedule by the Bid Item to which the activity belongs. An activity shall not contain work in more than one bid item. the bid item for each appropriate activity shall be identified by the Bid Item Code.

3.3.2.10 Phase of Work

All activities shall be identified in the project schedule by the phases of work in which the activity occurs. Activities shall not be allowed to contain work in more than one phase of work. The project phase of each activity shall be by the unique Phase of Work Code.

3.3.2.11 Category of Work

All Activities shall be identified in the project schedule according to the category of work which best describes the activity. Category of work refers, but is not limited to, the procurement chain of activities including such items as submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing. The category of work for each activity shall be identified by the Category of Work Code.

3.3.2.12 Feature of Work

All activities shall be identified in the project schedule according to the feature of work to which the activity belongs. Feature of work refers, but is not limited to a work breakdown structure for the project. The feature of work for each activity shall be identified by the Feature of Work Code.

3.3.3 Scheduled Project Completion

The schedule interval shall extend from the Notice to Proceed to the contract completion date.

3.3.3.1 Project Start Date

The schedule shall start no earlier than the date that the Notice to Proceed (NTP) was acknowledged. The Contractor shall include as the first activity in the project schedule an activity called "Start Project". The "Start Project" activity shall have: an "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.3.2 Constraint of Last Activity

Completion of the last activity in the schedule shall be constrained by the contract completion date. Calculation on project updates shall be such that if the early finish of the last activity falls after the contract completion date, then the float calculation shall reflect a negative float on the critical path. The Contractor shall include as the last activity in the project schedule an activity call "End Project". The "End Project" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.3.3 Early Project Completion

In the event the project schedule shows completion, the project prior to the contract completion date, the Contractor shall identify those activities that have been accelerated and/or those activities that are scheduled in parallel to support the Contractor's "early" completion. Contractor shall specifically address each of the activities noted at every project schedule update period to assist the Contracting Officer to evaluate the Contractor's ability to actually complete prior to the contract period.

3.3.4 Interim Completion Dates

Contractually specified interim completion dates shall also be constrained to show negative float if the early finish date of the last activity in that phase falls after the interim completion date.

3.3.4.1 Start Phase

The Contractor shall include as the first activity for a project phase an activity called "Start Phase X" where "X" refers to the phase of work. The "Start Phase X" activity shall have: an "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.4.2 End Phase

The Contractor shall include as the last activity in a project phase an activity called "End Phase X" where "X" refers to the phase of work. The "End Phase X" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.4.3 Phase X

The Contractor shall include a hammock type activity for each project phase called "Phase X" where "X:" refers to the phase of work. The "Phase X" activity shall be logically tied to the earliest and latest activities in the phase.

3.3.5 Default Progress Data Disallowed

Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in CPM scheduling software systems. Actual Start and Finish dates on the CPM schedule shall match those dates provided

from Contractor Quality Control Reports. Failure of the Contractor to document the Actual Start and Finish dates on the Daily Quality Control report for every in progress or completed activity and insure that the data contained on the Daily Quality Control reports is the sole basis for schedule updating shall result in the disapproval of the Contractor's schedule and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes.

3.3.6 Out-of-Sequence Progress

Activities that have posted progress without predecessors being completed (Out-of-Sequence Progress) shall be allowed only by the case-by-case approval of the Contracting Officer. The Contracting Officer may direct that changes in schedule logic be made to correct any or all out-of-sequence work.

3.3.7 Extended Non-Work Periods

Designation of Holidays to account for non-work periods of over 5 days shall not be allowed. Non-work periods of over 5 days shall be identified by addition of activities that represent the delays. Modifications to the logic of the project schedule shall be made to link those activities that may have been impacted by the delays to the newly added delay activities.

3.3.8 Negative Lags

Lag durations contained in the project schedule shall not have a negative value.

3.4 PROJECT SCHEDULE SUBMISSIONS

The Contractor shall provide the submissions as described below. The data disk, reports, and network diagrams required for each submission are contained in paragraph SUBMISSION REQUIREMENTS.

3.4.1 Preliminary Project Schedule Submission

The Preliminary Project Schedule, defining the Contractor's planned operations for the first 60 calendar days shall be submitted for approval within 10 calendar days after Notice to Proceed is acknowledged. The approved preliminary schedule shall be used for payment purposes not to exceed 60 calendar days after Notice to Proceed.

3.4.2 Initial Project Schedule Submission

The Initial Project Schedule shall be submitted for approval within 40 calendar days after Notice to Proceed. The schedule shall provide a reasonable sequence of activities which represent work through the entire project and shall be at a reasonable level of detail.

3.4.3 Periodic Schedule Updates

Based on the result of progress meetings, specified in "Periodic Progress Meetings," the periodic schedule updates. These submissions shall enable the Contracting Officer or to assess Contractor's progress. If the Contractor

fails or refuses to furnish the information and project schedule data, which in the judgment of the Contracting Officer or authorized representative, is necessary for verifying the contractor's progress, the Contractor shall be deemed not to have provided an estimate upon which progress payment may be made.

3.4.4 Standard Activity Coding Dictionary

The Contractor shall submit, with the Initial Project Schedule, a coding scheme that shall be used throughout the project for all activity codes contained in the schedule. The coding scheme submitted shall list the values for each activity code category and translate those values into project specific designations. For example, a Responsibility Code Value, "ELE", may be identified as "Electrical Subcontractor." Activity code values shall represent the same information throughout the duration of the contract. Once approved with the Initial Project Schedule submission, changes to the activity coding scheme must be approved by the Contracting Officer's Representative.

3.5 SUBMISSION REQUIREMENTS

The following items shall be submitted by the Contractor for the initial submission, and every periodic project schedule update throughout the life of the project:

3.5.1 Data Disks

Two data disks containing the project schedule shall be provided. Data on the disks shall be in the format specified in Appendix A, " Standard Data Exchange Format".

3.5.1.1 File Medium

Required data shall be submitted on 3.5 disks, formatted to hold 1.44 MB of data, under the MS-DOS Version 5.0 operating system.

3.5.1.2 Disk Label

A permanent exterior label shall be affixed to each disk submitted. The label shall indicate the type of schedule (Initial, Update, or Change), full contract number, project name, project location, data date, name and telephone number or person responsible for the schedule, and the MS-DOS version used to format the disk.

3.5.1.3 File Name

Each file submitted shall have a name related to either the schedule data date, project name, or contract number. The Contractor shall develop a naming convention that will insure that the names of the files submitted are unique. the Contractor shall submit the file naming convention to the Contracting Officer for approval.

3.5.2 Narrative Report

A Narrative Report shall be provided with each update of the project schedule. This report shall be provided as the basis of the Contractor's progress payment request. The Narrative Report shall include: a description of activities along the 4 most critical paths, a description of current and anticipated problem areas or delaying factors and their impact, and an explanation of corrective actions taken.

3.5.3 Approved Changes Verification

Only project schedule changes that have been previously approved by the Contracting Officer shall be included in the schedule submission. The Narrative Report shall specifically reference, on an activity by activity basis, all changes made since the previous period and relate each change to documented, approved schedule changes.

3.5.4 Schedule Reports

The format for each activity for the schedule reports listed below shall contain: Activity Numbers, Activity Description, Original Duration, Remaining Duration, Early Start Date, Early Finish Date, Late Start Date, Late Finish Date, Total Float. Actual Start and Actual Finish Dates shall be printed for those activities in-progress or completed.

3.5.4.1 Activity Report

A list of all activities sorted according to activity number or "I-NODE" AND "J-NODE" and then sorted according to Early Start Date. For completed activities the Actual Start Date shall be used as the secondary sort.

3.5.4.2 Logic Report

A list of Preceding and Succeeding activities for every activity in ascending order by activity number and then sorted according to Early Start Date. For completed activities the Actual Start Date shall be used as the secondary sort.

3.5.4.3 Total Float Report

A list of all activities sorted in ascending order of total float. Activities which have the same amount of total float shall be listed in ascending order of Early Start Dates.

