for each test. (Laboratory facilities will be approved by the Contracting Officer.) The Contractor shall incorporate all tests required by the contract (including systems commissioning and operating tests) to derive the above list of testing information which shall be presented in matrix form as part of the CQC Plan. This matrix shall be suitable for use by the Contractor and the Government as a checklist to control testing to be done on the contract. Coordinate any additional test submission or plan requirements for Mechanical and Electrical Systems with appropriate specialized specification section if applicable.

f. Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation. Provide matrix of Preparatory and Initial Inspections including specification reference paragraph, the name of the Definable Feature of Work, and spaces for date performed, results, and names of attendees.

g. Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures will establish verification that identified deficiencies have been corrected.

h. Reporting procedures, including proposed reporting formats.

i. A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks and has separate control requirements. It could be identified by different trades or disciplines, or it could be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there is frequently more than one definable feature under a particular section. This list will cover all features of work on the project, and will be agreed upon during the coordination meeting.

j. A brief explanation of the duties of the CQC organization with respect To safety. Note that separate Accident Prevention Plan and Hazards Analysis is required for submission and acceptance.

k. Contractor's plan for training all CQC personnel in the CQC System.

3.2.3 Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4 Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the Contracting Officer in writing of any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

3.3 COORDINATION MEETING

After the Pre-construction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system. The CQC Plan shall be submitted for review a minimum of 14 calendar days prior to the Coordination Meeting. The initial plan submitted must be found acceptable by the Government before the Coordination Meeting can be held. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and off site work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4 QUALITY CONTROL ORGANIZATION

3.4.1 General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The number of CQC personnel shall be increased as required during times of high construction workload. The Contractor shall provide a CQC organization which shall be at the site at all times during progress of the work and with complete authority to take any action necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

3.4.2 CQC System Manager

The Contractor shall identify as CQC System Manager an individual within his organization at the site of the work who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The Contractor shall identify the CQC System Manager for each duty work if construction is scheduled on a 24-hour basis. The CQC System Manager shall be a graduate engineer, graduate architect, or a graduate of construction management, or shall hold a state Professional Engineer's license, with a minimum of 2 years construction experience on construction similar to this contract, one year of which as a Quality Control Representative. The CQC Manager may also be a construction person with a minimum of 4 years in related work, one year of which as a QC Representative. This CQC System Manager shall be on the site at all times during construction and will be employed by the prime Contractor. An alternate for the CQC System Manager will be identified in the plan to serve in the event of the System Manager's absence. The requirements for the alternate will be the same as for the designated CQC System Manager. The CQC System Manager shall be assigned no duties other than Quality Control. The CQC System Manager or his alternate shall be on the floating plant at all times during construction.

3.4.3 Organizational Expertise

The CQC organization, which includes the CQC System Manager and additional qualified personnel, must as a minimum possess general corporate technical knowledge of all aspects of the project, and must successfully execute the CQC System on all aspects of the project. Individuals possessing experience in specialized areas shall be added to the organization as required during periods when such specialty areas are being executed. Examples of such specialized areas include marine operations, marine safety, dredging and disposal, underwater rock drilling and blasting, seismic and noise monitoring, blasting safety, marine diving, hydrographic surveying, chemical data acquisition and testing. The Contractor must demonstrate that such additional qualified personnel have received sufficient training and indoctrination into the CQC system, and that these personnel properly execute the requirements of the CQC System within their areas of expertise.

3.4.4 Additional Requirement

In addition to the above experience and education requirements the CQC System Manager shall have completed within the last five years the course entitled "Construction Quality Management for Contractors". This course is given at a cost of $25 by Government personnel and is of two-day duration. The Government will provide one instruction manual for the course.

3.4.5 Organizational Changes

The Contractor shall maintain the CQC Organization at full strength at all times. When it is necessary to make changes to the organization, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5 SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements and are submitted in accordance with the date on the submittal register. CQC personnel shall also make physical checks of materials and equipment before installation to insure compliance with approved shop drawings.

3.6 CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, is complied with the requirements of the contract. At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

3.6.1 Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work after all required plans/documents/materials are approved/accepted, and after copies are at the worksite, and shall include:

a. A review of each paragraph of applicable specifications.

b. A review of the contract drawings.

c. A check to assure that all materials and/or equipment have been tested, submitted, and approved.

d. Review of provisions that have been made to provide required control inspection and testing.

e. Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f. A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g. A review of the appropriate activity hazard analysis to assure safety requirements are met per EM 385-1-1, "Safety and Health Requirements Manual".

h. Discussion of procedures for controlling quality of the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that feature of work.

i. A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j. Discussion of the initial control phase.

k. The Government shall be notified at least 48 hours in advance of beginning the preparatory control phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report. The Contractor shall clearly indicate its intent and plan for communication of the results of the preparatory phase to applicable workers, to include materials, construction methods, workmanship standards, safety considerations and procedures, and preparatory phase meeting minutes.

3.6.2 Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work (DFW) when the accomplishment of a representative sample of the work is impending. The following shall be accomplished:

a. A check of the portion of work done to ensure that it is in full compliance with contract requirements. Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance.



G006808

G01010 06734

Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

f. The Government shall be notified at least 48 hours in advance of beginning the initial phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), the foreman responsible for the definable feature and the work crew(s) for the appropriate DFW. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report. Exact location (i.e. CQC Report number) of initial phase shall be indicated for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3 Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

3.6.4 Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable feature of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, onsite production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

3.6.5 Definable Feature of Work: Definition and Discussion

A Definable Feature of Work (DFW) is a portion of work consisting of materials, equipment, supplies and procedures which are closely related to each other, have the same control and will be accomplished by the same work crew to completion. A DFW must be sufficiently small so that control of the work (i.e. communication of requirements to workers, inspection of materials and workmanship and correction of deficiencies) will be easily accomplished. Some examples are:

* marine operations

* marine safety
* underwater rock drilling and blasting
* seismic monitoring
* blasting safety
* marine diving
* hydrographic surveying
* soil and rock core sampling and testing
* Preparation, removal and disposal of contaminated material
* Dredging and placement.

3.7 TESTS

3.7.1 Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a laboratory which has been assurance inspected by the Corps of Engineers within the last two years. The Contractor shall perform the following activities and record and provide the following data:

a. Verify that testing procedures comply with contract requirements.

b. Verify that facilities and testing equipment are available and comply with testing standards.

c. Check test instrument calibration data against certified standards.

d. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

e. Results of all tests taken, both passing and failing tests, will be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test will be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken. An information copy of tests performed by an off site or commercial test facility will be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

3.7.2 Testing Laboratories

3.7.2.1 Capability Check

The Government reserves the right to check laboratory equipment and calibration in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils and rock shall meet criteria detailed in ASTM D 3740 and ASTM E 329. The Government requires a Corps of Engineers capability check of the laboratory which the contractor proposes to perform tests on soils and rock. If the laboratory proposed has not had the required Corps of Engineers capability check within the the last two years, it will be performed by the Corps of Engineers at a cost of $7200 to the Contractor. This cost will be paid by the Contractor via check directly to the Corps of Engineers Laboratory performing the inspection and report. In the event the contractor does not pay the cost, the amount will be deducted from the last invoice submitted by the contractor.

3.7.2.2 Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $7200 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory.

3.7.3 On-Site Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

3.7.4 Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials will be borne by the Contractor. Samples of materials for test verification and acceptance testing by the Government shall be delivered to the Corps of Engineers Division Laboratory, as designated by the Government Representative. Coordination for each specific test, exact delivery location and dates will be made through the Area Office.

3.8 COMPLETION INSPECTION

3.8.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the Special Contract Requirement paragraph entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the CQC System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by paragraph DOCUMENTATION below, and shall include the estimated date by which the deficiencies will be corrected.

The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected. Once this is accomplished the Contractor shall notify the Government that the facility is ready for the Government's "Pre-final" inspection.

3.8.2 Pre-Final Inspection

The Government will perform this inspection to verify that the channel construction is complete and ready to open to ship traffic. A Government "Pre-Final Punch List" will be developed as a result of this inspection. The Contractor's CQC System Manager shall ensure that all items on this list have been corrected and so notify the Government so that a "Final" inspection with the customer can be scheduled. Any items noted on the "Pre-final" inspection shall be corrected in a timely manner. These inspections and any deficiency corrections required by this paragraph will be accomplished within the time slated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

3.8.3 Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person and the Contracting Officer's representative will be in attendance at this inspection. Additional Government personnel including, but not limited to, those from U.S. Coast Guard personnel, and safety officer may also be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final Inspection. Notice will be given to the Contracting Officer at least 14 days prior to the final acceptance inspection and shall include the Contractor's assurance that all specific items previously identified to the Contractor as being acceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the Special Contract Requirements entitled "Final Examination and Acceptance".

3.9 DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

a. Contractor/subcontractor and their area of responsibility.

b. Operating plant/equipment with hours worked, idle, or down for repair.

c. Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

d. Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

e. Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f. Submittals reviewed, with contract reference, by whom, and action taken.

g. Off-site surveillance activities, including actions taken.

h. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i. Instructions given/received and conflicts in plans and/or specifications.

j. Contractor's verification statement.

These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. "N/A" shall be entered into any field for which no entry is intended. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one copy of these records in report form shall be furnished to the Government daily within 16 hours after the date(s) covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every seven days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel. All documentation is expected to be literate, legible and complete.

3.10 SAMPLE FORMS

(Note: If the Resident Management System (RMS) is required to be used by the contractor for the QC System as indicated elsewhere in this contract, Contractor will generate all reports in the RMS System, and attached forms will serve as guidance only. Otherwise forms contained herein will be used by the by CQC Staff for CQC System reporting).

a. The 2-page form at the end of the section will be used for the basic CQC Report. CQC personnel shall attach continuation sheets as required for any entries which cannot fit on the basic form. Preparatory and Initial Inspections, when performed, shall be indicated on the basic CQC report and minutes for each inspection shall be attached. Minutes will consist of a list of specific requirements for materials, procedures or equipment to be employed and shall also include any understandings reached or items of

special importance discussed.

b. In addition, outstanding deficiencies such as shoals and removal of signs and buoys shall be listed on the form "List of Outstanding Deficiencies" at the end of this section and shall be attached to each CQC report. As deficiencies are corrected, they are to be acknowledged on the basic CQC report and shall be deleted from the list.

c. Form at the end of this section entitled "CQC Test Report List" shall be used by the Contractor to track testing to be done as the project progresses, and also to summarize the Contractor's Quality Control testing to be reported on the CQC Plan.

d. Form "Record of Preparatory and Initial Inspections" at the end of this section shall be used by the Contractor to track Preparatory and Initial inspections as the project progresses and also to summarize these required inspections as part of the CQC Plan.

e. Additional reporting forms pertaining to specialized activities may be included herein or elsewhere in the contract, and shall be used for reporting as indicated.

3.11 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor. Deficiencies cited and verbal instructions given to the Contractor by the Government Representative shall be entered into that day's CQC Report.

(FORMS FOLLOW)

-- End of Section --

# RECORD OF PREPARATORY AND INITIAL INSPECTIONS

| DATE OF INSP | TYPE OF INSP | DEFINABLE FEATURE OF WORK (DESCRIBE) | REPORT NOS | | PERSONS ATTENDING INSP | WAS MATL&/OR EQUIPMENT PHYSICALLY INSPECTED ? |
|---|---|---|---|---|---|---|
| | | | QA | QC | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAD FORM 826
22 JULY 86

NOTE:THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK PREP/INIT INSP'S
ATTACH ADDITIONAL RESULTS OR COMMENTS AS REQUIRED

# LIST OF OUTSTANDING DEFICIENCIES

SH________ OF ________ DATE:________

PROJECT TITLE:________________________ CONTRACTOR:________________________

LOCATION:____________ CQC REPORT#__________ CONTRACT #:________________________

| SPEC REF OR DWG# | LOCATION ON PROJECT | DESCRIPTION OF DEFICIENCY | DATE FOUND | DATE TO BE CORRECTED | DATE CORRECTED | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK OUTSTANDING CONSTRUCTION DEFICIENCIES

# CQC TEST REPORT LIST

CQC REPORT#__________ SH______ OF ______ DATE:__________

CONTRACTOR:__________ CONTRACT #:__________

PROJECT TITLE:__________ LOCATION:__________

| SPEC REF OR DWG# | TYPE OF TEST | DATE PERFORMED | RESULTS | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK CQC TESTING.PROVIDE ATTACHMENTS AS REQUIRED.

