| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. DACW51-03-B-0018-0005 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 17-Feb-2004 | PAGE OF PAGES 1 OF 74 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-04-C-0008 | SEE SCHEDULE | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE W912DS |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278<br><br>TEL: 212-264-0238 FAX: 212-264-3013 | CONTRACTING DIVISION<br>26 FEDERAL PLAZA ROOM 1843<br>NEW YORK NY 10278<br><br>TEL: 212-264-9069 FAX: 212-264-3013 |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | RENEE GEORGE | 212-264-0240 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

NEW YORK HARBOR AND ADJACENT CHANNELS Port Jersey Channel, Contract No. 2, Bayonne, New Jersey

This Procurement is Unrestricted
NAICS Code 237990, Size Standard $28.5M

Contract Specialist: Renee George, (212) 264-0154
Technical Manager: Jamal Sulayman, (212) 264-9080

NOTES NEW REQUIREMENT: BONDS, POWERS OF ATTORNEY, STATEMENTS OF AUTHENTICITY AND CONTINUING VALIDITY, AND ALL RELATED DOCUMENTS MUST NOT BEAR COMPUTER PRINTER GENERATED SIGNATURES AND/OR SEALS. DOCUMENTS BEARING SIGNATURES AND/OR SEALS GENERATED AS PART OF A DOCUMENT, AS OPPOSED TO BEING AFFIXED TO THE DOCUMENT AFTER ITS GENERATION, WILL NOT BE ACCEPTED. SUBMISSION OF SUCH DOCUMENTS MAY RENDER THE BID OR OFFER NON-RESPONSIVE AND INELIGIBLE FOR AWARD. PLEASE REVIEW ALL BONDS AND ACCOMPANYING DOCUMENTS REQUIREDTO BE SUBMITTED.

11. The Contractor shall begin performance within 5 calendar days and complete it within 420 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See __________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 22 Sep 2003 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

# SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
GREAT LAKES DREDGE & DOCK COMPANY
BRADLEY HANSEN
2122 YORK ROAD
OAKBROOK IL 60523-1989

CODE 1BSU5 | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
630-574-3000

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

**SEE SCHEDULE**

22. AMOUNT
**$37,320,650.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE E3M1130
ADMINISTRATICE SERVICES SECT.
USACOE-NYD 26 FEDERAL PLAZA CENAN-CO-CA
NEW YORK NY 10278-0090

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE AT
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 212-264-0238 EMAIL: ella.d.snell@usace.army.mil

30B. SIGNATURE | 30C. DATE

31B. UNITED STATES OF AMERICA
BY Ella D. Snell

31C. AWARD DATE
17-Feb-2004

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

G006577

G01010 06789

Section SF 30 - BLOCK 14 CONTINUATION PAGE

CONTINUATION OF 1442

1442 CONTINUATION

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SF 1442, BLOCK 21, ITEMS ACCEPTED

**W912DS-04-C-0008 entitled " New York Harbor and Adjacent Channels Port Jersey Channel, Contract No. 2, Bayonne, New Jersey hereby incorporate The following:**

1. **Amendments 0001 dtd 9/5/03, #0002 dtd 9/17/03, 0003 dtd 10./02,03, 0004 dtd 10/15/03, 0005 dtd 10/29/03**
2. **Wage Rate Decision No. NJ 030006 06/13/2003**
3. **Subcontracting Plan approved 13 February 2003**

**Line Items Accepted: 001AA-0001AJ = $ 37,320,650.00**

**Obligated Amount: $8,000,000.00 W16ROE-4043-5709 Continuing Contract**

**TYPE OF FUNDS: 62F6J53ODSK & 7286C830DSK 96 X NA X 3122.0000 E3 X 08 2421 076329 96303 2500 62F6J5 NA 62F6 J5 $ 5,999,999.00**

**62F6J53ODSK & 7286C83ODSK**
**96 NA X 8862.0000 E3 X 082421 076329 96303 2500 7286C8 NA 7286C8 $ 2,000,000.00**

**96 NA X 3122.0000 E3 X 082421 076329 96303 3230 62F6J5 NA 62 F6J5 $1.00**

**$ 8,000,000.00**

Section 00010 - Solicitation Contract Form

AMENDMENT 1

**DACW51-03-B-0018**

**Amendment No. 1**

1. The following changes shall be made to the specifications and plans.

SPECIFICATIONS:

SECTION 00010

1. SF 1442 Block No 11 Change completion date from 300 calendar days to 420 calendar
2. SF 1442 Block No 13 Change 60 calendar days to 120 calendar days

SECTION 00700

1- Add the following clauses in section 00700:

1) 52.236-7001 Contract Drawings, Maps and Specs for Construction
2) 52.246-12 Inspection of Construction
3) 52.246-21 Warranty of Construction

DRAWINGS:

The existing survey data has been placed on the NYD Website. The web URL is:

http://www.nan.usace.army.mil/business/buslinks/contract/index.htm

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based on what is contained in the printed Plans and Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility with user's system.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-3196-8552 | | | | |
| | | | | NET AMT | $0.00 |

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $765,000.00 | $765,000.00 |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-4043-5709 | | | | |
| | | | | NET AMT | $765,000.00 |

ACRN AB Funded Amount $1.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 200 | Ton | $150.00 | $30,000.00 |
| | DEBRIS REMOVAL AND DISPOSAL<br>FFP | | | | |
| | | | | NET AMT | $30,000.00 |

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 648,600 | Cubic Yard | $46.30 | $30,030,180.00 |

DREDGING, OFFLOADING, TRANSPORTATION,
FFP
DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD PLACEMENT AT THE CONTRACTOR'S IDENTIFIED PROCESSING and DISPOSAL FACILITY (IES):

Name of Site (s) ____________________
Name of POC(s) ____________________
Address of Site (s) ____________________
____________________
____________________

Phones (s) ____________________

PURCHASE REQUEST NUMBER: W16ROE-4043-5709

NET AMT $30,030,180.00

ACRN AC Funded Amount $5,999,999.00
ACRN AD Funded Amount $2,000,000.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 648,600 | Cubic Yard | $0.55 | $356,730.00 |

DEWATERING IN ACCORDANCE WITH
FFP

THE HOST STATE WQC AND PROCESSING & DISPOSAL FACILITY (IES) TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $356,730.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 57,600 | Cubic Yard | $54.85 | $3,159,360.00 |

DREDGING, OFFLOADING, TRANSPORTATION,
FFP

DELIVERY, AND PLACEMENT OF NON-ROCK (sand and gravel)
MATERIALS SUITABLE FOR PLACEMENT
UPLAND, EXCLUDES DEWATERING: ITEM 0001AF
AND WITHOUT PROCESSING
REPLACEMENT AT THE CONTRACTOR'S IDENTIFIED DISPOSAL
FACILITY(IES): AS IN ITEM 0001 AC)

Name of Site (s) ______________________________
Name of POC(s) ______________________________
Address of Site (s) ______________________________
______________________________
______________________________
Phones (s) ______________________________

NET AMT $3,159,360.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 57,600 | Cubic Yard | $0.55 | $31,680.00 |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND OFFLOADING & DISPOSAL FACILITY
TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $31,680.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 15 | Each | $3,700.00 | $55,500.00 |
| | SUBSURFACE DRILLING AND SAMPLING<br>FFP | | | | |

| | | |
|---|---|---|
| | NET AMT | $55,500.00 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 1 | Lump Sum | $179,000.00 | $179,000.00 |
| | FIELD OFFICE<br>FFP | | | | |

| | | |
|---|---|---|
| | NET AMT | $179,000.00 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 68,000 | Cubic Yard | $39.90 | $2,713,200.00 |
| | DREDGING, TRANSPORTATION, DELIVERY,<br>FFP<br>AND PLACEMENT OF NON-ROCK<br>MATERIALS UNSUITABLE FOR PLACEMENT<br>AT THE HARS for PLACEMENT AT THE NEWARK BAY<br>CONFINED DISPOSAL FACILITY, (NBCDF). | | | | |

| | | |
|---|---|---|
| | NET AMT | $2,713,200.00 |
| Funded Amount | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $27,000.00 | $27,000.00 |
| OPTION | ADDITIONAL COST FOR OPTIONAL INSURANCE<br>FFP<br>ADDITIONAL COST FOR OPTIONAL<br>INSURANCE | | | | |

NET AMT $27,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 57,600 | Cubic Yard | $-48.80 | $-2,810,880.00 |
| OPTION | OPTIONAL ITEM/ DIFFERENCE IN COST,<br>FFP<br>TO THE PROJECT FOR PLACEMENT AT THE HARS<br>PLACEMENT OF NON-ROCK (sand and gravel)<br>MATERIALS (as in Item 0001AE and 0001AF)<br>(NEGATIVE NUMBER TO BE SHOWN IN PARENTHISIS) | | | | |

