(2) Vessel traffic schemes or vessel separation systems;
(3) Anchorages;
(4) Fixed structures;
(5) Designated marine sanctuaries;
(6) Commercial and recreational fishing areas;
(7) Environmentally sensitive areas; and
(8) Designated units of the National Park System, National Wild and Scenic Rivers System, National Wilderness Preservation System, properties included on the National Register of Historic Places and National Registry of Natural Landmarks, and National Wildlife Refuge System.

(c) The traditional use of areas for lightering operations;

(d) The normal weather and sea conditions in the areas, and their effect on lightering operations, and the fate of possible cargo discharges;

(e) The depth of water and underwater obstructions that may adversely impact anchorages and clearance of vessels;

(f) Other relevant safety, environmental, or economic data.

## SUBMITTAL REGISTER

(ER 415 1-10)

CONTRACT NO.

TITLE AND LOCATION

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO | TRANS-MITTAL NO. | ITEM NO | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL: DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | CLASSIFICATION: INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | CONTRACTOR SCHEDULE DATES: SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CONTRACTOR ACTION: CODE | DATE | SUBMIT TO GOVERNMENT | GOVERNMENT ACTION: CODE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

ENG FORM 4288-R, MAR 95 EDITION OF SEP 93 IS OBSOLETE. PAGE 1 OF____ PAGES (Proponent: CEMP-CE)

00900 ATT G

G011568

G01010 11568

# SUBMITTAL REGISTER
(ER 415 1-10)

CONTRACT NO.

SPECIFICATION SECTION

TITLE AND LOCATION

CONTRACTOR

| | | | | | TYPE OF SUBMITTAL | | | | | | | | | CLASSIFICATION | | | CONTRACTOR SCHEDULE DATES | | | CONTRACTOR ACTION | | | GOVERNMENT ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVITY NO | TRANSMITTAL NO. | ITEM NO | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CODE | DATE | SUBMIT TO GOVERNMENT | CODE | DATE | REMARKS |
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. |

ENG FORM 4288-R, MAR 95 EDITION OF SEP 93 IS OBSOLETE. PAGE 1 OF____ PAGES (Proponent: CEMP-CE)

00900 ATT G

G011569

G01010 11569

Landing area: (1) the primary surfaces, comprising the surface of the runway, runway shoulders, and lateral safety zones, (2) the "clear zone" beyond the ends of each runway (i.e., the extension of the primary surface), (3) all taxiways, and the lateral clearance zones along each side for the length of the taxiways), and (4) all aircraft parking aprons plus the area extending beyond each edge all around the aprons.

Safety precaution area: those portions of approach-departure clearance zones and transitional zones where placement of objects incident to contract performance might result in vertical projections at or above the approach-departure clearance, or the transitional surface.

Transitional surface: a sideways extension of all primary surfaces, clear zones, and approach-departure clearance surfaces along inclined planes.

Transitional zone: the ground area under the transitional surface (and adjoining the primary surface, clear zone, and approach-departure clearance zone).





# APPENDIX A

## MINIMUM BASIC OUTLINE FOR ACCIDENT PREVENTION PLAN

An accident prevention plan is, in essence, a safety and health policy and program document. The following areas are typically addressed in an accident prevention plan, but a plan shall be job-specific and shall also address any unusual or unique aspects of the project or activity for which it is written.
The accident prevention plan shall interface with the employer's overall safety and health program. Any portions of the overall safety and health program that are referenced in the accident prevention plan shall be included as appropriate.

1. SIGNATURE SHEET. Title, signature, and phone number of the following:
   a. plan preparer (corporate safety staff person, QC);
   b. plan approval, e.g., owner, company president, regional vice president (HTRW activities require approval of a Certified Industrial Hygienist (or qualified Industrial Hygiene personnel for in-house USACE activities; a Certified Safety Professional (or qualified USACE safety personnel for in-house work) may approve the plan for operations involving UST removal where contaminants are known to be petroleum, oils, or lubricants);
   c. plan concurrence (provide concurrence of other applicable corporate and project personnel (contractor)), e.g., Chief of Operations, Corporate Chief of Safety, Corporate Industrial Hygienist, project manager or superintendent, project safety professional, project QC.

2. BACKGROUND INFORMATION. List the following:
   a. contractor;
   b. contract number;
   c. project name;
   d. brief project description, description of work to be performed, and location (map);
   e. contractor accident experience (provide information such

as EMR, OSHA 200 Forms, corporate safety trend analyses);
f. listing of phases of work and hazardous activities requiring activity hazards analyses.

3. STATEMENT OF SAFETY AND HEALTH POLICY. (In addition to the corporate policy statement, a copy of the corporate safety program may provide a significant portion of the information required by the accident prevention plan.)

4. RESPONSIBILITIES AND LINES OF AUTHORITIES.
a. Identification and accountability of personnel responsible for safety - at both corporate and project level (contracts specifically requiring safety or industrial hygiene personnel should include a copy of their resume - the District Safety and Occupational Health Office will review the qualifications for acceptance).
b. Lines of authority

5. SUBCONTRACTORS AND SUPPLIERS. Provide the following:
a. Identification of subcontractors and suppliers (if known);
b. means for controlling and coordinating subcontractors and suppliers;
c. safety responsibilities of subcontractors and suppliers.

6. TRAINING.
a. List subjects to be discussed with employees in safety indoctrination.
b. List mandatory training and certifications which are applicable to this project (e. g., explosive actuated tools, confined space entry, crane operator, diver, vehicle operator, HAZWOPER training and certification, personal protective equipment) and any requirements for periodic retraining/recertification.
c. Identify requirements for emergency response training.
d. Outline requirements (who attends, when given, who will conduct etc.) for supervisory and employee safety meetings.





7. SAFETY AND HEALTH INSPECTIONS. Provide details on:
a. who will conduct safety inspections (e.g., project manager, safety professional, QC, supervisors, employees, etc.), when inspections will be conducted, how the inspections will be recorded, deficiency tracking system, follow-up procedures, etc;
b. any external inspections/certifications which may be required (e.g., Coast Guard).

8. SAFETY AND HEALTH EXPECTATIONS, INCENTIVE PROGRAMS, AND COMPLIANCE.
a. The company's written safety program goals, objectives, and accident experience goals for this contract should be provided.
b. A brief description of the company's safety incentive programs (if any) should be provided.
c. Policies and procedures regarding noncompliance with safety requirements (to include disciplinary actions for violation of safety requirements) should be identified.
d. Provide written company procedures for holding managers and supervisors accountable for safety.

9. ACCIDENT REPORTING. The contractor shall identify who shall complete the following, how, and when:
a. exposure data (man-hours worked);
b. accident investigations, reports and logs;
c. immediate notification of major accidents.

10. MEDICAL SUPPORT. Outline on-site medical support and off-site medical arrangements.

11. PERSONAL PROTECTIVE EQUIPMENT. Outline procedures (who, when, how) for conducting hazard assessments and written certifications for use of personal protective equipment.

12. PLANS (PROGRAMS, PROCEDURES) REQUIRED BY THE SAFETY MANUAL (as applicable).
a. hazard communication program (01.B.04);

b. emergency response plans:
- procedures and tests (01.E.01)
- spill plans (01.E.01, 06.A.02)
- firefighting plan (01.E.01, 19.A.04)
- posting of emergency telephone numbers (01.E.04)
- wildfire prevention plan (09.K.01)
- man overboard/abandon ship (19.A.04)

c. layout plans (04.A.01);
d. respiratory protection plan (05.E.01);
e. health hazard control program (06.A.02);
f. lead abatement plan (06.B.05 & specifications);
g. asbestos abatement plan (06.B.05 & specifications);
h. abrasive blasting (06.H.01);
i. confined space (06.I);
j. hazardous energy control plan (12.A.07);
k. critical lift procedures (16.C.17);
l. contingency plan for severe weather (19.A.03);
m. access and haul road plan (22.I.10);
n. demolition plan (engineering and asbestos surveys) (23.A.01);
o. emergency rescue (tunneling) (26.A.05);
p. underground construction fire prevention and protection plan (26.D.01)
q. compressed air plan (26.I.01)
r. formwork and shoring erection and removal plans (27.B.02).
s. lift slab plans (27.D.01)
t. SHP and SSHP (for HTRW work an SSHP must be submitted and shall contain all information required by the accident prevention plan - two documents are not required (28.B.01);
u. blasting plan (29.A.01);
v. diving plan (30.A.13);
w. plan for prevention of alcohol and drug abuse (Defense Federal Acquisition Regulation Supplement Subpart 252.223-7004, Drug-Free Work Force);

13. The contractor shall provide information on how they will meet the requirements of major sections of EM 385-1-1 in the





accident prevention plan. Particular attention shall be paid to excavations, scaffolding, medical and first aid requirements, sanitation, personal protective equipment, fire prevention, machinery and mechanized equipment, electrical safety, public safety requirements, and chemical, physical agent, and biological occupational exposure prevention requirements. Detailed site specific hazards and controls shall be provided in the activity hazard analysis for each phase of the operation.

## APPENDIX B

## EMERGENCY OPERATIONS

1. During emergency operations and recovery assistance activities it is extremely important that safety and health requirements are implemented. Personnel often perform unusual, difficult, hazardous tasks while in a challenging environment, and these conditions increase the risk of accident. Additionally, resources are in short supply, and the loss of any resource to an accident indicates poor management. Safety and occupational health of Corps of Engineers employees, contractors, and members of the public exposed to Corps activities will be a primary concern during all Corps emergency operations and recovery assistance. Safety and Occupational Health Offices shall provide the necessary input to their Emergency Management counterparts to ensure that planning for safety and health concerns (including risk and hazard analysis) is addressed prior to, during, and following disasters and disaster response.

