SHEE0028D 06/01/1994

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| SHEET METAL WORKERS | 19.42 | 7.41 |

---

TEAM0408B 05/01/1997

ESSEX, MORRIS, AND UNION (Remainder) COUNTIES

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 7.01+A |
| GROUP 2 | 24.50 | 7.01+A |
| GROUP 3 | 24.60 | 7.01+A |
| GROUP 4 | 24.70 | 7.01+A |

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional. Paid Holidays: New Year's Day, Washington'd Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls. Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser),

beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle,
thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop
GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps,

carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

---

TEAM0469C 05/01/2000

HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 26.35 | 11.835+A |
| GROUP 2 | 26.40 | 11.835+A |
| GROUP 3 | 26.50 | 11.835+A |
| GROUP 4 | 26.60 | 11.835+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the

holiday falls.
$400.00 per year to Apprenticeship Training Fund.
$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks (entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little

ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0560C 05/01/1997

BERGEN, HUDSON AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 8.08+A |
| GROUP 2 | 24.50 | 8.08+A |
| GROUP 3 | 24.60 | 8.08+A |
| GROUP 4 | 24.70 | 8.08+A |

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit),

concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================
=

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination

* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# General Decision Number NJ020006

General Decision Number NJ020006 sg

Superseded General Decision No. NJ010006

State: **New Jersey**
Construction Type:
**DREDGING**
County(ies):
**STATEWIDE**
All **Dredging** except self propelled hopper dredges, on the Atlantic Coast & tributary waters emptying into the Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |

COUNTY(ies):
**STATEWIDE**
ENGI0025D 10/01/2001

| | Rates | Fringes |
|---|---|---|
| DIPPER & CLAMSHELL DREDGE: | | |
| Operator | 27.45 | 6.20+a+b |
| Engineer | 24.17 | 6.20+a+b |
| Maintenance Engineer | 23.07 | 5.60+a+b |
| Welder | 22.71 | 5.60+a+b |
| Mate | 21.51 | 5.60+a+b |
| Boat Master | 22.73 | 6.20+a+b |
| Boat Captain | 21.66 | 5.60+a+b |
| Oiler | 18.18 | 5.00+a+b |
| Deckhand; Tug Deckhand | 17.73 | 5.00+a+b |
| Scowman | 17.49 | 5.00+a+b |
| DRAG BUCKET DREDGE: | | |
| Operator | 25.09 | 6.20+a+b |
| Engineer | 21.41 | 6.20+a+b |
| Maintenance Engineer | 21.21 | 5.60+a+b |
| Mate | 19.82 | 5.60+a+b |
| Deckhand | 16.17 | 5.00+a+b |
| HYDRAULIC DREDGES: | | |
| Leverman | 26.95 | 6.20+a+b |
| Engineer; Derrick Operator | 23.64 | 6.20+a+b |
| Chief Mate | 23.29 | 6.20+a+b |
| Chief Welder | 23.94 | 6.20+a+b |
| Maintenance Engineer | 23.07 | 5.60+a+b |
| Electrician | 22.92 | 6.20+a+b |
| Welder Dredge | 22.70 | 5.60+a+b |
| Spider Barge Operator | 22.50 | 5.60+a+b |
| Mate | 21.51 | 5.60+a+b |
| Boat Master | 22.72 | 6.20+a+b |
| Boat Captain | 21.66 | 5.60+a+b |
| Steward | 21.49 | 6.20+a+b |
| Oiler | 18.18 | 5.00+a+b |



G006295

G01010 06116

| | | |
|---|---|---|
| Deckhand | 17.50 | 5.00+a+b |
| Tug Deckhand | 17.73 | 5.00+a+b |
| Shoreman | 17.50 | 5.00+a+b |
| Assistant Cook | 17.61 | 5.00+a+b |
| Night Cook | 17.61 | 5.00+a+b |
| Messman | 17.10 | 5.00+a+b |
| Janitor/Porter | 17.10 | 5.00+a+b |
| Fill Placer | 23.29 | 6.20+a+b |
| Assistant Fill Placer | 21.32 | 6.20+a+b |
| COMPANY LEAD DREDGEMAN: | | |
| Lead Dredgeman | 26.95 | 6.20+a+b |
| TUG BOATS over 1,000 H.P. (with master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 24.14 | 6.20+a+b |
| Tug Captain | 23.17 | 6.20+a+b |
| Tug Chief Engineer | 22.45 | 5.60+a+b |
| Tug Engineer | 21.99 | 5.60+a+b |
| Tug Deckhand | 17.73 | 5.00+a+b |
| TUG BOATS over 1,000 H.P. (without master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 22.72 | 6.20+a+b |
| Tug Captain | 21.66 | 5.60+a+b |
| Tug Engineer | 21.99 | 5.60+a+b |
| Tug Deckhand | 17.73 | 5.00+a+b |
| DRILL BOATS: | | |
| Engineer | 23.54 | 6.20+a+b |
| Blaster | 23.81 | 6.20+a+b |
| Driller | 23.55 | 6.20+a+b |
| Welder | 23.30 | 5.60+a+b |
| Machinist | 23.30 | 5.60+a+b |
| Tug Master | 20.48 | 6.20+a+b |
| Tug Captain | 19.53 | 5.60+a+b |
| Oiler | 20.46 | 5.00+a+b |
| Tug Deckhand | 15.97 | 5.00+a+b |
| Core Driller | 18.56 | 5.00+a+b |
| DIVERS: | | |
| Diver | 39.98 | 6.20+a+b |
| Standby Diver | 26.60 | 6.20+a+b |
| Tender | 30.77 | 6.20+a+b |
| Standby Tender | 22.11 | 5.60+a+b |
| DREDGING PIPELINE CABLE-LAYING: | | |
| Leverman | 27.56 | 6.20+a+b |
| Control Tower Operator | 24.35 | 6.20+a+b |
| Rigger | 18.01 | 5.00+a+b |
| Line up Operator, End Prep. | 17.43 | 5.00+a+b |
| Diver | 40.85 | 6.20+a+b |
| Diver Tender | 25.36 | 6.20+a+b |
| ENGINEER: | | |
| 1st | 24.35 | 6.20+a+b |
| 2nd, 3rd & 4th | 24.04 | 6.20+a+b |
| Electrician | 24.48 | 6.20+a+b |
| Electro Hydro Tech. | 19.70 | 5.60+a+b |
| Tug Master | 25.57 | 6.20+a+b |

| | | |
|---|---|---|
| Tug Captain | 22.29 | 6.20+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King Day, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division

U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor

200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# SECTION 00901

# SAMPLE FORMS

| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | REPORT CONTROL SYMBOL | | |
|---|---|---|---|---|---|---|---|---|
| THRU: | | | TO: | | | FROM: | | REPORT # |
| CHARACTER OF REPORT | MAINT. | NEW WORK | DAILY | STATUS | COMPLETION | ANNUAL | DATE OR PERIOD | |
| DREDGE | NAME AND TYPE | | SIZE | PIPELINE (in. dia. disch.) | | DIPPER OR BUCKET (cu. yds. cap) | | |
| | HORSE-POWER OF | DREDGE PUMP | | SUCTION PIPE JET | | CUTTER OR BUCKET | | PROPULSION |
| | NUMBER OF CREW MEMBERS | DREDGE | SHORE | OTHER PLANT | TOTAL | WORK SCHEDULE | SHIFTS/DAY | DAYS/WEEK |
| PROJECT AND BAR | NAME AND TYPE | | | | AUTH | WIDTH | DEPTH | OVERDEPTH |
| | LOCATION (include station numbers) | | | | STA. NO.: | | Range: | |
| CHARACTER OF MATERIAL | ABSOLUTE DENSITY (GMS/liter) | | | IN PLACE DENSITY (GMS/liter) | | | VOIDS RATIO | |
| | GRAIN SIZE D$_{n}$ | MM D$_{n}$ | MM D$_{n}$ | MM | | GEOLOGICAL CLASSIFICATION | | |
| CONTRACT ORDER | NUMBER | | | CONTRACTOR | HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | | |
| CHANNEL CONDITION | AVERAGE DEPTH | | BD | AD | MINIMUM SOUNDING | | BD | AD |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION | | | |
| WEATHER CONDITION | (clear, cloudy, rain, and fog) | | | VISIBILITY | | WIND (maximum, velocity, & direction) | | |

| WORK PERFORMED | | |
|---|---|---|
| ITEM | UNIT | QUANTITY |
| AVERAGE WIDTH OF CUT | FEET | |
| TOTAL TRAVEL THIS PERIOD | FEET | |
| TOTAL TRAVEL TO DATE | FEET | |
| TOTAL ADVANCE TO DATE | FEET | |
| FLOATING PIPE: | SHORE PIPE: | |
| TOT. LENGTH OF DISCHARGE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED/PUMP. HR. | CU. YDS. | |
| SCOWS LOADED | NUMBER | |
| AVERAGE LOAD PER SCOW | CU. YDS. | |
| CUBIC YARDS REMOVED | | |
| AMOUNT DREDGED THIS PERIOD: | | |
| (1) GROSS (computed amount) | | |
| (2) CREDITED (pay place) | | |
| AMOUNT PREVIOUSLY DREDGED: | | |
| (1) GROSS (computed amount) | | |
| (2) CREDITED (pay place) | | |
| TOTAL AMOUNT DREDGED TO DATE: | | |
| (1) GROSS (computed amount) | | |
| (2) CREDITED (pay place) | | |

