# EXHIBIT 10

US Army Corps
of Engineers
New York District

# ARTHUR KILL CHANNEL NAVIGATION IMPROVEMENT PROJECT

# CONTRACT 1 (SECTIONS A and B)

## NEW YORK AND NEW JERSEY

## Specifications

**IFB NO. DACW51-03-B-0001**

(UNRESTRICTED)

G005742

G01010 05718

US ARMY ENGINEER DISTRICT, NEW YORK

**INVITATION FOR BID NO. DACW51-03-B-0001**

CHECK LIST FOR BIDDERS

ATTACHED IS IFB NO. DACW51-03-B-0001
Arthur Kill Channel, Navigation Improvement Project, Contract 1
New York and New Jersey

ALL INFORMATION REQUIRED BY THE TERMS OF THIS SOLICITATION MUST BE FURNISHED. MISTAKES OR OMISSIONS MAY RENDER YOUR BID INELIGIBLE FOR AWARD. IMPORTANT ITEMS FOR YOU TO CHECK ARE INCLUDED IN BUT NOT LIMITED TO THOSE LISTED BELOW. THIS INFORMATION IS FURNISHED ONLY TO ASSIST YOU IN SUBMITTING A PROPER BID.

__HAVE YOU ACKNOWLEDGED ALL AMENDMENTS?

__HAVE YOU COMPLETED THE "REPRESENTATIONS AND CERTIFICATIONS" (SECTION 00600) PORTION OF THE SOLICITATION?

__IS YOUR DUNS NUMBER LISTED ON THE STANDARD FORM 1442?

__IS YOUR BID PROPERLY SIGNED?

__A BID BOND IS REQUIRED. HAS YOUR SURETY PROVIDED YOU WITH A BID BOND ON STANDARD FORM 24 OR A SIMILAR FORM CONTAINING THE SAME LANGUAGE AS A STANDARD FORM 24?

__IS YOUR BID GUARANTEE IN THE PROPER AMOUNT?

__IS YOUR BID GUARANTEE PROPERLY SIGNED BY BOTH THE BIDDER AND SURETY AND ARE ALL REQUIRED SEALS AFFIXED?

__IS THE NAME IN WHICH YOU SUBMITTED THE BID THE SAME ON YOUR BID AS ON THE BID BOND?

__IS YOUR BID BOND INCLUDED WITH YOUR BID? (A LATE BID GUARANTEE IS TREATED THE SAME AS A LATE BID)

__HAVE YOU ENSURED THAT YOU HAVE NOT RESTRICTED YOUR BID BY ALTERING THE PROVISIONS OF THE SOLICITATION?

__WHEN REQUIRED, HAVE YOU ENTERED A UNIT PRICE FOR EACH BID ITEM? (THE SOLICITATION SPECIFICALLY STATES WHEN THIS IS NECESSARY.)

__ARE DECIMALS IN YOUR PRICES IN THE PROPER PLACE? ARE YOUR FIGURES LEGIBLE?

__IF YOU HAVE MADE ERASURES OR CORRECTIONS ON YOUR BID, ARE THEY INITIALED BY THE PERSON SIGNING THE BID?

__DOES THE ENVELOPE CONTAINING YOUR BID PROPERLY IDENTIFY THAT IT ISA SEALED BID AND DOES IT CONTAIN THE CORRECT SOLICITATION NUMBER AND BID OPENING TIME?

__WILL YOUR BID ARRIVE ON TIME? (SEE PARAGRAPH ENTITLED "LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF BIDS" IN THE INSTRUCTIONS, CONDITIONS, AND NOTICES TO BIDDERS, SECTION 00100 OF THE SOLICITATION.)

**NOTE**: THERE ARE INCREASED SECURITY MEASURES AT JACOB K. JAVITS FEDERAL BUILDING, 26 FEDERAL PLAZA THAT MAY AFFECT THE TIME IT TAKES TO ENTER THE BUILDING. BIDDERS IS RESPONSIBLE TO ENSURE THAT ITS BID IS SUBMITTED TIMELY.

IFB NO. DACW51-03-B-0001

NEW YORK DISTRICT
CORPS OF ENGINEERS
NEW YORK, NEW YORK 10278-0090

INVITATION FOR BIDS
FOR
Arthur Kill Channel Navigation Improvement Project, Contract 1
New York and New Jersey

1. Attached is INVITATION FOR BIDS (IFB) NO. DACW51-03-B-0001.

2. BIDS MUST BE SET FORTH full, accurate, and complete information as required by this Invitation for Bids, including attachments. The penalty for making false statements in bids is prescribed under Title 18, United States Code, Section 1001.

3. SUBMISSION OF BIDS: Complete details concerning proper submission of bids are contained in the INSTRUCTIONS, CONDITIONS, AND NOTICES TO BIDDERS (Section 00100).

4. Note the REQUIREMENT FOR AFFIRMATIVE ACTION of the EQUAL OPPORTUNITY clause as it applies to the contract resulting from this solicitation. (See paragraph NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY in Section 00100 of this IFB).

5. REPRESENTATIONS AND CERTIFICATIONS – SECTION 00600
   Bidders and Offerors are required to complete the REPRESENTATIONS AND CERTIFICATIONS and submit them with their bids.

   Within Section 00600, note in particular the CERTIFICATION OF NONSEGREGATED FACILITIES. Failure of a bidder or offeror to agree to the certification will render his bid or offer non-responsive to the terms of solicitations involving awards of contracts exceeding $10,000 which are not exempt from the provisions of the Equal Opportunity Clause (1984 APR).

