bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, sequence and pattern of delays, maximum peak particle velocity from each instrument, and peak overpressure reading in pounds per square inch and decibels from each air blast sensor. Information provided should also include a written analysis of each blast, including the maximum particle velocity in each plane, associated frequency in each plane and peak true vector sum of particle motion. In addition to the submission of an initial test blast plan, the Contractor is required to submit a documentation of each blast prior to proceeding on to the next blast test. The documentation shall include, but not limited to a written analysis of each blast, all observed test blasting data, examination of structures of the pre blast surveys that were inspected, and information about excavation of fractured materials. Four copies of the record of each blast performed shall be submitted no later than 24 hours after completion of each test blast until the test blast program is completed. It is expected that the initial test blast will be used to develop knowledge of ground conditions, propagation characteristics, etc. At the conclusion of the test blast program, the Contractor shall examine all reports, surveys, test data, and other pertinent information. Conclusions reached shall be the basis for developing a completely engineered procedure for blasting. Five copies of this report shall be provided to the Contracting Officer. In no event shall the operational blasting proceed until the review of the developed procedure for blasting has been completed and the procedures approved.

5.4.1 Upon review of the post evaluation report by the New York and New Jersey State Historic Preservation Offices (SHPO) and the New York City Landmarks Preservation Commission, if additional structures that require monitoring, the Contractor shall perform supplemental monitoring as directed by the Contracting Officer.

6. OPERATIONAL BLASTING PLAN.

6.1 The Contractor shall submit to the Contracting Officer ten (10) copies of the Blasting Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these specifications.

6.2 No drilling shall be started before the Contracting Officer reviews and concurs with the blasting plan or any revisions to the plan.

6.2.1 Any changes to the Contractor's blasting or monitoring procedures, equipment, plant, products or personnel must be reflected in a revised Operational Blasting Plan or supplement and must be approved by the Contracting Officer prior to implementation.

6.3 The Blasting Plan shall include as minimum requirements the following:

(1) Proposed method of transportation, storage, and handling of explosives.
(2) Plan showing layout of drill hole pattern, timing and sequence.

anticipated burden dimensions and depth of subdrilling.

(3) Plan for the fragmentation of large boulders and blast rubble.

(4) Type of explosives and method of loading and detonating.

(5) Type of blasting machine to be used and when last tested.

(6) Specific gravity of explosives and manufacturer's technical literature.

(7) Initiation system to be used and explosive loading in pounds of explosive per delay.

(8) Indication as to whether decking or boosters will be used and the depths of required stemming.

(9) Type and number of drilling rigs, including drill hole diameter, and expected production rates/day.

(10) Type of instrumentation to be used, manufacturer, and when last calibrated and certified.

(11) Procedure for monitoring the blast operations.

(12) List of permits and clearances required, when applied for, and date of approval or anticipated approval.

(13) A format for maintaining a record of individual blasts throughout the life of the job designed to record pertinent data before, during, and after the blasting operation. Pertinent information shall include, but not be limited to, number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, and sequence and pattern of delays.

(14) Names and qualifications of specialists for vibration control analysis and air blast over- pressure measurements (refer to paragraph 4.3 for exacting requirements).

(15) Location plan, manufacturer's literature, and parameters to be used in site selection for seismic instrumentation.

(16) Plan showing location of warning signs and signals and the Contractor's land and marine spotters. A 2000 foot safety zone on either side of the blast site shall be free of vessels en route in the Arthur Kull Channel prior to each blast.

(17) Name and address of Contractor's representative to which any claims for damage due to blasting should be addressed.

(18) The plan, signed off by the Contractor's jobsite authorized representative.

(19) The location of monitoring equipment, based on information from the pre blast survey.

(20) Contingency Plan for Lightning Hazard

(21) Complete Project Team Organization with duties, responsibilities and authorities clearly defined. This organizational outline shall also include a listing of all personnel authorized to sign for, receive and use explosives on this contract.

(22) Complete list of floating plant involved in production blasting operations.

(23) Provide analysis and control of potential hazard due to possibility of undetonated Pourvex remaining from previous deepening.

6.3.1 The Contractor is advised to evaluate the vibration and air blast factors affecting structures and vessels in the vicinity of the blast area as determined in the pre blast survey. It is recommended that the Contractor use a blast design that produces the maximum amount of relief practicable. The amount of explosives to be used will be determined during the test blast operation to meet all proper safety and environmental requirements. The Contractor is responsible that the fragmentation resulting from the blasting

operation is of suitable size to allow for easy excavation by the Contractor's equipment. The Contractor shall also check water wave propagation to insure that shoreline structures and moored vessels within the blasting area will not be affected during blasting.

6.3.2 The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be drawn on the maps in scale by providing coordinates of at least four (4) corners of blasted areas.

6.4 If drilling and blasting is required outside buoyed areas, the Contractor's plan to maintain minimum navigable depth (**-35 feet MLW**), outside of these buoyed areas must be submitted as part of the Operational Blast Plan. This plan will include areas where the buoy cannot be removed.

7. DRILL LOG AND BLAST REPORT

The Contractor shall prepare and complete drill logs and report for each blast is completed. Information provided on the logs shall include, as a minimum, the items listed in the Drill Log and Blast Report Form in SECTION 00901.

8. MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 02220

REMOVAL AND DISPOSAL OF WOODEN DIKE AND CONCRETE FOUNDATION

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

ENGINEERING MANUALS (EM)

| | |
|---|---|
| EM 385-1-1 | (1996) U.S. Army Corps of Engineers Safety and Health Requirements Manual |

### 1.2 GENERAL REQUIREMENTS

The work includes demolition, salvage of identified items and materials, and removal of resulting rubbish and debris. Rubbish and debris shall be removed from Government property daily, unless otherwise directed, to avoid accumulation at the demolition site. Materials that cannot be removed daily shall be stored in areas specified by the Contracting Officer. In the interest of occupational safety and health, the work shall be performed in accordance with EM 385-1-1, Section 23, Demolition, and other applicable Sections. In the interest of conservation, salvage shall be pursued to the maximum extent possible; salvaged items and materials shall be disposed of as specified.

### 1.3 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals not having a "GA" designation are for information only. When used, a designation following the "GA" designation identifies the office that will review the submittal for the Government. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-08 Statements

Work Plan; GA.

The procedures proposed for the accomplishment of the work. The procedures shall provide for safe conduct of the work, including procedures and methods to provide necessary supports, lateral bracing and shoring when required, careful removal and disposition of materials specified to be salvaged, protection of property which is to remain undisturbed, coordination with other work in progress, and timely disconnection of utility services. The procedures shall include a detailed description of the methods and equipment to be used for each operation, and the sequence

of operations in accordance with EM 385-1-1.

1.4 PROTECTION

1.4.1 Protection of Personnel

During the demolition work the Contractor shall continuously evaluate the condition of the cables being demolished and take immediate action to protect all personnel working in and around the demolition site. No area, section, or component of cables, fittings, or other structural element will be allowed to be left on the site without sufficient supervision, or to prevent collapse or failure while workmen remove debris or perform other work in the immediate area.

1.4.2 Protection of Structures

The Contractor shall ensure that no elements determined to be unstable are left unsupported and shall be responsible for placing and securing bracing, shoring, or lateral supports as may be required as a result of any cutting, removal, or demolition work performed under this contract.

1.4.3 Protection of Existing Property

Before beginning any demolition work, the Contractor shall survey the site and examine the drawings and specifications to determine the extent of the work. The Contractor shall coordinate the work of this section with all other work and shall construct and maintain shoring, bracing, and supports as required. The Contractor shall ensure that structural elements are not overloaded and shall be responsible for increasing structural supports or adding new supports as may be required as a result of any cutting, removal, or demolition work performed under this contract.

1.4.4 Environmental Protection

The work shall comply with the requirements of Section 01130 ENVIRONMENT PROTECTION.

1.5 BURNING

The use of burning at the project site for the disposal of refuse and debris will not be permitted.

1.6 USE OF EXPLOSIVES

Use of explosives to remove the existing structure will not be permitted.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 REMOVAL OF EXISTING STRUCTURES

3.1.1 WOODEN DIKES

There are approximately 1580 linear feet of wooden dike within the dredging limits to be removed. All wood sheathing was approximately 20 feet in height and toed into a silty sand layer. The top of dike was set at elevation +7.0 feet above MLW with construction consisting of a single row of timber piles spaced 10 feet on centers with batter piles on the channel side driven 30 degrees from the vertical at every other pile or at 10 feet on centers. Most of the sheathing except for approximately 50 linear feet has deteriorated. The sheeting and piles shall be either cut at the required depths of 44.5 feet on the bed of the channel and to adjacent depth if on the slope or pulled the entire length. AS built records are available for review.

3.1.2 CONCRETE FOUNDATION OF NAVIGATION BECON #16A

The Contractor shall remove the existing reinforce concrete foundation except for the steel tower and lighting system. The steel tower and lighting system will be removed by the U.S.Coast Guard. Approximate size of the foundation is 8 feet square at top, 10 feet square at bottom, and 4 feet high. The foundation shall be broken into pieces and dispose of at the Artificial Reef Site. In addition to the removal of the concrete foundation the Contractor shall remove and dispose of approximately 310 cubic yards or stone rip rap under neath of the concrete foundation. AS built records are available for review.

3.2 DISPOSITION OF MATERIAL

Title to material and equipment to be demolished, except Government salvage and historical items, is vested in the Contractor upon receipt of notice to proceed. The Government will not be responsible for the condition, loss or damage to such property after notice to proceed.

3.2.1 Salvageable Items and Material

The Contractor shall retain the rights to salvage value of recycled items and material to the maximum extent possible. At the end of the contract, the Contractor shall provide documentation on the disposition of salvaged materials.

3.2.1.1 Material Salvaged for the Contractor

Material salvaged for the Contractor shall be stored as approved by the Contracting Officer and shall be removed from Government property before completion of the contract. Material salvaged for the Contractor shall not be sold on the site.

3.2.1.2 Items Salvaged for the Government

Salvaged items to remain the property of the Government shall be removed in a manner to prevent damage, and packed or crated to protect the items from damage while in storage or during shipment. Items damaged during removal or storage shall be repaired or replaced to match existing items. Containers shall be properly identified as to contents. The following items reserved as property of the Government shall be delivered to the

areas designated: Anchors, chains, firearms, and other articles of value, which are brought to the surface during dredging and demolition operations, shall remain or become the property of the Government and shall be deposited on shore at a convenient location near the site of the work, as directed.

