Woodward-Clyde Federal Services (WCFS) was retained by the New York District of the US Army Corps of Engineers (herein 'District') to conduct a test dig in previously blasted rock of the Kill Van Kull (KVK). The goal of the project was to evaluate whether typical, available dredging equipment would be capable of dredging rock in the KVK from present depth (navigation depth of 40 feet MLW [mean low water]) to a depth of 47 feet MLW (proposed navigation depth of 45 feet MLW plus two feet) without blasting. Work was performed under Contract DACW51-95-D-0005/Delivery Order 005 in accordance with the requirements of the delivery order.

Previous blasting records, from the blasting and dredging program during the early 1990's, suggest that the rock may have been sufficiently fractured to render it susceptible to deeper dredging without further blasting. Blasting records indicated that blast holes were drilled to a depth of 48 feet MLW during the previous dredging program when the navigation channel was deepened to a depth of 40 plus 2 feet MLW. The goal of this test-dig program was to determine whether these potentially blast-fractured rocks were amenable to dredging to a project grade of 47 feet MLW utilizing available dredging equipment.

Six areas, three each in the two rock types (diabase and serpentinite) present in the KVK, were selected for detailed investigations. Investigations at each of the sites included a geotechnical investigation to collect cores and conduct strength tests (Section 2.), identification of a geophysical method to estimate the thickness of fractured bedrock (Section 3.), and a test dig and hydrographic survey to determine whether formerly blasted rock could be dredged to proposed project depths. Finally, conclusions related to the feasibility of deepening the channel by dredging only, by blasting, or a combination of both are presented (Section 5.)

The project was managed and directed by Woodward-Clyde Federal Services. Major subcontractors included Great Lakes Dredge and Dock Company who conducted the test dig; Warren George, Inc. who provided the vessels for the geophysical survey and performed the rock coring; and Hydro Data, Inc. who conducted the pre- and post- test-dig hydrographic surveys.

## 1.1 IDENTIFICATION OF TEST DIG AREAS

The program established in the delivery order was to perform three test digs in each of two locations, one location in previously blasted diabase of the KVK and the second in previously blasted serpentinite. At each location three 50 by 50 foot areas, located about 100 feet apart, were to be selected for the geotechnical and geophysical investigations, the hydrographic surveys, and test digs.

Test dig areas were selected utilizing the information provided by the District on the previous blasting program. These data were reviewed and plotted to identify locations where previous blasting records indicated that blasting did occur over an area significantly larger than that necessary to identify three specific locations in each of the rock types. WCFS reviewed these data with the District and identified and prioritized a subset of three general locations within each of the two rock types. The purpose of identifying three locations for each rock type was to assure that dredge spoils from at least one area of each location were suitable for disposal at the designated disposal site (the Sandy Hook Artificial Reef) located in the coastal waters of New Jersey. Disposal of dredge spoils without testing at the Sandy Hook Artificial Reef was

permissible, provided that WCFS could demonstrate that the area to be dredged contained no more than three inches of sediment on top of rock (letter, NJDEP to NY District, Jan 1997).

The sequencing of the work performed began with the geotechnical or geophysical investigation, which was followed by the pre-test dig hydrographic survey, the test dig, and finally the post-test dig hydrographic survey. Before investigation began in any area, the thickness of sediment was determined, and the on-site observer of the District approved the site for investigation. Of the three locations in the diabase area that were prioritized by the WCFS/District team, the first (highest priority) site satisfied the requirement for less than three inches of sediment and investigations were conducted at three areas in this location (Figure 1-1). Of the three locations in the serpentinite area, sediment greater than three inches was present at the highest priority location, which was located east of the narrow channel part of the KVK. A field decision was made by the WCFS/District team to move to the location of serpentinite within the narrow part of the KVK where tidal currents were more likely to keep the bottom clear of sediments. Sediment was not present at this location and three areas were investigated (Figure 1-2).

Because of the swift tidal currents, the sides of the six areas do not correspond to the ordinal directions, but are based on directions of tidal currents. As described in the Section 3, the geophone lines assumed a tide-parallel direction when placed on the bottom; thus, the areas shown in Figures 1-1 and 1-2 reflect the directions of these currents.

The locations of the bore holes and the geophysical lines were determined utilizing base-station DGPS (differential global positioning system) resulting in sub-meter accuracy. The Faber Park 1st Order monument, located about one-half mile east of the base station on the south shore of the KVK, was used to establish the coordinate system and the location of the base station. The DGPS base station and transmitter were placed on the roof of the Great Lakes Dredge and Dock Company facility located on the south shore of the KVK. The coordinates of the monument (NAD27) were converted to NAD83 coordinates. The 1983 coordinates were used throughout the investigation. Locations of bore holes, geophysical lines, and the pre- and post- hydrographic surveys were performed with the same Leica® DGPS equipment. The estimated accuracy of the base station DGPS is less than three feet horizontally.

The locations of the areas to be dredged during the test digs were determined by DGPS utilizing the US Coast Guard beacon to correct for errors. The beacon available for corrections during the period of the test digs was located at Montauk, New York. The estimated accuracy was 10 meters horizontal. No elevations utilizing DGPS were determined during the test digs.

Bottom elevations were corrected to MLW throughout the geotechnical and geophysical investigations, the test digs, and the hydrographic surveys utilizing the tide staff at the Great Lakes facility. During the hydrographic survey, the elevation of the tide staff was confirmed by survey to a 1st Order monument.

## 2.1 IDENTIFICATION OF BORE HOLE LOCATIONS

A total of 14 bore holes were advanced and rock cores retrieved within the six test areas: eight within the diabase area and six within the serpentinite area (Figures 2-1 and 2-2). Two bore holes were advanced to the target grade of 55 ft MLW at separate locations within each test area. The bore holes were advanced from a barge-mounted Mobile B-61 drilling rig. An NQ size core was collected from each bore hole. Core was logged by a geologist with special attention to fracturing (e.g., weathering, fractures/ft, Rock Quality Designation (RQD), crack fit) and photographed. Selected core sections were analyzed for unconfined compressive strength.

The bore holes were typically advanced by first lowering an outer casing (nominally 5 in. diameter) to the bottom of the channel. After the elevation of the channel bottom had been corrected for stage of tide to MLW, the outer casing was driven into the channel bottom with a casing hammer. After cleaning out the outer casing of drill cuttings with a small diameter roller bit, a smaller (nominally 3 in diameter) inner casing was set for added stability inside the outer casing and, once again, cleaned out with a small diameter roller bit. The boring was then cored with a 10 ft length NQ size core barrel. All bore holes, except for D1-D and D1-B which had to be terminated due to equipment failure, were advanced to within 0.5 ft of the target grade of 55 ft MLW.

