


NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".

2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).

3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ S1-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #5 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

00902-59

G003097




*SERPENTINE*
*KILL VAN KULL*

NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ S1-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #6 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
WAYNE, NEW JERSEY

| DR. BY | SAS/JL | SCALE | AS SHOWN | DWG. NO. R5655000 | PROJ. NO. R90333 |
|---|---|---|---|---|---|
| CK'D. BY | MA | DATE | JUN 20, 1997 | FIG. NO. | 4-18 |

00902-60

# Appendix A

00902 - 61

Blank Page.

00902 - 62

# LOG OF BORING D1-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel off Bergen Point | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: [illegible] | DATE STARTED: 3/27/97 | DATE COMPLETED: 3/27/97 |
| DRILLING EQUIPMENT: Barge Mounted [illegible] B-61 | | COMPLETION DEPTH (FT): 57.0 ft | ROCK DEPTH (FT): 46.0 ft |
| AUGER | SIZE AND TYPE CORE BARREL: Double tube NQ | NO. SAMPLES: DIST. — | UNDIST. — CORE (FT) 11 ft |
| TYPE BIT | | WATER LEVEL: FIRST — | COMPL. — 24HR |
| SAMPLER: none | | BORING LOCATION: N 40° 38.57186' W 74° 08.85708' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR: M. Akerberg | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 5" casing drop 45 FT Then drive with hammer to 45.5 ft 3" inner casing set at 46.0 ft |
| bottom of channel | 45 | | | | | | | | | | | | | |
| Gray medium grained DIABASE, [illegible] 6", [illegible] fractures hard, strong | 46 | | | | | | | | | | | | | fractured 3+ |
| | 47 | | | | | Run-1 | 25 | 0 | | | P | NCR | 15 min/ft | |
| | 48 | | | | | | | | | | | | | 0 |
| | 49 | | | | | | | | | | F | | | 8 |
| | | | | | | | | | | | P | | | |
| | 50 | | | | | Run 2 | 89 | 78 | | | F | | | 4 |
| | 51 | | | | | | | | | | F P | | | 3 |

00902-63

# LOG OF BORING D1-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | | | | | | F | | 9 min/ft | |
| | 54 | | | | | | | | | | | | | |
| | 55 | | | | | | | | | | F | | | 2 |
| | 56 | | | | | | | | | | | NCR | | |
| | 57 | | | | | | | | | | | | | EOB - 57.2 ft |

00902-64

# LOG OF BORING D1-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 1

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel - off Bergen Point | | ELEVATION (FT): 0.0ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 3/27/97 | DATE COMPLETED: 3/27/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 50.5 | ROCK DEPTH(FT): 46.0 |
| GER | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 4.5 |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. — 24HR |
| SAMPLER | | BORING LOCATION: N 40° 38.57040' W 74°08.85312' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR: H. Akerbergs | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| bottom of channel | 45 | | | | | | | | | | | | | 5" casing drop to 45.5 ft. Driven to 45.9 ft. 3" [illegible] casing set at 46.0 ft. fractures/ft |
| Gray, medium grained [illegible], only fractured zones alternating with pieces greater than 6" to horizontal fractures, slightly weathered, hard, strong | 46–49 | | | | | Run 1 | 100 | 43 | | | F, ?, F/F, ✓, G | | 15 min/ft | 7; 9; 9 |
| | 49–50.5 | | | | | Run 2 | 73 | 60 | | | F | NCR | | 6 Coring terminated due to rig repairs |
| | 50.5 | | | | | | | | | | | | | EOB - 50.5 ft |
| | 51 | | | | | | | | | | | | | |

00902-65

Blank Page

00902-66

# LOG OF BORING

DFC

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel NY/NJ | | ELEVATION (FT): 0.0 MLW | PROJECT NUMBER: R 95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben | DATE STARTED: March 28, 1997 | DATE COMPLETED: March 28, 1997 |
| DRILLING EQUIPMENT: Barge mounted Mobile B-61 | | COMPLETION DEPTH (FT): -56.0 | ROCK DEPTH (FT): -47 |
| AUGER: — | SIZE AND TYPE CORE BARREL: Double Tube | NO. SAMPLES: DIST. 1 | UNDIST. — CORE (FT) 9 |
| TYPE BIT | | WATER LEVEL: FIRST — | COMPL. — 24HR — |
| SAMPLER: 2.0 in I.D. split spoon | | BORING LOCATION | |
| SAMPLER HAMMER WEIGHT 140 lbs | DROP 30 in. | INSPECTOR L. Weller | |

