2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EC 1130-2-210, Hydrographic Surveying, 1 Oct 1998, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for **Bid Item Nos. 0001AC, 0001AE, 0003, 0004AC, and 0004AE** shall be made after a maximum of 10 percent of the amount of the payment is retained until the area is surveyed by the Government for acceptance and approved in writing. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

## 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule

must reflect these anticipated adverse weather delays in all weather dependent activities.

Station Location: Newark, N.J.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (7) | (6) | (7) | (5) | (6) | (5) | (6) | (5) | (5) | (4) | (4) | (6) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15) (31 Oct 89)

## 1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL

The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated 3 September 1996. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters Website. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that is in effect on the date of the solicitation. The website location where these changes can be found is under the button entitled, "Changes to EM", located at: http://www.hq.usace.army.mil/soh/hqusace_soh.htm." Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing

Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The following interim policy guidance is provided for EM 385-1-1, paragraphs 01.C.04 a & b currently written as:

"Operators shall not be permitted to operate beyond the following limits:

(a) Operators of hoisting equipment, mobile construction equipment and draglines shall not be permitted to exceed 10 hours of **duty timein** any 24-hour period, including time worked at another occupation, without an interval of eight consecutive hours of rest.

(b) Operators of other equipment and motor vehicles, while **on duty**, shall not operate equipment or vehicles for a **continuous period** of more than 10 hours in any 24-hour period without at least eight consecutive hours of **rest**; nor shall any employees, while **on duty**, operate any vehicles after being in a **duty status** for more than 12 hours during any 24-hour period without at least eight consecutive hours of rest. **Variation in these requirements requires documented approval of the designated authority and notification of the Command's Safety and Occupational Health Office.**"

2) Definitions for terms highlighted in bold and underlined type above are defined as:

Duty Time, On duty & Duty Status: those hours for which the employee is being monetarily compensated.

Continuous Period: those hours for which employee works uninterrupted, except for meal periods and breaks, at one or more specific tasks during time.

Rest (period): time period free of all restraint or duty for and free of all responsibility for work or duty.

Designated Authority: the senior person in charge or his/her appointed representative for the operation being considered. (Resident Engineer/Project Manager/Operations manager, etc.)

Command Safety and Occupational Health Office: the District Safety and Occupational Health Office having jurisdiction over the work being conducted.

Activity Hazard Analysis: a tool used to document a process by which the steps (procedures) required to accomplished a work activity are outlined, the actual or potential hazards of each step are identified, and measures for the elimination or control of those hazards are developed.

Qualified Person: one who, by possession of a recognized degree,

certificate, or professional standing, or extensive knowledge, training, and experience, has successfully demonstrated his or her ability to solve or resolve problems related to the subject matter, the work, or the project.

3) The designated authority may issue a variance to paragraphs 01.C.04 a or b. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

4) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A,B,& C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

## 1.27 PLANT

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply.

## 1.28 STATE/LOCAL INCOME TAXES

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

## 1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3),(32); 3301(4),(6); 3302 (c)(2); 3305(a),(a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

## 1.30 TIME EXTENSIONS: (APR 1984)

Notwithstanding any other provisions of this contract, it is

mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

**1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)**

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

**1.32 OPTIONAL INSURANCES**

**1.32A INSURANCE PROCURED BY CONTRACTOR**

a. At the Government's option, to be exercised in writing no later than 120 days after contract award, the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

(1) Commercial General Liability Insurance in limits of not less than Three Million Dollars ($3,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage, including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards with a contractual liability endorsements covering the risks assumed under this agreement.

(2) Maritime Protection and Indemnity Insurance, and Chartered Legal Liability insurance where applicable, relating to the operation, maintenance, or use of any vessel, in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including coverage for Masters and members of crews.

b. The policies described in 1 and 2 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management, The Port Authority of New York and New Jersey, One World Trade Center, Room 64 North, New York, NY 10048 (Attention: Certificate Review). Moreover, the General Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy.

c. Further, the liability policies shall be specifically endorsed to prohibit the insurance carrier from raising any defense involving in any way jurisdiction of the Tribunal, immunity of the Port Authority, governmental nature of the Port Authority or the provisions of any statutes respecting suits against the Port Authority without obtaining written expressed advance permission from the General Counsel of the Port Authority.

d. The Contractor shall take out and maintain Workers Compensation Insurance (including an other states coverage) in accordance with requirements of law. The policy shall include the United States Longshoremen and Harbor Workers Compensation Act Endorsement.

e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish to the Contracting Officer and to the Port Authority at the above addresses, within five (5) calendar days of the award of the opinion, a certificate of insurance evidencing the above required insurance. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority. The Contracting Officer and the Port of Authority shall have the right, upon written notice, to receive copies of the policies required hereunder.

f. Prior to exercise of the option provided for in this Section, the Contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would

have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation from his insurance carrier, which sets forth the elements of the said additional premium, including, but not limited to the following: the additional costs of the Port Authority of New York and New Jersey being named as an additional insured broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof.

h. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation as to that amount, if any, of the premium costs of his existing insurance coverage he is allocated to the work of this contract. The Contractor shall indicate whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived.

i. The Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

j. Payment items for insurance premium procured by the Contractor under this paragraph shall be made at contract lump sum price listed in the Bidding Schedule No. 0002 and 0005, Additional Cost for Optional Insurance, if the optional item is awarded.

**1.32B**

The Port Authority will procure and maintain in force at its own cost an Environmental Insurance Policy covering Contractor's pollution legal liability and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate and a deductible of $100,000 as it relates to the work of this Contract for dredging and disposal of dredged material. The policy will be in effect commencing on the date that the Government awards this Contract and will include the Contractor and approved subcontractors as named insureds for such period that is appropriate for the methods used by the Contractor and subcontractors for dredging and disposal of dredged material.

The Contractor and the subcontractors must refer to the policy form to determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the Contractor or, at Contractor's request, by any of the subcontractors performing work for the Contractor under this Contract, at the office of the General Manager, Risk Management/Treasury, the Port Authority of NY and NJ, One World Trade Center, 64N, New York, New York 10048. The Contractor and the subcontractors are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance Policy.

The Contractor and subcontractors shall comply with all obligations as insureds under or in connection with the above policy.

1.33 **FIELD OFFICE**

a. The contractor shall furnish the following equipment to the existing Government Office Trailer facilities located at Caven Point, NJ for use of the contracting officer, and removal of same equipment at completion of the contract.

