Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

PAIN0711D 05/01/2000

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| NEW: | | |
| Painters | 28.75 | 2.55+27% |
| Paperhangers | 28.75 | 2.55+27% |
| Spray,Sandblast,High Work | 31.25 | 2.55+27% |
| Bridge | 31.25 | 2.55+27% |
| REPAINT: | | |
| Painters | 22.00 | 2.55+27% |
| Spray,sandblast,High Work | 24.00 | 2.55+27% |

---

PAIN0711F 05/01/2000

| | Rates | Fringes |
|---|---|---|
| GLAZIERS | 28.75 | 10.30 |
| GLAZIERS-HIGH WORK | 29.75 | 10.30 |

---

PAIN0711J 08/01/1999

| | Rates | Fringes |
|---|---|---|
| DRYWALL FINISHERS & TAPERS | 28.25 | 11.23 |

---

PLAS0008M 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON,MIDDLESEX,& SOMERSET COUNTIES: | | |
| PLASTERERS | 27.15 | 12.55 |

---

PLUM0009C 03/01/2001

| | Rates | Fringes |
|---|---|---|
| AIR CONDITIONING & REFRIGERATION MECHANIC | | |
| Installation of refrigeration equipment for any type of building where the combined compressor tonnage does not exceed 5 tons, Installation of water-cooled air conditioning that does not exceed 10 tons (includes the piping of compenent system and the erection ofthe water tower), Installation of air-cooled air conditioning that does not exceed 15 tons | 23.81 | 9.09+A |

FOOTNOTE:
A. Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Labor Day, Thanksgiving Day, Christmas Day, plus Washington's Birthday and Veterans Day.

---

PLUM0009H 07/01/2001

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Remainder), MERCER,MIDDLESEX (Excluding Dunellen,Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp and South Plainfield), AND SOMERSET (Remainder) COUNTIES | | |
| PLUMBERS & PIPEFITTERS | 33.13 | 15.25 |

---

PLUM0014B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS (From Mount Olive straight across Randolph down to the Essex border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES | | |
| PLUMBERS | 32.53 | 13.95 |

---

PLUM0024A 05/01/2000

Rates Fringes

Essex:

HUDSON (East Newark,Harrison,& Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner, Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood, Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville, Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne, Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York, Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount

Pleasant, North Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp., Readington, Readington Twp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Mills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station Sunnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three Bridges, Treasure Island, Tumble, Union, Union Twp., Unionville Van Syckle, Warren Paper Mills, Wertsville, West End, West Portal White House, Whitehouse Station, Woodglen).

MIDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New

Market, Oak Tree, Piscataway Twp., & South Plainfield only).

MORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, Chatham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, Crestmoore, Gillette, Harding Twp., Ironia, Logansville, Long Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony, Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony, Mansfield Twp., Montana, New Village, Oxford, Oxford Twp.,Pequest, Pleasant Valley, Port Colden, Port Murray, Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

PLUMBERS (Excludes Somerset- Bldg) 32.78 13.50.

---

* PLUM0274B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN (Remainder) COUNTIES | | |
| PIPEFITTERS | 32.91 | 15.72 |

---

* PLUM0475B 05/01/2001

| | Rates | Fringes |
|---|---|---|

G003584

ESSEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens Corner, Allertown, Amsterdam, Annandale, Anthony, Baptistown, Bellewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale, Buttonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts Corner, East Amwell Twp, Evittstown, Fairmount, Farmersville, Franklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN (Phillipsburg Twp) COUNTIES

| | | |
|---|---|---|
| PIPEFITTERS | 32.17 | 15.93 |

----------------------------------------------------------------

ROOF0004B 06/01/1996

| | Rates | Fringes |
|---|---|---|

ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofer, Composition, Damp & Waterproofing, Slate & Tile | 24.22 | 11.75 |

----------------------------------------------------------------

ROOF0004D 11/27/1994

HUNTERDON COUNTY:

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Shingle, slate and tile | 14.25 | 3.02 |
| All other work | 21.95 | 6.53 + A |

FOOTNOTE:
A. Employer contribution of $509.60 per month per employee to Health and Welfare Funds.

----------------------------------------------------------------

ROOF0008F 07/01/2001

HUDSON COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofers, Composition, Damp and Waterproofing | 29.08 | 18.78 |

----------------------------------------------------------------

ROOF0010B 06/01/2001

| | Rates | Fringes |
|---|---|---|

BERGEN AND PASSAIC COUNTIES

ROOFERS, COMPOSITION 28.75 10.30

---

SFNJ0669A 04/01/2001

| | Rates | Fringes |
|---|---|---|

HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES

SPRINKLER FITTERS 31.30 6.00

---

SFNJ0696B 07/01/2001

| | Rates | Fringes |
|---|---|---|

BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES

SPRINKLER FITTER 36.95 10.45

---

SHEE0025C 06/01/2000

| | Rates | Fringes |
|---|---|---|

BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES

SHEET METAL WORKERS 26.92 16.12

---

SHEE0027A 06/01/2000

| | Rates | Fringes |
|---|---|---|

HUNTERDON & MIDDLESEX COUNTIES:

SHEET METAL WORKERS 31.00 15.38

---

SHEE0028D 06/01/1994

| | Rates | Fringes |
|---|---|---|

WARREN COUNTY

SHEET METAL WORKERS 19.42 7.41

---

TEAM0408B 05/01/1997

| | Rates | Fringes |
|---|---|---|

ESSEX, MORRIS, AND UNION (Remainder) COUNTIES

| TRUCK DRIVERS: | | |
|---|---|---|
| GROUP 1 | 24.45 | 7.01+A |
| GROUP 2 | 24.50 | 7.01+A |
| GROUP 3 | 24.60 | 7.01+A |
| GROUP 4 | 24.70 | 7.01+A |

FOOTNOTE:

G003586

G01010 03574

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional.
Paid Holidays: New Year's Day, Washington'd Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls.
Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle,
thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop
GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps,

carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

---

TEAM0469C 05/01/2000

HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 26.35 | 11.835+A |
| GROUP 2 | 26.40 | 11.835+A |
| GROUP 3 | 26.50 | 11.835+A |
| GROUP 4 | 26.60 | 11.835+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.
$400.00 per year to Apprenticeship Training Fund.
$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks (entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little

ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of

G003588

G01010 03576

vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0560C 05/01/1997

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON AND PASSAIC COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 8.08+A |
| GROUP 2 | 24.50 | 8.08+A |
| GROUP 3 | 24.60 | 8.08+A |
| GROUP 4 | 24.70 | 8.08+A |

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit),

concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination

* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch

of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

**Decision Number NJ010006**

General Decision Number **NJ010006 sg**
Superseded General Decision No. NJ000006

State: New Jersey

Construction Type:
DREDGING

County(ies):
STATEWIDE

All Dredging except self propelled hopper dredges, on the Atlantic Coast & tributary waters emptying into the Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 07/06/2001 |

COUNTY(ies):
STATEWIDE

* ENGI0025D 10/01/1999

| | Rates | Fringes |
|---|---|---|
| DIPPER & CLAMSHELL DREDGE: | | |
| Operator | 27.45 | 5.71+a+b |
| Engineer | 24.17 | 5.71+a+b |
| Maintenance Engineer | 23.07 | 4.11+a+b |
| Welder | 22.71 | 4.11+a+b |
| Mate | 22.51 | 4.11+a+b |
| Boat Master | 22.73 | 4.11+a+b |
| Boat Captain | 21.66 | 4.11+a+b |
| Fireman; Oiler | 18.18 | 4.51+a+b |
| Deckhand; Tug Deckhand | 17.73 | 4.51+a+b |
| Scowman | 17.49 | 4.20+a+b |
| DRAG BUCKET DREDGE: | | |
| Operator | 25.09 | 4.81+a+b |
| Engineer | 21.41 | 4.81+a+b |
| Maintenance Engineer | 21.21 | 4.51+a+b |
| Mate | 19.82 | 4.51+a+b |
| Deckhand | 16.17 | 4.20+a+b |
| HYDRAULIC DREDGES: | | |
| Leverman | 26.95 | 5.71+a+b |
| Engineer; Derrick Operator | 23.64 | 5.71+a+b |
| Chief Mate | 22.29 | 5.71+a+b |
| Chief Welder | 23.94 | 5.71+a+b |
| Maintenance Engineer | 23.07 | 4.11+a+b |
| Electrician | 22.92 | 5.71+a+b |
| Welder Dredge | 22.70 | 5.71+a+b |
| Spider Barge Operator | 22.50 | 4.11+a+b |
| Mate | 21.51 | 4.11+a+b |
| Boat Master | 21.73 | 5.71+a+b |
| Boat Captain | 21.66 | 4.11+a+b |

| | | |
|---|---|---|
| Steward | 21.49 | 4.11+a+b |
| Fireman; Oiler | 18.18 | 4.51+a+b |
| Deckhand | 17.50 | 4.51+a+b |
| Tug Deckhand | 17.73 | 4.51+a+b |
| Shoreman | 17.50 | 4.51+a+b |
| Assistant Cook | 17.61 | 4.51+a+b |
| Night Cook | 17.61 | 4.51+a+b |
| Messman | 16.36 | 4.51+a+b |
| Janitor/Porter | 16.36 | 4.51+a+b |
| COMPANY LEAD DREDGEMAN: | | |
| Lead Dredgeman | 25.78 | 5.71+a+b |
| TUG BOATS over 1,000 H.P. (with master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 23.09 | 5.71+a+b |
| Tug Captain | 22.16 | 5.71+a+b |
| Tug Chief Engineer | 21.47 | 4.11+a+b |
| Tug Engineer | 21.03 | 4.11+a+b |
| Tug Deckhand | 16.96 | 4.51+a+b |
| TUG BOATS over 1,000 H.P. (without master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 24.14 | 4.51+a+b |
| Tug Captain | 23.17 | 4.51+a+b |
| Tug Engineer | 22.45 | 4.51+a+b |
| Tug Deckhand | 17.73 | 4.20+a+b |
| DRILL BOATS: | | |
| Engineer | 23.24 | 4.81+a+b |
| Blaster | 23.51 | 4.81+a+b |
| Driller | 23.25 | 4.81+a+b |
| Welder | 22.77 | 4.51+a+b |
| Machinist | 22.77 | 4.51+a+b |
| Tug Master | 20.26 | 4.51+a+b |
| Tug Captain | 19.34 | 4.51+a+b |
| Oiler | 20.25 | 4.20+a+b |
| Tug Deckhand | 15.83 | 4.20+a+b |
| Core Driller | 18.38 | 4.20+a+b |
| DIVERS: | | |
| Diver | 35.22 | 4.81+a+b |
| Standby Diver | 24.51 | 4.81+a+b |
| Tender | 27.09 | 4.81+a+b |
| Standby Tender | 20.66 | 4.51+a+b |
| DREDGING PIPELINE CABLE-LAYING: | | |
| Leverman | 24.30 | 4.81+a+b |
| Control Tower Operator | 22.44 | 4.81+a+b |
| Rigger | 17.18 | 4.20+a+b |
| Line up Operator, End Prep. | 16.62 | 4.20+a+b |
| Diver | 35.99 | 4.81+a+b |
| Diver Tender | 22.33 | 4.81+a+b |
| ENGINEER: | | |
| 1st | 22.44 | 4.81+a+b |
| 2nd, 3rd & 4th | 22.12 | 4.81+a+b |
| Electrician | 21.80 | 4.81+a+b |
| Elec. Hydro Tech. | 18.41 | 4.51+a+b |

| | | |
|---|---|---|
| Tug Master | 21.79 | 4.81+a+b |
| Tug Captain | 20.67 | 4.51+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ALL ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, Christmas Day and Good Friday.

