Start and Finish dates on the CPM schedule shall match those dates provided from Contractor Quality Control Reports. Failure of the Contractor to document the Actual Start and Finish dates on the Daily Quality Control report for every in progress or completed activity and insure that the data contained on the Daily Quality Control reports is the sole basis for schedule updating shall result in the disapproval of the Contractor's schedule and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes.

3.3.6 Out?of?Sequence Progress

Activities that have posted progress without predecessors being completed (Out-of-Sequence Progress) shall be allowed only by the case-by-case approval of the Contracting Officer. The Contracting Officer may direct that changes in schedule logic be made to correct any or all out-of-sequence work.

3.3.7 Extended Non-Work Periods

Designation of Holidays to account for non-work periods of over 5 days shall not be allowed. Non?work periods of over 5 days shall be identified by addition of activities that represent the delays. Modifications to the logic of the project schedule shall be made to link those activities that may have been impacted by the delays to the newly added delay activities.

3.3.8 Negative Lags

Lag durations contained in the project schedule shall not have a negative value.

3.4 PROJECT SCHEDULE SUBMISSIONS

The Contractor shall provide the submissions as described below. The data disk, reports, and network diagrams required for each submission are contained in paragraph SUBMISSION REQUIREMENTS.

3.4.1 Preliminary Project Schedule Submission

The Preliminary Project Schedule, defining the Contractor's planned operations for the first 60 calendar days shall be submitted for approval within 10 calendar days after Notice to Proceed is acknowledged. The approved preliminary schedule shall be used for payment purposes not to exceed 60 calendar days after Notice to Proceed.

3.4.2 Initial Project Schedule Submission

The Initial Project Schedule shall be submitted for approval within 40 calendar days after Notice to Proceed. The schedule shall provide a reasonable sequence of activities which represent work through the entire project and shall be at a reasonable level of detail.

3.4.3 Periodic Schedule Updates

Based on the result of progress meetings, specified in "Periodic Progress

Meetings," the periodic schedule updates. These submissions shall enable the Contracting Officer or to assess Contractor's progress. If the Contractor fails or refuses to furnish the information and project schedule data, which in the judgment of the Contracting Officer or authorized representative, is necessary for verifying the contractor's progress, the Contractor shall be deemed not to have provided an estimate upon which progress payment may be made.

3.4.4 Standard Activity Coding Dictionary

The Contractor shall submit, with the Initial Project Schedule, a coding scheme that shall be used throughout the project for all activity codes contained in the schedule. The coding scheme submitted shall list the values for each activity code category and translate those values into project specific designations. For example, a Responsibility Code Value, "ELE", may be identified as "Electrical Subcontractor." Activity code values shall represent the same information throughout the duration of the contract. Once approved with the Initial Project Schedule submission, changes to the activity coding scheme must be approved by the Contracting Officer's Representative.

3.5 SUBMISSION REQUIREMENTS

The following items shall be submitted by the Contractor for the initial submission, and every periodic project schedule update throughout the life of the project:

3.5.1 Data Disks

Two data disks containing the project schedule shall be provided. Data on the disks shall be in the format specified in Appendix A, " Standard Data Exchange Format".

3.5.1.1 File Medium

Required data shall be submitted on 3.5 disks, formatted to hold 1.44 MB of data, under the MS?DOS Version 5.0 operating system.

3.5.1.2 Disk Label

A permanent exterior label shall be affixed to each disk submitted. The label shall indicate the type of schedule (Initial, Update, or Change), full contract number, project name, project location, data date, name and telephone number or person responsible for the schedule, and the MS?DOS version used to format the disk.

3.5.1.3 File Name

Each file submitted shall have a name related to either the schedule data date, project name, or contract number. The Contractor shall develop a naming convention that will insure that the names of the files submitted are unique. the Contractor shall submit the file naming convention to the Contracting Officer for approval.

3.5.2 Narrative Report

A Narrative Report shall be provided with each update of the project schedule. This report shall be provided as the basis of the Contractor's progress payment request. The Narrative Report shall include: a description of activities along the 4 most critical paths, a description of current and anticipated problem areas or delaying factors and their impact, and an explanation of corrective actions taken.

3.5.3 Approved Changes Verification

Only project schedule changes that have been previously approved by the Contracting Officer shall be included in the schedule submission. The Narrative Report shall specifically reference, on an activity by activity basis, all changes made since the previous period and relate each change to documented, approved schedule changes.

3.5.4 Schedule Reports

The format for each activity for the schedule reports listed below shall contain: Activity Numbers, Activity Description, Original Duration, Remaining Duration, Early Start Date, Early Finish Date, Late Start Date, Late Finish Date, Total Float. Actual Start and Actual Finish Dates shall be printed for those activities in-progress or completed.

3.5.4.1 Activity Report

A list of all activities sorted according to activity number or "I-NODE" AND "J-NODE" and then sorted according to Early Start Date. For completed activities the Actual Start Date shall be used as the secondary sort.

3.5.4.2 Logic Report

A list of Preceding and Succeeding activities for every activity in ascending order by activity number and then sorted according to Early Start Date. For completed activities the Actual Start Date shall be used as the secondary sort.

3.5.4.3 Total Float Report

A list of all activities sorted in ascending order of total float. Activities which have the same amount of total float shall be listed in ascending order of Early Start Dates.

3.5.4.4 Earnings Report

A compilation of the Contractor's Total Earnings on the project from the Notice to Proceed until the most recent Monthly Progress Meeting. This report shall reflect the Earnings of specific activities based on the agreements made in the field and approved between the Contractor and Contracting Officer at the most recent Monthly Progress Meeting. Provided that the Contractor has provided a complete schedule update, this report shall serve as the basis of determining Contractor Payment. Activities shall

be grouped by bid item and sorted by activity numbers. This report shall: sum all activities in a bid item and provide a bid item percent; complete and sum all bid items to provide a total project percent complete. The printed report shall contain, for each activity: [Activity Number] [or] ["i-node" and "j-node"], Activity Description, Original Budgeted Amount, Total Quantity, Quantity to Date, Percent Complete (based on cost), Earnings to Date.

3.5.4.5 Labor Loading.

For each activity shown on the logic report list the total amount of work required for the activity in man-hours, the number of workers assigned to the activity, the expected production rate for a worker, and the length of time (in work days) required to render the expected completion date for the activity. Completion dates on this report must agree with those on the logic report.

3.5.5 Network Diagram

The network diagram shall be required on the initial schedule submission and on bi-monthly (60 days) schedule update submissions. In addition to other submission requirements, a single mylar reproducible 20 inch by 30 inch size shall be submitted. The network diagram shall depict and display the order and interdependence of activities and the sequence in which the work is to be accomplished. The Contracting Officer will use, but is not limited to, the following conditions to review compliance with this paragraph:

3.5.5.1 Continuous Flow

Diagrams shall show a continuous flow from left to right with no arrows from right to left. The activity or event number, description, duration, and estimated earned value shall be shown on the diagram.

3.5.5.2 Project Milestone Dates

Dates shall be shown on the diagram for start of project, any contract required interim completion dates, and contract completion dates.

3.5.5.3 Critical Path

The critical path shall be clearly shown.

3.5.5.4 Banding

Activities shall be grouped to assist in the understanding of the activity sequence. Typically, this flow will group activities by category of work, work area and/or responsibility.

3.5.5.5 S-Curves

Earnings curves showing projected early and late earnings and earnings to date.

3.6 PERIODIC PROGRESS MEETINGS

Progress meetings to discuss payment shall include a monthly on? site meeting or other regular intervals mutually agreed to at the preconstruction conference. During this meeting the Contractor will describe, on an activity by activity basis, all proposed revisions and adjustments to the project schedule required to reflect the current status of the project. The Contracting Officer will approve activity progress, proposed revisions, and adjustments as appropriate.

3.6.1 Meeting Attendance

The Contractor's Project Manager and Scheduler shall attend the regular progress meeting.

3.6.2 Update Submission Following Progress Meeting

A complete update of the project schedule containing all approved progress, revisions, and adjustments, based on the regular progress meeting, shall be submitted not later than 4 working days after the monthly progress meeting.

3.6.3 Progress Meeting Contents

Update information, including Actual Start Dates, Actual Finish Dates, Remaining Durations, and Cost to Date shall be subject to the approval of the Contracting Officer. The following minimum set of items which the Contractor shall address, on an activity by activity basis, during each progress meeting.

3.6.3.1 Start and Finish Dates

The Actual Start and Actual Finish dates for each activity currently in?progress or completed activities.

3.6.3.2 Time Completion

The estimated Remaining Duration for each activity in?progress. Time?based progress calculations must be based on Remaining Duration for each activity.

3.6.3.3 Cost Completion

The earnings for each activity started. Payment shall be based on earnings for each in-progress or completed activity. Payment for individual activities shall not be made for work that contains quality defects. A portion of the overall project amount may be retained based on delays of activities.

3.6.3.4 Logic Changes

All logic changes pertaining to Notice to Proceed on change orders, change orders to be incorporated into the schedule, contractor proposed changes in work sequence, corrections to schedule logic for out-of-sequence progress, [lag durations,] and other changes that have been made pursuant to contract provisions shall be specifically identified and discussed.

3.6.3.5 Other Changes

Other changes required due to delays in completion of any activity or group of activities are those delays beyond the Contractors control such as strikes and unusual weather. Also included are delays encountered due to submittals, Government Activities, deliveries or work stoppage which makes re-planning the work necessary, and when the schedule does not represent the actual prosecution and progress of the work.

3.7 REQUESTS FOR TIME EXTENSIONS

In the event the Contractor requests an extension of the contract completion date, he shall furnish such justification, project schedule data and supporting evidence as the Contracting Officer may deem necessary for a determination as to whether or not the Contractor is entitled to an extension of time under the provisions of the contract. Submission of proof of delay, based on revised activity logic, duration, and costs (updated to the specific date that the delay occurred) is obligatory to any approvals.

3.7.1 Justification of Delay

The project schedule must clearly display that the Contractor has used, in full, all the float time available for the work involved with this request. The Contracting Officer's determination as to the number of allowable days of contract extension, shall be based upon the project schedule updates in effect for the time period in question and other factual information. Actual delays that are found to be caused by the Contractor's own actions, which result in the extension of the schedule, shall not be a cause for a time extension to the contract completion date.

3.7.2 Submission Requirements

The Contractor shall submit a justification for each request for a change in the contract completion date of under two weeks based upon the most recent schedule update at the time of the Notice to Proceed or constructive direction issued for the change. Such a request shall be in accordance with the requirements of other appropriate Contract Clauses and shall include, as a minimum:

a. A list of affected activities, with their associated project schedule activity number.

b. A brief explanation of the causes of the change.

c. An analysis of the overall impact of the changes proposed.

d. A sub?network of the affected area.

