b. Operating plant/equipment with hours worked, idle, or down for repair.

c. Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

d. Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

e. Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f. Submittals reviewed, with contract reference, by whom, and action taken.

g. Off-site surveillance activities, including actions taken.

h. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i. Instructions given/received and conflicts in plans and/or specifications.

j. Contractor's verification statement.

These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. "N/A" shall be entered into any field for which no entry is intended. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one copy of these records in report form shall be furnished to the Government daily within 16 hours after the date(s) covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every seven days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel. All documentation is expected to be literate, legible and complete.

3.10 SAMPLE FORMS

(Note: If the Resident Management System (RMS) is required to be used by the contractor for the QC System as indicated elsewhere in this contract, Contractor will generate all reports in the RMS System, and attached forms will serve as guidance only. Otherwise forms contained herein will be used

by the by CQC Staff for CQC System reporting).

a. The 2-page form at the end of the section will be used for the basic CQC Report. CQC personnel shall attach continuation sheets as required for any entries which cannot fit on the basic form. Preparatory and Initial Inspections, when performed, shall be indicated on the basic CQC report and minutes for each inspection shall be attached. Minutes will consist of a list of specific requirements for materials, procedures or equipment to be employed and shall also include any understandings reached or items of special importance discussed.

b. In addition, outstanding deficiencies such as shoals and removal of signs and buoys shall be listed on the form "List of Outstanding Deficiencies" at the end of this section and shall be attached to each CQC report. As deficiencies are corrected, they are to be acknowledged on the basic CQC report and shall be deleted from the list.

c. Form at the end of this section entitled "CQC Test Report List" shall be used by the Contractor to track testing to be done as the project progresses, and also to summarize the Contractor's Quality Control testing to be reported on the CQC Plan.

d. Form "Record of Preparatory and Initial Inspections" at the end of this section shall be used by the Contractor to track Preparatory and Initial inspections as the project progresses and also to summarize these required inspections as part of the CQC Plan.

e. Additional reporting forms pertaining to specialized activities may be included herein or elsewhere in the contract, and shall be used for reporting as indicated.

3.11 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor. Deficiencies cited and verbal instructions given to the Contractor by the Government Representative shall be entered into that day's CQC Report.

(FORMS FOLLOW)

-- End of Section --

# RECORD OF PREPARATORY AND INITIAL INSPECTIONS

| DATE OF INSP | TYPE OF INSP | DEFINABLE FEATURE OF WORK (DESCRIBE) | REPORT NOS | | PERSONS ATTENDING INSP | WAS MATL&/OR EQUIPMENT PHYSICALLY INSPECTED ? |
|---|---|---|---|---|---|---|
| | | | QA | QC | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAD FORM 826
22 JULY 86

NOTE:THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK PREP/INIT INSP'S
ATTACH ADDITIONAL RESULTS OR COMMENTS AS REQUIRED

# LIST OF OUTSTANDING DEFICIENCIES

SH_______ OF _______ DATE:________

PROJECT TITLE:____________________ CONTRACTOR:________________

LOCATION:__________ CQC REPORT#_______ CONTRACT #:______________

| SPEC REF OR DWG# | LOCATION ON PROJECT | DESCRIPTION OF DEFICIENCY | DATE FOUND | DATE TO BE CORRECTED | DATE CORRECTED | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK OUTSTANDING CONSTRUCTION DEFICIENCIES



G003692

G01010 03680

# CQC TEST REPORT LIST

CQC REPORT#__________ SH_____ OF _____ DATE:__________

CONTRACTOR:____________________ CONTRACT #:____________________

PROJECT TITLE:____________________ LOCATION:__________

| SPEC REF OR DWG# | TYPE OF TEST | DATE PERFORMED | RESULTS | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK CQC TESTING.PROVIDE ATTACHMENTS AS REQUIRED.

**CQC REPORT #**__________ Date____________________

1. Project Title:____________________________________________________________

Location: ____________________________Contract No.:__________________________

2. List Contractors and Subs Working This Day and Areas of responsibility of each

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

3. Weather:

________________________________________________________________________

________________________________________________________________________

4.Description and Location of Work of the Project (Also indicate days of no work and reasons for delay)

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

5. Labor and Equipment Breakdown by Trade (Attach Continuation)

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

6. Preparatory Phase Inspections Held (See Attached Minutes)

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

7. Initial Phase Inspections Held (See attached minutes)

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

8. Follow-Up Phase Inspections Performed, Results and Corrective Actions Taken

9. Job Safety. Indicate What Was Checked, Results,Instructions Received and Corrective Actions:

10. Additional Activities and Remarks (Check Appropriate Box)

[ ] a. Testing Performed. Attach Results.
[ ] b. Verbal Instructions Received.
[ ] c. Submittal Actions.
[ ] d. Outstanding Deficiencies. See Attached List
[ ] e. Delivery of Equipment and Materials.
[ ] f. Misc/Remarks.

(Use Space Below To Discribe Checked Items)

11. Contractor's Verification: "The above report and attachments are complete and all supplies, Materials, Equipment and Workmanship incorporated into the work are in full compliance with the contract except as noted".

Signed______________________________ Date__________
CQC Representative

CENAN-CO 5/99



G003695

G01010 03683

SECTION 02100

SUBSURFACE DRILLING AND SAMPLING

1. SCOPE. The purpose of the work specified herein is to determine the type, nature, and characteristics for the subsurface materials and the extent and conditions of the various materials as they exist to the depths and at the locations specified. This is to be accomplished by means of drive sample boring and core drilling.

"1.1 Reference Publication: Standard Specification for Subsurface Exploration and Field Testing, Department of the Army, Corps of Engineers, New York District, October 1980."

2. LOCATIONS OF HOLES. The actual locations will be established in the field by the Contracting Officer.

3. ORDER OF WORK. The order in which the work is to be accomplished will be determined in the field by the Contracting Officer.

4. RECORDS. The Contractor shall keep accurate driller's logs and records of all work accomplished under this contract and shall deliver complete, legible copies of these logs and records to the Contracting Officer upon completion of the work or at such other time or times as he may be directed. All such records shall be preserved in good condition and order by the Contractor until they are delivered and accepted, and the Contracting Officer shall have the right to examine such records at any time prior to their delivery to him. Separate logs shall be made for each hole. The following information shall be included on the logs or in the records for each hole:

- Horizontal locations.
- Hole number or designation and elevation of top of hole.
- Make and manufacturer's model designation of drilling equipment.
- Type of drilling and sampling operation by depth. Dates and time by depths when drilling and sampling operations were performed.
- Time required for drilling each run.
- Depths at which samples or cores were recovered or attempts made to sample or core including top and bottom depth of each run.
- Unified soils classification or description by depths of the materials sampled, cored, or penetrated including a description of moisture conditions and of conditions of compactness or stiffness of soils materials encountered. This classification or description shall be made immediately following the taking of the samples or cores.
- Indication of penetration resistance such as casing blows given in blows per foot and sample drive-hammer blows given in blows per 6 inches for driving sample spoons.
- Percentage of sample or core recovered per run. Depths at which drill water is lost and regained and amounts.
- Depth of bottom of hole.
- Fracture location, frequency, angle and description of fracture surface.

4.1 The Contractor shall employ the services of a soil engineer/geologist with a minimum two years experience in subsurface exploration field inspection. The inspector shall note on all logs the tide, depth of water, and time tide reading in order to determine mean low water.

4.2 The presence of a Government representative or the keeping of separate drilling records by the Contracting Officer shall not relieve the Contractor of the responsibility for the work specified in this paragraph. Payment will not be made for any work for which the required records have not been furnished by the Contractor.

5. CONTAINERS. The Contractor shall furnish jars, tubes, boxes, and crates meeting the requirements as specified elsewhere in this specification. All such containers will become the property of the Government and the cost thereof shall be included in the unit price payment for the contract.

6. CARE AND DELIVERY OF SAMPLES. The Contractor shall be solely responsible for preserving all samples in good condition. He shall keep samples from freezing and from undue exposure to the weather, and shall keep all descriptive labels and designations on sample jars and boxes clean and legible until final delivery of sample to, and acceptance by, the Contracting Officer. The Contractor shall comply with all requests of the Contracting Officer concerning the care and protection of samples. Except as otherwise specified, the Contractor shall deliver samples to the Corps of Engineers, U.S. Army, New York District Warehouse, Caven Point, N.J. Samples shall be delivered as directed by the Contracting Officer.

7. SUPPLEMENTARY DRILL HOLES. Drill holes that are abandoned or from which unsatisfactory samples or cores are being obtained will be supplemented by other drill holes adjacent to the original in order that satisfactory samples or the required information will be obtained. Penetration to the depth where the original drill hole was abandoned or to the depths where unsatisfactory samples were obtained may be made by any method selected by the Contractor that in the opinion of the Contracting Officer will permit satisfactory completion and sampling below the elevation where the last satisfactory sample was obtained in the abandoned drill hole. No payment will be made for supplementary drill holes that are required to be drilled to replace drill holes that were abandoned or from which satisfactory samples were not obtained because of mechanical failure of drilling and sampling equipment, negligence on the part of the Contractor, or other preventable cause for which the Contractor is responsible.

8. DRIVE SAMPLE BORING AND SAMPLING.

8.1 Definition and Purpose. A drive sample boring shall be any boring made through unconsolidated or partly consolidated sediments or decomposed rock by means of mechanically driven sample drill spoons. The purpose of these borings is to obtain knowledge of the composition, the thickness, the depth, the sequence, the structure, and the pertinent physical properties of foundation or borrow materials.

8.2 Equipment and Supplies. Equipment to be furnished by the Contractor for making drive sample borings shall include Standard Penetration Test, 2-inch split barrel, drive samplers and power-driven core drilling machinery

of a type or types approved by the Contracting Officer, complete with standard drive-hammer of 140 pounds weight and all other accessories for taking samples of soil, hardpan, cinders and decomposed rock at the locations directed by the Contracting Officer. All drill holes will be carried to -55 feet MLW unless refusal is encountered above -55 feet MLW. If refusal is encountered above -55 feet MLW, a diamond core will be taken, -55 feet MLW, in accordance with the provisions of paragraph 9. Unless otherwise specified, drilling machinery shall be of the "hydraulic feed" type. Supplies shall include all casing, piping, pumps, and power necessary to accomplish the required boring and sampling.

8.3 Sample Jars and Labels. Sample jars shall be 1-pint capacity, wide-mouth (over 2-1/4 inches in diameter) glass jars with moisture-tight screw tops. Each jar shall contain a printed or typewritten label giving the following information:

Project ______________________ Location ______________________
(KVK Nav Project) (Such as Bergen Point)

Hole No. __________________ Station ______________________

Jar No. ________ of ________ Jars Date ____________

Top Elevation of Hole __________ Blow/6 inch ______, ______, ______

Depth of Sample ______________

Description of Material ________________________________________
(Such as "Moist, silty, medium sand")

8.4 Shipping Boxes. Cartons used for storage and shipment of jars shall be water resistant cardboard.

8.5 Procedure. Test holes drilled through overburden shall be suitably cased to permit obtaining samples of the size or sizes specified or as directed. Samples shall be taken continuously using Standard Penetration Test procedures. The sample spoon shall be driven with the force of the drive hammer under a free fall of 30 inches. To minimize the compacting effect of casing driving, the bottom of the casing shall be kept as high above the soil zone to be sampled as conditions permit. The samples shall be placed in the sample jars as soon as possible after they are taken from the hole in order that the natural moisture content of the material may be retained to the fullest extent. All samples shall be labeled. In general, no sample shall remain at the site of boring for more than one week after being taken from the hole.

