**Following exhibits are filed under seal:**

**EXHIBIT 13**

**EXHIBIT 17**

**EXHIBIT 18**

**EXHIBIT 19**

**EXHIBIT 20**

**EXHIBIT 21**

**EXHIBIT 22**

**EXHIBIT 23**

**EXHIBIT 24**

**EXHIBIT 25**

**EXHIBIT 26**

**EXHIBIT 27**

**EXHIBIT 28**

**EXHIBIT 29**

**EXHIBIT 59**

**EXHIBIT 60**

**EXHIBIT 65**

**EXHIBIT 69**

**EXHIBIT 72**

**EXHIBIT 73**

**EXHIBIT 74**

**EXHIBIT 75**