## 1.2 SURFACE COVER

The NJDEP-approved RAW includes a surface cover design, which includes the placement of fill over the majority of the Site, to achieve the remedial action objectives (RAOs) for soil at the Site and facilitate redevelopment of the Site.

### 1.2.1 Port Facility End-Use

OENJ Cherokee Woodbridge, LLC. (OENJ Cherokee) had an option agreement to purchase the Site, and redevelop it as an auto-marine facility for the Port Authority of New York/New Jersey (NY/NJ). OENJ Cherokee had proposed to construct the Surface Cover in conjunction with the Brownfield redevelopment of the Site as an auto-marine facility using PDM and/or recyclable waste materials as structural fill. Ultimately, as a result of changes in market forces, the Port Authority of NY/NJ withdrew its option to purchase the Site and the associated redevelopment plans, therefore, are no longer considered viable.

### 1.2.2 Commercial Development End-Use

Catellus purchased the Site from PSE&G in September 2004. Catellus is currently implementing its re-development plans for the PSE&G Site for commercial/industrial uses as the Port Reading Business Park. The redevelopment will include approximately 3.3 million square feet of light industrial warehouse space and appurtenant aprons, roadways, parking, and landscape areas.

As part of the redevelopment, Catellus will construct the Surface Cover engineering control in accordance with the NJDEP-approved RAW and associated permitting requirements. At this time, the redevelopment plans for the Site include the construction several buildings, with finished floor elevations for each building at approximately 18 feet above mean sea level (ft-msl). The grading[3] fill required to attain these final elevations is required to facilitate the construction of the Surface Cover, which will include concrete building foundations and slab, exterior concrete aprons, and asphalt roadways and parking areas that will satisfy the requirements of the NJDEP approved RAW. In the limited non-structural areas of the Site, two feet of material meeting the NJDEP's approved criteria will be placed on top of the grading fill and revegetated to meet the Surface Cover requirements.

A detailed geotechnical design plan has been developed by Schoor DePalma for the Site, which specifies methods and specifications for controlled fill placement and placement of surcharge fill to consolidate underlying unsuitable materials and to minimize the potential for future differential settlement. All fill material is required to be placed to strict compaction standards and is monitored and tested for compliance by Catellus or its Engineer as is detailed further in this document. Following the surcharge activities, the excess fill will be spread and compacted across the Site as part of the Surface Cover and in accordance with the RAW.

[3] Grading fill includes structural fill.

## 1.3 DOCUMENT ORGANIZATION

Following this introduction, the document is organized as follows:

- Section 2.0 presents the Material Acceptance Plan; and
- Section 3.0 presents operations Considerations and Fill Material Documentation
- Section 4.0 presents Summary and Conclusions.

In addition, tables, figures and example forms for use are provided. Appendix A includes reference drawings.

proposed herein in advance for sources greater than 1000 cy – 1 sample per 250 cubic yards for the first 500 cubic yards and 1 sample per 1000 cubic yards thereafter[9] - will be performed to determine if the source is contaminated. The NJDEP has indicated that it would approve an alternate reduced sampling frequency for specific sources on a case-by-case basis, depending on the source and homogeneity of the proposed fill materials, as well as the level of background data available for the source. In some cases, extensive background investigation and characterization of a potential fill source may have been performed for an excavation area in advance of its identification as a potential source of fill for this Site. In these instances, a source-specific sampling frequency (which could be the existing data only with no additional testing) will be proposed by Catellus, its Consultant, or its Contractor for each such potential source of fill and an application for approval of the fill for use at the Site submitted to the NJDEP.

The purpose of the sampling and analysis and background investigation of each source is to determine that the fill material accepted at the Site will not cause impacts to groundwater or human health and that it is free of contaminants in excess of the SSMAC (and therefore presents no greater threat to human health or environment than the existing Site historic fill which will remain).

<u>2.5.2.2.2.1 Virgin Soil or Virgin Non-Soil Fill Material</u>

Fill including uncontaminated soil, rock, gravel, or sand which shall be source separated from any material not meeting this category definition. The material generally must meet the size limitations of the NJDEP definition of clean fill (N.J.A.C. 7:26-1.4). This material shall be approximately 8 inches in diameter or less. For larger diameter or mixed graded materials, the virgin soil fill material shall be intermixed with fine graded Clean Fill such that the proportion of material less than 1-1/2" in diameter is a minimum of 125% of the void volumes contained in material that is greater than 1-1/2" in diameter. The virgin soil fill material is assumed to be, chemically inert and have no potential adverse impact on the environment, therefore no sampling and analyses are required for approval. A certification that the material is uncontaminated pursuant to any applicable remediation standard will be required from the Generator as described in Section 2.4.2 herein.

[9] Unless a lower frequency is approved by the NJDEP.

2.5.2.2.2.2 Clean Fill Soil and Construction Fill

Clean Fill Soil and Construction fill shall be sampled for the analytes listed on Table 2 (NJDEP soil cleanup criteria) at the frequency shown on Table 2. The analysis shall be performed on a composite sample from grab samples from discrete. Analyses for volatile organics shall be performed on discrete samples per the appropriate frequency. Dependent upon the anticipated homogeneity of the fill material, additional testing may be required at the origin of the proposed fill material source or upon receipt at the Site to confirm that the material is acceptable. A certification by the Generator as to the nature of the soil will be required as described in Section 2.4.2 herein.

2.5.2.2.2.3 Recycled Soil From Class B Recycling Facilities

This category includes processed soil from an NJDEP-approved Class B recycling facility that meets all of the respective facility's Class B permit standards for unrestricted use on Non-Residential sites. A copy of the proposed facility's Class B permit shall be maintained on record at the Site by the Site Fill Coordinator. Conformance sampling and analysis of post-treated material from the Class B facility will be performed at a minimum rate of one composite sample per 1,000 cubic yards, based upon a composite of discrete grab samples obtained in regular intervals after treatment has been performed at the facility. Each 1,000 cubic yard lot of material sampled shall be segregated in batch piles until results are received and approved by Catellus, its Consultant, and its Contractor for shipment to the Site. All laboratory analysis will be performed by a NJDEP certified laboratory. Composite samples shall be analyzed for the analytes listed on Table 2 (full NJDEP Cleanup Criteria constituents excluding VOCs). One grab sample from each 1,000 cubic yard stockpile of treated soil will be analyzed for Priority Pollutant volatile organic compounds. Soil shall be considered acceptable for use at the Site if it meets the SSMAC. Results of the testing for each 1,000-cubic yard stockpile of treated soil will be compared to the SSMAC. If the results are acceptable, Catellus, its Consultant, and its Contractor will approve the treated soil batches with copies of results maintained by the Site Fill Coordinator for future submittal to the NJDEP. A detailed summary will be included as part of the final Remedial Action Report. A certification by the Generator as to the nature of the soil will be required as described in Section 2.4.2 herein.

2.5.2.2.2.4 Other Soil

Includes soil from a commercial or non-commercial source that has been tested for the analytes listed on Table 2 (full NJDEP cleanup criteria constituents) that shall not exceed the SSMAC. This category includes borrow soil fill material from the adjacent PSE&G Port Reading Site which, although a separate parcel and case, is a part of the overall redevelopment project. Conformance sampling and analysis shall be performed at the frequency shown in Table 2. The analysis shall be performed on a composite sample from grab samples from discrete.

Analyses for volatile organics shall be performed on discrete samples per the appropriate frequency. Dependent upon the anticipated homogeneity of the fill material, additional testing may be required at the origin of the proposed fill material source or upon receipt at the Site to confirm that the material is acceptable. All laboratory analysis will be performed by a NJDEP certified laboratory.

Composite samples shall be analyzed for the analytes listed on Table 2 (full NJDEP Cleanup Criteria constituents, excluding VOCs). If the results show that the material is uncontaminated, the material shall be certified as such, and will be accepted for use without NJDEP approval. If the results show that the material is contaminated, but is below the SSMAC, the results shall be submitted to NJDEP by Catellus, its Consultant, or its Contractor for approval prior to shipment of fill material to the Site. A certification by the Generator as to the nature of the soil will be required as described in Section 2.4.2 herein.

2.5.2.2.2.5 Clean Fill (non-soil)

Clean Fill including uncontaminated inert rock, gravel, sand, concrete, recycled crushed glass, and clay products material, shall be source separated from any material not meeting this category definition. The material generally must meet the size limitations of the NJDEP definition of clean fill (N.J.A.C. 7:26-1.4). Clean Fill shall be approximately 8 inches in diameter or less. For larger diameter or mixed graded materials, the Clean Fill material shall be intermixed with fine graded Clean Fill such that the proportion of material less than 1-1/2" in diameter is a minimum of 125% of the void volumes contained in material that is greater than 1-1/2" in diameter. A limited amount of source separated Recycled Asphalt and asphalt millings will be used on roadways and as sub-base material. The specifications for clean fill call for this material to be free of deleterious material (i.e., wood, debris and organic waste). The clean fill will be sampled and analyzed in accordance with Table 2.

