fleet
equipment info from GLD&D 2001/14

# Clamshell (Grab) *Dredge No. 54*



Dredge No. 54 *in the Kill Van Kull, New York Harbor*

**The built-in capabilities** and power of this dredge make it one of the largest, most powerful dredges of its kind.

**Applications**

- Harbor deepening work
- Maintenance dredging
- Open channel excavation
- Pier and dock excavation
- Pipeline crossings and tunnel excavations

**Operation**

Dredge No. 54 operates with:

- 30-yd³ (24-m³) bucket for mud excavation
- 21-yd³ (16-m³) bucket for firmer material
- 12-yd³ (9-m³) bucket for sand and hard materials

The dredge works in conjunction with Great Lakes' fleet of 3,000- to 7,200-yd³ dump barges on projects involving off-shore bottom-dump disposal. The company also has specialized hydraulic unloaders that can pump material to upland disposal sites.

The control systems of this dredge feature state-of-the-art GPS positioning and production monitoring equipment.



Dredge No. 54 *is equipped with a shrouded environmental bucket to minimize release of contaminated sediments during dredging operations.*

fleet info © Great Lakes Dredge & Dock Company
Richard Adams, Graphics Engineer • Richard Lowry, Editor
2122 York Road, Oak Brook, Illinois 60523 • 630.574.3000 *fax* 630.574.2909 • www.gldd.com



*Between Jobs: Dredge No. 54 under way to next project.*

## *Specifications - Dredge No. 54*

**Certification**
ABS International Loadline

| | Imperial | Metric |
|---|---|---|
| **Dimensions** | | |
| Hull | 185 x 60 x 11 ft | 56 x 18 x 3.4 m |
| Draft | 6.1 ft | 1.9 m |
| Bucket Size | 12 to 30 yd³ | 9 to 24 m³ |
| **Performance** | | |
| Digging Depth | | |
| On Spuds | 74 ft | 24 m |
| On Anchors | 150 ft | 46 m |
| Linepull | 107,000 lb @ 360 fpm | 476 kN @ 110 mpm |
| Stallpull | 175,000 lb | 780 kN |
| **Power Data** | | |
| Installed Power | 2,340 hp | 1,750 kW |
| Fuel Capacity | 39,400 gal | 149,130 l |