# EXHIBIT 33

DEPARTMENT OF THE ARMY
NEW YORK DISTRICT, CORPS OF ENGINEERS
JACOB K. JAVITS FEDERAL BUILDING
NEW YORK, N.Y. 10278-0090

REPLY TO
ATTENTION OF

PLAINTIFF'S EXHIBIT 168 ID 1-11-08

JUL 01 2004

Operations Division
Technical Support Section

Mr. Thomas D. Witte
Executive Vice President
Donjon Marine Co., Inc.
1250 Liberty Avenue
Hillside, NJ 07205

SUBJECT: Solicitation No. W912DS-04-B-0008, Maintenance Dredging and Disposition of Dredged Material from Seguine Point Section of the Raritan Bay Reach of the New York and New Jersey Channels

Dear Ms. Mullins:

We have reviewed Donjon's interim 10-Day Response Submittal for Solicitation W912DS-04-B-0008. The subject interim submittal was submitted associated with Section 00800 paragraph 1A of the contract specifications, which states that the apparent low bidder must demonstrate to the Government within 70 calendar days from the date the apparent low bidder is notified of being the low bidder; that the contractor identified offloading, processing and disposal site(s) is operational, capable of processing and disposing of all the dredged material on that date for the quantity as per the Supplies/Services (Price) Schedule and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material.

Comments to the interim submission are attached. Please feel free to contract the Project Engineer, Mr. Soon Lew, at (212) 264-0199, if you have any questions concerning the comments.

Sincerely,

John F. Tavolaro
Chief, Operations Support Branch
Authorized Representative of the
Contracting Officer

Enclosure
As stated

G0100304179

CENANOP-ST

29 June 2004

MEMORANDUM FOR RECORD:

SUBJECT: Responsibility Determination of Donjon's Interim Submission W912DS-04-B-0008, Maintenance Dredging – Seguine Point, NY & NJ Channels

The purpose of this document is to address the technical aspects concerning whether Donjon is a responsible Contractor for Maintenance Dredging of the Seguine Point Section of the NY & NJ Channels based on their interim submission.

The following areas will be discussed in this analysis:

1. Donjon's ability to obtain permits for the sites identified.
2. Donjon's ability to complete Seguine work within the contract duration of 50 calendar days from the receipt of Notice to Proceed.

**References**

1. Letter from USACE, dated 8 June 2004, RE: 10-Day Response Submittal for Solicitation W912DS-04-B-0008.
2. Letter from Donjon, dated 16 June 2004, 10-Day Response Submittal for Solicitation W912DS 04-B-0008.

**Summary of Bid**

Bids for Seguine Point were opened on 28 May 2004. Five bids were submitted.

| Govt. Estimate | J. Cashman | Bean Inc. | Weeks | Donjon | Great Lakes |
|---|---|---|---|---|---|
| $8,358,179 | $8,823,680 | $8,853,260 | $9,277,880 | $7,599,766 | $7,825,298 |

**ANALYSIS**

**<u>Donjon's ability to obtain permits for the sites</u>**

Donjon intends to use the following sites for processing, offloading and placement of dredged material.

<u>For Processing</u>: Donjon Processing Site @ Port Newark Berth 36.



Outside Attorneys Eyes

G0100304180

For Offloading: Metal Management Offloading Site @ Port Newark Berth 32.

For Disposal: 1. Meadowlands Landfill IE
2. EnCap (EnCap Meadowlands Redevelopment Project Site)

In accordance with the specification, Donjon has until 17August 2004 (70 calendar days from notification that Donjon was the apparent low offeror letter dated 8 May 2004) to provide the required documentation demonstrating that the sites identified is fully permitted, operational and capable of accepting dredged material.

**Government's Position**

Donjon's interim submission did not include all the required documentation. The most notable exclusions were that no information/permits were provided on the EnCap disposal site. Donjon only mentioned that they are still awaiting the permits for the EnCap site, which will be included in the 70-day submittal.

