# EXHIBIT 35

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-06-B-0014-0004 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 08-Dec-2006 | PAGE OF PAGES 1 OF 69 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-07-C-0003 | W16ROE61651076 | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278-0900<br>TEL: 212-264-0238 FAX: 212-264-3013 | **See Item 7**<br>TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | LORETTA E PARRIS | (917)790-8182 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Anchorage Channel 1 Contract 3 (S-AN-1) Navigation Improvement 50 Foot Project, New York

1. This project consists of the dredging and placement of non-rock. It involves the use of an environmental bucket such as cable-arm clamshell dredge with 26 cubic yard bucket, an excavator dredge with a 12 CY bucket. The scope of work also includes the sampling and testing of subsurface materials at various locations. The non-rock material unsuitable for the HARS placement will be placed at an Upland disposal Facility. These dredges must be able to operate in a minimum of 50 ft of water.

2. This project is unrestricted. NAICS Code: 237990. Size Standard 18.5 Million.

3. Contract Specialist: (917) 790-8182.
Technical Manager: Jamal Sulayman (917) 790-8299.

11. The Contractor shall begin performance within 5 calendar days and complete it within 130 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See* Bid Notes *.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 15 Aug 2006 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
DONJON MARINE CO INC
1250 LIBERTY AVENUE
HILLSIDE NJ 07205

CODE 9S939 | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
908-964-8812

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
USACE, FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT NO. | | | | | | | | | | |
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

22. AMOUNT
**$18,887,500.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY — CODE
KILL VAN KULL PROJECT OFFICE
CAVEN POINT MARINE TERMINAL 3 CHAPLE AVE
JERSEY CITY NJ 07305

27. PAYMENT WILL BE MADE BY: — CODE
USACE, FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

30B. SIGNATURE

30C. DATE

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
07-Dec-2006

NSN 7540-01-155-3212

G01004-00134

**STANDARD FORM 1442 BACK** (REV. 4-85)

Section 00010 - Solicitation Contract Form

1442 CONTINUATION SHEET
Continuation Sheet, SF 1442

**Project Title/Location:** Anchorage Channel 1 Contract 3 (S-AN-1) Navigation Improvement 50 foot Project, New Jersey

Solicitation No.: W912DS-06-B-0014
Contract No.: W912DS-07-C-0003
Contractor: Donjon Marine, Inc
Amendments: 0001 dated 07/31/06, 0002 dated 08/14/06, 0003 dated 08/09/06 and 0004 dated 08/15/06

Wage Rate General Decision: NY20030001 11/10/2006 Incorporates 5 December 2006 Donjon Marine Company Inc letter acknowledging all Wage Determination updates from December 2005 in their price.

**BLOCK 21, ITEMS ACCEPTED:**
Accepted CLINS 0001 – 0025

BASE CLINS 0001-0004 are awarded at this time.

**BLOCK 22, AMOUNT:**
Total Award Amount: Eighteen Million, Eight Hundred and Eighty Seven Thousand, Five Hundred Dollars and Zero Cents (18,887,500.00).

**ACCOUNTING AND APPROPRIATION DATA**

PURCHASE REQUEST: W16ROE-6165-1076

ACCOUNTING AND APPROPRIATION DATA

AA: 96nax3122000e3x08242107632996303323009H641
AMOUNT: $3,200,000.00
CIN W16ROE616510760001: $3,200,000.00

AB: 96X31220000 082421 323009H641076329 NA 96303
AMOUNT: $6,800,000.00
CIN 000000000000000000000000000000: $6,800,000.00

AC: 96X88620000 082421 3230FFFFF3076329 NA 96303
AMOUNT: $8,887,500.00
CIN 000000000000000000000000000000: $8,887,500.00

Payments are made through the following address:

USACE Finance Center
ATTN: CEFC-AO-P
5722 Integrity Drive
Millington, TN 38054

Total Contract Award: $18, 887,500.00

Total Obligated at Award $18,887,500.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1 | Lump Sum | $3,200,000.00 | $3,200,000.00 |

BASE BID ITEM For S-AN-lA
FFP
CONSTRUCT NAVIGATION CHANNEL
MOBILIZATION AND DEMOBILIZATION
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $3,200,000.00

ACRN AA $3,200,000.00
CIN: W16ROE616510760001

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 50 | Ton | $250.00 | $12,500.00 |

BASE BID ITEM For S-AN-1A
FFP
CONSTRUCTION NAVIGATION CHANNEL
DEBRIS REMOVAL AND DISPOSAL(QUANTITY IS ESTIMATED)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $12,500.00

ACRN AB $12,500.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | Cubic Yard | | |

BASE BID ITEM For S-AN-1A
FFP
FOB: Destination

NET AMT $0.00

ACRN AB $0.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AA | | 125,694.44444 | Cubic Yard | $54.00 | $6,787,500.00 |

BASE BID ITEM For S-AN-1A-Federal Fund
FFP
CONSTRUCTION NAVIGATION CHANNEL
Dredging from Station 95+00 to 115+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) (QUANTITY IS ESTIMATED )
Name of Site(s) ____________________
Name of POC(s) ____________________
Address of Site(s) ____________________
____________________
____________________ Phone(s)
____________________________
(Provide info. on 8.5x11 if needed)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $6,787,500.00

ACRN AB $6,787,500.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AB | | 159,305.5556 | Cubic Yard | $54.00 | $8,602,500.00 |

BASE BID ITEM For S-AN-1A
FFP
Non-Federal Funds. CONSTRUCTION NAVIGATION CHANNEL
Dredging from Station 95+00 to 115+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) (QUANTITY IS ESTIMATED )
Name of Site(s) ____________________
Name of POC(s) ____________________
Address of Site(s) ____________________
____________________
____________________ Phone(s)
____________________
(Provide info. on 8.5x11 if needed)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $8,602,500.00

ACRN AC $8,602,500.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 285,000 | Cubic Yard | $1.00 | $285,000.00 |

BASE BID ITEM For S-AN-1A
FFP
CONSTRUCT NAVIGATION CHANNEL
DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE61651076

NET AMT $285,000.00

ACRN AC $285,000.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 OPTION | | 1 | Lump Sum | $0.00 | $0.00 |

OPTIONAL ITEM 1
FFP
Option 1 - ADDITIONAL COST FOR OPTIONAL INSURANCE (the amount is the maximum that can be reimbursed, only actual expenses will be reimbursed)
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 50,000 | Cubic Yard | $-19.00 | $-950,000.00 |
| OPTION | OPTIONAL ITEM-2 | | | | |

FFP
Option 2 - DIFFERENCE IN COST FOR PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS FOR PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY (NBCDF) (NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS) (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $-950,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 1 | Lump Sum | $120,000.00 | $120,000.00 |
| OPTION | OPTIONAL ITEM-3 | | | | |

FFP
Option 1 -FIELD OFFICE and FACILITIES for 12-months duration (item can be used as needed per month, if awarded, the amount wil be divided by 12 for cost per month)l
FOB: Destination

NET AMT $120,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 15 | Each | $3,500.00 | $52,500.00 |
| OPTION | OPTIONAL ITEM-4<br>FFP<br>Option 4 - SUBSURFACE DRILLING AND SAMPLING if awarded, item can be used as needed per sample<br>FOB: Destination | | | | |
| | | | | NET AMT | $52,500.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 125 | Ton | $250.00 | $31,250.00 |
| OPTION | OPTIONAL ITEM-5<br>FFP<br>Option 5 - ADDITIONAL DEBRIS REMOVAL AND DISPOSAL (QUANTITY IS ESTIMATED)<br>FOB: Destination | | | | |
| | | | | NET AMT | $31,250.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | | 225 | Ton | $250.00 | $56,250.00 |
| OPTION | OPTIONAL ITEM-6<br>FFP<br>Option 6 - ADDITIONAL DEBRIS REMOVAL AND DISPOSAL(QUANTITY IS ESTIMATED)<br>FOB: Destination | | | | |
| | | | | NET AMT | $56,250.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0011 | | 60 | Each | $8,000.00 | $480,000.00 |
| OPTION | OPTIONAL ITEM-7<br>FFP<br>Option 7 - STAND BY TIME (see note 9) (60 Each/DAY)<br>FOB: Destination | | | | |
| | | | | NET AMT | $480,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0012 | | 228,000 | Cubic Yard | $54.00 | $12,312,000.00 |
| OPTION | OPTIONAL ITEM-8<br>FFP<br>Option 8 - DREDGING - Drom Station 85+00 to 95+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES) (QUANTITY IS ESTIMATED)<br>Name of Site(s): Name of POC(s), Address of Site(s)<br>Phone(s) (Provide info. on 8.5x11)<br>FOB: Destination | | | | |
| | | | | NET AMT | $12,312,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0013 | | 228,000 | Cubic Yard | $1.00 | $228,000.00 |

