4-All required non-self propelled plant is onsite, assembled and functional; and
5-The Contractor shall demonstrate that they are capable of transporting the dredge material to meet the contract requirements.

The contractor identified offloading, processing and placement site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the contract site. The Apparent low bidder is required to perform all work to demonstrate that the contractor identified offloading, processing and placement site(s) is permitted and operational, as described above on that date for the in-situ quantity and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the placement of dredged material. Offloading, processing and placement of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material placement shall be performed in accordance with applicable laws and requirements of all associated permits, approvals and government authorities having jurisdiction.

1.45.A.1 Information to be provided by the Bidder at the time of the Bid Opening

The contactor/bidder must submit with its bid one copy of the following information:

(a) Name of "Contractor identified" offloading, processing and placement site(s) to be used for this contract).
(b) Location (street address, city, state) of the "Contractor identified" site(s).
(c) Point of Contact for the "Contractor identified" site(s) and telephone number.
(d) Detailed list of all permits required for the selected site(s) to demonstrate that the site is permitted and legal to operate.

1.45.A.2 Information to be submitted by the Contractor/Apparent Low Bidder within 5 calendar days after being informed of being Apparent Low Bidder.

The Contractor shall submit ten (10) copies of the following information:

(a) Total capacity available at the "Contractor identified" site(s) for the placement of Dredged Material from this contract.

(b) Detailed list and all copies of all permits for the selected site(s) to demonstrate that the site is permitted and legal to operate. Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (cy/day) and throughput rates for its proposed integrated system of dredging, transportation, processing, and placement for each site identified.

(c) Offloading, Processing and placement Site(s) Elements Information -

1)State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the placement site(s) as well as the average daily production (cy/day) and through-put rates (cy/day) for the each element, to include the dredging, offloading, transportation, processing and placement at the "Contractors identified" site(s). State average daily production cy/day and through-put rates (cy/day) for the proposed integrated system of the elements identified above.

2)Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

3)Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

4)Offloading, Processing and placement Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the bidder proposes to perform the work and the dates on which the bidder

contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of dredging by basic contract acceptance areas and/or options). The schedule shall indicate the production rate of each element, to include the dredging, offloading, transportation, processing and placement to ensure that the project will be completed within the contract's required completion date. The bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The bidder must indicate on this schedule the salient features of work for the "Contractor's identified" site(s) that are needed to be completed so the site(s) is operational, as defined in 1.45A, capable of processing and placing the Non-rock material unsuitable for placement at the HARS for the in-situ quantity identified in the price schedule to complete the contract within the required duration.

(d) Synopsis of proposed operation - Narrative of no more than seven (7) pages detailing the operation to move the non-rock material unsuitable for placement at the HARS from the channel to its final resting place. The synopsis shall provide suitable detail to adequately track the material from dredging, processing (if required) through transportation to its ultimate placement. The synopsis shall include the following:

- Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and placement facility including site capacity.

- Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each processing and placement location, with a description of the material handling process at each placement location.

- Provide Hours of operation, transportation and operating procedures at offloading facilities.

- Provide Facilities information: Access to offloading facilities, Acceptable scow size, Placement Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

- Provide a detailed description of the dredging procedure proposed to include the identification of dredges, bucket type and size, scows, tugs, drill boats and other salient equipment to be used for the project for dredging, processing (if required), transportation and placement of Non-rock material unsuitable for placement at the HARS, HARS material and Rock material.

- Submit a detailed description of the loading and transportation procedures to be utilized.

- Provide proof of the Contractor's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

(e)Detailed list and copies of all permits for the selected site(s) to demonstrate that the site is permitted and legal to operate.

1.45.A.3 Information to be submitted by the Contractor/Apparent Low Bidder within 35 calendar days after being informed of being the Apparent Low Bidder

The Contractor shall submit ten (10) copies of the following information within 35 Calendar Days after being informed of being the Apparent Low Bidder:

a) Information submitted at the time of the Bid Opening and all the information provided previously must also be included in the final package, revised as necessary.

b) Evidence demonstrating that the "Contractor identified" site(s) will Process and place Dredged Material from the project site by providing an executed Acceptable Use Determination (AUD) or Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and placement of dredged material.

c) Proof of placement Site Owner's approval granting the Apparent Low Bidder the right to dispose dredged material at that site.

