# EXHIBIT 38

DEPARTMENT OF THE ARMY
U.S ARMY CORPS OF ENGINEERS
26 FEDERAL PLAZA
NEW YORK, NY 10278-0090

REPLY TO ATTENTION OF

11 March 2005

Contracts Division

Mr. James P. Thomas, VP, NE Area Manager
Bean Stuyvesant, LLC
The Pavillion
261 Old York Road, Suite 301
Jenkintown, Pennsylvania 19046

SUBJECT: Solicitation No. W912DS-05-B-0003, Kill Van Kull Channel Navigation Improvement 50-Foot Project, Contract 1, (S-KVK-2), New York and New Jersey

Dear Mr. Thomas:

Your bid, dated 14 January 2005, submitted in response to the subject solicitation (IFB) W912DS-05-B-0003 for CLINs 0001 through 0004 is accepted. The contract award shall be in the amount of $78,818,810,000.00 for CLIN(s) 0001.

Contract No. W912DS-05-C-0004 is enclosed. Performance and Payment Bonds are enclosed in duplicate. The bonds should be returned to this office as soon as possible, but no later than ten (10) calendar days after receipt of this letter. The envelope should be marked "Attention: Contracting Division, CENAN-CT, Room 1843, Edward T. Lew".

In accordance with Section 00800, para. 1.32 A (d), "Insurance Procured by Contractor," it is requested that you furnish evidence of insurance. Also, FAR 28.302 requires that the certificate read as follows: "Should any of the above described policies be cancelled or materially changed before the expiration date thereto, the issuing company will mail thirty (30) days written notice to the certificate holder named".

No work maybe performed prior to Notice to Proceed.

Sincerely,

Ella D. Snell
Contracting Officer

Encl.

PLAINTIFF'S EXHIBIT

**CONGRESSIONAL NOTIFICATION**
**(IAW DFARS 205.303 and AFARS 2105.303)**
SUBMIT TO: HQ. DEPT. OF ARMY-DASA(P) – ATTN SAAL-PA
E-MAIL: CONG.NOTIF@SAALT.ARMY.MIL; OR FAX # (703) 681-9304 OR DSN 761-9304
SAAL-PA POC (703) 681-9781 OR 9783

SERIAL No.
**CONTRACT NO: W912DS-05-C-0009**
**DATE & TIME OF AWARD: 03/11/05 5:00PM EST**
**(5:00 P.M., WASH DC Time)**
**ANNOUNCEMENT AMOUNT: $ 78,818,810.00**
**CONTRACT WITH OPTIONS**
**BASE YEAR AWARD: $ 78,818,810.00**
**TOTAL IF ALL OPTIONS EXERCISE: $ 78,696,810.00**

**MOD, DELIVERY ORDER OR OTHER NUMBER**

**ESTIMATED FACE VALUE:**
**CUM TOTAL OF THIS CONTRACT:**
**(No options will be exercised)**

**INCREMENTALLY FUNDED: YES [X] NO [ ]**
**THIS INCREMENT = $ 7,800,000.00**
**TOTAL ALL INCREMENTS (ESTIMATE) = $78,696,810.00**

**MULTI-YEAR: YES [ ] NO [ ]**

**TYPE OF CONTRACT; FIRM-FIXED PRICE**
**TYPE OF FUNDS (complete appropriation, FY, type of funds & amount): 96 NA X 3122.0000 E3 X 08 2421 076329 96303 3230 4G5638 CIVIL WORKS CONSTRUCTION GENERAL $7,800,000.00**

**CONTRACTOR: Bean Stuyvesant**
**ADDRESS: 1055 St. Charles Avenue, Suite 520, New Orleans, LA 70130**

**ITEM (QTY) OR SERVICE PROCURED (One or two lines in complete sentences): Kill Van Kull Channel Navigation 50 ft. Improvement Project, (S-KVK-2), States of New York and New Jersey**

**SOL OR RFP ISSUE DATE: 01 December 2004** **BIDS SOLICITED: 7**
**EST COMPLETED DATE: 31 March 2007** **BIDS RECEIVED: 4**
**FOREIGN MILITARY SALES: YES [ ] NO [ X ]**
IF YES, NAME OF COUNTRY
**LARGE BUSINESS X SMALL BUSINESS**

**PERFORMANCE LOCATION(S), CITY, STATE AND ZIP CODE WITH PERCENTAGES AND DOLLAR AMOUNT: Staten Island, NY 10303, 50%, $39,409,402.00; Bayonne, NJ, 07002, 50%, $39,409,402.00**

**CONGRESSIONAL DISTRICT OR ZIP CODE: 13th District, NY; 10th District, NJ**
**REPORTING CONTRACT OFFICE: CENAN-CT**
**REPORTED BY: Edward Lew** **PHONE NUMBER: 917-790-8175**
**PRIMARY POC**
**REPORTING BY:** **PHONE NUMBER: 212-264-0240**
**SECONDARY POC**

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-05-B-0003 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 01-Dec-2004 | PAGE OF PAGES 1 OF 72 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-05-C-0004 | W16ROE-4306-5043 | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278<br>TEL:212-264-0238 FAX: 212-264-3013 | See Item 7<br>TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | MYRLANDE LEE | 212-264-0242 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS*(Title, identifying no., date)*:

Kill Van Kull Channel Navigation Improvement 50-Foot Project, Contract 1, (S-KVK-2), New York and New Jersey

1. This project consists of deepening of the existing 43 to 45 feet (MLW) Federal Navigation Channel System to a depth of 52 feet (MLW). The project area is located in Kill Van Kull Channel at New York, New Jersey Harbor between Bayonne and Staten Island.

2. This project is unrestricted pursuant to the Small Business Competiveness Demonstration Program. This is a Continuing Contract. NAICS Code: 237990, size standard: $17.0 Million

3. Contract Specialist: Myrlande Lee (212) 264-6707/4883
Technical Point of Contact: Jamal Sulayman or Steven Weinberg (212) 264-9080/9081

Note New Requirement: Bonds, Powers of Attorney, statements of authenticity and continuing validity, and all related documents MUST NOT bear computer printer-generated signatures and/or seals. Documents bearing signatures and/or seals generated as part of a document, as opposed to being affixed to the document after its generation, will not be accepted. Submission of such documents may render the bid or offer non-responsive and ineligible for award. Please review all bonds and accompanying documents required to be submitted.

11. The Contractor shall begin performance within 5 calendar days and complete it within 725 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 1400 *(hour)* local time 1/14/05 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.



PLAINTIFF'S EXHIBIT

Blumberg No. 5113

G0101311597

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

BEAN STUYVESANT, LLC
P.O. BOX 51118
NEW ORLEANS, LA 70151-1118

CAGE NO.: 1HNF4 CEC NO.: 025982195

CODE | FACILITY CODE

15. TELEPHONE NO. *(Include area code)* (504)587-8600

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

See Item 14

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 120 calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 | 0003 | 0004 | 0005 | 0006 | 0007 |
|---|---|---|---|---|---|---|---|
| DATE | 12/21/04 | 12/29/04 | 12/30/04 | 1/04/05 | 1/06/05 | 1/10/05 | 1/11/05 |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* WILLIAM D. HOFFMAN VICE PRESIDENT

20B. SIGNATURE William D. Hoffman

20C. OFFER DATE 14 JAN 05

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

CLIN(s) 0001 through 0004
EFARS 52.232.5001 Continuing Contracts is applicable. Funds Obligated $7,800,000.00

22. AMOUNT $78,818,810.00

23. ACCOUNTING AND APPROPRIATION DATA 96X31220000 082421 32304G5638076329 NA 96303

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE

USAED, NEW YORK
KVKField Project
3 Chapel Avenue, Port Liberte
Jersey City, NJ 07305

27. PAYMENT WILL BE MADE BY: CODE

USACE FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE
MILLINGTON, TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

30B. SIGNATURE

30C. DATE

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
Ella D. Snell
TEL: EMAIL:

31B. UNITED STATES OF AMERICA BY [signature]

31C. AWARD DATE 2005 March 11

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

G0101311598

Section SF 30 - BLOCK 14 CONTINUATION PAGE

ITEMS ACCEPTED

PAGE 2A CONTINUATION SHEET

Page 2a Continuation Sheet, SF 1442
Kill Van Kull Channel Navigation Improvement 50-Foot Project, Contract 1, (S-KVK-2), New York and New Jersey

Solicitation No.: W912DS-05-B-0003
Contract No.: W912DS-05-C-0004
Contractor: Bean Stuyvesant, LLC, 1055 St. Charles Avenue, Suite 520, New Orleans, LA 70130-3930

**BLOCK 21, CONTINUED: ITEMS ACCEPTED:** CLIN 0001 through CLIN 0004
Amendments: 0001 dated 21 Dec 04, 0002 dated 29 Dec 04, 0003 dated 30 Dec 04, 0004 dated 04 Jan 05, 0005 dated 06 Jan 05, 0006 dated 10 Jan 05, 0007 dated 11 Jan 05, 0008,

Wage Rate Decision No. **NY20030001** 12/03/2004 NY1

**BLOCK 22, CONTINUED:** "Amount":
Total Award Amount: SEVENTY-EIGHT MILLION EIGHT HUNDRED EIGHTEEN THOUSAND EIGHT HUNDRED DOLLARS AND NO CENTS ($ 78,818,810.00.)
Total Contract Award: S 78,818,810.00
Total Obligated at Award $ 7,800,000.00

This contract is subject to EFARS 52.232-5001 Continuing contracts.
**Section Contract Administration Data**

ACCOUNTING AND APPROPRIATION DATA

| | | | | |
|---|---|---|---|---|
| AA: | 96X31220000 082421 | 32304G5638076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $7,800,001.00 | | | |

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-4306-5043 | | | | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | MOBILIZATION AND DEMOBILIZATION<br>FFP | 1 | Lump Sum | $4,600,000.00 | 4,600,000.00 |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 500 | Ton | $150.00 | |
| | DEBRIS REMOVAL AND DISPOSAL FFP | | | | |
| | | | | | $75,000.00 |
| | | | | NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 128,000 | Cubic Yard | $50.00 | |

DREDGING, TRANSPORTATION, DELIVERY,
FFP
PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES))

Name of Site (s) Clean Earth Dredging Technologies, Inc. Claremont Processing Facility
Name of POC(s) Kenneth Sykes, Operations Manager
Address of Site (s) One Linden Avenue East
Jersey City, NJ 07305

Phones (s) (215) 734-1400 ext. 203

*See attached information package

Cherokee/EnCap Golf Landfill Closure & Redevelopement Project
c/o Glen Point Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Owner: EnCap Golf Holdings, LLC
Processor: Clean Earth Dredging Technologies, Inc.

