- Laptop computer scow monitoring software must also include an electronic checklist (described in Section 4.1) for completion by the NYD Inspector.

- Laptop computer scow monitoring software must also include map displays with selectable scales that allow NYD Inspectors to view the New York Harbor area and New York Bight, HARS and reef placement sites, and designated placement grids and coordinates. The scow monitoring software must graphically display placement grids developed for the project and allow viewing of the position of the towing vessel and scow throughout the placement trip.

- Laptop computer scow monitoring software must also include links to websites that allow NOAA offshore buoy data to be viewed in real-time, along with the latest marine weather forecasts.

- Laptop computer scow monitoring software must allow real-time plotting of scow bin-level measurements, draft and speed, to be used to monitor potential scow leakage

- Laptop computer scow monitoring software must allow downloading of digital camera photos for inclusion with placement trip data.

- Laptop computer scow monitoring software must allow collection of towing vessel fathometer data for inclusion with other placement trip data.

- Laptop computer scow monitoring software must allow transmission, at the end of each placement trip, of electronic TPLFs, checklists, scow position, speed, bin-level measurement data, draft data, fathometer data, and digital photos, to a website described below.

-A website must will be maintained by the scow monitoring contractor and include the following capabilities:

- Automatically assign trip numbers to scow monitoring software installed on laptop computers via wireless communication technology.

- Scow monitoring data, TPLFs, checklists, digital photos, and all other data collected by the scow monitoring equipment and software must be posted within two hours of NYD Inspector submission of the data from the laptop computer.

- A dredging production database that reports the following per trip: trip number, date of trip, dredge used, tug used, scow used, trip destination, estimated scow volume, and the time taken for the following - scow loading, scow de-watering, scow transit, scow unloading, dredged material disposal from the scow, return trip from the placement site and scow idleness, as applicable. The dredging production database will also include a map of the dredging site that is updated after the completion of each trip with the location of where dredged material from each scow-loading event occurred.

- A placement grid cell management tool that reports the following per grid cell: total scow placements, total estimated volume of dredged material in the cell resulting from scow placements, the trip numbers for the scow placement events that occurred within the cell. The placement grid cell management tool must also have the capability for the NY District to enable, disable, and set the number of maximum scow placement events within placement grid cells.

- Submission of automatic emails, notifying NY District and contractor personnel when TPL checklist items are marked "No" for trips. These automatic emails will also be recorded on the website in a TPL checklist database that lists the electronic checklist cumulative "No" results for the duration of the project. This database must be designed so that data queries can be done by dredged material placement locations, tug used, scow used, NYD inspectors and date range.

- Submission of automatic emails, notifying NY District and contractor personnel of potential misplaced dredge material events and/or potentially leaking scows, based on computer analysis of placement trip data. These automatic emails will also be recorded on the website in an emails alarms database, which includes the following: trip number, scow used, alarm type, date sent and project name. This database must be designed so that data queries can be done by alarm type and date range.

- Allow positions of all dredge plants and all tugs used in the project, as monitored by the satellite tracking system, to be viewed in real-time, or as soon as satellite data transmission permits. The satellite tracking system must also have the capability to send messages to tugs for the purpose of communicating with inspectors when they are out of cell phone range.

- Bathymetric plots based on tug fathometer data.

- Computer modeling of rock placement at artificial reefs using the NY District ROCDMP model.

- Plotting of summary maps of placements made to date

- Capability of plotting individual or multiple placement trips at variable scales.

- Provide a maintenance log of remote-access and on-site service visits related to hardware/software installation and/or repairs.

**Additionally,** in support of the scow monitoring equipment and software, the contractor must ensure the following:

- Towing vessel fathometers must have digital data output that is compatible with scow monitoring laptop computers and software

- Towing vessels must have fax machines capable of sending fax messages while at sea, and must be able to transmit when vessels are in the vicinity of the Ambrose Channel. The scow monitoring contractor must be provided full access to all tugs and scows used on the project, as required to service scow monitoring equipment and/or software.

- The scow monitoring software/equipment shall be programmed by scow monitoring contractor personnel for use aboard any towing, or other, vessels used to transport dredged material.

- The contractor shall ensure that the scow monitoring equipment is operational 24 hours each day, at all times dredged material is being loaded at dredging sites, transported from dredging sites, and while returning to dredging sites after ocean placement, and when returning from upland facilities.

- The contractor is required to provide the scow monitoring contractor with a scow loading table for each scow used to transport dredged material to upland facilities and ocean placement locations, that includes the range of possible scow drafts associated with the range of possible mass of material contained in each scow.

- Although the NYD Inspector will observe the operation of the scow monitoring equipment and software associated with ocean placement trips, operation and maintenance of all scow monitoring equipment and software will be the responsibility of the dredging contractor, through a contract with the scow monitoring contractor. It is the contractor's responsibility to ensure that the scow monitoring equipment is in a continuous, operable condition at

all times. Scow monitoring equipment and software must be approved by NY District prior to use. Monitoring data provided by the scow monitoring system must be compatible with data collected during previous NY District dredging projects and in particular, be compatible with monitoring data maintained on the NY District DAN-NY system. If NY District has not previously observed the operation of scow monitoring equipment and software proposed for use by the contractor, satisfactory demonstration of the equipment and software must be performed prior to approval by NY District. Such approval must be made no sooner than 14 days prior to the start of dredging.

**Scows used to transport dredged material to upland facilities are required to have one acoustic bin-level sensor installed in addition to the scow draft sensor. The bin level sensor must be integrated with the Primary Scow Monitoring System to include bin level data with the data provided by the DGPS receiver and scow draft sensor. NYD certified Inspectors are not required to be present on tugs used when transporting scows loaded with dredged material for upland treatment/placement, however, NY District may require an independent observer to accompany each upland placement trip and to verify data associated with each upland placement trip.**

Any problems with operation/function of the scow monitoring software and/or equipment should be directed to the scow monitoring contractor immediately, and to the NY District at (212) 264-1585 or x1853.
To ensure proper communication of the scow monitoring components on the tug and scow, the same tug used to transport a scow loaded with dredged material toward a designated ocean placement location must continue to be used until placement has occurred. Switching of tugs once a placement trip has begun must not occur unless a mechanical problem or other unforeseen problem prevents the use of the tug for ocean placement. If such switching is required the scow monitoring contractor must be notified to ensure proper operations of the scow monitoring equipment and software.

**2. NYD Inspectors.**
The Contractor at his/her own expense shall have the USACE New York District (NYD) certified Inspector(s) of Open Water Disposal of Dredged Material (NYD Inspector) oversee the placement activities of all dredged materials at the HARS and/or any other ocean placement location, if used. A list of NYD Inspectors may be obtained from the NYD Operations Division, Dredged Material Management Section. Only Inspectors on the list may be used during the project. NYD Inspectors must complete USACE Transportation and Placement Log Forms (TPLFs)
and checklists for all placement activities performed. Inspectors will be required to be awake and on duty and in the towing vessel wheelhouse, to observe scow monitoring equipment function, watch for endangered species, and perform other Inspector duties, from the time the towing vessel departs from the dredging site until the scow has completely emptied and all reporting requirements have been completed. NYD Inspectors will be responsible for ensuring that the requirements contained in these specifications, and any other guidance and requirements provided to the contractor related to dredged material
placement, are met. NYD Inspectors will help ensure that placement guidelines, particularly as presented during the pre-construction meeting, and described below, are being followed.

a. A list of NYD Inspectors can be obtained from the USACE Ocean Placement Manager, Dr. Stephen Knowles, at (917) 790-8538. Fourteen (14) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all NYD Inspectors who will be working on the project. The Contractor must furnish NYD Inspector names, companies NYD Inspectors are affiliated with if not independent NYD

