# EXHIBIT 41

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. DACW51-02-B-0006-0004 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 28-Oct-2002 | PAGE OF PAGES 1 OF 87 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DACW51-03-C-0001 | SEE SCHEDULE | |

| 7. ISSUED BY CODE DACW51 | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA (DACW51)<br>NEW YORK NY 10278-0090 | **See Item 7** |
| TEL: FAX: (212)264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME MYRLANDE LEE | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 212-264-0242 |
|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

NEW YORK HARBOR AND ADJACENT CHANNELS, PORT JERSEY CHANNEL, CONTRACT NO.1 BAYONNE, NEW JERSEY

The project consists of the dredging and disposal of non-rock material.

This project is unrestricted pursuant to the Small Business Competiveness Demonstration Program.
NAICS Code: 234990, size standard $17.0 million.

Contract Specialist: Myrlande Lee 212-264-4863
Technical Point of Contact: Jamal Sulayman 212-264-9074

All w ork shall be in accordance w ith the draw ings and specifications or instructions attached w ithin.

11. The Contractor shall begin performance w ithin 5 calendar days and complete it w ithin 300 calendar days after receiving [ ] aw ard, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ________________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the w ork required are due at the place specified in Item 8 by 02:00 PM *(hour)* local time 10 Jun 2002 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) w ork requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due w ill not be considered and w ill be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
DONJON MARINE CO INC
1250 LIBERTY AVENUE
HILLSIDE NJ 07205

15. TELEPHONE NO. *(Include area code)*
908-964-8812

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
**See Item 14**

CODE 9S939 | FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

**SEE SCHEDULE**

22. AMOUNT
**$17,613,600.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM: Block 26

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY — CODE 9321AE
U.S. ARMY CORPS OF ENGINEERS
CAVEN POINT TERMINAL
3 CHAPEL AVENUE - PORT LIBERTE
JERSEY CITY NJ 07305-0115

27. PAYMENT WILL BE MADE BY: — CODE
USACE, FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE AT
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF: DACW51-03-C-0001

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
STUART L SUMNER / BRANCH CHIEF
TEL: 212-264-0238 EMAIL: stuart.l.sumner@usace.army.mil

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
28-Oct-2002

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

G006009

G01010 06236

Section 00010 - Solicitation Contract Form

PAGE 2A OF SF 1442
Page 2a Continuation Sheet, SF 1442:

PORT JERSEY CHANNEL, BAYONNE, NEW JERSEY

Solicitation No.: DACW51-02-B-0006
Contract No.: DACW51-03-C-0001
Contractor: Don Jon Marine Co., Inc.

**BLOCK 21, ITEMS ACCEPTED:** ALL CLINs

**ITEMS ACCEPTED FOR OBLIGATION PURPOSES:** CLINs: 0001, 0001AA, 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, 0001AJ, 0002, 0003, and 0004

**ITEMS NOT OBLIGATED -** CLINs: CLIN 0001AB, 0001AC, 0001AD, 0001AE, 0001AF, 0001AG, 0001AH, 0001AJ, 0002, 0003, and 0004

Amendments: 0001 dated 5/31/02, 0002 dated 6/21/02, 0003 dated 7/2/02 and 0004 dated 7/11/02
This is a continuing contract clause. The sum of $1,050,000.00 is available for FY03.

Wage Rate Decision No: NJ020003, including Modification No. 7, dated 7/5/02

Bid Verification Letter dated 03 September 2002.

Block 22, "Amount":
Total Award Amount: Seventeen Million Six Hundred Thirteen Thousand Six Hundred Dollars and Zero cent. ($17,613,600.00)

PURCHASE REQUEST: W16ROE-2092-8721

Total Award Amount: $17,613,600.00

| | | | | |
|---|---|---|---|---|
| AA: | 96X31220000 082421 | 2500154L4B076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $1,050,000.00 | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |

CONTRUCTION CONTRACT FOR PORT JERSEY 41' PROJECT
"CONTRACT #1"

| | |
|---|---|
| NET AMT | $0.00 |
| ACRN AA Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | MOBILIZATION AND DEMOBILIZATION | 1 | Lump Sum | $1,750,000.00 | $1,750,000.00 |

| | |
|---|---|
| NET AMT | $1,750,000.00 |
| ACRN AA Funded Amount | $1,050,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 50 | Ton | $200.00 | $10,000.00 |

DEBRIS REMOVAL AND DISPOSAL

| | |
|---|---|
| NET AMT | $10,000.00 |
| Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 299,400 | Cubic Yard | $37.00 | $11,077,800.00 |

