Street Cleaning Machines, Scaffold Builder, Hydro
Demolition Equipment, All types of Motorized Fork Lifts,
Riding Motor Buggy Operator, Bobcat Operator, Mortar
Man, Burners, Nozzle Man on Gunite work.
CLASS B-All Laborers not listed in Class A or C.
CLASS C-Laborers doing Janitorial- type light clean up work
associated with the turnover of the project to the owner
All Flagman, and those manning tempory heat of all
types.
------------------------------------------------------------

LABO0694B 05/01/2001
Rates Fringes
ESSEX COUNTY (Montclair):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized
Tampers and Compactors,Street Cleaning
Machines,Scaffold Builder,Hydro Demolition
Equipment, all types of Motorized fork lifts
riding Motor Buggy operator,Conveyor operator,
Bobcat operator,Mortar Man,Burners, Nozzle man
on gunite work, Mortar Man shall include all
laborers engaged in any mode of mixing aggregate
by hand or mechanical means with the exception of

silo work.

Group 2-Basic laborer's rate and includes all work
not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work
associated with the turnover of the project or part of a
project to the owner.
------------------------------------------------------------

LABO0711B 05/01/2001
Rates Fringes
AM4-00900 19
MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham,
Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom,
Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools,

Whippany, Hanover Twp. and Long Valley):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

LABO0779B 05/01/2001

Rates Fringes

SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning

Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all

laborers engaged in any mode of mixing aggregate
AM4-00900 20
by hand or mechanical means with the exception of
silo work.

Group 2-Basic laborer's rate and includes all work
not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work
associated with the turnover of the project or part of a
project to the owner.

----------------------------------------------------------------

LABO0913B 05/01/2001
Rates Fringes
MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough,
Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver,
Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park
Borough, Butler, Kinnelon Borough, Pin Brook, Towaco,
Danville, Mountain Lakes, Pequannock, Pompton Plains,
Riverdale Borough Twps) AND SUSSEX COUNTIES

LABORERS BUILDING CONSTRUCTION:

Class A Laborer: 22.45 11.25
Class B Laborer: 21.95 11.25
Class C Laborer: 18.66 11.25

Class A Laborer:Jack Hammer,tamper, motorized tampers and
compactors, street cleaning machines, scaffold builder,
hydro demolition equipment, all types of motorized fork lifts,
bobcat operator, riding motor buggy operator, conveyor operator
mortar man (except silo feed operations), burners, & nozzle
man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

Class C Laborer:Laborers doing Janitorial type light clean up
work, associated with the turnover of the project to the owner
All Flagman, and those manning temporary heat of all types.

----------------------------------------------------------------

LABO1030A 04/01/2001
Rates Fringes
LABORERS: (The removal, abatement, enclosure and decontamination
of personal protective equipment, chemical protective clothing
and machinery relating to asbestos and/or toxic and hazardous

waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the

AM4-00900 21

labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).)

LABORERS 21.85 10.12

----------------------------------------------------------------

LABO1153B 05/01/2001

Rates Fringes

ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison):

LABORERS:

Group 1 22.45 11.25

Group 2 21.95 11.25

Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

PAIN0711D 05/01/2000
Rates Fringes
PAINTERS:
NEW:
Painters 28.75 2.55+27%
Paperhangers 28.75 2.55+27%
Spray,Sandblast,High Work 31.25 2.55+27%
Bridge 31.25 2.55+27%
REPAINT:
Painters 22.00 2.55+27%
AM4-00900 22
Spray,sandblast,High Work 24.00 2.55+27%
----------------------------------------------------------------

PAIN0711F 05/01/2000
Rates Fringes

GLAZIERS 28.75 10.30
GLAZIERS-HIGH WORK 29.75 10.30
----------------------------------------------------------------

PAIN0711J 08/01/1999
Rates Fringes
DRYWALL FINISHERS & TAPERS 28.25 11.23
----------------------------------------------------------------

PLAS0008M 11/01/2001
Rates Fringes
HUNTERDON,MIDDLESEX,& SOMERSET COUNTIES:

PLASTERERS 28.50 13.40
----------------------------------------------------------------

PLUM0009C 03/01/2002
Rates Fringes
AIR CONDITIONING & REFRIGERATION MECHANIC
Installation of refrigeration equipment for any type of building where the combined compressor tonnage does not exceed 5 tons, Installation of water-cooled air conditioning that does not exceed 10 tons (includes the piping of compenent system and the erection ofthe water tower), Installation of air-cooled air conditioning

that does not exceed 15 tons 25.16 9.24+A

FOOTNOTE:
A. Paid Holidays: New Year's Day, Washington's Birthday,
Memorial Day, Independence Labor Day, Thanksgiving Day,
Christmas Day, plus Washington's Birthday and Veterans Day.

---

PLUM0009H 07/01/2001
Rates Fringes
HUNTERDON (Remainder), MERCER,MIDDLESEX (Excluding
Dunellen,Borough, East Bound Brook,
Middlesex, New Market, Oak Tree, Piscataway Twp and South
Plainfield), AND SOMERSET (Remainder) COUNTIES

PLUMBERS & PIPEFITTERS 33.13 15.25
AM4-00900 23

---

PLUM0014B 05/01/2002
Rates Fringes
BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North
Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS
(From Mount Olive straight across Randolph down to the Essex
border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES

PLUMBERS 34.83 15.40

---

PLUM0024A 05/01/2002
Rates Fringes
Essex:

HUDSON (East Newark,Harrison,& Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner,
Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood,
Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood
Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton
Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner
East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin
Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton,
Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville,
Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne,
Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York,
Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount
Pleasant, North Salem, Muirshead, New Germantown, New Hampton,

Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp., Readington, Readington Twp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Mills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station Sunnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three Bridges, Treasure Island, Tumble, Union, Union Twp., Unionville Van Syckle, Warren Paper Mills, Wertsville, West End, West Portal White House, Whitehouse Station, Woodglen).

MIDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp., & South Plainfield only).

MORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, Chatham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, Crestmoore, Gillette, Harding Twp., Ironia, Logansville, Long Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

AM4-00900 24

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony,

Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony, Mansfield Twp., Montana, New Village, Oxford, Oxford Twp.,Pequest, Pleasant Valley, Port Colden, Port Murray, Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

PLUMBERS (Excludes Somerset- Bldg) 34.78 15.20.

----------------------------------------------------------------

PLUM0274B 05/01/2001

Rates Fringes

BERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN (Remainder) COUNTIES

PIPEFITTERS 32.91 15.72

----------------------------------------------------------------

PLUM0475B 05/01/2002

Rates Fringes

ESSEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens Corner, Allertown, Amsterdam, Annandale, Anthony, Baptistown, Bellewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale, Buttonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts

AM4-00900 25

Corner, East Amwell Twp, Evittstown, Fairmount, Farmersville, Franklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN (Phillipsburg Twp) COUNTIES

PIPEFITTERS 34.22 17.28

----------------------------------------------------------------

ROOF0004B 06/01/1996

Rates Fringes

ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES

ROOFERS:
Roofer, Composition,
Damp & Waterproofing,
Slate & Tile 24.22 11.75
----------------------------------------------------------------

ROOF0004D 11/27/1994
Rates Fringes
HUNTERDON COUNTY:

ROOFERS:
Shingle, slate and tile 14.25 3.02
All other work 21.95 6.53 + A

FOOTNOTE:
A. Employer contribution of $509.60 per month per
employee to Health and Welfare Funds.
----------------------------------------------------------------

ROOF0008F 07/01/2001
Rates Fringes
HUDSON COUNTY (Remainder)

ROOFERS:
Roofers, Composition, Damp and
Waterproofing 29.08 18.78
----------------------------------------------------------------

