# EXHIBIT 42

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. DACW51-03-B-0001-0003 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 01-May-2003 | PAGE OF PAGES 1 OF 25 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DACW51-03-C-0012 | SEE SCHEDULE | |

| 7. ISSUED BY CODE DACW51 | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA (DACW51)<br>NEW YORK NY 10278-0090 | **See Item 7** |
| TEL: FAX: (212)264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* |
|---|---|---|
| | INA J OHRWASHEL | 212-264-0154 |

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date):*

ARTHUR KILL CHANNEL NAVIGATION IMPROVEMENT PROJECT
CONTRACT #1, NEW YORK AND NEW JERSEY

NAICS CODE IS 234990 - UNRESTRICTED

PROJECT MANAGER - JAMAL SULAYMAN - 212-264-9080
CONTRACT SPECIALIST- INA J. OHRWASHEL 212-264-0154

BID OPENING WILL BE HELD IN ROOM 1843

11. The Contractor shall begin performance within 5 calendar days and complete it within 330 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 11:00 AM *(hour)* local time 04 Dec 2002 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

| | |
|---|---|
| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*<br>DONJON MARINE CO INC<br>1250 LIBERTY AVENUE<br>HILLSIDE NJ 07205 | 15. TELEPHONE NO. *(Include area code)*<br>908-964-8812 |
| | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br>**See Item 14** |
| CODE 9S939 / FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

| AMOUNTS | SEE SCHEDULE OF PRICES |
|---|---|

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

# SEE SCHEDULE

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| **$50,524,250.00** | **See Schedule** |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |
|---|---|---|

| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |
|---|---|
| CONSTR. SERV. MGMT SECT<br>USACOE-NYD 26 FEDERAL PLAZA CENAN-CO-CM<br>NEW YORK NY 10278-0090 | USACE, FINANCE CENTER MILLINGTON<br>5722 INTEGRITY DRIVE AT<br>MILLINGTON TN 38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| | |
|---|---|
| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>ELLA D SNELL / CHIEF, CONTRACTING DIVISION<br>TEL: 212-264-0238 EMAIL: ella.d.snell@usace.army.mil |

| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY [signature] | 31C. AWARD DATE<br>09-May-2003 |
|---|---|---|---|

NSN 7540-01-155-3212 **STANDARD FORM 1442 BACK** (REV. 4-85)

G005717

G01010 05964

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | BASE BID ITEMS<br>FFP<br>CONSTRUCT NAVIGATION CHANNEL<br>PURCHASE REQUEST NUMBER: W16ROE-2262-6382 | | | | |
| | | | | NET AMT | $0.00 |
| | ACRN AA Funded Amount | | | | $1.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $1,000,000.00 | $1,000,000.00 |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP<br>ARTHUR KILL, NJ<br>PURCHASE REQUEST NUMBER: W16ROE-3119-5475 | | | | |
| | | | | NET AMT | $1,000,000.00 |
| | ACRN AB Funded Amount | | | | $1,000,000.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 600 | Ton | $300.00 | $180,000.00 |
| | DEBRIS AND WOODEN DIKE<br>FFP<br>REMOVAL AND DISPOSAL | | | | |
| | | | | NET AMT | $180,000.00 |
| | Funded Amount | | | | $0.00 |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 566,000 | | $42.00 | $23,772,000.00 |

DREDGING, TRANSPORTATION, DELIVERY
FFP
PROCESSING AND PLACEMENT OF NON-ROCK MATERIALS, UNSUITABLE FOR PLACEMENT AT THE HARS, EXCLUDES DEWATERING: ITEM 0001AD (PLACEMENT AT either the OENJ CHEROKKE BAYONNE LANDFILL REMEDIATION AND/OR AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) Name of Site(s) ____________ Name of POC(s) ________ Address of SIte (s) ____________ ______________ __________ Phone(s) ______________

NET AMT $23,772,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 566,000 | Cubic Yard | $1.00 | $566,000.00 |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $566,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AE | | 15 | Each | $4,000.00 | $60,000.00 |

