contract. Prior to the commencement of operations and after completion thereof, a joint inspection by representatives of the contractor, the Contracting Officer and local interests pertaining to the above will be made.

3) The area where filling operations are in progress shall be floodlighted during the hours of darkness. Illumination shall be provided by using portable light equipment such as model No.LDA I6 MTVE manufactured by ALLMAND BROS. INC. of HOLDREIRE, or approved equal. A minimum of 3-foot candles of illumination shall be maintained in the immediate vicinity of the pipe discharge.

4) The contractor must comply with any special requirements set forth by the identified disposal site.

f. **Quality Control**: The Contractor shall establish and maintain quality control for material dredging and placement at the contractor furnished upland disposal site to assure compliance with contract requirements, and maintain records of his quality control for all construction operations, including but not limited to the following:

1) Dredging, including suitability of dredged material.

2) Dredged material processing, as necessary.

3) Offloading , transportation and dewatering of the dredged material,

4) Placement of dredged material, including continuity and order of placement; distribution of material in disposal site area.

5) Any debris encountered during all stages of this project shall be removed and disposed of as directed.

g. The placement operation is to be carried out in conformity with the requirements of all associated permits and approvals by government authorities having jurisdiction over the approved upland disposal site.

h. The Contractor will have a "**NOTICE TO MARINERS**" published by the Coast Guard prior to start of work.

i. Every vessel engaged in the transportation of dredged material of any description shall have its name or number and owner's name printed in letters and numbers, at least fourteen (14) inches high, distinctly legible at all times, and no scow or boat, not so marked, shall be used to transport or place any such material.

j. **Disposal Plan:** The Contractor shall submit for approval his disposal plan at the Preconstruction Conference (Section 00800 - Special Contract Requirements). The disposal plan shall include all special conditions (i.e., CZM and WQC, etc. from the host state) specific to the disposal site being used, contractor access to the site, locations and cross-section of existing and proposed dikes, maximum elevations and quantities of

disposal material for the site, drainage structure locations, manner in which the dredged material will be distributed in the area, beach planting scheme, etc. Plan also shall include any dewatering and/or processing of the dredged material that may be required before material will be brought to the disposal site for final disposal. Approval of the disposal plan by the Contracting Officer or his representative is required prior to disposal site(s) preparation. **The Contractor shall conduct his work in accordance with the Disposal Plan, however, approval of the plan for development of the disposal area does not in any manner relieve the Contractor of his responsibility for the adequacy of the design and construction and drainage facilities required.** In addition, the Contractor shall also submit at the pre-construction meeting, his plan for road crossings of the discharge pipeline. The contractor shall be responsible for securing the appropriate permits for any road crossings of discharge pipeline or similar activities and may not begin work until such permits are received from the appropriate agencies.

k. **Pre-Construction Site Visit:** Prior to actual construction of the placement site, the Contractor and the Contracting Officer and/or his representatives shall visit the site(s) for the purpose of delineating areas of avoidance (cultural resource and/or wetland concerns).

l. **Construction/Maintenance of Containment Structure:** The Contractor shall construct all retaining dikes, waste weirs and drainage structures as are necessary for confining the dredged material and for controlling disposal area effluent until acceptance of all work under the contract.

m. **Protection of Structures and Adjacent Areas:** The contractor shall be responsible for the maintenance, repair and stability of all dikes, roads and structures, used by him under the contract. The Contractor shall restore all dikes, roads, and areas he disturbs through his operations to a satisfactory condition, as approved by the Contracting Officer or his representative, at no additional cost to the Government.

n. **Inspection of Structures and Adjacent Areas:** The Contractor shall inspect all dikes, roads, waste weirs in adjacent areas utilized during this operation on a daily basis to assure their safety and stability. The Contractor shall include these inspections in his daily quality control report. The inspection shall include but not be limited to structures, equipment, safety, security, drainage and seepage.

o. **Reporting Requirements:** The Contractor shall maintain a daily written record of all disposal site operations. This requirement shall be made a part of the Contractor's Quality Control Plan and each record shall be included in the Contractor's Quality Control Report.

p. **Retaining Embankment Material and Construction:** Material used to build retaining embankment(s) shall be approved for use in this application and be taken from inside the disposal area, except where otherwise specified or directed by the Contracting Officer or his representative. The height of containment area structure(s) shall be determined by the Contractor. The borrowing of material from outside the disposal area limits shown on the drawings shall not be permitted unless approved by the Contracting Officer.

q. **Protection of Areas Adjacent to Containment Structures:** The contractor shall take all precautions which in the opinion of the Contracting Officer or his representative may be necessary to prevent the escape of material through the weirs, embankments and bulkheads or otherwise into navigable waters or onto adjacent uplands or wetland area. No mechanical equipment shall be allowed in any wetland area unless specific approval is given by the Contracting Officer or his representative.

r. **Drainage:** Development of the disposal site shall be done so as to prevent obstruction of drainage on upland areas adjacent thereto, and to leave free, clear and unobstructed outfalls of sewers, drainage ditches, and other structures affected by the disposal operations.

s. **Containment Structure Restoration:** The Contractor shall restore any feature of the containment structures as required to prevent the escape of dredged material from the disposal site on to adjacent areas.

t. **Physical Features Outside of Containment Structure:** The contractor shall be solely responsible for all dikes, roads, pavements, curbs, signs, lawns, bulkheads or any other property or area he disturbs during his performance of the work under this contract. The Contractor shall be required to repair any such damage at his own expense and to the satisfaction of the Contracting Officer or his representative.

u. **Control of Disposal Area Effluent:** The contractor shall monitor and control disposal area conditions and disposal effluent quality as prescribed in these specifications. The Contractor's Quality Control Plan shall identify monitoring requirements and measures, which will be taken to control disposal area conditions to insure effluent quality meets the requirements identified in all applicable laws and requirements of all associated permits and approvals and government authorities having jurisdiction.

v. **Water Quality Certification:** The contractor shall comply with all requirements identified in the New York State and the State of New Jersey Water Quality Certificates including all special conditions for dredging of material from the Federal Channel. Copies of the Water Quality Certificates for channel dredging will be provided at the Pre-Construction Conference. **Dredging, dewatering and/or other processing (if any), offloading, transportation and material disposal shall be performed in accordance with all applicable laws and requirements of all associated permits and approvals and government authorities having jurisdiction.**

w. **Removal of Containment Area Structures:** Structures (i.e., weirs, pipeline, etc.) installed by the Contractor for use in his disposal operations shall be removed and the contractor shall repair and stabilize all areas affected by the removal of these structures as approved by the Contracting Officer.

9. **OVERDEPTH AND SIDE SLOPES:**

   a. **Overdepth:** To cover inaccuracies of the dredging process, material actually removed from within the specified area to be dredged, to a depth of not more than

two (2) feet immediately below the required dredging area, will be calculated and paid for at the contract price.

b. **Side and End Slopes** presented by the material actually removed, within limits specified herein, to provide for final side slopes not flatter than 1 vertical on 3 horizontal, but not in excess of the amount originally lying above this limiting side slope will be calculated and paid for at the contract price. Dredging in original position or by dredging space below the pay slope plane at the bottom of the slope for upslope material capable of falling into the cut will be acceptable.

c. **Excessive Dredging**: Material taken from beyond the limits of the acceptance cross-sections plus allowable overdepth will be deducted from the total amount dredged as excessive dredging for which payment will not be made. Nothing herein shall be construed to prevent payment for removal of shoals performed in accordance with the applicable provisions of Section–00800 - Special Contract Requirements, paragraphs entitled: "FINAL EXAMINATION AND ACCEPTANCE" OR entitled "SHOALING."

**10. LIMIT OF DREDGING:** The area to be dredged is the area of the channel within the sections indicated on the drawings and specified in Section 00800 - Special Contract Requirements, paragraph entitled: "FINAL EXAMINATION AND ACCEPTANCE," as defined by the dredging prism indicated in Section 01200, paragraphs entitled: "OVERDEPTH AND SIDE SLOPES" and "MEASUREMENT AND PAYMENT."

11. **REPORTING REQUIREMENTS:** The Contractor shall prepare and maintain a Daily Report of Operations form, Quality Control Report form, and Transportation and Placement Log and furnish signed copies thereof to the Contracting Officer's representative. Copies of the forms prescribed for recording the required information are attached (see Section 00900 - List of Documents, Exhibits and Other Attachments - attachments C, I and J). Further instructions on the preparation and submittal of the reports will be furnished at the Preconstruction Conference.

12. MEASUREMENT AND PAYMENT:

a. **Mobilization and Demobilization** (Bid item No.1): See Section 01200, paragraph 1.a. entitled: "MOBILIZATION AND DEMOBILIZATION."

b. **Dredging:** The total amount of material removed and paid for under the contract will be measured by the cubic yard in place. Measurement of the number of cubic yards in place will be made by computing the volume between the bottom surface shown by soundings of the last survey made before dredging and the bottom surface shown by soundings of a survey made as soon as practicable after the entire work specified has been completed. The volume for measurement shall include the material within the limits of the overdepth, side slopes described in Section 01200, paragraph 9 entitled: "Overdepth and Side Slopes," less any deductions that may be required for misplaced material described in Section 01200, paragraph 8 entitled: "Placement of Dredged Material" and/or excessive

dredging described in Section 01200, Paragraph 9.c. entitled: "Excessive Dredging." The contract price will not be affected by the way the payment to any subcontractor for dredged material processing and disposal will be conducted.

c. **The maps and/or drawings** (Section 00800 - Special Contract Requirements, paragraph 5 entitled: "CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS") accurately represent the conditions existing on January-February 2005. The soundings shown on the contract drawings were taken with a portable electronic depth recorder with a transducer frequency of 200 kHz. New soundings will be taken generally two weeks prior to dredging. Soundings after dredging will be made by an electronic depth recorder with a transducer frequency of 200 kHz or may be made using a multi-beam surveying system. After-dredging surveys will be completed generally within five days of completion of a section or the project. Determination of quantities removed to determine in-place quantities to be paid in the area specified, after having once made, will not be reopened, except on evidence of collusion, fraud, or obvious error. Computations for payment purposes will generally be made by the Corps of Engineers utilizing the Triangulated Irregular Network (TIN) method or Average End Area method.

d. **Shoaling** in the areas to be dredged **is not** at a rapid rate from existing depths. The unit price for dredging based on the above method of computation of the quantity for which payment is to be made shall include the Contractor's evaluation of shoaling, changes in the regimen of the waterway, or changes caused by the Contractor's operations that may occur during the period between the survey before dredging and the survey for acceptance of the work.

e. **Scows and Hopper Dredges**: Where scows or hopper dredges are used in performance of work and where the Contractor maintains load or measuring devices on such scows or hopper dredges, copies of all recorded measurements made in connection with the work shall be furnished to the Contracting Officer and/or his Representative. If as the work progresses the Contractor determines that a significant difference exists between the recorded bin or scow quantities and the survey quantities computed from the check surveys described in Section 01200, paragraph f below, he shall immediately notify the Contracting Officer and/or his Representative of any such discrepancies. Such notification shall include a description of the Contractor's methods of measuring scow or bin quantities, certification of measuring techniques, documentation of material sampling and methods used to convert bin or scow measurements to in-place density.

