date of the solicitation. The website location where these changes can be found is under the button entitled, "Changes to EM", located at: http://www.hq.usace.army.mil/soh/hqusace_soh.htm." Before commencing work, the Contractor shall (1) submit a written Accident Prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A; and (2) meet with representatives of the Contracting Officer to discuss and develop a mutual understanding relative to administration of the overall safety program. No work shall commence until the Safety and Health Officer and the Accident Plan is accepted by the Contracting Officer.

a. The Contractor shall submit a written Accident prevention Plan which meets the minimum requirements outlined in EM 385-1-1, Appendix A. All certificates, inspection reports and licenses identified in Section 19, entitled "Floating Plant and Marine Activities", paragraph 19.A.01 and 19.A.02 of EM 385-1-1 shall be submitted with the Accident Prevention Plan. If there is conflict between the Government regulations and the Seagoing Barge Act, the most stringent requirement governs. When new floating plant is brought onto the job site, said certificates and inspection reports, determining that the floating plant is in safe operating condition, shall be submitted to the Contracting Officer before it is placed in service.

b. Notwithstanding what is shown on the specifications, the Contractor shall use the following Interim Policy Guidance below:

1) The following interim policy guidance is provided for EM 385-1-1, paragraphs 01.C.04 a & b currently written as:

"Operators shall not be permitted to operate beyond the following limits:

(a) Operators of hoisting equipment, mobile construction equipment and draglines shall not be permitted to exceed 10 hours of **duty time** in any 24-hour period, including time worked at another occupation, without an interval of eight consecutive hours of rest.

(b) Operators of other equipment and motor vehicles, while **on duty**, shall not operate equipment or vehicles for a **continuous period** of more than 10 hours in any 24-hour period without at least eight consecutive hours of **rest**; nor shall any employees, while **on duty**, operate any vehicles after being in a **duty status** for more than 12 hours during any 24-hour period without at least eight consecutive hours of rest. **Variation in these requirements requires documented approval of the designated authority and notification of the Command's Safety and Occupational Health Office.**"

2) Definitions for terms highlighted in bold and underlined type above are defined as:

Duty Time, On Duty & Duty Status: those hours for which the employee is being monetarily compensated.

Continuous Period: those hours for which employee works uninterrupted, except for meal periods and breaks, at one or more specific tasks during time.

Rest (period): time period free of all restraint or duty for and free of all responsibility for work or duty.

Designated Authority: the senior person in charge or his/her appointed representative for the operation being considered. (Resident Engineer/Project Manager/Operations manager, etc.)

Command Safety and Occupational Health Office: the District Safety and Occupational Health Office having jurisdiction over the work being conducted.

Activity Hazard Analysis: a tool used to document a process by which the steps (procedures) required to accomplished a work activity are outlined, the actual or potential hazards of each step are identified, and measures for the elimination or control of those hazards are developed.

Qualified Person: one who, by possession of a recognized degree, certificate, or professional standing, or extensive knowledge, training, and experience, has successfully demonstrated his or her ability to solve or resolve problems related to the subject matter, the work, or the project.

3) The designated authority may issue a variance to paragraphs 01.C.04 a or b. The variance must be documented and supported by an Activity Hazard Analysis and the local Command Safety and Occupational Health Office notified.

4) In addition to currently required reporting criteria, a qualified person or persons(s) shall conduct special emphasis investigations on all Class A, B, & C, marine accidents to include property damage exceeding $2,000 damage. The investigations will specifically focus on work practices, schedules, time of day, hours on duty, rest periods, employees work schedule per pay period and other pertinent facts. The results of the investigation will be documented and sent the HQUSACE Safety and Occupational Health Office for collection and evaluation.

**1.27 PLANT**

The Contractor agrees to keep on the job sufficient plant to meet the requirements of the work. The plant shall be in satisfactory operating condition, capable of safely and efficiently performing the work as set forth in the specifications and be subject to the inspection of the Contracting Officer at all times. No reduction in the capacity of the plant employed on the work shall be made except by written permission of the Contracting Officer. The measure of the capacity of the plant shall be its actual performance on the work to which these specifications apply. The use of hopper and cutterhead dredges is prohibited

**1.28 STATE/LOCAL INCOME TAXES**

The Contractor agrees that if during the performance of this contract it is relieved of its obligation to pay state and/or local income taxes on the income from this contract, an equitable adjustment will be made. The Contractor agrees to notify the Government within thirty (30) days of its relief from such taxes.

**1.29 THE SEAGOING BARGE ACT (Revised 46 USC 2101(3),(32); 3301(4),(6); 3302 (c)(2); 3305(a),(a)(1),(3),(4); 3307(1),(3); 3309(a); 3311)**

The Seagoing Barge Act applies to this project. In the event the Contractor contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the Contractor shall submit a copy of said certificate(s) with his Accident Prevention Plan to the Contracting Officer for approval within fifteen (15) calendar days after the award of contract. No work shall commence until the Contracting Officer reviews and approves the Accident Prevention Plan. If there is conflict between the US Army Corps of Engineers Manual and the Seagoing Barge Act, the most stringent requirement governs.

**1.30 TIME EXTENSIONS: (APR 1984)**

Notwithstanding any other provisions of this contract, it is mutually understood that the time extensions for changes in the work will depend upon the extent, if any, by which the changes cause delay in the completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements so delayed and that the remaining contract completion dates for all other portions of the work will not be altered and may further provide for an equitable readjustment of liquidated damages under the new completion schedule. (FAR 52.212-6)

**1.31 SUPERINTENDENCE OF SUBCONTRACTORS: (JAN 1965)**

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses titled, "SUPERINTENDENCE BY THE CONTRACTOR".

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DoD FAR Supplement 52.236-7008)

**1.32 INSURANCE PROCURED BY CONTRACTOR AND THE PORT AUTHORITY**

**1.32A INSURANCE PROCURED BY CONTRACTOR**

a. At the Government's option, to be exercised in writing no later than 270 calendar days after contract Notice to Proceed (NTP), the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

1. Commercial General Liability Insurance in limits of not less than Three Million Dollars ($3,000,000) combined single limit per occurrence for bodily injury, death, personal injury and property damage including but not limited to coverage for premises-operations, products-completed operations, independent contractors, broad form property damage, property damage arising out of explosion, collapse or underground property damage hazards with a contractual liability coverage covering the risks assumed and indemnification given by the Port Authority under the project Cooperation Agreement for the Kill Van Kull, Arthur Kill Channel, and Howland Hook Marine Terminal, New York and New Jersey Projects. A copy of such Agreement related to the specific contract shall be furnished to the insurance underwriter.

2. Automobile Liability Insurance covering owned, non-owned, and hired auto with a limit of not less than $3,000,000 per accident.

3. Maritime Protection and Indemnity Insurance in limits of not less than Five Million Dollars ($5,000,000) combined single limit per occurrence for bodily injury, death, and property damage including covering for Masters and members of crews.

4. Environmental Liability Insurance in limits of not less than One Million Dollars ($1,000,000) combined single limit per occurrence for bodily injury, death, and property damage indemnification given by under this agreement.

b. The policies described in 1, 2, 3 and 4 above shall be endorsed to include the Port Authority of New York and New Jersey (the "Port Authority") as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days written notice to the Contracting Officer, US Army Corps of Engineers, 26 Federal Plaza, New York, New York 10278-0090 and the General Manager, Risk Management/Treasury, The Port Authority NYNJ, 225 Park Avenue South, 12th Floor, New York, New York 10003 (Attention: Risk Management). Moreover, the Commercial Liability policy shall not contain any provisions for exclusions from liability other than provisions for exclusions from liability forming part of the standard, basic unamended and unendorsed commercial general liability policy. The policies described in 1, 2, 3 and 4 above shall include cross-liability coverage and must be stated on the certificate of insurance.

c. Further, the liability policies shall be specifically endorsed to prohibit the insurance carrier from raising any defense involving in any way jurisdiction of the Tribunal, immunity of the Port Authority, governmental nature of the Port Authority or the provisions of any statutes respecting suits against the Port Authority without obtaining written expressed advance permission from the General Counsel of the Port Authority. The certificates of insurance shall include this language.

d. The Contractor shall take out and maintain Workers Compensation Insurance (including another state coverage) in accordance with requirements of law.

The policy shall include the United States Longshore and Harbor Workers Compensation Act Endorsement.

e. In the event the Government exercises the option provided for in this Section, the Contractor shall furnish to the Contracting Officer and to the Port Authority at the above addresses, within five (5) calendar days of the award of the opinion, a certificate of insurance evidencing the above required insurance. The policies and the certificate of insurance evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interests of the Port Authority in such insurance shall not be effective for such a period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer and the Port Authority. The Contracting Officer and the Port Authority shall have the right, upon written notice, to receive copies of the policies required hereunder.

f. Prior to exercise of the option provided for in this Section, the Contractor will be required to submit to the Contracting Officer a certification from the Contractor's insurance carrier that the amount inserted by the Contractor in the item entitled "Additional Cost for Optional Insurance" of the Price Schedule represents only the additional premium paid by the Contractor as a direct result of the specific insurance requirements of this Section and excludes those premium costs which would have otherwise been incurred by the Contractor if the insurance option had not been exercised.

g. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation from his insurance carrier, which sets for the elements of the said additional premium, including, but not limited to the following: the additional costs of the Port Authority of New York and New Jersey being named as an additional insured broken down by policy type; any other additional costs due to the insurance requirement and the nature thereof.

h. Prior to any exercise of the option provided for in this Section, the Contractor shall furnish a computation as to that amount, if any, of the premium costs of his existing insurance coverage he is allocated to the work of this contract. The Contractor shall indicate whether such attribution is pursuant to a standard formula or cost administration practice or was otherwise derived.

i. The Government reserves the right to request a further elaboration with regard to this computation at any time before exercise of the option.

j. Payment items for insurance premium procured by the Contractor under this paragraph shall be made at contract lump sum price listed in the Price schedule, Item No. 0002, Additional Cost for Optional Insurance, if the optional item is awarded.

**1.32B Insurance Procured by the Port Authority**

The Port Authority will procure and maintain in force at its own cost an Environmental Insurance Policy covering Contractor's pollution legal liability

and professional liability, including cleanup, with a limit of $20,000,000 each claim and in the aggregate and a deductible of $100,000 as it relates to the work of this Contract for dredging and disposal of dredged material. The policy will be in effect commencing on the date that the Government awards this Contract and will include the Contractor and approved subcontractors as named insured for such period that is appropriate for the methods used by the Contractor and subcontractor for dredging and disposal of dredged material.

