project superintendent in this context shall mean the individual with the responsibility for the overall management of the project including quality and production.

3.2 QUALITY CONTROL PLAN

3.2.1 General

The Contractor shall furnish for review by the Government, not later than 30 days after receipt of notice to proceed, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the Contract Clause entitled "Inspection of Construction." The plan shall identify personnel, procedures, control, instructions, test, records, and forms to be used. The Government will consider an interim plan for the first 90 days of operation. Construction will be permitted to begin only after acceptance of the CQC Plan or acceptance of an interim plan applicable to the particular feature of work to be started. Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a CQC Plan or another interim plan containing the additional features of work to be started.

3.2.2 Content of the CQC Plan

The CQC Plan shall include, as a minimum, the following to cover all construction operations, both onsite and off site, including work by subcontractors, fabricator, suppliers, and purchasing agents:

a. A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff shall implement the three phase control system for all aspects of the work specified. The staff shall include a CQC System Manager who shall report to an officer in the Contractor's organization above the Project Superintendent, who is responsible for both quality and production.

b. The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function. Clear indication that CQC System Manager will have no duties other than Quality Control.

c. A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manager, including authority to stop work which is not in compliance with the contract. The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities, and responsibilities. Copies of these letters will also be furnished to the Government.

d. Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, off site fabricators, suppliers, and purchasing agents. These procedures shall be in accordance with Section 01330 SUBMITTAL PROCEDURES.

e. Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to be tested, test frequency, and person responsible

for each test. (Laboratory facilities will be approved by the Contracting Officer.) The Contractor shall incorporate all tests required by the contract (including systems commissioning and operating tests) to derive the above list of testing information which shall be presented in matrix form as part of the CQC Plan. This matrix shall be suitable for use by the Contractor and the Government as a checklist to control testing to be done on the contract. Coordinate any additional test submission or plan requirements for Mechanical and Electrical Systems with appropriate specialized specification section if applicable.

f. Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation. Provide matrix of Preparatory and Initial Inspections including specification reference paragraph, the name of the Definable Feature of Work, and spaces for date performed, results, and names of attendees.

g. Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures will establish verification that identified deficiencies have been corrected.

h. Reporting procedures, including proposed reporting formats.

i. A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks and has separate control requirements. It could be identified by different trades or disciplines, or it could be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there is frequently more than one definable feature under a particular section. This list will cover all features of work on the project, and will be agreed upon during the coordination meeting.

j. A brief explanation of the duties of the CQC organization with respect To safety. Note that separate Accident Prevention Plan and Hazards Analysis is required for submission and acceptance.

k. Contractor's plan for training all CQC personnel in the CQC System.

3.2.3 Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

3.2.4 Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the Contracting Officer in writing of any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

3.3 COORDINATION MEETING

After the Pre-construction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system. The CQC Plan shall be submitted for review a minimum of 14 calendar days prior to the Coordination Meeting. The initial plan submitted must be found acceptable by the Government before the Coordination Meeting can be held. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and off site work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures which may require corrective action by the Contractor.

3.4 QUALITY CONTROL ORGANIZATION

3.4.1 General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The number of CQC personnel shall be increased as required during times of high construction workload. The Contractor shall provide a CQC organization which shall be at the site at all times during progress of the work and with complete authority to take any action necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

3.4.2 CQC System Manager

The Contractor shall identify as CQC System Manager an individual within his organization at the site of the work who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The Contractor shall identify the CQC System Manager for each duty work if construction is scheduled on a 24-hour basis. The CQC System Manager shall be a graduate engineer, graduate architect, or a graduate of construction management, or shall hold a state Professional Engineer's license, with a minimum of 2 years construction experience on construction similar to this contract, one year of which as a Quality Control Representative. The CQC Manager may also be a construction person with a minimum of 4 years in related work, one year of which as a QC Representative. This CQC System Manager shall be on the site at all times during construction and will be employed by the prime Contractor. An alternate for the CQC System Manager will be identified in the plan to serve in the event of the System Manager's absence. The requirements for the alternate will be the same as for the designated CQC System Manager. The CQC System Manager shall be assigned no duties other than Quality Control. The CQC System Manager or his alternate shall be on the floating plant at all times during construction.

3.4.3 Organizational Expertise

The CQC organization, which includes the CQC System Manager and additional qualified personnel, must as a minimum possess general corporate technical knowledge of all aspects of the project, and must successfully execute the CQC System on all aspects of the project. Individuals possessing experience in specialized areas shall be added to the organization as required during periods when such specialty areas are being executed. Examples of such specialized areas include marine operations, marine safety, dredging and disposal, underwater rock drilling and blasting, seismic and noise monitoring, blasting safety, marine diving, hydrographic surveying, chemical data acquisition and testing. The Contractor must demonstrate that such additional qualified personnel have received sufficient training and indoctrination into the CQC system, and that these personnel properly execute the requirements of the CQC System within their areas of expertise.

3.4.4 Additional Requirement

In addition to the above experience and education requirements the CQC System Manager shall have completed within the last five years the course entitled "Construction Quality Management for Contractors". This course is given at a cost of $25 by Government personnel and is of two-day duration. The Government will provide one instruction manual for the course.

3.4.5 Organizational Changes

The Contractor shall maintain the CQC Organization at full strength at all times. When it is necessary to make changes to the organization, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

3.5 SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals are in compliance with the contract requirements and are submitted in accordance with the date on the submittal register. CQC personnel shall also make physical checks of materials and equipment before installation to insure compliance with approved shop drawings.

3.6 CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, is complied with the requirements of the contract. At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

3.6.1 Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work after all required plans/documents/materials are approved/accepted, and after copies are at the worksite, and shall include:

a. A review of each paragraph of applicable specifications.

b. A review of the contract drawings.

c. A check to assure that all materials and/or equipment have been tested, submitted, and approved.

d. Review of provisions that have been made to provide required control inspection and testing.

e. Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f. A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g. A review of the appropriate activity hazard analysis to assure safety requirements are met per EM 385-1-1, "Safety and Health Requirements Manual".

h. Discussion of procedures for controlling quality of the work including repetitive deficiencies. Document construction tolerances and workmanship standards for that feature of work.

i. A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j. Discussion of the initial control phase.

k. The Government shall be notified at least 48 hours in advance of beginning the preparatory control phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature. The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report. The Contractor shall clearly indicate its intent and plan for communication of the results of the preparatory phase to applicable workers, to include materials, construction methods, workmanship standards, safety considerations and procedures, and preparatory phase meeting minutes.

3.6.2 Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work (DFW) when the accomplishment of a representative sample of the work is impending. The following shall be accomplished:

a. A check of the portion of work done to ensure that it is in full compliance with contract requirements. Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance.

Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

f. The Government shall be notified at least 48 hours in advance of beginning the initial phase meeting. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), the foreman responsible for the definable feature and the work crew(s) for the appropriate DFW. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report. Exact location (i.e. CQC Report number) of initial phase shall be indicated for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3 Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work which may be affected by the deficient work. The Contractor shall not build upon or conceal non-conforming work.

3.6.4 Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable feature of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, onsite production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

3.6.5 Definable Feature of Work: Definition and Discussion

A Definable Feature of Work (DFW) is a portion of work consisting of materials, equipment, supplies and procedures which are closely related to each other, have the same control and will be accomplished by the same work crew to completion. A DFW must be sufficiently small so that control of the work (i.e. communication of requirements to workers, inspection of materials and workmanship and correction of deficiencies) will be easily accomplished. Some examples are:

* marine operations

* marine safety

* underwater rock drilling and blasting

* seismic monitoring

* blasting safety

* marine diving

* hydrographic surveying

* soil and rock core sampling and testing

* Preparation, removal and disposal of contaminated material

* Dredging and placement.

