## 47. CRANE AND DRAGLINE SAFETY REQUIREMENTS

In addition to meeting all applicable requirements of OSHA standards and Section 16 of the Corps of Engineers Manual, EM 385-1-1, dated 3 September 1996, all cranes used in performing the work set forth in these specifications shall be equipped with geared boom hoists or otherwise provided with mechanisms, which will prevent the booms from falling free. Cranes that are equipped with booms that can be lowered either by gravity or by power shall have the mechanisms for operating the booms by gravity made inoperative so that the booms cannot be lowered by gravity. The booms of all cranes and draglines shall also be equipped with shock absorbing type back-stops to prevent them from overtopping.

All crane operators must meet the EM 385-1-1 qualification requirements.

## 48. OPERATOR QUALIFICATIONS FOR FLOATING CRANES AND FLOATING DERRICKS (SAFETY AND HEALTH REQUIREMENT, EM385-1-1, SECTION 16.C)

All floating cranes and floating derricks may be only operated by qualified operators. Operators shall be designated as qualified by a source, which qualifies crane and derrick operators (e.g. an independent testing and qualifying company, a union, a governmental agency, a qualified consultant (can be an in-house resource)). Qualification shall be written (or oral) and practical operating examination unless the operator is licensed by a state or city licensing agency for the particular type of crane or derrick. Proof of qualification of crane and derrick operators shall be provided to the Contracting Officer's representative prior to the start of work.

## 49. ACCIDENT PREVENTION PLAN

The Contractor is required to submit to the Contracting Officer or Contracting Officer Representative an accident prevention plan at the pre-construction conference. The accident prevention plan must be in accordance with all federal safety standards as specified in EM 385-1-1, dated 3 September 1996, entitled "Safety & Health Requirements Manual".

## 50. ALTERATIONS IN CONTRACT (APR 1984)

Portions of the contract are altered as follows:

a. Add the following sentence to paragraph "a" of Section 00700, Contract Clause: Insurance - Work on a Government Installation: "Insurance Coverage shall be as specified in 28.307 of the Federal Acquisition Regulation".

b. The following clause is incorporated as part of the contract: "By entering into this contract, the Contractor certifies that neither it, nor any person or firm who has an interest in the Contractor's firm, is a person, or firm ineligible in accordance with FAR subpart "9.4" (DEAN-PRP EFAR Acquisition Letter 85-1 dated 11 Sept 85)

**51. BID GUARANTEE**

Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may cause for rejection of the bid.

a. The offereor (bidder) shall furnish a bid guarantee in the form of a firm commitment, such as a bid bond, postal money order, certified check, cashiers check irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The contracting officer and/or his Representatives will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreement), as required by the bid as accepted.

b. If the successful bidder, upon acceptance of it's bid by the Government within the period specified for acceptance, as required by the solicitation within the time specified, the contracting officer and/or his Representative may terminate the contract for default.

c. Unless otherwise specified in the bid, the bidder will (1) allow the number of days as indicated in paragraph 13D of standard Forms 1442 for acceptance of its bid and (2) give bond within 10 days after receipt of the forms by the bidder.

d. In the event the contract is terminated for default, the bidder is liable for nay cost of acquiring the work that

exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

52. CONTINUING CONTRACTS (1985 JAN HQ USACE)

a. This is a continuing contract, as authorized by Section 10 of the Rivers and Harbors Act of September 22, 1922 (33 U.S. Code 621). The payment of some portion of the contract price is dependent upon reservation of funds from future appropriations. The responsibilities of the Government are limited by this clause notwithstanding any contract provisions of the "Payments to Contractor" clause or any other clause of this contract.

b. (1) The sum of **$100,000.00** has been reserved for this contract and will be obligated as needed to the Contractor for payments during the 2002 fiscal year. It is expected that Congress will make appropriations for the 2003 fiscal year from which additional funds will be reserved for this contract.

(2) Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not entitle the Contractor to a price adjustment under terms of this contract except as specifically provided in paragraphs (d) and (e) below. No such failure shall constitute a breach of this contract, except that this provision shall not bar a breach-of-contract action if an amount finally determined to be due as a termination allowance remains unpaid for one year due to a failure to reserve sufficient additional funds therefore.

c. (1) The Government may at any time reserve additional funds for payments under the contract if there are available funds for such a purpose. The Contracting Officer will promptly notify the Contractor of any change order to the contract.

(2) If earnings will be such that funds reserved for the contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under the contract during that fiscal year. This notice shall be given not less than 45 days or more than 60 days prior to the estimated date of exhaustion.

d. (1) No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. The Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of the contract and would have been made except for exhaustion of funds. Interest shall be computed for the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 83 STAT 97, for the Renegotiation Board, as in effect on the first day of the delay in such payment.

(2) Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under the "Suspension of Work" clause or in any other manner under this contract.

(3) An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds of the reasonable anticipation of exhaustion of funds.

e. If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the Contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having terminated. Such a termination shall be considered a termination for the convenience of the Government.

f. If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due to the Contractor because of work performed and to be performed under this contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

# SECTION 00900

## LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

## TABLE OF CONTENTS


| ATTACHMENT | TITLE |
|---|---|
| A | REFERENCE MAP AND DRAWINGS |
| B | WAGE RATES |
| C | DAILY REPORT OF OPERATIONS (ENG. FORM 4267) |
| D | DAILY CONSTRUCTION QUALITY CONTROL REPORT |
| E | MONTHLY TRANSPORTATION AND DUMPING REPORT FORM |
| F | PERMITS:<br>NEW JERSEY WATER QUALITY CERTIFICATE |
| G | PROJECT IDENTIFICATION AND SAFETY SIGNS |
| H | GUIDELINES FOR PREPARING THE ACCIDENT PREVENTION PLAN |
| I | 33 CFR 156, OIL AND HAZARDOUS MATERIAL TRANSFER OPERATIONS |
| J | SUBMITTAL REGISTER (ENG. FORM 4288) |
| K | GRAIN SIZE ANELENTSON PLAN |




00900 ATT A

G008991

G01010 08943

General Decision Number **NJ020003 sg**
Superseded General Decision No. NJ010003
State: New Jersey
Construction Type:
BUILDING
HEAVY
HIGHWAY
County(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerse Counties for building construction only)
HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/01/2002 |
| 1 | 03/08/2002 |
| 2 | 03/15/2002 |
| 3 | 04/19/2002 |
| 4 | 05/03/2002 |
| 5 | 05/10/2002 |
| 6 | 06/07/2002 |
| 7 | 07/05/2002 |

COUNTY(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

ASBE0032E 09/19/2001

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES: | | |
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials; protective coverings, coatings, and finishes to all types of mechanical systems | 30.62 | 18.16 |

---

* ASBE0089A 07/01/2002

Rates Fringes

HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, East Armwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES
ASBESTOS WORKERS/INSULATORS
Includes the application of all

insulating materials, protective
coverings, coatings, and finishes
to all types of meechanical systems 29.78 15.97

---

BOIL0028A 01/01/2002

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 32.03 | 44%+4.61 |

---

BRNJ0004D 11/01/2001

Rates Fringes

BERGEN,ESSEX,HUDSON,MORRIS,PASSAIC,SUSSEX,UNION, WARREN,the following parts of HUNTERDON, and SOMERSET COUNTIES:(at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS, & STONEMASONS | 29.22 | 13.70 |

---

BRNJ0005B 11/01/2000

Rates Fringes

HUNTERDON (Annadale,Califon,Lebanon,Oldwick,Readington, Three Bridges,& White House Station Twps.),MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS & STONEMASONS | 27.85 | 12.70 |

---

CARP0006B 05/01/2002

Rates Fringes

BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTER | 30.00 | 12.90 |
| MILLWRIGHTS | 30.00 | 12.90 |

---

CARP0015B 05/01/2002

Rates Fringes

BERGEN COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 30.00 | 12.90 |
| MILLWRIGHTS | 30.00 | 12.90 |

---

CARP0031C 05/01/2002

Rates Fringes

HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory

South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

| | | |
|---|---|---|
| CARPENTERS | 30.00 | 12.90 |

---

CARP0041C 05/01/2002

| | Rates | Fringes |
|---|---|---|

ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

| | | |
|---|---|---|
| CARPENTERS & INSULATORS | 30.00 | 12.90 |
| MILLWRIGHTS | 30.00 | 12.90 |

---

CARP0099I 05/01/2002

| | Rates | Fringes |
|---|---|---|
| LATHERS | 30.00 | 12.90 |

---

CARP0124A 05/01/2002

| | Rates | Fringes |
|---|---|---|

BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES

| | | |
|---|---|---|
| CARPENTERS | 30.00 | 12.90 |
| MILLWRIGHTS | 30.00 | 12.90 |

---

CARP0399A 05/01/2002

| | Rates | Fringes |
|---|---|---|

WARREN COUNTY

| | | |
|---|---|---|
| CARPENTERS & INSULATORS | 30.00 | 12.90 |
| MILLWRIGHTS | 30.00 | 12.90 |

---

CARP1342A 05/01/2002

| | Rates | Fringes |
|---|---|---|

ESSEX, AND HUDSON (West of Hackensack River)

| | | |
|---|---|---|
| CARPENTERS | 30.00 | 12.90 |
| MILLWRIGHTS | 30.00 | 12.90 |

---

CARP1456A 05/01/2001

| | Rates | Fringes |
|---|---|---|
| DIVER | 37.13 | 23.56 |
| DIVER TENDER | 27.67 | 23.56 |

