(a) The Contractor shall --

(1) Promptly recover and remove any material, plant, machinery, or appliance which the contractor loses, dumps, throws overboard, sinks, or misplaces, and which, in the opinion of the Contracting Officer, may be dangerous to or obstruct navigation;

(2) Give immediate notice, with description and locations of any such obstructions, to the Contracting Officer; and

(3) When required by the Contracting Officer, mark or buoy such obstructions until the same are removed.

(b) The Contracting Officer may --

(1) Remove the obstructions by contract or otherwise should the Contractor refuse, neglect, or delay compliance with paragraph (a) of this clause; and

(2) Deduct the cost of removal from any monies due or to become due to the Contractor; or

(3) Recover the cost of removal under the Contractor's bond.

(c) The Contractor's liability for the removal of a vessel wrecked or sunk without fault or negligence is limited to that provided in sections 15, 19, and 20 of the River and Harbor Act of March 3, 1899 (33 U.S.C. 410 et. seq.).

252.236-7003 PAYMENT FOR MOBILIZATION AND PREPARATORY WORK (JAN 1997)

(a)The Government will make payment to the Contractor under the procedures in this clause for mobilization and preparatory work under item no.

(b)Payments will be made for actual payments by the Contractor on work preparatory to commencing actual work on the construction items for which payment is provided under the terms of this contract, as follows--

(1)For construction plant and equipment exceeding $25,000 in value per unit (as appraised by the Contracting Officer at the work site) acquired for the execution of the work;

(2) Transportation of all plant and equipment to the site;

(3)Material purchased for the prosecution of the contract, but not to be incorporated in the work;

(4)Construction of access roads or railroads, camps, trailer courts, mess halls, dormitories or living quarters, field headquarters facilities, and construction yards;

(5) Personal services; and

(6) Hire of plant.

(c) Requests for payment must include--

(1) An account of the Contractor's actual expenditures;

(2)Supporting documentation, including receipted bills or certified copies of payrolls and freight bills; and

(3) The Contractor's documentation--

(i)Showing that it has acquired the construction plant, equipment, and material free from all encumbrances;

(ii)Agreeing that the construction plant, equipment, and material will not be removed from the site without the written permission of the Contracting Officer; and

(iii)Agreeing that structures and facilities prepared or erected for the prosecution of the contract work will be maintained and not dismantled prior to the completion and acceptance of the entire work, without the written permission of the Contracting Officer.

(d)Upon receiving a request for payment, the Government will make payment, less any prescribed retained percentage, if--

(1) The Contracting Officer finds the--

(i)Construction plant, material, equipment, and the mobilization and preparatory work performed are suitable and necessary to the efficient prosecution of the contract; and

(ii)Preparatory work has been done with proper economy and efficiency.

(2)Payments for construction plant, equipment, material, and structures and facilities prepared or erected for prosecution of the contract work do not exceed--

(i)The Contractor's cost for the work performed less the estimated value upon completion of the contract; and

(ii)100 percent of the cost to the contractor of any items having no appreciable salvage value; and

(iii)75 percent of the cost to the contractor of items which do have an appreciable salvage value.

(e) (1)Payments will continue to be made for item no. , and all payments will be deducted from the contract price for this item, until the total deductions reduce this item to zero, after which no further payments will be made under this item.

(2)If the total of payments so made does not reduce this item to zero, the balance will be paid to the Contractor in the final payment under the contract.

(3)The retained percentage will be paid in accordance with the Payments to Contractor clause of this contract.

(f)The Contracting Officer shall determine the value and suitability of the construction plant, equipment, materials, structures and facilities. The Contracting Officer's determinations are not subject to appeal.

(End of clause)

252.236-7006 COST LIMITATION (JAN 1997)

(a)Certain items in this solicitation are subject to statutory cost limitations. The limitations are stated in the Schedule.

(b)An offer which does not state separate prices for the items identified in the Schedule as subject to a cost limitation may be considered nonresponsive.

(c)Prices stated in offers for items subject to cost limitations shall include an appropriate apportionment of all costs, direct and indirect, overhead, and profit.

(d) Offers may be rejected which--

(1)Are materially unbalanced for the purpose of bringing items within cost limitations; or

(2)Exceed the cost limitations, unless the limitations have been waived by the Government prior to award.

252.243-7001 PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR part 31 and DFARS part 231, in effect on the date of this contract, apply.

252.243-7002 REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)

(a) The amount of any request for equitable adjustment to contract terms shall accurately reflect the contract adjustment for which the Contractor believes the Government is liable. The request shall include only costs for performing the change, and shall not include any costs that already have been reimbursed or that have been separately claimed. All indirect costs included in the request shall be properly allocable to the change in accordance with applicable acquisition regulations.

(b) In accordance with 10 U.S.C. 2410(a), any request for equitable adjustment to contract terms that exceeds the simplified acquisition threshold shall bear, at the time of submission, the following certificate executed by an individual authorized to certify the request on behalf of the Contractor:

I certify that the request is made in good faith, and that the supporting data are accurate and complete to the best of my knowledge and belief.

-------------------------------------------------------------------

(Official's Name)

-------------------------------------------------------------------

(Title)

(c) The certification in paragraph (b) of this clause requires full disclosure of all relevant facts, including--

(1) Cost or pricing data if required in accordance with subsection 15.403-4 of the Federal Acquisition Regulation (FAR); and

(2) Information other than cost or pricing data, in accordance with subsection 15.403-3 of the FAR, including actual cost data and data to support any estimated costs, even if cost or pricing data are not required.

(d) The certification requirement in paragraph (b) of this clause does not apply to----

(1) Requests for routine contract payments; for example, requests for payment for accepted supplies and services, routine vouchers under a cost-reimbursement type contract, or progress payment invoices; or

(2) Final adjustment under an incentive provision of the contract.

252.244-7000 SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (DOD) (MAR 2000)

In addition to the clauses listed in paragraph (c) of the Subcontracts for Commercial Items and Commercial Components clause of this contract (Federal Acquisition Regulation 52.244-6), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (10 U.S.C. 2241 note).

252.247-7023 Transportation of Supplies by Sea (10 U.S.C. 2631).

252.247-7024 Notification of Transportation of Supplies by Sea (10 U.S.C. 2631).

(End of clause)

252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991)

At the time of each delivery of supplies or services under this contract, the Contractor shall prepare and furnish to the Government a Material Inspection and Receiving Report in the manner and to the extent required by Appendix F, Material Inspection and Receiving Report, of the Defense FAR Supplement.

(End of clause)

252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000)

(a) Definitions. As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information --

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief --

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) The Contractor shall include this clause, including this paragraph (h), in all subcontractors under this contract that--

(1) Exceed the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation; and

(2) Are for a type of supplies described in paragraph (b)(3) of this clause.

(End of clause)

252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (MAR 2000)

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor --

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause; including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties--

(1) In all subcontracts under this contract, if this contract is a construction contract; or

(2) If this contract is not a construction contract, in all subcontracts under this contract that are for--

(i) Noncommercial items; or

(ii) Commercial items that--

(A) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it subcontracts for f.o.b. destination shipment);

(B) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(C) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(End of clause)

# SECTION 00800
# SPECIAL PROVISIONS
# TABLE OF CONTENTS


| PARAGRAPH | TITLE | PAGE |
|---|---|---|
| 1. | COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (1965 APRIL OCE) | 1 |
| 2. | PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984) | 1 |
| 3. | SUBMITTAL OF WORK TO BE PERFORMED BY THE CONTRACTOR | 2 |
| 4. | LIQUIDATED DAMAGES - CONSTRUCTION (APR 1984) | 2 |
| 5. | CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (aug 2000) | 2 |
| 6. | PHYSICAL CONDITIONS | 4 |
| 7. | TIME EXTENSIONS | 10 |
| 8. | LAYOUT OF WORK (APRIL 1984) | 11 |
| 9. | DATUM AND BENCH MARKS | 11 |
| 10. | ESTIMATED QUANTITIES | 12 |
| 11. | VARIATION IN ESTIMATED QUANTITIES - DREDGING (JAN 1985) | 12 |
| 12. | HEAD PROTECTION (HARD HATS) | 13 |
| 13. | SIGNAL LIGHTS (FEB 1983) | 13 |
| 14. | REVERSE SIGNAL ALARM | 14 |
| 15. | FLOATING PIPELINES | 15 |
| 16. | MISPLACED MATERIAL (JAN 1965) | 15 |
| 17. | CONTINUITY OF WORK (APR 1965) | 15 |
| 18. | FINAL EXAMINATION AND ACCEPTANCE (APR. 1965) | 16 |
| 19. | SHOALING (APR 1965) | 17 |
| 20. | INSPECTION (APR 1965) | 17 |
| 21. | FIELD OFFICE | 18 |
| 22. | ACCOMMODATIONS FOR GOVERNMENT INSPECTORS | 18 |
| 23. | EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE (1985 JAN OCE) | 19 |
| 24. | FUEL USAGE | 20 |
| 25. | OIL TRANSFER OPERATIONS | 20 |
| 26. | WAGE RATES | 21 |
| 27. | LABOR-ADDITIONAL REQUIREMENTS | 21 |
| 28. | NOTICE TO MARINERS | 21 |
| 29. | ENVIRONMENTAL LITIGATION (1974 NOV OCE) | 22 |
| 30. | NOISE LEVEL CRITERIA | 22 |
| 31. | CERF IMPLEMENTATION (83 Jun 1 OCE) | 23 |
| 32. | THE SEAGOING BARGE ACT (46 USC 395 ET SEQ.) | 24 |
| 33. | PERFORMANCE EVALUATION OF CONTRACTOR (APR 1984) | 25 |
| 34. | PRICING OF ADJUSTMENTS (APR 1984) | 25 |

