## 4.2 RESULTS OF THE TEST DIGS

### 4.2.1 Duration

Table 4-1 shows the duration of the test dig program in each of the six areas. The duration of test digs in the diabase areas was about twice that of the duration in the serpentinite areas. Diabase, as described previously in Section 2, is significantly harder than serpentinite; thus, more time was required to close the bucket. The cycle times for filling and unloading a bucket typically was 1½ to 2 minutes in the diabase areas and about 1 to 1¼ minutes in the serpentinite areas. In addition, the bucket load typically was one-half a bucket or less in the diabase and more than one-half a bucket in the serpentinite. To attain an observed dredged grade of 47 feet MLW, typically three passes were required in the diabase areas but only two in the serpentinite areas.

Size of Materials Dredged - In both areas, most of the material was broken rock that ranged in size from a few inches to about a foot in diameter. Occasionally, rocks two to three feet in diameter were dredged in the diabase areas. The size of the materials dredged is based on observation of the materials in the bucket; which was documented by photographs and a video of the dredge spoils in the barge. The lack of surficial sediment deposited since the previous blasting and dredging above diabase and serpentinite was confirmed.

The rock removed from the diabase areas comprised mostly broken rock with few fine-grained materials. The dredged diabase is interpreted as being 'shot' rock broken during the prior blasting and dredging. The dredged rock appeared to be easy to dig at the surface and progressively more difficult to dig with depth. During the second and third passes over an area the cycle times increased and the size of materials increased. This phenomenon was replicated in each of the diabase areas and reflects the results of the geophysical survey, which identified a low seismic velocity layer (easier to dig rock) overlying progressively higher velocity layer(s) (more difficult to dig rock).

The rock removed from the serpentinite test dig areas comprised broken rock, but also the weathered materials or saprolite that was documented in the drill cores (Section 2). The sizes of rock dredged typically were a few inches in diameter, but some boulders about a foot in diameter also were dredged. These softer materials were prominent in Area 4, but also were present in Areas 5 and 6. The fine grained materials were green decomposed silt/sand-sized materials with some clay. Serpentinite also is softer than diabase (see results of unconfined compressive strength tests in Section 2) and could have been further broken by the clam-shell dredge.

### 4.2.2 Volume of Material Disposed

During the planning of the test dig, it was assumed that volume of dredged material in the diabase would be significantly less than in the serpentinite and only one 3000 cy barge would be required for disposal. During the test dig, however, the amount of diabase successfully dredged was significantly greater than anticipated, and was about the same as the amount of material dredged from the serpentinite areas. The estimated total spoils for both the diabase and the serpentinite was about two-thirds of a barge load.

### 4.2.3 Depth of Dredging

During the test digs, the depths at the start and completion of dredging were estimated by observation of the marker lines painted on the dredge cables. (The results of the pre-dredge hydrographic survey were not yet available at the time of dredging). These depths were corrected to the stage of tide throughout dredging and reflect the depths to the bottom of the closed clam-shell bucket. These estimates typically are used during dredging and provide the basis for deciding whether to continue dredging in-place or to move to a new location

Table 4-1 shows the estimates of depths of the bottom in each of the six test-dig areas at the start and completion of the test-digs, as estimated by observation. The observed starting depths were 44 feet or greater. In all test-dig areas except Area 4, the depths observed probably reflect the depths to which the areas were previously dredged, which are about two feet deeper than the project depth of 42 feet. The apparent reason for these greater depths is that to assure that dredging achieved the desired grade, more rock was removed than necessary. Area 4 appears to be at the edge of the channel and may be weathered rock that previously was not dredged.

The goal of the test digs was not to clear an entire area to a grade of 47 feet MLW; rather, it was to determine whether the selected dredge was capable of dredging to a grade of 47 feet MLW. Therefore, during the test digs in the diabase areas, dredging continued until an observed grade of 47 feet was attained. No effort was made to dredge beyond a grade of 47 feet as would have been required if dredging had been done by a contractor for navigational purposes.

Dredging was successful to an observed grade of 47 feet in each of the diabase test dig areas; thus, two to three feet of diabase was dredged in each of the diabase test dig areas. Dredging to greater depths of up to two feet appeared to be possible, but the rate of dredging would have been slower. Other larger dredges, such as a dipper or other excavator type dredge, likely would have been capable of dredging at a faster rate and to greater depths (Bernie Crowell, dredge operator for Areas 1 and 2, to Al Hirsch, WCFS observer; April 23, 1997)

Dredging in each of the serpentinite areas proceeded significantly more rapidly than in the diabase areas (Table 4-1). Because the observed starting depths were 44 to 45 feet MLW, WCFS decided to dig deeper than 47 feet to determine whether more than two to three feet of rock could be removed by dredging. Dredge 54 was capable of removing four to five feet of rock without difficulty. The observed depth of dredging during the test dig in the serpentinite areas was 48 to 49 feet.

