# LOG OF BORING D2-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | | | | | | | 3 |
| | 52 | | | | | | | | | | G | | | 2 |
| | 53 | | | | | | | | | | G | | | |
| | | | | | | | | | | | F | | | 3 |
| | | | | | | | | | | | F | | | |
| | 54 | | | | | | | | | | | NCR | | |
| | 55 | | | | | | | | | | | | | EOB - 55.5 ft |
| | 56 | | | | | | | | | | | | | |

00902 - 72

G003110

G01010 02971

# LOG OF BORING 02-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | |
|---|---|---|
| PROJECT AND LOCATION: KVK Channel off of Bergen Point | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George / DRILLER: Ben Rivera | DATE STARTED: 4/10/97 | DATE COMPLETED: 4/10/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | COMPLETION DEPTH (FT): 54.5 | ROCK DEPTH (FT): 44.5 |
| AUGER / SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 10 |
| TYPE BIT | WATER LEVEL: — FIRST — | COMPL. — 24HR |
| SAMPLER — | BORING LOCATION: N 40°38.5990 W 74° 2.850 | |
| SAMPLER HAMMER / WEIGHT / DROP | INSPECTOR: M. [illegible] | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (Min/ft) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fit | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42 | | | | | | | | | | | | | Casing drop = 1.5 ft through loose material to 44.0 ft. Casing driven 3" to 44.5 ft |
| channel bottom — Gray medium grained DIABASE, closely fractured, slight weathering; horizontal + subvertical fractures, stained, strong, hard. | 43 | | | | | | | | | | | | | |
| | 44 | | | | | | | | | | | | | |
| | 45 | | | | | | | | | | P | | | 5 |
| | 46 | | | | | Run 1 | 63 | 17 | | | | | 5 min/ft | 5+ |
| | 47 | | | | | | | | | | | NCR | | |
| | 48 | | | | | Run 2 | 40 | 0 | | | | | | 10+ |
| | 49 | | | | | Run 3 | 73 | 0 | | | P | | | 10+ |

00902-73

G003111

# LOG OF BORING D2-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | | | | | | | | | | P | NCR | | 8 |
| | 51 | | | | | | | | | | | | | 8 |
| | 52 | | | | | | | | | | F | | | 4 |
| | 53 | | | | | run 4 | 77 | 50 | | | F | | 10 min/ft | 3+ |
| | | | | | | | | | | | F | | | |
| | 54 | | | | | | | | | | | MR | | EOB - 54.5 ft |
| | 55 | | | | | | | | | | | | | |

00902-74

G003112

G01010 02973

# LOG OF BORING D3-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| AND LOCATION: KVK Channel, Bergen Point | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: F-95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/9/97 | DATE COMPLETED: 4/9/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 | ROCK DEPTH (FT): 45.0 |
| GER / | SIZE AND TYPE CORE BARREL: Double tube NQ | NO. SAMPLES: — DIST. — | UNDIST. — CORE (FT) 10 |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. — 24HR — |
| MPLER | | BORING LOCATION: N 40° 38.6010' W 74° 8.8100 | |
| SAMPLER HAMMER | WEIGHT | DROP | INSPECTOR: M. Akerberg |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fit | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | 44 | | | | | | | | | | | | | 5" casing to 44.7 ft. Driven less than 2". 3" casing set at 45.0 ft |
| Gray, medium grained BASALT, 2" to 4" pieces, good to moderate, widely closer fracturing, slightly weathered, hard, strong | 45 | | | | | | | | | | P | | | Fractures/ft: 8 |
| | | | | | | | | | | | P | | | |
| | | | | | | | | | | | F | | | |
| | 46 | | | | | | | | | | F | | | 6 |
| | | | | | | | | | | | P | | | |
| | 47 | | | | | Run 1 | 90 | 59 | | | P | | 10 min/ft | |
| | | | | | | | | | | | | | | 10 |
| | 48 | | | | | | | | | | G | | | 3 |
| | | | | | | | | | | | G | | | |
| | 49 | | | | | | | | | | G | | | |
| | | | | | | | | | | | G | | | 2 |
| pieces greater than 6" | | | | | | | | | | | F | | | |
| | 50 | | | | | | | | | | | | | 0 |
| | 51 | | | | | | | | | | P | | | 1 |

