# SANDY HOOK REEF

"The reef that Jackson built"












## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

________ ________

Deployment date

__________

Deployment Location"GPS"

________ ________

Tug Captain's signature

________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS

00902-124

G003162

G01010 03023

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

____________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-B/25

G003163

G01010 03024

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

____________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-# 126

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

______________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-# 127

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

______________________












Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

BILL FIGLEY
N.J. DIVISION FISH, GAME+WILDLIFE
PO BOX 418
PORT REPUBLIC N.J. 08241

00902-@ 128

MAKE COPY FOR YOUR RECORDS

G003166

G01010 03027

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.












Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

__________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

00902-V 129

MAKE COPY FOR YOUR RECORDS

G003167

G01010 03028

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

______________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-# 130

G003168

G01010 03029

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

____________________












Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

00902-#31

MAKE COPY FOR YOUR RECORDS

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

____________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-[illegible] 132

G003170

G01010 03031

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

________ ________

Deployment date

__________

Deployment Location"GPS"

________ ________

Tug Captain's signature

________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

BILL FIGLEY
N.J. DIVISION FISH, GAME+WILDLIFE
PO BOX 418
PORT REPUBLIC N.J. 08241

MAKE COPY FOR YOUR RECORDS












00902-133

G003171

G01010 03032

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

__________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS




00902 -134

G003172

G01010 03033

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.












Targeted location (GPS)

_________ _________

Deployment date

_________

Deployment Location"GPS"

_________ _________

Tug Captain's signature

_________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS

00902-135

G003173

G01010 03034

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

_______________________




00902-136

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

______________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-15137

G003175

G01010 03036

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location "GPS"

__________ __________

Tug Captain's signature

_______________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-~~15~~-138

G003176

G01010 03037

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

_______________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-[illegible]/39

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

**N.Y. HARBOR DEEPENING PROJECT**

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.












Targeted location (GPS)

__________ __________

Deployment date

_____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

_______________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS

00902-[illegible]140

G003178

G01010 03039

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

__________

Deployment Location "GPS"

__________ __________

Tug Captain's signature

____________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH, GAME + WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS












00902-141

G003179

G01010 03040

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG
### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

____________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**




00902-~~20~~ 142

MAKE COPY FOR YOUR RECORDS

G003180

G01010 03041

# SANDY HOOK REEF

"The reef that Jackson built"

## ROCK DEPLOYMENT LOG

### N.Y. HARBOR DEEPENING PROJECT

A LOG FORM MUST BE COMPLETED FOR EACH ROCK DEPLOYMENT ON THE SANDY HOOK REEF.

Targeted location (GPS)

__________ __________

Deployment date

____________

Deployment Location"GPS"

__________ __________

Tug Captain's signature

____________________

Attach copy of "black box" cruise plot as proof of deployment location to this form and mail to:

**BILL FIGLEY**
**N.J. DIVISION FISH,GAME+WILDLIFE**
**PO BOX 418**
**PORT REPUBLIC N.J. 08241**

MAKE COPY FOR YOUR RECORDS




00902-01 143

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION

| DEC PERMIT NUMBER 2-6499-00002/00004 | PERMIT Under the Environmental Conservation Law (ECL) | EFFECTIVE DATE January 11, 1999 |
|---|---|---|
| FACILITY/PROGRAM NUMBER(S) | | EXPIRATION DATE(S) September 30, 2003 |

TYPE OF PERMIT ☐ New ☐ Renewal ■ Modification ☐ Permit to Construct ☐ Permit to Operate

- ☐ Article 15, Title 5: Protection of Waters
- ☐ Article 15, Title 15: Water Supply
- ☐ Article 15, Title 15: Water Transport
- ☐ Article 15, Title 15: Long Island Wells
- x 6NYCRR 608: Water Quality Certification
- ☐ Article 17, Titles 7, 8: SPDES
- ☐ Article 19: Air Pollution Control
- ☐ Article 24: Freshwater Wetlands
- ☐ Article 25: Tidal Wetlands
- ☐ Article 27, Title 7; 6NYCRR 360: Solid Waste Management
- ☐ Article 27, Title 9; 6NYCRR 373: Hazardous Waste Management
- ☐ Article 34: Coastal Erosion Management
- ☐ Article 36: Floodplain Management

| | | | |
|---|---|---|---|
| PERMIT ISSUED TO<br>UNITED STATES DEPARTMENT OF THE ARMY, NEW YORK DISTRICT, CORPS OF ENGINEERS | | | TELEPHONE NUMBER |
| ADDRESS OF PERMITTEE<br>JACOB J. JAVITS FEDERAL BUILDING, NEW YORK, NY 10278-0090 | | | |
| CONTACT PERSON FOR PERMITTED WORK<br>JOHN HARTMANN, CHIEF, OPERATIONS DIVISION | | | TELEPHONE NUMBER<br>212/264-0199 |
| NAME AND ADDRESS OF PROJECT/FACILITY<br>KILL VAN KULL CHANNEL PHASE II DEEPENING | | | |
| LOCATION OF PROJECT/FACILITY<br>KILL VAN KULL CHANNEL BETWEEN UPPER BAY AND NEWARK BAY. | | | |
| COUNTY<br>RICHMOND | CITY<br>NEW YORK CITY | WATERCOURSE<br>KILL VAN KULL CHANNEL | NYTM COORDINATES |

## DESCRIPTION OF AUTHORIZED ACTIVITY

DREDGING AND BLASTING OF APPROXIMATELY 10.7 MILLION CUBIC YARDS OF BOTTOM SEDIMENT AND ROCK FROM THE KILL VAN KULL CHANNEL TO A DEPTH OF 47 FEET IN BEDROCK AND 45 FEET IN SOFT SUBSTRATES IN THE KILL VAN KULL CHANNEL BETWEEN UPPER BAY (NY) AND NEWARK BAY (NJ). DREDGED MATERIAL SUITABLE FOR OCEAN DISPOSAL WILL BE DISPOSED AS COVER MATERIAL AT THE FORMER ATLANTIC OCEAN MUD DUMP SITE ( HISTORIC AREA REMEDIATION SITE, HARS). BEDROCK MATERIAL WILL BE USED FOR CREATION OR ENHANCEMENT OF ARTIFICIAL REEFS SITES IN NEW YORK AND NEW JERSEY. DREDGED MATERIAL UNSUITABLE FOR DISPOSAL AT THE FORMER MUD DUMP SITE OR FOR USE AS REEFS WILL BE DEPOSITED AT THE NEWARK BAY CONFINED DISPOSAL FACILITY OR AT PERMITTED UPLAND SITES IN NEW JERSEY AS NEEDED.

By acceptance of this permit, the Permittee agrees that the permit is contingent upon strict compliance with the ECL, all applicable regulations, the General Conditions specified (see page 2) and any Special Conditions included as part of this permit.

| | | |
|---|---|---|
| REGIONAL PERMIT ADMINISTRATOR:<br>John J. Ferguson | ADDRESS<br>47-40 21 Street<br>Long Island City, NY 11101 | |
| AUTHORIZED SIGNATURE<br>John J. Cryan | DATE<br>11 January 1999 | Page 1 of 4 |

// DEPUTY REGIONAL PERMIT ADMINISTRATOR

00903-1

G003182

G01010 03043

## NOTIFICATION OF OTHER PERMITTEE OBLIGATIONS

**Item A: Permittee Accepts Legal Responsibility and Agrees to Indemnification**
The permittee has accepted expressly, by the execution of the application, the full legal responsibility for all damages and costs, direct or indirect, of whatever nature and by whomever suffered, for liability it incurs resulting from activity conducted pursuant to this permit or in noncompliance with this permit and has agreed to indemnify and save harmless the State from suits, actions, damages and costs of every name and description resulting from such activity.

**Item B: Permittee to Require it's Contractors to Comply with Permit**
The permittee shall require its independent contractors, employees, agents and assigns to read, understand and comply with this permit, including all special conditions, and such persons shall be subject to the same sanctions for violations of this permit as those prescribed for the permittee.

**Item C: Permittee Responsible for Obtaining Other Required Permits**
The permittee is responsible for obtaining any other permits, approvals, lands, easements and rights-of-way that may be required for this project.

**Item D: No Right to Trespass or Interfere with Riparian Rights**
This permit does not convey to the permittee any right to trespass upon the lands or interfere with the riparian rights of others in order to perform the permitted work nor does it authorize the impairment of any rights, title, or interest in real or personal property held or vested in a person not a party to the permit.

## GENERAL CONDITIONS

**General Condition 1: Facility Inspection by the Department**
The permitted site or facility, including relevant records, is subject to inspection at reasonable hours and intervals by an authorized representative of the Department of Environmental Conservation (the Department) to determine whether the permittee is complying with this permit and the ECL. Such representative may order the work suspended pursuant to ECL 71-0301 and SAPA 401(3).
The permittee shall provide a person to accompany the Department's representative during an inspection to the permit area when written or verbal notification is provided by the Department at least 24 hours prior to such inspection.
A copy of this permit, including all referenced maps, drawings and special conditions, must be available for inspection by the Department at all times at the project site. Failure to produce a copy of the permit upon request by a Department representative is a violation of this permit.

**General Condition 2: Relationship of this Permit to Other Department Orders and Determinations**
Unless expressly provided for by the Department, issuance of this permit does not modify, supersede or rescind any order or determination previously issued by the Department or any of the terms, conditions or requirements contained in such order or determination.

**General Condition 3: Applications for Permit Renewals or Modifications**
The permittee must submit a separate written application to the Department for renewal, modification or transfer of this permit. Such application must include any forms or supplemental information the Department requires. Any renewal, modification or transfer granted by the Department must be in writing.
The permittee must submit a renewal application at least:

a) 180 days before expiration of permits for State Pollutant Discharge Elimination System (SPDES), Hazardous Waste Management Facilities (HWMF), major Air Pollution Control (APC) and Solid Waste Management Facilities (SWMF); and
b) 30 days before expiration of all other permit types.

Applications for permit renewal or modification are to be submitted to:
NYSDEC, Regional Permit Administrator, Region 2
47-40 21ST Street, Long Island City, NY 11101

**General Condition 4: Permit Modifications, Suspensions and Revocations by the Department**
The Department reserves the right to modify, suspend or revoke this permit when:

a) the scope of the permitted activity is exceeded or a violation of any condition of the permit or provisions of the ECL and pertinent regulations is found;
b) the permit was obtained by misrepresentation or failure to disclose relevant facts;
c) new material information is discovered; or
d) environmental conditions, relevant technology, or applicable law or regulation have materially changed since the permit was issued.

| PERMIT NUMBER 2-6499-00002/00004 | KILL VAN KULL CHANNEL | PAGE 2 OF 4 |
|---|---|---|

00903 - 2

5. That if future operations by the State of New York require an alteration in the position of the structure or work herein authorized, or if, in the opinion of the Department of Environmental Conservation it shall cause unreasonable obstruction to the free navigation of said waters or flood flows or endanger the health, safety or welfare of the people of the State, or cause loss or destruction of the natural resources of the State, the owner may be ordered by the Department to remove or alter the structural work, obstructions, or hazards caused thereby without expense to the State, and if, upon the expiration or revocation of this permit, the structure, fill, excavation, or other modification of the watercourse hereby authorized shall not be completed, the owners, shall, without expense to the State, and to such extent and in such time and manner as the Department of Environmental Conservation may require, remove all or any portion of the uncompleted structure or fill and restore to its former condition the navigable and flood capacity of the watercourse. No claim shall be made against the State of New York on account of any such removal or alteration.

6. That the State of New York shall in no case be liable for any damage or injury to the structure or work herein authorized which may be caused by or result from future operations undertaken by the State for the conservation or improvement of navigation, or for other purposes, and no claim or right to compensation shall accrue from any such damage.

7. Granting of this permit does not relieve the applicant of the responsibility of obtaining any other permission, or approval from the U.S.Army Corps of Engineers, U.S. Coast Guard, New York State Office of General Services, or local government which may be required.

8. All necessary precautions shall be taken to preclude contamination of any wetland or waterway by suspended solids, sediments, fuels, solvents, lubricants, epoxy coatings, paints, concrete, leachate, or any other environmentally deleterious materials associated with the project

9. Any material dredged in the prosecution of the work herein permitted shall be removed evenly, without leaving large refuse piles, ridges across the bed of a waterway or floodplain or deep holes that may have a tendency to cause damage to navigable channels or to the banks of a waterway.

10. There shall be no unreasonable interference with navigation by the work herein authorized.

11. If upon the expiration or revocation of this permit, the project hereby authorized has not been completed, the applicant shall, without expense to the State, and to such extent and in such time and manner as the Department of Environmental Conservation may require, remove all or any portion of the uncompleted structure or fill and restore the site to its former condition. No claim shall be made against the State of New York on account of any such removal or alteration.

12. If granted under Article 36, this permit does not signify in any way that the project will be free from flooding.

13. If granted under 6 NYCRR Part 608, the NYS Department of Environmental Conservation hereby certifies that the subject project will not contravene effluent limitations or other limitations or standards under Sections 301, 302, 303, 306, and 307 of the Clean Water Act of 1977 (PL 95-217) provided that all of the conditions listed herein are met.