3.5.4.4 Earnings Report

A compilation of the Contractor's Total Earnings on the project from the Notice to Proceed until the most recent Monthly Progress Meeting. This report shall reflect the Earnings of specific activities based on the agreements made in the field and approved between the Contractor and Contracting Officer at the most recent Monthly Progress Meeting. Provided that the Contractor has provided a complete schedule update, this report shall serve as the basis of determining Contractor Payment. Activities shall be grouped by bid item and sorted by activity numbers. This report shall: sum all activities in a bid item and provide a bid item percent; complete and

sum all bid items to provide a total project percent complete. The printed report shall contain, for each activity: [Activity Number] [or] ["i-node" and "j-node"], Activity Description, Original Budgeted Amount, Total Quantity, Quantity to Date, Percent Complete (based on cost), Earnings to Date.

3.5.4.5 Labor Loading.

For each activity shown on the logic report list the total amount of work required for the activity in man-hours, the number of workers assigned to the activity, the expected production rate for a worker, and the length of time (in work days) required to render the expected completion date for the activity. Completion dates on this report must agree with those on the logic report.

3.5.5 Network Diagram

The network diagram shall be required on the initial schedule submission and on bi-monthly (60 days) schedule update submissions. In addition to other submission requirements, a single mylar reproducible 20 inch by 30 inch size shall be submitted. The network diagram shall depict and display the order and interdependence of activities and the sequence in which the work is to be accomplished. The Contracting Officer will use, but is not limited to, the following conditions to review compliance with this paragraph:

3.5.5.1 Continuous Flow

Diagrams shall show a continuous flow from left to right with no arrows from right to left. The activity or event number, description, duration, and estimated earned value shall be shown on the diagram.

3.5.5.2 Project Milestone Dates

Dates shall be shown on the diagram for start of project, any contract required interim completion dates, and contract completion dates.

3.5.5.3 Critical Path

The critical path shall be clearly shown.

3.5.5.4 Banding

Activities shall be grouped to assist in the understanding of the activity sequence. Typically, this flow will group activities by category of work, work area and/or responsibility.

3.5.5.5 S-Curves

Earnings curves showing projected early and late earnings and earnings to date.

3.6 PERIODIC PROGRESS MEETINGS

Progress meetings to discuss payment shall include a monthly on? site meeting

or other regular intervals mutually agreed to at the preconstruction conference. During this meeting the Contractor will describe, on an activity by activity basis, all proposed revisions and adjustments to the project schedule required to reflect the current status of the project. The Contracting Officer will approve activity progress, proposed revisions, and adjustments as appropriate.

3.6.1 Meeting Attendance

The Contractor's Project Manager and Scheduler shall attend the regular progress meeting.

3.6.2 Update Submission Following Progress Meeting

A complete update of the project schedule containing all approved progress, revisions, and adjustments, based on the regular progress meeting, shall be submitted not later than 4 working days after the monthly progress meeting.

3.6.3 Progress Meeting Contents

Update information, including Actual Start Dates, Actual Finish Dates, Remaining Durations, and Cost to Date shall be subject to the approval of the Contracting Officer. The following minimum set of items which the Contractor shall address, on an activity by activity basis, during each progress meeting.

3.6.3.1 Start and Finish Dates

The Actual Start and Actual Finish dates for each activity currently in?progress or completed activities.

3.6.3.2 Time Completion

The estimated Remaining Duration for each activity in progress. Time?based progress calculations must be based on Remaining Duration for each activity.

3.6.3.3 Cost Completion

The earnings for each activity started. Payment shall be based on earnings for each in-progress or completed activity. Payment for individual activities shall not be made for work that contains quality defects. A portion of the overall project amount may be retained based on delays of activities.

3.6.3.4 Logic Changes

All logic changes pertaining to Notice to Proceed on change orders, change orders to be incorporated into the schedule, contractor proposed changes in work sequence, corrections to schedule logic for out-of-sequence progress, [lag durations,] and other changes that have been made pursuant to contract provisions shall be specifically identified and discussed.

3.6.3.5 Other Changes

Other changes required due to delays in completion of any activity or group

of activities are those delays beyond the Contractors control such as strikes and unusual weather. Also included are delays encountered due to submittals, Government Activities, deliveries or work stoppage which makes re-planning the work necessary, and when the schedule does not represent the actual prosecution and progress of the work.

3.7 REQUESTS FOR TIME EXTENSIONS

In the event the Contractor requests an extension of the contract completion date, he shall furnish such justification, project schedule data and supporting evidence as the Contracting Officer may deem necessary for a determination as to whether or not the Contractor is entitled to an extension of time under the provisions of the contract. Submission of proof of delay, based on revised activity logic, duration, and costs (updated to the specific date that the delay occurred) is obligatory to any approvals.

3.7.1 Justification of Delay

The project schedule must clearly display that the Contractor has used, in full, all the float time available for the work involved with this request. The Contracting Officer's determination as to the number of allowable days of contract extension, shall be based upon the project schedule updates in effect for the time period in question and other factual information. Actual delays that are found to be caused by the Contractor's own actions, which result in the extension of the schedule, shall not be a cause for a time extension to the contract completion date.

3.7.2 Submission Requirements

The Contractor shall submit a justification for each request for a change in the contract completion date of under two weeks based upon the most recent schedule update at the time of the Notice to Proceed or constructive direction issued for the change. Such a request shall be in accordance with the requirements of other appropriate Contract Clauses and shall include, as a minimum:

a. A list of affected activities, with their associated project schedule activity number.

b. A brief explanation of the causes of the change.

c. An analysis of the overall impact of the changes proposed.

d. A sub-network of the affected area.

Activities impacted in each justification for change shall be identified by a unique activity code contained in the required data file.

3.7.3 Additional Submission Requirements

For any request for time extension for over 2 weeks, the Contracting Officer may request an interim update with revised activities for a specific change request. The Contractor shall provide this disk within 4 days of the Contracting Officer's request.

3.8 DIRECTED CHANGES

If Notice to Proceed (NTP) is issued for changes prior to settlement of price and/or time, the Contractor shall submit proposed schedule revisions to the Contracting Officer within 2 weeks of the NTP being issued. The proposed revisions to the schedule will be approved by the Contracting Officer prior to inclusion of those changes within the project schedule. If the Contractor fails to submit the proposed revisions, the Contracting Officer may furnish the Contractor suggested revisions to the project schedule. The Contractor shall include these revisions in the project schedule until the Contractor submits revisions, and final changes and impacts have been negotiated. If the Contractor has any objections to the revisions furnished by the Contracting Officer, then the Contractor shall advise the Contracting Officer within 2 weeks of receipt of the revisions. Regardless of the objections, the Contractor will continue to update their schedule with the Contracting Officer's revisions until a mutual agreement in the revisions may be made. If the Contractor fails to submit alternative revisions within 2 weeks of receipt of the Contracting Officer's proposed revisions, the Contractor will be deemed to have concurred with the Contracting Officer's proposed revisions. The proposed revisions will then be the basis for an equitable adjustment for performance of the work.

3.9 OWNERSHIP OF FLOAT

Float available in the schedule, at any time, shall not be considered for the exclusive use of either the Government or the Contractor.

**APPENDIX A**
ER 1-1-11
15 Jun 95

**STANDARD DATA EXCHANGE FORMAT SPECIFICATION**

PART 1- GENERAL

1. Application of This Provision: The Standard Data Exchange Format (SDEF) provides a non-proprietary protocol to exchange project planning and progress data between scheduling systems.

2. File Type and Format: The data file shall consist of a 132 character, freed format, "ASCII" file. Text shall be left-justified and numbers shall be right-justified in each field. Data records must conform, exactly, to the sequence, column position, maximum length, mandatory values, and field definitions described below to comply with the SDEF. Unless specifically stated, all numbers shall be whole numbers. Fields containing numbers shall not be zero filled. All data columns shall be separated by a single blank column. The file shall not contain blank lines.

3. Usage Notes: Where appropriate, notes regarding proper usage of systems to support the SDEF have been included in brackets ( [ ] ). These notes are included to assist users in creating SDEF-compatible files, given the variety of software systems that support the SDEF.

4. Recommended Systems: Several systems have been tested to determine the accuracy of importing and exporting SDEF files. For information on the current list of recommended systems, please contact Mr. Stan Green at HQUSACE, (202) 761-0206. Although the currently listed systems have been tested other systems may also be acceptable provided those systems correctly import and export SDEF files.