**CQC REPORT #__________** Date______________________

1. Project Title:______________________________________________________________

Location: ___________________________Contract No.:__________________________________

2. List Contractors and Subs Working This Day and Areas of responsibility of each

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

3. Weather:

_______________________________________________________________________________

_______________________________________________________________________________

4.Description and Location of Work of the Project (Also indicate days of no work and reasons for delay)

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

5. Labor and Equipment Breakdown by Trade (Attach Continuation)

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

6. Preparatory Phase Inspections Held (See Attached Minutes)

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

7. Initial Phase Inspections Held (See attached minutes)

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

8. Follow-Up Phase Inspections Performed, Results and Corrective Actions Taken

9. Job Safety. Indicate What Was Checked, Results,Instructions Received and Corrective Actions:

10. Additional Activities and Remarks (Check Appropriate Box)

[ ] a. Testing Performed. Attach Results.
[ ] b. Verbal Instructions Received.
[ ] c. Submittal Actions.
[ ] d. Outstanding Deficiencies. See Attached List
[ ] e. Delivery of Equipment and Materials.
[ ] f. Misc/Remarks.

(Use Space Below To Discribe Checked Items)

11. Contractor's Verification: "The above report and attachments are complete and all supplies, Materials, Equipment and Workmanship incorporated into the work are in full compliance with the contract except as noted".

Signed____________________ Date________
CQC Representative

CENAN-CO 5/99

SECTION 02100

SUBSURFACE DRILLING AND SAMPLING

1. SCOPE. The purpose of the work specified herein is to determine the type, nature, and characteristics for the subsurface materials and the extent and conditions of the various materials as they exist to the depths and at the locations specified. This is to be accomplished by means of drive sample boring and core drilling.

"1.1 Reference Publication: Standard Specification for Subsurface Exploration and Field Testing, Department of the Army, Corps of Engineers, New York District, October 1980."

2. LOCATIONS OF HOLES. The actual locations will be established in the field by the Contracting Officer.

3. ORDER OF WORK. The order in which the work is to be accomplished will be determined in the field by the Contracting Officer.

4. RECORDS. The Contractor shall keep accurate driller's logs and records of all work accomplished under this contract and shall deliver complete, legible copies of these logs and records to the Contracting Officer upon completion of the work or at such other time or times as he may be directed. All such records shall be preserved in good condition and order by the Contractor until they are delivered and accepted, and the Contracting Officer shall have the right to examine such records at any time prior to their delivery to him. Separate logs shall be made for each hole. The following information shall be included on the logs or in the records for each hole:

- Horizontal locations.
- Hole number or designation and elevation of top of hole.
- Make and manufacturer's model designation of drilling equipment.
- Type of drilling and sampling operation by depth. Dates and time by depths when drilling and sampling operations were performed.
- Time required for drilling each run.
- Depths at which samples or cores were recovered or attempts made to sample or core including top and bottom depth of each run.
- Unified soils classification or description by depths of the materials sampled, cored, or penetrated including a description of moisture conditions and of conditions of compactness or stiffness of soils materials encountered. This classification or description shall be made immediately following the taking of the samples or cores.
- Indication of penetration resistance such as casing blows given in blows per foot and sample drive-hammer blows given in blows per 6 inches for driving sample spoons.
- Percentage of sample or core recovered per run. Depths at which drill water is lost and regained and amounts.
- Depth of bottom of hole.
- Fracture location, frequency, angle and description of fracture surface.

4.1 The Contractor shall employ the services of a soil engineer/geologist

with a minimum two years experience in subsurface exploration field inspection. The inspector shall note on all logs the tide, depth of water, and time tide reading in order to determine mean low water.

4.2 The presence of a Government representative or the keeping of separate drilling records by the Contracting Officer shall not relieve the Contractor of the responsibility for the work specified in this paragraph. Payment will not be made for any work for which the required records have not been furnished by the Contractor.

5. CONTAINERS. The Contractor shall furnish jars, tubes, boxes, and crates meeting the requirements as specified elsewhere in this specification. All such containers will become the property of the Government and the cost thereof shall be included in the unit price payment for the contract.

6. CARE AND DELIVERY OF SAMPLES. The Contractor shall be solely responsible for preserving all samples in good condition. He shall keep samples from freezing and from undue exposure to the weather, and shall keep all descriptive labels and designations on sample jars and boxes clean and legible until final delivery of sample to, and acceptance by, the Contracting Officer. The Contractor shall comply with all requests of the Contracting Officer concerning the care and protection of samples. Except as otherwise specified, the Contractor shall deliver samples to the Corps of Engineers, U.S. Army, New York District Warehouse, Caven Point, N.J. Samples shall be delivered as directed by the Contracting Officer.

7. SUPPLEMENTARY DRILL HOLES. Drill holes that are abandoned or from which unsatisfactory samples or cores are being obtained will be supplemented by other drill holes adjacent to the original in order that satisfactory samples or the required information will be obtained. Penetration to the depth where the original drill hole was abandoned or to the depths where unsatisfactory samples were obtained may be made by any method selected by the Contractor that in the opinion of the Contracting Officer will permit satisfactory completion and sampling below the elevation where the last satisfactory sample was obtained in the abandoned drill hole. No payment will be made for supplementary drill holes that are required to be drilled to replace drill holes that were abandoned or from which satisfactory samples were not obtained because of mechanical failure of drilling and sampling equipment, negligence on the part of the Contractor, or other preventable cause for which the Contractor is responsible.

8. DRIVE SAMPLE BORING AND SAMPLING.

8.1 Definition and Purpose. A drive sample boring shall be any boring made through unconsolidated or partly consolidated sediments or decomposed rock by means of mechanically driven sample drill spoons. The purpose of these borings is to obtain knowledge of the composition, the thickness, the depth, the sequence, the structure, and the pertinent physical properties of foundation or borrow materials and to determine the characteristics of the materials to be removed by dredging.

8.2 Equipment and Supplies. Equipment to be furnished by the Contractor for making drive sample borings shall include Standard Penetration Test, 2-inch split barrel, drive samplers and power-driven core drilling machinery of a

type or types approved by the Contracting Officer, complete with standard drive-hammer of 140 pounds weight and all other accessories for taking samples of soil, hardpan, cinders and decomposed rock at the locations directed by the Contracting Officer. All drill holes will be carried to -55 feet MLW unless refusal is encountered above -55 feet MLW. If refusal is encountered above -55 feet MLW, a diamond core will be taken, -55 feet MLW, in accordance with the provisions of paragraph 9. Unless otherwise specified, drilling machinery shall be of the "hydraulic feed" type. Supplies shall include all casing, piping, pumps, and power necessary to accomplish the required boring and sampling.

8.3 Sample Jars and Labels. Sample jars shall be 1-pint capacity, wide-mouth (over 2-1/4 inches in diameter) glass jars with moisture-tight screw tops. Each jar shall contain a printed or typewritten label giving the following information:

Project ______________________ Location ______________________
(Such as PJ Nav Project) (Such as Bergen Point)

Hole No. __________________ Station __________________________

Jar No. __________ of __________ Jars Date ______________

Top Elevation of Hole ____________ Blow/6 inch ________, ________, ________

Depth of Sample ________________

Description of Material ________________________________________
(Such as "Moist, silty, medium sand")

8.4 Shipping Boxes. Cartons used for storage and shipment of jars shall be water resistant cardboard.

8.5 Procedure. Test holes drilled through overburden shall be suitably cased to permit obtaining samples of the size or sizes specified or as directed. Samples shall be taken continuously using Standard Penetration Test procedures. The sample spoon shall be driven with the force of the drive hammer under a free fall of 30 inches. To minimize the compacting effect of casing driving, the bottom of the casing shall be kept as high above the soil zone to be sampled as conditions permit. The samples shall be placed in the sample jars as soon as possible after they are taken from the hole in order that the natural moisture content of the material may be retained to the fullest extent. All samples shall be labeled. In general, no sample shall remain at the site of boring for more than one week after being taken from the hole.

9. DIAMOND CORE DRILLING - NX

9.1 Method of Drilling. Drilling of NX cores shall be by any approved standard and accepted method of rotary rock core drilling using diamond-set coring bits by means of which continuous and complete rock cores of standard diameter for the respective bit size may be obtained for any subsurface interval of bedrock specified for investigation. The method shall provide equally good recovery of cores from both hard and soft rocks.

9.2 Equipment and Supplies. Equipment to be furnished by the Contractor for core drilling shall include diamond core-drilling machinery of a type or types approved by the Contracting Officer complete with all accessories for taking continuous rock cores of a diameter consistent with bit size to the depths specified. The Contractor shall use a standard ball-bearing, swivel-type, double-tube core barrel similar in construction and equal in performance to Sprague and Henwood "M" series or E.J. Longyear "L" series, equipped with diamond-set bottom-discharge core bits and standard core lifters. Supplies for core drilling to be furnished by the Contractor shall include all casing, drill rods, core barrels, diamond-set coring bits, piping, pumps, water, tools, and power required for drilling and all boxes and containers required for core samples. Bits shall be set with the proper size stones for the kind of rock being drilled.

9.3 Procedure. All holes shall be drilled vertically to -55 feet MLW or as directed by the Contracting Officer. Casing through the overburden shall be seated tightly on the rock at the elevation where rock is encountered prior to commencement of rock coring. The Contractor shall operate his drills at such speeds and with such water pressures as will insure maximum core recovery in whatever kind of rock is being drilled. Where soft or broken rocks are encountered, the Contractor shall reduce the length of "runs" to 5 feet or less in order to reduce core loss and core disturbance to the minimum. Failure to comply with the foregoing procedures shall constitute justification for the Contracting Officer to require redrilling at the Contractor's expense of any boring from which the core recovery is unsatisfactory. The Contractor shall exercise particular care in recording water losses, rod jerks, and other unusual coring experiences that, supplementing the core record, will throw light on the nature and the extent of any fracturing. Fractures and their estimated width shall be marked in the core boxes.

9.4 Containers. Longitudinally partitioned wooden core boxes constructed of pressed lumber or other approved material in general accordance with the arrangement and dimensions shown in Figure 1 shall be used for all rock cores. As many core boxes as may be required shall be used in submitting each rock core or group of cores. Core boxes shall be completely equipped with all necessary partitions, covers, hinges, screws for holding down the cover, rust-proof metal identification plates, tags, and other accessories.

9.5 Arrangement. All cores shall be arranged neatly in the partitioned boxes in the same sequence in which they occurred before removal from the hole. Facing the open box with the hinged cover above and the open box below, cores shall be arranged in descending sequence beginning at the left end of the partition nearest the hinges and continuing in the partitions from left to right. The highest core shall be placed in box 1, and lower portions of the core shall be placed in the other boxes in consecutive order.

9.6 Disposition of Samples. Upon completion of core drilling and sampling operations, core boxes containing cores shall be shipped in accordance with directions furnished by the Contracting Officer. The Government will bear the cost of all warehousing required for the permanent storage of core boxes and racks.

9.7 MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

-- End of Section --




NOTE Labels for core box will be placed on outside and inside of cover and outside on each end. Labels may be either by stencils or by embossed metal tape, in the form shown above on the box cover.

<u>CORE BOX</u>

SECTION 02900

DREDGING AND DISPOSAL

1. **Mobilization and Demobilization.**

1.1 Mobilization shall include all costs for operations accomplished prior to commencement of actual dredging operations, such as transfer of dredges, attendant plant, field offices and facilities, and equipment to the project site, preparation of disposal areas, and other incidental operations in advance of actual dredging work. Demobilization shall include general preparation for transfer of plant to its home base, cleanup of disposal and operations areas, and transfer of plant to its home base. The cost of work other than mobilization and demobilization of the Contractor's dredging plant and equipment shall not be included in this item.

2. **Site Conditions.**

2.1 **Review of Existing Documents**

2.1.1 The Contractor is required to provide mechanical equipment capable of removing material to be dredged at a rate sufficient to complete the work within the specified time period as indicated in SECTION 00800: Special Contract Requirements.

2.1.2 Bidders are invited to examine Corps of Engineers subsurface exploration logs and to decide for themselves the character of the materials. The samples are available for inspection at the New York District, Caven Point Marine Terminal, Jersey City, New Jersey. For further information bidders should contact the New York District, Engineering Division, Civil Engineering Section, Mr. Ben Baker, at (212) 264-9110/9111.