NET AMT $-2,810,880.00

Funded Amount $0.00

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 0001AA | N/A | N/A | N/A | Government |
| 0001AB | N/A | N/A | N/A | Government |
| 0001AC | N/A | N/A | N/A | Government |
| 0001AD | N/A | N/A | N/A | Government |
| 0001AE | N/A | N/A | N/A | Government |

| | | | | |
|---|---|---|---|---|
| 0001AF | N/A | N/A | N/A | Government |
| 0001AG | N/A | N/A | N/A | Government |
| 0001AH | N/A | N/A | N/A | Government |
| 0001AJ | N/A | N/A | N/A | Government |
| 0002 | N/A | N/A | N/A | Government |
| 0003 | N/A | N/A | N/A | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | 15-JUL-2003 | | N/A<br>FOB: Destination | |
| 0001AA | N/A | N/A | N/A | N/A |
| 0001AB | N/A | N/A | N/A | N/A |
| 0001AC | N/A | N/A | N/A | N/A |
| 0001AD | N/A | N/A | N/A | N/A |
| 0001AE | N/A | N/A | N/A | N/A |
| 0001AF | N/A | N/A | N/A | N/A |
| 0001AG | N/A | N/A | N/A | N/A |
| 0001AH | N/A | N/A | N/A | N/A |
| 0001AJ | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |

CLAUSES INCORPORATED BY FULL TEXT

52.246-21 WARRANTY OF CONSTRUCTION (MAR 1994)

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.

(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.

(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of--

(1) The Contractor's failure to conform to contract requirements; or

(2) Any defect of equipment, material, workmanship, or design furnished.

(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.

(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.

(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.
(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall--

(1) Obtain all warranties that would be given in normal commercial practice;

(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and

(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.

(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.

(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

(End of clause)

<u>NOTES</u>

**TOTAL BASE BID PLUS OPTIONAL ITEMS: $______________________________**

**<u>NOTES FOR PRICE SCHEDULE:</u>**

3. Bidders are required to bid on both the Base Bid Items and the Optional Items on the Price Schedule or their bid will be rejected.

4. The low bidder for the purpose of award will be the conforming responsible bidder offering the lowest amount for the Total Base Bid & Optional Items.

5. Any bid which is materially unbalanced as to the price for the Base Bid Item and Optional Items may be rejected. An unbalanced bid is one, which is based on price significantly less than the cost for some work and prices are significantly overstated for other work.

6. Bidders are reminded that they must bid on the issued plans and specifications as amended. Any deviations, conditions or attachments made by the bidders thereto may render the bid non-responsive and be cause for its rejection.

7. The Optional Items, if awarded, will be awarded within **240** calendar days from issuance of the Notice to Proceed date. The Government is under no obligation to award the Optional Items.

8. The Newark Bay Confined Disposal Facility may not be used unless WQC conditions allow and as directed by the Contracting Officer or the Contracting Officer's Representative.

a. In Line Items 0001AC and 0001AD a bidder may bid on using EnCap Golf Holdings for the disposal of dredged material and Clean Earth Technologies and/or OENJ Processing Group for the processing and/or offloading of dredged material and/or a site(s) of their choice for the offloading, processing and/or disposal of dredged material.

9. Should bidders choose to supply any of their own site(s) in 0001AC and/or 0001AD, the apparent low bidder shall submit the documents specified Section 00800: Special Contract Requirements, Alternate Offloading, Processing and Disposal Site Compliance. If the apparent low bidder does not submit the information required to be submitted within the times specified the Contractor will be considered non-responsible and its bid rejected.

10. Should bidders choose to supply their own site(s) in 0001AC and/or 0001AD bidders will write on the blank lines provided on the Price Schedule Line Item 0001AC and 0001AD the name(s) of the site(s), POC(s), address(s) and phone(s) of their site(s) included in that line item.

11. ALTERNATE DISPOSAL SITE COMPLIANCE

If the Bidder selects to bid an alternate offloading, processing and/or disposal site(s) the Apparent low bidder must demonstrate to the Government within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder; that the alternate site(s) is operational, capable of offloading, processing and disposing of the Non rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line items CLIN 0001AC and 0001AD is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management (CZM) Program Policies or other host state compliance as appropriate for the offloading, processing and disposal



G006587

G01010 06799

Section 00100 - Bidding Schedule/Instructions to Bidders

SECTION 00100
SECTION 00100
Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-6 | Data Universal Numbering System (DUNS) Number | JUN 1999 |
| 52.214-3 | Amendments To Invitations For Bids | DEC 1989 |
| 52.214-4 | False Statements In Bids | APR 1984 |
| 52.214-5 | Submission Of Bids | MAR 1997 |
| 52.214-6 | Explanation To Prospective Bidders | APR 1984 |
| 52.214-7 | Late Submissions, Modifications, and Withdrawals of Bids | NOV 1999 |
| 52.214-12 | Preparation Of Bids | APR 1984 |
| 52.214-15 | Period For Acceptance Of Bids | APR 1984 |
| 52.214-18 | Preparation of Bids-Construction | APR 1984 |
| 52.214-19 | Contract Award-Sealed Bidding-Construction | AUG 1996 |
| 52.214-34 | Submission Of Offers In The English Language | APR 1991 |
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 |
| 52.217-5 | Evaluation Of Options | JUL 1990 |
| 52.232-15 | Progress Payments Not Included | APR 1984 |
| 52.232-38 | Submission of Electronic Funds Transfer Information with Offer | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a firm-fixed-construction contract resulting from this solicitation.

(End of clause)

52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Chief, Contracting Division, 26 Federal Plaza, New York, NY 10278-0090.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.236-27 SITE VISIT (CONSTRUCTION) (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) Site visits may be arranged during normal duty hours by contacting:

Name: Jamal Sulayman
Address: 26 Federal Plaza, New York, NY 10278-0090
Telephone: 212-264-9074

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://www.arnet.gov/far
http://farsite.hill.af.mil
http://www.dtic.mil/dfars
http://web2.deskbook.osd.mil/default.asp

(End of provision

Section 00600 - Representations & Certifications

SECTION 00600
Section 00600 - Representations & Certifications

CLAUSES INCORPORATED BY FULL TEXT

52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to --

(i) Those prices,

(ii) The intention to submit an offer, or

(iii) The methods of factors used to calculate the prices offered:

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provison ______________________________ (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies subparagraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of clause)

52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (APR 1991)

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this Certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989,--

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(2) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

(End of provision)

52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)

(a) Definition. Women-owned business concern, as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ( ) is a women-owned business concern.

(End of provision)

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--



G006591

G01010 06803

(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( ), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (APR 2002) - ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 237990

(2) The small business size standard is 28.5 million dollars

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:___________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.219-2 EQUAL LOW BIDS. (OCT 1995)

(a) This provision applies to small business concerns only.

(b) The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

____________________________________________________________

____________________________________________________________

(c) Failure to identify the labor surplus area as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations.

(1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

___ (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration(PRO0Net); or

___ (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2)___ For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall:

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) ( ) It has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) ( ) It has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

( ) (i) The facility does not manufacture, process or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

(End of clause)

52.226-2 HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION (MAY 2001)

(a) Definitions. As used in this provision--

Historically black college or university means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

Minority institution means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education, as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a)).

(b) Representation. The offeror represents that it--

( ) is ( ) is not a historically black college or university;

( ) is ( ) is not a minority institution.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

Section 00700 - Contract Clauses

SECTION 00700
SECTION 00700
Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 Alt I | Definitions (Dec 2001) --Alternate I | MAY 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| | | MAY 2001 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |

| | | |
|---|---|---|
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JUL 2002 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| | | SEP 1996 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.229-5 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | MAY 2002 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.252-2 | Clauses Incorporated By Reference | FEB 1998 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |

| | | |
|---|---|---|
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 | Required Central Contractor Registration | NOV 2001 |
| 252.205-7000 | Provisions Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.225-7012 | Preference For Certain Domestic Commodities | APR 2002 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises-DoD Contracts | SEP 2001 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7001 | Contract Drawings, Maps, and Specifications | AUG 2000 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.246-7000 | Material Inspection And Receiving Report | DEC 1991 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $2,742 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference;

(ii) Otherwise successful offers from small business concerns;

(iii) Otherwise successful offers of eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded (see 25.402 of the Federal Acquisition Regulation (FAR)); and

(iv) Otherwise successful offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

____ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| **12.8%** | **6.9** |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the --

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Hudson County,

New Jersey

(End of provision)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least **twenty (20)** percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60 percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining 40 percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

CLAUSES INCORPORATED BY FULL TEXT

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be **20** percent of the bid price or **$3,000,000.00**.whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.228-15 PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (JUL 2000)-

(a) Definitions. As used in this clause--

Original contract price means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) Amount of required bonds. Unless the resulting contract price is $100,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 100 percent of the original contract price.