2. Safety and occupational health program requirements shall be included in all Government and contract operations. Federal Acquisition Clause 52.236-13, Accident Prevention, shall be included in contracts and MOAs/MOUs for emergency operations and recovery assistance.

3. Initial response. A qualified safety and health professional shall be immediately alerted of the disaster and shall be included in the planning and execution of response and recovery efforts. This individual shall assess safety and health issues and assure precautions are taken prior to deployment of personnel (items to consider include sanitation, drinking water, power supply, living quarters, driving conditions, environmental conditions, and health issues).

4. Staffing. Safety and Occupational Health Offices in the Geographic District experiencing the disaster will be temporarily staffed with additional safety, industrial hygiene, and medical

# REPORT OF OPERATIONS—PIPELINE, DIPPER OR BUCKET DREDGES

REPORTS CONTROL SYMBOL ENGCW-0-13

| THRU: | TO: | FROM: | REPORT NO. |
|---|---|---|---|

**CHARACTER OF REPORT** ☐ MAINTENANCE ☐ NEW WORK ☐ DAILY ☐ STATUS ☐ COMPLETION ☐ ANNUAL — DATE OR PERIOD

**DREDGE**: NAME AND TYPE | SIZE: PIPELINE in. dia. disch. | DIPPER OR BUCKET cu. yds. cap.
HORSEPOWER OF: DREDGE PUMP | SUCTION PIPE JET | CUTTER OR BUCKET | PROPULSION
NUMBER OF CREW MEMBERS: DREDGE | SHORE | OTHER PLANT | TOTAL | WORK SCHEDULE: SHIFTS PER DAY | DAYS PER WEEK

**PROJECT AND BAR**: NAME | AUTH DIMENSIONS: WIDTH | DEPTH | OVERDEPTH
LOCATION *(include station numbers)*

**CHARACTER OF MATERIAL**: ABSOLUTE DENSITY GMS/liter | IN PLACE DENSITY GMS/liter | VOIDS RATIO
GRAIN SIZE $D_{..}$ MM $D_{..}$ MM $D_{..}$ MM | GEOLOGICAL CLASSIFICATION

**CONTRACT OR DREDGING ORDER**: NUMBER | ☐ CONTRACTOR ☐ HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE

**CHANNEL CONDITION**: AVERAGE DEPTH: BEFORE DREDGING | AFTER DREDGING | MINIMUM SOUNDING: BEFORE DREDGING | AFTER DREDGING

**RIVER STAGE**: MINIMUM | TIME | MAXIMUM | TIME | GAGE LOCATION

**WEATHER CONDITION**: *(clear, cloudy, rain, snow, and fog)* | VISIBILITY miles | WIND *(maximum velocity & direction)*

## WORK PERFORMED

| ITEM | UNIT | QUANTITY |
|---|---|---|
| AVERAGE WIDTH OF CUT | FEET | |
| TOTAL ADVANCE THIS PERIOD | FEET | |
| TOTAL ADV. PREVIOUS TO THIS PERIOD | FEET | |
| TOTAL ADVANCE TO DATE | FEET | |
| FLOATING PIPE; SHORE PIPE; | | |
| TOTAL LENGTH OF DISCHARGE PIPE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED PER PUMP. HR. GROSS | CU.YDS. | |
| SCOWS LOADED | NUMBER | |
| AVERAGE LOAD PER SCOW | CU.YDS. | |

## CUBIC YARDS REMOVED

AMOUNT DREDGED THIS PERIOD:
(1) GROSS *(computed amount)*
(2) CREDITED *(pay place)*

AMOUNT PREVIOUSLY REPORTED:
(1) GROSS *(computed amount)*
(2) CREDITED *(pay place)*

TOTAL AMOUNT DREDGED TO DATE:
(1) GROSS *(computed amount)*
(2) CREDITED *(pay place)*

## ATTENDANT PLANT

| ITEM | NAME OR NUMBER | HOURS |
|---|---|---|
| | | |

NUMBER OF INSPECTIONS: BY DISTRICT PERSONNEL | BY DIV & OCE PERSONNEL

CONTRACT USE ONLY: HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? ☐ NO ☐ YES *(If "YES", explain under remarks on back)*

## DISTRIBUTION OF TIME

| EFFECTIVE WORKING TIME *(chargeable to cost of work)* | HOURS | MIN. |
|---|---|---|
| PUMPING OR DREDGING | | |
| PCT. OF EFFECTIVE RENTAL TIME % | | |
| BOOSTER *(in line)* Hrs. Min. | | |
| **NON-EFFECTIVE WORKING TIME** *(chargeable to cost of work)* | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS | | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| LOSS DUE TO PASSING VESSELS | | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPER. REPAIRS *(explain in remarks)* | | |
| WAITING FOR ATTENDANT PLANT | | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS *(explain in remarks)* | | |
| TOTAL NON-EFFECTIVE WORKING TIME | | |
| PCT. OF NON-EFFECTIVE RENTAL TIME % | | |
| **TOTAL EFFECTIVE AND NON-EFFECTIVE TIME** *(chargeable to cost of work)* | | |
| PCT. OF TOTAL TIME IN PERIOD % | | |
| **LOST TIME** *(not chargeable to cost of work)* | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS *(explain in remarks)* | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME % | | |
| **TOTAL TIME IN PERIOD** | | |

ENG FORM 4267 JAN 70 — REPLACES ENG FORM 28 (Cont.), 1 MAR 52, AND ENG FORM 29 (Cont.), 1 JAN 62, WHICH ARE OBSOLETE. (ER1125-2-304) *(Signature and Remarks required on reverse side.)*

00900 ATT. I-1

## SUMMARY OF COSTS

| ITEMS | COST |
|---|---|
| **DIRECT PLANT OPERATING COSTS** | |
| UNIFORM DAILY RATE BASIS *(To be completed when submitting Status and Completion reports.)* | |
| CHARGES, ______ DAYS AT $______ PER DAY *(Item 19, ENG Form 22 (Costs)— adjusted to exclude plant increment cost.)* | |
| ►OR◄ | |
| ACTUAL PLANT COSTS *(To be completed when submitting Annual report.)* | |
| PAYROLLS *(gross)* ........ $ | |
| SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE ........ $ | |
| FUEL ______ BARRELS AT $______ PER BARREL ........ $ | |
| WATER ........ $ | |
| LUBRICANTS ........ $ | |
| PLANT OWNERSHIP COSTS *(as computed below)* ........ $ | |
| INSURANCE ........ $ | |
| ATTENDANT PLANT ........ $ | |
| MISCELLANEOUS ........ $ | |
| SUBTOTAL—UNIFORM DAILY RATE OR ACTUAL COSTS ........ | $ |
| SUBTOTAL—PLANT UNIT COST $ PER CUBIC YARD. | |
| **SHORE WORK** | |
| SUBTOTAL—SHORE WORK COSTS ........ | $ |
| SUBTOTAL—SHORE WORK UNIT COSTS $ PER CUBIC YARD. | |
| **OTHER COSTS** | |
| SURVEYS ........ $ | |
| INSPECTION AND SUPERVISION ........ $ | |
| OVERHEAD ........ $ | |
| OTHER INDIRECT COSTS ........ $ | |
| SUBTOTAL—OTHER COSTS ........ | $ |
| SUBTOTAL—OTHER UNIT COST $ PER CUBIC YARD. | |
| GRAND TOTAL—ALL COSTS ........ | $ |
| GRAND TOTAL—ALL UNIT COSTS $ PER CUBIC YARD. | |

### OPERATING SUPPLIES

| COMMODITIES | CONSUMED UNIT | CONSUMED QUANTITY | INVENTORY QUANTITY | INVENTORY VALUE |
|---|---|---|---|---|
| FUEL *(oil)* | BBLS | | | |
| LUBRICANT *(oil)* | GAL | | | |
| LUBRICANT *(grease)* | LBS | | | |
| WATER | GAL | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES ........ | | | | |
| MISCELLANEOUS SUPPLIES ........ | | | | |
| **TOTAL** ........ | | | | $ |

### ANNUAL REPORT DATA
*(complete when submitting Annual report)*

| | |
|---|---|
| COST PER RENTAL MINUTE *(Based on total operating cost)* ........ | $ per min. |
| TOTAL COST OF PLANT *(End of F.Y. reporting period)* ........ | $ |
| BOOK VALUE *(End of F.Y. reporting period)* ........ | $ |
| BALANCE IN PLANT ACCOUNT *(End of F.Y. reporting period)* ........ | $ |
| PLANT OWNERSHIP COSTS *(Actual for F.Y. reporting period):* | |
| DEPRECIATION ........ | $ |
| REPAIRS *(Adjusted)* ........ | $ |
| CESSATION OF WORK ........ | $ |
| SMALL TOOLS, ETC. ........ | $ |
| **TOTAL** ........ | $ |

REMARKS

| SUBMITTED BY *(Name, title, and signature)* | RECOMMENDED BY *(Name, title, and signature)* | APPROVED BY *(Name, title, and signature)* |
|---|---|---|
| | | |

U.S. G.P.O. 1980-650-849/512

TRANSPORTATION AND PLACEMENT LOG DATE:________

CONTRACT NUMBER: ____________________ LOG NUMBER:________

PROJECT NAME: ________________________ INSPECTOR:___________

WEATHER CONDITIONS: _______ WIND SPEED: _____VISIBILITY:______

TUG NAME:________________ SCOW NAME:________________

DESCRIPTION OF MATERIAL:____________________________________

| | Date | Time |
|---|---|---|
| LOADING STARTED: | ________ | __________ |
| LOADING COMPLETED: | ________ | __________ |
| SCOW DEPARTED DREDGING SITE: | ________ | __________ |
| SCOW ARRIVED DEWATERING SITE: | ________ | __________ |
| SCOW DEPARTED DEWATERING SITE: | ________ | __________ |
| SCOW ARRIVED PLACEMENT SITE: | ________ | __________ |
| UNLOADING STARTED: | ________ | __________ |
| UNLOADING COMPLETED: | ________ | __________ |
| SCOW DEPARTED PLACEMENT SITE: | ________ | __________ |