| ATTENDANT PLANT | | |
|---|---|---|
| ITEM | NAME OR NUMBER | HOURS |
| | | |

| | | |
|---|---|---|
| NUMBER OF INSPECTIONS | BY DISTRICT PERSONNEL | |
| | BY DIV&OCE PERSONNEL | |
| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | YES OR NO |

| DISTRIBUTION TIME | HOURS | MIN. |
|---|---|---|
| EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| PUMPING OR DREDGING | | |
| PERCENTAGE OF EFFECTIVE RENTAL TIME | | % |
| BOOSTER (in line) | | |
| NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS | | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| LOSS DUE TO PASSING VESSELS | | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPERATING REPAIRS (explain in remarks) | | |
| WAITING FOR ATTENDANT PLANT | | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL NON-EFFECTIVE WORKING TIME | | |
| PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | | % |
| TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | | |
| PERCENTAGE OF TOTAL TIME IN PERIOD | | % |
| LOST TIME (not chargeable to cost of work) | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME | | % |
| TOTAL TIME PERIOD | | |

ENG FORM 4267

00901 - 1

G006300

G01010 06121

| ITEM | COST |
|---|---|
| DIRECT PLANT OPERATING COSTS<br>UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.)<br>CHARGES: ____________ DAYS AT $ ____________ PER DAY<br>(Item 19, ENG Form 22 (Costs) - adjusted to exclude plant increment cost)<br>OR<br>ACTUAL PLANT COSTS (To be completed when submitting Annual report)<br>PAYROLLS (gross) $<br>SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE $<br>FUEL ____________ BARREL AT $ ____________ PER BARREL $<br>WATER $<br>LUBRICANTS $<br>PLANT OWNERSHIP COSTS (as computed below) $<br>INSURANCE $<br>ATTENDANT PLANT $<br>MISCELLANEOUS $<br><br>SUBTOTAL – UNIFORM DAILY RATE OR ACTUAL COSTS<br>SUBTOTAL – PLANT UNIT COST $ PER CUBIC YARD | |
| SHORE WORK<br>SUBTOTAL – SHORE WORK COSTS $<br>SUBTOTAL – SHORE WORK UNIT COSTS $ PER CUBIC YARD | |
| OTHER COSTS:<br>SURVEYS $<br>INSPECTION AND SUPERVISION $<br>OVERHEAD $<br>OTHER INDIRECT COSTS $<br><br>SUBTOTAL–OTHER COSTS<br>SUBTOTAL – OTHER UNIT COST PER CUBIC YARD | $ |
| GRAND TOTAL–ALL COST<br>GRAND TOTAL–ALL UNIT COST PER CUBIC YARD | $ |

| OPERATING SUPPLIES | | | | |
|---|---|---|---|---|
| COMMODITIES | CONSUMED | | INVENTORY | |
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL (oil) | | | | |
| LUBE (oil) | | | | |
| LUBE (grease) | | | | |
| WATER | | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES | | | | |
| MISCELLANEOUS SUPPLIES | | | | |
| TOTAL | | | | |

| ANNUAL REPORT DATA (complete when submitting Annual report) | |
|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost) | $ |
| TOTAL COST OF PLANT (End of F.Y. reporting period) | $ |
| BOOK VALUE (End of F.Y. reporting period) | $ |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period) | $ |
| PLANT OWNERSHIP COSTS (Actual for F.Y. reporting period) | |
| DESCRIPTION | $ |
| REPAIRS | $ |
| CESSATION OF WORK | $ |
| SMALL TOOLS, ETC. | $ |
| TOTAL | $ |

REMARKS

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| | | |



G006301

G01010 06122

REPORT NO.
PROJECT
LOCATION
DRILL BOAT TYPE OF DRILL

DATE:
TIME STARTED FRAME HRS. WORKED
TIME FINISHED FRAME IDLE
FRAMES USED

| DELAYS | THIS DATE | CONTRACT TO DATE |
|---|---|---|
| MOVE ON/OFF SITE - WEEKEND, DAY END | | |
| TEST FOR ROCK | | |
| OFF ROCK - NO DRILLING | | |
| WAIT OTHER FRAMES | | |
| MOVE FRAMES | | |
| CHANGE BITS & BARS | | |
| CLEAN HOLES | | |
| LOAD HOLES | | |
| MOVE TO BLAST | | |
| MOVE TO BLAST & NEW CUT | | |
| MOVE TO NEW RANGE | | |
| TRAFFIC | | |
| WEATHER | | |
| LIGHTNING | | |
| REPAIRS | | |
| GREASE | | |
| LOAD/WAIT POWDER | | |
| ANCHORS | | |
| SURVEY | | |
| OTHERS (Specify in "Remarks") | | |
| TOTAL FRAME HRS. DELAYS | | |
| TOTAL FRAME HRS. WORKED | | |
| TOTAL FRAME REV. HRS. | | |
| FRAME TIME EFFICIENCY % | | |
| NO. TIMES MOVE TO BLAST | | |
| NO. TIMES MOVE TO BLAST & NEW CUT | | |
| NO. TIMES MOVE TO NEW RANGE | | |

WEATHER
WIND
SEASON

ATTENDANT PLANT HOURS

REMARKS ON DELAYS

| CREW | | |
|---|---|---|
| U.S. | | |
| OTHER | | |
| TOTAL | | |
| SUPERINTENDENT | | |
| CIVIL ENGINEER | | |
| CAPTAIN | | |
| DAY FORMAN | | |
| NIGHT FORMAN | | |
| DRILLER | | |
| BLASTER | | |
| HELPER | | |
| WATCH ENGINEER | | |
| MACHINIST | | |
| OILER | | |
| MATE | | |
| DECK HAND | | |
| TUG OPERATOR | | |
| CLERK | | |
| ROD MAN | | |
| OTHERS | | |

DAILY OPERATING CONDITIONS

SECTION OR AREA (S)
CUT NUMBER (S)
CROSS RANGES (STATIONS) TO
TO TO
TO TO

DRILLING GRADE
PROJECT GRADE
AVG. TOP MATERIAL
AVG. FEET DRILLED

NO. OF HOLES DRILLED
NO. OF HOLES BLASTED
LBS EXPLOSIVE USED
CAPS USED
BOOSTER USED
FUELS USED

BLAST HOLES ☐ LINE HOLES ☐ SPACING
TYPE OF DYNAMITE
TYPE OF WIRE
TYPE OF ROCK

REMARKS ON PRODUCTION OR CONDITIONS:

SUPERINTENDENT: DATE:

00901-3

# DRILL LOG AND BLAST REPORT

Sheet -- of ---

CONTRACT NO.:
NAME OF DRILL BOAT:

DATE:
BLAST NO.:

FOR THIS BLAST

| | |
|---|---|
| 2 - HOUR WARNING | LBS. /HOLE |
| 15 - MINUTE WARNING | LBS./DELAY |
| 5 - MINUTE WARNING | LBS./BLAST |
| BLAST TIME | TOT. HOLES |
| REAL DISTANCE L.F. | MAX. POWDER/DELAY |
| TYPE OF POWDER = | |

FOR THIS RANGE

| | MIN. | MAX. | | START | STOP |
|---|---|---|---|---|---|
| DEPTH | | | DRILL TIME | | |
| SPACING | | | LOADED | | |
| NO. OF HOLES | | | FIRED | | |
| HOLE DIAMETER | | | | | |
| TOTAL ROCK DRILLED = | LF. | | TOTAL POWDER LOADED= | | POUNDS |

CONTACT SEISMIC @

| HOLE NO. | START | STOP | STATION NO. | TIDE ELV. | DEPTH TO ROCK | T.C. TOP OF ROCK | T.C. OVER ROCK | ROCK TO - 47 MLW | *TOTAL ROCK | IN HOLE DELAYS NO. | IN HOLE DELAYS TYPES | BOOSTERS | SURFACE DELAYS NO. | SURFACE DELAYS TYPES | LOADED POUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

* Includes Subdrill TC = Tide Correction

## CROSS SECTION




——— ROCK ELEV. * OVERBURDEN

SUPERINTENDENT: ______________ DATE: ______________



G006303

G01010 06124

# USACE TRANSPORTAION AND PLACEMENT LOG

Log Number: Date (yy:mm:dd)

**Project Information:**

Trip Number:
Permit Number:
Project Name:
Tow Owner:
Inspector's Name:
Tug's Navigational Unit:

**Tug and Scow Information:**

Tug Name:
Tug Captain:
Scow Name/Number:
Scowman's Name:

**Loading Information:**

Volume of Material (Cubic yds):
Time Loading is Complete (hh:mm:ss):
Description of material:
Scow Draft Forward (ft):
Scow Draft Aft (ft):
Percent Rock:

**Placement Site Weather Conditions:**

Wind Direction (from):
Weather conditions:
Observed Water Depth (ft):
Visibility (n miles):
Marine Mammals/Sea Turtles Sighted (Yes/No):
Wind Speed (mph):
Wave Swell Height (ft):

Transit/Placement Information Area:
Tug Position Determined By (GPS/DGPS) DGPS
Approximate Distance from Scow to Target Area at Time of Discharge (ft)
Time Scow Arrives at Project Placement Area:
Length of Towline at Time of Discharge (ft):
Scow Heading (Degrees):
Estimated Scow Speed (kts):
Distance from Tug Navigational Antenna to Tugs Towing Bit (ft):
Direction of Scow Relative to Tugs Towing Bit (Degrees):

Start Time (DOORS OPEN)
Tug Speed (kts):
Tug Heading (Degrees): GPS/DGPS: Latitude: Longitude:

End Time (DOORS OPEN)
Tug Speed (kts):
Tug Heading (Degrees): GPS/DGPS: Latitude: Longitude:

Post Placement Time (DOORS OPEN)
Tug Speed (kts):
Tug Heading (Degrees): GPS/DGPS: Latitude: Longitude:

**Comments:**

# USACE TRANSPORTATION AND PLACEMENT LOG (OENJ)

Log Number: ________________ Date: ____________________________

## Project Information

Trip Number: ______________ Tow Owner: _________________
Permit Number: ________________________ Inspector's Name: ________________
Project Name: ________________________ Tug's Nav. Unit: ________________

## Tug and Scow Information:

Tug Name: ____________________ Scow Name/Number: _____________________
Tug Captain: ________________

## Loading Information

Description of Material: ______________
______________________________________
______________________________________
______________________________________
______________________________________

| | Loading Cycle | | | |
|---|---|---|---|---|
| | 1 | | 2 | |
| | Date | Time | Date | Time |
| Loading starts: | / / | : | / / | : |
| Loading complete: | / / | : | / / | : |
| Scow arrives at Dewatering pier: | / / | : | / / | : |
| Scow Departed Dewatering pier: | / / | : | / / | : |

Scow Draft Aft (ft): __________________

## Transit/Placement Site Weather Conditions:

Wind Speed (mph): _____________________
Weather Conditions: ___________________
Visibility (n miles): _________________

| | Date | Time |
|---|---|---|
| Scow Departed Dredge site: | / / | : |
| Scow arrive at OENJ: | / / | : |

Receipt acknowledge by OENJ: ______________
Signature

## Unloading Information:

| | Date | Time |
|---|---|---|
| Unloading start: | | |
| Unloading complete: | / / | : |
| Scow Departed OENJ: | / / | : |

## Comments:

______________________________________________________________
______________________________________________________________

______________________________
USACE Inspector/Date

# SECTION 00902

## FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFICATIONS

State of New Jersey

Christine Todd Whitman
*Governor*

Department of Environmental Protection
Site Remediation Program
Office of Dredging and Sediment Technology
P.O. Box 028
Trenton, NJ 08625
(609) 292-1250
FAX (609) 777-1914

Robert C. Shinn, Jr.
*Commissioner*

August 26, 1998

Mr. John Sassi, P.E., Chief
Planning Division
Department of the Army
New York District, Corps of Engineers
Jacob K. Javits Building
Federal Building
New York, New York 10278-0090

RE: Federal Consistency Determination / Water Quality Certification
File: 0000-92-0031.5
Project: Port Jersey Channel Deepening Project

Dear Mr. Sassi:

On January 27, 1998, the NJDEP received your request that our agency initiate review proceedings for the issuance of a Water Quality Certificate (WQC), and a determination of consistency with the New Jersey Coastal Zone Management Rules. The target date for a decision on the federal consistency determination was extended to August 27, 1998 to allow additional time for the development of a sediment sampling plan for use by the New York District Army Corps of Engineers (NYDCOE) in the testing of the dredged material for upland disposal, and the finalization of the draft Environmental Assessment issued by the NYDCOE in October 1997.

The project involves deepening the existing Port Jersey Channel to –41 ft MLW plus 2 feet allowable overdepth from its confluence with Anchorage Channel to its head in Bayonne, N.J. Approximately 1.7 million cubic yards of dredged material are proposed for placement at either the Koppers Coke Seaboard site or the OENJ-Bayonne Landfill Remediation site (Golf Course). The project also entails the construction of approximately 1,230 feet of steel sheet bulkhead around the boundary of the turning basin.

Subsequent to the above referenced submission, and as a result of meetings held between the Department and NYDCOE, an agreement was reached that the NYDCOE could apply for federal consistency determinations for dredging projects prior to furnishing sediment sampling results. However, as part of the federal consistency request, the NYDCOE agreed to submit a schedule for the submission of a sampling plan, the identification of a disposal site and the submission of sampling and testing results to the Department for review and approval prior to the initiation of dredging. This procedure was deemed necessary due to conflicts with the NYDCOE's funding requirements for dredging project. Unfortunately, while the subject application commits to the submission of information to the Department prior to dredging, no such schedule has been established.

00902-1

In accordance with agreements reached at our February 6, 1998 meeting, as documented in a letter dated March 3, 1998, addressed to Robert Tudor and signed by John R. Hartman, recent bathymetry (not more than six months old) must be submitted to the Department together with key information such as the dredged material disposal or reuse site, method of dredging and method of dewatering. This information is necessary for the Department to develop a sampling and testing plan for this project. I anticipate that the development of a sampling and testing plan for this project will take approximately two weeks. The actual sampling and testing could take two months or more. Once the sampling and testing is completed, the results must be submitted to the Department for review and approval. I expect that one month will be required for the Department to review and render a decision on the testing results. The NYDCOE must acknowledge these timeframes in any contract to perform the work contemplated by this project.

The Rules on Coastal Zone Management (N.J.A.C. 7:7E) constitute New Jersey's enforceable policies under its federally approved Coastal Zone Management Program. The Port Jersey Channel Federal Navigation Deepening Project has been reviewed under the following Rules on Coastal Zone Management: Navigation Channels (7:7E-3.7), Ports (7:7E-3.11), Intertidal and Subtidal Shallows (7:7E-3.15), Wetlands (7:7E-3.27), Historic and Archaeological Resources (7:7E-3.36), New Dredging (7:7E-4.2(g)), and Water Quality (7:7-8.4). Based on the above summary of details of the project as presented in the October 1997 Draft Environmental Assessment, and the commitments made by the NYDCOE in letters dated March 3, 1998, and April 24, 1998 to submit updated bathymetry surveys and sampling results for the project for review and approval by the Department; **I have determined that the Port Jersey Channel federal navigation (Deepening ) Project is consistent with the Rules on Coastal Zone Management and New Jersey's federally approved Coastal Management Program.**

I have also reviewed this project for potential water quality impacts. Provided that the following conditions are met, I have determined that this project is not likely to cause a violation of New Jersey's Surface Water Quality Standards (N.J.A.C. 7:9B-1.1 èt seq.). **Therefore, this determination includes the State's Water Quality Certification pursuant to Section 401 of the federal Water Pollution Control Act (33 USC 1251 et seq.) subject to the following conditions:**

1. A "No barge overflow" condition applies to the transport of any dredged material that is not being transported to the HARS.
2. All dredging shall be accomplished using a closed clam shell "environmental" bucket dredge.
3. Dredged material shall be placed deliberately in the barge in order to prevent spillage of material overboard.
4. The dredge shall be operated so as to maximize the bite of the clamshell. This will reduce the amount of free water in the dredged material and the number of bites required to complete the job.
5. The clamshell shall lifted slowly through the water column, generally 2 feet per second or less.

00902-2

G006308

G01010 06129

6. All barges or scows used to transport sediment shall be of solid hull construction or be sealed with concrete, except for material permitted for subaqueous disposal.

7. No discharge of decant water is permitted at the OENJ – Bayonne or ECDC processing facilities unless a NJPDES Discharge to Surface Water Permit has been issued for that facility.

Should you have any questions in this regard, please do not hesitate to contact Suzanne Dietrick at (609) 292-9203.

Sincerely,

Lawrence J. Baier, Chief
Office of Dredging and Sediment Technology
Site Remediation Program

C: Joel Pecchioli, Office of Program Coordination
Frank McDonough, NJ Department of Commerce
Beverly Fedorko, Special Assistant to the Commissioner

00902 - 3

State of New Jersey
Department of Environmental Protection
PO Box 402
Trenton, NJ 08625-0402

Site Remediation Program
Office of Dredging and Sediment Technology
P.O. Box 028
Trenton, NJ 08625
(609) 292-1250
FAX (609) 777-1914

Christine Todd Whitman
*Governor*

Robert C. Shinn, Jr.
Commissioner
Tel. # (609) 292-2885
Fax # (609) 292-7695

June 13, 2000

Mr. Frank Santomauro, Chief
New York District, Planning Division
U.S. Army Corps of Engineers
Jacob K. Javits Federal Building
New York, New York 10278-0090

RE: Water Quality Certificate Condition Modification
Water Quality Certificate / Federal Consistency 0000-92-0031.5
Port Jersey Channel 41-Foot Deepening Project

Dear Mr. Santomauro:

This letter is forwarded in reply to your letter, dated March 20, 2000, which has recently been brought to my attention. Your March 20 letter requests a modification of the Water Quality Certificate, issued on August 26, 1998, for the deepening of the Port Jersey Channel to a depth of 41 feet below mean low water.