6. THIS IS A CIVIL WORKS PROGRAM PROCUREMENT AND IS NOT FUNDED BY THE DEPARTMENT OF DEFENSE. BUY AMERICAN ACT – CONSTRUCTION MATERIALS (MAY 1993) IN ACCORDANCE WITH FAR 52.225-5 APPLIES.

7. THIS PROJECT IS NOT A SMALL BUSINESS SET-ASIDE.

# MAIN TABLE OF CONTENTS

Arthur Kill Channel Navigation Improvement Project
Contract 1
New York and New Jersey


| SECTION | TITLE | NO. OF PAGES |
|---|---|---|
| **CONTRACT REQUIREMENTS** | | |
| 00010 | SF 1442 AND BIDDING SCHEDULE | 9 |
| 00100 | INSTRUCTIONS, CONDITIONS, AND NOTICE TO BIDDERS | 2 |
| 00600 | REPRESENTATIONS AND CERTIFICATIONS | 6 |
| 00700 | CONTRACT CLAUSES | 9 |
| 00800 | SPECIAL CONTRACT REQUIREMENTS | 37 |
| **LIST DOCUMENTS, EXHIBITS & OTHER ATTACHMENTS** | | |
| 00900 | WAGE RATES | 9 |
| 00901 | SAMPLE FORMS | 6 |
| 00902 | DEWATERING INSTRUCTIONS (TBF) AND REEF | 1 |
| 00903 | FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFICATIONS | 20 |
| **TECHNICAL PROVISIONS** | | |
| 01130 | ENVIRONMENTAL PROTECTION | 3 |
| 01270 | MEASUREMENT AND PAYMENT | 5 |
| 01312 | QUALITY CONTROL SYSTEM (QCS) | 7 |
| 01320 | PROJECT SCHEDULE: NETWORK ANALYSIS SYSTEM | 24 |
| 01330 | SUBMITTAL PROCEDURES | 12 |
| 01420 | SAFETY | 8 |
| 01451 | CONTRACTOR QUALITY CONTROL | 17 |
| 02100 | SUBSURFACE DRILLING AND SAMPLING | 6 |

| | | |
|---|---|---|
| 02200 | BLASTING | 14 |
| 02220 | REMOVAL AND DISPOSAL OF WOODEN DIKE AND CONCRETE FOUNDATION | 4 |
| 02900 | DREDGING AND DISPOSAL | 28 |
| 11010 | DIGITAL PHOTO DOCUMENTS AND COMMUNICATIONS | 6 |

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW51-03-B-0001 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 30-Oct-2002 | PAGE OF PAGES 1 OF 27 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. W16ROE-2262-6382 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY CODE DACW51 | 8. ADDRESS OFFER TO (If Other Than Item 7) CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA (DACW51)<br>NEW YORK NY 10278-0090 | **See Item 7** |
| TEL: FAX: (212)264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME INA J OHRWASHEL | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) 212-264-0154 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

ARTHUR KILL CHANNEL NAVIGATION IMPROVEMENT PROJECT
CONTRACT #1, NEW YORK AND NEW JERSEY

NAICS CODE IS 234990 - UNRESTRICTED

PROJECT MANAGER - JAMAL SULAYMAN - 212-264-9080
CONTRACT SPECIALIST- INA J. OHRWASHEL 212-264-0154

BID OPENING WILL BE HELD IN ROOM 1843

11. The Contractor shall begin performance within 5 calendar days and complete it within 330 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______________________.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 11:00 AM *(hour)* local time 04 Dec 2002 *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |
| CODE / FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

| AMOUNTS | SEE SCHEDULE OF PRICES |
|---|---|

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| | | |
|---|---|---|
| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

| | |
|---|---|
| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |

| | | |
|---|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |

| | |
|---|---|
| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| | |
|---|---|
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>TEL: EMAIL: |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA BY / 31C. AWARD DATE |

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

G005749

G01010 05725

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | BASE BID ITEMS<br>FFP<br>CONSTRUCT NAVIGATION CHANNEL<br>PURCHASE REQUEST NUMBER: W16ROE-2262-6382 | | | | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | | |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 600 | Ton | | |
| | DEBRIS AND WOODEN DIKE<br>REMOVAL AND DISPOSAL | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 566,000 | CY | ________ | |

DREDGING, TRANSPORTATION, DELIVERY
PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS, UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD (PLACEMENT AT either the OENJ CHEROKKE BAYONNE LANDFILL REMEDIATION AND/OR AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES)

Name of Site(s) ____________
Name of POC(s) ________
Address of SIte (s) ____________
____________
________
Phone(s) ______________

NET AMT ____________________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 566,000 | Cubic Yard | ________ | |

DEWATERING IN ACCORDANCE WITH
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT ____________________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | | |
| | SUBSURFACE DRILLING AND SAMPLING<br>FFP | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 1 | Lump Sum | | |
| | FIELD OFFICE<br>FFP | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 285,000 | Cubic Yard | | |
| | DREDGING, TRANSPORTATION, DELIVERY AND PLACEMENT OF NON-ROCOK MATERIALS SUITABLE FOR PLACEMENT UPLAND, EXCLUDES DEWATERING, ITEM 00001AH AND WITHOUT PROCESSING (PLACEMENT AT EITHER THE OENJ CHEROKEE BAYONNE LANDFILL REMEDIATION AND/OR AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) AS ITEM 0001AC) | | | | |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 285,000 | Cubic Yard | ________ | |

DEWATERING IN ACCORDANCE WITH
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS
FOR UPLAND PLACEMENT

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 36,000 | Cubic Yard | ________ | |

DREDGING, TRANSPORTATION, DELIVERY
AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR
PLACEMENT AT THE HARS (PLACEMENT AT THE NEWARK BAY CONFINED
DISPOSAL FACILITY.