3.3 CLEAN UP

Debris and rubbish shall be removed from basement and similar excavations. Debris shall be removed and transported in a manner that prevents spillage on streets or adjacent areas. Local regulations regarding hauling and disposal shall apply.

3.3 MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270:MEASUREMENT AND PAYMENT.

-- End of Section --

SECTION 02900

DREDGING AND DISPOSAL

1. **Mobilization and Demobilization.**

1.1 Mobilization shall include all costs for operations accomplished prior to commencement of actual dredging operations, such as transfer of dredges, attendant plant, field offices and facilities, and equipment to the project site, preparation of disposal areas, and other incidental operations in advance of actual dredging work. Demobilization shall include general preparation for transfer of plant to its home base, cleanup of disposal and operations areas, and transfer of plant to its home base. The cost of work other than mobilization and demobilization of the Contractor's dredging plant and equipment shall not be included in this item.

2. **Site Conditions.**

2.1 **Review of Existing Documents**

2.1.1 The Contractor is required to provide mechanical equipment capable of removing material to be dredged at a rate sufficient to complete the work within the specified time period as indicated in SECTION 00800: Special Contract Requirements.

2.1.2 Bidders are invited to examine Corps of Engineers subsurface exploration logs and to decide for themselves the character of the materials. The samples are available for inspection at the New York District, Caven Point Marine Terminal, Jersey City, New Jersey. The Test Dig report for Arthur Kill is avaliable for review at the New York District. For further information bidders should contact the New York District, Engineering Division, Civil Engineering Section, Mr. Ben Baker, at (212) 264-9110/9111.

2.1.3 Bidders are expected to examine the site of the work, including the disposal areas, and decide for themselves the site condition that may affect their operations. See Contract Clause entitled "Site Investigation and Conditions Affecting the Work".

2.2 **Existing Conditions**

2.2.1 **Character of Materials.**

2.2.1.1 Subsurface Explorations including soil borings and rock cores are provided so that potential bidders can determine the area extent and characteristics (including dredgeability) of the soil to be removed. The results are shown on the maps and drawings referred to in Special Contract Requirements SECTION 00800, entitled "Contract Drawings, Maps, and Specifications". Although the results of these investigations are believed to be representative of subsurface conditions at their respective locations and for their respective vertical reaches, local variations in the subsurface materials are to be expected and, if encountered, will not be considered to

constitute 'materially different" site conditions within the context of Contract Clause entitled "Different Site Conditions".

2.2.1.2 The materials to be found above the required depth, **43 ft below MLW for the Section A and 42 ft for below MLW for the Section B as shown on the drawings,** include, but are not limited to:

1) Dark gray to black, **very soft, organic Silt and Clay,** little to some Sand, frequent shells and shell fragments.

2) Red-brown, **dense to very dense Sand and Gravel,** with little to some Silt and Clay, and occasional Cobbles and Boulders.

3) Red-brown, soft to **hard Silt and Clay,** with little to some Sand and Gravel, and occasional Cobbles and Boulders.

4) **Cobbles and Boulders with a matrix of Sand, Silt and Clay occur** in layers of varying thickness. Cobbles and boulders typically increase with depth and are typically most frequent immediately above the bedrock.

5) **Dark gray, gray-green to red-brown, fine to medium grained Sandstone Bedrock.** Sandstones are typically described as hard to very hard with varying degrees of fracturing and weathering. Conventional cores generally indicate the sandstone to be slightly to moderately fractured with rock quality designations (RQD) ranging from poor to good.

6) **Red-brown to gray Shale Bedrock. Shale beds** are typically described as soft to very hard depending on the degree of weathering and other factors. Weathering ranges from slightly weathered to decomposed. Conventional cores typically describe the shale as highly fractured and broken with rock quality designations (RQD) ranging from very poor to fair.

7) Trash and debris - Trash, debris and other miscellaneous man-made and natural objects should be expected to be encountered during the course of the dredging. This material may be encountered at any location above the required depths indicated on drawings. The objects may include but are not limited to, wood, sheet metals, glass, lumber, plastics, tires, hoses, chains, cables and hawsers.

## 3. Dredging Equipment.

### 3.1 Dredges.

It is anticipated that a variety of dredging equipment will be necessary for the removal of soils and rock within the project area. All material shall be removed with dredging equipment appropriate for the material encountered (i.e. clamshell, closed clamshell "environmental" bucket dredge, dipper, powershovel, etc.). The use of hopper and cutterhead dredges is prohibited.

### 3.2 Scow monitoring equipment (ADISS/ADISSPlay).

The contractor is required, at his/her own expense, to have all scows or other vessels used to transport dredged material to designated placement locations (HARS, artificial reefs, or other locations in the New York Bight



G005954

G01010 05930

or Lower Bay) equipped with scow monitoring equipment (ADISS/ADISSPlay, from Science Applications International, Inc. (SAIC)). The ADISSPlay software/equipment shall be programmed by SAIC personnel for use aboard any towing, or other, vessels used to transport dredged material. The contractor shall ensure that the ADISS/ADISSPlay equipment is operational at all times dredged material is transported from the dredging site and while returning to the dredging site after ocean placement. Although the Corps Disposal Inspector (CDI) will observe the operation of the ADISS/ADISSPlay equipment, operation and maintenance of the ADISS/ADISSPlay equipment will be the responsibility of the dredging contractor. It is the contractor's responsibility to ensure that the ADISS/ADISSPlay equipment is in continuous, operable condition. Any problems with operation/function of the ADISS/ADISSPlay equipment should be directed to SAIC personnel immediately, at (401) 261-4931, (401) 847-4210, and to the NY District at (212) 264-1853 or x1585.

4. **Dredge/Disposal Inspector.**
The Contractor at his/her own expense shall have the USACE certified Inspector(s) of Open Water Disposal of Dredged Material oversee the placement activities of all dredged materials at the upland disposal sites, Newark Bay Confined Disposal Facility and the HARS or artificial reef site, or other ocean placement location, if used. The Dredge/Disposal Inspector shall be responsible for ensuring that the requirements contained in the drawings, specifications, the New Jersey DEP Water Quality Certificate/Coastal Zone Determination is met. The Inspector must complete USACE Transportation and Placement Logs for all placement activities performed. Inspectors will be required to be on duty and in the towing vessel wheelhouse, to observe scow monitoring equipment function, watch for endangered species, and perform other inspector duties, from the time the towing vessel departs from the dredging site until the scow has fully docked at the upland disposal unloading facility.

5. **General Requirements**

5.1 **Overdepth and Side Slopes**

5.1.1 **Allowable Overdepth**

To cover inaccuracies of the dredging process, material actually removed from within the specified areas to be dredged, to depths as specified below for allowable overdepth, will be estimated and paid for at the contract price. Allowable overdepth dredging will be permitted to a depth of not more than 1.5 ft for all dredging areas. The required dredging depth as shown on the drawings is 43 ft below MLW for the Section A and 42 ft below MLW for the Section B. An allowable overdepth dredging will be measured and paid for at the applicable contract price in the same manner as specified for the overlying material.

5.1.2 **Side Slopes**

The side slope dredging requirements as shown on the drawings are as follows:

**Non-Rock material: 1V to 3H**
**Rock material: 1V to 1H**

Material actually removed within limits shall provide for final side slopes not flatter than those indicated on the drawings and will be estimated and paid for. The Contractor may dredge material in original position or may dredge below the pay slope plane at the bottom of the slope to allow for sloughing of upslope material capable of falling into the cut. However, material removed below any pay slope plane will not be estimated for payment. In computing the limiting amount of side slope dredging, the required depth indicated on the drawings, measured vertically, will be used. The quantity of material to be paid for shall not be in excess of that originally lying above this limiting slope. Side slopes are given for payment purposes only and are not necessarily the angle of repose of the soil. Sloughing side slopes shall not be the basis for claims against the Government. End slopes, where indicated on the drawings, shall be treated in the same manner as side slopes.

5.1.3 **Excessive Dredging**

Material taken from beyond the allowable overdepth or side slope limits may be deducted from the total amount dredged as excessive dredging, or excessive side-slope dredging. Materials dredged from below the depth limit which result in extra costs shall be the responsibility of the Contractor. Nothing here shall be construed to prevent the inclusion in the measurement of material dredged for the removal of shoals performed in accordance with the applicable of the paragraph: FINAL EXAMINATION AND ACCCEPTANCE.

5.2 If during the dredging or upon completion of the post-dredging surveys and soundings, materials are found above the required dredging depth of 43 ft below MLW for section A and 42 ft below MLW for section B, these materials shall be removed immediately at the Contractor's expense.

5.3 The maximum allowable depth of non-rock material to remain over the rock prior to blasting shall be 1.0 foot.

5.4 Reprofiling of the channel bottom in any area is prohibited.

5.5 **Order and Sequence of Work**

5.5.1 The contractor is required to remove the overlying non-rock material unsuitable for placement at the HARS prior to the start of dredging the rock materials in each acceptance area.

5.5.2 Material Types

5.5.2.1 Non-Rock
The Contractor shall commence work with the removal of "Non-Rock Material" in each acceptance area. Removal of Rock is prohibited during the dredging of non-rock material in each acceptance area .

5.5.2.2 Rock
1) After removal of "Non-Rock" is completed for each acceptance area, the Contractor may proceed with the removal of rock with the respective acceptance area. This work may be performed in any order so long as the dredging operations do not interfere with either ship traffic or conflict



G005956

G01010 05932

with the dredging windows. Rock removal may only be performed in one acceptance area at a time, except as detailed below.

2) When, due to ship traffic, the Contractor is prohibited from working it's current acceptance area, operations may move to acceptance area A, B, C or J until the vessel has passed. After the ship has passed the contractor must make sure that the acceptance area is in compliance with paragraphs 5.5.3.3, 5.5.3.4 or 5.5.3.5 as appropriate and then return to the acceptance area it was working prior to the arrival of the ship. This clause does not supercede 5.5.2 and its sub-paragraphs.

5.5.3 **Interference with Navigation**

5.5.3.1 The Contractor shall minimize interference with the use of channels and passages. The Contracting Officer will direct the shifting or moving of dredges or the interruption of dredging operations to accommodate the movement of vessels and floating equipment if necessary.

5.5.3.2 Acceptance areas within the existing Federal Channel will remain open to traffic, including during rock removal operations.

5.5.3.3 Acceptance areas C, F, and J shall be maintained at 25ft mlw in areas that are not beneath the dredges or drilling equipment

5.5.3.4 Acceptance areas D, E, G, H and I shall be maintained at 35ft MLW in areas that are not beneath the dredges or drilling equipment. In addition, when ships over 700' loa are entering the channel from the north the entirety of the acceptance areas D and E must be restored to 35ft mlw. If the vessel is proceeding past Howland Hook the entirety of acceptance areas G, H and I must be restored to 35ft MLW. When vessels are departing Howland Hook stern first the entirety of acceptance areas D and E must be restored to 35ft MLW.