Two-inch I.D. split-spoon soil samplers were driven at selected bore hole locations to evaluate the presence of weathered rock. One location was selected in the diabase area (boring D1-C) and five in the serpentinite area (bore holes S1-A, S2-A, S2-B, S3-A, and S3-B). In addition, split spoon samples were collected at greater depths at two locations (S2-A and S2-B), selected on the basis of field evidence, to evaluate apparently deeply weathered zones in the serpentinite area.

### 2.1.1 Diabase Areas

Boring logs for locations in the diabase area are included as Appendix A. As-built specifications for the fourteen bore holes are summarized in the following table. Locations of bore holes are shown on Figure 2-1.

| Bore hole | Latitude 40°N | Longitude 74°W | Test area # | Date | Channel bottom elevation (ft MLW) | Elevation of the top of core run (ft MLW) | Thickness of broken rock (ft) | Elevation of end of coring (ft MLW) |
|---|---|---|---|---|---|---|---|---|
| D1-A | 38.5719' | 08.8571' | 1 | 3/27/97 | -45.0 | -46.0 | 1.0 | -57.0 |
| D1-B | 38.5704' | 08.8531' | 1 | 3/27/97 | -45.5 | -46.0 | 0.5 | -50.5 |
| D1-C | 38.5690' | 08.8460' | 1 | 3/28/97 | -45.0 | -45.5 | 0.5 | -56.0 |
| D1-D | 38.5735' | 08.8500' | 1 | 3/28/97 | -45.0 | -45.7 | 0.7 | -48.7 |
| D2-A | 38.5960' | 08.8690' | 2 | 4/10/97 | -44.0 | -45.5 | 1.5 | -55.5 |
| D2-B | 38.5990' | 08.8690' | 2 | 4/10/97 | -42.5 | -44.5 | 2.0 | -54.5 |
| D3-A | 38.6010' | 08.8400' | 3 | 4/09/97 | -44.7 | -45.0 | 0.3 | -55.0 |
| D3-B | 38.6040' | 08.8410' | 3 | 4/09/97 | -44.2 | -45.0 | 0.8 | -55.0 |

Unconfined compression strength testing results for samples from diabase area borings are shown in Table 2-1 and summarized in the following table.

| No. borings/samples | Elev. (ft. MLW) range | Total unit wt. (pcf) range/mean | Peak compressive stress (psi) range/mean |
|---|---|---|---|
| 6/12 | -45.2 to -55.9 | 175.4 to 187.8<br>185.7 | 17,850 to 42,270<br>28,317 |

The results obtained from the geotechnical investigation in the diabase area can be summarized as follows:

- Rock is a medium to coarse grained hard, strong diabase with steep to horizontal fractures, generally fresh to slightly weathered.
- The compressive strength of the diabase is high to very high
- Estimated thickness of broken rock ranged from 0.3 to 2.0 ft (see table, above).
- RQD generally increases with depth from generally very poor/poor near the surface to fair/good at the bottom of the boring (see boring logs).
- Number of fractures per foot generally decrease with depth (see Figure 2-3)

### 2.1.2 Serpentinite Areas

Boring logs for locations in the serpentinite area are included in Appendix A. As-built specifications for the fourteen bore holes are summarized in the following table. Locations of bore holes are shown on Figure 2-2.

| Bore hole | Latitude 40°N | Longitude 74°W | Test area # | Date | Channel bottom elevation (ft MLW) | Elevation of the top of core run (ft MLW) | Thickness of broken rock (ft) | Elevation of end of coring (ft MLW) |
|---|---|---|---|---|---|---|---|---|
| S1-A | 38.9690' | 05.2350' | 6 | 4/11/97 | -44.5 | -45.5 | 1.0 | -55.0 |
| S1-B | 38.9627' | 05.2350' | 6 | 4/11/97 | -45.5 | -47.5 | 2.0 | -56.5 |
| S2-A | 38.9890' | 05.1840' | 4 | 4/14/97 | -46.9 | -47.9 | 1.0 | -57.0 |
| S2-B | 38.9855' | 05.1795' | 4 | 4/14/97 | -45.6 | -48.0 | 2.4 | -55.0 |
| S3-A | 38.9830' | 05.2030' | 5 | 4/14/97 | -44.5 | -47.2 | 2.7 | -55.2 |
| S3-B | 38.9875' | 05.2060' | 5 | 4/15/97 | -44.7 | -44.8 | 0.1 | -54.8 |

Unconfined compression strength testing results for samples from serpentinite area borings are shown in Table 2-1 and summarized in the following table.

| No. borings/samples | Elev. (ft. MLW) range | Total unit wt. (pcf) range/mean | Peak compressive stress (psi) range/mean |
|---|---|---|---|
| 3/5 | -46.0 to -54.7 | 149.7 to 158.6<br>154.3 | 401 to 6,200<br>3,138 |

The results obtained from the geotechnical investigation in the serpentinite area can be summarized as follows:

- Rock is a moderately to deeply weathered, low hardness green serpentinite with a deeply weathered zone of decomposed serpentinite (saprolite).
- The compressive strength of the serpentinite is low to very low
- No core was recovered in test area 4 bore holes (bore holes S2-A and S2-B). Instead, copious amounts of cuttings were observed during the coring, suggesting that the

saprolite extends at least to 55 ft MLW at these locations. This was confirmed at location S2-A at which saprolite was observed in a split spoon sample from 57 to 59 ft MLW (i.e. 10-12 ft below the channel bottom).

- Although the remaining two test areas (boring locations S1-1/S1-B and S3-A/S3-B) had less saprolite and higher core recovery than test area #4, fracturing was high, drilling was alternating hard and soft, and RQD very poor at all depths.

## 3.1 INTRODUCTION

The goal of the geophysical investigation was to assess the feasibility of using the seismic refraction method to estimate the extent of potentially excavatable (dredgeable) rock in areas that previously had been blasted. Seismic results were correlated with test boring results to confirm site specific relations between the seismic velocities and subsurface conditions encountered (e.g. thickness of weathered and/or blasted rock zone).

Several geophysical methodologies were considered for the evaluation, including seismic reflection and refraction. The seismic refraction method was selected because 1) refraction is more applicable to a shallow investigation depth; 2) refraction allows direct measurement of seismic velocities and calculation of depths and thicknesses of layers; and 3) the method provides data that can be used in predicting whether subsurface materials can be excavated. The performance of geophysical well logging of the test borings was also considered. However, the need to install casing to stabilize the upper portion of the boring, and the length of the geophysical down-hole logging tool would have resulted in information obtained from greater depth than the focus of this investigation.