| DESCRIPTION | Depth (ft) | Soil Samples Type Number | Recovery (ft) | Bl/6in | Drill Rate (Min/ft) | Rock Coring Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | -45 | | | | | | | | | | | | | |
| | | S-1 | 0 | 50/0 | | | | | | | | | | |
| | -46 | | | | | | | | | | | | | Fractured ft |
| Gray DIABASE, fresh pieces 2" to 4" sizes, poor fit | -47 | | | | | R-1 | 70% | 30% | | | P P | NCR | 5 | |
| | -48 | | | | | | | | | | P P P | | 6 | 7 |
| | -49 | | | | | R-2 | 75% | 15% | | | G G P | NCR | 1.5 | 9 |
| | -50 | | | | | R-3 | | | | | P G G | | | 9 |

00902-67

G003105

# LOG OF BORING D1-C

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gray, fresh DIABASE, slightly fractured, hard, strong, steep angle or near horizontal fractures | 51 | | | | | | | | | | | | 1 | |
| | 52 | | | | | R-3 | Recov = 6.5 ft over 6 ft run | RQD = 5.1'/6 = 85 % | | | G | | 1 | |
| | 53 | | | | | | | | | | F, G, G, G | | 9 | |
| | 54 | | | | | | | | | | | | 0 | |
| | 55 | | | | | | | | | | | | 0 | |
| | 56 | | | | | | | | | | | | | eob @ 56.0' |

00902-68

# LOG OF BORING

D1-D

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 1

| | | | |
|---|---|---|---|
| [illegible] AND LOCATION: KVK Channel, NY/NJ | | ELEVATION (FT): 0 msl MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben | DATE STARTED: March 28, 1997 | DATE COMPLETED: March 28, 1997 |
| DRILLING EQUIPMENT: Barge mounted Mobile B-61 | | COMPLETION DEPTH (FT): 48.7 | ROCK DEPTH (FT): 45.7 |
| AUGER — | SIZE AND TYPE CORE BARREL: Double Tube | NO. SAMPLES: DIST. 0 | UNDIST. — CORE (FT) 3 |
| TYPE BIT | | WATER LEVEL: FIRST — | COMPL. — 24HR — |
| SAMPLER — | | BORING LOCATION | |
| SAMPLER HAMMER | WEIGHT — | DROP — | INSPECTOR: L. Weller |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | 45 | | | | | | | | | | | | | mudline @ -45; 4.5' casing to 45.5; roller bit to 45.7; 3.5 inch casing to 45.7; Fractures/FT |
| | | | | | | | | | | | P | | | 7 |
| Gray, Fresh DIABASE closely fractured, hard | 46 | | | | | | | | | | F | | | 5 |
| | | | | | | | | | | | F | | | |
| | 47 | | | | | | | | | | F | | | 11 |
| | | | | | | | | | | | P | | | |
| | 48 | | | | | | | | | | F | | | 8 |
| | 49 | | | | | | | | | | | | | Boring terminated at 48.7 ft due to equipment, and time constraint |
| | 50 | | | | | | | | | | | | | |

D0902-69

G003107

00902-70

# LOG OF BORING D2-4

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel, Shooters Point | | ELEVATION (FT): 0.0 of MLW | PROJECT NUMBER: P45555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/10/97 | DATE COMPLETED: 4/10/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.5 | ROCK DEPTH (FT): 45.5 |
| AUGER | SIZE AND TYPE CORE BARREL: Double tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 10 ft |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. — 24HR — |
| SAMPLER — | | BORING LOCATION: N 40° 38.5960 W 74° 8.8690' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Ft | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | casing drop = 1.0 ft through loose material to 45.0 ft. Casing driven on to 45.3 ft. 3" inner casing to 45.5 ft |
| channel bottom | 44 | | | | | | | | | | | | | |
| Gray medium grained DIABASE, generally gray, fine-grained, moderately fractured, slight weathering, iron stained, hard, strong | 45 | | | | | | | | | | | | | Fractures / Ft |
| | 46 | | | | | | | | | | G | | | 1 |
| | | | | | | | | | | | | | | 1 |
| | 47 | | | | | | | | | | F | | | |
| | | | | | | | | | | | P | | | 9 |
| | | | | | | | | | | | G | | 6 min/ft | |
| | 48 | | | | | Run 1 | 83 | 47 | | | | | | 1 |
| | 49 | | | | | | | | | | F | | | |
| | | | | | | | | | | | F | | | 4 |
| | 50 | | | | | | | | | | | | | |
| | | | | | | | | | | | P | | | 4 |