* Eight (8) cellular mobile phones (latest model) and monthly bills associated with the cellular phones are to be paid by the Contractor.
* Twelve (12) Telephones: 12 four-line telephones with extension and intercom connection, a separate cordless station phones 900 MHz (2)line (Total 12 Units). Installation and phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for the telephone service and instruments as follows:

* 1 line dedicated phone line and jack for each of two fax machines.
* 5 separate phone lines with 12 instruments and wall jacks for voice communication.
* One (1) five line digital telephone answering machine with remote answering and access capability and voice time/day stamp.
* Four (4) 4 drawer, legal size lockable filing cabinets.
* Two (2) Shelf set, four shelves high x 12 inches deep x 3 feet long, (attachable to wall).
* One (1) Plain paper telefax machine with a dedicated telephone line and an adequate supply of paper. The supply of telefax paper shall be replenished by the Contractor as required by the Contracting Officer.
* Eight (8) IBM compatible personal computer Pentium IV 1 GHz or better with computer desk with printer stand, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:
* Eight (8) computer printers: HP Deskjet 1120C or Equal
* High-speed cache memory controller with 512 KB L2 PIPELINE BURST CACHE
* 1 GHz SYSTEM BUS
* 500 MB SDRAM or more
* (1) 3.5" 1.44 MB diskette drives with hard drive controller
* 20 GB hard drive with access time of 9 ms
* Multi I/O card
* 7 expansion slots
* Sound Card W/ SPEAKERS
* Enhanced 101 keyboard
* DOS 6.22 or higher
* 6 outlet surge protectors
* 17" SVGA high-resolution flat panel display screen color monitor with refresh rate 75 Hertz or better
* Diamond Viper V770D Video Card or better
* DVD ROM and CD writer
* 10/100 MB 3 COM Net Card with RJ45 connector (Network Connection)
* 8 MB SVGA color graphics card minimum 100MHz
* Provide paper supplies, ink cartridges, toners, etc., and maintenance as necessary for all office equipment.
* Original DOS manual and disks installed
* 3 button Mouse w/ pad
* Modem 56000 Baud v90

* Voice recognition software with 95% accuracy.
* Software 95% Scan OCR Accuracy
* CD ROM (DVD 40x/Speed) (INTERNAL)
* CD 2X6R/W (READ/WRITE CD) W/ 20 DISKS (INTERNAL)
* 100mb ZIP drive or equal, which will accept 100mb ZIP disks (internal)
* WINDOWS 2000 or Windows (latest version)
* Primavera for windows including all original disks and manuals or equivalent
* 8 Microsoft Office 2000 Professional including MS Word and Excel or latest version
* Anti-Virus software 2 types
* Communication Software
* Microstation software
* All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks and manuals as installed
* Computer must be completely set up with DOS and the above software operable. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have ABOUT ANY PROGRAM.
* ALL REQUIRED CABLES CONNECTORS AND WIRING TO CREATE THE COMPUTER NETWORK AND HARDWARE.

The following new equipment shall also be provided:

* Two LCD data projectors - Sony model LPL-CS1 or better, two overhead projectors - 3M model 9700 or better, two ceiling projection screens - Quartet model QRT-684S or better, and one greaseboard, 4'x8'. These equipment shall be turned over to the Government after the completion of Contract at no additional cost to the Government.
* One (1) 19" Color TV
* A weather station at the KVK Project Office to electronically record wind speed, direction and rainfall intensity on a daily basis
* One Video Cassette Recorder (VCR) VHS Format Record/Play ability
* One Digital Video Camera with interface, software, spare battery, case and charger
* One (1) HP Design Jet 250C Color Plotter or equivalent connected to both computers via printer switching terminals with STAND AND ROLL PAPER FEED W/(10) ROLLS size E paper
* One (1) HP Color Laser jet Printer 4500, or equal
* One (1) Optical scanner-full page 4800 DPI Enhanced with optical character reader and OMNI PAGE PRO software SCSI interface TWAIN driver.
* One (1) Vertical filing plan rack for twelve sets of 30 inch x 48-inch plans
* One (1) Heavy duty, digital, photocopying machine, with auto document feeder, sorter, collator, enlarging/reduction ability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies. The supply of copy paper shall be replenished by the contractor as required by the Contracting Officer
* One (1) Coat Rack
* One (1) Paper towel dispenser with towels
* One (1) Paper cup dispenser with cups
* One (1) Water cooler/heater
* One steel locking storage cabinet
* Twelve (12) guest chairs, stackable type, 31"Hx18"Wx22'D, tubular

chrome frame, and durable fabric upholstery on seat and back

* The following services shall be provided to the two (2) existing Field Office at Caven Point, NJ:
* Potable bottled water as required maintaining a daily water supply with one spare bottle each day.
* Fire Extinguishers. Non-toxic, dry chemical, fire extinguisher meeting Underwriters Laboratories, Inc. approval for Class A, Class B, and Class C fires with a minimum rating of 10A; 20B; 10c
* Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICOM IC-M125 (Base Station) and IC-M15 Hand Held.
* 2 pairs marine binoculars, Bushnell Powered 16X50 Insta Focus Waterproof Binocular or Equal
* Janitorial services for the two existing field office trailers at Caven Point, NJ on a daily basis including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (interior and exterior) AND re-supply of paper goods and soap.
* Sufficient supply of electrical outlets.
* All utilities (water, sewer, electricity, heat, and all telephones) monthly bills are paid by the Contractor for the duration of this contract.

b. The Contractor shall provide maintenance of exterior and interior of two existing field office trailers at Caven Point, NJ to include all systems , i.e., electrical, mechanical such as HVAC, plumbing, water supply, sewer and cleaning. Cleaning shall include power washing. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.

c. Computer Security requirements:

The Contractor will agree to accept responsibilities and comply with procedures indicated below in connection with the furnishing of Contractor-owned computers for use by the Government personnel in accordance with contract requirements.

1. The computers must be dedicated exclusively for the Government use. The Contractor will not use any computer it supplies which is designated for use by the Government. The Contractor will assure that the Central Processing Unit (CPU) is electronically isolated from the contractor's and not inter-connected via Local Area Network (LAN).

2. Normal access to the computer shall be restricted to Corps of Engineers personnel. The Contractor shall install computers in Office Trailers dedicated for Government use, whether new or existing. The Contractor must immediately notify the Government personnel when emergency access to the trailer was exercised by non-Government individuals, and what the circumstances were.

3. If the CPU hard drive fails, the Government will furnish an equivalent hard drive to the owner of the computer, and the old hard-drive will be returned to the Government. The Contractor shall not remove any hard drive nor proceed with any repair of the computer unless an authorized Government employee witnesses and approves of the repair.