b. VACATION: Eight percent (8%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation

to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations

Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor

200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# SECTION 00901

# SAMPLE FORMS

| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | REPORT CONTROL SYMBOL | | |
|---|---|---|---|---|---|---|---|---|
| THRU: | | | TO: | | | FROM: | | REPORT # |
| CHARACTER OF REPORT | MAINT. | NEW WORK | DAILY | STATUS | COMPLETION | ANNUAL | DATE OR PERIOD | |
| DREDGE | NAME AND TYPE | | SIZE | PIPELINE (in. dia. disch.) | | DIPPER OR BUCKET (cu. yds. cap) | | |
| | HORSE-POWER OF | DREDGE PUMP | | SUCTION PIPE JET | | CUTTER OR BUCKET | | PROPULSION |
| | NUMBER OF CREW MEMBERS | DREDGE | SHORE | OTHER PLANT | TOTAL | WORK SCHEDULE | SHIFTS/DAY | DAYS/WEEK |
| PROJECT AND BAR | NAME AND TYPE | | | | AUTH | WIDTH | DEPTH | OVERDEPTH |
| | LOCATION (include station numbers) | | | | STA. NO.: | | Range: | |
| CHARACTER OF MATERIAL | ABSOLUTE DENSITY (GMS/liter) | | | IN PLACE DENSITY (GMS/liter) | | | VOIDS RATIO | |
| | GRAIN SIZE $D_{in}$ MM $D_{in}$ MM $D_{in}$ MM | | | | | GEOLOGICAL CLASSIFICATION | | |
| CONTRACT ORDER | NUMBER | | | CONTRACTOR | HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | | |
| CHANNEL CONDITION | AVERAGE DEPTH | | BD | AD | MINIMUM SOUNDING | | BD | AD |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION | | | |
| WEATHER CONDITION | (clear, cloudy, rain, and fog) | | | VISIBILITY | | WIND (maximum, velocity, & direction) | | |

| WORK PERFORMED | | | DISTRIBUTION TIME | | |
|---|---|---|---|---|---|
| ITEM | UNIT | QUANTITY | EFFECTIVE WORKING TIME (chargeable to cost of work) | HOURS | MIN. |
| AVERAGE WIDTH OF CUT | FEET | | PUMPING OR DREDGING | | |
| TOTAL TRAVEL THIS PERIOD | FEET | | PERCENTAGE OF EFFECTIVE RENTAL TIME | | % |
| TOTAL TRAVEL TO DATE | FEET | | BOOSTER (in line) | | |
| TOTAL ADVANCE TO DATE | FEET | | NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| FLOATING PIPE: | SHORE PIPE: | | | | |
| TOT. LENGTH OF DISCHARGE | FEET | | HANDLING PIPE LINES | | |
| AVERAGE LIFT | FEET | | HANDLING ANCHOR LINES | | |
| AVERAGE PUMP SPEED | R.P.M. | | CLEARING PUMP AND PIPE LINE | | |
| AVG. DREDGED/PUMP. HR. | CU. YDS. | | CLEARING CUTTER OR SUCTION HEAD | | |
| SCOWS LOADED | NUMBER | | WAITING FOR SCOWS | | |
| AVERAGE LOAD PER SCOW | CU. YDS. | | TO AND FROM WHARF OR ANCHORAGE | | |
| CUBIC YARDS REMOVED | | | CHANGING LOCATION OF PLANT ON JOB | | |
| AMOUNT DREDGED THIS PERIOD: | | | LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| (1) GROSS (computed amount) | | | LOSS DUE TO PASSING VESSELS | | |
| (2) CREDITED (pay place) | | | SHORE LINE AND SHORE WORK | | |
| AMOUNT PREVIOUSLY DREDGED: | | | WAITING FOR BOOSTER | | |
| (1) GROSS (computed amount) | | | MINOR OPERATING REPAIRS (explain in remarks) | | |
| (2) CREDITED (pay place) | | | WAITING FOR ATTENDANT PLANT | | |
| TOTAL AMOUNT DREDGED TO DATE: | | | PREPARATION AND MAKING UP TOW | | |
| (1) GROSS (computed amount) | | | TRANSFERRING PLANT BETWEEN WORKS | | |
| (2) CREDITED (pay place) | | | LAY TIME OFF SHIFT AND SATURDAYS | | |
| ATTENDANT PLANT | | | SUNDAYS AND HOLIDAYS | | |
| ITEM | NAME OR NUMBER | HOURS | FIRE DRILL | | |
| | | | MISCELLANEOUS (explain in remarks) | | |
| | | | TOTAL NON-EFFECTIVE WORKING TIME | | |
| | | | PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | | % |
| | | | TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | | |
| | | | PERCENTAGE OF TOTAL TIME IN PERIOD | | % |
| | | | LOST TIME (not chargeable to cost of work) | | |
| | | | MAJOR REPAIRS AND ALTERATIONS | | |
| | | | CESSATION | | |
| | | | COLLISIONS | | |
| | | | MISCELLANEOUS (explain in remarks) | | |
| NUMBER OF INSPECTIONS | BY DISTRICT PERSONNEL | | TOTAL LOST TIME | | |
| | BY DIV&OCE PERSONNEL | | PERCENTAGE OF TOTAL TIME | | % |
| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | YES OR NO | TOTAL TIME PERIOD | | |

ENG FORM 4267

| ITEM | COST |
|---|---|
| DIRECT PLANT OPERATING COSTS<br>UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.)<br>CHARGES: ________ DAYS AT $ ________ PER DAY<br>(Item 19, ENG Form 22 (Costs) - adjusted to exclude plant increment cost)<br>OR<br>ACTUAL PLANT COSTS (To be completed when submitting Annual report)<br>PAYROLLS (gross)........ $<br>SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE........ $<br>FUEL ________ BARREL AT $ ________ PER BARREL........ $<br>WATER........ $<br>LUBRICANTS........ $<br>PLANT OWNERSHIP COSTS (as computed below)........ $<br>INSURANCE........ $<br>ATTENDANT PLANT........ $<br>MISCELLANEOUS........ $<br><br>SUBTOTAL -- UNIFORM DAILY RATE OR ACTUAL COSTS<br>SUBTOTAL -- PLANT UNIT COST $ PER CUBIC YARD | |
| SHORE WORK<br>SUBTOTAL -- SHORE WORK COSTS $........<br>SUBTOTAL -- SHORE WORK UNIT COSTS $ PER CUBIC YARD | |
| OTHER COSTS:<br>SURVEYS........ $<br>INSPECTION AND SUPERVISION........ $<br>OVERHEAD........ $<br>OTHER INDIRECT COSTS........ $<br><br>SUBTOTAL--OTHER COSTS<br>SUBTOTAL -- OTHER UNIT COST PER CUBIC YARD | $ |
| GRAND TOTAL--ALL COST........<br>GRAND TOTAL--ALL UNIT COST PER CUBIC YARD | $ |

| OPERATING SUPPLIES | | | | |
|---|---|---|---|---|
| COMMODITIES | CONSUMED | | INVENTORY | |
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL (oil) | | | | |
| LUBE (oil) | | | | |
| LUBE (grease) | | | | |
| WATER | | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES | | | | |
| MISCELLANEOUS SUPPLIES | | | | |
| TOTAL | | | | |

| ANNUAL REPORT DATA (complete when submitting Annual report) | |
|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost)........ | $ |
| TOTAL COST OF PLANT (End of F.Y. reporting period)........ | $ |
| BOOK VALUE (End of F.Y. reporting period)........ | $ |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period)........ | $ |
| PLANT OWNERSHIP COSTS (Actual for F.Y. reporting period)........ | |
| DESCRIPTION........ | $ |
| REPAIRS........ | $ |
| CESSATION OF WORK........ | $ |
| SMALL TOOLS, ETC........ | $ |
| TOTAL........ | $ |

REMARKS

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| | | |



G003598

G01010 03586

REPORT NO. ____________ DATE: ____________

PROJECT ____________ TIME STARTED ______ FRAME HRS. WORKED ______

LOCATION ____________ TIME FINISHED ______ FRAME IDLE ______

DRILL BOAT TYPE OF DRILL FRAMES USED ______

| DELAYS | THIS DATE | CONTRACT TO DATE |
|---|---|---|
| MOVE ON/OFF SITE - WEEKEND, DAY END | | |
| TEST FOR ROCK | | |
| OFF ROCK - NO DRILLING | | |
| WAIT OTHER FRAMES | | |
| MOVE FRAMES | | |
| CHANGE BITS & BARS | | |
| CLEAN HOLES | | |
| LOAD HOLES | | |
| MOVE TO BLAST | | |
| MOVE TO BLAST & NEW CUT | | |
| MOVE TO NEW RANGE | | |
| TRAFFIC | | |
| WEATHER | | |
| LIGHTNING | | |
| REPAIRS | | |
| GREASE | | |
| LOAD/WAIT POWDER | | |
| ANCHORS | | |
| SURVEY | | |
| OTHERS (Specify in "Remarks") | | |
| TOTAL FRAME HRS. DELAYS | | |
| TOTAL FRAME HRS. WORKED | | |
| TOTAL FRAME REV. HRS. | | |
| FRAME TIME EFFICIENCY % | | |
| NO. TIMES MOVE TO BLAST | | |
| NO. TIMES MOVE TO BLAST & NEW CUT | | |
| NO. TIMES MOVE TO NEW RANGE | | |

WEATHER ______
WIND ______
SEASON ______

| ATTENDANT PLANT | HOURS |
|---|---|
| | |

REMARKS ON DELAYS

| CREW | | |
|---|---|---|
| U.S. | | |
| OTHER | | |
| TOTAL | | |
| SUPERINTENDENT | | |
| CIVIL ENGINEER | | |
| CAPTAIN | | |
| DAY FORMAN | | |
| NIGHT FORMAN | | |
| DRILLER | | |
| BLASTER | | |
| HELPER | | |
| WATCH ENGINEER | | |
| MACHINIST | | |
| OILER | | |
| MATE | | |
| DECK HAND | | |
| TUG OPERATOR | | |
| CLERK | | |
| ROD MAN | | |
| OTHERS | | |