Activities impacted in each justification for change shall be identified by a unique activity code contained in the required data file.

3.7.3 Additional Submission Requirements

For any request for time extension for over 2 weeks, the Contracting Officer

may request an interim update with revised activities for a specific change request. The Contractor shall provide this disk within 4 days of the Contracting Officer's request.

3.8 DIRECTED CHANGES

If Notice to Proceed (NTP) is issued for changes prior to settlement of price and/or time, the Contractor shall submit proposed schedule revisions to the Contracting Officer within 2 weeks of the NTP being issued. The proposed revisions to the schedule will be approved by the Contracting Officer prior to inclusion of those changes within the project schedule. If the Contractor fails to submit the proposed revisions, the Contracting Officer may furnish the Contractor suggested revisions to the project schedule. The Contractor shall include these revisions in the project schedule until the Contractor submits revisions, and final changes and impacts have been negotiated. If the Contractor has any objections to the revisions furnished by the Contracting Officer, then the Contractor shall advise the Contracting Officer within 2 weeks of receipt of the revisions. Regardless of the objections, the Contractor will continue to update their schedule with the Contracting Officer's revisions until a mutual agreement in the revisions may be made. If the Contractor fails to submit alternative revisions within 2 weeks of receipt of the Contracting Officer's proposed revisions, the Contractor will be deemed to have concurred with the Contracting Officer's proposed revisions. The proposed revisions will then be the basis for an equitable adjustment for performance of the work.

3.9 OWNERSHIP OF FLOAT

Float available in the schedule, at any time, shall not be considered for the exclusive use of either the Government or the Contractor.

2.1 [Enter Appropriate Subpart Title Here]

**APPENDIX A**
ER 1-1-11
15 Jun 95

**STANDARD DATA EXCHANGE FORMAT SPECIFICATION**

PART 1- GENERAL

1. Application of This Provision: The Standard Data Exchange Format (SDEF) provides a non-proprietary protocol to exchange project planning and progress data between scheduling systems.

2. File Type and Format: The data file shall consist of a 132 character, freed format, "ASCII" file. Text shall be left-justified and numbers shall be right-justified in each field. Data records must conform, exactly, to the sequence, column position, maximum length, mandatory values, and field definitions described below to comply with the SDEF. Unless specifically

stated, all numbers shall be whole numbers. Fields containing numbers shall not be zero filled. All data columns shall be separated by a single blank column. The file shall not contain blank lines.

3. Usage Notes: Where appropriate, notes regarding proper usage of systems to support the SDEF have been included in brackets ( [ ] ). These notes are included to assist users in creating SDEF-compatible files, given the variety of software systems that support the SDEF.

4. Recommended Systems: Several systems have been tested to determine the accuracy of importing and exporting SDEF files. For information on the current list of recommended systems, please contact Mr. Stan Green at HQUSACE, (202) 761-0206. Although the currently listed systems have been tested other systems may also be acceptable provided those systems correctly import and export SDEF files.

5. SDEF Checker Program: A program that checks whether a file meets the SDEF is available free of charge. A copy of this program may be obtained by written request to: U.S. Army Corps of Engineers, ATTN: Mr. Bill East (CECER-FFA), P.O. Box 9005, Champaign, IL 61826-90005. A description of the SDEF Checker is also available on the Internet and CivilNet.

PART 2- SDEF SPECIFICATION

6. SDEF Organization: The SDEF shall consist of the following records provided in the exact sequence shown below:

| Paragraph Reference | Record Description | Remarks |
|---|---|---|
| 6.a | Volume Record | Mandatory First Line of File |
| 6.b | Project Record | Mandatory Second Line of File |
| 6.c | Calendar Record(s) | Mandatory One Record Minimum |
| 6.d | Holiday Record(s) | Mandatory if Holiday Used |
| 6.e | Activity Record(s) | Mandatory Records |
| 6.f | Precedence Record(s) | Mandatory for Precedence |
| 6.g | Unit Cost Record(s) | Mandatory for Unit Costs |
| 6.h | Progress Record(s) | Mandatory Records |
| 6.i | File End Record | Mandatory Last Line of Disk/File |

6.a. Volume Record: The Volume Record shall be used to control the transfer of data that may not fit on a single disk. The first line in every file used to store SDEF data shall be the Volume Record. The Volume Record shall sequentially identify the number of the data transfer disk(s). The Volume Record shall have the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | VOLM | Fixed | Filled |
| DISK NUMBER | 6 -7 | 2 | ^ | Number | Right Justified |

6.a.(1) The RECORD IDENTIFIER is the first four characters of this record. The required value for this field shall be "VOLM". The VOLM record must



G003646

G01010 03634

appear on the first line of the SDEF data file.

6.a.(2) The DISK NUMBER field shall identify the number of the data disk used to store the data exchange information. If all data may be contained on a single disk, this field shall contain the value of "1". If more disks are required, then the second disk shall contain the value "2", the third disk shall be designated with a "3", and so on. Identification of the last data disk is accomplished in the Reject End Record.

6.b. Project Record: The Project Identifier Record shall contain general project information. Because more than one SDEF file may be required for data transfer between large projects, the PROJ record shall be the second line of the first SDEF file transferred. The PROJ record shall contain information in the following format:

| Description Type | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROJ | Fixed | Filled |
| DATA DATE | 6-12 | 7 | ^ | ddmmmyy | Filled |
| PROJECT IDENTIFIER | 14-17 | 4 | ^ | Alpha. | Left Justified |
| PROJECT NAME | 19-66 | 48 | ^ | Alpha. | Left Justified |
| CONTRACTOR NAME | 68-103 | 36 | ^ | Alpha. | Left Justified |
| ARROW OR PRECEDENCE | 105-105 | 1 | A,P | Fixed | filled |
| CONTRACT NUMBER | 107-112 | 6 | ^ | Alpha. | Left Justified |
| PROJECT START | 114-120 | 7 | ^ | ddmmmyy | Filled |
| PROJECT END | 122-128 | 7 | ^ | ddmmmyy | Filled |

6.b.(1) The RECORD IDENTIFIER is the first four characters of this record. The required value for this field shall be "PROJ". This record shall contain the general project information and indicates which scheduling method shall be used.

6.b.(2) The DATA DATE is the date of the schedule calculation. The abbreviation "ddmmmyy" refers to a date format that shall translate a date into two numbers for the day, three letters for the month, and two numbers for the year. For example, March 1, 1999 shall be translated into 01Mar99. This same convention for date formats shall be used throughout the entire data format. To ensure that dates are translated consistently, the following abbreviations shall be used for the three character month code:

| Abbreviation | Month |
|---|---|
| JAN | January |
| FEB | February |
| MAR | March |
| APR | April |
| MAY | May |
| JUN | June |
| JUL | July |
| AUG | August |
| SEP | September |
| OCT | October |
| NOV | November |

DEC December

6.b.(3) The PROJECT IDENTIFIER is a maximum four character abbreviation for the schedule. These four characters shall be used to uniquely identify the project and specific update as agreed upon by Contractor and Contracting Officer. When utilizing scheduling software these four characters shall be used to select the project. Software manufacturers shall provide information to users to ensure that data importing programs do not automatically overwrite other schedules with the same PROJECT IDENTIFIER.

6.b.(4) The PROJECT NAME field shall contain the name and location of the project edited to fit the space provided. The data appearing here shall appear on scheduling software reports. The abbreviation "Alpha." refers to an "Alphanumeric" field value and shall be used throughout the remainder of this specification.

6.b.(5) The CONTRACTOR NAME field shall contain the Construction Contractor's name, edited to fit the space provided.

6.b.(6) The ARROW OR PRECEDENCE field shall indicate which method shall be used for calculation of the schedule. The value "A" shall signify the Arrow Diagramming Method. The value "P" shall signify the Precedence Diagramming Method. The ACTIVITY ID field of the Activity Record shall be interpreted differently depending on the value of this field. The Precedence Record shall be required if the value of this field is "P". [Usage note: software systems may not support both arrow and precedence diagramming. It is recommended that the selection of the type of network be based on the capabilities of the software used by project partners.]

6.b.(7) The CONTRACT NUMBER field shall contain the contract number for the project. For example, the construction contract number DACA85-89-C-0001 shall be entered into this field as "890001".

6.b.(8) The PROJECT START field shall contain the date that the Contractor acknowledges the Notice to Proceed (NTP). [Usage note: Software systems may use a project start date to constrain the first activity of a network. To ensure consistent scheduling calculations across products, it is recommended that the first activity in the schedule contain an EARLY START constraint and a software system's PROJECT START date only be used to report on the project's start date.]

6.b.(9) The PROJECT END field shall contain the date that the Contractor plans to complete the work as approved by the Contracting Officer. [Usage note: software systems may use a project end date to constrain the last activity of a network. To ensure consistent scheduling calculations across products, it is recommended that the last activity in the schedule contain an EARLY START constraint and a software system's PROJECT END date only be used to report on the project's end date.]

6.c. Calendar Record: The Calendar Record(s) shall follow the Project Identifier Record in the first disk of data transferred. A minimum of one Calendar Record shall be required for all data exchange activity files. The format for the Calendar Record shall be as follows:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | CLDR | Fixed | Filled |
| CALENDAR CODE | 6 -6 | 1 | ^ | Alpha. | Filled |
| WORKDAYS | 8 -14 | 7 | SMTWTFS | Fixed | Filled |
| CALENDAR DESCRIPTION | 16-45 | 30 | ^ | Alpha. | Left Justified |

6.c.(1) The RECORD IDENTIFIER shall always begin with "CLDR" to identify it as a Calendar Record. Each Calendar Record used shall have this identification in the first four columns. [Usage note: Systems contain a variety of calendar options. It is recommended that the least common denominator of calendar features between the systems be used as the basis for creating the SDEF file for a given project.]

6.c.(2) The CALENDAR CODE shall be used in the activity records to signify that this calendar is associated with the activity. [Usage note: Some systems do not allow for alphanumeric CALENDAR CODES, but only allow positive integers from 1 to 9. It is recommended that only positive integers be used for the CALENDAR CODE field to support the widest variety of scheduling systems.]

6.c.(3) The WORKDAYS field shall contain the work-week pattern selected with "Y", for Yes, and "N", for No. The first character shall be Sunday and the last character Saturday. An example of a typical five (5) day work-week would be NYYYYYN. A seven (7) day work-week would be YYYYYYY.

6.c.(4) The CALENDAR DESCRIPTION shall be used to briefly describe the calendar used.