9. DIAMOND CORE DRILLING - NX

9.1 Method of Drilling. Drilling of NX cores shall be by any approved standard and accepted method of rotary rock core drilling using diamond-set coring bits by means of which continuous and complete rock cores of standard diameter for the respective bit size may be obtained for any subsurface interval of bedrock specified for investigation. The method shall provide equally good recovery of cores from both hard and soft rocks.

9.2 Equipment and Supplies. Equipment to be furnished by the Contractor for core drilling shall include diamond core-drilling machinery of a type or types approved by the Contracting Officer complete with all accessories for taking continuous rock cores of a diameter consistent with bit size to the depths specified. The Contractor shall use a standard ball-bearing, swivel-type, double-tube core barrel similar in construction and equal in performance to Sprague and Henwood "M" series or E.J. Longyear "L" series, equipped with diamond-set bottom-discharge core bits and standard core lifters. Supplies for core drilling to be furnished by the Contractor shall include all casing, drill rods, core barrels, diamond-set coring bits, piping, pumps, water, tools, and power required for drilling and all boxes and containers required for core samples. Bits shall be set with the proper size stones for the kind of rock being drilled.

9.3 Procedure. All holes shall be drilled vertically to -55 feet MLW or as directed by the Contracting Officer. Casing through the overburden shall be seated tightly on the rock at the elevation where rock is encountered prior to commencement of rock coring. The Contractor shall operate his drills at such speeds and with such water pressures as will insure maximum core recovery in whatever kind of rock is being drilled. Where soft or broken rocks are encountered, the Contractor shall reduce the length of "runs" to 5 feet or less in order to reduce core loss and core disturbance to the minimum. Failure to comply with the foregoing procedures shall constitute justification for the Contracting Officer to require redrilling at the Contractor's expense of any boring from which the core recovery is unsatisfactory. The Contractor shall exercise particular care in recording water losses, rod jerks, and other unusual coring experiences that, supplementing the core record, will throw light on the nature and the extent of any fracturing. Fractures and their estimated width shall be marked in the core boxes.

9.4 Containers. Longitudinally partitioned wooden core boxes constructed of pressed lumber or other approved material in general accordance with the arrangement and dimensions shown in Figure 1 shall be used for all rock cores. As many core boxes as may be required shall be used in submitting each rock core or group of cores. Core boxes shall be completely equipped with all necessary partitions, covers, hinges, screws for holding down the cover, rust-proof metal identification plates, tags, and other accessories.

9.5 Arrangement. All cores shall be arranged neatly in the partitioned boxes in the same sequence in which they occurred before removal from the hole. Facing the open box with the hinged cover above and the open box below, cores shall be arranged in descending sequence beginning at the left end of the partition nearest the hinges and continuing in the partitions from left to right. The highest core shall be placed in box 1, and lower portions of the core shall be placed in the other boxes in consecutive order.

9.6 Disposition of Samples. Upon completion of core drilling and sampling operations, core boxes containing cores shall be shipped in accordance with directions furnished by the Contracting Officer. The Government will bear the cost of all warehousing required for the permanent storage of core boxes and racks.

9.7 MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

-- End of Section --




NOTE Labels for core box will be placed on outside and inside of cover and outside on each end. Labels may be either by stencils or by embossed metal tape, in the form shown above on the box cover.

CORE BOX

SECTION 02200

BLASTING

1.0 BLASTING REGULATIONS, CONTROLS AND RESPONSIBILITIES

1.1 General. When the nature of the material to be dredged requires blasting, the Contractor's blasting progress and methods shall be those necessary to accomplish the excavation shown on the contract drawings in accordance with the procedures specified herein. The Contractor will be required to make necessary plans, examinations, surveys, and test blasts to determine the quantity of explosives that can be fired without damaging property, and to thereafter control the quantity of explosives fired in any one blast to prevent injuries to persons or damage to structures, homes, utilities, vehicles, vessels moored or underway, or any property. The Contractor's blasting program shall abide by, but not be limited to, the following applicable codes and regulations:

- Title 29 Code of Federal Regulations Part 1926, Safety and Health Regulations for Construction.
- Federal Occupation Safety and Health Act of 1970.
- Army Corps of Engineers EM-385-1-1, Safety and Health Requirements Manual.
- Institute of Makers of Explosives (IME); Safety Publications.
- New York City Fire Department Guidelines for Blasting Contractors.
- Article 4, Chapter 27-4031, New York City Fire Department Fire Prevention Code.
- Part 39, of Title 12 of the Official Compilation of Codes, Rules, and Regulations of the State of New York, 12 NYCRR Part 39, Possession, Handling, Storage and Transportation of Explosives.
- New Jersey Administrative Code (N.J.A.C. 12:190).

1.2 Liabilities. The Contractor's attention is called to the Contract Clause entitled "Permits and Responsibilities", which defines the Contractor's responsibilities relative to the references listed in paragraph 1.1. The Contractor shall assume all liability and hold and save the Government and the Port Authority, its officers, agents, and employees harmless for any and all claims for personal injuries, property damages, or other claims arising out of, or in connection with, the transportation, storage, and use of explosives under the contract.

1.2.1 The Contractor shall, in addition, process any and all claims of private citizens arising out of said use of explosives promptly; in particular, all property damage claims shall be acknowledged by the Contractor, or his representative, and be submitted immediately to the Contracting Officer (CO) providing name of claimant, location, time and description of alleged damage, and estimated value. The claimed damage will be inspected by the Blasting Vibration Consultant (see paragraph 4.3) within 48 hours following initial notification, and processed to a conclusion (honored, denied, or compromised) within 90 days after cessation of all blasting on the contract; but, in no case shall the claims remain unresolved for a period exceeding 6 months (180 calendar days). The Contractor shall submit inspection results and actions taken to the Contracting Officer on a weekly basis.

1.3 Transportation, Storage, and Use of Explosives. The Contractor will be

held responsible to perform the work in compliance with all applicable Federal, State, and local codes and regulations, including, but not limited to, those cited above in paragraph 1.1. The Contractor shall have available the documents for inspection at all times, which will pertain to the blasting operation. In case of conflict between codes and regulations, the more stringent will apply.

1.3.1 Daily Summary. The Contractor shall keep a daily record of transactions, to be maintained at each storage magazine. The inventory records shall be updated at close of business each day and furnished to the CO on a weekly basis. Records shall show class and quantities received and issued, and total remaining on hand at end of each day. The remaining stock shall be checked each day, and any discrepancies that would indicate a theft or loss of explosive materials shall be reported immediately. The daily summary shall be done in accordance with the applicable regulations cited in paragraph 1.1. Copies of the daily inventory records shall be furnished with the daily Quality Control Report.

1.3.2 Report of Loss. Should a loss or theft of explosives occur, all circumstances and details of the loss/theft will be immediately reported to the nearest office of the ATF, as well as to the local and State law enforcement authorities and the Contracting Officer. The local Bureau of Alcohol, Tobacco, and Firearms office addresses are:

6 World Trade Center
New York, N.Y.
Telephone: 212-264-1733

60 Park Place
Newark, N.J. 07102
Telephone: 201-645-2135

The Explosives Unit of the NYFD should be contacted at the following address:

Explosives Unit, City of New York Fire Department
9 Metrotech Center
Brooklyn, NY 11201
(718) 999-1519

1.4 Responsibility. The Contractor shall be responsible for obtaining all licenses, permits, any and all fees, and the keeping of accounts and records, as well as arranging the transportation and protection of all explosives on the project. Should the Contractor fail to comply with above requirements, the Contracting Officer may order a suspension of that part of work involved until the deficiencies are corrected. The Contractor's attention is also directed to subparagraph 1.2 "Liabilities" for additional specific liability to be assumed by the Contractor. The Contractor must supply to the Contracting Officer all permits, licenses and approvals which are necessary for this contract as required by the regulations cited in paragraph 1.1.

1.5 Preblast Public Information Meetings.

1.5.1 The Contractor shall schedule, publicize, coordinate, secure adequate facilities for, and conduct two Preblast Public Information Meetings prior to finalizing his Operational Blasting Plan. One meeting shall be held in Bayonne, N.J. and one in Elizabeth, N.J. As a minimum, the meetings shall be publicized in advertisements in local newspapers, including the Star Ledger, the Jersey Journal and the Hudson Dispatch for the meeting in Bayonne and Elizabeth, NJ not less than two weeks prior to the scheduled meeting for a period of not less than one week. State and local agencies likely to express an interest in the project shall be contacted in writing directly, including law enforcement, fire prevention, and environmental authorities. The

Contracting Officer will solicit interest from appropriate Federal agencies. In addition, all property owners whose properties border a portion of the contract limits shall be contacted in writing directly. A post test blast public information meeting shall be conducted at the above location, if requested by the Contracting Officer.

1.5.2 The contents of the advertisements shall be approved by the Contracting Officer prior to advertisement. Copies of all correspondence publicizing the meetings shall be furnished to the Contracting Officer.

1.5.3 The purpose of the meetings is to disseminate basic project information to interested members of the public, to solicit comments from the public and evaluate proposed blasting methods in light of any valid concerns, and to identify key Contractor and Corps of Engineers representatives who may be contacted for current project information or to report complaints. The Contractor, in conjunction with the Contracting Officer, or his representative, shall prepare an agenda for each meeting to address these purposes. A public question-and-answer period shall be held at the conclusion of the public presentation.

1.5.4 Representatives of the Contracting Officer will participate in each meeting, and will provide reasonable assistance in planning, scheduling, and coordination with the public.

1.5.5 The proceedings of each meeting shall be recorded verbatim by the Contractor, and transcripts thereof shall be provided to the Contracting Officer. The Contracting Officer, or his representative, will review the transcripts, as well as any written comments that may be received, with the Contractor, and may require the Contractor to address specific comments in his Operational Blasting Plan prior to submission.

1.6 Protection for Administration of Drilling and Blasting Complaints

1.6.1 Prior to test blast program and Blasting activities, the following actions with the citizens within the 1,500 ft. radius zone for the blasting area are required:

a. Newspaper Advertisements-Advertisements in the local newspapers informing the public about the location, date and time of the Public Information Meetings.
b. Public Information Meetings
c. Door hangers providing information about the blasting and the request for pre-blast property inspection surveys to the property owners residing within 1,500 ft from the blast site.
d. Request for pre-blast property surveys by first class mail to all property owners within the 1,500 foot radius of blasting
e. A second request for pre-blast property inspections to property owners by certified letter.
f. Pre-blast property inspections are to be performed for all requests from property owners no matter where they live

1.6.2 During blasting activities, the process for addressing citizens complaints will be as follows:

a. Citizen complaints will be received through the KVK Hotline or the blasting contractor
b. The caller's name, address, phone number, and pertinent information will be recorded in a master complaint log to be maintained by the contractor
c. Blasting Contractor shall schedule and perform an inspection of the

complainants property within five calendar days of complaint

d. Contractor shall issue an acknowledgement letter NLT seven days of the inspection date as a follow up to the inspection and update the complainant as to the status of the final determination of the inspection results

e. The contractor shall provide to the complainant a final determination letter; honoring, denying or compromising the claim within 90 days of after cessation of all blasting on the contract; but in no case shall the claims remain unresolved for a period exceeding 6 months (180 calendar days)

f. Inspection results, actions taken and all correspondence to the complaints shall be furnished to the Corps.

2. SAFETY.

2.1 Drill Boat or Barge Safety.

2.1.1 All onboard magazines shall be permanently secured to the deck as required by the Coast Guard.

2.1.2 No high explosives shall be stored on the boat or barge deck in the open except for the one case that is to be loaded immediately into the bore holes. Any explosives remaining on deck shall be returned to the day magazine prior to the firing of any blast.