2.4.2.2.2.6 Dredged Material

This category includes dredged material that has been dredged and processed (amended) for stabilization and solidification at sites pursuant to oversight and permitting by NJDEP Office of Dredging and Sediment Technology. The dredged material shall be sampled *in-situ* in accordance with a Sampling and Analysis Plan prepared according to the NJDEP guidance document entitled "Management of Dredging and Dredged Material Disposal – October 1997." Results of the analysis of the raw dredged material will be submitted to the ODST. Composite samples of Amended Dredged Material will be prepared and bulk chemistry performed for comparison to the SSMAC. The ODST will issue an Acceptable Use Determination for dredge materials acceptable as fill for the Site after conferring with the Case Manager.

### 2.5.2.3 Sampling Methodology

Materials to be accepted at the Site must be sampled in accordance with sampling and quality assurance procedures of the NJDEP Technical Requirements for Site Remediation (N.J.A.C. 7:26E-2). Certification of conformance with these requirements must be included with application for acceptance of fill materials to the Site on the forms attached hereto. The Generator of the fill material or its agent shall certify that the samples were obtained in accordance with procedures recommended in NJDEP Field Sampling Procedures Manual, May 1992. All sampling shall be performed by an independent consulting firm or laboratory certified or registered with the State of New Jersey. Field and trip blanks will not be considered mandatory.

### 2.5.2.4 Approval or Conditional Approval of Fill

Once an application for acceptance of fill is deemed complete (where the source due diligence reveals the fill is compatible with Site remediation objectives, the fill characterization is complete and the testing frequency is no less than the generic frequency contained in the MAP), the determination of acceptability of the fill material from the proposed source will be made by comparing the results of the analysis to the NJDEP IGWSCC, RDCSCC, and the SSMAC. Materials that are not contaminated relative to the more stringent of the IGWSCC and RDCSCC will be acceptable for use without NJDEP approval. For materials that are contaminated relative to the IGWSCC and RDCSCC, Catellus, its Consultant, and its Contractor, will evaluate the results relative to the SSMAC and, if use of the fill at the Site is deemed necessary, a copy of the submittal and analytical data will be forwarded to NJDEP for approval. If only a portion of the fill proposed for use at the Site is acceptable, the approval of the fill source will be specifically limited to the approved fill, with a written directive to the Generator or its agent requiring separation of non-acceptable fill prior to shipment of the acceptable fill from the source to the Site.

Due to the possibility for the existence of analytical data from investigations and characterization studies performed on behalf of a potential source without having advance knowledge of this MAP testing protocol, it is possible that in limited situations, material will be well characterized, but the available analytical data may be missing certain analytes. For sites where data is missing limited analytes only, and such analytes are not known constituents of concern at the source site and are not believed to be present at the site (based on due diligence), conditional approval of the fill from that source may be granted, with confirmatory sampling of the fill for the missing analytes conducted upon its arrival at the Site at a frequency equal to or greater than that listed in the generic testing frequency protocol herein. Since all fill material entering the Site is tracked as to its placement location (as described further below), the material will be stockpiled in a tracked location and sequestered until the results of the confirmatory analysis are received and reviewed. Should the results be acceptable as expected, the fill from the stockpile will be placed at the Site pursuant to Site operating procedures. Should the results indicate the material is not

acceptable, the material stockpile will be re-loaded onto trucks and returned to the site of generation or to an alternate approved location.

## 2.6 GEOTECHNICAL CRITERIA FOR STRUCTURAL FILL

In conjunction with the placement of materials to achieve the Site redevelopment design, it is expected that structural fill will be categorized into one of three categories (fine grained, well graded, and large diameter/mixed graded) and will be tested and monitored by Catellus, its Contractor, or Engineer to ensure that the specified geotechnical/engineering requirements (such as gradation, strength, and compaction) for the fill materials are achieved during construction. Catellus, its Contractor, or Engineer will accept or reject fill materials and their placement as required to achieve the Site redevelopment design.

## 2.7 OTHER FILL CRITERIA

The following criteria are applicable to all fill material proposed for use at the Site:

- The fill material shall not contain free liquids upon delivery to the Site.
- The fill material shall not contain any malodor which would render it a public nuisance, in the owner's sole discretion
- The fill material shall not exhibit any characteristic that would render the material a nuisance to the workers at the Site or at the surrounding properties (e.g., excessive dust).
- Soil fill material shall generally be equal to or less than 20% moisture on an as received basis. These criteria will be monitored in conjunction with the geotechnical testing to determine if the material is within an acceptable range of moisture to achieve proper compaction.

## 2.0 MATERIAL ACCEPTANCE PLAN

This Section presents the detailed protocols for accepting fill materials to be used as grading fill and to construct the Surface Cover for the Former PSE&G Site. The detailed protocols for accepting fill materials for the Site have been developed to ensure that:

- Surface Cover materials do not exceed the remediation standard for the Site (restricted use);
- Grading fill materials do not exceed the remediation standard for the Site unless the constituents are at concentrations less than what has been detected at the Site;
- Surface Cover and grading fill materials do not cause impacts to groundwater; and,
- Surface Cover and grading fill materials do not cause impacts to sensitive ecological receptors.

In consideration of the requirements above, Site Specific Material Acceptance Criteria (SSMAC) have been developed and are presented herein. The detailed protocols were developed based upon the Surface Cover requirements established in the NJDEP-approved RAW.

### 2.1 SURFACE COVER AND GRADING FILL REQUIREMENTS

In order to achieve the soil RAOs for the Site, including reducing the potential for direct contact exposure to constituents in Site surface soils to levels which are protective of non-residential uses, a Surface Cover will be constructed over a significant portion of the Site above the grading fill placed to achieve the proposed grades for the commercial redevelopment of the Site. The NJDEP-approved RAW established the requirements for the surface cover. Per the RAW, the Surface Cover will consist of one of the following:

- A minimum 2-foot thick soil cover system comprised of an 18-inch thick barrier layer and a 6-inch thick protective layer;

- A minimum 12-inch thick concrete or asphaltic concrete paving system (including clean-fill aggregate sub-base);

- A minimum 12-inch thick building floor slab associated with redevelopment of the PRR Site; or,

- Other surface cover configuration capable of preventing exposure to Site surface soils exceeding applicable remediation standards.

The proposed Surface Cover limits are depicted on Drawing RAW-D3 and details are provided on Drawing RAW-D4 (from the NJDEP-approved RAW, included in Appendix A). As shown, grading fill will be placed to achieve the subgrade elevation for the Surface Cover. Institutional

controls (i.e., Deed Notice) will also be implemented as part of the Site-wide Surface Cover system remedy.

The limits of the Surface Cover are consistent with the current redevelopment plans for the PRR Site and, in general, the limits of the Surface Cover extend to the property boundary on the northern, western and eastern portions of the PRR Site, and to the Conrail Leasehold in the southern portion of the PRR Site. The Conrail Leasehold will be assessed and remediated under a separate ISRA case number upon cessation of Site activities, as described in the NJDEP-approved RASR.

## 2.2 SURFACE COVER AND GRADING FILL MATERIALS

Fill materials used to construct the Surface Cover and for use as grading fill may include both on-Site and imported materials. Imported materials may consist of clean fill, virgin borrow, recycled materials, recyclable materials, or dredged materials. On-Site materials will consist of regraded soils from "cut areas" of the Site which will be excavated, transported and placed as grading fill. At a minimum, the Surface Cover[4] will meet the Non Residential Direct Contact Soil Cleanup Criteria (NRDCSCC) as specified in the NJDEP-approved RAW.

Technical specifications for each component of the Surface Cover will be developed in conjunction with the final redevelopment plans for the Site. For example, fill materials used to construct the upper six (6) inches of the Surface Cover may also be required to contain sufficient organic content and/or be amended to support the establishment and growth of a non-erodible vegetative cover.

On-Site materials from "cut areas" of the Site will be utilized for reuse on-Site in accordance with the NJDEP's approval, provided that excavation of the soils does not reveal any contamination at unacceptable levels. The "cut area" area includes the Eastern Area of the Site which extends to the adjacent Former Koppers Site property may be reused as structural fill within the limits of the proposed Surface Cover. Since, ultimately, the PSE&G property and the Former Koppers property will be redeveloped concurrently into the Port Reading Business Park, "cut soils" from the PSE&G property or the Former Koppers property may be suitable for use as grading fill at the PRR Site, within the limits of the Surface Cover.

It is likely that certain areas of the PRR Site will be pre-loaded by surcharging the Site with stockpiled fill materials to induce consolidation of the subsurface soils at the Site prior to building construction. Fill materials used to pre-load the PRR Site may consist of on-Site fill materials, acceptable imported fill materials, or a combination thereof. Since the surcharging of the Site would include temporary placement of fill at elevations above the final Site grades, the

[4] Soil used to construct the surface cover will be subject to the protocols established in this MAP. Alternative Surface Covers, including, but not limited to asphalt paving, concrete foundations, concrete floor slabs, roads, etc.. are not subject to the protocols for testing established in this MAP.

stockpile will ultimately be regraded during construction. Regraded stockpiled materials are assumed not to require additional characterization or additional NJDEP-approval on the assumption that they have met the SSMAC prior to stockpiling.

Remedial activities performed at other on-Site locations, such as excavation of sediments from the drainage ditches and/or wetlands, will result in additional soils that will require on-Site management and consolidation beneath the Surface Cover. These soils will be placed within a designated "Area of Consolidation" (AOC), as depicted on Drawing RAW-D3 included in Appendix A and will be documented in the Deed Notice for the Site.