Donjon needs to submit the required information/permits on the EnCap site as well as the updated/revised permits for the IE disposal site, the processing site and the offloading site.

**The following summarizes the review of the interim submission.**

**Processing Site:**

Donjon Processing Site at Port Newark Berth 36 – material to be processed/mixed in the hopper barges, no loading/unloading is authorized from/to the upland.

Capacity is 6,000+ CY/day, 7 days/week. Site is open and available year round. The site was permitted for the Arthur Kill 1 (AK 1) project. These permits need to be revised/updated for the Seguine Point dredged material.

Permits already issued:
✓ - Air Pollution Control Pre-Construction Permit (exp. Sept 2007). This permit was valid for 1,500 hours of operation (for the processing of approx. 800,000 CY of dredged material).
✓ - Waterfront Development Permit/WQC/AUD, issued on June 2003 for AK 1 project.

Permits to be updated/revised:
- Donjon needs to ensure that the Air Pollution Control Permit still valid for the processing of the Seguine Point dredged material (within the 1,500 hours operation limit).
- The Waterfront Development Permit/WQC/AUD needs to be updated/revised for the Seguine Point dredged material.





Outside Attorneys Eyes

**Disposal Sites:**

EnCap - Donjon did not provide any information nor copies of any permits for the EnCap site.

Donjon needs to provide the detailed information on the EnCap site as well as copies of all permits/approvals.

Meadowlands 1E –
Hours of operation are 6 AM to 6 PM, Monday thru Sunday, twelve months per year. Donjon stated that the site has received over 5,000 CY in a 12 hour period from past projects. The lease capacity of 1E is approx. 800,000 CY. Donjon has placed approx. 230,000 CY of processed dredged material from the Arthur Kill 1 Contract at the 1E site. The site has a remaining capacity of approx. 570,000 CY.

Permits already issued:
- Lease Agreement-NJ Meadowlands Comm./Donjon (exp. 2006); authorized Donjon to place 800,000CY of dredged material/processed dredged material at the 1E site.
- NJDEP, Bureau of Landfill and Recycling Management Approval, dated Mar 2003. This permit was issued for the AK 1 material only.
- NJDEP- AUD for AK 1 project, March 5, 2003.
- NJPDES - storm-water discharge associated with construction activity (exp.9/06).
- Soil Conservation Permits:
  - Bergen County (March 2003)
  - Hudson-Essex-Passaic Counties (March 2003)

Permits to be updated/revised:
- The NJDEP, Bureau of Landfill and Recycling Management Approval needs to be revised/updated for Seguine Point material.
- An AUD from NJDEP-ODST would be required for the placement of the Seguine Point dredged material at the 1E site.
- The two (2) Soil Conservation permits need to be revised/updated to include the utilization of dredged material from the Seguine Point project.

Donjon needs to clarify the capacity available at the 1E site for the acceptance of Seguine Point material (approx. 140,000CY).

**Offloading Site** – Metal Management site @ Berth 32, Port Newark
The site is ready. Past project have achieved rates over 8,000 CY/day,
Limit to 150 truckloads between 6AM thru 6PM; no limits on nighttime truckloads.

Permit(s) already issued:
NJDEP-Waterfront Development Permit/AUD- for AK Contract 1 material. This permit expires May 2008.



G0100304182

Outside Attorneys Eyes

Permits to be updated/revised:
Need a revised/amended NJDEP Waterfront Development Permit/AUD for the Seguine Point dredged material.

The permit for Metal Management states a maximum of 150 truck trips during the hours of 6AM and 6PM, which are the hours of operations for the 1E Landfill. Donjon needs to provide information on how many trucks are to be used and the capacity per truck in order to meet the 4,000 CY per day dredging/processing/transportation/disposal requirement.

**Donjon's ability to meet the contractual requirement and complete the Seguine Point project within the contract duration of 50 calendar days from the receipt of NTP.**

Contractual requirements

The contract plans/specs (Section 00800) require that the dredging/disposal of Seguine Point material to be completed within 50 calendar days from the date the Contractor receives NTP.