OPTION OPTIONAL ITEM-8
FFP
Option 8 - DEWATERING From Station 85+00 to 95+00 DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $228,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0014 | | 33,000 | Cubic Yard | $54.00 | $1,782,000.00 |

OPTION OPTIONAL ITEM-9
FFP
Option 9 - DREDGING - From Station 78+00 to 85+00 DREDGING TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT OF THE CONTRACTOR'S PROPOSED FACILITY(IES) (QUANTITY IS ESTIMATED)
Name of Site(s), Name of POC(s), Address of Site(s)
Phone(s) (Provide info. on 8.5x11)
FOB: Destination

NET AMT $1,782,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0015 | | 149,000 | Cubic Yard | $20.00 | $2,980,000.00 |

OPTION OPTIONAL ITEM-9
FFP
Option 9- DREDGING - From Station 78+00 to 85+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING (IF NECESSARY) AND PLACEMENT OF SAND MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES)) (QUANTITY IS ESTIMATED) Name of Site(s), Name of POC(s), Address of Site(s), Phone(s) ( Provide info. on 8.5x11)
FOB: Destination

NET AMT $2,980,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0016 | | 182,000 | Cubic Yard | $1.00 | $182,000.00 |

OPTION OPTIONAL ITEM-9
FFP
Option 9 -DEWATERING - From Station 78+00 to 85+00 DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $182,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0017 | | 169,000 | Cubic Yard | $54.00 | $9,126,000.00 |
| OPTION | OPTIONAL ITEM-10 | | | | |

FFP
Option 10- DREDGING - From Station 115+00 to 130+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES)) (QUANTITY IS ESTIMATED)
Name of Site(s), Name of POC(s), Address of Site(s), Phone (s) (Provide info. on 8>5x11)
FOB: Destination

NET AMT $9,126,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0018 | | 169,000 | Cubic Yard | $1.00 | $169,000.00 |
| OPTION | OPTIONAL ITEM-10 | | | | |

FFP
Option 10-DEWATERING - (From Station 115+00 to 130+00) DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $169,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0019 | | 158,000 | Cubic Yard | $54.00 | $8,532,000.00 |
| OPTION | optional item -11<br>FFP<br>Option 11 - DREDGING From Station 130+00 to 135+00 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES) (QUANTITY IS ESTIMATED)<br>Name of Site(s), Name of POC(s), Address of Site(s),<br>Phone(s) (Provide info. on 8.5x11)<br>FOB: Destination | | | | |
| | | | | NET AMT | $8,532,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 | | 158,000 | Cubic Yard | $1.00 | $158,000.00 |
| OPTION | OPTIONAL ITEM -11<br>FFP<br>oPTION 11 - DEWATERING-(From Station 130+00 to 135+00); DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)<br>FOB: Destination | | | | |
| | | | | NET AMT | $158,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0021 | | 125,000 | Cubic Yard | $54.00 | $6,750,000.00 |

OPTION

OPTIONAL ITEM - 12
FFP
Option 12 - DREDGING - From Station 135+00 to 138+25.1 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES) (QUANTITY IS ESTIMATED)
Name of Site(s), Name of POC(c), Address of Site(s),
Phone (s) (Provide info. on 8.5x11)
FOB: Destination

NET AMT $6,750,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0022 | | 125,000 | Cubic Yard | $1.00 | $125,000.00 |

OPTION

OPTIONAL ITEM -12
FFP
Option 12 -DEWATERING (From Station 135+00 to 138+25.1); DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $125,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0023 | | 10,000 | Cubic Yard | $20.00 | $200,000.00 |

OPTION OPTIONAL ITEM - 13
FFP
Option 13 - DREDGING - Utility Crossing Corridor 3 DREDGING, TRANSPORTATION, DELIVERY, PROCESSING (IF NECESSARY) AND PLACEMENT OF SAND MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES)) (QUANTITY IS ESTIMATED) Name of Site(s), Name of POC(s), Address of Site(s) Phone(s) (Provide info. on 8.5x11)
FOB: Destination

NET AMT $200,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0024 | | 23,000 | Cubic Yard | $54.00 | $1,242,000.00 |

OPTION OPTIONAL ITEM -13
FFP
Option -13 DREDGING -(Utility Crossing 3); DREDGING, TRANSPORTATION, DELIVERY PROCESSING AND PLACEMENT OF SILT MATERIAL UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY(IES)) (QUANTITY IS ESTIMATED)
FOB: Destination

NET AMT $1,242,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0025 | | 33,000 | Cubic Yard | $1.00 | $33,000.00 |
| OPTION | OPTIONAL ITEM - 13<br>FFP<br>Option 13 - DEWATERING - (Utility Crossing Corridor 3); DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT (QUANTITY IS ESTIMATED)<br>FOB: Destination | | | | |

NET AMT $33,000.00

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Jul 2005) Alternate II | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-6 | Davis Bacon Act | JUL 2005 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | APR 2006 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |

| | | |
|---|---|---|
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | SEP 2005 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | SEP 2005 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-1 | Performance of Work by the Contractor | APR 1984 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 Alt I | Default (Fixed-Price Construction) - Alternate I | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | MAR 2006 |
| 252.232-7003 | Electronic Submission of Payment Requests | MAY 2006 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

| | | |
|---|---|---|
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | NOV 2005 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7023 Alt III | Transportation of Supplies by Sea (May 2002) Alternate III | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.203-3 GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative--

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled--

(1) To pursue the same remedies as in a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

(d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 Calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 130 Calendar days. The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $5,855.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-13 TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in

costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JUL 2005)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference; and

(ii) Otherwise successful offers from small business concerns.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

___ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.219-8 UTILIZATION OF SMALL BUSINESS CONCERNS (MAY 2004)

(a) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(b) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

Definitions. As used in this contract--

HUBZone small business concern means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

Small disadvantaged business concern means a small business concern that represents, as part of its offer that--

(1) It has received certification as a small disadvantaged business concern consistent with 13 CFR part 124, subpart B;

(2) No material change in disadvantaged ownership and control has occurred since its certification;

(3) Where the concern is owned by one or more individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(4) It is identified, on the date of its representation, as a certified small disadvantaged business in the database maintained by the Small Business Administration (PRO-Net).

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern--

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as a small business concern, a veteran-owned small business concern, a service-disabled veteran-owned small business concern, a HUBZone small business concern, a small disadvantaged business concern, or a women-owned small business concern.

(End of clause)

52.223-9 ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA-DESIGNATED PRODUCTS (AUG 2000) ALTERNATE I (AUG 2000)

(a) Definitions. As used in this clause--

Postconsumer material means a material or finished product that has served its intended use and has been discarded for disposal or recovery, having completed its life as a consumer item. Postconsumer material is a part of the broader category of "recovered material."

Recovered material means waste materials and by-products recovered or diverted from solid waste, but the term does not include those materials and by-products generated from, and commonly reused within, an original manufacturing process.

(b) The Contractor shall execute the following certification required by the Resource Conservation and Recovery Act of 1976 (42 U.S.C. 6962(i)(2)(C)):

Certification

I, ____________ (name of certifier), am an officer or employee responsible for the performance of this contract and hereby certify that the percentage of recovered material content for EPA-designated products met the applicable contract specifications.