d) Proof of uncommitted placement Site(s) capacity adequate for the project.

e) Certification of the placement Site's availability corresponding to the current project schedule.

f) Demonstrate minimum required placement Site(s) production capability to ensure that the project will be completed within the contract requirement. The apparent low bidder shall provide the estimated daily production rates for processing and placement for each alternate placement site(s).

g) Proof of Apparent Low Bidder's experience in the proposed placement Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed placement method, if no direct experience is applicable.

h) Transportation Capabilities -The Apparent Low Bidder must provide the following:

1)Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

2)Provide proof of the Apparent Low Bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

i) Processing Capabilities - The Apparent Low Bidder must provide the following:

1)Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:

-Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.
-Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).
-Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.
-Rehandling of material (if any) used in the processing of dredged material affecting the project.

2)Provide any permits and/or licenses applicable to the proposed process, if any.

3)Provide any patented or proprietary permissions applicable to the proposed process, if any.

4)Provide proof of processing plant availability for use by the apparent Contractor.

5)Certify processing plant's availability corresponding to the current project schedule.

B. CONTRACTOR/(Apparent Low Bidder) AIR EMISSIONS INFORMATION TO BE SUBMITTED BY CONTRACTOR

Bidders must submit information demonstrating that their schedule and equipment comply with this solicitation's Clean Air Act compliance restriction (see section 01135).

1.45.B.1 Information to be provided by the Apparent Low Bidder within 5 calendar days of being informed of being the Apparent Low Bidder

The Apparent Low Bidder must submit ten (10) copies within 5 calendar days of being informed of being the Apparent Low Bidder one copy of the following information:

(a)The qualifications of the Contractor's Air Emissions Consultant (AEC) and Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(b)The information for all marine based equipment to be used on this Contract. Refer to Section 01135.

(c)A written description of any air emission controls to be used by the bidder and which pieces of equipment it shall be used on.

(d)Identification of any additional offsets, if any, that the Apparent Low Bidder will utilize during the contract.

(e) Air Emissions Calculator. Refer to Section 01135.

1.45.B.2 Information to be provided by the Apparent Low Bidder within 35 calendar days after being informed of being the Apparent Low Bidder

The Apparent Low Bidder must submit ten (10) copies within 35 calendar days after being informed of being the Apparent Low Bidder

(a)Air Emissions Calculator. Refer to Section 01135.

(b)Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(c)A written narrative describing the Contractor's quality control system to insure that the dredging operation is monitored and is within the calendar year allowable Limit for NOx. The process that Contractor will use to make adjustments to their dredging operation during the execution of the work to insure compliance with the calendar year Allowable Limit for NOx.

(d)A written description of any new air emission controls to be used by the Apparent Low Bidder and which pieces of equipment it shall be used on.

(e) Identification, verification and confirmation of any additional offsets, if any, that the Apparent Low Bidder will utilize during the contract. This is supported by documentation from the appropriate regulatory agency.

1.46 GOVERNMENT RESIDENT MANAGEMENT SYSTEM

a. The Government will utilize an in-house Contract Administration program entitled "Resident Management System" (RMS). The Contractor shall utilize a Government furnished CQC Programming Module. The following hardware and software are needed by the contractor to run RMS: A personal computer with Pentium II Processor (or higher) and 64 megabytes (MB) or more of random access memory (RAM), 4.0 gigabytes (KGB) hard drive disk space for sole use of CQC Module, DVD/CD ROM writer/Reader drive. Also needed is a HP Laser Jet III Series or better printer, a color monitor, Windows xp or later, MS Office (Microsoft Word 2003 or newer, Access 2003 or newer) and computer files = 120. Connection to the Internet, minimum 28 KBPS. Electronic E-mail compatible with MS Outlook. The contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

b. The Module includes a Daily CQC Reporting System form, which must also be used. This form may be in addition to other contractor desired reporting forms. However, all other such reporting forms shall be consolidated into this one Government specified Daily CQC Report Form. The contractor will also be required to complete CQC Module elements which include, but are not limited to, all Contractor Quality Control plan information such as; Prime Contractor staffing, subcontractor information showing trade, name, address, and point of contact, definable features of work, pay activities and activity information, required Quality Control tests tied to individual pay activities, planned User schooling tied to specific specification paragraphs and pay activities, Installed Property listings, Transfer Property listings, and submittal information relating to specification section, description, pay activity, and expected procurement period. The sum of all pay activities shall equal the contract amount, and all Bid Items, Options and Additives shall be separately identified, in accordance with the Bidding Schedule. Bid Items may include multiple activities, but activities may only be assigned to one such Bid Item. This module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer) and shall be updated as required.