$ 6,400,000.00

NET AMT

FOB: Destination

FDP Enterprises Intermodal Container Facility Improvement Project
Secaucus Road
Jersey City, NJ
Owner: FDP Enterprises, LLC
Contractor: Clean Earth Dredging Technologies, Inc.

Port Reading Business Park Redevelopment Project
Middlesex Ave / Industrial Road
Carteret and Woodbridge, New Jersey
Contractor: Clean Earth R&CS
Supplier: Clean Earth Dredging Technologies, Inc.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 128,000 | Cubic Yard | $1.65 | |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND
CONDITIONS FOR UPLAND PLACEMENT

NET AMT $211,200.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | $5,500.00 | |

SUBSURFACE DRILLING AND SAMPLING
FFP

NET AMT $82,500.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 2,391,000 | Cubic Yard | $28.21 | |

DREDGING, TRANSPORTATION, DELIVERY,
FFP
AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT
AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE

NET AMT $67,450,110.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 OPTION | | 1 | Lump Sum | $1,000.00 | |

ADDITIONAL COST FOR OPTIONAL INSURANCE
FFP
(the amount is the maximum that can be reimbursed, only actual expenses will be reimbursed)

NET AMT $1,000.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 12,000 | Cubic Yard | -$10.25 | |

OPTION OPTIONAL ITEM/ DIFFERENCE IN COST
FFP
DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK
MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY
(NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS )
(POSITIVE NUMBER TO BE SHOWN WITHOUT PARENTHESIS)

-$123,000.00

NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 3,500 | Cubic Yard | $0.00 | |

OPTION OPTIONAL ITEM/ DIFFERENCE IN COST,
FFP
THE DRILLING, BLASTING, DREDGING AND DISPOSAL OF ROCK MATERIALS AT A NEW ARTIFICIAL REEF PLACEMENT SITE
(NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS)
(POSITIVE NUMBER TO BE SHOWN WITHOUT PARENTHESIS)

$0.00

NET AMT

FOB: Destination

TOTAL AMOUNT
**TOTAL BASE BID PLUS OPTIONAL ITEMS:** $ 78,696,810.00

NOTES
**NOTES FOR PRICE SCHEDULE:**

1 Bidders are required to bid on both the Base Bid Items and the Optional Items on the Price Schedule or their bid will be rejected.

2 The low bidder for the purpose of award will be the conforming responsible bidder offering the lowest amount for the Total Base Bid & Optional Items.

3 Any bid which is materially unbalanced as to the price for the Base Bid Item and Optional Item may be rejected. An unbalanced bid is one, which is based on price significantly less than the cost for some work and prices are significantly overstated for other work.

4 Bidders are reminded that they must bid on the issued plans and specifications as amended. Any deviations, conditions or attachments made by the bidders thereto may render the bid non-responsive and be cause for its rejection.

5 The Optional Item 0002, if awarded, may be awarded within 120 calendar days from issuance of the Notice to Proceed date. The Government is under no obligation to award any Optional Item. CLIN 0002; amount represents the maximum that the contractor shall be reimbursed after all the supporting documents are submitted, refer to Section 00800 paragraph 1.32A.

6 Unless the Water Quality Certificates (WQC) conditions allow for its use and as directed by the Contracting Officer or the Contracting Officer's Representative, the Newark Bay Confined Disposal Facility may not be used.

7 Bidders will identify their offloading, processing and disposal sites with their bid. Bidders will write on the blank lines provided on the Price Schedule (or print on a separate 8.5 by 11 paper) as indicated above the name(s) of the site(s), POC(s), address(s) and phone(s) of their site(s) included in that line item.

8 CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND DISPOSAL SITE COMPLIANCE

Bidders must submit with their bid the information identified in paragraph 1.45 and demonstrate that the processing and disposal site(s) is permitted. In addition, the Contractor must demonstrate to the Government within 35 calendar days from the date of being notified of being the apparent low bidder that the "Contractor identified" offloading, processing and disposal site(s) 1) is capable of accepting the dredged material by providing an Acceptable Use Determination (AUD), Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and disposal of dredged material and 2) is operational, capable of transporting, processing and disposing of the Non-rock material unsuitable for placement at the HARS, and will be in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material by the dates identified in their Construction Activity Schedule. The apparent low bidder shall submit the documents specified in Section 00800: Special Contract Requirements in paragraph 1.45, CONTRACTOR'S IDENTIFIED Offloading, Processing and Disposal Site Compliance. If the apparent low bidder does not submit the information required to be submitted within the times specified the apparent low bidder will be considered non-responsible and its bid rejected.

Section 00600 - Representations & Certifications

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | APR 1991 |
| 52.204-5 | Women-Owned Business (Other Than Small Business) | MAY 1999 |
| 52.222-38 | Compliance With Veterans' Employment Reporting Requirements | DEC 2001 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | APR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to --

(i) Those prices,

(ii) The intention to submit an offer, or

(iii) The methods of factors used to calculate the prices offered:

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provison WILLIAM D. HOFFMAN, VICE PRESIDENT WDH (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies subparagraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of clause)

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

_XX_ TIN: 72-1422525

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

XX Other corporate entity (LLC)

(f) Common parent.

XX Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name ______________________

TIN ______________________

(End of provision)

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not (XX) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not (X), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ( ) are not (XX) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not (XX), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) - ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is (237990 ) (insert NAICS code).

(2) The small business size standard is ($17 Million ) (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, (X) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that–

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern –

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.219-2 EQUAL LOW BIDS. (OCT 1995)

(a) This provision applies to small business concerns only.

(b) The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

____________________________________________

____________________________________________

(c) Failure to identify the labor surplus area as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations.

(1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

___ (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration(PRO0Net); or

___ (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2)___ For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall:

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) (XX) It has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) (X) It has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

(XX)(i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their corresponding North American Industry Classification System sectors:

(A) Major group code 10 (except 1011, 1081, and 1094.

(B) Major group code 12 (except 1241).

(C) Major group codes 20 through 39.

(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).

(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.), 5169, 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or

( ) (v) The facility is not located within the United States or its outlying areas.

(End of clause)

52.226-2 HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION (MAY 2001)

(a) Definitions. As used in this provision--

Historically black college or university means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

Minority institution means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education, as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a)).

(b) Representation. The offeror represents that it--

( ) is (XX) is not a historically black college or university;

( ) is (XX) is not a minority institution.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (SEP 2004)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries subject to this provision include: Cuba, Iran, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

_XX_ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

# MESSAGE CONFIRMATION

03/11/2005 17:41
ID=USACE,NYD CENAN-CT

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 03/11 | 01'37" | 12158849476 | TX | 009 | OK | 0000 |

03/11/2005 17:38 USACE,NYD CENAN-CT → 912158849476 NO.497 P001

US Army Corps of Engineers

Welcome to the US Army Corps of Engineers
New York District

## Facsimile Cover Sheet

# of pages including cover ___9___

Date: _11Mar05______

To: _Mr. James P. Thomas____________

_Bean Stuyvesant, LLC____________

_261 Old York Road, Suite 301_______

_Jenkintown, Pennsylvania 19046_____

Voice: _(215) 884-9475______________

Fax: _(215) 884-9476______________

From: Ed Lew
US Army Corp. of Engineers
26 Federal Plaza
Room 1843
New York, NY 10278-0090
Phone: Comm. 917-790-8415
DSN 796-7740
Fax: Comm. 212-264-3013
DSN 796-3013
E-mail: Edward.T.Lew@nan02.usace.army.mil

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICIT N NO. W912DS-05-B-0003-0007 | 2. TYPE OF SOLICITATION [X] SEALED BID *(IFB)* [ ] NEGOTIATED *(RFP)* | 3. TE ISSUED 11-Mar-2005 | PAGE OF PAGES 1 OF 55 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-05-C-0004 | SEE SCHEDULE | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278 | **See Item 7** |
| TEL:212-264-0238 FAX: 212-264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | EDWARD T LEW | 212-264-7740 |

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Kill Van Kull Channel Navigation Improvement 50-Foot Project, Contract 1, (S-KVK-2), New York and New Jersey

1. This project consists of deepening of the existing 43 to 45 feet (MLW) Federal Navigation Channel System to a depth of 52 feet (MLW). The project area is located in Kill Van Kull Channel at New York, New Jersey Harbor between Bayonne and Staten Island.

2. This project is unrestricted pursuant to the Small Business Competiveness Demonstration Program. This is a Continuing Contract. NAICS Code: 237990, size standard: $17.0 Million

3. Contract Specialist: Myriande Lee (212) 264-6707/4863
Technical Point of Contact: Jamal Sulayman or Steven Weinberg (212) 264-9080/9081

Note New Requirement: Bonds, Powers of Attorney, statements of authenticity and continuing validity, and all related documents MUST NOT bear computer printer-generated signatures and/or seals. Documents bearing signatures and/or seals generated as part of a document, as opposed to being affixed to the document after its generation, will not be accepted. Submission of such documents may render the bid or offer non-responsive and ineligible for award. Please review all bonds and accompanying documents required to be submitted.

treated material under this ✓ — Been Stay' — SKVK-2 3/2005 completed 3/2006

11. The Contractor shall begin performance within 5 calendar days and complete it within 725 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ________________.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 14 Jan 2005 *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.



PLAINTIFF'S EXHIBIT
Blumberg No. 5113

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|---|
| | W912DS-05-B-0003-0007 | [X] SEALED BID (IFB)<br>[ ] NEGOTIATED *(RFP)* | 11-Mar-2005 | 1 OF 55 |

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-05-C-0004 | SEE SCHEDULE | |

**7. ISSUED BY** CODE W912DS

USA ENGINEER DISTRICT, NEW YORK
ATTN:CENAN-CT ROOM 1843
26 FEDERAL PLAZA
NEW YORK NY 10278

TEL:212-264-0238 FAX: 212-264-3013

**8. ADDRESS OFFER TO** *(If Other Than Item 7)* CODE

See Item 7

TEL: FAX:

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | EDWARD T LEW | 212-264-7740 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

Kill Van Kull Channel Navigation Improvement 50-Foot Project, Contract 1, (S-KVK-2), New York and New Jersey

treated material under this ✓

1. This project consists of deepening of the existing 43 to 45 feet (MLW) Federal Navigation Channel System to a depth of 52 feet (MLW). The project area is located in Kill Van Kull Channel at New York, New Jersey Harbor between Bayonne and Staten Island.