Inspectors, and the expected duration of employment of NYD Inspectors who will begin service at the start of the project. NYD Inspectors who will be on duty at the beginning of the dredging project must be present at the pre-construction meeting to review placement guidelines and requirements associated with this project. Any NYD Inspectors who begin duty after the first day of dredging must meet with NY District personnel to review placement guidelines and requirements associated with this project prior to working as a NYD Inspector on the project. Notice of replacement NYD Inspectors must be submitted to NY District at least two weeks prior to beginning work, unless illness of a NYD Inspector or other unforeseen event prevents such notification. The Contractor must furnish NYD Inspector names, companies NYD Inspectors are affiliated with if not independent NYD Inspectors, and the expected duration of employment of replacement NYD Inspectors who will work on the project.

b. NYD Inspectors are not allowed to be on duty for more than twelve (12) hours per day. NYD Inspectors must be provided a minimum of eight (8) hours of continuous off-duty time each day to allow appropriate rest to ensure safety and competence. NYD Inspectors must be provided with a designated bunk space or other suitable sleeping location while working aboard a towing vessel and a suitable location for completing paperwork associated with NYD Inspector duties. The contractor is not permitted to direct the NYD Inspector in completion of NYD Inspector duties/requirements unless specifically requested by NY District. Although NYD Inspectors are financially employed by the Contractor, either directly or through sub-contracting, NYD Inspector duties and requirements are established by NY District. NY District will be responsible for determining whether NYD Inspectors are satisfactorally performing their duties and requirements. NYD Inspector's who do not fulfill their contractual requirement will be removed from the project by the Contract Officer or Contract Officer Representative (COR)

c. The following items, provisions, accommodations, and supplies must be provided for the use of each NYD Inspector working on the dredging contract:

-Legible copy of the permit or contract specifications, as related to scow loading, transport, and dredged material placement;
-A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement;
-an 8" - 12" wide protractor with degrees printed or embossed on the curved surface;
-dividers for scaling distances off of maps and charts;
-scow loading tables for each scow used to transport dredged material;
-a fully operational, handheld laser range finder with a range of at least 1000 feet, and manufactured no earlier than 2001, must be available for use by the NYD Inspector at any time. Spare batteries for the laser range finder must be available at all times;
-access to the towing vessel DGPS, fathometer, and radar;
-fully operable personal cellphones in possession of each NYD Inspector at all times with active phone numbers unique to each phone available for placing and receiving calls at all times. Cell phone numbers must be provided to NY District at the pre-construction meeting;
-a fully operational fax machine must be onboard the towing vessel for use by the NYD Inspector within 2 hours of each placement event at the HARS, or within 4 hours of placement at an artificial reef.
--Any discrepancies or other concerns noted by the NYD Inspector regarding placement activities must be reported immediately, via cellular phone from the tug, to the NY District Operations Division (Alex Gregory, 917-790-8427) and a Dredging Contractor representative not onboard the towing vessel, and, if the issue is related to the scow monitoring equipment, the scow monitoring contractor. These contacts are referred to as the "Notification List".
Additional items related to the duties of the NYD Inspector may be required at any time during the period of the dredging contract.

**3.0** NYD Inspectors are not authorized to operate towing vessel equipment, and in particular, remotely operated scow control equipment. NYD Inspectors are required to use hand-held laser range finders (required to be aboard all towing vessels used for dredged material placement) to determine the tow lengths used at the time of dredged material placement. NYD Inspectors are required to communicate with the towing vessel crew to obtain information necessary to document the position of the scow at the time placement occurs. In the event of scow monitoring equipment/software malfunction, the NYD Inspector must complete a map of the placement area showing the position of the scow at the time scow doors were first opened, including the distance from the towing vessel to the scow (as determined using the hand-held laser range finder), the towing vessel DGPS position at the time of initial scow door opening, the vessel direction of travel, and the bearing to the scow from the towing vessel. Manually prepared maps, if necessary, associated with an ocean placement trip, should also be faxed to NY District with the TPLF and other required documents. If TPLFs (electronically or manually produced) and any other required placement documents are not received within **2 hours** of each placement event, scows may be directed to standby at the dredging site until all items have been received at NY District. TPLFs and other paperwork associated with placement trips to artificial reefs must be received within 4 hours of placement.

**3.1 Digital Photography of Loaded Scows**
Each scow loaded with dredged material must be clearly photographed with a working digital camera by the NYD Inspector after loading, prior to transport away from the dredging site. Flash photography must be used if darkness or other conditions require supplemental illumination. The contractor will be responsible for ensuring that sufficient lighting is provided, as required, such that the digital photographs taken by NYD Inspectors clearly show the type of dredged material within the loaded scows, regardless of weather conditions or time of day. At least one photograph is required, however, additional photographs may be required to document the characteristics of the dredged material, and the condition of the scow. The minimum resolution required for each photograph is 1200 x 1600 pixels. Digital cameras used for the photography must be capable of both wide and narrow angle photographs. Photographs must be digitally imprinted with the date and time of each photograph, the trip number, and the scow identification. Each clearly visible digital photograph, taken by NYD Inspectors, of every loaded scow prior to it leaving the dredging site, must be submitted to with the other scow monitoring data (TPL form, checklist, etc.) for posting on the scow monitoring website.

**3.2 Specific Placement Grid Details And Additional Placement Guidelines**
More detailed placement guidelines and specific placement grid information will be provided prior to commencement of dredging, particularly at a pre-construction meeting of the dredging contractor and Corps. Additional placement guidelines and modifications may be provided to the dredging contractor at any time during the dredging contract.

**3.3 Dredged material placement meeting**
A meeting will be held at the NY District Operations Division conference room no earlier than 15 days before dredging begins, and no later than 7 days before dredging begins, to discuss the placement guidelines and other aspects of dredged material placement and monitoring. Representatives from the dredging contractor must include the project manager, dredging equipment operator, towing vessel captains, NY District certified Inspectors, a representative of the scow monitoring contractor, members of the NY District Operations Division associated with dredged material placement and monitoring activities, and others invited by the contractor or NY District. The day and time of the meeting will be at the discretion of the NY District Operations Division and must be coordinated by the dredging contractor at least one week before the day of the meeting.

**4.0 General Requirements: ALL PLACEMENT ACTIVITIES MUST BE RECORDED, AND REQUIREMENTS ADHERED TO, AS SPECIFIED BELOW.**

a. Twenty four (24) hours prior to departure of the first project vessel from port for the open water placement of any dredged material, the Contractor must notify the New York District USACE by telephone. Calls regarding departures must be made to the Dredged Material Management Section at (917) 790-8538 or x8427. The Contractor must furnish the Contractor name, project name, Inspector name and estimated time of departure.

b. The Contracting Officer, or his Representative, reserves the right to have Corps of Engineers and/or Environmental Protection Agency employees and other invited representatives accompany all trips to the placement site to observe placement activities and/or certify compliance with any contract specifications or environmental regulations.

c. The Contracting Officer, or his authorized Representative, must give notice of sailing by telephone, or via direct radio transmission between the Contractor's tug and the US Coast Guard two hours prior to departure of a vessel from port. Telephone calls must be made to (718) 354-4088.

d. NYD Inspectors must submit reports of all placement activities authorized by this contract on the basis of one report for each scow of dredged material within 2 hours after each placement event.