DREDGING, TRANSPORTATION, DELIVERY, PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS Excludes Dewatering: ITEM 0001AD

NET AMT $11,077,800.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 299,400 | Cubic Yard | $1.00 | $299,400.00 |

DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $299,400.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | $4,000.00 | $60,000.00 |

SUBSURFACE DRILLING AND SAMPLING

NET AMT $60,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 1 | Lump Sum | $75,000.00 | $75,000.00 |

FIELD OFFICE

NET AMT $75,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 192,000 | Cubic Yard | $61.00 | $11,712,000.00 |

DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS (PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY)

NET AMT $11,712,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 192,000 | Cubic Yard | $1.00 | $192,000.00 |

DEWATERING IN ACCORDANCE WITH THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $192,000.00

Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 54,600 | Cubic Yard | $39.00 | $2,129,400.00 |

DREDGING, TRANSPORTATION, DELIVERY, AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS (PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY)

| | |
|---|---|
| NET AMT | $2,129,400.00 |
| Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | OPTIONAL ITEM | 1 | Lump Sum | $100,000.00 | $100,000.00 |

ADDITIONAL COST FOR OPTIONAL INSURANCE

| | |
|---|---|
| NET AMT | $100,000.00 |
| Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | OPTIONAL ITEM/DIFFERENCE IN COST | 53,000 | Cubic Yard | $-51.00 | $-2,703,000.00 |

OPTIONAL ITEM/DIFFERENCE IN COST, TO THE PROJECT FOR PLACEMENT AT THE HARS DREDGING TRANSPORTATION, DELIVERY AND PLACEMENT OF NON-ROCK MATERIALS (as in Item 0001AG) FOR PLACEMENT AT THE HARS (NEGATIVE NUMBER TO BE SHOW IN PARENTHESIS)

| | |
|---|---|
| NET AMT | $-2,703,000.00 |
| Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | OPTIONAL ITEM/DIFFERENCE IN COST | 139,000 | Cubic Yard | $-51.00 | $-7,089,000.00 |

OPTIONAL ITEM/DIFFERENCE IN COST, TO THE PROJECT FOR PLACEMENT AT THE HARS PLACEMENT OF NON-ROCK (sand and gravel) MATERIALS (As in Item 0001AG and 0001AH) (NEGATIVE NUMBER TO BE SHOWN IN PARENTHISIS)

NET AMT $-7,089,000.00

Funded Amount $0.00

Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.204-6 | Data Universal Numbering System (DUNS) Number | JUN 1999 |
| 52.214-3 | Amendments To Invitations For Bids | DEC 1989 |
| 52.214-4 | False Statements In Bids | APR 1984 |
| 52.214-5 | Submission Of Bids | MAR 1997 |
| 52.214-6 | Explanation To Prospective Bidders | APR 1984 |
| 52.214-7 | Late Submissions, Modifications, and Withdrawals of Bids | NOV 1999 |
| 52.214-12 | Preparation Of Bids | APR 1984 |
| 52.214-15 | Period For Acceptance Of Bids | APR 1984 |
| 52.214-18 | Preparation of Bids-Construction | APR 1984 |
| 52.214-19 | Contract Award-Sealed Bidding-Construction | AUG 1996 |
| 52.214-34 | Submission Of Offers In The English Language | APR 1991 |
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 |
| 52.217-5 | Evaluation Of Options | JUL 1990 |
| 52.232-15 | Progress Payments Not Included | APR 1984 |
| 52.232-38 | Submission of Electronic Funds Transfer Information with Offer | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Firm-Fixed-Constrution contract resulting from this solicitation.

(End of clause)

52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Chief, Contracting Division, 26 Federal Plaza, New York, NY 10278-0090.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.236-27 SITE VISIT (CONSTRUCTION) (FEB 1995)

(a) The clauses at 52.236-2, Differing Site Conditions, and 52.236-3, Site Investigations and Conditions Affecting the Work, will be included in any contract awarded as a result of this solicitation. Accordingly, offerors or quoters are urged and expected to inspect the site where the work will be performed.

(b) Site visits may be arranged during normal duty hours by contacting:
Name: Jamal Sulayman
Address: 26 Federal Plaza, New York, NY 10278-0090
Telephone: 212-264-9074

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

http://www.arnet.gov/far
http://www.farsite.hill.af.mil
http://www.dtic.mil/dfars

(End of provision

Section 00600 - Representations & Certifications

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-2 | Certificate Of Independent Price Determination | APR 1985 |
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | APR 1991 |
| 52.204-5 | Women-Owned Business (Other Than Small Business) | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that--

(i) The Offeror and/or any of its Principals--

(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( ), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER SECTION 1001, TITLE 18, UNITED STATES CODE.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.219-2 EQUAL LOW BIDS. (OCT 1995)

(a) This provision applies to small business concerns only.