ROOF0010B 06/01/2002
Rates Fringes
AM4-00900 26
BERGEN AND PASSAIC COUNTIES

ROOFERS, COMPOSITION 30.25 10.30
----------------------------------------------------------------

SFNJ0669A 04/01/2002
Rates Fringes
HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES

SPRINKLER FITTERS 33.00 6.05
----------------------------------------------------------------

* SFNJ0696B 07/01/2002
Rates Fringes
BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old

Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES

SPRINKLER FITTER 38.70 10.50

----------------------------------------------------------------

SHEE0025C 06/01/2000

Rates Fringes

BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES

SHEET METAL WORKERS 26.92 16.12

----------------------------------------------------------------

SHEE0027A 06/01/2000

Rates Fringes

HUNTERDON & MIDDLESEX COUNTIES:

SHEET METAL WORKERS 31.00 15.38

----------------------------------------------------------------

SHEE0028D 06/01/1994

Rates Fringes

WARREN COUNTY

SHEET METAL WORKERS 19.42 7.41

----------------------------------------------------------------

TEAM0408B 05/01/1997

Rates Fringes

ESSEX, MORRIS, AND UNION (Remainder) COUNTIES

TRUCK DRIVERS:

AM4-00900 27

GROUP 1 24.45 7.01+A

GROUP 2 24.50 7.01+A

GROUP 3 24.60 7.01+A

GROUP 4 24.70 7.01+A

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional.

Paid Holidays: New Year's Day, Washington'd Birthday,

Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls. Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper,

fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top);

AM4-00900 28

water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer,

seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0469C 05/01/2000

Rates Fringes

HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES

TRUCK DRIVERS:

GROUP 1 26.35 11.835+A

GROUP 2 26.40 11.835+A

GROUP 3 26.50 11.835+A

GROUP 4 26.60 11.835+A

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.

$400.00 per year to Apprenticeship Training Fund.

$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks (entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse

AM4-00900 29

parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0560C 05/01/1997

Rates Fringes

BERGEN, HUDSON AND PASSAIC COUNTIES

TRUCK DRIVERS:

GROUP 1 24.45 8.08+A

GROUP 2 24.50 8.08+A

GROUP 3 24.60 8.08+A

GROUP 4 24.70 8.08+A

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday,

Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler,

road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with

AM4-00900 30

mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicle s, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be

AM4-00900 31

prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

## SECTION 00800 Special Contract Requirements Index

1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK
1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS
1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS
1.4 RECORD DRAWINGS
1.5 PHYSICAL DATA
1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE
1.7 CONSTRUCTION PROJECT SIGNS
1.8 SUBMISSION OF CLAIMS
1.9 SCHEDULING AND DETERMINATION OF PROGRESS
1.10 INSPECTION
1.11 NOTICE TO MARINERS
1.12 PROTECTION OF EXISTING STRUCTURES
1.13 BRIDGE-TO-BRIDGE COMMUNICATION
1.14 PERFORMANCE EVALUATION OF CONTRACTOR
1.15 FINAL EXAMINATION AND ACCEPTANCE
1.16 FUEL USAGE
1.17 OIL TRANSFER OPERATION
1.18 CERF IMPLEMENTATION
1.19 ENVIRONMENTAL LITIGATION
1.20 SIGNAL LIGHTS
1.21 LABOR – ADDITIONAL REQUIREMENTS
1.22 CONTINUING CONTRACT
1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION
1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS
1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER
1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL
1.27 PLANT
1.28 STATE/LOCAL INCOME TAXES
1.29 THE SEAGOING BARGE ACT
1.30 TIME EXTENSIONS
1.31 SUPERINTENDENCE OF SUBCONTRACTORS
1.32 INSURANCE PROCURED BY CONTRACTOR
1.33 FIELD OFFICE
1.34 PRICING ADJUSTMENTS
1.35 PERFORMANCE OF WORK BY THE CONTRACTOR
1.36 PARTNERSHIP IMPLEMENTATION PLAN
1.37 PRECONSTRUCTION CONFERENCE
1.38 MISPLACED MATERIAL
1.39 CHANGE OF DISPOSAL FACILITY
1.40 NOTES ON ESTIMATED ROCK ELEVATIONS
1.41 CONTRACTOR DIVING OPERATIONS
1.42 FACILITIES
1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS
1.44 QUANTITY SURVEYS
1.45 ALTERNATE DIPOSAL SITE COMPLIANCE.Port Jersey Channel, Contract 1 PJCC1

## SPECIAL CONTRACT REQUIREMENTS

**1.1 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK**

a. The Contractor shall (i) commence work under this contract within five (5) calendar days after the date the Contractor receives the initial Notice to Proceed, (ii) prosecute the work diligently, and (iii) complete the entire the entire work associated with the dredging and disposal of excavated materials ready for use not later than 300 calendar days form the date the Contractor receives the Notice to Proceed. The completion date shall include final cleanup of the premises including project site and field office area. The Contractor shall submit a written Accident Prevention Plan with the copy of Certificates of Inspection of floating plant and scows for review and approval within fifteen (15) calendar days from the date of award of the contract.

b. Location: The site of work is locate at the **Port Jersey Channel, Bayonne, New Jersey.**

c. The Contractor shall furnish all labor, materials, equipment, and services (except those furnished by the Government) for the following work: Dredging and disposal of non-rock material to a depth of **43 feet below MLW.**

d. All work shall be in accordance with the drawings and specifications or instructions attached hereto and made a part thereof, or to be furnished hereafter by the Contracting Officer and subject in every detail to his supervision, direction and instructions (DoD FAR Supplement 52.236-7014)

e. All vessel traffic will be prohibited from entering the area where dredging non-rock removal is being conducted. Enforcement of these traffic restrictions is the responsibility of the United States Coast Guard. The Contractor shall immediately report any violations to the Coast Guard and the Contracting Officer, noting the offending vessel's name and description, time of occurrence, destination (if known), and direction of travel. The Contractor will buoy or mark the entire perimeter of the area for the entire duration of his work therein; work may not begin in the area until the Contracting Officer and Coast Guard have inspected and approved the Contractor's marking system. Buoys or markings must be lit and visible at night. Buoys or markings shall be removed only after work within the marked area is completed and accepted.

f. Magnitude of Construction Project: The estimated value of the proposed work is between $15 million and $35 million.

**1.2 EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS (1984 APR)**

Notwithstanding the clause of this contract entitled "Subcontracts", the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from 00800 - 1.Port Jersey Channel, Contract 1 PJCC1
the Contracting Officer a clearance that the proposed subcontractor is in compliance with the equal opportunity requirements and therefore is eligible for award. (FAR 52.222-28)

**1.3 CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (52.236-7001)**

See contract clause entitled CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS in Section 00700 CONTRACT CLAUSES. For a listing of Contract Drawings refer to the "General Plan and Index to Drawings" on drawing **CC-PJC-201.**

**1.4 RECORD DRAWINGS**

**a. General: The Contractor will maintain up to date as-built drawings during the construction period and will submit final record drawings at the completion of individual facilities. The Government will provide to the Contractor the CAD (Computer-Aided Drafting) files consisting of compact (computer) disks or magnetic media of the drawing files in the appropriate CAD format (e.g. "Microstation", "Autocad", etc.) for the project. The Contractor is required to make prints or mylars from the CAD files and continuously**

maintain the drawings to show current as-built conditions for the duration of the construction. Except for updates as indicated below, the Contractor may maintain as-built drawings by marking up drawings by hand or by CAD methods. Scanned drawings will not be acceptable. If the Government cannot provide CAD files for the project drawings, mylar(reproducible) drawings will be provided. The Contractor will then be required to comply with all requirements indicated herein by the use of hand drafting.

b. Progress As-built Prints: During construction, the Contractor is responsible for maintaining up date one set of paper prints to show as-built construction conditions. These as-built prints shall be kept current and available on the job site at all times. All changes from the contract plans which are made in the work or additional information which might be uncovered in the course of construction shall be accordingly and neatly recorded as they occur by means of details and notes. The as-built prints will be jointly inspected for accuracy and completeness by the Contracting Officer's representative and a responsible representative of the Contractor prior to submission of each monthly pay estimate. The prints shall show the following information, but not limited thereto:

(1) The location and description of any bridges, utility lines, or any other structures within the construction area. The location includes dimensions to permanent features.