SUBSURFACE DRILLING AND SAMPLING
FFP

NET AMT $60,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AF | | 1 | Lump Sum | $75,000.00 | $75,000.00 |

FIELD OFFICE
FFP

NET AMT $75,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AG | | 278,000 | Cubic Yard | $47.25 | $13,135,500.00 |

DREDGING, TRANSPORTATION, DELIVERY
FFP
AND PLACEMENT OF NON-ROCOK MATERIALS SUITABLE FOR PLACEMENT UPLAND, EXCLUDES DEWATERING, ITEM 00001AH AND WITHOUT PROCESSING (PLACEMENT AT EITHER THE OENJ CHEROKEE BAYONNE LANDFILL REMEDIATION AND/OR AT THE CONTRACTOR'S PROPOSED DISPOSAL FACILITY (IES) AS ITEM 0001AC)

NET AMT $13,135,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AH | | 278,000 | Cubic Yard | $1.00 | $278,000.00 |

DEWATERING IN ACCORDANCE WITH
FFP
THE HOST STATE WQC AND DISPOSAL FACILITY TERMS AND CONDITIONS FOR UPLAND PLACEMENT

NET AMT $278,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AJ | | 35,000 | Cubic Yard | $41.35 | $1,447,250.00 |

DREDGING, TRANSPORTATION, DELIVERY
FFP
AND PLACEMENT OF NON-ROCK MATERIALS UNSUITABLE FOR PLACEMENT AT THE HARS (PLACEMENT AT THE NEWARK BAY CONFINED DISPOSAL FACILITY.

NET AMT $1,447,250.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AK | | 108,000 | Cubic Yard | $17.00 | $1,836,000.00 |

DREDGING, TRANSPORTATION, DELIVERY
FFP
AND PLACEMENT AT THE HARS PLACEMENT OF NON-ROCK (RED-BROWN) SILT AND CLAY) MATERIALS AS SHOWN IN THE DRAWINGS FOR PLACEMENT AT THE HARS

NET AMT $1,836,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AL | | 159,500 | Cubic Yard | $51.00 | $8,134,500.00 |

THE DRILLING, BLASTING, DREDGING
FFP
AND DISPOSAL OF ROCK MATERIALS AT THE ARTIFICAL REEF

NET AMT $8,134,500.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AM | | 1 | Lump Sum | $40,000.00 | $40,000.00 |

REMOVAL AND DISPOSAL OF
FFP
CONCRETE NAVIGATION FOUNDATION

NET AMT $40,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Lump Sum | $100,000.00 | $100,000.00 |
| OPTION | OPTIONAL ITEMS<br>FFP<br>ADDITIONAL COST FOR OPTIONAL INSURANCE | | | | |

NET AMT $100,000.00

Funded Amount $0.00

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 255,000 | Cubic Yard | $-36.00 | $-9,180,000.00 |
| OPTION | OPTIONAL ITEMS/DIFFERENCE IN COST<br>FFP<br>TO THE PROJECT FOR PLACEMENT AT THE HARS PLACEMENT OF NON-ROCK (sand and gravel) MATERIALS (as in Item 0001AG and 0001AH)<br>(NEGATIVE NUMBERS TO BE SHOWN IN PARENTHESIS) | | | | |

NET AMT $-9,180,000.00

Funded Amount $0.00

**DACW51-03-C-0012 entitled "Arthur Kill Channel Navigatin Improvement Project, Contract #1 New York, New Jersey" hereby incorporates the following:**

**1. Amendments 0001, 0002, 0003 dated 15 Nov 02, 27 Nov 02, and 06 Dec 02, respectively**

**2. General Wage Rate Determination General Decision No. NY020001 Dredging Statewide)**

**General Wage Rates Determinationl General Decision No. NJ 020006 (Dredging, Statewide)**

**3. Contractor's extension of bid dated 25 April 2003**

**4 .Sub-Contracting Plan dated 25 April 03**

**5. Contractor's confirmation letter dated 25 April 03 .indicating acceptance of an initial amount of $1,000,000 in lieu of $10,000,000 as stated in the continuing contract clause.**

| | | | | |
|---|---|---|---|---|
| AB: | 96X31220000 082421 | 25108CJGD6076329 | NA | 96303 |
| COST CODE: | 000000000000 | | | |
| AMOUNT: | $1,000,000.00 | | | |

Section 00700 - C
AMEND#1

SPECIFICATIONS:

SECTION 02200
1. Add POC for Linden NJ., Section 02200, para. 2.6.