**It is emphasized that bin or scow measurements shall not be used as a basis for partial or final payment.**

f. **Monthly Partial payments** will be based on approximate quantities determined by soundings or sweepings taken behind the dredge by the Contractor. The contractor's soundings are to be used for partial payments only and will not form

a basis for the acceptance of the work (see Section 00800 - Special Contract Requirements, paragraph 36 entitled: "QUANTITY SURVEYS").

g. The Contractor must inform the Government, in writing, within three calendar days of completing a section as specified on the contract drawings and under paragraph "1. WORK COVERED BY THE CONTRACT PRICE:" The section will be examined and accepted in accordance with Section 00800 - Special Contract Requirements, paragraph 18 entitled: "FINAL EXAMINATION AND ACCEPTANCE" within a fair and reasonable time. Once the Contracting Officer or his representative accepts a section, the Contractor will be relieved of all responsibility for said section.

**13. BUOY REMOVAL:**

The Contractor shall notify the Coast Guard at least 15 days prior to the date desired for having buoys, which interfere with dredging operations removed or relocated. Requests shall be made in writing to:

COMMANDER (OAN)
FIRST COAST GUARD DISTRICT
408 ATLANTIC AVENUE
BOSTON, MASS. 02110

or by telephoning (617) 223-8337.

**14. COORDINATION WITH THE U.S. COAST GUARD**

The United States Coast Guard, Captain of the Port of New York will be notified 30 days prior to the start of work in the federal channel. The USCG will need the hours that the contractor intends to work, a description of the work vessels on site, the VHF radio channels the vessels will be monitoring and a company point of contact for the contractor for 24 hours a day.

The contractor will ensure public notification via the Local Notice to Mariners within 15 days prior to commencement of dredging. Information can be faxed to (617) 223-8073.

The contractor will coordinate vessel traffic and marine events with the New York Coast Guard office. The New York Coast Guard Office contact information is as follows:

Contact: Vessel Traffic Service Branch
United States Coast Guard Activities, NY
212 Coast Guard Drive
Staten Island, NY 10305

Phone: (718)354-4197
Fax (718)354-4190

SECTION 01351

SAFETY

TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
|---|---|---|
| 1. | SAFETY: | 1 |
| 2. | SAFETY MEETING: | 1 |
| 3. | ACCIDENT PREVENTION PROGRAM: | 1 |
| 4. | HAZARD ANALYSES: | 1 |
| 5. | ACCIDENT PREVENTION PLAN: | 2 |
| 6. | PROJECT SAFETY OFFICER: | 4 |
| 7. | ACCIDENT REPORTS: | 4 |
| 8. | MONTHLY EXPOSURE REPORTS: | 4 |
| 9. | CLEAN-UP: | 4 |
| 10. | SUPPLEMENTAL TO SAFETY MANUAL: | 5 |
| 11. | CONTRACTOR SAFETY MEETINGS AND DOCUMENTATION: | 7 |
| 12. | CONTRACTOR PERFORMANCE APPRAISAL: | 7 |
| 13. | SAFETY AND OCCUPATIONAL HEALTH REQUIREMENTS FOR MARINE PROJECTS | 7 |

SECTION 01351

SAFETY

**1. SAFETY**: Provisions of the Corps of Engineers manual entitled Safety and Health Requirements Manual EM 385-1-1, dated 3 November 2003 will be applied to all work under this contract. The reference manual may be obtained from the Contracting Officer's Representative (COR), at the job site or via the internet at www.usace.army.mil/inet/usace-docs/eng-manuals/em385-1-1/toc.htm.

**2. SAFETY MEETING**: The contractor will meet with representatives of the COR to discuss and develop a mutual understanding relative to the administration of the overall safety program. The time and place of the Safety Meeting will be determined at the Preconstruction Conference (Section 00800-34).

**3. ACCIDENT PREVENTION PROGRAM: Four (4) copies of the contractor's Accident Prevention Plan shall be submitted at the Preconstruction Conference for review and acceptance by the COR**. The Accident Prevention Plan will be reviewed at the Safety Meeting, prior to the start of work. The accident prevention program shall be prepared in the format outlined in Appendix A of EM 385-1-1, "Minimum Basic Requirements for Accident Prevention Plan" (a portion of this Appendix is provided as Attachment H in Section 00900), as per Contract Clause 52.236.13 "Accident Prevention (Nov 1991)." No work shall commence until the Accident Prevention Plan is accepted by the COR.

**4. HAZARD ANALYSES**:

Job hazard analyses containing all the information as required by figure 1-1, EM 385-1-1 (figure 01351-1.) shall be fully completed and signed by an Officer of the company and shall be included in the Accident Prevention Plan. The job hazard analyses will be reviewed for adequacy at least monthly by the contractor and noted as such on the Contractor's Quality Control Report.

ACTIVITY HAZARD ANALYSIS

ACTIVITY________________ ANALYZED BY/DATE________________

| PRINCIPAL STEPS | POTENTIAL SAFETY/HEALTH HAZARDS | RECOMMENDED CONTROLS |
|---|---|---|
| *Identify the principal steps involved and the sequence of work activities* | *Analyze each principal step for potential hazards* | *Develop specific controls for each potential hazard* |

| EQUIPMENT TO BE USED | INSPECTION REQUIREMENTS | TRAINING REQUIREMENTS |
|---|---|---|
| *List equipment to be used in the work activity* | *List inspection requirements for the work activity* | *List training requirements, including hazard communication* |

Figure 01351-1. EM 385-1-1, figure 1-1.

5. **ACCIDENT PREVENTION PLAN:** In addition to those items contained in EM 385-1-1, Appendix A, the following items will be included in the accident prevention plan:

a. **Hard Hat Area.** A statement that the jobsite is classified a "hard hat" area from start to finish.

b. **Sanitation and Medical Requirements.** Estimate the greatest number of employees, supervisors, etc., to be working at peak construction period, including subcontractor personnel. Include sanitation requirements and medical facilities identified for the job site. Note: When a medical facility or physician is not accessible within five minutes of an injury to a group of two or more employees for the treatment of injuries, at least two or more employees on each shift shall be qualified to administer first aid and CPR.

c. **Equipment Inspection.** Describe the type of inspection program on cranes, trucks, and other types of construction equipment the Contractor plans to implement. Include who will be responsible for the inspection and how the Contractor will control equipment of sub-contractors and equipment brought to the site by rental companies. Describe the types of records to be kept. Indicate that copies of records of all equipment inspections will be kept at the job site for review by the designated authority.

d. **Crane & Derrick Operators.** All floating cranes and floating derricks may only be operated by qualified operators. Written proof of qualification for all crane and derrick operators shall be in accordance with EM 385-1-1, section 16.C.04 and shall include any certificates and/or dates of examination, shall be specific to each operator, and shall be signed by the qualifying source. The qualifying source may be

an independent testing and qualifying company, a union, a government agency, a state or city licensing agency, a qualified consultant, etc. **THE CONTRACTOR WILL PROVIDE COPIES OF THE CRANE OPERATOR'S QUALIFICATIONS TO THE CONTRACTING OFFICER OR HIS REPRESENTATIVE AT THE PRECONSTRUCTION MEETING.**

e. **Contractor Diving Operations.**

1) Diving contractors and/or subcontractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the COR and Command Dive Coordinator (CDC) for review and acceptance at the Safety Meeting or at least fifteen (15) days prior to the commencement of dive operations.

2) A dive operations plan in accordance with EM 385-1-1, section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the COR for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the COR is required for diving operations to commence.

f. **Lifting Operations Involving Single Point Mooring Buoys and Pipeline.**

1) Operations involving the lifting and subsequent transfer of anchors to single point mooring buoys (e.g. scots buoy, pump-out buoy, mono-buoy, etc.,) and setting, retrieving, and moving of pipeline shall require submittal of a critical lift plan. The critical lift plan shall include or specify the following:

a. the crane or derrick operator, lift supervisor and rigger and their qualifications.

b. the exact size and weight of the load to be lifted and all crane or derrick rigging components, including the anchor chain, sand loading of pipeline, which adds to the weight.

c. the lift geometry and procedures including the crane position, height of the lift; the load radius, and the boom length and angle for the entire range of the lift;

d. a rigging plan showing the lift points and describes rigging procedures and hardware requirements;

e. a description of the operating base (platform) condition and any potential list;

f. environmental conditions under which the lift operations are to be stopped; and,

g.coordination and communication requirements

2) The New York Safety Office Critical Lift Plan shall be completed by the contractor, signed by an officer of the company, and submitted to the Contracting Officer's Representative (COR) for acceptance prior to the lift.

3) Hanging anchors from single point mooring buoys shall not be permitted in any case unless written certification by a registered Professional Engineer (P.E.) is provided to the COR certifying that the design loading ability of the buoy topside, under-deck structure, and deck cleats are engineered to safely handle such loads.

4) All buoy mechanical systems (e.g. windlasses) shall be maintained in working order throughout the duration of the contract.

6. **PROJECT SAFETY OFFICER**: The Contractor will designate an employee as Site Safety Officer who is responsible for implementing and enforcing the Accident Prevention Plan. The site safety officer shall have the authority to suspend operational activities if the health and safety of personnel are endangered, and to suspend an individual from operational activities for infractions of the Accident Prevention Plan. The Contractor will submit a resume of the site safety officer outlining their training and experience specific to construction safety and occupational health for acceptance by the COR prior to the start of work. The Site Safety Officer shall have completed a 40-hour OSHA compliance-based construction safety training course.

7. **ACCIDENT REPORTS:** The contractor shall immediately report all accidents by telephone to the COR.

a. The Contractor will provide an initial written report of the accident to the COR within 24 hours. The Contractor shall complete and submit ENG Form 3394 for all accidents involving lost work time, medical treatment, and/or property damage in excess of $2,000.00 within 48 hours of the accident.

b. Daily records of all first aid treatment not otherwise reported shall be maintained at the job site and furnished to the designated authority upon request. Records shall also be maintained of all exposure and accident experience incidental to the work (OSHA Form 200 or equivalent as prescribed by 29 CFR 1904).

c. The Contractor will maintain and provide the designated authority access to the project's Workers Compensation Claims Report that details the compensable accidents experienced on the project by the Contractor and Subcontractor.

8. **MONTHLY EXPOSURE REPORTS**: The Contractor shall submit to the COR no later than the first day of each month, a compilation of man-hours worked each month by the prime contractor and each subcontractor.

9. **CLEAN-UP**: The Contractor's Accident Prevention Plan shall identify the individual's responsible for cleanup and shall establish a housekeeping procedures and schedules. If the

COR determines that cleanup is not being performed satisfactorily, the Contractor shall establish a work crew to perform the continuous cleanup required by the contract clause titled: CLEANING UP. The individual(s) appointed to the work crew to perform continuous cleanup shall not perform any other duties under this contract, unless approved by the COR. The number of individuals appointed to the cleanup work crew shall be increased as directed by the COR until adequate cleanup is maintained.