The Contractor and the subcontractors must refer to the policy form to determine all coverage included and excluded and to determine their rights and responsibilities as insureds under the policy form. A copy of the policy may be examined during normal business hours by the contractor or, at the Contractor's request, by any of the subcontractors performing work for the contractor under this Contract, at the office of the General Manager, Risk Management/Treasury, 225 Park Avenue South, 12th Floor, new York, NY 10003 at the office of the General Manager, Risk Management/Treasury, the Port Authority (Attention: Risk Management). The Contractor and the subcontractors are responsible for payment for all losses within the deductible and losses not covered by the Environmental Insurance Policy.

The Contractor and subcontractors shall comply with all obligations as insureds or in connection with the above policy.

**1.33 FIELD OFFICE**

a. The contractor shall furnish the following new equipment to the existing Government Office Trailer facilities located at Caven Point, NJ for use of the Contracting Officer.

* Four (4) cellular mobile phones (latest model) and monthly bills associated with the cellular phones are to be paid by the Contractor.

* Three (3) 2-line telephones with extension and intercom connection, a separate cordless station phones 900 MHz (2) line (Total 12 Units). Installation and phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for the telephone service and instruments as follows:

* 7 separate phone lines with 12 instruments and wall jacks for voice communication.

* One (1) five line digital telephone answering machine with remote answering and access capability and voice time/day stamp.

* Four (4) 4-drawer, legal size lockable filing cabinets.

* Two (2) Shelf set, four shelves high x 12 inches deep x 3 feet long, (attachable to wall).

* One (1) Plain paper telefax machine with a dedicated telephone line and an adequate supply of paper. The supply of telefax paper shall be replenished by the Contractor as required by the Contracting Officer.

* Four (4) IBM compatible personal computers Pentium IV 1 GHz or better with computer desk with printer stand, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:

* Computers shall be connected to a high speed internet connection with a bandwidth of at least 512 kbps DSL'cable network connection.

* Four (4) computer printers: HP Deskjet 1120C or Equal

* High-speed cache memory controller with 512 KB L2 PIPELINE BURST CACHE

* 1 GHz SYSTEM BUS
* 500 MB SDRAM or more
* (1) 3.5" 1.44 MB diskette drives with hard drive controller
* 20 GB hard drive with access time of 9 ms
* Multi I/O card
* 7 expansion slots
* Sound Card W/ SPEAKERS
* Enhanced 101 keyboard
* DOS 6.22 or higher
* 6 outlet surge protectors
* 17" SVGA high-resolution flat panel display screen color monitor with refresh rate 75 Hertz or better
* Diamond Viper V770D Video Card or better
* DVD ROM and CD writer
* 10/100 MB 3 COM Net Card with RJ45 connector (Network Connection)
* 8 MB SVGA color graphics card minimum 100MHz
* Provide paper supplies, ink cartridges, toners, etc., and maintenance as necessary for all office equipment.
* Original DOS manual and disks installed
* 3 button Mouse w/ pad
* Modem 56000 Baud v90
* Voice recognition software with 95% accuracy.
* Software 95% Scan OCR Accuracy
* CD ROM (DVD 40x/Speed) (INTERNAL)
* CD 2X6R/W (READ/WRITE CD) W/ 20 DISKS (INTERNAL)
* 100mb ZIP drive or equal, which will accept 100mb ZIP disks (internal)
* WINDOWS 2000 or Windows (latest version)
* Primavera for windows including all original disks and manuals or equivalent
* 8 Microsoft Office 2000 Professional including MS Word and Excel or latest version
* Anti-Virus software 2 types
* Communication Software
* Microstation software
* All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks and manuals as installed
* Computer must be completely set up with DOS and the above software operable. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have ABOUT ANY PROGRAM.
* ALL REQUIRED CABLES CONNECTORS AND WIRING TO CREATE THE COMPUTER NETWORK AND HARDWARE.

The following new equipment shall also be provided:

* One (1) 19" Color TV
* A weather station at the KVK Project Office (existing KVK field office) to electronically record wind speed, direction and rainfall intensity on a daily basis
* One Video Cassette Recorder (VCR) VHS Format Record/Play ability
* One Digital Video Camera with interface, software, spare battery, case and charger
* One (1) Optical scanner-full page 4800 DPI Enhanced with optical character reader and OMNI PAGE PRO software SCSI interface TWAIN driver.

* One (1) Vertical filing plan rack for twelve sets of 30 inch x 48-inch plans
* One (1) Heavy duty, digital, photocopying machine, with auto document feeder, sorter, collator, enlarging/reduction ability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies. The supply of copy paper shall be replenished by the contractor as required by the Contracting Officer
* One (1) Coat Rack
* One (1) Paper towel dispenser with towels
* One (1) Paper cup dispenser with cups
* One (1) Water cooler/heater
* One steel locking storage cabinet

The following services shall be provided to the office:

* Potable bottled water as required maintaining a daily water supply with one spare bottle each day.
* Fire Extinguishers. Non-toxic, dry chemical, fire extinguisher meeting Underwriters Laboratories, Inc. approval for Class A, Class B, and Class C fires with a minimum rating of 10A; 20B; 10c
* Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICOM IC-M125 (Base Station) and IC-M15 Hand Held.
* 2 pairs marine binoculars, Bushnell Powered 16X50 Insta Focus Waterproof Binocular or Equal
* Janitorial services for the two existing field office trailers at Caven Point, NJ on a daily basis including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (interior and exterior) AND re-supply of paper goods and soap.
* Sufficient supply of electrical outlets.
* All utilities (water, sewer, electricity, heat, and all telephones) monthly bills are paid by the Contractor for the duration of this contract.

b. The Contractor shall provide maintenance of exterior and interior of two existing field office trailers at Caven Point, NJ to include all systems , i.e., electrical, mechanical such as HVAC, plumbing, water supply, sewer and cleaning. Cleaning shall include power washing. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.

c. Computer Security requirements:

The Contractor will agree to accept responsibilities and comply with procedures indicated below in connection with the furnishing of Contractor-owned computers for use by the Government personnel in accordance with contract requirements.

1. The computers must be dedicated exclusively for the Government use. The Contractor will not use any computer it supplies which is designated

for use by the Government. The Contractor will assure that the Central Processing Unit (CPU) is electronically isolated from the contractor's and not inter-connected via Local Area Network (LAN).

2. Normal access to the computer shall be restricted to Corps of Engineers personnel. The Contractor shall install computers in Office Trailers dedicated for Government use, whether new or existing. The Contractor must immediately notify the Government personnel when emergency access to the trailer was exercised by non-Government individuals, and what the circumstances were.

3. If the CPU hard drive fails, the Government will furnish an equivalent hard drive to the owner of the computer, and the old hard-drive will be returned to the Government. The Contractor shall not remove any hard drive nor proceed with any repair of the computer unless an authorized Government employee witnesses and approves of the repair.

4. At the time of return of the computer, the Contractor will allow the Government to first remove all information from the hard-drive.

5. The Contractor agrees to provide a written certification signed by an authorized officer of the company agreeing to the above policy.

**1.34 PRICING OF ADJUSTMENTS**

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and DFARS 52.215-7000 (APR 1985) as follows: In determining whether a pricing adjustment is expected to exceed $100,000, the term "pricing adjustment" shall mean "the aggregate increases and /or decreases in cost plus applicable profits."(FAR 52.236-1)

**1.35 PEFORMANCE OF WORK BY THE CONTRACTOR (1984 APR)**

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty (20) percent of the total amount of work to be performed under the contract. This percentage may be reduced by supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government. (FAR 52.236-1)

**1.36 PARTNERSHIP IMPLEMENTATION PLAN**

To more effectively accomplish this contract, the Government proposes to form a partnership with the Contractor. This partnership would draw on the strengths of each organization in an effort to achieve a quality product within budget and on schedule. This partnership would be bilateral in make-up and participation would be required. A facilitator subject to approval by the Contracting Officer shall be hired who would be responsible to arrange for an offsite conference location for the initial session, provide all workshop materials, and compile and distribute a completed partnering agreement to all participants within 30 calendar days of the partnering

session. The conference site location will be coordinated with the Contracting Officer for approval.

The Contractor should plan for attendance of approximately 15-20 individuals from the Government in addition to the Contractor's and subcontractor's personnel. The cost of the facilitator and conference facility will be borne by the Contractor. It is anticipated that subsequent partnership conferences will be one day each time and will be held on a monthly basis. After the first partnering conference, the Contracting Officer will prepare the agenda of each monthly partnering conference and the Contractor will prepare the minutes no later than 48 hours after each partnering conference was held.

**1.37 PRECONSTRUCTION CONFERENCE**

a. A Preconstruction Conference will be arranged by the Contracting Officer or his Representative after award of the contract and before the commencement of work. The Contracting Officer's Representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative, and construction matters. Additionally, a schedule of required submittals will be discussed.

b. The Contractor shall bring to this conference the following items in either completed or draft form:

- The Contractor's order of work for dredging and performing other work.
- Accident Prevention Plan. (See Contract Clauses)
- Quality Control Plan.
- Letter appointing Superintendent.
- List of Subcontractors.
- All office equipment and furniture catalogs for Government approval. All office equipment and furniture will be brought to the site for field office within 15 calendar days after Government approval.

**1.38 MISPLACED MATERIAL**

Should the Contractor, during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer or inspector, and when required shall mark or buoy such obstructions until the same are removed. Should the Contractor refuse, neglect or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer, and the cost of such removal may be deducted from any money due or to become due the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of the vessel wrecked or sunk without fault or negligence shall be limited to that provided in sections 15,19, and 20 of the River and Harbor Act of March 1899. (33 USC 410 et seq.) (DoD FAR supplement 52.236-7006)

**1.39 CHANGE OF DISPOSAL FACILITY**

a. The Government reserves the right to negotiate a change to the contract as other disposal facilities become available to the Government.

b. If such a change causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, the Contracting Officer shall make an equitable adjustment to and modify the contract in accordance with the Contract Clause, CHANGE (FAR 52.243-4).

c. Placement of non-rock and non-HARS Materials at the Newark Bay Confined Disposal Facility (NBCDF): Placement of non-rock material unsuitable for placement at the HARS at the NBCDF shall be at the direction of the Contracting Officer or the Contracting Officer's Representative. In addition the Contracting Officer or the Contracting Officer's Representative shall identify the area to be dredged by the Contractor. Placement of the non-rock material "unsuitable for placement at the HARS" at the NBCDF will be directed on a "scow by scow" basis. See the NJDEP Federal Consistency Determination/Water Quality Certification, which accompanies.