3.7 TESTS

3.7.1 Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product which conforms to contract requirements. Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a laboratory which has been assurance inspected by the Corps of Engineers within the last two years. The Contractor shall perform the following activities and record and provide the following data:

a. Verify that testing procedures comply with contract requirements.

b. Verify that facilities and testing equipment are available and comply with testing standards.

c. Check test instrument calibration data against certified standards.

d. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

e. Results of all tests taken, both passing and failing tests, will be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test will be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken. An information copy of tests performed by an off site or commercial test facility will be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

3.7.2 Testing Laboratories

3.7.2.1 Capability Check

The Government reserves the right to check laboratory equipment and calibration in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques. Laboratories utilized for testing soils and rock shall meet criteria detailed in ASTM D 3740 and ASTM E 329. The Government requires a Corps of Engineers capability check of the laboratory which the contractor proposes to perform tests on soils and rock. If the laboratory proposed has not had the required Corps of Engineers capability check within the the last two years, it will be performed by the Corps of Engineers at a cost of $7200 to the Contractor. This cost will be paid by the Contractor via check directly to the Corps of Engineers Laboratory performing the inspection and report. In the event the contractor does not pay the cost, the amount will be deducted from the last invoice submitted by the contractor.

3.7.2.2 Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $7200 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory.

3.7.3 On-Site Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

3.7.4 Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials will be borne by the Contractor. Samples of materials for test verification and acceptance testing by the Government shall be delivered to the Corps of Engineers Division Laboratory, as designated by the Government Representative. Coordination for each specific test, exact delivery location and dates will be made through the Area Office.

3.8 COMPLETION INSPECTION

3.8.1 Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the Special Contract Requirement paragraph entitled "Commencement, Prosecution, and Completion of Work," or stated elsewhere in the specifications, the CQC System Manager shall conduct an inspection of the work and develop a "punch list" of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by paragraph DOCUMENTATION below, and shall include the estimated date by which the deficiencies will be corrected.

The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected. Once this is accomplished the Contractor shall notify the Government that the facility is ready for the Government's "Pre-final" inspection.

3.8.2 Pre-Final Inspection

The Government will perform this inspection to verify that the channel construction is complete and ready to open to ship traffic. A Government "Pre-Final Punch List" will be developed as a result of this inspection. The Contractor's CQC System Manager shall ensure that all items on this list have been corrected and so notify the Government so that a "Final" inspection with the customer can be scheduled. Any items noted on the "Pre-final" inspection shall be corrected in a timely manner. These inspections and any deficiency corrections required by this paragraph will be accomplished within the time slated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

3.8.3 Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person and the Contracting Officer's representative will be in attendance at this inspection. Additional Government personnel including, but not limited to, those from U.S. Coast Guard personnel, and safety officer may also be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final Inspection. Notice will be given to the Contracting Officer at least 14 days prior to the final acceptance inspection and shall include the Contractor's assurance that all specific items previously identified to the Contractor as being acceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the Special Contract Requirements entitled "Final Examination and Acceptance".

3.9 DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

a. Contractor/subcontractor and their area of responsibility.

b. Operating plant/equipment with hours worked, idle, or down for repair.

c. Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

d. Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

e. Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f. Submittals reviewed, with contract reference, by whom, and action taken.

g. Off-site surveillance activities, including actions taken.

h. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i. Instructions given/received and conflicts in plans and/or specifications.

j. Contractor's verification statement.

These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. "N/A" shall be entered into any field for which no entry is intended. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and one copy of these records in report form shall be furnished to the Government daily within 16 hours after the date(s) covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every seven days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel. All documentation is expected to be literate, legible and complete.

3.10 SAMPLE FORMS

(Note: If the Resident Management System (RMS) is required to be used by the contractor for the QC System as indicated elsewhere in this contract, Contractor will generate all reports in the RMS System, and attached forms will serve as guidance only. Otherwise forms contained herein will be used by the by CQC Staff for CQC System reporting).

a. The 2-page form at the end of the section will be used for the basic CQC Report. CQC personnel shall attach continuation sheets as required for any entries which cannot fit on the basic form. Preparatory and Initial Inspections, when performed, shall be indicated on the basic CQC report and minutes for each inspection shall be attached. Minutes will consist of a list of specific requirements for materials, procedures or equipment to be employed and shall also include any understandings reached or items of

special importance discussed.

b. In addition, outstanding deficiencies such as shoals and removal of signs and buoys shall be listed on the form "List of Outstanding Deficiencies" at the end of this section and shall be attached to each CQC report. As deficiencies are corrected, they are to be acknowledged on the basic CQC report and shall be deleted from the list.

c. Form at the end of this section entitled "CQC Test Report List" shall be used by the Contractor to track testing to be done as the project progresses, and also to summarize the Contractor's Quality Control testing to be reported on the CQC Plan.

d. Form "Record of Preparatory and Initial Inspections" at the end of this section shall be used by the Contractor to track Preparatory and Initial inspections as the project progresses and also to summarize these required inspections as part of the CQC Plan.

e. Additional reporting forms pertaining to specialized activities may be included herein or elsewhere in the contract, and shall be used for reporting as indicated.

3.11 NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor. Deficiencies cited and verbal instructions given to the Contractor by the Government Representative shall be entered into that day's CQC Report.

(FORMS FOLLOW)

-- End of Section --

# RECORD OF PREPARATORY AND INITIAL INSPECTIONS

| DATE OF INSP | TYPE OF INSP | DEFINABLE FEATURE OF WORK (DESCRIBE) | REPORT NOS | | PERSONS ATTENDING INSP | WAS MATL&/OR EQUIPMENT PHYSICALLY INSPECTED ? |
|---|---|---|---|---|---|---|
| | | | QA | QC | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAD FORM 826
22 JULY 86

NOTE:THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK PREP/INIT INSP'S
ATTACH ADDITIONAL RESULTS OR COMMENTS AS REQUIRED

# LIST OF OUTSTANDING DEFICIENCIES

SH_______ OF _______ DATE:_______

PROJECT TITLE:____________________ CONTRACTOR:____________________

LOCATION:__________ CQC REPORT#__________ CONTRACT #:____________________

| SPEC REF OR DWG# | LOCATION ON PROJECT | DESCRIPTION OF DEFICIENCY | DATE FOUND | DATE TO BE CORRECTED | DATE CORRECTED | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK OUTSTANDING CONSTRUCTION DEFICIENCIES

# CQC TEST REPORT LIST

CQC REPORT#__________ SH______ OF ______ DATE:__________

CONTRACTOR:____________________ CONTRACT #:____________________

PROJECT TITLE:____________________ LOCATION:____________

| SPEC REF OR DWG# | TYPE OF TEST | DATE PERFORMED | RESULTS | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK CQC TESTING.PROVIDE ATTACHMENTS AS REQUIRED.

**CQC REPORT #__________** Date____________________

1. Project Title:________________________________________________

Location: __________________________Contract No.:____________________________

2. List Contractors and Subs Working This Day and Areas of responsibility of each

3. Weather:

4. Description and Location of Work of the Project (Also indicate days of no work and reasons for delay)

5. Labor and Equipment Breakdown by Trade (Attach Continuation)

6. Preparatory Phase Inspections Held (See Attached Minutes)

7. Initial Phase Inspections Held (See attached minutes)

8. Follow-Up Phase Inspections Performed, Results and Corrective Actions Taken

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

9. Job Safety. Indicate What Was Checked, Results,Instructions Received and Corrective Actions:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

10. Additional Activities and Remarks (Check Appropriate Box)

[ ] a. Testing Performed. Attach Results.
[ ] b. Verbal Instructions Received.
[ ] c. Submittal Actions.
[ ] d. Outstanding Deficiencies. See Attached List
[ ] e. Delivery of Equipment and Materials.
[ ] f. Misc/Remarks.