---

CARP1456B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| DOCK BUILDER & PILEDRIVERMEN | 30.39 | 23.56 |

---

CARP2212A 05/01/2002

| | Rates | Fringes |
|---|---|---|

BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES

| | | |
|---|---|---|
| SOFT FLOOR LAYERS | 30.00 | 12.90 |

---

ELEC0017A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (RAILROAD CONSTRUCTION) | 21.20 | 26.5% |
| COMMERCIAL TELEPHONE INSTALLATION | 21.20 | 26.5% |

---

ELEC0102B 06/03/2002

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, UNION, AND WARREN COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Operators | 36.80 | 37% |
| Cable Splicers | 40.48 | 37% |
| Groundmen | 22.08 | 37% |

---

ELEC0102C 06/03/2002

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, UNION, AND WARREN COUNTIES | | |
| ELECTRICIAN | 36.26 | 39.75% |
| CABLE SPLICER | 39.88 | 39.75% |

---

ELEC0164B 08/15/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, AND HUDSON COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman, Welder,X-Ray Technician, Equipment Repairman, & Equipment Serviceman | 34.42 | 41% |
| Cable Splicer | 38.89 | 41% |
| Groundman | 20.66 | 41% |

---

ELEC0164C 06/03/2002

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, AND HUDSON COUNTIES | | |
| ELECTRICIANS | 36.90 | 42% |
| CABLE SPLICERS | 41.70 | 42% |

---

ELEC0262B 08/15/1993

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line) | | |
| ELECTRICIANS | 25.92 | 6.09+20% |

---

ELEC0262H 11/30/1994

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line) | | |
| LINE CONSTRUCTION: | | |
| Linemen, Cable Splicers | 22.87 | 3.76+11.7% |
| Groundmen | 21.06 | 3.76+11.7% |

---

ELEC0358A 06/01/1998

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Remainder) | | |
| ELECTRICIANS | 30.26 | 42.75% |

---

ELEC0358C 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Remainder)
LINE CONSTRUCTION:

| | | |
|---|---|---|
| Linemen, Hole Digger Operator, Truck w/o Winch or Pole & Steel Hand, Truck w/o Winch, X-ray Technician & Equip. Repairer | 30.26 | 43% |
| Cable Splicer | 33.89 | 43% |
| Groundman & Winch Operator | 29.47 | 43% |
| Certified Welder Lineman | 31.77 | 43% |

---

ELEC0456B 06/03/2002

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River) | | |
| ELECTRICIANS | 34.77 | 45.75% |
| CABLE SPLICERS | 38.94 | 45.75% |

---

ELEC0456C 06/03/2002

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River) | | |
| LINE CONSTRUCTION: | | |
| Linemen | 34.77 | 45.75% |
| Cable Splicer | 38.95 | 45.75% |
| Groundmen | 33.98 | 45.75% |
| Winch Operator | 33.98 | 45.75% |

---

ELEV0001A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANICS: | | |
| Construction | 22.59 | 5.22+A+B+C |
| Modernization | 15.94 | 3.69+A+B+C |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day

B. Employer contributes $8.00 per day per employee to annuity fund

C. Employee with 6 months but less than 5 years of service

G008996

G01010 08948

receive 2 weeks vacation, and 3 weeks vacaation for
5 years or more of service

---

* ENGI0825C 07/01/2002

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS | | |
| TANK ERECTION: | | |
| GROUP 1 | 35.36 | 17.15+A+B |
| GROUP 2 | 34.52 | 17.15+A+B |
| GROUP 3 | 36.50 | 17.15+A+B |
| GROUP 4 | 32.43 | 17.15+A+B |
| GROUP 5 | 27.22 | 17.15+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.
B. Employee receives 20% premium pay for hazardous waste work.
TANK ERECTION CLASSIFICATIONS
GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.
GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.
GROUP 3: Helicopters--Pilot.
GROUP 4: Air compressors, welding machines and generators (gas, diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.
GROUP 5: Oiler.

---

* ENGI0825D 07/01/2002

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| [STEEL ERECTION]: | | |
| GROUP 1 | 34.64 | 17.15+A+B |
| GROUP 2 | 34.73 | 17.15+A+B |
| GROUP 3 | 32.34 | 17.15+A+B |
| GROUP 4 | 29.78 | 17.15+A+B |
| GROUP 5 | 28.25 | 17.15+A+B |
| GROUP 6 | 26.49 | 17.15+A+B |
| GROUP 7 | 37.00 | 17.15+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.
B. Employees receive 20% premium pay for hazardous waste work.
POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]
GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).
GROUP 2: Cranes - (all cranes, land or floating with booms

including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).
GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.
GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric, 2 or 3 in battery, including diesels); captain power boats; tug master power boats.
GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.
GROUP 6: Oiler staddle carrier.
GROUP 7: Helicopter pilot.

---

* ENGI0825E 07/01/2002

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES: | | |
| GROUP 1 | 33.50 | 17.15+A+B |
| GROUP 2 | 32.85 | 17.15+A+B |
| GROUP 3 | 29.71 | 17.15+A+B |
| GROUP 4 | 28.31 | 17.15+A+B |
| GROUP 5 | 26.49 | 17.15+A+B |
| GROUP 6 | 35.43 | 17.15+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.
OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES CLASSIFICATIONS
GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.
GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).
GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.
GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel

engine and hydraulic (immaterial or power); welding machines; gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).
GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.
GROUP 6: Helicopter-pilot.

---

* ENGI0825M 07/01/2002

| | Rates | Fringes |
|---|---|---|
| BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS: | | |
| POWER EQUIPMENT OPERATORS | | |
| GROUP 1 | 32.87 | 17.15+A+B |
| GROUP 2 | 31.28 | 17.15+A+B |
| GROUP 3 | 29.37 | 17.15+A+B |
| GROUP 4 | 27.74 | 17.15+A+B |
| GROUP 5 | 26.03 | 17.15+A+B |
| GROUP 6 | 34.69 | 17.15+A+B |

FOOTNOTES:
A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.
B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.
GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types; conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic

G008999

power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).
GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power); batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive; dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.
GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing

machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier transformer type); wellpoint systems.

GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

---

IRON0011D 07/01/2001

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES | | |
| IRONWORKERS: | | |
| Structural | 28.28 | 23.15 |
| Reinforcing | 26.38 | 23.15 |

---

IRON0036C 07/01/2001

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| Projects under $25 million: | | |
| IRONWORKERS; STRUCTURAL, REINFORCING AND ORNAMENTAL | 25.34 | 13.23 |
| Projects $25 million or more: | | |
| IRONWORKERS: STRUCTURAL, REINFORCING AND ORNAMENTAL | 25.84 | 13.23 |

---

* IRON0068E 07/01/2002

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES | | |
| IRONWORKERS: | | |
| Structural, Ornamental | 27.76 | 22.35 |
| Rerinforcing (Concrete Rods) | 25.76 | 22.35 |

---

LABO0021C 05/01/2001

| | Rates | Fringes |
|---|---|---|
| HUDSON COUNTEY (Remainder) | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer | 22.45 | 11.25 |
| Class B Laborer | 21.95 | 11.25 |
| Class C Laborer | 18.66 | 11.25 |

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat, demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).

Class B Laborer:all laborers not listed in Class A or C

Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0072B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps) | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A | 22.45 | 11.25 |
| Class B | 21.95 | 11.25 |
| CLASS C | 18.66 | 11.25 |

Class A-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.
CLASS B All Laborers not listed in Class A or C.
CLASS C Laborers doing Janitorial type light clean up work associated with the turnover of the project to the owner
All Flagman, and those manning temporary heat of all types.

---

LABO0156B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin Townships) COUNTIES: | | |
| LABORERS: | | |
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.
Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3
2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0232B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps): | | |
| LABORERS: | | |
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition

Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.
Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3
2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0239C 05/01/2001

PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

| | Rates | Fringes |
|---|---|---|
| LABORERS BUILDING CONSTRUCTION: | | |
| GROUP 1 | 22.45 | 11.25 |
| GROUP 2 | 21.95 | 11.25 |
| GROUP 3 | 18.66 | 11.25 |

GROUP 1-Specialist laborer classification including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.
GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.
GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0346B 05/01/2001

Rates Fringes

BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park

Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford; Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah)

LABORERS:

| | | |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0394C 05/01/2001

| | Rates | Fringes |
|---|---|---|
| UNION COUNTY: | | |
| BUILDING CONSTRUCTION: | | |
| LABORERS: | | |
| GROUP 1 | 22.45 | 11.25 |
| GROUP 2 | 21.95 | 11.25 |
| GROUP 3 | 18.66 | 11.25 |

GROUP 1-Specialist laborer classicication including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scafford builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle men on gunite work. Mortar men shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo fed.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers are laborers doing, janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner, and all flagman, watchman, firewatch personnel, and those manning temporary heat of all types.