35. PRECONSTRUCTION CONFERENCE ........ 25
36. BID GUARANTEE ........ 26
37. QUANTITY SURVEYS ........ 27
38. SAFETY SIGN ........ 29
39. PROJECT SIGN ........ 30
40. EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS ........ 30
41. SCHEDULING AND DETERMINATION OF PROGRESS ........ 30
42. SPECIAL PROHIBITION ON EMPLOYMENT ........ 32
43. SUPERINTENDENCE OF SUBCONTRACTS (JAN 1965) ........ 33
44. PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS 34
45. SUBMISSION OF CLAIMS ........ 37
46. YEAR 2000 COMPLIANCE ........ 38
47. SAFETY REQUIREMENTS FOR OPERATIONS ADJACENT TO POWER LINES ........ 38
48. CRANE AND DRAGLINE SAFETY REQUIREMENTS ........ 39
49. Operator Qualifications for Floating Cranes and Floating Derricks (Safety and Health Requirement, EM385-1-1, Section 16.C) ........ 39
50. ACCIDENT PREVENTION PLAN ........ 39
51. ALTERATIONS IN CONTRACT (APR 1984) ........ 40
52. BID GUARANTEE ........ 40
53. CONTINUING CONTRACTS (1985 JAN HQ USACE) ........ 41

# SECTION 00800

## SPECIAL PROVISIONS

**1. COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (1965 APRIL OCE)**

a. The Contractor will be required to commence operations under this contract within **five (5)** calendar days after the date of receipt by him of the notice to proceed, to prosecute said work diligently and to complete the entire work ready for use not later than **nineteen (19)** calendar days after the date of receipt by him of the notice to proceed. Should the total quantity of material to be paid for and actually removed under the contract exceed the limit established in the clause entitled "Variations in Estimated Quantities," additional time will be allowed at the rate of **one (1)** calendar day for each **3,000** cubic yards in excess of the established limit. The time stated for completion shall include final cleanup. (EFARS 52.2/9110 (a))

The work is estimated to cost between $1,000,000.00 and $5,000,000.00. The estimated volume to be dredged is 41,000 cubic yards.

b. **THE CONTRACTOR IS REQUIRED TO COMPLY WITH THE FOLLOWING DREDGING/PLACEMENT RESTRICTIONS AND MONITORING REQUIREMENTS:**

DREDGING/PLACEMENT RESTRICTIONS IMPOSED BY THE NEW JERSEY WATER QUALITY CERTIFICATE AND COASTAL ZONE MANAGEMENT CONSISTENCY (See Section 00900, Attachment F).

**2. PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)**

The Contractor shall perform on the site, and with its own organization and equipment, work equivalent to at least forty (40) percent of the total amount of work to be performed under the contract. This percentage may be reduced by a

supplemental agreement to this contract if, during performance of the work, the Contractor requests a reduction and the Contracting Officer and/or his Representative determines that the reduction would be to the advantage of the Government. (FAR 52.236-01)

**3. SUBMITTAL OF WORK TO BE PERFORMED BY THE CONTRACTOR**

The Contractor shall furnish the Contracting Officer and/or his Representative, within ten (10) days after award, items of work he will perform with his own forces and the estimated cost of those items. The percentage of work that must be performed by the Contractor is stated in paragraph H-2, entitled: "PERFORMANCE OF WORK BY THE CONTRACTOR."

**4. LIQUIDATED DAMAGES - CONSTRUCTION (APR 1984)**

a. If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of **$980.00** for each calendar day of delay until the work is completed or accepted.

b. If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

**5. CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS (AUG 2000)**

a. The Government will provide to the contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the contracting officer.

b. The Contractor shall-

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b).

(5) Reproduce and print contract drawings and specifications as needed.

c. In general—

(1) Large-scale drawings shall govern small scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

d. Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieved the contractor from performing such omitted or misdescribed details of the work. The contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

e. The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| CONTRACT DRAWING | DESCRIPTION | DATE |
|---|---|---|
| File Number 846A (Sheets 1 - 6) | Maintenance Dredging of Port Elizabeth Pierhead Channel of Newark Bay, Hackensack and Passaic Rivers New Jersey Federal Navigation Project | March 2001 |
| 1 | Index | |
| 2 | Layout of Dredging Area | |
| 3 | Soundings of Dredging Area | |
| 4 | Soundings of Dredging Area | |

5 Soundings of Dredging Area
6 Soundings of Dredging Area

f. The Contractor shall check all drawings furnished him immediately upon their receipt and shall promptly notify the Contracting Officer or Contracting Officer's Representative of any discrepancies. Figures marked on drawings shall in general be followed in preference to scale measurements unless dimensions are specified. Large-scale drawings shall in general govern over small-scale drawings. Information and data provided in contract specifications shall govern over similar information and data specified in contract drawings. The Contractor shall compare all drawings and verify the figures before laying out the work and will be responsible for any errors which might have thereby been avoided (DOD FAR Suppl. 52.236-7002).

## 6. PHYSICAL CONDITIONS

The information and data furnished or referred to below are not intended as representations or warranties but are furnished for information only. It is expressly understood that the Government will not be responsible for the accuracy thereof or for any deduction, interpretation or conclusion drawn by the Contractor.

a. WEATHER CONDITIONS. The site of the work is not exposed to severe wind and wave action and the Contractor's operations are not likely to be affected by ordinary storms. Real-time data are available on the World Wide Web at http://www.nws.fsu.edu/B/buoy?station=45N.

(1) Fog. An examination of the records of the U.S. Weather Bureau at Newark International Airport, New Jersey, discloses an average of 31 days per year on which dense fog (visibility of 1/4 mile or less) occurs in the New York Harbor area. The maximum number of days in which dense fog occurred in any year was 45 in 1959. The maximum number of days in which dense fog occurred in any month was 4 days in June.

Fog Information for 1999 from Port Series, based on Newark

| Month | Heavy Fog Days (visibility < 1.4 mile) |
|---|---|
| JAN | 2.1 |
| FEB | 1.6 |
| MAR | 1.4 |
| APR | 1.1 |
| MAY | 1.6 |
| JUN | 1.1 |
| JUL | 0.4 |
| AUG | 0.5 |
| SEP | 0.8 |
| OCT | 1.9 |
| NOV | 1.7 |
| DEC | 1.7 |

(2) Winds. Wind conditions for Newark International Airport, based on historical data maintained by the National Weather Service's National Buoy Center[1] (http://www.ndbc.noaa.gov/station page.phtml?$station=44025) are as follows:

Wind conditions for Newark International Airport, based on 55 years of data!

| Month | Average Wind Speed (MPH) | Peak One-Minute Wind Gust (MPH) |
|---|---|---|
| JAN | 11.2 | 52 |
| FEB | 11.5 | 46 |
| MAR | 11.9 | 45 |
| APR | 11.2 | 50 |
| MAY | 10 | 50 |
| JUN | 9.5 | 58 |
| JUL | 8.9 | 52 |
| AUG | 8.7 | 46 |
| SEP | 9 | 51 |
| OCT | 9.4 | 48 |
| NOV | 10.2 | 82 |
| DEC | 10.8 | 55 |

[1] Based on NDBC Buoy 44025, which is 33 nm south of Islip, NY.

Weather conditions exceeding in severity the conditions described above or average wind speeds over 30 miles per hour (26 kts) will be considered unusually severe weather if delays are caused thereby to operations under the contract.

b. ICE. Icing within the project vicinity is not anticipated. However, in the event that icing does occur, this will be considered to be unusually severe weather.

c. TIDES. The mean range of tides, mean range of spring tides, and irregular fluctuations due to wind and atmospheric pressure for each of the dredging areas are shown in the table below:

Tides, Based on Bayonne Bridge, from 2001 Tide Tables

| | | |
|---|---|---|
| Mean Tide Level | 2.73 | ft |
| Mean Range | 5 | ft |
| Spring Range | 6.05 | ft |

Tidal Currents Based on Bayonne Bridge, from 2001 Tidal Current Tables

| | | |
|---|---|---|
| Max. Flood | 1.9 | kts |
| Max. Ebb | 1.4 | kts |

d. TRANSPORTATION FACILITIES AND CHANNEL TRAFFIC. A controlling depth of at least 35 feet at mean low water is accessible to the project site.

e. BRIDGE AND UTILITY CROSSINGS. A search of the regulatory files within New York District, Corps of Engineers disclosed the existence of the following submarine pipelines and/or structures:

| ITEM NO. | PERMIT NO. | DESCRIPTION |
|---|---|---|

| | | |
|---|---|---|
| 1 | 800.6 | 6 October 1952: (2) 8″ DIA. pipes and (1) 12″ DIA. pipe in Newark Bay - ESSO Standard Oil Co., between Howland Hook, Staten Island, NY and xxx. El. 50′ below MLW. |
| 2 | 1522-15 | 5 March 1974: 8″ DIA. pipeline (Exxon Co.) in Hudson & Union Counties, NJ; connecting Bayonne, NJ and xxx by the C.R.R. Bridge. El. 50′ below MLW. |
| 3 | 1522-15 | 12 October 1973: 14″ DIA. pipeline (Amerada Hess Corp.) between cities of Bayonne and Newark, Hudson and Essex Counties, NJ. North of and parallel to Lehigh Valley R.R. Bridge. El. 42′ below MLW. |
| 4 | 1522-15 | 7 October 1980: 12″ DIA. pipe for Texas Pipeline Co. between Bayonne NJ and Port Ivory, NY. El. 42′ below MLW. |
| 5 | 2610A & 610B | 4 September 1943: (2) War Emergency Oil Pipes between Howland Hook, Richmond County, NY and Bayonne, Hudson County, NJ. El. 42′ below MLW. |
| 6 | 4019 | 9 April 1945: (7) submarine cables between the cities of Elizabeth and Bayonne, NJ (The Central R.R. co. of NJ - Aerial Cable - Submarine Cable & Air line). El. 45′ below MLW. |
| 7 | 4130A | 31 December 1971: 12″ DIA. pipeline rerouting part of existing Texas Pipe Co. line, marked as 1507-24 between Howland Hook, Staten Island, NY and Bayonne, NJ. El. 50′ below MLW. |

| | | |
|---|---|---|
| 8 | 4345 | 4 December 1952: (2) 8″ DIA. pipes marked as 800.6 Newark Bay-Tidewater Pipe Co.-Submarine Pipeline between Staten Island, NY and Bayonne, NJ. |
| 9 | 4888 | 2 September 1955: Cathodic protection for Item 2 of this list. |
| 10 | 5639 | 8 January 1959: 12″ DIA. pipe lowered in Newark Bay at Best Foods Inc. Warf at Bayonne, Hudson County, NJ. El. 42.5′ below MLW. |
| 11 | 5658 | 5 February 1959: 12″ DIA. pipe crossing modified by Permit No. 4130A on 31 December 1971 (see Item 7 of this list). |
| 12 | 6364 | 12 January 1962: (2) 8″ DIA. pipes marked as "285/702 Newark Bay-Public Service Electric and Gas Co.-Submarine Pipeline between Newark and Bayonne". South from and parallel to Lehigh Valley R.R. Bridge. El. 52′ below MLW. |
| 13 | 7399 | 30 January 1967: Marked as "1507-24 Newark Bay-Texas Pipeline Co." protective cover over pipeline in Bayonne at its crossing with Newark Bay Channel at mile 0.6. El. 38′ below MLW. |
| 14 | 8800 | 19 February 1974: Temporary pipes, previously connected to 1522-15, were removed. Check current status. |

f. <u>OBSTRUCTION OF CHANNEL</u>. The Government <u>will not</u> undertake to keep the area free from vessels or other obstructions except to the extent of such regulations, if any, as may be prescribed by the secretary of the army in accordance with the provisions of section 7 of the Rivers and Harbors Act in such manner as to obstruct navigation

as little as possible, and in case the contractor's plant so obstructs the channel as to make difficult or endanger the passage of vessels, said plant shall be promptly moved on the approach of any vessel to such an extent as may be necessary to afford a practicable passage. Upon the completion of the work the Contractor shall promptly remove his plant, including ranges, buoys, piles and other marks placed by him under the contract in navigable waters or on shore.