### 4.2.4 Hydrographic Survey

Hydrographic surveys were performed before and after the test digs. The hydrographic surveys were performed utilizing base-station DGPS. The base station was established on the roof of the Great Lakes facility on the south shore of the KVK. The Leica equipment is capable of providing sub-meter location accuracy.

Figures 4-1 to 4-4 depict the pre-dig bottom configuration in the diabase areas and Figures 4-5 to 4-8 depict the post-dig bottom configuration. Similarly, Figures 4-9 to 4-12 depict the pre-dig bottom configuration in the serpentinite areas, and Figures 4-13 to 4-16 depict the post-dig configuration. Contours at 0.5 foot intervals were added utilizing an inverse square contouring program.

Each of the figures show the test dig areas where the geotechnical and geophysical investigations were performed. A review of the figures shows that the test digs were typically performed about 30 feet to the southwest of the survey areas. The apparent systematic difference was due to the different DGPS system used by Great Lakes in positioning the dredge. Great Lakes used the US Coast Guard differential beacon as it DGPS signal, which can result in errors of up to 10 meters. In addition, the Coast Guard subsequently reported an outage of the nearest DGPS transmitter located at Sandy Hook on both April 23 and April 24; thus, the Montauk transmitter provided the signal, which, due to its greater distance, could have resulted in a larger error.

The surveys performed before the test dig, however, did provide the coverage necessary to assess the performance of the test digs. Table 4-1 shows the averaged depths before and after dredging in each of the test dig areas. Except in Area 3 of the diabase area, the observed depths before and after the test digs were comparable to the surveyed elevations. The observed depths in Area 3 were about 45 feet at the start of dredging and 47 feet at the end of dredging; the surveyed depths, however, were about 1½ feet shallower, both before and after the dredging.

A comparative review of the before and after surveys in each of the test dig areas shows obvious rectangular areas of dredging, except in Area 3 of the diabase area. The surveys also confirmed success in dredging to 47 feet MLW in parts of all areas, except Area 3. The survey shows that 47 feet was not attained in Area 3; the likely reason was a depth measurement error made during observation of dredge depths during the test dig in Area 3. It is, however, important to note that at no digging location, including Area 3, was the depth of digging limited by either the rock or the equipment and method used, i.e., based on observations made during the test dig, digging could have continued to a greater depth in all areas.

The test dig program was performed successfully in accordance with the technical requirement of the delivery order. The conclusions and recommendations made in this section reflect the conditions at the six test sites that were investigated and may not reflect the conditions in other parts of the KVK.

## 5.1 CONCLUSIONS

This investigation comprised a series of interrelated tasks, including geotechnical and geophysical investigations and the test dig, to evaluate the feasibility of dredging without blasting in bedrock areas in the KVK and to identify techniques that might be used to predict the quality of rock in the KVK.

### 5.1.1 Geotechnical Investigation

The geotechnical investigation encompassed the logging and collection of rock cores from three locations in each of the two rock types followed by laboratory strength tests for each of the rock types.

The following conclusions are made about the diabase:

- The relatively high to very high compressive strength of the diabase, combined with its relatively low natural fracture density suggests that the diabase cannot be excavated without blasting. The bottom surface of the diabase test areas comprises a 1 to 2 foot layer of broken rock.
- The RQD increased and the fractures per foot of rock with depth to a depth of 55 feet MLW, the bottom of the cores collected.

The following conclusions are made about the serpentinite:

- The low compressive strength and the relatively high natural fracture density of the serpentinite may be sufficient to allow for excavation without blasting.
- The RQD of the serpentinite cores was low, and the fracture per foot were high to a depth of 55 feet MLW, the bottom of the cores collected.

### 5.1.2 Geophysical Investigation

On the basis of the information obtained during the geophysical investigations, the following conclusions can be made:

- The geophysical investigation was successful in determining the utility of seismic refraction for estimating the thickness of fractured rock.
- Seismic refraction can be used in the KVK to provide information to facilitate dredging estimates.
- Based on the experience gained in this investigation, some adjustments would be appropriate to conduct a production-mode survey over a large area. A larger production-mode survey could be completed with fewer shot points and a coarser sampling grid and still adequately address project needs. Closer geophone spacing, for

example, would allow for identification of a third seismic layer, if present. Few such layers were identified with the spacing used in this investigation.