00902-75

G003113

G01010 02974

# LOG OF BORING D3-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | G | | 20 min/ft | 1 |
| | 53 | | | | | | | | | | G<br>F | | 10 min/ft | 2 |
| | 54 | | | | | | | | | | | NCR | | 1 |
| | 55 | | | | | | | | | | | | | EOB at 55 ft |

00902-76

# LOG OF BORING 03-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel off [illegible] Point | | ELEVATION (FT): 3.0 (MLW) | PROJECT NUMBER: R45555 |
| DRILLING CONTRACTOR: [illegible] | DRILLER: Ben [illegible] | DATE STARTED: 4/9/97 | DATE COMPLETED: 4/9/97 |
| DRILLING EQUIPMENT: [illegible] Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 Ft | ROCK DEPTH (FT): 45.0 Ft |
| AUGER | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: / DIST. | UNDIST. / CORE (FT) 10 |
| TYPE BIT | | WATER LEVEL: / FIRST | COMPL. / 24HR |
| SAMPLER | | BORING LOCATION: N 40° 38.6040' W 74° 8.8410' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR: M. [illegible] | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fit | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 44 | | | | | | | | | | | | | Casing ± 44.5 ft Driven to 45.0 ft |
| Gray, medium [illegible] grained DIABASE, [illegible] less [illegible] steep to [illegible] fracturing, slight [illegible] [illegible] hard, strong | 45 | Run 1 | | | | | | | | | P | | | fracture/Ft: 11 |
| | 46 | | | | | | | | | | P | | 6 min/ft | 7 |
| | 47 | | | | | | | | | | F | | | |
| | 48 | | | | | | | | | | F | | | 3 |
| | | | | | | | | | | | F | | | 4 |
| clay filled fractures | 49 | | | | | | | | | | P | NCR | 7 min/ft | 2+ |
| | 50 | | | | | | | | | | | | | overcored 50.0-50.3 ft; 3 |
| | 51 | Run 2 | | | | | | | | | F | | | |
| | | | | | | | | | | | G | | | 3 |
| | | | | | | | | | | | G | | | |

00902-77

# LOG OF BORING D3-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fluid Drawn | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| medium grained fresh to slightly weathered, pieces greater than 6" | 52 | | | | | | | | | | | | | 1 |
| | | | | | | | | | | | G | | 5 min/ft | |
| | 53 | | | | | | | | | | | | | 0 |
| | 54 | | | | | | | | | | | none | | |
| | 55 | | | | | | | | | | | | | EOB at 55.0 ft |

00902-78

G003116

# LOG OF BORING S1-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel Constable Hook | | ELEVATION (FT): 0.0 ft ASL | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/11/97 | DATE COMPLETED: 4/11/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 | ROCK DEPTH (FT): 47.5 ft |
| AUGER: — | SIZE AND TYPE CORE BARREL: Double tube NQ | NO. SAMPLES: 1 / DIST. 1 | UNDIST. — / CORE (FT) 7.5 |
| TYPE BIT: — | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| SAMPLER: 2" split spoon | | BORING LOCATION: N 40° 38.9690' W 74° 5.2350' | |
| SAMPLER HAMMER / WEIGHT: 140 lb | DROP: 30" | INSPECTOR: M. Aikenberger | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Ft | Fract. Drew. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44 | | | | | | | | | | | | | 5" casing drop to 44.5 ft. Driven to 45.5 ft. Then 3" inner casing set at 47.5 ft |
| | 45 | | | | | | | | | | | | | |
| Decomposed Serpentinite. Top 6" [illegible] progressively [illegible] bottom | 46–47 | S-1 | 1.0 | 14, 7, 9, 14 | | | | | | | | | | S-1 collected [illegible] adjacent to boring S1-A location. Auger/Spoon/A boring. Alternating hard and soft drilling to EOB. Core barrel blocked up at [illegible] [illegible] Substantial chattering during drilling. Only piece of core 0.25' in length |
| Green SERPENTINITE, generally less than 1" very few pieces of core (see remarks) [illegible] to deeply weathered [illegible] | 48 | | | | | Run 1 | 25 | 0 | | | | | 10 min/ft | |
| | 49 | | | | | | | | | | | | | mostly broken rock - generally less than 1" |
| | 50 | | | | | Run 2 | 40 | 0 | | | | | | |
| | 51 | | | | | | | | | | | | | |