## SPECIAL CONDITIONS

14. All work shall comply with project plans as described in the technical supporting documentation for the project and the July 7, 1998 (and attachment dated July 8, 1998) from Frank Santomauro (USACE) to John Ferguson (NYSDEC) addressing Kill Van Kull Water Quality Certification issues.

15. The Corps shall submit quarterly reports on the results of the biological and water quality monitoring programs. Data shall be submitted to Stephen Zahn, Marine Resources, NYSDEC, 47-40 21st street; Long Island City, NY 11101.

Pre-Dredging

16. At least thirty (30) days prior to the start of work, the Corps shall submit a plan for DEC approval describing the method of dewatering dredged material or otherwise handling water associated with dredged material that does not meet Category 1 criteria such that the Total Suspended Solids (TSS) do not exceed 200 mg/L when returned to New York waters. DEC will respond within thirty (30) days of the receipt of the plan.

17. At least thirty (30) days prior to the beginning of dredging in any contract phase, the Corps shall submit the bulk sediment chemistry results for the project site as indicated in the April 24, 1998 letter from Santomauro (USACE) to Ferguson (NYSDEC). The submittal shall include a sample site plan as well as a narrative on the sampling methods utilized.

18. At least thirty (30) days prior to the start of work, the Corps shall provide the bathymetric survey of the project area as indicated in the April 24, 1998 letter from Santomauro (USACE) to Ferguson (NYSDEC).

19. The Corps shall perform dredging site inspections at 72 hour intervals when dredging material that does not meet Category 1 criteria to determine:
    a. Dredging bucket is sealed during operations.
    b. Hoist speed does not exceed 2 feet/second
    c. TSS from barge dewatering does not exceed 200 mg/Liter.

These parameters are to be monitored daily by the contractor and noted in the QA/QC reports. Copies of said reports shall be submitted to Steven Zahn, DEC Marine Resources, with a copy of the Corps Inspection Reports on a weekly basis.

Dredging Windows

20. Dredging and blasting is prohibited during the period of March 1 - August 31 in an area within 1000 feet from the shoreline of Shooters Island.

21. Dredging is prohibited during the period of November 15 - May 31 in any portion of Contract Reach 3 determined through biological monitoring to harbor significant (as determined by NYSDEC in consultation with NMFS and the Corps) populations of Blue-claw crab or Winter flounder. Biological monitoring will be carried out as described in the June 1, 1998 letter (with attachment) and the July 7, 1998 letter (with attachment from Santomauro (USACE) to Ferguson (NYSDEC).

| DEC PERMIT NUMBER | PROGRAM/FACILITY NUMBER | |
|---|---|---|
| 2-6499-00002/00004 | KILL VAN KULL PHASE II CHANNEL DEEPENING | Page 3 of 4 |

00903-3

## SPECIAL CONDITIONS

**DREDGING (Cont.)**

Bucket

22. Dredging of material that does not meet Category 1 criteria, excluding rock and clay, shall be conducted with a sealed, watertight bucket according to the Best Management Practices described in the Corps' July 7, 1998 letter. The bucket shall be monitored continuously during dredging to ensure a tight seal is maintained. If frequent or excessive loss of dredged material from the bucket is observed, the Corps shall halt dredging operations and closely inspect the bucket for defects. Dredging operations shall be delayed until all necessary repairs are made.

23. Bucket hoist speed shall be limited to 2 ft/s while dredging material that does not meet Category 1 criteria.

24. The bucket shall be lowered to the level of the barge gunwales prior to release of the bucket load.

Barge Overflow and De-watering

25. Barge overflow is prohibited while handling material that does not meet Category 1 criteria. Total Suspended Solids in barge de-watering effluent returned to New York waters shall not exceed 200 mg/L while handling material that does not meet Category 1 criteria.

In-Water Management of Dredged Material

26. Dredge material that does not meet Category 1 criteria will be disposed at the Newark Bay Confined Disposal Facility. The Corps shall inform the Department at least 30 days prior of any plans for alternative disposal sites.

27. Disposal of rock for artificial reef enhancement or creation in New York shall be done in consultation with Stephen Heins, Finfish and Crustaceans, NYSDEC, 205 N. Belle Meade Road, East Setauket, NY 11733.

Upland Management of Dredged Material

28. At least 30 days prior to the use of any upland management site(s) for dredged material disposal, the Corps shall identify the site(s) and submit a copy of any contract or letter of agreement showing that the dredged material may be managed under the jurisdiction of the receiving state.

29. Additional analysis of dredged material may be required if, in the Department's opinion, the initial bulk sediment chemistry (see # 17) is inadequate to support the permittee's determination that the dredged material is non-hazardous pursuant to federal or NY State (6NYCRR371) regulations. The permittee may archive the initial samples, consistent with appropriate laboratory procedures, in lieu of resampling.

Post - Dredging

30. A bathymetric survey of each completed project phase shall be submitted to the Department in triplicate within sixty (60) days of completion.

Additional Special Condition

31. Item A and General Condition 6 are included by the State of New York as the permit issuing authority under the Clean Water Act. Such conditions do not, nor are they intended to, apply to, abrogate, or annul any obligation, responsibility or liability on the part of the Port Authority of New York and New Jersey to the Federal Government under the terms of a Project Cooperation Agreement (PCA) entered into by those two agencies for the Kill Van Kull and Newark Bay Channels, New York and New Jersey Project. Pursuant to that PCA, the Port Authority of New York and New Jersey remains legally responsible to hold and save the Federal Government free from all damages arising from the construction, operation, and maintenance of the Project and the local service facilities, and if the Port Authority requests such, for any Project-related betterments, including liabilities arising from Item A and General Condition 6, except for damages due to the fault or negligence of the Federal Government or its contractors. No provision of this permit shall be deemed to supercede applicable federal law with regard to appropriation of funds or liability for damages caused by the Army Corps or its agents or other representatives.

00903-4

| DEC PERMIT NUMBER 2-6499-00002/00004 | Kill Van Kull Channel Deepening Phase II | PAGE 4 OF 4 |
|---|---|---|

Your coast, your future

NYS Waterfronts

George E. Pataki
*Governor*

Alexander F. Treadwell
*Secretary of State*

January 28, 1998

John Sassi, P.E.
Chief, Planning Division
U.S. Army Corps of Engineers
New York District
26 Federal Plaza
New York, NY 10278-0090

Re: F-97-157
COE/NY - Phase II Deepening of Kill Van Kull & Newark Bay Channels, New York & New Jersey

Dear Mr. Sassi:

The Department of State has completed its review of the U.S. Army Corps of Engineers consistency determination with respect to the New York State Coastal Management Program, together with supporting documentation, for the proposed Phase II Deepening of Kill Van Kull and Newark Bay Channels in New York and New Jersey.

Based upon the project information submitted, the Department of State agrees with the U.S. Army Corps of Engineers consistency determination for this activity.

Thank you for your cooperation in this matter.

Sincerely,

William F. Barton for
George R. Stafford
Director

GRS:VAB:dlb

00903-5

*NYS Department of State*
*Division of Coastal Resources and Waterfront Revitalization*
*Albany, NY 12231-0001*
*Voice: (518) 474-6000 Fax: (518) 473-2464*

SECTION 01130

ENVIRONMENTAL PROTECTION

PART 1 GENERAL

1.1 SCOPE

This section covers the furnishing of all labor, material and equipment as performing all work required for the protection of the environment during construction operations except for those measures set forth in other Technical Provisions of these specifications.

1.2 REFERENCE

"Standard Methods for the Examination of Water, Sewage, and Industrial Wastes, Eighteenth Edition, 1992, published by American Public Health Association, 1015 Eighteenth Street, N.W., Washington, D.C. 20036".

1.3 GENERAL

For purpose of this specification, environmental protection is defined as the retention of the environment in its natural state to the greatest possible extent during project construction and to enhance the natural appearance in its final condition. Environment protection requires consideration of air, water, and land, and involves management of noise and solid waste, as well as other pollutants. In order to prevent, and to provide for abatement and control of, any environmental pollution arising from the construction activities in the performance of this contract, the Contractor and his subcontractors shall comply with all applicable Federal, State and local laws and regulations concerning environmental pollution control and abatement.

1.4 NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any non-compliance with the aforementioned Federal, state, or local laws or regulations. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. The Contractor shall, after receipt of such notice, immediately inform the Contracting Officer of proposed corrective action and take such action as may be approved. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess costs of damages by the Contractor.

1.5 SUBCONTRACTOR

Compliance with the provisions of this section by subcontractors will be responsiblity of the Contractor.

1.6 IMPLEMENTATION

Prior to commencement of the work the Contractor will:

a. Submit in writing his proposal for implementing this section for environment protection including a noise monitoring program to insure compliance with all Federal, State, and local noise ordinances.

b. Meet with representative of the Contracting Officer to develop mutual understandings relative to compliance with this provision and administration of the environment protection program.

1.7 PROTECTION OF WATER RESOURCES

a. General. The Contractor shall not pollute the waters with trash, debris, fuels, oils, bituminous materials, calcium chloride, acids or other harmful materials. It is the responsibility of the Contractor to investigate and comply with all applicable Federal, state, county, and municipal laws concerning pollution of the water. All work under this contract shall be performed in such a manner that objectionable conditions will not be created in the waters through or adjacent to the project areas.

b. Spillage. At all times of the year, special measures shall be taken to prevent chemicals, fuels, oils, greases, bituminous materials, herbicides, and insecticides from entering the waters.

1.8 PROTECTION OF FISH AND WILDLIFE

The Contractor shall at all times perform all work and take such steps required to prevent any interference or disturbance to fish and wildlife. The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the project area which in the opinion of the Contracting Officer are critical to fish and wildlife. Fouling or polluting of water will not be permitted.

1.9 PROTECTION OF CULTURAL RESOURCES

Known archaeological and historic properties have been taken into account as required by Federal Laws. Should unanticipated archaeological materials be encountered during the course of any project activities, the Contractor shall cease work in the vicinity of the discovery. The Contractor shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

1.10 MEASUREMENT AND PAYMENT

a. Measurement. No separate measurement as such will be made for work performed under this section including a noise monitoring program to insure compliance with all Federal and State regulations, and local noise ordinances.

b. Payment. No separate payment will be made for the work covered under this section and all costs in connection therewith will be included in the applicable contract price to which the work pertains.

-- End of Section --

SECTION 01270

MEASURMENT AND PAYMENT

PART 1 GENERAL

1.1 LUMP SUM PAYMENT ITEMS

Payment items for the work of this contract for which contract lump sum Payments will be made are listed in the BIDDING SCHEDULE and described below. All costs for items of work, which are not specifically mentioned to be included in a particular lump sum or unit price payment item, shall be included in the listed lump sum item most closely associated with the work involved. The lump sum price and payment made for each item listed shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for which separate payment is not otherwise provided.

1.1.1 Mobilization and Demobilization (Item No. 0001AA & 0001BA)

1.1.1.1 Payment

Payment will be made for costs associated with mobilization and demobilization, as defined in Contract Clause PAYMENT FOR MOBILIZATION AND DEMOBILIZATION.

1.1.1.2 Unit of Measure
Unit of measure: lump sum.

1.1.2 Field Office (Item No. 0001AG & 0001BE)

1.1.2.1 Payment

Payment will be made for costs associated with operations necessary for construction and removal of the temporary field office structure at designated area as requirements specified in Section 00800.

1.1.2.2 Unit of Measure
Unit of measure: lump sum.

1.1.3 Additional cost for Optional Insurance (Item No. 0002)

1.1.3.1 Payment

Payment will be made for costs associated with additional insurance premium provided by the contractor as requirements specified in Section 00800.

1.1.3.2 Unit of Measure

Unit of measure: lump sum.

1.2 UNIT PRICE PAYMENT ITEMS

Payment items for the work of this contract on which the contract unit price payments will be made are listed in the BIDDING SCHEDULE and described below. The unit price and payment made for each item listed

shall constitute full compensation for furnishing all plant, labor, materials, and equipment, and performing any associated Contractor quality control, environmental protection, meeting safety requirements, tests and reports, and for performing all work required for each of the unit price items.

1.2.1 Debris Removal and Disposal (Item No. 0001AB)

1.2.1.1 Payment

Payment will be made for costs associated with the collection, storage and handling, and the removal from the site and proper disposal of all debris recovered from the bottom and all floating debris. Bottom debris including cables, pilings, line, and all objects, which are unsuitable for placement in the HARS or upland disposal site or artificial reef site.

1.2.1.2 Unit of Measurement

Unit of measure: ton (2,000 lbs).

1.2.2 Dredging, Transportation, Delivery, Processing and Placement of Non-Rock Dredged Materials Unsuitable for Placement at the HARS, Excluding Dewatering: Item 0001AD (Placement at OENJ Cherokee Bayonne Landfill Remediation Site)(Item No. 0001AC); Dredging and Disposal of Non-Rock Materials Unsuitable for Placement at the HARS (Placement at NB CDF) (Item No. 0001BB)

1.2.2.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at designated disposal sites, processing, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.2.2 Measurement

The total quantity of dredge material for which will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredge prism "as shown on the drawings to include the required dredged depth of 47 ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.2.3 Unit of Measure

Unit of measure: cubic yard.