5. SDEF Checker Program: A program that checks whether a file meets the SDEF is available free of charge. A copy of this program may be obtained by written request to: U.S. Army Corps of Engineers, ATTN: Mr. Bill East (CECER-FFA), P.O. Box 9005, Champaign, IL 61826-90005. A description of the SDEF Checker is also available on the Internet and CivilNet.

PART 2- SDEF SPECIFICATION

6. SDEF Organization: The SDEF shall consist of the following records provided in the exact sequence shown below:

| Paragraph Reference | Record Description | Remarks |
|---|---|---|
| 6.a | Volume Record | Mandatory First Line of File |
| 6.b | Project Record | Mandatory Second Line of File |
| 6.c | Calendar Record(s) | Mandatory One Record Minimum |
| 6.d | Holiday Record(s) | Mandatory if Holiday Used |
| 6.e | Activity Record(s) | Mandatory Records |
| 6.f | Precedence Record(s) | Mandatory for Precedence |

| | | |
|---|---|---|
| 6.g | Unit Cost Record(s) | Mandatory for Unit Costs |
| 6.h | Progress Record(s) | Mandatory Records |
| 6.i | File End Record | Mandatory Last Line of Disk/File |

6.a. Volume Record: The Volume Record shall be used to control the transfer of data that may not fit on a single disk. The first line in every file used to store SDEF data shall be the Volume Record. The Volume Record shall sequentially identify the number of the data transfer disk(s). The Volume Record shall have the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | VOLM | Fixed | Filled |
| DISK NUMBER | 6 -7 | 2 | ^ | Number | Right Justified |

6.a.(1) The RECORD IDENTIFIER is the first four characters of this record. The required value for this field shall be "VOLM". The VOLM record must appear on the first line of the SDEF data file.

6.a.(2) The DISK NUMBER field shall identify the number of the data disk used to store the data exchange information. If all data may be contained on a single disk, this field shall contain the value of "1". If more disks are required, then the second disk shall contain the value "2", the third disk shall be designated with a "3", and so on. Identification of the last data disk is accomplished in the Reject End Record.

6.b. Project Record: The Project Identifier Record shall contain general project information. Because more than one SDEF file may be required for data transfer between large projects, the PROJ record shall be the second line of the first SDEF file transferred. The PROJ record shall contain information in the following format:

| Description Type | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROJ | Fixed | Filled |
| DATA DATE | 6-12 | 7 | ^ | ddmmmyy | Filled |
| PROJECT IDENTIFIER | 14-17 | 4 | ^ | Alpha. | Left Justified |
| PROJECT NAME | 19-66 | 48 | ^ | Alpha. | Left Justified |
| CONTRACTOR NAME | 68-103 | 36 | ^ | Alpha. | Left Justified |
| ARROW OR PRECEDENCE | 105-105 | 1 | A,P | Fixed | filled |
| CONTRACT NUMBER | 107-112 | 6 | ^ | Alpha. | Left Justified |
| PROJECT START | 114-120 | 7 | ^ | ddmmmyy | Filled |
| PROJECT END | 122-128 | 7 | ^ | ddmmmyy | Filled |

6.b.(1) The RECORD IDENTIFIER is the first four characters of this record. The required value for this field shall be "PROJ". This record shall contain the general project information and indicates which scheduling method shall be used.

6.b.(2) The DATA DATE is the date of the schedule calculation. The abbreviation "ddmmmyy" refers to a date format that shall translate a date into two numbers for the day, three letters for the month, and two numbers

for the year. For example, March 1, 1999 shall be translated into 01Mar99. This same convention for date formats shall be used throughout the entire data format. To ensure that dates are translated consistently, the following abbreviations shall be used for the three character month code:

| Abbreviation | Month |
|---|---|
| JAN | January |
| FEB | February |
| MAR | March |
| APR | April |
| MAY | May |
| JUN | June |
| JUL | July |
| AUG | August |
| SEP | September |
| OCT | October |
| NOV | November |
| DEC | December |

6.b.(3) The PROJECT IDENTIFIER is a maximum four character abbreviation for the schedule. These four characters shall be used to uniquely identify the project and specific update as agreed upon by Contractor and Contracting Officer. When utilizing scheduling software these four characters shall be used to select the project. Software manufacturers shall provide information to users to ensure that data importing programs do not automatically overwrite other schedules with the same PROJECT IDENTIFIER.

6.b.(4) The PROJECT NAME field shall contain the name and location of the project edited to fit the space provided. The data appearing here shall appear on scheduling software reports. The abbreviation "Alpha." refers to an "Alphanumeric" field value and shall be used throughout the remainder of this specification.

6.b.(5) The CONTRACTOR NAME field shall contain the Construction Contractor's name, edited to fit the space provided.

6.b.(6) The ARROW OR PRECEDENCE field shall indicate which method shall be used for calculation of the schedule. The value "A" shall signify the Arrow Diagramming Method. The value "P" shall signify the Precedence Diagramming Method. The ACTIVITY ID field of the Activity Record shall be interpreted differently depending on the value of this field. The Precedence Record shall be required if the value of this field is "P". [Usage note: software systems may not support both arrow and precedence diagramming. It is recommended that the selection of the type of network be based on the capabilities of the software used by project partners.]

6.b.(7) The CONTRACT NUMBER field shall contain the contract number for the project. For example, the construction contract number DACA85-89-C-0001 shall be entered into this field as "890001".

6.b.(8) The PROJECT START field shall contain the date that the Contractor acknowledges the Notice to Proceed (NTP). [Usage note: Software systems may use a project start date to constrain the first activity of a network. To

ensure consistent scheduling calculations across products, it is recommended that the first activity in the schedule contain an EARLY START constraint and a software system's PROJECT START date only be used to report on the project's start date.]

6.b.(9) The PROJECT END field shall contain the date that the Contractor plans to complete the work as approved by the Contracting Officer. [Usage note: software systems may use a project end date to constrain the last activity of a network. To ensure consistent scheduling calculations across products, it is recommended that the last activity in the schedule contain an EARLY START constraint and a software system's PROJECT END date only be used to report on the project's end date.]

6.c. Calendar Record: The Calendar Record(s) shall follow the Project Identifier Record in the first disk of data transferred. A minimum of one Calendar Record shall be required for all data exchange activity files. The format for the Calendar Record shall be as follows:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | CLDR | Fixed | Filled |
| CALENDAR CODE | 6 -6 | 1 | ^ | Alpha. | Filled |
| WORKDAYS | 8 -14 | 7 | SMTWTFS | Fixed | Filled |
| CALENDAR DESCRIPTION | 16-45 | 30 | ^ | Alpha. | Left Justified |

6.c.(1) The RECORD IDENTIFIER shall always begin with "CLDR" to identify it as a Calendar Record. Each Calendar Record used shall have this identification in the first four columns. [Usage note: Systems contain a variety of calendar options. It is recommended that the least common denominator of calendar features between the systems be used as the basis for creating the SDEF file for a given project.]

6.c.(2) The CALENDAR CODE shall be used in the activity records to signify that this calendar is associated with the activity. [Usage note: Some systems do not allow for alphanumeric CALENDAR CODES, but only allow positive integers from 1 to 9. It is recommended that only positive integers be used for the CALENDAR CODE field to support the widest variety of scheduling systems.]

6.c.(3) The WORKDAYS field shall contain the work-week pattern selected with "Y", for Yes, and "N", for No. The first character shall be Sunday and the last character Saturday. An example of a typical five (5) day work-week would be NYYYYYN. A seven (7) day work-week would be YYYYYYY.

6.c.(4) The CALENDAR DESCRIPTION shall be used to briefly describe the calendar used.

6.d. Holiday Record: The Holiday Record(s) shall follow the Calendar Record(s) in the first disk of data transferred. There may be calendars without any holidays designated or several Holiday Records for each Calendar Record(s). The format for the Holiday Record shall be as follows:

Column Max. Req.

| Description | Position | Len. | Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | HOLI | Fixed | Filled |
| CALENDAR CODE | 6-6 | 1 | ^ | Alpha. | Filled |
| HOLIDAY DATE | 8-14 | 7 | ^ | ddmmmyy | Filled |
| HOLIDAY DATE | 16-22 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 24-30 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 32-38 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 40-46 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 48-54 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 56-62 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 64-70 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 72-78 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 80-86 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 88-94 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 96-102 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 104-110 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 112-11 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 120-126 | 7 | - | ddmmmyy | May be Filled |

6.d.(1) The RECORD IDENTIFIER shall always begin with "HOLI". Each Holiday Record used shall have this identification in the first four columns.