2.1.3 Bidders are expected to examine the site of the work, including the disposal areas, and decide for themselves the site condition that may affect their operations. See Contract Clause entitled "Site Investigation and Conditions Affecting the Work" **Section 00700.**

2.2 **Existing Conditions**

2.2.1 **Character of Materials.**

2.2.1.1 Subsurface Explorations including soil borings and rock cores are provided so that potential bidders can determine the area extent and characteristics (including dredgeability) of the soil to be removed. The results are shown on the maps and drawings referred to in Special Contract Requirements SECTION 00800, entitled "Contract Drawings, Maps, and Specifications". Although the results of these investigations are believed to be representative of subsurface conditions at their respective locations and for their respective vertical reaches, local variations in the subsurface materials are to be expected and, if encountered, will not be considered to constitute 'materially different" site conditions within the context of

Contract Clause entitled "Different Site Conditions" Section 00700.

2.2.1.2 The materials to be found above the required depth, **43 ft** below MLW for **PJ Area 2 as shown on the drawings**, include, but are not limited to:

1) Gray to black, slightly organic to organic Clayey SILT, with a trace to little fine Sand (ML, OL and OH). Ranges from very soft to stiff and commonly contains shell fragments.

2) Gray to brown, fine to coarse SAND, trace to some Silt and Clay, trace to little Gravel (SP, SM. SC). Ranges from loose to very dense and sometimes contains shell fragments.

3) Brown to red-brown, fine to coarse SAND, little to some Silt and Clay, trace to some Gravel (SM-SC). Ranges from loose to very dense and commonly contains cobbles and boulders.

4) Red-brown, Silty CLAY or Clayey SILT, trace to some Sand and Gravel (CL-ML). Ranges from soft to very stiff.

5) **Trash and debris** - Trash, debris and other miscellaneous man-made and natural objects should be expected to be encountered during the course of the dredging. This material may be encountered at any location above the required depths indicated on drawings. The objects may include but are not limited to, wood, sheet metals, glass, lumber, plastics, tires, hoses, chains, cables and hawsers.

3. **Dredging Equipment.**

3.1 **Dredges.**
It is anticipated that a variety of dredging equipment will be necessary for the removal of soils and rock within the project area. All material shall be removed with dredging equipment appropriate for the material encountered (i.e. clamshell, closed clamshell "environmental" bucket dredge, dipper, powershovel, etc.). The use of hopper and cutterhead dredges is prohibited.

3.2 **Scow monitoring equipment (ADISS/ADISSPlay/ADISSLt).**
The contractor is required, at his/her own expense, to have all scows or other vessels used to transport dredged material to designated placement locations (HARS, artificial reefs, and upland or other locations in the New York Bight or Lower Bay) equipped with scow monitoring equipment (ADISS/ADISSPlay/ADISSLt, from Science Applications International, Inc. (SAIC)). The ADISSPlay software/equipment shall be programmed by SAIC personnel for use aboard any towing, or other, vessels used to transport dredged material. The contractor shall ensure that the ADISS/ADISSPlay/ADISSLt equipment is operational at all times dredged material is transported from the dredging site and while returning to the dredging site after ocean placement and when returning from the upland facility. Scows used to transport dredged material to upland facilities are required to have one acoustic bin-level sensor installed in addition to the scow draft sensor. The contractor is required to provide SAIC personnel with a scow loading table for each scow used to transport dredged material to upland facilities and ocean placement locations. Although the Corps Disposal

Inspector (CDI) will observe the operation of the ADISS/ADISSPlay/ADISSLt equipment, operation and maintenance of the ADISS/ADISSPlay/ADISSLt equipment will be the responsibility of the dredging contractor. It is the contractor's responsibility to ensure that the ADISS/ADISSPlay/ADISSLt equipment is in continuous, operable condition. Any problems with operation/function of the ADISS/ADISSPlay/ADISSLt equipment should be directed to SAIC personnel immediately, at (401) 261-4931, (401) 847-4210, and to the NY District at (212) 264-1853 or x1585.

To ensure proper communication of the ADISS components on the tug and scow, the same tug used to transport a scow loaded with dredged material toward a designated ocean placement location must continue to be used until placement has occurred. Switching of tugs once a placement trip has begun must not occur unless a mechanical problem or other unforeseen problem prevents the use of the tug for ocean placement.

4. **Dredge/Disposal Inspector.**
The Contractor at his/her own expense shall have the USACE certified Inspector(s) of Open Water Disposal of Dredged Material oversee the placement activities of all dredged materials at the upland disposal sites, Newark Bay Confined Disposal Facility and the HARS or artificial reef site, or other ocean placement location, if used. The Dredge/Disposal Inspector shall be responsible for ensuring that the requirements contained in the drawings, specifications, the New Jersey DEP Water Quality Certificate/Coastal Zone Determination is met. The Inspector must complete USACE Transportation and Placement Logs and checklists for all placement activities performed. Inspectors will be required to be on duty and in the towing vessel wheelhouse, to observe scow monitoring equipment function, watch for endangered species, and perform other inspector duties, from the time the towing vessel departs from the dredging site until the scow has completely emptied and all reporting requirements have been completed.

The Corps Certified Inspector shall complete the dredge & placement log for dredged material unsuitable for HARS placement and submitted with the daily CQC report.

5. **General Requirements**

5.1 **Overdepth and Side Slopes**

5.1.1 **Allowable Overdepth**

To cover inaccuracies of the dredging process, material actually removed from within the specified areas to be dredged, to depths as specified below for allowable overdepth, will be estimated and paid for at the contract price. Allowable **overdepth dredging will be permitted to a depth of not more than 1.5 ft** for all dredging areas. The required dredging depth as shown on the drawings is **43 ft below MLW.** An allowable overdepth dredging will be measured and paid for at the applicable contract price in the same manner as specified for the overlying material.

5.1.2 **Side Slopes**

The side slope dredging requirements as shown on the drawings are as follows:

**Non-Rock material: 1V to 3H**

Material actually removed within limits shall provide for final side slopes not flatter than those indicated on the drawings and will be estimated and paid for. The Contractor may dredge material in original position or may dredge below the pay slope plane at the bottom of the slope to allow for sloughing of upslope material capable of falling into the cut. However, material removed below any pay slope plane will not be estimated for payment. In computing the limiting amount of side slope dredging, the required depth indicated on the drawings, measured vertically, will be used. The quantity of material to be paid for shall not be in excess of that originally lying above this limiting slope. Side slopes are given for payment purposes only and are not necessarily the angle of repose of the soil. Sloughing side slopes shall not be the basis for claims against the Government. End slopes, where indicated on the drawings, shall be treated in the same manner as side slopes.

5.1.3 **Excessive Dredging**

Material taken from beyond the allowable overdepth or side slope limits may be deducted from the total amount dredged as excessive dredging, or excessive side-slope dredging. Materials dredged from below the depth limit which result in extra costs shall be the responsibility of the Contractor. Nothing here shall be construed to prevent the inclusion in the measurement of material dredged for the removal of shoals performed in accordance with the applicable of the paragraph: FINAL EXAMINATION AND ACCCEPTANCE in section 00800,1.15.

5.1.4 The dredged material was characterized by testing cores down to **-44.5** ft. MLW. Material should not be dredged below this depth. Should specific circumstances require the removal of material below **-44.5** ft MLW, the Contracting Officer and the Contracting Officer Representative shall be notified. Potential environmental consequences from dredging below **-44.5** ft MLW could result in violations of the Ocean Dumping Provisions of the Marine Protection, Research, and Sanctuaries Act (33 U.S.C. §§ 1401-1445) and may lead to a federal enforcement action.

5.2 If during the dredging or upon completion of the post-dredging surveys and soundings, materials are found above the required dredging depth of **43 ft** below MLW, these materials shall be removed immediately at the Contractor's expense.

5.3 not used

5.4 Reprofiling of the channel bottom in any area is prohibited.

5.5 **Order and Sequence of Work**

5.5.1 The contractor is required to remove the overlying non-rock material unsuitable for placement at the HARS prior to the start of dredging the HARS materials in each area.

All non-Rock dredged material capable of being removed using an

"environmental" bucket shall be removed with an "environmental" bucket. If after the Contractor has used the "environmental" bucket and has not achieved **43** ft below MLW, the Contractor shall use a conventional bucket to remove the non-rock material to **43** ft below MLW.

Upon completion of dredging of non-rock material unsuitable for HARS placement w/ the environmental bucket, the contractor shall notify the contracting officer for a final inspection to insure all up-land material that can be dredged w/ the environmental bucket has been removed.

5.5.2 Material Types

5.5.2.1 **Non-Rock**

The Contractor shall commence work with the removal of "Non-Rock Material".

1) When, due to ship traffic, the Contractor is prohibited from working it's current area, operations may move to another area, until the vessel has passed. After the ship has passed the contractor must make sure that the area is in compliance with paragraphs 5.5.3 as appropriate and then return to the area it was working prior to the arrival of the ship.

2) The Contractor is prohibited from working during the **Environmental Windows.** The Environmental windows would run from **1 February to 31 May.**

5.5.3 **Interference with Navigation**

The Contractor shall minimize interference with the use of channels and passages. The Contracting Officer will direct the shifting or moving of dredges or the interruption of dredging operations to accommodate the movement of vessels and floating equipment if necessary.

5.6 The Contractor will have a **"NOTICE TO MARINERS"** published by the Coast Guard prior to the initiation of any disposal activities. The Contractor shall also coordinate all dredging and transportation activities with the U.S. Coast Guard Activities New York, Vessel Traffic Service Branch at 718-354-4089 or facsimile 718-354-4190. Every vessel engaged in the transportation of dredged material shall have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel. These name and numbers shall be kept distinctly legible at all times, and no vessel not so marked, shall be used to transport dredged material, or place dredged material.

Scow Identification and Certification and Backup Scow: All scows that will be used, or may be used, during this dredging project must be identified prior to the first day of dredging. Scows identified for use on the project must be certified to be fully operational, mechanically sound, completely seaworthy, and free of leaks or other defects.

5.7 The Contractor or its authorized dredging or towing contractor must equip each scow, which transports dredged material for placement with an Automated Disposal Surveillance System (ADISS) developed by Science Applications International Corporation (SAIC), which consists of ADISS boxes on scows, and ADISS/ADISSLt units on towing vessels. Before each departure,

the USACE certified Inspector must ensure that the ADISS box is in good working order (i.e. ADISSPlay System on towing vessel indicates communication with ADISS System is active) and that the ADISSLt system is functional and ready for potential use as a backup to ADISS/ADISSPlay. Furthermore, the CDI and the Scowman ,if used, must jointly continue to monitor the functioning of the ADISS box during each trip. Should the CDI suspect at any time that the ADISS box is not functioning properly (i.e. ADISSPlay System malfunctions), the CDI must immediately contact the COR and the ADISS contractor at 1-800-729-4210. Latitude-longitude coordinates of the scow, displayed by the ADISS systems, should be periodically checked against latitude-longitude coordinates of tugboats, when passing the same, fixed geographic position (i.e. channel marker). The coordinates should be approximately the same. Discrepancies should be noted and investigated through contact with the COR and ADISS coordinator.

5.8 Scows **must** not be transported from the dredging site for offshore placement of dredged material unless the tugs DGPS navigation system, ADISS/ADISSPLay/ADISSLt systems, are all in full working order and provide correct information. However, if SAIC personnel are servicing/repairing the ADISS/ADISSPlay equipment, the ADISSLt equipment may be used, and an affected scow may be transported for ocean placement. ADISSLt must only be used on two consecutive placement trips of a scow. ADISSLt is an emergency backup to the ADISS/ADISSPlay equipment and must not be routinely used.

5.9 **Floatable Materials:**
All floatable material excavated including but not limited to wood and tires must be disposed at an existing approved upland disposal area. Should the Contractor encounter floatable material, a copy of a letter granting the permission of appropriate authorities to use an existing approved upland area must be submitted to the Contracting Officer and/or his Representative

5.10 **All dumping activities shall be recorded as specified below.**

Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor shall notify the New York District USACE by telephone. Calls regarding departures shall be made to the Dredged Material Management Section at (212) 264-1853 or 5622. The Contractor will furnish the Contractor name, project name, inspector name and estimated time of departure.