(2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.

(3) Additional bond protection. (i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 100 percent of the increase in contract price.

(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the U.S. Department of Treasury, Financial Management Service, Surety Bond Branch, 401 14th Street, NW, 2nd Floor, West Wing, Washington, DC 20227.

(e) Notice of subcontractor waiver of protection (40 U.S.C. 270b(c). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

(End of clause)

52.246-12 INSPECTION OF CONSTRUCTION (AUG 1996)

(a) Definition. "Work" includes, but is not limited to, materials, workmanship, and manufacture and fabrication of components.

(b) The Contractor shall maintain an adequate inspection system and perform such inspections as will ensure that the work performed under the contract conforms to contract requirements. The Contractor shall maintain complete inspection records and make them available to the Government. All work shall be conducted under the general direction of the Contracting Officer and is subject to Government inspection and test at all places and at all reasonable times before acceptance to ensure strict compliance with the terms of the contract.

(c) Government inspections and tests are for the sole benefit of the Government and do not--

(1) Relieve the Contractor of responsibility for providing adequate quality control measures;

(2) Relieve the Contractor of responsibility for damage to or loss of the material before acceptance;

(3) Constitute or imply acceptance; or

(4) Affect the continuing rights of the Government after acceptance of the completed work under paragraph (i) of this section.

(d) The presence or absence of a Government inspector does not relieve the Contractor from any contract requirement, nor is the inspector authorized to change any term or condition of the specification without the Contracting Officer's written authorization.

(e) The Contractor shall promptly furnish, at no increase in contract price, all facilities, labor, and material

reasonably needed for performing such safe and convenient inspections and tests as may be required by the Contracting Officer. The Government may charge to the Contractor any additional cost of inspection or test when work is not ready at the time specified by the Contractor for inspection or test, or when prior rejection makes reinspection or retest necessary. The Government shall perform all inspections and tests in a manner that will not unnecessarily delay the work. Special, full size, and performance tests shall be performed as described in the contract.

(f) The Contractor shall, without charge, replace or correct work found by the Government not to conform to contract requirements, unless in the public interest the Government consents to accept the work with an appropriate adjustment in contract price. The Contractor shall promptly segregate and remove rejected material from the premises.

(g) If the Contractor does not promptly replace or correct rejected work, the Government may (1) by contract or otherwise, replace or correct the work and charge the cost to the Contractor or (2) terminate for default the Contractor's right to proceed.

(h) If, before acceptance of the entire work, the Government decides to examine already completed work by removing it or tearing it out, the Contractor, on request, shall promptly furnish all necessary facilities, labor, and material. If the work is found to be defective or nonconforming in any material respect due to the fault of the Contractor or its subcontractors, the Contractor shall defray the expenses of the examination and of satisfactory reconstruction. However, if the work is found to meet contract requirements, the Contracting Officer shall make an equitable adjustment for the additional services involved in the examination and reconstruction, including, if completion of the work was thereby delayed, an extension of time.

(i) Unless otherwise specified in the contract, the Government shall accept, as promptly as practicable after completion and inspection, all work required by the contract or that portion of the work the Contracting Officer determines can be accepted separately. Acceptance shall be final and conclusive except for latent defects, fraud, gross mistakes amounting to fraud, or the Government's rights under any warranty or guarantee.

(End of clause)

252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.236-7001 CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| Title | File | Drawing No. |
|---|---|---|

(End of clause)

Section 00800 - Special Contract Requirements

SECTION 00800

The solicitation and resultant contract must state that this project is classified as **DREDGING**

GENERAL DECISION **NJ030006** 06/13/2003 NJ6

Date: June 13, 2003
General Decision Number **NJ030006**

Superseded General Decision No. NJ020006

State: New Jersey .sg 7/23/03

Construction Type:
DREDGING

County(ies):
STATEWIDE

All Dredging except self propelled hopper dredges, on the Atlantic Coast & tributary waters emptying into the Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |

COUNTY(ies):
STATEWIDE

ENGI0025D 10/01/2002

| | Rates | Fringes |
|---|---|---|
| DIPPER & CLAMSHELL DREDGE: | | |
| Operator | 28.07 | 6.45+a+b |
| Engineer | 24.72 | 6.45+a+b |
| Maintenance Engineer | 23.59 | 5.85+a+b |
| Welder | 23.22 | 5.85+a+b |
| Mate | 21.99 | 5.85+a+b |
| Boat Master | 23.24 | 6.45+a+b |
| Boat Captain | 22.15 | 5.85+a+b |
| Oiler | 18.59 | 5.25+a+b |
| Deckhand; Tug Deckhand | 18.13 | 5.25+a+b |
| Scowman | 17.88 | 5.25+a+b |
| DRAG BUCKET DREDGE: | | |
| Operator | 25.09 | 6.45+a+b |
| Engineer | 21.41 | 6.45+a+b |
| Maintenance Engineer | 21.21 | 5.85+a+b |

| | | |
|---|---|---|
| Mate | 19.82 | 5.85+a+b |
| Deckhand | 16.17 | 5.25+a+b |
| HYDRAULIC DREDGES: | | |
| Leverman | 27.56 | 6.45+a+b |
| Engineer; Derrick Operator | 24.17 | 6.45+a+b |
| Chief Mate | 23.82 | 6.45+a+b |
| Chief Welder | 24.48 | 6.45+a+b |
| Maintenance Engineer | 23.59 | 5.85+a+b |
| Electrician | 23.43 | 6.45+a+b |
| Welder Dredge | 23.21 | 5.85+a+b |
| Spider Barge Operator | 23.01 | 5.85+a+b |
| Mate | 21.99 | 5.85+a+b |
| Boat Master | 23.23 | 6.45+a+b |
| Boat Captain | 21.66 | 5.85+a+b |
| Steward | 21.94 | 6.45+a+b |
| Oiler | 18.59 | 5.25+a+b |
| Deckhand | 17.90 | 5.25+a+b |
| Tug Deckhand | 18.13 | 5.25+a+b |
| Shoreman | 17.90 | 5.25+a+b |
| Assistant Cook | 18.00 | 5.25+a+b |
| Night Cook | 18.00 | 5.25+a+b |
| Messman | 17.49 | 5.25+a+b |
| Janitor/Porter | 17.49 | 5.25+a+b |
| Fill Placer | 23.82 | 6.45+a+b |
| Assistant Fill Placer | 21.80 | 6.45+a+b |
| COMPANY LEAD DREDGEMAN: | | |
| Lead Dredgeman | 27.56 | 6.45+a+b |
| TUG BOATS over 1,000 H.P. (with master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 24.68 | 6.45+a+b |
| Tug Captain | 23.69 | 6.45+a+b |
| Tug Chief Engineer | 22.95 | 5.85+a+b |
| Tug Engineer | 22.48 | 5.85+a+b |
| Tug Deckhand | 18.13 | 5.85+a+b |
| TUG BOATS over 1,000 H.P. (without master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 23.23 | 6.45+a+b |
| Tug Captain | 22.15 | 5.85+a+b |
| Tug Engineer | 22.48 | 5.85+a+b |
| Tug Deckhand | 18.13 | 5.25+a+b |
| DRILL BOATS: | | |
| Engineer | 23.54 | 6.45+a+b |
| Blaster | 23.81 | 6.45+a+b |
| Driller | 23.55 | 6.45+a+b |
| Welder | 23.30 | 5.85+a+b |
| Machinist | 23.30 | 5.85+a+b |

| | | |
|---|---|---|
| Tug Master | 20.48 | 6.45+a+b |
| Tug Captain | 19.53 | 5.85+a+b |
| Oiler | 20.46 | 5.25+a+b |
| Tug Deckhand | 15.97 | 5.25+a+b |
| Core Driller | 18.56 | 5.25+a+b |
| DIVERS: | | |
| Diver | 40.88 | 6.45+a+b |
| Standby Diver | 27.20 | 6.45+a+b |
| Tender | 31.46 | 6.45+a+b |
| Standby Tender | 22.61 | 5.85+a+b |
| DREDGING PIPELINE CABLE-LAYING: | | |
| Leverman | 28.18 | 6.45+a+b |
| Control Tower Operator | 24.90 | 6.45+a+b |
| Rigger | 18.42 | 5.25+a+b |
| Line up Operator, End Prep. | 17.82 | 5.25+a+b |
| Diver | 41.77 | 6.45+a+b |
| Diver Tender | 25.93 | 6.45+a+b |
| ENGINEER: | | |
| 1st | 24.90 | 6.45+a+b |
| 2nd, 3rd & 4th | 24.58 | 6.45+a+b |
| Electrician | 24.48 | 6.45+a+b |
| Electro Hydro Tech. | 20.14 | 5.85+a+b |
| Tug Master | 26,15 | 6.45+a+b |
| Tug Captain | 22.79 | 6.45+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King Day, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation

to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively

bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor

200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.
END OF GENERAL DECISION

**TOTAL BASE BID PLUS OPTIONAL ITEMS: $______________________________**

**NOTES FOR PRICE SCHEDULE:**

12. Bidders are required to bid on both the Base Bid Items and the Optional Items on the Price Schedule or their bid will be rejected.