COMMENTS: ____________________________________________________
____________________________________________________
____________________________________________________
____________________________________________________

____________________
Inspector Signature/Date

# SECTION 01200 TECHNICAL SPECIFICATIONS

## TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
|---|---|---|
| 1. | WORK COVERED BY CONTRACT PRICE: | 1 |
| 2. | ORDER OF WORK: (Not Applicable for this project) | 2 |
| 3. | CHARACTER OF MATERIALS: | 2 |
| 4. | SITE CONDITIONS: | 3 |
| 5. | PERMITS: | 3 |
| 6. | SUBMITTALS: | 3 |
| 7. | PLANT: | 3 |
| 8. | PLACEMENT OF DREDGED MATERIAL | 4 |
| 9. | OVERDEPTH AND SIDE SLOPES: | 7 |
| 10. | LIMIT OF DREDGING: | 8 |
| 11. | REPORTING REQUIREMENTS: | 8 |
| 12. | MEASUREMENT AND PAYMENT: | 8 |
| 13. | BUOY REMOVAL: | 10 |
| 14. | COORDINATION WITH THE U.S. COAST UARD | 10 |

# TECHNICAL SPECIFICATIONS

1. **WORK COVERED BY CONTRACT PRICE**: The work consists of furnishing all plant, labor, materials and equipment, sampling/testing and performing all work in strict accordance with the specifications and drawings for the dredging of material from the Sequine Point Section of the Raritan Bay Reach of the New York and New Jersey Channels, Federal Navigation Project, its transportation, offloading, dewatering, processing, preparation of any specified upland disposal sites, and placement of the dredged material at an approved/permitted upland disposal site furnished by the contractor. The contractor will be solely responsible for coordination and compliance with the transportation, offloading, dewatering, processing and disposal site requirements.

Approximately 144,420 cubic yards of material, above the grade of 35 feet MLW plus a two (2) feet vertically applied overdepth are presently available at the Sequine Point Section of the Raritan Bay Reach of the New York and New Jersey Channels. This work is subject to the availability of funds.

Fifty (50) calendar days have been allowed to complete the entire contract work with the placement of dredged material at an approved/permitted upland disposal site(s) furnished by the contractor

The work is anticipated to be performed within the approximate time period of September 2004 to October 2004. .

**a. Mobilization and Demobilization:**

1) Mobilization shall include all costs for operations accomplished prior to commencement of actual dredging operations, such as, transfer of the dredge and attendant plant and equipment to the site, preparation of processing and placement areas, preparation of required project signs (Section 00900 E), and/or incidentals in advance of this actual dredging. Demobilization shall include general preparation for transfer of plant to its home base, cleanup of dredging and disposal areas, and transfer of plant to its home base. All costs connected with the mobilization and demobilization of all of the contractor's dredging plant and other marine and land equipment will be paid for at the contract lump sum price for this item. Sixty percent (60%) of the lump sum price will be paid to the Contractor upon completion of his mobilization to the work site. The remaining forty percent (40%) will be included in the final payment for work under the contract. The cost of work other than mobilization and demobilization of the Contractor's dredging plant and equipment shall not be included in this item.

2) In the event the Contracting Officer and/or his Representative considers that the amount in this item (60%), which represents mobilization, does not bear a reasonable relation to the cost of the work in this contract, the Contracting Officer and/or his Representative may require the Contractor to justify this portion of the bid. Failure to justify such price to the satisfaction of the Contracting Officer and/or his Representative will result in payment of actual mobilization costs as determined by the Contracting Officer and/or his Representative, at the completion of mobilization and payment of the remainder of this item in the final payment under this contract. The determination of the Contracting Officer and/or his Representative is not subject to appeal.

b. **Dredging, Transportation, Offloading, Dewatering, Processing and Placement of Dredged Material**: The contract price per cubic yard for dredging shall include the cost of removal, transportation, offloading, dewatering, processing, and placement of all materials at an approved/permitted, contractor-furnished upland disposal site, with the exception of ledge rock, large boulders, large rock fragments, wrecks, snags, stumps, and piles which cannot be removed or buried below project depth without blasting. Should ledge rock or other material which cannot be removed without blasting be encountered, the Contractor shall remove all overlying material which in the judgment of the Contracting Officer and/or his Representative can be removed and report the location. Nothing in this paragraph shall be construed as prohibiting the removal of excepted material by special means at prices agreed upon and approved in accordance with Contract Clause entitled: "DIFFERING SITE CONDITIONS" (FAR 52.236-2).

2: **ORDER OF WORK**: (NOT APPLICABLE FOR THIS PROJECT)

3. **CHARACTER OF MATERIALS:**

a. The material to be removed to gain the depth within the limits called for in these specifications and drawings is material which has shoaled in the area since it was dredged to authorized dimensions in 1997.

b. Results of grain size analyses performed on 7 samples collected within the project area in 2003 are averaged to be 18% sand, 49% silt and 33% clay.

c. Based on the 2003 testing data analysis the U.S. Army Engineer District, New York, it was determined that the dredged material from this project is not suitable for ocean disposal. Therefore, the dredged material will be transported, processed and placed at an approved/permitted upland disposal site furnished by the contractor.

d. The contractor will be solely responsible for coordinating and complying with all the processing requirements of identified disposal site. Disposal shall be in a fully

permitted facility that has been permitted by the host state to accept material as dredged under Work of this Contract, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), offloading, transfer, transportation and material disposal shall be performed in accordance with applicable law and requirements of all associated permits and approvals and government authorities having jurisdiction.

4. **SITE CONDITIONS:**Bidders are expected to examine the site of the work, including the placement areas and decide for themselves the conditions affecting their operations prior to submitting their bids. Records of previous dredging operations are available at the U.S. Army Engineer District, New York, Operations Division, Support Branch, Technical Support Section, Room 1937, 26 Federal Plaza, New York, N.Y. 10278-0090. See Contract Clause entitled: "SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK" (FAR 52.236-3).

5. **PERMITS:**

a. The contractor is required to comply with the New York State Water Quality Certification for all dredging in the Federal Channel. This permit will be provided by the Government.

b. **The contractor shall obtain and possess all permits (as applicable), as required in accordance with Contract Clause entitled: "PERMITS AND RESPONSIBILITIES" (FAR 52.236-7), for dewatering and/or other processing (if any), the offload, transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Disposal shall be in a fully permitted facility that has been permitted by the host state to accept material as dredged under work of this contract.**

6. **SUBMITTALS:** The Contractor shall submit for approval, by the Contracting Officer and/or his Representative, his progress schedule and plans for dredging, offloading, transportation, dewatering, processing, and placement of dredged material in approved upland disposal site, as specified in the Technical Proposal. The plan shall also show the manner in which dredged material will be distributed in the disposal area. The contractor shall submit any proposed modifications to the placement area. This plan shall show areas or portions thereof to be used. Such plans shall be provided by the contractor at the Preconstruction Conference (Section 00800 - Special Contract Requirements, paragraph 34). Nevertheless, such modification, if any, may not affect the bid price.

7. **PLANT:** The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in a satisfactory operating condition and capable of safely and efficiently performing the work as set forth in the specifications. The plant shall be subject to the inspection of the Contracting Officer and/or his Representative at all times. <u>No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer and/or his</u>

Representative. The measure of the "capacity of the plant" shall be its actual performance on the work to which these specifications apply.

All hopper exits shall be kept in good condition to prevent leakage of material.

All scows must be kept in good condition, the coamings repaired and the pockets provided with proper doors or appliances to prevent leakage of material.

All pipelines for hydraulic dredging plant must be kept in good condition at all times and any leaks or breaks along their length shall be promptly repaired.

## 8. PLACEMENT OF DREDGED MATERIAL

a. **General:** The material dredged from the dredging site shall be disposed of at an approved/permitted contractor furnished placement site. After the bid opening and **within seventy (70) calendar days** from the date the Apparent low bidder is notified of being the low bidder, the Apparent Low Bidder must provide proof of approval including permits by the appropriate regulatory agencies of the dredged material for this contract for compatibility with the proposed Disposal Site, with their concurrence for material offloading, transportation, dewatering, processing and placement there. Any sampling and testing required for obtaining permits required for dredged material placement shall also be provided. The procedure used to obtain samples shall be detailed. These test results will be used by the Government as part of the request for a Water Quality Certificate for the dredging.

b. The prime contractor is solely responsible for all financial, technical, and logistical coordination, which would allow dredged material to be offloaded, transported, dewatered, processed and placed at the disposal site.

c. All floatable material excavated shall be disposed of at an existing approved upland disposal area. Should the Contractor encounter floatable material, a copy of a letter granting the permission of appropriate authorities to use an existing approved upland disposal area shall be submitted to the Contracting Officer and/or his representative.

d. Any material that is deposited in areas, which were not intended to be used as disposal areas in this contract, will not be paid for and may be required to be removed and deposited at a location designated by the Contracting Officer or his representative at no additional expense to the Government.

e. Placement of dredged material shall be subject to the following conditions:

   1) The material placed shall be free of debris.

   2) The Contractor shall be solely responsible for any damage caused by him to buildings, pavement, curbs, signs, lawns, bulkheads, beach grass, or any other property adjacent to the disposal areas, and shall be required to repair at his own expense any such damage caused during the performance of work under this

contract. Prior to the commencement of operations and after completion thereof, a joint inspection by representatives of the contractor, the Contracting Officer and local interests pertaining to the above will be made.