Your request is based on information received during the drafting of Plans and Specifications, which indicates that the virgin material to be excavated in consolidated and cannot be removed by a closed "environmental" clamshell bucket. Therefore you have requested that condition number 2 of Water Quality Certificate 0000-92-0031.5 be modified to allow the use of a hard digging bucket or excavator once the accumulated sediment has been removed from the surface. Based on the information provided, I concur that the use of a closed environmental clamshell bucket in the "new work" material is not practicable. Accordingly, Condition 2 of Water Quality Certificate 0000-92-0031.5 is hereby modified to read as follows:

2. Dredging of accumulated sediment shall be accomplished using a closed "environmental" clamshell bucket dredge. Dredging of consolidated "new work" material is not subject to this equipment restriction, but shall be accomplished using best management techniques to minimize the suspension of sediment.

Should you have any questions concerning this modification, please do not hesitate to contact me at (609) 292-8838.

Sincerely,

Lawrence J. Baier

Lawrence J. Baier, Chief
Office of Dredging and Sediment Technology

C: Richard Gimello, Executive Director, New Jersey Maritime Resources

00902-4

State of New Jersey

Christine Todd Whitman
*Governor*

Department of Environmental Protection

Site Remediation Program
Office of Dredging and Sediment Technology
P.O. Box 028
Trenton, NJ 08625
(609) 292-1250
FAX (609) 777-1914

Robert C. Shinn, Jr.
*Commissioner*

November 6, 2000

Mr. Frank Santomauro, Chief
New York District, Planning Division
U.S. Army Corps of Engineers
Jacob K. Javits Federal Building
New York, New York 10278-0090

RE: Water Quality Certificate Condition Modification
Water Quality Certificate / Federal Consistency 0000-92-0031.5
Contract 1 - Port Jersey Inner Channel 41-Foot Deepening Project

Dear Mr. Santomauro:

This letter is forwarded in reply to your letter, dated November 2, 2000 requesting a modification of the Federal Consistency Determination and Water Quality Certificate, issued on August 26, 1998, for the deepening of the Port Jersey Channel to a depth of 41 feet below mean low water plus an additional 2 feet allowable overdepth. Your request for modification is for the first contract of this project, which will entail the removal of approximately 591,000 cubic yards of material, from the inner channel (extending from the Global Marine Terminal to the pierhead line, but excluding the turning basin at the head of channel). Approximately 57,000 cubic yards of this material is scheduled for decontamination at a Biogenesis facility that is yet to be located and constructed. The balance of the material will be placed at the OENJC – Bayonne site as part of an ongoing remediation of that site. The Port Authority of New York and New Jersey submitted sediment sampling and testing results in support of this request under separate cover. In addition, you have requested that the Water Quality Certificate for this project be modified to allow the discharge of decant water at the dredging site prior to transport of the material to the OENJC – Bayonne site.

I have reviewed the sediment data submitted by the Port Authority and conclude that the material to be excavated under the first contract for the Port Jersey Channel 41-foot deepening project meets the placement criteria for the OENJC – Bayonne site. Further, based on this analysis, this letter shall serve as an Acceptable Use Determination for the transportation, processing and placement of the material removed from the first contract area at the OENJC – Bayonne site as required by Administrative Condition 11 of Waterfront Development Permit 0901-92-0005.3 - .5 authorizing the remediation of that site. This determination does not affect the responsibility of OENJC to comply with the conditions of all approvals issued by the Department for the remediation and closure of the Bayonne site. Therefore, this data and the designation of the OENJC – Bayonne placement site satisfies the commitment by the Corps to provide analytical data as referenced in the Department's August 26, 1998 federal consistency letter as pertains to the inner channel area.

This Acceptable Use Determination does not authorize the use of material at Biogenesis, as Biogenesis does not have a permitted facility at the present time. However, should the Biogenesis facility become permitted and operational during the term of this contract, the Department will expedite its review of a modification to process material at that facility, should such modification be requested.

00902 - 5

Your letter also requested a modification of the Department's Water Quality Certification for this project to allow the discharge of decant water at the dredging site prior to transportation to the OENJC – Bayonne facility. It is anticipated that water decanted from the dredged material scows will be placed in a holding scow(s) located in the Port Jersey Channel or adjacent berthing areas. The decanted water would then be allowed to settle in that holding scow prior to discharge. The New Jersey Surface Water Quality Standards include criteria designed to be protective of existing and designated uses of each particular water body. Discharges of decant water could contain pollutants at levels which would cause an adverse impact to the surface water quality. Rather than analyze a discharge of return water for the full sweep of possible contaminants, this Office recognizes that the vast majority contaminants are bound to sediment particles. The most appropriate analytical test for a broad assessment of the amount of suspended material is the Total Suspended Solids (TSS) analyses. We therefore have chosen to use TSS as an indicator parameter to assess potential impacts from any pollutants that may be bound to the sediment particles.

The Surface Water Criteria applied to TSS concentrations is no discharge that would compromise existing or designated uses of the receiving waters. For SE2 waters those designated uses are the maintenance, migration and propagation of the natural and established biota and secondary contact recreation among others. In the absence of a site specific mixing zone analysis in conformance with N.J.A.C. 7:9B, the TSS criteria determined to be protective of these uses is typically limited to ambient concentrations in the receiving waters. However, given that it is unlikely that ambient conditions can be achieved with existing technology and the temporary nature of the discharge, this Office has determined that a TSS level of twice ambient concentrations is not likely to produce acute toxicity in aquatic organisms. The maximum ambient TSS concentration observed in the vicinity of Port Jersey Channel is 25 mg/l (Suszkowski, 1978). Based on limited information available to the Department a minimum 24 hours of retention should be sufficient to reach a 50 mg/l action level.

**Therefore, Water Quality Certificate 0000-92-0031.5 is hereby modified to allow the discharge of decant water at the dredging site after a minimum 24 hour retention period, with an allowance for a reduced holding time upon a demonstration that a reduced holding time will meet the required action level. The specific additional conditions to address the discharge of decant water applied to Waterfront Development Permit and Water Quality Certificate 0700-91-0001.4 are as follows:**

1) **All decant water holding scows shall be water tight and of solid hull construction.**

2) **All decanted water shall be held in the decanted water holding scow a minimum of 24 hours after the last addition of water to the holding scow prior to discharge. Should the permittee or its contractor wish to reduce the required holding time, the Corps or its contractor shall demonstrate that the reduced holding time is sufficient to meet a total suspended solids (TSS) action level of 50 mg/l. The total suspended solids shall be determined through gravimetric analysis. No discharge shall be permitted from the decanted water holding scow until the results of the gravimetric analysis have confirmed that the 50 mg/l action level has been achieved. No additional water shall be added to the decanted water holding scow between the time of sample acquisition and discharge. Upon successful demonstration that the reduced holding time is sufficient to meet the TSS action level of 50 mg/l, the monitoring of TSS may be suspended and the demonstrated settling time shall replace the 24 hour minimum. A successful demonstration of the reduced holding time efficiency shall be determined once three consecutive TSS analyses have confirmed that the 50 mg/l action level has been achieved by the reduced holding time.**

00902-6

3) **Should the Corps, or its contractors wish to demonstrate a reduced holding time, all records including time of last addition of decant water into the scow, time of TSS sampling and the results of TSS sampling shall be submitted to the Department as soon as they become available, together with a request for a reduced holding time.**

4) **During pumping of the decanted water from the holding scow, great care shall be taken to avoid resuspending or pumping sediment which has settled in the decant holding scow.**

5) **Decant water may only be discharged at the dredging site. Discharge to another receiving water requires prior approval of a New Jersey Pollutant Discharge Elimination System Permit.**

All other conditions included in the Department's original Water Quality Certification remain in full force and effect, except that condition 2 of the original Water Quality Certificate was previously amended on June 13, 2000.

Should you have any questions concerning this modification, please do not hesitate to contact me at (609) 292-8838.