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AK | | 108,000 | Cubic Yard | ________ | |

DREDGING, TRANSPORTATION, DELIVERY
AND PLACEMENT AT THE HARS PLACEMENT OF NON-ROCK (RED-BROWN)
SILT AND CLAY) MATERIALS AS SHOWN IN THE DRAWINGS FOR
PLACEMENT AT THE HARS

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AL | | 151,000 | Cubic Yard | ________ | |
| | THE DRILLING, BLASTING, DREDGING AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICAL REEF | | | | |

NET AMT ____________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AM | | 1 | Lump Sum | | |
| | REMOVAL AND DISPOSAL OF CONCRETE NAVIGATION FOUNDATION | | | | |

NET AMT ____________

TOTAL BASE BID: ____________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 OPTION | | 1 | Lump Sum | | |
| | OPTIONAL ITEMS ADDITIONAL COST FOR OPTIONAL INSURANCE | | | | |

NET AMT ____________

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | EST QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 260,000 | Cubic Yard | ______ | |
| OPTION | OPTIONAL ITEMS/DIFFERENCE IN COST<br>FFP<br>TO THE PROJECT FOR PLACEMENT AT THE HARS PLACEMENT OF NON-ROCK (sand and gravel) MATERIALS (as in Item 0001AG and 0001AH)<br>(NEGATIVE NUMBERS TO BE SHOWN IN PARENTHESIS) | | | | |
| | | | | NET AMT | ______ |

TOTAL BASE BID PLUS OPTIONAL ITEMS ______________

**NOTES FOR PRICE SCHEDULE:**

1. Bidders are required to bid on both the Base Bid Item and the Optional Items on the Price Schedule or their bid will be rejected.
2. The low bidder for the purpose of award will be the conforming responsible bidder offering the lowest amount for the Total Base Bid & Optional Items.
3. Any bid which is materially unbalanced as to the price for the Base Bid Item and Optional Items may be rejected. An unbalanced bid is one, which is based on price significantly less than the cost for some work and prices are significantly overstated for other work.
4. Bidders are reminded that they must bid on the issued plans and specifications as amended. Any deviations, conditions or attachments made by the bidders thereto may render the bid non-responsive and be cause for its rejection.
5. The Optional Items, if awarded, will be awarded within 180 days of the Notice to Proceed date. The Government is under no obligation to award the Optional Items.
6. The Newark Bay Confined Disposal Facility may not be used unless directed by the Contracting Officer or the Contracting Officer's Representative.
7. In Line Item 0001AC and Line Item 0001AG a bidder may bid on using either OENJ and/or a site(s) of their choice.
8. Should bidders choose to supply their own site in 0001AC and Line Item 0001AG, the apparent low bidder shall submit the documents specified Section 00800: Special Contract Requirements, Alternate Disposal Site Compliance. If the apparent low bidder does not submit the information required to be submitted within the times specified the Contractor will be considered non-responsible and its bid rejected.

9. Should bidders choose to supply their own site(s) in 0001AC and 0001AG, bidders will write on the blank lines provided on the Price Schedule Line Item 0001AC the name(s) of the site(s), POC(s), address(s) and phone(s) of their site(s) included in that line item.

(End of 00010

Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-6 | Data Universal Numbering System (DUNS) Number | JUN 1999 |
| 52.214-3 | Amendments To Invitations For Bids | DEC 1989 |
| 52.214-4 | False Statements In Bids | APR 1984 |
| 52.214-5 | Submission Of Bids | MAR 1997 |
| 52.214-6 | Explanation To Prospective Bidders | APR 1984 |
| 52.214-7 | Late Submissions, Modifications, and Withdrawals of Bids | NOV 1999 |
| 52.214-12 | Preparation Of Bids | APR 1984 |
| 52.214-18 | Preparation of Bids-Construction | APR 1984 |
| 52.214-19 | Contract Award-Sealed Bidding-Construction | AUG 1996 |
| 52.232-38 | Submission of Electronic Funds Transfer Information with Offer | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a firm fixed construction contract resulting from this solicitation.

(End of clause)

52.217-5 EVALUATION OF OPTIONS (JUL 1990)

(a) Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. Evaluation of options will not obligate the Government to exercise the option(s).

(b) The Government may reject an offer as nonresponsive if it is materially unbalanced as to prices for the basic requirement and the option quantities. An offer is unbalanced when it is based on prices significantly less than cost for some work and prices which are significantly overstated for other work.

(End of provision)

52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from

Chief, Contracting Division
U.S. Army Corps of Engineers
26 Federal Plaza
New York, New York 10278-0090

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://www.arnet.gov/far
http://farsite.mil.af.mil
http://www.dtic.mil/dfars

(End of provision

Section 00600 - Representations & Certifications

CLAUSES INCORPORATED BY FULL TEXT

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (APR 2002) - ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 234990

(2) The small business size standard is 17.0 million dollars

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern --

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.219-2 EQUAL LOW BIDS. (OCT 1995)

(a) This provision applies to small business concerns only.

(b) The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

________________________________________

________________________________________

(c) Failure to identify the labor surplus area as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

( ) (i) The facility does not manufacture, process or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

(End of clause)

52.226-2 HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION (MAY 2001)

(a) Definitions. As used in this provision--

Historically black college or university means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

Minority institution means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education, as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a)).