5.5.3.5 Between May 16 and September 30 the Contractor shall maintain acceptance area B at 25ft MLW in areas that are not beneath the dredges or drilling equipment. Between 1 October and 15 May acceptance area B shall be maintained at 35ft MLW in areas that are not beneath the dredges or drilling equipment. In addition, when ships over 700' loa are transiting the work area (either from the north or the south) the entirety of the acceptance area B must be restored to 35ft mlw.

5.5.3.6 Vessels over 700ft loa will use the channel only during slack water. If confirmed by the USCG that no ships over 700' loa are scheduled for a particular slack water work may proceed without interruption during the slack water period. The Contractor shall coordinate with the USCG on anticipated ship movements in the project area.

Historic information on vessel traffic is maintained by the USCG Vessel Traffic Service.

5.6 5.6 The Contractor will have a **"NOTICE TO MARINERS"** published by the Coast Guard prior to the initiation of any disposal activities. The Contractor shall also coordinate all dredging and transportation activities with the U.s. Coast Guard Activities New York, Vessel Traffic Service Branch

at 718-354-4191 or facsimile 718-354-4190. Every vessel engaged in the transportation of dredged material shall have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel. These name and numbers shall be kept distinctly legible at all times, and no vessel not so marked, shall be used to transport dredged material, or place dredged material.

Scow Identification and Certification and Backup Scow: All scows that will be used, or may be used, during this dredging project must be identified prior to the first day of dredging. Scows identified for use on the project must be certified to be fully operational, mechanically sound, completely seaworthy, and free of leaks or other defects.

5.7 The Contractor or its authorized dredging or towing contractor must equip each scow, which transports dredged material for placement with an Automated Disposal Surveillance System (ADISS) developed by Science Applications International Corporation (SAIC), which consists of ADISS boxes on scows, and ADISS/ADISSLt units on towing vessels. Before each departure, the USACE certified Inspector must ensure that the ADISS box is in good working order (i.e. ADISSPlay System on towing vessel indicates communication with ADISS System is active) and that the ADISSLt system is functional and ready for potential use as a backup to ADISS/ADISSPlay. Furthermore, the CDI and the Scowman ,if used, must jointly continue to monitor the functioning of the ADISS box during each trip. Should the CDI suspect at any time that the ADISS box is not functioning properly (i.e. ADISSPlay System malfunctions), the CDI must immediately contact the COR and the ADISS contractor at 1-800-729-4210. Latitude-longitude coordinates of the scow, displayed by the ADISS systems, should be periodically checked against latitude-longitude coordinates of tugboats, when passing the same, fixed geographic position (i.e. channel marker). The coordinates should be approximately the same. Discrepancies should be noted and investigated through contact with the COR and ADISS coordinator.

5.8 Scows **must** not be transported from the dredging site for offshore placement of dredged material unless the tugs DGPS navigation system, ADISS/ADISSPLay/ADISSLt systems, are all in full working order and provide correct information. However, if SAIC personnel are servicing/repairing the ADISS/ADISSPlay equipment, the ADISSLt equipment may be used, and an affected scow may be transported for ocean placement. ADISSLt must only be used on two consecutive placement trips of a scow. ADISSLt is an emergency backup to the ADISS/ADISSPlay equipment and must not be routinely used.

5.9 **Floatable Materials:**
All floatable material excavated including but not limited to wood and tires must be disposed at an existing approved upland disposal area. Should the Contractor encounter floatable material, a copy of a letter granting the permission of appropriate authorities to use an existing approved upland area must be submitted to the Contracting Officer and/or his Representative

5.10 **All dumping activities shall be recorded as specified below.**

Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor shall notify the New York District USACE by telephone. Calls regarding

departures shall be made to the Dredged Material Management Section at (212) 264-1853 or 5622. The Contractor will furnish the Contractor name, project name, inspector name and estimated time of departure.

5.11 The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or the Environmental Protection Agency Inspectors accompany all trips to the placement site to certify compliance with the above

5.12 The Contractor, or his authorized Representative, shall give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard 2 hours prior to departure of a vessel from port. Telephone calls should be made to the US Coast Guard at (718) 354-4088.

5.13 **Corps Disposal Inspector (CDI):**

The Contractor must hire USACE, NY District, certified Inspectors of Open Water Disposal of Dredged Material, known as Corps Disposal Inspectors (CDIs). CDIs will observe loaded scows at the dredging site, monitor transport of dredged material, and monitor placement activities at the upland site(s), Newark Bay Confined Disposal Facility(CDF) and HARS, artificial reefs, or other ocean placement location. CDIs will be responsible for ensuring that the requirements contained in these specifications, and any other guidance and requirements provided to the contractor related to dredged material placement, are met. CDIs will help ensure that placement guidelines, particularly as presented during the pre-construction meeting, and described below, are being followed. CDIs must be awake and on duty from the time the scow is towed from the dredging site until the scow doors are closed and all reporting requirements associated with each trip have been completed. CDIs must complete the checklists during each placement trip.

a. A list of CDIs can be obtained from the USACE Ocean Placement Manager, Dr. Stephen Knowles, at (212) 264-1853. Fourteen (14) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all CDIs who will be working on the project. The Contractor must furnish CDI names, companies CDIs are affiliated with if not independent CDIs, and the expected duration of employment of CDIs who will begin service at the start of the project. CDIs who will be on duty at the beginning of the dredging project must be present at the pre-construction meeting to review placement guidelines and requirements associated with this project. Any CDIs who begin duty after the first day of dredging must meet with NY District personnel to review placement guidelines and requirements associated with this project prior to working as a CDI on the project. Notice of replacement CDIs must be submitted to NY District at least two weeks prior to beginning work, unless illness of a CDI or other unforeseen event prevents such notification. The Contractor must furnish CDI names, companies CDIs are affiliated with if not independent CDIs, and the expected duration of employment of replacement CDIs who will work on the project.

b. CDIs are not allowed to be on duty for more than twelve (12) hours per day. CDIs must be provided a minimum of eight (8) hours of continuous off-duty time each day to allow appropriate rest to ensure safety and

competence. CDIs must be provided with a designated bunk space or other suitable sleeping location while working aboard a towing vessel and a suitable location for completing paperwork associated with CDI duties. The contractor is not permitted to direct the CDI in completion of CDI duties/requirements unless specifically requested by NY District. Although CDIs are financially employed by the Contractor, either directly or through sub-contracting, CDI duties and requirements are established by NY District. NY District will be responsible for determining whether CDIs are satisfactorally performing their duties and requirements.

c. The following items, provisions, accommodations, and supplies must be provided for the use of each CDI working on the dredging contract:

-legible copy of the permit or contract specifications, as related to scow loading, transport, and dredged material placement;

-A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement;

-an 8" - 12" wide protractor with degrees printed or embossed on the curved surface;

-dividers for scaling distances off of maps and charts;

-scow loading tables for each scow used to transport dredged material;

-a fully operational, handheld laser range finder with a range of at least 1000 feet, and manufactured no earlier than 1998, must be available for use by the CDI at any time. Spare batteries for the laser range finder must be available at all times;

-access to the towing vessel DGPS, fathometer, and radar;

-fully operable personal cellphones in possession of each CDI at all times with active phone numbers unique to each phone available for placing and receiving calls at all times. Cell phone numbers must be provided to NY District at the pre-construction meeting;

-suitable location for completing paperwork associated with CDI duties;

-a fully operational fax machine must be onboard the towing vessel for use by the CDI within 2 hours of each placement event, or available for use by the CDI at the dredging site within 4 hours of each placement event;

--Any discrepancies or other concerns noted by the CDI regarding placement activities shall be reported immediately, via cellular phone from the tug, to the KVK Project Office at (201) 433-9232 or 9228 and USACE HARS Manger at (212) 264-1853 or x5620.

Additional items related to the duties of the CDI may be required at any time during the period of the dredging contract;

5.14 CDIs shall submit a report of all placement activities authorized by this contract for each scow of dredged material within 6 hours of the time of placement at the HARS, reef, or other open-water placement location. CDIs must complete a USACE Transportation and Placement Log form (TPLF) electronically, using the ADISSPlay or ADISSLt system, or manually if necessary. Logs should be faxed to (212) 264-4260, or hand delivered to room 1937 of 26 Federal Plaza within 6 hours of each placement event. Any discrepancies or other concerns noted by the CDI regarding placement activities shall be reported immediately (via cellular phone from the tug, or within one-half hour of return to the dredge site or port) to the USACE HARS Manger at (212) 264-1853 or x5620, to the USACE Construction Division POC, and a dredging contractor POC not onboard the towing vessel. CDIs may communicate with towing vessel captains to help ensure correct placement of dredged materials. However, CDIs are not authorized to operate towing vessel equipment, and in particular, remotely operated scow control equipment. CDIs are required to use hand-held laser range finders (required to be aboard all towing vessels used for dredged material placement) to determine the tow lengths used at the time of dredged material placement. CDIs are required to communicate with the towing vessel crew to obtain information necessary to document the position of the scow at the time placement occurs. In the event of ADISS/ADISSPlay/ADISSLt malfunction, the CDI must complete a map of the placement area showing the position of the scow at the time scow doors were first opened, including the distance from the towing vessel to the scow (as determined using the hand-held laser range finder), the towing vessel DGPS position at the time of initial scow door opening, the vessel direction of travel, and the bearing to the scow from the towing vessel. Manually prepared maps, if necessary, associated with an ocean placement trip, should also be faxed to NY District with the TPLF and other required documents. If TPLFs (electronically or manually produced) and any other required placement documents are not received within 6 hours of each placement event, scows may be directed to standby at the dredging site until all items have been received at NY District.

5.15 Specific Placement Grid Details And Additional Placement Guidelines

More detailed placement guidelines and specific placement grid information will be provided prior to commencement of dredging, particularly at a pre-construction meeting of the dredging contractor and Corps. Additional placement guidelines and modifications may be provided to the dredging contractor at any time during the dredging contract.

**6. Dredging and Disposal of "Non-rock materials" unsuitable for placement at the HARS**

6.1 The "non-rock" dredged material is composed of the material identified in para. 2.2.1.2 item numbers 1 through 5 that are deposited within the dredging limits as shown on the contract drawings is considered unsuitable for placement at the HARS.