### 3.1.1 SEISMIC REFRACTION METHOD

Seismic refraction for engineering applications is often used to infer geological boundaries as indicated by interfaces with seismic velocity contrasts. Refraction data may be used to characterize:

- The thickness of alluvial or colluvial deposits, or weathered rock
- The depth to the water table and/or competent subsurface layers
- The configuration of the alluvial-bedrock contact
- Relative rippability (based on seismic velocities)

The seismic refraction method consists of transmitting seismic energy into the ground and recording the arrival of direct or refracted sound waves at various distances along the earth's surface. The seismic energy travels in each layer with a characteristic compressional seismic velocity that is dependent on the density, compressibility, pore space, and fluid content of the geologic layer. By measuring seismic velocities, as inferred from the recorded first-arrival travel times, and by determining seismic velocity contrasts, an interpretation can be made of the configuration and depths of subsurface seismic layers. These seismic layers often correlate to geologic units. A schematic of the method is shown in Figure 3-1.

A limitation of the refraction method involves the primary assumption made in refraction interpretation that the seismic velocity within discrete units in the subsurface increases with depth. If this is not the case, layers can be hidden or undetected, thus leading to depth estimates that may be in error. Within the area of the present investigation where broken rock is presumed to lie above fractured rock, which, in turn lies above relatively unfractured rock, seismic velocities would increase with depth; thus, the method is appropriate.

Another limitation of the method is that a refractor layer must be sufficiently thick to be detected. The thickness required depends on the layer depth, the velocity contrast with overlying and underlying layers, and the field parameters utilized during data acquisition and recording. Difficulties in identifying thin layers near the surface can be overcome by utilizing closely spaced geophones which measure the arrival of seismic waves.

The seismic refraction method is based on analysis of first arrival times of a seismic compression wave (P wave). Interpretation is based on application of Snell's Law governing the angle of refraction at an interface between layers with different seismic velocities.

To record seismic refraction data, a seismic source, cables, geophones or hydrophones, and a seismograph are required. A seismic refraction survey consists of placing a linear array of geophones along the ground surface. A seismic energy source is used to generate a compression wave. The source may consist of a sledge hammer blow on a metal plate, larger weight drops, explosive charges, air blasts, or similar sources of energy. The arrival time of the compressive wave is recorded at each geophone or hydrophone by the seismograph. The seismic record (seismogram) provides a plot of the data with response amplitude versus time recorded. From the seismogram, the arrival time of the compression wave for each receiver is selected and plotted versus the distance of each geophone from the source (time-distance plot). Analysis of the time-distance plot allows calculation of seismic compression wave velocity (velocities for multiple layers) of the subsurface material. Application of Snell's law governing the angle of refraction at an interface between layers with different seismic velocities permits calculation of the thicknesses of upper layers.

## 3.2 FIELD INVESTIGATION

### 3.2.1 EQUIPMENT

The field approach For the Kill Van Kull seismic refraction survey consisted of the following:

- The "geophone" array consisted of a cable with hydrophones manufactured by Innovative Transducers of Fort Worth, Texas. The cable was weighted down to lie along the floor of the channel. The cable was placed along the side of the 90-ft long barge that was used as a working platform for the survey. A minimum of nine geophones at 10-ft spacing were recorded for each seismic source. In some cases twelve geophones were recorded when the water current and/or tidal current was sufficiently strong to carry three phones beyond the end of the barge. The cable was aligned parallel to the channel water current (the barge was also typically aligned parallel to the current).
- The seismic source consisted of an air gun manufactured by Bolt Technology Corporation of Norwalk, CT. The air gun was typically lowered to the channel bottom then pulled up 1 ft before firing. Multiple shot points were obtained at several locations along the hydrophone array (generally 12 to 15 ft spacing) to increase near-surface velocity control, and for both forward and reverse travel-time arrivals. The air gun was fired at pressures ranging from 800 to 1200 psi.



00902 - 14

G003052

During strong current conditions, the air gun and hydrophone cable were subject to lateral drift. To provide greater lateral control at times of strong current, the air gun was not lowered to the bottom, but let out a specific distance from the deck of the barge. As the seismic velocity of water is known, the location of the geophones with respect to the air gun (and all subsequent interpretation) was determined by noting the nearest hydrophone to the air gun on the seismogram.

- The seismograph consisted of a model S12 Smartseis manufactured by EG&G Geometrics of Sunnyvale, CA. The instrument produced hard copy seismograms, and also stored the records digitally. Analysis and interpretation that followed utilized both the hard copy seismograms and the digital data.

### 3.2.2 FIELD PROGRAM

The field seismic refraction program consisted of performing four to six seismic refraction arrays (spreads) for each of the six 50 ft by 50 ft investigation areas. The locations of the seismic refraction spreads are shown in Figures 2-1 and 2-2 for the diabase and serpentinite areas, respectively. The seismic lines are shown as 90 ft in length based on the location of the side of the barge used as the working platform. The three additional hydrophones placed down-current from the end of the barge for some of the lines are not shown.

The location of the seismic lines was determined by utilizing base-station DGPS readings from an antenna located on the service boat handling the barge. Field measurements were made to determine the seismic line location with respect to the DGPS antenna. The orientation of the lines was determined based on readings from the boat's compass. Movement of the hydrophone cable caused by the current is not shown in the figures. The data reported is shown with respect to the air gun source point location that was monitored from the working platform.

Because the work was performed in the water on a metal barge, good quality electrical grounding of the seismograph and air gun system was sporadic. As a result, spurious triggering of the seismograph occurred in some situations, during ignition of the air gun, and at other times. This triggering caused time advances or time delays in the recorded travel time data on the affected shots; the time advances and delays were considered during processing of the data.

An additional logistical concern during the data collection involved positioning of the seismic source and the receivers. During this feasibility study, there was no method utilized to accurately confirm the location of the air gun relative to the hydrophones for a given shot point location. This was further complicated during times of severe tidal movement and channel currents. However, the effects due to this problem were corrected during data processing efforts.

### 3.2.3 DATA PROCESSING

Processing of the seismic refraction data involved the construction of a time-distance plot for each seismic spread. To construct the time-distance plots, the first compressional wave arrival at each hydrophone location was plotted versus the source-to-hydrophone distance. Velocities of the seismic layers were calculated based on the slope of the best-fit lines through the plotted

compressional wave time-distance data. The intercept of each velocity slope at time zero was used to calculate depths to particular seismic interfaces.

Delays or advances in the travel time data due to seismograph triggering instability were corrected based on the relationship between the apparent shot point location and the earliest detecting receivers. Additionally, the actual position of the air gun was confirmed by observing the travel time moveout across the spread in the seismic refraction raw data.

Interpretation of refraction survey data involved the computation of average velocities over surveyed volumes of subsurface material. For the upper seismic layer in which the direct seismic wave arrived at the geophone first (as shown in Figure 3-1), the velocity observed was the true average velocity between the energy source and the geophone. For deeper interfaces in which the refracted seismic wave arrived at the hydrophone first, the velocity observed is usually an apparent velocity. If the refractor surface is flat-lying, the apparent velocity will be equal to the true average velocity. If, however, the refractor surface is dipping or has a variable surface, the true average velocity is estimated utilizing the apparent velocities obtained from the data collected from both the forward and reverse seismic energy sources.