00902-71

G003109

# LOG OF BORING D2-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | 3 |
| | 52 | | | | | | | | | | | | | |
| | | | | | | | | | | | G | | | 3 |
| | | | | | | | | | | | G | | | |
| | 53 | | | | | | | | | | F | | | 3 |
| | | | | | | | | | | | F | | | |
| | 54 | | | | | | | | | | | | | |
| | | | | | | | | | | | | NCR | | |
| | 55 | | | | | | | | | | | | | EOB - 55.5 ft |
| | 56 | | | | | | | | | | | | | |

00902 - 72

# LOG OF BORING 02-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel off of Bergen Point | ELEVATION (FT): 0.0 ft MLW | | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George / DRILLER: Ben Rivera | DATE STARTED: 4/10/97 | | DATE COMPLETED: 4/10/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | COMPLETION DEPTH (FT): 54.5 | | ROCK DEPTH (FT): 44.5 |
| SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: — | DIST. — | UNDIST. — / CORE (FT) 10 |
| TYPE BIT | WATER LEVEL: — | FIRST — | COMPL. — / 24HR |
| SAMPLER — | BORING LOCATION: N 40°38.5990 W 74° 2.25?? | | |
| SAMPLER HAMMER / WEIGHT / DROP | INSPECTOR: M. Alterberg | | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42 | | | | | | | | | | | | | Casing drops 1.5 ft through loose material to 44.0 ft. Casing driven 5" to 44.5 ft |
| Channel bottom | | | | | | | | | | | | | | |
| Gray medium grained DIABASE, closely fractured, slight weathering, horizontal + [illegible] [illegible] fractures, stained, strong, hard. | 43 | | | | | | | | | | | | | |
| | 44 | | | | | | | | | | | | | |
| | 45 | | | | | | | | | P | | | | 5 |
| | 46 | | | | | Run 1 | 63 | 17 | | | | NCR | 5 min/ft | 5+ |
| | 47 | | | | | | | | | | | | | |
| | 48 | | | | | Run 2 | 40 | 0 | | | | | | 10+ |
| | 49 | | | | | Run 3 | 73 | 0 | | | P | | | 10+ |

00902-73

G003111

# LOG OF BORING D2-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | | | | | | | | | | P | NCR | | 8 |
| | 51 | | | | | | | | | | | | | 8 |
| | 52 | | | | | | | | | | F | | | 4 |
| | 53 | | | | | Run 4 | 77 | 50 | | | F | | 10 min/ft | 3+ |
| | | | | | | | | | | | F | MR | | |
| | 54 | | | | | | | | | | | | | EOB - 54.5 ft |
| | 55 | | | | | | | | | | | | | |

00902-74

# LOG OF BORING D3-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| AND LOCATION KVK Channel, Bergen Point | | ELEVATION (FT) 0.0 ft MLW | PROJECT NUMBER F95555 |
| DRILLING CONTRACTOR Warren George | DRILLER Ben Rivera | DATE STARTED 4/9/97 | DATE COMPLETED 4/9/97 |
| DRILLING EQUIPMENT Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT) 55.0 | ROCK DEPTH (FT) 45.0 |
| GER / | SIZE AND TYPE CORE BARREL Double tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 10 |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. — 24HR — |
| SAMPLER | | BORING LOCATION N 40° 38.6010' W74° 8.8100 | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR M. Akerburg |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44 | | | | | | | | | | | | | 5" casing to 44.7 ft Driven. In then 3" 3" casing set at 45.0 ft |
| channel bottom | | | | | | | | | | | | | | |
| Gray, medium grained ?ALASE, 2" to 4" pieces, fresh and moderately weathered, clay featuring, slightly weathered, hard strong | 45 | | | | | | | | | | F | | | Fractures/ft 8 |
| | | | | | | | | | | | P | | | |
| | 46 | | | | | | | | | | F | | | |
| | | | | | | | | | | | F | | | 6 |
| | | | | | | | | | | | P | | | |
| | 47 | | | | | Run 1 | 90 | 59 | | | P | | 10 min/ft | 10 |
| | 48 | | | | | | | | | | G | | | 3 |
| | 49 | | | | | | | | | | G | | | |
| pieces greater than 6" | | | | | | | | | | | G | | | 2 |
| | | | | | | | | | | | F | | | |
| | 50 | | | | | | | | | | | | | 0 |
| | 51 | | | | | | | | | | P | | | 1 |