4. At the time of return of the computer, the Contractor will allow the Government to first remove all information from the hard-drive.

5. The Contractor agrees to provide a written certification signed by an authorized officer of the company agreeing to the above policy.

## 1.34 PRICING OF ADJUSTMENTS

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and DFARS 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and /or decreases in cost plus applicable profits."(FAR 52.236-1)

## 1.35 PEFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1)

## 1.36 PARTNERSHIP IMPLEMENTATION PLAN

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation would be totally voluntary. If mutually agreed to by both parties, a facilitator satisfactory to both parties shall be hired who would be responsible to arrange for an offsite conference location for the initial session, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 calendar days of the partnering session. The conference site location will be coordinated with the Contracting Officer for approval. The Contractor should plan for attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and subcontractor's personnel. The cost of the facilitator and conference facility will be shared equally by the Contractor and Government. All other costs associated partnership implementation will be borne by the Contractor. It is anticipated that subsequent partnership conference will be one day each time and will be held on a monthly basis. After the first partnering conference, the Contracting Officer will prepare the agenda of

each monthly partnering conference and the Contractor will prepare the minutes no later than 48 hours after each partnering conference was held.

**1.37 PRECONSTRUCTION CONFERENCE**

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed.

b. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

**1.38 MISPLACED MATERIAL**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 USC 410 et seq.) (DoD FAR supplement 52.236-7006)

**1.39 CHANGE OF DISPOSAL FACILITY**

a. The Government reserves the right to negotiate a change to the contract as other disposal facilities become available to the Government.

b. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract

Clause, CHANGE (FAR 52.243-4).

**1.40 NOTES ON ESTIMATED ROCK ELEVATIONS**

The rock contours shown on the plans and approximate rock lines shown the cross sections were developed from the data contained in the subsurface investigations and form the basis of the Government estimate. Since this data can be subject to different interpretations, bidders are advised to perform their own independent evaluation of rock contours and approximate rock lines.

**1.41 CONTRACTOR DIVING OPERATION**

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (UDC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.

b. A dive operations plan in accordance with EM 385-1-1, Section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the UDC and the Safety and Occupational Health Office Dive Safety Representative for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the UDC in required for diving operations to commence.

**1.42 FACILITIES**

- The Contractor shall provide and maintain as a minimum one new boat used exclusively by the Government representatives. The contractor shall provide all fuel, maintenance and repairs for the boat until the contract completion date.

- The boat shall meet the following specifications: 26' length Aluminum Hull with weatherproof cabin (such as "Monarch"). USCG safety package, anchor, boarding ladder, heat and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ for the duration of the contract adjacent to the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US

Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

- The contractor shall provide and maintain as minimum two (2) new vehicles exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly cleaning (inside and outside), insurance and repairs for the vehicles until the contract completion date without restriction.

* One (1) vehicle shall be a full size 4-door vehicle with Power Windows AM/FM Stereo, Air Conditioning with locking rear differential.

* One (1) vehicle shall be a Chevrolet Suburban or equal with power windows, AM/FM Stereo and Air Conditioning with tow package.

* 1 vehicle shall be 4x4.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

a. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

b. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the contractor. All facilities shall be removed from the project site at the contract completion date or when and as directed by the Contracting Officer.

c. No payment shall be made for Mobilization until all facilities are complete and accepted by the Contracting Officer.

**1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS (JUL 1978)**

(This paragraph pertains only to work done within the boundaries of Richmond County, New York.)

a. The site of the construction work is located in an area determined by the Secretary of Labor to be a Labor Surplus Area. Accordingly the Contractor hereby agrees to perform a substantial portion of the contract work in this or in any other labor surplus area. "Substantial portion"

means the aggregate costs that will be incurred by the Contractor and his first-tier subcontractors and suppliers, on account of manufacturing, production, or services performed in this or any labor surplus area, and the costs that will be incurred by second-tier and lower-tier subcontractors on the construction site will exceed fifty percent (50%) of the price of this contract.

b. Upon request, the Contractor shall furnish to the Contracting Officer data to substantiate that this obligation is satisfied.

c. The Contracting Officer will furnish upon request a list of labor surplus areas.

**1.44 QUANTITY SURVEYS**

a. Quantity Surveys

Quantity Surveys shall be conducted, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and the in-situ volume of the dredged material removed.

b. Government Surveys

The Contracting Officer will conduct the pre-dredge survey of the contract area as close to commencement of dredging as possible.

Upon the removal of the **"Non-Rock Material Unsuitable for Placement at the HARS" in the contract area**, the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of "Non-Rock Material Unsuitable for Placement at the HARS" removed will be based on these surveys.

Upon the removal of the "Non-Rock Material Suitable for Placement at the HARS" and Rock material, the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements, entitled, "Final Examination and Acceptance". Quantity computations for the volume of "Non-Rock Material Suitable for Placement at the HARS" and Rock removed will be based on these surveys.

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of

manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

**1.45 ALTERNATE DISPOSAL SITE ENVIRONMENTAL COMPLIANCE**

If the Contractor selects to bid an alternate disposal site(s) for the processing and disposal of Non-rock material unsuitable for placement at the HARS other than the Government designated upland site, the Contractor must demonstrate to the **Government within 70 calendars from the bid opening** that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material.

The disposal site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the project site. The Contractor is required to perform all work to demonstrate that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable law and requirements of all associated permits and approvals and government authorities having jurisdiction.

**Contractor Submittals**

The Contractor will submit the following documents to the **Government within 70 calendars from the bid opening** for each alternate disposal site(s) he proposes to utilize during the execution of the contract.

The Contractor's environmental compliance submittals must contain copies of all permits and approvals allowing the Contractor to transport the dredged material from the dredging site to the approved/permitted disposal site and to dispose of the dredged material at the site.

The Contractor shall apply for and obtain all required permits for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government.

**1. Synopsis of Proposed Operations**

The Contractor shall provide a no more than five-page, single-sided, synopsis detailing the operation to move the Non-rock material unsuitable for placement at the HARS from the site to its final resting place in the Contractor provided disposal site(s) area. The synopsis will provide suitable detail to adequately track the material from dredging, through transportation and processing to ultimate placement. The synopsis should also:

(A) Provide a list of the names, locations, and point of contact, telephone number, loading and unloading facilities for each disposal facility including site capacity.
(B) Provide a detailed map indicating locations of loading and unloading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.
(C) Provide Hours of operation, transportation and operating procedures at unloading facilities.
(D) Provide Facilities information: Access to Unloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any
(E) Provide a detailed description of the dredging procedure proposed.
(F) Submit a detailed description of the loading and transportation procedures to be utilized.