DAILY OPERATING CONDITIONS

SECTION OR AREA (S) ____________

CUT NUMBER (S) ____________

CROSS RANGES (STATIONS) ______ TO ______

______ TO ______ ______ TO ______

______ TO ______ ______ TO ______

DRILLING GRADE ______ NO. OF HOLES DRILLED ______

PROJECT GRADE ______ NO. OF HOLES BLASTED ______

AVG. TOP MATERIAL ______ LBS EXPLOSIVE USED ______

AVG. FEET DRILLED ______ CAPS USED ______

BOOSTER USED ______

FUELS USED ______

BLAST HOLES ☐ LINE HOLES ☐ SPACING ______

TYPE OF DYNAMITE ____________

TYPE OF WIRE ____________

TYPE OF ROCK ____________

REMARKS ON PRODUCTION OR CONDITIONS:

SUPERINTENDENT: ____________ DATE: ____________

00901-3

G003599

G01010 03587

# DRILL LOG AND BLAST REPORT

Sheet -- of --

CONTRACT NO.:
NAME OF DRILL BOAT:

DATE:
BLAST NO.:

| FOR THIS BLAST | |
|---|---|
| 2 - HOUR WARNING | LBS. /HOLE |
| 15 - MINUTE WARNING | LBS./DELAY |
| 5 - MINUTE WARNING | LBS./BLAST |
| BLAST TIME | TOT. HOLES |
| REAL DISTANCE L.F. | MAX. POWDER/DELAY |
| TYPE OF POWDER = | |

| FOR THIS RANGE | MIN. | MAX. | | START | STOP |
|---|---|---|---|---|---|
| DEPTH | | | DRILL TIME | | |
| SPACING | | | LOADED | | |
| NO. OF HOLES | | | FIRED | | |
| HOLE DIAMETER | | | | | |
| TOTAL ROCK DRILLED = | LF. | | TOTAL POWDER LOADED= | | POUNDS |

CONTACT SEISMIC @

| HOLE NO. | START | STOP | STATION NO. | TIDE ELV. | DEPTH TO ROCK | T.C. TOP OF ROCK | T.C. OVER ROCK | ROCK TO - 47 MLW | *TOTAL ROCK | IN HOLE DELAYS NO. | IN HOLE DELAYS TYPES | BOOSTERS | SURFACE DELAYS NO. | SURFACE DELAYS TYPES | LOADED POUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

* Includes Subdrill TC = Tide Correction

## CROSS SECTION

-40
-50
-60
STA. NO.

——— ROCK ELEV. * OVERBURDEN

SUPERINTENDENT: ________ DATE: ________



G003600

G01010 03588

# USACE TRANSPORTAION AND PLACEMENT LOG

**Log Number:** **Date (yy:mm:dd)**

**Project Information:**

**Trip Number:**
**Permit Number:**
**Project Name:**
**Tow Owner:**
**Inspector's Name:**
**Tug's Navigational Unit:**

**Tug and Scow Information:**

**Tug Name:**
**Tug Captain:**
**Scow Name/Number:**
**Scowman's Name:**

**Loading Information:**

**Volume of Material (Cubic yds):**
**Time Loading is Complete (hh:mm:ss):**
**Description of material:**
**Scow Draft Forward (ft):**
**Scow Draft Aft (ft):**
**Percent Rock:**

**Placement Site Weather Conditions:**

**Wind Direction (from):**
**Weather conditions:**
**Observed Water Depth (ft):**
**Visibility (n miles):**
**Marine Mammals/Sea Turtles Sighted (Yes/No):**
**Wind Speed (mph):**
**Wave Swell Height (ft):**

**Transit/Placement Information Area:**
**Tug Position Determined By (GPS/DGPS) DGPS**
**Approximate Distance from Scow to Target Area at Time of Discharge (ft)**
**Time Scow Arrives at Project Placement Area:**
**Length of Towline at Time of Discharge (ft):**
**Scow Heading (Degrees):**
**Estimated Scow Speed (kts):**
**Distance from Tug Navigational Antenna to Tugs Towing Bit (ft):**
**Direction of Scow Relative to Tugs Towing Bit (Degrees):**

**Start Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**End Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**Post Placement Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**Comments:**

# USACE TRANSPORTATION AND PLACEMENT LOG (OENJ)

Log Number: ______________ Date: ______________________

## Project Information

Trip Number: ______________ Tow Owner: ______________
Permit Number: ______________ Inspector's Name: ______________
Project Name: ______________ Tug's Nav. Unit: ______________

## Tug and Scow Information:

Tug Name: ______________ Scow Name/Number: ______________
Tug Captain: ______________

## Loading Information

Description of Material: ______________

| | Loading Cycle 1 | | Loading Cycle 2 | |
|---|---|---|---|---|
| | Date | Time | Date | Time |
| Loading starts: | / / | : | / / | : |
| Loading complete: | / / | : | / / | : |
| Scow arrives at Dewatering pier: | / / | : | / / | : |
| Scow Departed Dewatering pier: | / / | : | / / | : |

Scow Draft Aft (ft): ______________

## Transit/Placement Site Weather Conditions:

Wind Speed (mph): ______________
Weather Conditions: ______________
Visibility (n miles): ______________

| | Date | Time |
|---|---|---|
| Scow Departed Dredge site: | / / | : |
| Scow arrive at OENJ: | / / | : |

Receipt acknowledge by OENJ: ______________
Signature

## Unloading Information:

| | Date | Time |
|---|---|---|
| Unloading start: | | |
| Unloading complete: | / / | : |
| Scow Departed OENJ: | / / | : |

## Comments:

______________

______________

______________
USACE Inspector/Date



G003602

G01010 03590

# SECTION 00902

## FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFICATIONS

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION

| DEC PERMIT NUMBER 2-6499-00002/00004 | PERMIT<br>Under the Environmental Conservation Law (ECL) | EFFECTIVE DATE January 11, 1999 |
|---|---|---|
| FACILITY/PROGRAM NUMBER(S) | | EXPIRATION DATE(S) September 30, 2003 |

TYPE OF PERMIT ☐ New ☐ Renewal ■ Modification ☐ Permit to Construct ☐ Permit to Operate

- ☐ Article 15, Title 5: Protection of Waters
- ☐ Article 15, Title 15: Water Supply
- ☐ Article 15, Title 15: Water Transport
- ☐ Article 15, Title 15: Long Island Wells
- x 6NYCRR 608: Water Quality Certification
- ☐ Article 17, Titles 7, 8: SPDES
- ☐ Article 19: Air Pollution Control
- ☐ Article 24: Freshwater Wetlands
- ☐ Article 25: Tidal Wetlands
- ☐ Article 27, Title 7; 6NYCRR 360: Solid Waste Management
- ☐ Article 27, Title 9; 6NYCRR 373: Hazardous Waste Management
- ☐ Article 34: Coastal Erosion Management
- ☐ Article 36: Floodplain Management

| PERMIT ISSUED TO | | | TELEPHONE NUMBER |
|---|---|---|---|
| UNITED STATES DEPARTMENT OF THE ARMY, NEW YORK DISTRICT, CORPS OF ENGINEERS | | | |
| ADDRESS OF PERMITTEE | | | |
| JACOB J. JAVITS FEDERAL BUILDING, NEW YORK, NY 10278-0090 | | | |
| CONTACT PERSON FOR PERMITTED WORK | | | TELEPHONE NUMBER |
| JOHN HARTMANN, CHIEF, OPERATIONS DIVISION | | | 212/264-0199 |
| NAME AND ADDRESS OF PROJECT/FACILITY | | | |
| KILL VAN KULL CHANNEL PHASE II DEEPENING | | | |
| LOCATION OF PROJECT/FACILITY | | | |
| KILL VAN KULL CHANNEL BETWEEN UPPER BAY AND NEWARK BAY. | | | |
| COUNTY | CITY | WATERCOURSE | NYTM COORDINATES |
| RICHMOND | NEW YORK CITY | KILL VAN KULL CHANNEL | |

## DESCRIPTION OF AUTHORIZED ACTIVITY

DREDGING AND BLASTING OF APPROXIMATELY 10.7 MILLION CUBIC YARDS OF BOTTOM SEDIMENT AND ROCK FROM THE KILL VAN KULL CHANNEL TO A DEPTH OF 47 FEET IN BEDROCK AND 45 FEET IN SOFT SUBSTRATES IN THE KILL VAN KULL CHANNEL BETWEEN UPPER BAY (NY) AND NEWARK BAY (NJ). DREDGED MATERIAL SUITABLE FOR OCEAN DISPOSAL WILL BE DISPOSED AS COVER MATERIAL AT THE FORMER ATLANTIC OCEAN MUD DUMP SITE ( HISTORIC AREA REMEDIATION SITE, HARS). BEDROCK MATERIAL WILL BE USED FOR CREATION OR ENHANCEMENT OF ARTIFICIAL REEFS SITES IN NEW YORK AND NEW JERSEY. DREDGED MATERIAL UNSUITABLE FOR DISPOSAL AT THE FORMER MUD DUMP SITE OR FOR USE AS REEFS WILL BE DEPOSITED AT THE NEWARK BAY CONFINED DISPOSAL FACILITY OR AT PERMITTED UPLAND SITES IN NEW JERSEY AS NEEDED.

By acceptance of this permit, the Permittee agrees that the permit is contingent upon strict compliance with the ECL, all applicable regulations, the General Conditions specified (see page 2) and any Special Conditions included as part of this permit.

| REGIONAL PERMIT ADMINISTRATOR: | ADDRESS | |
|---|---|---|
| John J. Ferguson | 47-40 21 Street<br>Long Island City, NY 11101 | |
| AUTHORIZED SIGNATURE John J. Cryan | DATE 11 January 1999 | Page 1 of 4 |

/ DEPUTY REGIONAL PERMIT ADMINISTRATOR

00902-1

G003604

G01010 03592

## NOTIFICATION OF OTHER PERMITTEE OBLIGATIONS

**Item A: Permittee Accepts Legal Responsibility and Agrees to Indemnification**
The permittee has accepted expressly, by the execution of the application, the full legal responsibility for all damages and costs, direct or indirect, of whatever nature and by whomever suffered, for liability it incurs resulting from activity conducted pursuant to this permit or in noncompliance with this permit and has agreed to indemnify and save harmless the State from suits, actions, damages and costs of every name and description resulting from such activity.

**Item B: Permittee to Require it's Contractors to Comply with Permit**
The permittee shall require its independent contractors, employees, agents and assigns to read, understand and comply with this permit, including all special conditions, and such persons shall be subject to the same sanctions for violations of this permit as those prescribed for the permittee.

**Item C: Permittee Responsible for Obtaining Other Required Permits**
The permittee is responsible for obtaining any other permits, approvals, lands, easements and rights-of-way that may be required for this project.

**Item D: No Right to Trespass or Interfere with Riparian Rights**
This permit does not convey to the permittee any right to trespass upon the lands or interfere with the riparian rights of others in order to perform the permitted work nor does it authorize the impairment of any rights, title, or interest in real or personal property held or vested in a person not a party to the permit.