6.d. Holiday Record: The Holiday Record(s) shall follow the Calendar Record(s) in the first disk of data transferred. There may be calendars without any holidays designated or several Holiday Records for each Calendar Record(s). The format for the Holiday Record shall be as follows:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | HOLI | Fixed | Filled |
| CALENDAR CODE | 6-6 | 1 | ^ | Alpha. | Filled |
| HOLIDAY DATE | 8-14 | 7 | ^ | ddmmmyy | Filled |
| HOLIDAY DATE | 16-22 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 24-30 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 32-38 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 40-46 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 48-54 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 56-62 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 64-70 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 72-78 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 80-86 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 88-94 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 96-102 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 104-110 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 112-11 | 7 | - | ddmmmyy | May be Filled |

| | | | | | |
|---|---|---|---|---|---|
| HOLIDAY DATE | 120-126 | 7 | - | ddmmmyy | May be Filled |

6.d.(1) The RECORD IDENTIFIER shall always begin with "HOLI". Each Holiday Record used shall have this identification in the first four columns.

6.d.(2) The CALENDAR CODE indicates which work-week calendar the holidays shall be applied to. More than one HOLI record may be used for a given CALENDAR CODE.

6.d.(3) The HOLIDAY DATE shall contain the date of each individual non-work day.

6.e. Activity Records: Activity Records shall follow any Holiday Record(s). If there are no Holiday Record(s), then the Activity Records shall follow the Calendar Record(s). There shall be one Activity Record for every activity in the network. Each activity shall have one record in the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | ACTV | Fixed | Filled |
| ACTIVITY ID | 6 -15 | 10 | ^ | Integer | See Comment Below |
| ACTIVITY DESCR. | 17-46 | 30 | ^ | Alpha. | Left Justified |
| ACTIVITY DURATION | 48-50 | 3 | ^ | Integer | Right Justified |
| CONSTRAINT DATE | 52-58 | 7 | | ddmmmyy | May be Filled |
| CONSTRAINT TYPE | 60-61 | 2 | | ES or LF | May be Filled |
| CALENDAR CODE | 63-63 | 1 | ^ | Alpha. | Filled |
| HAMMOCK CODE | 65-65 | 1 | Y, blank | Fixed | May be Filled |
| WORKERS PER DAY | 67-69 | 3 | Integer | | Right Justified |
| RESPONSIBILITY CODE | 71-74 | 4 | Alpha. | | Left Justified |
| WORK AREA CODE | 76-79 | 4 | Alpha. | | Left Justified |
| MOD OR CLAIM NO. | 81-86 | 6 | Alpha. | | Left Justified |
| BID ITEM | 88-93 | 6 | Alpha. | | Left Justified |
| PHASE OF WORK | 95-96 | 2 | Alpha. | | Left Justified |
| CATEGORY OF WORK | 98-98 | 1 | Alpha. | | May be filled |
| FEATURE OF WORK | 100-128 | 30 | Alpha. | | Left Justified |

6.e.(1) The RECORD IDENTIFIER for each activity description record must begin with the four character "ACTV" code. This field shall be used for both the Arrow Diagram Method (ADM) and Precedence Diagram Method (PDM).

6.e.(2) The ACTIVITY ID consists of coding that shall differ, depending on whether the ADM or PDM method was selected in the Project Record. If the ADM method was selected then the field shall be interpreted as two right-justified fields of five (5) integers each. If the PDM method was selected the field shall be interpreted as one (1) right-justified field of ten (10) integers each. The maximum activity number allowed under this arrangement is 99999 for ADM and 9999999999 for the PDM method. [Usage note: Many systems allow alphanumeric ACTIVITY IDs. While the SDEF does not strictly, allow the use of alphanumeric values, users may agree to use the ACTIVITY ID field to exchange alphanumeric data. It is recommended that the ACTIVITY ID be restricted to integers when one or more of the systems being

used for scheduling allows only integer ACTIVITY ID values.]

6.e.(3) The ACTIVITY DESCRIPTION shall be a maximum of 30 characters. Descriptions must be limited to the space provided.

6.e.(4) The ACTIVITY DURATION contains the estimated original duration for the activity on the schedule. The duration shall be based upon the work-week designated by the activity's related calendar.

6.e.(5) The CONSTRAINT DATE field shall be used to identify a date that the scheduling system may use to modify float calculations. If there is a date in this field, then there must be a valid entry in the CONSTRAINT TYPE field.

6.e.(6) The CONSTRAINT TYPE field shall be used to identify the way that the scheduling system shall use the CONSTRAINT DATE to modify schedule float calculations. If there is a value in this field, then there must be a valid entry in the CONSTRAINT DATE field. The valid values for the CONSTRAINT TYPE are as follows:

| Code | Definition |
|---|---|
| ES | The CONSTRAINT DATE shall replace an activity's early start date, if the early start date is prior to the CONSTRAINT DATE. |
| LF | The CONSTRAINT DATE shall replace an activity's late finish date, if the late finish date is after the CONSTRAINT DATE. |

[Usage note: Systems provide a wide variety of constraint types that may not be supported by other systems. It is recommended that constraint types be restricted to the values above regardless of the capabilities of the various systems being used for scheduling.]

6.e.(7) The CALENDAR CODE relates this activity to an appropriate work-week calendar. The ACTIVITY DURATION must be based on the valid work-week referenced by this CALENDAR CODE field.

6.e.(8) The HAMMOCK CODE indicates that a particular activity does not have its own independent duration, but takes its start dates from the start date of the preceding activity (or node) and takes its finish dates from the finish dates of its succeeding activity (or node). If the value of the HAMMOCK CODE field is "Y", then the activity is a hammock activity.

6.e.(9) The WORKERS PER DAY shall contain the average number of workers expected to work on the activity each day the activity is in progress. If this code is required by project scheduling specifications, values for this data will be right justified. Activities without workers per day shall have a value of "0".

6.e.(10) The RESPONSIBILITY CODE shall identify the subcontractors or major trade involved with completing the work for the activity. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(11) The WORK AREA CODE shall identify the location of the activity

within the project. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(12) The MOD OR CLAIM NUMBER shall uniquely identify activities that are added or changed on a construction contract modification, or activities that justify any claimed time extensions. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(13) The BID ITEM shall identify the bid item number associated with each activity. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(14) The PHASE OF WORK shall identify the timing of a specific activity within the entire project. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(15) The CATEGORY OF WORK shall identify the general type of work performed by every activity. If this code is required by project scheduling specifications, value for this data will be placed in the field.

6.e.(16) The FEATURE OF WORK shall identify a very broad designation of the general type of work that is being accomplished by the activity. If this code is required by project scheduling specifications, value for this data will be left justified. [Usage note: Many systems require that FEATURE OF WORK values be placed in several activity code fields. It is recommended that users review SDEF documentation to determine the correct way to use a given software system to produce the FEATURE OF WORK code.]

6.f. Precedence Record: The Precedence Record(s) shall follow the Activity Records if a Precedence Diagram Method schedule (PDM) is identified in the ARROW OR PRECEDENCE field of the Project Record. The Precedence Record has the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | PRED | Fixed | Filled |
| ACTIVITY ID | 6-15 | 10 | ^ | Integer | See Comment Below |
| PRECEDING ACTIVITY | 17 -26 | 10 | ^ | Integer | See Comment Below |
| PREDECESSOR TYPE | 28-28 | 1 | ^ | S, F, C | Filled |
| LAG DURATION | 30-33 | 4 | ^ | Integer | Right Justified |

6.f.(1) The RECORD IDENTIFIER shall begin with the four characters "PRED" in the first four columns of the record.

6.f.(2) The ACTIVITY ID identifies the activity whose predecessor shall be specified in this record.

6.f.(3) The PRECEDING ACTIVITY number is the number of an activity that precedes the activity noted in the ACTIVITY ID field.

6.f.(4) The PREDECESSOR TYPE field indicates the type of relation that exists between the chosen pair of activities. Valid PREDECESSOR TYPE fields

areas follows:

| Code | Definition |
|---|---|
| S | Start-to-Start relation |
| F | Finish-to-Finish relation |
| C | Finish-to-Start relation |

[Usage note: Some systems provide additional predecessor types that may not be supported by all other systems. It is recommended that predecessor types be restricted to the values above regardless of the capabilities of the various systems being used for scheduling.]

6.f.(5) The LAG DURATION field contains the number of days delay between the preceding and current activity. [Usage note: Some systems allow negative values for the LAG DURATION. Because these values are not supported by all other systems, it is recommended that values be restricted to zero and positive integers.]

6.g. Unit Cost Record: The Unit Cost Record shall follow all Precedence Records. If the schedule utilizes the Arrow Diagram Method, then the Unit Cost Record shall follow any Activity records. There shall be one Unit Cost Record for every activity that is not a lump sum activity. [Usage note: (1) It is recommended that users who wish to exchange unit cost data contact SDEF vendor representatives to determine the ability of the software system to import/export unit cost information. (2) If the software being used by each member of the project team supports unit cost data then users may wish to conduct a trial run of the SDEF data exchange with a two or three-activity network to ensure that unit cost data transfers as expected. If problems are found please consult vendor representatives for resolution prior to exchange of full project schedules. (3) Unit cost record data does not, in most systems, result in the correct values being placed in the ACTIVITY COST and COST TO DATE fields of the Progress (PROG) Record. Users must, at this time, manually transfer the data from the Unit Cost Record to the Progress Record. The fields for this record shall take the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | UNIT | Fixed | Filled |
| ACTIVITY ID | 6-15 | 10 | ^ | Integer | See Comment Below |
| TOTAL QTY | 17-29 | 13 | ^ | Format 8.4 | Right Justified |
| COST PER UNIT | 31-43 | 13 | ^ | Format 8.4 | Right Justified |
| QTY TO DATE | 45-57 | 13 | ^ | Format 8.4 | Right Justified |
| UNIT OF MEASURE | 59-61 | 3 | ^ | Alpha. | Left Justified |

6.g.(1) The RECORD IDENTIFIER shall be identified with the four characters 'UNIT" placed in the first four columns of the record.

6.g.(2) The ACTIVITY ID for each activity shall match the format described in the activity record. Each activity may have only one Unit Cost Record.

6.g.(3) The TOTAL QTY is the total amount of material to be used in this

activity. This number consists of eight digits, one decimal point and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 25-29. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(4) The COST PER UNIT is the cost, in dollars and cents, for each unit to be used in this activity. This number consists of eight digits, one decimal point, and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 39-43. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(5) The QTY TO DATE is the quantity of material installed in this activity up to the data date. This number consists of eight digits, one decimal point, and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 53-57. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(6) The UNIT OF MEASURE is an abbreviation that may be used to describe the units being measured for this activity. Valid values for this field are any meaningful English or metric unit, except "LS" for Lump Sum. Lump Sum activities are not to have Unit Cost Records.