2.1.3 The firing line reel or spool shall be mounted on the rig in a manner that it cannot be lost overboard. An approved blasting machine shall be used for detonation regardless of the number of caps used. An electric blasting system shall not be used.

2.1.4 The amount of explosives permitted aboard the drill boat at any one time will be subject to the approval of the Contracting Officer, but in no case shall such amount exceed the amount permitted by appropriate codes and regulations.

2.1.5 The Contractor shall make necessary arrangements to prevent damage to any vessel, moored or underway, building or structure and preserve the crew or occupants thereon from exposure to injury as a result of the Contractor's operations. The Contracting Officer may require additional arrangements.

2.1.6 The Contractor shall have a certified marine survey of all floating plant proposed for underwater blasting work on this contract performed prior to starting any work, and shall provide the results to the Contracting Officer.

2.1.7 Automatic fire extinguishers of an appropriate type shall be installed on air compressors and in all engine compartments aboard vessels (drill boats, barges) where explosives are stored, handled, and used.

2.1.8 Remote fuel shut-offs and fire signaling devices shall be provided aboard the drill boats.

2.2 Lightning: The Contractor shall furnish, maintain, and operate lightning-detection equipment during the entire period of blasting operations and during the periods that explosives are stored at the site. The equipment shall be similar and equal to the Litton TSM/C Thunderstorm Monitor and Lightning Warning Instrument, as manufactured by Litton Industries, Inc., Environmental Systems Division, Camarillo, California. The equipment shall be installed where approved by the Contracting Officer. A lightning detector shall be operated at all times to detect lightning within a 50 mile radius. When the lightning-detection device indicates a blasting hazard potential,

the Contractor shall perform the following:

(a) Notify the Coast Guard and the Contracting Officer of the potential hazard.

(b) Clear the buoyed area of all vessels and personnel.

(c) Terminate all loading of holes and return unused explosives to the day storage area.

(d) Monitor the blast area to prevent any boat or vessels from inadvertently entering the blasting area during the lightning hazard

(e) Remove the lightning detector from the drill barge with the last evacuation vessel and continuously monitor the potential hazard until the danger has passed.

(f) After sounding the All Clear Signal, notify the Coast guard and the Contracting Officer, or his representative, that the potential hazard has passed.

(g) Resume operations only after all potential of hazard has passed.

2.3 All other applicable safety requirements shall be implemented in addition to that required above.

2.4 Navigation Control during Drilling, Loading, and Blasting Operations.

2.4.1 The Contractor shall buoy the area with warning signs. The warning signs shall be legible from a distance of 200 feet and shall contain the message "DANGER - EXPLOSIVES IN USE" visible on either side of the sign. The Contractor shall operate two or more patrol boats during blasting operations equipped with a visible yellow flashing light, audible horn, and radio with a hailer, whose sole function shall be to monitor and maintain security in the blast area. Patrol boats shall be stationed at the drill barge and remain in the blasting area during all blasting operations. Land oriented access control and visual observation locations should be determined and approved by the Contracting Officer. The Contractor shall inspect and insure there is no boat traffic within the buoyed work area prior to the firing of the blasting caps and until such time as the Contractor has sounded the "All Clear Signal". The Contractor shall establish and maintain a warning system as required by the Corps of Engineers Safety Manual. The Contractor shall equip and maintain his floating plant with radio equipment capable of communications with the Coast Guard. The Contractor, after each blast, upon inspecting the area, shall immediately notify the Coast Guard and the Contracting Officer if all clear or misfire is noted.

2.4.2 Coordination with the U.S. Coast Guard. The Contractor shall notify the Coast Guard 24 hours prior to a scheduled shot and 2 hours prior to the actual shot. The channel must be kept open to vessel traffic at all times except as permitted by the Coast Guard and the contracting Officer. Contact should be made with:

Commander (VTS)
Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, New York 10305
Telephone: 718-354-4088

2.5 Contingency Plan in Case of Misfire, Inadvertent Initiator Extraction, or Accidental Loss of Down Lines. All loading of blasting holes shall be done early enough each day to allow time, in case of a misfire, inadvertent initiator extraction, or accidental loss of down lines, to implement a contingency plan for removing or detonating the explosives before dark. The Contractor shall submit a contingency plan to the Coast Guard and Contracting Officer prior to initiation of any blasting and shall notify both parties in the event of a misfire, inadvertent initiator extraction, or accidental loss of down lines. All undetonated explosives due to misfire, inadvertent initiator extraction, or accidental loss of down lines must be detonated. The Contractor shall immediately notify the Coast Guard upon giving the "All Clear Signal" after correcting the misfire, inadvertent initiator extraction, or accidental loss of down lines.

2.6 The Contractor shall notify the public at least 24 hours prior to any scheduled blast, and at least 2 hours prior to an actual blast. As a minimum, the following shall be notified:

Bayonne Police Department
630 Avenue C
City Hall
Bayonne, New Jersey 07002
Tel. (201) 858-6949

Bayonne Fire Department
Fire Prevention Bureau
630 Avenue C
Bayonne, New Jersey 07002
Tel. (201) 858-6017

Elizabeth Police Dapartment
One Police Plaza
Elizabeth, NJ
Tel. (908) 558-2020

Elizabeth Fire Department
316 Irvington Avenue
Elizabeth, NJ
Tel. (908) 820-2806

Newark Police Department
649 Market Street
Newark, NJ 07105
Tel. (973) 733-6190

Newark Fire Department
1010 18th Avenue
Newark, NJ 07106
Tel.

Ken Spahb, Manager
New Jersey Marine Terminals, Port Newark-Elizabeth P.A.
Marine Terminals,
260 Kellogg Street
Port Newark, NJ 07114
Tel. (973) 578-2129

2.7 Bulk Product Specifications.

a. Bulk blasting agents or explosives delivered to the work area shall be weighed by a certified weigh master at the transfer location nearest the work area to determine the actual quantity of explosives delivered each day.

b. Bulk storage tanks or vessels on barges shall be permanently attached to the barge and electrically grounded. A containment dike shall be erected to contain the maximum rated capacity of the storage vessel and all associated pumps and hoses for transfer operations. Pumps, hoses and valves containing bulk product after transfer operations shall be stored in a locked magazine.

c. All access ports, valves, vents and drains shall be secured to prevent vandalism or theft of the explosive product.

A flow metering device capable of measuring the quantity of explosives to within 0.5% of the actual quantity in pounds shall be utilized for all bulk transfer to or from the bulk storage vessel.

d. The delivery system to load holes on each drill frame shall be designed to load each hole to within 0.5% of the design quantity required for each drill hole.

e. Each drill frame shall measure the quantity of explosives loaded in all holes with weigh scales or flow metering devices to within 0.5% of the design quantity for each hole. The total of all loaded holes shall be checked with the total quantity delivered prior to subsequent bulk deliveries. Should the bulk quantity delivered vary from the recorded quantity loaded and detonated, all measuring devices and or meters shall be recalibrated to within the specified accuracy.

f. Each hole loaded with emulsions or slurry shall be initiated with two separate downlines, caps, boosters and starters. At least one booster shall be secured in the hole with a mechanical lock-in system or spider to prevent extraction of the booster or priming charge.

g. As a minimum the top elevation of the emulsion or slurry product shall be measured to check for voids and actual quantity loaded.

h. The blast plan shall include manufacturer's catalog cuts, data sheets and detailed plans and specifications for the bulk storage vessel and transfer system, drill frame delivery system associated loading tubes and reel systems and measuring devices.

i. All loading tubes or hoses shall be equipped to be retracted from the bottom of the hole to the top of the product as the emulsion or slurry is loaded in the hole. The system shall in effect place the product in each hole in a tremie method.

2.8 Surface Blasting. Doby, or Surface Blasting, will not be allowed for the fragmentation of bedrock. Doby blasting is an allowable option for fragmenting boulders or large blast rubble when water depths are at least 30 feet.

3. PREBLAST SURVEY. The Contractor shall provide one man from his organization and his specialist on vibration control to work as a team with a representative of the Contracting Officer in making a preblast structural survey. A preblast survey of the interior and exterior of all structures shall be made within a one thousand five hundred (1500) foot radius of any blasting operations. Also all the historic structures listed in paragraph 4.3. The Contractor must notify all affected property owners of the preblast

survey. All structures that may be affected by the blasting, as well as those enumerated in paragraph 4.3, will be inspected and their condition documented. Any existing outstanding architectural defects such as broken or fallen plaster or broken windows shall be photographically documented by video and with a 35 mm camera with 3:1 zoom capabilities. The Contractor shall provide methodology to be used in conducting the preblast survey and listing of sensitive structures, determined from the survey to be sensitive, with reasons for these structures being sensitive, within 1500 feet from the blasting areas. Photographs will be taken of all the surveyed structures. The Contractor will determine the elevation of all piers and record with photographs all floating vessels that are in the vicinity and that are vulnerable to wave propagation. The Contractor shall include photographs and video of the historic structures. The Contractor shall certify that the survey was prepared prior to the start of any blasting operations under this contract. A copy of the Preblast survey shall be submitted for the Contracting Officer's approval in conjunction with the Operational Blasting Plan and four additional copies provided to the Environmental Branch, Planning Division.

4. BLASTING CONTROL.

4.1 General. The blasting program and methods shall be those developed by the test blasting program and procedure to accomplish the excavation shown on the contract drawings in accordance with the procedures specified herein.

4.2 Blasting. **Blasting shall be confined to daylight hours during the period from 2 hours after sunrise to 1 hour before sunset.** Blasting shall not be conducted when temperature inversions or heavy, low-level cloud cover exists. **Blasting will be prohibited on Sundays and Federal holidays.**

4.3 Vibration Control. Where blasting is necessary, the Contractor shall employ a specialist qualified in vibration control methods capable of analyzing results obtained from seismograph readings. A minimum of 30 days prior to commencement of blasting operations, the Contractor shall provide the Contracting Officer such bona fides of the seismic specialist to include, but not limited to, past experience, training, and education, and have working a knowledge of State and local laws and regulations which pertain to blasting. The acceptability of the specialist is subject to the approval of the Contracting Officer. The Contractor's seismic specialist shall place vibration monitors on all historic structures listed below and shall determine the placement of at least 8 additional vibration monitoring machines per blast zone (minimum 4 per shore) with approval of the Contracting Officer and shall be retained for loss control should contract blasting operations result in claims or complaints. The vibration monitoring plan shall identify the type of anchoring devices to be employed at various monitoring sites. Structures that should have monitoring machines include, at least, bulkheads, hazardous materials storage areas and buried utilities. At least one vibration monitoring machine must be placed between the blast and the nearest structure on a natural ground surface. This may require utilizing underwater locations. The other machines must be secured in the ground near identified sensitive structures. Blasting shall be controlled in such a manner that the maximum vibration level at any vessel or structure which is vulnerable to damage should not exceed the peak particle velocity of the appropriate municipality and geographical jurisdictions, or be subject to an unacceptable vibration frequency. A written and a telephone report on vibration intensity shall be submitted within 24 hours when specifically requested by the Contracting Officer or, without request, when such intensity exceeds a peak particle velocity of 2.0 inches per second for any one of the 3 perpendicular planes of motion. Peak Particle Velocity of 2.0 inches per

second should not become the basis of design. Refer to table 7.26(e) and chart, both found in NJAC 12:190 for assistance. The Government has provided a list of historic structures to be evaluated by the Contractor. The Contractor will perform a test blast (paragraph 5) which will determine a safe peak particle velocity (PPV) for all structures within the blast area. The contractor shall follow the following vibration limits for the structures listed below:

| | |
|---|---|
| Historic Structures | PPV<0.5 in/sec |
| Residential Structures in New York and New Jersey | PPV<1.0 in/sec |
| Other Structures | PPV<2.0 in/sec |

The Contractor shall submit a copy of the record in tabular form for each blast to the Contracting Officer no later than 24 hours after each blast, with a written report on velocity and vibration effects. This should also include location of blast, size, spacing, number, top and bottom elevations of holes, type of explosives, amount of explosives and stemming per hole and delay, type of delays, sequence and pattern, distance from the blast to the vibration monitoring machine, and any other pertinent information. The following historic structures will be evaluated for sensitivity to vibration and monitored:

<u>Bayonne, New Jersey</u>

Bayonne V9, V10, V11, V20, V21, and V22

4.4 All blasting shall be monitored by the blaster to determine air blast effects using an approved instrument operated by a competent person throughout the project construction and all data furnished to the Contracting Officer. The instrumentation will be located at seismic station locations as determined in paragraph 4.3 and other locations as directed by the Contracting Officer with at least three (3) monitors located in the area closest to the blast site. Airblast equipment shall record waveform data. Recorded airblast data shall be submitted in conjunction with vibration intensity data as specified in paragraph 4.3, within 24 hours of each blast. The maximum allowable airblast shall not exceed 124 decibels.