### 2.2.1 Surface Cover Protective Layer

The plans for commercial development include the construction six (6) buildings along with paved parking areas over the majority of the Site. The Protective Layer for the public and private roadways, parking areas and truck aprons will consist of an asphalt or concrete paving layer. Areas of the Site which will be located within the building footprint will not require a separate protective layer as the concrete building foundations and floor slabs will serve as the Surface Cover Protective Layer. The Protective Layer for those minimal areas of the Site not being paved or receiving buildings will be 6 inches of either vegetated soil meeting a minimum of the more restrictive of the NRDCSCC or the IGWSCC, 12 inches of gravel, or similar aggregate material.

### 2.2.2 Surface Cover Barrier Layer

The Barrier Layer for the parking areas and truck aprons will consist of an aggregate sub-base below the asphalt or concrete layer. Areas of the Site which will be located within the building footprint will not require a separate Barrier Layer; the building foundation/floor and its aggregate sub-base components will serve as the Surface Cover. The Barrier Layer for the minimal areas of the Site not being paved or receiving buildings will be 18 inches of material meeting a minimum of the more restrictive of the NRDCSCC or the IGWSCC placed below the Protective Layer.

### 2.2.3 Grading Fill

At present, grading plans for the commercial redevelopment of the Site include the placement of structural grading fill to achieve the finished floor grades for the proposed new industrial warehouse buildings. The vast majority of the Site will be covered by the buildings and appurtenant roadways, concrete aprons and asphaltic concrete paving, and will require structural fill to achieve design elevations prior to final building construction. Limited areas requiring non-structural fill include locations such as berms, buffer zones and landscape areas. Note that in order to ensure that the building foundations will remain stable, and the potential for differential settlement is minimized, structural fill will be initially stockpiled in defined areas to higher elevations as required for surcharging the building footprints.

## 2.3 CHEMICAL CRITERIA - SITE-SPECIFIC MAXIMUM MATERIAL ACCEPTANCE CRITERIA (SSMAC)

A Site-specific maximum acceptance criteria (SSMAC) has been established and is proposed herein to allow for the beneficial use of fill material generated from off-Site sources as grading fill beneath the Surface Cover or as Surface Cover materials for the planned industrial development at the Site.

As detailed in the NJDEP-approved Remedial Investigation Report (RIR)[5], the Site has known Site-related chemical constituents and historic fill constituents which in some cases exceed the restricted use remediation standard for direct contact exposure at commercial use sites (NRDCSCC). Relevant figures depicting Site concentrations versus the NRDCSCC from the RIR are included in Appendix A. Since the majority of this Site will receive a Surface Cover to prevent direct contact with Site soils, it is appropriate and consistent with NJDEP policy to consider for acceptance materials that will be placed beneath the Surface Cover that exceed the NRDCSCC, but which have constituent concentrations below those of known Site constituent concentrations.

Table 3 presents the Site Specific Maximum Acceptance Criteria (SSMAC) which has been developed for the beneficial use of imported fill material for the Site, such that fill materials do not pose a greater risk to human health or the environment than soils already on site. In short, the SSMAC was developed based on current NJDEP policy considering the existing levels of chemical constituents at the Site and NJDEP criteria for protection of human health and the environment.

## 2.4 BENEFICIAL USE OF FILL MATERIAL

The accepted grading fill materials will be utilized for beneficial use as structural fill and, in very limited cases, as non-structural fill. To meet the requirements for beneficial use, the material will be used as a substitute for virgin material and will meet the performance requirements for structural and non-structural fill for construction.

Fill materials to be accepted at the Site shall meet the SSMAC unless approved by the NJDEP. Fill materials meeting the SSMAC will be used in areas where structural and non-structural fill is required as grading fill. Materials exceeding the RDCSCC will be placed under the Surface Cover and are therefore suitable for use as grading fill at the Site unless approval is otherwise obtained from the NJDEP. Fill material meeting the SSMAC may be used in non-structural areas if it is covered by the Surface Cover. No hazardous wastes shall be accepted as fill.

[5] December 2004, Key Environmental, Inc., Remedial Investigation Report, Port Reading Redevelopment (PRR) Site, Woodbridge, New Jersey.

## 2.5 POTENTIALLY ACCEPTABLE FILL MATERIALS

The RAW required that fill materials meeting a minimum of the NRDCSCC or approved Site-specific alternate criteria would be used as grading fill, Barrier Layer, or Protective Layer Material. The RAW, however, does not establish the formal protocol for demonstrating that fill material meets the approved criteria. The NJDEP requires that each individual source of fill materials to be used at the Site for remediation be subjected to the protocols and procedures provided in this MAP prior to acceptance at the Site.

### 2.5.1 Categories of Acceptable Fill Material

A wide range of materials have been used as fill at similar redevelopment sites, and may be available in the region for use as fill materials for this Site. Based upon probable availability, similar use, and previously proposed materials at this Site, seven (7) categories of material have been identified for inclusion in this MAP. Candidate fill materials include both soil and non-soil materials. The material categories are as follows:

#### 2.5.1.1 Soil Materials

1. Virgin Soil per 7:26E 6.4(b) –Virgin soil from a commercial or non-commercial source.

2. Recycled Soil from Class B Recycling Facility – Soil from an NJDEP-approved Class B Recycling Facility. The soil shall meet the Site Specific Material Acceptance Criteria (SSMAC).

3. Other Soil – Soil from a commercial or non-commercial source that meets the SSMAC.

#### 2.5.1.2 Non-Soil Materials

1. Virgin Material per 7:26E 6.4(b) – Virgin fill material from a commercial or non-commercial source.

2. Clean Fill per 7:26-1.4 – Uncontaminated non water-soluble, non-decomposable, inert solid such as rock, soil, gravel, concrete, glass, and/or clay or ceramic products. Clean fill shall not mean processed or unprocessed mixed construction demolition debris.

3. Recycled Material from Permitted Class B Recycling Facility – Non-soil material from an NJDEP-approved Class B Recycling Facility limited to non-putrescible concrete, asphalt, brick, block and asphalt-based roofing scrap. Other Class B Recycling Facility material to be reused at the Site will be subject to the NJDEP's approval on a case-by-case basis.

4. Dredged Material – Dredged material processed and regulated under a NJDEP-approved Acceptable Use Determination (AUD).

### 2.5.2 Procedure for Review and Certification of Fill

This section details the protocol and procedures to be followed for review and certification of each individual source of fill material proposed for acceptance as fill, and the characterization of the fill material prior to its acceptance and use at the Site.

In order to ultimately obtain the No Further Action (NFA) for the Site, the following information for each potential fill material source is required in accordance with 7:26E – 6.4(b):

1. Certification stating type (i.e. virgin, recycled, clean fill, etc.) of material.
2. Bills of lading for each source documenting:
    A. Name of affiant and relationship to source of fill.
    B. Location where fill was obtained, including street, town, block, state, and history of fill.
3. Statement from affiant that to best of the affiant's knowledge and belief the fill being provided is not contaminated[6] and steps taken to confirm such.

An example of the certification form (Form 1) to be used is attached.

For materials from potentially contaminated sources, these materials will be tested in accordance with the Technical Requirements for Site Remediation [(specifically 7:26E-6.2(d)]; however, in accordance with 7:26E-6.2(b) and 6.2(d), the testing frequency may be modified on a case-by-case basis, subject to NJDEP approval. Should the test result reveal that the source is contaminated; Form 1 will be completed without the Affiant Statement and submitted to the NJDEP for approval.

Table 1 presents a flow chart depicting the generic procedure for reviewing each identified potential source of fill material to determine if it suitable for use at the Site. Ultimately, the NJDEP approves or rejects the use of fill materials for the Site. Prior to approval of this MAP by NJDEP, all fill materials used at the Site are subject to advance NJDEP approval. The MAP is intended to provide a specific guide to be followed for review and approval of fill materials, and for documenting compliance of fill sources in accordance with the MAP. Post-placement reporting of the fill sources used to complete the surface cover will be provided to the NJDEP for approval as part of the final Remedial Action Report.

[6] As defined by the NJDEP, contaminated relative to the more stringent of the NJDEP's IGWSCC or RDCSCC

**2.5.2.1 Registration of Fill Material Sources**

All sources of fill material proposed for the Site will be registered in advance through the Site Fill Coordinator[7]. A Material Characterization Request Form will be completed by the Generator[8] or its agent and submitted to the Site Fill Coordinator of the fill material being proposed for use at the. A copy of the Material Characterization Request Form is included herein. The purpose of this form is to provide important information for each proposed source of fill, including its location, description of activities generating the fill material, and as detailed a site history as is available to assist in determining the suitability of the fill material for use at the Site. Any available existing fill characterization data (analyses) will be submitted with this form as well to determine if additional analysis/characterization is warranted.

Additionally, Form 1 will be completed by the Generator prior to approval for acceptance of any individual source of fill proposed for use at the Site.

**2.5.2.2 Material Characterization**

The primary object of the Materials Acceptance Plan is to define the circumstances under which off-site imported fill material may be beneficially used as part of the remediation and redevelopment of the Site. As such, it is important that each potential source of fill, and the fill material itself, be properly characterized to determine its compatibility with Site remediation goals, standards, and requirements, and that it is feasible for use in construction at the Site.

Characterization of fill materials will be carried out in accordance with the procedures set forth in this MAP. In general, materials to be accepted at the Site are not expected to be affected by known spills or discharges from environmental areas of concern (pursuant to 7:26E).