Availability of Equipment

The submittal indicates that the Contractor will utilize the following equipment:
- Clamshell Dredge Michigan or Newark Bay with 16 CY environmental buckets.
- Eight Donjon owned sealed hopper scows.
- Towing vessels: Paul Andrew, Mary Alice and Atlantic Salvor.

Capacity

Disposal Sites:
EnCap: information to be provided by Donjon.
1E: 800,000 CY with 570,000 CY open (to be clarified by Donjon).

Processing Site:
Donjon Port Newark Berth 36: 6,000 CY per shift/day.

Offloading/Trucking:
Metal Management Port Newark Berth 32: 6,000 CY to 18,000 CY per day (to be clarified by Donjon).

Dredging:
6,000 CY per day for maintenance material.





Outside Attorneys Eyes

Operations

1. Metal Management to 1E – using ground transportation, tri-axle trucks
2. Metal Management to EnCap – using ground transportation, tri-axle trucks

**GOVERNMENT'S POSITION:**

Contractor should submit detailed information on ground transportation for upland disposal and provide supporting documentation of confirming the capability to transport (by truck) the processed dredged material to the placement site(s) at the rate that is indicated (number of trucks to be used and capacity per truck).

Donjon has not provided any information on the EnCap disposal site, therefore a review/evaluation on the utilization of the EnCap disposal site could not be accomplished. Donjon needs to provide information on EnCap site for preliminary review immediately, if this site is to be used for placement of any project dredged material.

The location map (attachment to letter dated June 18, 2004) indicates the distances from Seguine Point to Berth 36 is 18.4 miles and from offloading to disposal site(s) is 18.0/25.0 miles (1E/EnCap). It seems that the distance between offloading and disposal sites are in error. Donjon needs to provide a revision of the location map providing the correct distance between the offloading and disposal sites.

Review of the information provided by Donjon has raised some questions. Clarification is needed by Donjon on all the items as part of the 70-day submittal.

Prepared By: [signature]
Soon Lew
Project Engineer

Reviewed By: [signature]
Randall Hintz
Chief, Tech Support Section

Approved By: [signature]
John F. Tavolaro
Chief, Ops Support Branch





Outside Attorneys Eyes

# EXHIBIT 34

US Army Corps of Engineers
New York District

# Fax

fax 908-964-7426

Operations Division
Technical Support Section
Fax No. (212) 264-1463
Phone No: (212) 264-0199
→ 212-264-4260

TO: Kerri Mullins FROM: Soon Lew

DATE: 8/18/04 TOTAL NUMBER OF PAGES: 5
(INCLUDING COVER SHEET)

SUBJECT: Kerri – The Synopsis section needs to be revised

Soon

Any questions, call me after 1 P.M. I will be in L.C. this morning

P.S.

I will forward comments to you as the review of the 70 days submittal continuing. – Soon

PLAINTIFF'S EXHIBIT 109 JD 1-11-08

Transmit report

P.1

08/18/2004 07:36
40LH01368
TC:241274

| REMOTE STATION | START | TIME | Pages | RESULT | REMARKS |
| --- | --- | --- | --- | --- | --- |
| 919089647426 | 08-18 07:35 | 00:01 14 | 005/005 | OK | |

REMARKS TMR:Timer, POL:Poll, TRN:Turn around, 2IN:2in1 Tx, ORG:Original size set, DPG:Book Tx
FME:Frame erase Tx, MIX:Mixed original, CALL:Manual-Com, KRDS:KRDS, FWD:FORWARD
FLP:Flip Side 2, SP:Special Original
FCODE:Fcode, MBX:Confidential, BUL:Bulletin, RLY:Relay, RTX:Re-Tx, PC:PC-FAX
S-OK:Stop communication, Busy:Busy, Cont.:Continue, No ans:No answer
M-full:Memory full, PW-OFF:Power switch OFF, TEL:Rx from TEL