______________________________________________

(Signature of the Officer or Employee)

______________________________________________

(Typed Name of the Officer or Employee)

______________________________________________

(Title)

______________________________________________

(Name of Company, Firm, or Organization)

______________________________________________

(Date)

______________________________________________

(End of certification)

(c) The Contractor, on completion of this contract, shall--

(1) Estimate the percentage of the total recovered material used in contract performance, including, if applicable, the percentage of postconsumer material content; and

(2) Submit this estimate to _______________ [Contracting Officer complete in accordance with agency procedures].

(End of clause)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be <u>20%</u> percent of the bid price or $<u>3,000,000.00</u>, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.231-5000 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE MAR 1995)--EFARS

(a) This clause does not apply to terminations. See 52.249-5000, Basis for Settlement of Proposals and FAR Part 49.

(b) Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data for each piece of equipment or groups of similar serial and series for which the Government can determine both ownership and operating costs from the contractor's accounting records. When both ownership and operating costs cannot be determined for any piece of equipment or groups of similar serial or series equipment from the contractor's accounting records, costs for that equipment shall be based upon the applicable provisions of EP 1110-1-8, Construction Equipment Ownership and Operating Expense Schedule, Region ____. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the contracting officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retroactive pricing, the schedule in effect at the time the work was performed shall apply.

(c) Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36. Rates for equipment rented from an organization under common control, lease-purchase arrangements, and sale-leaseback arrangements, will be determined using the schedule, except that actual rates will be used for equipment leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees.

(d) When actual equipment costs are proposed and the total amount of the pricing action exceeds the small purchase threshold, the contracting officer shall request the contractor to submit either certified cost or pricing data, or partial/limited data, as appropriate. The data shall be submitted on Standard Form 1411, Contract Pricing Proposal Cover Sheet.

(End of clause)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 20 percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-13 ACCIDENT PREVENTION (NOV 1991)

(a) The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b) For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1) Provide appropriate safety barricades, signs, and signal lights;

(2) Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3) Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c) If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

(End of clause)

52.236-21 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or "acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown," as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".

(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor.

(End of clause)

52.246-21 WARRANTY OF CONSTRUCTION (MAR 1994)

(a) In addition to any other warranties in this contract, the Contractor warrants, except as provided in paragraph (i) of this clause, that work performed under this contract conforms to the contract requirements and is free of any defect in equipment, material, or design furnished, or workmanship performed by the Contractor or any subcontractor or supplier at any tier.

(b) This warranty shall continue for a period of 1 year from the date of final acceptance of the work. If the Government takes possession of any part of the work before final acceptance, this warranty shall continue for a period of 1 year from the date the Government takes possession.

(c) The Contractor shall remedy at the Contractor's expense any failure to conform, or any defect. In addition, the Contractor shall remedy at the Contractor's expense any damage to Government-owned or controlled real or personal property, when that damage is the result of--

(1) The Contractor's failure to conform to contract requirements; or

(2) Any defect of equipment, material, workmanship, or design furnished.

(d) The Contractor shall restore any work damaged in fulfilling the terms and conditions of this clause. The Contractor's warranty with respect to work repaired or replaced will run for 1 year from the date of repair or replacement.

(e) The Contracting Officer shall notify the Contractor, in writing, within a reasonable time after the discovery of any failure, defect, or damage.

(f) If the Contractor fails to remedy any failure, defect, or damage within a reasonable time after receipt of notice, the Government shall have the right to replace, repair, or otherwise remedy the failure, defect, or damage at the Contractor's expense.
(g) With respect to all warranties, express or implied, from subcontractors, manufacturers, or suppliers for work performed and materials furnished under this contract, the Contractor shall--

(1) Obtain all warranties that would be given in normal commercial practice;

(2) Require all warranties to be executed, in writing, for the benefit of the Government, if directed by the Contracting Officer; and

(3) Enforce all warranties for the benefit of the Government, if directed by the Contracting Officer.

(h) In the event the Contractor's warranty under paragraph (b) of this clause has expired, the Government may bring suit at its expense to enforce a subcontractor's, manufacturer's, or supplier's warranty.

(i) Unless a defect is caused by the negligence of the Contractor or subcontractor or supplier at any tier, the Contractor shall not be liable for the repair of any defects of material or design furnished by the Government nor for the repair of any damage that results from any defect in Government-furnished material or design.

(j) This warranty shall not limit the Government's rights under the Inspection and Acceptance clause of this contract with respect to latent defects, gross mistakes, or fraud.

(End of clause)

52.248-3 VALUE ENGINEERING--CONSTRUCTION (FEB 2000)

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any instant contract savings realized from accepted VECP's, in accordance with paragraph (f) below.

(b) Definitions. "Collateral costs," as used in this clause, means agency costs of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistic support. The term does not include the normal administrative costs of processing the VECP.

"Instant contract savings," as used in this clause, means the estimated reduction in Contractor cost of performance resulting from acceptance of the VECP, minus allowable Contractor's development and implementation costs, including subcontractors' development and implementation costs (see paragraph (h) below).

"Value engineering change proposal (VECP)" means a proposal that--

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the contract price or estimated cost without impairing essential functions or characteristics; provided, that it does not involve a change--

(i) In deliverable end item quantities only; or

(ii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs (1) through (7) below. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and that proposed, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, and the effect of the change on the end item's performance.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) A separate, detailed cost estimate for

(i) the affected portions of the existing contract requirement and

(ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under paragraph (h) below.

(4) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(5) A prediction of any effects the proposed change would have on collateral costs to the agency.

(6) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(7) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the Resident Engineer at the worksite, with a copy to the Contracting Officer.

(e) Government action.

(1) The Contracting Officer will notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer will notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

If the VECP is not accepted, the Contracting Officer will notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause. The Contracting Officer may accept the VECP, even though an agreement on price reduction has not been reached, by issuing the Contractor a notice to proceed with the change. Until a notice to proceed is issued or a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The decision to accept or reject all or part of any VECP is a unilateral decision made solely at the discretion of the Contracting Officer.

(f) Sharing.

(1) Rates. The Government's share of savings is determined by subtracting Government costs from instant contract savings and multiplying the result by

(i) 45 percent for fixed-price contracts or

(ii) 75 percent for cost-reimbursement contracts.

(2) Payment. Payment of any share due the Contractor for use of a VECP on this contract shall be authorized by a modification to this contract to--

(i) Accept the VECP;

(ii) Reduce the contract price or estimated cost by the amount of instant contract savings; and

(iii) Provide the Contractor's share of savings by adding the amount calculated to the contract price or fee.

(g) Collateral savings. If a VECP is accepted, the Contracting Officer will increase the instant contract amount by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings will not exceed the contract's firm-fixed-price or estimated cost, at the time the VECP is accepted, or $100,000, whichever is greater. The Contracting Officer is the sole determiner of the amount of collateral savings.

(h) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $50,000 or more and may include one in subcontracts of lesser value. In computing any adjustment in this contract's price under paragraph (f) above, the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs clearly resulting from a VECP accepted by the Government under this contract, but shall exclude any value engineering incentive payments to a subcontractor. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.