c. During the course of the contract, the contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to contractor activities or reflect outstanding or future items needing attention of the contractor. The contractor will acknowledge receipt of these comments by specific number reference on his daily CQC report, and will also reflect on his daily CQC report when these items are specifically completed or corrected to permit Government verification.

1.47 PATENTS

All potential bidders need to be aware of the following patents, which may be related to performance of this contract.

Patent 6,293,731
Patent 5,007,590
Patent 5,028,010
Patent 5,353,998
Patent 5,542,614
Patent 5,794,862
Patent 5,931,605
Patent 6,017,169

The foregoing patents, and any others which may be applicable to activities performed under this contract, are neither required nor prohibited. However, if you use the methods or technology described in these or other patents, please factor license costs into your bid. The successful bidder needs obtain the proper license(s) if it wishes to use the methods, processes, or technology described in any applicable patents -----End of Section--------

00900 WAGE RATES UPDATED
**General Decision Number: NY20030001 11/10/2006**

**Superseded General Decision Number: NY020001**

**State: New York**

**Construction Type: Heavy Dredging**

**Counties: New York Statewide.**

**STATEWIDE**

New York

All dredging, excpt self-propelled hopper dredges, on the Atlantic Coast and tributary waters emptying into ther Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 05/21/2004 |
| 2 | 12/03/2004 |
| 3 | 05/06/2005 |
| 4 | 12/02/2005 |
| 5 | 09/29/2006 |
| 6 | 11/10/2006 |

* ENGI0025-001 10/01/2006

STATEWIDE

| | Rates | Fringes |
|---|---|---|
| Dredging: | | |
| CLASS A......................$ | 31.59 | 7.35+a+b |
| CLASS B1....................$ | 27.49 | 7.35+a+b |
| CLASS B2....................$ | 25.79 | 7.35+a+b |
| CLASS C1(a).................$ | 25.55 | 7.05+a+b |
| CLASS C1....................$ | 25.04 | 7.05+a+b |
| CLASS C2....................$ | 24.29 | 7.05+a+b |
| CLASS D(a)..................$ | 20.43 | 6.75+a+b |
| CLASS D.....................$ | 20.34 | 6.75+a+b |

CLASSIFICATIONS:

CLASS A: Lead Dredgeman, Operator, Leverman.

**CLASS B:** Licensed Tug Operator over 1000 HP, Derrick Operator, Spider/Spill Barge Operator, Engineer, Electrician, Chief Welder, Cheif Mate, Fill Placer, Operator II, Maintenance Engineer.

**CLASS B2:** Licensed Boat Operator, Certified Welder.

**CLASS C1:** Mate, Drag Barge Operator, Steward, Assistant Fill Placer.

**CLASS C1(a):** Welder.

**CLASS C2:** Boat Operator

**CLASS D:** Shoreman, Deckhand, Rodman, Scowman, Cook, Messman, Porter/Janitor.

**CLASS D(a)** Oiler.

**PREMIUMS:** Additional 20% for hazardous material work

**FOOTNOTES APPLICABLE TO ABOVE CRAFTS:**

a. **PAID HOLIDAYS:** New Year's Day, Martin Luther King, Jr.'s Birthday, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day

b. **VACATION:** Seven percent (7%) of the straight time rate, plus $.20, multiplied by the total hours worked.