2. This project is unrestricted pursuant to the Small Business Competiveness Demonstration Program. This is a Continuing Contract. NAICS Code: 237990, size standard: $17.0 Million

3. Contract Specialist: Myrlande Lee (212) 264-6707/4863
Technical Point of Contact: Jamal Sulayman or Steven Weinberg (212) 264-9080/9081

Note New Requirement: Bonds, Powers of Attorney, statements of authenticity and continuing validity, and all related documents MUST NOT bear computer printer-generated signatures and/or seals. Documents bearing signatures and/or seals generated as part of a document, as opposed to being affixed to the document after its generation, will not be accepted. Submission of such documents may render the bid or offer non-responsive and ineligible for award. Please review all bonds and accompanying documents required to be submitted.

Bean Stuy

SKVK-2 3/2005 completed 3/2006

11. The Contractor shall begin performance within 5 calendar days and complete it within 725 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See __________.)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* | 12B. CALENDAR DAYS |
|---|---|
| [X] YES [ ] NO | 10 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 14 Jan 2005 *(date).* If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212 1442-101 C:04-03-32 3/11/05 STANDARD FORM 1442 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

### OFFER *(Must be fully completed by offeror)*

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*<br>BEAN STUYVESANT<br>JAMES P. THOMAS<br>P.O. BOX 51118<br>NEW ORLEANS LA 70151-1118 | 15. TELEPHONE NO. *(Include area code)*<br>215-884-5475 |
| CODE 1HNF4 / FACILITY CODE | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS — SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| | | |

### AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED:

**SEE SCHEDULE**

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $78,818,810.00 | See Schedule |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |
|---|---|
| USAED NEW YORK<br>3 CHAPEL AVE, PORT LIBERT CAVEN POINT TER<br>JERSEY CITY NJ 07305 | USACE, FINANCE CENTER MILLINGTON<br>5722 INTEGRITY DRIVE AT<br>MILLINGTON TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>ELLA D SNELL / CHIEF, CONTRACTING DIVISION<br>TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil | |
|---|---|---|---|
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY [signature] | 31C. AWARD DATE<br>11-Mar-2005 |

NSN 7540-01-155-3212

STANDARD FORM 1442 BACK (REV. 4-85)

C: 04-03-32 3/11/05

G0101311618

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | CONSTRUCT NAVIGATION CHANNEL<br>FFP<br>PURCHASE REQUEST NUMBER: W16ROE-4306-5043 | | | | |
| | | | | NET AMT | $0.00 |
| | ACRN AA Funded Amount | | | | $1.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | MOBILIZATION AND DEMOBILIZATION<br>FFP | 1 | Lump Sum | $4,600,000.00 | $4,600,000.00 |
| | | | | NET AMT | $4,600,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | DEBRIS REMOVAL AND DISPOSAL<br>FFP | 500 | Ton | $150.00 | $75,000.00 |
| | | | | NET AMT | $75,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 128,000 | Cubic Yard | $50.00 | $6,400,000.00 |

DREDGING, TRANSPORTATION, DELIVERY,
FFP
PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD (PLACEMENT AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES))

Name of Site (s) ____________________

Name of POC(s) ____________________

Address of Site (s) ____________________

____________________

____________________

Phones (s) ____________________

NET AMT $6,400,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 128,000 | Cubic Yard | $1.65 | $211,200.00 |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $211,200.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | $5,500.00 | $82,500.00 |

SUBSURFACE DRILLING AND SAMPLING
FFP

NET AMT $82,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 2,391,000 | Cubic Yard | $28.21 | $67,450,110.00 |

DREDGING, TRANSPORTATION, DELIVERY
FFP
AND PLACEMENT OF NON-ROCK MATERIALS SUITABLE FOR PLACEMENT
AT THE HARS AND THE DRILLING, BLASTING, DREDGING, AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICIAL REEF PLACEMENT SITE
PURCHASE REQUEST NUMBER: W16ROE-4306-5043-0001

NET AMT $67,450,110.00

ACRN AA Funded Amount $7,800,000.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $1,000.00 | $1,000.00 |
| OPTION | ADDITIONAL COST FOR OPTIONAL INSURANCE<br>FFP<br>(the amount is the maximum that can be reimbursed, only actual expenses will be reimbursed) | | | | |

NET AMT $1,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 12,000 | Cubic Yard | $-10.25 | $-123,000.00 |
| OPTION | OPTIONAL ITEM/ DIFFERENCE IN COST<br>FFP<br>DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK<br>MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS for PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY<br>(NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS )<br>(POSITIVE NUMBER TO BE SHOWN WITHOUT PARENTHESIS) | | | | |

NET AMT $-123,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 3,500 | Cubic Yard | $0.00 | $0.00 |
| OPTION | OPTIONAL ITEM/ DIFFERENCE IN COST, FFP<br>THE DRILLING, BLASTING, DREDGING AND DISPOSAL OF ROCK MATERIALS AT A NEW ARTIFICIAL REEF PLACEMENT SITE (NEGATIVE NUMBER TO BE SHOWN IN PARENTHESIS) (POSITIVE NUMBER TO BE SHOWN WITHOUT PARENTHESIS) | | | | |

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

TOTAL AMOUNT

**TOTAL BASE BID PLUS OPTIONAL ITEMS: $____________**

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | OCT 2004 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7. | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |

| | | |
|---|---|---|
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | OCT 2004 |
| 52.225-14 | Inconsistency Between English Version And Translation Of Contract | FEB 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | OCT 2003 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) - Alternate I | APR 1984 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-6 | Change Order Accounting | APR 1984 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |

| | | |
|---|---|---|
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | MAY 2004 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7023 Alt III | Transportation of Supplies by Sea (May 2002) Alternate III | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 725. The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $7,541.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-13 TIME EXTENSIONS (SEP 2000)

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

(End of clause)

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor within <u>120 calendar days from the issuance date of the Notice to Proceed</u>. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

(End of clause)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be **20** percent of the bid price or **$3,000,000**, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.231-5000 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE MAR 1995)--EFARS

(a) This clause does not apply to terminations. See 52.249-5000, Basis for Settlement of Proposals and FAR Part 49.

(b) Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data for each piece of equipment or groups of similar serial and series for which the Government can determine both ownership and operating costs from the contractor's accounting records. When both ownership and operating costs cannot be determined for any piece of equipment or groups of similar serial or series equipment from the contractor's accounting records, costs for that equipment shall be based upon the applicable provisions of EP 1110-1-8, Construction Equipment Ownership and Operating Expense Schedule, Region _1__. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the contracting officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retroactive pricing, the schedule in effect at the time the work was performed shall apply.

(c) Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36. Rates for equipment rented from an organization under common control, lease-purchase arrangements, and sale-leaseback arrangements, will be determined using the schedule, except that actual rates will be used for equipment leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees.

(d) When actual equipment costs are proposed and the total amount of the pricing action exceeds the small purchase threshold, the contracting officer shall request the contractor to submit either certified cost or pricing data, or partial/limited data, as appropriate. The data shall be submitted on Standard Form 1411, Contract Pricing Proposal Cover Sheet.

(End of clause)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 20% percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-4 PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by ....(see Section 00800, para. 1.5, page 4).

(b) Weather conditions ....(see Section 00800, para. 1.5, page 4).

(c) Transportation facilities ....(see Section 00800, para. 1.5, page 4).

(d) ....(see Section 00800, para. 1.5, page 4).

(End of clause)

52.236-13 ACCIDENT PREVENTION (NOV 1991) – ALTERNATE I (NOV 1991)

(a) The Contractor shall provide and maintain work environments and procedures which will

(1) safeguard the public and Government personnel, property, materials, supplies, and equipment exposed to Contractor operations and activities;

(2) avoid interruptions of Government operations and delays in project completion dates; and

(3) control costs in the performance of this contract.

(b) For these purposes on contracts for construction or dismantling, demolition, or removal of improvements, the Contractor shall-

(1) Provide appropriate safety barricades, signs, and signal lights;

(2) Comply with the standards issued by the Secretary of Labor at 29 CFR Part 1926 and 29 CFR Part 1910; and

(3) Ensure that any additional measures the Contracting Officer determines to be reasonably necessary for the purposes are taken.

(c) If this contract is for construction or dismantling, demolition or removal of improvements with any Department of Defense agency or component, the Contractor shall comply with all pertinent provisions of the latest version of U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, in effect on the date of the solicitation.

(d) Whenever the Contracting Officer becomes aware of any noncompliance with these requirements or any condition which poses a serious or imminent danger to the health or safety of the public or Government personnel, the Contracting Officer shall notify the Contractor orally, with written confirmation, and request immediate initiation of corrective action. This notice, when delivered to the Contractor or the Contractor's representative at the work site, shall be deemed sufficient notice of the noncompliance and that corrective action is required. After receiving the notice, the Contractor shall immediately take corrective action. If the Contractor fails or refuses to promptly take corrective action, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. The Contractor shall not be entitled to any equitable adjustment of the contract price or extension of the performance schedule on any stop work order issued under this clause.

(e) The Contractor shall insert this clause, including this paragraph (e), with appropriate changes in the designation of the parties, in subcontracts.

(f) Before commencing the work, the Contractor shall-

(1) Submit a written proposed plan for implementing this clause. The plan shall include an analysis of the significant hazards to life, limb, and property inherent in contract work performance and a plan for controlling these hazards; and

(2) Meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/

(End of clause)

52.252-4 ALTERATIONS IN CONTRACT (APR 1984)

Portions of this contract are altered as follows:

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.
(End of clause)

252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.236-7001 CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

For a listing of Contract Drawings refer to the "General Pland and Index to Drawing" on the cover sheet plan drawing.

(End of clause)

252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60 percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining 40 percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

52.232-5001 CONTINUING CONTRACTS (MAR 1995)--EFARS

(a) This is a continuing contract, as authorized by Section 10 of the River and Harbor Act of September 22, 1922 (33 U.S. Code 621). The payment of some portion of the contract price is dependent upon reservations of funds from future appropriations, and from future contribution to the project having one or more non-federal project sponsors. The responsibilities of the Government are limited by this clause notwithstanding any contrary provision of the "Payments to Contractor" clause or any other clause of this contract.

(b) The sum of $The sum amount between $1,000,000 and $20,000,000 has been reserved for this contract and is available for payment to the Contractor during the current fiscal year. It is expected that Congress will make appropriations for future fiscal years from which additional funds together with funds provided by one or more non-federal project sponsors will be reserved for this contract.