In addition to the TPLF, a checklist must be completed for each ocean placement trip. Any items receiving a "NO" answer are considered discrepancies and must be reported immediately to the Notification List. Discrepancies that must be noted by the NYD Inspector on the TPL form and checklist and must be reported immediately to the Notification List include, but are not limited to, the following items

-A scow has a mechanical problem, a leak, or visible damage that may cause leaking.
-A scow contains more than the maximum volume allowed for placement during a single trip.
-A scow has a noticeable list
-A trail of leaking dredged material is visible behind the scow
-A scow monitoring system (Primary or Secondary) is not functioning properly
-Fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct NYD Inspector duties are not present or are not fully functional.
-Scow draft pressure varies more than 20 points, or 1.5 feet of draft, from the value at the dredge site.
-A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is observed.
-Any water depths observed anywhere within an artificial reef boundary within 15 feet of the permitted water depth at the reef, or within 15 feet of a depth specified by NY District.
-Placement occurred in the incorrect grid cell
-Any placement outside of the designated placement grid, including locations within the HARS, the HARS Buffer Zone, shipwreck Buffer Zones, the HARS No-Discharge Zone, and all areas outside of the HARS.
-Any placement outside of the designated artificial reef boundary

NYD Inspectors should check each item as appropriate, at the dredging site, while underway to the placement location, during placement, and following placement. Copies of the checklist must be completed by NYD Inspectors during each placement trip, signed and dated by the NYD Inspector, and submitted to the NY District on a weekly basis. Any discrepancies must be recorded on the TPLF or a separate report. Separate reports must include the name of the NYD

Inspector, the date and time of the incident, and a detailed description of any discrepancy. These supplemental reports must be submitted at the same time TPLFs are submitted.

e. Contractor must receive grid coordinates for the placement location at the HARS before dredging starts; usually at the pre-construction meeting. Individual grid cells may be as small as 100 feet wide and 200 feet long. Placement must be made while towing scows in the direction of the longest grid cell dimension, unless otherwise directed by the NY District. All placement events must be recorded and signed by the master of the tow. Copies must be submitted to the U.S. Coast Guard no later than the fourth day after each week of activity. The Coast Guard address is:

Captain of the Port of New York
212 Coast Guard Drive
Staten Island, New York 10305

f. Every vessel engaged in the transportation of dredged material must have its name or number, and owner's name, painted in letters and numbers at least fourteen (14) inches high, on both port and starboard sides of the vessel. These names and numbers must be kept distinctly legible at all times, and vessels not so marked, cannot be used to transport or dump dredged material

**4.1 Placement of Dredged Material Suitable for Ocean Disposal, General:**

a. A National Marine Fisheries Services-approved Observer, at the Contractor's expense, must be aboard the tug transporting a loaded scow to the ocean placement sites. The observer will have the responsibility for determining the presence of endangered species (sea turtles and whales) during transit to, and upon arrival at the location for all placement activities. Upon arrival at the placement site, placement of dredged material may occur only if no specimens of endangered species are observed to be present within a 0.25 nautical mile of the placement site. If endangered species are observed to be present within 0.25 nautical mile of the designated placement location, then the placement of dredged material must not occur. Placement of the dredged material may occur only when the observed animals have moved outside the 0.25 nautical mile zone around the designated placement location, or have completely departed the site. In all such cases where whales or sea turtles have been encountered, the observer must submit a written report incorporating the following information: animal type (Whale or sea turtle); the specific species (if known); the date, time and location of the sighting (latitude, longitude); approximate distance away from the vessel and scow/barge; number of individuals observed; behavior (feeding, nursing, migrating, etc.,). If a NYD Inspector is to be used for this function, he/she should possess or acquire, prior to the initiation of the project, valid certification from the National Marine Fisheries Service or other accredited agency of training on techniques for identifying species, and preparing applicable reports for instances where endangered species are encountered. Twenty-one (21) days prior to departure of the first project vessel from port for open water placement of any dredged material, the Contractor must submit a letter to the New York District with the names and certification information of all NMFS Observers who will be working on the project. The Contractor must furnish Observer names, companies Observers are

affiliated with if not independent Observers, and the expected duration of employment of Observers who will begin service at the start of the project. NYD Inspectors who are also NMFS Observers may fulfill the duties of both positions.

b. The towing vessel captain and the NYD Inspector must jointly determine and agree, prior to the departure of the towing vessel from the dredging site,

that the forecasted weather and sea conditions at the expected time of placement of dredged material within the HARS or artificial reef site will:

1) allow for the safeguard of personnel and property during the towing operation and full release of material from the scow at the designated location and
2) not result in a loss of dredged material from the scow due to waves breaking in the scow.

If weather/sea conditions will not permit placement of dredged material at the designated grid cell, the scow must not be towed from the dredging site until conditions improve and allow safe and accurate dredged material placement.

c. The distance between the towing vessel and the placement scow when placing the dredged material must be noted by the NYD Inspectors on the TPL form used to document each trip. A hand-held laser range finder, manufactured no earlier than 1998 and rated to measure accurate distance to at least 1000 yards, must be aboard each towing vessel for use in determining the distance between the towing vessel and placement scow.

d. DGPS navigation and fathometer equipment must be present and fully operational on board the towing vessel and must be calibrated periodically in accordance with the manufacturer's guidelines. The instrumentation must also conform to current industry standards. Re-calibration of the instrumentation will be required in instances where major modifications to the towing vessel have been made. Specific documentation certifying the accuracy of instruments may be requested by the USACE. Fixed aids to navigation, with known latitude-longitude coordinates, should be used periodically to double-check the accuracy of navigation equipment. Likewise, locations with a known depth and stable bottom should be used to periodically double-check accuracy of fathometers.

f. Scows may not be transported from the dredging site for offshore placement of dredged material unless the tugs DGPS navigation system, scow monitoring equipment and software, tug fathometer, hand-held laser rangefinder, scow radio-control system (if used), digital camera, and backup radio on scow(if scowman is used) are all in full working order and provide correct information. However, if scow monitoring contractor personnel are servicing/repairing the primary scow monitoring equipment, the backup scow monitoring equipment may be used, and an affected scow may be transported for ocean placement. The backup scow monitoring equipment must only be used on two consecutive placement trips of a scow. The backup scow monitoring equipment and software is an emergency backup to the primary scow monitoring equipment and must not be routinely used.

**4.2 Protocol for Placement of Dredged Material at Open Water Sites:**
To help ensure proper placement of dredged material at the Historic Area Remediation Site (HARS), the following placement protocol must be followed:

When NYD Inspectors place the notification telephone calls, they must state their name, the dredging project they are serving as a NYD Inspector on, the name of the towing vessel, the date, the time, and a brief description of the checklist item and the reason for the "NO" answer(s) for any checklist items.

a. Prior to leaving the dredging site, scows must be inspected to ensure correct operation of mechanical features. Scows must also be inspected for the presence of any conditions that may cause navigation problems. The scow radio-control system (if used on the project) and the Primary and Backup systems

must be inspected for correct operation. A hand-held laser range finder, with a range of at least 1000 feet, manufactured no earlier than 2001, must be carried aboard each towing vessel. Hand-held laser range finders must be tested prior to departure from the dredge site. If any problems with the scow, radio-control system, Primary and Backup scow monitoring systems, video camera, or laser range finder, are encountered, corrections must be made before offshore transport of the scow may proceed, except when scow monitoring contractor personnel are onboard or attempting to fix a scow monitoring problem, in which case placement would proceed using the Backup scow monitoring equipment. However, the backup scow monitoring equipment/software must not be used on more than two consecutive placement trips.