(b) The bidder's status as a labor surplus area (LSA) concern may affect entitlement to award in case of tie bids. If the bidder wishes to be considered for this priority, the bidder must identify, in the following space, the LSA in which the costs to be incurred on account of manufacturing or production (by the bidder or the first-tier subcontractors) amount to more than 50 percent of the contract price.

________________________________________________________

________________________________________________________

(c) Failure to identify the labor surplus area as specified in paragraph (b) of this provision will preclude the bidder from receiving priority consideration. If the bidder is awarded a contract as a result of receiving priority consideration under this provision and would not have otherwise received award, the bidder shall perform the contract or cause the contract to be performed in accordance with the obligations of an LSA concern.

52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations.

(1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

___ (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration(PRO0Net); or

___ (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2)___ For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ___________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall:

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) ( ) It has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) ( ) It has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (OCT 2000)

(a) Submission of this certification is a prerequisite for making or entering into this contract imposed by Executive Order 12969, August 8, 1995.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

( ) (i) The facility does not manufacture, process or otherwise use any toxic chemicals listed under section 313(c) of EPCRA, 42 U.S.C. 11023(c);

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within Standard Industrial Classification Code (SIC) major groups 20 through 39 or their corresponding North American Industry Classification System (NAICS) sectors 31 through 33; or

( ) (v) The facility is not located within any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, Guam, American Samoa, the United States Virgin Islands, the Northern Mariana Islands, or any other territory or possession over which the United States has jurisdiction.

(End of clause)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the

government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 Alt I | Definitions (Dec 2001) --Alternate I | MAY 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-13 | Time Extensions | SEP 2000 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.219-23 | Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns | MAY 2001 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.223-6 | Drug Free Workplace | MAY 2001 |

| | | |
|---|---|---|
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.225-11 | Buy American Act--Balance of Payments Program--Construction Materials Under Trade Agreements | FEB 2002 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.229-5 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | DEC 1998 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2001 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (Sep 1996) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |

| | | |
|---|---|---|
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 | Required Central Contractor Registration | NOV 2001 |
| 252.205-7000 | Provisions Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.225-7012 | Preference For Certain Domestic Commodities | AUG 2000 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises-DoD Contracts | SEP 2001 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7001 | Contract Drawings, Maps, and Specifications | AUG 2000 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.246-7000 | Material Inspection And Receiving Report | DEC 1991 |
| 252.247-7023 | Transportation of Supplies by Sea | MAR 2000 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 265 calendar days after NTP. The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $1500.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference;

(ii) Otherwise successful offers from small business concerns;

(iii) Otherwise successful offers of eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded (see 25.402 of the Federal Acquisition Regulation (FAR)); and

(iv) Otherwise successful offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

____ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.
(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.222-23 NOTICE OF REQUIREMENT FOR AFFIRMATIVE ACTION TO ENSURE EQUAL EMPLOYMENT OPPORTUNITY FOR CONSTRUCTION (FEB 1999)

(a) The offeror's attention is called to the Equal Opportunity clause and the Affirmative Action Compliance Requirements for Construction clause of this solicitation.

(b) The goals for minority and female participation, expressed in percentage terms for the Contractor's aggregate workforce in each trade on all construction work in the covered area, are as follows:

| Goals for minority participation for each trade | Goals for female participation for each trade |
|---|---|
| 12.8 | 6.9 |

These goals are applicable to all the Contractor's construction work performed in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, the Contractor shall apply the goals established for the geographical area where the work is actually performed. Goals are published periodically in the Federal Register in notice form, and these notices may be obtained from any Office of Federal Contract Compliance Programs office.

(c) The Contractor's compliance with Executive Order 11246, as amended, and the regulations in 41 CFR 60-4 shall be based on (1) its implementation of the Equal Opportunity clause, (2) specific affirmative action obligations required by the clause entitled "Affirmative Action Compliance Requirements for Construction," and (3) its efforts to meet the goals. The hours of minority and female employment and training must be substantially uniform throughout the length of the contract, and in each trade. The Contractor shall make a good faith effort to employ minorities and women evenly on each of its projects. The transfer of minority or female employees or trainees from Contractor to Contractor, or from project to project, for the sole purpose of meeting the Contractor's goals shall be a violation of the contract, Executive Order 11246, as amended, and the regulations in 41 CFR 60-4. Compliance with the goals will be measured against the total work hours performed.