(2) The location and dimensions of any changes with the channels.

(3) Correct grade or alignment of channels, structures or utilities if any changes were made from the contract plans.

(4) Correct elevations if changes were made in channel depths

(5) All changes, which result from contract modifications.

(6) Where contract drawings or specifications allow options, only the option selected for construction shall be shown on the as-built prints.

(7) All amendments to the contract drawings issued during the solicitation period shall be posted on the as-built drawings.

c. Protection of Records: The Contractor shall be responsible for the protection and safety of mylars and CAD record until returned to the Contracting Officer. Any drawings damaged or lost by the Contractor shall be satisfactorily replaced by the Contractor at his expense.

d. 50% As-Built Update: At the 50% point in construction of this project )(as determined by progresses payments) the Contractor will update the CAD files of the project drawings in the appropriate CAD program to show as-built conditions as above, and submit an updated computer disk and one set of prints to the Contracting Officer for approval. If the mylars only are provided to the Contractor, they shall be updated at this stage using hand-drafting as specified herein, and the Contractor shall submit one set of prints to the Contracting Officer for approval. Any required corrections will be made by the Contractor before payment will be approved for this item. The Contractor must use updated CAD record or mylar drawings to produce required prints.

e. Preliminary Record Drawing Submittal: At least thirty (30) calendar days before the anticipated date of final acceptance inspection the Contractor shall deliver two copies of progress prints showing final as-built conditions to the Contracting Officer for review and approval. These as-built prints shall correctly show all features of the projects as it has been constructed, adding such additional drawings as may be necessary. They shall be printed from the CAD files updated in the appropriate CAD program, or from updated mylars if mylars only were provided to the Contractor. Within ten (10)days, the Government will

provide the Contractor one set of prints indicating required corrections to the preliminary submittal. The Contractor will correct and resubmit within five days. Any required subsequent review and resubmission periods will each be accomplished within 5 days. Upon Government approval of the preliminary submittal, the Contractor will prepare final record drawings.

**f. Record Drawing Submission: In the appropriate CAD program each drawing shall be marked with the words "RECORD DRAWING AS-BUILT" followed by the name of the Contractor in lettering at least 3/16" high. All revision to the original contract drawings will be dated in the revision block. All prints and mylars must be reproduced from the updated CAD files. If mylars only were provided to the Contractor, they shall be hand-lettered or stamped as indicated above, and revisions shown in revision block. A minimum of 5 calendar days before the anticipated date of final acceptance inspection of the project the Contractor shall deliver to the Contracting Officer.**

**Three (3) CD's of CAD files of Record Drawings.**

**One (1) set of Mylar Record Drawings.**

**One (1) copy of prints of Record drawings.**

**Failure to make an acceptable submission of Record Drawings will delay the Final Acceptance Inspection for the project and shall be cause for withholding any payment due the Contractor under this contract.**

**g. Property: All paper prints, reproducible drawings and CAD files will become property of the Government upon final approval. Approval and acceptance of the final record drawings shall be accomplished before final payment is made to the Contractor.**

**h. Payment: No separate payment will be made for the as-built and record drawings or updating of CAD files required under this contract, and all costs in connection therewith shall be considered a subsidiary obligation of the Contractor.**

**1.5 PHYSICAL DATA (1984 APR) (FAR 52.236-4)**

Information and data furnished or referred to below are furnished for the Contractor's information. However, it is expressly understood that the Government will not be responsible for any interpretation or conclusion drawn therefrom by the Contractor.

(1) The physical conditions indicated on the drawings and in the specifications are the results of site investigations by hydrographic surveys and individual inspections.

(2) The plane of reference mean low water (MLW) as established by National Geodetic Vertical Datum (1929 Adjustment), or NGVD29 will be used on the drawings and in these specifications. The plane of reference mean lower low water (MLLW)as established by National Oceanic Atmospheres Administration (NOAA) is not the same as NGVD and shall not be used for this project.

(3) Weather Conditions: The site of the work is not exposed to direct offshore wind, ocean wave and swell action. However, the Contractor's dredging and transportation operations may be affected by offshore conditions. It is the Contractor's responsibility to obtain and analyze available information concerning offshore conditions and its potential effect on his operations. See paragraph 1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER for adverse weather delays at the project site.

a. Fog: An examination of the records of the U.S. Weather Service at Newark International Airport, New Jersey, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog occurred in any recent year was 18 in 1982.

(4) Climatological data determined from records of the U.S. Weather Service Bureau at Newark Airport, N.J.:

Mean Annual Temperature: 54.1 degrees F

Mean Annual Precipitation: 43.0 inches

(5) Tides: The following is the tidal range near the project area:
00800 - 4.Port Jersey Channel, Contract 1 PJCC1
Port Newark Terminal - mean range 5.1 feet
- mean range spring 6.1 feet
The Battery - mean range 4.6 feet
- mean range spring 5.5 feet
Irregular fluctuations due to wind and atmospheric pressure have resulted in tide stages at The Battery from 3.8 feet below MLW to 10.6 feet above MHW.
(6) Permit Structures: There is a 12" sewer crossing the channel within the project area.
(7) Channel Traffic: Vessel traffic in the project waterway consists of seagoing bulk and general cargo freighters, tankers, container ships, auto carriers and miscellaneous small craft. Vessel traffic may cause delays to the work under these specifications.
(8) Other Work in the Area: There will be dredging contracts adjoining this area. It is the Government's intent, subject to funding, to award subsequent dredging contracts adjacent to the present contract area. The Contractor should expect some scheduling conflicts.
(9) Obstruction of Channel: The Government will not undertake to keep the channel free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the Secretary of the Army in accordance with the provisions of Section 7 of the River and Harbor Act approved August 8, 1917. The Contractor will be required to conduct the work in such a manner as to obstruct navigation as little as possible, except as herein before specified, and in case the Contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such passage. Upon completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore. The channel must be kept open to vessel traffic at all times except as permitted by the Contracting Officer. It should be noted that navigational safety takes precedence over dredging operations.
(10) Transportation Facilities: **NJ State Route 440 and local streets in Bayonne, New Jersey and Staten Island, New York** serve the locality of the proposed work. All costs for the use of existing transportation facilities, and for maintenance, repair, removal and restoration shall be borne by the Contractor.
(11) Winds and Waves: Wind and wave climate in the New York Bight area, based upon hourly data obtained from NOAA National Data Buoy Center (NDBC) observation at Station Ambrose Light (ALSN6) for the period 1990-1995 is provided below.
00800 - 5.Port Jersey Channel, Contract 1 PJCC1