Linden. NJ. Fire Department
1205 E Elizabeth Ave
Linden, NJ. 07036
Tel: (908) 298-3800

2. Change in para 4.2 page 02200-9, Blasting
Delete second sentence and replace it with "Drilling and blasting is prohibited in acceptance areas A, B, C, D, E, G, H and I on Monday, Tuesday and Wednesday."

**SECTION 02900**
1. Change in para 3.2, page 02900-2, Scow Monitoring Equipment

Delete "(HARS, artificial reefs, or other locations in the New York Bight" and replace it with "(HARS, artificial reefs, upland facilities or other locations in the New York Bight"

2. Change in para 5.5.2.2 in sub-part 2), page 02900-5

Delete last sentence in sub-part 2) and replace it with, "This clause does not supercede 5.5.2 and 5.5.3 and their sub-paragraphs."

**DRAWINGS:**
The existing survey data has been placed on the NYD Website. The web URL is:

http://www.nan.usace.army.mil/business/buslinks/contract/index.htm

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based on what is contained in the printed Plans and Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility with user's system

**Bidders must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: in the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS. (FAR 14.304).**

#3
1. The following changes shall be made to the specifications and plans.

SPECIFICATIONS:

SECTION 00010

1. Replace Price Schedule with notes with the attached new Price Schedule.

## SECTION 00800

1. Delete Section 00800-para 1.32 (A and B) and replace with the new paragraph below

**1.32 Insurance Procured by Contractor**

**1.32A**

a. At the Government's option, to be exercised in writing no later than 120 days after contract Notice to Proceed (NTP), the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

1. Commercial General Liability Insurance in limits of not less than Three Million Dollars ($3,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards with a contractual liability coverage covering the risks assumed and indemnification given by the Port Authority under the project Cooperation Agreement for the Arthur Kill Channel, Howland Hook Marine Terminal, New York and New Jersey Project. A copy of such Agreement shall be furnished to the insurance underwriter.

2. Automobile Liability Insurance covering owned, non-owned, and hired auto with a limit of not less than $3,000,000 per accident.

3. Maritime Protection and Indemnity Insurance in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including covering for Masters and members of crews.

4. Environmental Liability Insurance in limits of not less than One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury, death, and property damage indemnification given by under this agreement.

b. The policies described in 1, 2, 3 and 4 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management/Treasury, The Port Authority NYNJ, **225 Park Avenue South, 12th Floor, New York, New York 10003** (Attention: Risk Management). Moreover, the Commercial Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy. The policies described in 1, 2, 3 and 4 above shall include cross-liability coverage and must be stated on the certificate of insurance.

c. Further, the liability policies shall be specifically endorsed to prohibit the insurance carrier from raising any defense involving in any way jurisdiction of the Tribunal, immunity of the Port Authority, governmental nature of the Port Authority or the provisions of any statutes respecting suits against the Port Authority without obtaining written expressed advance permission from the General Counsel of the Port Authority. The certificates of insurance shall include this language.

d. The Contractor shall take out and maintain Workers Compensation Insurance (including another state coverage) in accordance with requirements of law. The policy shall include the Untied States Longshore and Harbor Workers Compensation Act Endorsement.

e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish to the Contracting Officer and to the Port Authority at the above addresses, within five (5) calendar days of the award of the opinion, a certificate of insurance evidencing the above required insurance. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority. The Contracting Officer and the Port Authority shall have the right, upon written notice, to receive copies of the policies required hereunder.

f. Prior to exercise of the option provided for in this Section, the Contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation from his insurance carrier, which sets for the elements of the said additional premium, including, but not limited to the following: the additional costs of the Port Authority of New York and New Jersey being named as an additional insured broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof.

h. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation as to that amount, if any, of the premium costs of his existing insurance coverage he is allocated to the work of this contract. The Contractor shall indicate whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived.

i. The Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

    a. Payment items for insurance premium procured by the Contractor under this paragraph shall be made at contract lump sum price listed in the Price schedule, Item No. 0002, Additional Cost for Optional Insurance, if the optional item is awarded.