**10. SUPPLEMENTAL TO SAFETY MANUAL:** To supplement and emphasize the requirements of EM 385-1-1, the following is provided and shall be met as applicable.

a. **Electrical Work**: Electrical work shall not be performed on or near energized lines or equipment unless specified in the plans and specifications.

1) Upon request by the Contractor, arrangements will be made for de-energizing lines and equipment so that work may be performed. All outages shall be requested through the COR a minimum of 14 days, unless otherwise specified, prior to the beginning of the specified outages. Dates and duration will be specified.

2) Upon approval of the COR, the following work may be performed with the lines energized using certified hot line equipment on lines above 700 volts, when the following conditions have been met.

   a. Work below the conductors no closer than the clearance required in EM 385-1-1 from the energized conductors.

   b. Setting and connection of new pre-trimmed poles in energized lines which do not replace an existing pole.

   c. setting and removing transformers or other equipment on poles.

   d. Installation or removal of hot line connectors, jumpers, dead-end insulators for temporary isolation, etc., which are accomplished with hot line equipment from an insulated bucket truck.

3) The Contractor shall submit a plan, in writing, describing his/her method of operation and the equipment to be used on energized lines. Proper certification from an approved source of the safe condition of all tools and equipment will be provided with the plan. The work will be planned and scheduled so that proper supervision is maintained. Emergency procedures for disconnecting power in the event of an accident will be outlined in the plan. The Contractor will review his/per plan with the COR prior to being granted permission to perform the work.

4) No work on lines greater than 600 volts will be performed from the pole or without the use of an insulated bucket truck.

5) No work will be done on overbuilt lines while underbuilt lines are energized, except for temporary isolation and switching.

b. **Electrical Tools:** Hand held electrical tools shall be used only on circuits protected by ground fault circuit interrupters for protection of personnel.

c. **Electrical Cords:** All general use extension cords shall be hard usage or extra hard usage as specified in Table 11-1 of EM 385-1-1.

d. **Temporary Electrical Systems:** Temporary electrical distribution systems and devices shall be checked and found acceptable for polarity, ground continuity, and ground resistance before initial use and after modification. GFI outlets shall be installed and tested with a GFI circuit tester (tripping device) prior to use. Portable and vehicle mounted generators shall be inspected for compliance with EM 385-1-1 and NFPA 70.

e. **Rollover Protective Structures (ROPS):** Seat belts and ROPS shall be installed on all construction equipment as required by paragraph 16.B.12 of EM 385-1-1. The operating authority will furnish proof from the manufacturer or licensed engineer that ROPS meets the applicable SAE standards cited in EM 385-1-1, pg. 257.

f. **Elevating Work Platforms:** All elevating work platforms shall be designed, constructed, maintained, used, and operated in accordance with ANSI A92.3, ANSI A92.6, ANSI A92.5 and EM 385-1-1, Sections 22.J and 16.A. Only personnel trained in the use of elevating work platforms shall be authorized to use them. A list will be maintained by the contractor of all authorized users at the job site. The list will be updated as necessary and available for review on site by the designated authority.

g. **Fall Protection:** Fall protection in the form of standard guardrails, nets, or personal fall arrest systems will be provided for all work conducted over 6 feet in height. The contractor will submit his/her proposed method of fall protection to the COR as part of the Job Hazard Analysis for acceptance. If the contractor deems that conventional fall protection has described above is not feasible for a particular job, or phase of a job, the Contractor will state in writing the reasons that conventional fall protection cannot be used and provide alternative safety measures for review and acceptance by the COR.

h. **Excavations:** All open excavations made in the earth's surface four (4) foot of greater will be under the supervision of a competent person trained in, and knowledgeable about, soils analysis, the use of protective systems, and the requirements of OSHA 29 CFR 1926, Subpart P and EM 385-1-1, Section 25. The competent person shall be designated in writing by the Contractor and a resume of their training and experience submitted to the COR for acceptance.

1) Excavations hazards and methods for their control will be specified in the job hazard analyses.

2) Sloping and benching: The design of sloping and benching shall be selected from and in accordance with written tabulated data, such as charts and tables. At least one copy of the tabulated data will be maintained at the job site.

i. **Support Systems**: shall be in accordance with one of the systems outlined in 1 through 3 below:

1) Designs drawn from manufacturer's specifications shall be in accordance with all specifications, limitations, and recommendations issued or made by the manufacturer. A copy of the manufacture's specifications, recommendations, and limitations will be in written form and maintained at the job site.

2) For design selected from and in accordance with tabulated data (such as tables and charts), at least one copy of the design shall be maintained at the job site during excavation.

3) For systems designed by a registered Professional Engineer. At least one copy of the design shall be maintained at the job site during excavation.

j. For excavations greater than 20 feet deep, sloping and benching or support systems shall be designed by a registered Professional Engineer. **At least one copy of the plans and specifications shall be maintained at the job site during excavation.** The contractor will ensure that the registered Professional Engineer is working within a discipline applicable to the excavation work; i.e. it would be inappropriate for an electrical engineer to approve shoring designed for an excavation.

k. **Confined Space**: Entry into and work in a confined space will not be allowed when oxygen readings are less than 19.5% or greater than 23.5% or if the lower explosive limit (LEL) readings is greater than 10%, unless these conditions are adequately addressed in the confined space entry plan. In addition, action levels for toxic atmospheres shall be determined and any other known or potential hazards elimated prior to entry.

l. **Language**: For each group that has employees that do not speak English, the Contractor will provide a bilingual foreman that is fluent in the language of the workers. The contractor will implement the requirements of EM 385-1-1, 01.B through these foremen.

## 11. CONTRACTOR SAFETY MEETINGS AND DOCUMENTATION:

Contractor shall conduct and document safety meetings among its personnel as required by EM 385-1-1 and as indicated herein. Monthly meetings shall be held among all supervisors, and weekly meetings shall be conducted by supervisors or foreman for all workers. The agenda of the meeting shall include specific safety items pertinent to work being performed. Documentation shall include a summary of items discussed as well as other items required by the EM 385-1-1. Documentation shall be submitted to the Government monthly.

## 12. CONTRACTOR PERFORMANCE APPRAISAL:

The occurrence of accidents and near misses due to negligence are strong indications that there has been insufficient emphasis on effective implementation and/or commitment to the accident prevention program. Should it become obvious that proper emphasis is not being given to safety, an interim unsatisfactory performance appraisal rating will be issued. If safety continues to be unsatisfactory or marginal, the unsatisfactory rating will become final. The contractor should be aware that this appraisal will be stored in a national computer database which can be accessed by a multitude of agencies or municipalities desiring information on prospective contractors. An unsatisfactory rating in this database may affect the contractor's ability to obtain future Government work.

13. **SAFETY AND OCCUPATIONAL HEALTH REQUIREMENTS FOR MARINE PROJECTS – See Section UFGS 01525 (NYD Ed. 7/04)**

SECTION 01355

ENVIRONMENTAL PROTECTION

TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
|---|---|---|
| 1. | SCOPE | 1 |
| 2. | QUALITY CONTROL | 1 |
| 3. | PERMITS OBTAINED BY CORPS OF ENGINEERS | 1 |
| 4. | SUBMITTALS | 1 |
| 5. | SUBCONTRACTORS | 3 |
| 6. | NOTIFICATION | 3 |
| 7. | PROTECTION OF ENVIRONMENTAL RESOURCES | 3 |
| 8. | POST CONSTRUCTION CLEAN UP | 7 |
| 9. | RESTORATION OF LANDSCAPE DAMAGE | 7 |
| 10. | MAINTENANCE OF POLLUTION CONTROL FACILITIES | 8 |
| 11. | TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL | 8 |
| 12. | PAYMENT | 8 |

# SECTION 01355

# ENVIRONMENTAL PROTECTION

## 1. SCOPE

This section covers prevention of environmental pollution and damage as the result of construction operations under this contract and for those measures set forth in other technical provisions of these specifications. For the purpose of this specification, environmental pollution and damage is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to human life; affect other species of importance to man; or degrade the utility of the environment for aesthetic, cultural and/or historical purposes. The control of environmental pollution and damage requires consideration of air, water, and land, and includes management of visual aesthetic, noise, solid waste, radiant energy and radioactive materials, as well as other pollutants.

## 2. QUALITY CONTROL

The Contractor shall establish and maintain quality control for environmental protection of all items set forth therein. The Contractor shall record on daily reports any problems in complying with laws, regulations and ordinances and corrective action taken and submit these reports as part of the daily reports required in Section 01200.

## 3. PERMITS OBTAINED BY THE CORPS OF ENGINEERS

The Contractor shall comply with all requirements under the terms and conditions set out in the Water Quality Certificates in Section 00900, Attachment D.

## 4. SUBMITTALS

The Contractor shall submit an environmental protection plan in accordance with provisions as herein specified.

### 4.1 Environmental Protection Plan

a. Prior to commencement of the work, the Contractor shall submit to the Contracting Officer for approval his proposed environmental protection plan. This shall be followed by a meeting with representatives of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program. Approval of the Contractor's plan for environmental protection will not relieve the Contractor of his responsibility for adequate and continuing control of pollutants.

b. Hopper Dredge Basket or Screens

Drawings showing the design and method of fabrication of the basket or screen used for hopper dredging shall be submitted for approval prior to the commencement of dredging activities.

c. Environmental Protection Plan shall include but not limited to the following:

(1) A list of Federal, State and local laws, regulations, and permits concerning environmental protection, pollution control and abatement that are applicable to the Contractor's proposed operations and the requirements imposed by those laws, regulations and permits.

(2) Methods for protection of features to be preserved within authorized work areas. The Contractor shall prepare a listing of methods to protect resources needing protection, i.e., trees, shrubs, vines, grasses and ground cover, landscape features, air and water quality, fish and wildlife, soil, historical, archaeological and cultural resources.

(3) Procedures to be implemented to provide the required environmental protection and to comply with the applicable laws and regulations. The Contractor shall set out the procedures to be followed to correct pollution of the environment due to accident, natural causes or failure to follow the procedures set out in accordance with the environmental protection plan.

(4) Permit or license for, and the location of, the solid waste disposal area.

(5) Drawings showing locations of any proposed temporary excavations or embankments for haul roads, stream crossings, material storage areas, structures, sanitary facilities, and stockpiles of excess or spoil materials.

(6) Environmental monitoring plans for the job site, including land, water, air, and noise monitoring.

(7) Traffic control plan.

(8) Methods of protecting surface and ground water during construction activities.

(9) Work area plan showing the proposed activity in each portion of the area and identifying the areas of limited use or nonuse. Plan should include measures for marking the limits of use areas.

(10) Plan of borrow area.

**4.2 Implementation**

After receipt of Notice to Proceed, the Contractor shall, within five (5) days, submit in writing the above Environmental Protection Plan and meet with representatives of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program. Approval of the Contractor's plan will not relieve the Contractor of his responsibility for adequate and continuing control of pollutants and other environmental protection measures.

**5. SUBCONTRACTORS**

Assurance of compliance with this section by subcontractors will be the responsibility of the Contractor.