**1.40 NOTES ON ESTIMATED ROCK ELEVATIONS**

The rock contours shown on the plans and approximate rock lines shown the cross sections were developed from the data contained in the subsurface investigations and form the basis of the Government estimate. Since this data can be subject to different interpretations, bidders are advised to perform their own independent evaluation of rock contours and approximate rock lines.

**1.41 CONTRACTOR DIVING OPERATION**

a. Diving contractors shall submit a safe practices manual that includes the requirements of EM 385-1-1, Section 30.A.11 (1) through (5) to the Command Dive Coordinator (UDC) for review and acceptance at least fifteen (15) days prior to the commencement of dive operations.

b. A dive operations plan in accordance with EM 385-1-1, Section 30.A.13 a. (1) through (11) shall be developed and implemented by the diving contractor for each dive. The plan shall be submitted to the UDC and the Safety and Occupational Health Office Dive Safety Representative for review and acceptance prior to commencing the dive. Written acceptance in the form of a memorandum or electronic mail from the UDC in required for diving operations to commence.

**1.42 FACILITIES**

The Contractor shall provide and maintain as a minimum one boat in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative (COR), used exclusively by the Government representatives. The contractor shall provide all fuel, maintenance and repairs for the boat until the contract completion date.

- The boat shall meet the following specifications: 26' length Aluminum Hull with weatherproof cabin. USCG safety package, anchor, boarding ladder, heat

and air conditioning, ship log, VHF radio, Contractor's frequency Radio (if other than VHF), Class B EPIRB, Loud Hailer, cooler, torsion tow bar with line, and crash rail, (2) Remote spot lights.

* Power options: twin outboards or single inboard engine with standby outboard engine.

* Contractor to provide year round docking facilities in the City of Bayonne, NJ for the duration of the contract adjacent to the construction site and subject to the approval of the contracting Officer Representative.

* Products of manufacturers may be substituted provided they are equivalent in all respects, are similarly equipped and are 26 feet LOA, subject to the approval of the Contracting Officer. Safety equipment required by the US Coast Guard shall also be provided for the boat. The contractor shall hold the Government harmless for any damage to the boat, other than that caused by negligent operation.

- The contractor shall provide and maintain as minimum two (2) vehicles in good running condition and less than one year old or equivalent subject to the approval of the Contracting Officer Representative exclusively for use by Government representatives. The Contractor shall provide all fuel, maintenance, weekly cleaning (inside and outside), insurance and repairs for the vehicles until the contract completion date without restriction.

* One (1) vehicle shall be a full size 4-door vehicle with Power Windows AM/FM Stereo, Air Conditioning with locking rear differential.

* One (1) vehicle shall be a Chevrolet, Ford, GMC, (Suburban, Expedition, Excursion) or equal that can carry 7 passengers or more with power windows, AM/FM Stereo and Air Conditioning with tow package.

* 1 of the above vehicle shall be 4x4.

* Products of other manufacturers may be substituted provided they are equivalent in all respects and are similarly equipped and subject to the approval of the Contracting Officer. The Contractor shall hold the Government and the PANYNJ harmless for any damage to the vehicles, other than that caused by negligent operation.

a. The Contractor shall take out and maintain an Automobile Liability Insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability in limits of not less than $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage covering the operation of all automobiles provided for the Government employee use in connection with performing the contract. The liability policy shall be endorsed to include the US Army Corps of Engineers, as an additional insured and shall contain a provision that the policies may not be cancelled, terminated or modified without thirty days notice to the Contracting Officer.

b. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the

contractor. All facilities shall be removed from the project site at the contract completion date or when and as directed by the Contracting Officer.

**1.43 LABOR SURPLUS AREA EXPENDITURE REQUIREMENTS (JUL 1978)**

(This paragraph pertains only to work done within the boundaries of Richmond County, New York.)

a. The site of the construction work is located in an area determined by the Secretary of Labor to be a Labor Surplus Area. Accordingly the Contractor hereby agrees to perform a substantial portion of the contract work in this or in any other labor surplus area. "Substantial portion" means the aggregate costs that will be incurred by the Contractor and his first-tier subcontractors and suppliers, on account of manufacturing, production, or services performed in this or any labor surplus area, and the costs that will be incurred by second-tier and lower-tier subcontractors on the construction site will exceed fifty percent (50%) of the price of this contract.

b. Upon request, the Contractor shall furnish to the Contracting Officer data to substantiate that this obligation is satisfied.

c. The Contracting Officer will furnish upon request a list of labor surplus areas.

**1.44 QUANTITY SURVEYS**

a. Quantity Surveys

Quantity Surveys shall be conducted, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and the in-situ volume of the dredged material removed.

b. Government Surveys

The Contracting Officer will conduct the pre-dredge survey of the contract area as close to commencement of dredging as possible.

Upon the removal of the **Non-Rock Material, Bid Item Nos. 0001AC,0001AG ,and 0001AH; 0005A and 0005B and 0006** the Government will conduct post-dredge surveys, at no expense to the Contractor, except as noted in Section 00800, Special Contract Requirements entitled "Final Examination and Acceptance". Quantity computations for the volume of Non-Rock Material removed will be based on these surveys.

c. Contractor Surveys

The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys. All surveys accomplished by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives these requirements for each specific instance. For the Contracting Officer to approve the selected survey firm or licensed surveyor, the Contractor must

provide documentation indicating that modern electronic horizontal positioning and sounding system equipment will be used for the surveys to be performed as well as documentation verifying the experience of the operators using the equipment. Typical information that will be required, as a minimum, includes the name, model, and year of manufacturer of the electronic equipment, the electronic frequencies of the horizontal positioning equipment and the sounding equipment, and manufacturer's stated positioning and sounding accuracies, and capability of the equipment proposed for usage. In addition, the Contractor must provide the information that a safe and suitable vessel meeting U.S. Coast Guard requirements is available and will be used for operation in the waters where the surveys are to be performed. The Contractor shall submit credentials/qualifications as evidence that qualified, experienced staff are available and will be used for the operation of the vessel as well as the electronic positioning and sounding equipment.

d. Field Notes

Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records related to the survey including quantity calculations and cross sectional plots to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such materials furnished to the Contracting Officer.

**1.45 ALTERNATE DISPOSAL SITE COMPLIANCE**

ALTERNATE DISPOSAL SITE COMPLIANCE
If the Bidder selects to bid an alternate disposal site(s) the Apparent low bidder must demonstrate to the **Government within 70 calendar days** from the date the Apparent low bidder is notified of being the low bidder; that the alternate disposal site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line item 0001AC and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material.

The alternate disposal site(s) must have sufficient capacity to receive Non-rock material unsuitable for placement at the HARS from the project site. The Apparent low bidder is required to perform all work to demonstrate that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS on that date for the in-situ quantity as per line item 0001AC and is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Disposal of the dredged material shall be in a fully permitted facility that has been permitted by the host state, with beneficial reuse wherever possible. Dredging, dewatering and/or other processing (if any), transfer, transportation and material disposal shall be performed in accordance with applicable law and requirements of all associated permits, approvals and government authorities having jurisdiction.

**1.45.1 Information Submitted by the Apparent Low Bidder within 3 Calendar days**

If the bidder selects to bid an alternate disposal site(s) for the processing and disposal of Non-rock material unsuitable for placement at the HARS, other than the Government designated upland site, the Apparent Low bidder must submit within 3 calendar days from the date they are notified of being the Apparent Low Bidder the following information for the alternate site(s):

a) Name of the alternate site

b) Location (street address, city, state) of the alternate site

c) Point of Contact for the alternate site and telephone number

d) Total capacity available at the alternate site for placement of Dredged Material

e) Detailed list of all permits and approvals that are required for the selected site to demonstrate that the site is legal to receive, operate, process and dispose of dredged Material and their status. Permits and approvals that shall be provided by the Apparent Low Bidder to the Government include placement site permits as applicable and others as related to transportation, processing and placement of the dredged material, or any other aspects of the bidder's proposed disposition of the dredged material including any and all permits, authorizations, contracts, agreements, licenses, rights-of-entry.

f) Copies of permits currently issued/approved at the time of submission.

g) Identification of Regulatory Agency required to issue/approve items listed in e) above

h) Timeline for obtaining the required permits - Bar Chart for Obtaining Permits and Approvals - A bar chart indicating time(s) required for obtaining all permits/approvals required by the bidder for each item of work as described by the bidder. The schedule will detail the major steps (such as time to prepare the permit request, the date it will be submitted to the regulatory agency, time for agency review, public coordination, etc).

i) Evidence of Anticipated Daily Production Capability - Evidence of the anticipated daily production capability (CY /day) and throughput rates for their proposed integrated system of dredging, transportation, processing, and placement for each alternate site proposed.

j) Disposal Site Elements Information -
1) State capacity of each element of the system. This should include both the total capacity and uncommitted capacity of the disposal site(s).

2) Time frame for availability for each element of the system: hours of operation in each day; days of operation in each week; months of operation in each year.

3) Location of each element of the system: Descriptions with reference maps; Distances between the elements, measured in miles.

k) Disposal Site(s) Construction Activity Schedule and Project Construction Schedule - A schedule showing the order in which the apparent low bidder proposes to perform the work and the dates on which the apparent low bidder contemplates starting and completing the salient features of work (including acquiring materials, plant and equipment, and the completion of the major acceptance areas). The schedule shall indicate that the production rate of the facility is sufficient to ensure that the project will be completed within the contract's required completion date. The apparent low bidder shall consider its proposed integrated system of dredging, transportation, processing, and placement. The schedule shall be in the form of a progress chart of suitable scale to indicate approximately the percentage of work scheduled for completion by any given date during the period. The apparent low bidder must indicate on this schedule the salient features of work for the alternate disposal site(s) that are needed to be completed within 70 calendar days from date the Apparent low bidder is notified of being the low bidder so that the site(s) is operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity identified in the price schedule.

**1.45.1.A** Synopsis of proposed operation - Narrative of no more than five (5) pages detailing the operation to move the Non-rock material unsuitable for placement at the HARS from the site to its final resting place that the apparent low bidder has identified. The synopsis shall provide suitable detail to adequately track the material from dredging, through transportation and processing to its ultimate placement. The synopsis shall include the following:

1) Provide a list of the names, locations, and point of contact, telephone number, loading and unloading facilities for each disposal facility including site capacity.