(Use Space Below To Discribe Checked Items)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

11. Contractor's Verification: "The above report and attachments are complete and all supplies, Materials, Equipment and Workmanship incorporated into the work are in full compliance with the contract except as noted".

Signed______________________________________ Date___________
CQC Representative

SECTION 02100

SUBSURFACE DRILLING AND SAMPLING

1. SCOPE. The purpose of the work specified herein is to determine the type, nature, and characteristics for the subsurface materials and the extent and conditions of the various materials as they exist to the depths and at the locations specified. This is to be accomplished by means of drive sample boring and core drilling.

"1.1 Reference Publication: Standard Specification for Subsurface Exploration and Field Testing, Department of the Army, Corps of Engineers, New York District, October 1980."

2. LOCATIONS OF HOLES. The actual locations will be established in the field by the Contracting Officer.

3. ORDER OF WORK. The order in which the work is to be accomplished will be determined in the field by the Contracting Officer.

4. RECORDS. The Contractor shall keep accurate driller's logs and records of all work accomplished under this contract and shall deliver complete, legible copies of these logs and records to the Contracting Officer upon completion of the work or at such other time or times as he may be directed. All such records shall be preserved in good condition and order by the Contractor until they are delivered and accepted, and the Contracting Officer shall have the right to examine such records at any time prior to their delivery to him. Separate logs shall be made for each hole. The following information shall be included on the logs or in the records for each hole:

- Horizontal locations.
- Hole number or designation and elevation of top of hole.
- Make and manufacturer's model designation of drilling equipment.
- Type of drilling and sampling operation by depth. Dates and time by depths when drilling and sampling operations were performed.
- Time required for drilling each run.
- Depths at which samples or cores were recovered or attempts made to sample or core including top and bottom depth of each run.
- Unified soils classification or description by depths of the materials sampled, cored, or penetrated including a description of moisture conditions and of conditions of compactness or stiffness of soils materials encountered. This classification or description shall be made immediately following the taking of the samples or cores.
- Indication of penetration resistance such as casing blows given in blows per foot and sample drive-hammer blows given in blows per 6 inches for driving sample spoons.
- Percentage of sample or core recovered per run. Depths at which drill water is lost and regained and amounts.
- Depth of bottom of hole.
- Fracture location, frequency, angle and description of fracture surface.

4.1 The Contractor shall employ the services of a soil engineer/geologist

with a minimum two years experience in subsurface exploration field inspection. The inspector shall note on all logs the tide, depth of water, and time tide reading in order to determine mean low water.

4.2 The presence of a Government representative or the keeping of separate drilling records by the Contracting Officer shall not relieve the Contractor of the responsibility for the work specified in this paragraph. Payment will not be made for any work for which the required records have not been furnished by the Contractor.

5. CONTAINERS. The Contractor shall furnish jars, tubes, boxes, and crates meeting the requirements as specified elsewhere in this specification. All such containers will become the property of the Government and the cost thereof shall be included in the unit price payment for the contract.

6. CARE AND DELIVERY OF SAMPLES. The Contractor shall be solely responsible for preserving all samples in good condition. He shall keep samples from freezing and from undue exposure to the weather, and shall keep all descriptive labels and designations on sample jars and boxes clean and legible until final delivery of sample to, and acceptance by, the Contracting Officer. The Contractor shall comply with all requests of the Contracting Officer concerning the care and protection of samples. Except as otherwise specified, the Contractor shall deliver samples to the Corps of Engineers, U.S. Army, New York District Warehouse, Caven Point, N.J. Samples shall be delivered as directed by the Contracting Officer.

7. SUPPLEMENTARY DRILL HOLES. Drill holes that are abandoned or from which unsatisfactory samples or cores are being obtained will be supplemented by other drill holes adjacent to the original in order that satisfactory samples or the required information will be obtained. Penetration to the depth where the original drill hole was abandoned or to the depths where unsatisfactory samples were obtained may be made by any method selected by the Contractor that in the opinion of the Contracting Officer will permit satisfactory completion and sampling below the elevation where the last satisfactory sample was obtained in the abandoned drill hole. No payment will be made for supplementary drill holes that are required to be drilled to replace drill holes that were abandoned or from which satisfactory samples were not obtained because of mechanical failure of drilling and sampling equipment, negligence on the part of the Contractor, or other preventable cause for which the Contractor is responsible.

8. DRIVE SAMPLE BORING AND SAMPLING.

8.1 Definition and Purpose. A drive sample boring shall be any boring made through unconsolidated or partly consolidated sediments or decomposed rock by means of mechanically driven sample drill spoons. The purpose of these borings is to obtain knowledge of the composition, the thickness, the depth, the sequence, the structure, and the pertinent physical properties of foundation or borrow materials and to determine the characteristics of the materials to be removed by dredging.

8.2 Equipment and Supplies. Equipment to be furnished by the Contractor for making drive sample borings shall include Standard Penetration Test, 2-inch split barrel, drive samplers and power-driven core drilling machinery of a

type or types approved by the Contracting Officer, complete with standard drive-hammer of 140 pounds weight and all other accessories for taking samples of soil, hardpan, cinders and decomposed rock at the locations directed by the Contracting Officer. All drill holes will be carried to -55 feet MLW unless refusal is encountered above -55 feet MLW. If refusal is encountered above -55 feet MLW, a diamond core will be taken, -55 feet MLW, in accordance with the provisions of paragraph 9. Unless otherwise specified, drilling machinery shall be of the "hydraulic feed" type. Supplies shall include all casing, piping, pumps, and power necessary to accomplish the required boring and sampling.

8.3 Sample Jars and Labels. Sample jars shall be 1-pint capacity, wide-mouth (over 2-1/4 inches in diameter) glass jars with moisture-tight screw tops. Each jar shall contain a printed or typewritten label giving the following information:

Project ______________________ Location ______________________
(AK Nav Project) (Such as Bergen Point)

Hole No. ______________________ Station ______________________

Jar No. __________ of __________ Jars Date ______________

Top Elevation of Hole __________ Blow/6 inch ________, ________, ________

Depth of Sample ______________

Description of Material ______________________________________
(Such as "Moist, silty, medium sand")

8.4 Shipping Boxes. Cartons used for storage and shipment of jars shall be water resistant cardboard.

8.5 Procedure. Test holes drilled through overburden shall be suitably cased to permit obtaining samples of the size or sizes specified or as directed. Samples shall be taken continuously using Standard Penetration Test procedures. The sample spoon shall be driven with the force of the drive hammer under a free fall of 30 inches. To minimize the compacting effect of casing driving, the bottom of the casing shall be kept as high above the soil zone to be sampled as conditions permit. The samples shall be placed in the sample jars as soon as possible after they are taken from the hole in order that the natural moisture content of the material may be retained to the fullest extent. All samples shall be labeled. In general, no sample shall remain at the site of boring for more than one week after being taken from the hole.

9. DIAMOND CORE DRILLING - NX

9.1 Method of Drilling. Drilling of NX cores shall be by any approved standard and accepted method of rotary rock core drilling using diamond-set coring bits by means of which continuous and complete rock cores of standard diameter for the respective bit size may be obtained for any subsurface interval of bedrock specified for investigation. The method shall provide equally good recovery of cores from both hard and soft rocks.

9.2 Equipment and Supplies. Equipment to be furnished by the Contractor for core drilling shall include diamond core-drilling machinery of a type or types approved by the Contracting Officer complete with all accessories for taking continuous rock cores of a diameter consistent with bit size to the depths specified. The Contractor shall use a standard ball-bearing, swivel-type, double-tube core barrel similar in construction and equal in performance to Sprague and Henwood "M" series or E.J. Longyear "L" series, equipped with diamond-set bottom-discharge core bits and standard core lifters. Supplies for core drilling to be furnished by the Contractor shall include all casing, drill rods, core barrels, diamond-set coring bits, piping, pumps, water, tools, and power required for drilling and all boxes and containers required for core samples. Bits shall be set with the proper size stones for the kind of rock being drilled.