---

LABO0472B 03/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS [FREE AIR TUNNEL]: | | |
| GROUP 1 | 27.35 | 10.30+A |
| GROUP 2 | 23.95 | 10.30+A |
| GROUP 3 | 23.80 | 10.30+A |
| GROUP 4 | 23.30 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]

GROUP 1: Blasters

GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)

GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)

GROUP 4: All other top laborers

---

LABO0472E 03/01/2002

| | Rates | Fringes |
|---|---|---|
| LABORERS HEAVY AND HIGHWAY CONSTRUCTION: | | |
| GROUP 1 | 24.55 | 11.20+A |
| GROUP 2 | 24.75 | 11.20+A |
| GROUP 3 | 25.05 | 11.20+A |
| GROUP 4 | 25.25 | 11.20+A |
| GROUP 5 | 25.50 | 11.20+A |
| GROUP 6 | 29.05 | 11.20+A |
| GROUP 7a | 27.55 | 11.20+A |
| GROUP 7b | 25.55 | 11.20+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY

GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and tampers on cold patch work and wrapping and coating all pipe Asphalt Laborers:

GROUP 2: Powder carriers and magazine tenders; signalmen

Asphalt Raker, & Asphalt Screedman
GROUP 3: Sewer pipe; laser men; conduit and duct line layers; jackhammer; chipping hammers; pavement breakers; power buggies; concrete cutters, asphalt cutters; sheet hammer and tree cutter operators; sandblasting, cutting, burning, Power Tool Operator, and such other power tools used to perform work usually done manaully by laborers
GROUP 4: Wagon drill operator; timberman; drill master
GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle man and stone cutter; Catch Basin or Inlet Builder Manhole
GROUP 6: Blaster
GROUP 7a:Hazardous waste laborer required to wear level A,B, or C personal protection.
GROUP 7b:Certified laborer working a hazardous waste removal project or site at a task requiring hazardous waste related certification, but who is not working in a zone requiring level A.B. or C personal protection.

---

LABO0502B 05/01/2001

ESSEX COUNTY (City of East Orange, Twps of South Orange and Maplewood, Cities of Orange and West Orange):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0526C 05/01/2001

MORRIS COUNTY (Remainder):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator,

Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0569B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| HUNTERDON AND WARREN COUNTIES: | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| CLASS A | 22.45 | 11.25 |
| CLASS B | 21.95 | 11.25 |
| CLASS C | 18.66 | 11.25 |

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors, Street Cleaning Machines, Scaffold Builder, Hydro Demolition Equipment, All types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, Burners, Nozzle Man on Gunite work.

CLASS B-All Laborers not listed in Class A or C.

CLASS C-Laborers doing Janitorial- type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning tempory heat of all types.

---

LABO0694B 05/01/2001

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (Montclair): | | |
| LABORERS: | | |
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning

Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of

silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0711B 05/01/2001

MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham, Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom, Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools, Whippany, Hanover Twp. and Long Valley):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0779B 05/01/2001

| | Rates | Fringes |
|---|---|---|

SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

LABORERS:

| | | |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning

Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0913B 05/01/2001

| | Rates | Fringes |
|---|---|---|

MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough, Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver, Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park Borough, Butler, Kinnelon Borough, Pin Brook, Towaco, Danville, Mountain Lakes, Pequannock, Pompton Plains, Riverdale Borough Twps) AND SUSSEX COUNTIES

LABORERS BUILDING CONSTRUCTION:

| | | |
|---|---|---|
| Class A Laborer: | 22.45 | 11.25 |
| Class B Laborer: | 21.95 | 11.25 |
| Class C Laborer: | 18.66 | 11.25 |

Class A Laborer:Jack Hammer,tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, bobcat operator, riding motor buggy operator, conveyor operator mortar man (except silo feed operations), burners, & nozzle man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

Class C Laborer:Laborers doing Janitorial type light clean up work, associated with the turnover of the project to the owner All Flagman, and those manning temporary heat of all types.

---

LABO1030A 04/01/2001

| | Rates | Fringes |
|---|---|---|

LABORERS: (The removal, abatement, enclosure and decontamination of personal protective equipment, chemical protective clothing and machinery relating to asbestos and/or toxic and hazardous waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the

labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).)

| | | |
|---|---|---|
| LABORERS | 21.85 | 10.12 |

---

LABO1153B 05/01/2001

| | Rates | Fringes |
|---|---|---|

ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison):

LABORERS:

| | | |
|---|---|---|
| Group 1 | 22.45 | 11.25 |
| Group 2 | 21.95 | 11.25 |
| Group 3 | 18.66 | 11.25 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

PAIN0711D 05/01/2000

| | Rates | Fringes |
|---|---|---|

PAINTERS:

NEW:

| | | |
|---|---|---|
| Painters | 28.75 | 2.55+27% |

| | Rates | Fringes |
|---|---|---|
| Paperhangers | 28.75 | 2.55+27% |
| Spray,Sandblast,High Work | 31.25 | 2.55+27% |
| Bridge | 31.25 | 2.55+27% |
| REPAINT: | | |
| Painters | 22.00 | 2.55+27% |
| Spray,sandblast,High Work | 24.00 | 2.55+27% |

---

PAIN0711F 05/01/2000

| | Rates | Fringes |
|---|---|---|
| GLAZIERS | 28.75 | 10.30 |
| GLAZIERS-HIGH WORK | 29.75 | 10.30 |

---

PAIN0711J 08/01/1999

| | Rates | Fringes |
|---|---|---|
| DRYWALL FINISHERS & TAPERS | 28.25 | 11.23 |

---

PLAS0008M 11/01/2001

| | Rates | Fringes |
|---|---|---|
| HUNTERDON,MIDDLESEX,& SOMERSET COUNTIES: | | |
| PLASTERERS | 28.50 | 13.40 |

---

PLUM0009C 03/01/2002

| | Rates | Fringes |
|---|---|---|
| AIR CONDITIONING & REFRIGERATION MECHANIC Installation of refrigeration equipment for any type of building where the combined compressor tonnage does not exceed 5 tons, Installation of water-cooled air conditioning that does not exceed 10 tons (includes the piping of compenent system and the erection ofthe water tower), Installation of air-cooled air conditioning that does not exceed 15 tons | 25.16 | 9.24+A |

FOOTNOTE:

A. Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Labor Day, Thanksgiving Day, Christmas Day, plus Washington's Birthday and Veterans Day.

---

PLUM0009H 07/01/2001

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Remainder), MERCER,MIDDLESEX (Excluding Dunellen,Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp and South Plainfield), AND SOMERSET (Remainder) COUNTIES | | |
| PLUMBERS & PIPEFITTERS | 33.13 | 15.25 |

---

PLUM0014B 05/01/2002

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS (From Mount Olive straight across Randolph down to the Essex border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES | | |
| PLUMBERS | 34.83 | 15.40 |

---

PLUM0024A 05/01/2002

Rates Fringes

Essex:

HUDSON (East Newark,Harrison,& Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner, Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood, Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville, Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne, Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York, Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount Pleasant, North Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp., Readington, Readington Twp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Mills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station Sunnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three Bridges, Treasure Island, Tumble, Union, Union Twp., Unionville Van Syckle, Warren Paper Mills, Wertsville, West End, West Portal White House, Whitehouse Station, Woodglen).

MIDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp., & South Plainfield only).

MORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, Chatham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, Crestmoore, Gillette, Harding Twp., Ironia, Logansville, Long Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills

Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony, Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony, Mansfield Twp., Montana, New Village, Oxford, Oxford Twp.,Pequest, Pleasant Valley, Port Colden, Port Murray, Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

| | | |
|---|---|---|
| PLUMBERS (Excludes Somerset- Bldg) | 34.78 | 15.20. |

---

PLUM0274B 05/01/2001

| | Rates | Fringes |
|---|---|---|

BERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN (Remainder) COUNTIES

| | | |
|---|---|---|
| PIPEFITTERS | 32.91 | 15.72 |

---

PLUM0475B 05/01/2002

| | Rates | Fringes |
|---|---|---|

ESSEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens Corner, Allertown, Amsterdam, Annandale, Anthony, Baptistown, Bellewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale, Buttonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts Corner, East Amwell Twp, Evittstown, Fairmount, Farmersville, Franklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN

(Phillipsburg Twp) COUNTIES

| | Rates | Fringes |
|---|---|---|
| PIPEFITTERS | 34.22 | 17.28 |

---

ROOF0004B 06/01/1996

ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofer, Composition, Damp & Waterproofing, Slate & Tile | 24.22 | 11.75 |

---

ROOF0004D 11/27/1994

HUNTERDON COUNTY:

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Shingle, slate and tile | 14.25 | 3.02 |
| All other work | 21.95 | 6.53 + A |

FOOTNOTE:
A. Employer contribution of $509.60 per month per employee to Health and Welfare Funds.