g. NAVIGATION AIDS. The Contractor shall not relocate or move any aids to navigation that have been established by the U.S. Coast Guard. If it becomes necessary to have any aids to navigation moved in order to complete dredging operations under this contract, the Contractor shall notify the appropriate Coast Guard Office, with a copy to the Contracting Officer and/or his Representative, not less than 15 days prior to the need for movement. The Contractor shall notify the appropriate Coast Guard Office of the approximate time of completion of dredging.

h. LOCATION. The site of the work to be performed under these specifications is the Newark Bay Federal Navigation Channel, specifically it's branch channel at Port Elizabeth, located between Bayonne and Newark, NJ, approximately two miles northward from the confluence with the Kill Van Kull Channel. The two Channels surrounding the southern (pierhead) section, known as Port Elizabeth Pierhead Channel, running parallel to the Newark Bay Channel.

i. LAYING OF SUBMERGED PIPELINES AND OBSTRUCTIONS OF CHANNEL. Should it become necessary in the performance of this contract to close a channel to lay submerged pipeline across a navigable channel, the Contractor shall notify the Contracting Officer or Contracting Officer's Representative in writing to be received in the District office at least ten working days prior to the desired closure date. This notification shall furnish the following:

(1) Location (Channel Centerline Stationing) and depth (above the top of the pipeline) at which the submerged line will be placed;

(2) The desired length of time the channel is to be closed for installation of the pipeline;

(3) The date and hour placement or removal will commence;

(4) The date and hour of anticipated completion; and

(5) The name and telephone number of the person to be contacted for information and response to any emergency condition.

The Coast Guard has indicated that the requirements of navigation may make it necessary to establish times other than those requested. IT SHALL BE THE CONTRACTOR'S RESPONSIBILITY TO COORDINATE HIS PLANS WITH THE COAST GUARD SUFFICIENTLY IN ADVANCE OF THE PLANNED CLOSING TO PREVENT DELAY TO THE DREDGING OPERATIONS AND COMPLY WITH THE COAST GUARD REQUIREMENTS.

j. BRIDGE-TO-BRIDGE RADIO-TELEPHONE EQUIPMENT. In order that radio-telephone communication may be made with passing vessels, all dredges engaged in work under the contract shall be equipped with and operate bridge-to-bridge radio-telephone equipment on VHF Channel 13 (156.65 MHz with low power output having a communication range of approximately ten (10) miles). The Federal Communication Commission has approved the frequency.

**7. TIME EXTENSIONS**

Time extensions for contract changes will depend upon the extent, if any, by which the changes cause delay in completion of the various elements of construction. The change order granting the time extension may provide that the contract completion date will be extended only for those specific elements related to the changed work and that the remaining contract completion dates for all other portions of the work

will not be altered. The change order also may provide an equitable readjustment of liquidated damages under the new completion schedule.

**8. LAYOUT OF WORK (APRIL 1984)**

The Government will provide the basic horizontal control data (coordinated triangulation stations) in the area. The Contractor shall compute and establish in the field all range points required for the proper discharge of his functions. The Contractor shall be responsible for the accuracy of the range points and its computations. The Contractor shall furnish, at his own expense, all stakes, templates, platforms, equipment, range markers, tide staffs and labor as may be required in laying out any part of the work. The Contractor will be held responsible for the execution of the work to such lines and grades as required or indicated by the Contracting Officer or his representative. It shall be the responsibility of the Contractor to maintain and preserve all established stakes, markers...etc. The Contractor may be required to suspend dredging at any time when for any reason the gauges or ranges cannot be seen or properly followed. (EFARS 52.2/9110(c)

**9. DATUM AND BENCH MARKS**

The plane of reference of mean low water as used in these specifications is that determined by the following benchmark and tide gauges:

**BENCH MARK STAMPING:** NB25C Reset 1991

**ELEVATION:** 9.63 (NGVD 1929)

**AGENCY/DISK TYPE:** U.S.ARMY BRONZE DISK

**SETTING CLASSIFICATION:** Concrete Abutment

To reach the station by boat, travel through Newark Bay to

The Sealand Pier located in Elizabeth, New Jersey. The Station is located in the southeastern corner of the concrete pier between two white bollards.

The contractor may contact the New York District Survey Section at (212) 264-0180 for assistance in establishing the location of the bench marks and the tide gages.

**10. ESTIMATED QUANTITIES**

The total estimated quantities of material necessary to be removed from the specified limits to complete the work described in this specifications are computed from the volume computations of the condition survey performed in the project area in January/February 2001.

These volumes were computed as follows:

| | |
|---|---|
| Channel to Grade | 22,925 |
| Channel Overdepth | 13,050 |
| Slope to Grade | 1,095 |
| Slope Overdepth, | 510 |
| Total Available | 37,580 |
| Expected Shoaling by June 2001 | 3,420 |
| Estimated Contract Quantity | 41,000 |

**The Government will survey the project prior to starting work.**

Above estimated quantities were computed from the data shown on the contract drawings. The quantities that may be removed and paid for will be computed by the Triangulated Irregular Network (TIN) method or average end area method as indicated in the Section 00800 C, Part A, paragraph entitled "Measurement and Payment."

**11. VARIATION IN ESTIMATED QUANTITIES - DREDGING (JAN 1985)**

Where the quantity of a pay item in this contract is an estimated quantity and where the actual quantity of material within the required dredging prism varies more than fifteen percent (15%) above or below the stated estimated quantity

within the required dredging prism, an equitable adjustment in the contract unit price will be made upon the demand of either party. The equitable adjustment will be based upon any increase or decrease in costs due solely to the variations above one-hundred fifteen percent (115%) or below eighty-five percent (85%) of the estimated quantity. An adjustment in the contract unit price will also apply to that part of the actual quantity of allowable overdepth material above one-hundred fifteen percent (115%) or below eighty-five percent (85%) of the estimated quantity. (EFARS 52.2/9110(1))

**12. HEAD PROTECTION (HARD HATS)**

**THE ENTIRE WORK SITE UNDER THIS CONTRACT IS DESIGNATED AS A HARD HAT AREA.** The Contractor shall post the area in accordance with the requirements of paragraph 07.C.03, EM 325-1-1, and shall ensure that all prime and subcontractor personnel, vendors, and visitors utilize hard hats while within the project area. (DO 385-1-3 4 Nov. 77)

**13. SIGNAL LIGHTS (FEB 1983)**

The Contractor shall display signal lights and conduct his operations in accordance with the General Regulations of the Coast Guard governing lights and day signals to be displayed by towing vessels with tows on which no light signals can be displayed. Vessels working on wrecks, dredges, and vessels engaged in laying cables or pipe or in submarine or bank protection operations, lights to be displayed on dredge pipelines, and day signals to be displayed by vessels of more than 65 feet in length moored or anchored in a fairway or channel, and the passing by other vessels of floating plant working in navigable channels, as approved by the Commandant, U.S. Coast Guard with respect to vessels on the high seas (33 CAR 81 App. A-72 COLREGS, Part C), vessels in inland waters (33-CFR 93.18 - 93.31a), and vessels in western rivers (33 CFR 95.5.51 - 95.70)), as applicable. (DAEN-PRP Ind dtd. 12 Sep. 83)

## 14. REVERSE SIGNAL ALARM

a. All construction equipment, except light service trucks, panels, pickup trucks, station wagons, crawler-type cranes, power shovels and draglines, whether moving alone or in combination shall be equipped with reverse signal alarms. The alarm shall be mounted on the rear of the equipment and shall be protected or constructed as to withstand severe wear and tear, adverse weather and unfavorable environmental working conditions and shall be certified by the manufacturer to fully meet the following performance standards.

b. The alarm shall produce a relatively pure tone which shall peak within the American National Stds. Inst. standard octave pass band of 600 to 2400 cycles per second and shall produce a 0.2 to 0.5 second audible warning within the initial three (3) feet of backward movement of the vehicle on which it is mounted and at regular intervals, not to exceed three (3) seconds throughout the backward movement. The alarm shall automatically stop when backward movement ceases. The sound intensity of the alarm shall range from and not exceed 90-100 db (decibels) at a horizontal distance of five feet from the alarm.

c. Actuation of the alarm shall be automatic by direct connections to any part of the equipment that moves or acts in a manner distinctive only to the rearward movement of the vehicle with no manual controls of any kind between the source of actuation and the alarm. Where application of this requirement to specific types of the equipment has impractical application, other means of actuation may be used upon written approval of the Contracting Officer and/or his Representative or his representative.

d. The use of the alarm shall be in the addition to prescribed requirements for signalmen.

15. **FLOATING PIPELINES**

Floating pipelines, used as access ways, shall be equipped with walkways and guardrails. In accordance with EM 385-1-1, the walkway shall be securely anchored to the pipeline and a guardrail equivalent in strength to a wood rail 2 in. x 4 in. shall be provided on at least one side of the walkway and shall be secured to uprights at intervals of not more then 8 feet and of not less than 36 inches, nor more than 42 inches in height above the walkway. Floating pipelines not equipped with walkways shall be barricaded to positively prevent personal access.