### 5.1.3 Test Dig

Test digs were performed in six areas, three each in the diabase and serpentinite. The test digs were successful in evaluating whether rock could be dredged without blasting and the utility of utilizing geophysics as a basis for predicting the dredgeability of rock in the KVK. Because two different rock types exist in the KVK, conclusions relative to the dredgeability of the rocks are made specifically for each rock type.

The test digs in the diabase demonstrated that broken or highly fractured diabase was present and was capable of being dredged. Two to three feet of rock were typically dredged. Rock below the easily dredged rock was dredged with varying difficulty with the equipment used, but is potentially dredgeable, with less difficulty, should larger more aggressive rock dredges be used. Dredging to a grade of 47 feet MLW was achieved in parts of two of the areas (Areas 1 and 2). Dredging to a grade of 47 feet MLW was not achieved in Area 3. Depth of digging, however, was not limited by either the rock or the equipment and method used, (i.e., based on observations made during the test dig, digging could have continued to a greater depth) but, rather, an observational error - at the time of dredging the observed depth was 47 feet and, therefore, further deepening was not attempted. The survey, completed later, however, showed the depth to be shallower than observed during the digging.

The test digs in the serpentinite dredged the rock to a grade of 48 ft MLW and demonstrated that the rock could be dredged to a depth of four to five feet below current grade with little difficulty in the three test-dig areas.

### 5.1.4 General Conclusions

The following conclusions can be made for the diabase:

- The diabase cannot be dredged unless fractured.
- The diabase in the test-dig areas comprises about a foot of broken rock overlying fractured diabase. Geotechnical data suggest that the fractures are due to former blasting and that these fractures decrease in frequency with depth.
- Geophysical investigation of the diabase area showed an upper seismic layer of broken rock and a second seismic layer of variably fractured rock. When a third seismic layer was present, the seismic velocities in the second layer suggest that the diabase may be dredgeable.
- The test digs in the diabase were successful to a depth of 47 feet. Two to three feet were typically dredged in the diabase areas. Although no dredging below 47 feet was attempted, based on observations made during the test digs, dredging deeper would have been possible.



00902-24

- Dredging to a grade of 47 feet MLW is likely to be slower when compared to dredging in the serpentinite and production dredging is likely to require larger, more aggressive dredges than the one used in the test dig.

The following conclusions can be made for the serpentinite:

- The serpentinite in the collected cores was highly fractured and partially saprolitic (highly weathered) in the test-dig areas.
- The serpentinite may be capable of being dredged without requiring any blasting.
- Geophysical investigation of the serpentinite area showed an upper seismic layer of broken rock and a second seismic layer of variably fractured rock. When a third seismic layer was present, the seismic velocities in the second layer suggest the serpentinite to be dredgeable.
- The serpentinite test-dig areas were dredged to a depth of 3 to 5 feet below current grade with little difficulty. If the rock quality of the serpentinite elsewhere in the KVK is the same as in the test areas, dredging without blasting to a grade of 47 feet MLW is possible.