00902-79

# LOG OF BORING S1-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fit | Rock Coring: Fracd. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | Two pieces of core (.38 & .25 ft) Remainder is broken rock. generally less than 1 in |
| | 53 | | | | | | | | | | | | | |
| | | | | | | Run 3 | 25 | 0 | | | | | | |
| | 54 | | | | | | | | | | | | | |
| | 55 | | | | | | | | | | | | | EOB - 55.0 ft |

00902-80

G003118

G01010 02979

# LOG OF BORING S1-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| AND LOCATION: UK Channel Constable Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/11/97 | DATE COMPLETED: 4/11/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 56.5 | ROCK DEPTH (FT): 47.5 |
| GER | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: — DIST. — | UNDIST. / CORE (FT) 10 |
| TYPE BIT | | WATER LEVEL: — FIRST — | COMPL. / 24HR |
| SAMPLER | | BORING LOCATION: N40° 38.9627' 74°5.2350' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR: M. Akerbergs | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Ft | Fract. Dens. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| channel bottom | 45 | | | | | | | | | | | | | Casing to 45.5 ft. 3" inner casing driven and washed out to 47.5 ft. Alternating hard and soft drilling to EUR. Core barrel [illegible] at the end of [illegible] run. Substantial cuttings during drilling. Average 5 min/ft |
| | 46 | | | | | | | | | | | | | |
| | 47 | | | | | | | | | | | | | |
| Green SERPENTINITE. Generally incomplete core under 0.2' and rock pieces under 0.1'. Only one larger core piece recovered at end of boring (~0.6' length) [illegible] to deeply weathered [illegible]. | 48 | | | | | Run 1 | 10 | 0 | | | | | | One piece of core 0.2' in length |
| | 49 | | | | | | | | | | | | | |
| | 50 | | | | | | | | | | | | | |
| | 51 | | | | | Run 2 | 10 | 0 | | | | | | mostly broken rock - generally less than [illegible] |
| | 52 | | | | | | | | | | | | | |

00902-81

G003119

# LOG OF BORING S1-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Dip | Dip Azimuth | Crack Fil | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 53 | | | | | | | | | | | | | |
| | 54 | | | | | | | | | | | | | one 0.6' core piece at end of run. Otherwise partial core pieces generally less than 0.2 ft and broken rock less than 0.1 ft |
| | 55 | | | | | Run 3 | 50 | 20 | | | | | | |
| | 56 | | | | | | | | | | | | | EOB - 56.5 ft |
| | 57 | | | | | | | | | | | | | |

00902-82

G003120

G01010 02981

# LOG OF BORING S2-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| PROJECT AND LOCATION: KVK Channel Constable Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/14/97 | DATE COMPLETED: 4/14/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 57 ft | ROCK DEPTH (FT): 47.9 ft |
| AUGER: — | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 2 DIST. 2 | UNDIST. — CORE (FT) 10 |
| TYPE BIT: - | | WATER LEVEL: — FIRST — | COMPL. — 24HR — |
| SAMPLER: 2" split spoon | | BORING LOCATION: N 40° 38.9890' W 74° 5.1840' | |
| SAMPLER HAMMER WEIGHT: 140 lb | DROP: 30" | INSPECTOR: M. Alarbanga | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Flt | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 46 | | | | | | | | | | | | | Casing to 46.9 ft. Drive to 47.4 ft. 3" casing set at 47.9 ft. Total time for 10 ft run: 15 min (Considerable time lost [illegible] [illegible] [illegible]) |
| channel bottom | 47 | S-1 | 1.3 | 15 | | Run 1 | 0 | 0 | | | | | | |
| Deeply weathered SERPENTINITE; friable green rock fragments and [illegible] with a green [illegible] matrix | | | | 35 | | | | | | | | | | |
| | 48 | | | 54 | | | | | | | | | | |
| | | | | 20 | | | | | | | | | | |
| | 49 | | | | | | | | | | | | | |
| | 50 | | | | | | | | | | | | | |
| no recovery | 51 | | | | | | | | | | | | | |
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | | | | | | | | | |

00902-83

G003121

G01010 02982

# LOG OF BORING S2-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 54 – 57 | | | | | | | | | | | | | EOB - 57.0 ft |
| Deeply weathered [illegible], dk Green Rock veins within a green saprolitic matrix | 57 – 59 (58) | S-7 | 0.2 | 100/2" | | | | | | | | | | |
| | 59 – | | | | | | | | | | | | | |

00902-84

G003122

G01010 02983

# LOG OF BORING S2-B

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| T AND LOCATION: KVK Channel- Constable Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| ILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/14/97 | DATE COMPLETED: 4/14/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.0 ft | ROCK DEPTH (FT): 48.0 ft |
| IGER: – | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 3 / DIST. 3 | UNDIST. — / CORE (FT) 7 |
| TYPE BIT: – | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| MPLER: 2" split spoon | | BORING LOCATION: N 40°38.9855 W 74°5.1795' | |
| SAMPLER HAMMER / WEIGHT: 140 lb | DROP: 30" | INSPECTOR: | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Desc. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 45 | | | | | | | | | | | | | Casing to 45.6 ft Driven to 46.7 ft 3" inner casing set at 48.0 ft. |
| channel bottom | | | | 13 | | | | | | | | | | |
| Deeply weathered SERPENTINITE rare rock fragments generally less than 1/2 in. in green saprolitic | 46 | S-1 | 1.2 | 67 | | | | | | | | | | |
| | 47 | | | 100/4" | | | | | | | | | | |
| | 48 | | | | | | | | | | | | | Small Roller bit drill from 47.0 to 49.6 ft Then split spoon sample S-2 Then core from 48.0 ft Total time for 7 ft run = 12 min. Considerable quantities of pale green cuttings |
| No recovery | 49 | | | | | | | | | | | | | |
| | 50 | S-2 | 0.1 | 100/3" | | Run 1 | 0 | 0 | | | | | | |
| | 51 | | | | | | | | | | | | | |
| | 52 | | | | | | | | | | | | | |

00902-85

# LOG OF BORING S2-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 53 | | | | | | | | | | | | | |
| | 54 | | | | | | | | | | | | | EOB - 55.0 ft |
| | 55 | | | 100/2" | | | | | | | | | | Recovery appears to be material fallen in from above since had 100/2" blows; so no sample |
| | 56 | S-3 | 0.5' | | | | | | | | | | | |
| | 57 | | | | | | | | | | | | | |

00902-86

G003124

G01010 02985

# LOG OF BORING S3-A

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| [illegible] AND LOCATION: KVK Channel - Constable Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| DRILLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/14/97 | DATE COMPLETED: 4/14/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 55.2 | ROCK DEPTH (FT): 47.2 |
| [illegible]IGER: — | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 1 / DIST. 1 | UNDIST. — / CORE (FT) 8 |
| TYPE BIT: — | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| SAMPLER: 2" split spoon | | BORING LOCATION: N 40°38.9830' W74°5.2030 | |
| SAMPLER HAMMER / WEIGHT 140 | DROP 30" | INSPECTOR | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fit | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44 | | | | | | | | | | | | | casing to 44.5 ft; 3" inner casing set to 47.2 ft |
| channel bottom | | | | | | | | | | | | | | |
| saprolitic green deeply weathered SERPENTINITE | 45–46 | S1 | 1.1 | 50 / 100/1.6" | | | | | | | | | | Entire boring - NCR likely attributable to softer weathered rock between recovered pieces washed up as cuttings - not loss of core at end of runs |
| green SERPENTINITE moderately to deeply weathered Low hardness, horizontal to steeply dipping fractures, closely fractured | 47–51 | | | | | Run 1 | 50 | 9 | | | all P ... G [illegible] | NCR | | Total coring time for Run 1 - 30 min; harder coring from 50 ft to end of run |
| | 51 | | | | | Run 2 | 50 | 0 | | | | | 10 min/ft | cored + wash cored pieces -- less than 0.15' in size |