1.2.3 Dewatering in Accordance with WQCs and OENJ Cherokee Specifications

for Upland Placement (0001AD)

1.2.3.1 Payment

Payment will be made for costs associated with dewatering, monitoring, and other incidental thereto, excluding transportation to berthing areas

1.2.3.2 Measurement

The total quantity of dewatering material for which will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredge prism "as shown on the drawings to include the required dredged depth of 47 ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method will be used for quantity determination.

1.2.3.3 Unit of Measure

Unit of measure: cubic yard.

1.2.4 Dredging and Disposal of Non-Rock for Placement at the HARS and the Drilling, Blasting, Dredging, and Disposal of Rock Materials at the Artificial Reef (Item No. 0001AE and 0001BC)

1.2.4.1 Payment

Payment will be made for costs associated with dredging, including transportation and deposition of dredge material at the HARS, monitoring, and other incidental thereto, including hydrographic surveys.

1.2.4.2 Measurement

The total quantity of dredge material for which will be made will be by in-situ (quantity) measurement in cubic yards by computing the difference of available material between the pre-dredge survey and the post-dredge survey. Available material is defined as material located within the boundaries of the dredge prism "as shown on the drawings to include the required dredged depth of 47 ft below MLW and up to 1.5 ft allowable overdepth. Specifically, a quantity of available material will be computed between the dredge prism and the bottom surface shown by the soundings of the Government's pre-dredge survey, and a quantity of available material will be computed between the dredge prism and the bottom surface shown by the Government post-dredge survey. The difference between these two available quantities (pre-dredge and post-dredge) will constitute the quantity of material dredged. Misplaced materials (including any required removal and placement), excessive dredging, and materials falling or drawn into the cut from beyond the side slope plane or beyond the limits indicated, will be excluded from the quantities for which payment will be made. The Triangulated Irregular Network (TIN) method

will be used for quantity determination.

1.2.4.3 Unit of Measure

Unit of measure: cubic yard.

1.2.5 Subsurface drilling and sampling (Item No. 0001AF and 0001BD)

1.2.5.1 Payment

Payment will be made for costs associated with subsurface drilling and sampling for each drill holes performed, including mobilization and demobilization of all equipment necessary to perform the required drilling sampling, and coring to a depth of 55 feet below MLW. Mobilization and demobilization will include a drill rig of complete assembly and in working order as well as the transportation of samples and cores to the Caven Point Marine Terminal.

1.2.5.2 Measurement

Drilling for drive sample drill holes including soil sampling and rock core drilling (vertical) will be based upon the number of holes that were actually drilled by methods in accordance with the specifications. Measurements will be made from mean low water. Size of sampling shall be 1-3/8 inch diameter and size of rock core shall NX diameter core.

1.2.5.3 Unit of Measure

Unit of measure: each.

-- End of Section --

SECTION 01320

PROJECT SCHEDULE
NETWORK ANALYSIS SYSTEM
NYD Edition 7/97

PART 1 GENERAL

1.1 SUBMITTALS

Government approval is required for submittals with a "GA" designation; submittals having an "FIO" designation are for information only. The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-07 Schedules

Initial Project Schedule; GA A. Preliminary Project Schedule; GA A. Periodic Schedule Updates; GA A.

Four copies of the schedules showing codes, values, categories, numbers, items, etc., as required.

SD-08 Statements

Qualifications; FIO.

Documentation showing qualifications of personnel preparing schedule reports.

SD-09 Reports

Narrative Report; FIO. Schedule Reports; FIO.

Four copies of the reports showing numbers, descriptions, dates, float, starts, finishes, durations, sequences, etc., as required.

1.2 QUALIFICATIONS

The Contractor shall designate an authorized representative who shall be responsible for the preparation of all required project schedule reports. This person shall have previously created and reviewed computerized schedules. Qualifications of this individual shall be submitted to the Contracting Officer for review with the Preliminary Project Schedule submission.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

Pursuant to the Contract Clause, SCHEDULE FOR CONSTRUCTION CONTRACTS a Project Schedule as described below shall be prepared. The scheduling of construction shall be the responsibility of the Contractor. Contractor management

personnel shall actively participate in its development. Subcontractors and suppliers working on the project should also contribute in developing and maintaining an accurate Project Schedule. The approved Project Schedule shall be used to measure the progress of the work, to aid in evaluating time extensions, and to provide the basis of all progress payments.

3.2 BASIS FOR PAYMENT

The schedule shall be the basis for measuring Contractor progress. Lack of an approved schedule or scheduling personnel shall result in an inability of the Contracting Officer to evaluate Contractor progress for the purposes of payment. Failure of the Contractor to provide all information, as specified below, shall result in the disapproval of the entire Project Schedule submission and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes. In the case where Project Schedule revisions have been directed by the Contracting Officer and those revisions have not been included in the Project Schedule, then the Contracting Officer may hold retainage up to the maximum allowed by contract, each payment period, until revisions to the Project Schedule have been made.

3.3 PROJECT SCHEDULE

The computer software system utilized by the Contractor to produce the Project Schedule shall be capable of providing all requirements of this specification. Failure of the Contractor to meet the requirements of this specification shall result in the disapproval of the schedule. Manual methods used to produce any required information shall require approval by the Contracting Officer.

3.3.1 Use of the Critical Path Method

The Critical Path Method (CPM) of network calculation shall be used to generate the Project Schedule. The Contractor shall provide the Project Schedule in either the Precedence Diagram Method (PDM) or the Arrow Diagram Method (ADM).

3.3.2 Level of Detail Required

The Project Schedule shall include an appropriate level of detail. Failure to develop or update the Project Schedule or provide data to the Contracting Officer at the appropriate level of detail, as specified by the Contracting Officer, shall result in the disapproval of the schedule. The Contracting Officer will use, but is not limited to, the following conditions to determine the appropriate level of detail to be used in the Project Schedule.

3.3.2.1 Activity Durations

Contractor submissions shall be required to follow the direction of the Contracting Officer regarding reasonable activity durations. Reasonable durations are those that allow the progress of activities to be accurately determined between payment periods. A rule of thumb, that the Contractor should

use, is that less than 2 percent of all non-procurement activities' Original Durations shall be greater than 20 days.

3.3.2.2 Procurement Activities

Tasks related to the procurement of long lead materials or equipment shall be included as separate activities in the project schedule. Long lead materials and equipment are those materials that have a procurement cycle of over 90 days. Examples of procurement process activities include, but are not limited to: submittals, approvals, procurement, fabrication, delivery, installation, start-up, and testing.

3.3.2.3 Government Activities

Government and other agencies activities that could impact progress shall be shown. These activities include, but are not limited to: approvals, inspections, utility tie-in, Government Furnished Equipment (GFE) and notice to proceed for phasing requirements.

3.3.2.4 Responsibility

All activities shall be identified in the project schedule by the party responsible to perform the work. Responsibility includes, but is not limited to, the subcontracting firm, contractor work force, or government agency performing a given task. Activities shall not belong to more than one responsible party. The responsible party for each activity shall be identified by the Responsibility Code.

3.3.2.5 Work Areas

All activities shall be identified in the project schedule by the work area in which the activity occurs. Activities shall not be allowed to cover more than one work area. The work area of each activity shall be identified by the Work Area Code.

3.3.2.6 Modification or Claim Number

Any activity that is added or changed by contract modification or used to justify claimed time shall be identified by a mod or claim code that changed the activity. Activities shall not belong to more than one modification or claim item. The modification or claim number of each activity shall be identified by the Mod or Claim Number.

3.3.2.7 Bid Item

All activities shall be identified in the project schedule by the Bid Item to which the activity belongs. An activity shall not contain work in more than one bid item. the bid item for each appropriate activity shall be identified by the Bid Item Code.

3.3.2.8 Phase of Work

All activities shall be identified in the project schedule by the phases of work in which the activity occurs. Activities

shall not be allowed to contain work in more than one phase of work. The project phase of each activity shall be by the unique Phase of Work Code.

3.3.2.9 Feature of Work

All activities shall be identified in the project schedule according to the feature of work to which the activity belongs. Feature of work refers, but is not limited to a work breakdown structure for the project. The feature of work for each activity shall be identified by the Feature of Work Code.

3.3.3 Scheduled Project Completion

The schedule interval shall extend from notice-to-proceed to the contract completion date.

3.3.3.1 Project Start Date

The schedule shall start no earlier than the date that the Notice to Proceed (NTP) was acknowledged. The Contractor shall include as the first activity in the project schedule an activity called "Start Project". The "Start Project" activity shall have: a "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.3.2 Constraint of Last Activity

Completion of the last activity in the schedule shall be constrained by the contract completion date. Calculation on project updates shall be such that if the early finish of the last activity falls after the contract completion date, then the float calculation shall reflect a negative float on the critical path. The Contractor shall include as the last activity in the project schedule an activity call "End Project". The "End Project" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.3.3 Early Project Completion

In the event the project schedule shows completion, the project prior to the contract completion date, the Contractor shall identify those activities that have been accelerated and/or those activities that are scheduled in parallel to support the Contractor's "early" completion. Contractor shall specifically address each of the activities noted at every project schedule update period to assist the Contracting Officer to evaluate the Contractor's ability to actually complete prior to the contract period.

3.3.4 Interim Completion Dates

Contractually specified interim completion dates shall also be constrained to show negative float if the early finish date of the last activity in that phase falls after the interim completion date.

3.3.4.1 Start Phase

The Contractor shall include as the first activity for a project phase an activity called "Start Phase X" where "X" refers to the phase of work. The "Start Phase X" activity shall have: a "ES" constraint, a constraint date equal to the date that the NTP was acknowledged, and a zero day duration.

3.3.4.2 End Phase

The Contractor shall include as the last activity in a project phase an activity called "End Phase X" where "X" refers to the phase of work. The "End Phase X" activity shall have: a "LF" constraint, a constraint date equal to the completion date for the project, and a zero day duration.

3.3.4.3 Phase X

The Contractor shall include a hammock type activity for each project phase called "Phase X" where "X:" refers to the phase of work. The "Phase X" activity shall be logically tied to the earliest and latest activities in the phase.

3.3.5 Default Progress Data Disallowed

Actual Start and Finish dates shall not be automatically updated by default mechanisms that may be included in CPM scheduling software systems. Actual Start and Finish dates on the CPM schedule shall match those dates provided from Contractor Quality Control Reports. Failure of the Contractor to document the Actual Start and Finish dates on the Daily Quality Control report for every in progress or completed activity and insure that the data contained on the Daily Quality Control reports is the sole basis for schedule updating shall result in the disapproval of the Contractor's schedule and the inability of the Contracting Officer to evaluate Contractor progress for payment purposes.

3.3.6 Out-of-Sequence Progress

Activities that have posted progress without predecessors being completed (Out-of-Sequence Progress) shall be allowed only by the case-by-case approval of the Contracting Officer. The Contracting Officer may direct that changes in schedule logic be made to correct any or all out-of-sequence work.

3.3.7 Extended Non-Work Periods

Designation of Holidays to account for non-work periods of over 5 days shall not be allowed. Non-work periods of over 5 days shall be identified by addition of activities that represent the delays. Modifications to the logic of the project schedule shall be made to link those activities that may have been impacted by the delays to the newly added delay activities.

3.3.8 Negative Lags

Lag durations contained in the project schedule shall not have a negative value.

3.4 PROJECT SCHEDULE SUBMISSIONS

The Contractor shall provide the submissions as described below. The data disk, reports, and network diagrams required for each submission are contained in paragraph SUBMISSION REQUIREMENTS.

3.4.1 Preliminary Project Schedule Submission

The Preliminary Project Schedule, defining the Contractor's planned operations for the first 60 calendar days shall be submitted for approval within 10 calendar days after Notice to Proceed is acknowledged. The approved preliminary schedule shall be used for payment purposes not to exceed 60 calendar days after Notice to Proceed.

3.4.2 Initial Project Schedule Submission

The Initial Project Schedule shall be submitted for approval within 40 calendar days after Notice to Proceed. The schedule shall provide a reasonable sequence of activities which represent work through the entire project and shall be at a reasonable level of detail.

3.4.3 Periodic Schedule Updates

Based on the result of progress meetings, specified in "Periodic Progress Meetings," the Contractor shall submit periodic schedule updates. These submissions shall enable the Contracting Officer or to assess Contractor's progress. If the Contractor fails or refuses to furnish the information and project schedule data, which in the judgement of the Contracting Officer or authorized representative, is necessary for verifying the contractor's progress, the Contractor shall be deemed not to have provided an estimate upon which progress payment may be made.

3.5 SUBMISSION REQUIREMENTS

The following items shall be submitted by the Contractor for the initial submission, and every periodic project schedule update throughout the life of the project:

3.5.1 Data Disks

Two data disks containing the project schedule shall be provided. Data on the disks shall be in the format specified in Appendix A, " Standard Data Exchange Format".

3.5.1.1 File Medium

Required data shall be submitted on 3.5 disks, formatted to hold 1.44 MB of data, under the MS-DOS Version 5.0 operating system.

3.5.1.2 Disk Label

A permanent exterior label shall be affixed to each disk submitted. The label shall indicate the type of schedule (Initial, Update, or Change), full contract number, project name, project location, data date, name and telephone number or

person responsible for the schedule, and the MS-DOS version used to format the disk.