6.d.(2) The CALENDAR CODE indicates which work-week calendar the holidays shall be applied to. More than one HOLI record may be used for a given CALENDAR CODE.

6.d.(3) The HOLIDAY DATE shall contain the date of each individual non-work day.

6.e. Activity Records: Activity Records shall follow any Holiday Record(s). If there are no Holiday Record(s), then the Activity Records shall follow the Calendar Record(s). There shall be one Activity Record for every activity in the network. Each activity shall have one record in the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | ACTV | Fixed | Filled |
| ACTIVITY ID | 6 -15 | 10 | ^ | Integer | See Comment Below |
| ACTIVITY DESCR. | 17-46 | 30 | ^ | Alpha. | Left Justified |
| ACTIVITY DURATION | 48-50 | 3 | ^ | Integer | Right Justified |
| CONSTRAINT DATE | 52-58 | 7 | | ddmmmyy | May be Filled |
| CONSTRAINT TYPE | 60-61 | 2 | | ES or LF | May be Filled |
| CALENDAR CODE | 63-63 | 1 | ^ | Alpha. | Filled |
| HAMMOCK CODE | 65-65 | 1 | Y, blankFixed | | May be Filled |
| WORKERS PER DAY | 67-69 | 3 | Integer | | Right Justified |
| RESPONSIBILITY CODE | 71-74 | 4 | Alpha. | | Left Justified |
| WORK AREA CODE | 76-79 | 4 | Alpha. | | Left Justified |
| MOD OR CLAIM NO. | 81-86 | 6 | Alpha. | | Left Justified |
| BID ITEM | 88-93 | 6 | Alpha. | | Left Justified |
| PHASE OF WORK | 95-96 | 2 | Alpha. | | Left Justified |
| CATEGORY OF WORK | 98-98 | 1 | Alpha. | | May be filled |
| FEATURE OF WORK | 100-128 | 30 | Alpha. | | Left Justified |

6.e.(1) The RECORD IDENTIFIER for each activity description record must begin with the four character "ACTV" code. This field shall be used for both the Arrow Diagram Method (ADM) and Precedence Diagram Method (PDM).

6.e.(2) The ACTIVITY ID consists of coding that shall differ, depending on whether the ADM or PDM method was selected in the Project Record. If the ADM method was selected then the field shall be interpreted as two right-justified fields of five (5) integers each. If the PDM method was selected the field shall be interpreted as one (1) right-justified field of ten (10) integers each. The maximum activity number allowed under this arrangement is 99999 for ADM and 9999999999 for the PDM method. [Usage note: Many systems allow alphanumeric ACTIVITY IDs. While the SDEF does not strictly, allow the use of alphanumeric values, users may agree to use the ACTIVITY ID field to exchange alphanumeric data. It is recommended that the ACTIVITY ID be restricted to integers when one or more of the systems being used for scheduling allows only integer ACTIVITY ID values.]

6.e.(3) The ACTIVITY DESCRIPTION shall be a maximum of 30 characters. Descriptions must be limited to the space provided.

6.e.(4) The ACTIVITY DURATION contains the estimated original duration for the activity on the schedule. The duration shall be based upon the work-week designated by the activity's related calendar.

6.e.(5) The CONSTRAINT DATE field shall be used to identify a date that the scheduling system may use to modify float calculations. If there is a date in this field, then there must be a valid entry in the CONSTRAINT TYPE field.

6.e.(6) The CONSTRAINT TYPE field shall be used to identify the way that the scheduling system shall use the CONSTRAINT DATE to modify schedule float calculations. If there is a value in this field, then there must be a valid entry in the CONSTRAINT DATE field. The valid values for the CONSTRAINT TYPE are as follows:

| Code | Definition |
|---|---|
| ES | The CONSTRAINT DATE shall replace an activity's early start date, if the early start date is prior to the CONSTRAINT DATE. |
| LF | The CONSTRAINT DATE shall replace an activity's late finish date, if the late finish date is after the CONSTRAINT DATE. |

[Usage note: Systems provide a wide variety of constraint types that may not be supported by other systems. It is recommended that constraint types be restricted to the values above regardless of the capabilities of the various systems being used for scheduling.]

6.e.(7) The CALENDAR CODE relates this activity to an appropriate work-week calendar. The ACTIVITY DURATION must be based on the valid work-week referenced by this CALENDAR CODE field.

6.e.(8) The HAMMOCK CODE indicates that a particular activity does not have its own independent duration, but takes its start dates from the start date

of the preceding activity (or node) and takes its finish dates from the finish dates of its succeeding activity (or node). If the value of the HAMMOCK CODE field is "Y", then the activity is a hammock activity.

6.e.(9) The WORKERS PER DAY shall contain the average number of workers expected to work on the activity each day the activity is in progress. If this code is required by project scheduling specifications, values for this data will be right justified. Activities without workers per day shall have a value of "0".

6.e.(10) The RESPONSIBILITY CODE shall identify the subcontractors or major trade involved with completing the work for the activity. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(11) The WORK AREA CODE shall identify the location of the activity within the project. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(12) The MOD OR CLAIM NUMBER shall uniquely identify activities that are added or changed on a construction contract modification, or activities that justify any claimed time extensions. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(13) The BID ITEM shall identify the bid item number associated with each activity. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(14) The PHASE OF WORK shall identify the timing of a specific activity within the entire project. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(15) The CATEGORY OF WORK shall identify the general type of work performed by every activity. If this code is required by project scheduling specifications, value for this data will be placed in the field.

6.e.(16) The FEATURE OF WORK shall identify a very broad designation of the general type of work that is being accomplished by the activity. If this code is required by project scheduling specifications, value for this data will be left justified. [Usage note: Many systems require that FEATURE OF WORK values be placed in several activity code fields. It is recommended that users review SDEF documentation to determine the correct way to use a given software system to produce the FEATURE OF WORK code.]

6.f. Precedence Record: The Precedence Record(s) shall follow the Activity Records if a Precedence Diagram Method schedule (PDM) is identified in the ARROW OR PRECEDENCE field of the Project Record. The Precedence Record has the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | PRED | Fixed | Filled |
| ACTIVITY ID | 6-15 | 10 | ^ | Integer | See Comment Below |



G006776

G01010 06702

| | | | | | |
|---|---|---|---|---|---|
| PRECEDING ACTIVITY | 17 -26 | 10 | ^ | Integer | See Comment Below |
| PREDECESSOR TYPE | 28-28 | 1 | ^ | S, F, C | Filled |
| LAG DURATION | 30-33 | 4 | ^ | Integer | Right Justified |

6.f.(1) The RECORD IDENTIFIER shall begin with the four characters "PRED" in the first four columns of the record.

6.f.(2) The ACTIVITY ID identifies the activity whose predecessor shall be specified in this record.

6.f.(3) The PRECEDING ACTIVITY number is the number of an activity that precedes the activity noted in the ACTIVITY ID field.

6.f.(4) The PREDECESSOR TYPE field indicates the type of relation that exists between the chosen pair of activities. Valid PREDECESSOR TYPE fields areas follows:

| Code | Definition |
|---|---|
| S | Start-to-Start relation |
| F | Finish-to-Finish relation |
| C | Finish-to-Start relation |

[Usage note: Some systems provide additional predecessor types that may not be supported by all other systems. It is recommended that predecessor types be restricted to the values above regardless of the capabilities of the various systems being used for scheduling.]

6.f.(5) The LAG DURATION field contains the number of days delay between the preceding and current activity. [Usage note: Some systems allow negative values for the LAG DURATION. Because these values are not supported by all other systems, it is recommended that values be restricted to zero and positive integers.]