5.11 The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or the Environmental Protection Agency Inspectors accompany all trips to the placement site to certify compliance with the above

5.12 The Contractor, or his authorized Representative, shall give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard 2 hours prior to departure of a vessel from port. Telephone calls should be made to the US Coast Guard at (718) 354-4089.

5.13 **Corps Disposal Inspector (CDI):**

The Contractor must hire USACE, NY District, certified Inspectors of Open Water Disposal of Dredged Material, known as Corps Disposal Inspectors

(CDIs). CDIs will observe loaded scows at the dredging site, monitor transport of dredged material, and monitor placement activities at the upland site(s), Newark Bay Confined Disposal Facility(CDF) and HARS, artificial reefs, or other ocean placement location. CDIs will be responsible for ensuring that the requirements contained in these specifications, and any other guidance and requirements provided to the contractor related to dredged material placement, are met. CDIs will help ensure that placement guidelines, particularly as presented during the pre-construction meeting, and described below, are being followed. CDIs must be awake and on duty from the time the scow is towed from the dredging site until the scow doors are closed and all reporting requirements associated with each trip have been completed. CDIs must complete the checklists during each placement trip.

a. A list of CDIs can be obtained from the USACE Ocean Placement Manager, Dr. Stephen Knowles, at (212) 264-1853. Fourteen (14) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all CDIs who will be working on the project. The Contractor must furnish CDI names, companies CDIs are affiliated with if not independent CDIs, and the expected duration of employment of CDIs who will begin service at the start of the project. CDIs who will be on duty at the beginning of the dredging project must be present at the pre-construction meeting to review placement guidelines and requirements associated with this project. Any CDIs who begin duty after the first day of dredging must meet with NY District personnel to review placement guidelines and requirements associated with this project prior to working as a CDI on the project. Notice of replacement CDIs must be submitted to NY District at least two weeks prior to beginning work, unless illness of a CDI or other unforeseen event prevents such notification. The Contractor must furnish CDI names, companies CDIs are affiliated with if not independent CDIs, and the expected duration of employment of replacement CDIs who will work on the project.

b. CDIs are not allowed to be on duty for more than twelve (12) hours per day. CDIs must be provided a minimum of eight (8) hours of continuous off-duty time each day to allow appropriate rest to ensure safety and competence. CDIs must be provided with a designated bunk space or other suitable sleeping location while working aboard a towing vessel and a suitable location for completing paperwork associated with CDI duties. The contractor is not permitted to direct the CDI in completion of CDI duties/requirements unless specifically requested by NY District. Although CDIs are financially employed by the Contractor, either directly or through sub-contracting, CDI duties and requirements are established by NY District. NY District will be responsible for determining whether CDIs are satisfactorally performing their duties and requirements.

c. The following items, provisions, accommodations, and supplies must be provided for the use of each CDI working on the dredging contract:

-legible copy of the permit or contract specifications, as related to scow loading, transport, and dredged material placement;

-A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional

instructions or guidelines as related to scow loading, transport, and dredged material placement;

-an 8" - 12" wide protractor with degrees printed or embossed on the curved surface;

-dividers for scaling distances off of maps and charts;

-scow loading tables for each scow used to transport dredged material;

-a fully operational, handheld laser range finder with a range of at least 1000 feet, and manufactured no earlier than 1998, must be available for use by the CDI at any time. Spare batteries for the laser range finder must be available at all times;

-access to the towing vessel DGPS, fathometer, and radar;

-fully operable personal cellphones in possession of each CDI at all times with active phone numbers unique to each phone available for placing and receiving calls at all times. Cell phone numbers must be provided to NY District at the pre-construction meeting;

-suitable location for completing paperwork associated with CDI duties;

-a fully operational fax machine must be onboard the towing vessel for use by the CDI within 2 hours of each placement event, or available for use by the CDI at the dredging site within 4 hours of each placement event;

--Any discrepancies or other concerns noted by the CDI regarding placement activities shall be reported immediately, via cellular phone from the tug, to the KVK Project Office (Caven Point Office) at (201) 433-9232 or 9228 and USACE HARS Manager at (212) 264-1853 or x5620.

Additional items related to the duties of the CDI may be required at any time during the period of the dredging contract;

5.14 CDIs shall submit a report of all placement activities authorized by this contract for each scow of dredged material within 6 hours of the time of placement at the HARS, reef, or other open-water placement location. CDIs must complete a USACE Transportation and Placement Log form (TPLF) electronically, using the ADISSPlay or ADISSLt system, or manually if necessary. Logs should be faxed to (212) 264-1463 with (212) 264-4260 used for backup if the 1463 extension is not working, or hand delivered to room 1937 of 26 Federal Plaza within 6 hours of each placement event. Any discrepancies or other concerns noted by the CDI regarding placement activities shall be reported immediately (via cellular phone from the tug, or within one-half hour of return to the dredge site or port) to the USACE HARS Manger at (212) 264-1853 or x5620, to the USACE Construction Division POC, and a dredging contractor POC not onboard the towing vessel. CDIs may communicate with towing vessel captains to help ensure correct placement of dredged materials. However, CDIs are not authorized to operate towing vessel equipment, and in particular, remotely operated scow control equipment. CDIs are required to use hand-held laser range finders (required to be aboard all towing vessels used for dredged material placement) to determine the tow

lengths used at the time of dredged material placement. CDIs are required to communicate with the towing vessel crew to obtain information necessary to document the position of the scow at the time placement occurs. In the event of ADISS/ADISSPlay/ADISSLt malfunction, the CDI must complete a map of the placement area showing the position of the scow at the time scow doors were first opened, including the distance from the towing vessel to the scow (as determined using the hand-held laser range finder), the towing vessel DGPS position at the time of initial scow door opening, the vessel direction of travel, and the bearing to the scow from the towing vessel. Manually prepared maps, if necessary, associated with an ocean placement trip, should also be faxed to NY District with the TPLF and other required documents. If TPLFs (electronically or manually produced) and any other required placement documents are not received within 6 hours of each placement event, scows may be directed to standby at the dredging site until all items have been received at NY District.

**5.15 Specific Placement Grid Details And Additional Placement Guidelines**

More detailed placement guidelines and specific placement grid information will be provided prior to commencement of dredging, particularly at a pre-construction meeting of the dredging contractor and Corps. Additional placement guidelines and modifications may be provided to the dredging contractor at any time during the dredging contract.

**6. Dredging and Disposal of "Non-rock materials" unsuitable for placement at the HARS**

**6.1** The "non-rock" dredged material is composed of the material identified in para. 2.2.1.2 item numbers 1 through 5 that are deposited within the dredging limits as shown on the contract drawings is considered unsuitable for placement at the HARS (except in CLIN 0003 if exercised).

All non-Rock dredged material capable of being removed using an "environmental" bucket shall be removed with an "environmental" bucket. If after the Contractor has used the "environmental" bucket and has not achieved **43** ft below MLW, the Contractor shall use a conventional bucket to remove the non-rock material to **43** ft below MLW.

Upon completion of dredging of non-rock material unsuitable for HARS placement w/ the environmental bucket, the contractor shall notify the contracting officer for a final inspection to insure all up-land material that can be dredged w/ the environmental bucket has been removed.

These dredged materials shall be disposed of at the disposal site designated by the Government. The Contractor Quality Control (CQC) personnel, the Contracting Officer Representatives, and USACE certified Dredge/Disposal Inspector shall jointly determine the character of materials to be disposed of at the non-ocean placement site or designated upland disposal sites.

The Corps Certified Inspector shall complete the dredge & placement log for dredged material unsuitable for HARS placement and submit it with the daily CQC report.

**6.2 Offloading, Processing And Disposal Facilities**

The Government has identified the following sites for the processing and disposal of non-rock dredged material. The Contractor shall coordinate with the operator of the disposal facility to ensure that the necessary facility requirements are included in the Contractor's bid price. The Contractor shall **submit a schedule and the anticipated quantity** to be placed at the disposal sites **within 3 calendar** days from the date the contractor is notified as the apparent low bidder.

1) The following site(s) shall be the only government identified non-ocean placement site used for item number **0001AC and 0001AE** in the price schedule.

Disposal Site: EnCap golf Holdings, LLC
Point of contact: James T. Hockensmith, PG., Senior Vice President
c/o DeCotiis, FitzPatrick, Gluck, Hayden and Cole, LLP
Location: Glenpointe Center West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Phone Number: 201-907-5288
Fax 201-928-0183

2) The following site shall be the only non-ocean placement site used for item number **0001AJ.**

Disposal Site: Newark Bay Confined Disposal Facility (NBCDF)
Operator: Port Authority of New York and New Jersey
Location: Newark Bay
Point of contact: Mr. Atef Ahmed
Phone Number: 212 435-4271
Location of Unloading Facility: Disposal will take place above the NBCDF

The Contractor will be required to pay a management fee of $29.00 per cubic yard disposed of at the NBCDF. A management fee will be derived from volume calculation taken from a before-dredge and after-dredge bathymetric survey of the contract limit area as designated in the contract drawings and specifications based upon in-situ non-HARS sediment at the origin dredging site. The after-dredge survey will be performed for an area after the material for NBCDF disposal has been removed and before underlying material for HARS remediation or reef construction is removed. All other payment to the Port Authority of New & New Jersey shall be in accordance with the requirements specified in the NBCDF Final Operation and Management Plan.

3) The following site(s) shall be the only government identified non-ocean placement for Offloading and Processing site(s) used for item number **0001AC and 0001AE** in the price schedule

POC:

Clean Earth Dredging Technologies
Steven C. Sands, President
2337 North Penn Road



G006835

G01010 06761

Suite 100
Hatfield, PA 19440
Tel: 215-996-4172
Fax: 215-996-5652

OENJ Processing Group
Jessica Vreeland
251 Jersey Gardens Blvd. East
Elizabeth, NJ 07201
Tel: 201-377-9330
Fax: 908-353-5682

**6.3** Any non-rock material capable of being removed using an "environmental" bucket shall be removed with an "environmental" bucket to refusal. The defining characteristics of environmental bucket are as follows:

a. The bucket shall be provided with welded steel covers and rubber seals specifically designed and installed by the bucket manufacturer to minimize leakage from the closed bucket.

b. The closed bucket shall be equipped with vertical side plates, with rubber seals, which overlap or have some method to reduce sediment loss at closure and shall act as an enclosure to eliminate redeposit of soil from the bucket.

c. The bucket shall be equipped with a switch, with signal light in the control station, to verify bucket closure and seal.

d. The bucket will be designed to produce a flat cut and to minimize resuspension during closing and lifting.

A shop drawing of the contractor's bucket shall be provided to the Contracting Officer for approval prior to the commencement of dredging.

**6.4** No dredging operations shall be done unless the Dredge/Disposal Inspector(CDI), approved by the Contracting Officer, is present. The Inspector shall visually inspect the dredged material and take photographs or videos to document the conditions of the dredged material.

**6.5** For the purpose of progress payment, the Contractor shall perform bathymetric surveys immediately following removal of debris and prior to removing any non-rock material destined for the upland disposal site to determine the contract dredged volume of non-rock materials disposal at the upland disposal facility. The contract volume is derived from volume calculations taken from a pre- and post-dredge bathymetric surveys based upon in-situ non-rock sediment at the origin of dredge site. Refer to Section 00800, Quantity Surveys.

**6.6** When working in non-rock dredged material, the Contractor shall employ the following best management practices:

1) No barge overflow shall be permitted during the dredging and transport of any contaminated dredged material.

2) Dredging of non-rock materials shall be accomplished using a closed "environmental" bucket. Dredging of consolidated "new work" material is not subject this equipment restriction, but shall be accomplished using best management techniques to minimize the suspension of sediment.

3) Dredged material shall be placed deliberately in the barge in order to prevent spillage of material overboard.

4) The dredge shall be operated so as to maximize the bite of the environmental bucket. This will reduce the amount of free water in the dredged material and the number of the bites required for completing the job.

5) To minimize the loss of material during the excavation the environmental bucket lift speed shall not exceed 2 feet per second.

6) All barges or scows used to transport sediment shall be of solid hull construction or be sealed with concrete, except for material permitted for subaqueous disposal.

7) Should decanting of water from barges be required before disposal, the State of New Jersey will make berthing area(s) available for dewatering purpose **(Section 00903)**. The Contractor may use the berthing area located in the Port Jersey Channel designated by the Contracting Officer for this project unless otherwise directed by the Contracting Officer. All operation and management rules shall be in accordance with the requirements specified in the State of New Jersey Water Quality Certificate/Federal Consistency. **(Section 00902)**.