13. The low bidder for the purpose of award will be the conforming responsible bidder offering the lowest amount for the Total Base Bid & Optional Items.

14. Any bid which is materially unbalanced as to the price for the Base Bid Item and Optional Items may be rejected. An unbalanced bid is one, which is based on price significantly less than the cost for some work and prices are significantly overstated for other work.

15. Bidders are reminded that they must bid on the issued plans and specifications as amended. Any deviations, conditions or attachments made by the bidders thereto may render the bid non-responsive and be cause for its rejection.

16. The Optional Items, if awarded, will be awarded within **240** calendar days from issuance of the Notice to Proceed date. The Government is under no obligation to award the Optional Items.

17. The Newark Bay Confined Disposal Facility may not be used unless WQC conditions allow and as directed by the Contracting Officer or the Contracting Officer's Representative.

a. In Line Items 0001AC and 0001AD a bidder may bid on using EnCap Golf Holdings for the disposal of dredged material and Clean Earth Technologies and/or OENJ Processing Group for the processing and/or offloading of dredged material and/or a site(s) of their choice for the offloading, processing and/or disposal of dredged material.

18. Should bidders choose to supply any of their own site(s) in 0001AC and/or 0001AD, the apparent low bidder shall submit the documents specified Section

00800: Special Contract Requirements, Alternate Offloading, Processing and Disposal Site Compliance. If the apparent low bidder does not submit the information required to be submitted within the times specified the Contractor will be considered non-responsible and its bid rejected.

19. Should bidders choose to supply their own site(s) in 0001AC and/or 0001AD bidders will write on the blank lines provided on the Price Schedule Line Item 0001AC and 0001AD the name(s) of the site(s), POC(s), address(s) and phone(s) of their site(s) included in that line item.

20. ALTERNATE DISPOSAL SITE COMPLIANCE

If the Bidder selects to bid an alternate offloading, processing and/or disposal site(s) the Apparent low bidder must demonstrate to the Government within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder; that the alternate site(s) is operational, capable of offloading, processing and disposing of the Non rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line items CLIN 0001AC and 0001AD is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management (CZM) Program Policies or other host state compliance as appropriate for the offloading, processing and disposal

SPECIAL CONTRACT REQUIREMENTS

SECTION 00800

SPECIAL CONTRACT REQUIREMENTS

## 1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the initial Notice to Proceed, (ii) prosecute the work diligently, and (iii) complete the entire work associated with the dredging and disposal of excavated materials ready for use not later than **300 calendar days** from the date the Contractor receives the Notice to Proceed. The completion date shall include final cleanup of the premises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days from the date of award of the contract.

b. **Location: The site of work is located at the Port Jersey Channel, Bayonne, New Jersey.**

c. The Contractor shall furnish all labor, materials, equipment, and services (except those furnished by the Government) for the following work: Dredging and disposal of non-rock material to depths of **43 feet below MLW** as indicated on the drawings.

d. All work shall be in accordance with the drawings and specifications or instructions attached hereto and made a part thereof, or to be furnished

hereafter by the Contracting Officer and subject, in every detail, to his supervision, direction, and instructions (DoD FAR Supplement 52.236-7014)

e. The following only pertains to the portion of an acceptance area where rock is encountered. All vessel traffic will be prohibited from entering the area where dredging, drilling, blasting and rock removal is being conducted. Enforcement of these traffic restrictions is the responsibility of the United States Coast Guard. The Contractor shall immediately report any violations to the Coast Guard and the Contracting Officer, noting the offending vessel's name and description, time of occurrence, destination (if known), and direction of travel. The Contractor will buoy or mark the entire perimeter of the area for the entire duration of his work therein; work may not begin in the area until the Contracting Officer and Coast Guard have inspected and approved the Contractor's marking system. Buoys or markings must be lit and visible at night. Buoys or markings shall be removed only after work within the marked area is completed and accepted.

f. Except as provided in paragraph e above, the entire channel will remain open to commercial and noncommercial vessel traffic. The Contractor's work in non-restricted areas is governed by Special Contract Requirement paragraph 1.5.

g. Magnitude of Construction Project: The estimated value of the proposed work is between **$25 million and $50 million.**

## 1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (1984 APR)

Notwithstanding the clause of this contract entitled "Subcontracts", the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from the Contracting Officer a clearance that the proposed subcontractor is in compliance with the equal opportunity requirements and therefore is eligible for award. (FAR 52.222-28)

## 1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (52.236-7001)

See contract clause entitled CONTRACTOR DRAWINGS, MAPS AND SPECIFICATIONS in Section 00700 CONTRACT CLAUSES. For a listing of Contract Drawings refer to the "General Plan and Index to Drawings" on drawing **CC-PJC2-301.**

## 1.4 RECORD DRAWINGS

a. General: The Contractor will maintain up to date as-built drawings during the construction period and will submit final record drawings at the completion of contract areas. The Government will provide to the Contractor the CAD (Computer-Aided Drafting) files consisting of compact (computer) disks or magnetic media of the drawing files in the appropriate CAD format (e.g. "Microstation", "Autocad", etc.) for the project. The Contractor is required to make prints or mylars from the CAD files and continuously maintain the drawings to show current as-built conditions for the duration of the construction. Except for updates as indicated below, the Contractor may maintain as-built drawings by marking up drawings by hand or by CAD methods. Scanned drawings will not be acceptable. If the Government cannot provide CAD files for the project drawings, mylar(reproducible) drawings will be provided.

The Contractor will then be required to comply with all requirements indicated herein by the use of hand drafting.

b. Progress As-built Prints: During construction, the Contractor is responsible for maintaining up to date set of paper prints to show as-built construction conditions. These as-built prints shall be kept current and available on the job site at all times. All changes from the contract plans which are made in the work or additional information which might be uncovered in the course of construction shall be accordingly and neatly recorded as they occur by means of details and notes. The as-built prints will be jointly inspected for accuracy and completeness by the Contracting Officer's representative and a responsible representative of the Contractor prior to submission of each monthly pay estimate. The prints shall show the following information, but not limited thereto:

(1) The location and description of any bridges, utility lines, or any other structures within the construction area. The location includes dimensions to permanent features.

(2) The location and dimensions of any changes with the channels.

(3) Correct grade or alignment of channels, structures or utilities if any changes were made from the contract plans.

(4) Correct elevations if changes were made in channel depths

(5) All changes, which result from contract modifications.

(6) Where contract drawings or specifications allow options, only the option selected for construction shall be shown on the as-built prints.

(7) All amendments to the contract drawings issued during the solicitation period shall be posted on the as-built drawings.

c. Protection of Records: The Contractor shall be responsible for the protection and safety of mylars and CAD record until returned to the Contracting Officer. Any drawings damaged or lost by the Contractor shall be satisfactorily replaced by the Contractor at his expense.

d. **50% As-Built Update:** At the 50% point in construction of this project (as determined by progresses payments) the Contractor will update the CAD files of the project drawings in the appropriate CAD program to show as-built conditions as above, and submit an updated computer disk and one set of prints to the Contracting Officer for approval. If the mylars only are provided to the Contractor, they shall be updated at this stage using hand-drafting as specified herein, and the Contractor shall submit one set of prints to the Contracting Officer for approval. Any required corrections will be made by the Contractor before payment will be approved for this item. The Contractor must use updated CAD record or mylar drawings to produce required prints.

e. **Preliminary Record Drawing Submittal:** At least thirty (30) calendar days before the anticipated date of final acceptance inspection the Contractor shall deliver two copies of progress prints showing final as-built conditions to the Contracting Officer for review and approval. These as-built prints shall correctly show all features of the projects as it has been constructed, adding such additional drawings as may be necessary. They shall be printed from the CAD files updated in the appropriate CAD program, or from updated mylars if mylars only were provided to the Contractor. Within ten (10)days, the Government will provide the Contractor one set of prints indicating

required corrections to the preliminary submittal. The Contractor will correct and resubmit within five days. Any required subsequent review and resubmission periods will each be accomplished within 5 days. Upon Government approval of the preliminary submittal, the Contractor will prepare final record drawings.

f. **Record Drawing Submission:** In the appropriate CAD program each drawing shall be marked with the words "RECORD DRAWING AS-BUILT" followed by the name of the Contractor in lettering at least 3/16" high. All revision to the original contract drawings will be dated in the revision block. All prints and mylars must be reproduced from the updated CAD files. If mylars only were provided to the Contractor, they shall be hand-lettered or stamped as indicated above, and revisions shown in revision block. A minimum of 5 calendar days before the anticipated date of final acceptance inspection of the project the Contractor shall deliver to the Contracting Officer.