3) The area where filling operations are in progress shall be floodlighted during the hours of darkness. Illumination shall be provided by using portable light equipment such as model No.LDA I6 MTVE manufactured by ALLMAND BROS. INC. of HOLDREIRE, or approved equal. A minimum of 3-foot candles of illumination shall be maintained in the immediate vicinity of the pipe discharge.

4) The contractor must comply with any special requirements set forth by the identified disposal site.

f. **Quality Control**: The Contractor shall establish and maintain quality control for material dredging and placement at the contractor furnished upland disposal site to assure compliance with contract requirements, and maintain records of his quality control for all construction operations, including but not limited to the following:

1) Dredging, including suitability of dredged material.

2) Dredged material processing, as necessary.

3) Offloading , transportation and dewatering of the dredged material,

4) Placement of dredged material, including continuity and order of placement; distribution of material in disposal site area.

5) Any debris encountered during all stages of this project shall be removed and disposed of as directed.

g. The placement operation is to be carried out in conformity with the requirements of all associated permits and approvals by government authorities having jurisdiction over the approved upland disposal site.

h. The Contractor will have a "**NOTICE TO MARINERS**" published by the Coast Guard prior to start of work.

i. Every vessel engaged in the transportation of dredged material of any description shall have its name or number and owner's name printed in letters and numbers, at least fourteen (14) inches high, distinctly legible at all times, and no scow or boat, not so marked, shall be used to transport or place any such material.

j. **Disposal Plan**: The Contractor shall submit for approval his disposal plan at the Preconstruction Conference (Section 00800 - Special Contract Requirements). The disposal plan shall include all special conditions (i.e., CZM and WQC, etc. from the host state) specific to the disposal site being used, contractor access to the site, locations and cross-section of existing and proposed dikes, maximum elevations and quantities of

disposal material for the site, drainage structure locations, manner in which the dredged material will be distributed in the area, beach planting scheme, etc. Plan also shall include any dewatering and/or processing of the dredged material that may be required before material will be brought to the disposal site for final disposal. Approval of the disposal plan by the Contracting Officer or his representative is required prior to disposal site(s) preparation. **The Contractor shall conduct his work in accordance with the Disposal Plan, however, approval of the plan for development of the disposal area does not in any manner relieve the Contractor of his responsibility for the adequacy of the design and construction and drainage facilities required.** In addition, the Contractor shall also submit at the pre-construction meeting, his plan for road crossings of the discharge pipeline. The contractor shall be responsible for securing the appropriate permits for any road crossings of discharge pipeline or similar activities and may not begin work until such permits are received from the appropriate agencies.

k. **Pre-Construction Site Visit:** Prior to actual construction of the placement site, the Contractor and the Contracting Officer and/or his representatives shall visit the site(s) for the purpose of delineating areas of avoidance (cultural resource and/or wetland concerns).

l. **Construction/Maintenance of Containment Structure:** The Contractor shall construct all retaining dikes, waste weirs and drainage structures as are necessary for confining the dredged material and for controlling disposal area effluent until acceptance of all work under the contract.

m. **Protection of Structures and Adjacent Areas:** The contractor shall be responsible for the maintenance, repair and stability of all dikes, roads and structures, used by him under the contract. The Contractor shall restore all dikes, roads, and areas he disturbs through his operations to a satisfactory condition, as approved by the Contracting Officer or his representative, at no additional cost to the Government.

n. **Inspection of Structures and Adjacent Areas:** The Contractor shall inspect all dikes, roads, waste weirs in adjacent areas utilized during this operation on a daily basis to assure their safety and stability. The Contractor shall include these inspections in his daily quality control report. The inspection shall include but not be limited to structures, equipment, safety, security, drainage and seepage.

o. **Reporting Requirements:** The Contractor shall maintain a daily written record of all disposal site operations. This requirement shall be made a part of the Contractor's Quality Control Plan and each record shall be included in the Contractor's Quality Control Report.

p. **Retaining Embankment Material and Construction:** Material used to build retaining embankment(s) shall be approved for use in this application and be taken from inside the disposal area, except where otherwise specified or directed by the Contracting Officer or his representative. The height of containment area structure(s) shall be determined by the Contractor. The borrowing of material from outside the disposal area limits shown on the drawings shall not be permitted unless approved by the Contracting Officer.

q. **Protection of Areas Adjacent to Containment Structures**: The contractor shall take all precautions which in the opinion of the Contracting Officer or his representative may be necessary to prevent the escape of material through the weirs, embankments and bulkheads or otherwise into navigable waters or onto adjacent uplands or wetland area. No mechanical equipment shall be allowed in any wetland area unless specific approval is given by the Contracting Officer or his representative.

r. **Drainage**: Development of the disposal site shall be done so as to prevent obstruction of drainage on upland areas adjacent thereto, and to leave free, clear and unobstructed outfalls of sewers, drainage ditches, and other structures affected by the disposal operations.

s. **Containment Structure Restoration**: The Contractor shall restore any feature of the containment structures as required to prevent the escape of dredged material from the disposal site on to adjacent areas.

t. **Physical Features Outside of Containment Structure**: The contractor shall be solely responsible for all dikes, roads, pavements, curbs, signs, lawns, bulkheads or any other property or area he disturbs during his performance of the work under this contract. The Contractor shall be required to repair any such damage at his own expense and to the satisfaction of the Contracting Officer or his representative.

u. **Control of Disposal Area Effluent**: The contractor shall monitor and control disposal area conditions and disposal effluent quality as prescribed in these specifications. The Contractor's Quality Control Plan shall identify monitoring requirements and measures, which will be taken to control disposal area conditions to insure effluent quality meets the requirements identified in all applicable laws and requirements of all associated permits and approvals and government authorities having jurisdiction.

v. **Water Quality Certification**: The contractor shall comply with all requirements identified in the New York State Water Quality Certificates including all special conditions for dredging of material from the Federal Channel. A copy of the Water Quality Certificates for channel dredging will be provided at the Pre-Construction Conference. **Dredging, dewatering and/or other processing (if any), offloading, transportation and material disposal shall be performed in accordance with all applicable laws and requirements of all associated permits and approvals and government authorities having jurisdiction.**

w. **Removal of Containment Area Structures**: Structures (i.e., weirs, pipeline, etc.) installed by the Contractor for use in his disposal operations shall be removed and the contractor shall repair and stabilize all areas affected by the removal of these structures as approved by the Contracting Officer.

9. **OVERDEPTH AND SIDE SLOPES:**

a. **Overdepth**: To cover inaccuracies of the dredging process, material actually removed from within the specified area to be dredged, to a depth of not more than

two (2) feet immediately below the required dredging area, will be calculated and paid for at the contract price.

b. **Side and End Slopes** presented by the material actually removed, within limits specified herein, to provide for final side slopes not flatter than 1 vertical on 3 horizontal, but not in excess of the amount originally lying above this limiting side slope will be calculated and paid for at the contract price. Dredging in original position or by dredging space below the pay slope plane at the bottom of the slope for upslope material capable of falling into the cut will be acceptable.

c. **Excessive Dredging**: Material taken from beyond the limits of the acceptance cross-sections plus allowable overdepth will be deducted from the total amount dredged as excessive dredging for which payment will not be made. Nothing herein shall be construed to prevent payment for removal of shoals performed in accordance with the applicable provisions of Section--00800 - Special Contract Requirements, paragraphs entitled: "FINAL EXAMINATION AND ACCEPTANCE" OR entitled "SHOALING."

**10. LIMIT OF DREDGING:** The area to be dredged is the area of the channel within the sections indicated on the drawings and specified in Section 00800 - Special Contract Requirements, paragraph entitled: "FINAL EXAMINATION AND ACCEPTANCE," as defined by the dredging prism indicated in Section 01200, paragraphs entitled: "OVERDEPTH AND SIDE SLOPES" and "MEASUREMENT AND PAYMENT."

**11. REPORTING REQUIREMENTS**: The Contractor shall prepare and maintain a Daily Report of Operations form, Quality Control Report form, and Transportation and Placement Log and furnish signed copies thereof to the Contracting Officer's representative. Copies of the forms prescribed for recording the required information are attached (see Section 00900 - List of Documents, Exhibits and Other Attachments - attachments C, I and J). Further instructions on the preparation and submittal of the reports will be furnished at the Preconstruction Conference.