Sincerely,

Lawrence J. Baier

Lawrence J. Baier, Chief
Office of Dredging and Sediment Technology

C: Richard Gimello, Executive Director, New Jersey Maritime Resources
Beverly Fedorko, Special Assistant to the Commissioner
John Bullard, Chief of Chemical/Environmental Testing, Port Authority of NY NJ, 241 Erie Street, Jersey City, NJ 07310-1397
Michael Kenney, Case Manager, Site Remediation Program
Linda Morgan, OENJ Cherokee Corp., 61 North Hook Road, Bayonne, NJ 07002

00902-7

# SECTION 00903

# DEWATERING INSTRUCTIONS

**State of New Jersey**

DEPARTMENT OF TRANSPORTATION
P.O.Box 600
Trenton, New Jersey 08625-0600

JAMES E. MCGREEVEY
*Governor*

JAMES P. FOX
*Commissioner*

PLEASE REPLY TO:
NJ MARITIME RESOURCES
PO BOX 837
TRENTON, NEW JERSEY 08625-0837
TELEPHONE: (609)530-4770
FACSIMILE: (609)530-4860

April 22, 2002

Nicholas Chiaravalloti, Esq.
Bayonne Local Redevelopment Authority
City of Bayonne
Municipal Building
630 Avenue C
Bayonne, NJ 07002

Dear Mr. Chiaravalloti:

We are currently in the process of finalizing the procurement documentation for the initiation of dredging activities in the Port Jersey Channel. The first contract area will be the area between the MOTBY and Global penninsulae, extending from the old turning basin east to the opening to Upper New York Bay (Contract Area 1).

In order to bring the estimated 580,000 cubic yards of dredged materials to a permitted upland facility, contractors will be required to allow the dredged material to settle in scows for a minimum of 24 hours. Following this settling period, the NJDEP has authorized the decanting of overlying water back to the channel. Consequently, the contractor will require a berthing area be made available for several 3-5,000 yard scows for the duration of dredging activities. The period of performance for this activity is estimated to be 300 days, commencing sometime in July or August, 2002.

Following our visit to your office on April 19, we surveyed potential locations for this activity on MOTBY. Previously, we suggested that the "notched" area on the east end of the north side would be suitable. Unfortunately, there is an extensive submerged pile field in this area, making berthing activities unsafe. An alternative location was found just west of the "notch", as indicated on the attached diagram. The berthing area is wooden, but appears to be in serviceable condition. This area is cordoned off on the landside with a chain link fence.

We intend to indicate this location in bid documents scheduled for release to the public in the next several weeks. Please be advised that we will not open bids until we have received an entrance and use easement from the City of Bayonne as outlined at the April 19th meeting. We understand that you intend to obtain a written agreement at the next meeting of the City Council in May.

Thank you for your attention to this matter. We are eager to begin work on this exciting project. If there are any questions, please feel free to contact me or Mr. Scott Douglas of my staff at (609) 530-4773.

Sincerely,

Richard J. Gimello
Executive Director, Office of Maritime Resources

cc: Scott Douglas, OMR
Mike Riley, OMR
Bryce Wisemiller, USACE

00903-2




00903-3

G006317

G01010 06138

# MAIN TABLE OF CONTENTS

New York Harbor and Adjacent Channel, Port Jersey Channel, Contract No. 1,

Bayonne, New Jersey


| SECTION | TITLE | NO. OF PAGES |
|---|---|---|
| **CONTRACT REQUIREMENTS** | | |
| 00010 | SF 1442 AND BIDDING SCHEDULE | 7 |
| 00100 | INSTRUCTIONS, CONDITIONS, AND NOTICE TO BIDDERS | 2 |
| 00600 | REPRESENTATIONS AND CERTIFICATIONS | 6 |
| 00700 | CONTRACT CLAUSES | 6 |
| 00800 | SPECIAL CONTRACT REQUIREMENTS | 37 |
| **LIST DOCUMENTS, EXHIBITS & OTHER ATTACHMENTS** | | |
| 00900 | WAGE RATES | 46 |
| 00901 | SAMPLE FORMS | 7 |
| 00902 | FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFICATIONS | 8 |
| 00903 | DEWATERING INSTRUCTIONS | 4 |
| **TECHNICAL PROVISIONS** | | |
| 01130 | ENVIRONMENTAL PROTECTION | 3 |
| 01270 | MEASUREMENT AND PAYMENT | 3 |
| 01312 | RESIDENT MANAGEMENT SYTEM (RMS) | 7 |
| 01320 | PROJECT SCHEDULE: NETWORK ANALYSIS SYSTEM | 24 |
| 01330 | SUBMITTAL PROCEDURES | 6 |
| 01420 | SAFETY | 9 |
| 01451 | CONTRACTOR QUALITY CONTROL | 12 |
| 02100 | SUBSURFACE DRILLING AND SAMPLING | 5 |
| 02900 | DREDGING AND DISPOSAL | 8 |
| 11010 | DIGITAL PHOTO DOCUMENTS AND COMMUNICATIONS | 6 |

SECTION 01130

ENVIRONMENTAL PROTECTION

PART 1 GENERAL

1.1 SCOPE

This section covers the furnishing of all labor, material and equipment as performing all work required for the protection of the environment during construction operations except for those measures set forth in other Technical Provisions of these specifications.

1.2 REFERENCE

"Standard Methods for the Examination of Water, Sewage, and Industrial Wastes, Eighteenth Edition, 1992, published by American Public Health Association, 1015 Eighteenth Street, N.W., Washington, D.C. 20036".

1.3 GENERAL

For purpose of this specification, environmental protection is defined as the retention of the environment in its natural state to the greatest possible extent during project construction and to enhance the natural appearance in its final condition. Environment protection requires consideration of air, water, and land, and involves management of noise and solid waste, as well as other pollutants. In order to prevent, and to provide for abatement and control of, any environmental pollution arising from the construction activities in the performance of this contract, the Contractor and his subcontractors shall comply with all applicable Federal, State and local laws and regulations concerning environmental pollution control and abatement.

1.4 NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any non-compliance with the aforementioned Federal, state, or local laws or regulations. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. The Contractor shall, after receipt of such notice, immediately inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess costs of damages by the Contractor.

1.5 SUBCONTRACTOR

Compliance with the provisions of this section by subcontractors will be responsiblity of the Contractor.

1.6 IMPLEMENTATION

Prior to commencement of the work the Contractor will:

a. Submit in writing his proposal for implementing this section for environment protection including a noise monitoring program to insure compliance with all Federal, State, and local noise ordinances.

b. Meet with representative of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environment protection program.

1.7 PROTECTION OF WATER RESOURCES

a. General. The Contractor shall not pollute the waters with trash, debris, fuels, oils, bituminous materials, calcium chloride, acids or other harmful materials. It is the responsibility of the Contractor to investigate and comply with all applicable Federal, state, county, and municipal laws concerning pollution of the water. All work under this contract shall be performed in such a manner that objectionable conditions will not be created in the waters through or adjacent to the project areas.

b. Spillage. At all times of the year, special measures shall be taken to prevent chemicals, fuels, oils, greases, bituminous materials, herbicides, and insecticides from entering the waters.

1.8 PROTECTION OF FISH AND WILDLIFE

The Contractor shall at all times perform all work and take such steps required to prevent any interference or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the project area which in the opinion of the Contracting Officer are critical to fish and wildlife. Fouling or polluting of water will not be permitted.

1.9 PROTECTION OF CULTURAL RESOURCES

Known archaeological and historic properties have been taken into account as required by Federal Laws. Should unanticipated archaeological materials be encountered during the course of any project activities, the Contractor shall cease work in the vicinity of the discovery. The Contractor shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

1.10 NOISE MONITORING

Not withstanding that the construction activities occur in the federal channel, the Contractor shall comply with the local noise ordinance standards set by the local municipalities. During the course of the contract the Contractor shall establish, at a minimum, an initial baseline (background) noise levels prior to the start of work and periodically check the noise levels. The Contractor shall process any and all of complaints of private citizens arising out of use of the Contractor's equipment

promptly. All noise measurement shall be made at the property line of the impacted site. When instrument cannot be placed at the property line, the measurement shall be made as close thereto as to reasonable.

The Contractor shall designate a disturbance coordinator, with his/her name telephone number clearly posted at the construction site, responsible for responding to noise complaints, determining noise source/cause, and implementing measure to mitigate noise impact.

The Contractor shall locate all portable and support equipment as far away as possible from sensitive areas.

The Contractor shall use properly operating mufflers on all internal combustion powered equipment and keep them in proper state of tune to alleviate back-fire and use protective shrouds on external engines.

1.11 MEASUREMENT AND PAYMENT

a. Measurement. No separate measurement as such will be made for work performed under this section including a noise monitoring program to insure compliance with all Federal and State regulations, and local noise ordinances.

b. Payment. No separate payment will be made for the work covered under this section and all costs in connection therewith will be included in the applicable contract price to which the work pertains.

-- End of Section --

SECTION 01270

MEASURMENT AND PAYMENT

PART 1 GENERAL

1.1 LUMP SUM PAYMENT ITEMS

Payment items for the work of this contract for which contract lump sum payments will be made are listed in the PRICE SCHEDULES and described below. All costs for items of work, which are not specifically mentioned to be included in a particular lump sum or unit price payment item, shall be included in the listed lump sum item most closely associated with the work involved. The lump sum price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for which separate payment is not otherwise provided.

1.1.1 Mobilization and Demobilization (Item No. 0001AA and 0003AA)

1.1.1.1 Payment

Payment will be made for costs associated with mobilization and demobilization, as defined in Contract Clause PAYMENT FOR MOBILIZATION AND DEMOBILIZATION.