(b) Representation. The offeror represents that it --

( ) is ( ) is not a historically black college or university;

( ) is ( ) is not a minority institution.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include –

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or

subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

END OF SECTION

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 Alt I | Definitions (Dec 2001) --Alternate I | MAY 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |

| | | |
|---|---|---|
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.223-6 | Drug Free Workplace | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JUL 2002 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.228-15 | Performance and Payment Bonds--Construction | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.229-5 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 | Required Central Contractor Registration | NOV 2001 |

| | | |
|---|---|---|
| 252.205-7000 | Provisions Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | APR 2002 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.246-7000 | Material Inspection And Receiving Report | DEC 1991 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than .330 calendar days The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $4,000 per day for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except-

-

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference;

(ii) Otherwise successful offers from small business concerns;

(iii) Otherwise successful offers of eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded (see 25.402 of the Federal Acquisition Regulation (FAR)); and

(iv) Otherwise successful offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

___ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| **Affirmative Action Requirements**:<br>Union County<br>Minority: 17.3% | Union County<br>17.3% |
| Hudson County<br>Minority: 12.8% | Hudson County<br>12.8% |
| Richmond County<br>Minorities | Richmound County<br>6.9% |
| Electricians<br>9.0% - 10.2% | |
| Carpenters<br>27.6% - 32.0% | |
| Steamfitters<br>12.2% - 13.5% | |
| Metal Lathers<br>24.6% - 25.6% | |
| Painters<br>22.8% - 26.0% | |

| | |
|---|---|
| Operating Engineers | 25.6% - 26.0% |
| Plumbers | 12.0% - 14.5% |
| Iron Workers (Structural) | 25.9% - 32.0% |
| Elevator Constructors | 5.5% - 6.5% |
| Bricklayers | 13.4% - 15.5% |
| Asbestos Workers | 22.8% - 28.0% |
| Roofers | 6.3% - 7.5% |
| Iron Workers (Ornamental) | 22.4% - 23.0% |
| Cement Masons | 23.0% - 27.0% |
| Glaziers | 16.0% - 20.0% |
| Plasterers | 15.8% - |

18.0%
Teamsters

22.0% -
22.5%
Boilermakers

13.0% -
15.5%
All Other

16.4% -
17.5%

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the --

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Hudson County, Union County, Richmound County
(End of provision)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be __20% _______ percent of the bid price or $___3,000,000_____, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far
http://;farsite/mil.af.mil
http://www.dtic.mil/dfars

(End of clause)

252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60 percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining 40 percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

# SECTION 00800

## Special Contract Requirements

### Index

1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK
1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS
1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS
1.4 RECORD DRAWINGS
1.5 PHYSICAL DATA
1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE
1.7 CONSTRUCTION PROJECT SIGNS
1.8 SUBMISSION OF CLAIMS
1.9 SCHEDULING AND DETERMINATION OF PROGRESS
1.10 INSPECTION
1.11 NOTICE TO MARINERS
1.12 PROTECTION OF EXISTING STRUCTURES
1.13 BRIDGE-TO-BRIDGE COMMUNICATION
1.14 PERFORMANCE EVALUATION OF CONTRACTOR
1.15 FINAL EXAMINATION AND ACCEPTANCE
1.16 FUEL USAGE
1.17 OIL TRANSFER OPERATION
1.18 CERF IMPLEMENTATION
1.19 ENVIRONMENTAL LITIGATION
1.20 SIGNAL LIGHTS
1.21 LABOR – ADDITIONAL REQUIREMENTS
1.22 CONTINUING CONTRACT
1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION
1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS
1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER
1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL
1.27 PLANT
1.28 STATE/LOCAL INCOME TAXES
1.29 THE SEAGOING BARGE ACT
1.30 TIME EXTENSIONS
1.31 SUPERINTENDENCE OF SUBCONTRACTORS
1.32 INSURANCE PROCURED BY CONTRACTOR
1.33 FIELD OFFICE
1.34 PRICING ADJUSTMENTS
1.35 PERFORMANCE OF WORK BY THE CONTRACTOR
1.36 PARTNERSHIP IMPLEMENTATION PLAN
1.37 PRECONSTRUCTION CONFERENCE
1.38 MISPLACED MATERIAL
1.39 CHANGE OF DISPOSAL FACILITY
1.40 NOTES ON ESTIMATED ROCK ELEVATIONS
1.41 CONTRACTOR DIVING OPERATIONS
1.42 FACILITIES
1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS
1.44 QUANTITY SURVEYS
1.45 ALTERANATE DISPOSAL SITE

SECTION 00800

**SPECIAL CONTRACT REQUIREMENTS**

1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the initial Notice to Proceed, (ii) prosecute the work diligently, and (iii) complete the entire dredging and disposal of non-rock material and the entire work associated with the drilling, blasting, dredging, and disposal of rock material within **330** calendar days from the date the Contractor receives the Notice to Proceed. The completion shall include final cleanup of premises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days after the award of contract.

b. Location: The site of work is located at the **Arthur Kill Channel, New York and New Jersey.**

c. The Contractor shall furnish all labor, materials, equipment, and services (except those furnished by the Government) for the following work: Dredging and disposal of non-rock material, and drilling, blasting and dredging and disposal of rock material to depths indicated on the drawings.

d. All work shall be in accordance with the drawings and specifications or instructions attached hereto and made a part thereof, or to be furnished hereafter by the Contracting Officer and subject, in every detail, to his supervision, direction, and instructions (DoD FAR Supplement 52.236-7014)

e. The following only pertains to the portion of an acceptance area where rock is encountered. All vessel traffic will be prohibited from entering the area where dredging, drilling, blasting and rock removal is being conducted. Enforcement of these traffic restrictions is the responsibility of the United States Coast Guard. The Contractor shall immediately report any violations to the Coast Guard and the Contracting Officer, noting the offending vessel's name and description, time of occurrence, destination (if known), and direction of travel. The Contractor will buoy or mark the entire perimeter of the area for the entire duration of his work therein; work may not begin in the area until the Contracting Officer and Coast Guard have inspected and approved the Contractor's marking system. Buoys or markings must be lit and visible at night. Buoys or markings shall be removed only after work within the marked area is completed and accepted.

f. Except as provided in paragraph e above, the entire channel will remain open to commercial and noncommercial vessel traffic. The Contractor's work in non-restricted areas is governed by Special Contract Requirement paragraph 1.5.

g. Magnitude of Construction Project: The estimated value of the proposed work is between $50 million and $100 million.