All non-Rock dredged material capable of being removed using an "environmental" bucket shall be removed with an "environmental" bucket. If after the Contractor has used the "environmental" bucket and has not achieved 43 ft (42ft in section B) below MLW, the Contractor shall use a conventional



G005961

G01010 05937

bucket to remove the non-rock material to 43 ft (42ft in section B) below MLW.

These dredged materials shall be disposed of at the disposal site designated by the Government. The Contractor Quality Control (CQC) personnel, the Contracting Officer Representatives, and USACE certified Dredge/Disposal Inspector shall jointly determine the character of materials to be disposed of at the non-ocean placement site or designated upland disposal sites.

6.2 **Disposal Facilities**

The Government has identified the following sites for the processing and disposal of non-rock dredged material. The Contractor shall coordinate with the operator of the disposal facility to ensure that the necessary facility requirements are included in the Contractor's bid price. The Contractor shall submit a schedule and the anticipated quantity to be placed at the disposal sites within 3 calendar days from the date the contractor is notified as the apparent low bidder.

1) The following site shall be the only government identified non-ocean placement site used for item number 0001AC and 0001AG in the price schedule.

Disposal Site: Bayonne Landfill Remediation Site
Operator: Cherokee/OENJ
Location: 61 North Hook Road, Bayonne, NJ 07002
Point of contact: Mr. Irving Cohen, President
Phone Number: 212 904-0705
Location of Unloading Facility: Northeast corner of the property

2) The following site shall be the only non-ocean placement site used for number 0001AJ.

Disposal Site: Newark Bay Confined Disposal Facility (NBCDF)
Operator: Port Authority of New York and New Jersey
Location: Newark Bay
Point of contact: James Iacone
Phone Number: 212 435-4267
Location of Unloading Facility: Disposal will take place above the NBCDF

The Contractor will be required to pay a management fee of $29.00 per cubic yard disposed of at the NBCDF. A management fee will be derived from volume calculation taken from a before-dredge and after-dredge bathymetric survey of the contract limit area as designated in the contract drawings and specifications based upon in-situ non-HARS sediment at the origin dredging site. The after-dredge survey will be performed for an area after the material for NBCDF disposal has been removed and before underlying material for HARS remediation or reef construction is removed. All other payment to the Port Authority of New & New Jersey shall be in accordance with the requirements specified in the NBCDF Final Operation and Management Plan.

6.3 Any non-rock material capable of being removed using an "environmental" bucket shall be removed with an "environmental" bucket to refusal. The defining characteristics of environmental bucket are as follows:

a. The bucket shall be provided with welded steel covers and rubber seals

specifically designed and installed by the bucket manufacturer to minimize leakage from the closed bucket.

b. The closed bucket shall be equipped with vertical side plates, with rubber seals, which overlap or some method to reduce sediment loss at closure and shall act as an enclosure to eliminate redeposit of soil from the bucket.

c. The bucket shall be equipped with a switch, with signal light in the control station, to verify bucket closure and seal.

d. The bucket will be designed to produce a flat cut and to minimize resuspension during closing and lifting.

A shop drawing of the contractor's bucket shall be provided to the Contracting Officer for approval prior to the commencement of dredging.

6.4 No dredging operations shall be done unless the Dredge/Disposal Inspector, approved by the Contracting Officer, is present. The Inspector shall visually inspect the dredged material and take photographs or videos to document the conditions of the dredged material.

6.5 For the purpose of progress payment, the Contractor shall perform bathymetric surveys immediately following removal of debris and prior to removing any non-rock material destined for the upland disposal site to determine the contract dredged volume of non-rock materials disposal at the upland disposal facility. The contract volume is derived from volume calculations taken from a pre- and post-dredge bathymetric surveys based upon in-situ non-rock sediment at the origin of dredge site. Refer to Section 00800, Quantity Surveys.

6.6 When working in non-rock dredged material, the Contractor shall employ the following best management practices:

1) No barge overflow shall be permitted during the dredging and transport of any contaminated dredged material.

2) Dredging of non-rock materials shall be accomplished using a closed "environmental" bucket. Dredging of consolidated "new work" material is not subject this equipment restriction, but shall be accomplished using best management techniques to minimize the suspension of sediment.

3) Dredged material shall be placed deliberately in the barge in order to prevent spillage of material overboard.

4) The dredge shall be operated so as to maximize the bite of the environmental bucket. This will reduce the amount of free water in the dredged material and the number of the bites required for completing the job.

5) To minimize the loss of material during the excavation the environmental bucket lift speed shall not exceed 2 feet per second.

6) All barges or scows used to transport sediment shall be of solid hull construction or be sealed with concrete, except for material permitted for subaqueous disposal.

7) Should decanting of water from barges be required before disposal, PANYNJ will make berthing area(s) available for dewatering purpose (Section 00902). The Contractor may use the berthing area located in the Arthur Kill Channel designated by the Contracting Officer for this project unless otherwise directed by the Contracting Officer.(the Cory property at the Morses Creek bulkhead, The Cory Warehouse pier, south of the Goethals Bridge, is the dewatering site the NYNJPA is providing, A 400 foot berth located on the south side of the peninsula south of the Goethals Bridge in New Jersey is available for mooring a dewatering scow; preliminary indications are that there is about 16-18 feet of water at this location) designated by the Contracting Officer for this project unless otherwise directed by the Contracting Officer. All operation and management rules shall be in accordance with the requirements specified in the State of New Jersey Water Quality Certificate (WQC)/Federal Consistency and NY WQC.

6.7 The Contractor shall submit a schedule for disposal of non-rock dredged material to the disposal facility and Point of Contact to the Contracting Officer's Representative at least 30 calendar days prior to the commencement of the dredging of said material. The schedule shall indicate the anticipated flow of material.

6.8 The towing vessel captain is responsible to ensure, prior to the departure of the towing vessel from the dredge site, that the forecasted weather and sea conditions at the expected time of arrival at the disposal facility will allow for safe conditions. If upon arrival at the disposal site facility, prevailing conditions are such that deviation from the operating procedures of the disposal facility is necessary to ensure the safety of the operation, the responsibility for the determination of a minimum safe speed for the towing vessel, and a minimum safe distance will rest solely with the captain of the towing vessel.

6.9 The Contractor shall be responsible for the transport of dredged material and the tie-down of the scow to the designated location identified by the disposal operator. The Contractor is required to take all necessary precautions for the safety of, and to provide necessary protection to prevent damage, injury or loss to any person or property, including but not limited to: a) All employees of the Contractor, public, and other persons and entities who may be affected by thereby; b) the physical structure(s) in surrounding the navigation channel; and c) other property at the upland disposal facility, including piers, docks, berths, vessels, markers, lights, buoys, and other structures.

6.10 **Dredging of Hard Material**

Excavation of hard material (material that cannot be dredged by the environmental bucket) shall be performed by mechanical dredging only. Hydraulic dredging will not be permitted. Hard material shall be placed in scows and transported to the upland disposal site or disposal facility designated by the Government.

6.11 The dredging and placement logs for dredged material unsuitable for placement at the HARS placement shall be completed and attached to the Contractor's daily CQC report and submitted on a daily basis.

6.12 The USACE certified dredge inspector shall verify acceptance of the dredge material unsuitable for the placement at the HARS from the upland facility at the time of arrival.

7. **PLACEMENT OF DREDGED MATERIAL AT OPEN-WATER PLACEMENT SITES**

Dredged Material Placement Protocol for the HARS. For CLIN 0001AK and IF CLIN 0003 is exercised the following requirement are applicable. All non-rock dredged material overlying the red-brown silt and clay that is capable of being dredged with an "Environmental" Bucket shall be removed under CLIN 0001AC

All of the provisions, guidelines, requirements, and instructions (PGRIs) in this section of the contract specification must be completed/complied with before any dredged material may be placed at a designated ocean placement site. Many of the PGRIs must be completed/complied with prior to the start of dredging. Any misplaced dredged material deemed to constitute a potential hazard to navigation by the Corps will be the sole liability of the dredging contractor to remove, as directed by the Corps. This would include, for example, placement of dredged material in a navigation channel that results in a mound or causes an area of shallower water within the channel; or any dredged material placed above a permitted depth associated with an artificial reef. The dredging contractor will assume all expenses and liabilities associated with creating mounds of dredged material above a permitted depth at an artificial reef site and expenses and liabilities associated with bringing such mounds below permitted depths.

7.1 Personnel Notification: This section of the contract specification must be provided to all contractor personnel working on any aspect of open-water placement of dredged material associated with this project, including personnel loading scows at the dredging site, personnel working on scows at the dredge site, personnel onboard towing vessels at the dredging site or while towing scows, including USACE NY District certified Inspectors of Open Water Disposal of Dredged Material (Corps Disposal Inspectors (CDIs)), and personnel aboard scows being towed. All personnel associated with loading of scows, transportation of dredged material, and placement of dredged material must be familiar with the guidelines and requirements contained in this portion of the contract specifications. Prior to the start of dredging, the contractor must submit a letter to the NY District listing the name, position title, and job description of each person who will be working on the towing vessels used to transport dredged material, each person who will be loading the scows with dredged material at the dredging site, and anyone else involved with scows at the dredge site or while being towed to the designated placement location. This letter must include verification that each person has been provided a copy of this portion of the contract specification, has read this portion of the contract specification, and understands the requirements described in this contract specification as related to their job duties. Additional guidelines and directives may be provided at any time during the duration of the dredging project and will become part of the contract specifications.

7.2 **Ocean Placement Locations:for HARS and ROCK**
For CLIN 0001AK and if CLIN 003 exercised the Government has identified the

Historic Area Remediation Site (HARS) for placement of dredged material, approved for ocean disposal, removed under this contract. However, barges that contain less than 25% non-rock material (i.e., vessels which contain 75% or more rock material) should not be transported to the HARS. (Non-rock material is defined as material that is less than 2.5 inches in diameter.)