Time-distance plots were constructed and interpreted using the software program GREMIX, an interactive seismic-refraction processing routine developed by Interpex Limited. GREMIX allowed iterative plotting of each travel time plot, selection of velocity slopes, and identification of forward and reverse shot pairs. Seismic layer thicknesses can then be calculated from the arrival time information at each hydrophone location. Sample interpretations are displayed in cross-section form in Figure 3-1.

The data of refraction surveys are used to estimate the number and thickness of 'seismic layers' at each shot point. Because multiple shot points were used along each of the seismic lines, the thickness of 'seismic layers' was estimated at each of the shot points. A 'seismic layer' represents a layer of rock that has similar velocities, and may or may not correspond to subsurface geologic horizons. Within a few feet of the surface, seismic velocities are more dependent on the degree of fracturing of the rock than on the composition or structure of the rock present. Diabase is typically uniform; thus, 'seismic layers' located near the surface undoubtedly suggest layers of diabase with differing fracture densities. Serpentinite is a schist; thus, it is a foliated rock that is much less uniform than the diabase. Nevertheless, the near surface 'seismic layers' represent layers of differing fracture densities. In the areas of the current investigation, differences in fracturing are likely related to the effects of former blasting in the KVK navigation channel.

## 3.3 SEISMIC REFRACTION RESULTS

The seismic refraction results are discussed in the following subsections based on location within the diabase and the serpentinite areas. The seismic profiles are presented in Appendix B. Each profile is presented on a single page which shows three plots per profile. A sample of a profile with explanations is presented in Figure 3-2. The profiles are shown with the westernmost part of the line on the left of the profile. The uppermost profile shows the data of p-wave arrival times at each of the geophones for each of the shots. The number of shot points can be determined by counting the number of lines connecting the data points in the upper plot. The middle plot shows the estimated depth to the top of "seismic layer 1" and to the top of " seismic layer 2", if present.

The lower plot shows the estimated velocities of the p-wave in each of the seismic layers. The number of data points used to plot the depth to the top of a seismic layer (the middle plot) and the p-wave velocities in each layer (the lower plot) equals the number of "shot points" that were completed for each profile.

A two-layer model of the subsurface is indicated over the majority of the completed seismic lines. The near-surface seismic layer, identified as "seismic layer 1", can be generalized as saturated broken or weathered bedrock. The velocities in the layer are typically about 5000 fps, which is the approximate velocity of compressional waves in water. Based on a comparison of the seismic refraction results with the boring logs, this layer can be assumed to be the broken rock identified above bedrock in both the diabase and serpentinite areas. Seismic layer 2 appears to be a zone of increased rock quality when compared to the near-surface layer. The degree of fracturing varies; lower velocities suggest a greater degree of fracturing, while higher velocities suggest fewer fractures. Although some relatively thin (on the order of a foot or two) zones or layers of increased rock competency and rock quality exist occasionally within seismic layer 1, the top of seismic layer 2 indicates the zone below which higher competency materials increases with depth and are fairly continuous. Along several profiles, a three-layer model of the subsurface is apparent, where the lowermost or third layer displays little or no fracturing, and is very competent based on the high seismic velocities observed. The lowermost refractor generally corresponds to materials which have highest RQD in the core logs.

Table 3-1 summarizes the seismic refraction results. The table presents the profile lines (spreads), the range in thickness of the layers identified, and the range of seismic velocities identified.

### 3.3.1 DIABASE AREA

The results of the seismic lines completed in the diabase area generally indicate a two-layer model of the subsurface. The near-surface seismic layer has a seismic velocity ranging from 4,730 fps to 7,700 fps. Thickness of the near-surface layer varies from 0 to 10 feet. Seismic layer 1 likely consists of weathered and/or blasted bedrock materials based on comparison with boring results. Seismic layer 2 has a seismic velocity ranging from 7,060 fps to 12,760 fps, and likely comprises less-weathered and/or competent bedrock materials. On several lines (302 and 304), a third lower layer was observed in the data. This layer has a seismic velocity of 9,900 fps to 14,200 fps, and likely indicates competent bedrock.

### 3.3.2 SERPENTINITE AREA

The seismic lines completed in the serpentinite area generally indicate a two-layer model of the subsurface. The near-surface seismic layer has a seismic velocity ranging from 4,800 fps to 7,480 fps. Thickness of the near-surface layer varies from 1 to 12 feet. Seismic layer 1 likely consists of weathered and/or blasted bedrock materials based on condition with boring results. Seismic layer 2 has a seismic velocity ranging from 6,350 fps to 10,880 fps, and likely comprises less-weathered and/or competent bedrock materials. On several lines (501, 502, 503, and 504), a third lower refractor layer was observed. This unit has a velocity of 9,200 fps to 14,680 fps, and probably correlates to competent bedrock.

## 3.4 RESULTS OF GEOPHYSICAL INVESTIGATION

Because seismic velocity measurements obtained during the refraction survey provide estimates of the degree of fracturing in the near surface rocks, estimates of the ability for construction equipment to excavate rocks can be made. Caterpillar® Inc. has several publications relating seismic velocity to rippability for various rock types. As a general rule, rocks with a seismic velocity of 8000 fps can be ripped utilizing land-based construction equipment (e.g. bulldozers). No similar assessment has been made for dredging navigation channels in rock utilizing hard rock clam-shell, dipper, or excavator dredges. (Note: the term "dredgeable" as used in this report has the same meaning as "rippable" or "capable of being excavated" which are terms normally applied to land-based construction).

The data from the seismic refraction survey can be used to estimate the dredgeability of the previously blasted rock in the KVK. Assuming a similar capability of rock dredges to land-based excavating equipment, rocks with a velocity of less than 7,500 fps are likely to be dredgeable; rocks with a velocity of 7,500 to 8,500 fps are considered to be marginally dredgeable; and rocks with a velocity of greater than 8,500 fps are not likely to be dredgeable. These categories of dredgeability based on the velocities observed are affected by the type of equipment used (e.g. clam-shell, excavator, dipper) to excavate the rock in the channel, the size of equipment used, and ultimately the production rate of dredging. Based on a review of the seismic profiles, estimates of the dredgeability of the areas to project depth can be made.

Based on information from the test boring and test dredging programs, the results from the seismic refraction are interpreted as follows:

- The upper seismic layer is considered to represent generally fractured and/or moderately weathered rock that is likely to be dredgeable.
- Along lines where a three-layer model of the subsurface is observed, the deepest seismic layer is considered to represent generally sound rock that is not likely to be dredgeable. The second layer, when a third layer is present, is likely to be dredgeable.

Along lines in which only a two-layer model of the subsurface is observed, one conclusive overriding statement regarding rippability of the lower or second seismic layer cannot be made. This unit appears to be dredgeable at some locales, but not at others, based on correlation with the observed seismic velocities.