00902-75

G003113

# LOG OF BORING D3-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples | | | Drill Rate (ft/hr) | Rock Coring | | | | | | | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Type Number | Recovery (ft) | BL/6in | | Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | |
| | 52 | | | | | | | | | | G | | 20 min/ft | 1 |
| | 53 | | | | | | | | | | G<br>F | | 10 min/ft | 2 |
| | 54 | | | | | | | | | | | NCR | | 1 |
| | 55 | | | | | | | | | | | | | EOB at 55 ft |

00902-76

# LOG OF BORING 03-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel off Fron Point | | ELEVATION (FT): 2.0 (MLW) | PROJECT NUMBER: R45555 |
| DRILLING CONTRACTOR: Ulmer & Earl | DRILLER: Ben Rivera | DATE STARTED: 4/9/97 | DATE COMPLETED: 4/9/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 Ft | ROCK DEPTH (FT): 45.0 Ft |
| AUGER | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: DIST. | UNDIST. CORE (FT) 10 |
| TYPE BIT | | WATER LEVEL: FIRST | COMPL. 24HR |
| SAMPLER | | BORING LOCATION: N 40° 38.6040' W 74° 8.8410' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR: M. Akerley | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| clayey/silt bottom | 44 | | | | | | | | | | | | | Casing = 44.5 ft Driven to 45.0 ft |
| Gray, medium to coarse grained DIABASE, dips generally less than 45° steep to vertical, fractures, slight to moderately weathered, hard, strong | 45 | | | | | | | | | | P | | | fractures/ft: 11 |
| | 46 | | | | | | | | | | P | | 6 min/ft | 7 |
| | 47 | Run 1 | | | | | | | | | F | | | 3 |
| | 47 | | | | | | | | | | F | | | |
| | 48 | | | | | | | | | | F | | 7 min/ft | 4 |
| clay filled fractures | 49 | | | | | | | | | | P | NCR | | 2+ |
| | 50 | | | | | | | | | | | | | overcored 50.0-50.2 ft; 3 |
| | 51 | Run 2 | | | | | | | | | F | | | |
| | | | | | | | | | | | G | | | 3 |
| | | | | | | | | | | | G | | | |

00902-77

G003115

# LOG OF BORING D3-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| medium grained fresh to slightly weathered, pieces greater than 6" | 52 | | | | | | | | | | | | | 1 |
| | 53 | | | | | | | | | | G | | 5 min/ft | 0 |
| | 54 | | | | | | | | | | | nre | | |
| | 55 | | | | | | | | | | | | | EOB at 55.0 ft |

00902-78

# LOG OF BORING S1-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel Constable Hook | | ELEVATION (FT): 0.0 ft ASL | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/11/97 | DATE COMPLETED: 4/11/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 | ROCK DEPTH (FT): 47.5 ft |
| AUGER: — | SIZE AND TYPE CORE BARREL: Double tube NQ | NO. SAMPLES: 1 / DIST. 1 | UNDIST. — / CORE (FT) 7.5 |
| TYPE BIT: — | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| SAMPLER: 2" split spoon | | BORING LOCATION: N 40° 38.9690' W 74° 5.2350' | |
| SAMPLER HAMMER / WEIGHT: 140 lb | DROP: 30" | INSPECTOR: M. Akerberg | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Ht | Frac. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44 | | | | | | | | | | | | | 5" casing driven to 44.5 ft. Driven to 45.5 ft. Then 3" inner casing set at 47.5 ft |
| | 45 | | | | | | | | | | | | | |
| [illegible] Serpentinite. Top 6" [illegible], progressively [illegible] bottom | 46 | S-1 | 1.0 | 14 / 7 / 9 / 14 | | | | | | | | | | S-1 [illegible] to boring S1-A [illegible] Alternating hard and soft drilling to EOB. Core barrel blocked up [illegible] Substantial cutting during drilling |
| | 47 | | | | | | | | | | | | | |
| | 48 | | | | | Run 1 | 25 | 0 | | | | | 10 min/ft | 3-4 pieces of core 0.25' in length |
| Green SERPENTINITE, generally less than 1" [illegible] few pieces of core (see remarks) [illegible] to deeply weathered [illegible] | 49 | | | | | | | | | | | | | mostly broken rock - generally less than 1" |
| | 50 | | | | | Run 2 | 40 | 0 | | | | | | |
| | 51 | | | | | | | | | | | | | |