**2. Availability of Disposal Site**

The Contactor must:

(A) Provide proof of the proposed Alternate Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities.
(B) Provide proof of Disposal Site Owner's approval granting the Contractor the right to dispose dredged material at that site.
(C) Provide proof of uncommitted Disposal Site(s) capacity adequate for the project.
(D) Provide Certification of the Disposal Site's availability corresponding to the current project schedule.
(E) Provide proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and

disposal at the proposed Disposal Site(s).
(F) Demonstrate minimum required Disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Contractor shall provide the estimated daily production rates for processing and disposal for each alternate disposal site(s).
(G) Provide proof of Contractor's experience in the proposed Disposal Site(s) operations. Or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

**3. Transportation Capabilities The Contractor must:**

(A) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.
(B) Provide proof of the Contractor's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

**4. Processing Capabilities**

The Contractor must:

(A) Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:
* Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.
* Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).
* Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.
* Rehandling of material (if any) used in the processing of dredged material affecting the project.

(B) Provide any permits and/or licenses applicable to the proposed process, if any.
(C) Provide any patented or proprietary permissions applicable to the proposed process, if any.
(D) Provide proof of processing plant availability for use by the Contractor.
(E) Certify processing plant's availability corresponding to the current project schedule.
(F) Provide proof of Contractor's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

**5. Additional Guidance on Submittals**

**(A) Permits**

The dredged material will be transported to a suitable upland placement site(s) furnished by the Contractor. The transportation, processing and disposal of the dredged material will be required to meet all Federal, state and local criteria required for the site(s) selected. All necessary permits required for the dredged material placement will be provided to the **Government within 70 calendars from the bid opening** by the Contractor. Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Contractor.

Permits or regulatory approvals that will be provided by the Contractor to the **Government within 70 calendars from the bid opening** include placement site permits as applicable and others as related to transportation, processing and placement of the dredged material, or any other aspects of the Contractor's proposed disposition of the dredged material including any and all permits, authorizations, contracts, agreements, licenses, rights-of-entry, or documentation of compliance with any other legal or regulatory requirement.

The above may include, but are not limited to legal or regulatory requirements related to:

- Interim storage, if applicable
- Dewatering and other treatment or processing
- Zoning compliance
- Waterfront development
- Water quality certification
- Coastal zone management
- Tideland management
- Wetland management

These approvals include, but are not limited to: Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport and disposal) will be provided by the New York District U.S. Army Corps of Engineers.

**If the Contractor submits a bid with an alternate disposal site(s), the Contractor must provide with his bid the following documents:**

(1) A detailed list of all permits and interim guideline approvals required by any governmental body or regulatory agency to perform the work as described by the Contractor. The submission must include a description and the permits the Contractor already possesses, and permits or interim guideline approvals to be applied for and yet to be obtained.
(2) Copies of all permits or interim guideline approvals that the Contractor already possesses. (These permits and approvals must support, and

be cross-referenced to the requirements stated above.)
(3) A bar chart indicating time(s) required for obtaining all permits required to be provided by the Contractor for each item of work as described by the Contractor.

**(B) Production Capability**

The Contractor must provide evidence of the production capability and throughput rates for their proposed integrated system of dredging, transportation, processing, and placement.

**If the Contractor submits a bid with an alternate disposal site(s), the Contractor must provide with his bid the following documents:**

(1) Evidence of the anticipated daily production capability (CY /day) and throughput rates for their proposed integrated system of dredging, transportation, processing, and placement for each alternate site proposed.

(2) State capacity of each element of the system:
a) Transportation: CY /day
b) Processing: CY/day
c) Placement: CY/day; and Total Available and Uncommitted Site Capacity. The available capacity of the dredged material disposal site at this time for this project and daily dredged material processing throughout, in cubic yards, must be specified in writing by the site owner or operator.
(4) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.
(5) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.
(6) A practicable schedule showing the order in which the Contractor proposes to perform the work and the dates on which the Contractor contemplates starting and completing the several salient features of the work (including acquiring materials, plant and equipment). The schedule has to reflect the required Production Capability to ensure that the project will be completed within the contract requirement for their proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period.

**(C) Compliance History**

The Contractor must submit detailed information demonstrating the Contractor's and any subcontractor's history of compliance regarding Federal, state or municipal agencies having safety, health or environmental responsibilities regarding the type, number and severity of violations.

Submittals shall conform to the following:

During the three (3) years preceding the date of submission of the proposed documents, the Contractor and/or sub-Contractors must not have received citations for violations that exhibit a pattern of non-compliance with safety, health or environmental regulations.

**(D) Patent and Other Proprietary Rights**

The contractor must indicate all patents, copyrights, trademarks, trade secrets, or other proprietary rights involved in the contract and how the Contractor will meet the contract requirements relating to proprietary rights.

-- End of Section --

## PROJECT IDENTIFICATION SIGN
## CIVIL PROJECT

The graphic format for this 4' x 6' sign panel follows the legend guidelines and layout as specified below. The large 4' x 4' section of the panel in the right is to be white with black legend. The 2' x 4' section of the sign on the left with the full corps Signature (reverse version) is to be screen printed Communications Red on the white background. The castle insignia will be furnished by the Government in pressure sensitive vinyl for affixing by the Contractor. See attached sheet for fabrication and mounting guidelines.

Legend Group 1: One to two-line description of Corps relationship to project
Color: white
Typeface: 1.25" Helvetica Regular
Maximum line length: 19"

Legend Group 2: Division or District Name (optional, Place below 10.5" Reverse Signature (6" Castle)
Color: white
Typeface: 1.25" Helvetica Regular

Legend Group 3: One-to three-line project title legend describes the work being done under this contract.
Color: Black
Typeface: 3" Helvetica Bold
Maximum line length: 42"

Legend Group 4: One-to two-line identification of project or facility (civil works) or name of sponsoring department (military).
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Cross-align the first of Legend Group 4 with the first line of the Corps Signature (US Army Corps) as shown.