## GENERAL CONDITIONS

**General Condition 1: Facility Inspection by the Department**
The permitted site or facility, including relevant records, is subject to inspection at reasonable hours and intervals by an authorized representative of the Department of Environmental Conservation (the Department) to determine whether the permittee is complying with this permit and the ECL. Such representative may order the work suspended pursuant to ECL 71-0301 and SAPA 401(3).
The permittee shall provide a person to accompany the Department's representative during an inspection to the permit area when written or verbal notification is provided by the Department at least 24 hours prior to such inspection.
A copy of this permit, including all referenced maps, drawings and special conditions, must be available for inspection by the Department at all times at the project site. Failure to produce a copy of the permit upon request by a Department representative is a violation of this permit.

**General Condition 2: Relationship of this Permit to Other Department Orders and Determinations**
Unless expressly provided for by the Department, issuance of this permit does not modify, supersede or rescind any order or determination previously issued by the Department or any of the terms, conditions or requirements contained in such order or determination.

**General Condition 3: Applications for Permit Renewals or Modifications**
The permittee must submit a separate written application to the Department for renewal, modification or transfer of this permit. Such application must include any forms or supplemental information the Department requires. Any renewal, modification or transfer granted by the Department must be in writing.
The permittee must submit a renewal application at least:

a) 180 days before expiration of permits for State Pollutant Discharge Elimination System (SPDES), Hazardous Waste Management Facilities (HWMF), major Air Pollution Control (APC) and Solid Waste Management Facilities (SWMF); and
b) 30 days before expiration of all other permit types.

Applications for permit renewal or modification are to be submitted to:
NYSDEC, Regional Permit Administrator, Region 2
47-40 21ST Street, Long Island City, NY 11101

**General Condition 4: Permit Modifications, Suspensions and Revocations by the Department**
The Department reserves the right to modify, suspend or revoke this permit when:

a) the scope of the permitted activity is exceeded or a violation of any condition of the permit or provisions of the ECL and pertinent regulations is found;
b) the permit was obtained by misrepresentation or failure to disclose relevant facts;
c) new material information is discovered; or
d) environmental conditions, relevant technology, or applicable law or regulation have materially changed since the permit was issued.

| PERMIT NUMBER 2-6499-00002/00004 | KILL VAN KULL CHANNEL | PAGE 2 OF 4 |
|---|---|---|

00902-2

5. That if future operations by the State of New York require an alteration in the position of the structure or work herein authorized, or if, in the opinion of the Department of Environmental Conservation it shall cause unreasonable obstruction to the free navigation of said waters or flood flows or endanger the health, safety or welfare of the people of the State, or cause loss or destruction of the natural resources of the State, the owner may be ordered by the Department to remove or alter the structural work, obstructions, or hazards caused thereby without expense to the State, and if, upon the expiration or revocation of this permit, the structure, fill, excavation, or other modification of the watercourse hereby authorized shall not be completed, the owners, shall, without expense to the State, and to such extent and in such time and manner as the Department of Environmental Conservation may require, remove all or any portion of the uncompleted structure or fill and restore to its former condition the navigable and flood capacity of the watercourse. No claim shall be made against the State of New York on account of any such removal or alteration.

6. That the State of New York shall in no case be liable for any damage or injury to the structure or work herein authorized which may be caused by or result from future operations undertaken by the State for the conservation or improvement of navigation, or for other purposes, and no claim or right to compensation shall accrue from any such damage.

7. Granting of this permit does not relieve the applicant of the responsibility of obtaining any other permission, or approval from the U.S.Army Corps of Engineers, U.S. Coast Guard, New York State Office of General Services, or local government which may be required.

8. All necessary precautions shall be taken to preclude contamination of any wetland or waterway by suspended solids, sediments, fuels, solvents, lubricants, epoxy coatings, paints, concrete, leachate, or any other environmentally deleterious materials associated with the project.

9. Any material dredged in the prosecution of the work herein permitted shall be removed evenly, without leaving large refuse piles, ridges across the bed of a waterway or floodplain or deep holes that may have a tendency to cause damage to navigable channels or to the banks of a waterway.

10. There shall be no unreasonable interference with navigation by the work herein authorized.

11. If upon the expiration or revocation of this permit, the project hereby authorized has not been completed, the applicant shall, without expense to the State, and to such extent and in such time and manner as the Department of Environmental Conservation may require, remove all or any portion of the uncompleted structure or fill and restore the site to its former condition. No claim shall be made against the State of New York on account of any such removal or alteration.

12. If granted under Article 36, this permit does not signify in any way that the project will be free from flooding.

13. If granted under 6 NYCRR Part 608, the NYS Department of Environmental Conservation hereby certifies that the subject project will not contravene effluent limitations or other limitations or standards under Sections 301, 302, 303, 306, and 307 of the Clean Water Act of 1977 (PL 95-217) provided that all of the conditions listed herein are met.

## SPECIAL CONDITIONS

14. All work shall comply with project plans as described in the technical supporting documentation for the project and the July 7, 1998 (and attachment dated July 8, 1998) from Frank Santomauro (USACE) to John Ferguson (NYSDEC) addressing Kill Van Kull Water Quality Certification issues.

15. The Corps shall submit quarterly reports on the results of the biological and water quality monitoring programs. Data shall be submitted to Stephen Zahn, Marine Resources, NYSDEC, 47-40 21st street; Long Island City, NY 11101.

Pre-Dredging

16. At least thirty (30) days prior to the start of work, the Corps shall submit a plan for DEC approval describing the method of dewatering dredged material or otherwise handling water associated with dredged material that does not meet Category 1 criteria such that the Total Suspended Solids (TSS) do not exceed 200 mg/L when returned to New York waters. DEC will respond within thirty (30) days of the receipt of the plan.

17. At least thirty (30) days prior to the beginning of dredging in any contract phase, the Corps shall submit the bulk sediment chemistry results for the project site as indicated in the April 24, 1998 letter from Santomauro (USACE) to Ferguson (NYSDEC). The submittal shall include a sample site plan as well as a narrative on the sampling methods utilized.

18. At least thirty (30) days prior to the start of work, the Corps shall provide the bathymetric survey of the project area as indicated in the April 24, 1998 letter from Santomauro (USACE) to Ferguson (NYSDEC).

19. The Corps shall perform dredging site inspections at 72 hour intervals when dredging material that does not meet Category 1 criteria to determine:
    a. Dredging bucket is sealed during operations.
    b. Hoist speed does not exceed 2 feet/second
    c. TSS from barge dewatering does not exceed 200 mg/Liter.

These parameters are to be monitored daily by the contractor and noted in the QA/QC reports. Copies of said reports shall be submitted to Steven Zahn, DEC Marine Resources, with a copy of the Corps Inspection Reports on a weekly basis.

Dredging Windows

20. Dredging and blasting is prohibited during the period of March 1 - August 31 in an area within 1000 feet from the shoreline of Shooters Island.

21. Dredging is prohibited during the period of November 15 - May 31 in any portion of Contract Reach 3 determined through biological monitoring to harbor significant (as determined by NYSDEC in consultation with NMFS and the Corps) populations of Blue-claw crab or Winter flounder. Biological monitoring will be carried out as described in the June 1, 1998 letter (with attachment) and the July 7, 1998 letter (with attachment from Santomauro (USACE) to Ferguson (NYSDEC).

| DEC PERMIT NUMBER | PROGRAM/FACILITY NUMBER | |
|---|---|---|
| 2-6499-00002/00004 | KILL VAN KULL PHASE II CHANNEL DEEPENING | Page 3 of 4 |

00902-3

G003606

G01010 03594

## SPECIAL CONDITIONS

DREDGING (Cont.)

Bucket

22. Dredging of material that does not meet Category 1 criteria, excluding rock and clay, shall be conducted with a sealed, watertight bucket according to the Best Management Practices described in the Corps' July 7, 1998 letter. The bucket shall be monitored continuously during dredging to ensure a tight seal is maintained. If frequent or excessive loss of dredged material from the bucket is observed, the Corps shall halt dredging operations and closely inspect the bucket for defects. Dredging operations shall be delayed until all necessary repairs are made.

23. Bucket hoist speed shall be limited to 2 ft/s while dredging material that does not meet Category 1 criteria.

24. The bucket shall be lowered to the level of the barge gunwales prior to release of the bucket load.

Barge Overflow and De-watering

25. Barge overflow is prohibited while handling material that does not meet Category 1 criteria. Total Suspended Solids in barge de-watering effluent returned to New York waters shall not exceed 200 mg/L while handling material that does not meet Category 1 criteria.

In-Water Management of Dredged Material

26. Dredge material that does not meet Category 1 criteria will be disposed at the Newark Bay Confined Disposal Facility. The Corps shall inform the Department at least 30 days prior of any plans for alternative disposal sites.

27. Disposal of rock for artificial reef enhancement or creation in New York shall be done in consultation with Stephen Heins, Finfish and Crustaceans, NYSDEC, 205 N. Belle Meade Road, East Setauket, NY 11733.

Upland Management of Dredged Material

28. At least 30 days prior to the use of any upland management site(s) for dredged material disposal, the Corps shall identify the site(s) and submit a copy of any contract or letter of agreement showing that the dredged material may be managed under the jurisdiction of the receiving state.

29. Additional analysis of dredged material may be required if, in the Department's opinion, the initial bulk sediment chemistry (see # 17) is inadequate to support the permittee's determination that the dredged material is non-hazardous pursuant to federal or NY State (6NYCRR371) regulations. The permittee may archive the initial samples, consistent with appropriate laboratory procedures, in lieu of resampling.

Post - Dredging

30. A bathymetric survey of each completed project phase shall be submitted to the Department in triplicate within sixty (60) days of completion.

Additional Special Condition

31. Item A and General Condition 6 are included by the State of New York as the permit issuing authority under the Clean Water Act. Such conditions do not, nor are they intended to, apply to, abrogate, or annul any obligation, responsibility or liability on the part of the Port Authority of New York and New Jersey to the Federal Government under the terms of a Project Cooperation Agreement (PCA) entered into by those two agencies for the Kill Van Kull and Newark Bay Channels, New York and New Jersey Project. Pursuant to that PCA, the Port Authority of New York and New Jersey remains legally responsible to hold and save the Federal Government free from all damages arising from the construction, operation, and maintenance of the Project and the local service facilities, and if the Port Authority requests such, for any Project-related betterments, including liabilities arising from Item A and General Condition 6, except for damages due to the fault or negligence of the Federal Government or its contractors. No provision of this permit shall be deemed to supercede applicable federal law with regard to appropriation of funds or liability for damages caused by the Army Corps or its agents or other representatives.

00902-4

| DEC PERMIT NUMBER<br>2-6499-00002/00004 | Kill Van Kull Channel Deepening<br>Phase II | PAGE 4 OF 4 |
|---|---|---|

*Your coast, your future*

NYS*Waterfronts*

George E. Pataki
*Governor*

Alexander F. Treadwell
*Secretary of State*

January 28, 1998

John Sassi, P.E.
Chief, Planning Division
U.S. Army Corps of Engineers
New York District
26 Federal Plaza
New York, NY 10278-0090

Re: F-97-157
COE/NY - Phase II Deepening of Kill Van Kull & Newark Bay Channels, New York & New Jersey

Dear Mr. Sassi:

The Department of State has completed its review of the U.S. Army Corps of Engineers consistency determination with respect to the New York State Coastal Management Program, together with supporting documentation, for the proposed Phase II Deepening of Kill Van Kull and Newark Bay Channels in New York and New Jersey.