6.h. Progress Record: Progress Record(s) shall follow all Unit Cost Record(s). If there are no Unit Cost Record(s), then the Progress Record(s) shall follow all Precedence Records. If the schedule utilizes the Arrow Diagram Method, then the Progress Record shall follow any Activity Records. One Progress Record is required for every activity in the Activity Record. The fields for this Record shall be provided in the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROG | Fixed | Filled |
| ACTIVITY ID | 6-5 | 10 | ^ | Integer | See Comments Below |
| ACTUAL START DATE | 17-23 | 7 | ^ | ddmmmyy | Filled if Started |
| ACTUAL FINISH DATE | 25-31 | 7 | ^ | ddmmmyy | Filled if Finished |
| REMAINING DURATION | 33-35 | 3 | ^ | Integer | Right Justified |
| ACTIVITY COST | 37-48 | 12 | ^ | Format 9.2 | Right Justified |
| COST TO DATE | 50-61 | 12 | ^ | Format 9.2 | Right Justified |
| STORED MATERIAL | 63-74 | 12 | ^ | Format 9.2 | Right Justified |
| EARLY START DATE | 76-82 | 7 | ^ | ddmmmyy | Filled if Not Started |
| EARLY FINISH DATE | 84-90 | 7 | ^ | ddmmmyy | Filled if Not Finished |

| | | | | | |
|---|---|---|---|---|---|
| LATE START DATE | 92-98 | 7 | ^ | ddmmmyy | Filled if Not Started |
| LATE FINISH DATE | 100-106 | 7 | ^ | ddmmmyy | Filled if Not Finished |
| FLOAT SIGN | 108-108 | 1 | +,- | Fixed | Filled if Not Finished |
| TOTAL FLOAT | 110-112 | 3 | ^ | Integer | R, Just, if Not Finished |

6.h.(1) The RECORD IDENTIFIER shall begin with the four characters "PROG" in the first four columns of the record.

6.h.(2) The ACTIVITY ID for each activity for which progress has been posted shall match the format described in the Activity Record.

6.h.(3) An ACTUAL START DATE is required for all in-progress activities. The ACTUAL START DATE shall be the same as, or later than, the PROJECT START date contained in the Project Record. The ACTUAL START DATE shall also be the same as, or prior to, the DATA DATE contained in the Project Record. If there is an ACTUAL START DATE for an activity that there must also be a REMAINING DURATION, and the values for the EARLY START DATE and LATE START DATE are blank. [Usage note: Some systems allow default values for ACTUAL START DATE if the date is not entered by the user. Because the failure to include a start date for activities may result in different schedule calculations, it is recommended that the ACTUAL START DATE be required for all activities in progress.]

6.h.(4) An ACTUAL FINISH DATE is required for all completed activities. If the REMAINING DURATION of an activity is zero, then there must be an ACTUAL FINISH DATE. If there is an ACTUAL FINISH DATE, then values for the EARLY START DATE, LATE START DATE, EARLY FINISH DATE, LATE FINISH DATE, FLOAT SIGN, and TOTAL FLOAT shall be blank. [Usage note: Some systems allow default values for ACTUAL FINISH DATE if the date is not entered by the user. Because the failure to include a finish date for activities may result in different schedule calculations, it is recommended that the ACTUAL FINISH DATE be required for all activities in progress.]

6.h.(5)A REMAINING DURATION is required for all activities. Activities that have not started shall have a remaining duration equal to their original duration. Activities completed based on time, shall have a zero (0) REMAINING DURATION. [Usage note: Systems have a variety of "short-cut" methods to determine the REMAINING DURATION value. It is recommended that users actually consider the time required to complete the remaining work on a given task, rather than allow a system to calculate the remaining duration based on the amount of work that has already been accomplished.]

6.h.(6) The ACTIVITY COST contains the estimated earned value of the work to be accomplished in the activity. An example of a number in this format is "1111111 11.11". If decimal places are not needed this field shall still contain a ".00" in the last three columns of this field. [Usage note: Users should inquire of software vendors if the user needs to add a zero in the data field to produce the default value "0.00".]

6.h.(7) The COST TO DATE contains the earned value for the activity. If there is an ACTUAL START DATE, then there must also be some value for COST TO DATE. An example of a number in this format is "111111111.11". If decimal places are not needed, this field shall still contain a ".00" in the last three columns of this field. The COST TO DATE is not tied to

REMAINING DURATION. For example, if the REMAINING DURATION is "0", the COST TO DATE may only be 95% of the ACTIVITY COST. This difference may be used to reflect 5% retainage for punch list items. [Usage note: Systems implement cost information in different ways. It is recommended that users carefully review SDEF documentation and test results to determine how to ensure that SDEF data is exported correctly.]

6.h.(8) The STORED MATERIAL field contains the value of the material that the Contractor has paid for and is on site or in secure storage areas that is a portion of the COST TO DATE. An example of a number in this format is "111111111.11". If decimal places are not needed, this field shall still contain a ".00" in the last three columns of this field. [Usage note: Systems implement the stored materials field in a variety of ways. Many systems do not enforce STORED MATERIAL + COST TO DATE < ACTIVITY COST. To avoid potential confusion between systems, it is recommended that new activities be added to a schedule to reflect the cost of large equipment procurement rather than use the STORED MATERIALS field.]

6.h.(9) The EARLY START DATE indicates the earliest date possible that an activity can start as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL START DATE, then this field shall be blank.

6.h.(10) The EARLY FINISH DATE indicates the earliest date possible that an activity can finish as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank.

6.h.(11) The LATE START DATE indicates the latest date that an activity can begin as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL START DATE, then this field shall be blank.

6.h.(12) The LATE FINISH DATE indicates the latest date that an activity can finish as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank.

6.h.(13) The FLOAT SIGN indicates whether the float time calculated using a CPM scheduling system or other Contracting Officer approved planning method is positive or negative in nature. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank. In the case of zero float this field shall be blank.

6.h.(14) The TOTAL FLOAT indicates the total float time. In the Precedence Diagram Method (PDM), the total float is the difference between the early and late start or finish dates. In the Arrow Diagram Method (ADM), the total float is equal to the late event time at the end of the activity, minus the sum of the early event time at the start of the activity plus the duration of the activity.

6.i. Project End Record: The Project End Record shall be used to identify that the data file is completed. If the ASCII End of File character is encountered, then data import programs shall use that character to infer

that the data continues on the next disk. The user shall then be prompted for the next disk number, based on the VOLM record data. The Project End Record shall be the last record of the entire data file, and shall have the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-3 | 3 | END | Fixed | Filled |

6.i.(1) The RECORD IDENTIFIER for the Project End Record shall be "END". Data contained in the data exchange file that occurs after this record shall not be used.

-- End of Section --

SECTION 01330

SUBMITTAL PROCEDURES
**(CENAN-CO-CQ 02/99)**

PART 1 GENERAL

1.1 SUMMARY

This section covers procedures to be used in making submittals called for in the contract documents. In contracts which contain specific "Contractor Quality Control" requirements, the Contractor's Quality Control Representative shall carry out duties associated with submittal procedures. In contract which do not contain specific CQC requirements, reference to "CQC Representative" shall be interpreted as reference to the Contractor's authorized representative, and references to "CQC Requirements" or "CQC Clauses" shall be interpreted as "requirements or clauses elsewhere in the contract."

1.2 SUBMITTAL IDENTIFICATION

Submittals required are identified by SD numbers as follows:

SD-01 Data

SD-04 Drawings

SD-06 Instructions

SD-07 Schedules

SD-08 Statements

SD-09 Reports

SD-13 Certificates

SD-14 Samples

SD-18 Records

SD-19 Operation and Maintenance Manuals

1.3 SUBMITTAL CLASSIFICATION

Submittals are classified as follows:

1.3.1 Government Approved (GA)

Governmental approval is required for extensions of design, critical materials, deviations, equipment whose compatibility with the entire system must be checked, and other items as designated by the Contracting Officer.

Within the terms of the Contract Clause entitled "Specifications and Drawings for Construction," they are considered to be "shop drawings."

1.3.2 Information Only (FIO)

All submittals not requiring Government approval will be for information only. They are not considered to be "shop drawings" within the terms of the Contract Clause referred to above.

1.4 REVIEWER CODES

Reviewer codes on the Submittal Register (ENG Form 4288) are identified as follows:

A - Area Engineer

E - Engineering Division (Design Branch)

AE- Architect/Engineer

1.4 APPROVED SUBMITTALS

The Contracting Officer's approval of submittals shall not be construed as a complete check, but will indicate only that the general method of construction, materials, detailing and other information are satisfactory. Approval will not relieve the Contractor of the responsibility for any error which may exist, as the Contractor under the CQC requirements of this contract is responsible for dimensions, the design of adequate connections and details, and the satisfactory construction of all work. After submittals have been approved by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

1.5 DISAPPROVED SUBMITTALS

The Contractor shall make all corrections required by the Contracting Officer and promptly furnish a corrected submittal in the form and number of copies specified for the initial submittal. If the Contractor considers any correction indicated on the submittals to constitute a change to the contract, a notice in accordance with the Contract Clause "Changes" shall be given promptly to the Contracting Officer.

1.6 WITHHOLDING OF PAYMENT

Payment for materials incorporated in the work will not be made if required approvals have not been obtained.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall make submittals as required by the specifications.

The Contracting Officer may request submittals in addition to those specified when deemed necessary to adequately describe the work covered in the respective sections. Units of weights and measures used on all submittals shall be the same as those used in the contract drawings. Each submittal shall be complete and in sufficient detail to allow ready determination of compliance with contract requirements. Prior to submittal, all items shall be checked and approved by the Contractor's Quality Control (CQC) representative and each item shall be stamped, signed, and dated by the CQC representative indicating action taken. Proposed deviations from the contract requirements shall be clearly identified. Submittals shall include items such as: Contractor's, manufacturer's, or fabricator's drawings; descriptive literature including (but not limited to) catalog cuts, diagrams, operating charts or curves; test reports; test cylinders; samples; O&M manuals (including parts list); certifications; warranties; and other such required submittals. Submittals requiring Government approval shall be scheduled and made prior to the acquisition of the material or equipment covered thereby. Samples remaining upon completion of the work shall be picked up and disposed of in accordance with manufacturer's Material Safety Data Sheets (MSDS) and in compliance with existing laws and regulations.

## 3.2 SUBMITTAL REGISTER (ENG FORM 4288)

At the end of this section is one set of ENG Form 4288 listing items of equipment and materials for which submittals are required by the specifications; this list may not be all inclusive and additional submittals may be required. Columns "d" through "r" have been completed by the Government; the Contractor shall complete columns "a" and "s" through "u" and submit the forms (hard copy plus associated electronic file) to the Contracting Officer for approval within 30 calendar days after Notice to Proceed (15 days if construction time is 180 days or less). If the Government supplies the ENG Form 4288 on the Resident Management System (RMS) electronic format, the contractor will be required to process and update the 4288 electronically, and make appropriate electronic submissions to the Government. Otherwise, the Contractor will be given the submittal register as a diskette containing the computerized ENG Form 4288 and instructions on the use of the diskette. In both cases, the Contractor shall update the 4288 electronically, and shall submit it to the Government together with the monthly payment request. The approved submittal register will become the scheduling document and will be used to control submittals throughout the life of the contract. The submittal register and the progress schedules shall be coordinated.