4.5 If the Government decides to have a supplemental blasting monitoring program under no circumstances will this relieve the Contractor of monitoring and controlling the blasting as specified in this Section or any other requirements.

5. TEST BLAST PROGRAM.

5.1 Purpose. The purpose of the test program is to allow the Contractor to establish safe limits of vibration and airblast overpressure, demonstrate the satisfactory performance of the drill boats and develop an operational blasting plan. The type of explosives and firing systems shall adhere to all applicable codes and regulations including, but not limited to, those cited in paragraph 1.1.

5.2 Test Blast Plan.

5.2.1 The Contractor shall submit fifteen (15) copies of the Test Blast Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these

specifications. The test plan shall include as a minimum all pertinent information listed in paragraphs 5.4 and 6.3.

5.2.2 Test blast programs shall be conducted by the Contractor for each area of rock blasting. An optional test blast program for the glacial till shall be planned if determined by the Contracting Officer to be necessary. Each blast program shall involve all drill boats that will be used for any portion of the contract. No drill boat shall be used for the contract that has not participated in a test blast program.

5.2.3 The Contractor shall notify the Contracting Officer sufficiently in advance of each test blast in order for Government representatives to be present during the test blasts. The Contractor shall also invite representatives of the Fire Department from Bayonne, Elizabeth, and Newark, New Jersey to the test blasts. The test blasts shall begin with a small number of charges and extend upward to the maximum yield to be used. The final test event shall simulate as close as practicable the explosives charge type, size, overlying water depth, charge configuration, charge separation, initiation methods, and emplacement conditions anticipated for the operational blasting program. During each blast the Contractor will analyze the effect of wave propagation on structures, vessels, etc., and take the appropriate actions to prevent damages.

5.3 Post Blast Evaluation.

5.3.1 After each test blast, the Contractor shall examine the structures of the preblast survey that were inspected and documented, to establish whether damage was caused to the structures. All damage resulting from the test blasting shall be reported in detail to the Contracting Officer, including photographs.

5.3.2 After each test shot the Contractor will excavate the fractured material to evaluate breakage, toe and top of cut. This information will be documented and provided to the Contracting Officer.

5.4 Data Recording and Evaluation. The test blast program shall be conducted and reported in strict accordance with procedures outlined in the sections of these specifications covering vibration control and air blast control. The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be shall be drawn on the maps in scale by providing coordinates of at least four (4) corners of blasted area. Include information as to the number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, sequence and pattern of delays, maximum peak particle velocity from each instrument, and peak overpressure reading in pounds per square inch and decibels from each airblast sensor. Information provided should also include a written analysis of each blast, including the maximum particle velocity in each plane, associated frequency in each plane and peak true vector sum of particle motion. In addition to the submission of an initial test blast plan, the Contractor is required to submit a documentation of each blast prior to proceeding on to the next blast test. The documentation shall include, but not limited to a written analysis of each blast, all observed test blasting data, examination of structures of the preblast surveys that were inspected, and information about excavation of fractured materials. Four copies of the record of each blast performed shall be submitted no later than 24 hours after completion of each test blast until the test blast program is completed. It is expected that the initial test blast will be used to

develop knowledge of ground conditions, propagation characteristics, etc. At the conclusion of the test blast program, the Contractor shall examine all reports, surveys, test data, and other pertinent information. Conclusions reached shall be the basis for developing a completely engineered procedure for blasting. Five copies of this report shall be provided to the Contracting Officer. In no event shall the operational blasting proceed until the review of the developed procedure for blasting has been completed and the procedures approved.

6. OPERATIONAL BLASTING PLAN.

6.1 The Contractor shall submit to the Contracting Officer ten (10) copies of the Blasting Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these specifications.

6.2 No drilling shall be started before the Contracting Officer reviews and concurs with the blasting plan or any revisions to the plan.

6.2.1 Any changes to the Contractor's blasting or monitoring procedures, equipment, plant, products or personnel must be reflected in a revised Operational Blasting Plan or supplement and must be approved by the Contracting Officer prior to implementation.

6.3 The Blasting Plan shall include as minimum requirements the following:

(1) Proposed method of transportation, storage, and handling of explosives.
(2) Plan showing layout of drill hole pattern, timing and sequence. anticipated burden dimensions and depth of subdrilling.
(3) Plan for the fragmentation of large boulders and blast rubble.
(4) Type of explosives and method of loading and detonating.
(5) Type of blasting machine to be used and when last tested.
(6) Specific gravity of explosives and manufacturer's technical literature.
(7) Initiation system to be used and explosive loading in pounds of explosive per delay.
(8) Indication as to whether decking or boosters will be used and the depths of required stemming.
(9) Type and number of drilling rigs, including drill hole diameter, and expected production rates/day.
(10) Type of instrumentation to be used, manufacturer, and when last calibrated and certified.
(11) Procedure for monitoring the blast operations.
(12) List of permits and clearances required, when applied for, and date of approval or anticipated approval.
(13) A format for maintaining a record of individual blasts throughout the life of the job designed to record pertinent data before, during, and after the blasting operation. Pertinent information shall include, but not be limited to, number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, and sequence and pattern of delays.
(14) Names and qualifications of specialists for vibration control analysis and airblast over- pressure measurements (refer to paragraph 4.3 for exacting requirements).
(15) Location plan, manufacturer's literature, and parameters to be used in site selection for seismic instrumentation.

(16) Plan showing location of warning signs and signals and the Contractor's land and marine spotters. A 2000 foot safety zone on either side of the blast site shall be free of vessels en route in the Newark Bay Channel prior to each blast.
(17) Name and address of Contractor's representative to which any claims for damage due to blasting should be addressed.
(18) The plan, signed off by the Contractor's jobsite authorized representative.
(19) The location of monitoring equipment, based on information from the preblast survey.
(20) Contingency Plan for Lightning Hazard
(21) Complete Project Team Organization with duties, responsibilities and authorities clearly defined. This organizational outline shall also include a listing of all personnel authorized to sign for, receive and use explosives on this contract.
(22) Complete list of floating plant involved in production blasting operations.
(23) Provide analysis and control of potential hazard due to possibility of undetonated Pourvex remaining from previous deepening.

6.3.1 The Contractor is advised to evaluate the vibration and airblast factors affecting structures and vessels in the vicinity of the blast area as determined in the preblast survey. It is recommended that the Contractor use a blast design that produces the maximum amount of relief practicable. The amount of explosives to be used will be determined during the test blast operation to meet all proper safety and environmental requirements. The Contractor is responsible that the fragmentation resulting from the blasting operation is of suitable size to allow for easy excavation by the Contractor's equipment. The Contractor shall also check water wave propagation to insure that shoreline structures and moored vessels within the blasting area will not be affected during blasting.

6.3.2 The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be drawn on the maps in scale by providing coordinates of at least four (4) corners of blasted areas.

6.4 If drilling and blasting is required outside buoyed areas, the Contractor's plan to maintain minimum navigable depth **(-40 feet MLW)**, outside of these buoyed areas must be submitted as part of the Operational Blast Plan. This plan will include areas where the buoy cannot be removed.

7. DRILL LOG AND BLAST REPORT

The Contractor shall prepare and complete drill logs and report for each blast is completed. Information provided on the logs shall include, as a minimum, the items listed in the Drill Log and Blast Report Form in SECTION 00901.

8. MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 02900

DREDGING AND DISPOSAL

1. Mobilization and Demobilization.

1.1 Mobilization shall include all costs for operations accomplished prior to commencement of actual dredging and blasting operations, such as transfer of dredges, drill boats and attendant plant, field offices and facilities, and equipment to the project site, preparation of disposal areas, and other incidental operations in advance of actual dredging and blasting work. Demobilization shall include general preparation for transfer of plant to its home base, cleanup of disposal and operations areas, and transfer of plant to its home base. The cost of work other than mobilization and demobilization of the Contractor's dredging plant and equipment shall not be included in this item.

2. Site Conditions.

2.1 Review of Existing Documents

2.1.1 Drilling and blasting equipment may be necessary for removal of some of these materials. Drilling and blasting shall conform to the requirements of SECTION 02200: Blasting. The Contractor is required to provide mechanical equipment capable of removing rock at a rate sufficient to complete the work within the specified time period as indicated in SECTION 00800: Special Contract Requirements.

2.1.2 Bidders are invited to examine Corps of Engineers subsurface exploration logs and to decide for themselves the character of the materials. The samples are available for inspection at the New York District, Caven Point Marine Terminal, Jersey City, New Jersey. For further information bidders should contact the New York District, Engineering Division, Civil Engineering Section, Mr. Ben Baker, at (212) 264-9110.

2.1.3. Bidders are expected to examine the site of the work, including the disposal areas, and decide for themselves the site condition that may affect their operations. See Contract Clause entitled "Site Investigation and Conditions Affecting the Work".

2.2 Existing Conditions

2.2.1 Character of Materials.

2.2.1.1 Subsurface Explorations including soil borings, rock cores and test dredging are provided so that potential bidders can determine the area extent and characteristics (including dredgeability) of the soil and rock to be removed. The results are shown on the maps and drawings referred to in Special Contract Requirements SECTION 00800, entitled "Contract Drawings, Maps, and Specifications". Although the results of these investigations are believed to be representative of subsurface conditions at their respective

locations and for their respective vertical reaches, local variations in the subsurface materials are to be expected and, if encountered, will not be considered to constitute "materially different" site conditions within the context of Contract Clause entitled "Different Site Conditions".

2.2.1.2 The materials to be found above the required depth, 47 ft below MLW, include, but are not limited to:

1). SOIL TYPES

Recent SILT and CLAY (MH-OH) - Dark gray to black, very soft SILT and CLAY, trace to some Sand and Gravel, trace Shells. Commonly emits strong petroleum odor.

Recent SAND (SP-SM) - Gray, poorly graded SAND, trace to little Silt and Clay, trace Gravel, trace Shells.

Gray-green, red-brown to black, thinly laminated, well indurated, fine to medium grained SANDSTONE with some natural fractures.

Red-brown to gray-black, thinly laminated, soft to very hard SHALE with some natural fracturing.