Materials proposed for use as fill will require analytical testing to determine suitability for beneficial use at the redevelopment Site. Depending on the category and nature of the fill material proposed for use at the Site, proposed fill materials may be tested in-place prior to excavation for use as fill material (in-situ characterization) or post-excavation (stockpile and/or confirmatory testing).

Many proposed sources of fill will have been previously investigated and characterized by the Generator of the fill or its consultants for their own project or regulatory purposes. A review of these results along with the information provided in the Material Characterization Request Form discussed in Section 2.4.2.1 above will assist in determining whether additional sampling or analysis is needed to approve the fill for use at the Site.

[7] The Site Fill Coordinator shall be designated by the Contractor
[8] The Generator is also the Affiant and is defined as the party providing the fill material for use at the Site

2.5.2.2.1 **Potential Fill Source Due Diligence**

The determination of suitability of fill material for use at the Site will begin with a due diligence investigation into each potential source of fill. The background investigation will include review of information provided in the Material Characterization Request Form as well as any associated site investigation reports or remedial action reports associated with the potential fill source site. Items to be researched and documented for each potential source include the process generating the fill material, the reason for its excavation and removal from the source site, the presence or absence of any known areas of concern or contaminant sources at the fill source site (including the status of any remedial actions on or around the fill source site), details regarding the delineation and separation of contaminated materials (if any) at the source site from the fill proposed for use at the Site, and a review of existing sampling diagrams and analytical data for the fill material intended for beneficial use at the Site. A determination of the completeness of characterization of the fill material will be made, taking into account the amount of background information available and the relative homogeneity of the fill material for the source proposed for use at the Site. The due diligence investigation will be performed and documented by Catellus, its Consultant, or its Contractor, with the results available for inspection by NJDEP personnel and to be filed with the final Remedial Action Report for the Site.

Depending upon the amount of site history and data available for fill from a potential source, a determination regarding the completeness of the submittal will be made by Catellus, its Consultant, or its Contractor, or additional frequency testing and analysis will be requested.

2.5.2.2.2 **Type and Frequency of Testing**

A generic fill material testing protocol has been developed and is proposed in this MAP for use in the majority of circumstances where existing fill characterization and analytical data are not available. After review of initial due diligence/background for a potential fill source is completed by Catellus, its Consultant, or its Contractor and the fill source appears acceptable, conformance sampling and analysis of the fill proposed for use from the potential source will be implemented. The discussion below presents the generic frequency protocol for conformance sampling and analysis of potential fill materials to be used at the Site. Table 2 graphically depicts the sampling frequency requirements.

As shown on Table 2, testing for virgin materials will not be required and the affiant will provide the certification as shown on Form 1. Recycled soil, recycled non-soil, and dredged material will be tested in accordance with their facility specific permit, or in accordance with an Acceptable Use Determination, subject to NJDEP approval. For other non-virgin materials, an alternative testing frequency per 7:26E 6.4 (d) is

## 3.0 OPERATIONS CONSIDERATIONS AND FILL MATERIAL DOCUMENTATION

This Section details the operational considerations and restrictions which shall apply to the placement of fill at the Site. Additionally, the Section describes the procedures to be followed with respect to the documentation of the receipt and placement of fill material used in the remediation and redevelopment of the Site for purposes of compliance with the RAWP.

### 3.1 OPERATIONAL CONSIDERATIONS

All fill material shall be transported by truck to the Site by the Generator or its transportation subcontractor under Bills of Lading for approved sources of fill material only. Each transporter shall be registered in advance with the Site Fill Coordinator, with a copy of its certificate of insurance provided prior to delivery by that transporter.

Provisions will be made for stockpiling, re-loading, placement and compaction of these materials, as necessary, including the post-placement geotechnical testing and monitoring thereof by the Catellus, the Contractor, or its Engineer.

Catellus or the Contractor will establish a gated entrance way for fill delivery truck ingress and egress at the Site. The entrance will be manned by a guard/ fill inspector at all times of receipt of fill deliveries. Only trucks carrying approved Bills of Lading from authorized source sites shall be allowed to access the fill area of the Site. The guard/fill inspector shall inspect each load of fill material to ensure the material meets the specifications of the acceptance of material from the particular approved source. Loads of fill material determined to be non-conforming will be rejected by the Owner or its representative's sole discretion and the load diverted from the Site. Should any load of material be determined to be non-conforming after delivery, the Generator or its agent will be notified, and the material will be removed from the Site by the Generator and returned to the site of generation or to an alternate location.

Stockpiling of materials may occur in advance of actual start of placement activities in upland areas to be designated by the Catellus. Deliveries of material during evening and night hours shall be to a designated stockpile area or directly to placement areas.

### 3.2 FILL MATERIAL DOCUMENTATION

No load of fill material will be accepted at the Site unless accompanied by A Bill of Lading referencing the approval certification number for the fill source. No fill material will be accepted that exceeds the approved volume of fill. The Site Fill Coordinator will maintain a Materials Delivery and Placement Log that will identify the certification form, truck delivery information (transporter name, vehicle license number, quantity received), and the grid location(s) in which each load of fill material is deposited on the Site.

## 3.3 FILL PLACEMENT INFORMATION AND REPORTING

A grid system will be utilized to identify the locations and delivered quantities of each source of fill material imported for use at the Site. A grid tracking system as shown on the plan Figure 3-1 will be implemented. Upon delivery, each load of fill will be directed to a numbered grid for placement or stockpiling. For each day's fill placement operations, the grid locations and approximate fill elevations will be documented and cross-referenced to fill deliveries that day in a computerized Fill Tracking System. Copies of the Fill Tracking System report will be provided to NJDEP in the final Remedial Action Report or as requested, detailing the amount of fill received by source and location, the specific areas (grids) of placement and/or stockpiling occurring in the month, the approximate elevations of fill placement in each grid, and any rejected loads of material for the month.

In addition to the implementation of a grid tracking system to document the placement of specific fill materials placed at the Site, an extensive groundwater monitoring network is in place, and sampled in accordance with the NJDEP-approved RAW and related approvals, to ensure that groundwater quality at the Site continues to meet applicable standards.

## 4.0 SUMMARY AND CONCLUSIONS

NJDEP approval of this Material Acceptance Plan for the Former PSE&G Site located in Port Reading, New Jersey will provide the Site specific protocol for characterizing fill materials to be used at the Site to construct the Surface Cover in conjunction with the commercial redevelopment of the Property. NJDEP approval of the Site Specific Material Acceptance Criteria will allow the beneficial reuse of soil and other fill materials which might otherwise require management as a solid waste, which according to the NJDEP Department of Hazardous and Solid Waste "preserves valuable landfill space for essential disposal uses and helps conserve natural resources by using valuable existing materials".

At this time 7 categories of fill materials have been identified:

1. Virgin Soil per 7:26E 6.4(b),
2. Recycled Soil from Class B Recycling Facility,
3. Other Soil
4. Virgin Material per 7:26E 6.4(b)
5. Clean Fill per 7:26-1.4
6. Recycled Material from Permitted Class B Recycling Facility
7. Amended Dredged Material (subject to an Acceptable Use Determination)

As discussed earlier herein, contaminated material sources (potentially categories 2,3,5, or 6) will be submitted to the NJDEP for approval in advance of its acceptance for use as fill at the Site. Approval for uncontaminated fill sources from the NJDEP is not required as well as common, manufactured materials, such as the asphaltic concrete to be used for paving, concrete for building foundations, etc. used to construct the surface cover as part of the redevelopment of the Site as the Port Reading Business Park.

Should NJDEP permit, Catellus, its Consultant, or its Contractor will implement internal approval of fill sources and materials in strict accordance with the requirements of this MAP, with follow-up reporting to NJDEP if requested and final reporting in conjunction with the final Remedial Action Report.

# TABLES

**Table 1 - Revision 00**
**Flow Chart for Source Approval**
**Former PSEG Site**
**Port Reading, New Jersey**






G0100300689

**Table 2 - Revision 00**
**Sampling and Analyses Requirements**
**Material Acceptance Plan**
**Former PSEG Site**
**Port Reading, New Jersey**

| Source/Material | Frequency of Testing | Target Compound List plus (1) VOCs per 8260 | TCL plus (2) Semi VOCs per 8270 | Priority Polutant Metals per 6010/6020/7471 plus (3) | PCBs per 8082 | Pesticides per 8081 |
|---|---|---|---|---|---|---|
| 1. Virgin Soil per 7:26E | Not Required | Not Required | Not Required | Not Required | Not Required | Not Required |
| 2. Recycled Soil from Class B Recycling Facility | Sampled per Facility Specific Permit Subject to NJDEP Approval | X | X | X | X | X |
| 3. Other Soil (Sources Greater than 1000 cy) | 1 sample per 250 cubic yards for the 1st 500 cubic yards, 1 per 1000 cubic yards thereafter. | X | X | X | X | X |
| 4. Virgin Non-Soil Material per 7:26E | Not Required | Not Required | Not Required | Not Required | Not Required | Not Required |
| 5. Clean Fill (non-soil) per 7:26 1.4 (Sources Greater than 1000 cy) | 1 sample per 250 cubic yards for the 1st 500 cubic yards, 1 per 1000 cubic yards thereafter. | X (4) | X (4) | X (4) | X (4) | X (4) |
| 6. Recycled Material from Class B Recycling Facility (such as brick, concrete, etc.) | Source separated, non-putrescible, waste concrete, asphalt, brick, block, and asphalt-based roofing scrap - Not Required<br>Other-Sampled per Facility Specific Permit Subject to NJDEP Approval | X (4) | X (4) | X (4) | X (4) | X (4) |
| 7. Dredged Material | In accordance with a site specific Acceptable Use Determination | As required per AUD | As required per AUD | As required per AUD | As required per AUD | As required per AUD |

(1) - Acrylonitrile; trans-1,2-dichloroethene; cis-1,2-dichloroethene; 1,1,12 - tetrachloroethane
(2) - Benzylalcohol and tentatively identified compounds (TICs)
(3) - Barium, Vanadium, Trivalent Chromium (6010), Hexavalent Chromium (7196A), and Cyanide (EPA 9012)
(4) - SPLP testing may be required instead of, or in additional to the tests, to be determined on a case by case basis.