(i) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering-- Construction clause of contract . . . . . . . . . . , shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations." If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of clause)

52.249-10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if--

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include

(i) acts of God or of the public enemy,

(ii) acts of the Government in either its sovereign or contractual capacity,

(iii) acts of another Contractor in the performance of a contract with the Government,

(iv) fires,

(v) floods,

(vi) epidemics,

(vii) quarantine restrictions,

(viii) strikes,

(ix) freight embargoes,

(x) unusually severe weather, or delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended. The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil

(End of clause)

52.252-4 ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any insert regulation name (48 CFR _____) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.236-7001 CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| Title | File | Drawing No. |
|---|---|---|

SEE COVER SHEET OF PLANS

(End of clause)

252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60 percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining 40 percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

Section 00800 - Special Contract Requirements

00800 SECTION

SECTION 00800

SPECIAL CONTRACT REQUIREMENTS

Index

1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK
1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS
1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS
1.4 RECORD DRAWINGS
1.5 PHYSICAL DATA
1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE
1.7 CONSTRUCTION PROJECT SIGNS
1.8 SUBMISSION OF CLAIMS
1.9 SCHEDULING AND DETERMINATION OF PROGRESS
1.10 INSPECTION
1.11 NOTICE TO MARINERS
1.12 PROTECTION OF EXISTING STRUCTURES
1.13 BRIDGE-TO-BRIDGE COMMUNICATION
1.14 PERFORMANCE EVALUATION OF CONTRACTOR
1.15 FINAL EXAMINATION AND ACCEPTANCE
1.16 FUEL USAGE
1.17 OIL TRANSFER OPERATION
1.18 CERF IMPLEMENTATION
1.19 ENVIRONMENTAL LITIGATION
1.20 SIGNAL LIGHTS
1.21 LABOR - ADDITIONAL REQUIREMENTS
1.22 CONTINUING CONTRACT
1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION
1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS
1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER
1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL
1.27 PLANT
1.28 STATE/LOCAL INCOME TAXES
1.29 THE SEAGOING BARGE ACT
1.30 TIME EXTENSIONS
1.31 SUPERINTENDENCE OF SUBCONTRACTORS
1.32 1.32A: INSURANCE PROCURED BY CONTRACTOR AND 1.32B: BY PORT AUTHORITY
1.33 FIELD OFFICE
1.34 PRICING ADJUSTMENTS
1.35 PERFORMANCE OF WORK BY THE CONTRACTOR
1.36 PARTNERSHIP IMPLEMENTATION PLAN
1.37 PRECONSTRUCTION CONFERENCE
1.38 MISPLACED MATERIAL
1.39 CHANGE OF DISPOSAL FACILITY
1.40 NOTES ON ESTIMATED ROCK ELEVATIONS
1.41 CONTRACTOR DIVING OPERATIONS
1.42 FACILITIES
1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS
1.44 QUANTITY SURVEYS

1.45 CONTRACTOR RESPONSIBILITY SUBMISSIONS
1.46 GOVERNMENT RESIDENT MANAGEMENT SYSTEM
1.47 PATENTS

SECTION 00800

SPECIAL CONTRACT REQUIREMENTS

## 1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the Initial Notice to Proceed (NTP), (ii) prosecute the work diligently, and (iii) complete dredging and placement of material within 130 calendar days for the entire basic contract from the date the Contractor receives the Notice to Proceed (NTP). The completion shall include final cleanup of prèmises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days after receipt of the Notice to Proceed for the contract.

b. Location: The site of work (S-AN-1A) is located in the New York and New Jersey Harbor east of Kill Van Kull

c. The contractor is required to comply with the following dredging/ placement restrictions and monitoring requirements:

(1) Dredging placement restrictions imposed by the New York state water quality certificates (WQC) (see section 00903).

d. The Contractor shall furnish as necessary all labor, materials, equipment, and services for the following work: Dredging, processing and Placement of non-rock material, to the depths indicated on the drawings.

e. All work shall be in accordance with the drawings and specifications or instructions attached hereto and made a part thereof, or to be furnished hereafter by the Contracting Officer (KO) or Contracting Officer Representative (COR) and subject, in every detail, to his supervision, direction, and instructions (DOD FAR Supplement 52.236-7014)

f. Magnitude of Construction Project: The estimated value of the proposed work is between $35 million and $75 million

## 1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (1984 APR)

Notwithstanding the clause of this contract entitled "Subcontracts", the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from the Contracting Officer a clearance that the proposed subcontractor is in compliance with the equal opportunity requirements and therefore is eligible for award. (FAR 52.222-28)

## 1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (252.236-7001)

See contract clause entitled CONTRACTOR DRAWINGS, MAPS AND SPECIFICATIONS in Section 00700 CONTRACT CLAUSES. For a listing of Contract Drawings refer to the "General Plan and Index to Drawings" on the cover sheet plan drawing.

## 1.4 RECORD DRAWINGS

a. General: The Contractor shall maintain as-built drawings during the construction period and shall submit final record drawings at the completion of contract areas. The Government will provide to the Contractor the CAD (Computer-Aided Drafting) files consisting of compact (computer) disks or magnetic media of the drawing files in he appropriate CAD format (e.g. "Microstation", etc.) for the project. The Contractor is required to make prints or mylars from the CAD files and maintain the drawings to show as-built conditions as construction progress and surveys are performed for the duration of the construction. Except for updates as indicated below, the Contractor may maintain as-built drawings by marking up drawings by hand or by CAD methods. Scanned drawings will not be acceptable. If the Government cannot provide CAD files for the project drawings, mylar(reproducible) drawings will be provided. The Contractor shall then be required to comply with all requirements indicated herein by the use of hand drafting.

b. Progress As-built Prints: During construction, the Contractor is responsible for maintaining a set of paper prints to show as-built construction conditions. These as-built prints shall be kept current and available on the job site at all times. All changes from the contract plans which are made in the work or additional information which might be uncovered in the course of construction shall be accordingly and neatly recorded as they occur by means of details and notes. The as-built prints shall be jointly inspected for accuracy and completeness by the Contracting Officer's representative and a responsible representative of the Contractor prior to submission of each monthly pay estimate. The prints shall show the following information, but not limited to:

(1) The location and description of any bridges, utility lines, or any other structures within the construction area. The location includes dimensions to permanent features.

(2) The location and dimensions of any changes with the channel.

(3) Correct grade or alignment of channel, structures or utilities if any changes were made from the contract plans.

(4) Correct elevations if changes were made in channel depths

(5) All changes, which result from contract modifications.

(6) Where contract drawings or specifications allow options, only the option selected for construction shall be shown on the as-built prints.

(7) All amendments to the contract drawings issued during the solicitation period shall be posted on the as-built drawings.

c. Protection of Records: The Contractor shall be responsible for the protection and safety of the mylars and CAD records until returned to the Contracting Officer. Any drawings damaged or lost by the Contractor shall be satisfactorily replaced by the Contractor at his expense.

d. 50% As-Built Submittal: At the 50% point in construction of this project (as determined by progress payments) the Contractor shall submit the updated CAD files of the project drawings in the appropriate CAD program to show as-built conditions as above, and submit an updated computer disk and one set of prints to the Contracting Officer for approval. If the mylars only are provided to the Contractor, they shall be updated at this stage using hand-drafting as specified herein, and the Contractor shall submit one set of prints to the Contracting Officer for approval. Any required corrections shall be made by the Contractor before payment approval for this item. The Contractor must use updated CAD record or mylar drawings to produce required prints.

e. Preliminary Record Drawing Submittal: At least thirty (30) calendar days before the anticipated date of final acceptance inspection the Contractor shall deliver two copies of progress prints showing final as-built conditions to the Contracting Officer for review and approval. These as-built prints shall correctly show all features of the projects as it has been constructed, adding such additional drawings as may be necessary. They shall be printed from the CAD files updated in the appropriate CAD program, or from updated mylars if mylars only were provided to the Contractor. Within ten (10) days, the Government will provide the Contractor one set of prints indicating required

corrections to the preliminary submittal. The Contractor shall correct and resubmit within five days. Any required subsequent review and re submission periods will each be accomplished within 5 days. Upon Government approval of the preliminary submittal, the Contractor shall prepare final record drawings.

f. Record Drawing Submission: In the appropriate CAD program each drawing shall be marked with the words "RECORD DRAWING AS-BUILT" followed by the name of the Contractor in lettering at least 3/16" high. All revisions to the original contract drawings shall be dated in the revision block. All prints and mylars must be reproduced from the updated CAD files. If mylars only were provided to the Contractor, they shall be hand-lettered or stamped as indicated above, and revisions shown in revision block. A minimum of 5 calendar days before the anticipated date of final acceptance inspection of the project the Contractor shall deliver to the Contracting Officer.

Three (3) CD's of CAD files of Record Drawings.
One (1) set of Mylar Record Drawings.
One (1) copy of prints of Record drawings.

Failure to make an acceptable submission of Record Drawings will delay the Final Acceptance Inspection for the project and shall be cause for withholding any payment due the Contractor under this contract.

g. Property: All paper prints, reproducible drawings and CAD files will become property of the Government upon final approval. Approval and acceptance of the final record drawings shall be accomplished before final payment is made to the Contractor.

h. Payment: No separate payment will be made for the as-built and record drawings or updating of CAD files required under this contract, and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.