**INCENTIVE PAY:** (Add to Hourly Rate)

Operator (NCCCO License/Certification) $0.50 Licensed Tug Operator over 1000 HP (Assigned as Master) (USCG licensed Master of Towing Vessels (MOTV) $1.00;

Licensed Boat Operator (Assigned as lead boat captain) USCG licensed boat operator $0.50;

Engineer (QMED and Tankerman endorsement or licensed engineer (USCG) $0.50

Oiler (QMED and Tankerman endorsement (USCG) $0.50; All classifications (Tankerman endorsement only) USCG $0.25; Deckhand or Mate (AB with Lifeboatman endorsement (USCG) $0.50; All classifications (lifeboatman endorsement only (USCG) $0.25; Welder (ABS certification) $0.50

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

---

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (addi

# EXHIBIT 36

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-06-B-0005-0001 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 28-Sep-2006 | PAGE OF PAGES 1 OF 28 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-06-C-0018 | SEE SCHEDULE | |

7. ISSUED BY CODE W912DS

USA ENGINEER DISTRICT, NEW YORK
ATTN:CENAN-CT ROOM 1843
26 FEDERAL PLAZA
NEW YORK NY 10278

TEL: 212-264-0238 FAX: 212-264-3013

8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE

**See Item 7**

TEL: FAX:

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | KATINA L DICKERSON-HALE | 1917-790-8180 |

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

Maintenance Dredging of the Newark Bay, New Jersey.

THIS REQUIREMENT IS PURSUANT TO FAR SUBPART 19.10 SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.

This is an unrestricted procurement.
NAICS CODE: 237990 SIZE STANDARD: $18.5 Million.
Contract Specialist: Katina Dickerson (917) 790-8180
Technical POC: Kenneth Peterson (917) 790-8541

11. The Contractor shall begin performance within 5 calendar days and complete it within 33 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______________ .)*

12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*

[X] YES [ ] NO

12B. CALENDAR DAYS 10

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 09 May 2006 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** ***(Must be fully completed by offeror)***

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
GREAT LAKES DREDGE & DOCK COMPANY, LLC
DOUGLAS MACKIE
2122 YORK RD, 2ND FLOOR
OAK BROOK IL 60523-1981

CODE 4AAF3 | FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
(630)574-3000

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** ***(To be completed by Government)***

21. ITEMS ACCEPTED:

# SEE SCHEDULE

22. AMOUNT
**$14,816,245.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE E3R0000
OPERATIONS DIVISION
USACE NEW YORK DISTRICT ATTN: CENAN-EN-OP
NEW YORK NY 10278

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF: W912DS-06-B-0005

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
29-Sep-2006

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

G012834

Section SF 30 - BLOCK 14 CONTINUATION PAGE

SF 1442 CONTINUATION SHEET

Contractor's Bid dated 9 May 2006 for $23,535, 270.00 for Items 0001-0009 is accepted.

ITEMS AWARDED

Items 0001, 0002, 0005, and 0006.

ACCOUNTING AND APPROPRIATION DATA

96 NA X 3123.0000 E3 X 08 2421 012550 96303 2520 HD2D5B=$5,102,187.00 (FEDERAL O & M FUNDS)
96 NA X 3123.0000 E3 X 08 2421 0WDLOC 96303 2520 50F726=$9,714,058.00 (NON-FEDERAL FUNDS)
TOTAL FUNDING=$14,816,245.00

ALLOCATION OF FUNDING

| CLIN | TOTAL CLIN COST | NON-FEDERAL SHARE | FEDERAL SHARE |
|---|---|---|---|
| 0001 | $ 945,000.00 | $ 400,000.00 | $ 545,000.00 |
| 0002 | $10,054,780.00 | $6,721,365.00 | $3,333,415.00 |
| 0005 | $ 1,338,950.00 | $ 909,608.00 | $ 429,342.00 |
| 0006 | $ 2,477,515.00 | $1,683,085.00 | $ 794,430.00 |
| TOTALS= | $14,816,245.00<br>=========== | $9,714,058.00<br>========== | $5,102,187.00<br>========= |

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP<br>Line Item Price $945,000.00<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE-6011-4023 | | | | |
| | | | | NET AMT | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $400,000.00 | $400,000.00 |
| | Non Federal Funding<br>FFP<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE62727008 | | | | |
| | | | | NET AMT | $400,000.00 |

ACRN AA $400,000.00
CIN: 000000000000000000000000000000

G012836

G01010 12836

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 1 | Lump Sum | $545,000.00 | $545,000.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $545,000.00

ACRN AB $545,000.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | | | | |

DREDGING, PROCESSING, TRANSPORTATION,
FFP
Dredging, Processing, Transportation and Placement of Basic Work (Shoal #1)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Pierhead Federal Navigation Channel as shown on the contract drawings, File #872, page 3 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site. 170,420
Cubic Yards @ $59.00/cy = $10,054,780.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AA | | 1 | Lump Sum | $6,721,365.00 | $6,721,365.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $6,721,365.00