(c) Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not entitle the contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (f) and (i) below. No such failure shall constitute a breach of this

contract, except that this provision shall not bar a breach-of-contract action if an amount finally determined to be due as a termination allowance remains unpaid for one year due solely to a failure to reserve sufficient additional funds therefore.

(d) The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The contracting officer will promptly notify the contractor of any additional funds reserved for the contract by issuing an administrative modification to the contract.

(e) If earnings will be such that funds reserved for the contract will be exhausted before the end of any fiscal year, the contractor shall give written notice to the contracting officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under the contract during that fiscal year. This notice shall be given not less than 45 nor more than 60 days prior to the estimated date of exhaustion.

(f) No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. The contractor shall be entitled to simple interest on any payment that the contracting officer determines was actually earned under the terms of the contract and would have been made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, as in effect on the first day of the delay in such payment.

(g) Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the contractor to any price adjustment under the "Suspension of Work" clause or in any other manner under this contract.

(h) An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

(i) If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the contractor, by written notice delivered to the contracting officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having been terminated. Such a termination shall be considered a termination for the convenience of the Government.

(j) If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the contractor because of work performed and to be performed under the contract during the fiscal year, the Government reserves the right, after notice to the contractor, to reduce said reservation by the amount of such excess.

(End of clause)

Section 00800 - Special Contract Requirements

WAGE RATE DETERMINATION II
GENERAL DECISION: NY20030001 12/03/2004 NY1

Date: December 3, 2004
General Decision Number: NY20030001 12/03/2004

Superseded General Decision Number: NY020001 nj12/3/04

State: New York

Construction Types: Heavy Dredging

Counties: New York Statewide.
STATEWIDE

New York

All dredging, excpt self-propelled hopper dredges, on the Atlantic Coast and tributary waters emptying into ther Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 05/21/2004 |
| 2 | 12/03/2004 |

* ENGI0025-001 10/01/2004

STATEWIDE

| | Rates | Fringes |
|---|---|---|
| Company Lead Dredgeman | | |
| Lead Dredgeman | $ 29.37 | 7.35+a+b |
| Dipper & Clamshell Dredge | | |
| Boat Captain | $ 23.45 | 6.75+a+b |
| Boat Master | $ 24.54 | 7.35+a+b |
| Deckhand, Tug Deckhand | $ 19.63 | 6.15+a+b |
| Engineer | $ 25.77 | 7.35+a+b |
| Maintenance Engineer | $ 24.89 | 6.75+a+b |
| Mate | $ 23.29 | 6.75+a+b |
| Oiler | $ 19.69 | 6.15+a+b |
| Operator | $ 29.37 | 7.35+a+b |
| Scowman | $ 19.18 | 6.15+a+b |
| Welder | $ 24.52 | 6.75+a+b |
| Diver | | |
| Diver | $ 41.53 | 6.87+a+b |
| Standby Diver | $ 27.85 | 6.87+a+b |
| Standby Tender | $ 23.26 | 6.27+a+b |
| Tender | $ 32.11 | 6.87+a+b |
| Drag Bucket Dredge | | |
| Deckhand | $ 16.17 | 5.25+a+b |

Engineer....................$ 21.41 6.45+a+b
Maintenance Engineer........$ 21.21 5.85+a+b
Mate........................$ 19.82 5.85+a+b
Operator....................$ 25.09 6.45+a+b
Dredging Pipeline Cable-Laying
Control Tower Operator......$ 25.55 6.87+a+b
Diver Tender................$ 26.58 6.87+a+b
Diver.......................$ 42.42 6.87+a+b
Leverman....................$ 28.83 6.87+a+b
Line up Operator, End Prep..$ 18.47 5.67+a+b
Rigger......................$ 19.07 5.67+a+b
Drill Boats
Blaster.....................$ 23.81 6.45+a+b
Core Driller................$ 19.00 5.25+a+b
Driller.....................$ 23.55 6.45+a+b
Engineer....................$ 23.54 6.45+a+b
Machinist...................$ 23.30 5.85+a+b
Oiler.......................$ 20.46 5.25+a+b
Tug Captain.................$ 19.53 5.85+a+b
Tug Deckhand................$ 15.97 5.25+a+b
Tug Master..................$ 20.48 6.45+a+b
Welder......................$ 23.30 5.85+a+b
Engineer
1st.........................$ 25.55 6.87+a+b
2nd, 3rd and 4th............$ 25.23 6.87+a+b
Electrician.................$ 25.68 6.87+a+b
Electro Hydro Technician....$ 20.79 6.27+a+b
Tug Captain.................$ 23.44 6.87+a+b
Tug Master..................$ 26.80 6.87+a+b
Hydraulic Dredge
Asst. Fill Placer...........$ 23.10 7.35+a+b
Boat Captain................$ 23.45 6.75+a+b
Boat Master.................$ 24.53 7.35+a+b
Chief Mate..................$ 25.12 7.35+a+b
Chief Welder................$ 25.78 7.35+a+b
Deckhand....................$ 19.63 6.15+a+b
Engineer....................$ 25.22 7.35+a+b
Fill Placer.................$ 25.12 7.35+a+b
Janitor/Porter..............$ 18.79 6.15+a+b
Leverman....................$ 29.37 7.35+a+b
Maintenance Engineer........$ 24.89 6.75+a+b
Mate........................$ 23.29 6.75+a+b
Messman.....................$ 18.79 6.15+a+b
Night Cook..................$ 19.30 6.15+a+b
Oiler.......................$ 19.69 6.15+a+b
Shoreman....................$ 19.20 6.15+a+b
Spider Barge Operator.......$ 24.31 6.75+a+b
Steward.....................$ 23.24 7.35+a+b
Welder-Dredge...............$ 24.51 6.75+a+b
Tug Boats over 1000 H.P.
with master or captain
having license endorsed
for 200 miles off shore
Tug Captain.................$ 24.99 7.35+a+b

| | | |
|---|---|---|
| Tug Chief Engineeer | $ 24.25 | 6.75+a+b |
| Tug Deckhand | $ 19.63 | 6.15+a+b |
| Tug Engineer | $ 23.78 | 6.75+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King, Jr.'s Birthday, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29CFR 5.5 (a) (1) (ii)).

---

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

---

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

---

END OF GENERAL DECISION

SECTION 00800

SPECIAL CONTRACT REQUIREMENTS

## 1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the Initial Notice to Proceed (NTP), (ii) prosecute the work diligently, and (iii) complete dredging and disposal of non-rock material and the work associated with the drilling, blasting, dredging, and disposal of rock material within **725** calendar days for the entire basic contract from the date the Contractor receives the Notice to Proceed (NTP) and (iv) complete dredging and disposal of non-rock material and the work associated with the drilling, blasting, dredging, and disposal of rock material within **180** calendar days for **acceptance areas 1, 2 and 3a** from the date the Contractor receives the Notice to Proceed (NTP). The completion shall include final cleanup of premises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days after receipt of the Notice to Proceed for the contract.

The Optional Items, if awarded, will be awarded within **120 calendar days** for Contract Line Item Number (CLIN) 0002 and **400 calendar days** for CLIN 0003 and **600 calendar days** for CLIN 0004 from issuance of the Notice to Proceed date and no additional time will be given to the options. No additional time will be permitted to complete the optional item. The Government is under no obligation to award any or all of the Optional Items.

The Contractor is prohibited from working in any Rock Area until approval is given by the Contract Officer or Contract Officer Representative (COR).

b. Location: The site of work is located within the Kill van Kull Channel (S-KVK-2), New York and New Jersey Harbor between north of Staten Island and south of Bayonne(see plans)with acceptance areas 1 thru 11.

c. The Contractor shall furnish all labor, materials, equipment, and services for the following work: Dredging and disposal of non-rock material, and drilling, blasting and dredging and disposal of rock material to the depths indicated on the drawings (Required Dredging Depth 52 ft below MLW).

d. All work shall be in accordance with the drawings and specifications or instructions attached hereto and made a part thereof, or to be furnished hereafter by the Contracting Officer or Contract Officer Representative and subject, in every detail, to his supervision, direction, and instructions (DOD FAR Supplement 52.236-7014)

e. The following only pertains to the portion of an acceptance area where rock is encountered. All vessel traffic will be prohibited from entering the area where dredging, drilling, blasting or rock removal is being conducted. Enforcement of these traffic restrictions is the responsibility of the United States Coast Guard. The Contractor shall immediately report any violations to the Coast Guard and the Contracting Officer, noting the offending vessel's name and description, time of occurrence, destination (if known), and direction of travel. The Contractor will buoy or mark the entire perimeter of the area for the entire duration of his work therein; work may not begin in the area until the Contracting Officer or Contract Officer Representative and Coast Guard have inspected and approved the Contractor's marking system. Buoys or markings must be lit and visible at night. Buoys or markings shall be removed only after work within the marked area is completed and accepted.

f. Except as provided in paragraph e above, the entire channel will remain open to commercial and noncommercial vessel traffic. The

Contractor's work in unrestricted areas is governed by Special Contract Requirement paragraph 1.5 PHYSICAL DATA.

g. Magnitude of Construction Project: The estimated value of the proposed work is between $75 million and $125 million.

1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (1984 APR)

Notwithstanding the clause of this contract entitled "Subcontracts", the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from the Contracting Officer a clearance that the proposed subcontractor is in compliance with the equal opportunity requirements and therefore is eligible for award. (FAR 52.222-28)

1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (52.236-7001)

See contract clause entitled CONTRACTOR DRAWINGS, MAPS AND SPECIFICATIONS in Section 00700 CONTRACT CLAUSES. For a listing of Contract Drawings refer to the "General Plan and Index to Drawings" on the cover sheet plan drawing.

1.4 RECORD DRAWINGS

a. General: The Contractor shall maintain as-built drawings during the construction period and shall submit final record drawings at the completion of contract areas. The Government will provide to the Contractor the CAD (Computer-Aided Drafting) files consisting of compact (computer) disks or magnetic media of the drawing files in the appropriate CAD format (e.g. "Microstation", "AutoCAD", etc.) for the project. The Contractor is required to make prints or mylars from the CAD files and maintain the drawings to show as-built conditions as construction progress and surveys are performed for the duration of the construction. Except for updates as indicated below, the Contractor may maintain as-built drawings by marking up drawings by hand or by CAD methods. Scanned drawings will not be acceptable. If the Government cannot provide CAD files for the project drawings, mylar(reproducible) drawings will be provided. The Contractor will then be required to comply with all requirements indicated herein by the use of hand drafting.

b. Progress As-built Prints: During construction, the Contractor is responsible for maintaining a set of paper prints to show as-built construction conditions. These as-built prints shall be kept current and available on the job site at all times. All changes from the contract plans which are made in the work or additional information which might be uncovered in the course of construction shall be accordingly and neatly recorded as they occur by means of details and notes. The as-built prints will be jointly inspected for accuracy and completeness by the Contracting Officer's representative and a responsible representative of the Contractor prior to submission of each monthly pay estimate. The prints shall show the following information, but not limited to:

(1) The location and description of any bridges, utility lines, or any other structures within the construction area. The location includes dimensions to permanent features.