b. Scows must be inspected for the presence of any conditions that may cause potential leakage. Prior to loading an empty scow at the dredging site, the empty scow must be inspected for presence of large dents or visible holes. Any holes must be repaired prior to placing any dredged material in the scow. Dents must be closely examined to ensure that a hole is not present, or that the hull strength is not compromised. The juncture of the two split hulls, when the scow is closed, must form a straight line and the rubber gasket must form a tight seal. Damage to the rubber seal or juncture must be repaired prior to loading the scow. Scow draft/pressure values at the dredging site at the time the scow is towed away for open-water placement must be recorded on the TPL form by the NYD Inspector. Scow draft/pressure values must also be recorded 30 minutes after departing the dredge site. Scow draft/pressure values at the designated placement location, just prior to scow door opening, must also be recorded on the TPL form by the NYD Inspector.

c. Scows must be observed for potential leaking of dredged material, as indicated by visible turbidity plumes (muddier water) behind the scow, or significant change in the scow draft (more than 1.5 feet). The scow draft pressure values, or actual draft values displayed by the scow monitoring software, at the start of the trip and just before scow opening, must be recorded on the TPLF for every trip, regardless of the values or variability. Scows exhibiting draft changes of more than one foot may be leaking. A gradual increase or decrease in scow draft of more than one foot may indicate leakage, and must be noted on the TPLF, and also must be reported to the Notification List immediately. If the scow has not reached the Verazanno Narrows bridge, the scow must be towed back to the dredging site to determine the cause of the change in draft. If the scow is seaward of the Verazanno Narrows bridge, the scow may be transported to the designated placement location. In this case, the scow draft should continue to be highly scrutinized for the possible need for emergency procedures. If a situation arises that requires emergency dumping of dredged material, all reasonable efforts to dump outside of navigation channels must be made. Steady, gradual changes in scow draft may also indicate that dredged material is leaking from the scow, or water is leaking into the scow's hull. If gradual draft changes appear to occur regularly, the scow must be examined to determine if a leak is present.

d. After ensuring that all inspections have been performed at the dredging site, and compliance with all provisions and guidelines associated with scow loading and use has been met, scows must be brought to the designated grid cell, or coordinates, of the HARS, or other designated placement location, using the DGPS navigation systems of the tugboat and the scow monitoring software onboard the tugboat. Placement in the appropriate location, and scow draft immediately prior to scow door opening, must be documented by the NYD Inspector using the scow monitoring software while the scow position and draft information are monitored automatically by the scow monitoring system. Scows should be towed no faster than 2 knots, unless weather/sea conditions require higher speed to maintain safe and reliable navigation. Lengths of towlines should be no longer than 200 feet, unless weather/sea conditions require longer tow lengths to maintain safe and reliable navigation. Regardless of the conditions at the time of placement, tow lines must not be longer than 500 feet at the time of placement. NYD Inspectors must measure the distance from

the towing vessel to the scow at the time of placement using the hand-held laser range finder and record the value on the TPL form. During each trip to the HARS and/or reef, the dredged material contained in a scow must be able to be placed within individual grid cells as small as 100 feet wide and 200 feet long. Dredged material must never be placed outside of designated grid areas of the HARS or artificial reefs.

e. If the Primary scow monitoring equipment/software does not show reliable DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, the Backup scow monitoring equipment/software must be used to locate the placement site and estimate the scow position during placement. Length of towlines must be measured using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. Vessel navigation must be maintained in the direction of the maximum grid dimension for all placements, to the greatest extent possible. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor with the 90 mark pointing directly behind the towing vessel in line with the vessel track line(wake). A pencil must then be used to point at the scow, to the left or right of the 90 mark, to determine the angular displacement off of the towing vessel track line, recorded as degrees to the left or right when sighting the scow, rounded to the nearest 5. Scows directly behind the tug would be reported at 0 angular displacement. (a scow displaced 10 to the left of the 90 mark on the protractor would be reported as 10 left, etc.) This angle must be recorded on the TPL form, along with the following information if this option is used:

1) Coordinates of the tug at the start and end of placement
2) Length of tow line (distance from tug stern to scow bow)
3) Angular displacement of scow from trackline of tug
4) Estimate of lateral displacement of scow from the towing vessel trackline
5) Estimated longitude and latitude of scow at time of door opening and closing

The lateral displacement may be estimated by the following formula (for angular displacements up to 20):
displacement = towlength x sine of angular displacement
The following values of sine may be used:
5 degrees of angular displacement - sine = 0.087
10 degrees of angular displacement - sine = 0.174
15 degrees of angular displacement - sine = 0.259
20 degrees of angular displacement - sine = 0.342

For example, when using a 200 foot towlength, a scow is observed to track 15 degrees to the right of the tug trackline. The estimated displacement of the scow is
200 feet x 0.259 = 52 feet
This means that when plotting the scow position on a map of the placement area, the scow would be plotted ~50 feet to the right and ~200 feet behind the position of the tug. The errors in estimating increase with longer towlengths. Because of this, it is critical to maintain as short a towlength as possible if the Backup scow monitoring equipment/software or tug's DGPS navigation system is used for placement. Perimeter grid cells are not permitted for use if Primary scow monitoring equipment/software is not functioning. The closest adjacent grid cell toward the center of the grid must be used.

f. If neither the Primary nor Backup scow monitoring equipment/software show reliable DGPS coordinates in the vicinity of the designated placement grid or other designated placement location, or is not functional, or weather/sea conditions prevent reliable maneuvering of the scow, the tugboat DGPS must be used to position the scow at the center of the grid, or other backup location in the grid as specified by NY District. Length of towlines must be measured

using the hand-held laser range finder. The bearing to the scow from the towing vessel must also be noted at the time of placement. Tow lengths must be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. The angular displacement of the scow from the towing vessel course (track line) must be estimated by sighting the scow behind the towing vessel while holding a protractor. This angle must be recorded on the TPL form, along with the following information if this option

is used:

1) coordinates of the tug at the start and end of placement
2) length of tow line (distance from tug stern to scow bow)
3) angular displacement of scow from trackline of tug
4) estimate of lateral displacement of scow from the towing vessel trackline
5) estimated longitude and latitude of scow at time of door opening and closing

g. If weather and/or sea conditions prevent reliable measurement of towing distance using the hand-held laser range finder, the towing vessel's radar must be used to determine the distance and bearing to the scow.

h. If neither the Primary nor Backup scow monitoring systems, nor the tugboat DGPS systems, provide navigation coordinates, the scow must be brought to a suitable location for correction of navigation problems. Placement of dredged material is not allowed if a reliable DGPS system is not providing coordinates at the time of scow door opening.

i. The grid center, or other backup placement location, will only be used if steps (d) and (e) are attempted without success, or when inclement weather/sea conditions prevent reliable maneuvering of the scow. The grid center should not be used if inclement weather conditions persist. Placement at the grid center is an emergency procedure. Regardless of the size of the grid, the scow must be towed with a length of towline such that, at the time of placement, both the scow and towing vessel are both within the grid boundary. If the Primary scow monitoring system fails after leaving the dredging site, the scow must not be used again until a fully operational Primary scow monitoring system is installed. However, if scow monitoring contractor personnel are onboard or on their way to the transporting vessel to service/repair the Primary scow monitoring system, the scow may be used to transport dredged material while using the Backup system. The Backup system may be used for up to two consecutive placement trips while awaiting contractor personnel to service the equipment. No more than two consecutive trips to ocean placement sites may be made without the Primary scow monitoring equipment/software fully functioning.

j. If radio communication with the scow is lost, preventing operation of radio-controlled scows, placement must not occurs until the system is repaired. Voice contact, through radio or direct communication, must be maintained with a scow man, or other personnel, who is riding aboard a scow, for the duration of the placement trip. Scow opening must only occur when a direct, voice command has been given to personnel aboard the scow, or when radio communication with radio-controlled scows is maintained. If the scow's engine can not be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated placement position if the scow's engine is started. Past use of radio-controlled scows revealed that manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to be completed, causing the scow to dump at the location of engine startup. Any problems with a radio control system must be fixed prior to subsequent use of the scow. The NYD Inspector must note on the TPL form any time the radio-controlled scow system malfunctions and manual discharge is required, and immediately notify the Notification List.