(d) The Contractor shall provide written notification to the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, within 10 working days following award of any construction subcontract in excess of $10,000 at any tier for construction work under the contract resulting from this solicitation. The notification shall list the --

(1) Name, address, and telephone number of the subcontractor;

(2) Employer's identification number of the subcontractor;

(3) Estimated dollar amount of the subcontract;

(4) Estimated starting and completion dates of the subcontract; and

(5) Geographical area in which the subcontract is to be performed.

(e) As used in this Notice, and in any contract resulting from this solicitation, the "covered area" is Bayonne, New Jersey.

(End of provision)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 20 percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far
http://farsite.hill.af.mil
http://www.dtic.mil/dfars

Section 00800 - Special Contract Requirements

## ACCOUNTING AND APPROPRIATION DATA

| | | | | |
|---|---|---|---|---|
| AA: | 96X31220000 082421 | 2500154L4B076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $1,050,000.00 | | | |

WAGE RATES

**Section 00900**

**General Decision Number NJ020003 sg**

Superseded General Decision No. NJ010003
State: New Jersey
Construction Type:
BUILDING
HEAVY
HIGHWAY
County(ies):
BERGEN MIDDLESEX SUSSEX
ESSEX MORRIS UNION
HUDSON PASSAIC WARREN
HUNTERDON SOMERSET
BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerse Counties for building construction only)
HEAVY AND HIGHWAY CONSTRUCTION PROJECTS
Modification Number Publication Date
0 03/01/2002
1 03/08/2002
2 03/15/2002
3 04/19/2002
4 05/03/2002
5 05/10/2002
6 06/07/2002
7 07/05/2002
COUNTY(ies):
BERGEN MIDDLESEX SUSSEX
ESSEX MORRIS UNION
HUDSON PASSAIC WARREN
HUNTERDON SOMERSET
ASBE0032E 09/19/2001
Rates Fringes
BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES:
ASBESTOS WORKERS/INSULATORS
Includes the application of all
insulating materials; protective
coverings, coatings, and finishes
to all types of mechanical systems 30.62 18.16

----------------------------------------------------------------

* ASBE0089A 07/01/2002
Rates Fringes

HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, East Armwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg,
AM4-00900 2
Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES
ASBESTOS WORKERS/INSULATORS
Includes the application of all
insulating materials, protective
coverings, coatings, and finishes
to all types of meechanical systems 29.78 15.97

----------------------------------------------------------------

BOIL0028A 01/01/2002
Rates Fringes
BOILERMAKER 32.03 44%+4.61

----------------------------------------------------------------

BRNJ0004D 11/01/2001
Rates Fringes
BERGEN,ESSEX,HUDSON,MORRIS,PASSAIC,SUSSEX,UNION, WARREN,the following parts of HUNTERDON, and SOMERSET COUNTIES:(at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)
BRICKLAYERS, CEMENT MASONS,
PLASTERERS, & STONEMASONS 29.22 13.70

----------------------------------------------------------------

BRNJ0005B 11/01/2000
Rates Fringes
HUNTERDON (Annadale,Califon,Lebanon,Oldwick,Readington, Three Bridges,& White House Station Twps.),MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES
BRICKLAYERS, CEMENT MASONS,
PLASTERERS & STONEMASONS 27.85 12.70

----------------------------------------------------------------

CARP0006B 05/01/2002

Rates Fringes
BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES
CARPENTER 30.00 12.90
MILLWRIGHTS 30.00 12.90

---

CARP0015B 05/01/2002
Rates Fringes
AM4-00900 3
BERGEN COUNTY (Remainder)
CARPENTERS 30.00 12.90
MILLWRIGHTS 30.00 12.90

---

CARP0031C 05/01/2002
Rates Fringes
HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES
CARPENTERS 30.00 12.90

---

CARP0041C 05/01/2002
Rates Fringes
ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES
CARPENTERS & INSULATORS 30.00 12.90
MILLWRIGHTS 30.00 12.90

---

CARP0099I 05/01/2002
Rates Fringes
LATHERS 30.00 12.90

---

CARP0124A 05/01/2002
Rates Fringes
BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES
CARPENTERS 30.00 12.90
MILLWRIGHTS 30.00 12.90

---

CARP0399A 05/01/2002
Rates Fringes
WARREN COUNTY
CARPENTERS & INSULATORS 30.00 12.90
MILLWRIGHTS 30.00 12.90

---

CARP1342A 05/01/2002
Rates Fringes
ESSEX, AND HUDSON (West of Hackensack River)
CARPENTERS 30.00 12.90
MILLWRIGHTS 30.00 12.90