| Month | Average Wind Speed (mph) | Maximum 1 hr avg Wind Speed (mph) | %Time Winds over 25 mph | Average Signif. Wave Ht. (ft.) | Maximum Signif. Wave Ht. (ft.) | %Time Waves Over 6 ft. | Average # Occurrences over 6 ft |
|---|---|---|---|---|---|---|---|
| January | 19.4 | 51.7 | 26.3 | 3.3 | 15.7 | 8.7 | 3.0 |
| February | 19.7 | 51.8 | 28.1 | 3.2 | 11.8 | 7.9 | 2.8 |
| March | 18.8 | 70.8 | 24.6 | 3.4 | 19.7 | 9.0 | 3.4 |
| April | 17.7 | 47.5 | 18.9 | 3.1 | 9.1 | 3.7 | 2.2 |
| May | 16.1 | 40.7 | 13.4 | 2.9 | 9.5 | 2.6 | 1.4 |
| June | 15.8 | 43.6 | 12.4 | 2.6 | 9.5 | 0.9 | 0.6 |
| July | 14.3 | 39.4 | 5.2 | 2.5 | 9.2 | 0.5 | 1.0 |
| August | 14.3 | 51.1 | 7.6 | 2.8 | 7.5 | 4.2 | 1.7 |
| September | 15.5 | 48.9 | 9.3 | 2.9 | 9.2 | 2.7 | 1.8 |
| October | 17.0 | 46.6 | 17.4 | 3.0 | 11.5 | 5.6 | 3.0 |
| November | 19.3 | 59.6 | 25.2 | 3.1 | 15.4 | 7.0 | 2.3 |
| December | 20.2 | 80.0 | 29.3 | 3.4 | 23.9 | 10.7 | 2.8 |

Annual 17.3 80.0 18.2 3.0 23.9 5.4 26
Weather conditions exceeding in severity the fog conditions stated above, wind speeds exceeding the percentage shown for % winds over 25 mph, or wave heights exceeding 6 feet in height for more than one hour, will be considered "Unusually Severe" if delays are caused thereby to operations for more than 50% of the day under this contract.

**1.6 EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE_(EFARS 52.2/9108(f))**

a. Allowable cost for construction and marine plant and equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the Contractor's accounting records. When both ownership and operating costs cannot be determined from the Contractor's accounting records, equipment costs shall be based upon the applicable provisions of EP 1110-1-8*,"Construction Equipment Ownership and Operating Expense Schedule," Region

1. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply.
(* This manual can be ordered from the Government Printing Office by calling Tel. No. (202) 783-3238. There is a charge for the manual.)

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-lease-back arrangements will be determined using the schedule except the rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment cost are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on standard form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the Contractor grants to the Contracting Officer or an authorized representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current.

**1.7 CONSTRUCTION PROJECT SIGNS**

a. The Contractor shall construct five (5) signs; four for project identification, and one to show on-the-job safety performance. These signs will be placed at the Contracting Officer's direction within 15 calendar days after the Contractor receives the initial Notice to Proceed.

b. Exact placement location will be designated by the Contracting Officer.

c. Panels are fabricated using HDO (High Density Overlay) plywood with dimensional lumber uprights and bracing. The sign faces are non-reflective vinyl.

d. All legends are to be die-cut or computer-cut in the sizes and type-faces specified and applied to the white panel background following the graphic formats shown on the attached sheets. The Communications Red panel on the left side of the construction project sign with Corps signature (reverse version) is screen printed onto the white background.

e. Samples of the signs are included at the end of this section. The

project names on the sample signs are only provided to illustrate format. The actual signs will include the name of this project. The precise wording shall be provided by the Contracting Officer's Representative.

f. No separate payment will be made for erecting and maintaining the signs and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the signs from the project site.

**1.8 SUBMISSION OF CLAIMS**

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. claims referencing or mentioning the Contracting Disputes Act of 1978

b. requests for a written decision by the Contracting Officer

00800 - 7.Port Jersey Channel, Contract 1 PJCC1

c. claims certified in accordance with the Contract Disputes Act of 1978 A copy of the requests shall also be provided to the authorized Contracting Officer's Representative (COR) for action and so other Government representative is authorized to accept such requests. The Contractor shall also provide the Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized Representative of the Contracting Officer and which have not been resolved after 90 days.

**1.9 SCHEDULING AND DETERMINATION OF PROGRESS**

Pursuant to the Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS in Section 00700, the Contractor shall prepare and submit for approval a practicable project schedule. The type of schedule and detailed requirements as well as timing of this submittal shall be as specified in specification section "Project Schedule".

This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified schedule for approval by the Contracting Officer. The terms of Contract Clause SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved progress chart, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met. Neither on this chart nor on the periodic charts which the Contractor is required to prepare and submit, as described in paragraph SCHEDULES FOR CONSTRUCTION CONTRACTS of the Contract Clauses, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction pursuant to Contract Clause PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS, in Section 00700. The making of such an allowance will be contingent upon a determination by the Contracting Officer that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

**1.10 INSPECTION (1965 APR OCE)**

The inspectors, the Contracting Officer's Representative at the site of the work have certain direct and indirect authority to assure that the work is being performed in compliance with the plans and specifications, will direct the maintenance of the gauges, ranges, location marks and limit marks in proper order and position. The presence or absence of an inspector shall not relieve the Contractor of responsibility for the proper execution of the work in accordance with the specifications. The Contractor will be required:

(a) To furnish, at the request of the Contracting Officer or any inspector, the use of such boats, boatmen, laborers, and material forming a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work.
However, the Contractor will not be required to furnish such facilities for the surveys, prescribed in the clause entitled "Final Examination and Acceptance."
(b) To furnish, at the request of the Contracting Officer or any inspector, suitable transportation from all points on shore designated by the Contracting Officer to and from the various pieces of plant, and to and from the disposal sites. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer, and the cost thereof will be deducted from any amounts due or to become due the Contractor.

**1.11 NOTICE TO MARINERS**

The Contractor shall, prior to commencement of work, notify the 1st Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in a "Notice to Mariners." The Contractor shall also coordinate all dredging and transportation activities with the U.s.
Coast Guard Activities New York, Vessel Traffic Service Branch at 718-354-4191 or facsimile 718-354-4096. This notification must be given at least three (3) weeks in advance so that it appears in the "Notice to Mariners" at least one week prior to the commencement of the dredging operation.

**1.12 PROTECTION OF EXISTING STRUCTURES**

All existing structures, piers, bulkheads, utility lines, ships, etc. shown on the drawings or the existence and location of which are made known to the Contractor prior to beginning of work shall be protected from damage unless they are to be removed. In the event of damage as a result of the Contractor's operations, the Contractor shall be responsible for the repair, restoration, or for all costs of damage resulting therefrom. If the Contractor elects to have alterations made to any existing structure, utility, or other improvements for his convenience, he shall make arrangements with the owner of the facility for such alterations and the arrangements made shall be approved by the Contracting Officer.

**1.13 BRIDGE-TO-BRIDGE COMMUNICATION**

In order that radio contact may be made with passing vessels, all major vessels and plant, engaged in work under this contract shall be equipped with bridge-to-bridge radio telephone equipment. The radio telephone equipment shall operate on a single channel very high frequency (VHF), on a frequency of 156.65 MHZ, Channel 13 with low power output having a communication range of approximately ten (10) miles. The frequency has been approved by the Federal Communications Commission.

**1.14 PERFORMANCE EVALUATION OF CONTRACTOR (1985 JAN HQ USACE)**

00800 - 9.Port Jersey Channel, Contract 1 PJCC1

a. As a minimum, the Contractor's performance will be evaluated upon final acceptance of the work. However, interim evaluations may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be SF 1421, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor will be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be made a part of the official record. Performance Evaluation Reports will be available to all DoD

contracting offices for their future use in determining Contractor responsibility, in compliance with DFARS 36.201(c)(1).