**1.32B** Insurance Procured by the Port Authority

The Port Authority will procure and maintain in force at its own cost an Environmental Insurance Policy covering Contractor's pollution legal liability and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate and a deductible of $100,000 as it relates to the work of this Contract for dredging and disposal of dredged material. The policy will be in effect commencing on the date that the Government awards this Contract and will include the Contractor and approved subcontractors as named insured for such period that is appropriate for the methods used by the Contractor and subcontractor for dredging and disposal of dredged material.

The Contractor and the subcontractors must refer to the policy form to determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the contractor or, at the Contractor's request, by any of the subcontractors performing work for the contractor under this Contract, at the office of the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, new York, NY 10003 at the office of the General Manager, Risk Management/Treasury, the Port Authority (Attention: Risk Management). The Contractor and the subcontractors are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance Policy.

The Contractor and subcontractors shall comply with all obligations as insureds or in connection with the above policy.

2. Delete Section 00800-para 1.36 and replace with the new paragraph below

**1.36 PARTNERSHIP IMPLEMENTATION PLAN**
To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation would be required. A facilitator subject to approval by the Contracting Officer shall be hired who would be responsible to arrange for an offsite conference location for the initial session, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 calendar days of the partnering session. The conference site location will be coordinated with the Contracting Officer for approval.

The Contractor should plan for attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and subcontractor's personnel. The cost of the facilitator and conference facility will be borne by the Contractor. It is anticipated that subsequent partnership conferences will be one day each time and will be held on a monthly basis. After the first partnering conference, the Contracting Officer will prepare the agenda of each monthly partnering conference and the Contractor will prepare the minutes no later than 48 hours after each partnering conference was held.

3- Add the attached new section 00800-para-**1.42 FACILITIES**

**1.42 FACILITIES**

The Contractor shall provide and maintain as a minimum one boat in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative (COR), used exclusively by the Government representatives. The contractor shall provide all fuel, maintenance and repairs for the boat until the contract completion date.

- The boat shall meet the following specifications: 26' length Aluminum Hull with weatherproof cabin. USCG safety package, anchor, boarding ladder, heat and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ for the duration of the contract adjacent to the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

- The contractor shall provide and maintain as minimum two (2) vehicles in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly cleaning (inside and outside), insurance and repairs for the vehicles until the contract completion date without restriction.

* One (1) vehicle shall be a full size 4-door vehicle with Power Windows AM/FM Stereo, Air Conditioning with locking rear differential.

* One (1) vehicle shall be a Chevrolet, Ford, GMC, (Suburban, Expedition, Excursion) or equal that can carry 7 passengers or more with power windows, AM/FM Stereo and Air Conditioning with tow package.

* 1 of the above vehicle shall be 4x4.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

a. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in

connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

b. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the contractor. All facilities shall be removed from the project site at the contract completion date or when and as directed by the Contracting Officer.

SECTION 00903

1. Add an updated New Jersey DEP Federal Consistency Determination/Water Quality Certification dated 26 November 2002 Pages 00903-19 (Amend. 3) thru 00903-21 (Amend. 3), which accompany.

# SECTION 01130

1. Add to Section 01130 para 1.7 b **'Spillage'** this sentence at the end
" In case of spillage the contractor shall instantly inform by telephone call the US Coast Guard, EPA and appropriate State and Local Authorities of the spillage and the actions taken."

SECTION 02900

1. Section 02900 para 6.2

Sub-para 1), change the Point of Contact for OENJ to Mr. Mark Sanborn, Chief Operating Officer, (201) 377-9343.