**6. NOTIFICATION**

The Contracting Officer will notify the Contractor in writing of any observed noncompliance with the aforementioned Federal, State or local laws or regulations, permits and other elements of the Contractor's environmental protection plan. The Contractor shall, after receipt of such notice, inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No time extensions shall be granted or costs or damages allowed to the Contractor for any such suspension.

**7. PROTECTION OF ENVIRONMENTAL RESOURCES**

**7.1 General**

The Contractor shall at all times perform all work and take such steps required to minimize interference with or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the work area which in the opinion of the Contracting Officer, are critical to fish and wildlife. The Contractor shall anticipate orders to stop work at the discretion of the Contracting Officer if any fish or wildlife are endangered by construction activities. The environmental resources within the project boundaries and those affected outside the limits of permanent work under this contract shall be protected during the entire period of this contract. The Contractor shall confine his activities to areas defined by the drawings and specifications. Environmental protection shall be as stated in the following subparagraphs.

**7.2 Protection of Land Resources**

Prior to the beginning of any construction, the Contractor shall identify all land resources to be preserved within the Contractor's work area. The Contractor shall not remove, cut, deface, injure, or destroy land resources including trees, shrubs, vines, grasses, top soil, and land forms without special permission from the Contracting Officer. No ropes, cables, or guys shall be fastened to or attached to any trees for anchorage unless specifically authorized. Where such special emergency use is permitted, the Contractor

shall provide effective protection for land and vegetation resources at all times as defined in the following subparagraphs.

**7.3 Work Area Limits**

Prior to any construction the Contractor shall mark the areas that are required to accomplish all work to be performed under this contract. Isolated areas within the general work area which are to be saved and protected shall also be marked or fenced. Monuments and markers shall be protected before construction operations commence. Where construction operations are to be conducted during darkness, the markers shall be visible. The Contractor shall convey to his personnel the purpose of marking and protecting all necessary objects. Jobsite fencing shall be provided around work areas.

**7.3.1 Protection of Landscape**

Trees, shrubs, vines, grasses, land forms and other landscape features shall be clearly identified by marking, fencing, or wrapping with boards, or any other approved techniques.

**7.3.2 Reduction of Exposure of Unprotected Erodible Soils.**

Earthwork brought to final grade shall be finished as indicated and specified. Side slopes and back slopes shall be protected as soon as practicable upon completion of rough grading. All earthwork shall be planned and conducted to minimize the duration of exposure of unprotected soils.

**7.3.3 Temporary Protection of Disturbed Areas**

Such methods as necessary shall be utilized to effectively prevent erosion and control sedimentation, including but not limited to:

Retardation and control of runoff. Runoff from the construction site shall be controlled by construction of diversion ditches, benches, and/or berms to retard and divert runoff to protected drainage courses, and any measures required by area-wide plans approved under paragraph 208 of the Clean Water Act.

**7.3.4 Erosion and Sediment Control Devices**

The contractor shall construct or install all temporary and permanent erosion and sediment control features as indicated on the drawings. Temporary erosion and sediment control measures such as berms, dikes, drains, sedimentation basins, grassing and mulching shall be maintained until permanent drainage and erosion control facilities are completed and operative.

**7.3.5 Temporary Excavations and Embankments**

Temporary excavations and embankments for plant or work areas shall be controlled to protect adjacent areas from dispoilment.

**7.3.6 Disposal of Solid Wastes**

Solid wastes (excluding clearing debris) shall be placed in containers which are emptied on a regular schedule. All handling and disposal shall be conducted to prevent contamination.

**7.3.7 Disposal of Chemical Waste**

Chemical waste shall be stored in corrosion resistant containers, removed from the work area and disposed of in accordance with Federal, State and local regulations.

**7.3.8 Disposal of Discarded Materials**

Discarded materials other than those which can be included in the solid waste category will be handled as directed by the Contracting Officer.

**7.4 Preservation and Recovery of Archaeological Resources**

If, during construction activities, the Contractor observes unusual items that might have historical, archaeological or cultural value, such observations shall be reported as soon as practical to the Contracting Officer. No work will be conducted in the vicinity of the discovery until authorized by the Contracting Officer.

**7.5 Protection of Water Resources**

The Contractor shall keep construction activities under surveillance, management and control to avoid pollution of surface and ground waters. Special management techniques as set out below shall be implemented to control water pollution by the listed construction activities which are included in this contract.

**7.5.1 Monitoring of Water Areas Affected by Construction Activities**

Monitoring of water areas affected by construction activities shall be the responsibility of the Contractor. All water areas affected by construction activities shall be monitored by the Contractor.

**7.6 Protection of Fish and Wildlife Resources**

The Contractor shall keep construction activities under surveillance, management and control to minimize interference with, disturbance to and damage of fish and wildlife. Species that require specific attention along with measures for their protection will be listed by the Contractor prior to beginning of construction operations.

### 7.7 Protection of Air Resources

The Contractor shall keep construction activities under surveillance, management and control to minimize pollution of air resources. All activities, equipment, processes, and work operated or performed by the Contractor in accomplishing the specified construction shall be in strict accordance with the State of New Jersey and State of New York rules or regulations and all Federal emission and performance laws and standards. Ambient air quality standards set by the Environmental Protection Agency shall be maintained for these construction operations and activities specified in this section. Special management techniques as set out below shall be implemented to control air pollution by the construction activities which are included in the contract.

#### 7.7.1 Particulates

Dust particles from all construction activities, processing and preparation of materials shall be controlled at all times, including weekends, holidays and hours when work is not in progress.

##### 7.7.1.1 Particulates Control

The Contractor shall maintain all excavations, stockpiles, haul roads, permanent and temporary access roads, plant sites, spoil areas, borrow areas, and all other work areas within or outside the project boundaries free from particulates which would cause the air pollution standards mentioned in paragraph 7.7 above to be exceeded or which would cause a hazard or a nuisance. Sprinkling, chemical treatment of an approved type, light bituminous treatment, baghouse, scrubbers, electrostatic precipitators or other methods will be permitted to control particulates in the work area. Sprinkling, to be efficient, must be repeated at such intervals as to keep the disturbed area damp at all times. The Contractor must have sufficient competent equipment available to accomplish this task. Particulates control shall be performed as the work proceeds and whenever a particulates nuisance or hazard occurs.

#### 7.7.2 Hydrocarbons and Carbon Monoxide

Hydrocarbons and carbon monoxide emissions from equipment shall be controlled to Federal and State allowable limits at all times.

#### 7.7.3 Odors

Odors shall be controlled at all times for all construction activities, processing and preparation of materials.

#### 7.7.4 Monitoring of Air Quality (NOT APPLICABLE)

Monitoring of air quality shall be the responsibility of the Contractor. All air areas affected by the construction activities shall be monitored by the Contractor.

**7.8 Protection of Sound Intrusions**

The Contractor shall keep construction activities under surveillance and control to minimize damage to the environment by noise. The Contractor shall use methods and devices to control noise emitted by equipment to sound levels as given in the following table:

PERMISSIBLE NON-DOD NOISE EXPOSURES

| Duration per day, hours | Sound level dB(A) slow response |
|---|---|
| 8 | 90 |
| 6 | 92 |
| 4 | 95 |
| 3 | 97 |
| 2 | 100 |
| 1 1/2 | 102 |
| 1 | 105 |
| 1/2 | 110 |
| 1/4 | 115 |

When the daily noise exposure is composed of two or more periods of noise exposure of different levels, their combined effects should be considered rather than the individual effect of each. Exposure to different levels for various periods of time shall be computed according to the following formula:

Fe = T1/L1 + ...... + Tn/Ln where;

Fe = Equivalent noise exposure factor

T() = The period of noise exposure at any contest level (in hours) L() = The duration of the noise exposure at the constant level from Table I

If Fe exceeds one(1), hearing protection is required.

**8. POST CONSTRUCTION CLEAN UP**

The Contractor shall clean up areas used for construction.

**9. RESTORATION OF LANDSCAPE DAMAGE**

The Contractor shall restore all landscape features damaged or destroyed during construction operations inside or outside the limits of the approved work areas. Beach grass and other natural resources inside the work area will have to be replaced if disturbed. Such restoration shall be in accordance with the plan submitted for the

Contracting Officer's approval. This work will be accomplished at the Contractor's expense.

**10. MAINTENANCE OF POLLUTION CONTROL FACILITIES**

The Contractor shall maintain all constructed facilities and portable pollution control devices for the duration of the contract or for that length of time construction activities create the particular pollutant.

**11. TRAINING OF CONTRACTOR PERSONNEL IN POLLUTION CONTROL**

The Contractor shall train his personnel in all phases of environmental protection. The training shall include methods of detecting and avoiding pollution, familiarization with pollution standards, both statuary and contractual, and installation and care of facilities (vegetative covers, and instruments required for monitoring purposes) to ensure adequate and continuous environmental pollution control.

**12. PAYMENT**

No separate payment or direct payment will be made for the cost of the work covered under this section, and such work will be considered as a subsidiary obligation of the Contractor.

**- End of Section -**

# SECTION 01451

# INSPECTION AND ACCEPTANCE

# CONTRACTOR QUALITY CONTROL

## TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
| --- | --- | --- |
| 1. | GENERAL. | 1 |
| 2. | PRECONSTRUCTION CONFERENCE. | 1 |
| 3. | SUBMITTALS | 1 |
| 4. | QUALITY CONTROL (QC) PROGRAM | 3 |
| 5. | COMPLETION | 3 |
| 6. | QUALITY CONTROL (QC) DOCUMENTATION | 3 |
| 7. | MEASUREMENT AND PAYMENT | 4 |

**SECTION 01451**

**INSPECTION AND ACCEPTANCE**

**CONTRACTOR QUALITY CONTROL**

**1. GENERAL.** The contractor shall establish and maintain an effective quality control (QC) program in compliance with contract clause: "INSPECTION OF CONSTRUCTION" (FAR 52.246-12). The burden of contract compliance is placed on the Contractor and not assumed by the Government. The Contractor's QC program will not be accepted without question and the right to inspect or verify at any time is reserved by the Government.

**2. PRECONSTRUCTION CONFERENCE.** As soon as practicable, before the start of dredging, the Contractor shall meet with the Contracting Officer or the Contracting Officer Representative to discuss its QC program as well as other administrative matters for the contract work. During the meeting, a mutual understanding of the program details shall be developed, including the forms for recording the QC operations, inspections, testing (if required), administration of the program, and the interrelationship of the Contractor and Government control and surveillance. Minutes of the meeting shall be prepared, signed by both the Contractor and the Contracting Officer or Contracting Officer's Representative and shall become part of the contract file.

**3. SUBMITTALS**

a. **Quality Control Plan**. Prior to the start of dredging, the Contractor shall furnish his QC plan to the Contracting Officer or Contracting Officer's Representative for acceptance. <u>Contract operations will be permitted to begin only after acceptance of the QC plan.</u> The QC plan the Contractor proposes to implement shall include, as a minimum, the following:

1) A description of the quality management organization.