2) Provide a detailed map indicating locations of loading and unloading facilities or area within the proposed property to be utilized, for each disposal location, with a description of the material handling process at each disposal location.

3) Provide Hours of operation, transportation and operating procedures at unloading facilities.

4) Provide Facilities information: Access to Unloading facilities, Acceptable scow size, Disposal Site O&M manual, demurrage time to unload scow or trucks, anticipated processing time and placement materials, and other facility restriction if any.

5) Provide a detailed description of the dredging procedure proposed to include the identification of dredges,buckets,scows,tugs and other salient equipments to be used for the project.

6) Submit a detailed description of the loading and transportation procedures to be utilized.

**1.45.2 Information to be submitted by the Apparent Low Bidder within 70 calendar days**

The Apparent Low Bidder shall submit the following information within 70 Calendar Days from the date the Apparent Low bidder is notified of being the low bidder.

a) Information submitted within 3 days of notification - All the information provided previously must also be included in the final package, revised as necessary.

b) Evidence Demonstrating that the Alternate Disposal site(s) is Permitted, Operational, Capable of Processing and Disposing Dredged Material from the project site - The apparent low bidder must demonstrate to the Government within **70 calendar** days from the date the Apparent low bidder is notified of being the low bidder that the alternate disposal site(s) is permitted, operational, capable of processing and disposing of the Non-rock material unsuitable for placement at the HARS for the in-situ quantity as per line items 0001AC and 0005B by calendar day 70 from date the Apparent low bidder is notified of being the low bidder and that the disposal site(s) is in compliance with the New Jersey Department of Environmental Protection and/or with the New York State Department of State Coastal Zone Management Program Policies or other host state compliance as appropriate for the disposal of dredged material. Any sampling and testing required for obtaining permits required for dredged material transportation, processing or placement will be at the cost of the Apparent low bidder. The Apparent Low Bidder must provide to the Government proof that the material to be taken from the project site to the Apparent Low Bidder's upland site(s) meets any regulatory testing requirements.

c) Copies of Required Permits - The Apparent low bidder shall provide copies of all required permits and approvals for dewatering and/or other processing (if any), the transfer, transportation and final disposal of all dredged materials, and shall submit evidence of such permits and approvals to the Government. Documentation of compliance with any other legal or regulatory requirement must be provided to the Government Water Quality Certificates (WQC) in accordance with Section 401 of the Clean Water Act, Coastal Zone Management (CZM) consistency determinations, and State agreement pursuant to Section 307 of the Coastal Zone Management Act of 1972 as amended, for activities conducted in a state, which has a federally approved Coastal Zone Management program. WQC and CZM permits related to the dredging (as opposed to dredged material transport, disposal and placement) will be provided by the New York District U.S. Army Corps of Engineers, Section 00900.

d) The Apparent Low Bidder must provide:
1) Proof of the proposed Alternate Disposal Site(s) being licensed for acceptance of dredged material by all appropriate regulatory entities (permits for the site previously provided should be also included in this submission).

2) Proof of Disposal Site Owner's approval granting the apparent low bidder the right to dispose dredged material at that site.

3) Proof of uncommitted Disposal Site(s) capacity adequate for the project.

4) Certification of the Disposal Site's availability corresponding to the current project schedule.

5) Proof of approval by the appropriate regulatory agencies that the dredged material for this contract is compatible for processing and disposal at the proposed Disposal Site(s).

6) Demonstrate minimum required Disposal Site(s) production capability to ensure that the project will be completed within the contract requirement. The Apparent low bidder shall provide the estimated daily production rates for processing and disposal for each alternate disposal site(s).

7) Proof of apparent low bidder's experience in the proposed Disposal Site(s) operations, or, provide supplemental information demonstrating ability to execute the proposed disposal method, if no direct experience is applicable.

e) Transportation Capabilities - The Apparent Low Bidder must provide the following:

1) Provide proof and certification that sufficient transportation capabilities are available to ensure that the project will be completed within the contract requirement. Provide proof that the proposed transportation equipment's has current permits, licenses, registrations, or other required certifications.

2) Provide proof of the apparent low bidder's experience in the proposed dredged material transportation or provide supplemental information demonstrating the ability to execute the proposed transportation method, if no direct experience is applicable.

f) Processing Capabilities - The Apparent Low Bidder must provide the following:

1) Provide detailed description of the proposed technological processing, including but not limited to, the following stages, if applicable:
a. Dewatering, addressing retention time, any limitations on return of effluent, limitations on location for effluent release, proposed method for effluent disposal, if applicable. Debris removal, addressing the methods of removal and disposal.

b. Material treatment, specifying the method of treatment, additives used during the processing, mechanical processing used, decontamination methods incorporated, stabilization methods incorporated, and chemical treatment (if any).

c. Interim storage, if required, identifying the method of storage, required and available storage capacity, and the timeframe it will be used, if applicable.

d. Rehandling of material (if any) used in the processing of dredged material affecting the project.

2) Provide any permits and/or licenses applicable to the proposed process, if any.

3) Provide any patented or proprietary permissions applicable to the proposed process, if any.

4) Provide proof of processing plant availability for use by the apparent low bidder.

5) Certify processing plant's availability corresponding to the current project schedule.

6) Provide proof of Apparent Low Bidder's experience in the proposed processing method or, provide supplemental information demonstrating ability to execute the proposed processing method, if no direct experience is applicable.

END OF SECTION 00800-36

## PROJECT IDENTIFICATION SIGN
## CIVIL PROJECT

The graphic format for this 4' x 6' sign panel follows the legend guidelines and layout as specified below. The large 4' x 4' section of the panel in the right is to be white with black legend. The 2' x 4' section of the sign on the left with the full corps Signature (reverse version) is to be screen printed Communications Red on the white background. The castle insignia will be furnished by the Government in pressure sensitive vinyl for affixing by the Contractor. See attached sheet for fabrication and mounting guidelines.

Legend Group 1: One to two-line description of Corps relationship to project
Color: white
Typeface: 1.25" Helvetica Regular
Maximum line length: 19"

Legend Group 2: Division or District Name (optional, Place below 10.5" Reverse Signature (6" Castle)
Color: white
Typeface: 1.25" Helvetica Regular

Legend Group 3: One-to three-line project title legend describes the work being done under this contract.
Color: Black
Typeface: 3" Helvetica Bold
Maximum line length: 42"

Legend Group 4: One-to two-line identification of project or facility (civil works) or name of sponsoring department (military).
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Cross-align the first of Legend Group 4 with the first line of the Corps Signature (US Army Corps) as shown.

Legend Group 5a-b: One-to-five line identification of prime contractors including: type (architect, general contractor, etc.), corporate or firm name, city, state. Use of Legend Group 5 is optional.
Color: Black
Typeface: 1.25" Helvetica Regular
Maximum line length: 21"

All typography is flush left and rag right upper and lower case with initial capitals only as shown. Letter and word spacing to follow Corps standards as specified in * Appendix D

SAMPLE:




(Dimensions are in inches)

| Sign Type | Legend | Panel Size | Post Size | Specification Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-01 | various | 4' x 6' | 4' x 4' | HDO-3 | 48" | WH-RD/BK |

Show non-Federal local partner's name and logo -

* Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

# Fabrication and Mounting Guidelines

KVKCT8

As Construction Project Identification signs and Safety Performance signs are to be fabricated and installed as described below. The signs are to be erected at a location deignated by the contracting officer and shall conform to the size, format, and typographic standards shown on the attached sheets.

The sign panels are to be fabricated from .75" High Density Overlay Plywood. Panel preparation to follow HDD specifications provided in Appendix B. **

Sign graphics to be prepared on a white non-reflective vinyl film with positionable adhesive backing.

All graphics except for the Communications Red background with Corps signature on the project sign are to be die-cut or computer-cut non-reflective vinyl, pre-spaced legends prepared in the sizes and typefaces specified and applied to the background panel following the graphic formats shown on the attached sheets.

The 2'x4' Communications Red panel (to match PMS-032) with full Corps signature (reverse version) is to be screen printed on the white background. Identification of the District or Division may be applied under the signature with white cut vinyl letters prepared to Corps standards. Large scale reproduction artwork for the signature is provided on page 4.8 (photographically enlarge from 6.875" to 10.5"). **

Drill and insert six (6) .375" T-nuts from the front face of the HDD sign panel. Position holes as shown. Flange of T-nut to be flush with sign face.

Apply graphic panel to prepared HDD plywood panel following manufacturers' instructions.

Sign uprights to be structural grade 4"x4" treated Douglas Fir or Southern Yellow Pine. No.1 or better. Post to be 12" long. Drill six (6) .375" mounting holes in uprights to align with T-nuts in sign panel. Countersink (.5") back of hole to accept socket head cap screw (4"x.375").

Assemble sign panel and uprights. Imbed assembled sign panel and uprights in 4' hole. Local soil conditions and/or wind loading may require bolting additional 2"x4" struts on inside face of uprights to reinforce installation as shown.

Detailed specifications for HDD plywood panel preparation are provided in Appendix B.**

Shown below the mounting diagram is a panel layout grid with spaces provided for project information. Photocopy this page and use as a worksheet when preparing sign legend orders.




(Dimensions in inches)

** Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EP-310-1-6.






G004729

G01010 04657

KVKCT8

# SAFETY PERFORMANCE SIGN

The graphic format, color, size and type-faces used on the sign are to be reproduced exactly as specified below. The title with First Aid logo in the top section of the sign, and the performance record captions are standard for all signs of this type. Legend Group 2 and 3 below identify the project and the contractor and are to be placed on the sign as shown. Safety record numbers are mounted on individual metal plates and are screw-mounted to the background to allow for daily revisions to posted safety performance record.

Legend Group1: Standard two-line title "safety is a Job Requirement", with (8" od.) Safety Green First Aid logo. Color: To match PMS 347
Typeface: 3" Helvetica Bold
Color: Balck

Legend Group 2: One- to two-line project title legend describes the work being done under this contract and name of host project.
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Legend Group 3: One - to two-line identification: name of prime contractor and city, state address.
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Legend Group 4: Standard safety record captions as shown.
Color: Black

Typeface: 1.25" Helvetica Regular

Replaceable numbers are to be mounted on white .060: aluminum plates and screw-mounted to background.
Color: Black
Typeface: 3" Helvetica Regular
Plate size: 2.5"x.5"

All typography is flush left and rag right, upper and lower case with initial capitals only as shown. Letter- and word-spacing to follow Corps standards as specified in Appendix D. *




Dimensions inches.