9.3 Procedure. All holes shall be drilled vertically to -55 feet MLW or as directed by the Contracting Officer. Casing through the overburden shall be seated tightly on the rock at the elevation where rock is encountered prior to commencement of rock coring. The Contractor shall operate his drills at such speeds and with such water pressures as will insure maximum core recovery in whatever kind of rock is being drilled. Where soft or broken rocks are encountered, the Contractor shall reduce the length of "runs" to 5 feet or less in order to reduce core loss and core disturbance to the minimum. Failure to comply with the foregoing procedures shall constitute justification for the Contracting Officer to require redrilling at the Contractor's expense of any boring from which the core recovery is unsatisfactory. The Contractor shall exercise particular care in recording water losses, rod jerks, and other unusual coring experiences that, supplementing the core record, will throw light on the nature and the extent of any fracturing. Fractures and their estimated width shall be marked in the core boxes.

9.4 Containers. Longitudinally partitioned wooden core boxes constructed of pressed lumber or other approved material in general accordance with the arrangement and dimensions shown in Figure 1 shall be used for all rock cores. As many core boxes as may be required shall be used in submitting each rock core or group of cores. Core boxes shall be completely equipped with all necessary partitions, covers, hinges, screws for holding down the cover, rust-proof metal identification plates, tags, and other accessories.

9.5 Arrangement. All cores shall be arranged neatly in the partitioned boxes in the same sequence in which they occurred before removal from the hole. Facing the open box with the hinged cover above and the open box below, cores shall be arranged in descending sequence beginning at the left end of the partition nearest the hinges and continuing in the partitions from left to right. The highest core shall be placed in box 1, and lower portions of the core shall be placed in the other boxes in consecutive order.

9.6 Disposition of Samples. Upon completion of core drilling and sampling operations, core boxes containing cores shall be shipped in accordance with directions furnished by the Contracting Officer. The Government will bear the cost of all warehousing required for the permanent storage of core boxes and racks.

9.7 MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

-- End of Section --




NOTE: Labels for core box will be placed on outside and inside of cover and outside on each end. Labels may be either by stencils or by embossed metal tape, in the form shown above on the box cover.

<u>CORE BOX</u>

02100-5

G004834

G01010 04762

SECTION 02200

BLASTING

1.0 BLASTING REGULATIONS, CONTROLS AND RESPONSIBILITIES

1.1 General. When the nature of the material to be dredged requires blasting, the Contractor's blasting progress and methods shall be those necessary to accomplish the excavation shown on the contract drawings in accordance with the procedures specified herein. The Contractor will be required to make necessary plans, examinations, surveys, and test blasts to determine the quantity of explosives that can be fired without damaging property, and to thereafter control the quantity of explosives fired in any one blast to prevent injuries to persons or damage to structures, homes, utilities, vehicles, vessels moored or underway, or any property. The Contractor's blasting program shall abide by, but not be limited to, the following applicable codes and regulations:

- Title 29 Code of Federal Regulations Part 1926, Safety and Health Regulations for Construction.
- Federal Occupation Safety and Health Act of 1970.
- Army Corps of Engineers EM-385-1-1, Safety and Health Requirements Manual.
- Institute of Makers of Explosives (IME); Safety Publications.
- New York City Fire Department Guidelines for Blasting Contractors.
- Article 4, Chapter 27-4031, New York City Fire Department Fire Prevention Code.
- Part 39, of Title 12 of the Official Compilation of Codes, Rules, and Regulations of the State of New York, 12 NYCRR Part 39, Possession, Handling, Storage and Transportation of Explosives.
- New Jersey Administrative Code (N.J.A.C. 12:190).

1.2 Liabilities. The Contractor's attention is called to the Contract Clause entitled "Permits and Responsibilities", which defines the Contractor's responsibilities relative to the references listed in paragraph 1.1. The Contractor shall assume all liability and hold and save the Government and the Port Authority, its officers, agents, and employees harmless for any and all claims for personal injuries, property damages, or other claims arising out of, or in connection with, the transportation, storage, and use of explosives under the contract.

1.2.1 The Contractor shall, in addition, process any and all claims of private citizens arising out of said use of explosives promptly; in particular, all property damage claims shall be acknowledged by the Contractor, or his representative. To assure that the government is aware of any an all damages occurring under its contract, the contractor shall provide one copy of the property damage claim report to the Contracting Officer Representative (COR). Additionally the contractor shall keep the government informed of any and all results of such claims. All claims should be submitted immediately to the COR providing name of claimant, location, time and description of alleged damage, and estimated value. The claimed damage

will be inspected by the Blasting Vibration Consultant (see paragraph 4.3) within 48 hours following initial notification, and processed to a conclusion (honored, denied, or compromised) within 90 days after cessation of all blasting on the contract; but, in no case shall the claims remain unresolved for a period exceeding 6 months (180 calendar days). The Contractor shall submit inspection results and actions taken to the Contracting Officer on a weekly basis.

1.3 Transportation, Storage, and Use of Explosives. The Contractor will be held responsible to perform the work in compliance with all applicable Federal, State, and local codes and regulations, including, but not limited to, those cited above in paragraph 1.1. The Contractor shall have available the documents for inspection at all times, which will pertain to the blasting operation. In case of conflict between codes and regulations, the more stringent will apply.

1.3.1 Daily Summary. The Contractor shall keep a daily record of transactions, to be maintained at each storage magazine. The inventory records shall be updated at close of business each day and furnished to the CO on a weekly basis. Records shall show class and quantities received and issued, and total remaining on hand at end of each day. The remaining stock shall be checked each day, and any discrepancies that would indicate a theft or loss of explosive materials shall be reported immediately. The daily summary shall be done in accordance with the applicable regulations cited in paragraph 1.1. Copies of the daily inventory records shall be furnished with the daily Quality Control Report.

1.3.2 Report of Loss. Should a loss or theft of explosives occur, all circumstances and details of the loss/theft will be immediately reported to the nearest office of the ATF, as well as to the local and State law enforcement authorities and the Contracting Officer. The local Bureau of Alcohol, Tobacco, and Firearms office addresses are:

300 Coffey Street
Brooklyn, NY 11231
Telephone: 718-254-7845

60 Park Place
Newark, N.J. 07102
Telephone: 201-645-2135

The Explosives Unit of the NYFD should be contacted at the following address:

Explosives Unit, City of New York Fire Department
9 Metrotech Center
Brooklyn, NY 11201
(718) 999-1519

1.4 Responsibility. The Contractor shall be responsible for obtaining all licenses, permits, any and all fees, and the keeping of accounts and records, as well as arranging the transportation and protection of all explosives on the project. Should the Contractor fail to comply with above requirements, the Contracting Officer may order a suspension of that part of work involved until the deficiencies are corrected. The Contractor's attention is also directed to subparagraph 1.2 "Liabilities" for additional specific liability to be assumed by the Contractor. The Contractor must supply to the Contracting Officer all permits, licenses and approvals which are necessary for this contract as required by the regulations cited in paragraph 1.1.