---

ROOF0008F 07/01/2001

HUDSON COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofers, Composition, Damp and Waterproofing | 29.08 | 18.78 |

---

ROOF0010B 06/01/2002

BERGEN AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| ROOFERS, COMPOSITION | 30.25 | 10.30 |

---

SFNJ0669A 04/01/2002

HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTERS | 33.00 | 6.05 |

---

* SFNJ0696B 07/01/2002

Rates Fringes

BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old

Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES

| | | |
|---|---|---|
| SPRINKLER FITTER | 38.70 | 10.50 |

---

SHEE0025C 06/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES | | |
| SHEET METAL WORKERS | 26.92 | 16.12 |

---

SHEE0027A 06/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON & MIDDLESEX COUNTIES: | | |
| SHEET METAL WORKERS | 31.00 | 15.38 |

---

SHEE0028D 06/01/1994

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| SHEET METAL WORKERS | 19.42 | 7.41 |

---

TEAM0408B 05/01/1997

| | Rates | Fringes |
|---|---|---|
| ESSEX, MORRIS, AND UNION (Remainder) COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 7.01+A |
| GROUP 2 | 24.50 | 7.01+A |
| GROUP 3 | 24.60 | 7.01+A |
| GROUP 4 | 24.70 | 7.01+A |

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional. Paid Holidays: New Year's Day, Washington'd Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls. Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps,

flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper,

fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading; loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

---

TEAM0469C 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 26.35 | 11.835+A |
| GROUP 2 | 26.40 | 11.835+A |
| GROUP 3 | 26.50 | 11.835+A |
| GROUP 4 | 26.60 | 11.835+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence

Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.

$400.00 per year to Apprenticeship Training Fund.

$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks (entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

---

TEAM0560C 05/01/1997

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON AND PASSAIC COUNTIES | | |

TRUCK DRIVERS:

| | | |
|---|---|---|
| GROUP 1 | 24.45 | 8.08+A |
| GROUP 2 | 24.50 | 8.08+A |
| GROUP 3 | 24.60 | 8.08+A |
| GROUP 4 | 24.70 | 8.08+A |

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday,

Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.

Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# REPORT OF OPERATIONS—PIPELINE, DIPPER OR BUCKET DREDGES

REPORTS CONTROL SYMBOL ENGCW-0-13

| THRU: | TO: | FROM: | REPORT NO. |
|---|---|---|---|
| | | | |

**CHARACTER OF REPORT**: ☐ MAINTENANCE ☐ NEW WORK ☐ DAILY ☐ STATUS ☐ COMPLETION ☐ ANNUAL — DATE OR PERIOD

**DREDGE**
- NAME AND TYPE — SIZE → PIPELINE (in. dia. disch.) — DIPPER OR BUCKET (cu. yds. cap.)
- HORSEPOWER OF → DREDGE PUMP — SUCTION PIPE JET — CUTTER OR BUCKET — PROPULSION
- NUMBER OF CREW MEMBERS → DREDGE — SHORE — OTHER PLANT — TOTAL — WORK SCHEDULE → SHIFTS PER DAY — DAYS PER WEEK

**PROJECT AND BAR**
- NAME — AUTH DIMENSIONS → WIDTH — DEPTH — OVERDEPTH
- LOCATION (include station numbers)

**CHARACTER OF MATERIAL**
- ABSOLUTE DENSITY GMS/liter — IN PLACE DENSITY GMS/liter — VOIDS RATIO
- GRAIN SIZE D.. MM D.. MM D.. MM — GEOLOGICAL CLASSIFICATION

**CONTRACT OR DREDGING ORDER**: NUMBER — ☐ CONTRACTOR ☐ HIRED LABOR — TOTAL NO. OF DAYS ON WHICH WORK WAS DONE

**CHANNEL CONDITION**: AVERAGE DEPTH → BEFORE DREDGING — AFTER DREDGING — MINIMUM SOUNDING → BEFORE DREDGING — AFTER DREDGING

**RIVER STAGE**: MINIMUM — TIME — MAXIMUM — TIME — GAGE LOCATION

**WEATHER CONDITION**: (clear, cloudy, rain, snow, and fog) — VISIBILITY miles — WIND (maximum velocity & direction)

## WORK PERFORMED

| ITEM | UNIT | QUANTITY |
|---|---|---|
| AVERAGE WIDTH OF CUT | FEET | |
| TOTAL ADVANCE THIS PERIOD | FEET | |
| TOTAL ADV. PREVIOUS TO THIS PERIOD | FEET | |
| TOTAL ADVANCE TO DATE | FEET | |
| FLOATING PIPE: SHORE PIPE: | | |
| TOTAL LENGTH OF DISCHARGE PIPE | FEET | |
| AVERAGE LIFT | FEET | |
| AVERAGE PUMP SPEED | R.P.M. | |
| AVG. DREDGED PER PUMP. HR, GROSS | CU.YDS. | |
| SCOWS LOADED | NUMBER | |
| AVERAGE LOAD PER SCOW | CU.YDS. | |

## CUBIC YARDS REMOVED

| | |
|---|---|
| AMOUNT DREDGED THIS PERIOD: | |
| (1) GROSS (computed amount) | |
| (2) CREDITED (pay place) | |
| AMOUNT PREVIOUSLY REPORTED: | |
| (1) GROSS (computed amount) | |
| (2) CREDITED (pay place) | |
| TOTAL AMOUNT DREDGED TO DATE: | |
| (1) GROSS (computed amount) | |
| (2) CREDITED (pay place) | |

## ATTENDANT PLANT

| ITEM | NAME OR NUMBER | HOURS |
|---|---|---|
| | | |

## DISTRIBUTION OF TIME

| EFFECTIVE WORKING TIME (chargeable to cost of work) | HOURS | MIN. |
|---|---|---|
| PUMPING OR DREDGING | | |
| PCT. OF EFFECTIVE RENTAL TIME % | | |
| BOOSTER (in line) Hrs. Min. | | |
| **NON-EFFECTIVE WORKING TIME** (chargeable to cost of work) | | |
| HANDLING PIPE LINES | | |
| HANDLING ANCHOR LINES | | |
| CLEARING PUMP AND PIPE LINE | | |
| CLEARING CUTTER OR SUCTION HEAD | | |
| WAITING FOR SCOWS | | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| CHANGING LOCATION OF PLANT ON JOB | | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| LOSS DUE TO PASSING VESSELS | | |
| SHORE LINE AND SHORE WORK | | |
| WAITING FOR BOOSTER | | |
| MINOR OPER. REPAIRS (explain in remarks) | | |
| WAITING FOR ATTENDANT PLANT | | |
| PREPARATION AND MAKING UP TOW | | |
| TRANSFERRING PLANT BETWEEN WORKS | | |
| LAY TIME OFF SHIFT AND SATURDAYS | | |
| SUNDAYS AND HOLIDAYS | | |
| FIRE DRILL | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL NON-EFFECTIVE WORKING TIME | | |
| PCT. OF NON-EFFECTIVE RENTAL TIME % | | |
| **TOTAL EFFECTIVE AND NON-EFFECTIVE TIME** (chargeable to cost of work) | | |
| PCT. OF TOTAL TIME IN PERIOD % | | |
| **LOST TIME** (not chargeable to cost of work) | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| MISCELLANEOUS (explain in remarks) | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME % | | |
| **TOTAL TIME IN PERIOD** | | |

**NUMBER OF INSPECTIONS**: BY DISTRICT PERSONNEL — BY DIV & OCE PERSONNEL

**CONTRACT USE ONLY**: HAS ANYTHING DEVELOPED WHICH MIGHT LEAD TO A CHANGE ORDER OR CLAIM? ☐ NO ☐ YES (If "YES", explain under remarks on back)

ENG FORM 4267 JAN 70 — REPLACES ENG FORM 28 (Civil), 1 MAR 53, AND ENG FORM 29 (Civil), 1 JAN 62, WHICH ARE OBSOLETE. (ER 1125-2-304) — (Signature and Remarks required on reverse side.)



G009021

G01010 08973

## SUMMARY OF COSTS

| ITEMS | | COST |
|---|---|---|
| **DIRECT PLANT OPERATING COSTS** | | |
| UNIFORM DAILY RATE BASIS *(To be completed when submitting Status and Completion reports.)* | | |
| CHARGES: ________ DAYS AT $ ________ PER DAY *(Item 19, ENG Form 22 (Costs)— adjusted to exclude plant increment cost.)* | | |
| ►OR◄ | | |
| ACTUAL PLANT COSTS *(To be completed when submitting Annual report.)* | | |
| PAYROLLS *(gross)* | $ | |
| SUBSISTENCE & QUARTERS OR PER DIEM & MILEAGE | $ | |
| FUEL ________ BARRELS AT $ ________ PER BARREL | $ | |
| WATER | $ | |
| LUBRICANTS | $ | |
| PLANT OWNERSHIP COSTS *(as computed below)* | $ | |
| INSURANCE | $ | |
| ATTENDANT PLANT | $ | |
| MISCELLANEOUS | $ | |
| SUBTOTAL—UNIFORM DAILY RATE OR ACTUAL COSTS | | $ |
| SUBTOTAL—PLANT UNIT COST $ ________ PER CUBIC YARD. | | |
| **SHORE WORK** | | |
| SUBTOTAL—SHORE WORK COSTS | | $ |
| SUBTOTAL—SHORE WORK UNIT COSTS $ ________ PER CUBIC YARD. | | |
| **OTHER COSTS** | | |
| SURVEYS | $ | |
| INSPECTION AND SUPERVISION | $ | |
| OVERHEAD | $ | |
| OTHER INDIRECT COSTS | $ | |
| SUBTOTAL—OTHER COSTS | | $ |
| SUBTOTAL—OTHER UNIT COST $ ________ PER CUBIC YARD. | | |
| **GRAND TOTAL—ALL COSTS** | | $ |
| **GRAND TOTAL—ALL UNIT COSTS $ ________ PER CUBIC YARD.** | | |