16. **MISPLACED MATERIAL (JAN 1965)**

Should the Contractor during the progress of the work, lose, dump, throw overboard, sink, or misplace any material, plant, machinery, or appliance, which in the opinion of the Contracting Officer and/or his Representative may be dangerous to or obstruct navigation, the Contractor shall recover and remove the same with the utmost dispatch. The Contractor shall give immediate notice, with description and location of such obstructions, to the Contracting Officer and/or his Representative or inspector, and when required shall mark or buoy such obstruction until the same are removed. Should he refuse, neglect, or delay compliance with the above requirements, such obstructions may be removed by the Contracting Officer and/or his Representative, and the cost of such removal may be deducted from any money due or to become due to the Contractor, or may be recovered under his bond. The liability of the Contractor for the removal of a vessel wrecked or sunk without fault or negligence shall be limited to that provided in Sections 15, 19, and 20 of the Rivers and Harbors Act of March 3, 1899 (33 USC. 410 et seq.) (DOD FARS SUPPL. 52.236-7006).

17. **CONTINUITY OF WORK (APR 1965)**

No payment will be made for work done in any area designated by the Contracting Officer and/or his Representative until the full depth required under the contract is secured in the whole of such area, unless prevented by ledge rock; nor will payment

be made for excavation in any area not adjacent to and in prolongation of areas where full depth has been secured except by decision of the Contracting Officer or Contracting Officer's Representative. Should any such nonadjacent area be excavated to full depth during the operations carried on under the contract, payment for all work therein may be deferred until the required depth has been made in the area intervening. The Contractor may be required to suspend dredging at any time when for any reason the gauges or ranges cannot be seen or properly followed. (EFARS 52.2/9110(C)

**18. FINAL EXAMINATION AND ACCEPTANCE (APR. 1965)**

a. As soon as practicable after the completion of the entire work such work will be thoroughly examined at the cost and expense of the Government by sounding or by sweeping, or both, as determined by the Contracting Officer and/or his Representative. Should any shoals, lumps, or other lack of contract depth be disclosed by this examination the Contractor will be required to remove same by dredging at the contract rate for dredging or by other method approved by the contracting officer, but if the bottom is soft and the shoal areas are small and form no material obstruction to navigation, the removal of such shoal may be waived by the discretion of the Contracting Officer and/or his Representative. The Contractor or his authorized representative will be notified when soundings and/or sweepings are to be made, and will be required to accompany the survey party. When the area is found to be in a satisfactory condition, it will be accepted finally. Should more than two soundings or sweeping operations by the Government over an area be necessary by reason of work for the removal of shoals disclosed at a prior sounding or sweeping operations, this work will be charged against the Contractor. The rate for each day in which the Government plant is engaged in such sounding or sweeping operations and/or is en route to or from the site or held, for the Contractor's convenience, at or near the site for these operations shall be $1,850 except on Saturday, Sunday and Holidays when the rate shall be $2,125.

b. Final acceptance of the whole or a part of the work and the deductions or corrections of deductions made thereon will not be reopened after having once been made, except on evidence of collusion, fraud, or obvious error, and the acceptance of a completed section shall not change the time of payment of the retained percentages of the whole or any part of the work.

c. The entire area within the contract limits will be surveyed for final examination and acceptance.

**19. SHOALING (APR 1965)**

If, before the contract is completed, shoaling occurs in any section previously accepted, including shoaling in the finished channel, because of the natural lowering of the side slopes, re-dredging at the contract price, within the limit of available funds, may be done if agreeable to both the Contractor and the Contracting Officer and/or his Representative.

**20. INSPECTION (APR 1965)**

The presence of the inspector shall not relieve the Contractor of the responsibility for the proper execution of the work in accordance with the specifications. The Contractor will be required:

a. To furnish, on the request of the Contracting Officer and/or his Representative or any inspector, the use of such boats, boatmen, laborers, a part of the ordinary and usual equipment and crew of the dredging plant as may be reasonably necessary in inspecting and supervising the work. However, the Contractor will not be required to furnish such facilities for the surveys prescribed in the clause H-18, entitled: "Final Examination and Acceptance."

b. To furnish, on the request of the Contracting Officer or the Contracting Officer's Representative or any inspector, suitable transportation from all points on shore designated by the Contracting Officer and/or his

Representative to and from the various pieces of plant and to and from the placement area. Should the Contractor refuse, neglect, or delay compliance with these requirements, the specific facilities may be furnished and maintained by the Contracting Officer or Contracting Officer Representative, and the cost thereof will be deducted from any amounts due or to become due to the Contractor.

21. **FIELD OFFICE**

a. The Contractor shall provide at the job site a separate 40-foot by 12-foot field office for the exclusive use by the Government representatives. The Contracting Officer or his representative will designate the desired location. The trailer shall be well constructed and properly ventilated and shall contain a closet and door, windows which shall be capable of being locked, one (1) desk and one (1) file cabinet which can be locked, two (2) chairs, telephone services, one (1) plan rack and drawing board with stool. The furniture may be of temporary nature. The Contractor shall also provide drinking water, electricity, heat, toilet facilities, and janitorial and maintenance services. The field office shall be removed from the project site when and as directed by the Contracting Officer.

b. No separate payment will be made for providing the above accommodations and all costs in connection therewith will be considered the obligation of the Contractor.

22. **ACCOMMODATIONS FOR GOVERNMENT INSPECTORS**

The Contractor shall furnish regularly to Government inspectors onboard the dredge or other craft upon which they are employed a suitable separate room for an office. The room shall be fully equipped and maintained to the satisfaction of the Contracting Officer and/or his Representative; it shall be properly heated, ventilated, and lighted, and shall have a desk which can be locked, and a chair for each inspector, and washing conveniences. In addition, the Contractor shall provide a suitable sleeping area for use by the Government

inspector when weather or sea conditions preclude safe transfer to shore. The entire cost to the Contractor for furnishing, equipping and maintaining the foregoing accommodations shall be included in the contract price. If the Contractor fails to meet these requirements, the Contracting Officer and/or his Representative will secure the facilities referred to above, and the cost thereof will be deducted from payments to the Contractor.

**23. EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE (1985 JAN OCE)**

a. Allowable costs for construction equipment in sound workable condition owned or controlled and furnished by a contractor or subcontractor at any tier shall be based on actual cost data when the Government can determine both ownership and operating costs for each piece of equipment or equipment groups of similar serial and series from the contractor's accounting records. When both ownership and operating costs cannot be determined from the contractor's accounting records, equipment costs shall be based upon the applicable provision of EP 1110-1-8, "Construction Equipment Ownership and Operating Expense Schedule," Region I.

Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the contracting officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule effect at the time of negotiations shall apply. For retrospective pricing, the schedule in effect at the time the work was performed shall apply.

b. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d)(ii) and FAR 31.205-36 substantiated by certified copies of paid invoices. Rates for equipment rented from an organization under common control, lease-purchase or sale-leaseback arrangements will be determined using the schedule except that rental costs leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated leases are allowable. Costs for major repairs and overhaul are unallowable.

c. When actual equipment costs are proposed and the total amount of the pricing action is over $25,000, cost or pricing data shall be submitted on Standard Form 1411, "Contract Pricing Proposal Cover Sheet." By submitting cost or pricing data, the contractor grants to the contracting officer or an authorizing representative the right to examine those books, records, documents and other supporting data that will permit evaluation of the proposed equipment costs. After price agreement the contractor shall certify that the equipment costs or pricing data submitted are accurate, complete and current. (EFARS 52.2/9108(f))

**24. FUEL USAGE**

The Contractor shall furnish the Contracting Officer and/or his Representative a report, to be received on or before the last day of the calendar month, listing the totals of fuels consumed by the dredging plant, supporting vessels, and other construction equipments. The report shall list the quantities of different fuels separately. The report shall cover the period from the 25th of the preceding month to the 25th of the current month.

**25. OIL TRANSFER OPERATIONS**

The Contractor shall assure that oil transfer operations to or from his plant comply with all Federal, state, municipal laws, codes and regulations (See attachment I of Section 00900 for regulation on "Oil and Hazardous Material Transfer Operations"

- 33 CFR 156). Particular attention is invited to 33 CFR Subchapter O, Pollution. The Contractor shall incorporate in the accident prevention program (Section 00800 S-3), submitted in compliance with Section 00700, contract clause "ACCIDENT PREVENTION," sufficient information to demonstrate that all fuel transfers will be made in compliance with 33 CFR 156 and any other applicable laws, codes and regulations. (NAP-1/81)

## 26. WAGE RATES

The attached schedule of wage rates contains rates applicable to all work under this contract (see Section 00900, Attachment B).

## 27. LABOR-ADDITIONAL REQUIREMENTS

Fringe benefits statement: The method of payment of applicable fringe benefits will be indicated on DD From 879, Statement of Compliance, and attached to each weekly payroll.

## 28. NOTICE TO MARINERS

The Contractor shall, prior to commencement of work, notify the 3rd Coast Guard District, Aids to Navigation Officer, of his proposed operations including location and duration of operations and request that the information be published in the "Notice to Mariners." This notification must be in sufficient time so that it appears in the Notice at least **15 days** prior to the commencement of the dredging operation.

**29. ENVIRONMENTAL LITIGATION (1974 NOV OCE)**

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer and/or his Representative, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than as required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer and/or his Representative in the administration of this contract under the terms of Section I, contract clause entitled "SUSPENSION OF WORK." The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation," as used herein, means a lawsuit alleging that the work will have an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment. (EFARS 52.2/9109 (j))

**30. NOISE LEVEL CRITERIA**

Maximum sound pressure levels measured at the booster pumps, engine generators and vehicles including muffler and exhaust components, shall not exceed decibel values prescribed by Federal, State and local codes and regulations. The foregoing applies with the pumps under normal operating conditions at not less than 50% full rated load. Test will be performed at no additional cost to the Government by the Contractor, or the pump engine and generator manufacturer or by an approved testing agency having proven capability in noise measurements

and using approved measurement equipment and acceptable measurement procedures. Test data will be submitted to the Contracting Officer for approval 5 days after the commencement of dredging operations. Should the sound pressure (noise) level test data indicate a need for sound reduction, the Contractor will provide necessary enclosures, baffles or any other appropriate means around booster pumps and engine generators including muffler and exhaust components, so as to attain noise levels which do not exceed those prescribed by aforementioned regulations. Details of the proposed enclosure or baffling arrangement shall be submitted to the Contracting Officer for approval. Such details will be accomplished by calculations, which indicate anticipated compliance of sound pressure (noise) levels with codes and regulations noted herein before. All this is especially enforceable where these booster and engine generators locations are in bathing areas.