Blank Page

00902 - 26

# Tables

00902-27

Blank Page

00902 - 28

Project No.: R95555 File: UC1.XLS

TABLE 2-1
SUMMARY OF ROCK UNCONFINED COMPRESSION TESTING

| BORING NO. | SPECIMEN NO. | DEPTH (ft) | WATER CONTENT (%) | TOTAL UNIT WGT. (pcf) | DRY UNIT WGT. (pcf) | AXIAL STRAIN @ FAILURE (%) | PEAK COMPRESSIVE STRESS (psi) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| D1A | | 50.3-50.6 | 0.2 | 188.2 | 187.8 | 0.38 | 30680 | |
| D1A | | 55.0-55.9 | 0.3 | 185.5 | 185.0 | 0.45 | 22840 | |
| D1B | | 46.3-47.0 | 0.3 | 185.7 | 185.2 | 0.55 | 28600 | |
| D1B | | 49.4-50.1 | 0.4 | 188.1 | 187.3 | 0.35 | 25560 | |
| D2A | | 48.0-49.2 | 0.3 | 186.7 | 186.3 | 0.50 | 35500 | |
| D2A | | 51.6-52.3 | 0.9 | 188.1 | 186.3 | 0.37 | 42270 | |
| D2B | | 45.2-45.8 | 0.5 | 186.0 | 185.2 | 0.42 | 35130 | |
| D2B | | 52.5-53.3 | 0.2 | 186.8 | 186.5 | 0.34 | 24010 | |
| D3A | | 49.5-50.0 | 0.3 | 186.2 | 185.9 | 0.55 | 32300 | |
| D3A | | 52.6-53.6 | 0.3 | 186.2 | 186.1 | 0.44 | 17850 | |
| D3B | | 46.3-46.6 | 0.7 | 176.4 | 175.4 | 0.44 | 18900 | |
| D3B | | 53.0-54.1 | 0.4 | 184.7 | 184.0 | 0.49 | 26159 | |
| S1B | | 54.5-55.2 | 2.0 | 155.2 | 152.3 | 0.28 | 2900 | |
| S3A | | 48.7-48.9 | 3.4 | 152.2 | 147.2 | 0.32 | 401 | weathered, cracks noted |
| S3A | | 52.5-53.2 | 4.1 | 149.7 | 144.0 | 0.37 | 2170 | |
| S3B | | 46.0-46.6 | 1.4 | 156.0 | 153.9 | 0.26 | 4021 | |
| S3B | | 53.7-54.7 | 0.9 | 158.6 | 157.3 | 0.25 | 6200 | |

00902-29

6/26/97

G003067

G01010 02928

Blank Page

00902-30

TABLE 3-1

SEISMIC REFRACTION RESULTS

| Area | Seismic Line | Seismic Layer | Velocity Range (feet/second) | Thickness of Seismic Layer (feet) |
|---|---|---|---|---|
| Diabase No. 1<br>Area 1 | 101 | 1<br>2 | 4,730-5,540<br>7,750-10,050 | 2-4 |
| | 102 | 1<br>2 | 4,780-6,340<br>10,700-12,760 | 3-7.5 |
| | 103 | 1<br>2 | 4,780-6,710<br>7,720-10,680 | 1-3 |
| | 104 | 1<br>2 | 5,150-6,670<br>7,100-9,670 | 1-5 |
| Diabase No. 2<br>Area 2 | 201 | 1<br>2 | 4,970-6,970<br>7,300-10,830 | 0.5-3 |
| | 202 | 1<br>2 | 4,900-5,700<br>7,030-8,100 | 0.5-2 |
| | 203 | 1<br>2 | 5,200-6,550<br>7,060-8,330 | 1.5-4.5 |
| | 204 | 1<br>2 | 5,000-6,250<br>7,000-10,000 | 1-3 |
| | 205 | 1<br>2 | 4,970-6,820<br>8,150-11,165 | 1-4 |
| Diabase No. 3<br>Area 3 | 302 | 1<br>2<br>3 | 4,900-5,230<br>7,170-8,320<br>9,980-10,090 | 0.5-2<br>5.5-6.5 |
| | 303 | 1<br>2 | 4,800-5,300<br>7,500-8,320 | 0.5-2 |
| | 304 | 1<br>2<br>3 | 4,890-7,700<br>8,220-8,970<br>11,850-14,200 | 2-2.5<br>7.5-9 |
| | 305 | 1<br>2 | 4,900-6,890<br>8,440-11,820 | 3-5 |
| Serpentinite No. 1<br>Area 4 | 401 | 1<br>2 | 4,700-6,400<br>7,370-8,770 | 1.5-3 |

Sheet 1 of 2

## TABLE 3-1

## SEISMIC REFRACTION RESULTS

| Area | Seismic Line | Seismic Layer | Velocity Range (feet/second) | Thickness of Seismic Layer (feet) |
|---|---|---|---|---|
| | 402 | 1<br>2 | 4,800-7,150<br>7,600-9,200 | 2.5-7.5 |
| | 403 | 1<br>2 | 5,170-7,480<br>7,560-8,980 | 2-9 |
| | 404 | 1<br>2 | 5,490-6,090<br>7,500-9,670 | 2-6 |
| Serpentinite No. 2<br>Area 5 | 501 | 1<br>2 | 5,080-5,990<br>7,150-9,300<br>13,000-14,680 | 0.5-3<br>1.5-4 |
| | 502 | 1<br>2<br>3 | 5,350-6,410<br>7,860-9,800<br>9,600-9,800 | 1-2<br>2-4 |
| | 503 | 1<br>2<br>3 | 4,800-5,100<br>8,640-9,200<br>9,200-11690 | 1-4<br>1-4 |
| | 504 | 1<br>2<br>3 | 4,800-7,580<br>7,900-10,880<br>10,100-13,530 | 0-2<br>4-12 |
| Serpentinite No. 3<br>Area 6 | 601 | 1<br>2 | 4,800-6,300<br>6,450-6,990 | 0.5-3 |
| | 602 | 1<br>2 | 4,900-5,660<br>6,350-6,980 | 0.5-2 |
| | 603 | 1<br>2 | 4,850-5,270<br>6,740-7,330 | 1-2.5 |
| | 604 | 1<br>2 | 4,900-5,700<br>6,500-6,960 | 0.5-1.5 |