00902-87

G003125

# LOG OF BORING S3-A

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: Bl/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | Run 3 | 70 | 24 | | | at P | | 7 min/ft. | |
| | 54 | | | | | | | | | | | NCR | | |
| | 55 | | | | | | | | | | | | | EOB - 55.2 ft |
| | 56 | | | | | | | | | | | | | |

00902-88

G003126

G01010 02987

# LOG OF BORING S3-13

Consulting Engineers, Geologists, and Environmental Scientists

SHEET 1 OF 2

| | | | |
|---|---|---|---|
| AND LOCATION: KVK Channel Goethals Hook | | ELEVATION (FT): 0.0 ft MLW | PROJECT NUMBER: R95555 |
| LLING CONTRACTOR: Warren George | DRILLER: Ben Rivera | DATE STARTED: 4/15/97 | DATE COMPLETED: 4/15/97 |
| DRILLING EQUIPMENT: Barge Mounted Mobile B-61 | | COMPLETION DEPTH (FT): 54.8 | ROCK DEPTH (FT): 44.8 |
| SER: — | SIZE AND TYPE CORE BARREL: Double Tube NQ | NO. SAMPLES: 1 / DIST. 1 | UNDIST. — / CORE (FT) 10 |
| TYPE BIT: — | | WATER LEVEL: — / FIRST — | COMPL. — / 24HR — |
| MPLER: 2" split spoon | | BORING LOCATION: N 40° 38.9875 W74° 5.2060' | |
| SAMPLER HAMMER / WEIGHT | DROP | INSPECTOR | |

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Recovery (ft) | BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Recovery (%) | RQD (%) | Dip | Dip Azimuth | Crack Fill | Fract. Draw. | Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 44 | | | | | | | | | | | | | |
| channel bottom | | | | | | | | | | | | | | |
| Saprolitic green deeply weathered SERPENTINITE | 45–46 | S-1 | 0.5 | 100/6" | | | | | | | G, G, P, P, F, F | | | |
| green SERPENTINITE moderately to deeply weathered, low hardness, horizontal to steeply dipping fractures, calcite filled, closely fractured to 52 ft | 47–51 | | | | | Run 1 | 90 | 29 | | | F, G, P, ?, F, G, G, F, P | | 5 min/ft | |

00902-89

G003127

G01010 02988

# LOG OF BORING S3-B

SHEET 2 OF 2

| DESCRIPTION | Depth (ft) | Soil Samples: Type Number | Soil Samples: Recovery (ft) | Soil Samples: BL/6in | Drill Rate (ft/hr) | Rock Coring: Type Number | Rock Coring: Recovery (%) | Rock Coring: RQD (%) | Rock Coring: Dip | Rock Coring: Dip Azimuth | Rock Coring: Crack Fill | Rock Coring: Fract. Draw. | Rock Coring: Core Penetr. Time (min) | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52 | | | | | | | | | | | | | |
| | 53 | | | | | | | | | | | G | | |
| | 54 | | | | | | | | | | | | NCR | EOB - 54.8 ft |
| | 55 | | | | | | | | | | | | | |

00902-90

G003128

G01010 02989

# *Appendix B*

00902-91

Blank Page

00902-92


Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set1101
Date: April '97
Spread: 0101
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-93




00902-94

G003132


Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set1103
Date: April '97
Spread: 0103
DISTANCE (FEET)
TIME (MILLISECONDS)
ELEVATION (FEET)
VELOCITY (FEET/SEC) x 1000

00902-95


Kill Van Kull
Diabase Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set1104
Date: April 11 '97
Spread: 0104
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-96


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
for: Project Number R95555
by: Woodward Clyde
Data Set2201
Date: April '97
Spread: 0201
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-97


Kill Van Kull
Diabase Area No. 2
Seismic Refraction
for: Project Number R95555
by: Woodward Clyde
Data Set2202
Date: April '97
Spread: 0202
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-98