3.5.1.3 File Name

Each file submitted shall have a name related to either the schedule data date, project name, or contract number. The Contractor shall develop a naming convention that will insure that the names of the files submitted are unique. the Contractor shall submit the file naming convention to the Contracting Officer for approval.

3.5.2 Narrative Report

A Narrative Report shall be provided with each update of the project schedule. This report shall be provided as the basis of the Contractor's progress payment request. The Narrative Report shall include: a description of activities along the 4 most critical paths, a description of current and anticipated problem areas or delaying factors and their impact, and an explanation of corrective actions taken.

3.5.3 Approved Changes Verification

Only project schedule changes that have been previously approved by the Contracting Officer shall be included in the schedule submission. The Narrative Report shall specifically reference, on an activity by activity basis, all changes made since the previous period and relate each change to documented, approved schedule changes.

3.5.4 Schedule Reports

The format for each activity for the schedule reports listed below shall contain: Activity Numbers, Activity Description, Original Duration, Remaining Duration, Early Start Date, Early Finish Date, Late Start Date, Late Finish Date, Total Float. Actual Start and Actual Finish Dates shall be printed for those activities in-progress or completed.

3.5.4.1 Activity Report

A list of all activities sorted according to activity number or "I-NODE" AND "J-NODE" and then sorted according to Early Start Date. For completed activities the Actual Start Date shall be used as the secondary sort.

3.5.4.2 Logic Report

A list of Preceding and Succeeding activities for every activity in ascending order by activity number and then sorted according to Early Start Date. For completed activities the Actual Start Date shall be used as the secondary sort.

3.5.4.3 Total Float Report

A list of all activities sorted in ascending order of total float. Activities which have the same amount of total float shall be listed in ascending order of Early Start Dates.

3.5.4.4 Earnings Report

A compilation of the Contractor's Total Earnings on the project from the Notice to Proceed until the most recent Monthly Progress Meeting. This report shall reflect the Earnings of specific activities based on the agreements made in the field and approved between the Contractor and Contracting Officer at the most recent Monthly Progress Meeting. Provided that the Contractor has provided a complete schedule update, this report shall serve as the basis of determining Contractor Payment. Activities shall be grouped by bid item and sorted by activity numbers. This report shall: sum all activities in a bid item and provide a bid item percent; complete and sum all bid items to provide a total project percent complete. The printed report shall contain, for each activity: [Activity Number] [or] ["i-node" and "j-node"], Activity Description, Original Budgeted Amount, Total Quantity, Quantity to Date, Percent Complete (based on cost), Earnings to Date.

3.5.5 Network Diagram

The network diagram shall be required on the initial schedule submission and on monthly (30 days) schedule update submissions. In addition to other submission requirements, a single mylar reproduceable 20 inch by 30 inch size shall be submitted. The network diagram shall depict and display the order and interdependence of activities and sequence in which the work is to be accomplished. The Contracting Officer will use, but is not limited to, the folloiwng conditions to review compliance with with this paragraph:

3.5.5.1 Continuous Flow

Diagrams shall show a continuous flow from left to right with no arrows from right to left. The activity or event number, description, duration, and estimated earned value shall be shown on the diagram.

3.5.5.2 Project Milestone Dates

Dates shall be shown on the diagram for start of project, any contract required interim completion dates, and contract completion dates.

3.5.5.3 Critical Path

The critical path shall be clearly shown.

3.5.5.4 Banding

Activities shall be grouped to assist in the understanding of the activity sequence. Typically, this flow will group activities by category of work, work area and/or responsibility.

3.5.5.5 S-Curves

Earnings curves showing projected early and late earnings and earnings to date.

3.6 PERIODIC PROGRESS MEETINGS

Progress meetings to discuss payment shall include a monthly on-site meeting or other regular intervals mutually agreed to at the preconstruction conference. During this meeting the Contractor will describe, on an activity by activity basis, all proposed revisions and adjustments to the project schedule required to reflect the current status of the project. The Contracting Officer will approve activity progress, proposed revisions, and adjustments as appropriate.

3.6.1 Meeting Attendance

The Contractor's Project Manager and Scheduler shall attend the regular progress meeting.

3.6.2 Update Submission Following Progress Meeting

A complete update of the project schedule containing all approved progress, revisions, and adjustments, based on the regular progress meeting, shall be submitted not later than 4 working days after the monthly progress meeting.

3.6.3 Progress Meeting Contents

Update information, including Actual Start Dates, Actual Finish Dates, Remaining Durations, and Cost to Date shall be subject to the approval of the Contracting Officer. The following minimum set of items which the Contractor shall address, on an activity by activity basis, during each progress meeting.

3.6.3.1 Start and Finish Dates

The Actual Start and Actual Finish dates for each activity currently in-progress or completed activities.

3.6.3.2 Time Completion

The estimated Remaining Duration for each activity in-progress. Time-based progress calculations must be based on Remaining Duration for each activity.

3.6.3.3 Cost Completion

The earnings for each activity started. Payment shall be based on earnings for each in-progress or completed activity. Payment for individual activities shall not be made for work that contains quality defects. A portion of the overall project amount may be retained based on delays of activities.

3.6.3.4 Logic Changes

All logic changes pertaining to Notice to Proceed on change orders, change orders to be incorporated into the schedule, contractor proposed changes in work sequence, corrections to schedule logic for out-of-sequence progress, [lag durations,] and other changes that have been made pursuant to contract provisions shall be specifically identified and discussed.

3.6.3.5 Other Changes

Other changes required due to delays in completion of any activity or group of activities are those delays beyond the Contractors control such as strikes and unusual weather. Also included are delays encountered due to submittals, Government Activities, deliveries or work stoppage which makes re-planning the work necessary, and when the schedule does not represent the actual prosecution and progress of the work.

3.7 REQUESTS FOR TIME EXTENSIONS

In the event the Contractor requests an extension of the contract completion date, he shall furnish such justification, project schedule data and supporting evidence as the Contracting Officer may deem necessary for a determination as to whether or not the Contractor is entitled to an extension of time under the provisions of the contract. Submission of proof of delay, based on revised activity logic, duration, and costs (updated to the specific date that the delay occurred) is obligatory to any approvals.

3.7.1 Justification of Delay

The project schedule must clearly display that the Contractor has used, in full, all the float time available for the work involved with this request. The Contracting Officer's determination as to the number of allowable days of contract extension, shall be based upon the project schedule updates in effect for the time period in question and other factual information. Actual delays that are found to be caused by the Contractor's own actions, which result in the extension of the schedule, shall not be a cause for a time extension to the contract completion date.

3.7.2 Submission Requirements

The Contractor shall submit a justification for each request for a change in the contract completion date of two weeks or less. Such a request shall be in accordance with the requirements of other appropriate Contract Clauses and shall include, as a minimum:

a. A list of affected activities, with their associated project schedule activity number.

b. A brief explanation of the causes of the change.

c. An analysis of the overall impact of the changes proposed.

d. A sub-network of the affected area.

Activities impacted in each justification for change shall be identified by a unique activity code contained in the required data file.

3.7.3 Additional Submission Requirements

For any request for time extension for over 2 weeks, the Contracting Officer may request an interim update with revised activities for a specific change request. The Contractor shall provide this disk within 4 days of the Contracting Officer's request.

3.8 DIRECTED CHANGES

If Notice to Proceed (NTP) is issued for changes prior to settlement of price and/or time, the Contractor shall submit proposed schedule revisions to the Contracting Officer within 2 weeks of the NTP being issued. The proposed revisions to the schedule will be approved by the Contracting Officer prior to inclusion of those changes within the project schedule. If the Contractor fails to submit the proposed revisions, the Contracting Officer may furnish the Contractor suggested revisions to the project schedule. The Contractor shall include these revisions in the project schedule until the Contractor submits revisions, and final changes and impacts have been negotiated. If the Contractor has any objections to the revisions furnished by the Contracting Officer, then the Contractor shall advise the Contracting Officer within 2 weeks of receipt of the revisions. Regardless of the objections, the Contractor will continue to update their schedule with the Contracting Officer's revisions until a mutual agreement in the revisions may be made. If the Contractor fails to submit alternative revisions within 2 weeks of receipt of the Contracting Officer's proposed revisions, the Contractor will be deemed to have concurred with the Contracting Officer's proposed revisions. The proposed revisions will then be the basis for an equitable adjustment for performance of the work.

3.9 OWNERSHIP OF FLOAT

Float available in the schedule, at any time, shall not be considered for the exclusive use of either the Government or the Contractor.

**APPENDIX A**
ER 1-1-11
15 Jun 95

**STANDARD DATA EXCHANGE FORMAT SPECIFICATION**

PART 1- GENERAL

1. Application of This Provision: The Standard Data Exchange Format (SDEF) provides a non-proprietary protocol to exchange project planning and progress data between scheduling systems.

2. File Type and Format: The data file shall consist of a 132 character, freed format, "ASCII" file. Text shall be left-justified and numbers shall be right-justified in each field. Data records must conform, exactly, to the sequence, column position, maximum length, mandatory values, and field definitions described below to comply with the SDEF. Unless specifically stated, all numbers shall be whole numbers. Fields containing numbers shall not be zero filled. All data columns shall be separated by a single blank column. The file shall not contain blank lines.

3. Usage Notes: Where appropriate, notes regarding proper usage of systems to support the SDEF have been included in brackets ( [ ] ). These notes are included to assist users in creating SDEF-compatible files, given the variety of software systems that support the SDEF.

4. Recommended Systems: Several systems have been tested to determine the

accuracy of importing and exporting SDEF files. For information on the current list of recommended systems, please contact Mr. Stan Green at HQUSACE, (202) 761-0206. Although the currently listed systems have been tested other systems may also be acceptable provided those systems correctly import and export SDEF files.

5. SDEF Checker Program: A program that checks whether a file meets the SDEF is available free of charge. A copy of this program may be obtained by written request to: U.S. Army Corps of Engineers, ATTN: Mr. Bill East (CECER-FFA), P.O. Box 9005, Champaign, IL 61826-90005. A description of the SDEF Checker is also available on the Internet and CivilNet.

PART 2- SDEF SPECIFICATION

6. SDEF Organization: The SDEF shall consist of the following records provided in the exact sequence shown below:

| Paragraph Reference | Record Description | Remarks |
|---|---|---|
| 6.a | Volume Record | Mandatory First Line of File |
| 6.b | Project Record | Mandatory Second Line of File |
| 6.c | Calendar Record(s) | Mandatory One Record Minimum |
| 6.d | Holiday Record(s) | Mandatory if Holiday Used |
| 6.e | Activity Record(s) | Mandatory Records |
| 6.f | Precedence Record(s) | Mandatory for Precedence |
| 6.g | Unit Cost Record(s) | Mandatory for Unit Costs |
| 6.h | Progress Record(s) | Mandatory Records |
| 6.i | File End Record | Mandatory Last Line of Disk/File |

6.a. Volume Record: The Volume Record shall be used to control the transfer of data that may not fit on a single disk. The first line in every file used to store SDEF data shall be the Volume Record. The Volume Record shall sequentially identify the number of the data transfer disk(s). The Volume Record shall have the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | VOLM | Fixed | Filled |
| DISK NUMBER | 6 -7 | 2 | ^ | Number | Right Justified |

6.a.(1) The RECORD IDENTIFIER is the first four characters of this record. The required value for this field shall be "VOLM". The VOLM record must appear on the first line of the SDEF data file.

6.a.(2) The DISK NUMBER field shall identify the number of the data disk used to store the data exchange information. If all data may be contained on a single disk, this field shall contain the value of "1". If more disks are required, then the second disk shall contain the value "2", the third disk shall be designated with a "3", and so on. Identification of the last data disk is accomplished in the Reject End Record.

6.b. Project Record: The Project Identifier Record shall contain general project information. Because more than one SDEF file may be required for data transfer between large projects, the PROJ record shall be the second line of the first SDEF file transferred. The PROJ record shall contain information in the following format:

| Description Type | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROJ | Fixed | Filled |
| DATA DATE | 6-12 | 7 | ^ | ddmmmyy | Filled |
| PROJECT IDENTIFIER | 14-17 | 4 | ^ | Alpha. | Left Justified |
| PROJECT NAME | 19-66 | 48 | ^ | Alpha. | Left Justified |
| CONTRACTOR NAME | 68-103 | 36 | ^ | Alpha. | Left Justified |
| ARROW OR PRECEDENCE | 105-105 | 1 | A, P | Fixed | filled |
| CONTRACT NUMBER | 107-112 | 6 | ^ | Alpha. | Left Justified |
| PROJECT START | 114-120 | 7 | ^ | ddmmmyy | Filled |
| PROJECT END | 122-128 | 7 | ^ | ddmmmyy | Filled |

6.b.(1) The RECORD IDENTIFIER is the first four characters of this record. The required value for this field shall be "PROJ". This record shall contain the general project information and indicates which scheduling method shall be used.