6.g. Unit Cost Record: The Unit Cost Record shall follow all Precedence Records. If the schedule utilizes the Arrow Diagram Method, then the Unit Cost Record shall follow any Activity records. There shall be one Unit Cost Record for every activity that is not a lump sum activity. [Usage note: (1) It is recommended that users who wish to exchange unit cost data contact SDEF vendor representatives to determine the ability of the software system to import/export unit cost information. (2) If the software being used by each member of the project team supports unit cost data then users may wish to conduct a trial run of the SDEF data exchange with a two or three-activity network to ensure that unit cost data transfers as expected. If problems are found please consult vendor representatives for resolution prior to exchange of full project schedules. (3) Unit cost record data does not, in most systems, result in the correct values being placed in the ACTIVITY COST and COST TO DATE fields of the Progress (PROG) Record. Users must, at this time, manually transfer the data from the Unit Cost Record to the Progress Record. The fields for this record shall take the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | UNIT | Fixed | Filled |
| ACTIVITY ID | 6-15 | 10 | ^ | Integer | See Comment Below |
| TOTAL QTY | 17-29 | 13 | ^ | Format 8.4 | Right Justified |
| COST PER UNIT | 31-43 | 13 | ^ | Format 8.4 | Right Justified |
| QTY TO DATE | 45-57 | 13 | ^ | Format 8.4 | Right Justified |
| UNIT OF MEASURE | 59-61 | 3 | ^ | Alpha. | Left Justified |

6.g.(1) The RECORD IDENTIFIER shall be identified with the four characters 'UNIT" placed in the first four columns of the record.

6.g.(2) The ACTIVITY ID for each activity shall match the format described in the activity record. Each activity may have only one Unit Cost Record.

6.g.(3) The TOTAL QTY is the total amount of material to be used in this activity. This number consists of eight digits, one decimal point and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 25-29. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(4) The COST PER UNIT is the cost, in dollars and cents, for each unit to be used in this activity. This number consists of eight digits, one decimal point, and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 39-43. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(5) The QTY TO DATE is the quantity of material installed in this activity up to the data date. This number consists of eight digits, one decimal point, and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 53-57. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(6) The UNIT OF MEASURE is an abbreviation that may be used to describe the units being measured for this activity. Valid values for this field are any meaningful English or metric unit, except "LS" for Lump Sum. Lump Sum activities are not to have Unit Cost Records.

6.h. Progress Record: Progress Record(s) shall follow all Unit Cost Record(s). If there are no Unit Cost Record(s), then the Progress Record(s) shall follow all Precedence Records. If the schedule utilizes the Arrow Diagram Method, then the Progress Record shall follow any Activity Records. One Progress Record is required for every activity in the Activity Record. The fields for this Record shall be provided in the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROG | Fixed | Filled |
| ACTIVITY ID | 6-5 | 10 | ^ | Integer | See Comments Below |
| ACTUAL START DATE | 17-23 | 7 | ^ | ddmmmyy | Filled if Started |
| ACTUAL FINISH DATE | 25-31 | 7 | ^ | ddmmmyy | Filled if Finished |
| REMAINING DURATION | 33-35 | 3 | ^ | Integer | Right Justified |
| ACTIVITY COST | 37-48 | 12 | ^ | Format 9.2 | Right Justified |
| COST TO DATE | 50-61 | 12 | ^ | Format 9.2 | Right Justified |
| STORED MATERIAL | 63-74 | 12 | ^ | Format 9.2 | Right Justified |
| EARLY START DATE | 76-82 | 7 | ^ | ddmmmyy | Filled if Not Started |
| EARLY FINISH DATE | 84-90 | 7 | ^ | ddmmmyy | Filled if Not Finished |
| LATE START DATE | 92-98 | 7 | ^ | ddmmmyy | Filled if Not Started |
| LATE FINISH DATE | 100-106 | 7 | ^ | ddmmmyy | Filled if Not Finished |
| FLOAT SIGN | 108-108 | 1 | +,- | Fixed | Filled if Not Finished |
| TOTAL FLOAT | 110-112 | 3 | ^ | Integer | R, Just, if Not Finished |

6.h.(1) The RECORD IDENTIFIER shall begin with the four characters "PROG" in the first four columns of the record.

6.h.(2) The ACTIVITY ID for each activity for which progress has been posted shall match the format described in the Activity Record.

6.h.(3) An ACTUAL START DATE is required for all in-progress activities. The ACTUAL START DATE shall be the same as, or later than, the PROJECT START date contained in the Project Record. The ACTUAL START DATE shall also be the same as, or prior to, the DATA DATE contained in the Project Record. If there is an ACTUAL START DATE for an activity that there must also be a REMAINING DURATION, and the values for the EARLY START DATE and LATE START DATE are blank. [Usage note: Some systems allow default values for ACTUAL START DATE if the date is not entered by the user. Because the failure to include a start date for
activities may result in different schedule calculations, it is recommended that the ACTUAL START DATE be required for all activities in progress.]

6.h.(4) An ACTUAL FINISH DATE is required for all completed activities. If the REMAINING DURATION of an activity is zero, then there must be an ACTUAL FINISH DATE. If there is an ACTUAL FINISH DATE, then values for the EARLY START DATE, LATE START DATE, EARLY FINISH DATE, LATE FINISH DATE, FLOAT SIGN, and TOTAL FLOAT shall be blank. [Usage note: Some systems allow default values for ACTUAL FINISH DATE if the date is not entered by the user. Because the failure to include a finish date for activities may result in different schedule calculations, it is recommended that the ACTUAL FINISH DATE be required for all activities in progress.]

6.h.(5)A REMAINING DURATION is required for all activities. Activities that have not started shall have a remaining duration equal to their original duration. Activities completed based on time, shall have a zero (0) REMAINING DURATION. [Usage note: Systems have a variety of "short-cut" methods to determine the REMAINING DURATION value. It is recommended that users actually consider the time required to complete the remaining work on a given task, rather than allow a system to calculate the remaining duration based on

the amount of work that has already been accomplished.]

6.h.(6) The ACTIVITY COST contains the estimated earned value of the work to be accomplished in the activity. An example of a number in this format is "1111111 11.11". If decimal places are not needed this field shall still contain a ".00" in the last three columns of this field. [Usage note: Users should inquire of software vendors if the user needs to add a zero in the data field to produce the default value "0.00".]

6.h.(7) The COST TO DATE contains the earned value for the activity. If there is an ACTUAL START DATE, then there must also be some value for COST TO DATE. An example of a number in this format is "111111111.11". If decimal places are not needed, this field shall still contain a ".00" in the last three columns of this field. The COST TO DATE is not tied to REMAINING DURATION. For example, if the REMAINING DURATION is "0", the COST TO DATE may only be 95% of the ACTIVITY COST. This difference may be used to reflect 5% retainage for punch list items. [Usage note: Systems implement cost information in different ways. It is recommended that users carefully review SDEF documentation and test results to determine how to ensure that SDEF data is exported correctly.]

6.h.(8) The STORED MATERIAL field contains the value of the material that the Contractor has paid for and is on site or in secure storage areas that is a portion of the COST TO DATE. An example of a number in this format is "111111111.11". If decimal places are not needed, this field shall still contain a ".00" in the last three columns of this field. [Usage note: Systems implement the stored materials field in a variety of ways. Many systems do not enforce STORED MATERIAL + COST TO DATE < ACTIVITY COST. To avoid potential confusion between systems, it is recommended that new activities be added to a schedule to reflect the cost of large equipment procurement rather than use the STORED MATERIALS field.]

6.h.(9) The EARLY START DATE indicates the earliest date possible that an activity can start as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL START DATE, then this field shall be blank.

6.h.(10) The EARLY FINISH DATE indicates the earliest date possible that an activity can finish as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank.

6.h.(11) The LATE START DATE indicates the latest date that an activity can begin as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL START DATE, then this field shall be blank.

6.h.(12) The LATE FINISH DATE indicates the latest date that an activity can finish as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank.

6.h.(13) The FLOAT SIGN indicates whether the float time calculated using a CPM scheduling system or other Contracting Officer approved planning method

is positive or negative in nature. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank. In the case of zero float this field shall be blank.