POC for the berth: Nancy A. Kist,Esq.
Bayonne Local Redevelopment Authority
Tel: 201-823-0333
Fax: 201-823-8597

All operation and management rules shall be in accordance with the requirements specified in the State of New Jersey Water Quality Certificate (WQC)/Federal Consistency and NY WQC(Section 00902).

**6.7** The Contractor shall submit a schedule for disposal of non-rock dredged material to the disposal facility and Point of Contact to the Contracting Officer's Representative at least 30 calendar days prior to the commencement of the dredging of said material. The schedule shall indicate the anticipated flow of material.

**6.8** The towing vessel captain is responsible to ensure, prior to the departure of the towing vessel from the dredge site, that the forecasted weather and sea conditions at the expected time of arrival at the disposal facility will allow for safe conditions. If upon arrival at the disposal site facility, prevailing conditions are such that deviation from the operating procedures of the disposal facility is necessary to ensure the safety of the operation, the responsibility for the determination of a minimum safe speed for the towing vessel, and a minimum safe distance will rest solely with the captain of the towing vessel.

**6.9** The Contractor shall be responsible for the transport of dredged material and the tie-down of the scow to the designated location identified by the disposal operator. The Contractor is required to take all necessary precautions for the safety of, and to provide necessary protection to prevent damage, injury or loss to any person or property, including but not limited to: a) All employees of the Contractor, public, and other persons and entities who may be affected by thereby; b) the physical structure(s) in surrounding the navigation channel; and c) other property at the upland disposal facility, including piers, docks, berths, vessels, markers, lights, buoys, and other structures.

6.10 **Dredging of Hard Material**

Excavation of hard material (material that cannot be dredged by the environmental bucket) shall be performed by mechanical dredging only. Hydraulic dredging will not be permitted. Hard material shall be placed in scows and transported to the upland disposal site or disposal facility designated by the Government.

6.11 The dredging and placement logs for dredged material unsuitable for placement at the HARS placement shall be completed and attached to the Contractor's daily CQC report and submitted on a daily basis.

6.12 The USACE certified dredge inspector shall verify acceptance of the dredge material unsuitable for the placement at the HARS from the upland facility at the time of arrival.

**7. PLACEMENT OF DREDGED MATERIAL AT OPEN-WATER PLACEMENT SITES**

Dredged Material Placement Protocol for the HARS. For **CLIN 0003**, the following requirements are applicable.

All non-rock dredged material overlying the sand and gravel that is capable of being dredged with an "Environmental" Bucket shall be removed under **CLIN 0001AC.**

All of the provisions, guidelines, requirements, and instructions (PGRIs) in this section of the contract specification must be completed/complied with before any dredged material may be placed at a designated ocean placement site. Many of the PGRIs must be completed/complied with prior to the start of dredging. Any misplaced dredged material deemed to constitute a potential hazard to navigation by the Corps will be the sole liability of the dredging contractor to remove, as directed by the Corps. This would include, for example, placement of dredged material in a navigation channel that results in a mound or causes an area of shallower water within the channel; or any dredged material placed above a permitted depth associated with an artificial reef. The dredging contractor will assume all expenses and liabilities associated with creating mounds of dredged material above a permitted depth at an artificial reef site and expenses and liabilities associated with bringing such mounds below permitted depths.

**7.1** Personnel Notification: This section of the contract specification must be provided to all contractor personnel working on any aspect of open-water placement of dredged material associated with this project, including

personnel loading scows at the dredging site, personnel working on scows at the dredge site, personnel onboard towing vessels at the dredging site or while towing scows, including USACE NY District certified Inspectors of Open Water Disposal of Dredged Material (Corps Disposal Inspectors (CDIs)), and personnel aboard scows being towed. All personnel associated with loading of scows, transportation of dredged material, and placement of dredged material must be familiar with the guidelines and requirements contained in this portion of the contract specifications. Prior to the start of dredging, the contractor must submit a letter to the NY District listing the name, position title, and job description of each person who will be working on the towing vessels used to transport dredged material, each person who will be loading the scows with dredged material at the dredging site, and anyone else involved with scows at the dredge site or while being towed to the designated placement location. This letter must include verification that each person has been provided a copy of this portion of the contract specification, has read this portion of the contract specification, and understands the requirements described in this contract specification as related to their job duties. Additional guidelines and directives may be provided at any time during the duration of the dredging project and will become part of the contract specifications.

**7.2 Ocean Placement Locations:for HARS and ROCK**

For **CLIN 0003 Option (if exercised)** the Government has identified the Historic Area Remediation Site (HARS) for placement of dredged material, approved for ocean disposal, removed under this contract. However, barges that contain less than 25% non-rock material (i.e., vessels which contain 75% or more rock material) should not be transported to the HARS. (Non-rock material is defined as material that is less than 2.5 inches in diameter.)

7.2.1 HARS

The Contractor shall perform dredged material placement at specific locations within the HARS, defined by the following perimeter coordinates:

| Point | LatitudeDMS | LongitudeDMS | LatitudeDDM | LongitudeDDM |
|---|---|---|---|---|
| B | 40o 25' 23" N | 73o 53' 34" W | 40o 25.38' N | 73o 53.57' W |
| D | 40o 25' 22" N | 73o 52' 08" W | 40o 25.37' N | 73o 52.13' W |
| F | 40o 23' 13" N | 73o 52' 09" W | 40o 23.22' N | 73o 52.15' W |
| G | 40o 23' 13" N | 73o 51' 28" W | 40o 23.22' N | 73o 51.47' W |
| H | 40o 22' 41" N | 73o 51' 28" W | 40o 22.68' N | 73o 51.47' W |
| I | 40o 22' 41" N | 73o 50' 43" W | 40o 22.68' N | 73o 50.72' W |
| L | 40o 25' 22" N | 73o 50' 44" W | 40o 25.37' N | 73o 50.73' W |
| N | 40o 25' 22" N | 73o 49' 19" W | 40o 25.37' N | 73o 49.32' W |
| O | 40o 21' 35" N | 73o 49' 19" W | 40o 21.58' N | 73o 49.32' W |
| Q | 40o 21' 36" N | 73o 52' 08" W | 40o 21.60' N | 73o 52.13' W |
| T | 40o 22' 08" N | 73o 52' 08" W | 40o 22.13' N | 73o 52.13' W |
| U | 40o 22' 08" N | 73o 53' 34" W | 40o 22.13' N | 73o 53.57' W |

DMS = Degrees, Minutes, Seconds
DDM = Degrees, Decimal Minutes

7.2.2 The Contractor will also use exact placement criteria set by the New York District Corps of Engineers. All placement of dredged material within the HARS will occur in strict accordance with the guidelines and locations

attached to these specifications, and any future updates when provided by USACE, particularly at the pre-construction meeting.

7.2.3 All non-rock material approved for ocean disposal, excluding floating debris and trash, shall be transported to the HARS, unless otherwise directed.

7.2.4 Rock(not used)

**7.3 General Requirements: ALL PLACEMENT ACTIVITIES MUST BE RECORDED, AND REQUIREMENTS ADHERED TO, AS SPECIFIED BELOW.**

a. Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor must notify the New York District USACE by telephone. Calls regarding departures must be made to the Dredged Material Management Section at (212) 264-1853 or 5620. The Contractor must furnish the Contractor name, project name, inspector name and estimated time of departure.

b. The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or Environmental Protection Agency employees and other invited representatives accompany all trips to the placement site to certify compliance with any contract specifications or environmental regulations.

c. The Contracting Officer, or his authorized Representative, must give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard two hours prior to departure of a vessel from port. Telephone calls must be made to (718) 354-4088.

d. CDIs must submit reports of all placement activities authorized by this contract on the basis of one report for each scow of dredged material within 6 hours after each placement event. Reports must be printed from the ADISSPlay system aboard the towing vessel and must be transmitted via a cell phone link with the ADISSPlay system, and faxed to NY District at (212) 264-1463 with (212) 264-4260 used for backup if the 1463 extension is not working. If the electronic form can not be printed, a hand written form must be completed and submitted. Individual trip reports must utilize the USACE Transportation and Placement Log Form (TPLF), which must be fully completed electronically on board the towing vessel, or manually if equipment failure prevents electronic completion. Any discrepancies or other concerns noted by the inspector regarding placement activities must be reported immediately, via cellular phone from the tug, to the USACE Ocean Placement Manager at (212) 264-1853 or (212) 264-5620, the towing vessel captain, the dredging contractor POC not onboard the towing vessel, and the Contracting Officer and/or his Representative. These personnel are termed the "Notification List". Telephone numbers of personnel on the Notification List must be supplied to all CDIs working on the dredging project. Reports of discrepancies must also be faxed by the CDI as soon as possible to (212) 264-4260 and (NY District contract manager). In addition to the TPLF, a checklist must be completed for each ocean placement trip. Any items receiving a "NO" answer are considered discrepancies and must be reported immediately to the Notification List. Discrepancies that must be noted by the CDI on the TPL form and checklist and must be reported immediately to the Notification List include, but are not limited to, the following items

-A scow has a mechanical problem, a leak, or visible damage that may cause leaking.

-A scow contains more than the maximum volume allowed for placement during a single trip.

-A scow has a noticeable list

-A trail of leaking dredged material is visible behind the scow

-A scow monitoring system (ADISS, ADISSPlay, and ADISSLt) is not functioning properly

-Fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct CDI duties are not present or are not fully functional.

-Scow draft pressure varies more than 20 points, or 1.5 feet of draft, from the value at the dredge site.

-A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is observed.

-Any water depths observed anywhere within an artificial reef boundary within 15 feet of the permitted water depth at the reef, or within 15 feet of a depth specified by NY District.

-Placement occurred in the incorrect grid cell

-Any placement outside of the designated placement grid, including locations within the HARS, the HARS Buffer Zone, shipwreck Buffer Zones, the HARS No-Discharge Zone, and all areas outside of the HARS.

CDIs should check each item as appropriate, at the dredging site, while underway to the placement location, during placement, and following placement. Copies of the checklist must be completed by CDIs during each placement trip, signed and dated by the CDI, and submitted to the NY District on a weekly basis. Any discrepancies must be recorded on the TPLF or a separate report. Separate reports must include the name of the CDI, the date and time of the incident, and a detailed description of any discrepancy. These supplemental reports must be submitted at the same time TPLFs are submitted.

e. Contractor must receive grid coordinates for the placement location at the HARS before dredging starts; usually at the pre-construction meeting. Individual grid cells may be as small as 100 feet wide and 200 feet long. Placement must be made while towing scows in the direction of the longest grid cell dimension, unless otherwise directed by the NY District. All placement events must be recorded and signed by the master of the tow. Copies must be submitted to the U.S. Coast Guard no later than the fourth day after each week of activity. The Coast Guard address is:

Captain of the Port of New York
212 Coast Guard Drive
Staten Island, New York 10305

f. f. Every vessel engaged in the transportation of dredged material must have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel. These names and numbers must be kept distinctly legible at all times, and vessels not so marked, cannot be used to transport or dump dredged material

7.4 **Placement of Dredged Material Suitable for Ocean Disposal, General:**

a. A National Marine Fisheries Services-approved Observer, at the Contractor's expense, must be aboard the tug transporting a loaded scow to the ocean placement sites. The observer will have the responsibility for determining the presence of endangered species (sea turtles and whales) during transit to, and upon arrival at the location for all placement activities. Upon arrival at the placement site, placement of dredged material may occur only if no specimens of endangered species are observed to be present within a 0.25 nautical mile of the placement site. If endangered species are observed to be present within 0.25 nautical mile of the designated placement location, then the placement of dredged material must not occur. Placement of the dredged material may occur only when the observed animals have moved outside the 0.25 nautical mile zone around the designated placement location, or have completely departed the site. In all such cases where whales or sea turtles have been encountered, the observer must submit a written report incorporating the following information: animal type (Whale or sea turtle); the specific species (if known); the date, time and location of the sighting (latitude, longitude); approximate distance away from the vessel and scow/barge; number of individuals observed; behavior (feeding, nursing, migrating, etc.,). If a CDI is to be used for this function, he/she should possess or acquire, prior to the initiation of the project, valid certification from the National Marine Fisheries Service or other accredited agency of training on techniques for identifying species, and preparing applicable reports for instances where endangered species are encountered. Twenty-one (21) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all NMFS Observers who will be working on the project. The Contractor must furnish Observer names, companies Observers are affiliated with if not independent Observers, and the expected duration of employment of Observers who will begin service at the start of the project. CDIs who are also NMFS Observers may fulfill the duties of both positions.