Three (3) CD's of CAD files of Record Drawings.
One (1) set of Mylar Record Drawings.
One (1) copy of prints of Record drawings.

Failure to make an acceptable submission of Record Drawings will delay the Final Acceptance Inspection for the project and shall be cause for withholding any payment due the Contractor under this contract.

g. **Property:** All paper prints, reproducible drawings and CAD files will become property of the Government upon final approval. Approval and acceptance of the final record drawings shall be accomplished before final payment is made to the Contractor.

h. **Payment:** No separate payment will be made for the as-built and record drawings or updating of CAD files required under this contract, and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.

## 1.5 PHYSICAL DATA (1984 APR) (FAR 52.236-4)

Information and data furnished or referred to below are furnished for the Contractor's information. However, it is expressly understood that the Government will not be responsible for any interpretation or conclusion drawn therefrom by the Contractor.

(1) The physical conditions indicated on the drawings and in the specifications are the results of site investigations by hydrographic surveys and individual inspections.

(2) The plane of reference mean low water (MLW) as established by National Geodetic Vertical Datum (1929 Adjustment), or NGVD29 will be used on the drawings and in these specifications.

(3) Weather Conditions: The site of the work is not exposed to direct offshore wind, ocean wave and swell action. However, the Contractor's ocean disposal operation may be affected by offshore conditions. It is the Contractor's responsibility to obtain and analyze available information concerning offshore conditions and its potential effect on his operations. See paragraph 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER for adverse weather delays at the project site.

a. Fog: An examination of the records of the U.S. Weather Service at Newark International Airport, New Jersey, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog occurred in any recent year was 18 in 1982.

(4) Climatological data determined from records of the U.S. Weather Service Bureau at Newark Airport, N.J.:

| | |
|---|---|
| Mean Annual Temperature: | 54.1 degrees F |
| Mean Annual Precipitation: | 43.0 inches |

(5) Tides: The following is the tidal range near the project area:

| | |
|---|---|
| Port Newark Terminal | - mean range 5.1 feet |
| | - mean range spring 6.1 feet |
| The Battery | - mean range 4.6 feet |
| | - mean range spring 5.5 feet |

Irregular fluctuations due to wind and atmospheric pressure have resulted in tide stages at The Battery from 3.8 feet below MLW to 10.6 feet above MHW.

(6) Permit Structures: There are known permit structures and/or utilities within the project area (See plans).

(7) Channel Traffic: Vessel traffic in the project waterway consists of seagoing bulk and general cargo freighters, tankers, container ships, auto carriers and miscellaneous small craft. Vessel traffic may cause delays to the work under these specifications.

(8) Other Work in the Area: There will be dredging contracts adjoining this area. It is the Government's intent, subject to funding, to award subsequent dredging contracts adjacent to the present contract area. The Contractor should expect some scheduling conflicts.

(9) Obstruction of Channel: The Government will not undertake to keep the channel free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army in accordance with the provisions of Section 7 of the River and Harbor Act approved August 8, 1917. The Contractor will be required to conduct the work in such a manner as to obstruct navigation as little as possible, except as herein before specified, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such passage. Upon completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore. The channel must be kept open to vessel traffic at all times except as permitted by the Contracting Officer. It should be noted that navigational safety takes precedence over dredging operations.

(10) Transportation Facilities: **NJ State Route 440 and local streets in Bayonne, New Jersey and Staten Island, New York** serve the locality of the proposed work. All costs for the use of existing transportation facilities, and for maintenance, repair, removal and restoration shall be borne by the Contractor.

(11) Winds and Waves: Wind and wave climate in the New York Bight area, based upon hourly data obtained from NOAA National Data Buoy Center (NDBC) observation at Station Ambrose Light (ALSN6) for the period 1990-1995 is provided below.

| <Month | Average Wind Speed (mph) | Maximum 1 hr avg Wind Speed (mph) | %Time Winds over 25 mph | Average Signif. Wave Ht. (ft.) | Maximum Signif. Wave Ht. (ft.) | %Time Waves Over 6 ft. | Average # Occur-rences over 6 ft |
|---|---|---|---|---|---|---|---|
| January | 19.4 | 51.7 | 26.3 | 3.3 | 15.7 | 8.7 | 3.0 |
| February | 19.7 | 51.8 | 28.1 | 3.2 | 11.8 | 7.9 | 2.8 |
| March | 18.8 | 70.8 | 24.6 | 3.4 | 19.7 | 9.0 | 3.4 |
| April | 17.7 | 47.5 | 18.9 | 3.1 | 9.1 | 3.7 | 2.2 |
| May | 16.1 | 40.7 | 13.4 | 2.9 | 9.5 | 2.6 | 1.4 |
| June | 15.8 | 43.6 | 12.4 | 2.6 | 9.5 | 0.9 | 0.6 |
| July | 14.3 | 39.4 | 5.2 | 2.5 | 9.2 | 0.5 | 1.0 |
| August | 14.3 | 51.1 | 7.6 | 2.8 | 7.5 | 4.2 | 1.7 |
| September | 15.5 | 48.9 | 9.3 | 2.9 | 9.2 | 2.7 | 1.8 |
| October | 17.0 | 46.6 | 17.4 | 3.0 | 11.5 | 5.6 | 3.0 |
| November | 19.3 | 59.6 | 25.2 | 3.1 | 15.4 | 7.0 | 2.3 |
| December | 20.2 | 80.0 | 29.3 | 3.4 | 23.9 | 10.7 | 2.8 |
| Annual | 17.3 | 80.0 | 18.2 | 3.0 | 23.9 | 5.4 | 26 |

Weather conditions exceeding in severity the fog conditions stated above, wind speeds exceeding the percentage shown for % winds over 25 mph, or wave heights exceeding 6 feet in height for more than one hour, will be considered "Unusually Severe" if delays are caused thereby to operations for more than 50% of the workday under this contract.

## 1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE_(EFARS 52.2/9108(F))

a. Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the Contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8*, "Construction Equipment Ownership and Operating Expense Schedule," Region 1. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply. (* This manual can be ordered from the Government Printing Office by calling Tel. No. (202) 783-3238. There is a charge for the manual.)

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-lease-back arrangements will be determined using the schedule except the rental costs leased from an organization under common control that has an established practice of leasing the same or

similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment cost are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on standard form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

## 1.7 CONSTRUCTION PROJECT SIGNS

a. The Contractor shall construct five (5) signs; four for project identification, and one to show on-the-job safety performance. These signs will be placed at the Contracting Officer's direction within 15 calendar days after the Contractor receives the initial Notice to Proceed.

b. Exact placement location will be designated by the Contracting Officer.

c. Panels are fabricated using HDO (High Density Overlay) plywood with dimensional lumber uprights and bracing. The sign faces are non-reflective vinyl.

d. All legends are to be die-cut or computer-cut in the sizes and type-faces specified and applied to the white panel background following the graphic formats shown on the attached sheets. The Communications Red panel on the left side of the construction project sign with Corps signature (reverse version) is screen printed onto the white background.

e. Samples of the signs are included at the end of this section. The project names on the sample signs are only provided to illustrate format. The actual signs will include the name of this project. The precise wording shall be provided by the Contracting Officer's Representative.

f. No separate payment will be made for erecting and maintaining the signs and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the signs from the project site.

## 1.8 SUBMISSION OF CLAIMS

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. claims referencing or mentioning the Contracting Disputes Act of 1978

b. requests for a written decision by the Contracting Officer

c. claims certified in accordance with the Contract Disputes Act of 1978

A copy of the requests shall be also be provided to the authorized Contracting Officer's Representative (COR) for action and no other Government representative is authorized to accept such requests. The Contractor shall also provide the Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized Representative of the Contracting Officer and which have not been resolved after 90 days.

## 1.9 SCHEDULING AND DETERMINATION OF PROGRESS

Pursuant to the Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS in Section 00700, the Contractor shall prepare and submit for approval a practicable project schedule. The type of schedule and detailed requirements as well as timing of this submittal shall be as specified in specification section "Project Schedule".