**12. MEASUREMENT AND PAYMENT:**

a. **Mobilization and Demobilization** (Bid item No.1): See Section 01200, paragraph 1.a. entitled: "MOBILIZATION AND DEMOBILIZATION."

b. **Dredging:** The total amount of material removed and paid for under the contract will be measured by the cubic yard in place. Measurement of the number of cubic yards in place will be made by computing the volume between the bottom surface shown by soundings of the last survey made before dredging and the bottom surface shown by soundings of a survey made as soon as practicable after the entire work specified has been completed. The volume for measurement shall include the material within the limits of the overdepth, side slopes described in Section 01200, paragraph 9 entitled: "Overdepth and Side Slopes," less any deductions that may be required for misplaced material described in Section 01200, paragraph 8 entitled: "Placement of Dredged Material" and/or excessive

dredging described in Section 01200, Paragraph 9.c. entitled: "Excessive Dredging." The contract price will not be affected by the way the payment to any subcontractor for dredged material processing and disposal will be conducted.

c. **The maps and/or drawings** (Section 00800 - Special Contract Requirements, paragraph 5 entitled: "CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS") accurately represent the conditions existing on March 2002. The soundings shown on the contract drawings were taken with a portable electronic depth recorder with a transducer frequency of 200 kHz. New soundings will be taken generally two weeks prior to dredging. Soundings after dredging will be made by an electronic depth recorder with a transducer frequency of 200 kHz or may be made using a multi-beam surveying system. After-dredging surveys will be completed generally within five days of completion of a section or the project. Determination of quantities removed to determine in-place quantities to be paid in the area specified, after having once made, will not be reopened, except on evidence of collusion, fraud, or obvious error. Computations for payment purposes will generally be made by the Corps of Engineers utilizing the Triangulated Irregular Network (TIN) method or Average End Area method.

d. **Shoaling** in the areas to be dredged **is not** at a rapid rate from existing depths. The unit price for dredging based on the above method of computation of the quantity for which payment is to be made shall include the Contractor's evaluation of shoaling, changes in the regimen of the waterway, or changes caused by the Contractor's operations that may occur during the period between the survey before dredging and the survey for acceptance of the work.

e. **Scows and Hopper Dredges**: Where scows or hopper dredges are used in performance of work and where the Contractor maintains load or measuring devices on such scows or hopper dredges, copies of all recorded measurements made in connection with the work shall be furnished to the Contracting Officer and/or his Representative. If as the work progresses the Contractor determines that a significant difference exists between the recorded bin or scow quantities and the survey quantities computed from the check surveys described in Section 01200, paragraph f below, he shall immediately notify the Contracting Officer and/or his Representative of any such discrepancies. Such notification shall include a description of the Contractor's methods of measuring scow or bin quantities, certification of measuring techniques, documentation of material sampling and methods used to convert bin or scow measurements to in-place density.

**It is emphasized that bin or scow measurements shall not be used as a basis for partial or final payment.**

f. **Monthly Partial payments** will be based on approximate quantities determined by soundings or sweepings taken behind the dredge by the Contractor. The contractor's soundings are to be used for partial payments only and will not form

a basis for the acceptance of the work (see Section 00800 - Special Contract Requirements, paragraph 36 entitled: "QUANTITY SURVEYS").

g. The Contractor must inform the Government, in writing, within three calendar days of completing a section as specified on the contract drawings and under paragraph "1. WORK COVERED BY THE CONTRACT PRICE:" The section will be examined and accepted in accordance with Section 00800 - Special Contract Requirements, paragraph 18 entitled: "FINAL EXAMINATION AND ACCEPTANCE" within a fair and reasonable time. Once the Contracting Officer or his representative accepts a section, the Contractor will be relieved of all responsibility for said section.

**13. BUOY REMOVAL:**

The Contractor shall notify the Coast Guard at least 15 days prior to the date desired for having buoys, which interfere with dredging operations removed or relocated. Requests shall be made in writing to:

COMMANDER (OAN)
FIRST COAST GUARD DISTRICT
408 ATLANTIC AVENUE
BOSTON, MASS. 02110

or by telephoning (617) 223-8337.

**14. COORDINATION WITH THE U.S. COAST GUARD**

The United States Coast Guard, Captain of the Port of New York will be notified 30 days prior to the start of work in the federal channel. The USCG will need the hours that the contractor intends to work, a description of the work vessels on site, the VHF radio channels the vessels will be monitoring and a company point of contact for the contractor for 24 hours a day.

The contractor will ensure public notification via the Local Notice to Mariners within 15 days prior to commencement of dredging. Information can be faxed to (617) 223-8073.

The contractor will coordinate vessel traffic and marine events with the New York Coast Guard office. The New York Coast Guard Office contact information is as follows:

Contact: Vessel Traffic Service Branch
United States Coast Guard Activities, NY
212 Coast Guard Drive
Staten Island, NY 10305

Phone: (718)354-4197
Fax (718)354-4190

SECTION 01351

SAFETY

TABLE OF CONTENTS


| PARAGRAPH TITLE | PAGE |
| --- | --- |
| 1. SAFETY: | 1 |
| 2. SAFETY MEETING: | 1 |
| 3. ACCIDENT PREVENTION PROGRAM: | 1 |
| 4. HAZARD ANALYSES: | 1 |
| 5. ACCIDENT PREVENTION PLAN: | 2 |
| 6. PROJECT SAFETY OFFICER: | 4 |
| 7. ACCIDENT REPORTS: | 4 |
| 8. MONTHLY EXPOSURE REPORTS: | 4 |
| 9. CLEAN-UP: | 4 |
| 10. SUPPLEMENTAL TO SAFETY MANUAL: | 5 |
| 11. CONTRACTOR SAFETY MEETINGS AND DOCUMENTATION: | 7 |
| 12. CONTRACTOR PERFORMANCE APPRAISAL: | 7 |

SECTION 01351

SAFETY

1. **SAFETY**: Provisions of the Corps of Engineers manual entitled Safety and Health Requirements Manual EM 385-1-1, dated 3 November 2003 will be applied to all work under this contract. The reference manual may be obtained from the Contracting Officer's Representative (COR), at the job site or via the internet at www.usace.army.mil/inet/usace-docs/eng-manuals/em385-1-1/toc.htm.

2. **SAFETY MEETING**: The contractor will meet with representatives of the COR to discuss and develop a mutual understanding relative to the administration of the overall safety program. The time and place of the Safety Meeting will be determined at the Preconstruction Conference (Section 00800-34).

3. **ACCIDENT PREVENTION PROGRAM: Four (4) copies of the contractor's Accident Prevention Plan shall be submitted at the Preconstruction Conference for review and acceptance by the COR.** The Accident Prevention Plan will be reviewed at the Safety Meeting, prior to the start of work. The accident prevention program shall be prepared in the format outlined in Appendix A of EM 385-1-1, "Minimum Basic Requirements for Accident Prevention Plan" (a portion of this Appendix is provided as Attachment H in Section 00900), as per Contract Clause 52.236.13 "Accident Prevention (Nov 1991)." No work shall commence until the Accident Prevention Plan is accepted by the COR.

4. **HAZARD ANALYSES**:

Job hazard analyses containing all the information as required by figure 1-1, EM 385-1-1 (figure 01351-1.) shall be fully completed and signed by an Officer of the company and shall be included in the Accident Prevention Plan. The job hazard analyses will be reviewed for adequacy at least monthly by the contractor and noted as such on the Contractor's Quality Control Report.

ACTIVITY HAZARD ANALYSIS

ACTIVITY ____________ ANALYZED BY/DATE ____________

| PRINCIPAL STEPS | POTENTIAL SAFETY/HEALTH HAZARDS | RECOMMENDED CONTROLS |
|---|---|---|
| *Identify the principal steps involved and the sequence of work activities* | *Analyze each principal step for potential hazards* | *Develop specific controls for each potential hazard* |

| EQUIPMENT TO BE USED | INSPECTION REQUIREMENTS | TRAINING REQUIREMENTS |
|---|---|---|
| *List equipment to be used in the work activity* | *List inspection requirements for the work activity* | *List training requirements, including hazard communication* |

Figure 01351-1. EM 385-1-1, figure 1-1.

5. **ACCIDENT PREVENTION PLAN**: In addition to those items contained in EM 385-1-1, Appendix A, the following items will be included in the accident prevention plan:

a. **Hard Hat Area.** A statement that the jobsite is classified a "hard hat" area from start to finish.

b. **Sanitation and Medical Requirements.** Estimate the greatest number of employees, supervisors, etc., to be working at peak construction period, including subcontractor personnel. Include sanitation requirements and medical facilities identified for the job site. Note: When a medical facility or physician is not accessible within five minutes of an injury to a group of two or more employees for the treatment of injuries, at least two or more employees on each shift shall be qualified to administer first aid and CPR.

c. **Equipment Inspection.** Describe the type of inspection program on cranes, trucks, and other types of construction equipment the Contractor plans to implement. Include who will be responsible for the inspection and how the Contractor will control equipment of sub-contractors and equipment brought to the site by rental companies. Describe the types of records to be kept. Indicate that copies of records of all equipment inspections will be kept at the job site for review by the designated authority.

d. **Crane & Derrick Operators.** All floating cranes and floating derricks may only be operated by qualified operators. Written proof of qualification for all crane and derrick operators shall be in accordance with EM 385-1-1, section 16.C.04 and shall include any certificates and/or dates of examination, shall be specific to each operator, and shall be signed by the qualifying source. The qualifying source may be

an independent testing and qualifying company, a union, a government agency, a state or city licensing agency, a qualified consultant, etc. **THE CONTRACTOR WILL PROVIDE COPIES OF THE CRANE OPERATOR'S QUALIFICATIONS TO THE CONTRACTING OFFICER OR HIS REPRESENTATIVE AT THE PRECONSTRUCTION MEETING.**

e. **Contractor Diving Operations.**

1) Diving contractors and/or subcontractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the COR and Command Dive Coordinator (CDC) for review and acceptance at the Safety Meeting or at least fifteen (15) days prior to the commencement of dive operations.

2) A dive operations plan in accordance with EM 385-1-1, section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the COR for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the COR is required for diving operations to commence.

f. **Lifting Operations Involving Single Point Mooring Buoys and Pipeline.**

1) Operations involving the lifting and subsequent transfer of anchors to single point mooring buoys (e.g. scots buoy, pump-out buoy, mono-buoy, etc.,) and setting, retrieving, and moving of pipeline shall require submittal of a critical lift plan. The critical lift plan shall include or specify the following:

a. the crane or derrick operator, lift supervisor and rigger and their qualifications.

b. the exact size and weight of the load to be lifted and all crane or derrick rigging components, including the anchor chain, sand loading of pipeline, which adds to the weight.

c. the lift geometry and procedures including the crane position, height of the lift; the load radius, and the boom length and angle for the entire range of the lift;

d. a rigging plan showing the lift points and describes rigging procedures and hardware requirements;

e. a description of the operating base (platform) condition and any potential list;

f. environmental conditions under which the lift operations are to be stopped; and,

g.coordination and communication requirements

2) The New York Safety Office Critical Lift Plan shall be completed by the contractor, signed by an officer of the company, and submitted to the Contracting Officer's Representative (COR) for acceptance prior to the lift.