1.1.1.2 Unit of Measure
Unit of measure: lump sum.

1.1.2 Field Office (Item No. 0001AE and 0003AE)

1.1.2.1 Payment

Payment will be made for costs associated with operations necessary for installation, including all office equipment, system setup, maintenance services, and removal of all equipment at designated area as requirement specified in Section 00800: Special Contract Requirements, paragraph entitled "Field Office".

1.1.2.2 Unit of Measure
Unit of measure: lump sum.

1.1.3 Additional cost for Optional Insurance (Item No. 0002 and 0004)

1.1.3.1 Payment

Payment will be made for costs associated with additional insurance premium provided by the contractor as requirements specified in Section 00800.

1.1.3.2 Unit of Measure

Unit of measure: lump sum.

1.2 UNIT PRICE PAYMENT ITEMS

Payment items for the work of this contract on which the contract unit price payments will be made are listed in the PRICE SCHEDULE and described below. The unit price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for each of the unit price items.

1.2.1 Debris Removal and Disposal (Item No. 0001AB)

1.2.1.1 Payment

Payment will be made for costs associated with the collection, storage and handling, and the removal from the site and proper disposal of all debris recovered from the bottom and all floating debris. Bottom debris including cables, pilings, line, and all objects, which are unsuitable for placement in the upland disposal site.

1.2.1.2 Unit of Measurement

Unit of measure: ton (2,000 lbs).

1.2.2 Dredging, Dewatering, Transportation, Delivery, Processing and Placement of Dredged Materials at the OENJ Cherokee Bayonne Landfill Remediation Site (Item No. 0001AC) and for Placement at the Contractor's Proposed Disposal Facility (0003AC)

1.2.2.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at designated disposal sites, processing, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.2.2 Measurement

The total quantity of dredged material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depth of **43** ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and

placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.2.3 Unit of Measure

Unit of measure: cubic yard.

1.2.4 Subsurface drilling and sampling (Item No. 0001AD and 0003AD)

1.2.4.1 Payment

Payment will be made for costs associated with subsurface drilling and sampling for each drill hole performed, including mobilization and demobilization of all equipment necessary to perform the required drilling sampling, and coring to a depth of 55 feet below MLW. Mobilization and demobilization will include a drill rig of complete assembly and in working order as well as the transportation of samples and cores to the Caven Point Marine Terminal. Size of sampling shall be 1-3/8 inch diameter and size of rock core shall be NX diameter core.

1.2.4.2 Measurement

The measurement for drilling drive sample holes including soil sampling and rock core drilling (vertical) will be the number of holes that were drilled in accordance with the specifications. Measurements will be made from mean low water.

1.2.4.3 Unit of Measure

Unit of measure: each.

-- End of Section --

SECTION 01312

QUALITY CONTROL SYSTEM (QCS)
**(NYD VERSION 09/01)**

1.1 GENERAL

The Government will use the Resident Management System for Windows (RMS) to assist in its monitoring and administration of this contract. The Contractor shall use the Government-furnished Construction Contractor Module of RMS, referred to as QCS, to record, maintain, and submit various information throughout the contract period. This joint Government-Contractor use of RMS and QCS will facilitate electronic exchange of information and overall management of the contract. QCS provides the means for the Contractor to input, track, and electronically share information with the Government in the following areas:

Administration
Finances
Quality Control
Submittal Monitoring
Scheduling
Import/Export of Data

1.1.1 Correspondence and Electronic Communications

For ease and speed of communications, both Government and Contractor will, to the maximum extent feasible, exchange correspondence and other documents in electronic format. Correspondence, pay requests and other documents comprising the official contract record shall also be provided in paper format, with signatures and dates where necessary. Paper documents will govern, in the event of discrepancy with the electronic version.

1.1.2 Other Factors

Particular attention is directed to Contract Clause, "Schedules for Construction Contracts", Contract Clause, "Payments", Section 01320A, PROJECT SCHEDULE, Section 01330, SUBMITTAL PROCEDURES, and Section 01451A, CONTRACTOR QUALITY CONTROL, which have a direct relationship to the reporting to be accomplished through QCS. Also, there is no separate payment for establishing and maintaining the QCS database; all costs associated therewith shall be included in the contract pricing for the work.

1.2 QCS SOFTWARE

QCS is a Windows-based program that can be run on a stand-alone personal computer or on a network. The Contractor shall be responsible after award of the contruction contract to download the QCS software and User Manual from the Government's RMS Internet website ('http://winrms.usace.army.mil'). Prior to the Pre-Construction Conference, the Contractor shall be responsible to download, install and use the latest version of the QCS software from the Government's RMS

Internet Website. Any program updates of QCS will be made available to the Contractor via the Government RMS website as they become available and the Contractor shall be required to install and use the latest version of the QCS Software (Expect approximately eight (8) program updates per year).

1.3 SYSTEM REQUIREMENTS

The following listed hardware and software is the minimum system configuration that the Contractor shall have to run QCS:

**Hardware**

IBM-compatible PC with 200 MHz Pentium or higher processor

64+ MB RAM

4 GB hard drive disk space for sole use by the QCS system

3 1/2 inch high-density floppy drive

Compact disk (CD) Reader

Color monitor

Laser printer compatible with HP LaserJet III or better, with minimum 4 MB installed memory.

Connection to the Internet, minimum 28 BPS

**Software**

MS Windows 95 or newer version operating system (MS Windows NT 4.0 or newer is recommended)

Word Processing software - MS Word 97 or newer

Internet browser

The Contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

Electronic mail (E-mail) compatible with MS Outlook

1.4 RELATED INFORMATION

1.4.1 QCS User Guide

After contract award, the Contractor shall download instructions for the installation and use of QCS from the Government RMS Internet Website ("http://winrms.usace.army.mil/);

1.5 CONTRACT DATABASE

Prior to the pre-construction conference, the Government shall provide the Contractor with basic contract award data to use for QCS. The Government will provide data updates to the Contractor as needed, generally by files attached to E-mail. These updates will generally consist of submittal reviews, correspondence status, QA comments, and other administrative and QA data.

1.6 DATABASE MAINTENANCE

The Contractor shall establish, maintain, and update data for the contract in the QCS database throughout the duration of the contract. The Contractor shall establish and maintain the QCS database at the Contractor's site office. Data updates to the Government shall be submitted by E-mail with file attachments, e.g., daily reports, schedule updates, payment requests. If permitted by the Contracting Officer, a data diskette or CD-ROM may be used instead of E-mail (see Paragraph DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM). The QCS database typically shall include current data on the following items:

1.6.1 Administration

1.6.1.1 Contractor Information

The database shall contain the Contractor's name, address, telephone numbers, management staff, and other required items. Within 14 calendar days of receipt of QCS software from the Government, the Contractor shall deliver Contractor administrative data in electronic format via E-mail.

1.6.1.2 Subcontractor Information

The database shall contain the name, trade, address, phone numbers, and other required information for all subcontractors. A subcontractor must be listed separately for each trade to be performed. Each subcontractor/trade shall be assigned a unique Responsibility Code, provided in QCS. Within 14 calendar days of receipt of QCS software from the Government, the Contractor shall deliver subcontractor administrative data in electronic format via E-mail.

1.6.1.3 Correspondence

All Contractor correspondence to the Government shall be identified with a serial number. Correspondence initiated by the Contractor's site office shall be prefixed with "S". Letters initiated by the Contractor's home (main) office shall be prefixed with "H". Letters shall be numbered starting from 0001. (e.g., H-0001 or S-0001). The Government's letters to the Contractor will be prefixed with "C".

1.6.1.4 Equipment

The Contractor's QCS database shall contain a current list of equipment planned for use or being used on the jobsite, including the most recent and planned equipment inspection dates.

1.6.1.5 Management Reporting

QCS includes a number of reports that Contractor management can use to track the status of the project. The value of these reports is reflective of the quality of the data input, and is maintained in the various sections of QCS. Among these reports are: Progress Payment Request worksheet, QA/QC comments, Submittal Register Status, Three-Phase Inspection checklists.

1.6.2 Finances

1.6.2.1 Pay Activity Data

The QCS database shall include a list of pay activities that the Contractor shall develop in conjunction with the construction schedule. The sum of all pay activities shall be equal to the total contract amount, including modifications. Pay activities shall be grouped by Contract Line Item Number (CLIN), and the sum of the activities shall equal the amount of each CLIN. CLINs may include multiple activities, but activities may be assigned to only one such CLIN item. The total of all CLINs equals the Contract Amount.

1.6.2.2 Payment Requests

All progress payment requests shall be prepared using QCS. The Contractor shall complete the payment request worksheet and include it with the payment request. The work completed under the contract, measured as percent or as specific quantities, shall be updated at least monthly. After the update, the Contractor shall generate a payment request report using QCS. The Contractor shall submit the payment requests with supporting data by E-mail with file attachment(s). If permitted by the Contracting Officer, a data diskette may be used instead of E-mail. A signed paper copy of the approved payment request is also required, which shall govern in the event of discrepancy with the electronic version.