## 1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (1984 APR)

Notwithstanding the clause of this contract entitled "Subcontracts", the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from the Contracting Officer a clearance that the proposed subcontractor is in compliance with the equal opportunity requirements and therefore is eligible for award. (FAR 52.222-28)

## 1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (52.236-7001)

See contract clause entitled CONTRACTOR DRAWINGS, MAPS AND SPECIFICATIONS in Section 00700 CONTRACT CLAUSES. For a listing of Contract Drawings refer to the "General Plan and Index to Drawings" on drawing CC-AK-101.

## 1.4 RECORD DRAWINGS

a. General: The Contractor will maintain up to date as-built drawings during the construction period and will submit final record drawings at the completion of contract areas. The Government will provide to the Contractor the CAD (Computer-Aided Drafting) files consisting of compact (computer) disks or magnetic media of the drawing files in the appropriate CAD format (e.g. "Microstation", "Autocad", etc.) for the project. The Contractor is required to make prints or mylars from the CAD files and continuously maintain the drawings to show current as-built conditions for the duration of the construction. Except for updates as indicated below, the Contractor may maintain as-built drawings by marking up drawings by hand or by CAD methods. Scanned drawings will not be acceptable. If the Government cannot provide CAD files for the project drawings, mylar(reproducible) drawings will be provided. The Contractor will then be required to comply with all requirements indicated herein by the use of hand drafting.

b. Progress As-built Prints: During construction, the Contractor is responsible for maintaining up to date set of paper prints to show as-built construction conditions. These as-built prints shall be kept current and available on the job site at all times. All changes from the contract plans which are made in the work or additional information which might be uncovered in the course of construction shall be accordingly and neatly recorded as they occur by means of details and notes. The as-built prints will be jointly inspected for accuracy and completeness by the Contracting Officer's representative and a responsible representative of the Contractor prior to submission of each monthly pay estimate. The prints shall show the following information, but not limited thereto:

(1) The location and description of any bridges, utility lines, or any other structures within the construction area. The location includes dimensions to permanent features.

(2) The location and dimensions of any changes with the channels.

(3) Correct grade or alignment of channels, structures or utilities if any changes were made from the contract plans.

(4) Correct elevations if changes were made in channel depths

(5) All changes, which result from contract modifications.

(6) Where contract drawings or specifications allow options, only the option selected for construction shall be shown on the as-built prints.

(7) All amendments to the contract drawings issued during the solicitation period shall be posted on the as-built drawings.

c. Protection of Records: The Contractor shall be responsible for the protection and safety of mylars and CAD record until returned to the Contracting Officer. Any drawings damaged or lost by the Contractor shall be satisfactorily replaced by the Contractor at his expense.

d. 50% As-Built Update: At the 50% point in construction of this project (as determined by progresses payments) the Contractor will update the CAD files of the project drawings in the appropriate CAD program to show as-built conditions as above, and submit an updated computer disk and one set of prints to the Contracting Officer for approval. If the mylars only are provided to the Contractor, they shall be updated at this stage using hand-drafting as specified herein, and the Contractor shall submit one set of prints to the Contracting Officer for approval. Any required corrections will be made by the Contractor before payment will be approved for this item. The Contractor must use updated CAD record or mylar drawings to produce required prints.

e. Preliminary Record Drawing Submittal: At least thirty (30) calendar days before the anticipated date of final acceptance inspection the Contractor shall deliver two copies of progress prints showing final as-built conditions to the Contracting Officer for review and approval. These as-built prints shall correctly show all features of the projects as it has been constructed, adding such additional drawings as may be necessary. They shall be printed from the CAD files updated in the appropriate CAD program, or from updated mylars if mylars only were provided to the Contractor. Within ten (10)days, the Government will provide the Contractor one set of prints indicating required corrections to the preliminary submittal. The Contractor will correct and resubmit within five days. Any required subsequent review and resubmission periods will each be accomplished within 5 days. Upon Government approval of the preliminary submittal, the Contractor will prepare final record drawings.

f. Record Drawing Submission: In the appropriate CAD program each drawing shall be marked with the words "RECORD DRAWING AS-BUILT" followed by

the name of the Contractor in lettering at least 3/16" high. All revision to the original contract drawings will be dated in the revision block. All prints and mylars must be reproduced from the updated CAD files. If mylars only were provided to the Contractor, they shall be hand-lettered or stamped as indicated above, and revisions shown in revision block. A minimum of 5 calendar days before the anticipated date of final acceptance inspection of the project the Contractor shall deliver to the Contracting Officer.

Three (3) CD's of CAD files of Record Drawings.
One (1) set of Mylar Record Drawings.
One (1) copy of prints of Record drawings.

Failure to make an acceptable submission of Record Drawings will delay the Final Acceptance Inspection for the project and shall be cause for withholding any payment due the Contractor under this contract.

g. Property: All paper prints, reproducible drawings and CAD files will become property of the Government upon final approval. Approval and acceptance of the final record drawings shall be accomplished before final payment is made to the Contractor.

h. Payment: No separate payment will be made for the as-built and record drawings or updating of CAD files required under this contract, and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.