7.2.1 HARS
The Contractor shall perform dredged material placement at specific locations within the HARS, defined by the following perimeter coordinates:

| Point | LatitudeDMS | LongitudeDMS | LatitudeDDM | LongitudeDDM |
|---|---|---|---|---|
| B | 40o 25' 23" N | 73o 53' 34" W | 40o 25.38' N | 73o 53.57' W |
| D | 40o 25' 22" N | 73o 52' 08" W | 40o 25.37' N | 73o 52.13' W |
| F | 40o 23' 13" N | 73o 52' 09" W | 40o 23.22' N | 73o 52.15' W |
| G | 40o 23' 13" N | 73o 51' 28" W | 40o 23.22' N | 73o 51.47' W |
| H | 40o 22' 41" N | 73o 51' 28" W | 40o 22.68' N | 73o 51.47' W |
| I | 40o 22' 41" N | 73o 50' 43" W | 40o 22.68' N | 73o 50.72' W |
| L | 40o 25' 22" N | 73o 50' 44" W | 40o 25.37' N | 73o 50.73' W |
| N | 40o 25' 22" N | 73o 49' 19" W | 40o 25.37' N | 73o 49.32' W |
| O | 40o 21' 35" N | 73o 49' 19" W | 40o 21.58' N | 73o 49.32' W |
| Q | 40o 21' 36" N | 73o 52' 08" W | 40o 21.60' N | 73o 52.13' W |
| T | 40o 22' 08" N | 73o 52' 08" W | 40o 22.13' N | 73o 52.13' W |
| U | 40o 22' 08" N | 73o 53' 34" W | 40o 22.13' N | 73o 53.57' W |

DMS = Degrees, Minutes, Seconds
DDM = Degrees, Decimal Minutes

7.2.2 The Contractor will also use exact placement criteria set by the New York District Corps of Engineers. All placement of dredged material within the HARS will occur in strict accordance with the guidelines and locations attached to these specifications, and any future updates when provided by USACE, particularly at the pre-construction meeting.

7.2.3 All non-rock material approved for ocean disposal, excluding floating debris and trash, shall be transported to the HARS, unless otherwise directed.

7.2.4 Rock
The Government has identified the **Shark River reef** for placement of dredged rock (i.e., vessels that contain 75% or more rock material) that is approved for ocean disposal.(see map in section 00902)

The rock material to be dredged, exclusive of all floatable material, will be disposed of at the Shark River Reef Site in New Jersey State. The artificial reef site is located approximately from Manasquan Inlet 100 degrees - 15.6 nautical miles and from Shark River Inlet 119 degrees - 14.8 nautical miles.
Boundaries of the site are as follows:

| | LATITUDE | LONGITUDE |
|---|---|---|
| NE Corner | 40 7' 21" | 73 41' 45" |
| NW Corner | 40 7' 21" | 73 41' 03" |
| SE Corner | 40 6' 12" | 73 41' 03" |
| SW Corner | 40 6' 12" | 73 41' 45" |

Note: The coordinates of the exact location of the grid used for placement of dredged material at the HARS will be provided during the pre-construction meeting and may be changed at any time during the dredging project.

7.3 **General Requirements: ALL PLACEMENT ACTIVITIES MUST BE RECORDED, AND REQUIREMENTS ADHERED TO, AS SPECIFIED BELOW.**

a. Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor must notify the New York District USACE by telephone. Calls regarding departures must be made to the Dredged Material Management Section at (212) 264-1853 or 5620. The Contractor must furnish the Contractor name, project name, inspector name and estimated time of departure.

b. The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or Environmental Protection Agency employees and other invited representatives accompany all trips to the placement site to certify compliance with any contract specifications or environmental regulations.

c. The Contracting Officer, or his authorized Representative, must give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard two hours prior to departure of a vessel from port. Telephone calls must be made to (718) 354-4088.

d. CDIs must submit reports of all placement activities authorized by this contract on the basis of one report for each scow of dredged material within 6 hours after each placement event. Reports must be printed from the ADISSPlay system aboard the towing vessel and must be transmitted via a cell phone link with the ADISSPlay system, and faxed to NY District at (212) 264-4260. If the electronic form can not be printed, a hand written form must be completed and submitted. Individual trip reports must utilize the USACE Transportation and Placement Log Form (TPLF), which must be fully completed electronically on board the towing vessel, or manually if equipment failure prevents electronic completion. Any discrepancies or other concerns noted by the inspector regarding placement activities must be reported immediately, via cellular phone from the tug, to the USACE Ocean Placement Manager at (212) 264-1853 or (212) 264-5620, the towing vessel captain, the dredging contractor POC not onboard the towing vessel, and the Contracting Officer and/or his Representative. These personnel are termed the "Notification List". Telephone numbers of personnel on the Notification List must be supplied to all CDIs working on the dredging project. Reports of discrepancies must also be faxed by the CDI as soon as possible to (212) 264-4260 and (NY District contract manager). In addition to the TPLF, a checklist must be completed for each ocean placement trip. Any items receiving a "NO" answer are considered discrepancies and must be reported immediately to the Notification List. Discrepancies that must be noted by the CDI on the TPL form and checklist and must be reported immediately to the Notification List include, but are not limited to, the following items

-A scow has a mechanical problem, a leak, or visible damage that may cause leaking.

-A scow contains more than the maximum volume allowed for placement during a single trip.

-A scow has a noticeable list

-A trail of leaking dredged material is visible behind the scow

-A scow monitoring system (ADISS, ADISSPlay, and ADISSLt) is not functioning properly

-Fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct CDI duties are not present or are not fully functional.

-Scow draft pressure varies more than 20 points, or 1.5 feet of draft, from the value at the dredge site.

-A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is observed.

-Any water depths observed anywhere within an artificial reef boundary within 15 feet of the permitted water depth at the reef, or within 15 feet of a depth specified by NY District.

-Placement occurred in the incorrect grid cell

-Any placement outside of the designated placement grid, including locations within the HARS, the HARS Buffer Zone, shipwreck Buffer Zones, the HARS No-Discharge Zone, and all areas outside of the HARS.

CDIs should check each item as appropriate, at the dredging site, while underway to the placement location, during placement, and following placement. Copies of the checklist must be completed by CDIs during each placement trip, signed and dated by the CDI, and submitted to the NY District on a weekly basis. Any discrepancies must be recorded on the TPLF or a separate report. Separate reports must include the name of the CDI, the date and time of the incident, and a detailed description of any discrepancy. These supplemental reports must be submitted at the same time TPLFs are submitted.

e. Contractor must receive grid coordinates for the placement location at the HARS before dredging starts; usually at the pre-construction meeting. Individual grid cells may be as small as 100 feet wide and 200 feet long. Placement must be made while towing scows in the direction of the longest grid cell dimension, unless otherwise directed by the NY District. All placement events must be recorded and signed by the master of the tow. Copies must be submitted to the U.S. Coast Guard no later than the fourth day after each week of activity. The Coast Guard address is:

Captain of the Port of New York
212 Coast Guard Drive
Staten Island, New York 10305

f. f. Every vessel engaged in the transportation of dredged material must have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel. These names and numbers must be kept distinctly legible at all times, and vessels not so marked, cannot be used to transport or dump dredged material

**7.4 Placement of Dredged Material Suitable for Ocean Disposal, General:**

a. A National Marine Fisheries Services-approved Observer, at the Contractor's expense, must be aboard the tug transporting a loaded scow to the ocean placement sites. The observer will have the responsibility for determining the presence of endangered species (sea turtles and whales) during transit to, and upon arrival at the location for all placement activities. Upon arrival at the placement site, placement of dredged material may occur only if no specimens of endangered species are observed to be present within a 0.25 nautical mile of the placement site. If endangered species are observed to be present within 0.25 nautical mile of the designated placement location, then the placement of dredged material must not occur. Placement of the dredged material may occur only when the observed animals have moved outside the 0.25 nautical mile zone around the designated placement location, or have completely departed the site. In all such cases where whales or sea turtles have been encountered, the observer must submit a written report incorporating the following information: animal type (Whale or sea turtle); the specific species (if known); the date, time and location of the sighting (latitude, longitude); approximate distance away from the vessel and scow/barge; number of individuals observed; behavior (feeding, nursing, migrating, etc.,). If a CDI is to be used for this function, he/she should possess or acquire, prior to the initiation of the project, valid certification from the National Marine Fisheries Service or other accredited agency of training on techniques for identifying species, and preparing applicable reports for instances where endangered species are encountered. Twenty-one (21) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all NMFS Observers who will be working on the project. The Contractor must furnish Observer names, companies Observers are affiliated with if not independent Observers, and the expected duration of employment of Observers who will begin service at the start of the project. CDIs who are also NMFS Observers may fulfill the duties of both positions.

b. The towing vessel captain and the CDI must jointly determine and agree, prior to the departure of the towing vessel from the dredging site, that the forecasted weather and sea conditions at the expected time of placement of dredged material within the HARS will allow the full release of the material from the scow at the designated location. If weather/sea conditions will not permit placement of dredged material at the designated grid cell, the scow must not be towed from the dredging site until conditions improve and allow safe and accurate dredged material placement. The distance from the dredging site to the placement location at the HARS site may require careful monitoring of marine conditions and forecasts. If upon arrival at the placement site, prevailing conditions are such that deviation from the placement parameters is necessary to ensure the safety of the operation, the

responsibility for the determination of a minimum safe speed for the scow, and a minimum towing distance to ensure the safety of the operation, will rest solely with the captain of the towing vessel. In any case where such deviation occurs, the CDI must note the alteration and reason for the deviation upon the TPLF. Additional guidelines to be followed during the placement of any dredged material within the artificial reef site are as follows:

c. The distance between the towing vessel and the placement scow when placing the dredged material must be noted by the CDIs on the TPL form used to document each trip. A hand-held laser range finder, manufactured no earlier than 1998 and rated to measure accurate distance to at least 1000 yards, must be aboard each towing vessel for use in determining the distance between the towing vessel and placement scow.

d. DGPS navigation and fathometer equipment must be present and fully operational on board the towing vessel and must be calibrated periodically in accordance with the manufacturer's guidelines. The instrumentation must also conform to current industry standards. Re-calibration of the instrumentation will be required in instances where major modifications to the towing vessel have been made. Specific documentation certifying the accuracy of instruments may be requested by the USACE. Fixed aids to navigation, with known latitude-longitude coordinates, should be used periodically to double-check the accuracy of navigation equipment. Likewise, locations with a known depth and stable bottom should be used to periodically double-check accuracy of fathometers.

e. The Contractor or its authorized dredging or towing contractor must equip each scow, which transports dredged material for placement with an Automated Disposal Surveillance System (ADISS) developed by Science Applications International Corporation (SAIC), which consists of ADISS boxes on scows, and ADISS/ADISSLt units on towing vessels. Before each departure, the USACE certified Inspector must ensure that the ADISS box is in good working order (i.e. ADISSPlay System on towing vessel indicates communication with ADISS System is active) and that the ADISSLt system is functional and ready for potential use as a backup to ADISS/ADISSPlay. Furthermore, the CDI and the Scowman ,if used, must jointly continue to monitor the functioning of the ADISS box during each trip. Should the CDI suspect at any time that the ADISS box is not functioning properly (i.e. ADISSPlay System malfunctions), the CDI must immediately contact the USACE Ocean Placement Manager at (212) 264-1853 or (212) 264-5620 and the ADISS contractor at 1-800-729-4210. Latitude-longitude coordinates of the scow, displayed by the ADISS systems, should be periodically checked against latitude-longitude coordinates of tugboats, when passing the same, fixed geographic position (i.e. channel marker). The coordinates should be approximately the same. Discrepancies should be noted and investigated through contact with the Corps Ocean Placement Manager and ADISS coordinator.

f. Scows may not be transported from the dredging site for offshore placement of dredged material unless the tugs DGPS navigation system, ADISS/ADISSPLay/ADISSLt systems, tug fathometer, hand-held laser rangefinder, scow radio-control system (if used), and backup radio on scow(if scowman is used) are all in full working order and provide correct information. However, if SAIC personnel are servicing/repairing the ADISS/ADISSPlay

equipment, the ADISSLt equipment may be used, and an affected scow may be transported for ocean placement. ADISSLt must only be used on two consecutive placement trips of a scow. ADISSLt is an emergency backup to the ADISS/ADISSPlay equipment and must not be routinely used.