## 4.1 INTRODUCTION

Test digs were performed in the diabase and serpentinite areas to determine whether the dredge could excavate rock to a grade of 47 feet MLW. Dredge 54, owned and operated by Great Lakes Dredge and Dock Company, was selected by the District to perform the test dredge. The dredge is mounted on a 185' by 60' foot hull with an installed power of 2,340 hp. Performance parameters of the dredge include a digging depth of 74 feet on spuds, a line pull of 107,000 pounds at 360 fpm, and a stallpull of 175,000 pounds. The bucket used was a hard rock digging clam-shell bucket weighing 62,000 pounds. The dimensions of the clam-shell in open position is about 5 feet by 15 feet. Dredge 54 previously was used in dredging the KVK and qualifies as equipment available for dredging in New York harbor.

Test digs were performed in the diabase area on April 23 and in the serpentinite area on April 24, 1997. The test digs proceeded sequentially from Area 1 in the diabase to Area 6 in the serpentinite. During operations the dredge was positioned over each of the six areas utilizing the onboard DGPS and gyrocompass. After positioning the dredge utilizing the tug and/or the dredge's spuds, dredging began along passes that were nominally 12 1/2 feet wide ( the greatest dimension of the bucket was 15 feet when open) and 50 feet long; thereby, each dredge position allowed dredging about one-quarter of the 50 ft by 50 ft test area. The penetration into rock during the lowering and closing of each bucket varied. This variation was reflected in the volume of rock present in the closed clam-shell and the number of times that was required to dig to a project grade of 47 feet MLW (e.g., as described in Section 4.2, diabase was more difficult to dig than the serpentinite.) Dredging continued until the dredge operator reported that a grade of 47 feet MLW had been attained.

Depths of dredging was estimated by utilizing the depth marks on the dredge cables, which were corrected to the stage of tide as read by Great Lakes staff utilizing the Great Lakes tide staff on the south side of the KVK. When the operator determined that the 12 1/2 by 50 foot swath had been dredged to grade, the area was swept by the clam-shell bucket set to confirm a dredged depth of 47 feet MLW. Any remaining high spots were dredged and removed. After completion of dredging with the high boom position, the dredge boom was lowered to position the dredge bucket further out so that the adjacent 12 1/2 ft wide swath could be dredged. As a result, coverage of the first half of the 50 by 50 foot area was complete after passes with the boom in high position and then in low position. Upon completion of the low boom position passes, the dredge was "walked" 25 ft, utilizing the spuds, to cover the second half of the 50 by 50 foot area in the same manner as described above.

Dredge spoils were placed in a 3000 cy bottom dump barge. Upon completion of the test digs in the diabase area, the barge was towed to the Sandy Hook Artificial Reef and the contents disposed of in accordance with NJDEP requirements. A second load was similarly disposed of after completion of the serpentinite area test digs. Copies of dredge disposal reports are present in Appendix C. Hydrographic surveys of the test dig areas were performed prior to and immediately after the test dig program.

## 4.2 RESULTS OF THE TEST DIGS

### 4.2.1 Duration

Table 4-1 shows the duration of the test dig program in each of the six areas. The duration of test digs in the diabase areas was about twice that of the duration in the serpentinite areas. Diabase, as described previously in Section 2, is significantly harder than serpentinite; thus, more time was required to close the bucket. The cycle times for filling and unloading a bucket typically was 1½ to 2 minutes in the diabase areas and about 1 to 1¼ minutes in the serpentinite areas. In addition, the bucket load typically was one-half a bucket or less in the diabase and more than one-half a bucket in the serpentinite. To attain an observed dredged grade of 47 feet MLW, typically three passes were required in the diabase areas but only two in the serpentinite areas.

Size of Materials Dredged - In both areas, most of the material was broken rock that ranged in size from a few inches to about a foot in diameter. Occasionally, rocks two to three feet in diameter were dredged in the diabase areas. The size of the materials dredged is based on observation of the materials in the bucket; which was documented by photographs and a video of the dredge spoils in the barge. The lack of surficial sediment deposited since the previous blasting and dredging above diabase and serpentinite was confirmed.

The rock removed from the diabase areas comprised mostly broken rock with few fine-grained materials. The dredged diabase is interpreted as being 'shot' rock broken during the prior blasting and dredging. The dredged rock appeared to be easy to dig at the surface and progressively more difficult to dig with depth. During the second and third passes over an area the cycle times increased and the size of materials increased. This phenomenon was replicated in each of the diabase areas and reflects the results of the geophysical survey, which identified a low seismic velocity layer (easier to dig rock) overlying progressively higher velocity layer(s) (more difficult to dig rock).

The rock removed from the serpentinite test dig areas comprised broken rock, but also the weathered materials or saprolite that was documented in the drill cores (Section 2). The sizes of rock dredged typically were a few inches in diameter, but some boulders about a foot in diameter also were dredged. These softer materials were prominent in Area 4, but also were present in Areas 5 and 6. The fine grained materials were green decomposed silt/sand-sized materials with some clay. Serpentinite also is softer than diabase (see results of unconfined compressive strength tests in Section 2) and could have been further broken by the clam-shell dredge.

### 4.2.2 Volume of Material Disposed

During the planning of the test dig, it was assumed that volume of dredged material in the diabase would be significantly less than in the serpentinite and only one 3000 cy barge would be required for disposal. During the test dig, however, the amount of diabase successfully dredged was significantly greater than anticipated, and was about the same as the amount of material dredged from the serpentinite areas. The estimated total spoils for both the diabase and the serpentinite was about two-thirds of a barge load.

### 4.2.3 Depth of Dredging

During the test digs, the depths at the start and completion of dredging were estimated by observation of the marker lines painted on the dredge cables. (The results of the pre-dredge hydrographic survey were not yet available at the time of dredging). These depths were corrected to the stage of tide throughout dredging and reflect the depths to the bottom of the closed clam-shell bucket. These estimates typically are used during dredging and provide the basis for deciding whether to continue dredging in-place or to move to a new location

Table 4-1 shows the estimates of depths of the bottom in each of the six test-dig areas at the start and completion of the test-digs, as estimated by observation. The observed starting depths were 44 feet or greater. In all test-dig areas except Area 4, the depths observed probably reflect the depths to which the areas were previously dredged, which are about two feet deeper than the project depth of 42 feet. The apparent reason for these greater depths is that to assure that dredging achieved the desired grade, more rock was removed than necessary. Area 4 appears to be at the edge of the channel and may be weathered rock that previously was not dredged.

The goal of the test digs was not to clear an entire area to a grade of 47 feet MLW; rather, it was to determine whether the selected dredge was capable of dredging to a grade of 47 feet MLW. Therefore, during the test digs in the diabase areas, dredging continued until an observed grade of 47 feet was attained. No effort was made to dredge beyond a grade of 47 feet as would have been required if dredging had been done by a contractor for navigational purposes.