00902-79

G003117

# LOG OF BORING S1-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Dip | Dip Azimuth | Crack Fill | Fracd. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | Two pieces of core (.30 & .25 ft); Remainder is broken rock. generally less than [illegible] |
| | 53 | | | | | | | | | | | | | |
| | 54 | | | | | Run 3 | 25 | 0 | | | | | | |
| | 55 | | | | | | | | | | | | | EOB - 55.0 ft |

00902-80

# LOG OF BORING S1-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| AND LOCATION: UK Channel Constable Hook | ELEVATION (FT): 0.0 ft MLW | | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George / DRILLER: Ben Rivera | DATE STARTED: 4/11/97 | | DATE COMPLETED: 4/11/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | COMPLETION DEPTH (FT): 56.5 | | ROCK DEPTH (FT): 47.5 |
| GER / SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: — | DIST. — | UNDIST. / CORE (FT) 10 |
| TYPE BIT | WATER LEVEL: — | FIRST — | COMPL. / 24HR |
| SAMPLER | BORING LOCATION: N40° 38.9627' 74°5.3350' | | |
| SAMPLER HAMMER / WEIGHT / DROP | INSPECTOR: M. Akerberg | | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Ft | Fract. Diam. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | 45–47 | | | | | | | | | | | | | Casing to 45.5 ft. 3" casing driven and washed out to 47.5 ft. Alternating hard and soft drilling to EOB. Core barrel lifted up at the end of each run. Substantial cuttings during drilling. Average 5 min/ft. |
| Green SERPENTINITE. Generally incomplete core under 0.2' and rock pieces under 0.1'. Only one larger core piece recovered at end of boring (~0.6' length), partly to deeply weathered, [illegible] | 47.5–50.5 | | | | | Run 1 | 10 | 0 | | | | | | One piece of core 0.2' in length |
| | 50.5–52.5 | | | | | Run 2 | 10 | 0 | | | | | | mostly broken rock - generally less than 0.1' |

00902-81

# LOG OF BORING S1-B

SHEET 1 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fil | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 53 | | | | | | | | | | | | | |
| | 54 | | | | | | | | | | | | | one 0.6' core piece at end of run. Otherwise, partial core pieces generally less than 0.2 ft and broken rock less than 0.1 ft |
| | 55 | | | | | Run 3 | 50 | 20 | | | | | | |
| | 56 | | | | | | | | | | | | | EOB - 56.5 ft |
| | 57 | | | | | | | | | | | | | |

00902-82

# LOG OF BORING S2-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| T AND LOCATION: KVK Channel Constable Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| ILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/14/97 | DATE COMPLETED: 4/14/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 57 ft | ROCK DEPTH(FT): 47.9 ft |
| JGER: — | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 2 / DIST. 2 | UNDIST. — / CORE (FT) 10 |
| TYPE BIT: - | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| AMPLER: 2" split spoon | | BORING LOCATION: N 40° 38.9890' W 74° 5.1840' | |
| SAMPLER HAMMER / WEIGHT: 140 lb | DROP: 30" | INSPECTOR: M. Alanburger | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 46 | | | | | | | | | | | | | Casing to 46.9 ft. Driven to 47.4 ft. 3" casing set at 47.9 ft |
| channel bottom | | | | | | | | | | | | | | Total time for 10 ft run: 15 min (considerable ... of ... (polygon?)) |
| Deeply weathered SERPENTINITE; friable green rock fragments and ... in ... green ... matrix | 47 | | | 15 | | | | | | | | | | |
| | | | | 35 | | | | | | | | | | |
| | 48 | S1 | 1.3 | 54 | | Run 1 | 0 | 0 | | | | | | |
| | | | | 20 | | | | | | | | | | |
| | 49 | | | | | | | | | | | | | |
| | 50 | | | | | | | | | | | | | |
| no recovery | 51 | | | | | | | | | | | | | |
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | | | | | | | | | |

00902-83

# LOG OF BORING S2-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fluid Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 54 | | | | | | | | | | | | | |
| | 55 | | | | | | | | | | | | | |
| | 56 | | | | | | | | | | | | | EOB - 57.0 ft |
| Deeply weathered [illegible], dk. Green Rock vein within a green saprolitic matrix | 57–59 | S-7 | 0.2 | 100/2" | | | | | | | | | | |
| | 59 | | | | | | | | | | | | | |

00902-84

G003122

# LOG OF BORING SZ-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel - Constable Hook | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 | |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/14/97 | DATE COMPLETED: 4/14/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 ft | ROCK DEPTH (FT): 48.0 ft |
| AUGER: — | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 3 DIST. 3 | UNDIST. — CORE (FT) 7 |
| TYPE BIT: — | | WATER LEVEL: — FIRST — | COMPL. — 24HR — |
| SAMPLER: 2" split spoon | | BORING LOCATION: N 40°38.9855 W 74°5.1795' | |
| SAMPLER HAMMER WEIGHT: 140 lb | DROP: 30" | INSPECTOR: | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fit | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 45 | | | | | | | | | | | | | Casing to 45.6 ft. Driven to 46.7 ft. 3" inner casing set at 48.0 ft |
| channel bottom | | | | 13 | | | | | | | | | | |
| Deeply weathered (CEMENTATED?) ... rock fragments generally ... in ... green saprolitic | 46 | S-1 | 1.2 | 67 | | | | | | | | | | |
| | 47 | | | 100/4" | | | | | | | | | | |
| No recovery | 48 | | | | | | | | | | | | | Small Roller bit drill from 47.0 to 49.6 ft. Then split spoon sample S-2. Then core from 48.0 ft. Total time for 7 ft run = 13 min. Considerable quantities of pale green cuttings |
| | 49 | | | 100/3" | | | | | | | | | | |
| | 50 | S-2 | 0.1 | | | Run 1 | 0 | 0 | | | | | | |
| | 51 | | | | | | | | | | | | | |
| | 52 | | | | | | | | | | | | | |

00902-85

G003123

# LOG OF BORING S2-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Frac. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 53 | | | | | | | | | | | | | |
| | 54 | | | | | | | | | | | | | EOR - 55.0 ft |
| | 55 | S-3 | 0.5' | 100/2" | | | | | | | | | | Recovery appears to be material fallen in from above since had 100/2" blows: so no sample |
| | 56 | | | | | | | | | | | | | |
| | 57 | | | | | | | | | | | | | |

00902-86

# LOG OF BORING S3-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| [PROJEC]T AND LOCATION: KVK Channel - Constable Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| [DR]ILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/14/97 | DATE COMPLETED: 4/14/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.2 | ROCK DEPTH (FT): 47.2 |
| [AU]GER: – | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 1 / DIST. 1 | UNDIST. – / CORE (FT) 8 |
| TYPE BIT: – | | WATER LEVEL: – / FIRST – | COMPL. – / 24HR – |
| [S]AMPLER: 2" split spoon | | BORING LOCATION: N 40°38.9830' W74°5.2030 | |
| SAMPLER HAMMER | WEIGHT 140 | DROP 30" | INSPECTOR |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44 | | | | | | | | | | | | | casing to 44.5 ft; 3" mace coring into 47.2 ft |
| channel bottom | | | | | | | | | | | | | | |
| saprolitic green deeply weathered SERPENTINITE | 45 | S-1 | 1.1 | 50 / 100/.16" | | | | | | | | | | Entire boring - NCR likely attributable to softer weathered rock between recovered pieces washed up as cuttings - not loss of core at end of runs |
| | 46 | | | | | | | | | | | | | |
| green SERPENTINITE moderately to deeply weathered. Low hardness, horizontal to steeply dipping fractures, closely scattered | 47 | | | | | | | | | all P ↕ Gp? | | | | Total coring time for Run 1 - 30 min; harder coring from 50 ft to end of run |
| | 48 | | | | | | | | | | | | | |
| | 49 | | | | | Run 1 | 50 | 9 | | | | | | |
| | 50 | | | | | | | | | | | NCR | | |
| | 51 | | | | | Run 2 | 50 | 0 | | | | | 10 min/ft | ~~ox~~ loaded + over cored pieces - less than 0.15' in size |