Legend Group 5a-b: One-to-five line identification of prime contractors including: type (architect, general contractor, etc.), corporate or firm name, city, state. Use of Legend Group 5 is optional.
Color: Black
Typeface: 1.25" Helvetica Regular
Maximum line length: 21"

All typography is flush left and rag right upper and lower case with initial capitals only as shown. Letter and word spacing to follow Corps standards as specified in * Appendix D

SAMPLE:




(Dimensions are in inches)

| Sign Type | Legend | Panel Size | Post Size | Specification Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-01 | various | 4' x 6' | 4' x 4' | HDO-3 | 48" | WH-RD/BK |

Show non-Federal local partner's name and logo - Port Authority of New York and New Jersey

* Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

# Fabrication and Mounting Guidelines

As Construction Project Identification signs and Safety Performance signs are to be fabricated and installed as described below. The signs are to be erected at a location designated by the contracting officer and shall conform to the size, format, and typographic standards shown on the attached sheets.

The sign panels are to be fabricated from .75" High Density Overlay Plywood. Panel preparation to follow HDD specifications provided in Appendix B. **

Sign graphics to be prepared on a white non-reflective vinyl film with positionable adhesive backing.

All graphics except for the Communications Red background with Corps signature on the project sign are to be die-cut or computer-cut non-reflective vinyl, pre-spaced legends prepared in the sizes and typefaces specified and applied to the background panel following the graphic formats shown on the attached sheets.

The 2'x4' Communications Red panel (to match PMS-032) with full Corps signature (reverse version) is to be screen printed on the white background. Identification of the District or Division may be applied under the signature with white cut vinyl letters prepared to Corps standards. Large scale reproduction artwork for the signature is provided on page 4.8 (photographically enlarge from 6.875" to 10.5"). **

Drill and insert six (6) .375" T-nuts from the front face of the HDD sign panel. Position holes as shown. Flange of T-nut to be flush with sign face.

Apply graphic panel to prepared HDD plywood panel following manufacturers' instructions.

Sign uprights to be structural grade 4"x4" treated Douglas Fir or Southern Yellow Pine. No.1 or better. Post to be 12" long. Drill six (6) .375" mounting holes in uprights to align with T-nuts in sign panel. Countersink (.5") back of hole to accept socket head cap screw (4"x.375").

Assemble sign panel and uprights. Imbed assembled sign panel and uprights in 4" hole. Local soil conditions and/or wind loading may require bolting additional 2"x4" struts on inside face of uprights to reinforce installation as shown.

Detailed specifications for HDD plywood panel preparation are provided in Appendix B.**

Shown below the mounting diagram is a panel layout grid with spaces provided for project information. Photocopy this page and use as a worksheet when preapring sign legend orders.



(Dimensions in inches)




** Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EP-310-1-6.

Construction Project Sign
Legend Group 1: Corps Relationship

1. ____________________
2. ____________________

Legend Group 2: Divison/District Name

1. ____________________
2. ____________________

Legend Group 3: Project Title

1. ____________________
2. ____________________
3. ____________________

Legend Group 4: Facility Name

1. ____________________
2. ____________________

Legend Group 5a: Contractor/A&E

1. ____________________
2. ____________________
3. ____________________
4. ____________________
5. ____________________

Legend Group 5b: Contractor /A&E

1. ____________________
2. ____________________
3. ____________________
4. ____________________
5. ____________________

Safety Performance Sign
Legend Group 1: Project Title

1. ____________________
2. ____________________

Legend Group 2: Contractor/A&E

1. ____________________
2. ____________________



G003554

G01010 03542

## SAFETY PERFORMANCE SIGN

The graphic format, color, size and type-faces used on the sign are to be reproduced exactly as specified below. The title with First Aid logo in the top section of the sign, and the performance record captions are standard for all signs of this type. Legend Group 2 and 3 below identify the project and the contractor and are to be placed on the sign as shown. Safety record numbers are mounted on individual metal plates and are screw-mounted to the background to allow for daily revisions to posted safety performance record.

Legend Group1: Standard two-line title "safety is a Job Requirement", with (8" od.) Safety Green First Aid logo. Color: To match PMS 347
Typeface: 3" Helvetica Bold
Color: Balck

Legend Group 2: One- to two-line project title legend describes the work being done under this contract and name of host project.
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Legend Group 3: One - to two-line identification: name of prime contractor and city, state address.
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Legend Group 4: Standard safety record captions as shown.
Color: Black

Typeface: 1.25" Helvetica Regular

Replaceable numbers are to be mounted on white .060: aluminum plates and screw-mounted to background.
Color: Black
Typeface: 3" Helvetica Regular
Plate size: 2.5"x.5"

All typography is flush left and rag right, upper and lower case with initial capitals only as shown. Letter- and word-spacing to follow Corps standards as specified in Appendix D. *




Dimensions inches.
See attached sheet for fabrication and mounting guidelines.

* Refer to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

| Sign Type | Legend Size | Panel Size | Post Size | Specifications Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-02 | various | 4'x4' | 4'x4' | HDO-3 | 48" | WH/BK-GR |




00800 - 39

G003555

G01010 03543

SECTION 00900 – WAGE RATES

WORK UNDER THIS CONTRACT IS CATEGORIZED AS

BUILDING: HEAVY: X HIGHWAY: RESIDENTIAL:

THE FOLLOWING CLASSIFICATION (S) AND RATES SET FORTH IN WAGES DECISION NO.:

APPLY TO THIS CONTRACT:

: THOSE SPECIFICALLY DESIGNATED "BUILDING"

: X SPECIFICALLY "HEAVY"

: THOSE SPECIFICALLY DESIGNATED "HIGHWAY"

: THOSE SPECIFICAALY DESIGNATED "COMMERCIAL"

: X THOSE SPECIFICALLY DESIGNATED ANY OF THE ABOVE CATEGORIES.

ALL OTHER CLASSIFICATIONS AND RATES ARE INAPPLICABLE.