Based upon the project information submitted, the Department of State agrees with the U.S. Army Corps of Engineers consistency determination for this activity.

Thank you for your cooperation in this matter.

Sincerely,

William F. Barton for

George R. Stafford
Director

GRS:VAB:dlb

00902-5

NYS Department of State
Division of Coastal Resources and Waterfront Revitalization
Albany, NY 12231-0001
Voice: (518) 474-6000 Fax: (518) 473-2464

DEPARTMENT OF THE ARMY
NEW YORK DISTRICT, CORPS OF ENGINEERS
JACOB K. JAVITS FEDERAL BUILDING
NEW YORK, N.Y. 10278-0090

REPLY TO
ATTENTION OF

July 7, 1998

Planning Division

Mr. John Ferguson - Regional Permit Administrator
Division of Compliance Services
New York State Department of Environmental Conservation
47-40 21st Street
Long Island City, NY 11101

Dear Mr. Ferguson:

This letter responds to specific requests made by representatives of the New York Department of Environmental Conservation (NYSDEC) during the June 25th meeting at the New York District (District), addressing Kill Van Kull Water Quality Permit issues. We were pleased that the meeting clearly defined your remaining concerns and are providing the information your staff requested, in order to complete the certification process, in this correspondence. It was agreed that the sediment testing data would be transmitted upon the completion of data analysis. All data and any subsequent correspondence shall be submitted to your attention as you specified at our meeting.

Attached please find the District's formal responses to your comments. We look forward to a prompt conclusion to the Water Quality Certificate review process for the subject project so that we can adhere to the fall construction schedule. If you have any further questions regarding this issue please contact Ms. Roselle Henn at 212-264-2119, Chief, Environmental Analysis Section or Jenine Gallo, Project Biologist at 212-264-0209.

Sincerely,

Frank Santomauro

Frank Santomauro, P.E.
Chief, Planning Division

Enclosure

00902-6

**Dredging Depths**

Comment. NYSDEC requested an explanation of Corps policies guiding dredging depths.

Response. The project's authorized depth for rock and hard material is -47 ft. MLW and -45 ft. MLW for soft non-rock material. Reference is made to ER 1130-2-520, "Navigation and Dredging Operations and Maintenance Policies". Dredging tolerance outside the required prism is permitted for inaccuracies in the dredging process. District Commanders may dredge a maximum of two feet of allowable overdepth in inland navigation channels.

There are limits on how accurately dredging can be performed. One limit is due to the nature of working underwater. The operator cannot see the bucket, which reduces accuracy. A second limit is due to the mechanical limits of the dredge(s). There are two types of dredges being considered for this project, excavators and clamshells. Please refer to the attached picture showing the digging stroke of an excavator. Note that the shovel does not dig a flat line, but instead cuts a scallop shape. In order to reach project depth at the edges of the cut, the center of the cut will end up deeper.



00902-7

Clamshell dredges also have mechanical limits to accuracy. A clamshell dredge works by allowing the bucket to fall and drive itself into the channel bottom. The clamshell is then closed and is raised by a cable. With this sort of device it is difficult to achieve a precise depth.

### Use of Best Management Practices (BMP's) During Dredging

Comment. NYSDEC wanted a description of BMP's to be utilized during dredging of the channel reaches.

Response.

1) When working in material that is "unsuitable for disposal at the HARS", excluding rock and clay, as much material as practical will be removed with an environmental bucket.

2) After removing as much material "unsuitable for disposal at the HARS" as practical with an environmental bucket, the use of other buckets is permitted.

3) Barge overflow will not be permitted when working in material unsuitable for the HARS. Water may not be returned to the channel until its Total Suspended Solids (TSS) is less than 200 mg/L*

4) Barge overflow and the use of non-environmental buckets is permitted in rock and material suitable for disposal at the HARS.

*Based upon COE permit 94-12000 and NYSDEC permit 2-6401-00098/00004-0

### Biological Monitoring

Comment. NYSDEC requested further elaboration on the biological monitoring plan that will address their concerns for presence of blue claw crab and winter flounder

Response. The biological monitoring plan currently calls for sampling in the Newark Bay portion of the Kill Van Kull (KVK) Navigation project. Additional concerns have been raised by NYSDEC as to whether blue claw crabs (Callinectes sapidas) overwinter in existing navigation channels in significant numbers, and whether winter flounder (Pseudopleuronectes americanus) use these channels as spawning grounds. A review of the literature reveals that both of these species seek higher salinity (oceanic) environments as well as a sandy substrate during the winter season. The question becomes whether or not significant numbers of these species are attracted to the channel areas that provide sporadic *minimally adequate* habitat instead of moving down stream into their preferred habitat in the lower bay or the open ocean.

For the present project, it is the opinion of the District that the only area of the KVK that may supply sufficient habitat for spawning winter flounder and hibernating blue crab is Contract Reach 3, which consists of recent sands. Contract Reaches 1 and 2 consist mainly of hard Pleistocene gray sand and till (gravel), rock and black silt (ooze). None of the described conditions are conducive to the hibernation of blue crabs or spawning winter flounder. Contract Reaches 4 and 5 are almost entirely exposed rock. We have included bathymetric maps, test boring data (Technical Support Document) and a substrate composition map of the project area (Subsurface) that will support these statements.

The District is of the opinion that the physical conditions in Contract Reach 3 diminish the likelihood that it would serve as suitable spawning or hibernating habitat. However, in accordance with NYSDEC's request, we have expanded the biological monitoring plan to include this area. Therefore, the following biological monitoring program, scheduled to begin construction October 1999, will be initiated:

- Abundance and size of winter flounder (and by-catch species)
- Abundance of demersal (flounder) eggs
- Abundance of over-wintering (buried ) blue claw crabs

Trawls for fish, crabs and eggs will consist of 10-minute tracks that will cover approximately 0.6 mile per track in Contract Reach 3.

According to currently accepted sampling protocols, monitoring should be conducied on a monthly basis year round. However, because regulatory agencies have stated that there is a specific window of impact related to the dredging, a modified sampling plan has also been established in an effort to address economic concerns. The modified monitoring schedule assumes that all important life history functions will be covered. This schedule can be modified if new information suggests such changes.

The modified sampling program calls for data collection in the months in bold letters:

*J* F *M* A *M* J *J* A *S* *O* *N* D.

Biological monitoring will be once a month, beginning September, 1998 unless abundance suggests a particular phenomenon is occurring that would be better described at an increased frequency of sampling (twice a month).

**Water Quality Monitoring**

Comment. NYSDEC requested a description of the present water quality monitoring program.

00902 – 9

Response. Water quality monitoring consists of 4 transects running perpendicular to the channel from Staten Island, NY to New Jersey. Sampling stations consist of one in the channel and one near shore on each side of the channel or three per transect. Readings at each station consist of bottom, mid-water column and surface measurements, unless restricted by depth (very shallow). The following parameters will be recorded prior to initiation of Phase 2 construction as a supplement to monitoring that occurred prior to Phase 1 of the KVK Navigation project:

- Dissolved Oxygen (D.O.)
- Conductivity
- Redox Potential
- Depth
- pH
- Turbidity
- Temperature
- Salinity

The locations of the three transects that lie within the project are marked in blue on Sheets 4,7 and 9 of the bathymetry sheets. The fourth transect is just west of Shooters Island outside the project area. Data from these transects have been collected since April 1998.

Water quality parameters will be collected twice a month during the summer (when stratification is likely to occur) and spring and fall when temperatures change is greatest. Sampling will be initiated prior to construction for Phase 2 and will continue for 10 years post-construction.

### Shooters Island Buffer Zone Expansion

Comment. NYSDEC informed the District that the proposed 300-foot buffer zone for the KVK project would be insufficient and need to be expanded to 1000 feet.

Response. For KVK Contract Reach 8, scheduled to start December, 2005, the NYSDEC has proposed that during the nesting season on Shooters Island (April 1-August 31) a 1000-foot exclusionary buffer zone be implemented for the rookery. The goal of the seasonal buffer is to minimize potential impacts to waterfowl during the nesting season. Recent surveys have indicated that a reduction in the size of the exclusion zone could be considered for future dredging activities depending upon the birds habituation to other mechanical devices present in the vicinity and similar in noise level to that of the proposed dredging machinery (LMS, June 1998). However, the District maintains that the avian population on Shooter's Island has been continually exposed to ambient noise and disturbances. On this basis, the District recommended following the original U.S. Fish and Wildlife recommendations (KVK FEIS,1986) of a 300' buffer zone. Potential disturbance factors and effective buffer zone distances could be measured during

upcoming maintenance dredging. The District will comply with the seasonal buffer zone of 1000' until such time that it can be determined, through monitoring activities by either the District or by an independent research organization, such as the Manomet Bird Observatory, that a reduction of the zone is justified. Any monitoring efforts and subsequent recommendations for adjustments to the buffer zone will be coordinated with the NYSDEC. The District notes that this requirement will adversely impact the construction schedule for the first contract of the Arthur Kill Navigation project. Continued interagency coordination on this matter is critical.

**Artificial Reef Rock Disposal**

Comment. NYSDEC requested confirmation by the District that there would be a fair and equitable apportionment of rock to both states.

Response. Both the New York State and New Jersey State artificial reef programs have expressed an interest in rock from the navigation projects. Recently, the District has coordinated with your agency to accept 3000 cy of clean rock at your Atlantic Beach artificial reef site from the Arthur Kill test digs currently underway. Enclosed please find a copy of NYSDEC's correspondence pertaining to this issue.

The District wishes to assure your agency that a fair evaluation process will be applied when determining the distribution of rock material from the proposed deepening projects between the two states. In determining the rocks' ultimate disposal destination, economic considerations must be taken into account as part of the decision process, therefore, the District will continue to coordinate with and inform your office prior to any final determination.

00902-11

New York State Department of Environmental Conservation
Division of Environmental Permits, Region 2
47-40 21st Street Long Island City, NY 11101
Tel: (718) 482-4997 Fax: (718) 482-4975

John P. Cahill
Commissioner

August 26, 1999

Mr. Frank Santomauro, P.E.
NY District, Corps of Engineers
Jacob K. Javits Federal Building
New York, NY 10278-0090

Re: Permit Modification Request - Seasonal Windows: Special Condition 20 (Shooters Island) and Special Condition 21 (Contract Reach 3 - Winter flounder, Blue crab)
Kill Van Kull Deepening
DEC No. 2-6499-00002/00004

Dear Mr. Santomauro:

This is in response to your letters of June 7, 1999 and August 16, 1999 to Steven Zahn of NYSDEC, Marine Resources regarding the seasonal restrictions on dredging activities for the Kill Van Kull Deepening project. Special Condition No. 20 requires a 1000 foot buffer surrounding Shooters Island during the period of March 1 - August 31. Special Condition No. 21 contains a provision for a seasonal window from November 15 - May 31 in any portion of Contract Reach 3 determined to harbor significant populations of Winter flounder of Blue-claw crab.

Special Condition 21.