## 3.3 SCHEDULING

Submittals covering component items forming a system or items that are interrelated shall be scheduled to be coordinated and submitted concurrently. Certifications to be submitted with the pertinent drawings shall be so scheduled. Adequate time (a minimum of 30 calendar days exclusive of mailing time but not more than 45 calendar days) shall be allowed and shown on the register for review and approval. No delay damages or time extensions will be allowed for time lost in late submittals.

3.4 TRANSMITTAL FORM (ENG FORM 4025)

The sample transmittal form (ENG Form 4025) attached to this section shall be used for submitting both Government approved and information only submittals in accordance with the instructions on the reverse side of the form. These forms will be furnished to the Contractor. This form shall be properly completed by filling out all the heading blank spaces and identifying each item submitted. Special care shall be exercised to ensure proper listing of the specification paragraph and/or sheet number of the contract drawings pertinent to the data submitted for each item. If the contractor is required in another section of the specifications to utilize the RMS system, the contractor will be required to generate and process this form electronically using the RMS system.

3.5 SUBMITTAL PROCEDURE

Submittals shall be made as follows:

3.5.1 Procedures

At the Quality Control Coordination meeting, or preconstruction conference, the Contractor shall ascertain the name and address of each individual, agency, or firm who is designated to normally receive items for approval, for information or samples. The contractor shall complete ENG Form 4025, entering each item requiring a separate approval action as a separate item on the form, for each transmittal. A transmittal may consist of one or more 4025 sheets. The transmittal, consisting of ENG Form 4025 plus all applicable submittals, is then sent to the appropriate individual. On critical items the Contractor is encouraged to confirm receipt via telephone. The Contractor shall submit seven copies of submittals for approval and one for items for information.

3.5.2 Deviations

For submittals which include proposed deviations requested by the Contractor, the column "variation" of ENG Form 4025 shall be checked. The Contractor shall set forth in writing the reason for any deviations and annotate such deviations on the submittal. The Government reserves the right to rescind inadvertent approval of submittals containing unnoted deviations.

3.6 CONTROL OF SUBMITTALS

The Contractor shall carefully control its procurement operations to ensure that each individual submittal is made on or before the Contractor scheduled submittal date shown on the approved "Submittal Register."

3.7 GOVERNMENT APPROVED SUBMITTALS

Upon completion of review of submittals requiring Government approval, the submittals will be identified as having received approval by being so stamped and dated. Four copies of the submittal will be retained by the Contracting Officer and three copies of the submittal will be returned to the Contractor.

3.8 INFORMATION ONLY SUBMITTALS

Normally submittals for information only will not be returned. Approval of the Contracting Officer is not required on information only submittals. The Government reserves the right to require the Contractor to resubmit any item found not to comply with the contract. This does not relieve the Contractor from the obligation to furnish material conforming to the plans and specifications; will not prevent the Contracting Officer from requiring removal and replacement of nonconforming material incorporated in the work; and does not relieve the Contractor of the requirement to furnish samples for testing by the Government laboratory or for check testing by the Government in those instances where the technical specifications so prescribe.

3.9 STAMPS

Stamps used by the Contractor on the submittal data to certify that the submittal meets contract requirements shall be similar to the following:

CONTRACTOR

(Firm Name)

_____ Approved

_____ Approved with corrections as noted on submittal data and/or attached sheets(s).

SIGNATURE: ______________________________

TITLE: ______________________________

DATE: ______________________________

-- End of Section --

**TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE**

*(Read instructions on the reverse side prior to initiating this form)*

DATE

TRANSMITTAL NO.

**SECTION 1 - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** *(This section will be initiated by the contractor)*

TO:

FROM:

CONTRACT NO.

CHECK ONE:
☐ THIS IS A NEW TRANSMITTAL
☐ THIS IS A RESUBMITTAL OF TRANSMITTAL

SPECIFICATION SEC. N( *(Cover only one section with each transmittal)*

PROJECT TITLE AND LOCATION

CHECK ONE: THIS TRANSMITTAL IS FOR ☐ FIO ☐ GOV'T APPROVAL

| ITEM NO. a. | DESCRIPTION OF ITEM SUBMITTED *(Type size, model number/etc.)* b. | MFG OR COTRA. CAT., CURVE DRAWINGS OR BROCHURE NO. *(See instruction no. 8)* c. | NO. OF COPIES d. | CONTRACT REFERENCE DOCUMENT SPEC. PARA. NO. e. | CONTRACT REFERENCE DOCUMENT DRAWING SHEET NO. f. | FOR CONTRACTOR USE CODE g. | VARIATION *(See instruction No.6)* h. | FOR CE USE CODE i |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS

I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as other wise stated.

NAME AND SIGNATURE OF CONTRACTOR

**SECTION II - APPROVAL ACTION**

ENCLOSURE RETURNED *(List by Item No.)*

NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY

DATE

**ENG FORM 4025-R, MAR 95** *(ER 415-1-10)* EDITION OF SEP 93 IS OBSOLE SHEET --- OF --- (Proponent: CEMP-CE)



G003664

G01010 03652

# INSTRUCTIONS

1. Section I will be initiated by the Contractor in the required number of copies.

2. Each transmittal shall be numbered consecutively in the space provided for "Transmittal No.". This number, in addition to the contract number, will form a serial number for identifying each submittal. For new submittals or resubmittals mark the appropriate box; on resubmittals, insert transmittal number of last submission as well as the new submittal number.

3. The "Item No." will be the same "Item No." as indicated on ENG FORM 4288-R for each entry on this form.

4. Submittals requiring expeditious handling will be submitted on a separate form.

5. Separate transmittal form will be used for submittal under separate sections of the specifications.

6. A check shall be placed in the "Variation" column when a submittal is not in accordance with the plans and specifications--also, a written statement to that effort shall be included in the space provided for "Remarks".

7. Form is self-transmittal, letter of transmittal is not required.

8. When a sample of material or Manufacturer's Certificate of Compliance is transmitted, indicate "Sample" or "Certificate" in column c, Section I.

9. U.S. Army Corps of Engineers approving authority will assign action codes as indicated below in space provided in Section I, column I to each item submitted. In addition they will ensure enclosures are indicated and attached to the form prior to return to the contractor. The Contractor will assign action codes as indicated below in Section I, column g, to each item submitted.

THE FOLLOWING ACTION CODES ARE GIVEN TO ITEMS SUBMITTED

| | |
|---|---|
| A -- Approved as submitted | E -- Disapproved (See attached). |
| B -- Approved, except as noted on drawings. | F -- Receipt acknowledged. |
| C -- Approved, except as noted on drawings. Refer to attached sheet resubmission required. | FX -- Receipt acknowledged, does not comply as noted with contract requirements. |
| D -- Will be returned by separate correspondence. | G -- Other (Specify) |

10. Approval of items does not relieve the contractor from complying with all the requirements of the contract plans and specifications.

(Reverse of ENG Form 4025-R)



G003665

G01010 03653

Relative to the "REVIEWER" column of ENG Form 4288
The following codes apply:

E – ENGINEERING DIVISION

A – AREA ENGNEER

AE – ARCHITECT ENGINEER

# SUBMITTAL REGISTER

*(ER 415-1-10)*

TITLE AND LOCATION: Area 6, Contract 7

CONTRACTOR:

CONTRACT NO.:

SPECIFICATION SECTION:

| ACTIVITY NO. | TRANSMITTAL NO. | ITEM NO. | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL: DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | O & M MANUALS | CLASSIFICATION: INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | CONTRACTOR SCHEDULE DATES: SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CONTRACTOR ACTION: CODE | DATE | SUBMIT TO GOVERNMENT | GOVERNMENT ACTION: CODE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. | aa. |
| | | | 00800, 1.6c | Pricing Data | X | | | | | | | | | | X | | | | | | | | | | | |
| | | | 00800, 1.8.a,b,c | Claims | | | | | X | | | | | | X | | | | | | | | | | | |
| | | | 00800, 1.16 | Fuel Usage Report | | | | | | X | | | | | X | | | | | | | | | | | |
| | | | 00800, 1.24 | Breakdown of Contract Work | | | | | X | | | | | | | X | A | | | | | | | | | |
| | | | 00800, 1.26 | Accident Prevention Plan | | | | | X | | | | | | | X | A | | | | | | | | | |
| | | | 00800, 1.29 | Certificate of Inspection | | | | | | | X | | | | X | | | | | | | | | | | |
| | | | 00800, 1.32 | Insurance Certificate | | | | | | | X | | | | X | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 00800, 1.37.b | Order of Work for Dredging and Others | | | | | X | | | | | | X | | | | | | | | | | | |
| | | | 00800, 1.41 | Safe Practice Manual & Diving Operation Plan | | | | | X | | | | | | | X | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01130, 1.6.a | Environmental Protection Plan | | | | | X | | | | | | | X | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01320, 1.1 | Initial Project Schedule | | | | X | | | | | | | | X | A | | | | | | | | | |
| | | | 01320, 1.1 | Preliminary Project Schedule | | | | X | | | | | | | | X | A | | | | | | | | | |
| | | | 01320, 1.1 | Periodic Schedule Update | | | | X | | | | | | | | X | A | | | | | | | | | |
| | | | 01320, 1.1 | Personnel Qualifications | | | | | X | | | | | | X | | | | | | | | | | | |
| | | | 01320, 1.1 | Narrative Report | | | | | | X | | | | | X | | | | | | | | | | | |
| | | | 01320, 1.1 | Schedule Report | | | | | | X | | | | | X | | | | | | | | | | | |

ENG FORM 4288, Jul 96

Page ______ of ______ Pages

(Proponent: CEMP-CE)



G003667

G01010 03655

# SUBMITTAL REGISTER
*(ER 415-1-10)*

TITLE AND LOCATION: Area 6, Contract 7

CONTRACTOR:

CONTRACT NO.:

SPECIFICATION SECTION:

| ACTIVITY NO. | TRANS-MITTAL NO. | ITEM NO. | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL: DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | O & M MANUALS | CLASSIFICATION: INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | CONTRACTOR SCHEDULE DATES: SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CONTRACTOR ACTION: CODE | DATE | SUBMIT TO GOVERNMENT | GOVERNMENT ACTION: CODE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. | aa. |
| | | | 01320, 3.5.1 | Data Disks | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 01320, 3.5.2 | Narrative Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01320, 3.5.4 | Schedule Report | | | | x | | x | | | | | | x | A | | | | | | | | | |
| | | | 01320, 3.5.5 | Network Diagram | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01420, 2.0 | Accident Prevention Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 01420, 5.0 | Daily Quality Control Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 5.0 | Daily Inspection Log | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 6.4.d | Crane & Derrick Operator's Qualifications | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 01420, 8.0 | Monthly Exposure Reports | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 10.3 | Energized Line Work Plan | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01420, 12.0 | Safety Meeting Document | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01451, 3.2 | Quality Control Plan | | | x | | | | | | x | | | x | A | | | | | | | | | |
| | | | 01451, 3.3 | CQC System | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 01451, 3.9 | CQC Documentation | x | | | | | x | | | | | | x | | | | | | | | | | |
| | | | 02100, 4 | Driller's Log | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 02100, 6 | Samples | | | | | | | | x | | | x | | | | | | | | | | | |
| | | | 02100, 9.2 | Equipment | x | | x | | | | | | | | x | | | | | | | | | | | |

ENG FORM 4288, Jul 96

Page ______ of ______ Pages

(Proponent: CEMP-CE)



G003668

G01010 03656

# SUBMITTAL REGISTER
*(ER 415-1-10)*

CONTRACT NO.