Pleistocene SILT and CLAY (CL-ML) - Red-brown to gray, slightly to moderately plastic, soft to very hard SILT and CLAY, trace to some Sand and Gravel.

Pleistocene SAND and GRAVEL (SM-GM) - Red-brown, dense, fine to coarse SAND and GRAVEL, little to some Silt and Clay with occasional Cobbles and Boulders. Commonly referred to as "Glacial Till".

2). ROCK TYPE

DIABASE - Gray to dark gray, very well indurated, fine to medium crystalline, igneous rock. Slightly to moderately weathered with occasional high angle fractures. Fractured and broken where previously blasted.

Gray-green, red-brown to black, thinly laminated, well indurated, fine to medium grained SANDSTONE with some natural fractures.

3). Trash and debris - Trash, debris and other miscellaneous man-made and natural objects should be expected to be encountered during the course of the dredging. This material may be encountered at any location above the required depth of 47 feet below MLW but be not limited to, wood, sheet metals, glass, lumber, plastics, tires, hoses, chains, cables, hawsers, other undetonated Pourvex from previous blasting.

3. Dredging Equipment.

3.1 Dredges. It is anticipated that a variety of dredging equipment will be necessary for the removal of soils and rock within the project area. All material shall be removed with dredging equipment appropriate for the material encountered (i.e. clamshell, closed clamshell "environmental"

bucket dredge, dipper, powershovel, etc.). The use of hopper and cutterhead dredges is prohibited.

3.2 Scow monitoring equipment (ADISS/ADISSPlay). The contractor is required, at his/her own expense, to have all scows or other vessels used to transport dredged material to designated placement locations (HARS, artificial reefs, or other locations in the New York Bight or Lower Bay) equipped with scow monitoring equipment (ADISS/ADISSPlay, from Science Applications International, Inc. (SAIC)). The ADISSPlay software/equipment shall be programmed by SAIC personnel for use aboard any towing, or other, vessels used to transport dredged material. The contractor shall ensure that the ADISS/ADISSPlay equipment is operational at all times dredged material is transported from the dredging site. Although the Corps Disposal Inspector (CDI) will observe the operation of the ADISS/ADISSPlay equipment, operation and maintenance of the ADISS/ADISSPlay equipment will be the responsibility of the dredging contractor. It is the contractor's responsibility to ensure that towing vessel crews are familiar with operation of the ADISS/ADISSPlay equipment. Any problems with operation/function of the ADISS/ADISSPlay equipment should be directed to SAIC personnel immediately, at (401) 261-4931, (401) 847-4210, and to the NY District at (212) 264-1853 or x1585.

4. Dredge/Disposal Inspector. The Contractor at his/her own expense shall have the USACE certified Inspector(s) of Open Water Disposal of Dredged Material to oversee the placement activities of all dredged materials at the HARS and upland disposal sites. The Dredge/Disposal Inspector shall be responsible for ensuring that the requirements contained in the drawings, specifications, the New Jersey DEP Water Quality Certificate/Coastal Zone Determination, and NYSDEC Water Quality Certificate are met. The Inspector must complete USACE Transportation and Placement Logs for all placement activities performed. Inspectors will be required to be on duty and in the towing vessel wheelhouse, to observe scow monitoring equipment function, watch for endangered species, and perform other inspector duties, from the time the towing vessel departs from the dredging site until the scow has fully emptied and closed at the designated placement area of the HARS or artificial reef.

5. General Requirements

5.1 Overdepth and Side Slopes

5.1.1 Allowable Overdepth

To cover inaccuracies of the dredging process, material actually removed from within the specified areas to be dredged, to depths as specified below for allowable overdepth, will be estimated and paid for at the contract price. Allowable overdepth dredging will be permitted to a depth of not more than 1.5 ft for all dredging areas. The required dredging depth as shown on the drawings is 47 ft below MLW. An allowable overdepth dredging will be measured and paid for at the applicable contract price in the same manner as specified for the overlying material.

5.1.2 Side Slopes

The side slope dredging requirements as shown on the drawings are as follows:

Non-Rock material: 1V to 3H
Rock: 1V to 1H

Material actually removed, within limits approved by the Contracting Officer, shall provide for final side slopes not flatter than those indicated on the drawings and will be estimated and paid for. The Contractor may dredge material in original position or may dredge below the pay slope plane at the bottom of the slope to allow for sloughing of upslope material capable of falling into the cut. However, material removed below any pay slope plane will not be estimated for payment. In computing the limiting amount of side slope dredging, the required depth indicated on the drawings, measured vertically, will be used. The quantity of material to be paid for shall not be in excess of that originally lying above this limiting slope. Side slopes are given for payment purposes only and are not necessarily the angle of repose of the soil. Sloughing side slopes shall not be the basis for claims against the Government. End slopes, where indicated on the drawings, shall be treated in the same manner as side slopes.

5.1.3 Excessive Dredging

Material taken from beyond the allowable overdepth or side slope limits may be deducted from the total amount dredged as excessive dredging, or excessive side-slope dredging. Materials dredged from below the depth limit which result in extra costs shall be the responsibility of the Contractor. Nothing here shall be construed to prevent the inclusion in the measurement of material dredged for the removal of shoals performed in accordance with the applicable of the paragraph: FINAL EXAMINATION AND ACCCEPTANCE.

5.2 If during the dredging or upon completion of the post-dredging surveys and soundings, materials are found above the required dredging depth of 47 ft below MLW, these materials shall be removed immediately at the Contractor's expense.

5.3 The maximum allowable depth of non-rock material to remain over the rock prior to blasting shall be 1.0 foot.

5.4 Reprofiling of the channel bottom in any area is prohibited.

5.5 Order and Sequence of Work

5.5.1 In locations where non-HARS material overlies HARS Material, the Contractor is required to remove the overlying non-rock material unsuitable for the placement at the HARS prior to start of dredging the HARS and rock materials.

5.5.2 The contract area is divided into three (3) sections designated "A", "B", and "C" with section "C" located to the north end of Newark Bay Channel. The sections "A" and "B" are located at the east and west of the contract area.

5.5.3 The Contractor shall commence work with the removal of "non-rock material unsuitable for placement at the HARS" area "A", "B", and "C".

5.5.4 The Contractor shall then work the acceptance areas in alphabetical order, beginning in Area "A". Except as provided below, only one acceptance area can be closed to traffic at a time. An acceptance area will be reopened when it is accepted.

3) Area B may be closed at the same time as Area A if the Contractor can demonstrates that working Area B will not delay the completion of Area A.

5.5.6 Interference with Navigation: Minimize interference with the use of channels and passages. The Contracting Officer will direct the shifting or moving of dredges or the interruption of dredging operations to accommodate the movement of vessels and floating equipment if necessary.

5.6 The Contractor will have a "NOTICE TO MARINERS" published by the Coast Guard prior to the initiation of any disposal activities. Every vessel engaged in the transportation of dredged material shall have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both sides of the vessel. These name and numbers shall be kept distinctly legible at all time, and no vessel not so marked, shall be used to transport dredged material, or place dredged material.

5.7 All floatable material excavated, including but not limited to wood and tires, shall be disposed of at an existing approved upland disposal facility. Should the Contractor encounter floatable material, a copy of a letter from the appropriate authorities granting permission to use an existing approved upland area shall be submitted to the Contracting Officer or his Representative.

5.8 All dumping activities shall be recorded as specified below.

Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor shall notify the New York District USACE by telephone. Calls regarding departures shall be made to the Dredged Material Management Section at (212) 264-1853 or 5622. The Contractor will furnish the Contractor name, project name, inspector name and estimated time of departure.

5.9 The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or the Environmental Protection Agency Inspectors accompany all trips to the open water placement site to certify compliance with the above.

5.10 The Contractor, or his authorized Representative, shall give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard 2 hours prior to departure of a vessel from port. Telephone calls should be made to the US Coast Guard at (718) 354-4088.

5.11 Corps Disposal Inspector (CDI). The Contractor at his/her own expense shall have a USACE certified Inspector(s) of Open Water Disposal of

Dredged Material (CDI) to observe the placement activities of all dredged materials within the designated placement grid, coordinates, or buoy locations located in the Atlantic Ocean or other open water area such as the New York Harbor Lower Bay. A list of USACE certified CDIs can be obtained from the USACE HARS Manager at (212) 264-1853. CDIs are to be employed by the Contractor. CDIs must manually complete USACE Transportation and Placement Log Forms (TPLFs) for all placement activities performed and manually prepare maps indicating the position of the scow at the time of scow door opening. CDIs will be required to be on duty and in the towing vessel wheelhouse, to observe scow monitoring equipment function, watch for endangered species (if NMFS certified for such duty), and perform other CDI duties, from the time the towing vessel departs from the dredging site until the scow has fully emptied and closed at the designated placement area of the HARS, artificial reef, or other open water placement location.

5.12 CDIs shall submit a manually prepared report of all placement activities authorized by this contract, and a manually prepared placement map, on the basis of one report and map for each scow of dredged material within 8 hours of the time of placement at the HARS, reef, or other open-water placement location. Logs should be faxed to (212) 264-4260, or hand delivered to room 1937 of 26 Federal Plaza within 8 hours of each placement event. Individual trip reports shall utilize the USACE Transportation and Placement Log Form (TPLF), which shall be fully completed manually on board the towing vessel. An electronic version of the TPLF shall be completed by the towing vessel crew and submitted with the CDI prepared TPLF and placement map. The contractor must also fax a scow time versus draft plot and an electronically prepared placement map, with the scow/hopper dredge position at the time of scow door opening, highlighted in a manner that will be visible on a faxed copy. Any discrepancies or other concerns noted by the CDI regarding placement activities shall be reported immediately (via cellular phone from the tug, or within one-half hour of return to the dredge site or port) to the USACE HARS Manger at (212) 264-1853 or x1585. CDIs may communicate with towing vessel captains to help ensure correct placement of dredged materials. However, CDIs are not authorized to operate towing vessel equipment, and in particular, remotely operated scow control equipment. CDIs are required to use hand-held laser range finders (required to be aboard all towing vessels used for dredged material placement) to determine the tow lengths used at the time of dredged material placement. CDIs are required to communicate with the towing vessel crew to obtain information necessary to document the position of the scow at the time placement occurs. CDIs are present to observe dredged material placement, but not to service, trouble-shoot, or operate scow monitoring equipment. Operation and maintenance of the scow monitoring equipment is the responsibility of the Contractor and/or the owner of the scow monitoring equipment. The CDI shall complete a map of the placement area showing the position of the scow at the time scow doors were first opened. The distance from the towing vessel to the scow (as determined using the hand-held laser range finder), the towing vessel DGPS position at the time of initial scow door opening, the vessel direction of travel, and the bearing to the scow from the towing vessel, will be used to plot the position of the scow at the time of scow door opening. Electronically printed maps of the placement area showing the track line of the scow during the placement trip, including a highlighted position at the time scow doors were first opened, should be faxed along with the manually plotted placement

Point of contact: James Iacone
Phone Number: 212 435-6548
Location of Unloading Facility: Disposal will take place above the NBCDF

The Contractor will be required to pay a management fee of $29.00 per cubic yard disposed of at the NBCDF. A management fee will be derived from volume calculation taken from a before-dredge and after-dredge bathymetric survey of the contract limit area as designated in the contract drawings and specifications based upon in-situ non-HARS sediment at the origin dredging site. The after-dredge survey will be performed for an area after the material for NBCDF disposal has been removed and before underlying material for HARS remediation or reef construction is removed. All other payment to the Port Authority of New & New Jersey shall be in accordance with the requirements specified in the NBCDF Final Operation and Management Plan.