Table 3
Site Specific Material Acceptance Criteria - Former PSEG Site
Port Reading, New Jersey

| Contaminant | CASRN | (RDCSCC) (mg/kg) | (NRDCSCC) (mg/kg) | (IGWSCC) (mg/kg) | Known concentration at PSEG Site (mg/kg) | Site Specific Material Acceptance Criteria (mg/kg) | Rationale | Placement Restriction |
|---|---|---|---|---|---|---|---|---|
| Acenaphthene | 83-32-9 | 3400 | 10000(c) | 100 | 480 - TP-16A | 100 | IGWSCC | Unrestricted |
| Acetone (2-propanone) | 67-64-1 | 1000(d) | 1000(d) | 100 | | 100 | IGWSCC | Unrestricted |
| Acrylonitrile | 107-13-1 | 1 | 5 | 1 | 11 - NHA-7 | 1 | IGWSCC/RDSCC | Unrestricted |
| Aldrin | 309-00-2 | 0.04 | 0.17 | 50 | | 0.04 | RDCSCC | Unrestricted |
| Anthracene | 120-12-7 | 10000(c) | 10000(c) | 100 | 380 - TP-15A | 100 | IGWSCC | Unrestricted |
| Antimony | 7440-36-0 | 14 | 340 | (b) | 20.3 - NHA-6 | 340 | NRDCSCC | Under Surface Cover Engineering Control |
| Arsenic | 7440-38-2 | 20 (e) | 20 (e) | (b) | 320 - WK-38 | 50 | Refer to note (w) | Under Surface Cover Engineering Control |
| Barium | 7440-39-3 | 700 | 47000(n) | (b) | 711 - WK-38 | [redacted] | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Benzene | 71-43-2 | 3 | 13 | 1 | 1.88 - CR9-3 | 1 | IGWSCC | Unrestricted |
| Benzo(b)fluoranthene (3,4-Benzofluoranthene) | 205-99-2 | 0.9 | 4 | 50 | 140 - WK-15 | 50 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Benzo(a)anthracene (1,2-Benzanthracene) | 56-55-3 | 0.9 | 4 | 500 | 210 - WK-15 | 210 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Benzo(a)pyrene (BaP) | 50-32-8 | 0.66(f) | 0.66(f) | 100 | 120 - WK-15 | 100 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Benzo(k)fluoranthene | 207-08-9 | 0.9 | 4 | 500 | 150 - WK-15 | 150 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Benzyl Alcohol | 100-51-6 | 10000(c) | 10000(c) | 50 | | 50 | IGWSCC | Unrestricted |
| Beryllium | 7440-41-7 | [illegible] | [illegible] | (b) | | 2 | NRDCSCC | Under Surface Cover Engineering Control |
| Bis(2-chloroethyl) ether | 111-44-4 | 0.66(f) | 3 | 10 | 140 - TP-16A | 10 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Bis(2-chloroisopropyl)ether | 108-60-1 | 2300 | 10000(c) | 10 | | 10 | IGWSCC | Unrestricted |
| Bis(2-ethylhexyl) phthalate | 117-81-7 | 49 | 210 | 100 | 80 - TP-16A | 80 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Bromodichloromethane (Dichlorobromomethane) | 75-27-4 | 11 | 46 | 1 | 1.1 - NHA-7 | 1 | IGWSCC | Unrestricted |
| Bromoform | 75-25-2 | 86 | 370 | 1 | 1.1 - NHA-7 | 1 | IGWSCC | Unrestricted |
| Bromomethane (Methyl bromide) | 74-83-9 | 79 | 1000 (d) | 1 | 6.3 - TP-16A | 1 | IGWSCC | Unrestricted |
| 2-Butanone (Methyl ethyl ketone) (MEK) | 78-93-3 | 1000 (d) | 1000 (d) | 50 | | 50 | IGWSCC | Unrestricted |
| Butylbenzyl phthalate | 85-68-7 | 1100 | 10000 (c) | 100 | | 100 | IGWSCC | Unrestricted |
| Cadmium | 7440-43-9 | [illegible] | 100 | (b) | | [redacted] | RDCSCC | Unrestricted |
| Carbon tetrachloride | 56-23-5 | 2 (f) | 4 (f) | 1 | 1.1 - NHA-7 | 1 | IGWSCC | Unrestricted |
| 4-Chloroaniline (p-Chloroaniline) | 106-47-8 | 230 | 4200 | (r) | | 230 | RDCSCC | Unrestricted |
| Chlorobenzene | 108-90-7 | 37 | 680 | 1 | 360 - DB-1 | 1 | IGWSCC | Unrestricted |
| Chloroform | 67-66-3 | 19 (f) | 28 (f) | 1 | 1.1 - NHA-7 | 1 | IGWSCC | Unrestricted |
| 4-Chloro-3-methyl phenol (p-Chloro-m-cresol) | 59-50-7 | 10000 (c) | 10000 (c) | 100 | | 100 | IGWSCC | Unrestricted |
| Chloromethane (Methyl chloride) | 74-87-3 | 520 | 1000 (d) | 10 | | 10 | IGWSCC | Unrestricted |
| 2-Chlorophenol (o-Chlorophenol) | 95-57-8 | 280 | 5200 | 10 | 30 - TP-16A | 10 | IGWSCC | Unrestricted |
| Chromium – hexavalent (VI) | 18540-29-9 | 240; 270 (u); (l) | 6100; 20 (o); (l) | (b) | | 101 (v) | Refer to note (v) | Refer to note (v) |
| Chromium – trivalent (III) | 16065-83-1 | 120,000 | (l) | (b) | | 101 (v) | Refer to note (v) | Refer to note (v) |



G0100300691

Table 3
Site Specific Material Acceptance Criteria - Former PSEG Site
Port Reading, New Jersey