1.5 PHYSICAL DATA (1984 APR) (FAR 52.236-4)

Information and data furnished or referred to below are furnished for the Contractor's information. However, it is expressly understood that the Government will not be responsible for any interpretation or conclusion drawn therefrom by the Contractor.

(1) The physical conditions indicated on the drawings and in the specifications are the results of site investigations by hydrographic surveys and individual inspections.

(2) The plane of reference Mean Low Water (MLW) as established by National Geodetic Vertical Datum (1929 Adjustment), or NGVD29 will be used on the drawings and in these specifications.

(3) Weather Conditions: The site of the work is exposed to direct offshore wind, ocean wave and swell action. It is the Contractor's responsibility to obtain and analyze available information concerning offshore conditions and its potential effect on his operations. See paragraph 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER for adverse weather delays at the project site.

a. Fog: An examination of the records of the U.S. Weather Service at John F. Kennedy Airport, New York, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog occurred in any recent year was 18 in 1982.

(4) Climatological data determined from records of the U.S. Weather Service Bureau at Newark Liberty International Airport, NJ:

Mean Annual Temperature: 54.1 degrees F
Mean Annual Precipitation: 43.0 inches

(5) Tides: The following is the tidal range near the project area:

The Battery, NY - mean range 4.6 feet
- mean range spring 5.5 feet

Sandy Hook, NJ - mean range 4.7 feet
- mean range spring 5.6 feet

Irregular fluctuations due to wind and atmospheric pressure have resulted in tide stages at The Battery from 3.8 feet below MLW to 10.6 feet above MHW.

(6) Permit Structures: There are known permitted structures and/or utilities within the contract area (See plans).

(7) Channel Traffic: Vessel traffic in the project waterway may consist of but not be limited to of seagoing bulk and general cargo freighters, tankers, container ships, auto carriers and miscellaneous small craft. Vessel traffic may cause delays to the work under these specifications.

(8) Other Work in the Area: There may be dredging contracts adjoining this area. It is the Government's intent, subject to funding, to award subsequent dredging contracts adjacent to the present contract area.

(9) Obstruction of Channel: The Government will not undertake to keep the channel free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army in accordance with the provisions of Section 7 of the River and Harbor Act approved August 8, 1917. The Contractor shall be required to conduct the work in such a manner as to obstruct navigation as little as possible, except as herein before specified, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such passage. Upon completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore. The channel must be kept open to vessel traffic at all times except as permitted by the Contracting Officer or by the Coast Guard. It should be noted that navigational safety takes precedence over dredging operations.

(10) Transportation Facilities: local streets in Brooklyn, NY and Staten Island, NY serve the locality of the proposed work. All costs for the use of existing transportation facilities, and for maintenance, repair, removal and restoration shall be borne by the Contractor.

(11) Winds and Waves: Wind and wave climate in the New York Bight area, based upon hourly data obtained from NOAA National Data Buoy Center (NDBC) observation at Station Ambrose Light (ALSN6) for the period 1990-1995 is provided below.

| Month | Average Wind Speed (mph) | Maximum 1 hr avg Wind Speed (mph) | %Time Winds over 25 mph | Average Signif. Wave Ht. (ft.) | Maximum Signif. Wave H (ft.) | %Time Waves Over 6 ft. | Average # Occur-rences over 6ft |
|---|---|---|---|---|---|---|---|
| January | 19.4 | 51.7 | 26.3 | 3.3 | 15.7 | 8.7 | 3.0 |
| February | 19.7 | 51.8 | 28.1 | 3.2 | 11.8 | 7.9 | 2.8 |
| March | 18.8 | 70.8 | 24.6 | 3.4 | 19.7 | 9.0 | 3.4 |
| April | 17.7 | 47.5 | 18.9 | 3.1 | 9.1 | 3.7 | 2.2 |
| May | 16.1 | 40.7 | 13.4 | 2.9 | 9.5 | 2.6 | 1.4 |
| June | 15.8 | 43.6 | 12.4 | 2.6 | 9.5 | 0.9 | 0.6 |
| July | 14.3 | 39.4 | 5.2 | 2.5 | 9.2 | 0.5 | 1.0 |
| August | 14.3 | 51.1 | 7.6 | 2.8 | 7.5 | 4.2 | 1.7 |
| September | 15.5 | 48.9 | 9.3 | 2.9 | 9.2 | 2.7 | 1.8 |
| October | 17.0 | 46.6 | 17.4 | 3.0 | 11.5 | 5.6 | 3.0 |
| November | 19.3 | 59.6 | 25.2 | 3.1 | 15.4 | 7.0 | 2.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| December | 20.2 | 80.0 | 29.3 | 3.4 | 23.9 | 10.7 | 2.8 |
| Annual | 17.3 | 80.0 | 18.2 | 3.0 | 23.9 | 5.4 | 2.6 |

Weather conditions exceeding in severity the fog conditions stated above, wind speeds exceeding the percentage shown for % winds over 25 mph, or wave heights exceeding 6 feet in height for more than one hour, will be considered "Unusually Severe" if delays are caused thereby to operations for more than 50% of the day under this contract.

Near-real time wind and wave conditions in the area can be found out the National Weather Service's National Buoy Center web site: http://www.ndbc.noaa.gov/station_page.php?station=ALSN6

1.6. EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE_(EFARS 52.2/9108(f))

a. Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the Contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8 Volume 1*, "Construction Equipment Ownership and Operating Expense Schedule," Region 1. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply.

(* This manual can be ordered from the Government Printing Office by calling Tel. No. (202) 783-3238. There is a charge for the manual.)

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-lease-back arrangements will be determined using the schedule except the rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment cost are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on standard form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

1.7 CONSTRUCTION PROJECT SIGNS

a. The Contractor shall construct five (5) signs; four for project identification, and one to show on-the-job safety performance. These signs will be placed at the Contracting Officer's direction within 15 calendar days after the Contractor receives the initial Notice to Proceed.

b. Exact placement location will be designated by the Contracting Officer.

c. Panels are fabricated using HDO (High Density Overlay) plywood with dimensional lumber uprights and bracing. The sign faces are non-reflective vinyl.

d. All legends are to be die-cut or computer-cut in the sizes and type-faces specified and applied to the white panel background following the graphic formats shown on the attached sheets. The Communications Red panel on the left side of the construction project sign with Corps signature (reverse version) is screen printed onto the white background.

e. Samples of the signs are included at the end of this section. The project names on the sample signs are only provided to illustrate format. The actual signs shall include the name of this project. The precise wording shall be provided by the Contracting Officer's Representative.

f. No separate payment will be made for erecting and maintaining the signs and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the signs from the project site.

1.8 SUBMISSION OF CLAIMS

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. claims referencing or mentioning the Contracting Disputes Act of 1978

b. requests for a written decision by the Contracting Officer

c. claims certified in accordance with the Contract Disputes Act of 1978

A copy of the requests shall also be provided to the authorized Contracting Officer's Representative (COR) for action and no other Government representative is authorized to accept such requests. The Contractor shall also provide the Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized COR and which have not been resolved after 90 days.

1.9 SCHEDULING AND DETERMINATION OF PROGRESS

Pursuant to the Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS in Section 00700, the Contractor shall prepare and submit for approval a practicable project schedule. The type of schedule and detailed requirements as well as timing of this submittal shall be as specified in specification section "Project Schedule".

This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified schedule for approval by the Contracting Officer.

The terms of Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved project schedule, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met.

Neither on the project schedule as originally submitted nor on any updated periodic schedule which the Contractor is required to prepare and submit, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction, pursuant to Contract Clause, PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, in Section 00700. The making of such an allowance will be contingent upon a

determination by the Contracting Officer that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

1.10 INSPECTION (1965 APR OCE)

The inspectors and the Contracting Officer's Representative (COR) at the site of the work have certain direct and indirect authority to assure that the work is being performed in compliance with the plans and specifications. The inspectors and COR will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position. The presence or absence of an inspector shall not relieve the Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor shall be required:

(a) To furnish, at the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the surveys, prescribed in the clause entitled "Final Examination and Acceptance."