ACRN AA $6,721,365.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AB | | 1 | Lump Sum | $3,333,415.00 | $3,333,415.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $3,333,415.00

ACRN AB $3,333,415.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | Cubic Yard | | |

NOT USED
FFP
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 9,955 | Cubic Yard | $69.00 | $686,895.00 |

OPTION

OPTION 1
FFP
Dredging, Processing, Transportation and Placement (Shoal #1A)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 4 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $686,895.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | | | |

OPTION 2
FFP
Dredging, Processing, Transportation and Placement (Shoal #2)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 5 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
21,950 Cubic Yards @ $61.00/cy = $1,338,950.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 1 | Lump Sum | $909,608.00 | $909,608.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $909,608.00

ACRN AA $909,608.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 1 | Lump Sum | $429,342.00 | $429,342.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $429,342.00

ACRN AB $429,342.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | | | | |

OPTION 3
FFP
Dredging, Processing, Transportation and Placement (Shoal #3)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site. 40,615.00
Cubic Yards @ $61.00/cy = $2,477,515.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 1 | Lump Sum | $1,683,085.00 | $1,683,085.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $1,683,085.00

ACRN AA $1,683,085.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 1 | Lump Sum | $794,430.00 | $794,430.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $794,430.00

ACRN AB $794,430.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 19,160 | Cubic Yard | $60.00 | $1,149,600.00 |

OPTION OPTION 4
FFP
Dredging, Processing, Transportation and Placement (Shoal #4)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $1,149,600.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 36,605 | Cubic Yard | $58.00 | $2,123,090.00 |

OPTION OPTION 5
FFP
Dredging, Processing, Transportation and Placement (Shoal #5)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $2,123,090.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 84,990 | Cubic Yard | $56.00 | $4,759,440.00 |

OPTION OPTION 6
FFP
Dredging, Processing, Transportation and Placement (Shoal #6)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $4,759,440.00

<u>TOTALS:</u>

TOTAL BASE (CLIN 0001 and CLIN 0002)............................ ________________

TOTAL ALL OPTIONS (CLIN 0003 – CLIN 0009).................... ________________

**TOTAL BID PRICE (BASE PLUS ALL OPTIONS)...............** ________________

BIDDING INSTRUCTIONS:

**OFFLOADING, PROCESSING, AND DISPOSAL SITES INFORMATION (TO BE PROVIDED BY BIDDERS):**

**Name of Site(s)**________________________________________

Name of POC(s)______________________________

______________________________

Address of Site(s)______________________________

______________________________

Telephone Number(s)______________________________

______________________________

NOTE 1: Bidders must bid on all items.

NOTE 2: Award of contract will be based on the lowest total price for the total of the Basic Work and Options 1, 2, 3, 4, 5, 6, and 7.

NOTE 3: All bidders are hereby advised that the quantities for placement in the price schedule are estimated and based on the survey data collected in June 15, 16, 28-30, July 5, 6, 8, 12, 13, 19, 20, 26, and 27 of 2005.

NOTE 4: The government may reject a bid as non–responsive if the prices bid are materially unbalanced between line items and if there is a reasonable doubt that the bid will result in the lowest overall cost to the government even though it may be the low bid.

NOTE 5: All options will be exercised, at the Government's discretion, within twenty-six (26) calendar days of receipt by the Contractor of the Notice to Proceed (Basic Work), if they are exercised at all. Even if exercised, the Options listed above may not be exercised in numerical order. If the Options are exercised, their performance periods will be consecutive.

NOTE 6: Bidders will identify their offloading, processing, and disposal sites with their bid. Bidders will write on all the blank lines provided on the Price Schedule the name(s) of the site(s), POC(s), address(es), and phone(s) of their site(s) included in that line item.

NOTE 7: Note that the 90-day rule may apply to this contract if the sediment testing and permitting are delayed. The "90-day" rule references 29CFR 1.6(c) (3) (iv) as set forth in FAR 22.404-6(b)(6) provides that if a contract to which a general wage determination has been applied is not awarded within 90 days after bid opening, any modification to that wage rate determination published prior to contract award shall be effective unless the agency obtains an extension of the 90-day period from the Administrator, US Department of Labor.