(2) The location and dimensions of any changes with the channel.

(3) Correct grade or alignment of channel, structures or utilities if any changes were made from the contract plans.

(4) Correct elevations if changes were made in channel depths

(5) All changes, which result from contract modifications.

(6) Where contract drawings or specifications allow options, only the option selected for construction shall be shown on the as-built prints.

(7) All amendments to the contract drawings issued during the solicitation period shall be posted on the as-built drawings.

c. Protection of Records: The Contractor shall be responsible for the protection and safety of the mylars and CAD records until returned to the Contracting Officer. Any drawings damaged or lost by the Contractor shall be satisfactorily replaced by the Contractor at his expense.

d. 50% As-Built Submittal: At the 50% point in construction of this project (as determined by progress payments) the Contractor shall submit the updated CAD files of the project drawings in the appropriate CAD program to show as-built conditions as above, and submit an updated computer disk and one set of prints to the Contracting Officer for approval. If the mylars only are provided to the Contractor, they shall be updated at this stage using hand-drafting as specified herein, and the Contractor shall submit one set of prints to the Contracting Officer for approval. Any required corrections shall be made by the Contractor before payment approval for this item. The Contractor must use updated CAD record or mylar drawings to produce required prints.

e. Preliminary Record Drawing Submittal: At least thirty (30) calendar days before the anticipated date of final acceptance inspection the Contractor shall deliver two copies of progress prints showing final as-built conditions to the Contracting Officer for review and approval. These as-built prints shall correctly show all features of the projects as it has been constructed, adding such additional drawings as may be necessary. They shall be printed from the CAD files updated in the appropriate CAD program, or from updated mylars if mylars only were provided to the Contractor. Within ten (10)days, the Government will provide the Contractor one set of prints indicating required corrections to the preliminary submittal. The Contractor will correct and resubmit within five days. Any required subsequent review and re submission periods will each be accomplished within 5 days. Upon Government approval of the preliminary submittal, the Contractor shall prepare final record drawings.

f. Record Drawing Submission: In the appropriate CAD program each drawing shall be marked with the words "RECORD DRAWING AS-BUILT" followed by the name of the Contractor in lettering at least 3/16" high. All revisions to the original contract drawings will be dated in the revision block. All prints and mylars must be reproduced from the updated CAD files. If mylars only were provided to the Contractor, they shall be hand-lettered or stamped as indicated above, and revisions shown in revision block. A minimum of 5 calendar days before the anticipated date of final acceptance inspection of the project the Contractor shall deliver to the Contracting Officer.

Three (3) CD's of CAD files of Record Drawings.
One (1) set of Mylar Record Drawings.
One (1) copy of prints of Record drawings.

Failure to make an acceptable submission of Record Drawings will delay the Final Acceptance Inspection for the project and shall be cause for withholding any payment due the Contractor under this contract.

g. Property: All paper prints, reproducible drawings and CAD files will become property of the Government upon final approval. Approval and acceptance of the final record drawings shall be accomplished before final payment is made to the Contractor.

h. Payment: No separate payment will be made for the as-built and record drawings or updating of CAD files required under this contract, and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.

**1.5 PHYSICAL DATA (1984 APR) (FAR 52.236-4)**

Information and data furnished or referred to below are furnished for the Contractor's information. However, it is expressly understood that the Government will not be responsible for any interpretation or conclusion drawn therefrom by the Contractor.

(1) The physical conditions indicated on the drawings and in the specifications are the results of site investigations by hydrographic surveys and individual inspections.

(2) The plane of reference mean low water (MLW) as established by National Geodetic Vertical Datum (1929 Adjustment), or NGVD29 will be used on the drawings and in these specifications.

(3) Weather Conditions: The site of the work is not exposed to direct offshore wind, ocean wave and swell action. However, the Contractor's ocean disposal operation may be affected by offshore conditions. It is the Contractor's responsibility to obtain and analyze available information concerning offshore conditions and its potential effect on his operations. See paragraph 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER for adverse weather delays at the project site.

a. Fog: An examination of the records of the U.S. Weather Service at Newark Liberty International Airport, New Jersey, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog occurred in any recent year was 18 in 1982.

(4) Climatological data determined from records of the U.S. Weather Service Bureau at Newark Liberty International Airport, NJ:

| | |
|---|---|
| Mean Annual Temperature: | 54.1 degrees F |
| Mean Annual Precipitation: | 43.0 inches |

(5) Tides: The following is the tidal range near the project area:

| | |
|---|---|
| Port Newark Terminal | - mean range 5.1 feet |
| | - mean range spring 6.1 feet |
| The Battery | - mean range 4.6 feet |
| | - mean range spring 5.5 feet |

Irregular fluctuations due to wind and atmospheric pressure have resulted in tide stages at The Battery from 3.8 feet below MLW to 10.6 feet above MHW.

(6) Permit Structures: There are known permitted structures and /or utilities within the project area (See plans).

(7) Channel Traffic: Vessel traffic in the project waterway consists of seagoing bulk and general cargo freighters, tankers, container ships, auto carriers and miscellaneous small craft. Vessel traffic may cause delays to the work under these specifications.

(8) Other Work in the Area: There will be dredging contracts adjoining this area. It is the Government's intent, subject to funding, to award subsequent dredging contracts adjacent to the present contract area. The Contractor should expect some scheduling conflicts.

(9) Obstruction of Channel: The Government will not undertake to keep the channel free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army in accordance with the provisions of Section 7 of the River and Harbor Act approved August 8, 1917. The Contractor will be required to conduct the work in such a manner as to obstruct navigation as little as possible, except as herein before specified, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such passage. Upon completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore. The channel must be kept open to vessel traffic at all times except as permitted by the Contracting Officer or by the Coast Guard. It should be noted that navigational safety takes precedence over dredging operations.

(10) Transportation Facilities: NJ State Route 440 and local streets in Bayonne, New Jersey and Staten Island, New York serve the locality of the proposed work. All costs for the use of existing transportation facilities, and for maintenance, repair, removal and restoration shall be borne by the Contractor.

(11) Winds and Waves: Wind and wave climate in the New York Bight area, based upon hourly data obtained from NOAA National Data Buoy Center (NDBC) observation at Station Ambrose Light (ALSN6) for the period 1990-1995 is provided below.

| Month | Average Wind Speed (mph) | Maximum 1 hr avg Wind Speed (mph) | %Time Winds over 25 mph | Average Signif. Wave Ht. (ft.) | Maximum Signif. Wave Ht. (ft.) | %Time Waves Over 6 ft. | Average # Occur-rences over 6ft |
|---|---|---|---|---|---|---|---|
| January | 19.4 | 51.7 | 26.3 | 3.3 | 15.7 | 8.7 | 3.0 |
| February | 19.7 | 51.8 | 28.1 | 3.2 | 11.8 | 7.9 | 2.8 |
| March | 18.8 | 70.8 | 24.6 | 3.4 | 19.7 | 9.0 | 3.4 |
| April | 17.7 | 47.5 | 18.9 | 3.1 | 9.1 | 3.7 | 2.2 |
| May | 16.1 | 40.7 | 13.4 | 2.9 | 9.5 | 2.6 | 1.4 |
| June | 15.8 | 43.6 | 12.4 | 2.6 | 9.5 | 0.9 | 0.6 |
| July | 14.3 | 39.4 | 5.2 | 2.5 | 9.2 | 0.5 | 1.0 |
| August | 14.3 | 51.1 | 7.6 | 2.8 | 7.5 | 4.2 | 1.7 |
| September | 15.5 | 48.9 | 9.3 | 2.9 | 9.2 | 2.7 | 1.8 |
| October | 17.0 | 46.6 | 17.4 | 3.0 | 11.5 | 5.6 | 3.0 |
| November | 19.3 | 59.6 | 25.2 | 3.1 | 15.4 | 7.0 | 2.3 |
| December | 20.2 | 80.0 | 29.3 | 3.4 | 23.9 | 10.7 | 2.8 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Annual | 17.3 | 80.0 | 18.2 | 3.0 | 23.9 | 5.4 | 26 |

Weather conditions exceeding in severity the fog conditions stated above, wind speeds exceeding the percentage shown for % winds over 25 mph, or wave heights exceeding 6 feet in height for more than one hour, will be considered "Unusually Severe" if delays are caused thereby to operations for more than 50% of the day under this contract.

**1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE (EFARS 52.2/9108(f))**

a. Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the Contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8*, "Construction Equipment Ownership and Operating Expense Schedule," Region 1. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply. (* This manual can be ordered from the Government Printing Office by calling Tel. No. (202)783-3238. There is a charge for the manual.)

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-lease-back arrangements will be determined using the schedule except the rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment cost are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on standard form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

**1.7 CONSTRUCTION PROJECT SIGNS**

a. The Contractor shall construct five (5) signs; four for project identification, and one to show on-the-job safety performance. These signs will be placed at the Contracting Officer's direction within 15 calendar days after the Contractor receives the initial Notice to Proceed.

b. Exact placement location will be designated by the Contracting Officer.

c. Panels are fabricated using HDO (High Density Overlay) plywood with dimensional lumber uprights and bracing. The sign faces are non-reflective vinyl.

d. All legends are to be die-cut or computer-cut in the sizes and type-faces specified and applied to the white panel background following the graphic formats shown on the attached sheets. The Communications Red panel on the left side of the construction project sign with Corps signature (reverse version) is screen printed onto the white background.

e. Samples of the signs are included at the end of this section. The project names on the sample signs are only provided to illustrate format. The actual signs will include the name of this project. The precise wording shall be provided by the Contracting Officer's Representative.

f. No separate payment will be made for erecting and maintaining the signs and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the signs from the project site.

1.8 SUBMISSION OF CLAIMS

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. claims referencing or mentioning the Contracting Disputes Act of 1978

b. requests for a written decision by the Contracting Officer

c. claims certified in accordance with the Contract Disputes Act of 1978

A copy of the requests shall be also be provided to the authorized Contracting Officer's Representative (COR) for action and no other Government representative is authorized to accept such requests. The Contractor shall also provide the Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized COR and which have not been resolved after 90 days.