k. A primary and backup radio must be onboard all manned scows, along with backup power supplies. Hand signals must never be used to direct the scowman regarding scow opening/closing. All personnel aboard scows, or who may board scows while transporting dredged material, must be informed that discharge of dredged material will only be allowed while voice communication is maintained.

l. To help ensure that dredged material is transported and placed at the HARS in accordance with the guidelines described above, the following checklist has been prepared. Items in the checklist must be reviewed by the NYD Inspector at the dredging site, while underway, and at the HARS. Any item on the checklist that receives a "NO" answer must be reported immediately to the Notification List. If the "NO" answer is related to the scow monitoring equipment and/or software, the scow monitoring contractor must also be notified immediately. These discrepancies must be noted on the TPLF associated with the trip using the letter-number code associated with each item. Each placement trip to the HARS must use a checklist, to be completed by the NYD Inspector working aboard the towing vessel, using the scow monitoring software or by hand. A supplemental report must be filed and faxed to NY District at (212) 264-1463 if space on the TPLF is not sufficient to explain the discrepancy. The first time a "NO" answer occurs, the notification list must be notified. However, if the same item continues to receive "NO" answers, telephone calls should not be made until the problem is

corrected, or if more than three additional trips occur without the deficiency being corrected. Checklist copies must be signed and dated by the NYD Inspector and placed in a file. All original, signed checklists associated with this project must be submitted to the NY District on a weekly basis for the duration of the project. Checklists must be hand delivered or mailed to:

U.S. Army Corps of Engineers, NY District
Dredged Material Management Section
Room 1937, CENANOP-SD
26 Federal Plaza
New York, NY 10278-0090
Attn: Dr. Stephen C. Knowles

m. Original copies of TPL forms for each trip to the HARS, signed and dated by the NYD Inspector on duty during each trip, must be submitted to the Dredged Material Management Section at the above address at the completion of the project, or after a NYD Inspector has discontinued working as a NYD Inspector on the project, either temporarily or permanently.

n. If the NYD Inspector answers "NO" to any item in Part A, dredged material must not be transported from the dredging site until any discrepancies have been corrected. Only after all requirements have been met, equipment/supplies are operable and available, required information has been supplied, etc., as indicated by the NYD Inspector being able to answer "YES" to all items, is dredged material allowed to be transported from the dredging site.

o. Two exceptions to this exist: 1) If a backup scow is used, it should be noted on the TPL form, but normal placement can continue. 2) When the the Primary scow monitoring systems are malfunctioning, dredged material may be transported from the dredging site if scow monitoring contractor personnel are onboard to fix/service the equipment, or if the Backup scow monitoring system is functioning. If any of the items in Part A answered "NO" by the NYD Inspector, the Notification List must be contacted immediately, even if contractor personnel are onboard the towing vessel. Telephone numbers of personnel on the Notification List must be supplied to all NYD Inspectors working on the dredging project. Reports of discrepancies or unusual events must also be faxed by the NYD Inspector as soon as possible to (212) 264-1463 and other numbers if required by NY District. Discrepancies must be noted on

the TPLF using the code letter/number associated with each item in the lists. A supplemental report must also be faxed if the incident can not be adequately documented on the TPLF.

p. Parts B and C of the checklist pertain to activities/requirements of NYD Inspectors while underway to the designated placement location and at the placement location, respectively. All of these items must be verified by the NYD Inspector aboard the transportation vessel. If any of these items are answered "NO" by the NYD Inspector, the Notification List must be contacted immediately, and any supplemental reporting completed.

**PART A. DREDGING SITE (Checklists)**

A1___ A legible copy of the permit conditions and guidelines, as related to scow loading, transport, and dredged material placement, is in possession of the NYD Inspector.

A2___ A legible copy of the Placement Guidelines and placement grid map received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material placement, is in possession of the NYD Inspector.

A3___ The scow being used to transport the dredged material is mechanically sound, does not leak, and has no visible damage that may cause leaking.

A4___ A regularly used scow was used.

A5___ A scow loading table for the scow being towed is aboard the towing vessel and available for the NYD Inspector to use.*

A6___ An estimated dredge material density has been provided by the dredging contractor. Estimated density is: ________

A7___ The material being dredged has been observed by the NYD Inspector for general characteristics (grain size, color, consistency). Majority of material is dry/thick/watery, color:______, mud/sand/gravel/rock.

A8___ For scows loaded with any rock (rock is defined as any stones greater than 2.5 inches in diameter), the estimated rock percent has been recorded on the TPL form.

A9___ An estimate of the volume of material in the scow has been calculated by the NYD Inspector using the scow loading table and recorded on the TPL form.

A10__ Scow contains less volume of dredged material than the maximum volume allowed for placement during a single trip.

If a scow contains a volume of dredged material greater than the maximum volume allowed for placement during a single trip, the volume must be decreased below the maximum volume before the dredged material can be transported away from the dredge site.

A11__ The scow monitoring systems (Primary and Backup) are fully operational and are functioning.

Any scow monitoring system malfunctions must be reported immediately to the scow monitoring contractor. Tugs are not allowed to leave the dredging site while towing any scows with dredged material if the scow monitoring systems are not fully operational. However, if scow monitoring contractor personnel are onboard the transporting vessel to service the equipment, or in communication with the NYD Inspector via cellphone or radio, or on the way to repair/service the equipment, the vessel may depart from the dredging site while malfunctions are being repaired/corrected. In this case, the Backup scow monitoring system must be used and the scow may be transported from the site. If the Primary scow monitoring system is not functional, the Backup monitoring

system may only be used on two consecutive offshore placement trips using an affected scow. No more than two consecutive trips without the Primary monitoring system can ever be made.

A12__ The scow draft pressure value, as displayed by the scow monitoring software, has been recorded on the TPL form. (this value should be noted a few minutes after leaving the dredging site, while being towed, to allow the material in the scow to shift and settle)

A13__ A fathometer is fully operational, functioning, and installed on the transporting vessel.

A14__ A radio onboard the transporting vessel is operable and can receive NOAA marine weather forecasts and ocean conditions.

A15__ Current and forecasted marine weather and ocean conditions at the designated placement location have been monitored on the radio and will allow safe and accurate placement of dredged material. Winds at a reporting station closest to the placement location are presently blowing _______ from the ____, with _____ ft seas. Winds forecast for the placement location are ______ from the ___, with ____ seas.

A16__ DGPS navigation system is fully operational, functioning, and installed aboard the transporting vessel.

A17__ A radar system is fully operational, functioning, and installed aboard the transporting vessel.

A18__ Radio-control system for scow operation (if scowman is not used) is fully operational and functioning.

A19__ Radio and backup radio system, for communication between scows and towing vessels, are aboard scow (if scowman is used), and are fully operational and functioning.

A20__ Hand-held laser range finder, manufactured no earlier than 1998, with at least a 1000 foot range, is aboard towing vessel, fully operational and functioning, and available for NYD Inspector use, along with a set of backup batteries.

A21__ A fully operable cell phone that can send and receive calls is in the possession of the NYD Inspector onboard the towing vessel.

A22__ A protractor is available for use by the NYD Inspector aboard the towing vessel.

A23__ A pair of dividers, for map/chart distance scaling, is available for use by the NYD Inspector aboard the towing vessel.

A24__ An up-to-date nautical chart that includes the placement area is available for use by the NYD Inspector.