---

CARP1456A 05/01/2001
Rates Fringes
DIVER 37.13 23.56
AM4-00900 4
DIVER TENDER 27.67 23.56

---

CARP1456B 05/01/2001
Rates Fringes
DOCK BUILDER & PILEDRIVERMEN 30.39 23.56

---

CARP2212A 05/01/2002
Rates Fringes
BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES
SOFT FLOOR LAYERS 30.00 12.90

---

ELEC0017A 07/01/1994
Rates Fringes
ELECTRICIANS (RAILROAD CONSTRUCTION) 21.20 26.5%
COMMERCIAL TELEPHONE INSTALLATION 21.20 26.5%

---

ELEC0102B 06/03/2002
Rates Fringes
MORRIS, PASSAIC, SUSSEX, UNION, AND WARREN COUNTIES
LINE CONSTRUCTION:
Lineman & Equipment Operators 36.80 37%
Cable Splicers 40.48 37%
Groundmen 22.08 37%

---

ELEC0102C 06/03/2002
Rates Fringes
MORRIS, PASSAIC, SUSSEX, UNION, AND WARREN COUNTIES
ELECTRICIAN 36.26 39.75%
CABLE SPLICER 39.88 39.75%

---

ELEC0164B 08/15/2000

Rates Fringes
BERGEN, ESSEX, AND HUDSON COUNTIES
LINE CONSTRUCTION:
Lineman, Welder,X-Ray Technician,
Equipment Repairman, & Equipment
Serviceman 34.42 41%
Cable Splicer 38.89 41%
Groundman 20.66 41%

---

ELEC0164C 06/03/2002
Rates Fringes
BERGEN, ESSEX, AND HUDSON COUNTIES
ELECTRICIANS 36.90 42%
CABLE SPLICERS 41.70 42%

---

ELEC0262B 08/15/1993
Rates Fringes
MIDDLESEX COUNTY (Area North and West of a line following the
Philadelphia and Reading Railroad East from the Raritan River to
Dismal Road, Northeast on Dismal Road to Park Avenue, North on
AM4-00900 5
Park Avenue to Lehigh Valley Railroad, and Northeast along that
railroad to the Union County line)
ELECTRICIANS 25.92 6.09+20%

---

ELEC0262H 11/30/1994
Rates Fringes
MIDDLESEX COUNTY (Area North and West of a line following the
Philadelphia and Reading Railroad East from the Raritan River to
Dismal Road, Northeast on Dismal Road to Park Avenue, North on
Park Avenue to the Lehigh Valley Railroad, and Northeast along
that railroad to the Union County line)
LINE CONSTRUCTION:
Linemen, Cable Splicers 22.87 3.76+11.7%
Groundmen 21.06 3.76+11.7%

---

ELEC0358A 06/01/1998
Rates Fringes
MIDDLESEX COUNTY (Remainder)
ELECTRICIANS 30.26 42.75%

---

ELEC0358C 06/01/1998
Rates Fringes
MIDDLESEX COUNTY (Remainder)
LINE CONSTRUCTION:
Linemen, Hole Digger Operator,
Truck w/o Winch or Pole & Steel

Hand, Truck w/o Winch, X-ray
Technician & Equip. Repairer 30.26 43%
Cable Splicer 33.89 43%
Groundman & Winch Operator 29.47 43%
Certified Welder Lineman 31.77 43%

---

ELEC0456B 06/03/2002
Rates Fringes
MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)
ELECTRICIANS 34.77 45.75%
CABLE SPLICERS 38.94 45.75%

---

ELEC0456C 06/03/2002
Rates Fringes
MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading
AM4-00900 6
Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)
LINE CONSTRUCTION:
Linemen 34.77 45.75%
Cable Splicer 38.95 45.75%
Groundmen 33.98 45.75%
Winch Operator 33.98 45.75%

---

ELEV0001A 07/01/1994
Rates Fringes
ELEVATOR MECHANICS:
Construction 22.59 5.22+A+B+C
Modernization 15.94 3.69+A+B+C
FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday,

Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veteran's Day, Election Day,
Thanksgiving Day, and Christmas Day
B. Employer contributes $8.00 per day per employee to
annuity fund
C. Employee with 6 months but less than 5 years of service
receive 2 weeks vacation, and 3 weeks vacaation for
5 years or more of service