**1.15 FINAL EXAMINATION AND ACCEPTANCE (1965 APR OCE)**

As soon as practicable after the completion of an entire acceptance area, a final examination of the work will be conducted by the Contracting Officer, at the cost and expense of the Government by acoustic sweep survey system. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination, the Contractor will be required to remove same. The Contractor, or his authorized representative, will be notified when soundings or sweepings are to be made, and will be permitted to accompany the survey party. The Government shall notify the Contractor of the findings of survey within ten (10) calendar days from the date the survey was performed by the Government. When the area is found to be in a satisfactory condition, it will be accepted. Should more than two sounding or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping, the cost of such third and any subsequent sounding or sweeping operations will be charged against the Contractor at the rate of **$4,125.00** per day for each day in which the Government plant is engaged in sounding or sweeping and/or is en route to or from the site or held at or near the site for such operations. **For purposes of this Contract, the contract area within the contract limits as defined on the drawings has been identified as an acceptance area.** Progress payment shall be arranged at the pre-construction conference. The Contractor shall perform pre-final hydrographic sweep surveys of an entire acceptance area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multitrack or multibeam survey system to insure 100% coverage of the entire acceptance area. The proposed method for performing these surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EC 1130-2-210, HYDROGRAPHIC SURVEYING, 1 October 1998 for Class I surveys.

**1.16 FUEL USAGE**

The Contractor shall furnish the Contracting Officer a report, to be received on or before the last day of the calendar month, listing the



totals of fuels consumed by the dredging plant and support vessels. The report shall list quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

**1.17 OIL TRANSFER OPERATIONS (NAP-1/81)**

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, and municipal laws, codes and regulations. Particular attention is invited to 33 CFR Subchapter O, "Pollution." The Contractor shall incorporate in the accident prevention program, submitted in compliance with contract clause ACCIDENT PREVENTION in Section 00700, sufficient information to demonstrate that all fuel transfers will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations.

**1.18 CERF IMPLEMENTATION (83 JUN 1 OCE)(EFARS 52.2-9112)**

NOT USED.

**1.19 ENVIRONMENTAL LITIGATION (1974 NOV OCE)(ECI 7-671.10)**

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the

Contractor or a Subcontractor at any tier other than those required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the "Suspension of Work" clause in Section 00700 of this contract. The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.
b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

**1.20 SIGNAL LIGHTS (FEB 1983)(DEAN-PRP Ind 12 Sep 83)**

The Contractor shall display lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipe lines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other



vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CFR 81 App. A-72 COLREGS. Part C), vessels in inland waters (33 CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70), as applicable.

**1.21 LABOR - ADDITIONAL REQUIREMENTS**

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD Form 879. Statement of Compliance, and attached to each weekly payroll.

**1.22 CONTINUING CONTRACT (Alternate) (1995 MAR)(EFARS)**

a. Funds are not available at the inception of this contract to cover the entire contract price. The sum of **$3,000,000** has been reserved for this contract and is available for payment to the contractor during the current fiscal year. It is expected that Congress will make appropriations for future fiscal years from which additional funds, together with funds provided by the nonfederal project sponsor will be reserved for this contract. The liability of the United States for payments beyond the funds reserved for this contract is contingent on the reservation of additional funds.
b. Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not be considered a breach of this contract, and shall not entitle the Contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (e) and (h) below.
c. The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The Contracting Officer will promptly notify the Contractor of any additional funds reserved for the contract by issuing an administrative modification to the contract.
d. If earnings will be such that funds reserved for the contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under this contract during that fiscal year. This notice shall be given not less than 45 nor more than 60 days prior to the estimated date of exhaustion.
e. No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. If and when

sufficient additional funds are reserved, the Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of this contract and would have been made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, as in effect on the first day of the delay in such payment.

f. Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the contractor to any price adjustment under a "Suspension of Work" or similar clause or in any other manner under this contract.

g. An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

h. If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the Contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having been terminated. Such a termination shall be at no cost to the Government, except that, to the extent that additional funds to make payment therefore are allocated to this contract, it may be treated as a termination for the convenience of the Government.

i. If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the Contractor because of work performed and to be performed under this contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

j. The term "Reservation" means monies that have been set aside and made available for payments under this contract.

**1.23 VERIFICATION OF SMALL BUSINESS UTILIZATION**

a. This clause is applicable to small business concerns whose contracts exceed $1,000,000.

b. In accordance with the clause at FAR 52.219-8, entitled UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS, in effect on the date of this contract, the Contracting Officer may survey the extent of small and small disadvantaged business utilization under this contract. The Contractor may be required to report to the Contracting Officer statistical data on the number and dollar amounts of subcontracting awards with small businesses and small disadvantaged businesses.

c. As appropriate, the Contracting Officer may require one or more follow-up reports to the initial report.

d. The Contractor agrees to insert this clause in any subcontract that may exceed $1,000,000, including this subparagraph d.

**1.24 PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS**

In addition to the requirements contained in the Contract Clause entitled "PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS" in Section 00700 and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the Contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The schedule of values (or prices)shall consist of a detail breakdown of the contract price, giving quantities

breakdown for each of the various kinds of work (rock and non-rock materials), unit prices, and extended prices therefor. The required schedule shall be based on the actual breakdown of the bid price. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the Contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the Contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The Contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in subparagraph (c). For purposes of payment a "proper invoice" is defined as the follows:

1. An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and associated costs.

2. A properly completed Eng Form 93 and 93a (where required).

3. All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedule, updated submittal registers, etc.

4. The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship.

I hereby certify, to the best of my knowledge and belief, that -

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of chapter 39



of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts which the prime contract intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontractor.

(4) All required prime and subcontractor payrolls have been submitted.

________________________________
(Name)

________________________________
(Title)

________________________________
(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submission and the Contractor shall be so notified at the pre-dredging conference. In addition to the designated Project Engineer, the Contractor shall at the same time submit one copy of the detailed breakdown and the Eng Form 93 and 93a Form to the Area Engineer.

d. The Government representative shall return any request for payment which is deemed defective within 7 days of receipt and shall specify the defects. If the defect concerns a disagreement as to the amount of work performed and/or the amount of the payment being submitted, the Government and the Contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the Contractor shall submit a new breakdown

and Eng Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause, PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS and process the payment accordingly. In this event, a "proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the Contractor in accordance with the following time frames:

1. Progress Payments - From the date a "proper invoice" is received, in accordance with subparagraphs b and d of this clause, the Government will issue a check within 14 calendar days.

2. Reduction in Retainage Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 14 calendar days after the approval of the release to the Contractor by the Contracting Officer or his authorized representative.

00800 - 15.Port Jersey Channel, Contract 1 PJCC1

3. Final Payment. A final payment request shall not be considered valid until the Contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the Contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 14 days from the date of acceptance of the project by the Contracting Officer.

g. The Contractor is required to perform monthly progress payment surveys as permitted by the Contracting Officer. Surveys shall be in accordance with EC 1130-2-210, Hydrographic Surveying, 1 Oct 1998, for Class I Surveys. The method(s) to measure material dredged shall be established at the pre-construction conference or some other time as directed by the Contracting Officer's Representative. Survey quantity calculations shall be based upon the average end area method or triangulated irregular network systems (TINS) method. Progress payments on estimates of work accomplished for **Bid Item Nos. 0001AC and 0003AC** shall be 90 percent of the line item amount dredged until the area is surveyed and accepted by the Government. The Contractor's proposed method for performing progress surveys and all equipment and computer programs shall be submitted for approval. Progress surveys shall be performed with digital depth sounders, heave compensators and appropriate survey data processing programs. Bar checks and calibrations shall be performed at the beginning and conclusion of all progress payment surveys.

**1.25 TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER**

1. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the contract clause entitled "DEFAULT: (FIXED PRICE CONSTRUCTION)". In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied:

a. The weather experienced at the contract site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

b. The unusually severe weather must actually cause a delay to the completion of the project. The delay must be beyond the control and without the fault or negligence of the Contractor.

2. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must

reflect these anticipated adverse weather delays in all weather dependent activities.
Station Location: Newark, N.J.
MONTHLY ANTICIPATED ADVERSE WEATHER DELAY
WORK DAYS BASED ON (5) DAY WORK WEEK
00800 - 16.Port Jersey Channel, Contract 1 PJCC1

| JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (7) | (6) | (7) | (5) | (6) | (5) | (6) | (5) | (5) | (4) | (4) | (6) |

3. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally cheduled work. Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days. If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph 2, above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the contract clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15) (31 Oct 89)

**1.26 SAFETY AND HEALTH REQUIREMENTS MANUAL**

The Contractor is advised that the latest edition of the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, as referenced in the Accident Prevention Clause of the CONTRACT CLAUSES in Section 00700, is dated 3 September 1996. The Contractor shall review the latest changes and all interim changes (changes made between publication of new editions) to the U.S. Army Corps of Engineers Safety and Health Requirements Manual, EM 385-1-1, will be posted on the Headquarters Website. The date that it is posted will become the official effective date of the change. Contractors shall comply with the latest version of EM 385-1-1 that is in effect on the date of the solicitation. The website location where these changes can be found is under the button entitled, "Changes to EM", located at:
http://www.hq.usace.army.mil/soh/hqusace_soh.htm. Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The following interim policy guidance is provided for EM 385-1-1, paragraphs 01.C.04 a & b currently written as:
"Operators shall not be permitted to operate beyond the following

limits:
(a) Operators of hoisting equipment, mobile construction equipment and draglines shall not be permitted to exceed 10 hours of **duty time** in any 24-hour period, including time worked at another occupation, without an interval of eight consecutive hours of rest.
(b) Operators of other equipment and motor vehicles, while **on duty**, shall not operate equipment or vehicles for a **continuous period** of more than 10 hours in any 24-hour period without at least eight consecutive hours of **rest**; nor shall any employees, while **on duty**, operate any vehicles after being in a **duty status** for more than 12 hours during any 24-hour period without at least eight consecutive hours of rest. **Variation in these requirements requires documented approval of the designated authority and notification of the Command's Safety and Occupational Health Office.**"
2) Definitions for terms highlighted in bold and underlined type above are defined as:
Duty Time, On duty & Duty Status: those hours for which the employee is being monetarily compensated.
Continuous Period: those hours for which employee works uninterrupted, except for meal periods and breaks, at one or more specific tasks during time.
Rest (period): time period free of all restraint or duty for and free of all responsibility for work or duty.
Designated Authority: the senior person in charge or his/her appointed representative for the operation being considered. (Resident Engineer/Project Manager/Operations manager, etc.)
Command Safety and Occupational Health Office: the District Safety and Occupational Health Office having jurisdiction over the work being conducted.
Activity Hazard Analysis: a tool used to document a process by which the steps (procedures) required to accomplished a work activity are outlined, the actual or potential hazards of each step are identified, and measures for the elimination or control of those hazards are developed. Qualified Person: one who, by possession of a recognized degree, certificate, or professional standing, or extensive knowledge, training, and experience, has successfully demonstrated his or her ability to solve or resolve problems related to the subject matter, the work, or the project.
3) The designated authority may issue a variance to paragraphs 01.C.04 a or b. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

4) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A,B,& C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

**1.27 PLANT**

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply.

**1.28 STATE/LOCAL INCOME TAXES**

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

**1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3),(32); 3301(4),(6); 3302 (c)(2); 3305(a),(a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)**

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

**1.30 TIME EXTENSIONS: (APR 1984)**

Notwithstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

**1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)**

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

**1.32 INSURANCE**

**PROCURED BY THE CONTRACTOR**

a. At the Government's option, to be exercised in writing no later than 120 days after contract award, the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

(1) Commercial General Liability Insurance in limits of not less than Three Million Dollars ($3,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage, including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards with a

contractual liability endorsement covering the risks assumed and indemnification given by the Port Authority under the Project Cooperation Agreement for the 41(Required depth of 43 ft below MLW) Foot Port Jersey Channel Deepening Project. A copy of such Agreement shall be furnished to the insurance underwriter.
(2) Automobile Liability Insurance covering owned, non-owned, and hired auto with a limit of not less than $3,000,000 per accident.
(3) Maritime Protection and Indemnity Insurance in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including coverage for Masters and members of crews.
(4) Environmental Liability Insurance in limits of not less than One Million Dollars ($1,000,000) combined single limit per occurrence for
00800 - 20.Port Jersey Channel, Contract 1 PJCC1
bodily injury, death, and property damage.
b. The policies described in 1, 2, 3 and 4 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") and the State of New Jersey as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management, The Port Authority Technical Center, 241 Erie Street, Jersey City, NJ 07310 (Attention: Risk Management, Room #301). Moreover, the Commercial Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy. The policies described in 1, 2, 3 and 4 above shall include cross-liability coverage.
c. Further, the liability policies shall be specifically endorsed to prohibit the insurance carrier from raising any defense involving in any way jurisdiction of the Tribunal, immunity of the Port Authority, governmental nature of the Port Authority or the provisions of any statutes respecting suits against the Port Authority without obtaining written expressed advance permission from the General Counsel of the Port Authority.
d. The Contractor shall take out and maintain Workers Compensation Insurance (including an all-states endorsement) in accordance with requirements of law. The policy shall include the United States Long shoremen and Harbor Workers Compensation Act Endorsement.
e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish to the Contracting Officer a certificate or statement of the above required insurance prior to the commencement of work under this contract. The policies evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority and the State in such insurance shall not be effective or such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority. The Contracting Officer shall have the right, upon written notice, to receive certified copies of the policies required hereunder.
f. Prior to exercise of the option provided for in this Section, the Contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Payment items for insurance premium procured by the Contractor under this Paragraph shall be made at contract lump sum price listed in the Bidding Schedule No. 0002 and 0004. Additional Cost for Optional Insurance, if the optional item is awarded.

**1.33 FIELD OFFICE**

a. The contractor shall furnish the following new equipment to the existing Government Office Trailer facilities located at Caven Point, NJ for use of the Contracting Officer.

* Four (4) cellular mobile phones (latest model) and monthly bills associated with the cellular phones are to be paid by the Contractor.
* Three (3) 2-line telephones with extension and intercom connection, a separate cordless station phones 900 MHz (2)line (Total 12 Units). Installation and phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for the telephone service and instruments as follows:
* 7 separate phone lines with 12 instruments and wall jacks for voice communication.
* One (1) five line digital telephone answering machine with remote answering and access capability and voice time/day stamp.
* Four (4) 4-drawer, legal size lockable filing cabinets.
* Two (2) Shelf set, four shelves high x 12 inches deep x 3 feet long, (attachable to wall).
* One (1) Plain paper telefax machine with a dedicated telephone line and an adequate supply of paper. The supply of telefax paper shall be replenished by the Contractor as required by the Contracting Officer.
* Four (4) IBM compatible personal computers Pentium IV 1 GHz or better with computer desk with printer stand, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:
* Computers shall be connected to a high speed internet connection with a bandwidth of at least 512 kbps DSL'cable network connection.
* Four (4) computer printers: HP Deskjet 1120C or Equal
* High-speed cache memory controller with 512 KB L2 PIPELINE BURST CACHE
* 1 GHz SYSTEM BUS
* 500 MB SDRAM or more
* (1) 3.5" 1.44 MB diskette drives with hard drive controller
* 20 GB hard drive with access time of 9 ms
* Multi I/O card
* 7 expansion slots
* Sound Card W/ SPEAKERS
* Enhanced 101 keyboard
* DOS 6.22 or higher
* 6 outlet surge protectors
* 17" SVGA high-resolution flat panel display screen color monitor with refresh rate 75 Hertz or better
* Diamond Viper V770D Video Card or better
* DVD ROM and CD writer
* 10/100 MB 3 COM Net Card with RJ45 connector (Network Connection)
* 8 MB SVGA color graphics card minimum 100MHz
* Provide paper supplies, ink cartridges, toners, etc., and maintenance as necessary for all office equipment.
* Original DOS manual and disks installed
* 3 button Mouse w/ pad