Sub-para 2), change the Point of Contact for Newark Bay Confined Disposal Facility (NBCDF) to Mr. Atef Ahmed (212) 435-4271.

2 Delete section 02900 para 6.6.sub para 7, page 02900-12 and replace it with the paragraph below

7) Should decanting of water from barges be required before disposal, PANYNJ will make berthing area(s) available for dewatering purpose (Section 00902). The Contractor may use the berthing area located in the Arthur Kill Channel designated by the Contracting Officer for this project unless otherwise directed by the Contracting Officer. **TOSCO berthing area B north** is the area designated by the Contracting Officer for this project unless otherwise directed by the Contracting Officer. All operation and management rules shall be in accordance with the requirements specified in the State of New Jersey Water Quality Certificate (WQC)/Federal Consistency and NY WQC.

DRAWINGS:

1. The following drawings which accompanies, has been amended:

Drawings: CC-AK-101, CC-AK-102, CC-AK-104 and CC-AK-105.

Bidders must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: in the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS. (FAR 14.304).

SF 1422

**SF 1442, BLOCK 21, Items Accepted (continued)**

**DACW51-03-C-0012 entitled "Arthur Kill Channel Navigatin Improvement Project, Contract #1 New York, New Jersey" hereby incorporates the following:**

1. **Amendments 0001, 0002, 0003 dated 15 Nov 02, 27 Nov 02, and 06 Dec 02, respectively**

2. **General Wage Rate Determination General Decision No. NY020001 Dredging Statewide)**

   **General Wage Rates Determinationl General Decision No. NJ 020006 (Dredging, Statewide)**

3. **Contractor's extension of bid dated 25 April 2003**

4. **.Sub-Contracting Plan dated 25 April 03**

5. **Contractor's confirmation letter dated 25 April 03 .indicating acceptance of an initial amount of $1,000,000 in lieu of $10,000,000 as stated in the continuing contract clause.**

FUNDING
FUNDS IN THE AMOUNT OF $1,000,000.00 MADE AVAILABLE FOR AWARD AND IS OBLIGATED TO THE CONTRACT. ADDITIONAL FUNDS SHALL BE OBLIGATED TO THE CONTRACT AND THEY BECOME AVAILABLE IAW EFARS 52.232-5002.

Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY FULL TEXT

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 Alt I | Definitions (Dec 2001) --Alternate I | MAY 2001 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era and Other Eligible Veterans | DEC 2001 |
| 52.223-6 | Drug Free Workplace | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |

| | | |
|---|---|---|
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JUL 2002 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUL 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.228-15 | Performance and Payment Bonds--Construction | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.229-5 | Taxes--Contracts Performed In U S Possessions Or Puerto Rico | APR 1984 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-27 | Prompt Payment for Construction Contracts | FEB 2002 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-8 | Other Contracts | APR 1984 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements | APR 1984 |
| 52.236-10 | Operations and Storage Areas | APR 1984 |
| 52.236-11 | Use and Possession Prior to Completion | APR 1984 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 | Required Central Contractor Registration | NOV 2001 |
| 252.205-7000 | Provisions Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7000 | Acquisition From Subcontractors Subject To On-Site Inspection Under The Intermediate Range Nuclear Forces (INF) Treaty | NOV 1995 |

| | | |
|---|---|---|
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | APR 2002 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.236-7000 | Modification Proposals-Price Breakdown | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.246-7000 | Material Inspection And Receiving Report | DEC 1991 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 330 calendar days The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $4,000 per day for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JAN 1999)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference;

(ii) Otherwise successful offers from small business concerns;

(iii) Otherwise successful offers of eligible products under the Trade Agreements Act when the dollar threshold for application of the Act is exceeded (see 25.402 of the Federal Acquisition Regulation (FAR)); and

(iv) Otherwise successful offers where application of the factor would be inconsistent with a Memorandum of Understanding or other international agreement with a foreign government.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

____ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be 20% percent of the bid price or $ 3,000,000 , whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far
http://;farsite/mil.af.mil
http://www.dtic.mil/dfars

(End of clause)

252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60 percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining 40 percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined

by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.