2) The number, classifications, qualifications, duties, responsibilities and authorities of personnel. A copy of the letter signed by an authorized official of the firm, which describes the responsibilities and delegates the authorities of the system manager shall be furnished.

3) Procedures for testing placement area effluent (if required), and any other required samples.

4) QC activities to be performed, including those of subcontractors if used to accomplish the work.

5) Compliance inspections recorded on the Construction Quality Control Report and the Dredging Report, samples of which are attached.

6) After acceptance of the QC plan, the Contractor shall notify the Contracting Officer or Contracting Officer's Representative in writing of any proposed change to his QC program. At any time it is determined that the QC program is not providing dredging operations which conform to contract requirements, actions shall be taken by the Contractor to correct the deficient management.

b. **Other Submittals.** Procedures for purchasing materials and equipment, subcontracting, and processing reports, samples and other submittals shall be developed. The procedures shall include the establishment of responsibilities to assure at each level adequate review and approval, timely delivery including verification procedures, and proper storage.

c. **Quality Assurance.** Action shall be taken to ensure that only materials and equipment which comply with contract requirements are purchased and delivered to the job site, unless specific deviations are approved. All proposed deviations from contract requirements shall be submitted in writing to the Contracting Officer or Contracting Officer's Representative for approval.

d. Selection and Control. The Contractor shall review the contract requirements and determine those submittals needed to assure compliance. Within five days after receipt of the notice to proceed, unless otherwise directed, the Contractor shall submit to the Contracting Officer or Contracting Officer's Representative for review and approval, in duplicate, a submittal control document (ENG Form 4288) listing and scheduling all submittal items required by the contract. ENG Form 4288 (see Section 00900, Attachment G) will be furnished to the Contractor. The contractor shall review and revise the submittal control document at each progress schedule update and shall furnish any revised documents to the Contracting Officer or Contracting Officer's Representative.

e. **Government Approved Submittals.** When submittals are required to be approved by the Contracting Officer or Contracting Officer's Representative, adequate time shall be allowed for review and approval. Approval action by the Government will not relieve the Contractor of his responsibility for compliance with the contract. After submittals have been approved by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

f. **Government Disapproved Submittals.** When submittals are disapproved, the Contractor shall make all corrections required by the Contracting Officer and promptly

furnish a corrected submittal in the form and number of copies specified for the initial submittal. Adequate time shall be allowed for review and approval of the submittal by the Contracting Officer and Contracting Officer's Representative.

4. **QUALITY CONTROL (QC) PROGRAM.** The Contractor's QC program shall include the following three phases of control and management for each definable feature of the work. The Contractor's QC Manager shall notify the contracting officer or contracting officer's representative at least 24 hours in advance of any activities to be accomplished under the first two phases of this program.

a. **Preparatory.** This control phase shall be performed before beginning work on each definable feature of work. It shall include a review of contract requirements to assure compliance.

b. **Initial.** This phase of control shall be accomplished at the time of arrival to the placement area or of dredging personnel on site to accomplish a definable feature of work, and shall be repeated at any time when new workers or crews arrive for assignment to the project. The contractor's QC program shall be as such to permit the transfer of information of quality requirements specified in this contract to each worker so that the specified quality of work will be provided and consistent production of high quality of work will be encouraged. It is during this phase that control testing shall be undertaken and verified.

c. **Followup.** The follow-up phase shall be performed continuously to verify that control procedures are providing an end product which complies with contract requirements.

5. COMPLETION. At the completion of the work, the Contractor's QC manager shall conduct a joint completion review with the Contracting Officer or Contracting Officer's Representative. During this review, the work shall be examined, quality control shall be reviewed, and a list prepared for work items not conforming to the plans and specifications. This list shall be included in the submittal control document with an estimated date for correction of each deficiency. The Contractor shall assure that deficiencies have been corrected prior to the scheduled completion dates. Payment will be withheld for defective or deficient features until they are satisfactorily corrected except as otherwise specified in the contract clause: "INSPECTION OF CONSTRUCTION."

6. **QUALITY CONTROL (QC) DOCUMENTATION.** The Contractor shall maintain current records on approved forms, samples of which are attached (Section 00900-C, -G, and -I), of quality control operations, activities, and any required tests. These records shall include factual evidence that the required activities have been performed, and shall include both conforming and defective or deficient features. The records shall also include a statement that materials and equipment used in the work comply with the contract except for approved deviations. Legible copies of these records shall be furnished to the Contracting Officer or Contracting Officer's Representative on a <u>daily basis</u> or as specified at the PreConstruction Conference by the Contracting Officer or Contracting Officer's Representative.

7. **MEASUREMENT AND PAYMENT**. Separate payment will be made for any work under this section and all costs in connection therewith shall be included in the cost for all the bid items.

UFGS 01525

# SAFETY AND OCCUPATIONAL HEALTH REQUIREMENTS FOR MARINE PROJECTS

(NYD Ed. 7/04)

SECTION TABLE OF CONTENTS
DIVISION 01 - GENERAL REQUIREMENTS
SECTION 01525
SAFETY AND OCCUPATIONAL HEALTH REQUIREMENTS
**04/04**

PART 1 GENERAL
1.1 REFERENCES
1.2 SUBMITTALS
1.3 DEFINITIONS
1.4 REGULATORY REQUIREMENTS
1.5 DRUG PREVENTION PROGRAM
1.6 SITE QUALIFICATIONS, DUTIES AND MEETINGS
1.6.1 Personnel Qualifications
1.6.1.1 Site Safety and Health Officer (SSHO)
1.6.1.2 Competent Person for Confined Space
1.6.1.3 Competent Person for Health Hazard Control and Respiratory Protection Program
1.6.1.4 Crane Operators
1.6.2 Personnel Duties
1.6.2.1 Safety Program Manager (SPM)
1.6.3 Meetings
1.6.3.1 Preconstruction Conference
1.6.3.2 Weekly Safety Meetings
1.6.3.3 Work Phase Meetings
1.7 TRAINING
1.7.1 New Employee Indoctrination
1.7.2 Periodic Training
1.7.3 Training on Activity Hazard Analysis (AHA)
1.8 ACCIDENT PREVENTION PLAN (APP)
1.8.1 EM 385-1-1 Contents
1.9 ACTIVITY HAZARD ANALYSIS (AHA)
1.10 DISPLAY OF SAFETY INFORMATION
1.11 SITE SAFETY REFERENCE MATERIALS
1.12 REPORTS
1.12.1 Accident Reports
1.12.2 Accident Notification
1.12.3 Monthly Exposure Reports
1.12.4 Regulatory Citations and Violations
1.12.5 Crane Reports
1.13 HOT WORK
PART 2 PRODUCTS
2.1 CONFINED SPACE SIGNAGE
PART 3 EXECUTION
3.1 CONSTRUCTION AND/OR OTHER WORK
3.1.1 Hazardous Material Use
3.1.2 Hazardous Material Exclusions
3.2 FALL HAZARD PROTECTION AND PREVENTION PROGRAM

3.2.1 Training
3.2.2 Fall Protection Equipment
3.2.2.1 Personal Fall Arrest Equipment
3.2.3 Horizontal Lifelines
3.2.4 Guardrail Systems
3.2.5 Rescue and Evacuation Procedures
3.3 EQUIPMENT
3.3.1 Material Handling Equipment
3.3.2 Weight Handling Equipment
3.3.3 Equipment and Mechanized Equipment
3.4 EXCAVATIONS
3.4.1 Shoring Systems
3.5 ELECTRICAL
3.5.1. Portable Extension Cords
3.5.2. Circuits with GFCI Protection
3.5.3. Portable GFCI Units
3.6 WORK IN CONFINED SPACES
3.7 HOUSEKEEPING
3.7.1 Clean-Up
3.7.2 Falling Object Protection
3.8 PERSONNEL WORK AND REST SCHEDULES
3.9 LANGUAGE
3.10 CONTRACTOR PERFORMANCE APPRAISALS

-- End of Section Table of Contents --

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)

ANSI Z359.1 (1992; R 1999) Safety Requirements for Personal Fall Arrest Systems, Subsystems and Components

ASME B30.3 (1996) Construction Tower Cranes

ASME INTERNATIONAL (ASME)

ASME B30.22 (2000) Articulating Boom Cranes

ASME B30.5 (2000) Mobile and Locomotive Cranes

ASME B30.8 (2000) Floating Cranes and Floating Derricks

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 10 (2002) Portable Fire Extinguishers

NFPA 241 (2000) Safeguarding Construction, Alteration, and Demolition Operations

NFPA 51B (2003) Fire Prevention During Welding, Cutting, and Other Hot Work

NFPA 70 (2002) National Electrical Code

U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1 (2003) Safety and Health Requirements Manual

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

29 CFR 1910 Occupational Safety and Health Standards

SECTION 01525 Page 6

29 CFR 1910.146 Permit-required Confined Spaces

29 CFR 1910.94 Ventilation
29 CFR 1915 Confined and Enclosed Spaces and Other Dangerous Atmospheres in Shipyard Employment
29 CFR 1919 Gear Certification
29 CFR 1926 Safety and Health Regulations for Construction
29 CFR 1926.500 Fall Protection
USCG Title 46 Shipping

1.2 SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only or as otherwise designated. When used, a designation following the "G" designation identifies the office that will review the submittal for the Government. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES: SD-01 Preconstruction Submittals
Accident Prevention Plan (APP); G, RE
Activity Hazard Analysis (AHA); G, RE
Crane Critical Lift Plan; G, RE
Proof of qualification for Crane Operators; G, RE

Submit reports as their incidence occurs, in accordance with the requirements of the paragraph entitled, "Reports."
Accident Reports
Monthly Exposure Reports
Regulatory Citations and Violations
Crane Reports
Confined Space Entry Permit

1.3 DEFINITIONS

a. Competent Person. A person who is capable of identifying hazardous or dangerous conditions and has the authority to take prompt corrective measures to eliminate the hazards.
b. High Visibility Accident. Any mishap which may generate publicity and/or high visibility.
c. Medical Treatment. Treatment administered by a physician or by registered professional personnel under the standing orders of a physician. Medical treatment does not include first aid treatment even through provided by a physician or registered personnel.
d. Multi-Employer Work Site (MEWS). A multi-employer work site, as defined by OSHA, is one in which many employers occupy the same site. The Government considers the Prime Contractor to be the "controlling authority" for all work site safety and health of the subcontractors.
e. Operating Envelope. The area surrounding any crane. Inside this "envelope" is the crane, the operator, riggers, rigging gear between the hook and the load, the load and the crane's supporting structure (ground, rail, etc.).
f. Qualified Person for Fall Protection. A person with a recognized degree or professional certificate, extensive knowledge, training and experience in the field of fall protection who is capable of performing design, analysis, and evaluation of fall protection systems and equipment.
g. Recordable Injuries or Illnesses. Any work-related injury or

illness that results in:
(1) Death, regardless of the time between the injury and death, or the length of the illness;
(2) Days away from work;
(3) Restricted work;
(4) Transfer to another job;
(5) Medical treatment beyond first aid;
(6) Loss of consciousness; or
(7) A significant injury or illness diagnosed by a physician or other licensed health care professional, even if it did not result in (1) through (6) above.

h. Site Safety and Health Officer (SSHO). The qualified or competent person who is responsible for the on-site safety and health required for the project. The Contractor quality control (QC) person cannot be the SSHO, even though the QC has safety inspection responsibilities as part of the QC duties.

n. "USACE" property and equipment specified in USACE EM 385-1-1 should be interpreted as Government property and equipment.