See attached sheet for fabrication and mounting guidelines.

* Refer to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

| Sign Type | Legend Size | Panel Size | Post Size | Specifications Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-02 | various | 4"x4" | 4"x4" | HDO-3 | 48" | WH/BK-GR |






G004730

G01010 04658

# SECTION 00900 – WAGE RATES

SECTION 00900 – WAGE RATES

WORK UNDER THIS CONTRACT IS CATEGORIZED AS

BUILDING: HEAVY: X HIGHWAY: RESIDENTIAL:

THE FOLLOWING CLASSIFICATION (S) AND RATES SET FORTH IN WAGES DECISION NO.:

APPLY TO THIS CONTRACT:

: THOSE SPECIFICALLY DESIGNATED "BUILDING"

: X SPECIFICALLY "HEAVY"

: THOSE SPECIFICALLY DESIGNATED "HIGHWAY"

: THOSE SPECIFICALLY DESIGNATED "COMMERCIAL"

: X THOSE SPECIFICALLY DESIGNATED ANY OF THE ABOVE CATEGORIES.

ALL OTHER CLASSIFICATIONS AND RATES ARE INAPPLICABLE.

WAGE RATES
CENAN-OC-L 18 December 2002

MEMORANDUM FOR Chief, Engineering Division, ATTN: S Weinberg, J Sulayman

SUBJECT: DACW51-03-B-0004; KVK, Contract 8 Area 8

1. Forwarded herewith are the General Wage Decision(s), EO 11246 affirmative action requirements, and labor surplus area coverage for the subject solicitation:

**General Decision No: NJ020006 ( (Dredging, Statewide)**
Modification Number 1
Publication Date: 10/04/02

**Labor Surplus Area**:
Union County - No, except for Elizabeth City
Hudson County - County - Yes

**Affirmative Action Requirements**:

Female: 6.9%
Minority: 17.3% Union County
12.8% Hudson

2. Please ensure that the decision(s) are incorporated into the subject solicitation and resultant contract as set forth in FAR 22.404-6.

3. I understand that any Upland disposal will be at a commercial facility, which was established prior to bid opening and which will continue to operate after completion of the contract work. Pursuant to 29 CFR 5.2(l), a permanent, previously established facility is not considered site of the work and is not subject to the Davis-Bacon Act. If this changes, please advise me immediately so wage rates, as applicable, may be included in the solicitation. Please add the highlighted text as a solicitation/contract note..

3. Further, I understand that the use of a hopper dredge is not anticipated. If this changes, please advise as an additional wage decision is required for this vessel

/s/

Sandra Gaffney
District Labor Advisor

**General Decision Number NJ020006**

General Decision Number **NJ020006 sg 12/17/02**
Superseded General Decision No. NJ010006

State: New Jersey
Construction Type:
DREDGING

County(ies):
STATEWIDE

All Dredging except self propelled hopper dredges, on the Atlantic Coast & tributary waters emptying into the Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 10/04/2002 |

COUNTY(ies):
STATEWIDE

* ENGI0025D 10/01/2002

| | Rates | Fringes |
|---|---|---|
| DIPPER & CLAMSHELL DREDGE: | | |
| Operator | 28.07 | 6.45+a+b |
| Engineer | 24.72 | 6.45+a+b |
| Maintenance Engineer | 23.59 | 5.85+a+b |
| Welder | 23.22 | 5.85+a+b |
| Mate | 21.99 | 5.85+a+b |
| Boat Master | 23.24 | 6.45+a+b |
| Boat Captain | 22.15 | 5.85+a+b |
| Oiler | 18.59 | 5.25+a+b |

| | | |
|---|---|---|
| Deckhand; Tug Deckhand | 18.13 | 5.25+a+b |
| Scowman | 17.88 | 5.25+a+b |
| DRAG BUCKET DREDGE: | | |
| Operator | 25.09 | 6.45+a+b |
| Engineer | 21.41 | 6.45+a+b |
| Maintenance Engineer | 21.21 | 5.85+a+b |
| Mate | 19.82 | 5.85+a+b |
| Deckhand | 16.17 | 5.25+a+b |
| HYDRAULIC DREDGES: | | |
| Leverman | 27.56 | 6.45+a+b |
| Engineer; Derrick Operator | 24.17 | 6.45+a+b |
| Chief Mate | 23.82 | 6.45+a+b |
| Chief Welder | 24.48 | 6.45+a+b |
| Maintenance Engineer | 23.59 | 5.85+a+b |
| Electrician | 23.43 | 6.45+a+b |
| Welder Dredge | 23.21 | 5.85+a+b |
| Spider Barge Operator | 23.01 | 5.85+a+b |
| Mate | 21.99 | 5.85+a+b |
| Boat Master | 23.23 | 6.45+a+b |
| Boat Captain | 21.66 | 5.85+a+b |
| Steward | 21.94 | 6.45+a+b |
| Oiler | 18.59 | 5.25+a+b |
| Deckhand | 17.90 | 5.25+a+b |
| Tug Deckhand | 18.13 | 5.25+a+b |
| Shoreman | 17.90 | 5.25+a+b |
| Assistant Cook | 18.00 | 5.25+a+b |
| Night Cook | 18.00 | 5.25+a+b |
| Messman | 17.49 | 5.25+a+b |
| Janitor/Porter | 17.49 | 5.25+a+b |
| Fill Placer | 23.82 | 6.45+a+b |
| Assistant Fill Placer | 21.80 | 6.45+a+b |
| COMPANY LEAD DREDGEMAN: | | |
| Lead Dredgeman | 27.56 | 6.45+a+b |
| TUG BOATS over 1,000 H.P. (with master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 24.68 | 6.45+a+b |
| Tug Captain | 23.69 | 6.45+a+b |
| Tug Chief Engineer | 22.95 | 5.85+a+b |
| Tug Engineer | 22.48 | 5.85+a+b |
| Tug Deckhand | 18.13 | 5.85+a+b |
| TUG BOATS over 1,000 H.P. (without master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 23.23 | 6.45+a+b |
| Tug Captain | 22.15 | 5.85+a+b |
| Tug Engineer | 22.48 | 5.85+a+b |
| Tug Deckhand | 18.13 | 5.25+a+b |
| DRILL BOATS: | | |
| Engineer | 23.54 | 6.45+a+b |
| Blaster | 23.81 | 6.45+a+b |

| | | |
|---|---|---|
| Driller | 23.55 | 6.45+a+b |
| Welder | 23.30 | 5.85+a+b |
| Machinist | 23.30 | 5.85+a+b |
| Tug Master | 20.48 | 6.45+a+b |
| Tug Captain | 19.53 | 5.85+a+b |
| Oiler | 20.46 | 5.25+a+b |
| Tug Deckhand | 15.97 | 5.25+a+b |
| Core Driller | 18.56 | 5.25+a+b |
| DIVERS: | | |
| Diver | 40.88 | 6.45+a+b |
| Standby Diver | 27.20 | 6.45+a+b |
| Tender | 31.46 | 6.45+a+b |
| Standby Tender | 22.61 | 5.85+a+b |
| DREDGING PIPELINE CABLE-LAYING: | | |
| Leverman | 28.18 | 6.45+a+b |
| Control Tower Operator | 24.90 | 6.45+a+b |
| Rigger | 18.42 | 5.25+a+b |
| Line up Operator, End Prep. | 17.82 | 5.25+a+b |
| Diver | 41.77 | 6.45+a+b |
| Diver Tender | 25.93 | 6.45+a+b |
| ENGINEER: | | |
| 1st | 24.90 | 6.45+a+b |
| 2nd, 3rd & 4th | 24.58 | 6.45+a+b |
| Electrician | 24.48 | 6.45+a+b |
| Electro Hydro Tech. | 20.14 | 5.85+a+b |
| Tug Master | 26,15 | 6.45+a+b |
| Tug Captain | 22.79 | 6.45+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King Day, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation

to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively

bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor

200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

# SECTION 00901

# SAMPLE FORMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| REPORT OF OPERATIONS-PIPELINE, DIPPER OR BUCKET DREDGES | | | | | | REPORT CONTROL SYMBOL | |
| THRU: | | | TO: | | | FROM: | REPORT # |
| CHARACTER OF REPORT | MAINT. | NEW WORK | DAILY | STATUS | COMPLETION | ANNUAL | DATE OR PERIOD |
| DREDGE | NAME AND TYPE | | SIZE | PIPELINE (in. dia. disch.) | | DIPPER OR BUCKET (cu. yds. cap) | |
| | HORSE-POWER OF | DREDGE PUMP | | SUCTION PIPE JET | | CUTTER OR BUCKET | PROPULSION |
| | NUMBER OF CREW MEMBERS | DREDGE | SHORE | OTHER PLANT | TOTAL | WORK SCHEDULE | SHIFTS/DAY | DAYS/WEEK |
| PROJECT AND BAR | NAME AND TYPE | | | | AUTH | WIDTH | DEPTH | OVERDEPTH |
| | LOCATION (include station numbers) | | | | STA. NO.: | | Range: |
| CHARACTER OF MATERIAL | ABSOLUTE DENSITY (GMS/liter) | | | IN PLACE DENSITY (GMS/liter) | | | VOIDS RATIO |
| | GRAIN SIZE $D_{in}$ | MM $D_{in}$ | MM $D_{in}$ | MM | | GEOLOGICAL CLASSIFICATION | |
| CONTRACT ORDER | NUMBER | | | CONTRACTOR | HIRED LABOR | TOTAL NO. OF DAYS ON WHICH WORK WAS DONE | |
| CHANNEL CONDITION | AVERAGE DEPTH | | BD | AD | MINIMUM SOUNDING | BD | AD |
| RIVER STAGE | MINIMUM | TIME | MAXIMUM | TIME | GAUGE LOCATION | | |
| WEATHER CONDITION | (clear, cloudy, rain, and fog) | | | VISIBILITY | | WIND (maximum, velocity, & direction) | |

**WORK PERFORMED**

| ITEM | UNIT | QUANTITY |
|---|---|---|
| AVERAGE WIDTH OF CUT | FEET | |
| TOTAL TRAVEL THIS PERIOD | FEET | |
| TOTAL TRAVEL TO DATE | FEET | |
| TOTAL ADVANCE TO DATE | FEET | |
| FLOATING PIPE: | SHORE PIPE: | |
| TOT. LENGTH OF DISCHARGE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED/PUMP. HR. | CU. YDS. | |
| SCOWS LOADED | NUMBER | |
| AVERAGE LOAD PER SCOW | CU. YDS. | |