1.5 Pre blast Public Information Meetings.

1.5.1 The Contractor shall schedule, publicize, coordinate, secure adequate facilities for, and conduct two Pre blast Public Information Meetings prior to finalizing his Operational Blasting Plan. One meeting shall be held in Elizabeth, N.J. and one in Bayonne, N.J. As a minimum, the meetings shall be publicized in advertisements in local newspapers, including the Star Ledger, the Jersey Journal and the Hudson Dispatch for the meetings in Elizabeth, NJ and Bayonne, not less than two weeks prior to the scheduled meeting for a period of not less than one week. State and local agencies likely to express an interest in the project shall be contacted in writing directly, including law enforcement, fire prevention, and environmental authorities. The Contracting Officer will solicit interest from appropriate Federal agencies. In addition, all property owners whose properties border a portion of the contract limits shall be contacted in writing directly. A post test blast public information meeting shall be conducted at the above location, if requested by the Contracting Officer.

1.5.2 The contents of the advertisements shall be approved by the Contracting Officer prior to advertisement. Copies of all correspondence publicizing the meetings shall be furnished to the Contracting Officer.

1.5.3 The purpose of the meetings is to disseminate basic project information to interested members of the public, to solicit comments from the public and evaluate proposed blasting methods in light of any valid concerns, and to identify key Contractor and Corps of Engineers representatives who may be contacted for current project information or to report complaints. The Contractor, in conjunction with the Contracting Officer, or his representative, shall prepare an agenda for each meeting to address these purposes. A public question-and-answer period shall be held at the conclusion of the public presentation.

1.5.4 Representatives of the Contracting Officer will participate in each meeting, and will provide reasonable assistance in planning, scheduling, and coordination with the public.

1.5.5 The proceedings of each meeting shall be recorded verbatim by the Contractor, and transcripts thereof shall be provided to the Contracting Officer. The Contracting Officer, or his representative, will review the transcripts, as well as any written comments that may be received, with the Contractor, and may require the Contractor to address specific comments in his Operational Blasting Plan prior to submission.

1.6 Protection for Administration of Drilling and Blasting Complaints

1.6.1 Prior to test blast program and Blasting activities, the following actions with the citizens within the 1,500 ft. radius zone for the blasting area are required:

a. Newspaper Advertisements-Advertisements in the local newspapers informing the public about the location, date and time of the Public

Information Meetings.

b. Public Information Meetings

c. Door hangers providing information about the blasting and the request for pre-blast property inspection surveys to the property owners residing within 1,500 ft from the blast site.

d. Request for pre-blast property surveys by first class mail to all property owners within the 1,500 foot radius of blasting

e. A second request for pre-blast property inspections to property owners by certified letter.

f. Pre-blast property inspections are to be performed for all requests from property owners no matter where they live

1.6.2 During blasting activities, the process for addressing citizens complaints will be as follows:

a. Citizen complaints will be received through the KVK Hotline or the blasting contractor

b. The caller's name, address, phone number, and pertinent information will be recorded in a master complaint log to be maintained by the contractor

c. Blasting Contractor shall schedule and perform an inspection of the complainants property within five calendar days of complaint

d. Contractor shall issue an acknowledgement letter NLT seven days of the inspection date as a follow up to the inspection and update the complainant as to the status of the final determination of the inspection results

e. The contractor shall provide to the complainant a final determination letter; honoring, denying or compromising the claim within 90 days after cessation of all blasting on the contract; but in no case shall the claims remain unresolved for a period exceeding 6 months (180 calendar days)

f. Inspection results, actions taken and all correspondence to the complaints shall be furnished to the Corps.

2. SAFETY.

2.1 Drill Boat or Barge Safety.

2.1.1 All on board magazines shall be permanently secured to the deck as required by the Coast Guard.

2.1.2 No high explosives shall be stored on the boat or barge deck in the open except for the one case that is to be loaded immediately into the bore holes. Any explosives remaining on deck shall be returned to the day magazine prior to the firing of any blast.

2.1.3 The firing line reel or spool shall be mounted on the rig in a manner that it cannot be lost overboard. An approved blasting machine shall be used for detonation regardless of the number of caps used. An electric blasting system shall not be used.

2.1.4 The amount of explosives permitted aboard the drill boat at any one time will be subject to the approval of the Contracting Officer, but in no case shall such amount exceed the amount permitted by appropriate codes and regulations.

2.1.5 The Contractor shall make necessary arrangements to prevent damage to any vessel, moored or underway, building or structure and preserve the crew or occupants thereon from exposure to injury as a result of the Contractor's operations. The Contracting Officer may require additional arrangements.

2.1.6 The Contractor shall have a certified marine survey of all floating plant proposed for underwater blasting work on this contract performed prior to starting any work, and shall provide the results to the Contracting Officer.

2.1.7 Automatic fire extinguishers of an appropriate type shall be installed on air compressors and in all engine compartments aboard vessels (drill boats, barges) where explosives are stored, handled, and used.

2.1.8 Remote fuel shut-offs and fire signaling devices shall be provided aboard the drill boats.

2.2 Lightning: The Contractor shall furnish, maintain, and operate lightning-detection equipment during the entire period of blasting operations and during the periods that explosives are stored at the site. The equipment shall be similar and equal to the Litton TSM/C Thunderstorm Monitor and Lightning Warning Instrument, as manufactured by Litton Industries, Inc., Environmental Systems Division, Camarillo, California. The equipment shall be installed where approved by the Contracting Officer. A lightning detector shall be operated at all times to detect lightning within a 50 mile radius. When the lightning-detection device indicates a blasting hazard potential, the Contractor shall perform the following:

(a) Notify the Coast Guard and the Contracting Officer of the potential hazard.

(b) Clear the buoyed area of all vessels and personnel.

(c) Terminate all loading of holes and return unused explosives to the day storage area.

(d) Monitor the blast area to prevent any boat or vessels from inadvertently entering the blasting area during the lightning hazard

(e) Remove the lightning detector from the drill barge with the last evacuation vessel and continuously monitor the potential hazard until the danger has passed.

(f) After sounding the All Clear Signal, notify the Coast guard and the Contracting Officer, or his representative, that the potential hazard has passed.

(g) Resume operations only after all potential of hazard has passed.

2.3 All other applicable safety requirements shall be implemented in addition to that required above.

2.4 Navigation Control during Drilling, Loading, and Blasting Operations.

2.4.1 The Contractor shall buoy the area with warning signs. The warning signs shall be legible from a distance of 200 feet and shall contain the message "DANGER - EXPLOSIVES IN USE" visible on either side of the sign. The Contractor shall operate two or more patrol boats during blasting operations equipped with a visible yellow flashing light, audible horn, and radio with a hailer, whose sole function shall be to monitor and maintain security in the blast area. Patrol boats shall be stationed at the drill barge and remain in the blasting area during all blasting operations. Land oriented access control and visual observation locations should be determined and approved by the Contracting Officer. The Contractor shall inspect and insure there is no boat traffic within the buoyed work area prior to the firing of the blasting caps and until such time as the Contractor has sounded the "All Clear Signal". The Contractor shall establish and maintain a warning system as required by the Corps of Engineers Safety Manual. The Contractor shall equip and maintain his floating plant with radio equipment capable of communications with the Coast Guard. The Contractor, after each blast, upon inspecting the area, shall immediately notify the Coast Guard and the Contracting Officer if all clear or misfire is noted.

2.4.2 Coordination with the U.S. Coast Guard. The Contractor shall notify the Coast Guard 24 hours prior to a scheduled shot and 2 hours prior to the actual shot. The channel must be kept open to vessel traffic at all times except as permitted by the Coast Guard and the contracting Officer. Contact should be made with:

Commander (VTS)
Coast Guard Activities New York
212 Coast Guard Drive
Staten Island, New York 10305
Telephone: 718-354-4088

2.5 Contingency Plan in Case of Misfire, Inadvertent Initiator Extraction, or Accidental Loss of Down Lines. All loading of blasting holes shall be done early enough each day to allow time, in case of a misfire, inadvertent initiator extraction, or accidental loss of down lines, to implement a contingency plan for removing or detonating the explosives before dark. The Contractor shall submit a contingency plan to the Coast Guard and Contracting Officer prior to initiation of any blasting and shall notify both parties in the event of a misfire, inadvertent initiator extraction, or accidental loss of down lines. All undetonated explosives due to misfire, inadvertent initiator extraction, or accidental loss of down lines must be detonated. The Contractor shall immediately notify the Coast Guard upon giving the "All Clear Signal" after correcting the misfire, inadvertent initiator extraction, or accidental loss of down lines.