### OPERATING SUPPLIES

| COMMODITIES | CONSUMED | | INVENTORY | |
|---|---|---|---|---|
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL *(oil)* | BBLS | | | |
| LUBRICANT *(oil)* | GAL | | | |
| LUBRICANT *(grease)* | LBS | | | |
| WATER | GAL | | | |
| | | | | |
| | | | | |
| SUBSISTENCE SUPPLIES | | | | |
| MISCELLANEOUS SUPPLIES | | | | |
| **TOTAL** | | | | $ |

### ANNUAL REPORT DATA
*(complete when submitting Annual report)*

| | |
|---|---|
| COST PER RENTAL MINUTE *(Based on total operating cost)* | $ ________ per min. |
| TOTAL COST OF PLANT *(End of F.Y. reporting period)* | $ |
| BOOK VALUE *(End of F.Y. reporting period)* | $ |
| BALANCE IN PLANT ACCOUNT *(End of F.Y. reporting period)* | $ |
| PLANT OWNERSHIP COSTS *(Actual for F.Y. reporting period):* | |
| DEPRECIATION | $ |
| REPAIRS *(Adjusted)* | $ |
| CESSATION OF WORK | $ |
| SMALL TOOLS, ETC. | $ |
| **TOTAL** | $ |

REMARKS

| SUBMITTED BY *(Name, title, and signature)* | RECOMMENDED BY *(Name, title, and signature)* | APPROVED BY *(Name, title, and signature)* |
|---|---|---|
| | | |

☆U.S. G.P.O. 1980—620-649/512

# REPORT OF OPERATIONS -- HOPPER DREDGES

*RCS: ENGCW-O-13*

| | | |
|---|---|---|
| TO: COMMANDER/DIRECTOR<br>U.S. ARMY WATER RESOURCES SUPPORT CENTER<br>ATTN: WRSC-D, FORT BELVOIR, VA 22060 | DISTRICT<br>New York | DREDGE |
| EXACT LOCATION OF WORK | ☐ MAINTENANCE<br>☐ NEW WORK<br>☐ CONSOLIDATED<br>☐ JOB REPORT | DATE<br><br>AV. NUMBER OF PERSONS IN CREW |

| | CHARACTER OF MATERIAL | | |
|---|---|---|---|
| AV. LENGTH OF CUT FT. | | | |
| AV. WIDTH OF CUT FT. | ABSOLUTE DENSITY GMS/LITER | IN PLACE DENSITY GMS/LITER | WATER DENSITY GMS/LITER |
| AV. DIST. TO DUMP MILES | VOIDS RATIO | GRAIN SIZES: $D_{20}$- MM. $D_{50}$- MM. $D_{80}$- MM. | |
| HOPPER CAPACITY CU. YDS. | AV. VOLUME OF WATER CU. YDS. | AV. UNFILLED CAPACITY CU. YDS. | |

NAVIGATION AND OTHER AIDS, INCLUDING STATEMENT AS TO ADEQUACY

## WORK PERFORMED

| CUBIC YARDS | THIS PERIOD | PREVIOUSLY | TO DATE |
|---|---|---|---|
| A. HAULED | | | |
| B. AGITATED | | | |
| C. PAY PLACE *(Credited)* | | | |
| D. EXCESS | | | |
| E. NATURAL SHOALING OR SCOURING | | | |
| F. TOTAL (C&E) | | | |

| | |
|---|---|
| NUMBER OF LOADS HAULED | NUMBER OF TEST LOADS |
| AV. LOAD CU. YDS. | AV. ECONOMIC LOAD CU. YDS. |
| AV. PUMPING TIME | AV. ECONOMIC PUMPING TIME MINS. |

## ATTENDANT PLANT

| NAME OF PLANT | TYPE | HOURS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## OPERATING SUPPLIES

| COMMODITIES | CONSUMED | | INVENTORY | |
|---|---|---|---|---|
| | UNIT | QUANTITY | QUANTITY | VALUE |
| FUEL (Oil) | BBLS. | | | |
| LUBRICANTS (Oil) | GALS. | | | |
| LUBRICANTS (Greased) | LBS. | | | |
| WATER | GALS. | | | |
| | | | | |
| SUBSISTENCE SUPPLIES | | | | |
| MISCELLANEOUS SUPPLIES | | | | |
| TOTAL | | | | |

## DISTRIBUTION OF TIME

| EFFECTIVE WORKING TIME *(Chargeable to Cost of Work)* | HOURS | MINUTES |
|---|---|---|
| DREDGING AND HAULING<br>PUMPING | | |
| TURNING | | |
| TO AND FROM DUMP | | |
| DUMPING | | |
| TOTAL | | |
| AGITATION<br>PUMPING AND TURNING | | |
| TOTAL EFFECTIVE WORKING TIME | | |
| PERCENTAGE OF RENTAL TIME | | |
| NONEFFECTIVE WORKING TIME *(Chargeable to Cost of Work)* | | |
| TAKING ON FUEL AND SUPPLIES | | |
| TO AND FROM WHARF OR ANCHORAGE | | |
| LOSS DUE TO OPPOSING NATURAL ELEMENTS | | |
| LOSS DUE TO TRAFFIC AND BRIDGES | | |
| MINOR OPERATING REPAIRS | | |
| TRANSFERRING BETWEEN WORKS | | |
| LAY TIME | | |
| FIRE AND BOAT DRILLS | | |
| MISCELLANEOUS | | |
| TOTAL NONEFFECTIVE WORKING TIME | | |
| PERCENTAGE OF RENTAL TIME | | |
| TOTAL RENTAL TIME | | |
| PERCENTAGE OF TOTAL TIME | | |
| LOST TIME *(Not Chargeable to Cost of Work)* | | |
| MAJOR REPAIRS AND ALTERATIONS | | |
| CESSATION | | |
| COLLISIONS | | |
| TOTAL LOST TIME | | |
| PERCENTAGE OF TOTAL TIME | | |
| TOTAL TIME IN PERIOD | | |

## MISCELLANEOUS DATA

| | |
|---|---|
| NUMBER OF INSPECTIONS BY FIELD SUPERVISORY PERSONNEL | PERCENT OF TOTAL PUMPING TIME GAS EJECTION IN USE |
| NUMBER OF INSPECTIONS BY OFFICE SUPERVISORY PERSONNEL | HOURS DURING PERIOD RADAR IN USE |

**ENG FORM 27, May 79** EDITION OF 1 FEB 75 IS OBSOLETE. *(ER 37-2-10)* (Proponent: CECW-OD)

G009023

G01010 08975

# COST DATA

| ITEMS | | COST |
|---|---|---|
| PAYROLLS *(gross)* | $ | |
| LESS SUBSISTENCE AND QUARTERS | | $ |
| SUBSISTENCE | | |
| FUEL BBLS. AT $ | | |
| WATER | | |
| LUBRICANTS | | |
| PLANT RENTAL | | |
| INSURANCE | | |
| ATTENDANT PLANT | | |
| MISCELLANEOUS | | |
| TOTAL PLANT OPERATING COST | | |
| $ HAULED $ AGITATED | | |
| SURVEYS | $ | |
| INSPECTION AND SUPERVISION | | |
| OVERHEAD | | |
| OTHER INDIRECT COSTS | | |
| | SUBTOTAL | |
| TOTAL COST | | |

TOTAL COST PER CUBIC YARD:

| | CREDITED | + SHOALING CREDITED - SCOURING | TOTAL COST TO REMOVE EXCESS |
|---|---|---|---|
| JOB EST | $ | $ | $ |
| THIS PERIOD | $ | $ | $ |
| JOB TO DATE | $ | $ | $ |
| OPERATING COST PER MINUTE AT WORK | | | $ |

FORMULA:

EXCESS YARDAGE / (EXCESS + CREDIT [X SHOALING / - SCOURING]) x TOTAL COST

*(Based on effective plus noneffective time)*

| | | |
|---|---|---|
| DATA FROM PLANT COST AND RENTAL LEDGERS | | |
| BOOK VALUE | 19 | $ |
| BALANCE IN PLANT RENTAL ACCOUNT | | |
| ADDITIONS AND BETERMENTS TO VESSELS | | |
| ANNUAL COSTS CHARGED TO PLANT RENTAL: | | |
| DEPRECIATION | | |
| CESSATION OF WORK | | |
| REPAIRS TO HULL | | |
| REPAIRS TO MACHINERY | | |
| SMALL TOOLS, ROPE, ETC. | | |
| TOTAL COST | | |

CHIEF BUDGET AND ACCOUNTS BRANCH

REMARKS

| SUBMITTED BY | RECOMMENDED | APPROVED |
|---|---|---|
| TITLE | TITLE | TITLE CORPS OF ENGINEERS DISTRICT ENGINEER |

G009024

G01010 08976

# Sample

## CONTRACTOR'S DAILY CONSTRUCTION QUALITY CONTROL REPORT

CONTRACTOR'S NAME

(address)

DATE: REPORT NO:

Contract No.________________________________

Description and Location of Work:

WEATHER: (clear) (Partly Cloudy) / (Cloudy)_____ Temperature: Max ___ Min___

| CONTRACTOR/SUBONTRACTORS AND AREA OF RESPONSIBILITY |
| --- |
| a.________________________________ |
| b.________________________________ |
| c.________________________________ |
| d.________________________________ |

Equipment Data: (Indicate items of construction equipment, other than hand tools, at the job site, and whether or not used.)