**31. CERF IMPLEMENTATION (83 JUN 1 OCE)**

If the work specified in this contract is performed by a hopper dredge(s), the owner must have an active Basic Ordering Agreement (BOA) for the hopper dredge(s) on file with the Corps of Engineers. The Contractor shall be obligated to make the hopper dredge(s) available to serve in the Corps of Engineers Reserve Fleet (CERF) at any time that the hopper dredge(s) is performing work under this contract. When the Contracting Officer and/or his Representative is notified of the decision to activate the dredge(s) into the CERF, he shall take appropriate action to release the dredge(s). He may then extend or terminate the contract to implement whichever action is in the best interest of the Government. The CERF contract shall also be subject to the following condition:

a. The Director of Civil Works may require the contractor to perform emergency dredging at another CONUS (48 contiguous states) site for a period of time equal to the remaining time under this contract at the date of notification plus up to ninety (90) days at the previously negotiated rate which appears on the schedule of prices in the BOA.

b. The Chief of Engineers may require the contractor to perform emergency dredging at an OCONUS (Outside CONUS which includes Alaska, Hawaii, Puerto Rico, the Virgin Islands, or U.S. Trust Territories) site for a period of time equal to the time remaining under this contract at the date of notification plus up to one hundred eighty (180) days at the negotiated rate which appears on the schedule of prices in the BOA.

c. The CERF shall be activated by the Chief of Engineers or the Director of Civil Works; then the Ordering Contracting Officer and/or his Representative will notify the contractor. From the time of notification, the selected hopper dredge(s) must depart for the emergency assignment within seventy-two (72) hours for CONUS or ten (10) days for OCONUS assignments.

d. A confirming delivery order will be issued pursuant to the Basic Ordering Agreement (BOA) by the Ordering Contracting Officer and/or his Representative. Such delivery order shall utilize the schedule of rates in the BOA for the specific hopper dredges(s).

e. If during the time period specified in a, b, or c, above, a CERF vessel(s) is still required, the contract performance may be continued for additional time by mutual agreement. (EFARS 52.2/9112)

**32. THE SEAGOING BARGE ACT (46 USC 395 ET SEQ.)**

The Seagoing Barge Act applies to this project. In the event the low bidder contemplates using plant that requires U.S. Coast Guard certification to comply with this Act, the low bidder shall within five (5) calendar days after bid opening submit a copy of said certificate to the Contracting Officer and/or his Representative. Failure to produce the certificate within the required time shall subject the bidder to a determination of nonresponsibility.

33. **PERFORMANCE EVALUATION OF CONTRACTOR (APR 1984)**

a. As a minimum, the Contractor's performance will be evaluated upon final acceptance of the work. However, interim evaluation may be prepared at any time during contract performance when determined to be in the best interest of the Government.

b. The format for the evaluation will be DD Form 2626, and the Contractor will be rated either outstanding, satisfactory, or unsatisfactory in the areas of Contractor Quality Control, Timely Performance, Effectiveness of Management, Compliance with Labor Standards, and Compliance with Safety Standards. The Contractor will be advised of any unsatisfactory rating, either in an individual element or in the overall rating, prior to completing the evaluation, and all Contractor comments will be maintained as part of the official record. Performance Evaluation Reports will be available to all DOD contracting offices for their future use in determining Contractor responsibility, in compliance with FAR 36.201 (c). (DEAN-PRP Ltr dtd 30 Apr 84)

34. **PRICING OF ADJUSTMENTS (APR 1984)**

When costs are a factor in any determination of a contract price adjustment pursuant to the Changes clause or any other clause of this contract, such costs shall be in accordance with Part 31 of the Federal Acquisition Regulation and the DOD FAR Supplement in effect on the date of this contract (DOD FAR SUPP 52.243.7001) costs shall be in accordance with Part 31 of the Federal Acquisition Regulation.

35. **PRECONSTRUCTION CONFERENCE**

A preconstruction conference will be arranged by the Contracting Officer and/or his Representative after award of contract and before commencement of work. The Contracting Officer's representative will notify the Contractor of the time and date set for the meeting. At this conference, the Contractor shall be oriented with respect to Government procedures and line of authority, contractual, administrative,

and construction matters. Additionally, a schedule of required submittals will be discussed (see Section J, Attachment J).

The contractor shall bring to this conference the following items in either completed or draft form:

a. The Contractor's order of work for dredging and performing other work, including disposal area plan.

b. Accident Prevention Plan (advance copies required, see Section 00800 S) including the Hazard Analysis as per section 00800 S-3.

c. Quality Control Plan (see Section 00800 E).

d. Letter appointing Superintendent.

e. List of subcontractors

**36. BID GUARANTEE**

a. The offeror (bidder) shall furnish a separate bid bond, or United States bonds, Treasury notes or other public debt obligation of the United States, in the proper amount, by the time set for opening of bids. Failure to do so may be cause for rejection of the bid. The Contracting Officer and/or his Representative will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.

b. If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or give a bond(s) as required by the solicitation within the time specified, the Contracting Officer and/or his Representative may terminate the contract for default.

c. Unless otherwise specified in the bid, the bidder will (1) allow the number of days as indicated in paragraph

13D of Standard Form 1442 for acceptance of its bid and (2) give bond within 10 days after receipt of the forms by the bidder.

d. In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid. The bid bond, or bonds or notes of the United States, is available to offset the difference.

37. **QUANTITY SURVEYS**

a. Quantity surveys shall be conducted, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and in place.

b. The Government shall conduct the original and final surveys and make the computations based on them. The Contractor shall conduct the survey for any periods for which progress payments are requested and shall make the computations based on these surveys. These surveys conducted by the Contractor shall be conducted under the direction of a representative of the Contracting Officer, unless the Contracting Officer waives this requirement in a specific instance.

c. Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records relating to the survey or to the layout of the work to the Contracting Officer and/or his Representative, who shall use them as necessary to determine the amount of progress payments. The Contractor shall retain copies of all such material furnished to the Contracting Officer and/or his Representative. (FAR 52.236-16)

d. Contractor's participation in surveys: In accordance with agency policy guidance, the preferred methods of performance of all hydrographic quantity surveys shall be (in descending order):

(1) The Government will perform quantity surveys by using qualified in-house crews, if available.

(2) The Government will provide quantity surveys by contracting directly with qualified independent hydrographic survey contractors.

(3) The Government will permit, only in exceptional circumstances, the use of dredging contractor's surveys if the Contracting Officer and/or his Representative determine that such surveys are adequate and reasonable for payment purposes.

If it is determined by the Contracting Officer that it is impractical for Government personnel to perform the original and final surveys and the Government wishes the Contractor's surveys to be used, the following will be required from the Contractor:

(a) Acceptance of all monumentation and transponder locations.

(b) Witness by a Corps of Engineers representative of all calibration procedures such as vertical and horizontal control.

(c) Corps of Engineers observation of raw data collection.

(d) Submittal of both unedited as well as edited versions of survey maps.

(e) Subsequent acceptance of edited survey map after determination by Corps survey personnel that editing was conducted in accordance with U.S. Army Corps of Engineers specifications and guidelines. (FAR 52.236-16 - ALTERNATE I, APR 1984)

e. The Contractor is obligated to participate in all stages of data collection during the performance of Before and After Dredge Surveys. Any disagreements with the data collection process shall immediately be brought to the attention of the Contracting Officer or his

representative who will determine the necessary corrective measures, if any. **Failure to be present during the survey data collection disqualifies the Contractor from any such related claims.**

**38. SAFETY SIGN**

The Contractor shall construct a safety sign at a location directed by the Contracting Officer and/or his Representative. The sign shall be 6 feet by 4 feet and shall conform to the requirements as specified in Section 00900 J, Attachment G, Project Identification and Safety Signs. The Corps of Engineers castle logo (an 8.5" x 11" red decal) to be used on the sign will be Government furnished. The Contractor will be given this logo at the time of the preconstruction conference.

The decal shall receive a thin coat of clear spar varnish after application. The sign shall be erected as soon as possible and within 5 calendar days after the date of the receipt of the Notice to Proceed. The data required by the sign shall be corrected daily. No separate payment will be made for erecting and maintaining the safety sign and all costs in connection therewith will be considered the obligation of the contractor. Upon completion of the project, the Contractor shall remove the sign from the work site.

39. PROJECT SIGN

The Contractor shall furnish and erect a project sign at a location directed by the Contracting Officer or Contracting Officer's Representative. The project sign shall conform with all requirements as specified in Section J, Attachment G, Project Identification and Safety Signs. The Corps of Engineers' castle logo and other logos (8.5" x 11") to be used on the sign will be Government furnished. The Contractor will be given these logos at the time of the preconstruction conference.
The decal(s) shall receive a thin coat of clear spar varnish after application. The Contractor shall maintain the sign in good condition throughout the construction period. No separate payment will be made for erecting and maintaining the project sign, and all costs in connection therewith will be considered the obligation of the Contractor. Upon completion of the project, the Contractor shall remove the sign from the work site.

40. EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS

Notwithstanding the clause of this contract entitled "Subcontracts," the Contractor shall not enter into a first-tier subcontract for an estimated or actual amount of $1 million or more without obtaining in writing from the Contracting Officer and/or his Representative a clearance that the proposed subcontractor is in compliance with the equal opportunity requirements and therefore is eligible for award.