## Table 4-1 Test Dig Results
## KVK - April 23-24,1997

| ROCK TYPE | AREA | DURATION | OBSERVED DIG DEPTH (MLW) ft[1] | | SURVEY DIG DEPTH (MLW) ft | |
|---|---|---|---|---|---|---|
| | | hr:min | Start[2] | Finish[3] | Before[4] | After[5] |
| DIABASE | | | | | | |
| | 1 | 5:15 | 44 | 47 | 44.5 | 48 |
| | 2 | 4:33 | 44 | 47 | 44 | 47 |
| | 3 | 5:02 | 45 | 47 | 43.5 | 46.5 |
| SERPENTINITE | | | | | | |
| | 4 | 2:35 | 45.5 | 49 | 45 | 49.5 |
| | 5 | 2:35 | 45 | 48 | 44.5 | 49.5 |
| | 6 | 2:53 | 44.5 | 48 | 44 | 49 |

NOTES:

[1] Depth estimated by dredge operator corrected to stage of tide

[2] Average estimated depth at start of dredging

[3] Average dredged depth estimated by dredge operator

[4] Average surveyed depth in area dredged before dredging

[5] Deepest survey depth in area dredged after completion of dredging

00902 - 33



G003071

G01010 02932

Blank Page

00902 - 34

# ***Figures***

00902-35

Blank Page

00902-36


TEST AREA LOCATIONS
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
0
600
1200
SCALE
DIABASE TEST AREAS

00902-37


TEST AREA LOCATIONS
SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
SERPENTINE TEST AREAS
0 600 1200
SCALE

00902 - 38




## LEGEND

◆ D1-A BORING LOCATION AND NUMBER

## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LOCATION OF BOREHOLES AND SEISMIC LINES
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
WAYNE, NEW JERSEY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DR. BY | J. | SCALE | AS SHOWN | DWG. NO. | R5565001 | PROJ. NO. | R93555 |
| CK'D. BY | AAH | DATE | JUN 20, 1997 | FIG. NO. | 2-1 | | |

00902-39


AREA # 4
AREA # 5
AREA # 6
S2-A
S2-B
S3-A
S3-B
S1-A
S1-B
401
402
403
404
501
502
503
504
601
602
603
604
605
606
N
0 15 30 60
SCALE (FEET)
LEGEND
S1-B BORING LOCATION AND NUMBER
NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LOCATION OF BOREHOLES AND SEISMIC LINES
SERPENTINE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
00402-40

Figure 2-3 SUMMARY OF VARIATION OF FRACTURES/FT WITH DEPTH IN DIABASE AREA BORINGS




00902-41




C. TIME-DISTANCE PLOT OF FORWARD AND REVERSE SHOTS

**Example of Seismic Refraction Method**

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT

| | | | |
|---|---|---|---|
| DR. BY DRS | SCALE AS SHOWN | DWG. NO. A-2 | PROJ. NO. R9s... |
| CKD. BY AH | DATE 26 June1997 | FIG NO. 3-1 | |

00902-42




00902 - 43

G003081

Blank Page

00902-44


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D1-A BORING LOCATION AND NUMBER
KILL VAN KULL
N
N 659,300
N 659,400
N 659,500
E 589,800
E 589,900
E 589,900
E 590,000
D1-A
D1-B
D2-A
D2-B
D3-A
AREA # 1
AREA # 2
AREA # 3
0 15 30 60
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
00902-45




NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ D1-A BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA # 1 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

WOODWARD-CLYDE FEDERAL SERVICES

00902-46

G003084

G01010 02945


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D2-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #2 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 659,500
E 589,900
E 589,800
N 659,400
E 589,900
D2-A
D2-B
AREA #2
N
00902-47