00902-99

G003137




00902-100

G003138

G01010 02999




00902-101

G003139

G01010 03000


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
For: Project Number R95555
By: Woodward Clyde
Data Set3302
Date: April '97
Spread: 0302
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-102




00902-103

G003141


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set3304
Date: April '97
Spread: 0304
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-104


Kill Van Kull
Diabase Area No. 3
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set3305
Date: April '97
Spread: 0305
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000
DISTANCE (ft)

00902-105


Kill Van Kull
Serpentinite Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set0401
Date: April '97
Spread: 0401
DISTANCE (FEET)
TIME (MILLISECONDS)
ELEVATION (FEET)
VELOCITY (FEET/SEC) x 1000

00902-106




00902-107

G003145


Kill Van Kull
Serpentinite Area No. 1
Seismic Refraction
for: Project No. A95555
by: Woodward Clyde
Data Set4403
Date: April '97
Spread: 0403
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-108




00902-109

G003147


Kill Van Kull
Serpentinite Area No. 2
Seismic Refraction
for: Project No. A95555
by: Woodward Clyde
Data Set5501
Date: April '87
Spread: 0501
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-110


Kill Van Kull
Sepentinite Area No. 1
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set5502
Date: April '87
Spread: 0502
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-111


Kill Van Kull
Serpentinite Area No. 2
Seismic Refraction
for: Project No. A95555
by: Woodward Clyde
Data Sat5503
Date: April '97
Spread: 0503
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-112


Kill Van Kull
Serpentinite Area No. 2
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data S8t5504
Date: April '97
Spread: 0504
DISTANCE (ft)
ELEVATION (ft)
TIME (MILLISECONDS)
VELOCITY (ft/SEC) x 1000

00902-113




00902-114

G003152




00902-115

G003153

G01010 03014




00902-116

G003154

G01010 03015


Kill Van Kull
Serpentinite Area No. 3
Seismic Refraction
for: Project No. R95555
by: Woodward Clyde
Data Set 6604
Date: April '97
Spread: 0604
DISTANCE (ft)
TIME (MILLISECONDS)
ELEVATION (ft)
VELOCITY (ft/SEC) x 1000

00902-117

Blank Page

00902-118

# Appendix C

00902-119

Blank Page

D0902-120

REEF MATERIAL REPORT LOG

equired by New Jersey Marine Fisheries Admin stration

E 4/24/97 TUG D.C. LYNN COMPANY G.L.D.&D.

AL Dredge Rock QTY 1500 CU. YDS.

TRUCTIONS:
1. All material must be dropped inside reef boundaries.
2. Follow route shown in red on chart.
3. Begin drop at circle.
4. Continue following loop route until drop is completed.
5. Complete required information and mail report log.

LORAN C COORDINATES:
RT OF DROP: 26944 X 43650 Y
OF DROP: 26944 X 43653 Y

Attach copy of EPS log.

TAIN'S SIGNATURE [signature]

LAT 40° 22'
LON 73° 56'




26944X
43650Y

SANDY HOOK REEF

0 1/4 1/2
Nautical Miles

For information contact:
Bill Figley
609-748-2020

Chart of Reef site on reverse side

G003159

G01010 03020

REEF MATERIAL REPORT LOG

Required by New Jersey Marine Fisheries Administration

DATE 4/25/97 TUG D C LYNN COMPANY GLD.

MATERIAL Dredge Rock QTY ____ CU. YDS.

Return to Bill Moore

INSTRUCTIONS:
1. All material must be dropped inside reef boundaries.
2. Follow route shown in red on chart.
3. Begin drop at circle.
4. Continue following loop route until drop is completed.
5. Complete required information and mail report log.

LORAN C COORDINATES:
START OF DROP: 26945 X 43650 Y
END OF DROP: 26932 X 43653 Y

Attach copy of EPS log.

CAPTAIN'S SIGNATURE [signature]




26944
43650

SANDY HOOK REEF

0 1/4 1/2
Nautical Miles

information
contact:
Figley
748-2020

Chart of Reef site on reverse side

00902-122

G003160

G01010 03021

# Page 00902-123

# Intentionally Left Blank