6.b.(2) The DATA DATE is the date of the schedule calculation. The abbreviation "ddmmmyy" refers to a date format that shall translate a date into two numbers for the day, three letters for the month, and two numbers for the year. For example, March 1, 1999 shall be translated into 01Mar99. This same convention for date formats shall be used throughout the entire data format. To ensure that dates are translated consistently, the following abbreviations shall be used for the three character month code:

| Abbreviation | Month |
|---|---|
| JAN | January |
| FEB | February |
| MAR | March |
| APR | April |
| MAY | May |
| JUN | June |
| JUL | July |
| AUG | August |
| SEP | September |
| OCT | October |
| NOV | November |
| DEC | December |

6.b.(3) The PROJECT IDENTIFIER is a maximum four character abbreviation for the schedule. These four characters shall be used to uniquely identify the project and specific update as agreed upon by Contractor and Contracting Officer. When utilizing scheduling software these four characters shall be used to select the project. Software manufacturers shall provide information to users to ensure that data importing programs do not automatically overwrite other schedules with the same PROJECT IDENTIFIER.

6.b.(4) The PROJECT NAME field shall contain the name and location of the project edited to fit the space provided. The data appearing here shall appear on scheduling software reports. The abbreviation "Alpha." refers to an "Alphanumeric" field value and shall be used throughout the remainder of this specification.

6.b.(5) The CONTRACTOR NAME field shall contain the Construction Contractor's name, edited to fit the space provided.

6.b.(6) The ARROW OR PRECEDENCE field shall indicate which method shall be

used for calculation of the schedule. The value "A" shall signify the Arrow Diagramming Method. The value "P" shall signify the Precedence Diagramming Method. The ACTIVITY ID field of the Activity Record shall be interpreted differently depending on the value of this field. The Precedence Record shall be required if the value of this field is "P". [Usage note: software systems may not support both arrow and precedence diagramming. It is recommended that the selection of the type of network be based on the capabilities of the software used by project partners.]

6.b.(7) The CONTRACT NUMBER field shall contain the contract number for the project. For example, the construction contract number DACA85-89-C-0001 shall be entered into this field as "890001".

6.b.(8) The PROJECT START field shall contain the date that the Contractor acknowledges the Notice to Proceed (NTP). [Usage note: Software systems may use a project start date to constrain the first activity of a network. To ensure consistent scheduling calculations across products, it is recommended that the first activity in the schedule contain an EARLY START constraint and a software system's PROJECT START date only be used to report on the project's start date.]

6.b.(9) The PROJECT END field shall contain the date that the Contractor plans to complete the work as approved by the Contracting Officer. [Usage note: software systems may use a project end date to constrain the last activity of a network. To ensure consistent scheduling calculations across products, it is recommended that the last activity in the schedule contain an EARLY START constraint and a software system's PROJECT END date only be used to report on the project's end date.]

6.c. Calendar Record: The Calendar Record(s) shall follow the Project Identifier Record in the first disk of data transferred. A minimum of one Calendar Record shall be required for all data exchange activity files. The format for the Calendar Record shall be as follows:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | CLDR | Fixed | Filled |
| CALENDAR CODE | 6 -6 | 1 | ^ | Alpha. | Filled |
| WORKDAYS | 8 -14 | 7 | SMTWTFS | Fixed | Filled |
| CALENDAR DESCRIPTION | 16-45 | 30 | ^ | Alpha. | Left Justified |

6.c.(1) The RECORD IDENTIFIER shall always begin with "CLDR" to identify it as a Calendar Record. Each Calendar Record used shall have this identification in the first four columns. [Usage note: Systems contain a variety of calendar options. It is recommended that the least common denominator of calendar features between the systems be used as the basis for creating the SDEF file for a given project.]

6.c.(2) The CALENDAR CODE shall be used in the activity records to signify that this calendar is associated with the activity. [Usage note: Some systems do not allow for alphanumeric CALENDAR CODES, but only allow positive integers from 1 to 9. It is recommended that only positive integers be used for the CALENDAR CODE field to support the widest variety of scheduling systems.]

6.c.(3) The WORKDAYS field shall contain the work-week pattern selected with "Y", for Yes, and "N", for No. The first character shall be Sunday and the last character Saturday. An example of a typical five (5) day work-week

would be NYYYYYN. A seven (7) day work-week would be YYYYYYY.

6.c.(4) The CALENDAR DESCRIPTION shall be used to briefly describe the calendar used.

6.d. Holiday Record: The Holiday Record(s) shall follow the Calendar Record(s) in the first disk of data transferred. There may be calendars without any holidays designated or several Holiday Records for each Calendar Record(s). The format for the Holiday Record shall be as follows:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | HOLI | Fixed | Filled |
| CALENDAR CODE | 6-6 | 1 | ^ | Alpha. | Filled |
| HOLIDAY DATE | 8-14 | 7 | ^ | ddmmmyy | Filled |
| HOLIDAY DATE | 16-22 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 24-30 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 32-38 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 40-46 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 48-54 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 56-62 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 64-70 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 72-78 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 80-86 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 88-94 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 96-102 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 104-110 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 112-11 | 7 | - | ddmmmyy | May be Filled |
| HOLIDAY DATE | 120-126 | 7 | - | ddmmmyy | May be Filled |

6.d.(1) The RECORD IDENTIFIER shall always begin with "HOLI". Each Holiday Record used shall have this identification in the first four columns.

6.d.(2) The CALENDAR CODE indicates which work-week calendar the holidays shall be applied to. More than one HOLI record may be used for a given CALENDAR CODE.

6.d.(3) The HOLIDAY DATE shall contain the date of each individual non-work day.

6.e. Activity Records: Activity Records shall follow any Holiday Record(s). If there are no Holiday Record(s), then the Activity Records shall follow the Calendar Record(s). There shall be one Activity Record for every activity in the network. Each activity shall have one record in the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | ACTV | Fixed | Filled |
| ACTIVITY ID | 6 -15 | 10 | ^ | Integer | See Comment Below |
| ACTIVITY DESCR. | 17-46 | 30 | ^ | Alpha. | Left Justified |
| ACTIVITY DURATION | 48-50 | 3 | ^ | Integer | Right Justified |
| CONSTRAINT DATE | 52-58 | 7 | | ddmmmyy | May be Filled |
| CONSTRAINT TYPE | 60-61 | 2 | | ES or LF | May be Filled |
| CALENDAR CODE | 63-63 | 1 | ^ | Alpha. | Filled |
| HAMMOCK CODE | 65-65 | 1 | Y, blank | Fixed | May be Filled |
| WORKERS PER DAY | 67-69 | 3 | Integer | | Right Justified |

| | | | | |
|---|---|---|---|---|
| RESPONSIBILITY CODE | 71-74 | 4 | Alpha. | Left Justified |
| WORK AREA CODE | 76-79 | 4 | Alpha. | Left Justified |
| MOD OR CLAIM NO. | 81-86 | 6 | Alpha. | Left Justified |
| BID ITEM | 88-93 | 6 | Alpha. | Left Justified |
| PHASE OF WORK | 95-96 | 2 | Alpha. | Left Justified |
| CATEGORY OF WORK | 98-98 | 1 | Alpha. | May be filled |
| FEATURE OF WORK | 100-128 | 30 | Alpha. | Left Justified |

6.e.(1) The RECORD IDENTIFIER for each activity description record must begin with the four character "ACTV" code. This field shall be used for both the Arrow Diagram Method (ADM) and Precedence Diagram Method (PDM).

6.e.(2) The ACTIVITY ID consists of coding that shall differ, depending on whether the ADM or PDM method was selected in the Project Record. If the ADM method was selected then the field shall be interpreted as two right-justified fields of five (5) integers each. If the PDM method was selected the field shall be interpreted as one (1) right-justified field of ten (10) integers each. The maximum activity number allowed under this arrangement is 99999 for ADM and 9999999999 for the PDM method. [Usage note: Many systems allow alphanumeric ACTIVITY IDs. While the SDEF does not strictly, allow the use of alphanumeric values, users may agree to use the ACTIVITY ID field to exchange alphanumeric data. It is recommended that the ACTIVITY ID be restricted to integers when one or more of the systems being used for scheduling allows only integer ACTIVITY ID values.]

6.e.(3) The ACTIVITY DESCRIPTION shall be a maximum of 30 characters. Descriptions must be limited to the space provided.

6.e.(4) The ACTIVITY DURATION contains the estimated original duration for the activity on the schedule. The duration shall be based upon the work-week designated by the activity's related calendar.

6.e.(5) The CONSTRAINT DATE field shall be used to identify a date that the scheduling system may use to modify float calculations. If there is a date in this field, then there must be a valid entry in the CONSTRAINT TYPE field.

6.e.(6) The CONSTRAINT TYPE field shall be used to identify the way that the scheduling system shall use the CONSTRAINT DATE to modify schedule float calculations. If there is a value in this field, then there must be a valid entry in the CONSTRAINT DATE field. The valid values for the CONSTRAINT TYPE are as follows:

| Code | Definition |
|---|---|
| ES | The CONSTRAINT DATE shall replace an activity's early start date, if the early start date is prior to the CONSTRAINT DATE. |
| LF | The CONSTRAINT DATE shall replace an activity's late finish date, if the late finish date is after the CONSTRAINT DATE. |

[Usage note: Systems provide a wide variety of constraint types that may not be supported by other systems. It is recommended that constraint types be restricted to the values above regardless of the capabilities of the various systems being used for scheduling.]

6.e.(7) The CALENDAR CODE relates this activity to an appropriate work-week calendar. The ACTIVITY DURATION must be based on the valid work-week referenced by this CALENDAR CODE field.

6.e.(8) The HAMMOCK CODE indicates that a particular activity does not have its own independent duration, but takes its start dates from the start date of the preceding activity (or node) and takes its finish dates from the finish dates of its succeeding activity (or node). If the value of the HAMMOCK CODE field is "Y", then the activity is a hammock activity.

6.e.(9) The WORKERS PER DAY shall contain the average number of workers expected to work on the activity each day the activity is in progress. If this code is required by project scheduling specifications, values for this data will be right justified. Activities without workers per day shall have a value of "0".

6.e.(10) The RESPONSIBILITY CODE shall identify the subcontractors or major trade involved with completing the work for the activity. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(11) The WORK AREA CODE shall identify the location of the activity within the project. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(12) The MOD OR CLAIM NUMBER shall uniquely identify activities that are added or changed on a construction contract modification, or activities that justify any claimed time extensions. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(13) The BID ITEM shall identify the bid item number associated with each activity. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(14) The PHASE OF WORK shall identify the timing of a specific activity within the entire project. If this code is required by project scheduling specifications, value for this data will be left justified.

6.e.(15) The CATEGORY OF WORK shall identify the general type of work performed by every activity. If this code is required by project scheduling specifications, value for this data will be placed in the field.

6.e.(16) The FEATURE OF WORK shall identify a very broad designation of the general type of work that is being accomplished by the activity. If this code is required by project scheduling specifications, value for this data will be left justified. [Usage note: Many systems require that FEATURE OF WORK values be placed in several activity code fields. It is recommended that users review SDEF documentation to determine the correct way to use a given software system to produce the FEATURE OF WORK code.]

6.f. Precedence Record: The Precedence Record(s) shall follow the Activity Records if a Precedence Diagram Method schedule (PDM) is identified in the ARROW OR PRECEDENCE field of the Project Record. The Precedence Record has the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | PRED | Fixed | Filled |
| ACTIVITY ID | 6-15 | 10 | ^ | Integer | See Comment Below |
| PRECEDING ACTIVITY | 17 -26 | 10 | ^ | Integer | See Comment Below |

| | | | | | |
|---|---|---|---|---|---|
| PREDECESSOR TYPE | 28-28 | 1 | ^ | S, F, C | Filled |
| LAG DURATION | 30-33 | 4 | ^ | Integer | Right Justified |

6.f.(1) The RECORD IDENTIFIER shall begin with the four characters "PRED" in the first four columns of the record.

6.f.(2) The ACTIVITY ID identifies the activity whose predecessor shall be specified in this record.

6.f.(3) The PRECEDING ACTIVITY number is the number of an activity that precedes the activity noted in the ACTIVITY ID field.

6.f.(4) The PREDECESSOR TYPE field indicates the type of relation that exists between the chosen pair of activities. Valid PREDECESSOR TYPE fields areas follows:

| Code | Definition |
|---|---|
| S | Start-to-Start relation |
| F | Finish-to-Finish relation |
| C | Finish-to-Start relation |

[Usage note: Some systems provide additional predecessor types that may not be supported by all other systems. It is recommended that predecessor types be restricted to the values above regardless of the capabilities of the various systems being used for scheduling.]

6.f.(5) The LAG DURATION field contains the number of days delay between the preceding and current activity. [Usage note: Some systems allow negative values for the LAG DURATION. Because these values are not supported by all other systems, it is recommended that values be restricted to zero and positive integers.]

6.g. Unit Cost Record: The Unit Cost Record shall follow all Precedence Records. If the schedule utilizes the Arrow Diagram Method, then the Unit Cost Record shall follow any Activity records. There shall be one Unit Cost Record for every activity that is not a lump sum activity. [Usage note: (1) It is recommended that users who wish to exchange unit cost data contact SDEF vendor representatives to determine the ability of the software system to import/export unit cost information. (2) If the software being used by each member of the project team supports unit cost data then users may wish to conduct a trial run of the SDEF data exchange with a two or three-activity network to ensure that unit cost data transfers as expected. If problems are found please consult vendor representatives for resolution prior to exchange of full project schedules. (3) Unit cost record data does not, in most systems, result in the correct values being placed in the ACTIVITY COST and COST TO DATE fields of the Progress (PROG) Record. Users must, at this time, manually transfer the data from the Unit Cost Record to the Progress Record. The fields for this record shall take the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1 -4 | 4 | UNIT | Fixed | Filled |
| ACTIVITY ID | 6-15 | 10 | ^ | Integer | See Comment Below |
| TOTAL QTY | 17-29 | 13 | ^ | Format 8.4 | Right Justified |
| COST PER UNIT | 31-43 | 13 | ^ | Format 8.4 | Right Justified |
| QTY TO DATE | 45-57 | 13 | ^ | Format 8.4 | Right Justified |

| | | | | | |
|---|---|---|---|---|---|
| UNIT OF MEASURE | 59-61 | 3 | ^ | Alpha. | Left Justified |

6.g.(1) The RECORD IDENTIFIER shall be identified with the four characters 'UNIT" placed in the first four columns of the record.