6.h.(14) The TOTAL FLOAT indicates the total float time. In the Precedence Diagram Method (PDM), the total float is the difference between the early and late start or finish dates. In the Arrow Diagram Method (ADM), the total float is equal to the late event time at the end of the activity, minus the sum of the early event time at the start of the activity plus the duration of the activity.

6.i. Project End Record: The Project End Record shall be used to identify that the data file is completed. If the ASCII End of File character is encountered, then data import programs shall use that character to infer that the data continues on the next disk. The user shall then be prompted for the next disk number, based on the VOLM record data. The Project End Record shall be the last record of the entire data file, and shall have the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-3 | 3 | END | Fixed | Filled |

6.i.(1) The RECORD IDENTIFIER for the Project End Record shall be "END". Data contained in the data exchange file that occurs after this record shall not be used.

-- End of Section --

SECTION 01330

SUBMITTAL PROCEDURES
**(CENAN-CO-CQ 02/99)**

PART 1 GENERAL

1.1 SUMMARY

This section covers procedures to be used in making submittals called for in the contract documents. In contracts which contain specific "Contractor Quality Control" requirements, the Contractor's Quality Control Representative shall carry out duties associated with submittal procedures. In contract which do not contain specific CQC requirements, reference to "CQC Representative" shall be interpreted as reference to the Contractor's authorized representative, and references to "CQC Requirements" or "CQC Clauses" shall be interpreted as "requirements or clauses elsewhere in the contract."

1.2 SUBMITTAL IDENTIFICATION

Submittals required are identified by SD numbers as follows:

SD-01 Data

SD-04 Drawings

SD-06 Instructions

SD-07 Schedules

SD-08 Statements

SD-09 Reports

SD-13 Certificates

SD-14 Samples

SD-18 Records

SD-19 Operation and Maintenance Manuals

1.3 SUBMITTAL CLASSIFICATION

Submittals are classified as follows:

1.3.1 Government Approved (GA)

Governmental approval is required for extensions of design, critical materials, deviations, equipment whose compatibility with the entire system must be checked, and other items as designated by the Contracting Officer.

Within the terms of the Contract Clause entitled "Specifications and Drawings for Construction," they are considered to be "shop drawings."

1.3.2 Information Only (FIO)

All submittals not requiring Government approval will be for information only. They are not considered to be "shop drawings" within the terms of the Contract Clause referred to above.

1.4 REVIEWER CODES

Reviewer codes on the Submittal Register (ENG Form 4288) are identified as follows:

A - Area Engineer

E - Engineering Division (Design Branch)

AE- Architect/Engineer

1.4 APPROVED SUBMITTALS

The Contracting Officer's approval of submittals shall not be construed as a complete check, but will indicate only that the general method of construction, materials, detailing and other information are satisfactory. Approval will not relieve the Contractor of the responsibility for any error which may exist, as the Contractor under the CQC requirements of this contract is responsible for dimensions, the design of adequate connections and details, and the satisfactory construction of all work. After submittals have been approved by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

1.5 DISAPPROVED SUBMITTALS

The Contractor shall make all corrections required by the Contracting Officer and promptly furnish a corrected submittal in the form and number of copies specified for the initial submittal. If the Contractor considers any correction indicated on the submittals to constitute a change to the contract, a notice in accordance with the Contract Clause "Changes" shall be given promptly to the Contracting Officer.

1.6 WITHHOLDING OF PAYMENT

Payment for materials incorporated in the work will not be made if required approvals have not been obtained.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall make submittals as required by the specifications.

The Contracting Officer may request submittals in addition to those specified when deemed necessary to adequately describe the work covered in the respective sections. Units of weights and measures used on all submittals shall be the same as those used in the contract drawings. Each submittal shall be complete and in sufficient detail to allow ready determination of compliance with contract requirements. Prior to submittal, all items shall be checked and approved by the Contractor's Quality Control (CQC) representative and each item shall be stamped, signed, and dated by the CQC representative indicating action taken. Proposed deviations from the contract requirements shall be clearly identified. Submittals shall include items such as: Contractor's, manufacturer's, or fabricator's drawings; descriptive literature including (but not limited to) catalog cuts, diagrams, operating charts or curves; test reports; test cylinders; samples; O&M manuals (including parts list); certifications; warranties; and other such required submittals. Submittals requiring Government approval shall be scheduled and made prior to the acquisition of the material or equipment covered thereby. Samples remaining upon completion of the work shall be picked up and disposed of in accordance with manufacturer's Material Safety Data Sheets (MSDS) and in compliance with existing laws and regulations.

3.2 SUBMITTAL REGISTER (ENG FORM 4288)

At the end of this section is one set of ENG Form 4288 listing items of equipment and materials for which submittals are required by the specifications; this list may not be all inclusive and additional submittals may be required. Columns "d" through "r" have been completed by the Government; the Contractor shall complete columns "a" and "s" through "u" and submit the forms (hard copy plus associated electronic file) to the Contracting Officer for approval within 30 calendar days after Notice to Proceed (15 days if construction time is 180 days or less). If the Government supplies the ENG Form 4288 on the Resident Management System (RMS) electronic format, the contractor will be required to process and update the 4288 electronically, and make appropriate electronic submissions to the Government. Otherwise, the Contractor will be given the submittal register as a diskette containing the computerized ENG Form 4288 and instructions on the use of the diskette. In both cases, the Contractor shall update the 4288 electronically, and shall submit it to the Government together with the monthly payment request. The approved submittal register will become the scheduling document and will be used to control submittals throughout the life of the contract. The submittal register and the progress schedules shall be coordinated.

3.3 SCHEDULING

Submittals covering component items forming a system or items that are interrelated shall be scheduled to be coordinated and submitted concurrently. Certifications to be submitted with the pertinent drawings shall be so scheduled. Adequate time (a minimum of 30 calendar days exclusive of mailing time but not more than 45 calendar days) shall be allowed and shown on the register for review and approval. No delay damages or time extensions will be allowed for time lost in late submittals.

3.4 TRANSMITTAL FORM (ENG FORM 4025)

The sample transmittal form (ENG Form 4025) attached to this section shall be used for submitting both Government approved and information only submittals in accordance with the instructions on the reverse side of the form. These forms will be furnished to the Contractor. This form shall be properly completed by filling out all the heading blank spaces and identifying each item submitted. Special care shall be exercised to ensure proper listing of the specification paragraph and/or sheet number of the contract drawings pertinent to the data submitted for each item. If the contractor is required in another section of the specifications to utilize the RMS system, the contractor will be required to generate and process this form electronically using the RMS system.

3.5 SUBMITTAL PROCEDURE

Submittals shall be made as follows:

3.5.1 Procedures

At the Quality Control Coordination meeting, or preconstruction conference, the Contractor shall ascertain the name and address of each individual, agency, or firm who is designated to normally receive items for approval, for information or samples. The contractor shall complete ENG Form 4025, entering each item requiring a separate approval action as a separate item on the form, for each transmittal. A transmittal may consist of one or more 4025 sheets. The transmittal, consisting of ENG Form 4025 plus all applicable submittals, is then sent to the appropriate individual. On critical items the Contractor is encouraged to confirm receipt via telephone. The Contractor shall submit seven copies of submittals for approval and one for items for information.

3.5.2 Deviations

For submittals which include proposed deviations requested by the Contractor, the column "variation" of ENG Form 4025 shall be checked. The Contractor shall set forth in writing the reason for any deviations and annotate such deviations on the submittal. The Government reserves the right to rescind inadvertent approval of submittals containing unnoted deviations.

3.6 CONTROL OF SUBMITTALS

The Contractor shall carefully control its procurement operations to ensure that each individual submittal is made on or before the Contractor scheduled submittal date shown on the approved "Submittal Register."

3.7 GOVERNMENT APPROVED SUBMITTALS

Upon completion of review of submittals requiring Government approval, the submittals will be identified as having received approval by being so stamped and dated. Four copies of the submittal will be retained by the Contracting Officer and three copies of the submittal will be returned to the Contractor.

3.8 INFORMATION ONLY SUBMITTALS

Normally submittals for information only will not be returned. Approval of the Contracting Officer is not required on information only submittals. The Government reserves the right to require the Contractor to resubmit any item found not to comply with the contract. This does not relieve the Contractor from the obligation to furnish material conforming to the plans and specifications; will not prevent the Contracting Officer from requiring removal and replacement of nonconforming material incorporated in the work; and does not relieve the Contractor of the requirement to furnish samples for testing by the Government laboratory or for check testing by the Government in those instances where the technical specifications so prescribe.