b. The towing vessel captain and the CDI must jointly determine and agree, prior to the departure of the towing vessel from the dredging site, that the forecasted weather and sea conditions at the expected time of placement of dredged material within the HARS will allow the full release of the material from the scow at the designated location. If weather/sea conditions will not permit placement of dredged material at the designated grid cell, the scow must not be towed from the dredging site until conditions improve and allow safe and accurate dredged material placement. The distance from the dredging

site to the placement location at the HARS site may require careful monitoring of marine conditions and forecasts. If upon arrival at the placement site, prevailing conditions are such that deviation from the placement parameters is necessary to ensure the safety of the operation, the responsibility for the determination of a minimum safe speed for the scow, and a minimum towing distance to ensure the safety of the operation, will rest solely with the captain of the towing vessel. In any case where such deviation occurs, the CDI must note the alteration and reason for the deviation upon the TPLF. Additional guidelines to be followed during the placement of any dredged material within the artificial reef site are as follows:

c. The distance between the towing vessel and the placement scow when placing the dredged material must be noted by the CDIs on the TPL form used to document each trip. A hand-held laser range finder, manufactured no earlier than 1998 and rated to measure accurate distance to at least 1000 yards, must be aboard each towing vessel for use in determining the distance between the towing vessel and placement scow.

d. DGPS navigation and fathometer equipment must be present and fully operational on board the towing vessel and must be calibrated periodically in accordance with the manufacturer's guidelines. The instrumentation must also conform to current industry standards. Re-calibration of the instrumentation will be required in instances where major modifications to the towing vessel have been made. Specific documentation certifying the accuracy of instruments may be requested by the USACE. Fixed aids to navigation, with known latitude-longitude coordinates, should be used periodically to double-check the accuracy of navigation equipment. Likewise, locations with a known depth and stable bottom should be used to periodically double-check accuracy of fathometers.

e. The Contractor or its authorized dredging or towing contractor must equip each scow, which transports dredged material for placement with an Automated Disposal Surveillance System (ADISS) developed by Science Applications International Corporation (SAIC), which consists of ADISS boxes on scows, and ADISS/ADISSLt units on towing vessels. Before each departure, the USACE certified Inspector must ensure that the ADISS box is in good working order (i.e. ADISSPlay System on towing vessel indicates communication with ADISS System is active) and that the ADISSLt system is functional and ready for potential use as a backup to ADISS/ADISSPlay. Furthermore, the CDI and the Scowman ,if used, must jointly continue to monitor the functioning of the ADISS box during each trip. Should the CDI suspect at any time that the ADISS box is not functioning properly (i.e. ADISSPlay System malfunctions), the CDI must immediately contact the USACE Ocean Placement Manager at (212) 264-1853 or (212) 264-5620 and the ADISS contractor at 1-800-729-4210. Latitude-longitude coordinates of the scow, displayed by the ADISS systems, should be periodically checked against latitude-longitude coordinates of tugboats, when passing the same, fixed geographic position (i.e. channel marker). The coordinates should be approximately the same. Discrepancies should be noted and investigated through contact with the Corps Ocean Placement Manager and ADISS coordinator.

f. Scows may not be transported from the dredging site for offshore placement of dredged material unless the tugs DGPS navigation system,

ADISS/ADISSPLay/ADISSLt systems, tug fathometer, hand-held laser rangefinder, scow radio-control system (if used), and backup radio on scow(if scowman is used) are all in full working order and provide correct information. However, if SAIC personnel are servicing/repairing the ADISS/ADISSPlay equipment, the ADISSLt equipment may be used, and an affected scow may be transported for ocean placement. ADISSLt must only be used on two consecutive placement trips of a scow. ADISSLt is an emergency backup to the ADISS/ADISSPlay equipment and must not be routinely used.

7.5 **Protocol for Placement of Dredged Material at Open Water Sites:**

To help ensure proper placement of dredged material at the Historic Area Remediation Site (HARS), the following placement protocol must be followed:

When CDIs place the notification telephone calls,they must state their name, the dredging project they are serving as a CDI on, the name of the towing vessel, the date, the time, and a brief description of the checklist item and the reason for the "NO" answer.

a. Prior to leaving the dredging site, scows must be inspected to ensure correct operation of mechanical features. Scows must also be inspected for the presence of any conditions that may cause navigation problems. The scow radio-control system (if used on the project) and the ADISS/ADISSPlay and ADISSLt systems must be inspected for correct operation. A hand-held laser range finder, with a range of at least 1000 feet, manufactured no earlier than 1998, must be carried aboard each towing vessel. Hand-held laser range finders must be tested prior to departure from the dredge site. If any problems with the scow, radio-control system, ADISS/ADISSPlay/ADISSLt systems, or range finder are encountered, corrections must be made before offshore transport of the scow may proceed, except when SAIC personnel are onboard or attempting to fix an ADISS/ADISSPlay problem, in which case placement would proceed using the ADISSLt equipment. However, ADISSLt must not be used on more than two consecutive placement trips.

b. Scows must be inspected for the presence of any conditions that may cause potential leakage. Prior to loading an empty scow at the dredging site, the empty scow must be inspected for presence of large dents or visible holes. Any visible holes must be repaired prior to placing any dredged material in the scow. Dents must be closely examined to ensure that a hole is not present, or that the hull strength is not compromised. The juncture of the two split hulls, when the scow is closed, must form a straight line and the rubber gasket must form a tight seal. Damage to the rubber seal or juncture must be repaired prior to loading the scow. Scow draft/pressure values at the dredging site at the time the scow is towed away for open-water placement must be recorded on the TPL form by the CDI. Scow draft/pressure values must also be recorded 30 minutes after departing the dredge site. Scow draft/pressure values at the designated placement location, just prior to scow door opening, must also be recorded on the TPL form by the CDI.

c. Scows must be observed for potential leaking of dredged material, as indicated by visible turbidity plumes (muddier water) behind the scow, or significant change in the scow draft pressure value (±20 points of the value displayed on the ADISSPlay system when leaving the dredging site when the

starting value is = 100). For example, if the scow pressure when departing the dredging site is 100, then any value above 120, or below 80, observed while underway to the placement location or anytime prior to opening the scow at the designated placement location, must be reported immediately to the Notification List. If the starting pressure is less than 100, then any change greater than 20% of the starting value must be reported immediately to the Notification List. For example, if the starting scow draft pressure value is 80, any value above 96, or below 64, must be reported immediately. If the ADISSPlay system displays actual scow draft during transport, changes in draft ±1.5 feet of the draft recorded when departing the dredging site must be reported to the Notification List immediately. The scow draft pressure values, or actual draft values displayed by the ADISSPlay system, must be recorded on the TPLF for every trip, regardless of the values or variability. Scows exhibiting draft changes significant enough to require immediate notification may be leaking. A gradual increase or decrease in scow draft of more than one foot (~12 pressure value points) may indicate leakage, and must be noted on the TPLF, and also must be reported to the Notification List immediately. If the scow has not reached the Verazanno Narrows bridge, the scow must be towed back to the dredging site to determine the cause of the change in draft. If the scow is seaward of the Verazanno Narrows bridge, the scow may be transported to the designated placement location. In this case, the scow draft should continue to be highly scrutinized for the possible need for emergency procedures. If a situation arises that requires emergency dumping of dredged material, all reasonable efforts to dump outside of navigation channels must be made. Steady, gradual changes in scow draft may also indicate that dredged material is leaking from the scow, or water is leaking into the scow's hull. If gradual draft changes appear to occur regularly, the scow must be examined to determine if a leak is present.

d. After ensuring that all inspections have been performed at the dredging site, and compliance with all provisions and guidelines associated with scow loading and use has been met, scows must be brought to the designated grid cell, or coordinates, of the HARS, or other designated placement location, using the DGPS navigation systems of the tugboat and the ADISSPlay system onboard the tugboat. Placement in the appropriate location, and scow draft immediately prior to scow door opening, must be documented by the CDI using the ADISSPlay system while the scow position and draft information are monitored automatically by the ADISS system. Scows should be towed no faster than 2 knots, unless weather/sea conditions require higher speed to maintain safe and reliable navigation. Lengths of towlines should be no longer than 200 feet, unless weather/sea conditions require longer tow lengths to maintain safe and reliable navigation. Regardless of the conditions at the time of placement, tow lines must not be longer than 500 feet at the time of placement. CDIs must measure the distance from the towing vessel to the scow at the time of placement using the hand-held laser range finder and record the value on the TPL form.

During each trip to the HARS and/or reef, the dredged material contained in a scow must be able to be placed within individual grid cells as small as 100 feet wide and 200 feet long. Dredged material must never be placed outside of designated grid areas of the HARS or artificial reefs.

e. If the ADISSPlay system does not show reliable DGPS coordinates in the

vicinity of the designated placement grid or other designated placement location, or is not functional, the ADISSLt system must be used to locate the placement site and estimate the scow position during placement. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. Vessel navigation must be maintained in the direction of the maximum grid dimension for all placements, to the greatest extent possible. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor with the 90° mark pointing directly behind the towing vessel in line with the vessel track line(wake). A pencil must then be used to point at the scow, to the left or right of the 90° mark, to determine the angular displacement off of the towing vessel track line, recorded as degrees to the left or right when sighting the scow, rounded to the nearest 5°. Scows directly behind the tug would be reported at 0° angular displacement. (a scow displaced 10° to the left of the 90° mark on the protractor would be reported as 10° left, etc.) This angle must be recorded on the TPL form, along with the following information if this option is used:

1) Coordinates of the tug at the start and end of placement
2) Length of tow line (distance from tug stern to scow bow)
3) Angular displacement of scow from trackline of tug
4) Estimate of lateral displacement of scow from the towing vessel trackline
5) Estimated longitude and latitude of scow at time of door opening and closing

The lateral displacement may be estimated by the following formula (for angular displacements up to 20°):

displacement = towlength x sine of angular displacement

The following values of sine may be used:

5 degrees of angular displacement - sine = 0.087
10 degrees of angular displacement - sine = 0.174
15 degrees of angular displacement - sine = 0.259
20 degrees of angular displacement - sine = 0.342

For example, when using a 200 foot towlength, a scow is observed to track 15 degrees to the right of the tug trackline. The estimated displacement of the scow is

200 feet x 0.259 = 52 feet

This means that when plotting the scow position on a map of the placement area, the scow would be plotted ~50 feet to the right and ~200 feet behind the position of the tug. The errors in estimating increase with longer towlengths. Because of this, it is critical to maintain as short a towlength as possible if the ADISSLt system or tug's DGPS navigation system is used for placement. Perimeter grid cells are not permitted for use if ADISS/ADISSPlay is not functioning. The closest adjacent grid cell toward the center of the grid must be used.

f. If the ADISSPlay and ADISSLt systems do not show reliable DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, or weather/sea conditions prevent reliable maneuvering of the scow, the tugboat DGPS must be used to position the scow at the center of the grid, or other backup location in the grid as specified by NY District. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor. This angle must be recorded on the TPL form, along with the following information if this option is used:

1) coordinates of the tug at the start and end of placement
2) length of tow line (distance from tug stern to scow bow)
3) angular displacement of scow from trackline of tug
4) estimate of lateral displacement of scow from the towing vessel trackline
5) estimated longitude and latitude of scow at time of door opening and closing

g. If weather and/or sea conditions prevent reliable measurement of towing distance using the hand-held laser range finder, the towing vessel's radar must be used to determine the distance and bearing to the scow.

h. If neither the ADISS/ADISSPlay, ADISSLt, nor the tugboat DGPS systems provide navigation coordinates, the scow must be brought to a suitable location for correction of navigation problems. Placement of dredged material is not allowed if a reliable DGPS system is not providing coordinates at the time of scow door opening.

i. The grid center, or other backup placement location, will only be used if steps (d) and (e) are attempted without success, or when inclement weather/sea conditions prevent reliable maneuvering of the scow. The grid center should not be used if inclement weather conditions persist. Placement at the grid center is an emergency procedure. Regardless of the size of the grid, the scow must be towed with a length of towline such that, at the time of placement, both the scow and towing vessel are both within the grid boundary. If an ADISS system fails after leaving the dredging site, the scow must not be used again until a fully operational ADISS system is installed. However, if SAIC personnel are onboard or on their way to the transporting vessel to service/repair the ADISS/ADISSPlay system, the scow may be used to transport dredged material while using the ADISSLt system. The ADISSLt system may be used for up to two consecutive placement trips while awaiting SAIC personnel to service the equipment. No more than two consecutive trips to ocean placement sites may be made without the ADISS/ADISSPlay equipment fully functioning.