This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified schedule for approval by the Contracting Officer.

The terms of Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved project schedule, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met.

Neither on the project schedule as originally submitted nor on any updated periodic schedule which the Contractor is required to prepare and submit, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction, pursuant to Contract Clause, PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, in Section 00700. The making of such an allowance will be contingent upon a determination by the Contracting Officer that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

## 1.10 INSPECTION (1965 APR OCE)

The inspectors, the Contracting Officer's Representative at the site of the work have certain direct and indirect authority to assure that the work is being performed in compliance with the plans and specifications, will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position. The presence or absence of an inspector shall not relieve the Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor will be required:

(a) To furnish, at the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the

surveys, prescribed in the clause entitled "Final Examination and Acceptance."

(b) To furnish, at the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the disposal sites. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

## 1.11 NOTICE TO MARINERS

The Contractor shall, prior to commencement of work, notify the 1st Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in a "Notice to Mariners." This notification must be given at least three (3) weeks in advance so that it appears in the "Notice to Mariners" at least one week prior to the commencement of the dredging operation. The Contractor shall also coordinate all dredging and transportation activities with U.S. Coast Guard Activities New York, Vessel Traffic Service Branch at 718-354-4089 or facsimile 718-354-4096.

## 1.12 PROTECTION OF EXISTING STRUCTURES

All existing structures, piers, bulkheads, utility lines, ships, etc. shown on the drawings or the existence and location of which are made known to the Contractor prior to beginning of work shall be protected from damage. In the event of damage as a result of the Contractor's operations, the Contractor shall be responsible for the repair, restoration, or for all costs of damage resulting therefrom. If the Contractor elects to have alterations made to any existing structure, utility, or other improvements for his convenience, he shall make arrangements with the owner of the facility for such alterations and the arrangements made shall be approved by the Contracting Officer unless they are to be removed.

## 1.13 BRIDGE-TO-BRIDGE COMMUNICATION

In order that radio contact may be made with passing vessels, all major vessels and plant, engaged in work under this contract shall be equipped with bridge-to-bridge radio telephone equipment. The radio telephone equipment shall operate on a single channel very high frequency (VHF), on a frequency of 156.65 MHZ, Channel 13 with low power output having a communication range of approximately ten (10) miles. The frequency has been approved by the Federal Communications Commission.

## 1.14 PERFORMANCE EVALUATION OF CONTRACTOR (1985 JAN HQ USACE)

a. As a minimum, the Contractor's performance will be evaluated upon final acceptance of the work. However, interim evaluations may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be SF 1421, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the

areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor will be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be made a part of the official record. Performance Evaluation Reports will be available to all DoD contracting offices for their future use in determining Contractor responsibility, in compliance with DFARS 36.201(c)(1).

**1.15 FINAL EXAMINATION AND ACCEPTANCE (1965 APR OCE)**

As soon as practicable after the completion of an entire acceptance area, a final examination of the work will be conducted by the Contracting Officer, at the cost and expense of the Government by acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor will be required to remove same. The Contractor, or his authorized representative, will be notified when soundings or sweepings are to be made, and will be permitted to accompany the survey party. The Government shall notify the Contractor of the findings of survey within ten (10) calendar days from the date the survey was performed by the Government. When the area is found to be in a satisfactory condition, it will be accepted. Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of **$8,200.00** per occurrence. **For purposes of this Contract,the area within the contract limits as defined on the drawings has been identified as an acceptance area.** Progress payment shall be arranged at the pre-construction conference. The Contractor shall perform pre-final hydrographic sweep surveys of an entire acceptance area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multitrack or multibeam survey system to insure 100% coverage of the entire acceptance area. The proposed method for performing these surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EC 1130-2-210, HYDROGRAPHIC SURVEYING, 1 October 1998 for Class I surveys.

**1.16 FUEL USAGE**

The Contractor shall furnish the Contracting Officer a report, to be received on or before the last day of the calendar month, listing the totals of fuels consumed by the dredging plant and support vessels. The report shall list quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

**1.17 OIL TRANSFER OPERATIONS (NAP-1/81)**

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, and municipal laws, codes and regulations. Particular attention is invited to 33 CFR Subchapter O, "Pollution." The Contractor shall incorporate in the accident prevention program, submitted in compliance with contract clause ACCIDENT PREVENTION in Section 00700, sufficient information to demonstrate that all fuel transfers

will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations.

**1.18 CERF IMPLEMENTATION (83 JUN 1 OCE)(EFARS 52.2-9112)**

NOT USED.

**1.19 ENVIRONMENTAL LITIGATION (1974 NOV OCE)(ECI 7-671.10)**

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than those required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause in Section 00700 of this contract. The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

**1.20 SIGNAL LIGHTS (FEB 1983)(DEAN-PRP Ind 12 Sep 83)**

The Contractor shall display lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CFR 81 App. A-72 COLREGS. Part C), vessels in inland waters (33 CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70), as applicable.

**1.21 LABOR - ADDITIONAL REQUIREMENTS**

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD Form 879. Statement of Compliance, and attached to each weekly payroll.

**1.22 CONTINUING CONTRACT (ALTERNATE) (1995 MAR)(EFARS)**

a. Funds are not available at the inception of this contract to cover the entire contract price. The sum of **$1,000,000** has been reserved for this contract and is available for payment to the Contractor during the current fiscal year. It is expected that Congress will make appropriations for future fiscal years from which additional funds, together with funds provided by the nonfederal project sponsor will be reserved for this contract. The liability of the United States for payments beyond the funds reserved for this contract is contingent on the reservation of additional funds.

b. Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not be considered a breach of this contract, and shall not entitle the Contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (e) and (h) below.

c. The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The Contracting Officer will promptly notify the Contractor of any additional funds reserved for the contract by issuing an administrative modification to the contract.

d. If earnings will be such that funds reserved for the Contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under this contract during that fiscal year. This notice shall be given not less than 45 nor more than 60 days prior to the estimated date of exhaustion.

e. No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. If and when sufficient additional funds are reserved, the Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of this contract and would have been made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, as in effect on the first day of the delay in such payment.

f. Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under a "Suspension of Work" or similar clause or in any other manner under this contract.

g. An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

h. If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having been terminated. Such a termination shall be at no cost to the Government, except that, to the extent that additional

funds to make payment therefore are allocated to this contract, it may be treated as a termination for the convenience of the Government.

i. If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the Contractor because of work performed and to be performed under this contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

j. The term "Reservation" means monies that have been set aside and made available for payments under this contract.

## 1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION

a. This clause is applicable to small business concerns whose contracts exceed $1,000,000.

b. In accordance with the clause at FAR 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS, in effect on the date of this contract, the Contracting Officer may survey the extent of small and small disadvantaged business utilization under this contract. The Contractor may be required to report to the Contracting Officer statistical data on the number and dollar amounts of subcontracting awards with small businesses and small disadvantaged businesses.

c. As appropriate, the Contracting Officer may require one or more follow-up reports to the initial report.

d. The Contractor agrees to insert this clause in any subcontract that may exceed $1,000,000, including this subparagraph d.

## 1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS

In addition to the requirements contained in the Contract Clause entitled "PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS" in Section 00700 and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the Contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The schedule of values (or prices) shall consist of a detail breakdown of the contract price, giving quantities breakdown for each of the various kinds of work (rock and non-rock materials), unit prices, and extended prices therefor. The required schedule shall be based on the actual breakdown of the bid price. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the Contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the Contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The Contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in subparagraph (c). For purposes of payment a "proper invoice" is defined as the follows:

1. An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and associated costs.

2. A properly completed Eng Form 93 and 93a (where required).

3. All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedule, updated submittal registers, etc.

4. The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship.

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contract intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

(4) All required prime and subcontractor payrolls have been submitted.

________________________________________
(Name)

________________________________________
(Title)

________________________________________
(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submission and the Contractor shall be so notified at the pre-dredging conference. In addition to the designated Project Engineer, the Contractor shall at the same time submit one copy of the detailed breakdown and the Eng Form 93 and 93a Form to the Area Engineer.

d. The Government representative shall return any request for payment which is deemed defective within 7 days of receipt and shall specify the defects. If the defect concerns a disagreement as to the amount of work



G006628

G01010 06840

performed and/or the amount of the payment being submitted, the Government and the Contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the Contractor shall submit a new breakdown and Eng Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS and process the payment accordingly. In this event, a "proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the Contractor in accordance with the following time frames:

1. Progress Payments - From the date a "proper invoice" is received, in accordance with subparagraphs b and d of this clause, the Government will issue a check within 14 calendar days.