3) Hanging anchors from single point mooring buoys shall not be permitted in any case unless written certification by a registered Professional Engineer (P.E.) is provided to the COR certifying that the design loading ability of the buoy topside, under-deck structure, and deck cleats are engineered to safely handle such loads.

4) All buoy mechanical systems (e.g. windlasses) shall be maintained in working order throughout the duration of the contract.

6. **PROJECT SAFETY OFFICER**: The Contractor will designate an employee as Site Safety Officer who is responsible for implementing and enforcing the Accident Prevention Plan. The site safety officer shall have the authority to suspend operational activities if the health and safety of personnel are endangered, and to suspend an individual from operational activities for infractions of the Accident Prevention Plan. The Contractor will submit a resume of the site safety officer outlining their training and experience specific to construction safety and occupational health for acceptance by the COR prior to the start of work. The Site Safety Officer shall have completed a 40-hour OSHA compliance-based construction safety training course.

7. **ACCIDENT REPORTS:** The contractor shall immediately report all accidents by telephone to the COR.

a. The Contractor will provide an initial written report of the accident to the COR within 24 hours. The Contractor shall complete and submit ENG Form 3394 for all accidents involving lost work time, medical treatment, and/or property damage in excess of $2,000.00 within 48 hours of the accident.

b. Daily records of all first aid treatment not otherwise reported shall be maintained at the job site and furnished to the designated authority upon request. Records shall also be maintained of all exposure and accident experience incidental to the work (OSHA Form 200 or equivalent as prescribed by 29 CFR 1904).

c. The Contractor will maintain and provide the designated authority access to the project's Workers Compensation Claims Report that details the compensable accidents experienced on the project by the Contractor and Subcontractor.

8. **MONTHLY EXPOSURE REPORTS**: The Contractor shall submit to the COR no later than the first day of each month, a compilation of man-hours worked each month by the prime contractor and each subcontractor.

9. **CLEAN-UP**: The Contractor's Accident Prevention Plan shall identify the individual's responsible for cleanup and shall establish a housekeeping procedures and schedules. If the

COR determines that cleanup is not being performed satisfactorily, the Contractor shall establish a work crew to perform the continuous cleanup required by the contract clause titled: CLEANING UP. The individual(s) appointed to the work crew to perform continuous cleanup shall not perform any other duties under this contract, unless approved by the COR. The number of individuals appointed to the cleanup work crew shall be increased as directed by the COR until adequate cleanup is maintained.

**10. SUPPLEMENTAL TO SAFETY MANUAL:** To supplement and emphasize the requirements of EM 385-1-1, the following is provided and shall be met as applicable.

a. **Electrical Work:** Electrical work shall not be performed on or near energized lines or equipment unless specified in the plans and specifications.

1) Upon request by the Contractor, arrangements will be made for de-energizing lines and equipment so that work may be performed. All outages shall be requested through the COR a minimum of 14 days, unless otherwise specified, prior to the beginning of the specified outages. Dates and duration will be specified.

2) Upon approval of the COR, the following work may be performed with the lines energized using certified hot line equipment on lines above 700 volts, when the following conditions have been met.

   a. Work below the conductors no closer than the clearance required in EM 385-1-1 from the energized conductors.

   b. Setting and connection of new pre-trimmed poles in energized lines which do not replace an existing pole.

   c. setting and removing transformers or other equipment on poles.

   d. Installation or removal of hot line connectors, jumpers, dead-end insulators for temporary isolation, etc., which are accomplished with hot line equipment from an insulated bucket truck.

3) The Contractor shall submit a plan, in writing, describing his/her method of operation and the equipment to be used on energized lines. Proper certification from an approved source of the safe condition of all tools and equipment will be provided with the plan. The work will be planned and scheduled so that proper supervision is maintained. Emergency procedures for disconnecting power in the event of an accident will be outlined in the plan. The Contractor will review his/per plan with the COR prior to being granted permission to perform the work.

4) No work on lines greater than 600 volts will be performed from the pole or without the use of an insulated bucket truck.

5) No work will be done on overbuilt lines while underbuilt lines are energized, except for temporary isolation and switching.

b. **Electrical Tools:** Hand held electrical tools shall be used only on circuits protected by ground fault circuit interrupters for protection of personnel.

c. **Electrical Cords:** All general use extension cords shall be hard usage or extra hard usage as specified in Table 11-1 of EM 385-1-1.

d. **Temporary Electrical Systems:** Temporary electrical distribution systems and devices shall be checked and found acceptable for polarity, ground continuity, and ground resistance before initial use and after modification. GFI outlets shall be installed and tested with a GFI circuit tester (tripping device) prior to use. Portable and vehicle mounted generators shall be inspected for compliance with EM 385-1-1 and NFPA 70.

e. **Rollover Protective Structures (ROPS):** Seat belts and ROPS shall be installed on all construction equipment as required by paragraph 16.B.12 of EM 385-1-1. The operating authority will furnish proof from the manufacturer or licensed engineer that ROPS meets the applicable SAE standards cited in EM 385-1-1, pg. 257.

f. **Elevating Work Platforms:** All elevating work platforms shall be designed, constructed, maintained, used, and operated in accordance with ANSI A92.3, ANSI A92.6, ANSI A92.5 and EM 385-1-1, Sections 22.J and 16.A. Only personnel trained in the use of elevating work platforms shall be authorized to use them. A list will be maintained by the contractor of all authorized users at the job site. The list will be updated as necessary and available for review on site by the designated authority.

g. **Fall Protection:** Fall protection in the form of standard guardrails, nets, or personal fall arrest systems will be provided for all work conducted over 6 feet in height. The contractor will submit his/her proposed method of fall protection to the COR as part of the Job Hazard Analysis for acceptance. If the contractor deems that conventional fall protection has described above is not feasible for a particular job, or phase of a job, the Contractor will state in writing the reasons that conventional fall protection cannot be used and provide alternative safety measures for review and acceptance by the COR.

h. **Excavations:** All open excavations made in the earth's surface four (4) foot of greater will be under the supervision of a competent person trained in, and knowledgeable about, soils analysis, the use of protective systems, and the requirements of OSHA 29 CFR 1926, Subpart P and EM 385-1-1, Section 25. The competent person shall be designated in writing by the Contractor and a resume of their training and experience submitted to the COR for acceptance.

1) Excavations hazards and methods for their control will be specified in the job hazard analyses.

2) Sloping and benching: The design of sloping and benching shall be selected from and in accordance with written tabulated data, such as charts and tables. At least one copy of the tabulated data will be maintained at the job site.

i. **Support Systems**: shall be in accordance with one of the systems outlined in 1 through 3 below:

1) Designs drawn from manufacturer's specifications shall be in accordance with all specifications, limitations, and recommendations issued or made by the manufacturer. A copy of the manufacture's specifications, recommendations, and limitations will be in written form and maintained at the job site.

2) For design selected from and in accordance with tabulated data (such as tables and charts), at least one copy of the design shall be maintained at the job site during excavation.

3) For systems designed by a registered Professional Engineer. At least one copy of the design shall be maintained at the job site during excavation.

j. For excavations greater than 20 feet deep, sloping and benching or support systems shall be designed by a registered Professional Engineer. **At least one copy of the plans and specifications shall be maintained at the job site during excavation.** The contractor will ensure that the registered Professional Engineer is working within a discipline applicable to the excavation work; i.e. it would be inappropriate for an electrical engineer to approve shoring designed for an excavation.

k. **Confined Space**: Entry into and work in a confined space will not be allowed when oxygen readings are less than 19.5% or greater than 23.5% or if the lower explosive limit (LEL) readings is greater than 10%, unless these conditions are adequately addressed in the confined space entry plan. In addition, action levels for toxic atmospheres shall be determined and any other known or potential hazards elimated prior to entry.

l. **Language**: For each group that has employees that do not speak English, the Contractor will provide a bilingual foreman that is fluent in the language of the workers. The contractor will implement the requirements of EM 385-1-1, 01.B through these foremen.

## 11. CONTRACTOR SAFETY MEETINGS AND DOCUMENTATION:

Contractor shall conduct and document safety meetings among its personnel as required by EM 385-1-1 and as indicated herein. Monthly meetings shall be held among all supervisors, and weekly meetings shall be conducted by supervisors or foreman for all workers. The agenda of the meeting shall include specific safety items pertinent to work being performed. Documentation shall include a summary of items discussed as well as other items required by the EM 385-1-1. Documentation shall be submitted to the Government monthly.

## 12. CONTRACTOR PERFORMANCE APPRAISAL:

The occurrence of accidents and near misses due to negligence are strong indications that there has been insufficient emphasis on effective implementation and/or commitment to the accident prevention program. Should it become obvious that proper emphasis is not being given to safety, an interim unsatisfactory performance appraisal rating will be issued. If safety continues to be unsatisfactory or marginal, the unsatisfactory rating will become final. The contractor should be aware that this appraisal will be stored in a national computer database which can be accessed by a multitude of agencies or municipalities desiring information on prospective contractors. An unsatisfactory rating in this database may affect the contractor's ability to obtain future Government work.