1.6.3 Quality Control (QC)

QCS provides a means to track implementation of the 3-phase QC Control System, prepare daily reports, identify and track deficiencies, document progress of work, and support other contractor QC requirements. The Contractor shall maintain this data on a daily basis. Entered data will automatically output to the QCS generated daily report. The Contractor shall provide the Government a Contractor Quality Control (CQC) Plan within the time required in Section 01451A, CONTRACTOR QUALITY CONTROL. Within seven calendar days of Government acceptance, the Contractor shall submit a data diskette or CD-ROM reflecting the information contained in the accepted CQC Plan: schedule, pay activities, features of work, submittal register, QC requirements, and equipment list.

1.6.3.1 Daily Contractor Quality Control (CQC) Reports.

QCS includes the means to produce the Daily CQC Report. The Contractor may use other formats to record basic QC data. However, the Daily CQC Report

generated by QCS shall be the Contractor's official report. Data from any supplemental reports by the Contractor shall be summarized and consolidated onto the QCS-generated Daily CQC Report. Daily CQC Reports shall be submitted as required by Section 01451A, CONTRACTOR QUALITY CONTROL. Reports shall be submitted electronically to the Government using E-mail or diskette within 24 hours after the date covered by the report. Use of either mode of submittal shall be coordinated with the Government representative. The Contractor shall also provide the Government a signed, printed copy of the daily CQC report.

1.6.3.2 Deficiency Tracking.

The Contractor shall use QCS to track deficiencies. Deficiencies identified by the Contractor will be numerically tracked using QC punch list items. The Contractor shall maintain a current log of its QC punch list items in the QCS database. The Government will log the deficiencies it has identified using its QA punch list items. The Government's QA punch list items will be included in its export file to the Contractor. The contractor will acknowledge receipt of these QA punch list items by specific number reference on the Daily CQC Report. The Contractor shall regularly update the correction status of both QC and QA punch list items.

1.6.3.3 Three-Phase Control Meetings

The Contractor shall maintain scheduled and actual dates and times of preparatory and initial control meetings in QCS.

1.6.3.4 Accident/Safety Tracking.

The Government will issue safety comments, directions, or guidance whenever safety deficiencies are observed. The Government's safety comments will be included in its export file to the Contractor. The Contractor shall regularly update the correction status of the safety comments. In addition, the Contractor shall utilize QCS to advise the Government of any accidents occurring on the jobsite. This brief supplemental entry is not to be considered as a substitute for completion of mandatory reports, e.g., ENG Form 3394 and OSHA Form 200.

1.6.3.5 Features of Work

The Contractor shall include a complete list of the features of work in the QCS database. A feature of work may be associated with multiple pay activities. However, each pay activity (see subparagraph "Pay Activity Data" of paragraph "Finances") will only be linked to a single feature of work.

1.6.3.6 QC Requirements

The Contractor shall develop and maintain a complete list of QC Testing, Transfer Property Listings, Installed Property Listings, and User Training requirements in QCS, all tied to individual pay activities. The Contractor shall update all data on these QC requirements as work progresses, and shall promptly provide this information to the Government via QCS.

1.6.4 Submittal Management

The contractor will initially be required to enter all required submittal information into QCS. Thereafter, the Contractor shall maintain a complete list of all submittals, including completion of all data columns of ENG Form 4288, as required by Section 01330, SUBMITTAL PROCEDURES. Dates on which submittals are received and returned by the Government will be included in its export file to the Contractor. The Contractor shall use QCS to track and transmit all submittals. ENG Form 4025, submittal transmittal form, and the submittal register update, ENG Form 4288, shall be produced using QCS. RMS will be used to update, store and exchange submittal registers and transmittals, but will not be used for storage of actual submittals.

1.6.5 Schedule

The Contractor shall develop a construction schedule consisting of pay activities, in accordance with Contract Clause "Schedules for Construction Contracts", or Section 01320A, PROJECT SCHEDULE, as applicable. This schedule shall be input and maintained in the QCS database either manually or by using the Standard Data Exchange Format (SDEF) (see Section 01320A PROJECT SCHEDULE). The contractor shall be responsible for ensuring the SDEF is in the format required to upload the data to QCS; otherwise, the contractor will be required to enter the data manually. The updated schedule data shall be included with each pay request submitted by the Contractor.

1.6.6 Import/Export of Data

QCS includes the ability to export Contractor data to the Government and to import Government-provided data.

1.7 IMPLEMENTATION

Contractor use of QCS as described in the preceding paragraphs is mandatory. The Contractor shall ensure that sufficient resources are available to maintain its QCS database, and to provide the Government with regular database updates. QCS shall be an integral part of the Contractor's management of quality control.

1.8 DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM

The Government-preferred method for Contractor's submission of updates, payment requests, correspondence and other data is by E-mail with file attachment(s). For locations where this is not feasible, the Contracting Officer may permit use of computer diskettes or CD-ROM for data transfer. Data on the disks or CDs shall be exported using the QCS built-in export function. If used, diskettes and CD-ROMs will be submitted in accordance with the following:

1.8.1 File Medium

The Contractor shall submit required data on 3-1/2 inch double-sided

high-density diskettes formatted to hold 1.44 MB of data, capable of running under Microsoft Windows 95 or newer. Alternatively, CD-ROMs may be used. They shall conform to industry standards used in the United States. All data shall be provided in English.

1.8.2 Disk or CD-ROM Labels

The Contractor shall affix a permanent exterior label to each diskette and CD-ROM submitted. The label shall indicate in English, the QCS file name, full contract number, contract name, project location, data date, name and telephone number of person responsible for the data.

1.8.3 File Names

The Government will provide the file names to be used by the Contractor with the QCS software.

9. WEEKLY SUBMISSION OF EXPORT FILES

The contractor shall, at a minimum, generate and submit weekly export file to the Gov't.

1.9 MONTHLY COORDINATION MEETING

The Contractor shall update the QCS database each workday. At least monthly, the Contractor shall generate and submit an export file to the Government with schedule update and progress payment request. As required in Contract Clause "Payments", at least one week prior to submittal, the Contractor shall meet with the Government representative to review the planned progress payment data submission for errors and omissions. The Contractor shall make all required corrections prior to Government acceptance of the export file and progress payment request. Payment requests accompanied by incomplete or incorrect data submittals will be returned. The Government will not process progress payments until an acceptable QCS export file is received.

1.10 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the requirements of this specification. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. The QCS module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer).

-- End of Section --

SECTION 01320

PROJECT SCHEDULE
NETWORK ANALYSIS SYSTEM
(NYD Rev. 6/01)

PART 1 GENERAL

1.1 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-07 Schedules

Initial Project Schedule; GA. Preliminary Project Schedule; GA. Periodic Schedule Updates; GA.

Four copies of the schedules showing codes, values, categories, numbers, items, etc., as required.

SD-08 Statements

Qualifications; FIO.

Documentation showing qualifications of personnel preparing schedule reports.

SD-09 Reports

Narrative Report; FIO. Schedule Reports; FIO.

Four copies of the reports showing numbers, descriptions, dates, float, starts, finishes, durations, sequences, etc., as required.

1.2 QUALIFICATIONS

The Contractor shall designate an authorized representative who shall be responsible for the preparation of all required project schedule reports. This person shall have previously created and reviewed computerized schedules. Qualifications of this individual shall be submitted to the Contracting Officer for review with the Preliminary Project Schedule submission.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

Pursuant to the Contract Clause, SCHEDULE FOR CONSTRUCTION CONTRACTS a Project Schedule as described below shall be prepared. The Contractor shall be responsible for scheduling of all procurement and construction activities as well as design activities if applicable to the project. The scheduling of construction shall be the responsibility of the Contractor. Contractor management personnel shall actively participate in its development. Subcontractors and suppliers working on the project should also contribute in developing and maintaining an accurate Project Schedule. The approved Project Schedule shall be used to measure the progress of the work, to aid in evaluating time extensions, and to provide the basis of all progress payments.

3.2 BASIS FOR PAYMENT

The schedule shall be the basis for measuring Contractor progress. Lack of an approved schedule or scheduling personnel shall result in an inability of the Contracting Officer to evaluate Contractor progress for the purposes of payment. Failure of the Contractor to provide all information, as specified below, shall result in the disapproval of the entire Project Schedule submission and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes. In the case where Project Schedule revisions have been directed by the Contracting Officer and those revisions have not been included in the Project Schedule, then the Contracting Officer may hold retainage up to the maximum allowed by contract, each payment period, until revisions to the Project Schedule have been made.

3.3 PROJECT SCHEDULE

The computer software system utilized by the Contractor to produce the Project Schedule shall be capable of providing all requirements of this specification. Failure of the Contractor to meet the requirements of this specification shall result in the disapproval of the schedule. Manual methods used to produce any required information shall require approval by the Contracting Officer.

3.3.1 Use of the Critical Path Method

The Critical Path Method (CPM) of network calculation shall be used to generate the Project Schedule. The Contractor shall provide the Project Schedule in either the Precedence Diagram Method (PDM) or the Arrow Diagram Method (ADM).