**1.5 PHYSICAL DATA (1984 APR) (FAR 52.236-4)**

Information and data furnished or referred to below are furnished for the Contractor's information. However, it is expressly understood that the Government will not be responsible for any interpretation or conclusion drawn therefrom by the Contractor.

(1) The physical conditions indicated on the drawings and in the specifications are the results of site investigations by hydrographic surveys and individual inspections.

(2) The plane of reference mean low water (MLW) as established by National Geodetic Vertical Datum (1929 Adjustment), or NGVD29 will be used on the drawings and in these specifications.

(3) Weather Conditions: The site of the work is not exposed to direct offshore wind, ocean wave and swell action. However, the Contractor's ocean disposal operation may be affected by offshore conditions. It is the Contractor's responsibility to obtain and analyze available information concerning offshore conditions and its potential effect on his operations. See paragraph 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER for adverse weather delays at the project site.

a. Fog: An examination of the records of the U.S. Weather Service at Newark International Airport, New Jersey, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog

occurred in any recent year was 18 in 1982.

(4) Climatological data determined from records of the U.S. Weather Service Bureau at Newark Airport, N.J.:

| | |
|---|---|
| Mean Annual Temperature: | 54.1 degrees F |
| Mean Annual Precipitation: | 43.0 inches |

(5) Tides: The following is the tidal range near the project area:

| | |
|---|---|
| Port Newark Terminal | - mean range 5.1 feet |
| | - mean range spring 6.1 feet |
| The Battery | - mean range 4.6 feet |
| | - mean range spring 5.5 feet |

Irregular fluctuations due to wind and atmospheric pressure have resulted in tide stages at The Battery from 3.8 feet below MLW to 10.6 feet above MHW.

(6) Permit Structures: There are no known permit structures within the project area.

(7) Channel Traffic: Vessel traffic in the project waterway consists of seagoing bulk and general cargo freighters, tankers, container ships, auto carriers and miscellaneous small craft. Vessel traffic may cause delays to the work under these specifications.

(8) Other Work in the Area: There will be dredging contracts adjoining this area. It is the Government's intent, subject to funding, to award subsequent dredging contracts adjacent to the present contract area. The Contractor should expect some scheduling conflicts.

(9) Obstruction of Channel: The Government will not undertake to keep the channel free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army in accordance with the provisions of Section 7 of the River and Harbor Act approved August 8, 1917. The Contractor will be required to conduct the work in such a manner as to obstruct navigation as little as possible, except as herein before specified, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such passage. Upon completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore. The channel must be kept open to vessel traffic at all times except as permitted by the Contracting Officer. It should be noted that navigational safety takes precedence over dredging operations.

(10) Transportation Facilities: **NY State Route 440, Staten Island, New York and NY 278, Staten Island, New York and Elizabeth, New Jersey** serve the locality of the proposed work. All costs for the use of existing transportation facilities, and for maintenance, repair, removal

and restoration shall be borne by the Contractor.

(11) Winds and Waves: Wind and wave climate in the New York Bight area, based upon hourly data obtained from NOAA National Data Buoy Center (NDBC) observation at Station Ambrose Light (ALSN6) for the period 1990-1995 is provided below.

| Month | Average Wind Speed (mph) | Maximum 1 hr avg Wind Speed (mph) | %Time Winds over 25 mph | Average Signif. Wave Ht. (ft.) | Maximum Signif. Wave Ht. (ft.) | %Time Waves Over 6 ft. | Average # Occurrences over 6 ft |
|---|---|---|---|---|---|---|---|
| January | 19.4 | 51.7 | 26.3 | 3.3 | 15.7 | 8.7 | 3.0 |
| February | 19.7 | 51.8 | 28.1 | 3.2 | 11.8 | 7.9 | 2.8 |
| March | 18.8 | 70.8 | 24.6 | 3.4 | 19.7 | 9.0 | 3.4 |
| April | 17.7 | 47.5 | 18.9 | 3.1 | 9.1 | 3.7 | 2.2 |
| May | 16.1 | 40.7 | 13.4 | 2.9 | 9.5 | 2.6 | 1.4 |
| June | 15.8 | 43.6 | 12.4 | 2.6 | 9.5 | 0.9 | 0.6 |
| July | 14.3 | 39.4 | 5.2 | 2.5 | 9.2 | 0.5 | 1.0 |
| August | 14.3 | 51.1 | 7.6 | 2.8 | 7.5 | 4.2 | 1.7 |
| September | 15.5 | 48.9 | 9.3 | 2.9 | 9.2 | 2.7 | 1.8 |
| October | 17.0 | 46.6 | 17.4 | 3.0 | 11.5 | 5.6 | 3.0 |
| November | 19.3 | 59.6 | 25.2 | 3.1 | 15.4 | 7.0 | 2.3 |
| December | 20.2 | 80.0 | 29.3 | 3.4 | 23.9 | 10.7 | 2.8 |
| Annual | 17.3 | 80.0 | 18.2 | 3.0 | 23.9 | 5.4 | 26 |

Weather conditions exceeding in severity the fog conditions stated above, wind speeds exceeding the percentage shown for % winds over 25 mph, or wave heights exceeding 6 feet in height for more than one hour, will be considered "Unusually Severe" if delays are caused thereby to operations for more than 50% of the day under this contract.

## 1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE_(EFARS 52.2/9108(f))

a. Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the Contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8*, "Construction Equipment Ownership and Operating Expense Schedule," Region 1. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply. (* This manual can be ordered from the Government Printing Office by

calling Tel. No. (202) 783-3238. There is a charge for the manual.)