7.5 **Protocol for Placement of Dredged Material at Open Water Sites:** To help ensure proper placement of dredged material at the Historic Area Remediation Site (HARS), the following placement protocol must be followed:

a. Prior to leaving the dredging site, scows must be inspected to ensure correct operation of mechanical features. Scows must also be inspected for the presence of any conditions that may cause navigation problems. The scow radio-control system (if used on the project) and the ADISS/ADISSPlay and ADISSLt systems must be inspected for correct operation. A hand-held laser range finder, with a range of at least 1000 feet, manufactured no earlier than 1998, must be carried aboard each towing vessel. Hand-held laser range finders must be tested prior to departure from the dredge site. If any problems with the scow, radio-control system, ADISS/ADISSPlay/ADISSLt systems, or range finder are encountered, corrections must be made before offshore transport of the scow may proceed, except when SAIC personnel are onboard or attempting to fix an ADISS/ADISSPlay problem, in which case placement would proceed using the ADISSLt equipment. However, ADISSLt must not be used on more than two consecutive placement trips.

b. Scows must be inspected for the presence of any conditions that may cause potential leakage. Prior to loading an empty scow at the dredging site, the empty scow must be inspected for presence of large dents or visible holes. Any visible holes must be repaired prior to placing any dredged material in the scow. Dents must be closely examined to ensure that a hole is not present, or that the hull strength is not compromised. The juncture of the two split hulls, when the scow is closed, must form a straight line and the rubber gasket must form a tight seal. Damage to the rubber seal or juncture must be repaired prior to loading the scow. Scow draft/pressure values at the dredging site at the time the scow is towed away for open-water placement must be recorded on the TPL form by the CDI. Scow draft/pressure values must also be recorded 30 minutes after departing the dredge site. Scow draft/pressure values at the designated placement location, just prior to scow door opening, must also be recorded on the TPL form by the CDI.

c. Scows must be observed for potential leaking of dredged material, as indicated by visible turbidity plumes (muddier water) behind the scow, or significant change in the scow draft pressure value (±20 points of the value displayed on the ADISSPlay system when leaving the dredging site when the starting value is = 100). For example, if the scow pressure when departing the dredging site is 100, then any value above 120, or below 80, observed while underway to the placement location or anytime prior to opening the scow at the designated placement location, must be reported immediately to the Notification List. If the starting pressure is less than 100, then any change greater than 20% of the starting value must be reported immediately to the Notification List. For example, if the starting scow draft pressure value is 80, any value above 96, or below 64, must be reported immediately. If the ADISSPlay system displays actual scow draft during transport, changes in draft ±1.5 feet of the draft recorded when departing the dredging site must be reported to the Notification List immediately. The scow draft

pressure values, or actual draft values displayed by the ADISSPlay system, must be recorded on the TPLF for every trip, regardless of the values or variability. Scows exhibiting draft changes significant enough to require immediate notification may be leaking. A gradual increase or decrease in scow draft of more than one foot (~12 pressure value points) may indicate leakage, and must be noted on the TPLF, and also must be reported to the Notification List immediately. If the scow has not reached the Verazanno Narrows bridge, the scow must be towed back to the dredging site to determine the cause of the change in draft. If the scow is seaward of the Verazanno Narrows bridge, the scow may be transported to the designated placement location. In this case, the scow draft should continue to be highly scrutinized for the possible need for emergency procedures. If a situation arises that requires emergency dumping of dredged material, all reasonable efforts to dump outside of navigation channels must be made. Steady, gradual changes in scow draft may also indicate that dredged material is leaking from the scow, or water is leaking into the scow's hull. If gradual draft changes appear to occur regularly, the scow must be examined to determine if a leak is present.

d. After ensuring that all inspections have been performed at the dredging site, and compliance with all provisions and guidelines associated with scow loading and use has been met, scows must be brought to the designated grid cell, or coordinates, of the HARS, or other designated placement location, using the DGPS navigation systems of the tugboat and the ADISSPlay system onboard the tugboat. Placement in the appropriate location, and scow draft immediately prior to scow door opening, must be documented by the CDI using the ADISSPlay system while the scow position and draft information are monitored automatically by the ADISS system. Scows should be towed no faster than 2 knots, unless weather/sea conditions require higher speed to maintain safe and reliable navigation. Lengths of towlines should be no longer than 200 feet, unless weather/sea conditions require longer tow lengths to maintain safe and reliable navigation. Regardless of the conditions at the time of placement, tow lines must not be longer than 500 feet at the time of placement. CDIs must measure the distance from the towing vessel to the scow at the time of placement using the hand-held laser range finder and record the value on the TPL form.

e. If the ADISSPlay system does not show reliable DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, the ADISSLt system must be used to locate the placement site and estimate the scow position during placement. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. Vessel navigation must be maintained in the direction of the maximum grid dimension for all placements, to the greatest extent possible. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor with the 90° mark pointing directly behind the towing vessel in line with the vessel track line(wake). A pencil must then be used to point at the scow, to the left or right of the 90° mark, to determine the angular displacement off of the towing vessel track line, recorded as degrees to the left or right when sighting the scow, rounded to the nearest 5°. Scows directly behind the tug

would be reported at 0° angular displacement. (a scow displaced 10° to the left of the 90° mark on the protractor would be reported as 10° left, etc.) This angle must be recorded on the TPL form, along with the following information if this option is used:

1) Coordinates of the tug at the start and end of placement
2) Length of tow line (distance from tug stern to scow bow)
3) Angular displacement of scow from trackline of tug
4) Estimate of lateral displacement of scow from the towing vessel trackline
5) Estimated longitude and latitude of scow at time of door opening and closing

The lateral displacement may be estimated by the following formula (for angular displacements up to 20°):

displacement = towlength x sine of angular displacement

The following values of sine may be used:

5 degrees of angular displacement - sine = 0.087
10 degrees of angular displacement - sine = 0.174
15 degrees of angular displacement - sine = 0.259
20 degrees of angular displacement - sine = 0.342

For example, when using a 200 foot towlength, a scow is observed to track 15 degrees to the right of the tug trackline. The estimated displacement of the scow is

200 feet x 0.259 = 52 feet

This means that when plotting the scow position on a map of the placement area, the scow would be plotted ~50 feet to the right and ~200 feet behind the position of the tug. The errors in estimating increase with longer towlengths. Because of this, it is critical to maintain as short a towlength as possible if the ADISSLt system is used for placement. Perimeter grid cells are not permitted for use if ADISS/ADISSPlay is not functioning. The closest adjacent grid cell toward the center of the grid must be used.

f. If the ADISSPlay and ADISSLt systems do not show reliable DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, or weather/sea conditions prevent reliable maneuvering of the scow, the tugboat DGPS must be used to position the scow at the center of the grid, or other backup location in the grid as specified by NY District. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor. This angle must be recorded on the TPL form, along with the following information if this option is used:

1) coordinates of the tug at the start and end of placement
2) length of tow line (distance from tug stern to scow bow)

3) angular displacement of scow from trackline of tug
4) estimate of lateral displacement of scow from the towing vessel trackline
5) estimated longitude and latitude of scow at time of door opening and closing

g. If weather and/or sea conditions prevent reliable measurement of towing distance using the hand-held laser range finder, the towing vessel's radar must be used to determine the distance and bearing to the scow.

h. If neither the ADISS/ADISSPlay, ADISSLt, nor the tugboat DGPS systems provide navigation coordinates, the scow must be brought to a suitable location for correction of navigation problems. Placement of dredged material is not allowed if a reliable DGPS system is not providing coordinates at the time of scow door opening.

i. The grid center, or other backup placement location, will only be used if steps (d) and (e) are attempted without success, or when inclement weather/sea conditions prevent reliable maneuvering of the scow. The grid center should not be used if inclement weather conditions persist. Placement at the grid center is an emergency procedure. Regardless of the size of the grid, the scow must be towed with a length of towline such that, at the time of placement, both the scow and towing vessel are both within the grid boundary. If an ADISS system fails after leaving the dredging site, the scow must not be used again until a fully operational ADISS system is installed. However, if SAIC personnel are onboard or on their way to the transporting vessel to service/repair the ADISS/ADISSPlay system, the scow may be used to transport dredged material while using the ADISSLt system. The ADISSLt system may be used for up to two consecutive placement trips while awaiting SAIC personnel to service the equipment. No more than two consecutive trips to ocean placement sites may be made without the ADISS/ADISSPlay equipment fully functioning.

j. If radio communication with the scow is lost, preventing operation of radio-controlled scows, a person must board the scow to either fix the problem or operate the scow. Voice contact, through radio or direct communication, must be maintained with the scowman, or other personnel, riding aboard the scow, for the duration of the placement trip. Scow opening must only occur when a direct, voice command has been given to personnel aboard the scow, or when radio communication with radio-controlled scows is maintained. If the radio control system can not be fixed, the scow must be towed to the designated placement location and manually discharged according to the guidelines and instructions contained in paragraphs d through i, above. If the scow's engine can not be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated placement position if the scow's engine is started. Past use of radio-controlled scows revealed that manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to be completed, causing the scow to dump at the location of engine startup. Any problems with a radio control system must be fixed prior to subsequent use of the scow. The CDI must note on the TPL form any time the radio-controlled scow system malfunctions and manual discharge is required, and immediately notify the Notification List.

k. A primary and backup radio must be onboard all manned scows, along with

backup power supplies. Hand signals must never be used will to direct the scowman regarding scow opening/closing. All personnel aboard scows, or who may board scows while transporting dredged material, must be informed that discharge of dredged material will only be allowed while voice communication is maintained.

l. l. To help ensure that dredged material is transported and placed at the HARS in accordance with the guidelines described above, the following checklist has been prepared. Items in the checklist must be reviewed by the CDI at the dredging site, while underway, and at the HARS. Any item on the checklist that receives a "NO" answer must be reported immediately to the Notification List. If the "NO" answer is related to the ADISS/ADISSPlay/ ADISSLt systems, SAIC must also be notified immediately at (401) 261-4931 or (401) 847-4210. These discrepancies must be noted on the TPLF associated with the trip using the letter-number code associated with each item. Each placement trip to the HARS must use a checklist, to be completed by the CDI working aboard the towing vessel, using the ADISSPLay software or by hand. A supplemental report must be filed and faxed to NY District at (212) 264-4260 if space on the TPLF is not sufficient to explain the discrepancy. The first time a "NO" answer occurs, the notification list must be notified. However, if the same item continues to receive "NO" answers, telephone calls should not be made until the problem is corrected, or if more than three additional trips occur without the deficiency being corrected.