Dredging was successful to an observed grade of 47 feet in each of the diabase test dig areas; thus, two to three feet of diabase was dredged in each of the diabase test dig areas. Dredging to greater depths of up to two feet appeared to be possible, but the rate of dredging would have been slower. Other larger dredges, such as a dipper or other excavator type dredge, likely would have been capable of dredging at a faster rate and to greater depths (Bernie Crowell, dredge operator for Areas 1 and 2, to Al Hirsch, WCFS observer; April 23, 1997)

Dredging in each of the serpentinite areas proceeded significantly more rapidly than in the diabase areas (Table 4-1). Because the observed starting depths were 44 to 45 feet MLW, WCFS decided to dig deeper than 47 feet to determine whether more than two to three feet of rock could be removed by dredging. Dredge 54 was capable of removing four to five feet of rock without difficulty. The observed depth of dredging during the test dig in the serpentinite areas was 48 to 49 feet.

### 4.2.4 Hydrographic Survey

Hydrographic surveys were performed before and after the test digs. The hydrographic surveys were performed utilizing base-station DGPS. The base station was established on the roof of the Great Lakes facility on the south shore of the KVK. The Leica equipment is capable of providing sub-meter location accuracy.

Figures 4-1 to 4-4 depict the pre-dig bottom configuration in the diabase areas and Figures 4-5 to 4-8 depict the post-dig bottom configuration. Similarly, Figures 4-9 to 4-12 depict the pre-dig bottom configuration in the serpentinite areas, and Figures 4-13 to 4-16 depict the post-dig configuration. Contours at 0.5 foot intervals were added utilizing an inverse square contouring program.

Each of the figures show the test dig areas where the geotechnical and geophysical investigations were performed. A review of the figures shows that the test digs were typically performed about 30 feet to the southwest of the survey areas. The apparent systematic difference was due to the different DGPS system used by Great Lakes in positioning the dredge. Great Lakes used the US Coast Guard differential beacon as it DGPS signal, which can result in errors of up to 10 meters. In addition, the Coast Guard subsequently reported an outage of the nearest DGPS transmitter located at Sandy Hook on both April 23 and April 24; thus, the Montauk transmitter provided the signal, which, due to its greater distance, could have resulted in a larger error.

The surveys performed before the test dig, however, did provide the coverage necessary to assess the performance of the test digs. Table 4-1 shows the averaged depths before and after dredging in each of the test dig areas. Except in Area 3 of the diabase area, the observed depths before and after the test digs were comparable to the surveyed elevations. The observed depths in Area 3 were about 45 feet at the start of dredging and 47 feet at the end of dredging; the surveyed depths, however, were about 1½ feet shallower, both before and after the dredging.

A comparative review of the before and after surveys in each of the test dig areas shows obvious rectangular areas of dredging, except in Area 3 of the diabase area. The surveys also confirmed success in dredging to 47 feet MLW in parts of all areas, except Area 3. The survey shows that 47 feet was not attained in Area 3; the likely reason was a depth measurement error made during observation of dredge depths during the test dig in Area 3. It is, however, important to note that at no digging location, including Area 3, was the depth of digging limited by either the rock or the equipment and method used, i.e., based on observations made during the test dig, digging could have continued to a greater depth in all areas.

The test dig program was performed successfully in accordance with the technical requirement of the delivery order. The conclusions and recommendations made in this section reflect the conditions at the six test sites that were investigated and may not reflect the conditions in other parts of the KVK.

## 5.1 CONCLUSIONS

This investigation comprised a series of interrelated tasks, including geotechnical and geophysical investigations and the test dig, to evaluate the feasibility of dredging without blasting in bedrock areas in the KVK and to identify techniques that might be used to predict the quality of rock in the KVK.

### 5.1.1 Geotechnical Investigation

The geotechnical investigation encompassed the logging and collection of rock cores from three locations in each of the two rock types followed by laboratory strength tests for each of the rock types.

The following conclusions are made about the diabase:

- The relatively high to very high compressive strength of the diabase, combined with its relatively low natural fracture density suggests that the diabase cannot be excavated without blasting. The bottom surface of the diabase test areas comprises a 1 to 2 foot layer of broken rock.
- The RQD increased and the fractures per foot of rock with depth to a depth of 55 feet MLW, the bottom of the cores collected.

The following conclusions are made about the serpentinite:

- The low compressive strength and the relatively high natural fracture density of the serpentinite may be sufficient to allow for excavation without blasting.
- The RQD of the serpentinite cores was low, and the fracture per foot were high to a depth of 55 feet MLW, the bottom of the cores collected.

### 5.1.2 Geophysical Investigation

On the basis of the information obtained during the geophysical investigations, the following conclusions can be made:

- The geophysical investigation was successful in determining the utility of seismic refraction for estimating the thickness of fractured rock.
- Seismic refraction can be used in the KVK to provide information to facilitate dredging estimates.
- Based on the experience gained in this investigation, some adjustments would be appropriate to conduct a production-mode survey over a large area. A larger production-mode survey could be completed with fewer shot points and a coarser sampling grid and still adequately address project needs. Closer geophone spacing, for

example, would allow for identification of a third seismic layer, if present. Few such layers were identified with the spacing used in this investigation.

### 5.1.3 Test Dig

Test digs were performed in six areas, three each in the diabase and serpentinite. The test digs were successful in evaluating whether rock could be dredged without blasting and the utility of utilizing geophysics as a basis for predicting the dredgeability of rock in the KVK. Because two different rock types exist in the KVK, conclusions relative to the dredgeability of the rocks are made specifically for each rock type.

The test digs in the diabase demonstrated that broken or highly fractured diabase was present and was capable of being dredged. Two to three feet of rock were typically dredged. Rock below the easily dredged rock was dredged with varying difficulty with the equipment used, but is potentially dredgeable, with less difficulty, should larger more aggressive rock dredges be used. Dredging to a grade of 47 feet MLW was achieved in parts of two of the areas (Areas 1 and 2). Dredging to a grade of 47 feet MLW was not achieved in Area 3. Depth of digging, however, was not limited by either the rock or the equipment and method used, (i.e., based on observations made during the test dig, digging could have continued to a greater depth) but, rather, an observational error - at the time of dredging the observed depth was 47 feet and, therefore, further deepening was not attempted. The survey, completed later, however, showed the depth to be shallower than observed during the digging.

The test digs in the serpentinite dredged the rock to a grade of 48 ft MLW and demonstrated that the rock could be dredged to a depth of four to five feet below current grade with little difficulty in the three test-dig areas.