00902-87

# LOG OF BORING S3-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fit | Rock Coring: Fract. Discw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | Run 3 | 70 | 24 | | | P | NCR | 7 min/ft. | |
| | 54 | | | | | | | | | | | | | |
| | 55 | | | | | | | | | | | | | EOB - 55.2 ft |
| | 56 | | | | | | | | | | | | | |

00902-88

# LOG OF BORING S3-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| AND LOCATION: KVK Channel Cribble Hook | | ELEVATION (FT): 0.0ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/15/97 | DATE COMPLETED: 4/15/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 54.8 | ROCK DEPTH (FT): 44.8 |
| SER: — | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 1 / DIST. 1 | UNDIST. — / CORE (FT) 10 |
| TYPE BIT: — | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| SAMPLER: 2" split spoon | | BORING LOCATION: N 40° 38.9875 W74° 5.2060' | |
| SAMPLER HAMMER | WEIGHT / DROP | INSPECTOR | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fit | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | 44 | | | | | | | | | | | | | |
| Saprolitic green deeply weathered SERPENTINITE | 45 | S-1 | 0.5 | 100/6" | | | | | | | S, S, ?, P | | | |
| | 46 | | | | | | | | | | F, F | | | |
| green SERPENTINITE moderately to deeply weathered, medium hardness, horizontal to steeply dipping fractures, slicken filled, closely fractured to 52ft | 47 | | | | | Run 1 | 90 | 79 | | | F, G, P, ?, ? | | 5 min/ft | |
| | 48 | | | | | | | | | | | | | |
| | 49 | | | | | | | | | | G, G | | | |
| | 50 | | | | | | | | | | F | | | |
| | 51 | | | | | | | | | | P | | | |

00902-89

G003127

# LOG OF BORING S3-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Frad. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | | | | | | | | | |
| | | | | | | | | | | | | 6- | | |
| | 54 | | | | | | | | | | | | NCR | |
| | | | | | | | | | | | | | | EOB - 54.8 ft |
| | 55 | | | | | | | | | | | | | |

00902-90

# Appendix B

00902-91

Blank Page

00902-92



Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. A95555
by: Woodward Clyde
Data Set1101
Date: Apr 11 '87
Spread: 0101
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000


00902-93


Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set1102
Date: April '97
Spread: 0102
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-94


Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set1103
Date: April '97
Spread: 0103
DISTANCE (FEET)
TIME (MILLISECONDS)
ELEVATION (FEET)
VELOCITY (FEET/SEC) x 1000

00902-95


Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set1104
Date: April '97
Spread: 0104
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-96


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
for: Project Number R95555
by: Woodward Clyde
Data Set2201
Date: April '97
Spread: 0201
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-97


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
For: Project Number R95555
by: Woodward Clyde
Data Set2202
Date: April '97
Spread: 0202
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (FT/SEC) x 1000

00902-98


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
for: Project Number R95555
by: Woodward Clyde
Data Set2203
Date: April '97
Spread: 0203
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-99


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
for: Project Number
by: Woodward Clyde
Data Set2204
Date: April '97
Spread: 0204
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-100


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
for: Project Number A95555
by: Woodward Clyde
Data Set2205
Date: April '97
Spread: 0205
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-101


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
for: Project Number R95555
by: Woodward Clyde
Data Set3302
Date: April '97
Spread: 0302
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-102


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set3303
Date: April '97
Spread: 0303
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) X 1000
DISTANCE (ft)

00902-103


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set3304
Date: April '97
Spread: 0304
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-104


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
for: Project No. A95555
by: Woodward Clyde
Data Set3305
Date: April '87
Spread: 0305
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-105



Kill Van Kull
Serpentinite Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set0401
Date: April '97
Spread: 0401
TIME (MILLISECONDS)
ELEVATION (FEET)
VELOCITY (FEET/SEC) x 1000
DISTANCE (FEET)


00902-106


Kill Van Kull
Serpentinite Area No. 1
Seismic Refraction
for: Project No. A95555
by: Woodward Clyde
Data Set4402
Date: April '97
Spread: 0402
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-107


Kill Van Kull
Serpentinite Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set4403
Date: April '97
Spread: 0403
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-108


Kill Van Kull
Serpentinite Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set4404
Date: April '97
Spread: 0404
DISTANCE (ft)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
TIME (MILLISECONDS)

00902-109


Kill Van Kull
Serpentinite Area No. 2
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set5501
Date: April '97
Spread: 0501
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-110