**GENERAL DECISION NJ010003 08/24/2001 NJ3**
Date: August 24, 2001

General Decision Number NJ010003 sg
Superseded General Decision No. NJ000003
State: New Jersey
Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerset Counties for building construction only)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 03/09/2001 |
| 2 | 04/06/2001 |
| 3 | 05/04/2001 |
| 4 | 06/01/2001 |
| 5 | 07/06/2001 |
| 6 | 07/27/2001 |
| 7 | 08/03/2001 |
| 8 | 08/24/2001 |

COUNTY(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

ASBE0032E 09/19/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES: | | |
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials; protective coverings, coatings, and finishes to all types of mechanical systems | 26.58 | 14.82 |

G003557

----------------------------------------------------------------

ASBE0089A 07/01/2001

Rates Fringes

HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, East Armwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES

| | Rates | Fringes |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings, and finishes to all types of meechanical systems | 28.93 | 15.57 |

----------------------------------------------------------------

BOIL0028A 08/01/1999

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 31.15 | 16.05 |

----------------------------------------------------------------

BRNJ0004D 11/01/2000

Rates Fringes

BERGEN,ESSEX,HUDSON,MORRIS,PASSAIC,SUSSEX,UNION, WARREN,the following parts of HUNTERDON, and SOMERSET COUNTIES:(at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across

from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS, & STONEMASONS | 28.77 | 12.95 |

----------------------------------------------------------------

BRNJ0005B 11/01/2000

Rates Fringes

HUNTERDON (Annadale,Califon,Lebanon,Oldwick,Readington, Three Bridges,& White House Station Twps.),MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS & STONEMASONS | 27.85 | 12.70 |

----------------------------------------------------------------

CARP0006B 05/01/2000

| | Rates | Fringes |
|---|---|---|

BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTER | 28.36 | 12.32 |
| MILLWRIGHTS | 29.06 | 12.53 |

----------------------------------------------------------------

CARP0015B 05/01/2000

BERGEN COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

----------------------------------------------------------------

CARP0031C 05/01/1997

HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 26.28 | 12.34 |

----------------------------------------------------------------

CARP0041C 05/01/1995

ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS & INSULATORS | 25.94 | 37%+.04 |
| MILLWRIGHTS | 26.44 | 37%+.04 |

----------------------------------------------------------------

CARP0099I 05/01/1995

| | Rates | Fringes |
|---|---|---|
| LATHERS | 25.94 | 37%+.10 |

----------------------------------------------------------------

CARP0124A 05/01/2000

| | Rates | Fringes |
|---|---|---|

BERGEN (City of Garfield and Boroughs of Lodi and Wallington),
AND PASSAIC COUNTIES

| | | |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0399A 05/01/1995

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| CARPENTERS & INSULATORS | 26.33 | 35%+.04 |
| MILLWRIGHTS | 26.58 | 35%+.04 |

---

CARP1342A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX, AND HUDSON (West of Hackensack River) | | |
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP1456A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| DIVER | 36.63 | 22.81 |
| DIVER TENDER | 27.17 | 22.81 |

---

CARP1456B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| DOCK BUILDER & PILEDRIVERMEN | 29.89 | 17.13 |

---

CARP2212A 05/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES | | |
| SOFT FLOOR LAYERS | 25.75 | 39.73% |

---

ELEC0017A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (RAILROAD CONSTRUCTION) | 21.20 | 26.5% |
| COMMERCIAL TELEPHONE INSTALLATION | 21.20 | 26.5% |

---

ELEC0102B 06/04/2001

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Operators | 35.52 | 37% |
| Cable Splicers | 39.08 | 37% |

| | | |
|---|---|---|
| Groundmen | 21.31 | 37% |

---

ELEC0102C 06/04/2001

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| ELECTRICIAN | 35.52 | 37% |
| CABLE SPLICER | 39.08 | 37% |

---

ELEC0164B 08/15/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, AND HUDSON COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman, Welder,X-Ray Technician, Equipment Repairman, & Equipment Serviceman | 34.42 | 41% |
| Cable Splicer | 38.89 | 41% |
| Groundman | 20.66 | 41% |

---

ELEC0164C 06/04/2001

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, AND HUDSON COUNTIES | | |
| ELECTRICIANS | 35.60 | 42% |
| CABLE SPLICERS | 40.23 | 42% |

---

ELEC0262A 06/01/1994

Rates Fringes

UNION COUNTY (Area South and West of a line running East from

Somerset County on Mountain Avenue in New Providence Borough to Diamond Hill Road, South on that road to and along Park Avenue in Scotch Plains and continuiong along Martine Avenue to and Norrtheast along Raritan Road to and Easterly along Westfield - Scotch Plains line to Lehigh Valley Railroad and Southwest on the railroad to Middlesex County line)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Groundman | 22.05 | 11.7%+3.76 |
| Lineman, Cable Splicers, Line Equipment Operator | 23.23 | 11.7%+3.76 |

---

ELEC0262B 08/15/1993

Rates Fringes

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | | |
|---|---|---|
| ELECTRICIANS | 25.92 | 6.09+20% |

---

ELEC0262C 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), AND SOMERSET (Area South of a line following Mountain Ave from the Union County line West to Hillcrest Ave in Union Village, North on Hillcrest Avae to and West on the Passaic River, West on Dead River, West on Allen Road, North on Somerville Road, West on Howell Road, Southwest on Mount Prospect Road, West on Martinsville - Pluckemin Ropad, West on Klines Mill road, North on John Kane Road to Hunterdon County Line, and alos that portion of Montgomery Twp West and South of a line following U.S. Highway #206 North from Mercer County to the Harligen Road, West along that road the Dutchtown - Zine Road to Hillsboro Township line)

| LINE CONSTRUCTION: | | |
|---|---|---|
| Lineman, Cable Splicer | 22.87 | 3.76+11.7% |
| Groundman | 21.06 | 3.76+11.7% |

---

ELEC0262E 08/15/1993

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Ave in New Provedenec Borough to Diamond Hill Rd, South on that Road to and along Park Ave in Scotch Plains and continuing along Martine Ave to and Northeast along Raritan Rd to and Easterly along Westfield - Scotch Plains line to the Lehigh Valley Railroad and Southwest on the railroad to the Middlesex County line)

| | | |
|---|---|---|
| CABLE SPLICERS & ELECTRICIANS | 26.85 | 6.09+20% |

---

ELEC0262G 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), SOMERSET (Area South of a line following Mountian Avenue from Union County line West to Hillcrest Ave to and West on the Passaic River, West on Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mt Prospect Rd, West on Martinsville-Pluckemin Rd, West on Klines Mill Rd, North on John Kane Rd to Hunterdon County line, and that portion of Montgomery Twp West and South of a line following US Highway #206 North from Mercer County to Harligen Rd, West along that road that road the Dutchtown - Zine Rd to Hillsboro Twp line)

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 26.83 | 6.09+20% |

---

ELEC0262H 11/30/1994

Rates Fringes

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

LINE CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Linemen, Cable Splicers | 22.87 | 3.76+11.7% |
| Groundmen | 21.06 | 3.76+11.7% |

---

ELEC0358A 06/01/1998

Rates Fringes

MIDDLESEX COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 30.26 | 42.75% |

---

ELEC0358C 06/01/1998

Rates Fringes

MIDDLESEX COUNTY (Remainder)