The department has determined, based on biological and habitat surveys conducted by the Corps, that Contract Reach 3 does not support significant populations of Winter flounder or Blue-claw crab. Therefore, the provision for a seasonal dredging window from November 15 - May 31 is not required. Special Condition 21 is deleted.

Special Condition 20.

DEC does not agree that there is sufficient information to consider a reduction in the seasonal dredging window surrounding Shooters Island at this time. Shooters Island has been well documented as an important nesting and foraging area for wading birds and shore birds. Over the past two breeding seasons, one-day surveys by New York Audubon have indicated that there may be a significant reduction in the number of herons using the island. However, these surveys are not as detailed or extensive as previous surveys conducted by Manumet and can not predict whether the herons will return to prior levels during the next, or subsequent breeding seasons. More detailed studies will be necessary to document the use of Shooters Island by herons and other birds. If your assessment is based on additional surveys, please forward them to us.

00902-12

There is also some evidence that recent, temporary disturbance due to human activities on Shooters Island may have played a role in the apparent reduction in the use of the area by herons and other birds. The NYC Department of Parks and Recreation is currently responsible for the maintenance of the area. We intend pursue this matter with NYC Parks in order to investigate and rectify this situation.

Your letters stated that pre-construction monitoring will be necessary to establish the use of Shooters Island as a nesting site. We agree and express our willingness to work with you to determine the level of data necessary to make a supportable decision regarding the seasonal window. This will be needed for each breeding season that may be affected by the project. We also expect to work with you in the development of monitoring studies to evaluate dredging and blasting impacts on the wading bird and shore bird populations should they be determined necessary. If breeding populations are shown to be present, we request that the monitoring studies be designed to evaluate the impact of construction activities, particularly blasting, which may have a greater impact than dredging, beginning at a distance of at least 2500 feet from the shoreline of Shooters Island.

The Corps should plan based on the assumption that the dredging window for Shooters Island will remain in effect until it can be definitively shown that there will be no adverse affect on the nesting colonies. Since this work can not start until the beginning of next spring's breeding season, Special Condition No. 20, requiring a 1000 foot buffer around Shooters Island from March 1 - August 31, will remain in effect.

If you have any questions, please contact me at the above address, or by telephone at (718) 482-4077.

Sincerely,

Charles de Quillfeldt
Environmental Analyst 3

cc: J. Gilmore
J. Pane
S. Zahn
H. Ruben, USACE

00902 -13

G003616

G01010 03604

# MAIN TABLE OF CONTENTS

New York Harbor, Kill Van Kull and Newark Bay Channels
Navigation Improvement Project, Phase II, Contract 7, Area 6

New York and New Jersey


| SECTION | TITLE | NO. OF PAGES |
|---|---|---|
| **CONTRACT REQUIREMENTS** | | |
| 00010 | SF 1442 AND BIDDING SCHEDULE | |
| 00100 | INSTRUCTIONS, CONDITIONS, AND NOTICE TO BIDDERS | |
| 00600 | REPRESENTATIONS AND CERTIFICATIONS | |
| 00700 | CONTRACT CLAUSES | |
| 00800 | SPECIAL CONTRACT REQUIREMENTS | 36 |
| **LIST DOCUMENTS, EXHIBITS & OTHER ATTACHMENTS** | | |
| 00900 | WAGE RATES | 39 |
| 00901 | SAMPLE FORMS | 6 |
| 00902 | FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFIACTIONS WITH ATTACHEMENTS (TBF) | 13 |
| **TECHNICAL PROVISIONS** | | |
| 01130 | ENVIRONMENTAL PROTECTION | 2 |
| 01270 | MEASUREMENT AND PAYMENT | 4 |
| 01312 | RESIDENT MANAGEMENT SYTEM (RMS) | 7 |
| 01320 | PROJECT SCHEDULE: NETWORK ANALYSIS SYSTEM | 22 |
| 01330 | SUBMITTAL PROCEDURES | 12 |
| 01420 | SAFETY | 8 |
| 01451 | CONTRACTOR QUALITY CONTROL | 16 |
| 02100 | SUBSURFACE DRILLING AND SAMPLING | 5 |
| 02200 | BLASTING | 12 |
| 02900 | DREDGING AND DISPOSAL | 17 |

SECTION 01130

ENVIRONMENTAL PROTECTION

PART 1 GENERAL

1.1 SCOPE

This section covers the furnishing of all labor, material and equipment as performing all work required for the protection of the environment during construction operations except for those measures set forth in other Technical Provisions of these specifications.

1.2 REFERENCE

"Standard Methods for the Examination of Water, Sewage, and Industrial Wastes, Eighteenth Edition, 1992, published by American Public Health Association, 1015 Eighteenth Street, N.W., Washington, D.C. 20036".

1.3 GENERAL

For purpose of this specification, environmental protection is defined as the retention of the environment in its natural state to the greatest possible extent during project construction and to enhance the natural appearance in its final condition. Environment protection requires consideration of air, water, and land, and involves management of noise and solid waste, as well as other pollutants. In order to prevent, and to provide for abatement and control of, any environmental pollution arising from the construction activities in the performance of this contract, the Contractor and his subcontractors shall comply with all applicable Federal, State and local laws and regulations concerning environmental pollution control and abatement.

1.4 NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any non-compliance with the aforementioned Federal, state, or local laws or regulations. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. The Contractor shall, after receipt of such notice, immediately inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess costs of damages by the Contractor.

1.5 SUBCONTRACTOR

Compliance with the provisions of this section by subcontractors will be responsiblity of the Contractor.

1.6 IMPLEMENTATION

Prior to commencement of the work the Contractor will:

a. Submit in writing his proposal for implementing this section for environment protection including a noise monitoring program to insure compliance with all Federal, State, and local noise ordinances.

b. Meet with representativs of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program.

1.7 PROTECTION OF WATER RESOURCES

a. General. The Contractor shall not pollute the waters with trash, debris, fuels, oils, bituminous materials, calcium chloride, acids or other harmful materials. It is the responsibility of the Contractor to investigate and comply with all applicable Federal, state, county, and municipal laws concerning pollution of the water. All work under this contract shall be performed in such a manner that objectionable conditions will not be created in the waters through or adjacent to the project areas.

b. Spillage. At all times of the year, special measures shall be taken to prevent chemicals, fuels, oils, greases, bituminous materials, herbicides, and insecticides from entering the waters.

1.8 PROTECTION OF FISH AND WILDLIFE

The Contractor shall at all times perform all work and take such steps required to prevent any interference or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the project area which in the opinion of the Contracting Officer are critical to fish and wildlife. Fouling or polluting of water will not be permitted.

1.9 PROTECTION OF CULTURAL RESOURCES

Known archaeological and historic properties have been taken into account as required by Federal Laws. Should unanticipated archaeological materials be encountered during the course of any project activities, the Contractor shall cease work in the vicinity of the discovery. The Contractor shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

1.10 MEASUREMENT AND PAYMENT

a. Measurement. No separate measurement as such will be made for work performed under this section including a noise monitoring program to insure compliance with all Federal and State regulations, and local noise ordinances.

b. Payment. No separate payment will be made for the work covered under this section and all costs in connection therewith will be included in the

applicable contract price to which the work pertains.

-- End of Section --

SECTION 01270

MEASURMENT AND PAYMENT

PART 1 GENERAL

1.1 LUMP SUM PAYMENT ITEMS

Payment items for the work of this contract for which contract lump sum payments will be made are listed in the PRICE SCHEDULES and described below. All costs for items of work, which are not specifically mentioned to be included in a particular lump sum or unit price payment item, shall be included in the listed lump sum item most closely associated with the work involved. The lump sum price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for which separate payment is not otherwise provided.

1.1.1 Mobilization and Demobilization (Item No. 0001AA & 0004AA)

1.1.1.1 Payment

Payment will be made for costs associated with mobilization and demobilization, as defined in Contract Clause PAYMENT FOR MOBILIZATION AND DEMOBILIZATION.

1.1.1.2 Unit of Measure
Unit of measure: lump sum.

1.1.2 Field Office (Item No. 0001AG & 0004AG)

1.1.2.1 Payment

Payment will be made for costs associated with operations necessary for installation, system setup, maintenance services, and removal of equipment at designated area in accordance with the requirements specified in paragraph entitled "FIELD OFFICE" of Section 00800: Special Contract Requirements.

1.1.2.2 Unit of Measure
Unit of measure: lump sum.

1.1.3 Additional cost for Optional Insurance (Item No. 0002 and 0005)

1.1.3.1 Payment

Payment will be made for costs associated with additional insurance premium provided by the contractor as requirements specified in Section 00800.

1.1.3.2 Unit of Measure

Unit of measure: lump sum.

1.2 UNIT PRICE PAYMENT ITEMS

Payment items for the work of this contract on which the contract unit price payments will be made are listed in the PRICE SCHEDULE and described below. The unit price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for each of the unit price items.

1.2.1 Debris Removal and Disposal (Item No. 0001AB and 0004AB)

1.2.1.1 Payment

Payment will be made for costs associated with the collection, storage and handling, and the removal from the site and proper disposal of all debris recovered from the bottom and all floating debris. Bottom debris including cables, pilings, line, and all objects, which are unsuitable for placement in the HARS or upland disposal site or artificial reef site.

1.2.1.2 Unit of Measurement

Unit of measure: ton (2,000 lbs).

1.2.2 Dredging, Transportation, Delivery, Processing and Placement of Dredged Materials Unsuitable for Placement at the HARS, Excludes Dewatering: Item No. 0001AD [Placement at Bayonne Landfill Remediation Site(Item No. 0001AC; Dredging, Transportation, Delivery, and Disposal of Dredged Materials Unsuitable for Placement at the HARS, Excludes Dewatering: Item No. 0004AD, (Disposal at the Contractor Proposed Disposal Facility (Item No. 0004AC); Optional Item/Difference in Cost to the Project for Using the Newark Bay Confined Disposal Facility in lieu the Bayonne Landfill Remediation Site (Item No. 0001AC and Item No. 0001AD) (Negative Number to be shown in Parentheses)(Item No. 0003)

1.2.2.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at designated disposal sites, processing, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.2.2 Measurement

The total quantity of dredged material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depth of 47 ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be

computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.2.3 Unit of Measure

Unit of measure: cubic yard.

1.2.3 Dewatering in Accordance with WQCs and OENJ Cherokee Specifications for Upland Placement (Item No. 0001AD) and Dewatering in accordance with Host State WQCs and Coastal Zone Management (CZM) Specifications for Upland Disposal (Item No. 0004AD)

1.2.3.1 Payment

Payment will be made for costs associated with dewatering, monitoring, and other incidental thereto, excluding transportation to berthing areas

1.2.3.2 Measurement

The total quantity of dewatering material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredge prism as shown on the drawings to include the required dredged depth of 47 ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.3.3 Unit of Measure

Unit of measure: cubic yard.

1.2.4 Dredging and Disposal of Non-Rock for Placement at the HARS and the Drilling, Blasting, Dredging, and Disposal of Rock Materials at the Artificial Reef (Item No. 0001AE and 0004AE)

1.2.4.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at the HARS, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.4.2 Measurement

The total quantity of dredge material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depth of 47 ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.4.3 Unit of Measure

Unit of measure: cubic yard.