TITLE AND LOCATION: Area 6, Contract 7

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO a. | TRANS-MITTAL NO. b. | ITEM NO. c. | SPECIFICATION PARAGRAPH NUMBER d. | DESCRIPTION OF ITEM SUBMITTED e. | TYPE OF SUBMITTAL: DATA f. | DRAWINGS g. | INSTRUCTIONS h. | SCHEDULES i. | STATEMENTS j. | REPORTS k. | CERTIFICATES l. | SAMPLES m. | RECORDS n. | O & M MANUALS o. | CLASSIFICATION: INFORMATION ONLY p. | GOVERNMENT APPROVED q. | REVIEWER r. | CONTRACTOR SCHEDULE DATES: SUBMIT s. | APPROVAL NEEDED BY t. | MATERIAL NEEDED BY u. | CONTRACTOR ACTION: CODE v. | DATE w. | SUBMIT TO GOVERNMENT x. | GOVERNMENT ACTION: CODE y. | DATE z. | REMARKS aa. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 02200, 1.2.1 | Weekly Inspections and Claim Reports | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02200, 1.3.1 | Explosive Inventory | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02200, 1.5.2 | Public Meeting Correspondence | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 2.5 | Contingency Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 4.3 | Vibration Monitoring Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 4.3 | Blast Records | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02200, 4.4 | Air Blast Data | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 02200, 5.2.1 | Test Blast Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 5.4 | Report | | | | | | x | | | | | | x | A | | | | | | | | | |
| | | | 02200, 6.1 | Operational Blast Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 7 | Drill Log and Blast Report Form | x | | | | | x | | | | | | | | | | | | | | | | |
| | | | 02900, 5.11 | Transportation Log Form | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 6.2 | Disposal Schedule w/anticipated quantities | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 02900, 6.7 | Non-HARS Material Disposal Schedule | | | | x | | | | | | | x | | | | | | | | | | | |
| | | | 02900, 7.1.1 | Observation Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 7.3.3.3 | Reef Placement Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 8 | Daily Report of Operation | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 11010, 1.2 | Digital Photo Management System | x | | | | | | | | | | | x | A | | | | | | | | | |

ENG FORM 4288, Jul 96 Page ______ of ______ Pages (Proponent: CEMP-CE)



G003669

G01010 03657

SECTION 01420

SAFETY
**nyd 05/99**

1.0 SAFETY: The contractor shall comply with all applicable Federal, State, and local safety and occupational health laws and regulations. Applicable provisions of the Corps of Engineers manual entitled Safety and Health Requirements Manual EM 385-1-1, dated 3 September 1996 will be applied to all work under this contract. The referenced manual may be purchased from the Contracting Officer's Representative (COR) at the job site, from the U.S. Government Printing Office, Superintendent of Documents, Mail Stop: SSOP, Washington, DC 20402-9328, or via the internet at www.USACE.army.mil.

2.0 ACCIDENT PREVENTION PROGRAM: Within fifteen (15) calendar days after the award of contract, and at least ten (10) calendar days prior to the Preconstruction Safety Conference, four (4) copies of the Accident Prevention Plan shall be submitted for review and acceptance by the Contracting Officer or the Contracting Officers Representative (COR). The accident prevention program shall be prepared in the format outlined in Appendix A of EM 385-1-1, "Minimum Basic Outline for Accident Prevention Plan".

3.0 HAZARD ANALYSIS: Prior to beginning each major phase of work, an Activity Hazard Analysis shall be prepared by the Contractor performing that work, and submitted for review and acceptance. The format shall be in accordance with EM 385-1-1, Figure 1-1. A major phase of work is defined as a operation involving a type of work presenting hazards not experienced in previous operations or where a new contractor or work crew is to perform. (See Contractor Quality Control specification for further guidance regarding coordination of "Activities" and "Principal Steps" indicated in the Activity Hazard Analysis with Contractor Quality Control activities). The analysis shall define the activities to be performed and identify the sequence of work, the specific hazards anticipated, and the control measures to be implemented to eliminate or reduce each hazard to an acceptable level. Work shall not proceed on that phase until the activity hazard analysis has been accepted and a preparatory meeting has been conducted by the Contractor to discuss its contents with everyone engaged in the activities, including the government on-site representative(s). The activity hazard analyses shall be continuously reviewed and when appropriate modified to address changing site conditions or operations, with the concurrence of the site safety representative, the site superintendent, and the Contracting Officer. Activity hazard analyses shall be attached to and become part of the accident prevention plan. It may also be developed prior to each phase of work undertaken in the contract.

3.1 Hazard analysis shall be used to identify and evaluate all substances, agents, or environments that present hazards and recommend control measures. Engineering and administrative controls shall be used to control hazards; in cases where engineering or administrative controls are not

feasible, personal protective equipment may be used.

3.2 Information contained in MSDS (Material Safety Data Sheets) shall be incorporated in the hazard analysis for the activities in which hazardous or toxic materials will be used, or generated (e.g. fiberglass, crystalline silica, metal dust or fume, etc.).

4.0 SITE SAFETY AND HEALTH OFFICER :

4.1 The Contractor will hire a Site Safety and Health Officer (SSHO), responsible to the contractor to implement and continually enforce the Accident Prevention Plan. The SSHO shall be a safety professional certified by the Board of Certified Safety Professionals. The name, qualifications (education summary and documentation (BCSP)), and summary of work experience shall be included in the Accident Prevention Plan. The SSHO shall have the following additional qualifications:

a. A minimum of two (2) years experience in implementing safety and health programs at dredging projects or three (3) years experience implementing safety and health programs at construction projects.

b. Documented experience in construction techniques and dredging operations.

c. Working knowledge of Federal and state occupational safety and health regulations.

d. Documentation of completion of a training course covering the basics of blasting operations and safety.

4.2 The Site Safety and Health Officer shall:

a. Be responsible for the development, implementation, oversight, and enforcement of the Accident Prevention Plan.

b. Sign and date the Accident Prevention Plan prior to submittal

c. Conduct initial safety indoctrination training

d. Be assigned to the project on a full time basis for the duration of the project. The SSHO shall have no other duties other than Safety and Health related duties. If operations are performed during more than one work shift, a SSHO shall be present for at least one shift per day and that shift shall encompass the normal daytime hours. A safety professional shall be present for the remaining shifts and shall be under the direct supervision of the CSP.

e. Have authority to ensure site compliance with specified safety and health requirements, Federal, state and OSHA regulations, EM 385-1-1, and all aspects of the Accident Prevention Plan including but not limited to, activity hazard analyses, use of personal protective equipment, site control, standard operating procedures to minimize hazards, safe use of engineering controls, emergency response plans and drills, confined space entry procedures, spill containment program, fire safety, and preparation

of records by performing a daily safety and health inspection and documenting results in a daily safety inspection log, including weekly documentation of inspection of all fuel and hydraulic lines aboard the drill boats.

f. Have authority to stop work if unacceptable health or safety conditions exist, and take necessary action to re-establish and maintain safe working conditions.

g. Consult with and coordinate any modifications to the Accident Prevention Plan with the Site Superintendent, Project Manager, and the Contracting Officer.

h. Serve as a member of the contractor's quality control staff on matters relating to safety and health

i. Conduct accident investigations and prepare accident reports.

j. Review results of daily quality control inspections and document safety and health findings into a daily safety inspection log.

k. In coordination with site management, recommend corrective actions for identified deficiencies and oversee the corrective actions.

5.0 SITE INSPECTIONS: The site safety officer shall perform daily inspections of the job sites and the work in progress to ensure compliance with EM 385-1-1 and to determine the effectiveness of the accident prevention plan. Daily inspection logs shall be used to document inspections noting safety and health deficiencies, deficiencies in the effectiveness of the accident prevention plan, and corrective actions including timetable and responsibilities. The daily inspection logs will be attached to and submitted with the Daily Quality Control Reports or may be incorporated in the daily CQC report. Each entry shall include date, work area checked, employees present in work area, protective equipment and work equipment in use, special safety and health issues and notes, and signature of the preparer.

6.0 HIGHLIGHTED PROVISIONS: In addition to those items contained in EM 385-1-1, Appendix A, include the following items in the accident prevention plan:

6.1 Hard Hat Area. A statement that the jobsite is classified a "hard hat" area from start to finish.

6.2 Sanitation and Medical Requirements. Estimate the greatest number of employees, supervisors, etc., to be working at peak construction period, including subcontractor personnel. Include sanitation requirements and medical facilities identified for the job site. If a medical facility or physician is not accessible within five minutes of an injury to a group of two or more employees for the treatment of injuries, identify at least two or more employees on each shift who are qualified to administer first aid and CPR.

6.3 Equipment Inspection. The type of inspection program on cranes,

trucks, and other types of construction equipment the Contractor plans to implement. Who will be responsible for the inspection and how the Contractor will control equipment of sub-contractors and equipment bought to the site by rental companies. Types of records to be kept.

6.3.1 Copies of records of all equipment inspections will be kept at the job site for review by the designated authority.

6.4 Crane & Derrick Operators:

a. Crane and derricks may only be operated by qualified operators and includes floating cranes and floating derricks.

b. Operators shall be designated as qualified by a source which qualifies crane and derrick operators (e.g. an independent testing and qualifying company, a union, a governmental agency, a qualified consultant (may be an in-house resource).

c. Qualification shall be by written (or oral) and practical operating examination unless the operator is licensed by a state or city licensing agency for the particular type of crane or derrick.

d. Proof of qualification of crane and derrick operators shall be provided to the Contracting Officer Representative prior to the operator(s) starting work. Proof shall be in writing, shall include any certificates and/or dates of written (or oral) and proficiency examination, shall be specific to each operator, and shall be signed by the qualifying source.