6.3 An "environmental" bucket is required for the removal of the non-rock materials unsuitable for placement at the HARS. The defining characteristics of the environmental bucket are as follows:

a. The bucket shall be provided with welded steel covers and rubber seals specifically designed and installed by the bucket manufacturer to minimize leakage from the closed bucket.

b. The closed bucket shall be equipped with vertical side plates, with rubber seals, which overlap or some method to reduce sediment loss at closure and shall act as an enclosure to eliminate redeposit of soil from the bucket.

c. The bucket shall be equipped with a switch, with signal light in the control station, to verify bucket closure and seal.

d. The bucket will be designed to produce a flat cut and to minimize resuspension during closing and lifting.

A shop drawing of the contractor's bucket shall be provided to the Contracting Officer for approval prior to the commencement of dredging.

6.4 No dredging operations shall be done unless the Dredge/Disposal Inspector, approved by the Contracting Officer, is present. The Inspector shall visually inspect the dredged material and take photographs or videos to document the conditions of the dredged material.

6.5 For the purpose of progress payment, the Contractor shall perform bathymetric surveys immediately following removal of debris and prior to removing any non-rock material destined for the upland disposal site to determine the contract dredge volume of non-rock materials disposal at the upland disposal facility. The estimated contract volume is derived from volume calculations taken from a pre- and post-dredge bathymetric surveys based upon in-situ non-HARS sediment at the origin of dredge site. Refer to Section 00800, Quantity Surveys.

6.6 When working in "Non-Rock Material Unsuitable for Placement at the HARS", the Contractor shall employ the following best management practices:

1) No barge overflow shall be permitted during the dredging and transport of any contaminated dredged material.

2) A closed "environmental" bucket shall be used wherever possible to excavate material destined for disposal at the upland disposal facility.

3) Dredged material shall be placed deliberately in the barge in order to prevent spillage of material overboard.

4) The dredge shall be operated so as to maximize the bite of the environmental bucket. This will reduce the amount of free water in the dredged material and the number of the bites required for completing the job.

5) To minimize the loss of material during the excavation the clamshell bucket lift speed shall not exceed 2 feet per second.

6) All barges or scows used to transport sediment shall be of solid hull construction or be sealed with concrete, except for material permitted for subaqueous disposal.

7) The gunwales of the dredge scows shall not be rinsed or hosed during the dredging.

8) Should decanting of water from barges be required before disposal, the PA of NYNJ will make berthing area(s) available for dewatering purpose. The contractor may use either the **Berth 36 or Berth 63** in the vicinity of Elizabeth Channel in New Jersey or other site the Port Authority of NY & NJ may designate for this project. All operation and management rules shall be coordinated with the Port Authority of New York and New Jersey.

6.7 The Contractor shall submit a schedule for disposal of "non-rock material that is unsuitable for placement at the HARS" to the disposal facility Point of Contact and the Contracting Officer's Representative at least 30 calendar days prior to the commencement of the dredging of said material. The schedule shall indicate the anticipated flow of material.

6.8 The towing vessel captain is responsible to ensure, prior to the departure of the towing vessel from the dredge site, that the forecasted weather and sea conditions at the expected time of arrival at the disposal facility will allow for safe conditions. If upon arrival at the disposal site facility, prevailing conditions are such that deviation from the operating procedures of the disposal facility is necessary to ensure the safety of the operation, the responsibility for the determination of a minimum safe speed for the towing vessel, and a minimum safe distance will rest solely with the captain of the towing vessel.

6.9 The contractor shall be responsible for the transport of dredged material and the tie-down of the scow to the designated location identified by the disposal operator. Once the disposal facility operator has accepted the scow, the processing, unloading of dredged materials, additional transportation of dredged material, and placement of dredged material will be the sole responsibility of the disposal facility operator.

6.10 The dredging and placement logs for dredged material unsuitable for

placement at the HARS placement shall be completed and attached to the Contractor's daily CQC report and submitted on a daily basis.

7. Disposal of Dredged Material Suitable for Ocean Disposal.

7.1 General

7.1.1 A National Marine Fisheries Services-approved Observer, at the Contractor's expense, shall be aboard the tug transporting a loaded scow to the placement site within the HARS. The observer shall have the responsibility for determining the presence of endangered species (sea turtles and whales) during transit to, and upon arrival at the location for all placement activities. Observations shall be conducted at all times during transport to the placement location. Upon arrival at the placement site, placement of dredged material may occur only if no specimens of endangered species are observed to be present within a ¼ nautical mile of the placement site. If endangered species are observed to be present within a ¼ nautical mile of the designated placement locations, then the placement of dredged material shall not occur. Placement of the dredged material may occur only when the observed animals have moved outside the ¼ nautical mile zone around the designated placement locations, or have completely departed the site. In all such cases where whales or sea turtles have been encountered, the observer shall submit a written report incorporating the following information: animal type (Whale or sea turtle); the specific species (if known); the date, time and location of the sighting (latitude, longitude, or DGPS); approximate distance away from the vessel and scow/barge; number of individuals observed; behavior (feeding, nursing, migrating, etc.,). If a CDI is to be used for this function, he/she should possess or acquire, prior to the initiation of the project, valid certification from the National Marine Fisheries Service or other accredited agency of training on techniques for identifying species, and preparing applicable reports for instances where endangered species are encountered.

7.1.2 The towing vessel captain and the CDI shall jointly determine and agree, prior to the departure of the towing vessel from dredged site, that the forecasted weather and sea conditions at the expected time of placement of dredged material will allow the full release of the material from the scow at the designated location. If upon arrival at the placement site, prevailing conditions are such that deviation from the placement parameters is necessary to ensure the safety of the operation, the responsibility for the determination of a minimum safe speed for the scow, and a minimum safe distance from the marker buoy (if used) to ensure the safety of the operation, will rest solely with the captain of the towing vessel. In any case where such deviation occurs, the CDI shall note the alteration and reason for the deviation upon the CDI's weekly written report. Additional guidelines to be provided during the placement of any dredged material within the HARS are as follows:

a. The distance between the towing vessel and the placement scow when placing the dredged material within the HARS shall be noted by the CDIs on the Transportation and Placement Log Form for each trip. A hand-held laser range finder is required aboard each towing vessel for use in determining the distance between the towing vessel and placement scow.

b. Navigation equipment on board the towing vessel must be calibrated periodically in accordance with the manufacturer's guidelines. The instrumentation must also conform to current industry standards. Re-calibration of the instrumentation will be required in instances where major modifications to the towing vessel have been made. Specific documentation certifying the accuracy of instruments may be requested by the USACE. Fixed aids to navigation, with known latitude-longitude coordinates, should be used periodically to double-check the accuracy of navigation equipment.

c. The Contractor or its authorized dredging or towing contractor shall be required to equip each scow, which transports dredged material for placement, with the ADISS/ADISSPlay scow monitoring system, or other USACE designated scow monitoring system. Before each departure, the CDI shall verify that the scow monitoring system is in good working order as indicated by the ADISSPlay unit, or other scow monitoring component, onboard the towing vessel. Furthermore, the CDI and the Scowman, if used, shall jointly continue to monitor the functioning of the system during each trip. Should the CDI or dredging contractor personnel suspect at any time that the system is not functioning properly, the scow monitoring contractor (SAIC, (401) 261-4931) shall be notified immediately and immediate repair will commence. Latitude-longitude coordinates of the scow, displayed by the scow monitoring systems, should be periodically checked against latitude-longitude coordinates of tugboats, when passing the same, fixed geographic position (i.e. channel marker). The coordinates should be approximately the same. Discrepancies should be noted and investigated through contact with the HARS Manager and the scow monitoring contractor.

d. If the Contractor or its authorized dredging or towing contractor has a person on board a dump scow heading for the HARS or reef placement site, the American Bureau of Shipping (ABS) load lines would not be required, but a valid USCG Certificate of Inspection (COI) is required. If the Contractor or its authorized dredging or towing contractor has unmanned dump scows heading for the HARS, ABS load lines would be required, but no USCG Certificate of Inspection (COI) is required. If the Contractor or its authorized dredging or towing contractor opted to transfer a person to the scow from the tug boat at sea just prior to dumping, the Contractor would be subject to a USCG inspection and a COI may be required.

e. Prior to commencement of dredging, the contractor is required to identify scows that will be used for the project. At least one scow greater than the anticipated number used each day during normal dredging activities will be required to help ensure that adequate scows are available to use throughout the duration of the project. Scows may be owned by the dredging contractor or by a sub-contractor, but must be available for use at any time for the duration of the dredging. Only scows identified for use on the contract prior to commencement of dredging will be allowed for use in transportation of dredged materials. However, if an unforeseen event produces a situation requiring the use of a scow not originally identified for the project, the USACE must grant approval prior to use of the scow.

f. Scow loading tables associated with all scows used during the dredging project, shall be provided to Inspectors working during trips to open-water dredged material placement sites. Dredge operators, or other

contractor personnel, shall provide the Inspectors with an estimated dredged material density for each scow load of dredged material. The scow draft information, in combination with the estimated dredged material density, will be used by the inspector to estimate the quantity of dredged material within each scow. This quantity will be reported by the Inspector on the Transportation and Placement Log form.

7.2 Dredged Material Placement Protocol for the HARS

7.2.1 The Government has identified the Historic Area Remediation Site (HARS) for placement of non-rock material removed under this contract. Non-rock material is defined as material that is less than 2.5 inches in diameter. Vessels which contain less than 25% non-rock material (i.e., vessels with contain 75% or more rock material) should not be transported to the HARS. Scow size (scow volume)for this project may not be greater than 6,000 cubic yard. Scows larger than 6,000 cubic yards capacity may be used if the volume within the scows are maintained at or below the 6,000 cubic yards volume limit.

7.2.2 The Contractor shall perform dredged material placement at specific locations within the HARS, defined by the following perimeter coordinates:

| Point | Latitude DMS | Longitude DMS | Latitude DDM | Longitude DDM |
|---|---|---|---|---|
| B | 40 25' 23" N | 73 53' 34" W | 40 25.38' N | 73 53.57' W |
| D | 40 25' 22" N | 73 52' 08" W | 40 25.37' N | 73 52.13' W |
| F | 40 23' 13" N | 73 52' 09" W | 40 23.22' N | 73 52.15' W |
| G | 40 23' 13" N | 73 51' 28" W | 40 23.22' N | 73 51.47' W |
| H | 40 22' 41" N | 73 51' 28" W | 40 22.68' N | 73 51.47' W |
| I | 40 22' 41" N | 73 50' 43" W | 40 22.68' N | 73 50.72' W |
| L | 40 25' 22" N | 73 50' 44" W | 40 25.37' N | 73 50.73' W |
| N | 40 25' 22" N | 73 49' 19" W | 40 25.37' N | 73 49.32' W |
| O | 40 21' 35" N | 73 49' 19" W | 40 21.58' N | 73 49.32' W |
| Q | 40 21' 36" N | 73 52' 08" W | 40 21.60' N | 73 52.13' W |
| T | 40 22' 08" N | 73 52' 08" W | 40 22.13' N | 73 52.13' W |
| U | 40 22' 08" N | 73 53' 34" W | 40 22.13' N | 73 53.57' W |

DMS = Degrees, Minutes, Seconds
DDM = Degrees, Decimal Minutes

The Contractor will also use exact placement criteria set by the New York District Corps of Engineers. All placement of dredged material within the HARS will occur in strict accordance with the guidelines and locations attached to these specifications, and any future updates when provided by USACE, particularly at the pre-construction meeting.