| Contaminant | CAS/RN | (RDCSCC) (mg/kg) | (NRDCSCC) (mg/kg) | (IGWSCC) (mg/kg) | Known concentration at PSEG Site (mg/kg) | Site Specific Material Acceptance Criteria (mg/kg) | Rationale | Placement Restriction |
|---|---|---|---|---|---|---|---|---|
| Chrysene | 218-01-9 | 9 | 40 | 500 | 200 - WK-15 | 200 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Copper | 7440-50-8 | 600 (m) | 600 (m) | (b) | 1180 - MHA-8 | 1180 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Cyanide | 57-12-5 | 1100 | 21000 (c) | (h) | | | RDCSCC | Unrestricted |
| 4,4'-DDD (p,p'-TDE) | 72-54-8 | 3 | 12 | 50 | | 3 | RDCSCC | Unrestricted |
| 4,4'-DDE (p,p'-DDX) | 72-55-9 | 2 | 9 | 50 | | 2 | RDCSCC | Unrestricted |
| 4,4'-DDT | 50-29-3 | 2 | 9 | 500 | | 2 | RDCSCC | Unrestricted |
| Dibenzo(a,h)anthracene | 53-70-3 | 0.66 (f) | 0.66 (f) | 100 | 8.11 - DS-10 | 8.11 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Dibromochloromethane (Chlorodibromomethane) | 124-48-1 | 110 | 1000 (d) | 1 | | 1 | IGWSCC | Unrestricted |
| Di-n-butyl phthalate | 84-74-2 | 5700 | 10000 (c) | 100 | | 100 | IGWSCC | Unrestricted |
| Di-n-octyl phthalate | 117-84-0 | 1100 | 10000 (c) | 100 | | 100 | IGWSCC | Unrestricted |
| 1,2-Dichlorobenzene (o-Dichlorobenzene) | 95-50-1 | 5100 | 10000 (c) | 50 | 1090 - DS-1 | 50 | IGWSCC | Unrestricted |
| 1,3-Dichlorobenzene (m-Dichlorobenzene) | 541-73-1 | 5100 | 10000 (c) | 100 | 207 - DS-4 | 100 | IGWSCC | Unrestricted |
| 1,4-Dichlorobenzene (p-Dichlorobenzene) | 106-46-7 | 570 | 10000 (c) | 100 | 1070 - DS-1 | 100 | IGWSCC | Unrestricted |
| 3,3'-Dichlorobenzidine | 91-94-1 | 2 | 6 | 100 | 47 - TP-16A | 47 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| 1,1-Dichloroethane | 75-34-3 | 570 | 1000 (d) | 10 | | 10 | IGWSCC | Unrestricted |
| 1,2-Dichloroethane | 107-06-2 | 6 | 24 | 1 | 1.1 - MHA-7 | 1 | IGWSCC | Unrestricted |
| 1,1-Dichloroethene | 75-35-4 | 8 | 150 | 10 | | 8 | RDCSCC | Unrestricted |
| 1,2-Dichloroethene (trans) | 156-60-5 | 1000 (d) | 1000 (d) | 50 | | 50 | IGWSCC | Unrestricted |
| 1,2-Dichloroethene (cis) | 156-59-2 | 79 | 1000 (d) | 1 | | 1 | IGWSCC | Unrestricted |
| 2,4-Dichlorophenol | 120-83-2 | 170 | 3100 | 10 | 42 - TP-16A | 10 | IGWSCC | Unrestricted |
| 1,2-Dichloropropane | 78-87-5 | 10 | 43 | (i) | | 10 | RDCSCC | Unrestricted |
| 1,3-Dichloropropene (cis and trans) | 542-75-6 | 4 | 5 (b) | 1 | | 1 | IGWSCC | Unrestricted |
| Dieldrin | 60-57-1 | 0.042 | 0.18 | 50 | | 0.042 | RDCSCC | Unrestricted |
| Diethyl phthalate | 84-66-2 | 10000 (c) | 10000 (c) | 50 | | 50 | IGWSCC | Unrestricted |
| 2,4-Dimethyl phenol | 105-67-9 | 1100 | 10000 (c) | 10 | 44 - TP-16A | 10 | IGWSCC | Unrestricted |
| Dimethyl phthalate | 131-11-3 | 10000 (c) | 10000 (c) | 50 | | 50 | IGWSCC | Unrestricted |
| 2,4-Dinitrophenol | 51-28-5 | 110 | 2100 | 10 | 71 - TP-16A | 10 | IGWSCC | Unrestricted |
| Dinitrotoluene (2,4-/2,6- mixture) | 25321-14-6 | 1 (l) | 4 (l) | 10 (l) | 43 (g) - TP-16A | 10 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Endosulfan | 115-29-7 | 340 | 6200 | 50 | | 50 | IGWSCC | Unrestricted |
| Endrin | 72-20-8 | 17 | 310 | 50 | | 17 | RDCSCC | Unrestricted |
| Ethylbenzene | 100-41-4 | 1000 (d) | 1000 (d) | 100 | | 100 | IGWSCC | Unrestricted |
| Fluoranthene | 206-44-0 | 2300 | 10000 (c) | 100 | 1300 - WK-15 | 100 | IGWSCC | Unrestricted |
| Fluorene | 86-73-7 | 2300 | 10000 (c) | 100 | 430 - WK-15 | 100 | IGWSCC | Unrestricted |
| Heptachlor | 76-44-8 | 0.15 | 0.65 | 50 | | 0.15 | RDCSCC | Unrestricted |
| Hexachlorobenzene | 118-74-1 | 0.66 (f) | 2 | 100 | 36 - TP-16A | 36 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Hexachlorobutadiene | 87-68-3 | 1 | 21 | 100 | 46 - TP-16A | 46 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Hexachlorocyclopentadiene | 77-47-4 | 400 | 7300 | 100 | | 100 | IGWSCC | Unrestricted |



G0100300692

Table 3
Site Specific Material Acceptance Criteria - Former PSEG Site
Port Reading, New Jersey

| Contaminant | CASRN | (RDCSCC) (mg/kg) | (NRDCSCC) (mg/kg) | (IGWSCC) (mg/kg) | Known concentration at PSEG Site (mg/kg) | Site Specific Material Acceptance Criteria (mg/kg) | Rationale | Placement Restriction |
|---|---|---|---|---|---|---|---|---|
| Hexachloroethane | 67-72-1 | 6 | 100 | 100 | 33 - TP-18A | 6 | RDCSCC | Unrestricted |
| Indeno(1,2,3-cd)pyrene | 193-39-5 | 0.9 | 4 | 500 | 27 - WK-15 | 27 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Isophorone | 78-59-1 | 1100 | 10000 (c) | 50 | | 50 | IGWSCC | Unrestricted |
| Lead | 7439-92-1 | 400 (p) | 600 (q) | (h) | 952 - MPR-10b | 952 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Lindane (gamma BHC) (gamma-HCH) | 58-89-9 | 0.52 | 2.2 | 50 | | 0.52 | RDCSCC | Unrestricted |
| 2-Methylphenol (o-cresol) | 95-48-7 | 2800 | 10000 (c) | (f) | | 2800 | RDCSCC, Total Organic <10000 | Unrestricted |
| 4-Methylphenol (p-cresol) | 106-44-5 | 2800 | 10000 (c) | (f) | | 2800 | RDCSCC, Total Organic <10000 | Unrestricted |
| Methoxychlor | 72-43-5 | 280 | 5200 | 50 | | 50 | IGWSCC | Unrestricted |
| Mercury | 7439-97-6 | 14 | 270 | (h) | 18 - WK-36 | 18 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| 4-Methyl-2-pentanone (MIBK) | 108-10-1 | 1000 (d) | 1000 (d) | 50 | | 50 | IGWSCC | Unrestricted |
| Methylene chloride (Dichloromethane) | 75-09-2 | 49 | 210 | 1 | | 1 | IGWSCC | Unrestricted |
| Naphthalene | 91-20-3 | 230 | 4200 | 100 | 1700 - TP-18A | 100 | IGWSCC | Unrestricted |
| Nickel | 7440-02-0 | 250 | 2400 (m) (n) | (h) | | 250 | RDCSCC | Unrestricted |
| Nitrobenzene | 98-95-3 | 28 | 520 | 10 | 38 - TP-18A | 10 | IGWSCC | Unrestricted |
| N-Nitrosodiphenylamine | 86-30-6 | 140 | 600 | 100 | | 100 | IGWSCC | Unrestricted |
| N-Nitrosodi-n-propylamine | 621-64-7 | 0.66 (f) | 0.66 (f) | 10 | 18 - TP-18A | 18 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| PCBs (Polychlorinated biphenyls) | 1336-36-3 | 0.49 | 2 | 50 | 1700 - HDK-28 | 2, 8 | Same contaminant at same concentration. Refer to note (y) | Under Surface Cover Engineering Control, in the vicinity of the PCB Only Area of Consolidation |
| Pentachlorophenol | 87-86-5 | 6 | 24 | 100 | 60 - TP-14A | 60 | IGWSCC. Same contaminant at same concentration. | Under Surface Cover Engineering Control |
| Phenol | 108-95-2 | 10000 (c) | 10000 (c) | 50 | 23 - TP-18A | 50 | IGWSCC | Unrestricted |
| Pyrene | 129-00-0 | 1700 | 10000 (c) | 100 | 630 - WK-15 | 100 | IGWSCC | Unrestricted |
| Selenium | 7782-49-2 | 63 | 3100 (n) | (h) | | 63 | RDCSCC | Unrestricted |
| Silver | 7440-22-4 | 110 | 4100 (n) | (h) | | [redacted] | RDCSCC | Unrestricted |
| Styrene | 100-42-5 | 23 | 97 | 100 | | 23 | RDCSCC | Unrestricted |
| 1,1,1,2-Tetrachloroethane | 630-20-6 | 170 | 310 | 1 | | 1 | IGWSCC | Unrestricted |
| 1,1,2,2-Tetrachloroethane | 79-34-5 | 34 | 70 (h) | 1 | 1.4 - NHA-7 | 1 | IGWSCC | Unrestricted |
| Tetrachloroethane (Tetrachloroethylene) (PCE) | 127-18-4 | 4 (k) | 6 (k) | 1 | 1.1 - NHA-7 | 1 | IGWSCC | Unrestricted |
| Thallium | 7440-28-0 | 2 (f) | 2 (f) | (h) | 5.19 - NHA-7 | 2 | NRDCSCC | Under Surface Cover Engineering Control |
| Toluene | 108-88-3 | 1000 (d) | 1000 (d) | 500 | | 500 | IGWSCC | Unrestricted |
| Total Organic Contaminant Compounds | NA | 10,000 | 10,000 | — | | 10,000 (e) | RDCSCC | Unrestricted |
| Total VOCs | NA | 1,000 | 1,000 | — | | 1000 | RDCSCC | Unrestricted |
| Toxaphene | 8001-35-2 | 0.10 (k) | 0.2 (k) | 50 | — | 0.1 | RDCSCC | Unrestricted |
| 1,2,4-Trichlorobenzene | 120-82-1 | 68 | 1200 | 100 | | 68 | RDCSCC | Unrestricted |
| 1,1,1-Trichloroethane | 71-55-6 | 210 | 1000 (d) | 50 | | 50 | IGWSCC | Unrestricted |
| 1,1,2-Trichloroethane | 79-00-5 | 22 | 420 | 1 | 1.1 - NHA-7, TP-18A | 1 | IGWSCC | Unrestricted |