(b) To furnish, at the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the placement sites. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

1.11 NOTICE TO MARINERS

The Contractor shall, prior to commencement of work, notify the 1st Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in a "Notice to Mariners." This notification must be given at least three (3) weeks in advance so that it appears in the "Notice to Mariners" at least one week prior to the commencement of the dredging operation. The Contractor shall also coordinate all dredging and transportation activities with U.S. Coast Guard Sector New York, Vessel Traffic Service Branch at 718-354-4191 or facsimile 718-354-4096.

1.12 PROTECTION OF EXISTING STRUCTURES

All existing structures, piers, bulkheads, utility lines, ships, etc. shown on the drawings or the existence and location of which are made known to the Contractor prior to the beginning or during work shall be protected from damage. In the event of damage, as a result of the Contractor's operations, the Contractor shall be responsible for the repair, restoration, or for all costs of damage resulting therefrom. If the Contractor elects to have alterations made to any existing structure, utility, or other improvements for his convenience, he shall make arrangements with the owner of the facility for such alterations. Arrangements made between the owner and the contractor to alter existing structure shall be approved by the Contracting Officer unless the EXISTING STRUCTURES are to be removed by the owner.

1.13 BRIDGE-TO-BRIDGE COMMUNICATION

In order that radio contact may be made with passing vessels, all major vessels and plant, engaged in work under this contract shall be equipped with bridge-to-bridge radio telephone equipment. The radio telephone equipment shall operate on a single channel very high frequency (VHF), Channel 13, 156.65 MHZ with low power output having a communication range of approximately ten (10) miles. The frequency has been approved by the Federal Communications Commission.

The Contractor shall designate an individual for each shift (24 hours coverage) to be the master or person in charge (PIC) of each vessel (including the dredge) used in the dredging operation.

Responsibilities of master or person in charge.

(a) The master or person in charge shall--

(1) Ensure that the provisions of the Certificate of Inspection are adhered to; and

(2) Be fully cognizant of the requirements of 46 CFR Section 109, especially the provisions in the operating manual required by 46 CFR Sec. 109.121

(3) The master or person in charge shall be immediately available to communicate on bridge-to-bridge radio telephone and with the Vessel Traffic Service.

1.14 PERFORMANCE EVALUATION OF CONTRACTOR (1985 JAN HQ USACE)

a. As a minimum, the Contractor's performance shall be evaluated upon final acceptance of the work. However, interim evaluations may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be DD 2626, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor shall be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be made a part of the official record. Performance Evaluation Reports will be available to all DOD contracting offices for their future use in determining Contractor responsibility, in compliance with DFARS 36.201(c)(1).

1.15 FINAL EXAMINATION AND ACCEPTANCE (1965 APR OCE)

As soon as practicable after the completion of a work area, a final examination of the work will be conducted by the Contracting Officer, at the cost and expense of the Government by acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor shall be required to remove same. The Contractor, or his authorized representative, will be notified when soundings or sweepings are to be made, and will be permitted to accompany the survey party.

The Government shall provide the Contractor the survey data and maps within fourteen (14) calendar days and the quantity volume within forty five (45) calendar days from the date the field survey was performed by the Government.

When the acceptance area is found to be in a satisfactory condition, it will be accepted.

Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of $12,500.00 per occurrence. Progress payment shall be arranged at the pre-construction conference. The Contractor shall perform pre-final hydrographic sweep surveys of an area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multi track or multi beam survey system to insure 100% coverage of the acceptance area. The proposed method for performing these surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EM - 1110-2-1003, HYDROGRAPHIC SURVEYING, 1 January 2002 with all changes for Class I surveys for Class I acoustic sweep system." is mentioned to incorporate "change 1 of 1 April 2004" for EM - 1110-2-1003.
The web URL is: http://www.usace.army.mil/inet/usace-docs/eng-manuals/em.htm

1.16 FUEL USAGE

The Contractor shall furnish the Contracting Officer a report, to be received on or before the last day of the calendar month, listing the totals of fuels consumed by the dredging plant and support vessels. The report shall list quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

1.17 OIL TRANSFER OPERATIONS (NAP-1/81)

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, and municipal laws, codes and regulations. Particular attention is invited to 33 CFR Subchapter 0, "Pollution." The Contractor shall incorporate in the accident prevention program, submitted in compliance with contract clause ACCIDENT PREVENTION in Section 00700, sufficient information to demonstrate that all fuel transfers will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations.

1.18 CERF IMPLEMENTATION (83 June 1 OCE)(EFARS 52.2-9112)
NOT USED.

1.19 ENVIRONMENTAL LITIGATION (1974 NOV OCE)(ECI 7-671.10)

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than those required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause in Section 00700 of this contract. The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

1.20 SIGNAL LIGHTS (FEB 1983)(DEAN-PRP Ind 12 Sep 83)

The Contractor shall display lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CFR 81 App. A-72 COLREGS. Part C), vessels in inland waters (33 CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70), as applicable.

1.21 LABOR - ADDITIONAL REQUIREMENTS

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD Form 879. Statement of Compliance, and attached to each weekly payroll.

1.22 CONTINUING CONTRACT not used

1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION

a. This clause is applicable to small business concerns whose contracts exceed $1,000,000.

b. In accordance with the clause at FAR 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS, in effect on the date of this contract, the Contracting Officer may survey the extent of small and small disadvantaged business utilization under this contract. The Contractor may be required to report to the Contracting Officer statistical data on the number and dollar amounts of subcontracting awards with small businesses and small disadvantaged businesses.

c. As appropriate, the Contracting Officer may require one or more follow-up reports to the initial report.

d. The Contractor agrees to insert this clause in any subcontract that may exceed $1,000,000, including this subparagraph d.

1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS

In addition to the requirements contained in the Contract Clause entitled "PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS" in Section 00700 and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the Contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The schedule of values (or prices) shall consist of a detail breakdown of the contract price, giving quantities breakdown for each of the various kinds of work (rock and non-rock materials), unit prices, and extended prices therefore. The required schedule shall be based on the actual breakdown of the bid price. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the Contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the Contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The Contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in subparagraph (c). For purposes of payment a "proper invoice" is defined as the follows:

1. An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and associated costs.

2. A properly completed Eng Form 93 and 93a (where required).

3. All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedule, updated submittal registers, etc.

4. The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship.

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contract intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

(4) All required prime and subcontractor payrolls have been submitted.

________________________________
(Name)

________________________________
(Title)

________________________________
(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submission and the Contractor shall be so notified at the pre-dredging conference. In addition to the designated Project Engineer, the Contractor shall at the same time submit one copy of the detailed breakdown and the Eng Form 93 and 93a Form to the Area Engineer.

d. The Government representative shall return any request for payment which is deemed defective within 7 days of receipt and shall specify the defects. If the defect concerns a disagreement as to the amount of work performed and/or the amount of the payment being submitted, the Government and the Contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the Contractor shall submit a new breakdown and Eng Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS and process the payment accordingly. In this event, a "proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the Contractor in accordance with the following time frames:

1. Progress Payments - From the date a "proper invoice" is received, in accordance with subparagraphs b and d of this clause, the Government will issue a check within 14 calendar days.