NOTE 8: The apparent low bidder shall submit the documents specified in Section 00800, Special Contract Requirements paragraph 1, Commencement, Prosecution and Completion of Work. If the Apparent low bidder does not submit the required information within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder, the bidder will be considered non-responsible and it's bid will no longer be considered.

Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY FULL TEXT

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JUL 2005 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JUL 2005 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jul 2005) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-6 | Davis Bacon Act | JUL 2005 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | JUL 2005 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |

| | | |
|---|---|---|
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JAN 2006 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | SEP 2005 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | SEP 2005 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2004 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7004 | Payment for Mobilization and Demobilization | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

| | | |
|---|---|---|
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | NOV 2005 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 33 days. The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $2030.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JUL 2005)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference; and

(ii) Otherwise successful offers from small business concerns.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

___ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be 20 percent of the bid price or $3,000,000, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 20 percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-4 PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by . . . . . . . . . [insert a description of investigational methods used, such as surveys, auger borings, core borings, test pits, probings, test tunnels].

(b) Weather conditions . . . . . . . . . (insert a summary of weather records and warnings).

(c) Transportation facilities . . . . . . . . . (insert a summary of transportation facilities providing access from the site, including information about their availability and limitations.

(d) . . . . . . . . . . (insert other pertinent information).

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil
http://www.acq.osd.mil/dpap/dars/dfars/index.htm

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Federal Acquistion Regulation (48 CFR Chapter I) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.236-7001 CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not

relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

Title File Drawing No.
(SEE SECTION 00800, PARAGRAPH 5)

(End of clause)

252.247-7023 Transportation of Supplies by Sea (MAY 2002)

(a) Definitions. As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Maritime Administration, Office of Cargo Preference, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor shall provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| | | |
| | | |
| | | |

TOTAL____________________________

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) In the award of subcontracts for the types of supplies described in paragraph (b)(2) of this clause, the Contractor shall flow down the requirements of this clause as follows:

(1) The Contractor shall insert the substance of this clause, including this paragraph (h), in subcontracts that exceed the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(2) The Contractor shall insert the substance of paragraphs (a) through (e) of this clause, and this paragraph (h), in subcontracts that are at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(End of clause)

Section 00800 - Special Contract Requirements

SECTION 00900
General Decision Number: NJ030006 12/02/2005 NJ6

State: New Jersey sg 12/13/05

Construction Type: Heavy Dredging

Counties: Atlantic, Bergen, Camden, Cape May, Cumberland, Gloucester, Hudson, Mercer, Middlesex, Monmouth, Ocean, Salem and Union Counties in New Jersey.

STATEWIDE

All dredging except self-propelled hopper dredging on the Atlantic Coast and tributary waters emptying into the Atlantic Ocean

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 05/21/2004 |
| 2 | 12/03/2004 |
| 3 | 05/06/2005 |
| 4 | 12/02/2005 |

* ENGI0025-001 10/01/2005

STATEWIDE

| | Rates | Fringes |
|---|---|---|
| Company Lead Dredgeman | | |
| Lead Dredgeman............. | $ 29.62 | 8.20+a+b |
| Dipper & Clamshell Dredge | | |
| Boat Captain................ | $ 23.70 | 7.60+a+b |
| Boat Master................. | $ 24.79 | 8.20+a+b |
| Deckhand, Tug Deckhand...... | $ 19.48 | 7.00+a+b |
| Engineer.................... | $ 26.02 | 8.20+a+b |
| Maintenance Engineer........ | $ 25.14 | 7.60+a+b |
| Mate........................ | $ 23.54 | 7.60+a+b |
| Oiler....................... | $ 19.94 | 7.00+a+b |
| Operator.................... | $ 29.62 | 8.20+a+b |
| Scowman..................... | $ 19.43 | 7.00+a+b |
| Welder...................... | $ 24.77 | 7.60+a+b |
| Diver | | |
| Diver....................... | $ 41.53 | 6.87+a+b |
| Standby Diver............... | $ 27.85 | 6.87+a+b |
| Standby Tender.............. | $ 23.26 | 6.27+a+b |
| Tender...................... | $ 32.11 | 6.87+a+b |
| Drag Bucket Dredge | | |
| Deckhand.................... | $ 16.17 | 5.25+a+b |
| Engineer.................... | $ 21.41 | 6.45+a+b |
| Maintenance Engineer........ | $ 21.21 | 5.85+a+b |