1.9 SCHEDULING AND DETERMINATION OF PROGRESS

Pursuant to the Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS in Section 00700, the Contractor shall prepare and submit for approval a practicable project schedule. The type of schedule and detailed requirements as well as timing of this submittal shall be as specified in specification section "Project Schedule".

This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified schedule for approval by the Contracting Officer.

The terms of Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved project schedule, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met.

Neither on the project schedule as originally submitted nor on any updated periodic schedule which the Contractor is required to prepare and submit, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction, pursuant to Contract Clause, PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, in Section 00700. The making of such an allowance will be contingent upon a determination by the Contracting Officer that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

**1.10 INSPECTION (1965 APR OCE)**

The inspectors and the Contracting Officer's Representative (COR) at the site of the work have certain direct and indirect authority to assure that the work is being performed in compliance with the plans and specifications. The inspectors and COR will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position. The presence or absence of an inspector shall not relieve the Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor will be required:

(a) To furnish, at the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the surveys, prescribed in the clause entitled "Final Examination and Acceptance."

(b) To furnish, at the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the disposal sites. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

**1.11 NOTICE TO MARINERS**

The Contractor shall, prior to commencement of work, notify the 1st Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in a "Notice to Mariners." This notification must be given at least three (3) weeks in advance so that it appears in the "Notice to Mariners" at least one week prior to the commencement of the dredging operation. The Contractor shall also coordinate all dredging and transportation activities with U.S. Coast Guard Activities New York, Vessel Traffic Service Branch at 718-354-4191 or facsimile 718-354-4096.

**1.12 PROTECTION OF EXISTING STRUCTURES**

All existing structures, piers, bulkheads, utility lines, ships, etc. shown on the drawings or the existence and location of which are made known to the Contractor prior to the beginning of work shall be protected from damage. In the event of damage, as a result of the Contractor's operations, the Contractor shall be responsible for the repair, restoration, or for all costs of damage resulting therefrom. If the Contractor elects to have

alterations made to any existing structure, utility, or other improvements for his convenience, he shall make arrangements with the owner of the facility for such alterations. Arrangements made between the owner and the contractor to alter existing structure shall be approved by the Contracting Officer unless the EXISTING STRUCTURES are to be removed by the owner.

**1.13 BRIDGE-TO-BRIDGE COMMUNICATION**

In order that radio contact may be made with passing vessels, all major vessels and plant, engaged in work under this contract shall be equipped with bridge-to-bridge radio telephone equipment. The radio telephone equipment shall operate on a single channel very high frequency (VHF), Channel 13, 156.65 MHZ with low power output having a communication range of approximately ten (10) miles. The frequency has been approved by the Federal Communications Commission.

**1.14 PERFORMANCE EVALUATION OF CONTRACTOR (1985 JAN HQ USACE)**

a. As a minimum, the Contractor's performance will be evaluated upon final acceptance of the work. However, interim evaluations may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be SF 1421, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor will be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be made a part of the official record. Performance Evaluation Reports will be available to all DOD contracting offices for their future use in determining Contractor responsibility, in compliance with DFARS 36.201(c)(1).

**1.15 FINAL EXAMINATION AND ACCEPTANCE (1965 APR OCE)**

**Examination of an Acceptance Area**

As soon as practicable after the completion of an acceptance area, a final examination of the work will be conducted by the Contracting Officer, at the cost and expense of the Government by acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor will be required to remove same. The Contractor, or his authorized representative, will be notified when soundings or sweepings are to be made, and will be permitted to accompany the survey party.

The Government shall provide the Contractor the survey data and maps within fourteen (14) calendar days and the quantity volume within twenty one (21) calendar days from the date the field survey was performed by the Government.

When the acceptance area is found to be in a satisfactory condition, it will be accepted.

Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of $10,000.00 per occurrence. For purposes of this Contract Areas 1 thru 10 as defined on the drawings have been identified as acceptance areas. Progress payment shall be arranged at the pre-construction conference. The Contractor shall perform pre-final hydrographic sweep surveys of an acceptance area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multi track or multi beam survey system to insure 100% coverage of the acceptance area. The proposed method for performing these surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EM 1110-2-1003, HYDROGRAPHIC SURVEYING, 1 January 2002 for Class I surveys. Prior to completion of contract the government shall perform acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor will be required to remove same at his expense.

**1.16 FUEL USAGE**

The Contractor shall furnish the Contracting Officer a report, to be received on or before the last day of the calendar month, listing the totals of fuels consumed by the dredging plant and support vessels. The report shall list quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

**1.17 OIL TRANSFER OPERATIONS (NAP-1/81)**

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, and municipal laws, codes and regulations. Particular attention is invited to 33 CFR Subchapter O, "Pollution." The Contractor shall incorporate in the accident prevention program, submitted in compliance with contract clause ACCIDENT PREVENTION in Section 00700, sufficient information to demonstrate that all fuel transfers will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations.

**1.18 CERF IMPLEMENTATION (83 June 1 OCE)(EFARS 52.2-9112)**

NOT USED.

**1.19 ENVIRONMENTAL LITIGATION (1974 NOV OCE)(ECI 7-671.10)**

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than those required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause in Section 00700 of this contract. The period of such suspension, delay or

interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

**1.20 SIGNAL LIGHTS (FEB 1983)(DEAN-PRP Ind 12 Sep 83)**

The Contractor shall display lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CFR 81 App. A-72 COLREGS. Part C), vessels in inland waters (33 CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70), as applicable.

**1.21 LABOR - ADDITIONAL REQUIREMENTS**

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD Form 879. Statement of Compliance, and attached to each weekly payroll.

**1.22 CONTINUING CONTRACT (Alternate) (1995 MAR)(EFARS)**

a. Funds are not available at the inception of this contract to cover the entire contract price. The sum **amount between $500,000 and $8,000,000** has been reserved for this contract and is available for payment to the Contractor during the current fiscal year. It is expected that Congress will make appropriations for future fiscal years from which additional funds, together with funds provided by the nonfederal project sponsor will be reserved for this contract. The liability of the United States for payments beyond the funds reserved for this contract is contingent on the reservation of additional funds.

b. Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not be considered a breach of this contract, and shall not entitle the Contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (e) and (h) below.

c. The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The Contracting Officer will promptly notify the Contractor of any additional funds reserved for the contract by issuing an administrative modification to the contract.

d. If earnings will be such that funds reserved for the Contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of

exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under this contract during that fiscal year. This notice shall be given not less than 45 nor more than 60 days prior to the estimated date of exhaustion.

e. No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. If and when sufficient additional funds are reserved, the Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of this contract and would have been made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, as in effect on the first day of the delay in such payment.

f. Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under a "Suspension of Work" or similar clause or in any other manner under this contract.

g. An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

h. If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having been terminated. Such a termination shall be at no cost to the Government, except that, to the extent that additional funds to make payment therefore are allocated to this contract, it may be treated as a termination for the convenience of the Government.

i. If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the Contractor because of work performed and to be performed under this contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

j. The term "Reservation" means monies that have been set aside and made available for payments under this contract.

**1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION**

a. This clause is applicable to small business concerns whose contracts exceed $1,000,000.

b. In accordance with the clause at FAR 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS, in effect on the date of this contract, the Contracting Officer may survey the extent of small and small disadvantaged business utilization under this contract. The Contractor may be required to report to the Contracting Officer statistical data on the number and dollar amounts of subcontracting awards with small businesses and small disadvantaged businesses.

c. As appropriate, the Contracting Officer may require one or more follow-up reports to the initial report.

d. The Contractor agrees to insert this clause in any subcontract that may exceed $1,000,000, including this subparagraph d.

**1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS**

In addition to the requirements contained in the Contract Clause entitled "PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS" in Section 00700 and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the Contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The schedule of values (or prices) shall consist of a detail breakdown of the contract price, giving quantities breakdown for each of the various kinds of work (rock and non-rock materials), unit prices, and extended prices therefore. The required schedule shall be based on the actual breakdown of the bid price. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the Contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the Contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The Contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in subparagraph (c). For purposes of payment a "proper invoice" is defined as the follows:

1. An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and associated costs.

2. A properly completed Eng Form 93 and 93a (where required).

3. All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedule, updated submittal registers, etc.

4. The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship.

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be

made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contract intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

(4) All required prime and subcontractor payrolls have been submitted.

______________________________
(Name)

______________________________
(Title)

______________________________
(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submission and the Contractor shall be so notified at the pre-dredging conference. In addition to the designated Project Engineer, the Contractor shall at the same time submit one copy of the detailed breakdown and the Eng Form 93 and 93a Form to the Area Engineer.

d. The Government representative shall return any request for payment which is deemed defective within 7 days of receipt and shall specify the defects. If the defect concerns a disagreement as to the amount of work performed and/or the amount of the payment being submitted, the Government and the Contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the Contractor shall submit a new breakdown and Eng Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS and process the payment accordingly. In this event, a "proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the Contractor in accordance with the following time frames:

1. Progress Payments - From the date a "proper invoice" is received, in accordance with subparagraphs b and d of this clause, the Government will issue a check within 14 calendar days.

2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a

release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EM 1110-2-1003, Hydrographic Surveying, 1 Jan. 2002, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for Bid Item Nos. 0001AC, 0001AG shall be 90 percent of the line item amount until the area is surveyed and accepted by the Government. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

## 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

Station Location: Newark, N.J.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (7) | (6) | (7) | (5) | (6) | (5) | (6) | (5) | (5) | (4) | (4) | (6) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day. The number of actual adverse weather delay days shall include days impacted

by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15)(31 Oct 89)

**1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL**

1. The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated **03 November 2003**. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters WebSite. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that is in effect on the date of the solicitation. The Website location where these changes can be found is under the button entitled, "Changes to EM", located at: http://www.hq.usace.army.mil/soh/hqusace_soh.htm." Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

2. DREDGING AND DREDGE RELATED MARINE WORK

a. The contractor shall comply with the provisions of EM 385-1-1. If the contractor is a currently accepted participant in the Dredging Contractors of America (DCA)/United States Army Corps of Engineers (USACE) Dredging Safety Management Program (DSMP), as determined by the DCA/USACE Joint Committee, and holds a current valid Certificate of Compliance for both the Contractor Program and the Dredge(s) to be used to perform the work under this contract, the contractor may, in lieu of the submission of an Accident Prevention Plan (APP),

(1) make available for review, upon request, the contractor's current Safety Management system (SMS) documentation,

(2) submit to the Contracting Officer the current valid Company Certificate of Compliance for it's SMS,

(3) submit the current dredge(s) Certificate of Compliance based on third party audit, and

(4) submit for review and acceptance, site-specific addenda to the SMS as specified in the solicitation.