A25__ NYD Inspector is provided full access to fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct NYD Inspector duties.

A26__ A digital photograph has been taken of the loaded scow such that the level and characteristics of material within the scow can be determined from the photograph.

A27__ The digital photograph has been downloaded into the scow monitoring system for inclusion with the Transportation and Placement Log form

A28___ The satellite, vessel tracking system on the tug is present and operable.

A29___ The digital photograph of the scow has been downloaded into the scow monitoring software.

A30__ Full compliance with any other contract or regulatory requirements related to dredged material placement has been met.

A31__ Time of departure from dredging site has been recorded on the TPL form.

A32__ All other information relative to the dredging site has been entered into the TPL form.

A33__ The NY District Inspector activated the scow monitoring software at the dredging site

A34__ The NY District Inspector was present at the dredging site to complete all items in this section of the checklist

* Scow loading tables for each scow used on a dredging project must be provided to the NYD Inspectors working on the project. NYD Inspectors must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the NYD Inspectors to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location. This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

**PART B . ENROUTE TO THE PLACEMENT LOCATION (Checklists)**

B1___ scow pressure/draft from the scow monitoring system has been recorded on the TPL form thirty minutes after leaving the dredging site.

B2___ Scow draft is being monitored with scow monitoring software to detect sudden or gradual changes in draft.

B3___ If the NYD Inspector is also a NMFS certified marine mammal/endangered species observer, observation and appropriate reporting is conducted.

B4___ Scow draft pressure varies less than 20 points, or 1.5 feet of draft, from the value at the dredge site.

B5___ A gradual increase or decrease in scow draft pressure values, exceeding 12 points (or actual scow draft of more than 1 foot) is not observed.

B6___ Scow does not appear to be listing.

B7___ Water behind scow has been observed, if possible, to ensure that no turbid water plumes are present.

B8___ A fixed reference position, such as a channel marker, has been used to ensure that the towing vessel DGPS and scow DGPS positions agree.

B9___ Marine weather and sea conditions present and forecast to be present at the placement location are periodically monitored. The NYD Inspector and towing vessel captain may decide to return to the dredging site based on an updated marine forecast.

**PART C. IN THE VICINITY OF THE PLACEMENT LOCATION (HARS AND/OR REEF)**

For artificial reef placement:

C1___ Water depths were continuously monitored (a reading taken at least every 5 seconds) with the towing vessel fathometer while navigating anywhere within the reef boundary.(towing vessel crew must also monitor water depths)

C2___ All water depths observed anywhere within the reef boundary were at least 15 feet deeper than the permitted water depth at the reef.
If any depths less than or equal to 15 feet deeper than the permitted reef depth, or other depth specified by NY District, are observed anywhere at the reef site, using the towing vessel fathometer, the incident must be reported immediately to the Notification List, and the Artificial Reef manager, and all areas within 200 feet of the shallower water must not be used for placement of dredged material. Other vessels used for transportation of dredged rock must be notified of the observation, provided coordinates, and instructed not to place additional rock closer than 200 feet of the reported position. Anytime depths within 15 feet of the permitted reef depth, or other specified depth, are noted by observing a fathometer while traversing a reef site, the geographic coordinates and depths must be recorded and reported, even if the same locations were previously noted and reported.

C3___ If depths less than or equal to 15 feet deeper than the permitted reef depth, or other specified depth, are observed anywhere in the reef, the latitude, longitude and depth has been recorded.
LATITUDE ______________ LONGITUDE ______________ DEPTH______

For all ocean placement locations:
C4___ Scow radio control equipment operates without any problems.

C5___ Placement occurred in correct grid cell and was coordinated with towing vessel crew.

C6___ Scow draft information immediately prior to scow door opening has been recorded on the TPL form.

C7___ TPL form was completed using the scow monitoring software, or by hand if the software malfunctions, within 30 minutes of scow door opening.

C8___ Scow monitoring equipment, transportation vessel navigation equipment, and all other equipment related to placement of dredged material worked without any problems.

C9___ All activities associated with placement of dredged materials appeared to be conducted in a safe manner.

C10__ Nothing occurred that may have resulted in incorrect placement of dredged material.

C12__ TPL form and any supplemental reports faxed to (212) 264-1463 within 2 hours of scow door, or hopper bin, opening.

C13__ For reef placement, TPL form also faxed to the applicable State Artificial Reef coordinator within 8 hours of scow door opening.

C14__ A copy of the TPL form has been signed by the NYD Inspector and placed in a file/folder to become part of the permanent record of the trip. All signed TPL forms must be submitted to NY District when offshore transport of dredged material associated with the project ends, or when the NYD Inspector finishes working on the project.

* Scow loading tables for each scow used on a dredging project must be provided to the NYD Inspectors working on the project. NYD Inspectors must be provided an estimated dredged material density by the dredging contractor for each loaded scow. The dredged material density and scow draft must be used by the NYD Inspectors to estimate the volume of dredged material in each scow at the start of each trip to the designated dredged material placement location.

This estimated volume must be recorded on the USACE Transportation and Placement Log (TPL) form.

-- End of Section --

AMENDMENT #6

**Amendment No. 6**

**IFB No. W912DS-05-B-0010**

**Maintenance Dredging- Arthur Kill Reach of the NY & NJ Channels**

Bids to be opened on 29 June 2005 at 2:00 PM

This amendment is issued for the following reason:

Add the language on "patents".

## Patents

The following is to be inserted as paragraph 8 of Section 00800, **Paragraph 1. COMMENCE, PROSECUTION, AND COMPLETION OF WORK (1965 APRIL OCE)**

"**Patents** - All potential bidders need to be aware of the following patents, which may be related to performance of this contract.

Patent 6,293,731
Patent 5,007,590
Patent 5,028,010
Patent 5,353,998
Patent 5,542,614
Patent 5,794,862
Patent 5,931,605
Patent 6,017,169

The foregoing patents, and any others which may be applicable to activities performed under this contract, are neither required nor prohibited. However, if you use the methods or technology described in these or other patents, please factor license costs into your bid. The successful bidder needs obtain the proper license(s) if it wishes to use the methods, processes, or technology described in any applicable patents."

All other terms and conditions remain the same.

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. W912DS-06-B-0005-0001 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 28-Sep-2006 | PAGE OF PAGES 1 OF 28 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-06-C-0018 | SEE SCHEDULE | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278 | **See Item 7** |
| TEL: 212-264-0238 FAX: 212-264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)* |
|---|---|---|
| | KATINA L DICKERSON-HALE | 1917-790-8180 |

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

Maintenance Dredging of the Newark Bay, New Jersey.

THIS REQUIREMENT IS PURSUANT TO FAR SUBPART 19.10 SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.

This is an unrestricted procurement.
NAICS CODE: 237990 SIZE STANDARD: $18.5 Million.
Contract Specialist: Katina Dickerson (917) 790-8180
Technical POC: Kenneth Peterson (917) 790-8541

11. The Contractor shall begin performance within 5 calendar days and complete it within 33 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ____________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 09 May 2006 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*<br>GREAT LAKES DREDGE & DOCK COMPANY, LLC<br>DOUGLAS MACKIE<br>2122 YORK RD. 2ND FLOOR<br>OAK BROOK IL 60523-1981 | 15. TELEPHONE NO. *(Include area code)*<br>(630)574-3000 |
| CODE 4AAF3 / FACILITY CODE | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| | | |

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| **$14,816,245.00** | **See Schedule** |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY CODE E3R0000 | 27. PAYMENT WILL BE MADE BY: CODE |
|---|---|
| OPERATIONS DIVISION<br>USACE NEW YORK DISTRICT ATTN: CENAN-EN-OP<br>NEW YORK NY 10278 | USACE, FINANCE CENTER MILLINGTON<br>ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH<br>5722 INTEGRITY DRIVE<br>MILLINGTON TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| | |
|---|---|
| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.<br><br>REF: W912DS-06-B-0005 |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>ELLA D SNELL / CHIEF, CONTRACTING DIVISION<br>TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY [signature] / 31C. AWARD DATE 29-Sep-2006 |

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

G012834

Section SF 30 - BLOCK 14 CONTINUATION PAGE

SF 1442 CONTINUATION SHEET

Contractor's Bid dated 9 May 2006 for $23,535, 270.00 for Items 0001-0009 is accepted.