---

* ENGI0825C 07/01/2002
Rates Fringes
POWER EQUIPMENT OPERATORS
TANK ERECTION:
GROUP 1 35.36 17.15+A+B
GROUP 2 34.52 17.15+A+B
GROUP 3 36.50 17.15+A+B
GROUP 4 32.43 17.15+A+B
GROUP 5 27.22 17.15+A+B
FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday
Memorial Day; Independence Day; Labor Day; Veteran's Day,
Thanksgiving Day; and Christmas Day.
B. Employee receives 20% premium pay for hazardous waste work.
TANK ERECTION CLASSIFICATIONS
GROUP 1: Operating Engineers--on all Cranes, derricks, etc.
with booms including jib 140 ft. or more above the ground.
GROUP 2: Operating Engineers--on all equipment, including
cranes derricks, etc. with booms including jib, less than 140
ft. above the ground.
GROUP 3: Helicopters--Pilot.
AM4-00900 7
GROUP 4: Air compressors, welding machines and generators (gas,
diesel, or electrical driven equipment and sources of power from
a permanent plant, i.e., steam, compressed air, hydraulic or
other power, for the operating of any machine or automatic tools
used in the erection, alteration, repair and dismantling of
tanks and any and all "DUAL PURPOSE" trucks used on the
construction job site.
GROUP 5: Oiler.

---

* ENGI0825D 07/01/2002
Rates Fringes
POWER EQUIPMENT OPERATORS:
[STEEL ERECTION]:
GROUP 1 34.64 17.15+A+B
GROUP 2 34.73 17.15+A+B
GROUP 3 32.34 17.15+A+B

GROUP 4 29.78 17.15+A+B
GROUP 5 28.25 17.15+A+B
GROUP 6 26.49 17.15+A+B
GROUP 7 37.00 17.15+A+B
FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.
B. Employees receive 20% premium pay for hazardous waste work.
POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]
GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).
GROUP 2: Cranes - (all cranes, land or floating with booms including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).
GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.
GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric, 2 or 3 in battery, including diesels); captain power boats; tug master power boats.
GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.
AM4-00900 8
GROUP 6: Oiler staddle carrier.
GROUP 7: Helicopter pilot.

---

* ENGI0825E 07/01/2002
Rates Fringes
POWER EQUIPMENT OPERATORS:
OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES:
GROUP 1 33.50 17.15+A+B
GROUP 2 32.85 17.15+A+B
GROUP 3 29.71 17.15+A+B
GROUP 4 28.31 17.15+A+B

GROUP 5 26.49 17.15+A+B
GROUP 6 35.43 17.15+A+B
FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.
OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES
CLASSIFICATIONS
GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.
GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).
GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.
GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines; gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).
GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.
GROUP 6: Helicopter-pilot.

---

* ENGI0825M 07/01/2002
Rates Fringes
BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS:
POWER EQUIPMENT OPERATORS
AM4-00900 9
GROUP 1 32.87 17.15+A+B
GROUP 2 31.28 17.15+A+B
GROUP 3 29.37 17.15+A+B
GROUP 4 27.74 17.15+A+B
GROUP 5 26.03 17.15+A+B
GROUP 6 34.69 17.15+A+B

FOOTNOTES:
A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.
B. Employee receives 20% premium pay for hazardous waste work.
POWER EQUIPMENT OPERATORS CLASSIFICATIONS
GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.
GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applic able to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types; conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).
GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder;
AM4-00900 10
slipform (CMI and similar types); bar bending machines (power);

batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive; dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base;

seeding equipment (operation and maintenance of); sprinkler and
water pump trucks steam jennies and biolers, stone spreader;
tamping machines vibrating ride-on; temporary heating plany
AM4-00900 11
(nelson or other type, including propane, natural gas or flow
type units); water and sprinkler trucks; welding machines (gas,
diesel, and/or electric converters of any type, single; two or
three in a battery); welding systems, multiple (rectifier
transformer type); wellpoint systems.
GROUP 5: Oiler.
GROUP 6: Helicopter pilot.