00800 - 22.Port Jersey Channel, Contract 1 PJCC1

* Modem 56000 Baud v90
* Voice recognition software with 95% accuracy.
* Software 95% Scan OCR Accuracy
* CD ROM (DVD 40x/Speed) (INTERNAL)
* CD 2X6R/W (READ/WRITE CD) W/ 20 DISKS (INTERNAL)

* 100mb ZIP drive or equal, which will accept 100mb ZIP disks (internal)
* WINDOWS 2000 or Windows (latest version)
* Primavera for windows including all original disks and manuals or equivalent
* 8 Microsoft Office 2000 Professional including MS Word and Excel or latest version
* Anti-Virus software 2 types
* Communication Software
* Microstation software
* All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks and manuals as installed
* Computer must be completely set up with DOS and the above software operable. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have ABOUT ANY PROGRAM.
* ALL REQUIRED CABLES CONNECTORS AND WIRING TO CREATE THE COMPUTER NETWORK AND HARDWARE.

The following new equipment shall also be provided:

* One (1) 19" Color TV
* A weather station at the PJ Project Office to electronically record wind speed, direction and rainfall intensity on a daily basis
* One Video Cassette Recorder (VCR) VHS Format Record/Play ability
* One Digital Video Camera with interface, software, spare battery, case and charger
* One (1) Optical scanner-full page 4800 DPI Enhanced with optical character reader and OMNI PAGE PRO software SCSI interface TWAIN driver.
* One (1) Vertical filing plan rack for twelve sets of 30 inch x 48-inch plans
* One (1) Heavy duty, digital, photocopying machine, with auto document feeder, sorter, collator, enlarging/reduction ability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies. The supply of copy paper shall be replenished by the contractor as required by the Contracting Officer
* One (1) Coat Rack
* One (1) Paper towel dispenser with towels
* One (1) Paper cup dispenser with cups
* One (1) Water cooler/heater
* One steel locking storage cabinet

The following services shall be provided to the office:

* Potable bottled water as required maintaining a daily water supply with one spare bottle each day.
* Fire Extinguishers. Non-toxic, dry chemical, fire extinguisher meeting Underwriters Laboratories, Inc. approval for Class A, Class B, and Class C fires with a minimum rating of 10A; 20B; 10c
* Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICOM IC-M125 (Base Station) and IC-M15 Hand Held.
* 2 pairs marine binoculars, Bushnell Powered 16X50 Insta Focus Waterproof Binocular or Equal
* Janitorial services for the two existing field office trailers at Caven Point, NJ on a daily basis including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (interior and exterior) AND re-supply of paper goods and soap.
* Sufficient supply of electrical outlets.
* All utilities (water, sewer, electricity, heat, and all telephones)

monthly bills are paid by the Contractor for the duration of this contract.
b. The Contractor shall provide maintenance of exterior and interior of two existing field office trailers at Caven Point, NJ to include all systems , i.e., electrical, mechanical such as HVAC, plumbing, water supply, sewer and cleaning. Cleaning shall include power washing. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.
c. Computer Security requirements:
The Contractor will agree to accept responsibilities and comply with procedures indicated below in connection with the furnishing of Contractor-owned computers for use by the Government personnel in accordance with contract requirements.
1. The computers must be dedicated exclusively for the Government use. The Contractor will not use any computer it supplies which is designated for use by the Government. The Contractor will assure that the Central Processing Unit (CPU) is electronically isolated from the contractor's and not inter-connected via Local Area Network (LAN).
2. Normal access to the computer shall be restricted to Corps of Engineers personnel. The Contractor shall install computers in Office Trailers dedicated for Government use, whether new or existing. The Contractor must immediately notify the Government personnel when emergency access to the trailer was exercised by non-Government individuals, and what the circumstances were.
3. If the CPU hard drive fails, the Government will furnish an equivalent hard drive to the owner of the computer, and the old hard-drive will be returned to the Government. The Contractor shall not remove any hard drive nor proceed with any repair of the computer unless an authorized Government employee witnesses and approves of the repair.
4. At the time of return of the computer, the Contractor will allow the Government to first remove all information from the hard-drive.
5. The Contractor agrees to provide a written certification signed by an authorized officer of the company agreeing to the above policy.

**1.34 PRICING OF ADJUSTMENTS**

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and DFARS 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and /or decreases in cost plus applicable profits."(FAR 52.236-1)

**1.35 PERFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)**

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1)

**1.36 PARTNERSHIP IMPLEMENTATION PLAN**

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation would be totally voluntary. If mutually agreed to by both parties, a facilitator satisfactory to both parties shall be hired who would be responsible to arrange for an offsite conference location for the initial session, provide all workshop materials, and compile and distribute a

completed partnering agreement to all participants within 30 calendar days of the partnering session. The conference site location will be coordinated with the Contracting Officer for approval.

The Contractor should plan for attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and subcontractor's personnel. The cost of the facilitator and conference facility will be shared equally by the Contractor and Government. All other costs associated partnership implementation will be borne by the Contractor. It is anticipated that subsequent partnership conferences will be one day each time and will be held on a monthly basis. After the first partnering conference, the Contracting Officer will prepare the agenda of each monthly partnering conference and the Contractor will prepare the minutes no later than 48 hours after each partnering conference was held.

**1.37 PRECONSTRUCTION CONFERENCE**

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed.

b. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

**1.38 MISPLACED MATERIAL**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 USC 410 et seq.) (DoD FAR supplement 52.236-7006)

**1.39 CHANGE OF DISPOSAL FACILITY**

a. The Government reserves the right to negotiate a change to the contract as other disposal facilities become available to the Government.

b. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract Clause, CHANGE (FAR 52.243-4).

**1.40 NOTES ON ESTIMATED ROCK ELEVATIONS**

NOT USED.

**1.41 CONTRACTOR DIVING OPERATION**

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (UDC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.

b. A dive operations plan in accordance with EM 385-1-1, Section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the UDC and the Safety and Occupational Health Office Dive Safety Representative for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the UDC in required for diving operations to commence.

**1.42 FACILITIES**

1.33 [Enter Appropriate Subpart Title Here]

- The Contractor shall provide and maintain as a minimum one new boat used exclusively by the Government representatives. The contractor shall provide all fuel, maintenance and repairs for the boat until the contract completion date.

- The boat shall meet the following specifications: 26' length Aluminum Hull with weatherproof cabin (such as "Monarch"). USCG safety package, anchor, boarding ladder, heat and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ for the duration of the contract adjacent to the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

- The contractor shall provide and maintain as a minimum one (1) new vehicle exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly cleaning (inside and outside), insurance and repairs for the vehicles until the contract completion date without restriction.

* The vehicle shall be a Chevrolet Suburban 4 wheel drive or equal with power windows, AM/FM Stereo and Air Conditioning with tow package.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

a. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

b. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the contractor. All facilities shall be removed from the project

site at the contract completion date or when and as directed by the Contracting Officer.
c. No payment shall be made for Mobilization until all facilities are complete and accepted by the Contracting Officer.

**1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS**

(This paragraph pertains only to work done within the boundaries of Richmond County, New York.)
a. The site of the construction work is located in an area determined by the Secretary of Labor to be a Labor Surplus Area. Accordingly the Contractor hereby agrees to perform a substantial portion of the contract work in this or in any other labor surplus area. "Substantial portion" means the aggregate costs that will be incurred by the Contractor and his first-tier subcontractors and suppliers, on account of manufacturing, production, or services performed in this or any labor surplus area, and the costs that will be incurred by second-tier and lower-tier subcontractors on the construction site will exceed fifty percent (50%) of the price of this contract.
b. Upon request, the Contractor shall furnish to the Contracting Officer data to substantiate that this obligation is satisfied.
c. The Contracting Officer will furnish upon request a list of labor surplus areas.

**1.44 QUANTITY SURVEYS**

a. Quantity Surveys
Quantity Surveys shall be conducted and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and the in-situ volume of the dredged material removed.
b. Government Surveys
The Contracting Officer will conduct the pre-dredge survey of the contract area as close to commencement of dredging as possible.
Upon the removal of the Non-Rock Dredged Material in the entire contract area, the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of Non-Rock Dredged Material removed will be based on these surveys.
c. Contractor Surveys
The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.
d. Field Notes
Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including

quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

**1.45 ALTERNATE DISPOSAL SITE COMPLIANCE**

1.45.1 If the bidder selects to bid an alternate disposal site(s) for the processing and disposal of Non-rock material unsuitable for placement at the HARS other than the Government designated upland site, bidders must submit with his/her bid the site(s)'s permit which states that the site(s) is permitted to process a d dispose of dredged material. The Apparent low bidder must demonstrate to the Government within 70 calendars from the date the Apparent low bidder is notified of being the low bidder; that the alternate disposal site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line item 0001AC and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material.

1.45.2 The disposal site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the project site. The Apparent low bidder is required to perform all work to demonstrate that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line item 0001AC and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable law and requirements of all associated permits, approvals and government authorities having jurisdiction.

1.45. 3 Apparent low bidder Submittals

1.45.3.1 ITEMS TO BE SUBMITTEED AT THE BID OPENING

Items that must accompany the bid if an alternate disposal site is selected:

1.45.3.1.1 Copies of Permits - Copies of any and all permits that demonstrate that the selected site(s) are permitted to process and dispose of dredged material and that the site(s) are legal to operate and receive dredged material on the date of the bid opening. Permits or regulatory approvals that shall be provided by the Apparent low bidder to the Government with the bid package include placement site permits as applicable and others as related to transportation, processing and placement of the dredged material, or any other aspects of the Apparent low bidder's proposed disposition of the dredged material including any and all permits, authorizations, contracts, agreements, licenses, rights-of-entry.

1.45.3.1.2 Detailed List of Permits and Approvals Required - The Government recognizes that some permits, particularly those that will require testing of the material, cannot be supplied at bid opening. A detailed list of all permits and interim guideline approvals required by any governmental body or regulatory agency to perform the work as described by the apparent low bidder must accompany the bid package. The submission must include a description and the permits the Apparent low bidder already possesses, and permits or interim guideline approvals to be applied for and yet to be obtained, re-issued or extended.

1.45.3.1.3 Bar Chart for Obtaining Permits and Approvals - A bar chart indicating time(s) required for obtaining all permits required to be provided by the Apparent low bidder for each item of work as described by the Apparent low bidder. The schedule will detail the major steps (such as time to prepare

the permit request, the date it will be submitted to the regulatory agency, time for agency review, public coordination, etc).
1.45.3.1.4 Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (CY /day) and throughput rates for their proposed integrated system of dredging, transportation, processing, and placement for each alternate site proposed.
1.45.3.1.5 Disposal Site(s) Elements Information - A) State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the disposal site(s). B) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year. C) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.
1.45.3.1.6 Disposal Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the apparent low bidder proposes to perform the work and the dates on which the apparent low bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of the major acceptance areas). The schedule shall indicate that the production rate of the facility is sufficient to ensure that the project will be completed within the contract's required completion date. The Apparent low bidder shall consider their proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The Apparent low bidder must indicate on this schedule the salient features of work for the alternate disposal site(s) that are needed to be completed within 70 calendar days from date the Apparent low bidder is notified of being the low bidder so that the site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity as per line item 0001AC.
1.45.3.2 ITEMS TO BE PROVIDED WITHIN 70 CALENDARS FROM THE date the Apparent low bidder is notified of being the low bidder Items that must be supplied to the Government and found acceptable by the Contracting Officer within 70 days of date the Apparent low bidder is notified of being the low bidder.
1.45.3.2.1 Items to be Submitted at the Bid Opening - All the information provided at the bid opening must also be included in the final package.
1.45.3.2.2 Evidence Demonstrating that the Alternate Disposal site(s) is Permitted, Operational, Capable of Processing and Disposing Dredged Material from the project site - The apparent low bidder must demonstrate to the Government within 70 calendars from date the Apparent low bidder is notified of being the low bidder that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity as per line item 0001AC by calendar day 70 from date the Apparent low bidder is notified of being the low bidder and that the disposal site(s) is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Apparent low bidder. The Apparent Low Bidder must provide to the Government proof that the material to be taken from the project site to the Apparent Low Bidder's upland site(s) meets any regulatory testing requirements.
1.45.3.2.3 Copies of Required Permits - The Apparent low bidder shall provide copies of all required permits and approvals for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Documentation of compliance with any other legal or

regulatory requirement must be provided to the Government Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport, disposal and placement) will be provided by the New York District U.S. Army Corps of Engineers, Section 00900.

1.45.3.2.4 Five Page Synopsis - The Apparent low bidder shall provide a no more than five-page, single-sided, synopsis detailing the operation to move the Non-rock material unsuitable for placement at the HARS from the site to its final resting place in the apparent low bidder provided disposal site(s) area. The synopsis will provide suitable detail to adequately track the material from dredging, through transportation and processing to ultimate placement. The synopsis should also:

(A) Provide a list of the names, locations, and point of contact, telephone number, loading and unloading facilities for each disposal facility including site capacity.

(B) Provide a detailed map indicating locations of loading and unloading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.

(C) Provide Hours of operation, transportation and operating procedures at unloading facilities.

(D) Provide Facilities information: Access to Unloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any

(E) Provide a detailed description of the dredging procedure proposed.

(F) Submit a detailed description of the loading and transportation procedures to be utilized.

1.45.3.2.5 Availability of Disposal Site

The Contactor must:

(A) Provide proof of the proposed Alternate Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities (permits for the site included with the bid should be also included in this submission).

(B) Provide proof of Disposal Site Owner's approval granting the apparent low bidder the right to dispose dredged material at that site.

(C) Provide proof of uncommitted Disposal Site(s) capacity adequate for the project.

(D) Provide Certification of the Disposal Site's availability corresponding to the current project schedule.

(E) Provide proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and disposal at the proposed Disposal Site(s).

(F) Demonstrate minimum required Disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each alternate disposal site(s).

(G) Provide proof of apparent low bidder's experience in the proposed Disposal Site(s) operations. Or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

1.45.3.2.6 Transportation Capabilities

The Apparent low bidder must:

(A) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed

within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

(B) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

1.45.3.2.7 Processing Capabilities

The Apparent low bidder must:

(A) Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:

* Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.
* Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).
* Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.
* Rehandling of material (if any) used in the processing of dredged material affecting the project.

(B) Provide any permits and/or licenses applicable to the proposed process, if any.

(C) Provide any patented or proprietary permissions applicable to the proposed process, if any.

(D) Provide proof of processing plant availability for use by the apparent low bidder.

(E) Certify processing plant's availability corresponding to the current project schedule.

(F) Provide proof of Apparent low bidder's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

-- End of Section --