1.4 REGULATORY REQUIREMENTS

In addition to the detailed requirements included in the provisions of this contract, work performed shall comply with USACE EM 385-1-1, and the federal, state, and local laws, ordinances, criteria, rules and regulations. Submit matters of interpretation of standards to the appropriate administrative agency for resolution before starting work. Where the requirements of this specification, applicable laws, criteria, ordinances, regulations, and referenced documents vary, the most stringent requirements shall apply.

1.5 DRUG PREVENTION PROGRAM

Conduct a proactive drug and alcohol use prevention program for all workers, prime and subcontractor, on the site. Ensure that no employee uses illegal drugs or consumes alcohol during work hours. Ensure there are no employees under the influence of drugs or alcohol during work hours. After accidents, collect blood, urine, or saliva specimens and test the injured and involved employees for the influence of drugs and alcohol. A copy of the test shall be made available to the Contracting Officer upon request.

1.6 SITE QUALIFICATIONS, DUTIES AND MEETINGS

1.6.1 Personnel Qualifications

1.6.1.1 Site Safety and Health Officer: A Site Safety and Health Officer (SSHO) shall be provided at the work site on all shifts. The SSHO will perform safety and occupational health management, surveillance, inspections, and safety enforcement for the Contractor. The SSHO will meet the following requirements:

A minimum of 5 years safety on similar projects.
30-hour OSHA construction safety class or equivalent within last 3 years.

An average of at least 24 hours of formal safety training each year for the past 5-years.
Competent person training as needed.

1.6.1.2 Competent Person for Confined Space Entry

Provide a competent person meeting the requirements of EM 385-1-1 who is assigned in writing by the Designated Authority to assess confined spaces and who possesses demonstrated knowledge, skill and ability to:

a. Identify the structure, location, and designation of confined and permit-required confined spaces where work is done;

b. Calibrate and use testing equipment including but not limited to, oxygen indicators, combustible gas indicators, carbon monoxide indicators, and carbon dioxide indicators, and to interpret accurately the test results of that equipment;

c. Perform all required tests and inspections specified in 29 CFR 1910.146 and 29 CFR 1915 Subpart B;

d. Assess hazardous conditions including atmospheric hazards in confined space and adjacent spaces and specify the necessary protection and precautions to be taken;

e. Determine ventilation requirements for confined space entries and operations;

f. Assess hazards associated with hot work in confined and adjacent space and determine fire watch requirements; and,

g. Maintain records required.

h. Since this work involves marine operations that handle combustible or hazardous materials, this qualified person shall be a NFPA certified marine chemist.

1.6.1.3 Competent Person for the Health Hazard Control and Respiratory Protection Program

Provide a competent person meeting the requirements of EM 385-1-1 who is:

a. Capable by education, specialized training and/or experience of anticipating, recognizing, and evaluating employee exposure to hazardous chemical, physical and biological agents in accordance with USACE EM 385-1-1, Section 6.

b. Capable of specifying necessary controls and protective actions to ensure worker health.

1.6.1.4 Crane Operators

Crane operators shall meet the requirements in USACE EM 385-1-1, Section 16 and Appendix G. [In addition, for mobile cranes with Original Equipment Manufacturer (OEM) rated capacitates of 50,000 pounds or greater, crane operators shall be designated as qualified by

a source that qualifies crane operators (i.e., union, a government agency, or and organization that tests and qualifies crane operators). Proof of current qualification shall be provided.

1.6.2 Personnel Duties

1.6.2.1 The Site Safety and Health Officer (SSHO):

a. Perform safety and occupational health management, surveillance, inspections, and safety enforcement for the project.

b. Perform as the safety and occupational health "competent person" as defined by USACE EM 385-1-1.

c. Be on-site on all shifts whenever work or testing is being performed.

d. Have authority to stop work if unacceptable health and safety conditions exist, and take necessary action to re-establish and maintain safe working conditions.

e. Conduct and document safety inspections.

f. Attend preparatory phase meetings and tool box safety meetings that occur on their shift.

g. Shall have no other duties other than safety and occupational health management, inspections, and enforcement on this contract.

1.6.3 Meetings

1.6.3.1 Pre-construction Safety Conference

a. The Contractor will be informed, in writing, of the date of the pre-construction safety conference. The purpose of the pre-construction safety conference is for the Contractor and the Contracting Officer's representatives to become acquainted and explain the functions and operating procedures of their respective organizations and to reach mutual understanding relative to the administration of the overall project's Accident Prevention Plan (APP) before the initiation of work.

b. Contractor representatives who have a responsibility or significant role in accident prevention on the project shall attend the preconstruction conference. This includes the project superintendent, site safety and health officer(s), quality control supervisor, or any other assigned safety and health professionals who participated in the development of the APP (including the Activity Hazard Analyses (AHAs)and special plans, program and procedures associated with it).

c. The Contractor shall discuss the details of the submitted APP to include incorporated plans, programs, procedures and a listing of anticipated AHAs that will be developed and implemented during the performance of the contract. This list of proposed AHAs will be reviewed at the conference and an agreement will be reached between the Contractor and the Contracting Officer's representative as to which phases will require an analysis. In addition, a schedule for the

preparation, submittal, review, and acceptance of AHAs shall be established to preclude project delays.

d. Deficiencies in the submitted APP will be brought to the attention of the Contractor at the preconstruction conference, and the Contractor shall revise the plan to correct deficiencies and re-submit it for acceptance. Work shall not begin until there is an accepted APP.

1.6.3.2 Weekly Safety Meetings

The Contractor shall conduct weekly safety meetings at the project site for all employees and shall insure that they are conducted for all subcontracted work. The Contracting Officer will be informed of the meeting in advance and be allowed attendance. Minutes showing contract title, signatures of attendees and a list of topics discussed shall be attached to the Contractors' daily quality control report.

1.6.3.3 Work Phase Meetings

The appropriate AHA shall be reviewed and attendance documented by the Contractor at the preparatory, initial, and follow-up phases of quality control inspection. The analysis should be used during daily inspections to ensure the implementation and effectiveness of safety and health controls.

1.7 TRAINING

1.7.1 New Employee Indoctrination
New employees (prime and sub-contractor) will be informed of specific site hazards before they begin work. Documentation of this orientation shall be kept on file at the project site.

1.7.2 Periodic Training
Provide Safety and Health Training in accordance with USACE EM 385-1-1 and the accepted APP. Ensure all required training has been accomplished for all onsite employees.

1.7.3 Training on Activity Hazard Analysis (AHA)
Prior to beginning a new phase, training will be provided to all affected employees to include a review of the AHA to be implemented.

1.8 ACCIDENT PREVENTION PLAN (APP)

The Contractor shall use a qualified person to prepare the written site-specific APP. Prepare the APP in accordance with the format and requirements of USACE EM 385-1-1 and as supplemented herein. Cover all paragraph and subparagraph elements in USACE EM 385-1-1, Appendix A, "Minimum Basic Outline for Preparation of Accident Prevention Plan". Where a paragraph or subparagraph element is not applicable to the work to be performed indicate "Not Applicable" next to the heading. Specific requirements for some of the APP elements are described below at paragraph 1.8.1.

The APP shall be job-specific and shall address any unusual or unique aspects of the project or activity for which it is written. The APP shall interface with the Contractor's overall safety and health program. Any portions of the Contractor's overall safety and health

program referenced in the APP shall be included in the applicable APP element and made site-specific.

The Government considers the Prime Contractor to be the "controlling authority" for all work site safety and health of the subcontractors. Contractors are responsible for informing their subcontractors of the safety provisions under the terms of the contract and the penalties for noncompliance, coordinating the work to prevent one craft from interfering with or creating hazardous working conditions for other crafts, and inspecting subcontractor operations to ensure that accident prevention responsibilities are being carried out.

The APP shall be signed by the person and firm (senior person) preparing the APP, the Contractor, the on-site superintendent, the designated safety program manager, and any designated CSP and/or CIH.

Four copies of the APP will be submitted to the Contracting Officer 15 calendar days or more prior to the date of the pre-construction safety conference for acceptance. Work cannot proceed without an accepted APP. The Contracting Officer reviews and comments on the Contractor's submitted APP and accepts it when it meets the requirements of the contract provisions. If the APP is not acceptable the Government will reschedule the safety conference to a later date.

Once accepted by the Contracting Officer, the APP and attachments will be enforced as part of the contract. Disregarding the provisions of this contract or the accepted APP will be cause for stopping of work, at the discretion of the Contracting Officer, until the matter has been rectified.

Once work begins, changes to the accepted APP shall be made with the knowledge and concurrence of the Contracting Officer, project superintendent, SPM, and quality control manager.

Should any unforeseen hazard become evident during the performance of work, the project superintendent shall inform the Contracting Officer, both verbally and in writing, for resolution as soon as possible. In the interim, all necessary action shall be taken by the Contractor to restore and maintain safe working conditions in order to safeguard onsite personnel, visitors, the public, and the environment.

Copies of the accepted plan will be maintained at the resident engineer's office and at the job site.

The APP shall be continuously reviewed and amended, as necessary, throughout the life of the contract.

Unusual or high-hazard activities not identified in the original APP shall be incorporated in the plan as they are discovered.

1.8.1 EM 385-1-1 Contents

In addition to the requirements outlined in Appendix A of USACE EM 385-1-1,the following is required:

a. Names and qualifications (resumes including education, training, experience and certifications) of all site safety and health personnel

designated to perform work on this project to site safety and health officers and other competent and qualified personnel. The duties of each position shall be specified.

b. Qualifications of competent and of qualified persons. As a minimum, competent persons shall be designated and qualifications submitted for each of the following major areas: scaffolding; fall protection; hazardous energy; confined space; health hazard recognition, evaluation and control of chemical, physical and biological agents; personal protective equipment and clothing to include selection, use and maintenance.

c. Inclement Weather Plan that identifies site-specific adverse weather and sea conditions under which dredging operations are prohibited.

d. Crane Critical Lift Plan for lifts over 75 percent of the capacity of the crane or hoist (or lifts over 50 percent of the capacity of a barge mounted mobile crane's hoists) at any radius of lift; lifts involving more than one crane or hoist; lifts of personnel; and lifts involving non-routine rigging or operation, sensitive equipment, or unusual safety risks. The plan shall be submitted 15 calendar days prior to on-site work and include the requirements of USACE EM 385-1-1, paragraph 16.c.18. and the following:
(1) For lifts of personnel, the plan shall demonstrate compliance with the requirements of 29 CFR 1926.550(g).
(2) For barge mounted mobile cranes, barge stability calculations identifying barge list and trim based on anticipated loading; and load charts based on calculated list and trim. The amount of list and trim shall be within the crane manufacturer's requirements.]

g. Alcohol and Drug Abuse Plan
(1) Describe plan for random checks and testing with pre-employment screening in accordance with the DFAR Clause subpart 252.223-7004, "Drug Free Work Force."
(2) Description of the on-site prevention program.
h. Training Records and Requirements
A list of mandatory training and certifications that are applicable to this project (e.g. explosives handling, USCG licenses, UJCG Radar endorsement, explosive-actuated tools, confined space entry, fall protection, crane operation, personnel protection equipment); list of requirements for periodic retraining/certification, outline requirements for supervisory and employee safety meetings.

h. Floating Plant Equipment Certifications Requirements. List of mandatory equipment certifications that are applicable to this project (e.g. USCG Certificates of Inspection (COI), ABS certificates, Coastwise and/or International load line, annual NAMS/SAMS, qualified persons inspection reports as required per EM 385-1-1 19.A.01.). Copies of the ABS Load Line certificates, annual inspection certificates, and scow operating restriction vessel stability letter(s) or exemption certificates shall be provided to the COR for review and acceptance whenever new equipment is placed into service.