**CUBIC YARDS REMOVED**

| | | |
|---|---|---|
| AMOUNT DREDGED THIS PERIOD: | | |
| (1) GROSS (computed amount) | | |
| (2) CREDITED (pay place) | | |
| AMOUNT PREVIOUSLY DREDGED: | | |
| (1) GROSS (computed amount) | | |
| (2) CREDITED (pay place) | | |
| TOTAL AMOUNT DREDGED TO DATE: | | |
| (1) GROSS (computed amount) | | |
| (2) CREDITED (pay place) | | |

**ATTENDANT PLANT**

| ITEM | NAME OR NUMBER | HOURS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| NUMBER OF INSPECTIONS | BY DISTRICT PERSONNEL | |
| | BY DIV&OCE PERSONNEL | |
| CONTRACT USE ONLY | HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? | YES OR NO |

**DISTRIBUTION TIME**

| EFFECTIVE WORKING TIME (chargeable to cost of work) | HOURS | MIN. |
|---|---|---|
| PUMPING OR DREDGING | | |
| PERCENTAGE OF EFFECTIVE RENTAL TIME | | % |
| BOOSTER (in line) | | |
| NON-EFFECTIVE WORKING TIME (chargeable to cost of work) | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS | | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| LOSS DUE TO PASSING VESSELS | | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPERATING REPAIRS (explain in remarks) | | |
| WAITING FOR ATTENDANT PLANT | | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL NON-EFFECTIVE WORKING TIME | | |
| PERCENTAGE OF NON-EFFECTIVE RENTAL TIME | | % |
| TOTAL EFFECTIVE AND NON-EFFECTIVE TIME (chargeable to cost of work) | | |
| PERCENTAGE OF TOTAL TIME IN PERIOD | | % |
| LOST TIME (not chargeable to cost of work) | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME | | % |
| TOTAL TIME PERIOD | | |

ENG FORM 4267

| ITEM | COST |
|---|---|
| DIRECT PLANT OPERATING COSTS<br>UNIFORM DAILY RATE BASIS (To be completed when submitting Status and Completion reports.)<br>CHARGES: ________ DAYS AT $ ________ PER DAY<br>(Item 19, ENG Form 22 (Costs) - adjusted to exclude plant increment cost)<br>OR<br>ACTUAL PLANT COSTS (To be completed when submitting Annual report)<br>PAYROLLS (gross)........ $<br>SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE........ $<br>FUEL ________ BARREL AT $ ________ PER BARREL........ $<br>WATER........ $<br>LUBRICANTS........ $<br>PLANT OWNERSHIP COSTS (as computed below)........ $<br>INSURANCE........ $<br>ATTENDANT PLANT........ $<br>MISCELLANEOUS........ $<br><br>SUBTOTAL -- UNIFORM DAILY RATE OR ACTUAL COSTS<br>SUBTOTAL -- PLANT UNIT COST $ PER CUBIC YARD | |
| SHORE WORK<br>SUBTOTAL -- SHORE WORK COSTS $........<br>SUBTOTAL -- SHORE WORK UNIT COSTS $ PER CUBIC YARD | |
| OTHER COSTS:<br>SURVEYS........ $<br>INSPECTION AND SUPERVISION........ $<br>OVERHEAD........ $<br>OTHER INDIRECT COSTS........ $<br><br>SUBTOTAL--OTHER COSTS<br>SUBTOTAL -- OTHER UNIT COST PER CUBIC YARD | $ |
| GRAND TOTAL--ALL COST........<br>GRAND TOTAL--ALL UNIT COST PER CUBIC YARD | $ |

| OPERATING SUPPLIES | | | | |
|---|---|---|---|---|
| COMMODITIES | CONSUMED | | INVENTORY | |
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL (oil) | | | | |
| LUBE (oil) | | | | |
| LUBE (grease) | | | | |
| WATER | | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES | | | | |
| MISCELLANEOUS SUPPLIES | | | | |
| TOTAL | | | | |

| ANNUAL REPORT DATA (complete when submitting Annual report) | |
|---|---|
| COST PER RENTAL MINUTE (Based on total operating cost)........ | $ |
| TOTAL COST OF PLANT (End of F.Y. reporting period)........ | $ |
| BOOK VALUE (End of F.Y. reporting period)........ | $ |
| BALANCE IN PLANT ACCOUNT (End of F.Y. reporting period)........ | $ |
| PLANT OWNERSHIP COSTS (Actual for F.Y. reporting period)........ | |
| DESCRIPTION........ | $ |
| REPAIRS........ | $ |
| CESSATION OF WORK........ | $ |
| SMALL TOOLS, ETC........ | $ |
| TOTAL........ | $ |

REMARKS

| SUBMITTED BY (Name, title, and signature) | RECOMMENDED BY (Name, title, and sig) | APPROVED BY (Name, title, and signature) |
|---|---|---|
| | | |

REPORT NO. ______ DATE: ______

PROJECT ______ TIME STARTED ____ FRAME HRS. WORKED ______

LOCATION ______ TIME FINISHED ____ FRAME IDLE ______

DRILL BOAT TYPE OF DRILL FRAMES USED ____

| DELAYS | THIS DATE | CONTRACT TO DATE |
|---|---|---|
| MOVE ON/OFF SITE - WEEKEND, DAY END | | |
| TEST FOR ROCK | | |
| OFF ROCK - NO DRILLING | | |
| WAIT OTHER FRAMES | | |
| MOVE FRAMES | | |
| CHANGE BITS & BARS | | |
| CLEAN HOLES | | |
| LOAD HOLES | | |
| MOVE TO BLAST | | |
| MOVE TO BLAST & NEW CUT | | |
| MOVE TO NEW RANGE | | |
| TRAFFIC | | |
| WEATHER | | |
| LIGHTNING | | |
| REPAIRS | | |
| GREASE | | |
| LOAD/WAIT POWDER | | |
| ANCHORS | | |
| SURVEY | | |
| OTHERS (Specify in "Remarks") | | |
| TOTAL FRAME HRS. DELAYS | | |
| TOTAL FRAME HRS. WORKED | | |
| TOTAL FRAME REV. HRS. | | |
| FRAME TIME EFFICIENCY % | | |
| NO. TIMES MOVE TO BLAST | | |
| NO. TIMES MOVE TO BLAST & NEW CUT | | |
| NO. TIMES MOVE TO NEW RANGE | | |

WEATHER ______

WIND ______

SEASON ______

ATTENDANT PLANT HOURS

REMARKS ON DELAYS

| CREW | THIS DATE | CONTRACT TO DATE |
|---|---|---|
| U.S. | | |
| OTHER | | |
| TOTAL | | |
| SUPERINTENDENT | | |
| CIVIL ENGINEER | | |
| CAPTAIN | | |
| DAY FORMAN | | |
| NIGHT FORMAN | | |
| DRILLER | | |
| BLASTER | | |
| HELPER | | |
| WATCH ENGINEER | | |
| MACHINIST | | |
| OILER | | |
| MATE | | |
| DECK HAND | | |
| TUG OPERATOR | | |
| CLERK | | |
| ROD MAN | | |
| OTHERS | | |

DAILY OPERATING CONDITIONS

SECTION OR AREA (S)

CUT NUMBER (S)

CROSS RANGES (STATIONS) ______ TO ______

______ TO ______ ______ TO ______

______ TO ______ ______ TO ______

DRILLING GRADE ______ NO. OF HOLES DRILLED ______

PROJECT GRADE ______ NO. OF HOLES BLASTED ______

AVG. TOP MATERIAL ______ LBS EXPLOSIVE USED ______

AVG. FEET DRILLED ______ CAPS USED ______

BOOSTER USED ______

FUELS USED ______

BLAST HOLES ☐ LINE HOLES ☐ SPACING

TYPE OF DYNAMITE

TYPE OF WIRE

TYPE OF ROCK

REMARKS ON PRODUCTION OR CONDITIONS:

SUPERINTENDENT: DATE:

00901-3

G004742

G01010 04670

# DRILL LOG AND BLAST REPORT

Sheet -- of ---

CONTRACT NO.:
NAME OF DRILL BOAT:

DATE:
BLAST NO.:

FOR THIS BLAST

| | |
|---|---|
| 2 - HOUR WARNING | LBS. /HOLE |
| 15 - MINUTE WARNING | LBS./DELAY |
| 5 - MINUTE WARNING | LBS./BLAST |
| BLAST TIME | TOT. HOLES |
| REAL DISTANCE L.F. | MAX. POWDER/DELAY |
| TYPE OF POWDER = | |

FOR THIS RANGE

| | MIN. | MAX. | | START | STOP |
|---|---|---|---|---|---|
| DEPTH | | | DRILL TIME | | |
| SPACING | | | LOADED | | |
| NO. OF HOLES | | | FIRED | | |
| HOLE DIAMETER | | | | | |
| TOTAL ROCK DRILLED = LF. | | | TOTAL POWDER LOADED= | | POUNDS |

CONTACT SEISMIC @

| HOLE NO. | START | STOP | STATION NO. | TIDE ELV. | DEPTH TO ROCK | T.C. TOP OF ROCK | T.C. OVER ROCK | ROCK TO - 47 MLW | *TOTAL ROCK | IN HOLE DELAYS NO. | IN HOLE DELAYS TYPES | BOOSTERS | SURFACE DELAYS NO. | SURFACE DELAYS TYPES | LOADED POUNDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

* Includes Subdrill TC = Tide Correction

## CROSS SECTION

-40
-50
-60
STA. NO.