2.6 The Contractor shall notify the public at least 24 hours prior to any scheduled blast, and at least 2 hours prior to an actual blast. As a minimum, the following shall be notified:

Bayonne Police Department
630 Avenue C

City Hall
Bayonne, New Jersey 07002
Tel. (201) 858-6949

Bayonne Fire Department
Fire Prevention Bureau
630 Avenue C
Bayonne, New Jersey 07002
Tel. (201) 858-6017

Elizabeth Police Department
One Police Plaza
Elizabeth, NJ
Tel. (908) 558-2020

Elizabeth Fire Department
316 Irvington Avenue
Elizabeth, NJ
Tel. (908) 820-2806

Newark Police Department
649 Market Street
Newark, NJ 07105
Tel. (973) 733-6190

Newark Fire Department
1010 18th Avenue
Newark, NJ 07106
Tel.

New York City Police Precinct 120
78 Richmond Terrace
St. George, New York 10301
Tel. (718)-676-8500

Explosives Unit, City of New York Fire Department
9 Metrotech Center
Brooklyn, New York 11201
Tel. (718)-999-1519

The Port Authority of New York and New Jersey
NJ Maritime TRerminals
Port Newark-Elizabeth P.A. Marine Terminals
260 Kellog Street
Port Newark, NJ 07114
Tel. (973)-578-2129 (Mr. Andrew Saporito, Manager)General Manager

2.7 Bulk Product Specifications.

a. Bulk blasting agents or explosives delivered to the work area shall be weighed by a certified weigh master at the transfer location nearest the work area to determine the actual quantity of explosives delivered each day.

b. Bulk storage tanks or vessels on barges shall be permanently attached to the barge and electrically grounded. A containment dike shall be erected to contain the maximum rated capacity of the storage vessel and all associated pumps and hoses for transfer operations. Pumps, hoses and valves containing bulk product after transfer operations shall be stored in a locked magazine.

c. All access ports, valves, vents and drains shall be secured to prevent vandalism or theft of the explosive product.

A flow metering device capable of measuring the quantity of explosives to within 0.5% of the actual quantity in pounds shall be utilized for all bulk transfer to or from the bulk storage vessel.

d. The delivery system to load holes on each drill frame shall be designed to load each hole to within 0.5% of the design quantity required for each drill hole.

e. Each drill frame shall measure the quantity of explosives loaded in all holes with weigh scales or flow metering devices to within 0.5% of the design quantity for each hole. The total of all loaded holes shall be checked with the total quantity delivered prior to subsequent bulk deliveries. Should the bulk quantity delivered vary from the recorded quantity loaded and detonated, all measuring devices and or meters shall be recalibrated to within the specified accuracy.

f. Each hole loaded with emulsions or slurry shall be initiated with two separate downlines, caps, boosters and starters. At least one booster shall be secured in the hole with a mechanical lock-in system or spider to prevent extraction of the booster or priming charge.

g. As a minimum the top elevation of the emulsion or slurry product shall be measured to check for voids and actual quantity loaded.

h. The blast plan shall include manufacturer's catalog cuts, data sheets and detailed plans and specifications for the bulk storage vessel and transfer system, drill frame delivery system associated loading tubes and reel systems and measuring devices.

i. All loading tubes or hoses shall be equipped to be retracted from the bottom of the hole to the top of the product as the emulsion or slurry is loaded in the hole. The system shall in effect place the product in each hole in a tremie method.

2.8 Surface Blasting. Doby, or Surface Blasting, will not be allowed for the fragmentation of bedrock. Doby blasting is an allowable option for fragmenting boulders or large blast rubble when water depths are at least 30 feet.

3. PREBLAST SURVEY. The Contractor shall provide one man from his organization and his specialist on vibration control to work as a team with a representative of the Contracting Officer in making a pre blast structural survey. A pre blast survey of the interior and exterior of all structures shall be made within a one thousand five hundred (1500) foot radius of any blasting operations. A pre blast survey shall also be performed on any

structure outside the 1,500 foot radius when specifically requested by the home owner. Also all the historic structures listed in paragraph 4.3. The Contractor must notify all affected property owners by certified mail with return receipt of the pre blast survey. All structures that may be affected by the blasting, as well as those enumerated in paragraph 4.3, shall be inspected and their condition documented. Any existing outstanding architectural defects such as broken or fallen plaster or broken windows shall be photographically documented by video and with a 35 mm camera with 3:1 zoom capabilities. The Contractor shall provide methodology to be used in conducting the pre blast survey and listing of sensitive structures, determined from the survey to be sensitive, with reasons for these structures being sensitive, within 1500 feet from the blasting areas. Photographs will be taken of all the surveyed structures. The Contractor will determine the elevation of all piers and record with photographs all floating vessels that are in the vicinity and that are vulnerable to wave propagation. The Contractor shall include photographs and video of the historic structures. The Contractor shall certify that the survey was prepared prior to the start of any blasting operations under this contract. A copy of the Pre blast survey shall be submitted for the Contracting Officer's approval in conjunction with the Operational Blasting Plan. In addition the Contractor shall supply four copies of the pre blast survey of historic structures, with original photographs, to Environmental Branch, Planning Division, CENAN-PL-EA for coordination with the New York State Historic Preservation Office and New York City Landmarks Preservation Commission.

## 4. BLASTING CONTROL.

4.1 General. The blasting program and methods shall be those developed by the test blasting program and procedure to accomplish the excavation shown on the contract drawings in accordance with the procedures specified herein.

4.2 Blasting. Blasting shall be confined to daylight hours during the period from 2 hours after sunrise to 1 hour before sunset. Blasting shall not be conducted when temperature inversions or heavy, low-level cloud cover exists. Blasting will be prohibited on Sundays and Federal holidays.

4.3 Vibration Control. Where blasting is necessary, the Contractor shall employ a specialist qualified in vibration control methods capable of analyzing results obtained from seismograph readings. A minimum of 30 days prior to commencement of blasting operations, the Contractor shall provide the Contracting Officer such bona fide of the seismic specialist to include, but not limited to, past experience, training, and education, and have a working knowledge of State and local laws and regulations which pertain to blasting. The acceptability of the specialist is subject to the approval of the Contracting Officer. The Contractor's seismic specialist shall place vibration monitors on all historic structures listed below and shall determine the placement of at least 8 additional vibration monitoring machines per blast zone (minimum 4 per shoreline located adjacent to Blasting Area in each section) with approval of the Contracting Officer and shall be retained for loss control should contract blasting operations result in claims or complaints. The vibration monitoring plan shall identify the type of anchoring devices to be employed at various monitoring sites. Structures that should have monitoring machines include, at least, bulkheads, hazardous

materials storage areas and buried utilities. At least one vibration monitoring machine must be placed between the blast and the nearest structure on a natural ground surface. This may require utilizing underwater locations. The other machines must be secured in the ground near identified sensitive structures. Blasting shall be controlled in such a manner that the maximum vibration level at any vessel or structure which is vulnerable to damage should not exceed the peak particle velocity of the appropriate municipality and geographical jurisdictions, or be subject to an unacceptable vibration frequency. A written and a telephone report on vibration intensity shall be submitted within 24 hours when specifically requested by the Contracting Officer or, without request, when such intensity exceeds a peak particle velocity of 2.0 inches per second for any one of the 3 perpendicular planes of motion. Peak Particle Velocity of 2.0 inches per second should not become the basis of design. Refer to table 7.26(e) and chart, both found in NJAC 12:190 for assistance. The Government has provided a list of historic structures to be evaluated by the Contractor. The Contractor will perform a test blast (paragraph 5) which will determine a safe peak particle velocity (PPV) for all structures within the blast area. The contractor shall follow the following vibration limits for the structures listed below:

| | |
|---|---|
| Historic Structures | PPV<0.5 in/sec |
| Residential Structures in New York and New Jersey | PPV<1.0 in/sec |
| Other Structures | PPV<2.0 in/sec |