1. Work Performed Today: (Indicate location and description of work performed. Refer to work performed by prime and/or subcontractor by letter in Table above.)

2. Results of Surveillance: (Include satisfactory work completed, or deficiencies with action to be taken.)

3. Tests Required by Plans and/or specifications performed and Results of Tests:

4. Verbal Instructions Received: (List any instructions given by Government personnel on construction deficiencies, retesting required, etc… With action to be taken.)

5. Job Safety: (Include deficiencies and corrective action taken.)

6. Indicate Equipment and materials Items arrivals at job site. Indicate the compliance or non-compliance of these items with approved shop drawings; the contract plans and specifications; and if storage of the item is required prior to the time of installation; indicate how this storage was provided and whether or not it is adequate.

7. Remarks: (cover any conflicts in plans, specifications, or instructions.)

8. CONTRACTOR'S VERIFICATION: the above report is complete and correct and all material and equipment used and word performed during this reporting period are in compliance with the contract pans and specifications except as noted above.

CONTRACTOR QUALITY CONTROL INSPECTOR

**CQC REPORT #__________** Date______________________

1. Project Title:______________________________________________

Location: ________________________ Contract No.:______________________

2. List Contractors and Subs Working This Day and Areas of responsibility of each

3. Weather:

4. Description and Location of Work of the Project (Also indicate days of no work and reasons for delay)

5. Labor and Equipment Breakdown by Trade (Attach Continuation)

6. Preparatory Phase Inspections Held (See Attached Minutes)

7. Initial Phase Inspections Held (See attached minutes)

8. Follow-Up Phase Inspections Performed, Results and Corrective Actions Taken

9. Job Safety. Indicate What Was Checked, Results,Instructions Received and Corrective Actions.

10. Additional Activities and Remarks (Check Appropriate Box)

[ ] a. Testing Performed. Attach Results.
[ ] b. Verbal Instructions Received.
[ ] c. Submittal Actions.
[ ] d. Outstanding Deficiencies. See Attached List
[ ] e. Delivery of Equipment and Materials.
[ ] f. Misc/Remarks.

(Use Space Below To Discribe Checked Items)

11. Contractor's Verification: "The above report and attachments are complete and all supplies, Materials, Equipment and Workmanship incorporated into the work are in full compliance with the contract except as noted".

Signed________________________ Date__________
CQC Representative

CENAN-CO 5/99

G009028

G01010 08980

# RECORD OF PREPARATORY AND INITIAL INSPECTIONS

| DATE OF INSP | TYPE OF INSP | DEFINABLE FEATURE OF WORK (DESCRIBE) | REPORT NOS | | PERSONS ATTENDING INSP | WAS MATL&/OR EQUIPMENT PHYSICALLY INSPECTED ? |
|---|---|---|---|---|---|---|
| | | | QA | QC | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NAD FORM 826
22 JULY 86

NOTE:THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK PREP/INIT INSP'S
ATTACH ADDITIONAL RESULTS OR COMMENTS AS REQUIRED

# LIST OF OUTSTANDING DEFICIENCIES

SH______ OF ______ DATE:________

PROJECT TITLE:______________________ CONTRACTOR:______________________

LOCATION:______________ CQC REPORT#________ CONTRACT #:______________

| SPEC REF OR DWG# | LOCATION ON PROJECT | DESCRIPTION OF DEFICIENCY | DATE FOUND | DATE TO BE CORRECTED | DATE CORRECTED | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK OUTSTANDING CONSTRUCTION DEFICIENCIES

# CQC TEST REPORT LIST

CQC REPORT#__________ SH______ OF ______ DATE:__________

CONTRACTOR:__________ CONTRACT #:__________

PROJECT TITLE:__________ LOCATION:__________

| SPEC REF OR DWG# | TYPE OF TEST | DATE PERFORMED | RESULTS | REMARKS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

NOTE: THIS FORM SHALL BE USED BY THE CONTRACTOR TO TRACK CQC TESTING.PROVIDE ATTACHMENTS AS REQUIRED.

SENT BY:SAIC ; 4-19- 0 ; 13:46 ; NEWPORT, RI.→ 212-264-4260;# 2/ 2

# USACE TRANSPORTATION AND PLACEMENT LOG

Log Number: Date (yy:mm:dd)

**Project Information:**

Trip Number:
Permit Number:
Project Name:

Tow Owner:
Inspector's Name:
Tug's Navigational Unit:

**Tug and Scow Information**

Tug Name:
Tug Captain:

Scow Name/Number:
Scowman's Name:

**Loading Information:**

Volume of Material (Cubic yds)
Time Loading is Complete (hh:mm:ss):
Description of Material:

Scow Draft Forward (ft)
Scow Draft Aft (ft):
Percent Rock:

**Placement Site Weather Conditions:**

Wind Direction (from):
Weather Conditions:
Observed Water Depth (ft):
Visibility (n miles):
Marine Mammals/Sea Turtles Sighted (Yes/No)

Wind Speed (mph)
Wave Swell Height (ft):

**Transit/Placement Information:**

Time Scow Departed Dredge Site
Tug Position Determined By (GPS/DGPS
Approximate Distance from Scow to Target at time of Discharge (f
Time Scow Arrives at Project Placement Area
Length of Towline at Time of Discharge (ft
Scow Heading (Degrees):
Estimated Scow Speed (kts):
Distance from Tug Navigational Antenna to Tugs Towing Bit (ft
Direction of Scow Relative to Tugs Towing Bit (Degrees)

Start Time (DOORS OPEN
Tug Speed (kts):
Tug Heading (Degrees): GPS/DGPS: Latitud Longitude -

End Time (Placement is Complete)
Tug Speed (kts):
Tug Heading (Degrees): GPS/DGPS: Latitud Longitude -

Post Placement Time (DOORS CLOSED
Tug Speed (kts):
Tug Heading (Degrees): GPS/DGPS: Latitud Longitude -

**Comments:**

**Water Quality Certificate
will become available
at the later date,
prior to initiation of dredging operations**

## PROJECT IDENTIFICATION SIGN
## CIVIL PROJECT

The graphic format for this 4' x 6' sign panel follows the legend guidelines and layout as specified below. The large 4' x 4' section of the panel in the right is to be white with black legend. The 2' x 4' section of the sign on the left with the full corps Signature (reverse version) is to be screen printed Communications Red on the white background. The castle insignia will be furnished by the Government in pressure sensitive vinyl for affixing by the Contractor. See attached sheet for fabrication and mounting guidelines.

Legend Group 1: One to two-line description of Corps relationship to project
Color: white
Typeface: 1.25" Helvetica Regular
Maximum line length: 19"

Legend Group 2: Division or District Name (optional), Place below 10.5" Reverse Signature (6" Castle)
Color: white
Typeface: 1.25" Helvetica Regular

Legend Group 3: One-to three-line project title legend describes the work being done under this contract.
Color: Black
Typeface: 3" Helvetica Bold
Maximum line length: 42"

Legend Group 4: One-to two-line identification of project or facility (civil works) or name of sponsoring department (military).
Color: Black
Typeface: 1.5" Helvetica Regular
Maximum line length: 42"

Cross-align the first of Legend Group 4 with the first line of the Corps Signature (US Army Corps) as shown.

Legend Group 5a-b: One-to-five line identification of prime contractors including: type (architect, general contractor, etc.), corporate or firm name, city, state. Use of Legend Group 5 is optional.
Color: Black
Typeface: 1.25" Helvetica Regular
Maximum line length: 21"

All typography is flush left and rag right upper and lower case with initial capitals only as shown. Letter and word spacing to follow Corps standards.

SAMPLE:




(Dimensions are in inches)

| Sign Type | Legend | Panel Size | Post Size | Specification Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-01 | various | 4' x 6' | 4' x 4' | HDO-3 | 48" | WH-RD/BK |

Show non-Federal local partner's name and logo - Port Authority of New York and New Jersey

* Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

# Fabrication and Mounting Guidelines

As Construction Project Identification signs and Safety Performance signs are to be fabricated and installed as described below. The signs are to be erected at a location deignated by the contracting officer and shall conform to the size, format, and typographic standards.

The sign panels are to be fabricated from .75" High Density Overlay Plywood. Panel preparation to follow HDO specifications.

Sign graphics to be prepared on a white non-reflective vinyl film with positionable adhesive backing.

All graphics except for the Communications Red background with Corps signature on the project sign are to be die-cut or computer-cut non-reflective vinyl, pre-spaced legends prepared in the sizes and typefaces specified and applied to the background panel following the graphic formats shown on the attached sheets.

The 2'x4' Communications Red panel (to match PMS-032) with full Corps signature (reverse version) is to be screen printed on the white background. Identification of the District or Division may be applied under the signature with white cut vinyl letters prepared to Corps standards. Large scale reproduction artwork for the signature is provided on page 4.5 (photographically enlarge from 6.875" to 10.5"). **

Drill and insert six (6) .375" T-nuts from the front face of the HDO sign panel. Position holes as shown. Flange of T-nut to be flush with sign face.

Apply graphic panel to prepared HDO plywood panel following manufacturers' instructions.