41. SCHEDULING AND DETERMINATION OF PROGRESS

In accordance with the contract provisions, the Contractor shall, within five (5) days after receipt of Notice to Proceed by him or as otherwise determined by the Contracting Officer and/or his Representative, submit for approval a practicable progress schedule. The progress schedule shall be in the form of a chart graphically indicating the sequence proposed to accomplish each work feature of operation (Eng. Form 2454 or an acceptable equivalent -e.g., computer-generated from a commercially-available project management software package). The chart shall be prepared to show the starting and completion dates of all work features on a linear horizontal

time scale beginning with date of the receipt of the Notice to Proceed and indicating calendar days to completion. Each activity in construction shall be represented by an arrow. The head to tail arrangement of arrows shall flow from left to right. Each arrow representing an activity shall be annotated to show the activity description and duration. Contractor shall indicate on the chart the important work features or operations that are critical to the timely overall completion of the project. Key dates for such important work features and portions of work features are milestone dates and shall be so indicated on the chart. This schedule will be the medium through which the timeliness of the Contractor's construction effort is appraised. When changes are authorized that result in contract time extensions, the Contractor shall submit a modified chart for approval by the Contracting Officer and/or his Representative. The terms of Section 00700, Contract Clause entitled: SCHEDULES FOR CONSTRUCTION CONTRACTS, with reference to overtime, extra shifts, etc., may be invoked when the Contractor fails to start or complete work features or portions of same by the time indicated by the milestone dates on the approved progress chart, or when it is apparent to the Contracting Officer from the Contractor's actual progress that these dates will not be met. Neither on the chart nor on the periodic charts which the Contractor is required to prepare and submit, as described in paragraph, SCHEDULES FOR CONSTRUCTION CONTRACTS of the Contract Clauses, shall the actual progress to be entered include or reflect any materials which may be on the site, but are not yet installed or incorporated in the work. For payment purposes only, an allowance will be made by the Contracting Officer and/or his Representative of up to 100 percent of the invoiced cost of materials or equipment delivered to the site but not incorporated into the construction, pursuant to Section 00700, Contract Clause entitled: "PAYMENT UNDER FIXED-PRICE CONSTRUCTION CONTRACTS." The making of such an allowance will be contingent upon a determination by the Contracting Officer and/or his Representative that the Contractor's compliance with the quality control requirements of the contract is more than satisfactory.

When the contractor submits his progress schedule, he will include in the submission a progress curve reflecting the intended schedule for completing the work. The progress curve (S-Curve) will be plotted to reflect Cumulative Progress (Percent) based on placement along the y-axis and Time along the x-axis. The progress curve will be furnished at the same time the progress schedule is submitted for approval and updated monthly by the Contractor.

**42. SPECIAL PROHIBITION ON EMPLOYMENT**

a. Definitions: "Arising out of a contract with the Department of Defense," as used in this clause, means any act in connection with (1) attempting to obtain, (2) obtaining, or (3) performing a contract or subcontract of any agency, department or component of the Department of Defense.

"Convictions of fraud or any other felony," as used in this clause, means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of nolo contendere, for which sentence has been imposed.

b. Section 941, Title IX, Pub. L. 99-500 (10 U.S.C. 2408) prohibits a person who is convicted of fraud or any other felony arising out of a contract with the Department of Defense from working in a management or supervisory capacity on any defense contract, or serving on the board of directors of any defense contractor, for a period, as determined by the Secretary of Defense, of not less than one (1) year from the date of conviction. Defense contractors are subject to a criminal penalty of not more than $500,000 if they are convicted of knowingly employing a person under a prohibition or allowing such person to serve on their board of directors.

c. The Contractor agrees not to knowingly employ any person, convicted of fraud or any other felony arising out of a contract with the Department of Defense contract or subcontract or allow such person to serve on its board of directors from the date the Contractor learns of the

conviction until one (1) year has expired from the date of conviction. However, if the person has also been debarred pursuant to FAR subpart 9.4, the above prohibition shall extend for the period of debarment, but in no event shall the prohibition be less than (1) year from the date of conviction.

d. If the Contractor knowingly employs a convicted person in a management or supervisory capacity on any defense contract or subcontract or knowingly allows such person to serve on its board of directors within the prohibited period, the Government may consider, in addition to the criminal penalties contained in Section 941 of Pub. L. 99-500, other available remedies, such as suspension or debarment and may direct the cancellation of this contract at no cost to the Government, or terminate this contract for default.

e. The Contractor agrees to include the substance of this clause, including this paragraph (e), appropriately modified to reflect the identity and relationship of the parties, in all subcontracts exceeding $25,000.

**43. SUPERINTENDENCE OF SUBCONTRACTS (JAN 1965)**

a. The Contractor shall be required to furnish the following, in addition to the superintendence required by the Contract Clauses entitled: "Superintendence by the Contractor."

(1) If more than 50% and less than 70% of the value of the contract work is subcontracted, one superintendent shall be provided at the site and on the Contractor's payroll to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

(2) If 70% or more of the value of the work is subcontracted, the Contractor shall be required to furnish two such superintendents to be responsible for coordinating, directing, inspecting and expediting the subcontract work.

b. If the Contracting Officer, at any time after 50% of the subcontracted work has been completed, finds that satisfactory progress is being made, he may waive all or part of the above requirement for additional superintendence subject to the right of the Contracting Officer to reinstate such requirement if at any time during the progress of the remaining work he finds that satisfactory progress is not being made. (DOD FAR Supplement 52.236-7008)

**44. PROCEDURES FOR SUBMISSION AND PAYMENT OF ALL CONTRACT PAYMENTS**

In addition to the requirements contained in the Contract Clause entitled "Payments Under Fixed-Price Construction Contracts" and to implement the requirements of the Prompt Payment Act Amendments of 1988, P.L. 100-496, the following shall apply to all payments made under this contract:

a. At the time of submission of the progress chart, the contractor shall submit for approval by the Contracting Officer or his authorized representative a breakdown of the contract work which shall be to the degree of detail required by the Contracting Officer or his representative to effect reasonable progress payments. The Contracting Officer or his representative shall review this breakdown within 30 calendar days after receipt and either advise the contractor that it is approved or disapproved, and if disapproved the reasons for disapproval. Only after the breakdown is approved shall any payment invoice be accepted from the contractor and any payment made to him. The Contracting Officer can determine it is in the best interest of the Government to make payment without an approved breakdown, however, in no case shall more than 10% of the contract amount be paid unless the breakdown is approved.

b. The contractor shall submit his request for payment by submission of a proper invoice to the office or person(s) designated in paragraph "c". For purposes of payment a "proper invoice" is defined as the following:

(1) An estimate of the work completed in accordance with the approved breakdown indicating the percentage of work of each item and the associated costs.

(2) A properly completed ENG Form 93 and 93a (where required).

(3) All contractual submissions indicated elsewhere in this contract to be submitted with payment, such as updated progress schedules, updated submittal registers, etc.

The following certification executed by a responsible official of the organization authorized to bind the firm. A "responsible official" would be either a corporate officer, partner, or owner, in the case of a sole proprietorship:

I hereby certify, to the best of my knowledge and belief, that:

(1) The amounts requested are only for performance in accordance with the specifications, terms and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract requirements and the requirements of Chapter 39 of Title 31, United States Code; and

(3) This request for progress payments does not include any amounts, which the prime contractor intends to withhold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract.

(4) All required prime and subcontractor payrolls have been submitted.

______________________________

(Name)

______________________________

(Title)

______________________________

(Date)

c. The Government shall designate the office or person(s) who shall first receive the invoice submissions and the Contractor shall be notified at the preconstruction conference. In addition, the contractor shall at the same time submit one copy of the detailed breakdown and the ENG Form 93 and 93a Form to the Project Engineer.

d. The Government representative shall return any request for payment, which is deemed defective within 7 days of receipt and shall specify the defects. Telephone calls with MFR or E-mail notification of the Contractor about the defective invoice shall be considered sufficient notice to the Contractor. If the defect concerns a disagreement as to the amount of work performed and or the amount of the payment being submitted, the Government and the contractor's representative should meet to resolve the differences and reach agreement. Upon agreement, the contractor shall submit a new breakdown and ENG Form 93 (and 93a) and any other submissions requiring correction. These will be incorporated with the previous submittal and will then constitute a proper invoice.

e. If agreement cannot be reached, the Government shall determine the proper amount per Contract Clause entitled: "Payments Under Fixed-Price Construction Contracts" and process the payment accordingly. In this event, "a proper invoice" for Prompt Payment Act purposes will not have been submitted to the Government.

f. The Government shall pay the contractor in accordance with the following time frames:

(1) Progress Payments. From the date a "Proper invoice" is received, in accordance with subparagraphs "b" and "d" of this clause, the Government will issue a check within 14 calendar days.

(2) Reduction in Retaining Payment. If during the course of the contract, a reduction in retainage payment is required, the Government shall issue a check within 30 calendar days after the approval of the release to the contractor by the Contracting Officer or his authorized representative.

(3) Final Payment. A final payment request shall not be considered valid until the contractor has fulfilled all contract requirements including all administrative items, payrolls, warranties, etc. and has submitted a release of claims. When the contractor has fulfilled all contract requirements and a "proper invoice" has been submitted, the Government shall issue a check within 30 days from the date of acceptance of the project by the Contracting Officer.

## 45. SUBMISSION OF CLAIMS

The following shall be submitted to the Contracting Officer at the following address: U.S. Army Corps of Engineers, New York District, 26 Federal Plaza, New York, New York 10278-0090:

a. Claims referencing or mentioning the Contact Disputes Act of 1978.

b. Requests for a written decision by the Contracting Officer.

c. Claims certified in accordance with the Contract Disputes Act of 1978.

No other Government representative is authorized to accept such requests. A copy shall also be provided to the Authorized Representative of the Contracting Officer.

The Contractor shall also provide The Contracting Officer with a copy of any requests for additional time, money or interpretation of contract requirements which were provided to the Authorized Representative of the Contracting Officer and which have not been resolved after 90 days.

**46. YEAR 2000 COMPLIANCE**

All microprocessor-based equipment and software which will be required to process date/time calculations shall be year 2000 compliant. Typical systems include, but are not limited to, Fire Alarm Systems, Intrusion Detection Systems, HVAC control systems, Utility or Energy Monitoring and Control Systems, traffic control systems, Elevator Controls and specialty systems such as for research laboratories, etc. These systems shall be year 2000 compliant and shall be able to accurately process date/time data (including but not limited to, calculating comparing, and sequencing) from, into and between the twentieth and twenty-first centuries, including leap year calculations. In addition, these systems when used in combination with other information technology (either installed as part of this contract or by others) shall accurately process date/time data, provided the other information technology properly exchanges date/time data with it.