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D3-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #3 - DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 659,500
E 590,000
E 589,900
N 659,400
D3-B
D3-A
AREA # 3
N
00902-48

G003086


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D1-A BORING LOCATION AND NUMBER
POST-DIG CHANNEL BOTTOM ELEVATION SURVEY DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
AREA # 1
AREA # 2
AREA # 3
D1-A
B1-B
D2-B
D2-A
D3-B
D3-A
N 659,400
N 659,300
N 659,200
SCALE (FEET)
0 15 30 60
00902.49




NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ D1-A BORING LOCATION AND NUMBER

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #1 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
WAYNE, NEW JERSEY

| DR. BY | JL | SCALE | AS SHOWN | DWG. NO. | R0S53003 | PROJ. NO. | R80505 |
|---|---|---|---|---|---|---|---|
| CKD. BY | MA | DATE | JUN 20, 1997 | FIG. NO. | 4-8 | | |

00902-50


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
D2-A BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #2 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 659,500
N 659,400
E 589,600
AREA # 2
D2-B
D2-A
N




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (1983 US FOOT).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 25 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ D3-A BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #3 – DIABASE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

00902-52

G003090

G01010 02951


LEGEND
S1-B BORING LOCATION AND NUMBER
NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
0 15 30 60
SCALE (FEET)
PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 661,800
N 661,700
E 606,900
E 606,800
E 606,700
E 606,500
S1-A
S1-B
S2-A
S2-B
S3-A
S3-B
00902-53




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ S2-B BORING LOCATION AND NUMBER

0 10 20 40

SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #4 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
WAYNE, NEW JERSEY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DR. BY | JL | SCALE | AS SHOWN | DWG. NO. | R0000014 | PROJ. NO. | R99300 |
| CKD. BY | MA | DATE | JUN 20, 1997 | FIG. NO. | 4-10 | | |

00902-54

G003092




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

✦ S3-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #5 -- SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**

00902-55

G003093




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ S1-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

PRE-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #6 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**
ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
WAYNE, NEW JERSEY

| | | | |
|---|---|---|---|
| DR. BY MA/A. | SCALE AS SHOWN | DWG. NO. | PROJ. NO. |
| CKD. BY MA | DATE JUN 20, 1997 | | FIG. NO. 4-12 |

00902-56




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ S1-B BORING LOCATION AND NUMBER

0 15 30 60
SCALE (FEET)

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**
ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DR. BY | SHE/A. | SCALE | AS SHOWN | DWG. NO. | R9508017 | PROJ. NO. | R96505 |
| CK'D. BY | MA | DATE | JUN 20, 1997 | FIG. NO. | 4-13 | | |




## NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".

2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).

3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

## LEGEND

◆ S2-B BORING LOCATION AND NUMBER

0 10 20 40

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #4 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

**WOODWARD-CLYDE FEDERAL SERVICES**
ENGINEERING & SCIENCES APPLIED TO THE EARTH & ITS ENVIRONMENT
WAYNE, NEW JERSEY

| DR. BY S/G/A | SCALE AS SHOWN | DWG. NO. R5005018 | PROJ. NO. R36835 |
|---|---|---|---|
| CKD. BY MA | DATE JUN 23, 1997 | FIG. NO. 4-14 | |

00902-58

G003096

G01010 02957


NOTES
1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.
LEGEND
S1-B BORING LOCATION AND NUMBER
0 10 20 40
SCALE (FEET)
POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #5 — SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL
WOODWARD-CLYDE FEDERAL SERVICES
N 661,900
N 661,800
E 606,800
E 606,700
AREA #5
S3-B
N

00902-59




SERPENTINE
KILL VAN KULL

NOTES

1. SOUNDINGS ARE IN FEET AND ARE REFERENCED TO THE MEAN LOW WATER DATUM BASED ON THE GREAT LAKES PROJECT TIDE STAFF. TIDE STAFF WAS CROSS REFERENCED TO NGS BENCH MARK "137 NYBE+A".
2. COORDINATES ARE BASED ON THE NEW JERSEY STATE PLANE COORDINATE SYSTEM (NAD 1983).
3. THE INFORMATION PRESENTED ON THIS MAP REPRESENTS THE RESULTS OF A SURVEY PERFORMED BY HYDRO DATA, INC. ON 14 APRIL 1997 AND CAN ONLY BE CONSIDERED AS INDICATING THE CONDITIONS EXISTING AT THAT TIME.