6.g.(2) The ACTIVITY ID for each activity shall match the format described in the activity record. Each activity may have only one Unit Cost Record.

6.g.(3) The TOTAL QTY is the total amount of material to be used in this activity. This number consists of eight digits, one decimal point and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 25-29. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(4) The COST PER UNIT is the cost, in dollars and cents, for each unit to be used in this activity. This number consists of eight digits, one decimal point, and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 39-43. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(5) The QTY TO DATE is the quantity of material installed in this activity up to the data date. This number consists of eight digits, one decimal point, and four more digits. An example of a number in this format is "11111111.1111". If decimal places are not needed this field shall still contain a ".0000" in columns 53-57. [Usage note: Many systems support a different format for this value that does not include as many decimal places. It is recommended that users determine their requirements for significant digits based on the lowest common denominator of the software systems being used for a given project.]

6.g.(6) The UNIT OF MEASURE is an abbreviation that may be used to describe the units being measured for this activity. Valid values for this field are any meaningful English or metric unit, except "LS" for Lump Sum. Lump Sum activities are not to have Unit Cost Records.

6.h. Progress Record: Progress Record(s) shall follow all Unit Cost Record(s). If there are no Unit Cost Record(s), then the Progress Record(s) shall follow all Precedence Records. If the schedule utilizes the Arrow Diagram Method, then the Progress Record shall follow any Activity Records. One Progress Record is required for every activity in the Activity Record. The fields for this Record shall be provided in the following format:

| Description | Column Position | Max. Len. | Req. Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-4 | 4 | PROG | Fixed | Filled |
| ACTIVITY ID | 6-5 | 10 | ^ | Integer | See Comments Below |
| ACTUAL START DATE | 17-23 | 7 | ^ | ddmmmyy | Filled if Started |
| ACTUAL FINISH DATE | 25-31 | 7 | ^ | ddmmmyy | Filled if Finished |
| REMAINING DURATION | 33-35 | 3 | ^ | Integer | Right Justified |
| ACTIVITY COST | 37-48 | 12 | ^ | Format 9.2 | Right Justified |

| | | | | | |
|---|---|---|---|---|---|
| COST TO DATE | 50-61 | 12 | ^ | Format 9.2 | Right Justified |
| STORED MATERIAL | 63-74 | 12 | ^ | Format 9.2 | Right Justified |
| EARLY START DATE | 76-82 | 7 | ^ | ddmmmyy | Filled if Not Started |
| EARLY FINISH DATE | 84-90 | 7 | ^ | ddmmmyy | Filled if Not Finished |
| LATE START DATE | 92-98 | 7 | ^ | ddmmmyy | Filled if Not Started |
| LATE FINISH DATE | 100-106 | 7 | ^ | ddmmmyy | Filled if Not Finished |
| FLOAT SIGN | 108-108 | 1 | +,- | Fixed | Filled if Not Finished |
| TOTAL FLOAT | 110-112 | 3 | ^ | Integer | R, Just, if Not Finished |

6.h.(1) The RECORD IDENTIFIER shall begin with the four characters "PROG" in the first four columns of the record.

6.h.(2) The ACTIVITY ID for each activity for which progress has been posted shall match the format described in the Activity Record.

6.h.(3) An ACTUAL START DATE is required for all in-progress activities. The ACTUAL START DATE shall be the same as, or later than, the PROJECT START date contained in the Project Record. The ACTUAL START DATE shall also be the same as, or prior to, the DATA DATE contained in the Project Record. If there is an ACTUAL START DATE for an activity that there must also be a REMAINING DURATION, and the values for the EARLY START DATE and LATE START DATE are blank. [Usage note: Some systems allow default values for ACTUAL START DATE if the date is not entered by the user. Because the failure to include a start date for activities may result in different schedule calculations, it is recommended that the ACTUAL START DATE be required for all activities in progress.]

6.h.(4) An ACTUAL FINISH DATE is required for all completed activities. If the REMAINING DURATION of an activity is zero, then there must be an ACTUAL FINISH DATE. If there is an ACTUAL FINISH DATE, then values for the EARLY START DATE, LATE START DATE, EARLY FINISH DATE, LATE FINISH DATE, FLOAT SIGN, and TOTAL FLOAT shall be blank. [Usage note: Some systems allow default values for ACTUAL FINISH DATE if the date is not entered by the user. Because the failure to include a finish date for activities may result in different schedule calculations, it is recommended that the ACTUAL FINISH DATE be required for all activities in progress.]

6.h.(5)AREMAINlN G DURATION is required for all activities. Activities that have not started shall have a remaining duration equal to their original duration. Activities completed based on time, shall have a zero (0) REMAINING DURATION. [Usage note: Systems have a variety of "short-cut" methods to determine the REMAINING DURATION value. It is recommended that users actually consider the time required to complete the remaining work on a given task, rather than allow a system to calculate the remaining duration based on the amount of work that has already been accomplished.]

6.h.(6) The ACTIVITY COST contains the estimated earned value of the work to be accomplished in the activity. An example of a number in this format is "1111111 11.11". If decimal places are not needed this field shall still contain a ".00" in the last three columns of this field. [Usage note: Users should inquire of software vendors if the user needs to add a zero in the data field to produce the default value "0.00".]

6.h.(7) The COST TO DATE contains the earned value for the activity. If there is an ACTUAL START DATE, then there must also be some value for COST TO DATE. An example of a number in this format is "111111111.11". If decimal places are not needed, this field shall still contain a ".00" in the last three columns of this field. The COST TO DATE is not tied to REMAINING DURATION. For example, if the REMAINING DURATION is "0", the COST

TO DATE may only be 95% of the ACTIVITY COST. This difference may be used to reflect 5% retainage for punch list items. [Usage note: Systems implement cost information in different ways. It is recommended that users carefully review SDEF documentation and test results to determine how to ensure that SDEF data is exported correctly.]

6.h.(8) The STORED MATERIAL field contains the value of the material that the Contractor has paid for and is on site or in secure storage areas that is a portion of the COST TO DATE. An example of a number in this format is "111111111.11". If decimal places are not needed, this field shall still contain a ".00" in the last three columns of this field. [Usage note: Systems implement the stored materials field in a variety of ways. Many systems do not enforce STORED MATERIAL + COST TO DATE < ACTIVITY COST. To avoid potential confusion between systems, it is recommended that new activities be added to a schedule to reflect the cost of large equipment procurement rather than use the STORED MATERIALS field.]

6.h.(9) The EARLY START DATE indicates the earliest date possible that an activity can start as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL START DATE, then this field shall be blank.

6.h.(10) The EARLY FINISH DATE indicates the earliest date possible that an activity can finish as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank.

6.h.(11) The LATE START DATE indicates the latest date that an activity can begin as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL START DATE, then this field shall be blank.

6.h.(12) The LATE FINISH DATE indicates the latest date that an activity can finish as calculated by a CPM scheduling system or other Contracting Officer approved planning method. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank.

6.h.(13) The FLOAT SIGN indicates whether the float time calculated using a CPM scheduling system or other Contracting Officer approved planning method is positive or negative in nature. If the progress record for an activity contains an ACTUAL FINISH DATE, then this field shall be blank. In the case of zero float this field shall be blank.

6.h.(14) The TOTAL FLOAT indicates the total float time. In the Precedence Diagram Method (PDM), the total float is the difference between the early and late start or finish dates. In the Arrow Diagram Method (ADM), the total float is equal to the late event time at the end of the activity, minus the sum of the early event time at the start of the activity plus the duration of the activity.

6.i. Project End Record: The Project End Record shall be used to identify that the data file is completed. If the ASCII End of File character is encountered, then data import programs shall use that character to infer that the data continues on the next disk. The user shall then be prompted for the next disk number, based on the VOLM record data. The Project End Record shall be the last record of the entire data file, and shall have the following format:

| Column | Max. | Req. |
|---|---|---|

| Description | Position | Len. | Value | Type | Notes |
|---|---|---|---|---|---|
| RECORD IDENTIFIER | 1-3 | 3 | END | Fixed | Filled |

6.i.(1) The RECORD IDENTIFIER for the Project End Record shall be "END". Data contained in the data exchange file that occurs after this record shall not be used.

-- End of Section --

SECTION 01330

SUBMITTAL PROCEDURES
**(CENAN-CO-CQ 02/99)**

PART 1 GENERAL

1.1 SUMMARY

This section covers procedures to be used in making submittals called for in the contract documents. In contracts which contain specific "Contractor Quality Control" requirements, the Contractor's Quality Control Representative shall carry out duties associated with submittal procedures. In contract which do not contain specific CQC requirements, reference to "CQC Representative" shall be interpreted as reference to the Contractor's authorized representative, and references to "CQC Requirements" or "CQC Clauses" shall be interpreted as "requirements or clauses elsewhere in the contract."

1.2 SUBMITTAL IDENTIFICATION

Submittals required are identified by SD numbers as follows:

SD-01 Data

SD-04 Drawings

SD-06 Instructions

SD-07 Schedules

SD-08 Statements

SD-09 Reports

SD-13 Certificates

SD-14 Samples

SD-18 Records

SD-19 Operation and Maintenance Manuals

1.3 SUBMITTAL CLASSIFICATION

Submittals are classified as follows:

1.3.1 Government Approved (GA)

Governmental approval is required for extensions of design, critical materials, deviations, equipment whose compatibility with the entire system must be checked, and other items as designated by the Contracting Officer. Within the terms of the Contract Clause entitled "Specifications and Drawings for Construction," they are considered to be "shop drawings."

1.3.2 Information Only (FIO)

All submittals not requiring Government approval will be for information only. They are not considered to be "shop drawings" within the terms of the Contract Clause referred to above.

1.4 REVIEWER CODES

Reviewer codes on the Submittal Register (ENG Form 4288) are identified as follows:

A - Area Engineer

E - Engineering Division (Design Branch)

AE- Architect/Engineer

1.4 APPROVED SUBMITTALS

The Contracting Officer's approval of submittals shall not be construed as a complete check, but will indicate only that the general method of construction, materials, detailing and other information are satisfactory. Approval will not relieve the Contractor of the responsibility for any error which may exist, as the Contractor under the CQC requirements of this contract is responsible for dimensions, the design of adequate connections and details, and the satisfactory construction of all work. After submittals have been approved by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

1.5 DISAPPROVED SUBMITTALS

The Contractor shall make all corrections required by the Contracting Officer and promptly furnish a corrected submittal in the form and number of copies specified for the initial submittal. If the Contractor considers any correction indicated on the submittals to constitute a change to the contract, a notice in accordance with the Contract Clause "Changes" shall be given promptly to the Contracting Officer.

1.6 WITHHOLDING OF PAYMENT

Payment for materials incorporated in the work will not be made if required approvals have not been obtained.

PART 2 PRODUCTS (Not Applicable)

PART 3 EXECUTION

3.1 GENERAL

The Contractor shall make submittals as required by the specifications. The Contracting Officer may request submittals in addition to those specified when deemed necessary to adequately describe the work covered in the respective sections. Units of weights and measures used on all submittals shall be the same as those used in the contract drawings. Each submittal shall be complete and in sufficient detail to allow ready determination of compliance with contract requirements. Prior to submittal, all items shall be checked and approved by the Contractor's Quality Control (CQC) representative and each item shall be stamped, signed, and dated by the CQC representative indicating action taken. Proposed deviations from the contract requirements shall be clearly

identified. Submittals shall include items such as: Contractor's, manufacturer's, or fabricator's drawings; descriptive literature including (but not limited to) catalog cuts, diagrams, operating charts or curves; test reports; test cylinders; samples; O&M manuals (including parts list); certifications; warranties; and other such required submittals. Submittals requiring Government approval shall be scheduled and made prior to the acquisition of the material or equipment covered thereby. Samples remaining upon completion of the work shall be picked up and disposed of in accordance with manufacturer's Material Safety Data Sheets (MSDS) and in compliance with existing laws and regulations.

3.2 SUBMITTAL REGISTER (ENG FORM 4288)

At the end of this section is one set of ENG Form 4288 listing items of equipment and materials for which submittals are required by the specifications; this list may not be all inclusive and additional submittals may be required. Columns "d" through "r" have been completed by the Government; the Contractor shall complete columns "a" and "s" through "u" and submit the forms (hard copy plus associated electronic file) to the Contracting Officer for approval within 30 calendar days after Notice to Proceed (15 days if construction time is 180 days or less). If the Government supplies the ENG Form 4288 on the Resident Management System (RMS) electronic format, the contractor will be required to process and update the 4288 electronically, and make appropriate electronic submissions to the Government. Otherwise, the Contractor will be given the submittal register as a diskette containing the computerized ENG Form 4288 and instructions on the use of the diskette. In both cases, the Contractor shall update the 4288 electronically, and shall submit it to the Government together with the monthly payment request. The approved submittal register will become the scheduling document and will be used to control submittals throughout the life of the contract. The submittal register and the progress schedules shall be coordinated.