3.9 STAMPS

Stamps used by the Contractor on the submittal data to certify that the submittal meets contract requirements shall be similar to the following:

| |
|---|
| CONTRACTOR |
| (Firm Name) |
| _____ Approved |
| _____ Approved with corrections as noted on submittal data and/or attached sheets(s). |
| SIGNATURE: ______________________ |
| TITLE: ______________________ |
| DATE: ______________________ |

-- End of Section --

**TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE**

*(Read instructions on the reverse side prior to initiating this form)*

DATE

TRANSMITTAL NO.

**SECTION 1 - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** *(This section will be initiated by the contractor)*

TO:

FROM:

CONTRACT NO.

CHECK ONE:
☐ THIS IS A NEW TRANSMITTAL
☐ THIS IS A RESUBMITTAL OF TRANSMITTAL

SPECIFICATION SEC. N( *(Cover only one section with each transmittal)*

PROJECT TITLE AND LOCATION

CHECK ONE: THIS TRANSMITTAL IS FOR ☐ FIO ☐ GOV'T APPROVAL

| ITEM NO. | DESCRIPTION OF ITEM SUBMITTED *(Type size, model number/etc.)* | MFG OR COTRA. CAT., CURVE DRAWINGS OR BROCHURE NO. *(See instruction no. 8)* | NO. OF COPIES | CONTRACT REFERENCE DOCUMENT | | FOR CONTRACTOR USE CODE | VARIATION *(See instruction No.6)* | FOR CE USE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | SPEC. PARA. NO. | DRAWING SHEET NO. | | | |
| a. | b. | c. | d. | e. | f. | g. | h. | i |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS

I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as other wise stated.

NAME AND SIGNATURE OF CONTRACTOR

**SECTION II - APPROVAL ACTION**

ENCLOSURE RETURNED *(List by item No.)*

NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY

DATE

**ENG FORM 4025-R, MAR 95** *(ER 415-1-10)* EDITION OF SEP 93 IS OBSOLE SHEET --- OF --- (Proponent: CEMP-CE)



G006788

G01010 06714

# INSTRUCTIONS

1. Section I will be initiated by the Contractor in the required number of copies.

2. Each transmittal shall be numbered consecutively in the space provided for "Transmittal No.". This number, in addition to the contract number, will form a s number for identifying each submittal. For new submittals or resubmittals mark the appropriate box; on resubmittals, insert transmittal number of last submi well as the new submittal number.

3. The "Item No." will be the same "Item No." as indicated on ENG FORM 4288-R for each entry on this form.

4. Submittals requiring expeditious handling will be submitted on a separate form.

5. Separate transmittal form will be used for submittal under separate sections of the specifications.

6. A check shall be placed in the "Variation" column when a submittal is not in accordance with the plans and specifications--also, a written statement to tha shall be included in the space provided for "Remarks".

7. Form is self-transmittal, letter of transmittal is not required.

8. When a sample of material or Manufacturer's Certificate of Compliance is transmitted, indicate "Sample" or "Certificate" in column c, Section I.

9. U.S. Army Corps of Engineers approving authority will assign action codes as indicated below in space provided in Section I, column i to each item submitte addition they will ensure enclosures are indicated and attached to the form prior to return to the contractor. The Contractor will assign action codes as in in Section I, column g, to each item submitted.

THE FOLLOWING ACTION CODES ARE GIVEN TO ITEMS SUBMITTED

A -- Approved as submitted

B -- Approved, except as noted on drawings.

C -- Approved, except as noted on drawings.
Refer to attached sheet resubmission required.

D -- Will be returned by separate correspondence.

E -- Disapproved (See attached).

F -- Receipt acknowledged.

FX -- Receipt acknowledged, does not comply
as noted with contract requirements.

G -- Other (Specify)

10. Approval of items does not relieve the contractor from complying with all the requirements of the contract plans and specifications.

Relative to the "REVIEWER" column of ENG Form 4288
The following codes apply:

E – ENGINEERING DIVISION

A – AREA ENGNEER

AE – ARCHITECT ENGINEER

# SUBMITTAL REGISTER
*(ER 415-1-10)*

TITLE AND LOCATION: PJ Contract 1

CONTRACTOR:

CONTRACT NO.:

SPECIFICATION SECTION:

| ACTIVITY NO | TRANS-MITTAL NO. | ITEM NO. | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL: DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | O & M MANUALS | CLASSIFICATION: INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | CONTRACTOR SCHEDULE DATES: SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CONTRACTOR ACTION: CODE | DATE | SUBMIT TO GOVERNMENT | GOVERNMENT ACTION: CODE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. | aa. |
| | | | 00800, 1.6c | Pricing Data | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.8.a,b,c | Claims | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.16 | Fuel Usage Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.24 | Breakdown of Contract Work | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.26 | Accident Prevention Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.29 | Certificate of Inspection | | | | | | | x | | | | x | | | | | | | | | | | |
| | | | 00800, 1.32 | Insurance Certificate | | | | | | | x | | | | x | | | | | | | | | | | |
| | | | 00800, 1.33 | Field Office | | x | | | | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.37.b | Order of Work for Dredging and Others | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.41 | Safe Practice Manual & Diving Operation Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.45-1.2 | Site disposal ALT | | | | | x | | | | | | x | x | E | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01130, 1.6.a | Environmental Protection Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01320, 1.1 | Initial Project Schedule | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 1.1 | Preliminary Project Schedule | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 1.1 | Periodic Schedule Update | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 1.1 | Personnel Qualifications | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 01320, 1.1 | Narrative Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01320, 1.1 | Schedule Report | | | | | | x | | | | | x | | | | | | | | | | | |

ENG FORM 4288, Jul 96 Page ______ of ______ Pages (Proponent:CEMP-CE)



G006791

G01010 06717

# SUBMITTAL REGISTER
*(ER 415-1-10)*

CONTRACT NO.

TITLE AND LOCATION: PJ Contract 2

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO | TRANSMITTAL NO. | ITEM NO. | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL: DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | O&M MANUALS | CLASSIFICATION: INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | CONTRACTOR SCHEDULE DATES: SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CONTRACTOR ACTION: CODE | DATE | SUBMIT TO GOVERNMENT | GOVERNMENT ACTION: CODE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. | aa. |
| | | | 01320, 3.5.1 | Data Disks | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 01320, 3.5.2 | Narrative Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01320, 3.5.4 | Schedule Report | | | | x | | x | | | | | | x | A | | | | | | | | | |
| | | | 01320, 3.5.5 | Network Diagram | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01420, 2.0 | Accident Prevention Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 01420, 5.0 | Daily Quality Control Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 5.0 | Daily Inspection Log | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 6.4 | Crane & Derrick Operator's Qualifications | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 01420, 8.0 | Monthly Exposure Reports | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 10.3 | Energized Line Work Plan | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01420, 12.0 | Safety Meeting Document | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01451, 3.2 | Quality Control Plan | | | x | | | | | | x | | | x | A | | | | | | | | | |
| | | | 01451, 3.3 | CQC System | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 01451, 3.9 | CQC Documentation | x | | | | | x | | | | | | x | | | | | | | | | | |
| | | | 02100, 4 | Driller's Log | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 02100, 6 | Samples | | | | | | | | x | | | x | | | | | | | | | | | |
| | | | 02100, 9.2 | Equipment | x | | x | | | | | | | | x | | | | | | | | | | | |

ENG FORM 4288, Jul 96 Page ______ of ______ Pages (Proponent: CEMP-CE)



G006792

G01010 06718

# SUBMITTAL REGISTER

*(ER 415-1-10)*

CONTRACT NO.