j. If radio communication with the scow is lost, preventing operation of radio-controlled scows, a person must board the scow to either fix the problem or operate the scow. Voice contact, through radio or direct communication, must be maintained with the scowman, or other personnel, riding aboard the scow, for the duration of the placement trip. Scow opening

must only occur when a direct, voice command has been given to personnel aboard the scow, or when radio communication with radio-controlled scows is maintained. If the radio control system can not be fixed, the scow must be towed to the designated placement location and manually discharged according to the guidelines and instructions contained in paragraphs d through i, above. If the scow's engine can not be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated placement position if the scow's engine is started. Past use of radio-controlled scows revealed that manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to be completed, causing the scow to dump at the location of engine startup. Any problems with a radio control system must be fixed prior to subsequent use of the scow. The CDI must note on the TPL form any time the radio-controlled scow system malfunctions and manual discharge is required, and immediately notify the Notification List.

k. A primary and backup radio must be onboard all manned scows, along with backup power supplies. Hand signals must never be used will to direct the scowman regarding scow opening/closing. All personnel aboard scows, or who may board scows while transporting dredged material, must be informed that discharge of dredged material will only be allowed while voice communication is maintained.

l. To help ensure that dredged material is transported and placed at the HARS in accordance with the guidelines described above, the following checklist has been prepared. Items in the checklist must be reviewed by the CDI at the dredging site, while underway, and at the HARS. Any item on the checklist that receives a "NO" answer must be reported immediately to the Notification List. If the "NO" answer is related to the ADISS/ADISSPlay/ ADISSLt systems, SAIC must also be notified immediately at (401) 261-4931 or (401) 847-4210. These discrepancies must be noted on the TPLF associated with the trip using the letter-number code associated with each item. Each placement trip to the HARS must use a checklist, to be completed by the CDI working aboard the towing vessel, using the ADISSPLay software or by hand. A supplemental report must be filed and faxed to NY District at (212) 264-1463 with (212) 264-4260 used for backup if the 1463 extension is not working, if space on the TPLF is not sufficient to explain the discrepancy. The first time a "NO" answer occurs, the notification list must be notified. However, if the same item continues to receive "NO" answers, telephone calls should not be made until the problem is corrected, or if more than three additional trips occur without the deficiency being corrected.

Checklist copies must be signed and dated by the CDI and placed in a file. All original, signed checklists associated with this project must be submitted to the NY District on a weekly basis for the duration of the project. Checklists must be hand delivered or mailed to:

U.S. Army Corps of Engineers, NY District
Dredged Material Management Section
Room 1937, CENANOP-SD
26 Federal Plaza
New York, NY 10278-0090
Attn: Dr. S.C. Knowles

m. Original copies of TPL forms for each trip to the HARS, signed and dated by the CDI on duty during each trip, must be submitted to the Dredged Material Management Section at the above address at the completion of the project, or after a CDI has discontinued working as a CDI on the project, either temporarily or permanently.

n. If the CDI answers "NO" to any item in Part A, dredged material must not be transported from the dredging site until any discrepancies have been corrected. Only after all requirements have been met, equipment/supplies are operable and available, required information has been supplied, etc., as indicated by the CDI being able to answer "YES" to all items, is dredged material allowed to be transported from the dredging site.

o. Two exceptions to this exist: 1) If a backup scow is used, it should be noted on the TPL form, but normal placement can continue. 2) When the ADISS/ADISSPlay systems are malfunctioning, dredged material may be transported from the dredging site if SAIC personnel are onboard to fix/service the equipment, or if ADISSLt is functioning. If any of the items in Part A answered "NO" by the CDI, the Notification List must be contacted immediately, even if SAIC personnel are onboard the towing vessel. Telephone numbers of personnel on the Notification List must be supplied to all CDIs working on the dredging project. Reports of discrepancies or unusual events must also be faxed by the CDI as soon as possible to (212) 264-1463 with (212) 264-4260 used for backup if the 1463 extension is not working and other numbers if required by NY District. Discrepancies must be noted on the TPLF using the code letter/number associated with each item in the lists. A supplemental report must also be faxed if the incident can not be adequately documented on the TPLF.

p. Parts B and C of the checklist pertain to activities/requirements of CDIs while underway to the designated placement location and at the placement location, respectively. All of these items must be verified by the CDI aboard the transportation vessel. If any of these items are answered "NO" by the CDI, the Notification List must be contacted immediately, and any supplemental reporting completed.

PART A. DREDGING SITE (Checklists)

A1___ A legible copy of the permit conditions and guidelines, as related to scow loading, transport, and dredged material placement, is in possession of the CDI.

A2___ A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement, is in possession of the CDI.

A3___ The scow being used to transport the dredged material is mechanically sound, does not leak, and has no visible damage that may cause leaking.

A4___ A regularly used scow was used.

A5___ A scow loading table for the scow being towed is aboard the towing

vessel and available for the CDI to use.*

A6___ An estimated dredge material density has been provided by the dredging contractor. Estimated density is: ________

A7___ The material being dredged has been observed by the CDI for general characteristics (grain size, color, consistency). Majority of material is dry/thick/watery, color:______, mud/sand/gravel/rock.

A8___ For scows loaded with any rock (rock is defined as any stones greater than 2.5 inches in diameter), the estimated rock percent has been recorded on the TPL form.

A9___ An estimate of the volume of material in the scow has been calculated by the CDI using the scow loading table and recorded on the TPL form.

A10__ Scow contains less volume of dredged material than the maximum volume allowed for placement during a single trip.

If a scow contains a volume of dredged material greater than the maximum volume allowed for placement during a single trip, the volume must be decreased below the maximum volume before the dredged material can be transported away from the dredge site.

A11__ The scow monitoring systems (ADISS, ADISSPlay, and ADISSLt) are fully operational and are functioning. Any ADISS/ADISSPlay/ADISSLt malfunctions must be reported immediately to the ADISS contractor (401-847-4210 or 401-261-4931). Transportation vessels are not allowed to leave the dredging site with any dredged material if the ADISS/ADISSPlay/ADISSLt systems are not fully operational. However, if SAIC personnel are onboard the transporting vessel to service the equipment, or in communication with the CDI via cellphone or radio, or on the way to repair/service the equipment, the vessel may depart from the dredging site while malfunctions are being repaired/corrected. In this case, the ADISSLt equipment must be used and the scow may be transported from the site. If the ADISS/ADISSPlay equipment is not functional, the ADISSLt equipment may only be used on two consecutive offshore placement trips using an affected scow. No more than two consecutive trips without ADISS/ADISSPlay can ever be made.

A12__ The scow draft pressure value, as displayed by the ADISSPlay system, has been recorded on the TPL form. (this value should be noted a few minutes after leaving the dredging site, while being towed, to allow the material in the scow to shift and settle)

A13__ A fathometer is fully operational, functioning, and installed on the transporting vessel.

A14__ A radio onboard the transporting vessel is operable and can receive NOAA marine weather forecasts and ocean conditions.

A15__ Current and forecasted marine weather and ocean conditions at the designated placement location have been monitored on the radio and will allow safe and accurate placement of dredged material. Winds at a reporting station closest to the placement location are presently blowing _______ from

the ____, with _____ ft seas. Winds forecast for the placement location are ______ from the ___, with ____ seas.

A16__ DGPS navigation system is fully operational, functioning, and installed aboard the transporting vessel.

A17__ A radar system is fully operational, functioning, and installed aboard the transporting vessel.

A18__ Radio-control system for scow operation (if scowman is not used) is fully operational and functioning.

A19__ Radio and backup radio system, for communication between scows and towing vessels, are aboard scow (if scowman is used), and are fully operational and functioning.

A20__ Hand-held laser range finder, manufactured no earlier than 1998, with at least a 1000 foot range, is aboard towing vessel, fully operational and functioning, and available for CDI use, along with a set of backup batteries.

A21__ A fully operable cell phone that can send and receive calls is in the possession of the CDI onboard the towing vessel.

A22__ A protractor is available for use by the CDI aboard the towing vessel.

A23__ A pair of dividers, for map/chart distance scaling, is available for use by the CDI aboard the towing vessel.

A24__ An up-to-date nautical chart that includes the placement area is available for use by the CDI.

A25__ CDI is provided full access to fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct CDI duties.

A26__ Full compliance with any other contract or regulatory requirements related to dredged material placement has been met.

A27__ Time of departure from dredging site has been recorded on the TPL form.

A28__ All other information relative to the dredging site has been entered into the TPL form.

* Scow loading tables for each scow used on a dredging project must be provided to the CDIs working on the project. CDIs must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the CDIs to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location. This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

PART B . ENROUTE TO THE PLACEMENT LOCATION (Checklists)

B1___ ADISS scow pressure/draft has been recorded on the TPL form thirty

minutes after leaving the dredging site.

B2___ Scow draft is being monitored with ADISSPlay system to detect sudden or gradual changes in draft.

B3___ If the CDI is also a NMFS certified marine mammal/endangered species observer, observation and appropriate reporting is conducted.

B4___ Scow draft pressure varies less than 20 points, or 1.5 feet of draft, from the value at the dredge site.

B5___ A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is not observed.

B6___ Scow does not appear to be listing.

B7___ Water behind scow has been observed, if possible, to ensure that no turbid water plumes are present.

B8___ A fixed reference position, such as a channel marker, has been used to ensure that the towing vessel DGPS and scow DGPS positions agree.

B9___ Marine weather and sea conditions present and forecast to be present at the placement location are periodically monitored. The CDI and towing vessel captain may decide to return to the dredging site based on an updated marine forecast.

PART C. IN THE VICINITY OF THE PLACEMENT LOCATION (HARS AND/OR REEF)

For artificial reef placement:

C1___ Water depths were continuously monitored (a reading taken at least every 5 seconds) with the towing vessel fathometer while navigating anywhere within the reef boundary.(towing vessel crew must also monitor water depths)

C2___ All water depths observed anywhere within the reef boundary were at least 15 feet deeper than the permitted water depth at the reef.

If any depths less than or equal to 15 feet deeper than the permitted reef depth, or other depth specified by NY District, are observed anywhere at the reef site, using the towing vessel fathometer, the incident must be reported immediately to the Notification List, and the Artificial Reef manager, and all areas within 200 feet of the shallower water must not be used for placement of dredged material. Other vessels used for transportation of dredged rock must be notified of the observation, provided coordinates, and instructed not to place additional rock closer than 200 feet of the reported position. Anytime depths within 15 feet of the permitted reef depth, or other specified depth, are noted by observing a fathometer while traversing a reef site, the geographic coordinates and depths must be recorded and reported, even if the same locations were previously noted and reported.

C3___ If depths less than or equal to 15 feet deeper than the permitted reef depth, or other specified depth, are observed anywhere in the reef, the latitude, longitude and depth has been recorded.

LATITUDE ______________ LONGITUDE ______________ DEPTH______

For all ocean placement locations:

C4___ Scow radio control equipment operates without any problems.

C5___ Placement occurred in correct grid cell and was coordinated with towing vessel crew.

C6___ Scow draft information immediately prior to scow door opening has been recorded on the TPL form.

C7___ TPL form was completed using the ADISSPlay system, or by hand if ADISSPlay malfunctions, within 30 minutes of scow door opening.

C8___ ADISS/ADISSPlay/ADISSLt equipment, transportation vessel navigation equipment, and all other equipment related to placement of dredged material worked without any problems.

C9___ All activities associated with placement of dredged materials appeared to be conducted in a safe manner.

C10__ Nothing occurred that may have resulted in incorrect placement of dredged material.

C12__ TPL form and any supplemental reports faxed to (212) 264-1463 with (212) 264-4260 used for backup if the 1463 extension is not working and (201) 433-9232 within 6 hours of scow door, or hopper bin, opening.

C13__ For reef placement, TPL form also faxed to the applicable State Artificial Reef coordinator within 8 hours of scow door opening.