2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EC 1130-2-210, Hydrographic Surveying, 1 Oct 1998, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for **Bid Item Nos. 0001AC, 0001AE, and 0001AJ** shall be 90 percent of the line item amount until the area is surveyed and accepted by the Government. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

## 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)"(ER 415-1-15)(31 Oct 89). In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied (See paragrapgh 1.5 part 11 for weather coditions):

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

Station Location: Newark, N.J.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (7) | (6) | (7) | (5) | (6) | (5) | (6) | (5) | (5) | (4) | (4) | (6) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled workday. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15) (31 Oct 89)

## 1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL

The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated 3 September 1996. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters Website. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that is in effect on the date of the solicitation. The website location where these changes can be found is under the button entitled, "Changes to EM", located at: http://www.hq.usace.army.mil/soh/hqusace_soh.htm." Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety

program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The following interim policy guidance is provided for EM 385-1-1, paragraphs 01.C.04 a & b currently written as:

"Operators shall not be permitted to operate beyond the following limits:

(a) Operators of hoisting equipment, mobile construction equipment and draglines shall not be permitted to exceed 10 hours of **duty time** in any 24-hour period, including time worked at another occupation, without an interval of eight consecutive hours of rest.

(b) Operators of other equipment and motor vehicles, while **on duty**, shall not operate equipment or vehicles for a **continuous period** of more than 10 hours in any 24-hour period without at least eight consecutive hours of **rest**; nor shall any employees, while <**on duty**, operate any vehicles after being in a **duty status** for more than 12 hours during any 24-hour period without at least eight consecutive hours of rest. **<HL3>Variation in these requirements requires documented approval of the designated authority and notification of the Command's Safety and Occupational Health Office**."

2) Definitions for terms highlighted in bold and underlined type above are defined as:

Duty Time, On Duty & Duty Status: those hours for which the employee is being monetarily compensated.

Continuous Period: those hours for which employee works uninterrupted, except for meal periods and breaks, at one or more specific tasks during time.

Rest (period): time period free of all restraint or duty for and free of all responsibility for work or duty.

Designated Authority: the senior person in charge or his/her appointed representative for the operation being considered. (Resident Engineer/Project Manager/Operations manager, etc.)

Command Safety and Occupational Health Office: the District Safety and Occupational Health Office having jurisdiction over the work being conducted.

Activity Hazard Analysis: a tool used to document a process by which the steps (procedures) required to accomplished a work activity are outlined, the

actual or potential hazards of each step are identified, and measures for the elimination or control of those hazards are developed.

Qualified Person: one who, by possession of a recognized degree, certificate, or professional standing, or extensive knowledge, training, and experience, has successfully demonstrated his or her ability to solve or resolve problems related to the subject matter, the work, or the project.

3) The designated authority may issue a variance to paragraphs 01.C.04 a or b. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

4) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A,B,& C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

**1.27 PLANT**

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply. The use of hopper and cutterhead dredges is prohibited

**1.28 STATE/LOCAL INCOME TAXES**

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

**1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3), (32); 3301(4), (6); 3302 (c)(2); 3305(a), (a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)**

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

**1.30 TIME EXTENSIONS: (APR 1984)**

Notwithstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

**1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)**

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

**1.32 INSURANCE PROCURED BY CONTRACTOR AND THE PORT AUTHORITY**

**1.32 A INSURANCE PROCURED BY CONTRACTOR**

a. At the Government's option, to be exercised in writing no later than **240** calendar days after contract Notice to Proceed (NTP), the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

The Government shall have the option to require that the Contractor take out and maintain the policies of insurance described below. The policies shall be in not less than the following limits:

1. Commercial General Liability Insurance in limits of not less than Three Million Dollars ($3,000,000) combined single limit per occurrence for bodily injury, death, and property damage, including but not limited to coverage for premises-operations, products-completed operations, independent contractors, personal injury, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards, with contractual liability coverage covering the Contractor's obligations under the Contract.

A copy of such Contract shall be furnished to the insurance underwriter immediately following award of this Contract.

2. Automobile Liability Insurance covering owned, non-owned, and hired autos with a limit of not less than $3,000,000 per accident.

3. Maritime Protection and Indemnity Insurance and chartered Legal Liability insurance, where applicable, relating to the operation, maintenance or use of any vessel in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death and property damage, including coverage for Masters and members of crews.

4. Environmental Liability Insurance in limits of not less than One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury, death and property damage.

The policies described in 1,2,3 and 4 above shall be endorsed to include the Port Authority, the State of New Jersey, the New Jersey Department of Transportation, and the Bayonne Local Redevelopment Authority as additional insureds and shall contain a provision that the policies may not be cancelled, terminated or modified without 30-days prior written notice to the Contracting Officer, U.S. Army Corps of Engineers, 26 Federal Plaza, New York, NY 10278-0090 and the General Manager, Risk Management The Port Authority of New York and New Jersey, 225 Park Avenue South, 12th Floor, New York, NY 10003. Moreover, the Commercial General Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard basic unamended and unendorsed Commercial General Liability policy. The policies described in 1,2,3 and 4 above shall include cross-liability coverage, which shall also be included and stated on the Certificates of Insurance.

Further, the liability policies shall be specifically endorsed to prohibit the insurance carrier from raising any defense involving in any way jurisdiction of the Tribunal over the Port Authority, immunity of the Port Authority, governmental nature of the Port Authority or the provisions of any statutes respecting suits against the Port Authority without obtaining express advance permission from the General Counsel of the Port Authority. The Certificate of Insurance shall include the language contained in this paragraph.

5. The Contractor shall take out and maintain Workers' Compensation Insurance for all states in which the work of the Contract will be performed in accordance with the requirements of law. The policy shall include a United States Longshore and Harbor Workers Compensation Act Endorsement.

6. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish to the Contracting Officer and to the Port Authority a certificate evidencing that the above required insurance is in effect prior to the commencement of work under the Contract. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies affecting the interests of the additional insured in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which the Contract is to be performed and in no event less than thirty days after written notice thereof to the Contracting Officer and the Port Authority's General Manager, Risk Management. The Contracting Officer and the Port Authority shall have the right, upon written notice, to receive certified copies of the policies required hereunder.

7. Prior to exercise of the option provided for in this Section, the Contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled, "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional premium to be paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs, which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

8. Prior to exercise of the option provided for in this Section: (a) the Contractor shall furnish a computation from his insurance carrier which sets forth the elements of the said additional premium, including, but not limited to the following; the additional costs of the entities set forth above being named additional insureds broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof; (b) the Contractor shall furnish a computation as to that amount, if any, of the premium costs of his existing coverage he has allocated to the work of the Contract and whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived; and (c) the Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

9. Payment for the insurance procured by the Contractor under this paragraph shall be in the lump sum price inserted in the Bidding Schedule Notice, "Additional Cost for Optional Insurance", if the optional item is awarded.

**1.32B Insurance Procured by the Port Authority**

The Port Authority of New York and New Jersey will procure and maintain in force an Environmental Insurance Policy, covering contractor's pollution legal liability and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate, and a deductible of $100,000 as it relates to the work of the Contract for dredging and disposal of dredged material. This policy will be in effect commencing on the date that the Government awards the Contract and will include the Contractor and approved subcontractors as named insureds for such period that is appropriate for the methods used by the Contractor and the subcontractors for dredging and disposal of dredged material.

It is the responsibility of the Contractor and the subcontractors to refer to the policy form to determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the Contractor or, at the Contractor's request, by any of the subcontractors performing work for the Contractor under the Contract, at the office of the General Manager, Risk Management/Treasury, The Port Authority of New York and New Jersey, 225 Park Avenue South, 12th Floor, New York, NY 10003. The Contractor and the subcontractors, as applicable, are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance Policy and the Contractor and subcontractors shall comply with all obligations as insureds under or in connection with the above policy.

The Contractor and subcontractors shall comply with all obligations as insureds or in connection with the above policy.

**1.33 FIELD OFFICE**

a. The contractor shall furnish the following new equipment to the existing Government Office Trailer facilities located at Caven Point, NJ for use of the Contracting Officer.