SECTION 01355

ENVIRONMENTAL PROTECTION

TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
|---|---|---|
| 1. | SCOPE | 1 |
| 2. | QUALITY CONTROL | 1 |
| 3. | PERMITS OBTAINED BY CORPS OF ENGINEERS | 1 |
| 4. | SUBMITTALS | 1 |
| 5. | SUBCONTRACTORS | 3 |
| 6. | NOTIFICATION | 3 |
| 7. | PROTECTION OF ENVIRONMENTAL RESOURCES | 3 |
| 8. | POST CONSTRUCTION CLEAN UP | 7 |
| 9. | RESTORATION OF LANDSCAPE DAMAGE | 7 |
| 10. | MAINTENANCE OF POLLUTION CONTROL FACILITIES | 8 |
| 11. | TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL | 8 |
| 12. | PAYMENT | 8 |

## SECTION 01355

## ENVIRONMENTAL PROTECTION

### 1. SCOPE

This section covers prevention of environmental pollution and damage as the result of construction operations under this contract and for those measures set forth in other technical provisions of these specifications. For the purpose of this specification, environmental pollution and damage is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to man; or degrade the utility of the environment for aesthetic, cultural and/or historical purposes. The control of environmental pollution and damage requires consideration of air, water, and land, and includes management of visual aesthetic, noise, solid waste, radiant energy and radioactive materials, as well as other pollutants.

### 2. QUALITY CONTROL

The Contractor shall establish and maintain quality control for environmental protection of all items set forth therein. The Contractor shall record on daily reports any problems in complying with laws, regulations and ordinances and corrective action taken and submit these reports as part of the daily reports required in Section 01200.

### 3. PERMITS OBTAINED BY THE CORPS OF ENGINEERS

The Contractor shall comply with all requirements under the terms and conditions set out in the Water Quality Certificates in Section 00900, Attachment D.

### 4. SUBMITTALS

The Contractor shall submit an environmental protection plan in accordance with provisions as herein specified.

#### 4.1 Environmental Protection Plan

a. Prior to commencement of the work, the Contractor shall submit to the Contracting Officer for approval his proposed environmental protection plan. This shall be followed by a meeting with representatives of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program. Approval of the Contractor's plan for environmental protection will not relieve the Contractor of his responsibility for adequate and continuing control of pollutants.

b. Hopper Dredge Basket or Screens

Drawings showing the design and method of fabrication of the basket or screen used for hopper dredging shall be submitted for approval prior to the commencement of dredging activities.

c. Environmental Protection Plan shall include but not limited to the following:

(1) A list of Federal, State and local laws, regulations, and permits concerning environmental protection, pollution control and abatement that are applicable to the Contractor's proposed operations and the requirements imposed by those laws, regulations and permits.

(2) Methods for protection of features to be preserved within authorized work areas. The Contractor shall prepare a listing of methods to protect resources needing protection, i.e., trees, shrubs, vines, grasses and ground cover, landscape features, air and water quality, fish and wildlife, soil, historical, archaeological and cultural resources.

(3) Procedures to be implemented to provide the required environmental protection and to comply with the applicable laws and regulations. The Contractor shall set out the procedures to be followed to correct pollution of the environment due to accident, natural causes or failure to follow the procedures set out in accordance with the environmental protection plan.

(4) Permit or license for, and the location of, the solid waste disposal area.

(5) Drawings showing locations of any proposed temporary excavations or embankments for haul roads, stream crossings, material storage areas, structures, sanitary facilities, and stockpiles of excess or spoil materials.

(6) Environmental monitoring plans for the job site, including land, water, air, and noise monitoring.

(7) Traffic control plan.

(8) Methods of protecting surface and ground water during construction activities.

(9) Work area plan showing the proposed activity in each portion of the area and identifying the areas of limited use or nonuse. Plan should include measures for marking the limits of use areas.

(10) Plan of borrow area.

**4.2 Implementation**

After receipt of Notice to Proceed, the Contractor shall, within five (5) days, submit in writing the above Environmental Protection Plan and meet with representatives of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program. Approval of the Contractor's plan will not relieve the Contractor of his responsibility for adequate and continuing control of pollutants and other environmental protection measures.

**5. SUBCONTRACTORS**

Assurance of compliance with this section by subcontractors will be the responsibility of the Contractor.

**6. NOTIFICATION**

The Contracting Officer will notify the Contractor in writing of any observed noncompliance with the aforementioned Federal, State or local laws or regulations, permits and other elements of the Contractor's environmental protection plan. The Contractor shall, after receipt of such notice, inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No time extensions shall be granted or costs or damages allowed to the Contractor for any such suspension.

**7. PROTECTION OF ENVIRONMENTAL RESOURCES**

**7.1 General**

The Contractor shall at all times perform all work and take such steps required to minimize interference with or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the work area which in the opinion of the Contracting Officer, are critical to fish and wildlife. The Contractor shall anticipate orders to stop work at the discretion of the Contracting Officer if any fish or wildlife are endangered by construction activities. The environmental resources within the project boundaries and those affected outside the limits of permanent work under this contract shall be protected during the entire period of this contract. The Contractor shall confine his activities to areas defined by the drawings and specifications. Environmental protection shall be as stated in the following subparagraphs.

**7.2 Protection of Land Resources**

Prior to the beginning of any construction, the Contractor shall identify all land resources to be preserved within the Contractor's work area. The Contractor shall not remove, cut, deface, injure, or destroy land resources including trees, shrubs, vines, grasses, top soil, and land forms without special permission from the Contracting Officer. No ropes, cables, or guys shall be fastened to or attached to any trees for anchorage unless specifically authorized. Where such special emergency use is permitted, the Contractor

shall provide effective protection for land and vegetation resources at all times as defined in the following subparagraphs.

**7.3 Work Area Limits**

Prior to any construction the Contractor shall mark the areas that are required to accomplish all work to be performed under this contract. Isolated areas within the general work area which are to be saved and protected shall also be marked or fenced. Monuments and markers shall be protected before construction operations commence. Where construction operations are to be conducted during darkness, the markers shall be visible. The Contractor shall convey to his personnel the purpose of marking and protecting all necessary objects. Jobsite fencing shall be provided around work areas.

**7.3.1 Protection of Landscape**

Trees, shrubs, vines, grasses, land forms and other landscape features shall be clearly identified by marking, fencing, or wrapping with boards, or any other approved techniques.

**7.3.2 Reduction of Exposure of Unprotected Erodible Soils.**

Earthwork brought to final grade shall be finished as indicated and specified. Side slopes and back slopes shall be protected as soon as practicable upon completion of rough grading. All earthwork shall be planned and conducted to minimize the duration of exposure of unprotected soils.

**7.3.3 Temporary Protection of Disturbed Areas**

Such methods as necessary shall be utilized to effectively prevent erosion and control sedimentation, including but not limited to:

Retardation and control of runoff. Runoff from the construction site shall be controlled by construction of diversion ditches, benches, and/or berms to retard and divert runoff to protected drainage courses, and any measures required by area-wide plans approved under paragraph 208 of the Clean Water Act.

**7.3.4 Erosion and Sediment Control Devices**

The contractor shall construct or install all temporary and permanent erosion and sediment control features as indicated on the drawings. Temporary erosion and sediment control measures such as berms, dikes, drains, sedimentation basins, grassing and mulching shall be maintained until permanent drainage and erosion control facilities are completed and operative.

**7.3.5 Temporary Excavations and Embankments**

Temporary excavations and embankments for plant or work areas shall be controlled to protect adjacent areas from dispoilment.

### 7.3.6 Disposal of Solid Wastes

Solid wastes (excluding clearing debris) shall be placed in containers which are emptied on a regular schedule. All handling and disposal shall be conducted to prevent contamination.

### 7.3.7 Disposal of Chemical Waste

Chemical waste shall be stored in corrosion resistant containers, removed from the work area and disposed of in accordance with Federal, State and local regulations.

### 7.3.8 Disposal of Discarded Materials

Discarded materials other than those which can be included in the solid waste category will be handled as directed by the Contracting Officer.

## 7.4 Preservation and Recovery of Archaeological Resources

If, during construction activities, the Contractor observes unusual items that might have historical, archaeological or cultural value, such observations shall be reported as soon as practical to the Contracting Officer. No work will be conducted in the vicinity of the discovery until authorized by the Contracting Officer.

## 7.5 Protection of Water Resources

The Contractor shall keep construction activities under surveillance, management and control to avoid pollution of surface and ground waters. Special management techniques as set out below shall be implemented to control water pollution by the listed construction activities which are included in this contract.

### 7.5.1 Monitoring of Water Areas Affected by Construction Activities

Monitoring of water areas affected by construction activities shall be the responsibility of the Contractor. All water areas affected by construction activities shall be monitored by the Contractor.

## 7.6 Protection of Fish and Wildlife Resources

The Contractor shall keep construction activities under surveillance, management and control to minimize interference with, disturbance to and damage of fish and wildlife. Species that require specific attention along with measures for their protection will be listed by the Contractor prior to beginning of construction operations.

**7.7 Protection of Air Resources**

The Contractor shall keep construction activities under surveillance, management and control to minimize pollution of air resources. All activities, equipment, processes, and work operated or performed by the Contractor in accomplishing the specified construction shall be in strict accordance with the State of New Jersey and State of New York rules or regulations and all Federal emission and performance laws and standards. Ambient air quality standards set by the Environmental Protection Agency shall be maintained for these construction operations and activities specified in this section. Special management techniques as set out below shall be implemented to control air pollution by the construction activities which are included in the contract.

**7.7.1 Particulates**

Dust particles from all construction activities, processing and preparation of materials shall be controlled at all times, including weekends, holidays and hours when work is not in progress.