3.3.2 Level of Detail Required

With the exception of the initial and preliminary schedule submission, the Project Schedule shall include an appropriate level of detail. Failure to develop or update the Project Schedule or provide data to the Contracting Officer at the appropriate level of detail, as specified by the Contracting Officer, shall result in the disapproval of the schedule. The Contracting Officer will use, but is not limited to, the following conditions to determine the appropriate level of detail to be used in the Project Schedule.

3.3.2.1 Activity Durations

Contractor submissions shall be required to follow the direction of the Contracting Officer regarding reasonable activity durations. Reasonable durations are those that allow the progress of activities to be accurately determined between payment periods. A rule of thumb, that the Contractor should use, is that less than 2 percent of all non-procurement activities' Original Durations shall be greater than 20 days.

3.3.2.2 Design and Permit Activities-

The Contractor shall integrate design and permitting activities, including necessary conferences and follow-up actions and design package submission dates into the schedule if these items are applicable to the project.

3.3.2.3 Procurement Activities

Tasks related to the procurement of long lead materials or equipment shall be included as separate activities in the project schedule. Long lead materials and equipment are those materials that have a procurement cycle of over 90 days. Examples of procurement process activities include, but are not limited to: submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing.

3.3.2.4 Government Activities

Government and other agencies activities that could impact progress shall be shown. These activities include, but are not limited to: approvals, inspections, utility tie-in, Government Furnished Equipment (GFE) and notice to proceed for phasing requirements.

3.3.2.5 Workers Per Day

All activities shall have an estimate of the average number of workers per day that are expected to be used during the execution of the activity to produce the expected completion date. If no workers are required for an activity, in the case of activities related to procurement, for example, then the activity shall be identified as using zero workers per day. The workers per day information for each activity shall be identified by the Workers Per Day Code.

3.3.2.6 Responsibility

All activities shall be identified in the project schedule by the party responsible to perform the work. Responsibility includes, but is not limited to, the subcontracting firm, contractor work force, or government agency performing a given task. Activities shall not belong to more than one responsible party. The responsible party for each activity shall be identified by the Responsibility Code.

3.3.2.7 Work Areas

All activities shall be identified in the project schedule by the work area

in which the activity occurs. Activities shall not be allowed to cover more than one work area. The work area of each activity shall be identified by the Work Area Code.

3.3.2.8 Modification or Claim Number

Any activity that is added or changed by contract modification or used to justify claimed time shall be identified by a mod or claim code that changed the activity. Activities shall not belong to more than one modification or claim item. The modification or claim number of each activity shall be identified by the Mod or Claim Number.

3.3.2.9 Bid Item

All activities shall be identified in the project schedule by the Bid Item to which the activity belongs. An activity shall not contain work in more than one bid item. the bid item for each appropriate activity shall be identified by the Bid Item Code.

3.3.2.10 Phase of Work

All activities shall be identified in the project schedule by the phases of work in which the activity occurs. Activities shall not be allowed to contain work in more than one phase of work. The project phase of each activity shall be by the unique Phase of Work Code.

3.3.2.11 Category of Work

All Activities shall be identified in the project schedule according to the category of work which best describes the activity. Category of work refers, but is not limited to, the procurement chain of activities including such items as submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing. The category of work for each activity shall be identified by the Category of Work Code.

3.3.2.12 Feature of Work

All activities shall be identified in the project schedule according to the feature of work to which the activity belongs. Feature of work refers, but is not limited to a work breakdown structure for the project. The feature of work for each activity shall be identified by the Feature of Work Code.

3.3.3 Scheduled Project Completion

The schedule interval shall extend from the Notice to Proceed to the contract completion date.

3.3.3.1 Project Start Date

The schedule shall start no earlier than the date that the Notice to Proceed (NTP) was acknowledged. The Contractor shall include as the first activity in the project schedule an activity called "Start Project". The "Start Project" activity shall have: an "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.3.2 Constraint of Last Activity

Completion of the last activity in the schedule shall be constrained by the contract completion date. Calculation on project updates shall be such that if the early finish of the last activity falls after the contract completion date, then the float calculation shall reflect a negative float on the critical path. The Contractor shall include as the last activity in the project schedule an activity call "End Project". The "End Project" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.3.3 Early Project Completion

In the event the project schedule shows completion, the project prior to the contract completion date, the Contractor shall identify those activities that have been accelerated and/or those activities that are scheduled in parallel to support the Contractor's "early" completion. Contractor shall specifically address each of the activities noted at every project schedule update period to assist the Contracting Officer to evaluate the Contractor's ability to actually complete prior to the contract period.

3.3.4 Interim Completion Dates

Contractually specified interim completion dates shall also be constrained to show negative float if the early finish date of the last activity in that phase falls after the interim completion date.

3.3.4.1 Start Phase

The Contractor shall include as the first activity for a project phase an activity called "Start Phase X" where "X" refers to the phase of work. The "Start Phase X" activity shall have: an "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.4.2 End Phase

The Contractor shall include as the last activity in a project phase an activity called "End Phase X" where "X" refers to the phase of work. The "End Phase X" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.4.3 Phase X

The Contractor shall include a hammock type activity for each project phase called "Phase X" where "X:" refers to the phase of work. The "Phase X" activity shall be logically tied to the earliest and latest activities in the phase.

3.3.5 Default Progress Data Disallowed

Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in CPM scheduling software systems. Actual Start and Finish dates on the CPM schedule shall match those dates provided

from Contractor Quality Control Reports. Failure of the Contractor to document the Actual Start and Finish dates on the Daily Quality Control report for every in progress or completed activity and insure that the data contained on the Daily Quality Control reports is the sole basis for schedule updating shall result in the disapproval of the Contractor's schedule and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes.

3.3.6 Out-of-Sequence Progress

Activities that have posted progress without predecessors being completed (Out-of-Sequence Progress) shall be allowed only by the case-by-case approval of the Contracting Officer. The Contracting Officer may direct that changes in schedule logic be made to correct any or all out-of-sequence work.

3.3.7 Extended Non-Work Periods

Designation of Holidays to account for non-work periods of over 5 days shall not be allowed. Non-work periods of over 5 days shall be identified by addition of activities that represent the delays. Modifications to the logic of the project schedule shall be made to link those activities that may have been impacted by the delays to the newly added delay activities.

3.3.8 Negative Lags

Lag durations contained in the project schedule shall not have a negative value.

3.4 PROJECT SCHEDULE SUBMISSIONS

The Contractor shall provide the submissions as described below. The data disk, reports, and network diagrams required for each submission are contained in paragraph SUBMISSION REQUIREMENTS.

3.4.1 Preliminary Project Schedule Submission

The Preliminary Project Schedule, defining the Contractor's planned operations for the first 60 calendar days shall be submitted for approval within 10 calendar days after Notice to Proceed is acknowledged. The approved preliminary schedule shall be used for payment purposes not to exceed 60 calendar days after Notice to Proceed.

3.4.2 Initial Project Schedule Submission

The Initial Project Schedule shall be submitted for approval within 40 calendar days after Notice to Proceed. The schedule shall provide a reasonable sequence of activities which represent work through the entire project and shall be at a reasonable level of detail.

3.4.3 Periodic Schedule Updates

Based on the result of progress meetings, specified in "Periodic Progress Meetings," the periodic schedule updates. These submissions shall enable the Contracting Officer or to assess Contractor's progress. If the Contractor

fails or refuses to furnish the information and project schedule data, which in the judgment of the Contracting Officer or authorized representative, is necessary for verifying the contractor's progress, the Contractor shall be deemed not to have provided an estimate upon which progress payment may be made.

3.4.4 Standard Activity Coding Dictionary

The Contractor shall submit, with the Initial Project Schedule, a coding scheme that shall be used throughout the project for all activity codes contained in the schedule. The coding scheme submitted shall list the values for each activity code category and translate those values into project specific designations. For example, a Responsibility Code Value, "ELE", may be identified as "Electrical Subcontractor." Activity code values shall represent the same information throughout the duration of the contract. Once approved with the Initial Project Schedule submission, changes to the activity coding scheme must be approved by the Contracting Officer's Representative.

3.5 SUBMISSION REQUIREMENTS

The following items shall be submitted by the Contractor for the initial submission, and every periodic project schedule update throughout the life of the project:

3.5.1 Data Disks

Two data disks containing the project schedule shall be provided. Data on the disks shall be in the format specified in Appendix A, " Standard Data Exchange Format".

3.5.1.1 File Medium

Required data shall be submitted on 3.5 disks, formatted to hold 1.44 MB of data, under the MS-DOS Version 5.0 operating system.

3.5.1.2 Disk Label

A permanent exterior label shall be affixed to each disk submitted. The label shall indicate the type of schedule (Initial, Update, or Change), full contract number, project name, project location, data date, name and telephone number or person responsible for the schedule, and the MS-DOS version used to format the disk.

3.5.1.3 File Name

Each file submitted shall have a name related to either the schedule data date, project name, or contract number. The Contractor shall develop a naming convention that will insure that the names of the files submitted are unique. the Contractor shall submit the file naming convention to the Contracting Officer for approval.

3.5.2 Narrative Report