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-lease-back arrangements will be determined using the schedule except the rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment cost are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on standard form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

**1.7 CONSTRUCTION PROJECT SIGNS**

a. The Contractor shall construct five (5) signs; four for project identification, and one to show on-the-job safety performance. These signs will be placed at the Contracting Officer's direction within 15 calendar days after the Contractor receives the initial Notice to Proceed.

b. Exact placement location will be designated by the Contracting Officer.

c. Panels are fabricated using HDO (High Density Overlay) plywood with dimensional lumber uprights and bracing. The sign faces are non-reflective vinyl.

d. All legends are to be die-cut or computer-cut in the sizes and type-faces specified and applied to the white panel background following the graphic formats shown on the attached sheets. The Communications Red panel on the left side of the construction project sign with Corps signature (reverse version) is screen printed onto the white background.

e. Samples of the signs are included at the end of this section. The project names on the sample signs are only provided to illustrate format. The actual signs will include the name of this project. The precise wording shall be provided by the Contracting Officer's Representative.

f. No separate payment will be made for erecting and maintaining the signs and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the signs from the project site.

**1.8 SUBMISSION OF CLAIMS**

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. claims referencing or mentioning the Contracting Disputes Act of 1978

b. requests for a written decision by the Contracting Officer

c. claims certified in accordance with the Contract Disputes Act of 1978

A copy of the requests shall be also be provided to the authorized Contracting Officer's Representative (COR) for action and no other Government representative is authorized to accept such requests. The Contractor shall also provide the Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized Representative of the Contracting Officer and which have not been resolved after 90 days.

## 1.9 SCHEDULING AND DETERMINATION OF PROGRESS

Pursuant to the Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS in Section 00700, the Contractor shall prepare and submit for approval a practicable project schedule. The type of schedule and detailed requirements as well as timing of this submittal shall be as specified in specification section "Project Schedule".

This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified schedule for approval by the Contracting Officer.

The terms of Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved project schedule, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met.

Neither on the project schedule as originally submitted nor on any updated periodic schedule which the Contractor is required to prepare and submit, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction, pursuant to Contract Clause, PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, in Section 00700. The making of such an allowance will be contingent upon a determination by the Contracting Officer that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

## 1.10 INSPECTION (1965 APR OCE)

The inspectors, the Contracting Officer's Representative at the site of the work have certain direct and indirect authority to assure that the work is being performed in compliance with the plans and specifications, will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position. The presence or absence of an inspector shall not relieve the Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor will be required:

(a) To furnish, at the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the surveys, prescribed in the clause entitled "Final Examination and Acceptance."

(b) To furnish, at the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the disposal sites. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

## 1.11 NOTICE TO MARINERS

The Contractor shall, prior to commencement of work, notify the 1st Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in a "Notice to Mariners." This notification must be given at least three (3) weeks in advance so that it appears in the "Notice to Mariners" at least one week prior to the commencement of the dredging operation. The Contractor shall also coordinate all dredging and transportation activities with U.S. Coast Guard Activities New York, Vessel Traffic Service Branch at 718-354-4191 or facsimile 718-354-4096.

## 1.12 PROTECTION OF EXISTING STRUCTURES

All existing structures, piers, bulkheads, utility lines, ships, etc. shown on the drawings or the existence and location of which are made known to the Contractor prior to beginning of work shall be protected from damage. In the event of damage as a result of the Contractor's operations, the Contractor shall be responsible for the repair, restoration, or for all costs of damage resulting therefrom. If the Contractor elects to have alterations made to any existing structure, utility, or other improvements for his convenience, he shall make arrangements with the owner of the facility for such alterations and the arrangements made shall be approved by the Contracting Officer unless they are to be removed.

## 1.13 BRIDGE-TO-BRIDGE COMMUNICATION

In order that radio contact may be made with passing vessels, all major

vessels and plant, engaged in work under this contract shall be equipped with bridge-to-bridge radio telephone equipment. The radio telephone equipment shall operate on a single channel very high frequency (VHF), on a frequency of 156.65 MHZ, Channel 13 with low power output having a communication range of approximately ten (10) miles. The frequency has been approved by the Federal Communications Commission.

**1.14 PERFORMANCE EVALUATION OF CONTRACTOR (1985 JAN HQ USACE)**

a. As a minimum, the Contractor's performance will be evaluated upon final acceptance of the work. However, interim evaluations may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be SF 1421, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor will be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be made a part of the official record. Performance Evaluation Reports will be available to all DoD contracting offices for their future use in determining Contractor responsibility, in compliance with DFARS 36.201(c)(1).

**1.15 FINAL EXAMINATION AND ACCEPTANCE (1965 APR OCE)**

As soon as practicable after the completion of an entire acceptance area, a final examination of the work will be conducted by the Contracting Officer, at the cost and expense of the Government by acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor will be required to remove same. The Contractor, or his authorized representative, will be notified when soundings or sweepings are to be made, and will be permitted to accompany the survey party. The Government shall notify the Contractor of the findings of survey within ten (10) calendar days from the date the survey was performed by the Government. When the area is found to be in a satisfactory condition, it will be accepted. Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of $8,200.00 per occurrence. **For purposes of this Contract, Area A,B,C,D,E,F,G,H,I,and J as defined on the drawings have been identified as acceptance areas.** Progress payment shall be arranged at the pre-construction conference. The Contractor shall perform pre-final hydrographic sweep surveys of an entire acceptance area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multitrack or multibeam survey system to insure 100% coverage of the entire acceptance area. The proposed method for performing these surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EC 1130-2-210, HYDROGRAPHIC SURVEYING, 1 October

1998 for Class I surveys.