Checklist copies must be signed and dated by the CDI and placed in a file. All original, signed checklists associated with this project must be submitted to the NY District on a weekly basis for the duration of the project. Checklists must be hand delivered or mailed to:

U.S. Army Corps of Engineers, NY District
Dredged Material Management Section
Room 1937, CENANOP-SD
26 Federal Plaza
New York, NY 10278-0090
Attn: Dr. S.C. Knowles

m. Original copies of TPL forms for each trip to the HARS, signed and dated by the CDI on duty during each trip, must be submitted to the Dredged Material Management Section at the above address at the completion of the project, or after a CDI has discontinued working as a CDI on the project, either temporarily or permanently.

n. If the CDI answers "NO" to any item in Part A, dredged material must not be transported from the dredging site until any discrepancies have been corrected. Only after all requirements have been met, equipment/supplies are operable and available, required information has been supplied, etc., as indicated by the CDI being able to answer "YES" to all items, is dredged material allowed to be transported from the dredging site.

o. Two exceptions to this exist: 1) If a backup scow is used, it should be noted on the TPL form, but normal placement can continue. 2) When the ADISS/ADISSPlay systems are malfunctioning, dredged material may be transported from the dredging site if SAIC personnel are onboard to

fix/service the equipment, or if ADISSLt is functioning. If any of the items in Part A answered "NO" by the CDI, the Notification List must be contacted immediately, even if SAIC personnel are onboard the towing vessel. Telephone numbers of personnel on the Notification List must be supplied to all CDIs working on the dredging project. Reports of discrepancies or unusual events must also be faxed by the CDI as soon as possible to (212) 264-4260 and other numbers if required by NY District. Discrepancies must be noted on the TPLF using the code letter/number associated with each item in the lists. A supplemental report must also be faxed if the incident can not be adequately documented on the TPLF.

p. Parts B and C of the checklist pertain to activities/requirements of CDIs while underway to the designated placement location and at the placement location, respectively. All of these items must be verified by the CDI aboard the transportation vessel. If any of these items are answered "NO" by the CDI, the Notification List must be contacted immediately, and any supplemental reporting completed.

PART A. DREDGING SITE (Checklists)

A1___ A legible copy of the permit conditions and guidelines, as related to scow loading, transport, and dredged material placement, is in possession of the CDI.

A2___ A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement, is in possession of the CDI.

A3___ The scow being used to transport the dredged material is mechanically sound, does not leak, and has no visible damage that may cause leaking.

A4___ A regularly used scow was used.

A5___ A scow loading table for the scow being towed is aboard the towing vessel and available for the CDI to use.*

A6___ An estimated dredge material density has been provided by the dredging contractor. Estimated density is: ________

A7___ The material being dredged has been observed by the CDI for general characteristics (grain size, color, consistency). Majority of material is dry/thick/watery, color:______, mud/sand/gravel/rock.

A8___ For scows loaded with any rock (rock is defined as any stones greater than 2.5 inches in diameter), the estimated rock percent has been recorded on the TPL form.

A9___ An estimate of the volume of material in the scow has been calculated by the CDI using the scow loading table and recorded on the TPL form.

A10__ Scow contains less volume of dredged material than the maximum volume allowed for placement during a single trip.

If a scow contains a volume of dredged material greater than the maximum volume allowed for placement during a single trip, the volume must be decreased below the maximum volume before the dredged material can be transported away from the dredge site.

A11__ The scow monitoring systems (ADISS, ADISSPlay, and ADISSLt) are fully operational and are functioning. Any ADISS/ADISSPlay/ADISSLt malfunctions must be reported immediately to the ADISS contractor (401-847-4210 or 401-261-4931). Transportation vessels are not allowed to leave the dredging site with any dredged material if the ADISS/ADISSPlay/ADISSLt systems are not fully operational. However, if SAIC personnel are onboard the transporting vessel to service the equipment, or in communication with the CDI via cellphone or radio, or on the way to repair/service the equipment, the vessel may depart from the dredging site while malfunctions are being repaired/corrected. In this case, the ADISSLt equipment must be used and the scow may be transported from the site. If the ADISS/ADISSPlay equipment is not functional, the ADISSLt equipment may only be used on two consecutive offshore placement trips using an affected scow. No more than two consecutive trips without ADISS/ADISSPlay can ever be made.

A12__ The scow draft pressure value, as displayed by the ADISSPlay system, has been recorded on the TPL form. (this value should be noted a few minutes after leaving the dredging site, while being towed, to allow the material in the scow to shift and settle)

A13__ A fathometer is fully operational, functioning, and installed on the transporting vessel.

A14__ A radio onboard the transporting vessel is operable and can receive NOAA marine weather forecasts and ocean conditions.

A15__ Current and forecasted marine weather and ocean conditions at the designated placement location have been monitored on the radio and will allow safe and accurate placement of dredged material. Winds at a reporting station closest to the placement location are presently blowing _______ from the _____, with _____ ft seas. Winds forecast for the placement location are _______ from the ____, with ____ seas.

A16__ DGPS navigation system is fully operational, functioning, and installed aboard the transporting vessel.

A17__ A radar system is fully operational, functioning, and installed aboard the transporting vessel.

A18__ Radio-control system for scow operation (if scowman is not used) is fully operational and functioning.

A19__ Radio and backup radio system, for communication between scows and towing vessels, are aboard scow (if scowman is used), and are fully operational and functioning.

A20__ Hand-held laser range finder, manufactured no earlier than 1998, with at least a 1000 foot range, is aboard towing vessel, fully operational and

functioning, and available for CDI use, along with a set of backup batteries.

A21__ A fully operable cell phone that can send and receive calls is in the possession of the CDI onboard the towing vessel.

A22__ A protractor is available for use by the CDI aboard the towing vessel.

A23__ A pair of dividers, for map/chart distance scaling, is available for use by the CDI aboard the towing vessel.

A24__ An up-to-date nautical chart that includes the placement area is available for use by the CDI.

A25__ CDI is provided full access to fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct CDI duties.

A26__ Full compliance with any other contract or regulatory requirements related to dredged material placement has been met.

A27__ Time of departure from dredging site has been recorded on the TPL form.

A28__ All other information relative to the dredging site has been entered into the TPL form.

PART B . ENROUTE TO THE PLACEMENT LOCATION (Checklists)

B1___ ADISS scow pressure/draft has been recorded on the TPL form thirty minutes after leaving the dredging site.

B2___ Scow draft is being monitored with ADISSPlay system to detect sudden or gradual changes in draft.

B3___ If the CDI is also a NMFS certified marine mammal/endangered species observer, observation and appropriate reporting is conducted.

B4___ Scow draft pressure varies less than 20 points, or 1.5 feet of draft, from the value at the dredge site.

B5___ A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is not observed.

B6___ Scow does not appear to be listing.

B7___ Water behind scow has been observed, if possible, to ensure that no turbid water plumes are present.

B8___ A fixed reference position, such as a channel marker, has been used to ensure that the towing vessel DGPS and scow DGPS positions agree.

B9___ Marine weather and sea conditions present and forecast to be present at the placement location are periodically monitored. The CDI and towing vessel captain may decide to return to the dredging site based on an updated

marine forecast.

PART C. IN THE VICINITY OF THE PLACEMENT LOCATION (HARS AND/OR REEF)

For artificial reef placement:

C1___ Water depths were continuously monitored (a reading taken at least every 5 seconds) with the towing vessel fathometer while navigating anywhere within the reef boundary.(towing vessel crew must also monitor water depths)

C2___ All water depths observed anywhere within the reef boundary were at least 15 feet deeper than the permitted water depth at the reef.

If any depths less than or equal to 15 feet deeper than the permitted reef depth, or other depth specified by NY District, are observed anywhere at the reef site, using the towing vessel fathometer, the incident must be reported immediately to the Notification List, and the Artificial Reef manager, and all areas within 200 feet of the shallower water must not be used for placement of dredged material. Other vessels used for transportation of dredged rock must be notified of the observation, provided coordinates, and instructed not to place additional rock closer than 200 feet of the reported position. Even if previous trips reported a depth within 15 feet of the permitted depth, or other specified depth, additional coordinates, even if they appear to be similar to previous reports, should be recorded, along with the observed depth.

C3___ If depths less than or equal to 15 feet deeper than the permitted reef depth, or other specified depth, are observed anywhere in the reef, the latitude, longitude and depth has been recorded.

LATITUDE ______________ LONGITUDE ______________ DEPTH______

For all ocean placement locations:

C4___ Scow radio control equipment operates without any problems.

C5___ Placement occurred in correct grid cell and was coordinated with towing vessel crew.

C6___ Scow draft information immediately prior to scow door opening has been recorded on the TPL form.

C7___ TPL form was completed using the ADISSPlay system, or by hand if ADISSPlay malfunctions, within 30 minutes of scow door opening.

C8___ ADISS/ADISSPlay/ADISSLt equipment, transportation vessel navigation equipment, and all other equipment related to placement of dredged material worked without any problems.

C9___ All activities associated with placement of dredged materials appeared to be conducted in a safe manner.

C10__ Nothing occurred that may have resulted in incorrect placement of dredged material.

C12__ TPL form and any supplemental reports faxed to (212) 264-4260 and (201) 433-9232 within 6 hours of scow door, or hopper bin, opening.

C13__ For reef placement, TPL form also faxed to the applicable State Artificial Reef coordinator within 8 hours of scow door opening.

C14__ A copy of the TPL form has been signed by the CDI and placed in a file/folder to become part of the permanent record of the trip. All signed TPL forms must be submitted to NY District when offshore transport of dredged material associated with the project ends, or when the CDI finishes working on the project.