### 5.1.4 General Conclusions

The following conclusions can be made for the diabase:

- The diabase cannot be dredged unless fractured.
- The diabase in the test-dig areas comprises about a foot of broken rock overlying fractured diabase. Geotechnical data suggest that the fractures are due to former blasting and that these fractures decrease in frequency with depth.
- Geophysical investigation of the diabase area showed an upper seismic layer of broken rock and a second seismic layer of variably fractured rock. When a third seismic layer was present, the seismic velocities in the second layer suggest that the diabase may be dredgeable.
- The test digs in the diabase were successful to a depth of 47 feet. Two to three feet were typically dredged in the diabase areas. Although no dredging below 47 feet was attempted, based on observations made during the test digs, dredging deeper would have been possible.

- Dredging to a grade of 47 feet MLW is likely to be slower when compared to dredging in the serpentinite and production dredging is likely to require larger, more aggressive dredges than the one used in the test dig.

The following conclusions can be made for the serpentinite:

- The serpentinite in the collected cores was highly fractured and partially saprolitic (highly weathered) in the test-dig areas.
- The serpentinite may be capable of being dredged without requiring any blasting.
- Geophysical investigation of the serpentinite area showed an upper seismic layer of broken rock and a second seismic layer of variably fractured rock. When a third seismic layer was present, the seismic velocities in the second layer suggest the serpentinite to be dredgeable.
- The serpentinite test-dig areas were dredged to a depth of 3 to 5 feet below current grade with little difficulty. If the rock quality of the serpentinite elsewhere in the KVK is the same as in the test areas, dredging without blasting to a grade of 47 feet MLW is possible.

Blank Page

00902-26

# ***Tables***

00902-27

Blank Page

D0902 - 28

Project No.: R95555 File: UC1.XLS

TABLE 2-1
SUMMARY OF ROCK UNCONFINED COMPRESSION TESTING

| BORING NO. | SPECIMEN NO. | DEPTH (ft) | WATER CONTENT (%) | TOTAL UNIT WGT. (pcf) | DRY UNIT WGT. (pcf) | AXIAL STRAIN @FAILURE (%) | PEAK COMPRESSIVE STRESS (psi) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| D1A | | 50.3-50.6 | 0.2 | 188.2 | 187.8 | 0.38 | 30680 | |
| D1A | | 55.0-55.9 | 0.3 | 185.5 | 185.0 | 0.45 | 22840 | |
| D1B | | 46.3-47.0 | 0.3 | 185.7 | 185.2 | 0.55 | 28600 | |
| D1B | | 49.4-50.1 | 0.4 | 188.1 | 187.3 | 0.35 | 25560 | |
| D2A | | 48.0-49.2 | 0.3 | 186.7 | 186.3 | 0.50 | 35500 | |
| D2A | | 51.6-52.3 | 0.9 | 188.1 | 186.3 | 0.37 | 42270 | |
| D2B | | 45.2-45.8 | 0.5 | 186.0 | 185.2 | 0.42 | 35130 | |
| D2B | | 52.5-53.3 | 0.2 | 186.8 | 186.5 | 0.34 | 24010 | |
| D3A | | 49.5-50.0 | 0.3 | 186.2 | 185.9 | 0.55 | 32300 | |
| D3A | | 52.6-53.6 | 0.3 | 186.2 | 186.1 | 0.44 | 17850 | |
| D3B | | 46.3-46.6 | 0.7 | 176.4 | 175.4 | 0.44 | 18900 | |
| D3B | | 53.0-54.1 | 0.4 | 184.7 | 184.0 | 0.49 | 26159 | |
| S1B | | 54.5-55.2 | 2.0 | 155.2 | 152.3 | 0.28 | 2900 | |
| S3A | | 48.7-48.9 | 3.4 | 152.2 | 147.2 | 0.32 | 401 | weathered, cracks noted |
| S3A | | 52.5-53.2 | 4.1 | 149.7 | 144.0 | 0.37 | 2170 | |
| S3B | | 46.0-46.6 | 1.4 | 156.0 | 153.9 | 0.26 | 4021 | |
| S3B | | 53.7-54.7 | 0.9 | 158.6 | 157.3 | 0.25 | 6200 | |

00902-29

6/26/97

G003067

Blank Page

00902-30

TABLE 3-1

SEISMIC REFRACTION RESULTS

| Area | Seismic Line | Seismic Layer | Velocity Range (feet/second) | Thickness of Seismic Layer (feet) |
|---|---|---|---|---|
| Diabase No. 1<br>Area 1 | 101 | 1<br>2 | 4,730-5,540<br>7,750-10,050 | 2-4 |
| | 102 | 1<br>2 | 4,780-6,340<br>10,700-12,760 | 3-7.5 |
| | 103 | 1<br>2 | 4,780-6,710<br>7,720-10,680 | 1-3 |
| | 104 | 1<br>2 | 5,150-6,670<br>7,100-9,670 | 1-5 |
| Diabase No. 2<br>Area 2 | 201 | 1<br>2 | 4,970-6,970<br>7,300-10,830 | 0.5-3 |
| | 202 | 1<br>2 | 4,900-5,700<br>7,030-8,100 | 0.5-2 |
| | 203 | 1<br>2 | 5,200-6,550<br>7,060-8,330 | 1.5-4.5 |
| | 204 | 1<br>2 | 5,000-6,250<br>7,000-10,000 | 1-3 |
| | 205 | 1<br>2 | 4,970-6,820<br>8,150-11,165 | 1-4 |
| Diabase No. 3<br>Area 3 | 302 | 1<br>2<br>3 | 4,900-5,230<br>7,170-8,320<br>9,980-10,090 | 0.5-2<br>5.5-6.5 |
| | 303 | 1<br>2 | 4,800-5,300<br>7,500-8,320 | 0.5-2 |
| | 304 | 1<br>2<br>3 | 4,890-7,700<br>8,220-8,970<br>11,850-14,200 | 2-2.5<br>7.5-9 |
| | 305 | 1<br>2 | 4,900-6,890<br>8,440-11,820 | 3-5 |
| Serpentinite No. 1<br>Area 4 | 401 | 1<br>2 | 4,700-6,400<br>7,370-8,770 | 1.5-3 |

Sheet 1 of 2

TABLE 3-1

SEISMIC REFRACTION RESULTS

| Area | Seismic Line | Seismic Layer | Velocity Range (feet/second) | Thickness of Seismic Layer (feet) |
|---|---|---|---|---|
| | 402 | 1<br>2 | 4,800-7,150<br>7,600-9,200 | 2.5-7.5 |
| | 403 | 1<br>2 | 5,170-7,480<br>7,560-8,980 | 2-9 |
| | 404 | 1<br>2 | 5,490-6,090<br>7,500-9,670 | 2-6 |
| Serpentinite No. 2<br>Area 5 | 501 | 1<br>2 | 5,080-5,990<br>7,150-9,300<br>13,000-14,680 | 0.5-3<br>1.5-4 |
| | 502 | 1<br>2<br>3 | 5,350-6,410<br>7,860-9,800<br>9,600-9,800 | 1-2<br>2-4 |
| | 503 | 1<br>2<br>3 | 4,800-5,100<br>8,640-9,200<br>9,200-11690 | 1-4<br>1-4 |
| | 504 | 1<br>2<br>3 | 4,800-7,580<br>7,900-10,880<br>10,100-13,530 | 0-2<br>4-12 |
| Serpentinite No. 3<br>Area 6 | 601 | 1<br>2 | 4,800-6,300<br>6,450-6,990 | 0.5-3 |
| | 602 | 1<br>2 | 4,900-5,660<br>6,350-6,980 | 0.5-2 |
| | 603 | 1<br>2 | 4,850-5,270<br>6,740-7,330 | 1-2.5 |
| | 604 | 1<br>2 | 4,900-5,700<br>6,500-6,960 | 0.5-1.5 |