LINE CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Linemen, Hole Digger Operator, Truck w/o Winch or Pole & Steel Hand, Truck w/o Winch, X-ray Technician & Equip. Repairer | 30.26 | 43% |
| Cable Splicer | 33.89 | 43% |
| Groundman & Winch Operator | 29.47 | 43% |
| Certified Welder Lineman | 31.77 | 43% |

---

ELEC0456B 06/04/2001

Rates Fringes

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 33.56 | 45.75% |
| CABLE SPLICERS | 37.59 | 45.75% |

---

ELEC0456C 06/04/2001

Rates Fringes

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| LINE CONSTRUCTION: | Rates | Fringes |
|---|---|---|
| Linemen | 33.56 | 45.75% |
| Cable Splicer | 37.59 | 45.75% |
| Groundmen | 32.77 | 45.75% |
| Winch Operator | 32.77 | 45.75% |

---

ELEC0581A 06/01/1994

Rates Fringes

UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, Across Baltusrol Country CLub to Baltusrol Rd, Along Baltusrol Rd and Summit Lane to Mountainside Borough and long New Providence Rd to and along Mountainside Borough line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough, to the Somerset County Line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County line West to Hillcrest Ave in in Union VIllage, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Road, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line) COUNTIES

| LINE CONSTRUCTION: | Rates | Fringes |
|---|---|---|
| Lineman & Equipment Oper | 27.32 | 15.75%+5.18 |
| Line Truck Equipment, and Groundman | 20.30 | 15.75%+5.18 |

---

ELEC0581C 08/15/1993

Rates Fringes

SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mounbt Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line), and UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Baltusrol Rd along

BAltusrol Rd and Summit Lane to Mountainside Borough to and along New Providence Rd, to and along Mountainside Borough Line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough to the Somerset County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.77 | 15.00%+5.22 |

---

ELEC0675B 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way across Baltusrol Country Club to Baltusrol Rd, along Batlusrol Rd and Summit Lane in Mountainside to and along New Providence Rd to and along the Mountainside line to and along Washington Valley Rd, to and along Diamond Hill Rd to and along Park Ave in Scotch Plains, and continuing along Martine Ave, to and Northeast along Raritan Rd, to and Easterly along the Westfield - Scotch Plains Line, to the Lehigh Valley Railroad and Southwest on the railroad to the county line)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Cable Splicers, Line Equipment Operators | 27.98 | 30.75%+4.25 |
| Groundmen | 26.83 | 30.75%+4.25 |

---

ELEC0675C 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Batlusrol Rd and Summit Lane to Mountainside Borough, to and along Washington Valley Road, to and North along Diamond Hill Rd, to and west on Mountain Ave in New Providence Borough, to the Somerset County line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount

Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd, to the Hunterdon County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.98 | 4.25+30.75% |

---

ELEV0001A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANICS: | | |
| Construction | 22.59 | 5.22+A+B+C |
| Modernization | 15.94 | 3.69+A+B+C |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday, Washington's Birthday, Memorial Day, Independence Day,

Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day

B. Employer contributes $8.00 per day per employee to annuity fund

C. Employee with 6 months but less than 5 years of service receive 2 weeks vacation, and 3 weeks vacaation for 5 years or more of service

---

ENGI0825C 07/01/2000

POWER EQUIPMENT OPERATORS
TANK ERECTION:

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 33.61 | 15.65+A+B |
| GROUP 2 | 32.77 | 15.65+A+B |
| GROUP 3 | 34.75 | 15.65+A+B |
| GROUP 4 | 30.68 | 15.65+A+B |
| GROUP 5 | 25.47 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.

B. Employee receives 20% premium pay for hazardous waste work.

TANK ERECTION CLASSIFICATIONS

GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.

GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.

GROUP 3: Helicopters--Pilot.

GROUP 4: Air compressors, welding machines and generators (gas,

diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.

GROUP 5: Oiler.

---

ENGI0825D 07/01/2000

POWER EQUIPMENT OPERATORS:
[STEEL ERECTION]:

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 33.89 | 15.65+A+B |
| GROUP 2 | 32.98 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 3 | 30.69 | 15.65+A+B |
| GROUP 4 | 28.03 | 15.65+A+B |
| GROUP 5 | 26.50 | 15.65+A+B |
| GROUP 6 | 24.74 | 15.65+A+B |
| GROUP 7 | 35.25 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.
B. Employees receive 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]

GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).

GROUP 2: Cranes - (all cranes, land or floating with booms including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).

GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.

GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric,

2 or 3 in battery, including diesels); captain power boats; tug master power boats.

GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.

GROUP 6: Oiler staddle carrier.

GROUP 7: Helicopter pilot.

---

ENGI0825E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES: | | |
| GROUP 1 | 31.75 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 2 | 30.10 | 15.65+A+B |
| GROUP 3 | 27.96 | 15.65+A+B |
| GROUP 4 | 26.46 | 15.65+A+B |
| GROUP 5 | 24.74 | 15.65+A+B |
| GROUP 6 | 33.68 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.

OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES
CLASSIFICATIONS

GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.

GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).

GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.

GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines;

gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).

GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.

GROUP 6: Helicopter-pilot.

---

ENGI0825M 07/01/2000

| | Rates | Fringes |
|---|---|---|
| BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS: | | |
| | | |
| POWER EQUIPMENT OPERATORS | | |
| GROUP 1 | 31.12 | 15.65+A+B |
| GROUP 2 | 29.53 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 3 | 27.62 | 15.65+A+B |
| GROUP 4 | 25.99 | 15.65+A+B |
| GROUP 5 | 24.28 | 15.65+A+B |
| GROUP 6 | 32.94 | 15.65+A+B |

FOOTNOTES:
A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.
B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.

GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types;

conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).

GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power);

batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive; dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including

elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier

transformer type); wellpoint systems.
GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

---

IRON0011D 07/01/2001

| | Rates | Fringes |
|---|---|---|

BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES

| | | |
|---|---|---|
| IRONWORKERS: | | |
| Structural | 28.28 | 23.15 |
| Reinforcing | 26.38 | 23.15 |

---

IRON0036C 07/01/2001

| | Rates | Fringes |
|---|---|---|

WARREN COUNTY

Projects under $25 million:

| | | |
|---|---|---|
| IRONWORKERS; STRUCTURAL, REINFORCING AND ORNAMENTAL | 25.34 | 13.23 |

Projects $25 million or more:

| | | |
|---|---|---|
| IRONWORKERS: STRUCTURAL, REINFORCING AND ORNAMENTAL | 25.84 | 13.23 |

---

IRON0068E 07/01/2001

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES

IRONWORKERS:

| | | |
|---|---|---|
| Structural, Ornamental | 27.56 | 21.10 |
| Rerinforcing (Concrete Rods) | 25.56 | 21.10 |

---

LABO0021C 05/01/2001

| | Rates | Fringes |
|---|---|---|

HUDSON COUNTEY (Remainder)

LABORERS BUILDING CONSTRUCTION:

| | | |
|---|---|---|
| Class A Laborer | 22.45 | 11.25 |
| Class B Laborer | 21.95 | 11.25 |
| Class C Laborer | 18.66 | 11.25 |

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat,

demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0072B 05/01/2001

Rates Fringes

MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Class A | 22.45 | 11.25 |
| Class B | 21.95 | 11.25 |
| CLASS C | 18.66 | 11.25 |

Class A-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.