1.2.5 Subsurface drilling and sampling (Item No. 0001AF and 0004AF)

1.2.5.1 Payment

Payment will be made for costs associated with subsurface drilling and sampling for each drill hole performed, including mobilization and demobilization of all equipment necessary to perform the required drilling sampling, and coring to a depth of 55 feet below MLW. Mobilization and demobilization will include a drill rig of complete assembly and in working order as well as the transportation of samples and cores to the Caven Point Marine Terminal. Size of sampling shall be 1-3/8 inch diameter and size of rock core shall be NX diameter core.

1.2.5.2 Measurement

The measurement for drilling drive sample drill holes including soil sampling and rock core drilling (vertical) will be the number of holes that were drilled in accordance with the specifications. Measurements will be made from mean low water.

1.2.5.3 Unit of Measure

Unit of measure: each.

-- End of Section --

SECTION 01312

RESIDENT MANAGEMENT SYSTEM (RMS)
**NYD VERSION 09/00**

1.1 GENERAL

The Government will use the Resident Management System for Windows (RMS-W) to assist in its monitoring and administration of this contract. The Contractor shall use the Government-furnished Construction Contractor Module of RMS-Windows, referred to as RMS-QC (QC for Quality Control), to record, maintain, and submit various information throughout the contract period. This joint Government-Contractor use of RMS-W and RMS-QC will facilitate electronic exchange of information and overall management of the contract. RMS-QC provides the means for the Contractor to input, track, and electronically share information with the Government in the following areas:

Administration
Finances
Quality Control
Submittal Monitoring
Scheduling
Import/Export of Data

1.1.1 Correspondence and Electronic Communications

For ease and speed of communications, both the Government and Contractor will, to the maximum extent feasible, exchange correspondence and other documents in electronic format. Correspondences, pay requests and other documents comprising the official contract record shall also be provided in paper format, with signatures and dates where necessary. Paper documents will govern, in the event of discrepancy with the electronic version.

1.2 Other Factors

Particular attention is directed to Contract Clause, "Schedules for Construction Contracts", Contract Clause, "Payments", Section 01320, "Project Schedule", Section 01330, SUBMITTAL PROCEDURES, Section 02900, Dredging and Disposal, and Section 01451, CONTRACTOR QUALITY CONTROL, which have a direct relationship to the reporting to be accomplished through RMS-QC. Also, there is no separate payment for establishing and maintaining the RMS-QC database; all costs associated therewith shall be included in the contract pricing for the work.

1.2 RMS-QC SOFTWARE

RMS-QC is a Windows-based program that can be run on a stand-alone personal computer or on a network. The Government will make available the RMS-QC software to the Contractor after award of the construction contract. Prior to the Pre-Construction Conference, the Contractor shall be responsible to download, install and use the latest version of the RMS-QC software from the Government's RMS Internet Website. Upon specific justification and request by the Contractor, the Government can provide RMS-QC on 3-1/2" high-density diskettes or CD-ROM. Any program updates of RMS-QC will be

made available to the Contractor via the Government RMS Website as they become available.

## 1.3 SYSTEM REQUIREMENTS

The following listed hardware and software is the minimum system configuration that the Contractor shall have to run RMS-QC:

**Hardware**

IBM-compatible PC with 200 MHz Pentium or higher processor
64+ MB RAM
4 GB hard drive disk space for sole use by the RMS-QC system
3 1/2 inch high-density floppy drive
Compact disk (CD) Reader
Color monitor
Laser printer compatible with HP LaserJet III or better, with minimum 4 MB installed memory.
Connection to the Internet, minimum 28 BPS

**Software**

Microsoft (MS) Access 97 or newer version database software
MS Windows 95 or newer version operating system (MS Windows NT 4.0 or newer is recommended)
Word Processing software- MS Word 97 or newer
Internet browser
The Contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.
Electronic mail (E-mail) compatible with MS Outlook

## 1.4 RELATED INFORMATION

### 1.4.1 RMS-QC User Guide

After contract award, the Contractor shall download instructions for the installation and use of RMS-QC from the Government RMS Internet Website ('http://winrms.usace.army.mil')

1.5 CONTRACT DATABASE

Prior to the pre-construction conference, the Government shall provide the Contractor with basic contract award data to use for RMS-QC. The Government will provide data updates to the Contractor as needed, generally by files attached to E-mail. These updates will generally consist of submittal reviews, correspondence status, QA comments, and other administrative and QA data.

1.6 DATABASE MAINTENANCE

The Contractor shall establish, maintain, and update data for the contract in the RMS-QC database throughout the duration of the contract. The Contractor shall establish and maintain the RMS-QC database at the Contractor's site office. Data updates to the Government shall be submitted by E-mail with file attachments, e.g., daily reports, schedule updates, payment requests. If permitted by the Contracting Officer, a data diskette or CD-ROM may be used instead of E-mail (see Paragraph DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM). The RMS-QC database typically shall include current data on the following items:

1.6.1 Administration

1.6.1.1 Contractor Information

The database shall contain the Contractor's name, address, telephone numbers, management staff, and other required items. Within 14 calendar days of receipt of RMS-QC software from the Government, the Contractor shall deliver the Contractor administrative data in electronic format via E-mail.

1.6.1.2 Subcontractor Information

The database shall contain the name, trade, address, phone numbers, and other required information for all subcontractors. A subcontractor must be listed separately for each trade to be performed. Each subcontractor/trade shall be assigned a unique Responsibility Code, provided in RMS-QC. Within 14 calendar days of receipt of RMS-QC software from the Government, the Contractor shall deliver subcontractor administrative data in electronic format via E-mail.

1.6.1.3 Correspondence

All Contractor correspondence to the Government shall be identified with a serial number. Correspondence initiated by the Contractor's site office shall be prefixed with "S". Letters initiated by the Contractor's home (main) office shall be prefixed with "H". Letters shall be numbered starting from 0001. (e.g., H-0001 or S-0001). The Government's letters to the Contractor will be prefixed with "C".

1.6.1.4 Equipment

The Contractor's RMS-QC database shall contain a current list of equipment planned for use or being used on the jobsite, including the most recent and planned equipment inspection dates.

1.6.1.5 Management Reporting

RMS-QC includes a number of reports that Contractor management can use to track the status of the project. The value of these reports is reflective of the quality of the data input, and is maintained in the various sections of RMS-QC. Among these reports are: Progress Payment Request worksheet, QA/QC comments, Submittal Register Status, Three-Phase Inspection checklists.

1.6.2 Finances

1.6.2.1 Pay Activity Data

The RMS-QC database shall include a list of pay activities that the Contractor shall develop in conjunction with the construction schedule. The sum of all pay activities shall be equal to the total contract amount, including modifications. Pay activities shall be grouped by Contract Line Item Number (CLIN), and the sum of the activities shall equal the amount of each CLIN. CLINs may include multiple activities, but activities may be assigned to only one such CLIN Item. The total of all CLINs equals the Contract Amount.

1.6.2.2 Payment Requests

All progress payment requests shall be prepared using RMS-QC. The Contractor shall complete the payment request worksheet and include it with the payment request. The work completed under the contract, measured as percent or as specific quantities, shall be updated at least monthly. After the update, the Contractor shall generate a payment request report using RMS-QC. The Contractor shall submit the payment requests with supporting data by E-mail with file attachment(s). If permitted by the Contracting Officer, a data diskette may be used instead of E-mail. A signed paper copy of the approved payment request is also required, which shall govern in the event of discrepancy with the electronic version.

1.6.3 Quality Control (QC)

RMS-QC provides a means to track implementation of the 3-phase QC Control System, prepare daily reports, identify and track deficiencies, document progress of work, and support other contractor QC requirements. The Contractor shall maintain this data on a daily basis. Entered data will automatically output to the RMS-QC generated daily report. The Contractor shall provide the Government a Contractor Quality Control (CQC) Plan within the time required in Section 01451, CONTRACTOR QUALITY CONTROL. Within seven calendar days of Government acceptance, the Contractor shall submit a data diskette or CD-ROM reflecting the information contained in the accepted CQC Plan: schedule, pay activities, features of work, submittal register, QC requirements, and equipment list.

1.6.3.1 Daily Contractor Quality Control (CQC) Reports.

RMS-QC includes the means to produce the Daily CQC Report. The Contractor may use other formats to record basic QC data. However, the Daily CQC Report generated by RMS-QC shall be the Contractor's official report. Data from any supplemental reports by the Contractor shall be summarized and consolidated onto the RMS-QC-generated Daily CQC Report. Daily CQC Reports shall be submitted as required by Section 01451, CONTRACTOR QUALITY CONTROL. Reports shall be submitted electronically to the Government using E-mail or diskette within 24 hours after the date covered by the report. Use of either mode of submittal shall be coordinated with the government

representative. The Contractor shall also provide the Government a signed, printed copy of the daily CQC report.

1.6.3.2 Deficiency Tracking.

The Contractor shall use RMS-QC to track deficiencies. Deficiencies identified by the Contractor will be numerically tracked using QC Comments. The Contractor shall maintain a current log of its QC comments in the RMS-QC database. The Government will log the deficiencies it has identified using its QA comments. The Government's QA comments will be included in its export file to the Contractor. The Contractor will acknowledge receipt of these QA comments by specific number reference on the Daily CQC Report. The Contractor shall regularly update the correction status of both QC and QA comments.

1.6.3.3 Three-Phase Control Meetings

The Contractor shall maintain scheduled and actual dates and times of preparatory and initial control meetings in RMS-QC.

1.6.3.4 Accident/Safety Tracking.

The Government will issue safety comments, directions, or guidance whenever safety deficiencies are observed. The Government's safety comments will be included in its export file to the Contractor. The Contractor shall regularly update the correction status of the safety comments. In addition, the Contractor shall utilize RMS-QC to advise the Government of any accidents occurring on the jobsite. This brief supplemental entry is not to be considered as a substitute for completion of mandatory reports, e.g., ENG Form 3394 and OSHA Form 200.

1.6.3.5 Features of Work

The Contractor shall include a complete list of the features of work in the RMS-QC database. A feature of work may be associated with multiple pay activities. However, each pay activity (see subparagraph "Pay Activity Data" of paragraph "Finances") will only be linked to a single feature of work.

1.6.3.6 QC Requirements

The Contractor shall develop and maintain a complete list of QC Testing, Transfer Property listings, Installed Property listings, and User Training requirements in RMS-QC, all tied to individual pay activities. The Contractor shall update all data on these QC requirements as work progresses, and shall promptly provide this information to the Government via RMS-QC.

1.6.4 Submittal Management

The Contractor will initially be required to enter all required submittal information into RMS-QC. Thereafter, the Contractor shall maintain a complete list of all submittals, including completion of all data columns as described in Section 01330, SUBMITTAL PROCEDURES. Dates on which submittals are received and returned by the Government will be included in its export file to the Contractor. The Contractor shall use RMS-QC to track and transmit all submittals. ENG Form 4025, submittal transmittal form, and the submittal register update, ENG Form 4288, shall be produced using RMS-QC. RMS will be used to update, store and exchange submittal

registers and transmittals, but will not be used for storage of actual submittals.