7.0 ACCIDENT REPORTS: The Contractor shall immediately report all accidents by telephone to the COR.

7.1 The Contractor will provide an initial written report of the accident to the COR within 24 hours. The Contractor shall complete and submit ENG Form 3394 for all accidents involving lost work time, medical treatment, and/or property damage in excess of $2000.00 within 48 hours of the accident. The report shall accurately represent the circumstances of the accident, cause of the accident, extent of medical treatment, extent of injuries and steps to prevent occurrence of similar accidents. The hazard analysis covering the work activity being undertaken during the accident shall be attached to the report.

7.2 Daily records of all first aid treatment not otherwise reportable shall be maintained at the job site and furnished to the designated authority upon request. Records shall also be maintained of all exposure and accident experience incidental to the work (OSHA Form 200 or equivalent as prescribed by 29 CFR 1904).

8.0 MONTHLY EXPOSURE REPORTS: The Contractor shall submit to the COR no later than the 1st day of each month, a compilation of manhours worked each month by the prime contractor and each subcontractor. In addition ,the contractor shall report the number of accidents, severity, class of accidents, and lost time work days for each month.

9.0 CLEAN-UP: The Contractor's Accident Prevention Plan shall identify

the individual's responsible for cleanup and shall establish a regular housekeeping procedure and schedule. If the COR determines that cleanup is not being performed satisfactorily, the Contractor shall establish a work crew to perform the continuous cleanup required by the contract clause titled: CLEANING UP: The number of individuals appointed to the cleanup work crew shall be increased as required in order to render adequate cleanup.

10.0 FOCUS AREAS: To supplement and emphasize the requirements of EM 385-1-1, the following is provided and shall be met as applicable.

10.1 Electrical Work: Electrical work shall not be performed on or near energized lines or equipment unless specified in the plans and specifications and approved by the COR. Plan and layout of proposed temporary power to the construction site shall be submitted and approved by the COR before work will be permitted.

10.1.1 Upon request by the Contractor, arrangements will be made for de-energizing lines and equipment so that work may be performed. All outages shall be requested through the COR a minimum of 14 days, unless otherwise specified, prior to the beginning of the specified outages. Dates and duration will be specified.

10.2 If approved by the COR, the following work may be performed with the lines energized using certified hot line equipment on lines above 600 volts, when the following conditions have been met:

a. work below the conductors no closer than the clearance required in EM 385-1-1 from the energized conductors.

b. setting and connection of new pre-trimmed poles in energized lines which do not replace an existing pole.

c. setting and removing transformers or other equipment on poles.

d. installation or removal of hot line connectors, jumpers, dead-end insulators for temporary isolation, etc., which are accomplished with hot line equipment from an insulated bucket truck.

10.3 Energized Line Work Plan: The Contractor shall submit a plan, in writing, describing his/her method of operation and the equipment to be used on energized lines. Proper certification from an approved source of the safe condition of all tools and equipment will be provided with the plan. The work will be planned and scheduled so that proper supervision is maintained. Emergency procedures, including communication, for disconnecting power in the event of an accident will be outlined in the plan. The Contractor will review his/her plan with the COR prior to being granted permission to perform the work.

10.4. No work on lines greater than 600 volts will be performed from the pole or without the use of an insulated bucket truck.

10.5 No work will be done on overbuilt lines while underbuilt lines are energized, except for temporary isolation and switching.

10.6 Electrical Tools and Cords: Hand held electrical tools shall be used only on circuits protected by ground fault circuit interrupters for protection of personnel. All general use extension cords shall be hard usage or extra hard usage as specified in Table 11-1 of EM 385-1-1. Damaged or repaired cords shall not be permitted.

10.7 Temporary Power: Temporary electrical distribution systems and devices shall be checked and found acceptable for polarity, ground continuity, and ground resistance before initial use and after modification. GFI outlets shall be installed and tested with a GFI circuit tester (tripping device) prior to use. Portable and vehicle mounted generators shall be inspected for compliance with EM 385-1-1 and NFPA 70. All electrical equipment located outdoors or in wet locations shall be enclosed in weatherproof enclosures in accordance with EM 385-1-1. Records of all tests and inspections will be kept by the contractor and made available on site for review by the designated authority. Submit sketch of proposed temporary power for acceptance.

10.8 Rollover Protective Structures (ROPS): Seat belts and ROPS shall be installed on all construction equipment as required by paragraph 16.B.12 of EM 385-1-1. The operating authority will furnish proof from the manufacturer or licensed engineer that ROPS meets the applicable SAE standards cited in EM 385-1-1, pg. 257.

10.9 Radiation Permits or Authorizations: Contractors contemplating the use of a licensed or DOD regulated radiological device or radioactive material on a DOD installation will secure appropriate permit or authorization from the Department of Army or Department of the Air Force, as applicable. A 45-day lead-time should be programmed for obtaining the necessary authorization or permit. When requested, the COR will assist the Contractor in obtaining the required permit or authorization.

10.9.1 The Contractor shall develop and implement a radiation safety program to comply with EM 385-1-1, Section 06.E. Provisions for leak tests, authorized personnel, transport certificates, etc. will be addressed in the radiation safety program.

10.10 Elevating Work Platforms: All elevating work platforms shall be designed, constructed, maintained, used, and operated in accordance with ANSI A92.3, ANSI A92.6, ANSI A92.5 and EM 385-1-1, Sections 22.J and 16.A.

10.10.1 Only personnel trained in the use of elevating work platforms shall be authorized to use them. A list of authorized users will be maintained by the contractor at the job site. The list will be updated to remain current and made available for review on site by the designated authority. Personnel safety belts must be worn.

10.11 Fall Protection: Fall protection in the form of standard guardrails, nets, or personal fall arrest systems will be provided for all work conducted over 6 feet in height The contractor will submit his/her proposed method of fall protection to the COR as part of the Job Hazard Analysis for acceptance. If the contractor deems that conventional fall protection as described above is not feasible, or creates a greater hazard,

the Contractor will prepare a written fall protection plan in accordance with OSHA 29 CFR 1926.502(k). The plan will demonstrate the reasons that conventional fall protection is unfeasible or constitutes a greater hazard and will provide alternative safety measures for review and acceptance by the COR.

10.12 Excavations: All open excavations made in the earth's surface four (4) foot or greater will be under the supervision of a competent person trained in, and knowledgeable about, soils analysis, the use of protective systems, and the requirements of OSHA 29 CFR 1926, Subpart P and EM 385-1-1, Section 25. The competent person shall be designated in writing by the Contractor and a resume of their training and experience submitted to the COR for acceptance.

10.12.1 Excavations hazards and methods for their control will be specified in the job hazard analysis.

10.12.2 Sloping and benching: The design of sloping and benching shall be selected from and in accordance with written tabulated data, such as charts and tables. At least one copy of the tabulated data will be maintained at the job site.

10.12.3 Support Systems: shall be in accordance with one of the systems outlined in a through c below:

a. Designs drawn from manufacturer's specifications and in accordance with all specifications, limitations, and recommendations issued or made by the manufacturer. A copy of the manufacture's specifications, recommendations, and limitations will be in written form and maintained at the job site.

b. Designs selected from and in accordance with tabulated data (such as tables and charts). At least one copy of the design shall be maintained at the job site during excavation.

c. Designed by a registered engineer. At least one copy of the design shall be maintained at the job site during excavation.

10.12.4 Excavations Greater than 20 Feet in Height: Sloping and benching or support systems shall be designed by a registered professional engineer. Designs shall be in writing and at least one copy of the design shall be maintained at the job site during excavation. The contractor will ensure that the registered professional engineer is working within a discipline applicable to the excavation work; i.e. it would be inappropriate for an electrical engineer to approve shoring designed for an excavation.

10.13 Confined Space: Entry into and work in a confined space will not be allowed when oxygen readings are less than 19.5% or greater than 23.5% or if the lower explosive limit (LEL) reading is greater than 10%, unless these conditions are adequately addressed in the confined space entry plan. In addition, action levels for toxic atmospheres shall be determined and any other known or potential hazards eliminated prior to entry.

11.0 LANGUAGE: For each group that has employees that do not speak

English, the Contractor will provide a bilingual foreman that is fluent in the language of the workers. The contractor will implement the requirements of EM 385-1-1, 01.B through these foremen.

12.0 CONTRACTOR SAFETY MEETINGS AND DOCUMENTATION: Contractor shall conduct and document safety meetings among its personnel as required by EM 385-1-1 and as indicated herein. Monthly meetings shall be held among all supervisors, and weekly meetings shall be conducted by supervisors or foreman for all workers. The agenda of the meeting shall include specific safety items pertinent to work being performed. Documentation shall include a summary of items discussed as well as other items required by the EM 385-1-1. Documentation shall be submitted to the Government monthly.

13.0 COORDINATION WITH OTHER SPECIFICATION SECTIONS: The requirements of this section are meant to supplement requirements of other sections. In cases of discrepancies the most stringent requirements shall apply . Other safety-related requirements can be found in the following specification sections:

a. Specification Section 00800, Special Contract Requirements

b. Specification Section 00700, Contract Clauses, paragraph entitled "accident Prevention"

c. Specification Section entitled "Contractor Quality Control"

d. Specification Section 02200, Blasting

e. Other specifications or contract requirements relating to site safety or health requirement or medical monitoring.

14.0 CONTRACTOR PERFORMANCE APPRAISAL: The occurrence of accidents and near misses due to negligence are strong indications that there has been insufficient emphasis on effective implementation and/or commitment to the accident prevention program. Should it become obvious that only lip service is being given to this program, an interim unsatisfactory performance appraisal rating will be issued. If safety continues to be unsatisfactory or marginal, the unsatisfactory rating will become final. The contractor should be aware that this appraisal will be stored in a national computer database which can be accessed by a multitude of agencies or municipalities desiring information on prospective contractors. An unsatisfactory rating in this database may affect the contractor's ability to obtain future Government work.

15.0 MEASUREMENT AND PAYMENT

15.1 Measurement. No separate measurement will be made for the work covered under this section.

15.2 No separate payment will be made for the work covered under this section, and such work will be considered as a subsidiary obligation of the Contractor.

-- End of Section --

SECTION 01451

CONTRACTOR QUALITY CONTROL

(NYD EDITION 12/99)

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM D 3740 (1996) Evaluation of Agencies Engaged in the Testing and/or Inspection of Soil and Rock as Used in Engineering Design and Construction

ASTM E 329 (1995b) Agencies Engaged in the Testing and/or Inspection of Materials Used in Construction

1.2 MEASUREMENT AND PAYMENT

No separate measurement and payment will be made for providing and maintaining an effective Quality Control program, and all costs associated therewith shall be included in the applicable unit prices or lump-sum prices contained in the Bidding Schedule.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

The Contractor is responsible for quality control and shall establish and maintain an effective quality control system in compliance with the Contract Clause entitled "Inspection of Construction." The quality control system shall consist of plans, procedures, and organization necessary to produce an end product which complies with the contract requirements. The system shall cover all construction operations, both onsite and off site, and shall be keyed to the proposed construction sequence. For purposes of this section the term "construction" shall include all items of work, activities, materials and equipment as indicated in the contract documents. Other sections of the contract documents may also require separate, specially qualified individuals in such areas as chemical data acquisition, sampling and analysis, medical monitoring, industrial hygiene, safety officer, etc. The CQC organization will coordinate the activities of these individuals. The project superintendent will be held responsible for the quality of work on the job and is subject to removal by the Contracting Officer for non-compliance with quality requirements specified in the contract. The

project superintendent in this context shall mean the individual with the responsibility for the overall management of the project including quality and production.