7.2.3 All non-rock material excluding debris and trash shall be transported to the HARS.

7.2.4 The following placement protocol associated with the use of radio-controlled, unmanned scows shall be followed:

a. Prior to leaving the dredging site, scows should be inspected to ensure correct operation of mechanical features. Scows should also be

inspected for the presence of any conditions that may cause navigation problems or leakage. Potential leaks will be investigated by viewing the scow draft versus time plot associated with each placement trip. The scow radio-control system and scow monitoring systems should be inspected for correct operation. A correctly calibrated and fully operational, long-range (up to 400 meters), hand-held laser range finder must be carried aboard each towing vessel. Range finders shall be tested prior to departure from the dredge site. If any problems with the scow, radio-control system, scow monitoring systems, or range finder are encountered, corrections must be made before offshore transport of the scow may proceed. Dredge inspectors shall be provided with scow loading tables for each scow used on the project. Approximate sediment densities being loaded into the scows shall be reported to Inspectors prior to departing the dredge site. Inspectors will use the scow loading tables, along with observed fore and aft scow draft values, and the estimated sediment density, to estimate the volume of dredged material contained within each scow. These estimated values will be reported on the Transportation and Placement Log Forms.

b. After leaving the dredging site, the scow draft count values or draft values, if available, should be recorded from the scow monitoring system on the transportation and placement log form. If the values begin to significantly change during transport, either leakage of dredge material from the scow may be occurring (counts decreasing, draft decreasing), or the scow's hull may be taking on water (counts increasing, draft increasing).

c. Scows should be brought to the designated grid cell of the HARS disposal grid developed for each dredging project using the DGPS navigation systems of the tugboat and scow. Scow position will be monitored by the scow monitoring system onboard the tugboat. Placement in the appropriate grid cell will be determined by the dredge inspector using the scow monitoring system while the scow position and draft information are monitored automatically by the scow monitoring system. Placement will be made while traversing grid cells parallel to the longest dimension of the grid cell (North-South in most cases). Even if the overall placement grid is oriented with its longest dimension oriented East-West, individual grid cells will be usually be elongated North-South. However, a specific situation may arise that may result in NY District directing placement along an East-West trackline.

d. If the scow monitoring system does not show reliable DGPS coordinates in the vicinity of the HARS, the tugboat DGPS should be used to locate the placement cell and estimate the scow position during placement. Length of towlines should be measured using handheld laser range finders. The bearing to the scow from the towing vessel should also be noted at the time of placement. Tow lengths should be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. Tow lengths should never exceed 1000 feet. Vessel navigation during placement should be maintained in the direction of the maximum grid dimension to the greatest extent possible. Perimeter grid cells will not be used when the scow monitoring system is not functioning. If the designated placement cell is located along the perimeter of the grid, the adjacent cell located closer to the grid center will be used. The CDI should record the following information, used to manually plot the placement position on a map, during all placement trips:

1) Coordinates of the tug at the start and end of placement
2) Length of tow line (distance from tug stern to scow bow)
3) Estimate of lateral displacement of scow from target longitude.

e. If neither the scow monitoring nor the tugboat DGPS systems provide navigation coordinates, or inclement weather/sea conditions prevent reliable maneuvering of the scow, the scow should be brought to a buoy located near the center of the placement grid, using Loran, standard GPS, or eyesight to locate the buoy; NW, NE, SW, and SE. The first time the buoy is used for placement, the NW quadrant will be used. The other quadrants will be used in clockwise, consecutive order, as needed. Vessel navigation during placement should be maintained in the direction of the maximum grid dimension to the greatest extent possible. The CDI should record the following information, used to manually plot the placement position on a map, if this option is used:

1) Coordinates of the tug at the start and end of placement
2) Distance and bearing from the tug to the buoy at start and end of placement
3) Length of tow line (distance from tug stern to scow bow)
4) Estimate of lateral drift of the scow from the longitudinal course of the towing vessel.

f. If the central grid buoy cannot be located, and neither the scow monitoring system nor tug DGPS systems are operable, the scow will be brought back to the dredge site for correction of navigation problems.

g. The central grid buoy will only be used if steps a, b, and c are attempted without success, or when inclement weather/sea conditions prevent reliable maneuvering of the scow. The buoy should not be used if inclement weather conditions persist. Placement at the central buoy should be considered an emergency procedure. If a scow monitoring system fails after leaving the dredge site, the scow should not be used again until a fully operational scow monitoring system is installed.

h. The location of the backup placement buoy may be changed to allow more uniform placement at the HARS and prevent mounding.

i. Regardless of the position of the backup placement buoy, the tug should never be far enough from the buoy, at the time of placement, to allow the scow to be outside the boundaries of the project placement grid.

j. Scows should be completely operational to prevent dredged materials from leaking during transport. Dredge Inspectors should record scow draft and scow monitoring system pressure data prior to departure from the dredge site and immediately prior to scow door opening at the designated grid cell. If a leak is suspected, the scow should be brought back to the dredge site for inspection and any necessary repairs.

k. If a situation arises that requires emergency dumping of dredged material, all reasonable efforts to dump outside of navigation channels should be made.

l. If radio communication with the scow is lost, preventing operation of the scow, a scowman should board the scow to either fix the problem or operate the scow if such a procedure is conducted according to U.S. Coast Guard rules and regulations. Voice contact, through radio or direct communication, shall be maintained with the scowman while riding aboard the scow. Scow opening shall only occur when a direct, voice command has been given to the scowman. If the radio control system cannot be fixed, the scow should be towed to the designated placement location and manually discharged following steps (c) through (k). If the scow's engine cannot be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated placement position if the scow's engine is started. Past use of radio-control scows revealed that manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to be completed, causing the scow to dump at the location of engine startup. Any problems with the radio control system should be fixed prior to subsequent use of the scow.

m. Location of the central placement grid buoy should be noted by the towing vessel crew and compared with the designated position. If the buoy is found, or suspected to be, out of position, or damaged, the HARS manager, Ph.D. Stephen C, Knowles should be notified immediately at (212) 264-1853 or the NY District, Caven Point Field Office should be notified at (201) 333-1170.

n. Scows containing dredged material should not be towed from the dredging site for ocean placement unless all of the following items are present and fully operational:

- scow monitoring systems (ADISS and ADISSPlay)
- DGPS navigation system aboard tug
- Radio-control system for scow operation (if scowman is not used)
- Radio and backup radio system aboard scow (if scowman is used)
- Backup signal system aboard tug (if scowman is used)
- Hand-held laser range finder aboard tug
- Fathometer aboard tug
- Full compliance with any other contract or regulatory requirements related to dredged material placement

o. Scows containing dredged material should not be towed from the dredging site for ocean placement unless ocean/weather conditions are forecast to allow safe and accurate placement of dredged material within a designated placement grid.

7.3 Dredged Material Placement Protocol for Artificial Reefs and other Rock Placement Locations

The rock material to be dredged, exclusive of all floatable material, will be disposed of at the Sandy Hook Reef Site in New Jersey State. The artificial reef site is located approximately 1.4 nautical miles offshore Sea Bright, Monmouth County, New Jersey. The site is located approximately 5.7 nautical miles at 157 deg. magnetic from Sandy Hook Channel (NW corner) and 10.2 nautical miles at 31 deg. magnetic from the Shark River Inlet (SW corner). Boundaries of the site are as follows:

| LATITUDE | LONGITUDE |
|---|---|
| NE Corner 40 23' 20" | 73 56' 00" |
| NW Corner 40 23' 20" | 73 56' 50" |
| SE Corner 40 21' 00" | 73 56' 00" |
| SW Corner 40 21' 00" | 73 56' 50" |

a. Prior to leaving the dredging site, scows should be inspected to ensure correct operation of mechanical features. Scows should also be inspected for the presence of any conditions that may cause navigation problems. The scow radio-control system (if used on the project) and the ADISS and ADISSPlay systems should be inspected for correct operation. A hand-held laser range finder must be carried aboard each towing vessel. Range finders shall be tested prior to departure from the dredge site. If any problems with the scow, radio-control system, ADISS/ADISSPlay systems, or range finder are encountered, corrections must be made before offshore transport of the scow may proceed.

b. After leaving the dredging site, the scow draft count values should be recorded from the ADISSPlay system on the transportation and placement log form. If the counts begin to significantly change during transport, either leakage of dredge material from the scow may be occurring (counts decreasing), or the scow's hull may be taking on water (counts increasing).

c. Scows should be brought to the designated grid cell of the reef using the DGPS navigation systems of the tugboat and scow. Scow position will be monitored by the ADISSPlay system onboard the tugboat. Placement in the appropriate grid cell will be documented by the dredge inspector using the ADISSPlay system while the scow position and draft information are monitored automatically by the ADISS system.

d. If the ADISSPlay system does not show reliable DGPS coordinates in the vicinity of the designated artificial reef (or other designated rock placement area), or is not functional, the tugboat DGPS should be used to locate the placement cell and estimate the scow position during placement. Length of towlines should be measured using a handheld laser range finder. The bearing to the scow from the towing vessel should also be noted at the time of placement. Tow lengths should be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. The dredge inspector should record the following information if this option is used:

1) coordinates of the tug at the start and end of placement
2) length of tow line (distance from tug stern to scow bow)
3) estimate of lateral displacement of scow from target longitude

e. If any problems with the ADISS or ADISSPlay systems are encountered at any time, the HARS manager and the ADISS/ADISSPlay contractor, Science Applications International Corporation (SAIC), should be notified immediately. The SAIC ADISS representative can be reached at (401) 261-4931. The HARS manager can be reached at (212) 264-1853.

f. If neither the ADISSPlay nor the tugboat DGPS systems provide navigation coordinates, or inclement weather/sea conditions prevent reliable maneuvering of the scow, the scow should be brought to a suitable location for correction of navigation problems.

g. If an ADISS system fails after leaving the dredging site, the scow should not be used again until a fully operational ADISS system is installed.

h. Scows should be completely operational to prevent dredged materials from leaking during transport. Dredge inspectors should record scow draft and ADISS pressure data prior to departure from the dredge site and immediately prior to scow door opening at the designated grid cell. If a leak is suspected, the scow should be brought back to the dredge site for inspection and any necessary repairs.

i. If a situation arises that requires emergency dumping of dredged material, all reasonable efforts to dump outside of navigation channels should be made.

j. If radio communication with the scow is lost, preventing operation of radio-controlled scows, a person should board the scow to either fix the problem or operate the scow. Voice contact, through radio or direct communication, shall be maintained with the scowman while riding aboard the scow. Scow opening shall only occur when a direct, voice command has been given to the scowman, or radio communication with radio-controlled scows is maintained. If the radio control system can not be fixed, the scow should be towed to the designated placement location and manually discharged following steps (c) through (i). If the scow's engine can not be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated placement position if the scow's engine is started. Past use of radio-controlled scows revealed that manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to be completed, causing the scow to dump at the location of engine startup. Any problems with a radio control system should be fixed prior to subsequent use of the scow.

k. Voice contact, through radio or direct communication, shall be maintained with the scowman (if used) for the duration of trips. Scow opening shall only occur when a direct, voice command has been given to the scowman, or, in the case of radio-controlled scows, direct radio communication with the scow is maintained, or when an approved, alternative backup signal system is used to communicate with a scowman. Prior to the start of dredging, plans for an alternative backup signal system (i.e., a special flag, flare, etc.) should be submitted to the New York District Corps of Engineers, if a scowman will be used. A backup radio should be onboard all manned scows. Hand signals shall not be used to direct the scowman regarding scow opening/closing.

l. CDIs should note water depths, every few seconds, from the tug's fathometer when traversing the length of the reef grid. The shallowest depths noted, and DGPS coordinates of the position, should be recorded on the Transportation and Placement Log form. If depths shallower than 46 feet MLW are noted anywhere at the reef site, the Dredged Material Management Section, Ph.D. Stephen C. Knowles should be notified immediately at

264-1853 or x1585. The area of the grid in which depths of -46 feet or shallower were detected should not be used for placement until additional bathymetric information is obtained.

m. The Contractor shall periodically survey patch reefs under construction. If excessive material accumulates at a specific site shallower than -40 feet, the Contractor shall remove the excess material to -40 feet at no additional cost to the Government.

n. Scows containing dredged material should not be towed from the dredging site for ocean placement unless all of the following items are present and fully operational:

- scow monitoring systems (ADISS and ADISSPlay)
- DGPS navigation system aboard tug
- Radio-control system for scow operation (if scowman is not used)
- Radio and backup radio system aboard scow (if scowman is used)
- Backup signal system aboard tug (if scowman is used)
- Hand-held laser range finder aboard tug
- Fathometer aboard tug
- Full compliance with any other contract or regulatory requirements related to dredged material placement

o. Scows containing dredged material should not be towed from the dredging site for ocean placement unless ocean/weather conditions are forecast to allow safe and accurate placement of dredged material within a designated placement grid.