Table 3
Site Specific Material Acceptance Criteria - Former PSEG Site
Port Reading, New Jersey

| Contaminant | CASRN | (RDCSCC) (mg/kg) | (NRDCSCC) (mg/kg) | (IGWSCC) (mg/kg) | Known concentration at PSEG Site (mg/kg) | Site Specific Material Acceptance Criteria (mg/kg) | Rationale | Placement Restriction |
|---|---|---|---|---|---|---|---|---|
| Trichloroethene (Trichloroethylene) (TCE) | 79-01-6 | 23 | 54 (g) | 1 | 1.1 - NHA-7 | 1 | IGWSCC | Unrestricted |
| 2,4,5-Trichlorophenol | 95-95-4 | 5600 | 10000 (c) | 50 | | 50 | IGWSCC | Unrestricted |
| 2,4,6-Trichlorophenol | 88-06-2 | 62 | 270 | 10 | | 10 | IGWSCC | Unrestricted |
| Vanadium | 7440-62-2 | 370 | 7100 (e) | (h) | | [redacted] | RDCSCC | Unrestricted |
| Vinyl chloride | 75-01-4 | 2 | 7 | 10 | | 2 | RDCSCC | Unrestricted |
| Xylenes (Total) | 1330-20-7 | 410 | 1000 (d) | [10] 67 (a) | | 67 | IGWSCC | Unrestricted |
| Zinc | 7440-66-6 | 1500 (m) | 1500 (m) | (h) | 1560 - NHC-15 | 1560 | Same contaminant at same concentration. | Under Surface Cover Engineering Control |

RDCSCC - Residential Direct Contact Soil Cleanup Criteria
NRDCSCC - Non Residential Direct Contact Soil Cleanup Criteria
IGWSCC - Impact to Groundwater Soil Cleanup Criteria
NJDEP Clean Up Criteria Notes

(a) Criteria are health based using an incidental ingestion exposure pathway except where noted below.
(b) Criteria are subject to change based on site specific factors (e.g., aquifer classification, soil type, natural background, environmental impacts, etc.).
(c) Health based criterion exceeds the 10,000 mg/kg maximum for total organic contaminants.
(d) Health based criterion exceeds the 1000 mg/kg maximum for total volatile organic contaminants.
(e) Cleanup standard proposal was based on natural background.
(f) Health based criterion is lower than analytical limits; cleanup criterion based on practical quantitation level.
(g) Criterion based on the inhalation exposure pathway.
(h) *The impact to ground water values for inorganic constituents will be developed based upon site specific chemical and physical parameters.*
(i) Site specific determination required for SCC for the allergic contact dermatitis exposure pathway.
(j) Contaminant not regulated for this exposure pathway.
(k) Criteria based on inhalation exposure pathway, which yielded a more stringent criterion than the incidental ingestion exposure pathway.
(l) No criterion derived for this contaminant.
(m) Criterion based on ecological (phytotoxicity) effects.
(n) Level of the human health based criterion is such that evaluation for potential environmental impacts on a site by site basis is recommended.
(o) Level of the criterion is such that evaluation for potential acute exposure hazard is recommended.
(p) Criterion based on the USEPA Integrated Exposure Uptake Biokinetic (IEUBK) model utilizing the default parameters. The concentration is considered to protect 95% of target population (children) at a blood lead level of 10 ug/dl.
(q) Criteria were derived from a model developed by the Society for Environmental Geochemistry and Health (SEGH) and were designed to be protective for adults in the workplace.
(r) Insufficient information available to calculate impact to ground water criteria.
(s) Criterion based on *new drinking water standard.*

Site Specific Material Acceptance Criteria Notes

(t) NA
(u) Total organic compounds to be determined by combining the results from the TPH per 8015 for diesel range organics and semi-VOCs per 8270
(v) Material that contains total chromium concentrations less than 101 mg/kg will be accepted for unrestricted use. Materials that exceed 101 mg/kg for total chromium will be analyzed for hexavalent chromium. Material that contains less than 240 mg/kg hexavalent chromium will be accepted for use under the surface cover engineering control.
(w) Represents the approximate general concentration existing on-Site.
(x) Represents the sum of 2, 4- and 2, 6-Dinitrotoluene concentrations.
(y) Materials with PCB < 2 will suitable for placement site wide. Materials with PCB >2, <5 will be placed in the vicinity of the PCB Area of Consolidation only.

# FIGURES







STATE OF NEW JERSEY
CERTIFICATE OF AUTHORIZATION
TO OFFER ENGINEERING SERVICES
246A27961400

CATELLUS CONSTRUCTION CORPORATION

| | | | |
|---|---|---|---|
| DRWN: | BKC | DATE: | 6-8-05 |
| CHKD: | W | DATE: | 6-8-05 |
| APPD: | PS | DATE: | 6-9-05 |
| SCALE: | 1" = 2000' | | |

KEY ENVIRONMENTAL INCORPORATED

MATERIAL ACCEPTANCE PLAN
PSE&G SITE
PORT READING, NEW JERSEY

REFERENCE: USGS 7.5 MINUTE TOPOGRAPHIC QUADRANGLE OF ARTHUR KILL, NY-NJ, 1966, PR 1981

ISSUE DATE:

ROSSLYN FARMS INDUSTRIAL PARK
1300 ARCH ST., SUITE 200
CARNEGIE, PA 15106

SITE LOCATION MAP

DRAWING NUMBER 05-078
FIGURE 1-1

CDS: Y:\PORT READING\05-078\FIG-1-1.DWG

G0100300696

# FORMS

FORM 1 - SOURCE ACCEPTANCE FORM - REVISION 00 Completed By:____________
MATERIAL ACCEPTANCE PLAN
FORMER PSEG SITE, PORT READING, NJ Date:____________

Number:____________

| | | |
|---|---|---|
| A. | Material Type (Check 1) | |
| | | 1. Virgin Soil per 7:26E |
| | | 2. Recycled Soil from Class B Recycling Facility |
| | | 3. Other Soil |
| | | 4. Virgin Non-Soil Material per 7:26E |
| | | 5. Clean Fill per 7:26 1.4 (Includes inert products from approved Class B recycling facility) |
| | | 6. Recycled Material from Class B Recycling Facility (source separated, non-putrescible, waste concrete, asphalt, brick, block, and asphalt-based roofing scrap) |
| B. | Expected Volume and Brief Description of Material | |
| | | |
| | | |
| | | |
| C. | Name of Affiant | |
| | Catellus Construction Corporation | |
| | 50 Middlesex Avenue | |
| | Carteret, NJ 07008 | |
| D. | Relationship to Source of Fill | |
| | | |
| | | |
| | | |
| E. | Location of Source of Fill | |
| | Street | |
| | Town | |
| | Block | |
| | Lot | |
| | History of Fill | |

**FORM 1 - SOURCE ACCEPTANCE FORM - REVISION 00** Completed By:____________
**MATERIAL ACCEPTANCE PLAN**
**FORMER PSEG SITE, PORT READING, NJ** Date:________________

Number:______________

| | | |
|---|---|---|
| **F.** | **Affiant Statement** | |
| | To best of my knowledge and belief the fill being provided is not contaminated relative to any applicable remediation standard[1]. | |
| | Signed: | |
| | Name | |
| | Title | |
| | Company | |
| | Date | |
| **G.** | **Steps taken to confirm that the fill is not contaminated (check one and attach results if appropriate)** | |
| | | 1. Virgin Soil per 7:26E - ***None Required*** |
| | | 2. Recycled Soil from Class B Recycling Facility - ***Sampling Results in accordance with MAP and Class B Permit*** [3] |
| | | 3. Other Soil - ***Sampling Results in accordance with MAP*** [2] |
| | | 4. Virgin Non-Soil Material per 7:26E- ***None Required*** |
| | | 5. Clean Fill per 7:26 1.4 (includes inert non-soil products from approved Class B recycling facility) - ***Sampling Results in accordance with MAP***[2] |
| | | 6. Recycled Material from Class B Recycling Facility - ***None required***[4] |
| | | |
| | | |
| | | |

Notes:

1. According to the NJDEP the applicable remediation standard is the more stringent of RDCSCC or IGWSCC. Should the sampling results exceed the more stringent of the RDSCC or IGWSCC approval from the NJDEP will be required as outlined in the MAP and this section shall be left blank.
2. Per 7:26E/Table 2 of the MAP for sources greater than 1000 cy - 1 sample per 250 cy for the 1st 500 cy; 1 for each 1000 cy thereafter; unless a lower frequency is approved by the NJDEP. Analytical methods per Table 2 of the MAP
3. Sampled 1 per 1000 cy. Analytical methods per Class B Facility requirements. Subject to NJDEP approval.
4. Source separated, non-putrescible, waste concrete, asphalt, brick, block, and asphalt-based roofing scrap. Other materials sampled per Facility Specific Permit Subject to NJDEP Approval.

Clean Earth - DTI
334 South Warminster Road
Hatboro, PA 19040

Phone: 215-734-1400
Fax: 215-734-1416

**Material Characterization Request Form**

**Generator Information:**

Name: ____________________

Address: ____________________

City: __________ State: __________ Zip Code: __________

Agent or Contact Point: __________ Telephone: __________

Company Name: ____________________

**Billing Information:**

Name: __________ Phone: __________

Address: ____________________

City: __________ State: __________ Zip Code: __________

**Site Description:**

Address: ____________________

City: __________ State: __________ Zip Code: __________

County of Origin if in New Jersey ____________________

Existing Site Land Use: __________ How Many Years: __________

Is This Site a State or Federal Superfund Site ? ______ Yes _____ No ______

**Soil Description:**

Source of Contamination : ____________________

Estimated Volume of Soil: ____________________

Type of Fill (Check One- See Attached Descriptions) ____ Clean Fill ____ Fill from Class B Facility
____ Construction Fill ____ Other Fill

Type of Contamination : ____________________

If Contamination is Other Than Above Please Specify: ____________________

Is a Soil Analysis Attached to this Form: ____________________

Name and Address of Independent Sampler ____________________
____________________
____________________

Credentials of Independent Sampler ____________________

Has the material been properly characterized? ______Yes ______No

The samples obtained and describe above or attached to this form were obtained in accordance with the NJDEP sampling requirements (N.J.A.C. 7:26 E-2) and that sample collection has been performed in accordance with the Field Sampling Procedures Manual, May 1992.