2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EM 1110-2-1003, Hydrographic Surveying, 1 Jan. 2002, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some

other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for Bid Items that requires Surveys as indicated in section 01270shall be 90 percent of the line item amount until the area is surveyed and accepted by the Government. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (8) | (7) | (8) | (7) | (9) | (10) | (6) | (5) | (5) | (6) | (5) | (7) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15)(31 Oct 89)

1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL

1. The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated 03 November 2003. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters WebSite. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that

is in effect on the date of the solicitation. The Website location where these changes can be found is under the button entitled, "Changes to EM", located at:

http://www.hq.usace.army.mil/soh/hqusace_soh.htm

Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

2. DREDGING AND DREDGE RELATED MARINE WORK
a. The contractor shall comply with the provisions of EM 385-1-1. If the contractor is a currently accepted participant in the Dredging Contractors of America (DCA)/United States Army Corps of Engineers (USACE) Dredging Safety Management Program (DSMP), as determined by the DCA/USACE Joint Committee, and holds a current valid Certificate of Compliance for both the Contractor Program and the Dredge(s) to be used to perform the work under this contract, the contractor may, in lieu of the submission of an Accident Prevention Plan (APP),

(1) make available for review, upon request, the contractor's current Safety Management system (SMS) documentation,

(2) submit to the Contracting Officer the current valid Company Certificate of Compliance for it's SMS,

(3) submit the current dredge(s) Certificate of Compliance based on third party audit, and

(4) submit for review and acceptance, site-specific addenda to the SMS as specified in the solicitation.

3. IF the contractor does not meet the requirements of 1.26.2.a the contractor shall:
a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The designated authority/Contracting Officer may issue a variance to paragraphs 01.C.04 a or b in the EM 385-1-1. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

2) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A,B,& C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

1.27 PLANT

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the

specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply.

1.28 STATE/LOCAL INCOME TAXES

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3),(32); 3301(4),(6); 3302 (c)(2); 3305(a),(a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

1.30 TIME EXTENSIONS: (APR 1984)

Not withstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

1.32 INSURANCE PROCURED BY CONTRACTOR AND THE PORT AUTHORITY

1.32 A INSURANCE PROCURED BY CONTRACTOR

a. At the Government's option, to be exercised in writing no later than 70 days after notice to proceed. The Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

(1) Commercial General Liability Insurance in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage, including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards, with contractual liability coverage covering the risks assumed under this agreement.

(2) Automobile Liability Insurance covering owned, non-owned and hired autos with a limit of not less than Three Million Dollars ($3,000,000) per accident.

(3) Maritime Protection and Indemnity Insurance, and Chartered Legal Liability Insurance where applicable, relating to the operation, maintenance, or use of any vessel, in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including coverage for Masters and members of crews.

b. The policies described in 1, 2, 3 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") as additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, New York, NY 10003. Moreover, the Commercial General Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy. The policies described in 1, 2, 3 and 4 shall also include cross-liability coverage and must be stated on the certificate (s) of insurance.

c. Further, the liability policies shall be specifically endorsed as indicated herein, and the certificate (s) of insurance shall contain the following language:

The insurer shall not, without obtaining the express advance written permission from the General Counsel of the Port Authority, raise any defense involving in any way the jurisdiction of the Tribunal over the person of the Port Authority, the immunity of the Port Authority, its Commissioners, officers, agents or employees, the governmental nature of the Port Authority, or the provisions of any statutes respecting suits against the Port Authority.

d. The Contractor shall take out and maintain Workers' Compensation Insurance (including other states coverage) in accordance with requirements of law. The policy shall include the United States Longshore and Harbor Workers' Compensation Act Endorsement. The policy may not be cancelled, terminated or modified without 30days prior written notice to the Contracting Officer, U.S. Army Corps of Engineers, 26 Federal Plaza, New York, NY 10278-0090 and the General Manager, Risk Management/Treasury, The Port Authority of New York and New Jersey, 225 Park Avenue South, 12th Floor, New York, NY 10003.

e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish the Contracting Officer and to the Port Authority at the above addresses, within five (5) calendar days of the award of the opinion, a certificate of insurance evidencing the above required insurance. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority shall have the right, upon written notice, to receive copies of the policies required hereunder.

f. Prior to exercise of the option provided for in this Section, the contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional

premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation from his insurance carrier, which sets-forth the elements of the said additional premium, including, but not limited to the following: the additional costs of the Port Authority of New York and New Jersey being named as an additional insured broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof.

h. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation as to that amount, if any, of the premium costs of his existing insurance coverage he is allocated to the work of this contract. The Contractor shall indicate whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived.

i. The Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

j. CLIN # 0005 If exercised the Contractor shall be reimbursed for the actual expense for the additional insurance up to the amount indicated in CLIN # 0005 as substantiated by the information provided by the Contractor's insurance carrier. Contractor shall submit the following items to the government for payment and verification and only the actual amount will be reimbursed:

1-Insurance Policies.
2-Certification of insurance.
3-Proof of payments.

Payment for the insurance procured by the Contractor under this paragraph shall be in lump sum, "Additional Cost for Optional Insurance", if the optional item is awarded. (see notes in Bidding Schedule)

1.32 B Insurance Procured by the Port Authority

The Port Authority will procure and maintain in force at its own cost an Environmental Insurance Policy covering Contractor's pollution legal liability and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate and a deductible of $100,000 as it relates to the work of this Contract for dredging and disposal of dredged material. The policy will be in effect commencing on the date that the Government awards this Contract and will include the Contractor and approved subcontractors as named insureds for such period that is appropriate for the methods used by the Contractor and subcontractors for dredging and disposal of dredged material.

Such policy shall (i) be expressly endorsed for dredging locations to be dredged under this Contract, transportation routes, and material disposition site (s), (ii) contain provisions for claims disputes and coverage to be litigated in courts only in the states of New York and New Jersey, USA, having jurisdiction, and not be limited to arbitration and (iii) provide for coverage that the material may be considered a hazardous substance/waste under applicable law including, but not limited to, Resource Conservation and Recovery Act (RCRA) and/or Comprehensive Environmental Response Compensation and Liability Act (CERCLA) and/or the Toxic Substance Control Act (TSCA). It should be noted that the substance might be considered "hazardous" under CERCLA, but not necessarily "hazardous" under RCRA and that such materials if RCRA "hazardous" would require a manifest and disposal under RCRA at a Subtitle C hazardous waste disposal facility.

The Contractor and the subcontractors must refer to the policy form to, determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the Contractor or, at the Contractor's request, by any of the

subcontractors performing work for the Contractor under this Contract, at the office of the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, New York, NY 10003. The contractor and the subcontractors are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance policy.

The Contractor and subcontractors shall comply with all obligations as insureds under or in connection with the above policy.

1.33 FIELD OFFICE (Optional Item)

The contractor shall furnish the following new equipment to the existing Government Office Trailer facilities located at Caven Point, NJ for use of the Contracting Officer.

a. Telephone Equipment:

(1). Ten (10) cellular mobile phones (latest model) with a 400 minute plan for each phone and monthly bills associated with the cellular phones are to be paid by the Contractor.

(2.) Maintain and provide phone service. Phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for 7 separate phone lines for voice communication.

(3.) Two (2) Plain paper facsimile machines with 2 dedicated telephone lines and an adequate supply of paper to be replenished by the Contractor as required by the Contracting Officer.

b. Information Technology Equipment:

(1.) Fourteen (14) IBM compatible personal computers Pentium IV 3 GHz or better, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:

* Ethernet 10/100 Mbps LAN cards.

* High-speed cache memory controller

* 1024 MB SDRAM or more

* 40 KGB hard drive with access time of 9 ms

* Cards: Multi I/O, sound, minimum 64 MB video

* Surge protectors

* 17" SIVA high-resolution flat panel display screen color monitor with refresh rate 75 Hertz or better with integrated speakers.

* DVD/CD ROM drive and DVD/CD writer

(2.) Ten (10) computer printers: HP Desk 1120C or Equal

c. Computer Software:

The contractor will furnish and install the following software for each computer unless otherwise noted. All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks

and manuals as installed. Computer must be completely set up with the above software operational. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have about any program.

(1.) WINDOWS XP (or latest version)

(2.) Ten (10) Primavera Project Planner for windows including all original disks and manuals or equivalent

(3.) 14 Microsoft Office 2003 or latest version Professional including MS Word and Excel

(4.) Anti-Virus software

(5.) Five (5) Microstation software

d. Computer Security requirements:

The Contractor will agree to accept responsibilities and comply with procedures indicated below in connection with the furnishing of Contractor-owned computers for use by the Government personnel in accordance with contract requirements:

(1.) The computers must be dedicated exclusively for the Government use. The Contractor will not use any computer it supplies which is designated for use by the Government. The Contractor will assure that the Central Processing Unit (CPU) is electronically isolated from the contractor's and not inter-connected via Local Area Network (LAN).