| | | |
|---|---|---|
| Mate | $ 19.82 | 5.85+a+b |
| Operator | $ 25.09 | 6.45+a+b |
| Dredging Pipeline Cable-Laying | | |
| Control Tower Operator | $ 25.55 | 6.87+a+b |
| Diver Tender | $ 26.58 | 6.87+a+b |
| Diver | $ 42.42 | 6.87+a+b |
| Leverman | $ 28.83 | 6.87+a+b |
| Line up Operator, End Prep. | $ 18.47 | 5.67+a+b |
| Rigger | $ 19.07 | 5.67+a+b |
| Drill Boats | | |
| Blaster | $ 23.81 | 6.45+a+b |
| Core Driller | $ 19.00 | 5.25+a+b |
| Driller | $ 23.55 | 6.45+a+b |
| Engineer | $ 23.54 | 6.45+a+b |
| Machinist | $ 23.30 | 5.85+a+b |
| Oiler | $ 20.46 | 5.25+a+b |
| Tug Captain | $ 19.53 | 5.85+a+b |
| Tug Deckhand | $ 15.97 | 5.25+a+b |
| Tug Master | $ 20.48 | 6.45+a+b |
| Welder | $ 23.30 | 5.85+a+b |
| Engineer | | |
| 1st | $ 25.55 | 6.87+a+b |
| 2nd, 3rd and 4th | $ 25.23 | 6.87+a+b |
| Electrician | $ 25.68 | 6.87+a+b |
| Electro Hydro Technician | $ 20.79 | 6.27+a+b |
| Tug Captain | $ 23.44 | 6.87+a+b |
| Tug Master | $ 26.80 | 6.87+a+b |
| Hydraulic Dredge | | |
| Asst. Fill Placer | $ 23.35 | 8.20+a+b |
| Boat Captain | $ 23.70 | 7.60+a+b |
| Boat Master | $ 24.78 | 8.20+a+b |
| Chief Mate | $ 25.37 | 8.20+a+b |
| Chief Welder | $ 26.03 | 8.20+a+b |
| Deckhand | $ 19.88 | 7.00+a+b |
| Engineer | $ 25.47 | 8.20+a+b |
| Fill Placer | $ 25.37 | 8.20+a+b |
| Janitor/Porter | $ 19.04 | 7.00+a+b |
| Leverman | $ 29.62 | 8.20+a+b |
| Maintenance Engineer | $ 25.14 | 7.60+a+b |
| Mate | $ 23.54 | 7.60+a+b |
| Messman | $ 19.04 | 7.00+a+b |
| Night Cook | $ 19.55 | 7.00+a+b |
| Oiler | $ 19.94 | 7.00+a+b |
| Shoreman | $ 19.45 | 7.00+a+b |
| Spider Barge Operator | $ 24.56 | 7.60+a+b |
| Steward | $ 23.49 | 8.20+a+b |
| Welder-Dredge | $ 24.76 | 7.60+a+b |
| Tug Boats over 1000 H.P. with master or captain having license endorsed for 200 miles off shore | | |
| Tug Captain | $ 25.24 | 8.20+a+b |
| Tug Chief Engineer | $ 24.50 | 7.60+a+b |
| Tug Deckhand | $ 19.88 | 7.00+a+b |

Tug Engineer..............$ 24.03 7.60+a+b

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King, Jr.'s Birthday, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

------------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

------------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in

which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations

Wage and Hour Division

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

END OF GENERAL DECISION

ACCOUNTING AND APPROPRIATION DATA

AA: 96 NA X 3123.0000 E3 X 08 2421 0WDLOC 96303 2520 50F726
AMOUNT: $9,714,058.00
CIN 000000000000000000000000000000: $9,714,058.00

AB: 96 NA X 3123.0000 E3 X 08 2421 012550 96303 2520 HD2D5B
AMOUNT: $5,102,187.00
CIN 000000000000000000000000000000: $5,102,187.00