3. IF the contractor does not meet the requirements of 1.26.2.a the contractor shall:

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All

certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The designated authority may issue a variance to paragraphs 01.C.04 a or b. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

2) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A,B,& C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

3) DREDGING AND DREDGE RELATED MARINE WORK
The Contractor shall comply with the provisions of EM 385-1-1. If the Contractor is a currently accepted participant in the Dredging Contractors of America (DCA)/ United States Army Corps of Engineers (USACE) Dredging Safety Management Program (DSMP), as determined by the DCA/USACE Joint Committee, and holds a current valid Certificate of Compliance for both the Contractor Program and the Dredge(s) to be used to perform the work required under this contract, the Contractor may, in lieu of the submission of an Accident Prevention Plan (APP),

(1) make available for review, upon request, the Contractor's current Safety Management System (SMS) documentation,
(2) submit to the Contracting Officer the current valid Company Certificate of Compliance for its SMS,
(3) submit the current dredge(s) Certificate of Compliance based on third party audit, and submit for review and acceptance, site-specific addenda to the SMS as specified in the solicitation."

1.27 PLANT

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply.

1.28 STATE/LOCAL INCOME TAXES

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

**1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3),(32); 3301(4),(6); 3302 (c)(2); 3305(a),(a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)**

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

**1.30 TIME EXTENSIONS: (APR 1984)**

Notwithstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

**1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)**

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

**1.32 INSURANCE PROCURED BY CONTRACTOR AND THE PORT AUTHORITY**

**1.32 A INSURANCE PROCURED BY CONTRACTOR**

a. At the Government's option, to be exercised in writing no later than 120 days after the contract award, the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

(1) Commercial General Liability Insurance in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage, including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards, with contractual liability coverage covering the risks assumed under this agreement.

(2) Automobile Liability Insurance covering owned, non-owned and hired autos with a limit of not less than Three Million Dollars ($3,000,000) per accident.

(3) Maritime Protection and Indemnity Insurance, and Chartered Legal Liability Insurance where applicable, relating to the operation, maintenance, or use of any vessel, in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including coverage for Masters and members of crews.

(4) Environmental Liability Insurance in limits of not less than One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury, death and property damage indemnification given by under this agreement.

b. The policies described in 1, 2, 3 and 4 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") as additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, New York, NY 10003. Moreover, the Commercial General Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy. The policies described in 1, 2, 3 and 4 shall also include cross-liability coverage and must be stated on the certificate (s) of insurance.

c. Further, the liability policies shall be specifically endorsed that, The insurer shall not, without obtaining the express advance written permission from the General Counsel of the Port Authority, raise any defense involving in any way the jurisdiction of the Tribunal over the person of the Port Authority, the immunity of the Port Authority, its Commissioners, officers, agents or employees, the governmental nature of the Port Authority, or the provisions of any statutes respecting suits against the Port Authority. The certificate (s) of insurance shall contain this language.

d. The Contractor shall take out and maintain Workers' Compensation Insurance (including other states coverage) in accordance with requirements of law. The policy shall include the United States Longshore and Harbor Workers' Compensation Act Endorsement. The policy may not be cancelled,

terminated or modified without 30days prior written notice to the Contracting Officer, U.S. Army Corps of Engineers, 26 Federal Plaza, New York, NY 10278-0090 and the General Manager, Risk Management/Treasury, The Port Authority of New York and New Jersey, 225 Park Avenue South, 12th Floor, New York, NY 10003.

e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish the Contracting Officer and the Port Authority at the above addresses, within five (5) calendar days of the award of the option, a certificate of insurance evidencing the above required insurance. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority shall have the right, upon written notice, to receive copies of the policies required hereunder.

f. Prior to exercise of the option provided for in this Section, the contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation from his insurance carrier, which sets-forth the elements of the said additional premium, including, but not limited to the following: the additional costs to the Port Authority of New York and New Jersey being named as an additional insured broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof.

h. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation as to that amount, if any, of the premium costs of their existing insurance coverage they have allocated to the work of this contract. The Contractor shall indicate whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived.

i. The Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

j. CLIN # 0002 If exercised the Contractor shall be reimbursed for the actual expense for the additional insurance up to the amount indicated in CLIN # 0002 as substantiated by the information provided by the Contractors insurance carrier. Contractor shall submit the following items to the government for payment and verification and only the actual amount will be reimbursed:

1-Insurance Policies.
2-Certification of insurance.
3-Proof of payments.

Payment for the insurance procured by the Contractor under this paragraph shall be in lump sum, "Additional Cost for Optional Insurance", if the optional item is awarded. (see notes in Bidding Schedule)

**1.32 B Insurance Procured by the Port Authority**

The Port Authority will procure and maintain in force at its own cost an Environmental Insurance Policy covering Contractor's pollution legal liability and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate and a deductible of $100,000 as it relates to the work of this Contract for dredging and disposal of dredged material. The policy will be in effect commencing on the date that the Government awards this Contract and will include the Contractor and approved subcontractors as named insureds for such period that is appropriate for the methods used by the Contractor and subcontractors for dredging and disposal of dredged material.

The Contractor and the subcontractors must refer to the policy form to, determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the Contractor or, at the Contractor's request, by any of the subcontractors performing work for the Contractor under this Contract, at the office of the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, New York, NY 10003. The contractor and the subcontractors are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance policy.

The Contractor and subcontractors shall comply with all obligations as insureds under or in connection with the above policy.

**1.33 FIELD OFFICE not used TBF**

**1.34 PRICING OF ADJUSTMENTS**

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and DFARS 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and /or decreases in cost plus applicable profits."(FAR 52.236-1)

**1.35 PERFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)**

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1)

**1.36 PARTNERSHIP IMPLEMENTATION PLAN**

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product

within budget and on schedule. This partnership would be bilateral in make-up and participation by the Contractor is required. A facilitator subject to approval by the Contracting Officer shall be hired by the Contractor, who would be responsible to arrange for an offsite location for the initial conference, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 days after the initial partnering session. Both parties will sign and abide by the partnering agreement. The initial conference site location will be coordinated with the Contracting Officer for approval. Contractor should plan for the attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and Sub-contractor's personnel. The cost of the facilitator, offsite conference facility, and the partnering agreement will be borne by the Contractor. Subsequent partnership conferences will be held monthly, and will be facilitated by the Government representative and held at Government facilities. They are anticipated to be each of one hour duration. For subsequent monthly conferences the Government will prepare the agenda, and the Contractor will prepare and distribute minutes within 48 hours of the conclusion of the conference.

### 1.37 PRECONSTRUCTION CONFERENCE

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed. NJDEP AND NYDEC will be invited to attend the preonstruction conference.

b. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

### 1.38 MISPLACED MATERIAL

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in

sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 USC 410 et seq.) (DoD FAR supplement 52.236-7006)

**1.39 CHANGE OF DISPOSAL FACILITY**

a. The Government reserves the right to negotiate a change to the contract as other processing and disposal facilities become available to the Government.

b. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract Clause, CHANGE (FAR 52.243-4).

c. Placement of non-HARS Materials at the Newark Bay Confined Disposal Facility (NBCDF): Placement of non-rock material unsuitable for placement at the HARS at the NBCDF shall be at the direction of the Contracting Officer or the Contracting Officer's Representative. In addition, the Contracting Officer or the Contracting Officer's Representative shall identify the area to be dredged by the Contractor. Placement of the non-rock material "unsuitable for placement at the HARS" at the NBCDF will be directed on a "scow by scow" basis. See Federal Consistency Determination/Water Quality Certification.(See section 00902 for all WQCs)

**1.40 NOTES ON ESTIMATED ROCK ELEVATIONS**

The rock contours shown on the plans and approximate rock lines shown on the cross sections were developed from the data contained in the subsurface investigations and form the basis of the Government estimate. Since this data can be subject to different interpretations, bidders are advised to perform their own independent evaluation of rock contours and approximate rock lines.

**1.41 CONTRACTOR DIVING OPERATION**

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (UDC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.

b. A dive operations plan in accordance with EM 385-1-1, Section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the UDC and the Safety and Occupational Health Office Dive Safety Representative for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the UDC in required for diving operations to commence.

**1.42 FACILITIES**

a. Boat: The Contractor shall provide and maintain as a minimum one boat in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative (COR), used exclusively by the Government representatives. The contractor shall provide

all fuel, maintenance and repairs for the boat until the contract completion date.

* The boat shall meet the following specifications: 26' length aluminum hull with weatherproof cabin. USCG safety package, anchor, boarding ladder, heat and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights, and shall be equipped with a DGPS system to provide reliable navigation coordinates.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ for the duration of the contract adjacent to the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

b. Vehicles: The contractor shall provide and maintain four (4) new vehicles or equivalent less than one year old subject to the approval of the Contracting Officer Representative exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly interior and exterior cleaning, toll passes, insurance and repairs for the vehicles until the contract completion date without restriction.

* Two (2) vehicles shall be full sized 4-door with automatic transmission, power windows, AM/FM Stereo and Air Conditioning.

* Two (2) vehicles shall be 7 passenger, Suburban or Expedition model or equal with power windows, AM/FM Stereo, air conditioning and 4x4 automatic transmission.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

c. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

d. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the contractor. All facilities shall be removed from the project site at the contract completion date or when and as directed by the Contracting Officer.

e. No payment shall be made for Mobilization until all facilities are complete and accepted by the Contracting Officer.

## 1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS (JUL 1978)

(This paragraph pertains only to work done within the boundaries of Richmond County, New York.)

a. The site of the construction work is located in an area determined by the Secretary of Labor to be a Labor Surplus Area. Accordingly the Contractor hereby agrees to perform a substantial portion of the contract work in this or in any other labor surplus area. "Substantial portion" means the aggregate costs that will be incurred by the Contractor and his first-tier subcontractors and suppliers, on account of manufacturing, production, or services performed in this or any labor surplus area, and the costs that will be incurred by second-tier and lower-tier subcontractors on the construction site will exceed fifty percent (50%) of the price of this contract.

b. Upon request, the Contractor shall furnish to the Contracting Officer data to substantiate that this obligation is satisfied.

c. The Contracting Officer will furnish upon request a list of labor surplus areas.