ITEMS AWARDED

Items 0001, 0002, 0005, and 0006.

ACCOUNTING AND APPROPRIATION DATA

96 NA X 3123.0000 E3 X 08 2421 012550 96303 2520 HD2D5B=$5,102,187.00 (FEDERAL O & M FUNDS)
96 NA X 3123.0000 E3 X 08 2421 0WDLOC 96303 2520 50F726=$9,714,058.00 (NON-FEDERAL FUNDS)
TOTAL FUNDING=$14,816,245.00

ALLOCATION OF FUNDING

| CLIN | TOTAL CLIN COST | NON-FEDERAL SHARE | FEDERAL SHARE |
|---|---|---|---|
| 0001 | $ 945,000.00 | $ 400,000.00 | $ 545,000.00 |
| 0002 | $10,054,780.00 | $6,721,365.00 | $3,333,415.00 |
| 0005 | $ 1,338,950.00 | $ 909,608.00 | $ 429,342.00 |
| 0006 | $ 2,477,515.00 | $1,683,085.00 | $ 794,430.00 |
| TOTALS= | $14,816,245.00 | $9,714,058.00 | $5,102,187.00 |

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP<br>Line Item Price $945,000.00<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE-6011-4023 | | | | |
| | | | | NET AMT | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $400,000.00 | $400,000.00 |
| | Non Federal Funding<br>FFP<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE62727008 | | | | |
| | | | | NET AMT | $400,000.00 |
| | ACRN AA<br>CIN: 000000000000000000000000000000 | | | | $400,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 1 | Lump Sum | $545,000.00 | $545,000.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $545,000.00

ACRN AB $545,000.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | | | | |

DREDGING, PROCESSING, TRANSPORTATION,
FFP
Dredging, Processing, Transportation and Placement of Basic Work (Shoal #1) Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Pierhead Federal Navigation Channel as shown on the contract drawings, File #872, page 3 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site. 170,420
Cubic Yards @ $59.00/cy = $10,054,780.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AA | | 1 | Lump Sum | $6,721,365.00 | $6,721,365.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $6,721,365.00

ACRN AA $6,721,365.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AB | | 1 | Lump Sum | $3,333,415.00 | $3,333,415.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $3,333,415.00

ACRN AB $3,333,415.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | Cubic Yard | | |

NOT USED
FFP
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 9,955 | Cubic Yard | $69.00 | $686,895.00 |

OPTION

OPTION 1
FFP
Dredging, Processing, Transportation and Placement (Shoal #1A)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 4 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $686,895.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | | | |

OPTION 2
FFP
Dredging, Processing, Transportation and Placement (Shoal #2)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 5 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
21,950 Cubic Yards @ $61.00/cy = $1,338,950.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 1 | Lump Sum | $909,608.00 | $909,608.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $909,608.00

ACRN AA $909,608.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 1 | Lump Sum | $429,342.00 | $429,342.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $429,342.00

ACRN AB $429,342.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | | | | |

OPTION 3
FFP
Dredging, Processing, Transportation and Placement (Shoal #3)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site. 40,615.00
Cubic Yards @ $61.00/cy = $2,477,515.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 1 | Lump Sum | $1,683,085.00 | $1,683,085.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $1,683,085.00

ACRN AA $1,683,085.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 1 | Lump Sum | $794,430.00 | $794,430.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $794,430.00

ACRN AB $794,430.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 19,160 | Cubic Yard | $60.00 | $1,149,600.00 |

OPTION

OPTION 4
FFP
Dredging, Processing, Transportation and Placement (Shoal #4)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $1,149,600.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 36,605 | Cubic Yard | $58.00 | $2,123,090.00 |

OPTION OPTION 5
FFP
Dredging, Processing, Transportation and Placement (Shoal #5)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $2,123,090.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 84,990 | Cubic Yard | $56.00 | $4,759,440.00 |

OPTION OPTION 6
FFP
Dredging, Processing, Transportation and Placement (Shoal #6)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $4,759,440.00

<u>TOTALS:</u>

TOTAL BASE (CLIN 0001 and CLIN 0002)............................ ________________

TOTAL ALL OPTIONS (CLIN 0003 – CLIN 0009)..................... ________________

**TOTAL BID PRICE (BASE PLUS ALL OPTIONS)................ ________________**

BIDDING INSTRUCTIONS:

**OFFLOADING, PROCESSING, AND DISPOSAL SITES INFORMATION (TO BE PROVIDED BY BIDDERS):**

**Name of Site(s)**________________________________________

Name of POC(s)________________________________

________________________________

Address of Site(s)________________________________

________________________________

Telephone Number(s)________________________________

________________________________

NOTE 1: Bidders must bid on all items.

NOTE 2: Award of contract will be based on the lowest total price for the total of the Basic Work and Options 1, 2, 3, 4, 5, 6, and 7.

NOTE 3: All bidders are hereby advised that the quantities for placement in the price schedule are estimated and based on the survey data collected in June 15, 16, 28-30, July 5, 6, 8, 12, 13, 19, 20, 26, and 27 of 2005.

NOTE 4: The government may reject a bid as non-responsive if the prices bid are materially unbalanced between line items and if there is a reasonable doubt that the bid will result in the lowest overall cost to the government even though it may be the low bid.

NOTE 5: All options will be exercised, at the Government's discretion, within twenty-six (26) calendar days of receipt by the Contractor of the Notice to Proceed (Basic Work), if they are exercised at all. Even if exercised, the Options listed above may not be exercised in numerical order. If the Options are exercised, their performance periods will be consecutive.

NOTE 6: Bidders will identify their offloading, processing, and disposal sites with their bid. Bidders will write on all the blank lines provided on the Price Schedule the name(s) of the site(s), POC(s), address(es), and phone(s) of their site(s) included in that line item.

NOTE 7: Note that the 90-day rule may apply to this contract if the sediment testing and permitting are delayed. The "90-day" rule references 29CFR 1.6(c) (3) (iv) as set forth in FAR 22.404-6(b)(6) provides that if a contract to which a general wage determination has been applied is not awarded within 90 days after bid opening, any modification to that wage rate determination published prior to contract award shall be effective unless the agency obtains an extension of the 90-day period from the Administrator, US Department of Labor.

NOTE 8: The apparent low bidder shall submit the documents specified in Section 00800, Special Contract Requirements paragraph 1, Commencement, Prosecution and Completion of Work. If the Apparent low bidder does not submit the required information within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder, the bidder will be considered non-responsible and it's bid will no longer be considered.

Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY FULL TEXT

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JUL 2005 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JUL 2005 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jul 2005) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-6 | Davis Bacon Act | JUL 2005 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | JUL 2005 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |

| | | |
|---|---|---|
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JAN 2006 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | SEP 2005 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | SEP 2005 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2004 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7004 | Payment for Mobilization and Demobilization | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

| | | |
|---|---|---|
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | NOV 2005 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 33 days. The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $2030.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JUL 2005)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference; and

(ii) Otherwise successful offers from small business concerns.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

___ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be 20 percent of the bid price or $3,000,000, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 20 percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-4 PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by . . . . . . . . . [insert a description of investigational methods used, such as surveys, auger borings, core borings, test pits, probings, test tunnels].