----------------------------------------------------------------

IRON0011D 07/01/2001
Rates Fringes
BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES
IRONWORKERS:
Structural 28.28 23.15
Reinforcing 26.38 23.15

----------------------------------------------------------------

IRON0036C 07/01/2001
Rates Fringes
WARREN COUNTY
Projects under $25 million:
IRONWORKERS; STRUCTURAL,
REINFORCING AND ORNAMENTAL 25.34 13.23
Projects $25 million or more:
IRONWORKERS: STRUCTURAL,
REINFORCING AND ORNAMENTAL 25.84 13.23

----------------------------------------------------------------

* IRON0068E 07/01/2002
Rates Fringes
HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES
IRONWORKERS:
Structural, Ornamental 27.76 22.35
Rerinforcing (Concrete Rods) 25.76 22.35

----------------------------------------------------------------

LABO0021C 05/01/2001
Rates Fringes
HUDSON COUNTEY (Remainder)
LABORERS BUILDING CONSTRUCTION:
Class A Laborer 22.45 11.25
Class B Laborer 21.95 11.25
Class C Laborer 18.66 11.25
Class A Laborer:Jack Hammer, Tamper,Operator of Motorized

tamper and compactor, operator of hydro demolition equipment,
operator of all types of motorized forklifts, operator of
motor buggy, operator of conveyor, operator of bobcat,
demolition burners, nozzle operator on gunnite, scaffold
builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-
up work associated with the turnover of the project or part
AM4-00900 12
of a project to the owner.

---

LABO0072B 05/01/2001
Rates Fringes
MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen
Twps, South River, Sayreville, South Amboy, Old Bridge, East
Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury &
Monroe Twps)
LABORERS BUILDING CONSTRUCTION:
Class A 22.45 11.25
Class B 21.95 11.25
CLASS C 18.66 11.25
Class A-Jack Hammer, Motorized Tamper & Compactor, Street
Cleaning Machines, Scaffold Builders, Hydro Demolition
Equipment, all types of Motorized Fork Lifts, Riding
Motor Buggy Operator, Bobcat Operator, Mortar Man, &
Nozzle Man on Gunnite work.
CLASS B All Laborers not listed in Class A or C.
CLASS C Laborers doing Janitorial type light clean up work
associated with the turnover of the project to the owner
All Flagman, and those manning temporary heat of all types.

---

LABO0156B 05/01/2001
Rates Fringes
MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin
Townships) COUNTIES:
LABORERS:
Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25
Group 1-Jack Hammers,Tampers,Motorized
Tampers and Compactors,Street Cleaning
Machines,Scaffold Builder,Hydro Demolition
Equipment, all types of Motorized fork lifts
riding Motor Buggy operator,Conveyor operator,
Bobcat operator,Mortar Man,Burners, Nozzle man
on gunite work, Mortar Man shall include all
laborers engaged in any mode of mixing aggregate

by hand or mechanical means with the exception of
silo work.
Group 2-Basic laborer's rate and includes all work
not included in Group 1 or Group 3
2.Group 3-Laborers doing janitorial-type clean-up work
associated with the turnover of the project or part of a
project to the owner.

---

LABO0232B 05/01/2001
Rates Fringes
SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills,
Bernards, and Bedminster Twps):
LABORERS:
AM4-00900 13
Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25
Group 1-Jack Hammers,Tampers,Motorized
Tampers and Compactors,Street Cleaning
Machines,Scaffold Builder,Hydro Demolition
Equipment, all types of Motorized fork lifts
riding Motor Buggy operator,Conveyor operator,
Bobcat operator,Mortar Man,Burners, Nozzle man
on gunite work, Mortar Man shall include all
laborers engaged in any mode of mixing aggregate
by hand or mechanical means with the exception of
silo work.
Group 2-Basic laborer's rate and includes all work
not included in Group 1 or Group 3
2.Group 3-Laborers doing janitorial-type clean-up work
associated with the turnover of the project or part of a
project to the owner.

---

LABO0239C 05/01/2001
Rates Fringes
PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi,
Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave,
Paterson, Albion Place, Lettle Falls, Totowa, West Paterson,
Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood,
Bloomingdale, East Paterson to the Garfield boundary line)
LABORERS BUILDING CONSTRUCTION:
GROUP 1 22.45 11.25
GROUP 2 21.95 11.25
GROUP 3 18.66 11.25
GROUP 1-Specialist laborer classification including jack
hammer, tamper, motorized tampers and compactors, street
cleaning machines, scaffold builder, hydro demolition

equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.
GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.
GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

LABO0346B 05/01/2001
Rates Fringes
BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota;
AM4-00900 14
Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford; Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah)
LABORERS:
Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized
Tampers and Compactors,Street Cleaning
Machines,Scaffold Builder,Hydro Demolition
Equipment, all types of Motorized fork lifts
riding Motor Buggy operator,Conveyor operator,
Bobcat operator,Mortar Man,Burners, Nozzle man
on gunite work, Mortar Man shall include all
laborers engaged in any mode of mixing aggregate
by hand or mechanical means with the exception of
silo work.
Group 2-Basic laborer's rate and includes all work
not included in Group 1 or Group 3
2.Group 3-Laborers doing janitorial-type clean-up work
associated with the turnover of the project or part of a
project to the owner.