1.9 ACTIVITY HAZARD ANALYSIS (AHA)

The Activity Hazard Analysis (AHA) format shall be in accordance with USACE EM 385-1-1. Submit the AHA for review at least 15calendar days prior to the start of each phase. Format subsequent AHA as amendments to the APP.

An AHA will be developed by the Contractor for every operation involving a type of work presenting hazards not experienced in previous project operations or where a new work crew or subcontractor is to perform work. The analysis must identify and evaluate hazards and outline the proposed methods and techniques for the safe completion of each phase of work. At a minimum, define activity being performed, sequence of work, specific safety and health hazards anticipated, control measures (to include personal protective equipment) to eliminate or reduce each hazard to acceptable levels, equipment to be used, inspection requirements, training requirements for all involved, and the competent person in charge of that phase of work.

Information contained in MSDS (Material Safety Data Sheets) shall be incorporated in the hazard analysis for the activities in which hazardous or toxic materials will be used, or generated (e.g. fiberglass, crystalline silica, metal dust or fume, etc.).

For work with fall hazards, including fall hazards associated with maintenance and towing operations, identify the appropriate fall protection methods used.

For work with materials handling and towing equipment, address safeguarding measures related to materials handling and towing equipment not limited to buoy locations and method of forecasting weather; general and site specific adverse weather and sea conditions under which dredging operations are prohibited; and, safe means of transferring personnel between vessel and scow/barge.

An activity requiring an AHA shall not proceed until the AHA has been accepted by the Site Safety and Health officer and the Contracting Officer's representative and a meeting has been conducted by the Contractor to discuss its contents with everyone engaged in the activity, including on-site Government representatives. The Contractor shall document meeting attendance at the preparatory, initial, and follow-up phases of quality control inspection.

The AHA shall be continuously reviewed and, when appropriate, modified to address changing site conditions or operations. The analysis should be used during daily inspections to ensure the implementation and effectiveness of the activity's safety and health controls.

The AHA list will be reviewed periodically (at least monthly) at the Contractor supervisory safety meeting and updated as necessary when procedures, scheduling, or hazards change.

Activity hazard analyses shall be updated as necessary to provide an effective response to changing work conditions and activities. The on-site superintendent, safety program manager and competent persons used to develop the AHAs, including updates, shall sign and date the AHAs before they are implemented.

The activity hazard analyses shall be developed using the project schedule as the basis for the activities performed. Any activities listed on the project schedule will require an AHA. The AHAs will be developed by the contractor, supplier or subcontractor and provided to the prime contractor for submittal to the Contracting Officer.

1.10 DISPLAY OF SAFETY INFORMATION

Within 1 calendar days after commencement of work, erect a safety bulletin board at the job site (or designate where the required materials can be accessed on board). The following information shall be displayed on the safety bulletin board in clear view of the on-site construction personnel, maintained current, and protected against the elements and unauthorized removal,

a. Map denoting the route to the nearest emergency care facility.
b. Emergency phone numbers.
c. Copy of the most up-to-date APP.
d. Current AHA(s).
e. OSHA 300A Form.
f. OSHA Safety and Health Protection-On-The-Job Poster.
g. Confined space entry permit.
h. Hot work permit.
i. A sign indicating the number of hours worked since last lost workday accident.

1.11 SITE SAFETY REFERENCE MATERIALS

Maintain safety-related references applicable to the project, including those listed in the article "References." Maintain applicable equipment manufacturer's manuals.

1.12 REPORTS

1.12.1 Accident Reports

a. For recordable injuries and illnesses, and property damage accidents resulting in at least $2,000 in damages, the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the USACE Accident Report Form 3394 and provide the report to the Contracting Officer within 3 calendar day(s) of the accident. Hazard Analysis for the phase of work being performed during the accident shall be attached. The Contracting Officer will provide copies of any required or special forms.

b. For any weight handling equipment accident (including rigging gear accidents) the Prime Contractor shall conduct an accident investigation to establish the root cause(s) of the accident, complete the WHE Accident Report (Crane and Rigging Gear) form and provide the report to the Contracting Officer within 30 calendar days of the accident. Crane operations shall not proceed until cause is determined and corrective actions have been implemented to the satisfaction of the contracting officer. The Contracting Officer will provide a blank copy of the accident report form.]

1.12.2 Accident Notification

Notify the Contracting Officer as soon as practical, but not later than

four hours after any accident meeting the definition of Recordable Injuries or Illnesses or High Visibility Accidents, property damage equal to or greater than $2,000, or any weight handling equipment accident. Information shall include contractor name; contract title; type of contract; name of activity, installation or location where accident occurred; date and time of accident; names of personnel injured; extent of property damage, if any; extent of injury, if known, and brief description of accident (to include type of construction equipment used, PPE used, etc.).

Preserve the conditions and evidence on the accident site until the Government investigation team arrives on-site and Government investigation is conducted.

1.12.3 Monthly Exposure Reports

Monthly exposure reporting to the Contracting Officer is required to be attached to the monthly billing request. This report is a compilation of employee-hours worked each month for all site workers, both prime and subcontractor. The Contracting Officer will provide copies of any special forms.

1.12.4 Regulatory Citations and Violations

Contact the Contracting Officer immediately of any OSHA, USCG or other regulatory agency inspection or visit, and provide the Contracting Officer with a copy of each citation, report, and contractor response. Correct violations and citations promptly and provide written corrective actions to the Contracting Officer.

1.12.5 Crane Reports

Submit crane inspection reports required in accordance with USACE EM 385-1-1,Appendix I and as specified herein with Daily Reports of Inspections.

1.13 HOT WORK

The contractor will obtain services from a NFPA Certified Marine Chemist for "HOT WORK" within or around flammable materials (such as fuel systems, welding/cutting on bulk heads, fuel pipes, or in confined spaces (such as voids, tanks, etc.) that have or are adjacent to confined spaces that have the potential for flammable or explosive atmospheres.

PART 2 PRODUCTS

2.1 CONFINED SPACE SIGNAGE

All permit required confined spaces shall be indicated with a sign or placard, or similar device.

PART 3 EXECUTION

3.1 CONSTRUCTION AND/OR OTHER WORK

The Contractor shall comply with USACE EM 385-1-1, NFPA 241, the APP, the AHA, Federal and/or State OSHA regulations, USCG, and other related submittals and activity fire and safety regulations. The most stringent standard shall prevail.

3.1.1 Hazardous Material Use

Any work or storage involving hazardous chemicals or materials must be done in a manner that will not expose Government or Contractor employees to any unsafe or unhealthful conditions. Adequate protective measures must be taken to prevent Government or Contractor employees from being exposed to any hazardous condition that could result from the work or storage. The Prime Contractor shall keep a complete inventory of hazardous materials brought onto the work-site.

3.1.2 Hazardous Material Exclusions

Notwithstanding any other hazardous material used in this contract, radioactive materials or instruments capable of producing ionizing/non-ionizing radiation (with the exception of radioactive material and devices used in accordance with USACE EM 385-1-1 such as nuclear density meters for compaction testing and laboratory equipment with radioactive sources) as well as materials which contain asbestos, mercury or polychlorinated biphenyls, di-isocynates, lead-based paint are prohibited. The Contracting Officer, upon written request by the Contractor, may consider exceptions to the use of any of the above excluded materials.

3.2 FALL HAZARD PROTECTION AND PREVENTION PROGRAM

The Contractor shall establish a fall protection and prevention program, for the protection of all employees exposed to fall hazards. The program shall include company policy, identify responsibilities, education and training requirements, fall hazard identification, prevention and control measures, inspection, storage, care and maintenance of fall protection equipment and rescue and escape procedures.

3.2.1 Training

The Contractor shall institute a fall protection training program. As part of the Fall Hazard Protection and Prevention Program, the Contractor shall provide training for each employee who might be exposed to fall hazards. A competent person for fall protection shall provide the training. Training requirements shall be in accordance with USACE EM 385-1-1, section 21.A.16.

3.2.2 Fall Protection Equipment

The Contractor shall enforce use of the fall protection equipment designated for each specific work activity when an employee is on a surface 1.8 m(6 feet) or more above lower levels. Fall protection systems such as guardrails, personnel fall arrest system, safety nets, etc., are required when working within 1.8m (6 feet) of any leading edge. In addition to the required fall protection systems, safety skiff, personal floatation devices, life rings etc., are required when

working above or next to water in accordance with USACE EM 385-1-1, paragraphs 05.H. and 05.I.

Personal fall arrest systems shall be used on all scows and open barges to prevent personnel transiting between the stern and bow of the vessel from failing into the hopper or falling off the side of the vessel to structures (e.g. dock, vessels) located 6 ft. (1.8 m) or more below, and are required when working from an articulating or extendible boom, swing stages, or suspended platform. In addition, personal fall arrest systems are required when operating other equipment such as scissor lifts if the work platform is capable of being positioned outside the wheelbase. The need for tying-off in such equipment is to prevent ejection of the employee from the equipment during raising, lowering, or travel. Fall protection must comply with 29 CFR 1926.500, Subpart M and USACE EM 385-1-1.

3.2.2.1 Personal Fall Arrest Equipment

Personal fall arrest equipment, systems, subsystems, and components shall meet ANSI Z359.1. Only a full-body harness with a shock-absorbing lanyard or self-retracting lanyard is an acceptable personal fall arrest device. Body belts may only be used as a positioning device system (for uses such as steel reinforcing assembly and in addition to an approved fall arrest system). Harnesses shall have a fall arrest attachment affixed to the body support (usually a Dorsal D-ring) and specifically designated for attachment to the rest of the system. Only locking snap hooks and carabiners shall be used. Webbing, straps, and ropes shall be made of synthetic fiber. The maximum free fall distance when using fall arrest equipment shall not exceed 1.8 m (6 feet). The total fall distance and any swinging of the worker (pendulum-like motion) that can occur during a fall shall always be taken into consideration when attaching a person to a fall arrest system.

3.2.3 Horizontal Lifelines

Horizontal lifelines shall be designed, installed, certified and used under the supervision of a qualified person for fall protection as part of a complete fall arrest system which maintains a safety factor of 2 (29 CFR 1926.500).

3.2.4 Guardrail Systems

a. On USCG inspected vessels guardrails and taut cables shall comply with USCG requirements set forth in 46 CFR 45.92.25-5. The guardrails shall be 39 in (99cm) in height with two mid rails (if not solid). The first being 9 in (22.8 cm) above the deck and the second 24 in (60.9 cm) above the deck

b. For un-inspected vessels and other marine plant, the guardrails and guardlines shall meet the requirements of EM 385-1-1, Section 21.B.

c. In those areas where it is not practical or safe to install guardrails, personnel working on unguarded platforms, catwalks, decks and other surfaces at heights greater than 6 ft (1.8m) above hard surfaces such as adjacent decks or ground level shall be provided with and wear appropriate personal fall protection systems (the guardrail requirement does not apply to anchor barges or work deck areas on crane barges where the installation of guardrails would present a safety hazard)

3.2.5 Rescue and Evacuation Procedures

When personal fall arrest systems are used, the contractor must ensure that the mishap victim can self-rescue or can be rescued promptly should a fall occur. A Rescue and Evacuation Plan shall be prepared by the contractor and include a detailed discussion of the following: methods of rescue; methods of self-rescue; equipment used; training requirement; specialized training for the rescuers; procedures for requesting rescue and medical assistance; and transportation routes to a medical facility. The Rescue and Evacuation Plan shall be included in the Activity Hazard Analysis (AHA)for the phase of work, and the Accident Prevention Plan (APP).

3.3 EQUIPMENT

3.3.1 Material Handling Equipment

a. Material handling equipment such as forklifts shall not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions.

b. The use of hooks on equipment for lifting of material must be in accordance with manufacturer's printed instructions.

c. Operators of forklifts or power industrial trucks shall be licensed in accordance with OSHA.

3.3.2 Weight Handling Equipment

a. Cranes must be equipped with:
(1) Load indicating devices (LIDs) and a boom angle or radius indicator,
(2) or load moment indicating devices (LMIs).
(3) Anti-two block prevention devices.
(4) Boom hoist hydraulic relief valve, disconnect, or shutoff (stops hoist when boom reaches a predetermined high angle).
(5) Boom length indicator (for telescoping booms).
(6) Device to prevent uncontrolled lowering of a telescoping hydraulic boom.
(7) Device to prevent uncontrolled retraction of a telescoping hydraulic boom.]
(8) Wind indicating device.
(9) Drum rotation indicator.
(10) Barge mounted mobile cranes shall be equipped with a load indicating device, a wind indicating device and a marine type list and trim indicator readable in one-half degree increments.

b. Floating cranes may use an A2B alarm system in lieu of a disengaging device unless they are hoisting personnel.

c. Cranes and derricks used in duty cycle operations are exempt from the requirements for A2B devices. Duty cycle cranes performing occasional lifts shall comply with the procedures in EM 385-1-1, 16.D.05b.(1), (2), and (3))

d. The Contractor shall notify the Contracting Officer 15 days in advance of any cranes entering the activity so that necessary quality assurance spot checks can be coordinated. Contractor's operator shall remain with the crane during the spot check.

e. The Contractor shall comply with the crane manufacturer's specifications and limitations for erection and operation of cranes and hoists used in support of the work. Erection shall be performed under the supervision of a designated person (as defined in ASME B30.5). All testing shall be performed in accordance with the manufacturer's recommended procedures.

f. The Contractor shall comply with ASME B30.5 for mobile and locomotive cranes, ASME B30.22 for articulating boom cranes, ASME B30.3 for construction tower cranes, and ASME B30.8 for floating cranes and floating derricks.

g. Each load shall be rigged/attached independently to the hook/master-link in such a fashion that the load cannot slide or otherwise become detached. Christmas-tree lifting (multiple rigged materials) is not allowed.

h. Under no circumstance shall a Contractor make a lift at or above 90% of the cranes rated capacity in any configuration.

i. When operating in the vicinity of overhead transmission lines, operators and riggers shall be alert to this special hazard and shall follow the requirements of USACE EM 385-1-1 section 11 and ASME B30.5 or ASME B30.22 as applicable.

j. Crane suspended personnel work platforms (baskets) shall not be used unless the Contractor proves that using any other access to the work location would provide a greater hazard to the workers or is impossible. Personnel shall not be lifted with a line hoist or friction crane.

k. A fire extinguisher having a minimum rating of 10BC and a minimum nominal capacity of 5lb of extinguishing agent shall be available at all operator stations or crane cabs. Portable fire extinguishers shall be inspected, maintained, and recharged as specified in NFPA 10, Standard for Portable Fire Extinguishers.

l. All employees shall be kept clear of loads about to be lifted and of suspended loads.

m. A weight handling equipment operator shall not leave his position at the controls while a load is suspended.

n. The Contractor shall use cribbing when performing lifts on outriggers.

o. The crane hook/block must be positioned directly over the load. Side loading of the crane is prohibited.

p. A physical barricade must be positioned to prevent personnel from entering the counterweight swing (tail swing) area of the crane.

q. A substantial and durable rating chart containing legible letters and figures shall be provided with each crane and securely mounted onto the crane cab in a location allowing easy reading by the operator while seated in the control station.

r. Certification records which include the date of inspection, signature of the person performing the inspection, and the serial number or other identifier of the crane that was inspected shall always be available for review by Contracting Officer personnel.

s. Written reports listing the load test procedures used along with any repairs or alterations performed on the crane shall be available for review by Contracting Officer personnel.

t. The Contractor shall certify that all crane operators have been trained in proper use of all safety devices (e.g. anti-two block devices).

3.3.3 Equipment and Mechanized Equipment

a. Equipment shall be operated by designated qualified operators. Proof of qualifications shall be kept on the project site for review.

b. Manufacture specifications or owner's manual for the equipment shall be on-site and reviewed for additional safety precautions or requirements that are sometimes not identified by OSHA or USACE EM 385-1-1. Such additional safety precautions or requirements shall be incorporated into the AHAs.

c. Equipment and mechanized equipment shall be inspected in accordance with manufacturer's recommendations for safe operation by a competent person prior to being placed into use.

d. Daily checks or tests shall be conducted and documented on equipment and mechanized equipment by designated competent persons.

3.4 EXCAVATIONS
The competent person for excavations performed as a result of contract work shall be on-site when excavation work is being performed, and shall inspect, and document the excavations daily prior to entry by workers. The competent person must evaluate all hazards, including atmospheric, that may be associated with the work, and shall have the resources necessary to correct hazards promptly. The competent person shall perform soil classification in accordance with 29 CFR 1926.

3.4.1 Shoring Systems
Trench and shoring systems must be identified in the accepted safety plan and AHA. Manufacture tabulated data and specifications or registered engineer tabulated data for shoring or benching systems shall be readily available on-site for review. Job-made shoring or shielding shall have the registered professional engineer stamp, specifications, and tabulated data. Extreme care must be used when excavating near direct burial electric underground cables.

3.5 ELECTRICAL

3.5.1 Portable Extension Cords - shall be sized in accordance with manufacturer ratings for the tool to be powered and protected from damage. All damaged extension cords shall be immediately removed from service. Portable extension cords shall meet the requirements of NFPA 70.

3.5.2 Circuits with GFCI protection shall be provided in grounded 120, 208, or 240 volt systems in toilet/shower spaces, galley, machinery spaces, weather deck, exterior, or within 3 ft (0.9m) of any sinks. Cord connected equipment used in any of these areas shall be connected to a GFCI outlet.

3.5.3 Portable GFCI units connected to ungrounded systems DO NOT provided ground-fault protection and shall not be used.

3.6 WORK IN CONFINED SPACES

The Contractor shall comply with the requirements in Section 06.I of USACE EM 385-1-1 and OSHA 29 CFR 1910.146. Any potential for a hazard in the confined space requires a permit system to be used.

a. Entry Procedures. Prohibit entry into a confined space by personnel for any purpose, including hot work, until the qualified person has conducted appropriate tests to ensure the confined or enclosed space is safe for the work intended and that all potential hazards are controlled or eliminated and documented. (See Section 06.I.06 of USACE EM 385-1-1 for entry procedures.) All hazards pertaining to the space shall be reviewed with each employee during review of the AHA.

b. Forced air ventilation is required for all confined space entry operations and the minimum air exchange requirements must be maintained to ensure exposure to any hazardous atmosphere is kept below its' action level.

c. Ensure the use of rescue and retrieval devices in confined spaces greater than 1.5 m (5 feet) in depth. Conform to Sections 06.I.09, 06.I.10 and 06.I.11 of USACE EM 385-1-1.

d. Sewer wet wells require continuous atmosphere monitoring with audible alarm for toxic gas detection.

e. Include training information for employees who will be involved as entrants and attendants for the work. Conform to Section 06.I.07 of USACE EM 385-1-1.

f. Daily Entry Permit. Post the permit in a conspicuous place close to the confined space entrance.

3.7 HOUSEKEEPING

3.7.1 Clean-Up
All debris in work areas shall be cleaned up daily or more frequently if necessary. Construction debris may be temporarily located in an approved location, however garbage accumulation must be removed each day. All staging, platforms, and other working surfaces and all ramps, stairways, and other walkways must be kept clear of portable tools,

materials, and equipment not in use and be promptly cleared of substances which create a tripping or slipping hazard.

3.7.2 Falling Object Protection

All areas must be barricaded to safeguard employees. When working overhead, Barricade the area below to prevent entry by unauthorized employees. Construction warning tape and signs shall be posted so they are clearly visible from all possible access points. When employees are working overhead all tools and equipment shall be secured so that they will not fall. When using guardrail as falling object protection, all openings shall be small enough to prevent passage of potential falling objects.

3.8 PERSONNEL WORK AND REST SCHEDULES

Individual shall not be scheduled to work more than 12 hours in any 24-hour period. All personnel shall be scheduled to receive a minimum of 8 hours rest in any 24-hour period. When quarters are provided immediately adjacent to or aboard the work site, these hours of rest may be divided into no more than two periods, one of which must be at least 6 continuous hours in length. All cases exclude travel time. Rest periods interrupted by emergency, drill, or other overriding operational necessity shall meet the requirements of EM 385-1-1, 19.A.04.

3.9 LANGUAGE For each group that has employees that do not speak English, the Contractor will provide a bilingual foreman that is fluent in the language of the workers. The contractor will implement the requirements of EM 385-1-1, 01.B through these foremen.

14.0 CONTRACTOR PERFORMANCE APPRAISAL The occurrence of accidents and near misses due to negligence are strong indications that there has been insufficient emphasis on effective implementation and/or commitment to the accident prevention program. Should it become obvious that only lip service is being given to this program, an interim unsatisfactory performance appraisal rating will be issued. If safety continues to be unsatisfactory or marginal, the unsatisfactory rating will become final. The contractor should be aware that this appraisal will be stored in a national computer database which can be accessed by a multitude of agencies or municipalities desiring information on prospective contractors. An unsatisfactory rating in this database may affect the contractor's ability to obtain future Government work.

-- End of Section --