ROCK ELEV. • OVERBURDEN

SUPERINTENDENT: ______________ DATE: ______________



G004743

G01010 04671

# USACE TRANSPORTAION AND PLACEMENT LOG

**Log Number:** **Date (yy:mm:dd)**

**Project Information:**

**Trip Number:**
**Permit Number:**
**Project Name:**

**Tow Owner:**
**Inspector's Name:**
**Tug's Navigational Unit:**

**Tug and Scow Information:**

**Tug Name:**
**Tug Captain:**

**Scow Name/Number:**
**Scowman's Name:**

**Loading Information:**

**Volume of Material (Cubic yds):**
**Time Loading is Complete (hh:mm:ss):**
**Description of material:**

**Scow Draft Forward (ft):**
**Scow Draft Aft (ft):**
**Percent Rock:**

**Placement Site Weather Conditions:**

**Wind Direction (from):**
**Weather conditions:**
**Observed Water Depth (ft):**
**Visibility (n miles):**
**Marine Mammals/Sea Turtles Sighted (Yes/No):**

**Wind Speed (mph):**
**Wave Swell Height (ft):**

**Transit/Placement Information Area:**
**Tug Position Determined By (GPS/DGPS) DGPS**
**Approximate Distance from Scow to Target Area at Time of Discharge (ft)**
**Time Scow Arrives at Project Placement Area:**
**Length of Towline at Time of Discharge (ft):**
**Scow Heading (Degrees):**
**Estimated Scow Speed (kts):**
**Distance from Tug Navigational Antenna to Tugs Towing Bit (ft):**
**Direction of Scow Relative to Tugs Towing Bit (Degrees):**

**Start Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**End Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**Post Placement Time (DOORS OPEN)**
**Tug Speed (kts):**
**Tug Heading (Degrees):** **GPS/DGPS: Latitude:** **Longitude:**

**Comments:**

# USACE TRANSPORTATION AND PLACEMENT LOG (OENJ)

Log Number: ________________ Date: ________________________

## Project Information

Trip Number: ________________ Tow Owner: ________________
Permit Number: ________________________ Inspector's Name: ____________
Project Name: ________________________ Tug's Nav. Unit: ____________

## Tug and Scow Information:

Tug Name: ________________ Scow Name/Number: ________________
Tug Captain: ________________

## Loading Information

Description of Material: ______________
______________________________________
______________________________________
______________________________________
______________________________________

| | Loading Cycle 1 Date | Loading Cycle 1 Time | Loading Cycle 2 Date | Loading Cycle 2 Time |
|---|---|---|---|---|
| Loading starts: | / / | : | / / | : |
| Loading complete: | / / | : | / / | : |
| Scow arrives at Dewatering pier: | / / | : | / / | : |
| Scow Departed Dewatering pier: | / / | : | / / | : |

Scow Draft Aft (ft): ________________

## Transit/Placement Site Weather Conditions:

Wind Speed (mph): ________________
Weather Conditions: ________________
Visibility (n miles): ________________

| | Date | Time |
|---|---|---|
| Scow Departed Dredge site: | / / | : |
| Scow arrive at OENJ: | / / | : |

Receipt acknowledge by OENJ: ______________
Signature

## Unloading Information:

| | Date | Time |
|---|---|---|
| Unloading start: | | |
| Unloading complete: | / / | : |
| Scow Departed OENJ: | / / | : |

## Comments:

______________________________________
______________________________________

______________________
USACE Inspector/Date



G004745

G01010 04673

# SECTION 00902

## FEDERAL CONSISTENCY DETERMINATION/WATER QUALITY CERTIFICATIONS
## TBF

# SECTION 00903

## DEWATERING INSTRUCTIONS
## SHARK RIVER MAP

THE PORT AUTHORITY OF NY & NJ

PORT COMMERCE DEPARTMENT
225 PARK AVENUE SOUTH, 11TH FLOOR
NEW YORK, NY 10003

January 3, 2003

Mr. Joseph J. Seebode
Chief, Harbor Programs Branch
Department of the Army
New York District, Corps of Engineers
Jacob K. Javits Federal Building
New York, NY 10278-0090

SUBJECT: KILL VAN KULL/NEWARK BAY CHANNELS TO 45 FEET - AREA 8

Dear Mr. Seebode:

Regarding the subject project area, the Port Authority designates: (a) the OENJ facility in Bayonne, New Jersey; (b) a contractor-proposed site (should one be identified by the selected contractor); and (c) the Newark Bay Confined Disposal Facility (NBCDF) for the placement of non-rock dredged material unsuitable for HARS placement. The NBCDF is a contingency site whose use will be subject to approval by the State of New Jersey.

The Port Authority presumes that the upland non-rock non-HARS material volume identified in the District bid documents currently under review are the latest and most accurate to date. Should this not be the case, please provide the Port Authority with revised estimated volumes of non-rock non-HARS material requiring upland placement. The Port Authority may need to revise the above designations should the volumes exceed currently known estimates.

The Port Authority also designates 400 feet of Berth 63 at the New Jersey Marine Terminals (NJMT) for dewatering. A drawing is attached. The facility point of contact is Gregory Bulthaupt (973-690-3482).

Please include these disposal and dewatering designations in the contract specifications for bidding purposes. If you have any questions, please contact Norbert Ludewig at 212-435-4268.

Sincerely,

Thomas H. Wakeman
General Manager
Waterways Development Division

Cc: Harold J. Hawkins, NYD-COE




Location of Berths at
Port Newark/Elizabeth Marine Terminal
(attachment to 01-03-03 letter T. Wakeman
to J. Seebode)


Fire Island Reef
Hempstead Town Reef
Shark River Reef
HARS
Sea Girt Reef

# SECTION 00904

# SPECIAL INSTRUCTIONS FOR PIPELINES REMOVAL (TBF)

SECTION 01130

ENVIRONMENTAL PROTECTION

PART 1 GENERAL

1.1 SCOPE

This section covers the furnishing of all labor, material and equipment as performing all work required for the protection of the environment during construction operations except for those measures set forth in other Technical Provisions of these specifications.

1.2 REFERENCE

"Standard Methods for the Examination of Water, Sewage, and Industrial Wastes, Eighteenth Edition, 1992, published by American Public Health Association, 1015 Eighteenth Street, N.W., Washington, D.C. 20036".

1.3 GENERAL

For purpose of this specification, environmental protection is defined as the retention of the environment in its natural state to the greatest possible extent during project construction and to enhance the natural appearance in its final condition. Environment protection requires consideration of air, water, and land, and involves management of noise and solid waste, as well as other pollutants. In order to prevent, and to provide for abatement and control of, any environmental pollution arising from the construction activities in the performance of this contract, the Contractor and his subcontractors shall comply with all applicable Federal, State and local laws and regulations concerning environmental pollution control and abatement.

1.4 NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any non-compliance with the aforementioned Federal, state, or local laws or regulations. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. The Contractor shall, after receipt of such notice, immediately inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess costs of damages by the Contractor.

1.5 SUBCONTRACTOR

Compliance with the provisions of this section by subcontractors will be responsibility of the Contractor.

1.6 IMPLEMENTATION

Prior to commencement of the work the Contractor will:

a. Submit in writing his proposal for implementing this section for environment protection including a noise monitoring program to insure compliance with all Federal, State, and local noise ordinances.

b. Meet with representatives of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environmental protection program.

1.7 PROTECTION OF WATER RESOURCES

a. General. The Contractor shall not pollute the waters with trash, debris, fuels, oils, bituminous materials, calcium chloride, acids or other harmful materials. It is the responsibility of the Contractor to investigate and comply with all applicable Federal, state, county, and municipal laws concerning pollution of the water. The Contractor shall comply with the conditions set forth in the New York State DEC Water Quality (WQC) permit and the New Jersey WQC included in Section 00903. All work under this contract shall be performed in such a manner that objectionable conditions will not be created in the waters through or adjacent to the project areas.

b. Spillage. At all times of the year, special measures shall be taken to prevent chemicals, fuels, oils, greases, bituminous materials, herbicides, and insecticides from entering the waters. In case of spillage the contractor shall instantly inform by telephone and call the US Coast Guard, EPA and appropriate State and Local Authorities of the spillage and the actions taken.

1.8 PROTECTION OF FISH AND WILDLIFE

a. The Contractor shall at all times perform all work and take such steps required to prevent any interference or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the project area which in the opinion of the Contracting Officer are critical to fish and wildlife. Fouling or polluting of water will not be permitted.

b. The Contractor shall employ best dredging practices to minimize turbidity impacts.

c. The Contractor shall comply with the special permits conditions specified in New York State Department of Environmental Conservation WQC and New Jersey WQC. See Section 00903.

1.9 PROTECTION OF CULTURAL RESOURCES

Known archaeological and historic properties have been taken into account as required by Federal Laws. Should unanticipated archaeological materials be encountered during the course of any project activities, the Contractor

shall cease work in the vicinity of the discovery. The Contractor shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

1.10 NOISE MONITORING

Not withstanding that the construction activities occur in the federal channel, the Contractor shall comply with the local noise ordinance standards set by the local municipalities. During the course of the contract the Contractor shall establish, at a minimum, an initial baseline (background) noise levels prior to the start of work and periodically check the noise levels. The Contractor shall address all of complaints of private citizens **arising out of use of the Contractor's equipments** promptly. The Contractor shall report all NOISE complaints related to the equipments and dredging/blasting work to the COR. All noise measurement shall be made at the property line of the impacted site. When instrument cannot be placed at the property line, the measurement shall be made as close thereto as to reasonable.

The Contractor shall designate a disturbance coordinator, with his/her name telephone number clearly posted at the construction site, responsible for responding to noise complaints, determining noise source/cause, and implementing measure to mitigate noise impact.

The Contractor shall locate all portable and support equipment as far away as possible from sensitive areas.

The Contractor shall use properly operating mufflers on all internal combustion powered equipment and keep them in proper state of tune to alleviate back-fire and use protective shrouds on external engines.

1.11 MEASUREMENT AND PAYMENT

a. Measurement. No separate measurement as such will be made for work performed under this section including a noise monitoring program to insure compliance with all Federal and State regulations, and local noise ordinances.

b. Payment. No separate payment will be made for the work covered under this section and all costs in connection therewith will be included in the applicable contract price to which the work pertains.

-- End of Section --



G004754

G01010 04682

SECTION 01270

MEASURMENT AND PAYMENT

PART 1 GENERAL

**1.1 LUMP SUM PAYMENT ITEMS**

Payment items for the work of this contract for which contract lump sum payments will be made are listed in the BIDDING SCHEDULE and described below. All costs for items of work, which are not specifically mentioned to be included in a particular lump sum or unit price payment item, shall be included in the listed lump sum item most closely associated with the work involved. The lump sum price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for which separate payment is not otherwise provided.

1.1.1 Mobilization and Demobilization (**Item No. 0001AA**)

1.1.1.1 Payment

Payment will be made for costs associated with mobilization and demobilization, as defined in Contract Clause PAYMENT FOR MOBILIZATION AND DEMOBILIZATION section 00700 CC 252.236-7004(DEC 1991).

1.1.1.2 Unit of Measure
Unit of measure: lump sum.

1.1.2 Field Office (**Item No. 0001AF**)

1.1.2.1 Payment

Payment will be made for costs associated with operations necessary for installation, including all office equipment, system setup, maintenance services, and removal of equipment at designated area in accordance with the requirements specified in paragraph entitled "FIELD OFFICE" of Section 00800: Special Contract Requirements.

1.1.2.2 Unit of Measure
Unit of measure: lump sum.

1.1.3 Additional cost for Optional Insurance (**Item No. 0002**)

1.1.3.1 Payment

Payment will be made for costs associated with additional insurance premium provided by the contractor as per requirements specified in Section 00800.

1.1.3.2 Unit of Measure

Unit of measure: lump sum.

1.1.4 Removal and Disposal of PIPE LINES 1 NORTH (**Item No. 0003**)

1.1.4.1 Payment

Payment will be made for costs associated with the removal and disposal of PIPE LINE1 NORTH as per requirements specified in SECTION 02220.

1.1.4.2 Unit of Measure: lump sum.

1.1.5 Removal and Disposal of PIPE LINE 2 SOUTH (**Item No. 0004**)

1.1.5.1 Payment

Payment will be made for costs associated with the removal and disposal of PIPE LINE 2 SOUTH as per requirements specified in SECTION 02220.

1.1.5.2 Unit of Measure: lump sum

**1.2 UNIT PRICE PAYMENT ITEMS**

Payment items for the work of this contract on which the contract unit price payments will be made are listed in the PRICE SCHEDULE and described below. The unit price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for each of the unit price items.

1.2.1 Debris,Removal and Disposal (**Item No. 0001AB**)

1.2.1.1 Payment

Payment will be made for costs associated with the collection, storage and handling, and the removal from the site and proper disposal of all debris recovered from the bottom and all floating debris including cables, pilings, line, and all objects, which are unsuitable for placement in the HARS or upland disposal site or artificial reef site.

1.2.1.2 Unit of Measurement

Unit of measure: ton (2,000 lbs).

1.2.2 Dredging, Transportation, Delivery, Processing if required and Placement of Dredged Materials Unsuitable/Suitable for Placement at the HARS/(Excludes Dewatering: Item No. 0001AD).

**-Item No. 0001AC**; Dredging, Transportation, Delivery, Processing and Disposal of Dredged Materials **Unsuitable** for Placement at the HARS, Excludes Dewatering; Placement at Bayonne Landfill Remediation Site and or site of the

contractor's choice.

**-Item No.0001AG;** Dredging, Transportation, Delivery, and Disposal of Dredged Materials **Suitable** for Placement at the HARS. Excludes Dewatering and Excludes Processing.

**-Item No. 0001AH;** Dredging, Transportation, Delivery, and placement of non-rock materials **suitable** for placement upland, Excludes Dewatering and Excludes Processing (placement at the Newark Bay Confined Disposal Facility).

**-Item No. 0005A;** Dredging, Transportation, Delivery, and placement of non-rock materials **suitable** for Placement at the HARS, Excludes Dewatering and Excludes Processing.

**-Item No. 0005B;** Dredging, Transportation, Delivery, and placement of non-rock materials **Unsuitable** for Placement at the HARS, Excludes Dewatering ITEM 0005C; for Placement at Bayonne Landfill Remediation Site and or site of the contractor's choice.

**-Item No. 0006;** Dredging, Transportation, Delivery, and placement of non-rock materials **suitable** for Placement at the HARS, Excludes Dewatering and Excludes Processing.

1.2.2.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at designated disposal sites, processing, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.2.2 Measurement

The total quantity of dredged material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depths indicated on the drawings and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.2.3 Unit of Measure

Unit of measure: cubic yard.

1.2.3 Dewatering in Accordance with WQCs and OENJC site (and/or contractor's proposed site(s)) Specifications for Upland Placement **(Item No. 0001AD and 0005C)**

1.2.3.1 Payment

Payment will be made for costs associated with dewatering, monitoring, and other incidental thereto, excluding transportation to berthing areas.

1.2.3.2 Measurement

The total quantity of dewatering material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredged prism as shown on the drawings to include the required dredged depths indicated on the drawings and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.3.3 Unit of Measure

Unit of measure: cubic yard.

1.2.4 Drilling, Blasting, Dredging, and Disposal of Rock Materials at the Artificial Reef Shark River Reef (**Item No. 0001AL**)

1.2.4.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at the Reef, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.4.2 Measurement

The total quantity of dredged material for which payment will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredge prism as shown on the drawings to include the required dredged depths indicated on the drawings and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed

between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredged prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.4.3 Unit of Measure

Unit of measure: cubic yard.

1.2.5 Subsurface drilling and sampling (**Item No. 0001AE**)

1.2.5.1 Payment

Payment will be made for costs associated with subsurface drilling and sampling for each drill hole performed, including mobilization and demobilization of all equipment necessary to perform the required drilling sampling, and coring to a depth of 55 feet below MLW. Mobilization and demobilization will include a drill rig of complete assembly and in working order as well as the transportation of samples and cores to the Caven Point Marine Terminal. Size of sampling shall be 1-3/8 inch diameter and size of rock core shall be NX diameter core.

1.2.5.2 Measurement

The measurement for drilling drive sample drill holes including soil sampling and rock core drilling (vertical) will be the number of holes that were drilled in accordance with the specifications. Measurements will be made from mean low water.

1.2.5.3 Unit of Measure

Unit of measure: each.

-- End of Section --

SECTION 01312

QUALITY CONTROL SYSTEM (QCS)
**(NYD VERSION 09/01)**

1.1 GENERAL

The Government will use the Resident Management System for Windows (RMS) to assist in its monitoring and administration of this contract. The Contractor shall use the Government-furnished Construction Contractor Module of RMS, referred to as QCS, to record, maintain, and submit various information throughout the contract period. This joint Government-Contractor use of RMS and QCS will facilitate electronic exchange of information and overall management of the contract. QCS provides the means for the Contractor to input, track, and electronically share information with the Government in the following areas:

Administration
Finances
Quality Control
Submittal Monitoring
Scheduling
Import/Export of Data

1.1.1 Correspondence and Electronic Communications

For ease and speed of communications, both Government and Contractor will, to the maximum extent feasible, exchange correspondence and other documents in electronic format. Correspondence, pay requests and other documents comprising the official contract record shall also be provided in paper format, with signatures and dates where necessary. Paper documents will govern, in the event of discrepancy with the electronic version.

1.1.2 Other Factors

Particular attention is directed to Contract Clause, "Schedules for Construction Contracts", Contract Clause, "Payments", Section 01320A, PROJECT SCHEDULE, Section 01330, SUBMITTAL PROCEDURES, and Section 01451A, CONTRACTOR QUALITY CONTROL, which have a direct relationship to the reporting to be accomplished through QCS. Also, there is no separate payment for establishing and maintaining the QCS database; all costs associated therewith shall be included in the contract pricing for the work.

1.2 QCS SOFTWARE

QCS is a Windows-based program that can be run on a stand-alone personal computer or on a network. The Contractor shall be responsible after award of the contruction contract to download the QCS software and User Manual from the Government's RMS Internet website ('http://winrms.usace.army.mil'). Prior to the Pre-Construction Conference, the Contractor shall be responsible to download, install and use the latest version of the QCS software from the Government's RMS

Internet Website. Any program updates of QCS will be made available to the Contractor via the Government RMS website as they become available and the Contractor shall be required to install and use the latest version of the QCS Software (Expect approximately eight (8) program updates per year).

1.3 SYSTEM REQUIREMENTS

The following listed hardware and software is the minimum system configuration that the Contractor shall have to run QCS:

**Hardware**

IBM-compatible PC with 200 MHz Pentium or higher processor

64+ MB RAM

4 GB hard drive disk space for sole use by the QCS system

3 1/2 inch high-density floppy drive

Compact disk (CD) Reader

Color monitor

Laser printer compatible with HP LaserJet III or better, with minimum 4 MB installed memory.

Connection to the Internet, minimum 28 BPS

**Software**

MS Windows 95 or newer version operating system (MS Windows NT 4.0 or newer is recommended)

Word Processing software - MS Word 97 or newer

Internet browser

The Contractor's computer system shall be protected by virus protection software that is regularly upgraded with all issued manufacturer's updates throughout the life of the contract.

Electronic mail (E-mail) compatible with MS Outlook

1.4 RELATED INFORMATION

1.4.1 QCS User Guide

After contract award, the Contractor shall download instructions for the installation and use of QCS from the Government RMS Internet Website ("http://winrms.usace.army.mil/);

1.5 CONTRACT DATABASE

Prior to the pre-construction conference, the Government shall provide the Contractor with basic contract award data to use for QCS. The Government will provide data updates to the Contractor as needed, generally by files attached to E-mail. These updates will generally consist of submittal reviews, correspondence status, QA comments, and other administrative and QA data.

1.6 DATABASE MAINTENANCE

The Contractor shall establish, maintain, and update data for the contract in the QCS database throughout the duration of the contract. The Contractor shall establish and maintain the QCS database at the Contractor's site office. Data updates to the Government shall be submitted by E-mail with file attachments, e.g., daily reports, schedule updates, payment requests. If permitted by the Contracting Officer, a data diskette or CD-ROM may be used instead of E-mail (see Paragraph DATA SUBMISSION VIA COMPUTER DISKETTE OR CD-ROM). The QCS database typically shall include current data on the following items:

1.6.1 Administration

1.6.1.1 Contractor Information

The database shall contain the Contractor's name, address, telephone numbers, management staff, and other required items. Within 14 calendar days of receipt of QCS software from the Government, the Contractor shall deliver Contractor administrative data in electronic format via E-mail.

1.6.1.2 Subcontractor Information

The database shall contain the name, trade, address, phone numbers, and other required information for all subcontractors. A subcontractor must be listed separately for each trade to be performed. Each subcontractor/trade shall be assigned a unique Responsibility Code, provided in QCS. Within 14 calendar days of receipt of QCS software from the Government, the Contractor shall deliver subcontractor administrative data in electronic format via E-mail.

1.6.1.3 Correspondence

All Contractor correspondence to the Government shall be identified with a serial number. Correspondence initiated by the Contractor's site office shall be prefixed with "S". Letters initiated by the Contractor's home (main) office shall be prefixed with "H". Letters shall be numbered starting from 0001. (e.g., H-0001 or S-0001). The Government's letters to the Contractor will be prefixed with "C".

1.6.1.4 Equipment

The Contractor's QCS database shall contain a current list of equipment planned for use or being used on the jobsite, including the most recent and planned equipment inspection dates.