The Contractor shall submit a copy of the record in tabular form for each blast to the Contracting Officer no later than 24 hours after each blast, with a written report on velocity and vibration effects. This should also include location of blast, size, spacing, number, top and bottom elevations of holes, type of explosives, amount of explosives and stemming per hole and delay, type of delays, sequence and pattern, distance from the blast to the vibration monitoring machine, and any other pertinent information. The following historic structures will be evaluated for sensitivity to vibration and monitored:

Bayonne

**V9,V10,V11,V20,V21 and V22**

Staten Island

**KVK NY Vessels V33, V37, V43, and V45**
**KVK NY Vessels V68, V75, V76, V79, V83, V84, V88,V89, V99,and V100**

4.4 All blasting shall be monitored by the blaster to determine air blast effects using an approved instrument operated by a competent person throughout the project construction and all data furnished to the Contracting Officer. The instrumentation will be located at seismic station locations as determined in paragraph 4.3 and other locations as directed by the Contracting Officer with at least three (3) monitors located in the area closest to the blast site. Airblast equipment shall record waveform data. Recorded airblast data shall be submitted in conjunction with vibration intensity data as specified in paragraph 4.3, within 24 hours of each blast. The maximum allowable airblast shall not exceed 124 decibels.

4.5 If the Government decides to have a supplemental blasting monitoring program under no circumstances will this relieve the Contractor of monitoring and controlling the blasting as specified in this Section or any other requirements.

5. TEST BLAST PROGRAM.

5.1 Purpose. The purpose of the test program is to allow the Contractor to establish safe limits of vibration and airblast overpressure, demonstrate the satisfactory performance of the drill boats and develop an operational blasting plan. The type of explosives and firing systems shall adhere to all applicable codes and regulations including, but not limited to, those cited in paragraph 1.1.

5.2 Test Blast Plan.

5.2.1 The Contractor shall submit fifteen (15) copies of the Test Blast Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these specifications. The test plan shall include as a minimum all pertinent information listed in paragraphs 5.4 and 6.3.

5.2.2 Test blast programs shall be conducted by the Contractor for each area of rock blasting. An optional test blast program for the glacial till shall be planned if determined by the Contracting Officer to be necessary. Each blast program shall involve all drill boats that will be used for any portion of the contract. No drill boat shall be used for the contract that has not participated in a test blast program.

5.2.3 The Contractor shall notify the Contracting Officer sufficiently in advance of each test blast in order for Government representatives to be present during the test blasts. The Contractor shall also invite representatives of the Explosives Unit of the NYFD, 9 Metrotech Center, Brooklyn, NY 11201 (Telephone No. (718) 999-1519) to the test blasts. The test blasts shall begin with a small number of charges and extend upward to the maximum yield to be used. The final test event shall simulate as close as practicable the explosives charge type, size, overlying water depth, charge configuration, charge separation, initiation methods, and emplacement conditions anticipated for the operational blasting program. During each blast the Contractor will analyze the effect of wave propagation on structures, vessels, etc., and take the appropriate actions to prevent damages.

5.3 Post Blast Evaluation.

5.3.1 After each test blast, the Contractor shall examine the structures of the pre blast survey that were inspected and documented, to establish whether damage was caused to the structures. All damage resulting from the test blasting shall be reported in detail to the Contracting Officer, including photographs. The post-blast survey shall include photographs and video of

their post-blast conditions. A copy of the Pre blast survey shall be submitted for the Contracting Officer's approval in conjunction with the Operational Blasting Plan. In addition the Contractor shall supply four copies of the pre blast survey of historic structures, with original photographs, to Environmental Branch, Planning Division, CENAN-PL-EA for coordination with the New York State Historic Preservation Office and New York City Landmarks Preservation Commission.

5.3.2 After each test shot the Contractor will excavate the fractured material to evaluate breakage, toe and top of cut. This information will be documented and provided to the Contracting Officer.

5.4 Data Recording and Evaluation. The test blast program shall be conducted and reported in strict accordance with procedures outlined in the sections of these specifications covering vibration control and air blast control. The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be shall be drawn on the maps in scale by providing coordinates of at least four (4) corners of blasted area. Include information as to the number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, sequence and pattern of delays, maximum peak particle velocity from each instrument, and peak overpressure reading in pounds per square inch and decibels from each air blast sensor. Information provided should also include a written analysis of each blast, including the maximum particle velocity in each plane, associated frequency in each plane and peak true vector sum of particle motion. In addition to the submission of an initial test blast plan, the Contractor is required to submit a documentation of each blast prior to proceeding on to the next blast test. The documentation shall include, but not limited to a written analysis of each blast, all observed test blasting data, examination of structures of the pre blast surveys that were inspected, and information about excavation of fractured materials. Four copies of the record of each blast performed shall be submitted no later than 24 hours after completion of each test blast until the test blast program is completed. It is expected that the initial test blast will be used to develop knowledge of ground conditions, propagation characteristics, etc. At the conclusion of the test blast program, the Contractor shall examine all reports, surveys, test data, and other pertinent information. Conclusions reached shall be the basis for developing a completely engineered procedure for blasting. Five copies of this report shall be provided to the Contracting Officer. In no event shall the operational blasting proceed until the review of the developed procedure for blasting has been completed and the procedures approved.

5.4.1 Upon review of the post evaluation report by the New York and New Jersey State Historic Preservation Offices (SHPO) and the New York City Landmarks Preservation Commission, if additional structures that require monitoring, the Contractor shall perform supplemental monitoring as directed by the Contracting Officer.

6. OPERATIONAL BLASTING PLAN.

6.1 The Contractor shall submit to the Contracting Officer ten (10) copies

of the Blasting Plan for review. The Contracting Officer shall have 35 days for review after receipt. The Contractor may be required to revise and resubmit the plan. The Contracting Officer shall have 21 days review of the revised plan. Concurrence with the revised plan will not relieve the Contractor of his responsibility to produce safe and satisfactory results as set forth by these specifications.

6.2 No drilling shall be started before the Contracting Officer reviews and concurs with the blasting plan or any revisions to the plan.

6.2.1 Any changes to the Contractor's blasting or monitoring procedures, equipment, plant, products or personnel must be reflected in a revised Operational Blasting Plan or supplement and must be approved by the Contracting Officer prior to implementation.

6.3 The Blasting Plan shall include as minimum requirements the following:

(1) Proposed method of transportation, storage, and handling of explosives.
(2) Plan showing layout of drill hole pattern, timing and sequence. anticipated burden dimensions and depth of subdrilling.
(3) Plan for the fragmentation of large boulders and blast rubble.
(4) Type of explosives and method of loading and detonating.
(5) Type of blasting machine to be used and when last tested.
(6) Specific gravity of explosives and manufacturer's technical literature.
(7) Initiation system to be used and explosive loading in pounds of explosive per delay.
(8) Indication as to whether decking or boosters will be used and the depths of required stemming.
(9) Type and number of drilling rigs, including drill hole diameter, and expected production rates/day.
(10) Type of instrumentation to be used, manufacturer, and when last calibrated and certified.
(11) Procedure for monitoring the blast operations.
(12) List of permits and clearances required, when applied for, and date of approval or anticipated approval.
(13) A format for maintaining a record of individual blasts throughout the life of the job designed to record pertinent data before, during, and after the blasting operation. Pertinent information shall include, but not be limited to, number of holes, bottom and top elevations of holes, coordinates of each hole, amount of explosives and stemming per hole, type of delay in holes, and sequence and pattern of delays.
(14) Names and qualifications of specialists for vibration control analysis and air blast over- pressure measurements (refer to paragraph 4.3 for exacting requirements).
(15) Location plan, manufacturer's literature, and parameters to be used in site selection for seismic instrumentation.
(16) Plan showing location of warning signs and signals and the Contractor's land and marine spotters. A 2000 foot safety zone on either side of the blast site shall be free of vessels en route in the Kill VAN Kull Channel (Area 8 Contract 8) prior to each blast.
(17) Name and address of Contractor's representative to which any claims for damage due to blasting should be addressed.
(18) The plan, signed off by the Contractor's jobsite authorized representa-

tive.

(19) The location of monitoring equipment, based on information from the pre blast survey.

(20) Contingency Plan for Lightning Hazard

(21) Complete Project Team Organization with duties, responsibilities and authorities clearly defined. This organizational outline shall also include a listing of all personnel authorized to sign for, receive and use explosives on this contract.

(22) Complete list of floating plant involved in production blasting operations.

(23) Provide analysis and control of potential hazard due to possibility of undetonated Pourvex remaining from previous deepening.

6.3.1 The Contractor is advised to evaluate the vibration and air blast factors affecting structures and vessels in the vicinity of the blast area as determined in the pre blast survey. It is recommended that the Contractor use a blast design that produces the maximum amount of relief practicable. The amount of explosives to be used will be determined during the test blast operation to meet all proper safety and environmental requirements. The Contractor is responsible that the fragmentation resulting from the blasting operation is of suitable size to allow for easy excavation by the Contractor's equipment. The Contractor shall also check water wave propagation to insure that shoreline structures and moored vessels within the blasting area will not be affected during blasting.

6.3.2 The Contractor shall submit the blasting plans showing the location(s) and extent of the blasted areas. The blasting plans shall include the blasting patterns and the locations of patterns shall be drawn on the maps in scale by providing coordinates of at least four (4) corners of blasted areas.

6.4 If drilling and blasting is required outside buoyed areas, the Contractor's plan to maintain minimum navigable depth (**-35 feet MLW**), outside of these buoyed areas must be submitted as part of the Operational Blast Plan. This plan will include areas where the buoy cannot be removed.

7. DRILL LOG AND BLAST REPORT

The Contractor shall prepare and complete drill logs and report for each blast is completed. Information provided on the logs shall include, as a minimum, the items listed in the Drill Log and Blast Report Form in SECTION 00901.

8. MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable paragraphs in Section 01270: MEASUREMENT AND PAYMENT.

- End of Section -

SECTION 02220

REMOVAL AND DISPOSAL OF PIPELINES

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

ENGINEERING MANUALS (EM)

| | |
|---|---|
| EM 385-1-1 | (1996) U.S. Army Corps of Engineers Safety and Health Requirements Manual |

1.2 GENERAL REQUIREMENTS

The work includes demolition, salvage of identified items and materials, and removal of resulting rubbish and debris. Rubbish and debris shall be removed from Government property daily, unless otherwise directed, to avoid accumulation at the demolition site. Materials that cannot be removed daily shall be stored in areas specified by the Contracting Officer. In the interest of occupational safety and health, the work shall be performed in accordance with EM 385-1-1, Section 23, Demolition, and other applicable Sections. In the interest of conservation, salvage shall be pursued to the maximum extent possible; salvaged items and materials shall be disposed of as specified.

1.3 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals not having a "GA" designation are for information only. When used, a designation following the "GA" designation identifies the office that will review the submittal for the Government. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-08 Statements

Work Plan; GA.

The procedures proposed for the accomplishment of the work. The procedures shall provide for safe conduct of the work, including procedures and methods to provide necessary supports, lateral bracing and shoring when required and that is appropriate for pipeline removal operations, careful removal and disposition of materials specified to be salvaged, protection of property which is to remain undisturbed, coordination with other work in progress, and timely disconnection of utility services. The procedures shall include a detailed description of the methods and equipment to be

used for each operation, and the sequence of operations in accordance with EM 385-1-1.

1.4 PROTECTION

1.4.1 Protection of Personnel

During the pipeline removal work the Contractor shall continuously evaluate the condition of the pipeline being removed and take immediate action to protect all personnel working in and around the site. No area, section, or component of pipeline element will be allowed to be left on the site without sufficient supervision, or to prevent collapse or failure while workmen remove debris or perform other work in the immediate area.

1.4.2 Protection of Structures

The Contractor shall ensure that no elements determined to be unstable are left unsupported and shall be responsible for placing and securing bracing, shoring, or lateral supports as may be required as a result of any cutting, removal, or demolition work performed under this contract.

1.4.3 Protection of Existing Property

Before beginning any pipieline removel work, the Contractor shall survey the site and examine the drawings and specifications to determine the extent of the work. The Contractor shall coordinate the work of this section with all other work and shall construct and maintain shoring, bracing, and supports as required. The Contractor shall ensure that structural elements are not overloaded and shall be responsible for increasing structural supports or adding new supports as may be required as a result of any cutting, removal, or demolition work performed under this contract.

1.4.4 Environmental Protection

The work shall comply with the requirements of Section 01130 ENVIRONMENT PROTECTION.

1.5 BURNING

The use of burning at the project site for the disposal of refuse and debris will not be permitted.

1.6 USE OF EXPLOSIVES

Use of explosives to remove the existing structure will not be permitted.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 REMOVAL OF EXISTING STRUCTURES- Oil Pipelines

3.1.1 Pipeline 1-north consists of 2-8" and 1-12" Oil pipelines

3.1.2 Pipeline 2-south consists of 1-12" Oil pipeline

The Contractor shall remove the existing pipelines (See section 00904 for more instructions).

AS built records are available for review.

3.2 DISPOSITION OF MATERIAL

Title to material and equipment to be demolished, except Government salvage and historical items, is vested in the Contractor upon receipt of notice to proceed. The Government will not be responsible for the condition, loss or damage to such property after notice to proceed.

3.2.1 Salvageable Items and Material

The Contractor shall retain the rights to salvage value of recycled items and material to the maximum extent possible. At the end of the contract, the Contractor shall provide documentation on the disposition of salvaged materials.

3.2.1.1 Material Salvaged for the Contractor

Material salvaged for the Contractor shall be stored as approved by the Contracting Officer and shall be removed from Government property before completion of the contract. Material salvaged for the Contractor shall not be sold on the site.

3.2.1.2 Items Salvaged for the Government

Salvaged items to remain the property of the Government shall be removed in a manner to prevent damage, and packed or crated to protect the items from damage while in storage or during shipment. Items damaged during removal or storage shall be repaired or replaced to match existing items. Containers shall be properly identified as to contents. The following items reserved as property of the Government shall be delivered to the areas designated: Anchors, chains, firearms, and other articles of value, which are brought to the surface during dredging and demolition operations, shall remain or become the property of the Government and shall be deposited on shore at a convenient location near the site of the work, as directed.

3.3 CLEAN UP

Debris and rubbish shall be removed from the site and similar work. Debris shall be removed and transported in a manner that prevents spillage on streets or adjacent areas. Local regulations regarding hauling and disposal shall apply.

3.3 MEASUREMENT AND PAYMENT

Measurement and Payment shall be in accordance with the applicable

paragraphs in Section 01270:MEASUREMENT AND PAYMENT.

-- End of Section --