Sign uprights to be structural grade 4"x4" treated Douglas Fir or Southern Yellow Pine. No.1 or better. Post to be 12' long. Drill six (6) .375" mounting holes in uprights to align with T-nuts in sign panel. Countersink (.5") back of hole to accept socket head cap screw (4"x.375").

Assemble sign panel and uprights. Imbed assembled sign panel and uprights in 4' hole. Local soil conditions and/or wind loading may require bolting additional 2"x4" struts on inside face of uprights to reinforce installation as shown.

Detailed specifications for HDO plywood panel preparation are provided in Appendix B.**

Shown below the mounting diagram is a panel layout grid with spaces provided for project information. Photocopy this page and use as a worksheet when preparing sign legend orders.




** Refers to the U.S. Army Corps of Engineers, "Sign Standards Manual", EP-310-1-6.

Construction Project Sign
Legend Group 1: Corps Relationship

1. ____
2. ____

Legend Group 2: Divison/District Name

1. ____
2. ____

Legend Group 3: Project Title

1. ____
2. ____
3. ____

Legend Group 4: Facility Name

1. ____
2. ____

Legend Group 5a: Contractor/A&E

1. ____
2. ____
3. ____
4. ____
5. ____

Legend Group 5b: Contractor /A&E

1. ____
2. ____
3. ____
4. ____
5. ____

Safety Performance Sign
Legend Group 1: Project Title

1. ____
2. ____

Legend Group 2: Contractor/A&E

1. ____
2. ____

00900 ATT. G-2

## SAFETY PERFORMANCE SIGN

The graphic format, color, size and type-faces used on the sign are to be reproduced exactly as specified below. The title with First Aid logo in the top section of the sign, and the performance record captions are standard for all signs of this type. Legend Group 2 and 3 below identify the project and the contractor and are to be placed on the sign as shown. Safety record numbers are mounted on individual metal plates and are screw-mounted to the background to allow for daily revisions to posted safety performance record.

Legend Group 1: Standard two-line title "Safety is a Job Requirement", with (8" od.) Safety Green First Aid logo. Color: To match PMS 347 Typeface: 3" Helvetica Bold Color: Balck

Legend Group 2: One- to two-line project title legend describes the work being done under this contract and name of host project. Color: Black Typeface: 1.5" Helvetica Regular Maximum line length: 42"

Legend Group 3: One - to two-line identification: name of prime contractor and city, state address. Color: Black Typeface: 1.5" Helvetica Regular Maximum line length: 42"

Legend Group 4: Standard safety record captions as shown. Color: Black

Typeface: 1.25" Helvetica Regular

Replaceable numbers are to be mounted on white .060: aluminum plates and screw-mounted to background. Color: Black Typeface: 3" Helvetica Regular Plate size: 2.5"x.5"

All typography is flush left and rag right, upper and lower case with initial capitals only as shown. Letter- and word-spacing to follow Corps standards.




Dimensions inches.
See attached sheet for fabrication and mounting guidelines.

* Refer to the U.S. Army Corps of Engineers, "Sign Standards Manual", EPS-310-1-6.

| Sign Type | Legend Size | Panel Size | Post Size | Specifications Code | Mounting Height | Color Bkg/Lgd |
|---|---|---|---|---|---|---|
| CID-02 | various | 4"x4" | 4"x4" | HDO-3 | 48" | WH/BK-GR |



Newark Bay Channels

Area A (Core 1–2) · Area B (Core 3–8) · Area C (Core 9–11)

| Client Sample ID: | Units: | CORE 1 | CORE 2 | CORE 3 | CORE 4 | CORE 5 | CORE 6 | CORE 7 | CORE 8 |
|---|---|---|---|---|---|---|---|---|---|
| Laboratory ID: | | N2969-1 | N2969-2 | N2969-3 | N2969-4 | N2969-5 | N2969-6 | N2971-13 | N5713-1 |
| Sampling Date: | | 4/30/2002 | 4/30/2002 | 4/30/2002 | 4/30/2002 | 4/30/2002 | 4/30/2002 | 5/1/2002 | 4/30/2002 |
| Analyte: | Units: | | | | | | | | |
| GENERAL CHEMISTRY: | | | | | | | | | |
| % Moisture | % | 52.2 | 51 | 59.6 | 58.5 | 57 | 58.4 | 56.7 | 44.1 |
| % Solid | % | 47.8 | 49 | 40.4 | 41.5 | 43 | 41.6 | 43.3 | 55.9 |
| USACOE Grain Size: | | | | | | | | | |
| % Gravel | % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Sand | % | 7.62 | 8.66 | 6.28 | 2.24 | 2.35 | 4.26 | 4.3 | 35.72 |
| % Clay | % | 59.68 | 59.26 | 56.43 | 68.06 | 55.07 | 87.7 | 52.42 | 31.12 |
| % Silt | % | 32.7 | 32.08 | 37.29 | 29.7 | 42.59 | 8.04 | 43.28 | 33.16 |
| Total Organic Carbon: | | | | | | | | | |
| TOC Original | ppm | 27600 | 26600 | 37700 | 35700 | 32000 | 33200 | 29100 | 19800 |
| TOC Duplicate | ppm | 30300 | 26500 | 35100 | 36300 | 32400 | 33300 | 30300 | 19900 |
| TOC Average | ppm | 28900 | 26500 | 36400 | 36000 | 32200 | 33200 | 29700 | 19800 |

| Client Sample ID: | Units: | CORE 9 | CORE 10 | CORE 11 | CORE 12 | CORE 13 | CORE 14 | CORE 15 | CORE 16 | CORE 17 |
|---|---|---|---|---|---|---|---|---|---|---|
| Laboratory ID: | | N2969-10 | N2969-11 | N2969-12 | N2971-1 | N2971-2 | N2971-3 | N2971-4 | N2971-5 | N2971-6 |
| Sampling Date: | | 4/30/2002 | 4/30/2002 | 4/30/2002 | 5/1/2002 | 5/1/2002 | 5/1/2002 | 5/1/2002 | 5/1/2002 | 5/1/2002 |
| Analyte: | Units: | | | | | | | | | |
| GENERAL CHEMISTRY: | | | | | | | | | | |
| % Moisture | % | 59.1 | 59.1 | 57.6 | 60.9 | 60.6 | 56.1 | 58.8 | 63.2 | 61.2 |
| % Solid | % | 40.9 | 40.9 | 42.4 | 39.1 | 39.4 | 43.9 | 41.2 | 36.8 | 38.8 |
| USACOE Grain Size: | | | | | | | | | | |
| % Gravel | % | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| % Sand | % | 3.25 | 1.86 | 17.02 | 6.6 | 5.86 | 5.2 | 1.79 | 15.86 | 12.92 |
| % Clay | % | 47.3 | 50.21 | 52.09 | 56.62 | 53.22 | 74.44 | 14.71 | 79.29 | 65.97 |
| % Silt | % | 49.45 | 47.92 | 30.89 | 36.78 | 40.92 | 20.36 | 83.5 | 4.85 | 21.11 |
| Total Organic Carbon: | | | | | | | | | | |
| TOC Original | ppm | 32800 | 32500 | 32600 | 30100 | 32000 | 29200 | 33200 | 35100 | 31500 |
| TOC Duplicate | ppm | 31000 | 33400 | 32700 | 30300 | 35400 | 31500 | 33800 | 35200 | 32200 |
| TOC Average | ppm | 31900 | 33000 | 32700 | 30200 | 33700 | 30300 | 33500 | 35100 | 31900 |

Environmental Testing Lab - NYS Lab ID # 10969 - NJ Cert. # 73812



G009037

G01010 08989

[Code of Federal Regulations]
[Title 33, Volume 2, Parts 120 to 199]
[Revised as of July 1, 2000]
From the U.S. Government Printing Office via GPO Access
[CITE: 33CFR154.105]

[Page 295-296]

NAVIGABLE WATERS

CHAPTER I--COAST GUARD, DEPARTMENT OF TRANSPORTATION (CONTINUED)

PART 154--FACILITIES TRANSFERRING OIL OR HAZARDOUS MATERIAL IN BULK--Table of Contents

Subpart A--General

Sec. 154.**105** Definitions.

As used in this part:

Barrel means a quantity of liquid equal to 42 U.S. gallons.

Boundary Line means any of the lines described in 46 CFR part 7.

Captain of the Port (COTP) means the U.S. Coast Guard officer commanding a Captain of the Port Zone described in Part 3 of this chapter, or that person's authorized representative.

Caretaker Status denotes a facility where all piping, hoses, loading arms, storage tanks, and related equipment in the marine transfer area are completely free of oil or hazardous materials, where these components have been certified as being gas free, where piping, hoses, and loading arms terminating near any body of water have been blanked, and where the facility operator has notified the COTP that the facility will be in caretaker status.

Commandant means the Commandant of the Coast Guard or an authorized representative.

Contiguous Zone means the entire zone established by the United States under Article 24 of the Convention on the Territorial Sea and the Contiguous Zone, but not extending beyond 12 miles from the baseline from which the breadth of the territorial sea is measured.

District Commander means the officer of the Coast Guard designated by the Commandant to command a Coast Guard District, as described in Part 3 of this chapter or an authorized representative.

Facility means either an onshore or offshore facility, except for an offshore facility operating under the jurisdiction of the Secretary of the Department of Interior, and includes, but is not limited to, structure, equipment, and appurtenances thereto, used or capable of being used to transfer oil or hazardous materials to or from a vessel or public vessel. Also included are facilities that tank clean or strip and any floating structure that is used to support an integral part of the facility's operation. A facility includes federal, state, municipal, and private facilities.

Facility operator means the person who owns, operates, or is responsible for the operation of the facility.

Hazardous material means a liquid material or substance, other than oil or liquefied gases, listed under 46 CFR 153.40 (a), (b), (c), or (e).

Marine transfer area means that part of a waterfront facility handling oil or hazardous materials in bulk between the vessel, or where the vessel moors, and the first manifold or shutoff valve on the pipeline encountered after the pipeline enters the secondary containment required under 40 CFR 112.7 or 49 CFR 195.264 inland of the terminal manifold or loading arm, or, in the absence of secondary containment, to the valve or manifold adjacent to the bulk storage tank, including the entire pier or wharf to which a vessel transferring oil or hazardous materials is moored.

MARPOL 73/78 means the International Convention for the Prevention of Pollution from Ships, 1973 (done at London, November 2, 1973) as modified by the Protocol of 1978 relating to the International Convention for the Prevention of Pollution from Ships, 1973 (done at London, February 17, 1978).

Mobile facility means any facility that can readily change location, such as a tank truck or tank car, other than a vessel or public vessel.

Monitoring device means any fixed or portable sensing device used to monitor for a discharge of oil or hazardous material onto the water, within or around a facility, and designed to notify operating personnel of a discharge of oil or hazardous material.

Officer in Charge, Marine Inspection (OCMI) means the U.S. Coast Guard officer commanding a Marine Inspection Zone described in Part 3 of this chapter, or an authorized representative.

Offshore facility means any facility of any kind located in, on, or under, any of the navigable waters of the United States, and any facility of any kind which is subject to the jurisdiction of the United States and is located in, on, or under any other waters, other than a vessel or a public vessel.

Oil means oil of any kind or in any form, including but not limited to, petroleum, fuel oil, sludge, oil refuse, and oil mixed with wastes other than dredged spoil.

Onshore facility means any facility (including, but not limited to, motor vehicles and rolling stock) of any kind located in, on, or under any land within the United States other than submerged land.

Person in charge means an individual designated as a person in charge of transfer operations under Sec. 154.710 (for facilities) or Sec. 155.700 (for vessels) of this chapter.

STCW means the International Convention on Standards of Training, Certification, and Watchkeeping for Seafarers, 1978.

Self-propelled tank vessel means a self-propelled tank vessel other than a tankship.

Tank barge means a non-self-propelled tank vessel.

Tankship means a self-propelled tank vessel constructed or adapted primarily to carry oil or hazardous material in bulk in the cargo

spaces.

Tank vessel means a vessel that is constructed or adapted to carry, or that carries, oil or hazardous material in bulk as cargo or cargo residue, and that--

(a) Is a vessel of the United States;

(b) Operates on the navigable waters of the United States; or

(c) Transfers oil or hazardous material in a port or place subject to the jurisdiction of the United States.

Transfer means any movement of oil or hazardous material to, from, or within a vessel by means of pumping, gravitation, or displacement. A transfer is considered to begin when the person in charge on the transferring vessel or facility and the person in charge on the receiving facility or vessel first meet to begin completing the declaration of inspection as required by Sec. 156.150 of this chapter. A transfer is considered to be complete when all the connections for the transfer have been uncoupled and secured with blanks or other closure devices and both of the persons in charge have completed the declaration of inspection to include the date and time the transfer was complete.

Vessel operator means a person who owns, operates, or is responsible for the operation of a vessel.

[CGD 75-124, 45 FR 7169, Jan. 31, 1980, as amended by CGD 86-034, 55 FR 36252, Sept. 4, 1990; CGD 79-116, 60 FR 17141, Apr. 4, 1995; CGD 93-056, 61 FR 41458, Aug. 8, 1996; 62 FR 3610, Jan. 24, 1997; CGD 79-116, 62 FR 25125, May 8, 1997]

[Code of Federal Regulations]
[Title 33, Volume 2, Parts 120 to 199]
[Revised as of July 1, 2000]
From the U.S. Government Printing Office via GPO Access
[**CITE: 33CFR156**]

[Page 435-442]

NAVIGABLE WATERS

CHAPTER I--COAST GUARD, DEPARTMENT OF TRANSPORTATION (CONTINUED)

PART 156--OIL AND HAZARDOUS MATERIAL TRANSFER OPERATIONS--Table of Contents

**Subpart** A--Oil and Hazardous Material Transfer Operations

Sec. 156.100 Applicability.

This **subpart** applies to the transfer of oil or hazardous material on the navigable waters or contiguous zone of the United States to, from, or within each vessel with a capacity of 250 barrels or more; except that, this **subpart** does not apply to transfer operations within a public vessel.

[CGD 86-034, 55 FR 36255, Sept. 4, 1990]

Sec. 156.105 Definitions.

Except as specifically stated in a section, the definitions in Sec. 154.105 of this chapter apply to this **subpart**.

[CGD 90-071a, 59 FR 53291, Oct. 21, 1994]

Sec. 156.107 Alternatives.

(a) The COTP may consider and approve alternative procedures, methods, or equipment standards to be used by a vessel or facility operator in lieu of any requirements in this part if:

(1) Compliance with the requirement is economically or physically impractical;

(2) The vessel or facility operator submits a written request for the alternative at least 30 days before operations under the alternative are proposed, unless the COTP authorizes a shorter time; and

(3) The alternative provides an equivalent level of safety and protection from pollution by oil or hazardous material, which is documented in the request.

(b) The COTP takes final approval or disapproval action on any alternative requested, in writing, within 30 days of receipt of the request.

[CGD 75-124, 45 FR 7177, Jan. 31, 1980, as amended by CGD 86-034, 55 FR 36255, Sept. 4, 1990]

Sec. 156.110 Exemptions.

(a) The Assistant Commandant for Marine Safety and Environmental Protection, acting for the Commandant, may grant an exemption or partial exemption from compliance with any requirement in this part, and the District Commander may grant an exemption or partial exemption from compliance with any operating condition or requirement in **subpart** C of this part, if:

(1) The vessel or facility operator submits an application for exemption via the COTP at least 30 days before operations under the exemption are proposed, unless the COTP authorizes a shorter time; and

(2) It is determined, from the application, that:

(i) Compliance with a specific requirement is economically or physically impractical;

(ii) No alternative procedures, methods, or equipment standards exist that would provide an equivalent level of safety and protection from pollution by oil or hazardous material; and

(iii) The likelihood of oil or hazardous material being discharged as a result of the exemption is minimal.

(b) If requested, the applicant must submit any appropriate information, including an environmental and economic assessment of the effects of and reasons for the exemption and proposed procedures, methods or equipment standards.

(c) The exemption may specify the procedures, methods, or equipment standards that will apply.

(d) An exemption is granted or denied in writing. The decision of the Assistant Commandant for Marine Safety and Environmental Protection is a final agency action.

[CGD 75-124, 45 FR 7177, Jan. 31, 1980, as amended by CGD 88-052, 53 FR 25122, July 1, 1988; CGD 86-034, 55 FR 36255, Sept. 4, 1990; CGD 93-081,
60 FR 45017, Aug. 29, 1995; CGD 96-026, 61 FR 33666, June 28, 1996; CGD 93-056, 61 FR 41461, Aug. 8, 1996; CGDO 97-023, 62 FR 33364, June 19, 1997]

Sec. 156.111 Incorporation by reference.

(a) Certain material is incorporated by reference into this part with the approval of the Director of the Federal Register under 5 U.S.C.
552(a) and 1 CFR part 51. To enforce any edition other than that specified in paragraph (b) of this section, the Coast Guard must publish
notice of the change in the Federal Register; and the material must be available to the public. All approved material is available for inspection at the Office of the Federal Register, 800 North Capitol Street, NW., suite 700, Washington, DC, and at the U.S. Coast Guard, Office of Compliance (G-MOC), 2100 Second Street, SW, Washington, DC 20593-0001 and is available from the sources indicated in paragraph (b) of this section.

(b) The material approved for incorporation by reference in this part and the sections affected are as follows:

Oil Companies International Marine Forum (OCIMF)

15th Floor, 96 Victoria Street, London SW1E 5JW, England.
Ship to Ship Transfer Guide (Petroleum), Second Edition, 1988--156.330.

International Chamber of Shipping

12 Carthusian Street, London EC1M 6EB, England.
Guide to Helicopter/Ship Operations, Third Edition, 1989--156.330.

[CGD 93-081, 60 FR 45017, Aug. 29, 1995, as amended by CGD 96-026, 61 FR
33666, June 28, 1996]

Sec. 156.112 Suspension order.

The COTP or OCMI may issue a suspension order to suspend transfer operations to the vessel or facility operator when the COTP or OCMI finds there is
a condition requiring action to prevent the discharge or threat of discharge of oil or hazardous material, or when the COTP or OCMI is unable to verify compliance with the regulations through an inspection.
A suspension order:

(a) May be effective immediately;

(b) Is issued in writing unless it is effective immediately and then
it may be issued orally and followed up in writing;