**47. SAFETY REQUIREMENTS FOR OPERATIONS ADJACENT TO POWER LINES.**

When it is necessary to transport or operate machinery or equipment under or adjacent to overhead power lines, the requirements of paragraph 11.E - OPERATING ADJACENT TO OVERHEAD LINES, in the Corps of Engineers Manual, EM 385-1-1, dated 3 September 1996, entitled "Safety & Health Requirements

Manual" and referred to in the Accident Prevention Provision of General Provisions, shall govern.

## 48. CRANE AND DRAGLINE SAFETY REQUIREMENTS

In addition to meeting all applicable requirements of OSHA standards and Section 16 of the Corps of Engineers Manual, EM 385-1-1, dated 3 September 1996, all cranes used in performing the work set forth in these specifications shall be equipped with geared boom hoists or otherwise provided with mechanisms which will prevent the booms from falling free. Cranes that are equipped with booms that can be lowered either by gravity or by power shall have the mechanisms for operating the booms by gravity made inoperative so that the booms cannot be lowered by gravity. The booms of all cranes and draglines shall also be equipped with shock absorbing type back stops to prevent them from overtopping.

All crane operators must meet the EM 385-1-1 qualification requirements.

## 49. OPERATOR QUALIFICATIONS FOR FLOATING CRANES AND FLOATING DERRICKS (SAFETY AND HEALTH REQUIREMENT, EM385-1-1, SECTION 16.C)

All floating cranes and floating derricks may be only operated by qualified operators. Operators shall be designated as qualified by a source which qualifies crane and derrick operators (e.g. an independent testing and qualifying company, a union, a governmental agency, a qualified consultant (can be an in-house resource)). Qualification shall be written (or oral) and practical operating examination unless the operator is licensed by a state or city licensing agency for the particular type of crane or derrick. Proof of qualification of crane and derrick operators shall be provided to the Contracting Officer's representative prior to the start of work.

## 50. ACCIDENT PREVENTION PLAN

The Contractor is required to submit to the Contracting Officer or Contracting Officer Representative an accident

prevention plan at the preconstruction conference. The accident prevention plan must be in accordance with all federal safety standards as specified in EM 385-1-1, dated 3 September 1996, entitled "Safety & Health Requirements Manual". Guidelines for preparation of the accident prevention plan are located in Section J, Attachment K.

**51. ALTERATIONS IN CONTRACT (APR 1984)**

Portions of the contract are altered as follows:

a. Add the following sentence to paragraph "a" of Section 00700, Contract Clause: Insurance - Work on a Government Installation: "Insurance Coverage shall be as specified in 28.307 of the Federal Acquisition Regulation".

b. The following clause is incorporated as part of the contract: "By entering into this contract, the Contractor certifies that neither it, nor any person or firm who has an interest in the Contractor's firm, is a person, or firm ineligible in accordance with FAR subpart "9.4" (DEAN-PRP EFAR Acquisition Letter 85-1 dated 11 Sept 85)

**52. BID GUARANTEE**

Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may cause for rejection of the bid.

a. The offereor (bidder) shall furnish a bid guarantee in the form of a firm commitment, such as a bid bound, postal money order, certified check, cashiers check irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The contracting officer and/or his Representatives will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreement), as required by the bid as accepted.

b. If the successful bidder, upon acceptance of it's bid by the Government within the period specified for acceptance, as required by the solicitation within the time specified, the contracting officer and/or his Representative may terminate the contract for default.

c. Unless otherwise specified in the bid, the bidder will (1) allow the number of days as indicated in paragraph 13D of standard Forms 1442 for acceptance of its bid and (2) give bond within 10 days after receipt of the forms by the bidder.

d. In the event the contract is terminated for default, the bidder is liable for nay cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

53. **CONTINUING CONTRACTS (1985 JAN HQ USACE)**

a. This is a continuing contract, as authorized by Section 10 of the Rivers and Harbors Act of September 22, 1922 (33 U.S. Code 621). The payment of some portion of the contract price is dependent upon reservation of funds from future appropriations. The responsibilities of the Government are limited by this clause notwithstanding any contract provisions of the "Payments to Contractor" clause or any other clause of this contract.

b. (1) The sum of **$100,000.00** has been reserved for this contract and will be obligated as needed to the Contractor for payments during the 2001 fiscal year. It is expected that Congress will make appropriations for the 2002 fiscal year from which additional funds will be reserved for this contract.

(2) Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not entitle the Contractor to a price adjustment under terms of this contract except as specifically provided in paragraphs (d) and (e) below. No such failure shall constitute a breach of this contract, except that this provision shall not bar a breach-of-contract action if an amount finally determined to be due as a termination

allowance remains unpaid for one year due to a failure to reserve sufficient additional funds therefore.

c. (1) The Government may at any time reserve additional funds for payments under the contract if there are available funds for such a purpose. The Contracting Officer will promptly notify the Contractor of any change order to the contract.

(2) If earnings will be such that funds reserved for the contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under the contract during that fiscal year. This notice shall be given not less than 45 days or more than 60 days prior to the estimated date of exhaustion.

d. (1) No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. The Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of the contract and would have been made except for exhaustion of funds. Interest shall be computed for the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 83 STAT 97, for the Renegotiation Board, as in effect on the first day of the delay in such payment.

(2) Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under the "Suspension of Work" clause or in any other manner under this contract.

(3) An equitable adjustment in performance time shall be made for any increase in the time required for performance

of any part of the work arising from exhaustion of funds of the reasonable anticipation of exhaustion of funds.

e. If, upon the expiration of sixty (60) days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to reserve sufficient additional funds to cover payments otherwise due, the Contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his right to proceed with the work as having terminated. Such a termination shall be considered a termination for the convenience of the Government.

f. If at any time it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due to the Contractor because of work performed and to be performed under this contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

# SECTION 00900

## LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

## TABLE OF CONTENTS


| ATTACHMENT | TITLE |
|---|---|
| A | REFERENCE MAP AND DRAWINGS |
| B | WAGE RATES |
| C | DAILY REPORT OF OPERATIONS (ENG. FORM 4267) |
| D | DAILY CONSTRUCTION QUALITY CONTROL REPORT |
| E | MONTHLY TRANSPORTATION AND DUMPING REPORT FORM |
| F | PERMITS: NEW JERSEY WATER QUALITY CERTIFICATE |
| G | PROJECT IDENTIFICATION AND SAFETY SIGNS |
| H | GRAIN SIZE ANALYSIS |
| I | 33 CFR 156, OIL AND HAZARDOUS MATERIAL TRANSFER OPERATIONS |
| J | SUBMITTAL REGISTER (ENG. FORM 4288) |
| K | GUIDELINES FOR PREPARING THE ACCIDENT PREVENTION PLAN |




00900 ATT. A

G007820

General Decision Number **NJ010003 sg**
Superseded General Decision No. NJ000003

State: New Jersey

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerse Counties for building construction only)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 03/09/2001 |
| 2 | 04/06/2001 |

COUNTY(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

ASBE0032E 09/19/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES: | | |
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials; protective coverings, coatings, and finishes to all types of mechanical systems | 26.58 | 14.82 |

----------------------------------------------------------------

ASBE0089A 07/01/1999

Rates Fringes

HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, East Armwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick,

and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES

| | | |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings, and finishes to all types of meechanical systems | 26.89 | 14.46 |

----------------------------------------------------------------

BOIL0028A 08/01/1999

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 31.15 | 16.05 |

----------------------------------------------------------------

BRNJ0004D 11/01/2000

Rates Fringes

BERGEN,ESSEX,HUDSON,MORRIS,PASSAIC,SUSSEX,UNION, WARREN,the following parts of HUNTERDON, and SOMERSET COUNTIES:(at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across

from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

| | | |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS, & STONEMASONS | 28.77 | 12.95 |

----------------------------------------------------------------

BRNJ0005B 11/01/2000

Rates Fringes

HUNTERDON (Annadale,Califon,Lebanon,Oldwick,Readington, Three Bridges,& White House Station Twps.),MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

| | | |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS & STONEMASONS | 27.85 | 12.70 |

----------------------------------------------------------------

CARP0006B 05/01/2000

Rates Fringes

BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES

| | | |
|---|---|---|
| CARPENTER | 28.36 | 12.32 |
| MILLWRIGHTS | 29.06 | 12.53 |

---

CARP0015B 05/01/2000

BERGEN COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0031C 05/01/1997

HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 26.28 | 12.34 |

---

CARP0041C 05/01/1995

ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS & INSULATORS | 25.94 | 37%+.04 |
| MILLWRIGHTS | 26.44 | 37%+.04 |

---

CARP0099I 05/01/1995

| | Rates | Fringes |
|---|---|---|
| LATHERS | 25.94 | 37%+.10 |

---

CARP0124A 05/01/2000

BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0399A 05/01/1995

WARREN COUNTY

| | Rates | Fringes |
|---|---|---|
| CARPENTERS & INSULATORS | 26.33 | 35%+.04 |
| MILLWRIGHTS | 26.58 | 35%+.04 |

---

CARP1342A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX, AND HUDSON (West of Hackensack River) | | |
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

* CARP1456A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| DIVER | 36.63 | 22.81 |
| DIVER TENDER | 27.17 | 22.81 |

---

* CARP1456B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| DOCK BUILDER & PILEDRIVERMEN | 29.89 | 17.13 |

---

CARP2212A 05/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES | | |
| SOFT FLOOR LAYERS | 25.75 | 39.73% |

---

ELEC0017A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (RAILROAD CONSTRUCTION) | 21.20 | 26.5% |
| COMMERCIAL TELEPHONE INSTALLATION | 21.20 | 26.5% |

---

ELEC0102B 05/29/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Operators | 34.35 | 37% |
| Cable Splicers | 37.79 | 37% |
| Groundmen | 20.61 | 37% |

---

ELEC0102C 05/29/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| ELECTRICIAN | 34.35 | 37% |
| CABLE SPLICER | 37.79 | 37% |

---

ELEC0164B 08/15/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, AND HUDSON COUNTIES | | |

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Welder,X-Ray Technician, Equipment Repairman, & Equipment Serviceman | 34.42 | 41% |
| Cable Splicer | 38.89 | 41% |
| Groundman | 20.66 | 41% |

---

ELEC0164C 08/15/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, AND HUDSON COUNTIES | | |
| ELECTRICIANS | 34.42 | 41.5% |
| CABLE SPLICERS | 38.89 | 41.5% |

---

ELEC0262A 06/01/1994

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area South and West of a line running East from

Somerset County on Mountain Avenue in New Providence Borough to Diamond Hill Road, South on that road to and along Park Avenue in Scotch Plains and continuiong along Martine Avenue to and Norrtheast along Raritan Road to and Easterly along Westfield - Scotch Plains line to Lehigh Valley Railroad and Southwest on the railroad to Middlesex County line)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Groundman | 22.05 | 11.7%+3.76 |
| Lineman, Cable Splicers, Line Equipment Operator | 23.23 | 11.7%+3.76 |

---

ELEC0262B 08/15/1993

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 25.92 | 6.09+20% |

---

ELEC0262C 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), AND SOMERSET (Area South of a line following Mountain Ave from the Union County line West to Hillcrest Ave in Union Village, North on Hillcrest Avae to and West on the Passaic River, West on Dead River, West on Allen Road, North on Somerville Road, West on

Howell Road, Southwest on Mount Prospect Road, West on Martinsville - Pluckemin Ropad, West on Klines Mill road, North on John Kane Road to Hunterdon County Line, and alos that portion of Montgomery Twp West and South of a line following U.S. Highway #206 North from Mercer County to the Harligen Road, West along that road the Dutchtown - Zine Road to Hillsboro Township line)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Cable Splicer | 22.87 | 3.76+11.7% |
| Groundman | 21.06 | 3.76+11.7% |

---

ELEC0262E 08/15/1993

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Ave in New Provedenec Borough to Diamond Hill Rd, South on that Road to and along Park Ave in Scotch Plains and continuing along Martine Ave to and Northeast along Raritan Rd to and Easterly along Westfield - Scotch Plains line to the Lehigh Valley Railroad and Southwest on the railroad to the Middlesex County line)

| | | |
|---|---|---|
| CABLE SPLICERS & ELECTRICIANS | 26.85 | 6.09+20% |

---

ELEC0262G 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), SOMERSET (Area South of a line following Mountian Avenue from Union County line West to Hillcrest Ave to and West on the Passaic River, West on Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mt Prospect Rd, West on Martinsville-Pluckemin Rd, West on Klines Mill Rd, North on John Kane Rd to Hunterdon County line, and that portion of Montgomery Twp West and South of a line following US Highway #206 North from Mercer County to Harligen Rd, West along that road that road the Dutchtown - Zine Rd to Hillsboro Twp line)

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 26.83 | 6.09+20% |

---

ELEC0262H 11/30/1994

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen, Cable Splicers | 22.87 | 3.76+11.7% |
| Groundmen | 21.06 | 3.76+11.7% |

---

ELEC0358A 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Remainder)

| | | |
|---|---|---|
| ELECTRICIANS | 30.26 | 42.75% |

---

ELEC0358C 06/01/1998

MIDDLESEX COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen, Hole Digger Operator, Truck w/o Winch or Pole & Steel Hand, Truck w/o Winch, X-ray Technician & Equip. Repairer | 30.26 | 43% |
| Cable Splicer | 33.89 | 43% |
| Groundman & Winch Operator | 29.47 | 43% |
| Certified Welder Lineman | 31.77 | 43% |

---

ELEC0456B 05/29/2000

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 32.46 | 45.75% |
| CABLE SPLICERS | 36.36 | 45.75% |

---

ELEC0456C 05/29/2000

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen | 32.46 | 45.75% |
| Cable Splicer | 36.36 | 45.75% |
| Groundmen | 31.67 | 45.75% |

| | | |
|---|---|---|
| Winch Operator | 31.67 | 45.75% |

---

ELEC0581A 06/01/1994

| | Rates | Fringes |
|---|---|---|

UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, Across Baltusrol Country CLub to Baltusrol Rd, Along Baltusrol Rd and Summit Lane to Mountainside Borough and long New Providence Rd to and along Mountainside Borough line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough, to the Somerset County Line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County line West to Hillcrest Ave in in Union VIllage, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Road, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line) COUNTIES

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Oper | 27.32 | 15.75%+5.18 |
| Line Truck Equipment, and Groundman | 20.30 | 15.75%+5.18 |

---

ELEC0581C 08/15/1993

| | Rates | Fringes |
|---|---|---|

SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mounbt Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line), and UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Baltusrol Rd along BAltusrol Rd and Summit Lane to Mountainside Borough to and along New Providence Rd, to and along Mountainside Borough Line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough to the Somerset County Line) COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.77 | 15.00%+5.22 |

---

ELEC0675B 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way across Baltusrol Country Club to Baltusrol Rd, along Batlusrol Rd and Summit Lane in Mountainside to and along New Providence Rd to and along the Mountainside line to and along Washington Valley Rd, to and along Diamond Hill Rd to and along Park Ave in Scotch Plains, and continuing along Martine Ave, to and Northeast along Raritan Rd, to and Easterly along the Westfield - Scotch Plains Line, to

the Lehigh Valley Railroad and Southwest on the railroad to the county line)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Cable Splicers, Line Equipment Operators | 27.98 | 30.75%+4.25 |
| Groundmen | 26.83 | 30.75%+4.25 |

---

ELEC0675C 05/29/1995

UNION (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Batlusrol Rd and Summit Lane to Mountainside Borough, to and along Washington Valley Road, to and North along Diamond Hill Rd, to and west on Mountain Ave in New Providence Borough, to the Somerset County line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount

Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd, to the Hunterdon County Line) COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.98 | 4.25+30.75% |

---

ELEV0001A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANICS: | | |
| Construction | 22.59 | 5.22+A+B+C |
| Modernization | 15.94 | 3.69+A+B+C |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day

B. Employer contributes $8.00 per day per employee to annuity fund

C. Employee with 6 months but less than 5 years of service receive 2 weeks vacation, and 3 weeks vacaation for 5 years or more of service

---

ENGI0825C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS TANK ERECTION: | | |
| GROUP 1 | 33.61 | 15.65+A+B |
| GROUP 2 | 32.77 | 15.65+A+B |
| GROUP 3 | 34.75 | 15.65+A+B |
| GROUP 4 | 30.68 | 15.65+A+B |
| GROUP 5 | 25.47 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.
B. Employee receives 20% premium pay for hazardous waste work.

TANK ERECTION CLASSIFICATIONS

GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.

GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.

GROUP 3: Helicopters--Pilot.

GROUP 4: Air compressors, welding machines and generators (gas,

diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.

GROUP 5: Oiler.

---

ENGI0825D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: [STEEL ERECTION]: | | |
| GROUP 1 | 33.89 | 15.65+A+B |
| GROUP 2 | 32.98 | 15.65+A+B |
| GROUP 3 | 30.69 | 15.65+A+B |
| GROUP 4 | 28.03 | 15.65+A+B |
| GROUP 5 | 26.50 | 15.65+A+B |
| GROUP 6 | 24.74 | 15.65+A+B |
| GROUP 7 | 35.25 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.
B. Employees receive 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]

GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).

GROUP 2: Cranes - (all cranes, land or floating with booms

including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).

GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.

GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric,

2 or 3 in battery, including diesels); captain power boats; tug master power boats.

GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.

GROUP 6: Oiler staddle carrier.

GROUP 7: Helicopter pilot.

---

ENGI0825E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES: | | |
| GROUP 1 | 31.75 | 15.65+A+B |
| GROUP 2 | 30.10 | 15.65+A+B |
| GROUP 3 | 27.96 | 15.65+A+B |
| GROUP 4 | 26.46 | 15.65+A+B |
| GROUP 5 | 24.74 | 15.65+A+B |
| GROUP 6 | 33.68 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day

B. Employee receives 20% premium pay for hazardous waste work.

OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES CLASSIFICATIONS

GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.

GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but

less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).

GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.

GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines;

gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).

GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.

GROUP 6: Helicopter-pilot.

---

ENGI0825M 07/01/2000

BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS:

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS | | |
| GROUP 1 | 31.12 | 15.65+A+B |
| GROUP 2 | 29.53 | 15.65+A+B |
| GROUP 3 | 27.62 | 15.65+A+B |
| GROUP 4 | 25.99 | 15.65+A+B |
| GROUP 5 | 24.28 | 15.65+A+B |
| GROUP 6 | 32.94 | 15.65+A+B |

FOOTNOTES:

A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.

B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5

yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.

GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types;

conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).

GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power); batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive; dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman

pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including

elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier transformer type); wellpoint systems.

GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

---

IRON0011D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES | | |
| IRONWORKERS: | | |
| Structural | 27.28 | 22.15 |
| Reinforcing | 25.78 | 22.15 |

---

IRON0036C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| Projects under $25 million: | | |
| IRONWORKERS; STRUCTURAL, REINFORCING AND ORNAMENTAL | 23.63 | 12.94 |

Projects $25 million or more:

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: STRUCTURAL, REINFORCING AND ORNAMENTAL | 24.13 | 12.94 |

---

IRON0068E 07/01/2000

HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES

IRONWORKERS:

| | Rates | Fringes |
|---|---|---|
| Structural, Ornamental | 27.21 | 19.85 |
| Rerinforcing (Concrete Rods) | 25.21 | 19.85 |

---

LABO0021C 01/01/2001

HUDSON COUNTEY (Remainder)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Class A Laborer | 21.70 | 11.00 |
| Class B Laborer | 21.20 | 11.00 |
| Class C Laborer | 18.02 | 11.00 |

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat, demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0072B 01/01/2001

MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Class A | 21.70 | 11.00 |
| Class B | 21.20 | 11.00 |
| CLASS C | 18.02 | 11.00 |

Class A-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.

CLASS B All Laborers not listed in Class A or C.

CLASS C Laborers doing Janitorial type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning temporary heat of all types.

---

LABO0156B 01/01/2001

MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin Townships) COUNTIES:

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 21.70 | 11.00 |
| Group 2 | 21.20 | 11.00 |
| Group 3 | 18.02 | 11.00 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0232B 01/01/2001

SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps):

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 21.70 | 11.00 |
| Group 2 | 21.20 | 11.00 |
| Group 3 | 18.02 | 11.00 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man

on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0239C 01/01/2001

PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 21.70 | 11.00 |
| GROUP 2 | 21.20 | 11.00 |
| GROUP 3 | 18.02 | 11.00 |

GROUP 1-Specialist laborer classification including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0346B 01/01/2001

Rates Fringes

BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of