LEGEND

◆ S1-B BORING LOCATION AND NUMBER

0 10 20 40
SCALE (FEET)

POST-DIG CHANNEL BOTTOM ELEVATION SURVEY
AREA #6 – SERPENTINITE AREA
KILL VAN KULL NAVIGATION CHANNEL

WOODWARD-CLYDE FEDERAL SERVICES

00902-60

# ***Appendix A***

00902 - 61

Blank Page

00902 - 62

# LOG OF BORING 27-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel off Bergen Point | | ELEVATION (FT): 0.0ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Lino Rivera | DATE STARTED: 3/27/97 | DATE COMPLETED: 3/27/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 57.0 ft | ROCK DEPTH (FT): 46.0 ft |
| AUGER | SIZE AND TYPE CORE BARREL | NO. SAMPLES: DIST. — UNDIST. — | CORE (FT) 11ft |
| TYPE BIT | Double tube NQ | WATER LEVEL: FIRST — COMPL. — | 24HR |
| SAMPLER: none | | BORING LOCATION: N 40° 38.57186' W74° 08.85708' | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR: M. Akerberg |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | 5" casing drop 45ft. Then drive with hammer to 45.5ft. 3" inner casing set at 46.0 ft! |
| bottom of channel | 45 | | | | | | | | | | | | | |
| Gray medium grained DIABASE, ... 6", ... fractures, hard, strong | 46 | | | | | Run-1 | 25 | 0 | | | P | NCR | 15 min/ft | Fractures/ft: 3+ |
| | 47 | | | | | | | | | | | | | |
| | 48 | | | | | | | | | | | | | 0 |
| | 49 | | | | | | | | | | F | | | 8 |
| | | | | | | | | | | | P | | | |
| | 50 | | | | | Run 2 | 89 | 78 | | | F | | | 4 |
| | 51 | | | | | | | | | | F, P | | | 3 |

00902-63

G003101

# LOG OF BORING D1-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | | | | | | F | | 9 min/ft | |
| | 54 | | | | | | | | | | | | | |
| | 55 | | | | | | | | | | F | | | |
| | 56 | | | | | | | | | | | NCR | | |
| | 57 | | | | | | | | | | | | | EOB - 57.3 ft |

00902-64

G003102

G01010 02963

# LOG OF BORING

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 1

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel - off Bergen Point | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 3/27/97 | DATE COMPLETED: 3/27/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 50.5 | ROCK DEPTH (FT): 46.0 |
| GER | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 4.5 |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. — 24HR |
| SAMPLER | | BORING LOCATION: N 40° 38.57040' W 74°08.85312' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR: H. Akerbergs | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| bottom of channel | 45 | | | | | | | | | | | | | 5" casing drop to 45.5 ft. Driven to 45.9 ft. 3" inner casing set at 46.0 ft. |
| Gray, fine grained DIABASE, only fractured zones alternating with pieces greater than 6" to horizontal fractures, slightly weathered, hard, strong | 46–49 | | | | | Run 1 | 100 | 43 | | | F, ?, F/t, V, G | | 15 min/ft | fractures/ft: 7, 9, 9 |
| | 49–50.5 | | | | | Run 2 | 73 | 60 | | | F | NCR | | 6 Coring interrupted due to rig repairs. EOB - 50.5 ft |
| | 51 | | | | | | | | | | | | | |

00902-65

G003103

G01010 02964

Blank Page

00902-66

# LOG OF BORING

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel NY/NJ | | ELEVATION (FT): 0.0 ~~bst~~ MLW | PROJECT NUMBER: R 95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben | DATE STARTED: March 28, 1997 | DATE COMPLETED: March 28, 1997 |
| DRILLING EQUIPMENT: Barge mounted Mobile B-61 | | COMPLETION DEPTH (FT): -56.0 | ROCK DEPTH (FT): -47 |
| AUGER: — | SIZE AND TYPE CORE BARREL: Double Tube | NO. SAMPLES: DIST. 1 | UNDIST. — CORE (FT) 9 |
| TYPE BIT | | WATER LEVEL: FIRST — | COMPL. — 24HR — |
| SAMPLER: 2.0 in I.D. split spoon | | BORING LOCATION | |
| SAMPLER HAMMER WEIGHT 140 lbs | DROP 30 in. | INSPECTOR: L. Weller | |

| DESCRIPTION | Depth (ft) | Soil Samples Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | -45 | | | | | | | | | | | | | |
| | -45.5 to -46 | S-1 | 0 | 50/0 | | | | | | | | | | |
| | -46 to -47 | | | | | | | | | | | | | Fracturing ft |
| Gray DIABASE, fresh pieces 2" to 4" sizes, poor fit | -47 to -48 | | | | | R-1 | 70% | 30% | | | P P | NCR | 5 | 6 |
| | -48 to -49 | | | | | R-2 | 75% | 15% | | | P P P | | 6 | 7 |
| | -49 to -50 | | | | | | | | | | G G P | NCR | 1.5 | ~~9~~ |
| | -50 | | | | | R-3 | | | | | P G G | | | 9 |

00902-67

G003105

# LOG OF BORING

D1-C

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gray, fresh DIABASE, slightly fractured, hard, strong, steep angle or near horizontal fractures | 51–56 | | | | | R-3 | Recov = 6.5 ft over 6 ft run | RQD = 5.1'/6 = 85 % | | | G, F, G, G, G | | | /, /, 9, 0, 0 |
| | 56 | | | | | | | | | | | | | eob @ 56.0' |

00902-68

G003106

G01010 02967

# LOG OF BORING

D1-D

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 1

| Field | Value |
|---|---|
| AND LOCATION | KVK Channel, NY/NJ |
| ELEVATION (FT) | 0 msl MLW |
| PROJECT NUMBER | R95555 |
| DRILLING CONTRACTOR | Warren George |
| DRILLER | Ben |
| DATE STARTED | March 28, 1997 |
| DATE COMPLETED | March 28, 1997 |
| DRILLING EQUIPMENT | Barge mounted Mobile B-61 |
| COMPLETION DEPTH (FT) | 48.7 |
| ROCK DEPTH (FT) | 45.7 |
| AUGER | — |
| SIZE AND TYPE CORE BARREL | Double Tube |
| NO. SAMPLES: DIST. | 0 |
| UNDIST. | — |
| CORE (FT) | 3 |
| TYPE BIT | |
| WATER LEVEL: FIRST | — |
| COMPL. | — |
| 24HR | — |
| SAMPLER | — |
| BORING LOCATION | |
| SAMPLER HAMMER WEIGHT | — |
| DROP | — |
| INSPECTOR | L. Weller |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | 45 | | | | | | | | | | | | | mudline @ -45; 4.5' casing to 45.5; roller bit to 45.7; 3.5 inch casing to 45.7 |
| | | | | | | | | | | | P | | | Frac/Zone/FT 8 |
| Gray, fresh DIABASE closely fractured, hard | 46 | | | | | | | | | | F | | | 5 |
| | | | | | | | | | | | F | | | |
| | 47 | | | | | | | | | | F | | | 14 |
| | | | | | | | | | | | P | | | |
| | 48 | | | | | | | | | | F | | | 8 |
| | 49 | | | | | | | | | | | | | Boring terminated at 48.7 ft due to equipment, and time constraint |
| | 50 | | | | | | | | | | | | | |

D0902-69

G003107

G01010 02968

00902-70

# LOG OF BORING DI-4

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel, Bergen Point | | ELEVATION (FT): 0.0 FT MLW | PROJECT NUMBER: P95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/10/97 | DATE COMPLETED: 4/10/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.5 | ROCK DEPTH (FT): 45.5 |
| AUGER | SIZE AND TYPE CORE BARREL: Double tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 10 ft |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. — 24HR — |
| SAMPLER — | | BORING LOCATION: N 40°38.5960 W 74°8.8690' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | Casing drop = 1.0 ft through loose material to 45.0 ft. Casing driven in to 45.3 ft. 3" inner casing to 45.5 ft |
| channel bottom | 44 | | | | | | | | | | | | | |
| Gray, medium grained ARGILLITE, generally quartz-filled pieces, moderately weathered fractures, slight weathering, medium-grained, hard, strong | 45 | | | | | | | | | | | | | fractures/ft |
| | 46 | | | | | | | | | | G | | | 1 |
| | | | | | | | | | | | | | | 1 |
| | 47 | | | | | | | | | | F | | | |
| | | | | | | | | | | | P | | 6 min/ft | 9 |
| | 48 | | | | | | | | | | G | | | 1 |
| | | | | | | Run 1 | 83 | 47 | | | | | | |
| | 49 | | | | | | | | | | F | | | |
| | | | | | | | | | | | F | | | 4 |
| | 50 | | | | | | | | | | | | | |
| | | | | | | | | | | | F | | | 4 |

00902-71

G003109

G01010 02970