3.3 SCHEDULING

Submittals covering component items forming a system or items that are interrelated shall be scheduled to be coordinated and submitted concurrently. Certifications to be submitted with the pertinent drawings shall be so scheduled. Adequate time (a minimum of 30 calendar days exclusive of mailing time) shall be allowed and shown on the register for review and approval. No delay damages or time extensions will be allowed for time lost in late submittals. An additional 10 calendar days shall be allowed and shown on the register for review and approval of submittals for food service equipment,refrigeration and HVAC control systems, computer software for specialty systems, electrical substations, and studies including electrical system coordination studies.

3.4 TRANSMITTAL FORM (ENG FORM 4025)

The sample transmittal form (ENG Form 4025) attached to this section shall be used for submitting both Government approved and information only submittals in accordance with the instructions on the reverse side of the form. These forms will be furnished to the Contractor. This form shall be properly completed by filling out all the heading blank spaces and identifying each item submitted. Special care shall be exercised to ensure proper listing of the specification paragraph and/or sheet number of the contract drawings pertinent to the data submitted for each item. If the contractor is required in another section of the specifications to utilize the RMS system, the contractor will be required to generate and process

this form electronically using the RMS system.

3.5 SUBMITTAL PROCEDURE

Submittals shall be made as follows:

3.5.1 Procedures

At the Quality Control Coordination meeting, or preconstruction conference, the Contractor shall ascertain the name and address of each individual, agency, or firm who is designated to normally receive items for approval, for information or samples. The contractor shall complete ENG Form 4025, entering each item requiring a separate approval action as a separate item on the form, for each transmittal. A transmittal may consist of one or more 4025 sheets. The transmittal, consisting of ENG Form 4025 plus all applicable submittals, is then sent to the appropriate individual. On critical items the Contractor is encouraged to confirm receipt via telephone. The Contractor shall submit seven copies of submittals for approval and one for items for information.

3.5.2 Deviations

For submittals which include proposed deviations requested by the Contractor, the column "variation" of ENG Form 4025 shall be checked. The Contractor shall set forth in writing the reason for any deviations and annotate such deviations on the submittal. The Government reserves the right to rescind inadvertent approval of submittals containing unnoted deviations.

3.6 CONTROL OF SUBMITTALS

The Contractor shall carefully control its procurement operations to ensure that each individual submittal is made on or before the Contractor scheduled submittal date shown on the approved "Submittal Register."

3.7 GOVERNMENT APPROVED SUBMITTALS

Upon completion of review of submittals requiring Government approval, the submittals will be identified as having received approval by being so stamped and dated. Four copies of the submittal will be retained by the Contracting Officer and three copies of the submittal will be returned to the Contractor.

3.8 INFORMATION ONLY SUBMITTALS

Normally submittals for information only will not be returned. Approval of the Contracting Officer is not required on information only submittals. The Government reserves the right to require the Contractor to resubmit any item found not to comply with the contract. This does not relieve the Contractor from the obligation to furnish material conforming to the plans and specifications; will not prevent the Contracting Officer from requiring removal and replacement of nonconforming material incorporated in the work; and does not relieve the Contractor of the requirement to furnish samples for testing by the Government laboratory or for check testing by the Government in those instances where the technical specifications so prescribe.

3.9 STAMPS

Stamps used by the Contractor on the submittal data to certify that the submittal meets contract requirements shall be similar to the following:

| CONTRACTOR |
| --- |
| (Firm Name) |
| ______ Approved |
| ______ Approved with corrections as noted on submittal data and/or attached sheets(s). |
| SIGNATURE: ______________________________ |
| TITLE: ______________________________ |
| DATE: ______________________________ |

-- End of Section --

**TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE**

*(Read instructions on the reverse side prior to initiating this form)*

DATE

TRANSMITTAL NO.

**SECTION 1 - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** *(This section will be initiated by the contractor)*

TO:

FROM:

CONTRACT NO.

CHECK ONE:
☐ THIS IS A NEW TRANSMITTAL
☐ THIS IS A RESUBMITTAL OF TRANSMITTAL

SPECIFICATION SEC. NC *(Cover only one section with each transmittal)*

PROJECT TITLE AND LOCATION

CHECK ONE: THIS TRANSMITTAL IS FOR ☐ FIO ☐ GOV'T APPROVAL

| ITEM NO. | DESCRIPTION OF ITEM SUBMITTED (Type size, model number/etc.) | MFG OR COTRA. CAT., CURVE DRAWINGS OR BROCHURE NO. (See instruction no. 8) | NO. OF COPIES | CONTRACT REFERENCE DOCUMENT | | FOR CONTRACTO R USE CODE | VARIATION (See instruction No.6) | FOR CE USE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | SPEC. PARA. NO. | DRAWING SHEET NO. | | | |
| a. | b. | c. | d. | e. | f. | g. | h. | i |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS

I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as other wise stated.

NAME AND SIGNATURE OF CONTRACTOR

**SECTION II - APPROVAL ACTION**

ENCLOSURE RETURNED *(List by Item No.)*

NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY

DATE

**ENG FORM 4025-R, MAR 95** *(ER 415-1-10)* EDITION OF SEP 93 IS OBSOLE' SHEET --- OF --- (Proponent: CEMP-CE)



G003221

G01010 03082

# INSTRUCTIONS

1. Section I will be initiated by the Contractor in the required number of copies.

2. Each transmittal shall be numbered consecutively in the space provided for "Transmittal No.". This number, in addition to the contract number, will form a serial number for identifying each submittal. For new submittals or resubmittals mark the appropriate box; on resubmittals, insert transmittal number of last submission as well as the new submittal number.

3. The "Item No." will be the same "Item No." as indicated on ENG FORM 4288-R for each entry on this form.

4. Submittals requiring expeditious handling will be submitted on a separate form.

5. Separate transmittal form will be used for submittal under separate sections of the specifications.

6. A check shall be placed in the "Variation" column when a submittal is not in accordance with the plans and specifications--also, a written statement to that effort shall be included in the space provided for "Remarks".

7. Form is self-transmittal, letter of transmittal is not required.

8. When a sample of material or Manufacturer's Certificate of Compliance is transmitted, indicate "Sample" or "Certificate" in column c, Section I.

9. U.S. Army Corps of Engineers approving authority will assign action codes as indicated below in space provided in Section I, column i to each item submitted. In addition they will ensure enclosures are indicated and attached to the form prior to return to the contractor. The Contractor will assign action codes as indicated below in Section I, column g, to each item submitted.

THE FOLLOWING ACTION CODES ARE GIVEN TO ITEMS SUBMITTED

| | |
|---|---|
| A -- Approved as submitted | E -- Disapproved (See attached). |
| B -- Approved, except as noted on drawings. | F -- Receipt acknowledged. |
| C -- Approved, except as noted on drawings. Refer to attached sheet resubmission required. | FX -- Receipt acknowledged, does not comply as noted with contract requirements. |
| D -- Will be returned by separate correspondence. | G -- Other (Specify) |

10. Approval of items does not relieve the contractor from complying with all the requirements of the contract plans and specifications.

**(Reverse of ENG Form 4025-R)**

Relative to the "REVIEWER" column of ENG Form 4288.
The following codes apply:

E – ENGINEERING DIVISION

A – AREA ENGNEER

AE – ARCHITECT ENGINEER

# SUBMITTAL REGISTER
*(ER 415-1-10)*

CONTRACT NO.

TITLE AND LOCATION: Area 5, Contract 5

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO. | TRANS-MITTAL NO. | ITEM NO. | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL: DATA | DRAWINGS | INSTRUCTIONS | SCHEDULES | STATEMENTS | REPORTS | CERTIFICATES | SAMPLES | RECORDS | O&M MANUALS | CLASSIFICATION: INFORMATION ONLY | GOVERNMENT APPROVED | REVIEWER | CONTRACTOR SCHEDULE DATES: SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | CONTRACTOR ACTION: CODE | DATE | SUBMIT TO GOVERNMENT | GOVERNMENT ACTION: CODE | DATE | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. | b. | c. | d. | e. | f. | g. | h. | i. | j. | k. | l. | m. | n. | o. | p. | q. | r. | s. | t. | u. | v. | w. | x. | y. | z. | aa. |
| | | | 00800, 1.7c | Pricing Data | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.9.a,b,c | Claims | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.17 | Fuel Usage Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.25 | Breakdown of Contract Work | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.27 | Accident Prevention Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.30 | Certificate of Inspection | | | | | | | x | | | | x | | | | | | | | | | | |
| | | | 00800, 1.33 | Insurance Certificate | | | | | | | x | | | | x | | | | | | | | | | | |
| | | | 00800, 1.34 | Field Office | | x | | | | | | | | | | x | A | | | | | | | | | |
| | | | 00800, 1.38.b | Order of Work for Dredging and Others | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 00800, 1.43 | Diving Operation Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01130, 1.6.a | Environmental Protection Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01320, 1.1 | Initial Project Schedule | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 1.1 | Preliminary Project Schedule | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 1.1 | Periodic Schedule Update | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 1.1 | Personal Qualifications | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | 01320, 1.1 | Narrative Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01320, 1.1 | Schedule Report | | | | | | x | | | | | x | | | | | | | | | | | |

ENG FORM 4288, Jul 96 Page ______ of ______ Pages (Proponent: CEMP-CE)



G003224

G01010 03085

## SUBMITTAL REGISTER
*(ER 415-1-10)*

CONTRACT NO.

TITLE AND LOCATION: Area 5, Contract 5

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO. a. | TRANSMITTAL NO. b. | ITEM NO. c. | SPECIFICATION PARAGRAPH NUMBER d. | DESCRIPTION OF ITEM SUBMITTED e. | TYPE OF SUBMITTAL: DATA f. | DRAWINGS g. | INSTRUCTIONS h. | SCHEDULES i. | STATEMENTS j. | REPORTS k. | CERTIFICATES l. | SAMPLES m. | RECORDS n. | O & M MANUALS o. | CLASSIFICATION: INFORMATION ONLY p. | GOVERNMENT APPROVED q. | REVIEWER r. | CONTRACTOR SCHEDULE DATES: SUBMIT s. | APPROVAL NEEDED BY t. | MATERIAL NEEDED BY u. | CONTRACTOR ACTION: CODE v. | DATE w. | SUBMIT TO GOVERNMENT x. | GOVERNMENT ACTION: CODE y. | DATE z. | REMARKS aa. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 01320, 3.5.1 | Data Disks | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 01320, 3.5.2 | Narrative Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01320, 3.5.3 | Approve Change Verification | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | 01320, 3.5.4 | Schedule Report | | | | x | | x | | | | | | x | A | | | | | | | | | |
| | | | 01320, 3.5.5 | Network Diagram | | | | x | | | | | | | | x | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01420, 2.0 | Accident Prevention Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 01420, 5.0 | Daily Quality Control Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 5.0 | Daily Inspection Log | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 6.4.d | Crane & Drrick Operator's Qualifications | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 01420, 8.0 | Monthly Exposure Reports | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 01420, 12.0 | Safety Meeting Document | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 01451, 3.2 | Quality Control Plan | | | x | | | | | | x | | | x | A | | | | | | | | | |
| | | | 01451, 3.3 | CQC System | | | | | x | | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 02100, 4 | Driller's Log | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 02100, 6 | Samples | | | | | | | | x | | | x | | | | | | | | | | | |
| | | | 02100, 9.2 | Equipment | x | | x | | | | | | | | x | | | | | | | | | | | |

ENG FORM 4288, Jul 96 Page ________ of ________ Pages (Proponent: CEMP-CE)



G003225

G01010 03086

# SUBMITTAL REGISTER

(ER 415-1-10)

CONTRACT NO.

TITLE AND LOCATION: Area 5, Contract 5

CONTRACTOR

SPECIFICATION SECTION

| ACTIVITY NO a. | TRANS-MITTAL NO. b. | ITEM NO. c. | SPECIFICATION PARAGRAPH NUMBER d. | DESCRIPTION OF ITEM SUBMITTED e. | TYPE OF SUBMITTAL: DATA f. | DRAWINGS g. | INSTRUCTIONS h. | SCHEDULES i. | STATEMENTS j. | REPORTS k. | CERTIFICATES l. | SAMPLES m. | RECORDS n. | O&M MANUALS o. | CLASSIFICATION: INFORMATION ONLY p. | GOVERNMENT APPROVED q. | REVIEWER r. | CONTRACTOR SCHEDULE DATES: SUBMIT s. | APPROVAL NEEDED BY t. | MATERIAL NEEDED BY u. | CONTRACTOR ACTION: CODE v. | DATE w. | SUBMIT TO GOVERNMENT x. | GOVERNMENT ACTION: CODE y. | DATE z. | REMARKS aa. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 02200, 1.2.1 | Weekly Inspections | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02200, 1.3.1 | Explosive Inventory | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02200, 1.5.2 | Public Meeting Correspondence | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 2.5 | Contingency Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 4.3 | Vibration Monitoring Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 4.3 | Blast Records | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02200, 4.4 | Air Blast Data | x | | | | | | | | | | x | | | | | | | | | | | |
| | | | 02200, 5.2.1 | Test Blast Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | 02200, 5.4 | Report | | | | | | x | | | | | | x | A | | | | | | | | | |
| | | | 02200, 6.1 | Operational Blast Plan | | | | | x | | | | | | | x | A | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 02900, 5.5 | Transportation Log Form | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 6.2 | Disposal Facility List | | | | | | | | | x | | | x | A | | | | | | | | | |
| | | | 02900, 6.3 | Environmental Bucket | x | x | | | | | | | | | | x | A | | | | | | | | | |
| | | | 02900, 6.8 | Non-HARS Material Disposal Schedule | | | | x | | | | | | | x | | | | | | | | | | | |
| | | | 02900, 7.1.1 | Observation Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 7.3.4.1 | Reef Placement Report | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | 02900, 10 | Daily Report of Operation | | | | | | x | | | | | x | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 11010, 1.2 | Digital Photo Management System | x | | | | | | | | | | | x | A | | | | | | | | | |

ENG FORM 4288, Jul 96

Page ______ of ______ Pages

(Proponent: CEMP-CE)



G003226

G01010 03087

SECTION 01420

SAFETY
**nyd 05/99**

1.0 SAFETY: The contractor shall comply with all applicable Federal, State, and local safety and occupational health laws and regulations. Applicable provisions of the Corps of Engineers manual entitled Safety and Health Requirements Manual EM 385-1-1, dated 3 September 1996 will be applied to all work under this contract. The referenced manual may be purchased from the Contracting Officer's Representative (COR) at the job site, from the U.S. Government Printing Office, Superintendent of Documents, Mail Stop: SSOP, Washington, DC 20402-9328, or via the internet at www.USACE.army.mil.

2.0 ACCIDENT PREVENTION PROGRAM: Within fifteen (15) calendar days after the award of contract, and at least ten (10) calendar days prior to the Preconstruction Safety Conference, four (4) copies of the Accident Prevention Plan shall be submitted for review and acceptance by the Contracting Officer or the Contracting Officers Representative (COR). The accident prevention program shall be prepared in the format outlined in Appendix A of EM 385-1-1, "Minimum Basic Outline for Accident Prevention Plan".

3.0 HAZARD ANALYSIS: Prior to beginning each major phase of work, an Activity Hazard Analysis shall be prepared by the Contractor performing that work, and submitted for review and acceptance. The format shall be in accordance with EM 385-1-1, Figure 1-1. A major phase of work is defined as a operation involving a type of work presenting hazards not experienced in previous operations or where a new contractor or work crew is to perform. (See Contractor Quality Control specification for further guidance regarding coordination of "Activities" and "Principal Steps" indicated in the Activity Hazard Analysis with Contractor Quality Control activities). The analysis shall define the activities to be performed and identify the sequence of work, the specific hazards anticipated, and the control measures to be implemented to eliminate or reduce each hazard to an acceptable level. Work shall not proceed on that phase until the activity hazard analysis has been accepted and a preparatory meeting has been conducted by the Contractor to discuss its contents with everyone engaged in the activities, including the government on-site representative(s). The activity hazard analyses shall be continuously reviewed and when appropriate modified to address changing site conditions or operations, with the concurrence of the site safety representative, the site superintendent, and the Contracting Officer. Activity hazard analyses shall be attached to and become part of the accident prevention plan. It may also be developed prior to each phase of work undertaken in the contract.

3.1 Hazard analysis shall be used to identify and evaluate all substances, agents, or environments that present hazards and recommend control measures. Engineering and administrative controls shall be used to control hazards; in cases where engineering or administrative controls are not feasible, personal protective equipment may be used.

3.2 Information contained in MSDS (Material Safety Data Sheets) shall be incorporated in the hazard analysis for the activities in which hazardous or toxic materials will be used, or generated (e.g. fiberglass, crystalline

silica, metal dust or fume, etc.).

4.0 SITE SAFETY AND HEALTH OFFICER :

4.1 The Contractor will hire a Site Safety and Health Officer (SSHO), responsible to the contractor to implement and continually enforce the Accident Prevention Plan. The SSHO shall be a safety professional certified by the Board of Certified Safety Professionals. The name, qualifications (education summary and documentation (BCSP)), and summary of work experience shall be included in the Accident Prevention Plan. The SSHO shall have the following additional qualifications:

a. A minimum of two (2) years experience in implementing safety and health programs at dredging projects or three (3) years experience implementing safety and health programs at construction projects.

b. Documented experience in construction techniques and dredging operations.

c. Working knowledge of Federal and state occupational safety and health regulations.

d. Documentation of completion of a training course covering the basics of blasting operations and safety. The SSHO or safety professional assigned to the project must be present on the floating plant during duty hours. In the event of sickness or other emergency (personnel or otherwise) where the SSHO or safety professional finds that they cannot report for duty or must leave the job site, they must notify their supervisor to arrange for replacement prior to their departure.

4.2 The Site Safety and Health Officer shall:

a. Be responsible for the development, implementation, oversight, and enforcement of the Accident Prevention Plan.

b. Sign and date the Accident Prevention Plan prior to submittal

c. Conduct initial safety indoctrination training

d. Be assigned to the project on a full time basis for the duration of the project. The SSHO shall have no other duties other than Safety and Health related duties. If operations are performed during more than one work shift, a SSHO shall be present for at least one shift per day. A safety professional shall be present for the remaining shift and shall be under the direct supervision of the CSP.

e. Have authority to ensure site compliance with specified safety and health requirements, Federal, state and OSHA regulations, EM 385-1-1, and all aspects of the Accident Prevention Plan including but not limited to, activity hazard analyses, use of personal protective equipment, site control, standard operating procedures to minimize hazards, safe use of engineering controls, emergency response plans and drills, confined space entry procedures, spill containment program, fire safety, and preparation of records by performing a daily safety and health inspection and documenting results in a daily safety inspection log, including weekly documentation of inspection of all fuel and hydraulic lines aboard the drill boats.

f. Have authority to stop work if unacceptable health or safety

conditions exist, and take necessary action to re-establish and maintain safe working conditions.

g. Consult with and coordinate any modifications to the Accident Prevention Plan with the Site Superintendent, Project Manager, and the Contracting Officer.

h. Serve as a member of the contractor's quality control staff on matters relating to safety and health

i. Conduct accident investigations and prepare accident reports.

j. Review results of daily quality control inspections and document safety and health findings into a daily safety inspection log.

k. In coordination with site management, recommend corrective actions for identified deficiencies and oversee the corrective actions.

5.0 SITE INSPECTIONS: The site safety officer shall perform daily inspections of the job sites and the work in progress to ensure compliance with EM 385-1-1 and to determine the effectiveness of the accident prevention plan. Daily inspection logs shall be used to document inspections noting safety and health deficiencies, deficiencies in the effectiveness of the accident prevention plan, and corrective actions including timetable and responsibilities. The daily inspection logs will be attached to and submitted with the Daily Quality Control Reports or may be incorporated in the daily CQC report. Each entry shall include date, work area checked, employees present in work area, protective equipment and work equipment in use, special safety and health issues and notes, and signature of the preparer.

6.0 HIGHLIGHTED PROVISIONS: In addition to those items contained in EM 385-1-1, Appendix A, include the following items in the accident prevention plan:

6.1 Hard Hat Area. A statement that the jobsite is classified a "hard hat" area from start to finish.

6.2 Sanitation and Medical Requirements. Estimate the greatest number of employees, supervisors, etc., to be working at peak construction period, including subcontractor personnel. Include sanitation requirements and medical facilities identified for the job site. If a medical facility or physician is not accessible within five minutes of an injury to a group of two or more employees for the treatment of injuries, identify at least two or more employees on each shift who are qualified to administer first aid and CPR.

6.3 Equipment Inspection. The type of inspection program on cranes, trucks, and other types of construction equipment the Contractor plans to implement. Who will be responsible for the inspection and how the Contractor will control equipment of sub-contractors and equipment bought to the site by rental companies. Types of records to be kept.

6.3.1 Copies of records of all equipment inspections will be kept at the job site for review by the designated authority.

6.4 Crane & Derrick Operators:

a. Crane and derricks may only be operated by qualified operators and

includes floating cranes and floating derricks.

b. Operators shall be designated as qualified by a source which qualifies crane and derrick operators (e.g. an independent testing and qualifying company, a union, a governmental agency, a qualified consultant (may be an in-house resource).

c. Qualification shall be by written (or oral) and practical operating examination unless the operator is licensed by a state or city licensing agency for the particular type of crane or derrick.

d. Proof of qualification of crane and derrick operators shall be provided to the Contracting Officer Representative prior to the operator(s) starting work. Proof shall be in writing, shall include any certificates and/or dates of written (or oral) and proficiency examination, shall be specific to each operator, and shall be signed by the qualifying source.

7.0 ACCIDENT REPORTS: The Contractor shall immediately report all accidents by telephone to the COR.

7.1 The Contractor will provide an initial written report of the accident to the COR within 24 hours. The Contractor shall complete and submit ENG Form 3394 for all accidents involving lost work time, medical treatment, and/or property damage in excess of $2000.00 within 48 hours of the accident. The report shall accurately represent the circumstances of the accident, cause of the accident, extent of medical treatment, extent of injuries and steps to prevent occurrence of similar accidents. The hazard analysis covering the work activity being undertaken during the accident shall be attached to the report.

7.2 Daily records of all first aid treatment not otherwise reportable shall be maintained at the job site and furnished to the designated authority upon request. Records shall also be maintained of all exposure and accident experience incidental to the work (OSHA Form 200 or equivalent as prescribed by 29 CFR 1904).

8.0 MONTHLY EXPOSURE REPORTS: The Contractor shall submit to the COR no later than the 1st day of each month, a compilation of manhours worked each month by the prime contractor and each subcontractor. In addition ,the contractor shall report the number of accidents, severity, class of accidents, and lost time work days for each month.

9.0 CLEAN-UP: The Contractor's Accident Prevention Plan shall identify the individual's responsible for cleanup and shall establish a regular housekeeping procedure and schedule. If the COR determines that cleanup is not being performed satisfactorily, the Contractor shall establish a work crew to perform the continuous cleanup required by the contract clause titled: CLEANING UP: The number of individuals appointed to the cleanup work crew shall be increased as required in order to render adequate cleanup.

10.0 FOCUS AREAS: To supplement and emphasize the requirements of EM 385-1-1, the following is provided and shall be met as applicable.

10.1 Electrical Work: Electrical work shall not be performed on or near energized lines or equipment unless specified in the plans and specifications and approved by the COR. Plan and layout of proposed temporary power to the construction site shall be submitted and approved by the COR before work will be permitted.

10.1.1 Upon request by the Contractor, arrangements will be made for de-energizing lines and equipment so that work may be performed. All outages shall be requested through the COR a minimum of 14 days, unless otherwise specified, prior to the beginning of the specified outages. Dates and duration will be specified.

10.2 If approved by the COR, the following work may be performed with the lines energized using certified hot line equipment on lines above 600 volts, when the following conditions have been met:

a. work below the conductors no closer than the clearance required in EM 385-1-1 from the energized conductors.

b. setting and connection of new pre-trimmed poles in energized lines which do not replace an existing pole.

c. setting and removing transformers or other equipment on poles.

d. installation or removal of hot line connectors, jumpers, dead-end insulators for temporary isolation, etc., which are accomplished with hot line equipment from an insulated bucket truck.

10.3 Energized Line Work Plan: The Contractor shall submit a plan, in writing, describing his/her method of operation and the equipment to be used on energized lines. Proper certification from an approved source of the safe condition of all tools and equipment will be provided with the plan. The work will be planned and scheduled so that proper supervision is maintained. Emergency procedures, including communication, for disconnecting power in the event of an accident will be outlined in the plan. The Contractor will review his/her plan with the COR prior to being granted permission to perform the work.

10.4. No work on lines greater than 600 volts will be performed from the pole or without the use of an insulated bucket truck.

10.5 No work will be done on overbuilt lines while underbuilt lines are energized, except for temporary isolation and switching.

10.6 Electrical Tools and Cords: Hand held electrical tools shall be used only on circuits protected by ground fault circuit interrupters for protection of personnel. All general use extension cords shall be hard usage or extra hard usage as specified in Table 11-1 of EM 385-1-1. Damaged or repaired cords shall not be permitted.

10.7 Temporary Power: Temporary electrical distribution systems and devices shall be checked and found acceptable for polarity, ground continuity, and ground resistance before initial use and after modification. GFI outlets shall be installed and tested with a GFI circuit tester (tripping device) prior to use. Portable and vehicle mounted generators shall be inspected for compliance with EM 385-1-1 and NFPA 70. All electrical equipment located outdoors or in wet locations shall be enclosed in weatherproof enclosures in accordance with EM 385-1-1. Records of all tests and inspections will be kept by the contractor and made available on site for review by the designated authority. Submit sketch of proposed temporary power for acceptance.

10.8 Rollover Protective Structures (ROPS): Seat belts and ROPS shall be installed on all construction equipment as required by paragraph 16.B.12 of