TITLE AND LOCATION: PJ Contract 2

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO. a. | TRANSMITTAL NO. b. | ITEM NO. c. | SPECIFICATION PARAGRAPH NUMBER d. | DESCRIPTION OF ITEM SUBMITTED e. | Type of Submittal: DATA f. | DRAWINGS g. | INSTRUCTIONS h. | SCHEDULES i. | STATEMENTS j. | REPORTS k. | CERTIFICATES l. | SAMPLES m. | RECORDS n. | O&M MANUALS o. | Classification: INFORMATION ONLY p. | GOVERNMENT APPROVED q. | REVIEWER r. | Contractor Schedule Dates: SUBMIT s. | APPROVAL NEEDED BY t. | MATERIAL NEEDED BY u. | Contractor Action: CODE v. | DATE w. | SUBMIT TO GOVERNMENT x. | Government Action: CODE y. | DATE z. | REMARKS aa. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 02900, 5.1 | Transportation and Placment Log Form | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 6.2 | Disposal Schedule w/anticipated quantities | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 02900, 6.7 | Non-HARS Material Disposal Schedule | | | | x | | | | | | | x | | | | | | | | | | | |
| | | | 02900, 7.4 | Observation Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 7.3 | Placement Activities Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 8 | Daily Report of Operation | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 11010, 1.2 | Digital Photo Management System | x | | | | | | | | | | | x | A | | | | | | | | | |

ENG FORM 4288, Jul 96 Page ______ of ______ Pages (Proponent: CEMP-CE)



G006793

G01010 06719

SECTION 01420

SAFETY
**nyd 7/01**

1.0 **SAFETY:** The contractor shall comply with all applicable Federal, State, and local safety and occupational health laws and regulations. Applicable provisions of the Corps of Engineers manual entitled Safety and Health Requirements Manual EM 385-1-1, dated 3 September 1996 will be applied to all work under this contract.

1.1 **U.S. ARMY CORPS OF ENGINEERS SAFETY AND HEALTH REQUIREMENTS MANUAL, EM 385-1-1:** This paragraph applies to contracts and purchase orders that require the Contractor to comply with EM 385-1-1 (e.g. contracts that include the Accident Prevention clause at FAR 52.236-13 and/or other safety provisions). EM 385-1-1 and its changes are available at http://www.hq.usace.army.mil (at the HQ homepage, select Safety and Occupational Health and then select Changes to EM). The Contractor shall be responsible for complying with the current edition and all changes posted on the web as set in this solicitation.

2.0 **ACCIDENT PREVENTION PROGRAM:** Within fifteen (15) calendar days after receipt of Notice to Proceed, and at least ten (10) calendar days prior to the Pre-construction Safety Conference, four (4) copies of the Accident Prevention Plan shall be submitted for review and acceptance by the Contracting Officer or the Contracting Officers Representative (COR). The accident prevention program shall be prepared in the format outlined in Appendix A of EM 385-1-1, "Minimum Basic Requirements for Accident Prevention Plan".

3.0 **HAZARD ANALYSIS:** Prior to beginning each major phase of work, an Activity Hazard Analysis shall be prepared by the Contractor performing that work, and submitted for review and acceptance. The format shall be in accordance with EM 385-1-1, figure 1-1. A major phase of work is defined as an operation involving a type of work presenting hazards not experienced in previous operations or where a new contractor or work crew is to perform. (See Contractor Quality Control specification for further guidance regarding coordination of "Activities" and "Principal Steps" indicated in the Activity Hazard Analysis with Contractor Quality Control activities). The analysis shall define the activities to be performed and identify the sequence of work, the specific hazards anticipated, and the control measures to be implemented to eliminate or reduce each hazard to an acceptable level. Work shall not proceed on that phase until the activity hazard analysis has been accepted and a preparatory meeting has been conducted by the Contractor to discuss its contents with everyone engaged in the activities, including the government on-site representative(s). The activity hazard analyses shall be continuously reviewed and when appropriate modified to address changing site conditions or operations, with the concurrence of the site safety representative, the site superintendent, and the Contracting Officer. Activity hazard analyses shall

be attached to and become part of the accident prevention plan. It may also be developed prior to each phase of work undertaken in the contract. (Sample copies of the ACTIVITY HAZARD ANALYSIS form are provided at the end of this section).

3.1 Hazard analysis shall be used to identify and evaluate all substances, agents, or environments that present hazards and recommend control measures. Engineering and administrative controls shall be used to control hazards; in cases where engineering or administrative controls are not feasible, personal protective equipment may be used.

3.2 Information contained in MSDS (Material Safety Data Sheets) shall be incorporated in the hazard analysis for the activities in which hazardous or toxic materials will be used, or generated (e.g. fiberglass, crystalline silica, metal dust or fume, etc.).

4.0 **SITE SAFETY AND HEALTH OFFICER** : The contractor shall identify an individual directly employed by the contractor as Site Safety and Health Officer (SSHO), responsible to the Contractor to implement and continually enforce the Accident Prevention Plan. The SSHO shall be a safety professional certified by the Board of Certified Safety Professionals (BCSP).

4.1. **Qualifications:** The name, qualifications (education summary and documentation (BCSP)), and summary of work experience of the designated Site Safety Health Officer (SSHO) shall be included in the Accident Prevention Plan. The SSHO shall have the following additional qualifications:

a. A minimum of two (2) years experience in implementing safety and health programs at dredging projects of comparable scope and complexity.
b. Documented experience in construction techniques and dredging operations.
c. Working knowledge of Federal and state occupational health and safety regulations.
d. Documentation of completion of a training course covering the basics of blasting operations and safety.
e. Specific training in excavation safety, fall protection, and confined space.
f. CPR/First Aid certification (current)
g. Familiarity with and ability to use and implement the Corps of Engineers Safety Manual EM 385-1-1.

4.2. **SSHO Responsibilities:**

a. Be responsible for the development, implementation, oversight, and enforcement of the Accident Prevention Plan.

b. Sign and date the Accident Prevention Plan prior to submittal.

c. Conduct initial safety indoctrination training.

d. Be assigned to the project on a full time basis for the duration of

the project. The SSHO shall have no other duties other than Safety and Health related duties and shall be physically present on the project site to enforce safety whenever the contractor and/or subcontractors' employees are working on the site. No work will be performed on the project site during the absence of the SSHO or his Alternate. If operation is performed during more than one work shift, a SSHO shall be present for at least one shift per day. A Safety Professional shall be present for the remaining shift(s) and shall be under the direct supervision of the SSHO. The Safety Professional shall meet the same qualifications as the SSHO, except that BCSP certification is not necessary.

e. Have authority to ensure site compliance with specified safety and health requirements, Federal, State and OSHA regulations, EM385-1-1, and all aspects of the Accident Prevention Plan including but not limited to, activity hazard analysis, use of personal protective equipment, site control, standard operating procedures to minimize hazards, safe use of engineering controls, emergency response plans and drills, confined space entry procedures, spill containment program, fire safety, and preparation of records by performing a daily safety and health inspection and documenting results in a daily safety inspection log, including weekly documentation of inspection of all fuel and hydraulic lines aboard the drill boats.

f. Have authority to stop work if unacceptable health and safety conditions exist, and take necessary action to re-establish and maintain safe working conditions.

g. Consult with and coordinate any modifications to the Accident Prevention Plan with the Site Superintendent, Project Manager, and the Contracting Officer.

h. Serve as a member of the contractor's quality control staff on matters relating to safety and health.

i. Conduct accident investigations and prepare accident reports.

j. Review results of daily quality control inspections and document safety and health findings into a daily safety inspection log.

k. In coordination with site management, recommend corrective actions for identified deficiencies and oversee the corrective actions.

5.0 **SITE INSPECTIONS:** The site safety officer shall perform daily inspections of the job sites and the work in progress to ensure compliance with EM 385-1-1 and to determine the effectiveness of the accident prevention plan. Daily inspection logs shall be used to document inspections noting safety and health deficiencies, deficiencies in the effectiveness of the accident prevention plan, and corrective actions including timetable and responsibilities. The daily inspection logs will be attached to and submitted with the Daily Quality Control Reports or may be incorporated in the daily CQC report. Each entry shall include date, work area checked, employees present in work area, protective equipment and work equipment in use, special safety and health issues and notes, and signature of the preparer.

6.0 **HIGHLIGHTED PROVISIONS:** In addition to those items contained in EM 385-1-1, Appendix A, include the following items in the accident prevention plan:

6.1 Hard Hat Area. A statement that the jobsite is classified a "hard hat"