C14__ A copy of the TPL form has been signed by the CDI and placed in a file/folder to become part of the permanent record of the trip. All signed TPL forms must be submitted to NY District when offshore transport of dredged material associated with the project ends, or when the CDI finishes working on the project.

* Scow loading tables for each scow used on a dredging project must be provided to the CDIs working on the project. CDIs must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the CDIs to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location. This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

8. The Contractor shall prepare a Daily Report of Operations form and the Trasportation and Placment Log and shall furnish signed copies thereof to the

Contracting Officer, or his representative, on a daily basis. Copies shall also be faxed to the HARS Manager at (212) 264-1463 with (212) 264-4260 as a backup if the 1463 extension is not working. A copy of the formss are attached at the end of **Section 00901**. Further instructions on the preparation and submittal of these reports will be provided at the pre-dredging conference.

**9. Buoy Removal.**

9.1 The Contractor shall notify the Coast Guard, with a copy to the Contracting Officer, at least 30 days prior to the date desired for having buoys removed or relocated which interferes with dredging operations. Requests may be made telephonically at (718) 354-4191, or by writing to:

Commander, U.S. Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, NY 10305

**10. Measurements and Payment.**
Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 11010

DIGITAL PHOTO DOCUMENTATION AND COMMUNICATIONS

PART 1 GENERAL

1.1 Contractor Representative

The Contractor is responsible for visually documenting the entire project using a digital camera and a secure digital photo management system. The Contractor shall designate a representative who shall:

1. Take the digital photos
2. Down load them into a secure digital photo management system
3. Add captions, full descriptions, search fields and key words to each photo
4. Link each photo to the project's schedule by attaching the appropriate activity id to each photo
5. Transfer a copy of all photos and their related notes, key words, captions, activity id's to the Government representative on a weekly basis or as requested.

1.1.1 This person shall be trained by a factory certified trainer to use the digital photo management system.

1.1.2 The Contractor shall supply the following:

1. Digital photo management system. This master system shall include the hardware and software necessary to operate the digital photo management system. Descriptions of the hardware and software are provided in PART 2 - PRODUCTS.

2. Maintenance, upgrades and support for the digital photo management software, the camera, and the computer for the duration of the project.

3. Two (2) digital cameras (one will be utilized by the Contractor's representative, the other by the Government representative).

1.1.3 The digital camera, digital photo management system software, computer, printer and all associated hardware (cables, connectors, etc.), accessories and documentation shall be turned over to the Government at the end of the project. All components shall be in good condition and shall be fully operational.

1.2 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-01 Data

Digital Photo Management System; GA A.

Contractor shall submit 7 copies of product brochures of the digital photo management system, the digital camera, computer and printer.

1.3 MEASUREMENT AND PAYMENT

No separate measurement and payment shall be made for the work performed under this section and all costs associated therewith will be included in the applicable contract price to which the work pertains.

PART 2 PRODUCTS

2.1 Contractor shall provide products as specified below:

2.1.1 Digital Camera

The digital camera shall be able to download images to the computers provided by the Contractor. The digital camera utilized shall be on the digital photo management system's recommended list, shall be directly supported by the digital photo management system software's drivers, and shall include the following:

1. Carrying case
2. Minimum of an 8 megabyte PCMCIA memory card
3. Additional 16 MB memory card
4. Warranty for the life of the project

2.1.2 Secure Digital Photo Management System

The computer software system utilized by the Contractor to document the project with digital photo shall be capable of providing all of the requirements of this specification.

2.1.2.1 The Contractor shall provide the following software and software related services:

1. One Photo Management System to be located on the jobsite.
2. One Photo Management System to be located at an office to be designated by the Government.
3. Software enhancements and technical support for the life of the project.
4. Two (2) days of system design, setup and on site training by a factory authorized training representative for the Photo Management System. These services shall be in place and fully operational when the on site training occurs.

2.1.2.2 The digital photo management system shall:

1. Be an established, commercially available product designed specifically to provide secure visual documentation that has been on the market for at least three (3) years.

2. Download photos and voice from the camera directly into a high-speed database without requiring the use of the camera's down load software or TWAIN drivers.
3. Keep an unchangeable log of each down load, and document the exact date and time of the down load.
4. Have red lining capabilities that allows the user to place an unlimited number of layers of text, lines, etc. on top of the photos without altering the actual photo, and allow these red lining layers to be shared between systems easily.
5. Be able to automatically export photos, text descriptions, voice, etc. and create a secure packet that can be sent to another like system. The receiving system shall be able to automatically import all of the information into its database.
6. Secure the photos as soon as they are down loaded so that they cannot be modified.
7. Provide a mechanism for verifying the integrity of the photos each time they are viewed to ensure that they have not been modified.
8. Provide visual indicators that the photos are secure.
9. Automatically store the date and time with each photo where it cannot be modified.
10. Automatically identify each photo with the serial number of the system that down loaded it, the down load number, the photo number from the roll, and the person's name that took the photo. This information must be protected so that it cannot be modified.
11. Allow a caption of up to 30 characters to be attached to each photo. This caption shall appear automatically in the photo browser when the mouse pointer passes over the thumbnail of the photo.
12. Allow a permanent description of up to 5,000 characters to be placed on each photo. Once the photo is filed this description must be permanent.
13. Allow additional text of up to 5,000 characters to be placed on each photo.
14. Have at least 10 user defined search fields so the photos can be categorized by building, floor, area, etc. as directed by the Government representative.
15. Be capable of printing at least 8 photos per page complete with their captions, dates and times, and text automatically.
16. Provide a file management system that allows an unlimited number of photos to be archived and retrieved easily. The system must be capable of automatically splitting its image database into multiple files that can be relocated by the system to removable media if desired (zip drives, read-write optical drives, etc.)
17. Automatically store the photos in reverse date and time order.
18. Allow the photos to be retrieved by date range instantly.
19. Allow the photos to be located by key words.
20. Include built-in file transfer capabilities that will allow photos to be transferred easily from system to system using built-in modems software, floppy disk, internet, etc. This file transfer system shall have the ability to automatically select all new photos from the database, place a copy of these photos in a secure transfer packet along with their notes, key words, etc., and send this secure packet to the Government's representative's digital photo management system.
21. Include the ability to link the digital photos directly to the project's schedule (Primavera P3, or Microsoft Project), and

view all of the photos for a given activity instantly directly from the schedule.

22. Include the ability to share the photos and their descriptions with parties that don't have a digital photo management system by creating diskettes with photos and their text descriptions, dates and time, and voice. A royalty free viewer shall be placed on each of these diskettes that will allow the receiving party to view the photos and their descriptions.
23. Include the ability to store at least 80 photos (without voice) on one 1.44 MB floppy disk.
24. Be able to record and play voice with each photo.
25. Include a spell checker that will check the contents of the descriptions placed on the photos.
26. Be capable of linking directly with a MAPI compliant e-mail program to transfer the photo albums or secure packets.
27. Be capable of creating web pages of photographs including the main index page and photo pages. Web pages shall include thumbnails, photos, textual descriptions of the photos and user defined headers.
28. Provide security options to limit user's access to the photos.

2.1.3 Webcam

1) Each dredge and drill boat shall be monitored 24 hours per day. Failure to provide monitoring for more than 8 hours in a 30 calendar day period will be cause for retainage of payment. The system shall include a password protected WEB site for USACE, NYD as well as all hardware wiring, interface, maintenance and replacement due to vandalism, or damage and fees for the contract duration. The contractor shall ensure that the lens is kept free of obstructions including dirt, salt and ice. The camera shall be located in such a position that major activities are visible. On dredges the camera shall be able to see the crane/excavator and material in the scows. On drill boats the camera shall be able to see the drill towers. Location of the camera is subject to the COR's approval.

2) The characteristics of the camera shall include:
a. Powder coated aluminum case with stainless steel fittings
b. Impact resistant viewing window
c. Minimum resolution of 700 (H) x 480 (V)
d. Backlight compensation
e. Sensitivity .07 lux @ ½ second shutter speed
f. Auto/Manual Focus
g. Auto/Manual White Balance
h. Motorized Zoom
i. Motorized Pan-Tilt
j. Thermostatically controlled heater and defroster
k. Windshield wiper

3) The characteristics of the software shall include:
a. Remote control of pan, tilt, zoom, focus, iris and wiper actuation.
b. Preset controls of pan/tilt/zoom combinations. At a minimum, for dredges, presets will include the crane/excavator and the location where scows are tied up. On drill boats the presets shall include typical locations of the drill towers. Other presets shall be as directed by the COR. Presets shall also be editable by the Government. All presets to be

accessible from drop-down menu with descriptive name of preset. First 8 presets shall have quick-launch icons with graphical representation of the preset view.
c. Ability to display all the project's webcams in a single view screen
d. Display of local time and weather
e. Ability to save images to disk or e-mail images
f. Ability to view archived images via a graphical calendar control. Archived images should be stored at least every ten minutes. Once a year the archived images will be burnt onto a DVD and delivered to the COR.
g. Three levels of password protection admin, user & guest, individual user accounts (up to 5 per camera)

4) The characteristics of the wireless system shall include:
a. Microwave system with a range of at least 3 miles
b. Data rate of 10 Mbps
c. The contractor shall, as necessary, re-orient antennas to maintain the connection.

2.1.4 Printer

The Contractor shall provide a color inkjet printer equal to an Epson Stylus 800. Printer shall meet the following minimum requirements:

1. 1440 x 720 dpi minimum resolution
2. Printer driver shall indicate status of printer and ink cartridges
3. Printer shall have separate color and black ink cartridges

2.1.5 Accessories

The following accessories shall be provided.

1. One (1) headset microphone equal to a Labtec C-315 shall be provided to record voice on the photos
2. Twenty (20) 100 MB ZIP disks
3. Six (6) backup tapes
4. Five hundred (500) 1.44 MB diskettes
5. Five hundred (500) sheets photo quality paper for printer
6. Six (6) color ink refill cartridges for printer
7. Three (3) black refills for printer

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall take regular photos of the Project as indicated in paragraph 3.2 below. These photos, used in conjunction with the approved Project Schedule, shall be used to measure the progress of the work, to aid in evaluating time extensions, communicate any problems visually to the Government representative, clarify and document RFI's (request for information) and to provide the basis of all progress payments.

3.2 Photo Requirements

The Contractor shall visually document the Project as follows:

1. Each Friday the Contractor shall take at least one photo of each activity listed on the schedule that is a) in progress or b) is supposed to be in progress, and any activity that is in the schedule's critical path. The activity ID shall be on the activity id field of each photo where it can be linked automatically to the schedule. Multiple activities may be linked to each photo.

2. Each Friday one photo shall be taken from the same locations around the jobsite including artificial reef placement site and upland off loading facility. These locations will be determined at the beginning of the job by the Government representative. They shall be identified as one of the search fields. For example, one of the photos may be taken each week from the north property line and it would be identified N1 in the search field. W1 would identify the photo taken from the west property line, etc. This will allow the project to be viewed from that point instantly using this search field.

3. Photos shall be taken immediately of all problem areas.

4. Where possible, photos shall be taken of all items that are included in a Request for Information (RFI). These photos shall be identified in a search field entitled "RFT". A 1.44 MB diskette or an attachment to e-mail (if the RFI is submitted by e-mail) shall accompany the request for information containing a copy of the photos showing the item in question. These photos shall be viewable complete with their text descriptions, dates, times, etc. by viewer software that can be distributed royalty free.

5. Photos shall be taken of other miscellaneous items as directed by the Government representative.

6. Photos shall also be categorized using the user defined search fields as directed by the Government representative.

3.3 Transferring Photos

A packet transfer of all the new Project photos shall be sent to the Government representative each week by one of the following methods as directed by the Government representative:

1. ZIP disk
2. Floppy diskette or CD (1.44 MB - Windows 95 format)
3. Internet e-mail attachment
4. FTP transfer to Government's ftp location

Packets may be sent on a more frequent basis if requested by the Government representative.

3.4 Backup

The Contractor shall be responsible for backing up the entire digital photo management system computer each week using the tape backup unit. Weekly backup shall be rotated between 6 tapes. A complete weekly backup shall be done each Friday, and the most current complete backup tape shall be stored off-site in a safe location. An incremental tape backup shall be done daily

automatically each night.

3.5 Access to Digital Photos

Government's representative shall have complete access to the digital photo management computer and all photos at all times.

3.6 End of Project

At the end of the project the entire digital photo management system specified in this section shall be turned over to the Government representative.

-- End of Section --