* Eight (8) cellular mobile phones (latest model) and monthly bills associated with the cellular phones are to be paid by the Contractor.
* Twelve (12) Telephones: 12 four-line telephones with extension and intercom connection, a separate cordless station phones 900 MHz (2) line (Total 12 Units). Installation and phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for the telephone service and instruments as follows:
* 1 line dedicated phone line and jack for each of two fax machines.
* 5 separate phone lines with 12 instruments and wall jacks for voice communication.
* One (1) five line digital telephone answering machine with remote answering and access capability and voice time/day stamp.
* Four (4) 4 drawer, legal size lockable filing cabinets.
* Two (2) Shelf set, four shelves high x 12 inches deep x 3 feet long, (attachable to wall).
* One (1) Plain paper telefax machine with a dedicated telephone line and an adequate supply of paper. The supply of telefax paper shall be replenished by the Contractor as required by the Contracting Officer.
* Sixteen (16) IBM compatible personal computer Pentium IV 1 GHz or better with computer desk with printer stand, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:
* Sixteen (16) computer printers: HP Deskjet 1120C or Equal
* High-speed cache memory controller with 512 KB L2 PIPELINE BURST CACHE
* 1 GHz SYSTEM BUS
* 500 MB SDRAM or more
* (1) 3.5" 1.44 MB diskette drives with hard drive controller
* 20 GB hard drive with access time of 9 ms
* Multi I/O card
* 7 expansion slots
* Sound Card W/ SPEAKERS
* Enhanced 101 keyboard
* DOS 6.22 or higher
* 6 outlet surge protectors
* 17" SVGA high-resolution flat panel display screen color monitor with refresh rate 75 Hertz or better
* Diamond Viper V770D Video Card or better
* DVD ROM and CD writer
* 10/100 MB 3 COM Net Card with RJ45 connector (Network Connection)
* 8 MB SVGA color graphics card minimum 100MHz
* Provide paper supplies, ink cartridges, toners, etc., and maintenance as necessary for all office equipment.
* Original DOS manual and disks installed
* 3 button Mouse w/ pad
* Modem 56000 Baud v90
* Voice recognition software with 95% accuracy.
* Software 95% Scan OCR Accuracy
* CD ROM (DVD 40x/Speed) (INTERNAL)
* CD 2X6R/W (READ/WRITE CD) W/ 20 DISKS (INTERNAL)
* 100mb ZIP drive or equal, which will accept 100mb ZIP disks (internal)
* WINDOWS 2000 or Windows (latest version)

* Primavera for windows including all original disks and manuals or equivalent
* 8 Microsoft Office 2000 Professional including MS Word and Excel or latest version
* Anti-Virus software 2 types
* Communication Software
* Microstation software
* All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks and manuals as installed
* Computer must be completely set up with DOS and the above software operable. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have ABOUT ANY PROGRAM.
* ALL REQUIRED CABLES CONNECTORS AND WIRING TO CREATE THE COMPUTER NETWORK AND HARDWARE.

The following new equipment shall also be provided:
* Two LCD data projectors - Sony model LPL-CS1 or better, two overhead projectors - 3M model 9700 or better, two ceiling projection screens - Quartet model QRT-684S or better, and one greaseboard, 4'x8'. These equipments shall be turned over to the Government after the completion of Contract at no additional cost to the Government.
* One (1) 19" Color TV
* A weather station at the KVK Project Office to electronically record wind speed, direction and rainfall intensity on a daily basis
* One Video Cassette Recorder (VCR) VHS Format Record/Play ability
* One Digital Video Camera with interface, software, spare battery, case and charger
* One (1) HP Design Jet 250C Color Plotter or equivalent connected to both computers via printer switching terminals with STAND AND ROLL PAPER FEED W/(10) ROLLS size E paper
* One (1) HP Color Laser jet Printer 4500, or equal
* One (1) Optical scanner-full page 4800 DPI Enhanced with optical character reader and OMNI PAGE PRO software SCSI interface TWAIN driver.
* One (1) Vertical filing plan rack for twelve sets of 30 inch x 48-inch plans
* One (1) Heavy duty, digital, photocopying machine, with auto document feeder, sorter, collator, enlarging/reduction ability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies. The supply of copy paper shall be replenished by the contractor as required by the Contracting Officer
* One (1) Coat Rack
* One (1) Paper towel dispenser with towels
* One (1) Paper cup dispenser with cups
* One (1) Water cooler/heater
* One steel locking storage cabinet
* Twelve (12) guest chairs, stackable type, 31"Hx18"Wx22'D, tubular chrome frame, and durable fabric upholstery on seat and back
* The following services shall be provided to the two (2) existing Field Office at Caven Point, NJ:
* Potable bottled water as required maintaining a daily water supply with one spare bottle each day.
* Fire Extinguishers. Non-toxic, dry chemical, fire extinguisher meeting Underwriters Laboratories, Inc., approval for Class A, Class B, and Class C fires with a minimum rating of 10A; 20B; 10c
* Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICOM IC-M125 (Base Station) and IC-M15 Hand Held.

* 2 pairs marine binoculars, Bushnell Powered 16X50 Insta Focus Waterproof Binocular or Equal
* Janitorial services for the two existing field office trailers at Caven Point, NJ on a daily basis including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (interior and exterior) AND re-supply of paper goods and soap.
* Sufficient supply of electrical outlets.
* All utilities (water, sewer, electricity, heat, and all telephones) monthly bills are paid by the Contractor for the duration of this contract.

b. The Contractor shall provide maintenance of exterior and interior of two existing field office trailers at Caven Point, NJ to include all systems, i.e., electrical, mechanical such as HVAC, plumbing, water supply, sewer and cleaning. Cleaning shall include power washing. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.

c. Computer Security requirements:
The Contractor will agree to accept responsibilities and comply with procedures indicated below in connection with the furnishing of Contractor-owned computers for use by the Government personnel in accordance with contract requirements.

1. The computers must be dedicated exclusively for the Government use. The Contractor will not use any computer it supplies which is designated for use by the Government. The Contractor will assure that the Central Processing Unit (CPU) is electronically isolated from the contractor's and not inter-connected via Local Area Network (LAN).

2. Normal access to the computer shall be restricted to Corps of Engineers personnel. The Contractor shall install computers in Office Trailers dedicated for Government use, whether new or existing. The Contractor must immediately notify the Government personnel when emergency access to the trailer was exercised by non-Government individuals, and what the circumstances were.

3. If the CPU hard drive fails, the Government will furnish an equivalent hard drive to the owner of the computer, and the old hard-drive will be returned to the Government. The Contractor shall not remove any hard drive nor proceed with any repair of the computer unless an authorized Government employee witnesses and approves of the repair.

4. At the time of return of the computer, the Contractor will allow the Government to first remove all information from the hard-drive.

5. The Contractor agrees to provide a written certification signed by an authorized officer of the company agreeing to the above policy.

**1.34 PRICING OF ADJUSTMENTS**

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and DFARS 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and/or decreases in cost plus applicable profits."(FAR 52.236-1)



G006638

G01010 06850

## 1.35 PEFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1)

## 1.36 PARTNERSHIP IMPLEMENTATION PLAN

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation by the Contractor is required. A facilitator subject to approval by the Contracting Officer shall be hired by the Contractor, who would be responsible to arrange for an offsite location for the initial conference, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 days after the initial partnering session. Both parties will sign and abide by the partnering agreement. The initial conference site location will be coordinated with the Contracting Officer for approval. Contractor should plan for the attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and Sub-contractor's personnel. The cost of the facilitator, offsite conference facility, and the partnering agreement will be borne by the Contractor. Subsequent partnership conferences will be held monthly, and will be facilitated by the Government representative and held at Government facilities. They are anticipated to be each of one hour duration. For subsequent monthly conferences the Government will prepare the agenda, and the Contractor will prepare and distribute minutes within 48 hours of the conclusion of the conference.

## 1.37 PRECONSTRUCTION CONFERENCE

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed.

b. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

**1.38 MISPLACED MATERIAL**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 USC 410 et seq.) (DoD FAR supplement 52.236-7006)

**1.39 CHANGE OF DISPOSAL FACILITY**

a. The Government reserves the right to negotiate a change to the contract as other disposal facilities become available to the Government.

b. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract Clause, CHANGE (FAR 52.243-4).

c. Placement of non-rock and non-HARS Materials at the Newark Bay Confined Disposal Facility (NBCDF): Placement of non-rock material unsuitable for placement at the HARS at the NBCDF shall be at the direction of the Contracting Officer or the Contracting Officer's Representative. In addition the Contracting Officer or the Contracting Officer's Representative shall identify the area to be dredged by the Contractor. Placement of the non-rock material "unsuitable for placement at the HARS" at the NBCDF will be directed on a "scow by scow" basis. See the NJDEP Federal Consistency Determination/Water Quality Certification, which accompanies.

**1.40 NOTES ON ESTIMATED ROCK ELEVATIONS**

The rock contours shown on the plans and approximate rock lines shown the cross sections were developed from the data contained in the subsurface investigations and form the basis of the Government estimate. Since this data can be subject to different interpretations, bidders are advised to perform their own independent evaluation of rock contours and approximate rock lines.

**1.41 CONTRACTOR DIVING OPERATION**

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (UDC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.