**7.7.1.1 Particulates Control**

The Contractor shall maintain all excavations, stockpiles, haul roads, permanent and temporary access roads, plant sites, spoil areas, borrow areas, and all other work areas within or outside the project boundaries free from particulates which would cause the air pollution standards mentioned in paragraph 7.7 above to be exceeded or which would cause a hazard or a nuisance. Sprinkling, chemical treatment of an approved type, light bituminous treatment, baghouse, scrubbers, electrostatic precipitators or other methods will be permitted to control particulates in the work area. Sprinkling, to be efficient, must be repeated at such intervals as to keep the disturbed area damp at all times. The Contractor must have sufficient competent equipment available to accomplish this task. Particulates control shall be performed as the work proceeds and whenever a particulates nuisance or hazard occurs.

**7.7.2 Hydrocarbons and Carbon Monoxide**

Hydrocarbons and carbon monoxide emissions from equipment shall be controlled to Federal and State allowable limits at all times.

**7.7.3 Odors**

Odors shall be controlled at all times for all construction activities, processing and preparation of materials.

**7.7.4 Monitoring of Air Quality**

Monitoring of air quality shall be the responsibility of the Contractor. All air areas affected by the construction activities shall be monitored by the Contractor.

**7.8 Protection of Sound Intrusions**

The Contractor shall keep construction activities under surveillance and control to minimize damage to the environment by noise. The Contractor shall use methods and devices to control noise emitted by equipment to sound levels as given in the following table:

PERMISSIBLE NON-DOD NOISE EXPOSURES

| Duration per day, hours | Sound level dB(A) slow response |
|---|---|
| 8 | 90 |
| 6 | 92 |
| 4 | 95 |
| 3 | 97 |
| 2 | 100 |
| 1 1/2 | 102 |
| 1 | 105 |
| 1/2 | 110 |
| 1/4 | 115 |

When the daily noise exposure is composed of two or more periods of noise exposure of different levels, their combined effects should be considered rather than the individual effect of each. Exposure to different levels for various periods of time shall be computed according to the following formula:

Fe = T1/L1 + ...... + Tn/Ln where;

Fe = Equivalent noise exposure factor

T() = The period of noise exposure at any contest level (in hours) L() = The duration of the noise exposure at the constant level from Table I

If Fe exceeds one(1), hearing protection is required.

**8. POST CONSTRUCTION CLEAN UP**

The Contractor shall clean up areas used for construction.

**9. RESTORATION OF LANDSCAPE DAMAGE**

The Contractor shall restore all landscape features damaged or destroyed during construction operations inside or outside the limits of the approved work areas. Beach grass and other natural resources inside the work area will have to be replaced if disturbed. Such restoration shall be in accordance with the plan submitted for the

Contracting Officer's approval. This work will be accomplished at the Contractor's expense.

## 10. MAINTENANCE OF POLLUTION CONTROL FACILITIES

The Contractor shall maintain all constructed facilities and portable pollution control devices for the duration of the contract or for that length of time construction activities create the particular pollutant.

## 11. TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL

The Contractor shall train his personnel in all phases of environmental protection. The training shall include methods of detecting and avoiding pollution, familiarization with pollution standards, both statuary and contractual, and installation and care of facilities (vegetative covers, and instruments required for monitoring purposes) to ensure adequate and continuous environmental pollution control.

## 12. PAYMENT

No separate payment or direct payment will be made for the cost of the work covered under this section, and such work will be considered as a subsidiary obligation of the Contractor.

**- End of Section -**

# SECTION 01451

## INSPECTION AND ACCEPTANCE

## CONTRACTOR QUALITY CONTROL

## TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
|---|---|---|
| 1. | GENERAL. | 1 |
| 2. | PRECONSTRUCTION CONFERENCE. | 1 |
| 3. | SUBMITTALS | 1 |
| 4. | QUALITY CONTROL (QC) PROGRAM | 3 |
| 5. | COMPLETION | 3 |
| 6. | QUALITY CONTROL (QC) DOCUMENTATION | 4 |
| 7. | MEASUREMENT AND PAYMENT | 4 |

## SECTION 01451

## INSPECTION AND ACCEPTANCE

## CONTRACTOR QUALITY CONTROL

**1. GENERAL.** The contractor shall establish and maintain an effective quality control (QC) program in compliance with contract clause: "INSPECTION OF CONSTRUCTION" (FAR 52.246-12). The burden of contract compliance is placed on the Contractor and not assumed by the Government. The Contractor's QC program will not be accepted without question and the right to inspect or verify at any time is reserved by the Government.

**2. PRECONSTRUCTION CONFERENCE.** As soon as practicable, before the start of dredging, the Contractor shall meet with the Contracting Officer or the Contracting Officer Representative to discuss its QC program as well as other administrative matters for the contract work. During the meeting, a mutual understanding of the program details shall be developed, including the forms for recording the QC operations, inspections, testing (if required), administration of the program, and the interrelationship of the Contractor and Government control and surveillance. Minutes of the meeting shall be prepared, signed by both the Contractor and the Contracting Officer or Contracting Officer's Representative and shall become part of the contract file.

**3. SUBMITTALS**

a. **Quality Control Plan.** Prior to the start of dredging, the Contractor shall furnish his QC plan to the Contracting Officer or Contracting Officer's Representative for acceptance. <u>Contract operations will be permitted to begin only after acceptance of the QC plan.</u> The QC plan the Contractor proposes to implement shall include, as a minimum, the following:

1) A description of the quality management organization.

2) The number, classifications, qualifications, duties, responsibilities and authorities of personnel. A copy of the letter signed by an authorized official of the firm, which describes the responsibilities and delegates the authorities of the system manager shall be furnished.

3) Procedures for testing placement area effluent (if required), and any other required samples.

4) QC activities to be performed, including those of subcontractors if used to accomplish the work.

5) Compliance inspections recorded on the Construction Quality Control Report and the Dredging Report, samples of which are attached.

6) After acceptance of the QC plan, the Contractor shall notify the Contracting Officer or Contracting Officer's Representative in writing of any proposed change to his QC program. At any time it is determined that the QC program is not providing dredging operations which conform to contract requirements, actions shall be taken by the Contractor to correct the deficient management.

b. **Other Submittals**. Procedures for purchasing materials and equipment, subcontracting, and processing reports, samples and other submittals shall be developed. The procedures shall include the establishment of responsibilities to assure at each level adequate review and approval, timely delivery including verification procedures, and proper storage.

c. **Quality Assurance.** Action shall be taken to ensure that only materials and equipment which comply with contract requirements are purchased and delivered to the job site, unless specific deviations are approved. All proposed deviations from contract requirements shall be submitted in writing to the Contracting Officer or Contracting Officer's Representative for approval.

d. Selection and Control. The Contractor shall review the contract requirements and determine those submittals needed to assure compliance. Within five days after receipt of the notice to proceed, unless otherwise directed, the Contractor shall submit to the Contracting Officer or Contracting Officer's Representative for review and approval, in duplicate, a submittal control document (ENG Form 4288) listing and scheduling all submittal items required by the contract. ENG Form 4288 (see Section 00900, Attachment G) will be furnished to the Contractor. The contractor shall review and revise the submittal control document at each progress schedule update and shall furnish any revised documents to the Contracting Officer or Contracting Officer's Representative.

e. **Government Approved Submittals**. When submittals are required to be approved by the Contracting Officer or Contracting Officer's Representative, adequate time shall be allowed for review and approval. Approval action by the Government will not relieve the Contractor of his responsibility for compliance with the contract. After submittals have been approved by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

f. **Government Disapproved Submittals**. When submittals are disapproved, the Contractor shall make all corrections required by the Contracting Officer and promptly furnish a corrected submittal in the form and number of copies specified for the initial submittal. Adequate time shall be allowed for review and approval of the submittal by the Contracting Officer and Contracting Officer's Representative.

4. **QUALITY CONTROL (QC) PROGRAM**. The Contractor's QC program shall include the following three phases of control and management for each definable feature of the work. The Contractor's QC Manager shall notify the contracting officer or contracting officer's representative at least 24 hours in advance of any activities to be accomplished under the first two phases of this program.

a. **Preparatory**. This control phase shall be performed before beginning work on each definable feature of work. It shall include a review of contract requirements to assure compliance.

b. **Initial**. This phase of control shall be accomplished at the time of arrival to the placement area or of dredging personnel on site to accomplish a definable feature of work, and shall be repeated at any time when new workers or crews arrive for assignment to the project. The contractor's QC program shall be as such to permit the transfer of information of quality requirements specified in this contract to each worker so that the specified quality of work will be provided and consistent production of high quality of work will be encouraged. It is during this phase that control testing shall be undertaken and verified.

c. **Follow-up**. The follow-up phase shall be performed continuously to verify that control procedures are providing an end product which complies with contract requirements.

5. COMPLETION. At the completion of the work, the Contractor's QC manager shall conduct a joint completion review with the Contracting Officer or Contracting Officer's Representative. During this review, the work shall be examined, quality control shall be reviewed, and a list prepared for work items not conforming to the plans and specifications. This list shall be included in the submittal control document with an estimated date for correction of each deficiency. The Contractor shall assure that deficiencies have been corrected prior to the scheduled completion dates. Payment will be withheld for defective or deficient features until they are satisfactorily corrected except as otherwise specified in the contract clause: "INSPECTION OF CONSTRUCTION."

6. **QUALITY CONTROL (QC) DOCUMENTATION.** The Contractor shall maintain current records on approved forms, samples of which are attached (Section 00900-C, -G, and -I), of quality control operations, activities, and any required tests. These records shall include factual evidence that the required activities have been performed, and shall include both conforming and defective or deficient features. The records shall also include a statement that materials and equipment used in the work comply with the contract except for approved deviations. Legible copies of these records shall be furnished to the Contracting Officer or Contracting Officer's Representative on a daily basis or as specified at the PreConstruction Conference by the Contracting Officer or Contracting Officer's Representative.

7. **MEASUREMENT AND PAYMENT.** Separate payment will be made for any work under this section and all costs in connection therewith shall be included in the cost for all the bid items.