**1.16 FUEL USAGE**

The Contractor shall furnish the Contracting Officer a report, to be received on or before the last day of the calendar month, listing the totals of fuels consumed by the dredging plant and support vessels. The report shall list quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

**1.17 OIL TRANSFER OPERATIONS (NAP-1/81)**

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, and municipal laws, codes and regulations. Particular attention is invited to 33 CFR Subchapter O, "Pollution." The Contractor shall incorporate in the accident prevention program, submitted in compliance with contract clause ACCIDENT PREVENTION in Section 00700, sufficient information to demonstrate that all fuel transfers will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations.

**1.18 CERF IMPLEMENTATION (83 JUN 1 OCE)(EFARS 52.2-9112)**

NOT USED.

**1.19 ENVIRONMENTAL LITIGATION (1974 NOV OCE)(ECI 7-671.10)**

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than those required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause in Section 00700 of this contract. The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

**1.20 SIGNAL LIGHTS (FEB 1983)(DEAN-PRP Ind 12 Sep 83)**

The Contractor shall display lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights

and day signals to be displayed by towing vessels with tows on which no signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CFR 81 App. A-72 COLREGS. Part C), vessels in inland waters (33 CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70), as applicable.

**1.21 LABOR - ADDITIONAL REQUIREMENTS**

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD Form 879. Statement of Compliance, and attached to each weekly payroll.

**1.22 CONTINUING CONTRACT (Alternate) (1995 MAR)(EFARS)**

a. Funds are not available at the inception of this contract to cover the entire contract price. The sum of **$10,000,000** has been reserved for this contract and is available for payment to the Contractor during the current fiscal year. It is expected that Congress will make appropriations for future fiscal years from which additional funds, together with funds provided by the nonfederal project sponsor will be reserved for this contract. The liability of the United States for payments beyond the funds reserved for this contract is contingent on the reservation of additional funds.

b. Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not be considered a breach of this contract, and shall not entitle the Contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (e) and (h) below.

c. The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The Contracting Officer will promptly notify the Contractor of any additional funds reserved for the contract by issuing an administrative modification to the contract.

d. If earnings will be such that funds reserved for the Contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under this contract during that fiscal year. This notice shall be given not less than 45 nor more than 60 days prior to the estimated date of exhaustion.

e. No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. If and when sufficient additional funds are reserved, the Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of this contract and would have been

made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, as in effect on the first day of the delay in such payment.

f. Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under a "Suspension of Work" or similar clause or in any other manner under this contract.

g. An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

h. If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having been terminated. Such a termination shall be at no cost to the Government, except that, to the extent that additional funds to make payment therefore are allocated to this contract, it may be treated as a termination for the convenience of the Government.

i. If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the Contractor because of work performed and to be performed under this contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

j. The term "Reservation" means monies that have been set aside and made available for payments under this contract.

**1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION**

a. This clause is applicable to small business concerns whose contracts exceed $1,000,000.

b. In accordance with the clause at FAR 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS, in effect on the date of this contract, the Contracting Officer may survey the extent of small and small disadvantaged business utilization under this contract. The Contractor may be required to report to the Contracting Officer statistical data on the number and dollar amounts of subcontracting awards with small businesses and small disadvantaged businesses.

c. As appropriate, the Contracting Officer may require one or more follow-up reports to the initial report.

d. The Contractor agrees to insert this clause in any subcontract that may exceed $1,000,000, including this subparagraph d.

## 1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS

In addition to the requirements contained in the Contract Clause entitled "PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS" in Section 00700 and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the Contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The schedule of values (or prices) shall consist of a detail breakdown of the contract price, giving quantities breakdown for each of the various kinds of work (rock and non-rock materials), unit prices, and extended prices therefor. The required schedule shall be based on the actual breakdown of the bid price. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the Contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the Contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The Contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in subparagraph (c). For purposes of payment a "proper invoice" is defined as the follows:

1. An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and associated costs.

2. A properly completed Eng Form 93 and 93a (where required).

3. All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedule, updated submittal registers, etc.

4. The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship.

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contract intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

(4) All required prime and subcontractor payrolls have been submitted.

_____________________________________________
(Name)

_____________________________________________
(Title)

_____________________________________________
(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submission and the Contractor shall be so notified at the pre-dredging conference. In addition to the designated Project Engineer, the Contractor shall at the same time submit one copy of the detailed breakdown and the Eng Form 93 and 93a Form to the Area Engineer.

d. The Government representative shall return any request for payment which is deemed defective within 7 days of receipt and shall specify the defects. If the defect concerns a disagreement as to the amount of work performed and/or the amount of the payment being submitted, the Government and the Contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the Contractor shall submit a new breakdown and Eng Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS and process the payment accordingly. In this event, a "proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the Contractor in accordance with the following time frames:

1. Progress Payments - From the date a "proper invoice" is received, in accordance with subparagraphs b and d of this clause, the

Government will issue a check within 14 calendar days.

2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EC 1130-2-210, Hydrographic Surveying, 1 Oct 1998, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for **Bid Item Nos. 0001AC,0001AG,0001AJ, 0001AK,0001AL and 0003** shall be 90 percent of the line item amount until the area is surveyed and accepted by the Government. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

## 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather

delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

Station Location: Newark, N.J.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (7) | (6) | (7) | (5) | (6) | (5) | (6) | (5) | (5) | (4) | (4) | (6) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15) (31 Oct 89)

## 1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL

The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated 3 September 1996. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters Website. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that is in effect on the date of the solicitation. The website location where these changes can be found is under the button entitled, "Changes to EM", located at: http://www.hq.usace.army.mil/soh/hqusace_soh.htm." Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All



G005791

G01010 05767