* Scow loading tables for each scow used on a dredging project must be provided to the CDIs working on the project. CDIs must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the CDIs to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location. This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

8. The Contractor shall prepare a Daily Report of Operations form and shall furnish signed copies thereof to the Contracting Officer, or his representative, on a daily basis. Copies shall also be faxed to the HARS Manager at (212) 264-4260. A copy of the form is attached at the end of Section 00901. Further instructions on the preparation and submittal of these reports will be provided at the pre-dredging conference.

9. Buoy Removal.

9.1 The Contractor shall notify the Coast Guard, with a copy to the Contracting Officer, at least 30 days prior to the date desired for having buoys removed or relocated which interferes with dredging operations. Requests may be made telephonically at (718) 354-4191, or by writing to:

Commander, U.S. Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, NY 10305

10. Measurements and Payment.
Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 11010

DIGITAL PHOTO DOCUMENTATION AND COMMUNICATIONS

PART 1 GENERAL

1.1 Contractor Representative

The Contractor is responsible for visually documenting the entire project using a digital camera and a secure digital photo management system. The Contractor shall designate a representative who shall:

1. Take the digital photos
2. Down load them into a secure digital photo management system
3. Add captions, full descriptions, search fields and key words to each photo
4. Link each photo to the project's schedule by attaching the appropriate activity id to each photo
5. Transfer a copy of all photos and their related notes, key words, captions, activity id's to the Government representative on a weekly basis or as requested.

1.1.1 This person shall be trained by a factory certified trainer to use the digital photo management system.

1.1.2 The Contractor shall supply the following:

1. Digital photo management system. This master system shall include the hardware and software necessary to operate the digital photo management system. Descriptions of the hardware and software are provided in PART 2 - PRODUCTS.

2. Maintenance, upgrades and support for the digital photo management software, the camera, and the computer for the duration of the project.

3. Two (2) digital cameras (one will be utilized by the Contractor's representative, the other by the Government representative).

1.1.3 The digital camera, digital photo management system software, computer, printer and all associated hardware (cables, connectors, etc.), accessories and documentation shall be turned over to the Government at the end of the project. All components shall be in good condition and shall be fully operational.

1.2 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-01 Data

Digital Photo Management System; GA A.

Contractor shall submit 7 copies of product brochures of the digital photo management system, the digital camera, computer and printer.

1.3 MEASUREMENT AND PAYMENT

No separate measurement and payment shall be made for the work performed under this section and all costs associated therewith will be included in the applicable contract price to which the work pertains.

PART 2 PRODUCTS

2.1 Contractor shall provide products as specified below:

2.1.1 Digital Camera

The digital camera shall be able to download images to the computers provided by the Contractor. The digital camera utilized shall be on the digital photo management system's recommended list, shall be directly supported by the digital photo management system software's drivers, and shall include the following:

1. Carrying case
2. Minimum of an 8 megabyte PCMCIA memory card
3. Additional 16 MB memory card
4. Warranty for the life of the project

2.1.2 Secure Digital Photo Management System

The computer software system utilized by the Contractor to document the project with digital photo shall be capable of providing all of the requirements of this specification.

2.1.2.1 The Contractor shall provide the following software and software related services:

1. One Photo Management System to be located on the jobsite.
2. One Photo Management System to be located at an office to be designated by the Government.
3. Software enhancements and technical support for the life of the project.
4. Two (2) days of system design, setup and on site training by a factory authorized training representative for the Photo Management System. These services shall be in place and fully operational when the on site training occurs.

2.1.2.2 The digital photo management system shall:

1. Be an established, commercially available product designed specifically to provide secure visual documentation that has been on the market for at least three (3) years.

2. Download photos and voice from the camera directly into a high-speed database without requiring the use of the camera's down load software or TWAIN drivers.
3. Keep an unchangeable log of each down load, and document the exact date and time of the down load.
4. Have red lining capabilities that allows the user to place an unlimited number of layers of text, lines, etc. on top of the photos without altering the actual photo, and allow these red lining layers to be shared between systems easily.
5. Be able to automatically export photos, text descriptions, voice, etc. and create a secure packet that can be sent to another like system. The receiving system shall be able to automatically import all of the information into its database.
6. Secure the photos as soon as they are down loaded so that they cannot be modified.
7. Provide a mechanism for verifying the integrity of the photos each time they are viewed to ensure that they have not been modified.
8. Provide visual indicators that the photos are secure.
9. Automatically store the date and time with each photo where it cannot be modified.
10. Automatically identify each photo with the serial number of the system that down loaded it, the down load number, the photo number from the roll, and the person's name that took the photo. This information must be protected so that it cannot be modified.
11. Allow a caption of up to 30 characters to be attached to each photo. This caption shall appear automatically in the photo browser when the mouse pointer passes over the thumbnail of the photo.
12. Allow a permanent description of up to 5,000 characters to be placed on each photo. Once the photo is filed this description must be permanent.
13. Allow additional text of up to 5,000 characters to be placed on each photo.
14. Have at least 10 user defined search fields so the photos can be categorized by building, floor, area, etc. as directed by the Government representative.
15. Be capable of printing at least 8 photos per page complete with their captions, dates and times, and text automatically.
16. Provide a file management system that allows an unlimited number of photos to be archived and retrieved easily. The system must be capable of automatically splitting its image database into multiple files that can be relocated by the system to removable media if desired (zip drives, read-write optical drives, etc.)
17. Automatically store the photos in reverse date and time order.
18. Allow the photos to be retrieved by date range instantly.
19. Allow the photos to be located by key words.
20. Include built-in file transfer capabilities that will allow photos to be transferred easily from system to system using built-in modems software, floppy disk, internet, etc. This file transfer system shall have the ability to automatically select all new photos from the database, place a copy of these photos in a secure transfer packet along with their notes, key words, etc., and send this secure packet to the Government's representative's digital photo management system.
21. Include the ability to link the digital photos directly to the project's schedule (Primavera P3, or Microsoft Project), and

view all of the photos for a given activity instantly directly from the schedule.

22. Include the ability to share the photos and their descriptions with parties that don't have a digital photo management system by creating diskettes with photos and their text descriptions, dates and time, and voice. A royalty free viewer shall be placed on each of these diskettes that will allow the receiving party to view the photos and their descriptions.
23. Include the ability to store at least 80 photos (without voice) on one 1.44 MB floppy disk.
24. Be able to record and play voice with each photo.
25. Include a spell checker that will check the contents of the descriptions placed on the photos.
26. Be capable of linking directly with a MAPI compliant e-mail program to transfer the photo albums or secure packets.
27. Be capable of creating web pages of photographs including the main index page and photo pages. Web pages shall include thumbnails, photos, textual descriptions of the photos and user defined headers.
28. Provide security options to limit user's access to the photos.

2.1.3 Weather Cameras

The Contractor shall provide LYNX photo imaging processor software and file manager or equal with two or more weather proof digital cameras installed to monitor all facets of the project site at 5 second intervals. Each dredge and drill boat shall be monitored 24 hours per day. Failure to provide monitoring for more than 8 hours in a 30 calendar day period will be cause for retainage of payment. The system shall include a WEB site for USACE, NYD as well as all hardware wiring, interface, maintenance and replacement due to vandalism or damage and fees for the contract duration.

2.1.4 Printer

The Contractor shall provide a color inkjet printer equal to an Epson Stylus 800. Printer shall meet the following minimum requirements:

1. 1440 x 720 dpi minimum resolution
2. Printer driver shall indicate status of printer and ink cartridges
3. Printer shall have separate color and black ink cartridges

2.1.5 Accessories

The following accessories shall be provided.

1. One (1) headset microphone equal to a Labtec C-315 shall be provided to record voice on the photos
2. Twenty (20) 100 MB ZIP disks
3. Six (6) backup tapes
4. Five hundred (500) 1.44 MB diskettes
5. Five hundred (500) sheets photo quality paper for printer
6. Six (6) color ink refill cartridges for printer
7. Three (3) black refills for printer

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall take regular photos of the Project as indicated in paragraph 3.2 below. These photos, used in conjunction with the approved Project Schedule, shall be used to measure the progress of the work, to aid in evaluating time extensions, communicate any problems visually to the Government representative, clarify and document RFI's (request for information) and to provide the basis of all progress payments.

3.2 Photo Requirements

The Contractor shall visually document the Project as follows:

1. Each Friday the Contractor shall take at least one photo of each activity listed on the schedule that is a) in progress or b) is supposed to be in progress, and any activity that is in the schedule's critical path. The activity ID shall be on the activity id field of each photo where it can be linked automatically to the schedule. Multiple activities may be linked to each photo.

2. Each Friday one photo shall be taken from the same locations around the jobsite including artificial reef placement site and upland off loading facility. These locations will be determined at the beginning of the job by the Government representative. They shall be identified as one of the search fields. For example, one of the photos may be taken each week from the north property line and it would be identified N1 in the search field. W1 would identify the photo taken from the west property line, etc. This will allow the project to be viewed from that point instantly using this search field.

3. Photos shall be taken immediately of all problem areas.

4. Where possible, photos shall be taken of all items that are included in a Request for Information (RFI). These photos shall be identified in a search field entitled "RFT". A 1.44 MB diskette or an attachment to e-mail (if the RFI is submitted by e-mail) shall accompany the request for information containing a copy of the photos showing the item in question. These photos shall be viewable complete with their text descriptions, dates, times, etc. by viewer software that can be distributed royalty free.

5. Photos shall be taken of other miscellaneous items as directed by the Government representative.

6. Photos shall also be categorized using the user defined search fields as directed by the Government representative.

3.3 Transferring Photos

A packet transfer of all the new Project photos shall be sent to the Government representative each week by one of the following methods as directed by the Government representative:

1. ZIP disk

2. Floppy diskette (1.44 MB - Windows 95 format)
3. Internet e-mail attachment
4. FTP transfer to Government's ftp location

Packets may be sent on a more frequent basis if requested by the Government representative.

3.4 Backup

The Contractor shall be responsible for backing up the entire digital photo management system computer each week using the tape backup unit. Weekly backup shall be rotated between 6 tapes. A complete weekly backup shall be done each Friday, and the most current complete backup tape shall be stored off-site in a safe location. An incremental tape backup shall be done daily automatically each night.

3.5 Access to Digital Photos

Government's representative shall have complete access to the digital photo management computer and all photos at all times.

3.6 End of Project

At the end of the project the entire digital photo management system specified in this section shall be turned over to the Government representative.

-- End of Section --