## Table 4-1 Test Dig Results
## KVK - April 23-24,1997

| ROCK TYPE | AREA | DURATION | OBSERVED DIG DEPTH (MLW) ft[1] | | SURVEY DIG DEPTH (MLW) ft | |
|---|---|---|---|---|---|---|
| | | hr:min | Start[2] | Finish[3] | Before[4] | After[5] |
| DIABASE | | | | | | |
| | 1 | 5:15 | 44 | 47 | 44.5 | 48 |
| | 2 | 4:33 | 44 | 47 | 44 | 47 |
| | 3 | 5:02 | 45 | 47 | 43.5 | 46.5 |
| SERPENTINITE | | | | | | |
| | 4 | 2:35 | 45.5 | 49 | 45 | 49.5 |
| | 5 | 2:35 | 45 | 48 | 44.5 | 49.5 |
| | 6 | 2:53 | 44.5 | 48 | 44 | 49 |

NOTES:

[1] Depth estimated by dredge operator corrected to stage of tide

[2] Average estimated depth at start of dredging

[3] Average dredged depth estimated by dredge operator

[4] Average surveyed depth in area dredged before dredging

[5] Deepest survey depth in area dredged after completion of dredging

Blank Page

00902 - 34

# ***Figures***

00902-35

Blank Page

00902-36


TEST AREA LOCATIONS
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
0
600
1200
SCALE
DIABASE TEST AREAS

00902-37


TEST AREA LOCATIONS
SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
SERPENTINE TEST AREAS
0
600
1200
SCALE

00902 - 38




LEGEND

D1-A BORING LOCATION AND NUMBER

NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".

2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).

3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LOCATION OF BOREHOLES AND SEISMIC LINES
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

00902-39



AREA # 4
AREA # 5
AREA # 6
S2-A
S2-B
S3-A
S3-B
S1-A
S1-B
401
402
403
404
501
502
503
504
601
602
603
604
605
606
0 15 30 60
SCALE (FEET)
LEGEND
S1-B BORING LOCATION AND NUMBER
NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LOCATION OF BOREHOLES AND SEISMIC LINES
SERPENTINE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
00902-40

Figure 2-3 SUMMARY OF VARIATION OF FRACTURES/FT WITH DEPTH IN DIABASE AREA BORINGS




00902-41




A. FORWARD SHOT




B REVERSE SHOT




C. TIME-DISTANCE PLOT OF FORWARD AND REVERSE SHOTS

**Example of Seismic Refraction Method**

**WOODWARD-CLYDE FEDERAL SERVICES**
ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT

| | | | |
|---|---|---|---|
| DR. BY DRS | SCALE AS SHOWN | DWG. NO. A-2 | PROJ. NO. [illegible] |
| CKD. BY AH | DATE 26 June 1997 | FIG. NO. 3-1 | |

00902-42



Explanation of Seismic Profiles
WOODWARD-CLYDE FEDERAL SERVICES
ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
SCALE AS SHOWN
DWG NO 6.1
DR BY DRS
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)
Easterly
Westerly
Bottom of Channel
Seismic Layer 1
Seismic Layer 2
Velocity Seismic Layer 1
Velocity Seismic Layer 2
SP
Note:
SP Shot Point Location
00902 - 43

Blank Page

00902-44




NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ D1-A BORING LOCATION AND NUMBER

0 15 30 60
SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT

WAYNE, NEW JERSEY

00902-45




NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".

2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).

3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ 01–A BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

PRE–DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA # 1 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

| | | | |
|---|---|---|---|
| DR. BY JL | SCALE AS SHOWN | DWG. NO. [illegible] | PROJ. NO. [illegible] |
| CKD. BY [illegible] | DATE [illegible] 1997 | FIG. NO. [illegible] | |

00902-46

G003084


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D2-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #2 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 659,500
E 589,900
N 659,400
E 589,800
D2-A
D2-B
AREA #2
N

00902-47


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D3-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #3 - DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 659,500
N 659,400
E 589,500
E 590,000
E 589,900
AREA # 3
D3-A
D3-B
N

00902-48




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ D1-A BORING LOCATION AND NUMBER

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

| DR. BY | JL | SCALE | AS SHOWN | DWG. NO. | PROJ. NO. |
|---|---|---|---|---|---|
| CKD. BY | MA | DATE | JUN 20, 1997 | FIG. NO. | 4-8 |

00902-49




NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ D1-A BORING LOCATION AND NUMBER

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #1 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

WOODWARD-CLYDE FEDERAL SERVICES

00902-50

G003088


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D2-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #2 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 659,500
N 659,400
E 589,600
AREA #2
D2-B
D2-A
N

G003089


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D3-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #3 - DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
AREA # 3
N 659,500
E 590,000
N 659,500
E 589,900
N 659,400
E 590,000
N 659,400
E 589,900
D3-B
D3-A
N
00902-52


N
N 661,900
N 661,800
N 661,700
E 606,600
E 606,700
E 606,800
E 605,900
S1-A
S1-B
S2-A
S2-B
S3-A
S3-B
AREA # 1
AREA # 2
AREA # 3
LEGEND
S1-B BORING LOCATION AND NUMBER
NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
0 15 30 60
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
00902-53




**NOTES**

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

**LEGEND**

◆ S2-B BORING LOCATION AND NUMBER

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #4 — SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

00902-54




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

✦ S3-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #5 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT

00902-55




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

✦ S1-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #6 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

00902-56

G003094


SERPENTINE
KILL VAN KULL
NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
S1-B BORING LOCATION AND NUMBER
0 15 30 60
SCALE (FEET)
POST-DIG CHANNEL BOTTOM ELEVATION SURVEY– SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
S1-A
S1-B
N 651,900
N 651,800
N 651,700
E 606,700
E 606,600
E 606,500
N

00902-57




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ S2-B BORING LOCATION AND NUMBER

0 10 20 40

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #4 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

| | | | |
|---|---|---|---|
| DR. BY SAS/JL | SCALE AS SHOWN | DWG. NO. [illegible] | PROJ. NO. [illegible] |
| CHKD. BY MA | DATE [illegible] | FIG. NO. 4-14 | |

00902-58