CLASS B All Laborers not listed in Class A or C.

CLASS C Laborers doing Janitorial type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning temporary heat of all types.

---

LABO0156B 05/01/2001

Rates Fringes

MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin Townships) COUNTIES:

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of

silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0232B 05/01/2001

SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11:25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0239C 05/01/2001

PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 22.45 | 11.25 |
| GROUP 2 | 21.95 | 11.25 |
| GROUP 3 | 18.66 | 11.25 |

GROUP 1-Specialist laborer classification including jack

hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0346B 05/01/2001

Rates Fringes

BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford;

Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah)

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized

G003574

Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

LABO0394C 05/01/2001

| | Rates | Fringes |
|---|---|---|
| UNION COUNTY: | | |
| BUILDING CONSTRUCTION: | | |
| LABORERS: | | |
| GROUP 1 | 22.45 | 11.25 |
| GROUP 2 | 21.95 | 11.25 |
| GROUP 3 | 18.66 | 11.25 |

GROUP 1-Specialist laborer classicication including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scafford builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle men on gunite work. Mortar men shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo fed.

GROUP 2-Basic laborer's rate and includes all work not included

in GROUP 1 or GROUP 3.

GROUP 3-Laborers are laborers doing, janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner, and all flagman, watchman, firewatch personnel, and those manning temporary heat of all types.

----------------------------------------------------------------

LABO0472B 03/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS [FREE AIR TUNNEL]: | | |
| GROUP 1 | 27.35 | 10.30+A |
| GROUP 2 | 23.95 | 10.30+A |
| GROUP 3 | 23.80 | 10.30+A |
| GROUP 4 | 23.30 | 10.30+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]

GROUP 1: Blasters

GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)

GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)

GROUP 4: All other top laborers

----------------------------------------------------------------

LABO0472E 03/01/2001

| | Rates | Fringes |
|---|---|---|
| LABORERS HEAVY AND HIGHWAY CONSTRUCTION: | | |
| GROUP 1 | 23.70 | 10.65+A |
| GROUP 2 | 24.00 | 10.65+A |
| GROUP 3 | 24.20 | 10.65+A |
| GROUP 4 | 24.40 | 10.65+A |
| GROUP 5 | 24.65 | 10.65+A |
| GROUP 6 | 28.20 | 10.65+A |
| GROUP 7a | 26.70 | 10.65+A |
| GROUP 7b | 24.70 | 10.65+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY

GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and

tampers on cold patch work and wrapping and coating all pipe
Asphalt Laborers:

GROUP 2: Powder carriers and magazine tenders; signalmen
Asphalt Raker, & Asphalt Screedman

GROUP 3: Sewer pipe; laser men; conduit and duct line layers; jackhammer; chipping hammers; pavement breakers; power buggies; concrete cutters, asphalt cutters; sheet hammer and tree cutter operators; sandblasting, cutting, burning, Power Tool Operator, and such other power tools used to perform work usually done manaully by laborers

GROUP 4: Wagon drill operator; timberman; drill master

GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle man and stone cutter; Catch Basin or Inlet Builder Manhole

GROUP 6: Blaster

GROUP 7a:Hazardous waste laborer required to wear level A,B, or C personal protection.
GROUP 7b:Certified laborer working a hazardous waste removal project or site at a task requiring hazardous waste related certification, but who is not working in a zone requiring level A.B. or C personal protection.

----------------------------------------------------------------

LABO0502B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (City of East Orange, Twps of South Orange and Maplewood, Cities of Orange and West Orange): | | |
| LABORERS: | | |
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors;Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work

associated with the turnover of the project or part of a project to the owner.

---

LABO0526C 05/01/2001

MORRIS COUNTY (Remainder):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0569B 05/01/2001

HUNTERDON AND WARREN COUNTIES:

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| CLASS A | 22.45 | 11.25 |
| CLASS B | 21.95 | 11.25 |
| CLASS C | 18.66 | 11.25 |

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors, Street Cleaning Machines, Scaffold Builder, Hydro Demolition Equipment, All types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, Burners, Nozzle Man on Gunite work.

CLASS B-All Laborers not listed in Class A or C.

CLASS C-Laborers doing Janitorial- type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning tempory heat of all types.

---

LABO0694B 05/01/2001

ESSEX COUNTY (Montclair):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0711B 05/01/2001

MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham, Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom, Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools, Whippany, Hanover Twp. and Long Valley):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11:25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work

not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

NJ010003 - 1
LABO0779B 05/01/2001

| | Rates | Fringes |
|---|---|---|

SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0913B 05/01/2001

MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough, Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver, Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park Borough, Butler, Kinnelon Borough, Pin Brook, Towaco, Danviile, Mountain Lakes, Pequannock, Pompton Plains, Riverdale Borough Twps) AND SUSSEX COUNTIES

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Class A Laborer: | 22.45 | 11.25 |
| Class B Laborer: | 21.95 | 11.25 |
| Class C Laborer: | 18.66 | 11.25 |

Class A Laborer:Jack Hammer,tamper, motorized tampers and

compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, bobcat operator, riding motor buggy operator, conveyor operator mortar man (except silo feed operations), burners, & nozzle man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

Class C Laborer:Laborers doing Janitorial type light clean up work, associated with the turnover of the project to the owner All Flagman, and those manning temporary heat of all types.

---

LABO1030A 04/01/2001

| | Rates | Fringes |
|---|---|---|
| LABORERS: (The removal, abatement, enclosure and decontamination of personal protective equipment, chemical protective clothing and machinery relating to asbestos and/or toxic and hazardous waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).) | | |
| LABORERS | 21.85 | 10.12 |

---

LABO1153B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison): | | |
| LABORERS: | | |
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.