1.6.5 Schedule

The Contractor shall develop a construction schedule consisting of pay activities, in accordance with Contract Clause "Schedules for Construction Contracts", or Section 01320, PROJECT SCHEDULE, as applicable. This schedule shall be input and maintained in the RMS-QC database either manually or by using the Standard Data Exchange Format (SDEF) (see Section 01320 PROJECT SCHEDULE). The Contractor shall be responsible for ensuring the SDEF is in the format required to upload the data to the RMS-QC Module; otherwise, the Contractor will be required to enter the data manually. The updated schedule data shall be included with each pay request submitted by the Contractor.

1.6.6 Import/Export of Data

RMS-QC includes the ability to export Contractor data to the Government and to import Government-provided data.

## 1.7 IMPLEMENTATION

Contractor use of RMS-QC as described in the preceding paragraphs is mandatory. The Contractor shall ensure that sufficient resources are available to maintain its RMS-QC database, and to provide the Government with regular database updates. RMS-QC shall be an integral part of the Contractor's management of quality control.

## 1.8 DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM

The Government-preferred method for Contractor's submission of updates, payment requests, correspondence and other data is by E-mail with file attachment(s). For locations where this is not feasible, the Contracting Officer may permit use of computer diskettes or CD-ROM for data transfer. Data on the disks or CDs shall be exported using the RMS-QC built-in export function. If used, diskettes and CD-ROMs will be submitted in accordance with the following:

1.8.1 File Medium

The Contractor shall submit required data on 3-1/2" double-sided high-density diskettes formatted to hold 1.44 MB of data, capable of running under Microsoft Windows 95 or newer. Alternatively, CD-ROMs may be used. They shall conform to industry standards used in the United States. All data shall be provided in English.

1.8.2 Disk or CD-ROM Labels

The Contractor shall affix a permanent exterior label to each diskette and CD-ROM submitted. The label shall indicate in English, the RMS-QC file name, full contract number, project name, project location, data date, name and telephone number of person responsible for the data.

1.8.3 File Names

The Government will provide the file names to be used by the Contractor with the RMS-QC software.

9. WEEKLY SUBMISSION OF EXPORT FILES

The Contractor shall, at a minimum, generate and submit weekly export file to the Government.

1.9 MONTHLY COORDINATION MEETING

The Contractor shall update the RMS-QC database each workday. At least monthly, the Contractor shall generate and submit an export file to the Government with schedule update and progress payment request. As required in Contract Clause "Payments", at least one week prior to submittal, the Contractor shall meet with the Government representative to review the planned progress payment data submission for errors and omissions. The Contractor shall make all required corrections prior to Government acceptance of the export file and progress payment request. Payment requests accompanied by incomplete or incorrect data submittals will be returned. The Government will not process progress payments until an acceptable RMS-QC export file is received.

1.10 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the requirements of this specification. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. The RMS-QC Module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer).

-- End of Section --

SECTION 01320

PROJECT SCHEDULE
NETWORK ANALYSIS SYSTEM
(NYD Rev. 6/01)

PART 1 GENERAL

1.1 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-07 Schedules

Initial Project Schedule; GA. Preliminary Project Schedule; GA. Periodic Schedule Updates; GA.

Four copies of the schedules showing codes, values, categories, numbers, items, etc., as required.

SD-08 Statements

Qualifications; FIO.

Documentation showing qualifications of personnel preparing schedule reports.

SD-09 Reports

Narrative Report; FIO. Schedule Reports; FIO.

Four copies of the reports showing numbers, descriptions, dates, float, starts, finishes, durations, sequences, etc., as required.

1.2 QUALIFICATIONS

The Contractor shall designate an authorized representative who shall be responsible for the preparation of all required project schedule reports. This person shall have previously created and reviewed computerized schedules. Qualifications of this individual shall be submitted to the Contracting Officer for review with the Preliminary Project Schedule submission.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

Pursuant to the Contract Clause, SCHEDULE FOR CONSTRUCTION CONTRACTS a Project Schedule as described below shall be prepared. The Contractor shall be responsible for scheduling of all procurement and construction activities as well as design activities if applicable to the project. The scheduling of construction shall be the responsibility of the Contractor. Contractor management personnel shall actively participate in its development. Subcontractors and suppliers working on the project should also contribute in developing and maintaining an accurate Project Schedule. The approved Project Schedule shall be used to measure the progress of the work, to aid in evaluating time extensions, and to provide the basis of all progress payments.

3.2 BASIS FOR PAYMENT

The schedule shall be the basis for measuring Contractor progress. Lack of an approved schedule or scheduling personnel shall result in an inability of the Contracting Officer to evaluate Contractor progress for the purposes of payment. Failure of the Contractor to provide all information, as specified below, shall result in the disapproval of the entire Project Schedule submission and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes. In the case where Project Schedule revisions have been directed by the Contracting Officer and those revisions have not been included in the Project Schedule, then the Contracting Officer may hold retainage up to the maximum allowed by contract, each payment period, until revisions to the Project Schedule have been made.

3.3 PROJECT SCHEDULE

The computer software system utilized by the Contractor to produce the Project Schedule shall be capable of providing all requirements of this specification. Failure of the Contractor to meet the requirements of this specification shall result in the disapproval of the schedule. Manual methods used to produce any required information shall require approval by the Contracting Officer.

3.3.1 Use of the Critical Path Method

The Critical Path Method (CPM) of network calculation shall be used to generate the Project Schedule. The Contractor shall provide the Project Schedule in either the Precedence Diagram Method (PDM) or the Arrow Diagram Method (ADM).

3.3.2 Level of Detail Required

With the exception of the initial and preliminary schedule submission, the Project Schedule shall include an appropriate level of detail. Failure to develop or update the Project Schedule or provide data to the Contracting Officer at the appropriate level of detail, as specified by the Contracting Officer, shall result in the disapproval of the schedule. The Contracting Officer will use, but is not limited to, the following conditions to

determine the appropriate level of detail to be used in the Project Schedule.

3.3.2.1 Activity Durations

Contractor submissions shall be required to follow the direction of the Contracting Officer regarding reasonable activity durations. Reasonable durations are those that allow the progress of activities to be accurately determined between payment periods. A rule of thumb, that the Contractor should use, is that less than 2 percent of all non?procurement activities' Original Durations shall be greater than 20 days.

3.3.2.2 Design and Permit Activities-

The Contractor shall integrate design and permitting activities, including necessary conferences and follow-up actions and design package submission dates into the schedule if these items are applicable to the project.

3.3.2.3 Procurement Activities

Tasks related to the procurement of long lead materials or equipment shall be included as separate activities in the project schedule. Long lead materials and equipment are those materials that have a procurement cycle of over 90 days. Examples of procurement process activities include, but are not limited to: submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing.

3.3.2.4 Government Activities

Government and other agencies activities that could impact progress shall be shown. These activities include, but are not limited to: approvals, inspections, utility tie-in, Government Furnished Equipment (GFE) and notice to proceed for phasing requirements.

3.3.2.5 Workers Per Day

All activities shall have an estimate of the average number of workers per day that are expected to be used during the execution of the activity to produce the expected completion date. If no workers are required for an activity, in the case of activities related to procurement, for example, then the activity shall be identified as using zero workers per day. The workers per day information for each activity shall be identified by the Workers Per Day Code.

3.3.2.6 Responsibility

All activities shall be identified in the project schedule by the party responsible to perform the work. Responsibility includes, but is not limited to, the subcontracting firm, contractor work force, or government agency performing a given task. Activities shall not belong to more than one responsible party. The responsible party for each activity shall be identified by the Responsibility Code.

3.3.2.7 Work Areas

All activities shall be identified in the project schedule by the work area in which the activity occurs. Activities shall not be allowed to cover more than one work area. The work area of each activity shall be identified by the Work Area Code.

3.3.2.8 Modification or Claim Number

Any activity that is added or changed by contract modification or used to justify claimed time shall be identified by a mod or claim code that changed the activity. Activities shall not belong to more than one modification or claim item. The modification or claim number of each activity shall be identified by the Mod or Claim Number.

3.3.2.9 Bid Item

All activities shall be identified in the project schedule by the Bid Item to which the activity belongs. An activity shall not contain work in more than one bid item. the bid item for each appropriate activity shall be identified by the Bid Item Code.

3.3.2.10 Phase of Work

All activities shall be identified in the project schedule by the phases of work in which the activity occurs. Activities shall not be allowed to contain work in more than one phase of work. The project phase of each activity shall be by the unique Phase of Work Code.

3.3.2.11 Category of Work

All Activities shall be identified in the project schedule according to the category of work which best describes the activity. Category of work refers, but is not limited to, the procurement chain of activities including such items as submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing. The category of work for each activity shall be identified by the Category of Work Code.

3.3.2.12 Feature of Work

All activities shall be identified in the project schedule according to the feature of work to which the activity belongs. Feature of work refers, but is not limited to a work breakdown structure for the project. The feature of work for each activity shall be identified by the Feature of Work Code.

3.3.3 Scheduled Project Completion

The schedule interval shall extend from the Notice to Proceed to the contract completion date.

3.3.3.1 Project Start Date

The schedule shall start no earlier than the date that the Notice to Proceed (NTP) was acknowledged. The Contractor shall include as the first activity in the project schedule an activity called "Start Project". The "Start Project" activity shall have: an "ES" constraint, a constraint date equal to

the date that the NTP was acknowledged, and a zero day duration.

3.3.3.2 Constraint of Last Activity

Completion of the last activity in the schedule shall be constrained by the contract completion date. Calculation on project updates shall be such that if the early finish of the last activity falls after the contract completion date, then the float calculation shall reflect a negative float on the critical path. The Contractor shall include as the last activity in the project schedule an activity call "End Project". The "End Project" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.3.3 Early Project Completion

In the event the project schedule shows completion, the project prior to the contract completion date, the Contractor shall identify those activities that have been accelerated and/or those activities that are scheduled in parallel to support the Contractor's "early" completion. Contractor shall specifically address each of the activities noted at every project schedule update period to assist the Contracting Officer to evaluate the Contractor's ability to actually complete prior to the contract period.

3.3.4 Interim Completion Dates

Contractually specified interim completion dates shall also be constrained to show negative float if the early finish date of the last activity in that phase falls after the interim completion date.

3.3.4.1 Start Phase

The Contractor shall include as the first activity for a project phase an activity called "Start Phase X" where "X" refers to the phase of work. The "Start Phase X" activity shall have: an "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.4.2 End Phase

The Contractor shall include as the last activity in a project phase an activity called "End Phase X" where "X" refers to the phase of work. The "End Phase X" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.4.3 Phase X

The Contractor shall include a hammock type activity for each project phase called "Phase X" where "X:" refers to the phase of work. The "Phase X" activity shall be logically tied to the earliest and latest activities in the phase.

3.3.5 Default Progress Data Disallowed

Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in CPM scheduling software systems. Actual