3.2 QUALITY CONTROL PLAN

3.2.1 General

The Contractor shall furnish for review by the Government, not later than 30 days after receipt of notice to proceed, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the Contract Clause entitled "Inspection of Construction." The plan shall identify personnel, procedures, control, instructions, test, records, and forms to be used. The Government will consider an interim plan for the first 90 days of operation. Construction will be permitted to begin only after acceptance of the CQC Plan or acceptance of an interim plan applicable to the particular feature of work to be started. Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a CQC Plan or another interim plan containing the additional features of work to be started.

3.2.2 Content of the CQC Plan

The CQC Plan shall include, as a minimum, the following to cover all construction operations, both onsite and off site, including work by subcontractors, fabricator, suppliers, and purchasing agents:

a. A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff shall implement the three phase control system for all aspects of the work specified. The staff shall include a CQC System Manager who shall report to an officer in the Contractor's organization above the Project Superintendent, who is responsible for both quality and production.

b. The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function. Clear indication that CQC System Manager will have no duties other than Quality Control.

c. A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manager, including authority to stop work which is not in compliance with the contract. The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities, and responsibilities. Copies of these letters will also be furnished to the Government.

d. Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, off site fabricators, suppliers, and purchasing agents. These procedures shall be in accordance with Section 01330 SUBMITTAL PROCEDURES.

e. Control, verification, and acceptance testing procedures for each

specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible for each test. (Laboratory facilities will be approved by the Contracting Officer.) The Contractor shall incorporate all tests required by the contract (including systems commissioning and operating tests) to derive the above list of testing information which shall be presented in matrix form as part of the CQC Plan. This matrix shall be suitable for use by the Contractor and the Government as a checklist to control testing to be done on the contract. Coordinate any additional test submission or plan requirements for Mechanical and Electrical Systems with appropriate specialized specification section if applicable.

f. Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation. Provide matrix of Preparatory and Initial Inspections including specification reference paragraph, the name of the Definable Feature of Work, and spaces for date performed, results, and names of attendees.

g. Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures will establish verification that identified deficiencies have been corrected.

h. Reporting procedures, including proposed reporting formats.

i. A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks and has separate control requirements. It could be identified by different trades or disciplines, or it could be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there is frequently more than one definable feature under a particular section. This list will cover all features of work on the project, and will be agreed upon during the coordination meeting.

j. A brief explanation of the duties of the CQC organization with respect
To safety. Note that separate Accident Prevention Plan and Hazards Analysis is required for submission and acceptance.

k. Contractor's plan for training all CQC personnel in the CQC System.

3.2.3 Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4 Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the

Contracting Officer in writing of any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

3.3 COORDINATION MEETING

After the Pre-construction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system. The CQC Plan shall be submitted for review a minimum of 14 calendar days prior to the Coordination Meeting. The initial plan submitted must be found acceptable by the Government before the Coordination Meeting can be held. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and off site work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4 QUALITY CONTROL ORGANIZATION

3.4.1 General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The number of CQC personnel shall be increased as required during times of high construction workload. The Contractor shall provide a CQC organization which shall be at the site at all times during progress of the work and with complete authority to take any action necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

3.4.2 CQC System Manager

The Contractor shall identify as CQC System Manager an individual within his organization at the site of the work who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The Contractor shall identify the CQC System Manager for each duty work if construction is scheduled on a 24-hour basis. The CQC System Manager shall be a graduate engineer, graduate architect, or a graduate of construction management, or shall hold a state Professional Engineer's license, with a minimum of 2 years construction experience on construction similar to this contract, one year of which as a Quality Control Representative. The CQC Manager may also be a construction person with a minimum of 4 years in related work, one year of which as a QC Representative. This CQC System Manager shall be on the site at all times during construction and will be employed by the prime Contractor. An alternate for the CQC System Manager will be identified in the plan to serve in the event of the System Manager's absence. The requirements for the alternate will be the same as for the designated CQC System Manager. The

CQC System Manager shall be assigned no duties other than Quality Control. The CQC System Manager or his alternate shall be on the floating plant at all times during construction.

3.4.3 Organizational Expertise

The CQC organization, which includes the CQC System Manager and additional qualified personnel, must as a minimum possess general corporate technical knowledge of all aspects of the project, and must successfully execute the CQC System on all aspects of the project. Individuals possessing experience in specialized areas shall be added to the organization as required during periods when such specialty areas are being executed. Examples of such specialized areas include marine operations, marine safety, dredging and disposal, underwater rock drilling and blasting, seismic and noise monitoring, blasting safety, marine diving, hydrographic surveying, chemical data acquisition and testing. The Contractor must demonstrate that such additional qualified personnel have received sufficient training and indoctrination into the CQC system, and that these personnel properly execute the requirements of the CQC System within their areas of expertise.

3.4.4 Additional Requirement

In addition to the above experience and education requirements the CQC System Manager shall have completed within the last five years the course entitled "Construction Quality Management for Contractors". This course is given at a cost of $25 by Government personnel and is of two-day duration. The Government will provide one instruction manual for the course.

3.4.5 Organizational Changes

The Contractor shall maintain the CQC Organization at full strength at all times. When it is necessary to make changes to the organization, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5 SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements and are submitted in accordance with the date on the submittal register. CQC personnel shall also make physical checks of materials and equipment before installation to insure compliance with approved shop drawings.

3.6 CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, is complied with the requirements of the contract. At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

3.6.1 Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work after all required plans/documents/materials are approved/accepted, and after copies are at the worksite, and shall include:

a. A review of each paragraph of applicable specifications.

b. A review of the contract drawings.

c. A check to assure that all materials and/or equipment have been tested, submitted, and approved.

d. Review of provisions that have been made to provide required control inspection and testing.

e. Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f. A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g. A review of the appropriate activity hazard analysis to assure safety requirements are met per EM 385-1-1, "Safety and Health Requirements Manual".

h. Discussion of procedures for controlling quality of the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that feature of work.

i. A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j. Discussion of the initial control phase.

k. The Government shall be notified at least 48 hours in advance of beginning the preparatory control phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report. The Contractor shall clearly indicate its intent and plan for communication of the results of the preparatory phase to applicable workers, to include materials, construction methods, workmanship standards, safety considerations and procedures, and preparatory phase meeting minutes.

3.6.2 Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work (DFW) when the accomplishment of a representative sample of the work is impending. The following shall be accomplished:

a. A check of the portion of work done to ensure that it is in full

compliance with contract requirements. Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance. Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

f. The Government shall be notified at least 48 hours in advance of beginning the initial phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), the foreman responsible for the definable feature and the work crew(s) for the appropriate DFW. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report. Exact location (i.e. CQC Report number) of initial phase shall be indicated for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3 Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

3.6.4 Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable feature of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, onsite production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

3.6.5 Definable Feature of Work: Definition and Discussion

A Definable Feature of Work (DFW) is a portion of work consisting of materials, equipment, supplies and procedures which are closely related to each other, have the same control and will be accomplished by the same work crew to completion. A DFW must be sufficiently small so that control of the

work (i.e. communication of requirements to workers, inspection of materials and workmanship and correction of deficiencies) will be easily accomplished. Some examples are:

* marine operations
* marine safety
* underwater rock drilling and blasting
* seismic monitoring
* blasting safety
* marine diving
* hydrographic surveying
* soil and rock core sampling and testing
* Preparation, removal and disposal of contaminated material
* Dredging and placement.

3.7 TESTS

3.7.1 Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a laboratory which has been assurance inspected by the Corps of Engineers within the last two years. The Contractor shall perform the following activities and record and provide the following data:

a. Verify that testing procedures comply with contract requirements.

b. Verify that facilities and testing equipment are available and comply with testing standards.

c. Check test instrument calibration data against certified standards.

d. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

e. Results of all tests taken, both passing and failing tests, will be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test will be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the

test number and date taken. An information copy of tests performed by an off site or commercial test facility will be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

3.7.2 Testing Laboratories

3.7.2.1 Capability Check

The Government reserves the right to check laboratory equipment and calibration in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils, concrete, asphalt, aggregate and steel shall meet criteria detailed in ASTM D 3740 and ASTM E 329. The Government requires a Corps of Engineers capability check of the laboratory which the contractor proposes to perform tests on soils, concrete, asphalt, aggregate and steel. If the laboratory proposed has not had the required Corps of Engineers capability check within the the last two years, it will be performed by the Corps of Engineers at a cost of $7200 to the Contractor. This cost will be paid by the Contractor via check directly to the Corps of Engineers Laboratory performing the inspection and report.

3.7.2.2 Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $7200 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory.

3.7.3 On-Site Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

3.7.4 Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials will be borne by the Contractor. Samples of materials for test verification and acceptance testing by the Government shall be delivered to the Corps of Engineers Division Laboratory, as designated by the Government Representative. Coordination for each specific test, exact delivery location and dates will be made through the Area Office.

3.8 COMPLETION INSPECTION

3.8.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the Special Contract Requirement paragraph entitled "Commencement, Prosecution, and Completion of Work," or stated

elsewhere in the specifications, the CQC System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by paragraph DOCUMENTATION below, and shall include the estimated date by which the deficiencies will be corrected. The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected. Once this is accomplished the Contractor shall notify the Government that the facility is ready for the Government's "Pre-final" inspection.

3.8.2 Pre-Final Inspection

The Government will perform this inspection to verify that the channel construction is complete and ready to open to ship traffic. A Government "Pre-Final Punch List" will be developed as a result of this inspection. The Contractor's CQC System Manager shall ensure that all items on this list have been corrected and so notify the Government so that a "Final" inspection with the customer can be scheduled. Any items noted on the "Pre-final" inspection shall be corrected in a timely manner. These inspections and any deficiency corrections required by this paragraph will be accomplished within the time slated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

3.8.3 Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person and the Contracting Officer's representative will be in attendance at this inspection. Additional Government personnel including, but not limited to, those from U.S. Coast Guard personnel, and safety officer may also be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final Inspection. Notice will be given to the Contracting Officer at least 14 days prior to the final acceptance inspection and shall include the Contractor's assurance that all specific items previously identified to the Contractor as being acceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the Special Contract Requirements entitled "Final Examination and Acceptance".

3.9 DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

a. Contractor/subcontractor and their area of responsibility.