8. The Contractor shall prepare a Daily Report of Operations form and shall furnish signed copies thereof to the Contracting Officer, or his representative, on a daily basis. Copies shall also be faxed to the HARS Manager at (212) 264-4260. A copy of the form is attached at the end of Section 00901. Further instructions on the preparation and submittal of these reports will be provided at the pre-dredging conference.

9. Buoy Removal.

9.1 The Contractor shall notify the Coast Guard, with a copy to the Contracting Officer, at least 30 days prior to the date desired for having buoys removed or relocated which interferes with dredging operations. Requests may be made telephonically at (718) 354-4191, or by writing to:

Commander
U.S. Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, NY 10305

10. Measurement and Payment.

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

# SECTION 11010

# DIGITAL PHOTO DOCUMENTATION AND COMMUNICATIONS

## PART 1 GENERAL

### 1.1 Contractor Representative

The Contractor is responsible for visually documenting the entire project using a digital camera and a secure digital photo management system. The Contractor shall designate a representative who shall:

1. Take the digital photos
2. Down load them into a secure digital photo management system
3. Add captions, full descriptions, search fields and key words to each photo
4. Link each photo to the project's schedule by attaching the appropriate activity id to each photo
5. Transfer a copy of all photos and their related notes, key words, captions, activity id's to the Government representative on a weekly basis or as requested.

1.1.1 This person shall be trained by a factory certified trainer to use the digital photo management system.

1.1.2 The Contractor shall supply the following:

1. Digital photo management system. This master system shall include the hardware and software necessary to operate the digital photo management system. Descriptions of the hardware and software are provided in PART 2 - PRODUCTS.

2. Maintenance, upgrades and support for the digital photo management software, the camera, and the computer for the duration of the project.

3. Two (2) digital cameras (one will be utilized by the Contractor's representative, the other by the Government representative).

1.1.3 The digital camera, digital photo management system software, computer, printer and all associated hardware (cables, connectors, etc.), accessories and documentation shall be turned over to the Government at the end of the project. All components shall be in good condition and shall be fully operational.

### 1.2 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-01 Data

Digital Photo Management System; GA A.

Contractor shall submit 7 copies of product brochures of the digital photo management system, the digital camera, computer and printer.

1.3 MEASUREMENT AND PAYMENT

No separate measurement and payment shall be made for the work performed under this section and all costs associated therewith will be included in the applicable contract price to which the work pertains.

PART 2 PRODUCTS

2.1 Contractor shall provide products as specified below:

2.1.1 Digital Camera

The digital camera shall be able to download images to the computers provided by the Contractor. The digital camera utilized shall be on the digital photo management system's recommended list, shall be directly supported by the digital photo management system software's drivers, and shall include the following:

1. Carrying case
2. Minimum of an 8 megabyte PCMCIA memory card
3. Additional 16 MB memory card
4. Warranty for the life of the project

2.1.2 Secure Digital Photo Management System

The computer software system utilized by the Contractor to document the project with digital photo shall be capable of providing all of the requirements of this specification.

2.1.2.1 The Contractor shall provide the following software and software related services:

1. One Photo Management System to be located on the jobsite.
2. One Photo Management System to be located at an office to be designated by the Government.
3. Software enhancements and technical support for the life of the project.
4. Two (2) days of system design, setup and on site training by a factory authorized training representative for the Photo Management System. These services shall be in place and fully operational when the on site training occurs.

2.1.2.2 The digital photo management system shall:

1. Be an established, commercially available product designed specifically to provide secure visual documentation that has been on the market for at least three (3) years.

2. Down load photos and voice from the camera directly into a high-speed database without requiring the use of the camera's down load software or Twain drivers.
3. Keep an unchangeable log of each down load, and document the exact date and time of the down load.
4. Have red lining capabilities that allows the user to place an unlimited number of layers of text, lines, etc. on top of the photos without altering the actual photo, and allow these red lining layers to be shared between systems easily.
5. Be able to automatically export photos, text descriptions, voice, etc. and create a secure packet that can be sent to another like system. The receiving system shall be able to automatically import all of the information into its database.
6. Secure the photos as soon as they are down loaded so that they cannot be modified.
7. Provide a mechanism for verifying the integrity of the photos each time they are viewed to ensure that they have not been modified.
8. Provide visual indicators that the photos are secure.
9. Automatically store the date and time with each photo where it cannot be modified.
10. Automatically identify each photo with the serial number of the system that down loaded it, the down load number, the photo number from the roll, and the person's name that took the photo. This information must be protected so that it cannot be modified.
11. Allow a caption of up to 30 characters to be attached to each photo. This caption shall appear automatically in the photo browser when the mouse pointer passes over the thumbnail of the photo.
12. Allow a permanent description of up to 5,000 characters to be placed on each photo. Once the photo is filed this description must be permanent.
13. Allow additional text of up to 5,000 characters to be placed on each photo.
14. Have at least 10 user defined search fields so the photos can be categorized by building, floor, area, etc. as directed by the Government representative.
15. Be capable of printing at least 8 photos per page complete with their captions, dates and times, and text automatically.
16. Provide a file management system that allows an unlimited number of photos to be archived and retrieved easily. The system must be capable of automatically splitting its image database into multiple files that can be relocated by the system to removable media if desired (zip drives, read-write optical drives, etc.)
17. Automatically store the photos in reverse date and time order.
18. Allow the photos to be retrieved by date range instantly.
19. Allow the photos to be located by key words.
20. Include built-in file transfer capabilities that will allow photos to be transferred easily from system to system using built-in modems software, floppy disk, internet, etc. This file transfer system shall have the ability to automatically select all new photos from the database, place a copy of these photos in a secure transfer packet along with their notes, key words, etc., and send this secure packet to the Government's representative's digital photo management system.
21. Include the ability to link the digital photos directly to the project's schedule (Primavera P3, SureTrak or Microsoft Project), and

view all of the photos for a given activity instantly directly from the schedule.

22. Include the ability to share the photos and their descriptions with parties that don't have a digital photo management system by creating diskettes with photos and their text descriptions, dates and time, and voice. A royalty free viewer shall be placed on each of these diskettes that will allow the receiving party to view the photos and their descriptions.
23. Include the ability to store at least 80 photos (without voice) on one 1.44 MB floppy disk.
24. Be able to record and play voice with each photo.
25. Include a spell checker that will check the contents of the descriptions placed on the photos.
26. Be capable of linking directly with a MAPI compliant e-mail program to transfer the photo albums or secure packets.
27. Be capable of creating web pages of photographs including the main index page and photo pages. Web pages shall include thumbnails, photos, textual descriptions of the photos and user defined headers.
28. Provide security options to limit user's access to the photos.

2.1.3 Weather Cameras

The Contractor shall provide LYNX photo imaging processor software and file manager or equal with two or more weather proof digital cameras installed to monitor all facets of the project site at 5 second intervals. Each dredge and drill boat shall be monitored 24 hours per day. Failure to provide monitoring for more than 8 hours in a 30 calendar day period will be cause for retainage of payment. The system shall include a WEB site for USACE, NYD as well as all hardware wiring, interface, maintenance and replacement due to vandalism or damage and fees for the contract duration.

2.1.4 Printer

The Contractor shall provide a color inkjet printer equal to an Epson Stylus 800. Printer shall meet the following minimum requirements:

1. 1440 x 720 dpi minimum resolution
2. Printer driver shall indicate status of printer and ink cartridges
3. Printer shall have separate color and black ink cartridges

2.1.5 Accessories

The following accessories shall be provided.

1. One (1) headset microphone equal to a Labtec C-315 shall be provided to record voice on the photos
2. Twenty (20) 100 MB ZIP disks
3. Six (6) backup tapes
4. Five hundred (500) 1.44 MB diskettes
5. Five hundred (500) sheets photo quality paper for printer
6. Six (6) color ink refill cartridges for printer
7. Three (3) black refills for printer

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall take regular photos of the Project as indicated in paragraph 3.2 below. These photos, used in conjunction with the approved Project Schedule, shall be used to measure the progress of the work, to aid in evaluating time extensions, communicate any problems visually to the Government representative, clarify and document RFI's (request for information) and to provide the basis of all progress payments.

3.2 Photo Requirements

The Contractor shall visually document the Project as follows:

1. Each Friday the Contractor shall take at least one photo of each activity listed on the schedule that is a) in progress or b) is supposed to be in progress, and any activity that is in the schedule's critical path. The activity ID shall be on the activity id field of each photo where it can be linked automatically to the schedule. Multiple activities may be linked to each photo.

2. Each Friday one photo shall be taken from the same locations around the jobsite including artificial reef placement site and upland off loading facility. These locations will be determined at the beginning of the job by the Government representative. They shall be identified as one of the search fields. For example, one of the photos may be taken each week from the north property line and it would be identified N1 in the search field. W1 would identify the photo taken from the west property line, etc. This will allow the project to be viewed from that point instantly using this search field.

3. Photos shall be taken immediately of all problem areas.

4. Where possible, photos shall be taken of all items that are included in a Request for Information (RFI). These photos shall be identified in a search field entitled "RFT". A 1.44 MB diskette or an attachment to e-mail (if the RFI is submitted by e-mail) shall accompany the request for information containing a copy of the photos showing the item in question. These photos shall be viewable complete with their text descriptions, dates, times, etc. by viewer software that can be distributed royalty free.

5. Photos shall be taken of other miscellaneous items as directed by the Government representative.

6. Photos shall also be categorized using the user defined search fields as directed by the Government representative.

3.3 Transferring Photos

A packet transfer of all the new Project photos shall be sent to the Government representative each week by one of the following methods as directed by the Government representative:

1. ZIP disk
2. Floppy diskette (1.44 MB - Windows 95 format)
3. Internet e-mail attachment
4. FTP transfer to Government's ftp location

Packets may be sent on a more frequent basis if requested by the Government representative.

3.4 Backup

The Contractor shall be responsible for backing up the entire digital photo management system computer each week using the tape backup unit. Weekly backup shall be rotated between 6 tapes. A complete weekly backup shall be done each Friday, and the most current complete backup tape shall be stored off-site in a safe location. An incremental tape backup shall be done daily automatically each night.

3.5 Access to Digital Photos

Government's representative shall have complete access to the digital photo management computer and all photos at all times.

3.6 End of Project

At the end of the project the entire digital photo management system specified in this section shall be turned over to the Government representative.

-- End of Section --