**Certification of Source Owner**

As owner of the above described material I hereby certify to the best of my knowledge the above information is a true and accurate and represents the material we intend to ship to the Catellus Redevelopment Site in Port Reading, NJ.

Signature of Owner: ______________________________ Date: ______________

Print Name: ______________________________ Title: ______________

# APPENDIX A


LEGEND
CATELLUS CONSTRUCTION CORPORATION
RAW-03
PROPOSED PAVED SURFACE (TYP.)
EXISTING WETLAND BUFFER (TYP.)
EXISTING WETLAND (TYP.)


ELEVATION (FT-MSL)
STATION (FEET)
Proposed Surface Cover
Existing Wetland
Proposed Building 1
Proposed Building 2A
Proposed Building 3
SURFACE COVER CROSS SECTION
SURFACE COVER DETAIL A
NOT TO SCALE
SURFACE COVER DETAIL B
NOT TO SCALE
SURFACE COVER DETAIL C
NOT TO SCALE
PCB AREA OF CONSOLIDATION DETAIL
NOT TO SCALE
CATELLUS CONSTRUCTION CORPORATION


LEGEND
CATELLUS CONSTRUCTION CORP.
SEABER PROPERTY
SITE LOCATION MAP


MPR-8 AREA
(SUBSITE 2/AOC-MP1)
PLAN VIEW
CROSS SECTION
LEGEND
A
A'
MPR-8(3)
MPR-8(4)
MPR-8(6)
CATELLUS
CONSTRUCTION CORPOR.


LEGEND
BEAZER PROPERTY
SITE LOCATION MAP
CATELLUS CONSTRUCTION CORP.
0 240 480


LEGEND
AOC MP9
AOC G2
HISTORICAL BUILDINGS (TYP)
AOC MP5
OXYGEN PIPELINE AS PER MARK
W-3D
W-3S
HF-12
MPR-12
CRB-1
CRB-6
MPR-4
CATELLUS CONSTRUCTION CORP.
KEY
0 75 150
STATE OF NEW JERSEY CERTIFICATE OF AUTHORIZATION TO OFFER ENGINEERING SERVICES 24GA27961400
SEE TABLES FOR DETECTED CONSTITUENTS. EXCEEDANCES OF APPLICABLE STANDARDS ARE NOTED.


AOC MP11
AOC MP4
AOC G2-C
MP10-B2
EXISTING CONCRETE PAD
LEGEND
CATELLUS CONSTRUCTION CORP
SITE LOCATION MAP
FEET
0
150
300
600


LEGEND
AOC CR3
AOC CR WATERFRONT
CATELLUS CONSTRUCTION CORP
STATE OF NEW JERSEY CERTIFICATE OF AUTHORIZATION TO OFFER ENGINEERING SERVICES 24GA27961400


CROSS SECTION
NOT TO SCALE
PLAN VIEW
LEGEND
CATELLUS CONSTRUCTION CORP
E212000


LEGEND
SITE LOCATION MAP
CATELLUS CONSTRUCTION CORP
15" R.C.P.


LEGEND
CATELLUS CONSTRUCTION CO.

APPENDIX 7

G0100300714

# APPENDIX 7

# PRODUCT CONSTRUCTION SCHEDULE

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Budgeted Quantity | Budgeted Cost |
|---|---|---|---|---|---|---|
| 1 | Notice of Apparent Low Bidder | 0 | 23MAY06 | | 0 | 0 |
| 2 | Pre-Award Review | 70 | 24MAY06* | 01AUG06 | 0 | 0 |
| 3 | Facility Construction | 50 | 01JUN06* | 20JUL06 | 0 | 0 |
| 4 | Sampling Plan Application to NJDEP | 7 | 23MAY06 | 29MAY06 | 0 | 0 |
| 5 | Material Sampling and Testing | 46 | 01JUN06* | 16JUL06 | 0 | 0 |
| 6 | Material AUD Review and Permitting | 8 | 16JUL06 | 23JUL06 | 0 | 0 |
| 7 | Anticipated Award | 0 | 09AUG06 | | 0 | 0 |
| 8 | Anticipated NTP | 0 | 18AUG06 | | 0 | 0 |
| 9 | Allowed Work Period Base | 65 | 19AUG06 | 22OCT06 | 0 | 0 |
| 10 | Allowed Work Period All Options | 64 | 23OCT06 | 25DEC06 | 0 | 0 |
| 11 | Dredge Mobilization | 5 | 19AUG06 | 23AUG06 | 1 | 945,000 |
| 12 | Dredging Base, Shoal 1 | 49 | 24AUG06 | 11OCT06 | 170,420 | 10,054,780 |
| 13 | Dredging Option Shoal 1A | 3 | 09OCT06 | 11OCT06 | 9,955 | 658,295 |
| 14 | Dredging Option Shoal 2 | 7 | 12OCT06 | 18OCT06 | 21,950 | 1,338,950 |
| 15 | Dredging Option Shoal 3 | 12 | 19OCT06 | 30OCT06 | 40,615 | 2,477,515 |
| 16 | Dredging Option Shoal 4 | 6 | 30OCT06 | 04NOV06 | 19,180 | 1,149,600 |
| 17 | Dredging Option Shoal 5 | 11 | 05NOV06 | 15NOV06 | 36,605 | 2,123,090 |
| 18 | Dredging Option Shoal 6 | 26 | 16NOV06 | 10DEC06 | 84,990 | 4,759,440 |




Start Date 23MAY06
Finish Date 25DEC06
Data Date 23MAY06
Run Date 31AUG06 14:34

Early Bar
Float Bar
Progress Bar
Critical Activity

© Primavera Systems, Inc.

Sheet 1 of 1

Great Lakes Dredge & Dock Company
Newark Bay and Pierhead Channels 06
Classic Schedule Layout

| Date | Revision | Checked | Approved |
|---|---|---|---|

G0100300716

APPENDIX

G0100300717

# APPENDIX 8

## FIGURES & SIGHT MAPS


ENCAP DISPOSAL SITE
FDP DISPOSAL SITE
UNION CITY
KEARNY PROCESSING & DISPOSAL FACILITY
HOBOKEN
NEWARK
HACKENSACK
JERSEY CITY
NEWARK BAY PROJECT LOCATION
CLAREMONT PROCESSING FACILITY
UPPER BAY
KILL VAN KULL
THE NARROWS
CATTELUS PORT READING
GREAT LAKES DREDGE AND DOCK COMPANY
2122 YORK ROAD, OAK BROOK IL 60523
CIVIL ENGINEERING ESTIMATING DIVISION
Phone: (630) 574-3000 Fax: (630) 574-2909
PROJECT
NEWARK BAY CHANNELS
PROJECT FACILITIES LOCATIONS

APPENDIX 9

# APPENDIX 9

## CLAMSHELL DREDGE PARTICULARS

fleet
equipment info from GLD&D 2001/17

# Clamshell (Grab)
## *Dredge No. 51*



Dredge No. 51 *at work deepening the approach channel to Baltimore Harbor.*

Dredge No. 51 is suitable for smaller maintenance and capital projects, such as pier dredging and pipeline crossings.

**Applications**

- Open channel excavation
- Pier and dock excavation
- Pipeline crossings and tunnel excavations
- New work in harbors and routine maintenance dredging

**Operation**

*Dredge No. 51* operates with

- 15- and 18-yd³ (12- and 14-m³) buckets for mud excavation
- 14-yd³ (11-m³) bucket for firmer material
- 7- and 9-yd³ (5- and 7-m³) buckets for sand and hard materials

The dredge works in conjunction with Great Lakes' fleet of 2,000- and 3,000-yd³ (1,530- and 2,300-m³ bottom dump barges on projects involving off-shore disposal

The dredge features state-of-the-art GPS positioning equipment.

### *Specifications - Dredge No. 51*

**Certification**
ABS Ocean Loadline

| | Imperial | Metric |
|---|---|---|
| **Dimensions** | | |
| Hull | 148 x 43 x 8 ft | 45 x 13 x 2.4 m |
| Draft | 6.3 ft | 1.9 m |
| Bucket Size | 7 to 18 yd³ | 5 to 14 m³ |
| **Performance** | | |
| Digging Depth | | |
| On Spuds | 58 ft | 18 m |
| On Anchors | 120 ft | 37 m |
| Linepull | 80,000 lb @ 360 fpm | 356 kN @ 110 mpm |
| Stallpull | 140,000 lb | 623 kN |
| **Power Data** | | |
| Installed Power | 1,890 hp | 1,410 kW |
| Fuel Capacity | 13,500 gal | 51,100 l |

**fleet info © Great Lakes Dredge & Dock Company**
Richard Adams, Graphics Engineer • Richard Lowry, Editor
2122 York Road, Oak Brook, Illinois 60523 • 630.574.3000 *fax* 630.574.2909 • www.gldd.com