(2.) Normal access to the computer shall be restricted to Corps of Engineers personnel. The Contractor shall install computers in Office Trailers dedicated for Government use, whether new or existing. The Contractor must immediately notify Government personnel when emergency access to the trailer was exercised by non-Government individuals, and under what circumstances.

(3.) If the CPU hard drive fails, the Government will furnish an equivalent hard drive to the owner of the computer, and the old hard-drive will be returned to the Government. The Contractor shall not remove any hard drive nor proceed with any repair of the computer unless an authorized Government employee witnesses and approves of the repair.

(4.) At the time of return of the computer, the Contractor will allow the Government to first remove all information from the hard-drive.

(5.) The Contractor agrees to provide a written certification signed by an authorized officer of the company agreeing to the above policy.

e. Miscellaneous Office Equipment:

(1.) Provide paper supplies, ink cartridges, toners, etc., and maintenance as necessary for all office equipment.

(2.) Two (2) 19" Color TVs with satellite or cable hardware and service for duration of contract work. Wall mounted with DVD and CD units attached.

(3.) Two (2) DVD's and two (2) VCR Recorders with Record/Play abilities.

(4.) One Digital Video Camera with interface, software, spare battery, case and charger

(5.) One (1) Vertical filing plan rack for twelve sets of 30-inch x 48-inch plans

(6.) Two (2) Heavy duty, digital, photocopying machines, with auto document feeder, sorter, collator, enlarging/reduction ability, network and scanner capability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies to be replenished by the contractor as required by the Contracting Officer

(7.) Two (2) Water cooler/heaters with paper cup dispenser and cups

f. Services:

The following services shall be provided to the office:

(1.) Potable bottled water as required maintaining a daily water supply with one spare bottle each day.

(2.) Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICON IC-M125 (Base Station) and IC-M15 Hand Held.

(3.) Janitorial services for the two existing field office trailers at Carven Point, NJ three times per week including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (interior and exterior) and re-supply of paper goods and soap.

(4.) All utilities (water, sewer, electricity, heat, and all telephones) monthly bills are paid by the Contractor for the duration of this contract.

(5.) The Contractor shall provide maintenance of exterior and interior of two existing field office trailers at Carven Point, NJ to include all systems, i.e., electrical, mechanical such as VAC, plumbing, water supply, sewer and cleaning. Cleaning shall include annual power washing. The exterior deck shall be treated with exterior stain annually. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.

1.34 PRICING OF ADJUSTMENTS

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and FARSI 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and /or decreases in cost plus applicable profits."(FAR 52.236-1)

1.35 PERFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1).

1.36 PARTNERSHIP IMPLEMENTATION PLAN

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation by the Contractor is

required. A facilitator subject to approval by the Contracting Officer shall be hired by the Contractor, who would be responsible to arrange for an offsite location for the initial conference, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 days after the initial partnering session. Both parties will sign and abide by the partnering agreement. The initial conference site location will be coordinated with the Contracting Officer for approval. Contractor should plan for the attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and Sub-contractor's personnel. The cost of the facilitator, offsite conference facility, and the partnering agreement will be borne by the Contractor. Subsequent partnership conferences will be held monthly, and will be facilitated by the Government representative and held at Government facilities. They are anticipated to be each of one hour duration. For subsequent monthly conferences the Government will prepare the agenda, and the Contractor will prepare and distribute minutes within 48 hours of the conclusion of the conference.

1.37 PRECONSTRUCTION CONFERENCE

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed. Local and State government agencies will be invited to attend the preconstruction conference.

B. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

1.38 MISPLACED MATERIAL

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector and to USCG VTS and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 SC 410 et se.) (DOD FAR supplement 52.236-7006)

1.39 CHANGE OF PLACEMENT SITE

a. The Government reserves the right to negotiate a change to the contract as other placement sites become available to the Government.

B. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract Clause, CHANGE (FAR 52.243-4).

1.40 NOTES ON ESTIMATED ROCK ELEVATIONS (not used in this contract)

1.41 CONTRACTOR DIVING OPERATION

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (DC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.

b. A dive operations plan in accordance with ME 385-1-1, Section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the DC and the Safety and Occupational Health Office Dive Safety Representative for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the DC in required for diving operations to commence.

1.42 FACILITIES (Optional Item)

a. Boat: The Contractor shall provide and maintain as a minimum one boat in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative (CORA), used exclusively by the Government representatives. The contractor shall provide all fuel, maintenance and repairs for the boat until the contract completion date.

* The boat shall meet the following specifications: 26' length aluminum hull with weatherproof cabin. USCG safety package, anchor, boarding ladder, heat and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights, and shall be equipped with a DGPS system to provide reliable navigation coordinates.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ or a site in closer proximity of the construction site for the duration of the contract in the vicinity of the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

B. Vehicles: The contractor shall provide and maintain four (4) new vehicles or equivalent less than one year old subject to the approval of the Contracting Officer Representative exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly interior and exterior cleaning, toll passes, insurance and repairs for the vehicles until the contract completion date without restriction.

* Two (2) vehicles shall be full sized 4-door with automatic transmission, power windows, AM/FM Stereo and Air Conditioning.

* Two (2) vehicles shall be 7 passenger, Suburban or Expedition model or equal with power windows, AM/FM Stereo, air conditioning and 4x4 automatic transmission.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

c. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

d. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the contractor. All facilities shall be removed from the project site at the contract completion date or when and as directed by the Contracting Officer.

e. No payment shall be made for the portion of Mobilization attributable to the facilities until all facilities are complete and accepted by the Contracting Officer.

1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS (JUL 1978)

(This paragraph pertains only to work done within the boundaries of Richmond County, New York.)

a. The site of the construction work is located in an area determined by the Secretary of Labor to be a Labor Surplus Area. Accordingly the Contractor hereby agrees to perform a substantial portion of the contract work in this or in any other labor surplus area. "Substantial portion" means the aggregate costs that will be incurred by the Contractor and his first-tier subcontractors and suppliers, on account of manufacturing, production, or services performed in this or any labor surplus area, and the costs that will be incurred by second-tier and lower-tier subcontractors on the construction site will exceed fifty percent (50%) of the price of this contract.

B. Upon request, the Contractor shall furnish to the Contracting Officer data to substantiate that this obligation is satisfied.

c. The Contracting Officer will furnish upon request a list of labor surplus areas.

1.44 QUANTITY SURVEYS

a. Quantity Surveys

Quantity Surveys shall be conducted as described below, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and the in-situ volume of the dredged material removed.

B. Government Surveys

The Contracting Officer will conduct the pre-dredge survey of the contract area as close to commencement of dredging as possible.

Upon the removal of the Non-HARS Material the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of Non-HARS Material removed will be based on these surveys.

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

1.45 CONTRACTOR RESPONSIBILITY SUBMISSIONS

A. CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND PLACEMENT SITE COMPLIANCE

Bidders must submit with its bid the information identified in paragraph 1.45.A.1 below and demonstrate that the processing and placement site(s) is permitted.

In addition, the Contractor must demonstrate to the Government within 35 calendar days from the date of being notified of being the apparent low bidder that the "Contractor identified" offloading, processing and placement site(s):

1) will accept the dredged material by providing an Acceptable Use Determination (AUD), Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and placement of dredged material;

2) will be operational and will process and place the Non-rock material unsuitable for placement at the HARS and will be in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies and/or other host state compliance as appropriate for the offloading, processing and placement of dredged material by the dates identified in their Construction Activity Schedule, (paragraph 1.45.A.2,4).

Operational is defined as "being in such a state of repair as to be immediately usable. The characteristics of an "operational site" include (but are not limited to):

1-The site is the property of the bidder, leased to the bidder, or a written agreement exists between the bidder and the property's owner or lessee;
2-The site has all relevant permits, licenses, certifications, etc and is legally permitted to operate in the manner and for the purpose described;
3-Any and all required preparatory site work has been completed;