## 1.44 QUANTITY SURVEYS

a. Quantity Surveys

Quantity Surveys shall be conducted as discribed below, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and the in-situ volume of the dredged material removed.

b. Government Surveys

The Contracting Officer will conduct the pre-dredge survey of the contract area as close to commencement of dredging as possible.

Upon the removal of the Non-HARS Material the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of Non-HARS Material removed will be based on these surveys. In addition, the post dredge survey of the Non-HARS material will serve as the pre dredge survey for the non-rock and rock removal dependent on subsurface conditions.

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used

for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

**1.45 CONTRACTOR RESPONSIBILITY SUBMISSIONS**

**A. CONTRACTOR IDENTIFIED OFFLOADING, PROCESSING AND DISPOSAL SITE COMPLIANCE**

Bidders must submit with their bid the information identified in paragraph **1.45.A.1 below** and demonstrate that the processing and disposal site(s) is permitted. In addition, the Contractor must demonstrate to the Government within 35 **calendar days** from the date of being notified of being the apparent low bidder that the "Contractor identified" offloading, processing and disposal site(s):
1) will accept the dredged material by providing an Acceptable Use Determination (AUD), Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and disposal of dredged material;
2)will be operational and will process and dispose of the Non-rock material unsuitable for placement at the HARS; and
3)will be in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the offloading, processing and disposal of dredged material by the dates identified in their Construction Activity Schedule, (paragraph 1.45.A.2,4).

Operational is defined as "being in such a state of repair as to be immediately usable. The characteristics of an "operational site" include (but are not limited to):

1-The site is the property of the bidder, leased to the bidder, or a written agreement exists between the bidder and the property's owner or lessee;

2-The site has all relevant permits, licenses, certifications, etc and is legally permitted to operate in the manner and for the purpose described;

3-Any and all required preparatory site work has been completed;

4-All required non-self propelled plant is onsite, assembled and functional; and

5- In addition, the Contractor shall demonstrate that they are capable of transporting the dredge material to meet the contract requirements.

The contractor identified offloading, processing and disposal site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the contract site. The Apparent low bidder is required to perform all work to demonstrate that the contractor identified offloading, processing and disposal site(s) is permitted and operational, as described above on that date for the in-situ quantity and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Offloading, processing and disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable laws and requirements of all associated permits, approvals and government authorities having jurisdiction.

**1.45.A.1 Information to be provided by the Bidder at the time of the Bid Opening**

The contactor must submit with their bid one copy of the following information:

(a) Name of "Contractor identified" offloading, processing and disposal site(s to be used for this contract).

(b) Location (street address, city, state) of the "Contractor identified" site(s).

(c) Point of Contact for the "Contractor identified" site(s) and telephone number.

(d) Detailed list and copies of all permits for the selected site(s) to demonstrate that the site is legal.

**1.45.A.2 Information to be submitted by the Contractor within 5 calendar days after being informed of being low bidder**

The Contractor shall submit ten (10) copies of the following information:

(a) Total capacity available at the "Contractor identified" site(s) for placement of Dredged Material for this contract.

(b) Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (cy /day) and throughput rates for their proposed integrated system of dredging, transportation, processing, and placement for each site identified

(c) Offloading, Processing and Disposal Site(s) Elements Information -

1) State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the disposal site(s) as well as the average daily production (cy/day) and through-put rates (cy/day) for

the each element, to include the dredging, offloading, transportation, processing and placement and for the proposed through-put of the integrated system at the "Contractors identified" site(s).

2) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

3) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

4) Offloading, Processing and Disposal Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the bidder proposes to perform the work and the dates on which the bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of dredging for by basic contract acceptance areas and/or options). The schedule shall indicate the production rate of each element, to include the dredging, offloading, transportation, processing and placement to ensure that the project will be completed within the contract's required completion date. The bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The bidder must indicate on this schedule the salient features of work for the "Contractor's identified" site(s) that are needed to be completed so the site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity identified in the price schedule to complete the contract within the required duration.

(d) **Synopsis of proposed operation** - Narrative of no more than seven (7) pages detailing the operation to move the Non-rock material unsuitable for placement at the HARS, HARS material and Rock material from the channel to its final resting place at the "Contractor's identified" disposal site. The synopsis shall provide suitable detail to adequately track the material from dredging, through transportation and processing to its ultimate placement. The synopsis shall include the following:

- Provide a list of the names, locations, and point of contact, telephone number, offloading and loading facilities for each processing and disposal facility including site capacity.

- Provide a detailed map indicating locations of offloading and loading facilities or area within the proposed property to be utilized, for each processing and disposal location, with a description of the material handling process at each disposal location.

- Provide Hours of operation, transportation and operating procedures at offloading facilities.

- Provide Facilities information: Access to offloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

- Provide a detailed description of the dredging procedure proposed to include the identification of dredges, bucket type and size, scows, tugs, drill boats and other salient equipment to be used for the project for dredging, processing and placement.

- Submit a detailed description of the loading and transportation procedures to be utilized.

- Provide proof of the Contractor's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

**1.45.A.3 Information to be submitted by the Contractor within 35 calendar days after being informed of being low bidder**

The Contractor shall submit ten (10) copies of the following information within 35 **Calendar Days** after being informed of being low bidder

a) Information submitted at the time of the Bid Opening - All the information provided previously must also be included in the final package, revised as necessary.

b) Evidence demonstrating that the "Contractor identified" site(s) will Process and Disposal Dredged Material from the project site by providing an Acceptable Use Determination (AUD) or Beneficial Use Determination (BUD) or other host state compliance as appropriate for the offloading, processing and disposal of dredged material.

c) Proof of Disposal Site Owner's approval granting the apparent low bidder the right to dispose dredged material at that site.

d) Proof of uncommitted Disposal Site(s) capacity adequate for the project.

e) Certification of the Disposal Site's availability corresponding to the current project schedule.

f) Demonstrate minimum required Disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each alternate disposal site(s).

g) Proof of apparent low bidder's experience in the proposed Disposal Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

h) Transportation Capabilities -The Apparent Low Bidder must provide the following:

1) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

2) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

i) Processing Capabilities - The Apparent Low Bidder must provide the following:

1) Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:

- Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.

- Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).

- Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.

- Rehandling of material (if any) used in the processing of dredged material affecting the project.

2) Provide any permits and/or licenses applicable to the proposed process, if any.

3) Provide any patented or proprietary permissions applicable to the proposed process, if any.

4) Provide proof of processing plant availability for use by the apparent Contractor.

5) Certify processing plant's availability corresponding to the current project schedule.

**B. CONTRACTOR AIR EMISSIONS INFORMATION TO BE SUBMITTED BY CONTRACTOR**

Bidders must submit information demonstrating that their schedule and equipment comply with this solicitation's Clean Air Act compliance restriction (see section 01135).

**1.45.B.1 Information to be provided by the apparent low Bidder within 5 calendar days of being informed of being the low bidder**

The apparent low Bidder must submit ten (10) copies within 5 calendar days of being informed of being bidder one copy of the following information:

(a) The qualifications of the Contractor's Air Emissions Consultant (AEC) and Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(b) The information for all marine based equipment to be used on this Contract. Refer to Section 01135.

(c) A written description of any air emission controls to be used by the bidder and which pieces of equipment it shall be used on.

(d) Identification and verification of any additional offsets, if any, that the Contractor will utilize during the contract.

**1.45.B.2 Information to be provided by the Contractor within 35 calendar days after being informed of being the low bidder**

The contactor must submit ten (10) copies within 35 calendar days after being informed of being the low bidder

(a)Air Emissions Calculator. Refer to Section 01135.

(b)Certification from an independent Air Emissions Consultant. Refer to Section 01135.

(c)A written narrative describing the Contractor's quality control system to insure that the dredging operation is monitored and is within the calendar year Allowable Limit for NOx. The process that Contractor will use to make adjustments to their dredging operation during the execution of the work to insure compliance with the calendar year Allowable Limit for NOx.

(d)A written description of any air emission controls to be used by the bidder and which pieces of equipment it shall be used on.

(e)Identification and verification of any additional offsets, if any, that the bidder will utilize during the contract.

**1.46 GOVERNMENT RESIDENT MANAGEMENT SYSTEM**

a. The Government will utilize an in-house Contract Administration program entitled "Resident Management System" (RMS). The Contractor shall utilize a Government furnished CQC Programming Module. The following hardware and software are needed by the contractor to run RMS: A personal computer with Pentium II Processor (or higher) and 32 megabytes (MB) or more of random access memory (RAM), 4.0 gigabytes (GB) hard drive disk space for sole use of CQC Module, and a 3-1/2 inch high density floppy drive, Compact Disk (CD) Reader. Also needed is a HP Laser Jet III Series or better printer, a color monitor, Windows 95 or later, MS Office (Microsoft Word 97 or newer, Access 97 or newer) and computer files = 120. Connection to the Internet, minimum 28 KBPS. Electronic E-mail compatible with MS Outlook. The contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

b. The Module includes a Daily CQC Reporting System form, which must also be used. This form may be in addition to other contractor desired reporting forms. However, all other such reporting forms shall be consolidated into this one Government specified Daily CQC Report Form. The contractor will also be required to complete CQC Module elements which include, but are not limited to, all Contractor Quality Control plan information such as; Prime Contractor staffing, subcontractor information showing trade, name, address, and point of contact, definable features of work, pay activities and activity information, required Quality Control tests tied to individual pay activities, planned User schooling tied to specific specification paragraphs and pay activities, Installed Property listings, Transfer Property listings, and submittal information relating to specification section, description, pay activity, and expected procurement period. The sum of all pay activities shall equal the contract amount, and all Bid Items, Options and Additives shall be separately identified, in accordance with the Bidding Schedule. Bid Items may include multiple activities, but activities may only be assigned to one such Bid Item. This module shall be completed to the satisfaction of the Contracting Officer prior to any contract payment (except for Bonds, and Insurance, as approved by the Contracting Officer) and shall be updated as required.

c. During the course of the contract, the contractor will receive various Quality Assurance comments from the Government that will reflect corrections needed to contractor activities or reflect outstanding or future items needing attention of the contractor. The contractor will acknowledge receipt of these comments by specific number reference on his daily CQC report, and will also reflect on his daily CQC report when these items are specifically completed or corrected to permit Government verification.

-----End of section-----

## ACCOUNTING AND APPROPRIATION DATA

| | | | |
|---|---|---|---|
| AA: | 96X31220000 082421 | 32304G5638076329 | NA 96303 |
| COST CODE: | 000000000000 | | |
| AMOUNT: | $7,800,001.00 | | |