(b) Weather conditions . . . . . . . . . (insert a summary of weather records and warnings).

(c) Transportation facilities . . . . . . . . . (insert a summary of transportation facilities providing access from the site, including information about their availability and limitations.

(d) . . . . . . . . . . (insert other pertinent information).

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil
http://www.acq.osd.mil/dpap/dars/dfars/index.htm

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Federal Acquistion Regulation (48 CFR Chapter I) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.236-7001 CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not

relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

Title File Drawing No.
(SEE SECTION 00800, PARAGRAPH 5)

(End of clause)

252.247-7023 Transportation of Supplies by Sea (MAY 2002)

(a) Definitions. As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Maritime Administration, Office of Cargo Preference, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor shall provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL | | |

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) In the award of subcontracts for the types of supplies described in paragraph (b)(2) of this clause, the Contractor shall flow down the requirements of this clause as follows:

(1) The Contractor shall insert the substance of this clause, including this paragraph (h), in subcontracts that exceed the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(2) The Contractor shall insert the substance of paragraphs (a) through (e) of this clause, and this paragraph (h), in subcontracts that are at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(End of clause)

Section 00800 - Special Contract Requirements

SECTION 00900
General Decision Number: NJ030006 12/02/2005 NJ6

State: New Jersey sg 12/13/05

Construction Type: Heavy Dredging

Counties: Atlantic, Bergen, Camden, Cape May, Cumberland, Gloucester, Hudson, Mercer, Middlesex, Monmouth, Ocean, Salem and Union Counties in New Jersey.

STATEWIDE

All dredging except self-propelled hopper dredging on the Atlantic Coast and tributary waters emptying into the Atlantic Ocean

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 05/21/2004 |
| 2 | 12/03/2004 |
| 3 | 05/06/2005 |
| 4 | 12/02/2005 |

* ENGI0025-001 10/01/2005

STATEWIDE

| | Rates | Fringes |
|---|---|---|
| Company Lead Dredgeman | | |
| Lead Dredgeman | $ 29.62 | 8.20+a+b |
| Dipper & Clamshell Dredge | | |
| Boat Captain | $ 23.70 | 7.60+a+b |
| Boat Master | $ 24.79 | 8.20+a+b |
| Deckhand, Tug Deckhand | $ 19.48 | 7.00+a+b |
| Engineer | $ 26.02 | 8.20+a+b |
| Maintenance Engineer | $ 25.14 | 7.60+a+b |
| Mate | $ 23.54 | 7.60+a+b |
| Oiler | $ 19.94 | 7.00+a+b |
| Operator | $ 29.62 | 8.20+a+b |
| Scowman | $ 19.43 | 7.00+a+b |
| Welder | $ 24.77 | 7.60+a+b |
| Diver | | |
| Diver | $ 41.53 | 6.87+a+b |
| Standby Diver | $ 27.85 | 6.87+a+b |
| Standby Tender | $ 23.26 | 6.27+a+b |
| Tender | $ 32.11 | 6.87+a+b |
| Drag Bucket Dredge | | |
| Deckhand | $ 16.17 | 5.25+a+b |
| Engineer | $ 21.41 | 6.45+a+b |
| Maintenance Engineer | $ 21.21 | 5.85+a+b |

| | | |
|---|---|---|
| Mate | $ 19.82 | 5.85+a+b |
| Operator | $ 25.09 | 6.45+a+b |
| **Dredging Pipeline Cable-Laying** | | |
| Control Tower Operator | $ 25.55 | 6.87+a+b |
| Diver Tender | $ 26.58 | 6.87+a+b |
| Diver | $ 42.42 | 6.87+a+b |
| Leverman | $ 28.83 | 6.87+a+b |
| Line up Operator, End Prep. | $ 18.47 | 5.67+a+b |
| Rigger | $ 19.07 | 5.67+a+b |
| **Drill Boats** | | |
| Blaster | $ 23.81 | 6.45+a+b |
| Core Driller | $ 19.00 | 5.25+a+b |
| Driller | $ 23.55 | 6.45+a+b |
| Engineer | $ 23.54 | 6.45+a+b |
| Machinist | $ 23.30 | 5.85+a+b |
| Oiler | $ 20.46 | 5.25+a+b |
| Tug Captain | $ 19.53 | 5.85+a+b |
| Tug Deckhand | $ 15.97 | 5.25+a+b |
| Tug Master | $ 20.48 | 6.45+a+b |
| Welder | $ 23.30 | 5.85+a+b |
| **Engineer** | | |
| 1st | $ 25.55 | 6.87+a+b |
| 2nd, 3rd and 4th | $ 25.23 | 6.87+a+b |
| Electrician | $ 25.68 | 6.87+a+b |
| Electro Hydro Technician | $ 20.79 | 6.27+a+b |
| Tug Captain | $ 23.44 | 6.87+a+b |
| Tug Master | $ 26.80 | 6.87+a+b |
| **Hydraulic Dredge** | | |
| Asst. Fill Placer | $ 23.35 | 8.20+a+b |
| Boat Captain | $ 23.70 | 7.60+a+b |
| Boat Master | $ 24.78 | 8.20+a+b |
| Chief Mate | $ 25.37 | 8.20+a+b |
| Chief Welder | $ 26.03 | 8.20+a+b |
| Deckhand | $ 19.88 | 7.00+a+b |
| Engineer | $ 25.47 | 8.20+a+b |
| Fill Placer | $ 25.37 | 8.20+a+b |
| Janitor/Porter | $ 19.04 | 7.00+a+b |
| Leverman | $ 29.62 | 8.20+a+b |
| Maintenance Engineer | $ 25.14 | 7.60+a+b |
| Mate | $ 23.54 | 7.60+a+b |
| Messman | $ 19.04 | 7.00+a+b |
| Night Cook | $ 19.55 | 7.00+a+b |
| Oiler | $ 19.94 | 7.00+a+b |
| Shoreman | $ 19.45 | 7.00+a+b |
| Spider Barge Operator | $ 24.56 | 7.60+a+b |
| Steward | $ 23.49 | 8.20+a+b |
| Welder-Dredge | $ 24.76 | 7.60+a+b |
| **Tug Boats over 1000 H.P. with master or captain having license endorsed for 200 miles off shore** | | |
| Tug Captain | $ 25.24 | 8.20+a+b |
| Tug Chief Engineer | $ 24.50 | 7.60+a+b |
| Tug Deckhand | $ 19.88 | 7.00+a+b |

Tug Engineer..............$ 24.03 7.60+a+b

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King, Jr.'s Birthday, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

----------------------------------------------------------------
--

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

----------------------------------------------------------------
--

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in

which the survey was conducted because those Regional Offices have
responsibility for the Davis-Bacon survey program. If the response from this
initial contact is not satisfactory, then the process described in 2.) and
3.) should be followed.

With regard to any other matter not yet ripe for the formal process
described here, initial contact should be with the Branch of Construction
Wage Determinations. Write to:

Branch of Construction Wage Determinations

Wage and Hour Division

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

END OF GENERAL DECISION

ACCOUNTING AND APPROPRIATION DATA

AA: 96 NA X 3123.0000 E3 X 08 2421 0WDLOC 96303 2520 50F726
AMOUNT: $9,714,058.00
CIN 000000000000000000000000000000: $9,714,058.00

AB: 96 NA X 3123.0000 E3 X 08 2421 012550 96303 2520 HD2D5B
AMOUNT: $5,102,187.00
CIN 000000000000000000000000000000: $5,102,187.00