---

LABO0394C 05/01/2001
Rates Fringes
UNION COUNTY:
BUILDING CONSTRUCTION:
LABORERS:
GROUP 1 22.45 11.25
GROUP 2 21.95 11.25
AM4-00900 15
GROUP 3 18.66 11.25
GROUP 1-Specialist laborer classicication including jack
hammer, tamper, motorized tampers and compactors, street cleaning
machines, scafford builder, hydro demolition equipment, all types
of motorized fork lifts, riding motor buggy operator, conveyor
operator, Bobcat operator, mortar man, burners, nozzle men on
gunite work. Mortar men shall include all laborers engaged in any
mode of mixing aggregate by hand or mechanical means with the
exception of silo fed.
GROUP 2-Basic laborer's rate and includes all work not included
in GROUP 1 or GROUP 3.
GROUP 3-Laborers are laborers doing, janitorial-type light
clean-up work associated with the turnover of the project or part
of a project to the owner, and all flagman, watchman, firewatch
personnel, and those manning temporary heat of all types.

---

LABO0472B 03/01/2000
Rates Fringes
LABORERS [FREE AIR TUNNEL]:
GROUP 1 27.35 10.30+A
GROUP 2 23.95 10.30+A
GROUP 3 23.80 10.30+A
GROUP 4 23.30 10.30+A

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]
GROUP 1: Blasters
GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)
GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)
GROUP 4: All other top laborers

---

LABO0472E 03/01/2002
Rates Fringes
LABORERS HEAVY AND HIGHWAY CONSTRUCTION:
GROUP 1 24.55 11.20+A
GROUP 2 24.75 11.20+A
AM4-00900 16
GROUP 3 25.05 11.20+A
GROUP 4 25.25 11.20+A
GROUP 5 25.50 11.20+A
GROUP 6 29.05 11.20+A
GROUP 7a 27.55 11.20+A
GROUP 7b 25.55 11.20+A
FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY
GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and

tampers on cold patch work and wrapping and coating all pipe
Asphalt Laborers:
GROUP 2: Powder carriers and magazine tenders; signalmen
Asphalt Raker, & Asphalt Screedman
GROUP 3: Sewer pipe; laser men; conduit and duct line layers;
jackhammer; chipping hammers; pavement breakers; power
buggies; concrete cutters, asphalt cutters; sheet hammer
and tree cutter operators; sandblasting, cutting, burning,
Power Tool Operator, and such other power tools used to perform
work usually done manaully by laborers
GROUP 4: Wagon drill operator; timberman; drill master
GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle
man and stone cutter; Catch Basin or Inlet Builder Manhole
GROUP 6: Blaster
GROUP 7a:Hazardous waste laborer required to wear level
A,B, or C personal protection.
GROUP 7b:Certified laborer working a hazardous waste
removal project or site at a task requiring
hazardous waste related certification, but who
is not working in a zone requiring level
A.B. or C personal protection.

---

LABO0502B 05/01/2001
Rates Fringes
ESSEX COUNTY (City of East Orange, Twps of South Orange and
Maplewood, Cities of Orange and West Orange):
LABORERS:
0 Group 1 22.45 11.25
1 Group 2 21.95 11.25
2 Group 3 18.66 11.25
3
4 Group 1-Jack Hammers,Tampers,Motorized
5 Tampers and Compactors,Street Cleaning
AM4-00900 17
6 Machines,Scaffold Builder,Hydro Demolition
7 Equipment, all types of Motorized fork lifts
8 riding Motor Buggy operator,Conveyor operator,
9 Bobcat operator,Mortar Man,Burners, Nozzle man
0 on gunite work, Mortar Man shall include all
1 laborers engaged in any mode of mixing aggregate
2 by hand or mechanical means with the exception of
3 silo work.
4
5 Group 2-Basic laborer's rate and includes all work
6 not included in Group 1 or Group 3
7
8 2.Group 3-Laborers doing janitorial-type clean-up work

associated with the turnover of the project or part of a project to the owner.

------------------------------------------------------------

LABO0526C 05/01/2001

Rates Fringes

MORRIS COUNTY (Remainder):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator,

Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

------------------------------------------------------------

LABO0569B 05/01/2001

Rates Fringes

HUNTERDON AND WARREN COUNTIES:

AM4-00900 18

LABORERS BUILDING CONSTRUCTION:

CLASS A 22.45 11.25
CLASS B 21.95 11.25
CLASS C 18.66 11.25

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors,