# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0001** | | |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| **DACW51-02-C-0002** | | |
| | 100506189 | 100506238 |
| | 100506861 | 100506867 |
| | 101012579 | 101012631 |
| | 101300174 | 101300207 |
| | 101300288 | 101300292 |
| | 101300300 | 101300313 |
| | 101300339 | 101300342 |
| | 101300356 | 101300357 |
| | 101300370 | 101300371 |
| | 101300479 | 101300480 |
| | 101300596 | 101300597 |
| | 101300608 | 101300609 |
| | 101300611 | 101300612 |
| | 101300629 | 101300631 |
| | 101300642 | 101300642 |
| | 101300647 | 101300647 |
| | 101300686 | 101300687 |
| | 101300693 | 101300694 |
| | 101300701 | 101300704 |
| | 101300716 | 101300721 |
| | 101300737 | 101300738 |
| | 101300768 | 101300769 |
| | 101300773 | 101300777 |
| | 101300820 | 101300822 |
| | 101300958 | 101300959 |
| | 101300964 | 101300967 |
| | 101300969 | 101300970 |
| | 101301090 | 101301091 |
| | 101301168 | 101301174 |
| | 101301203 | 101301204 |
| | 101301240 | 101301241 |
| | 101301254 | 101301255 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0002** | | |
| | 101301258 | 101301261 |
| | 101301265 | 101301266 |
| | 101301282 | 101301282 |
| | 101301297 | 101301298 |
| | 101301302 | 101301303 |
| | 101301328 | 101301331 |
| | 101301341 | 101301345 |
| | 101301353 | 101301355 |
| | 101301367 | 101301369 |
| | 101301382 | 101301384 |
| | 101301386 | 101301388 |
| | 101301403 | 101301405 |
| | 101301414 | 101301415 |
| | 101301424 | 101301424 |
| | 101301473 | 101301474 |
| | 101301488 | 101301490 |
| | 101301503 | 101301507 |
| | 101301522 | 101301524 |
| | 101301538 | 101301541 |
| | 101301546 | 101301551 |
| | 101301553 | 101301554 |
| | 101301577 | 101301579 |
| | 101301592 | 101301592 |
| | 101301609 | 101301612 |
| | 101301650 | 101301653 |
| | 101301667 | 101301669 |
| | 101301683 | 101301686 |
| | 101301695 | 101301697 |
| | 101301703 | 101301706 |
| | 101301709 | 101301710 |
| | 101301713 | 101301716 |
| | 101301734 | 101301735 |
| | 101301752 | 101301752 |
| | 101301762 | 101301762 |
| | 101301778 | 101301780 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-02-C-0002 | | |
| | 101301793 | 101301795 |
| | 101301825 | 101301827 |
| | 101301839 | 101301840 |
| | 101301846 | 101301846 |
| | 101301871 | 101301871 |
| | 101301875 | 101301877 |
| | 101301892 | 101301893 |
| | 101301906 | 101301909 |
| | 101301913 | 101301915 |
| | 101301944 | 101301946 |
| | 101301962 | 101301969 |
| | 101301977 | 101301979 |
| | 101301983 | 101301984 |
| | 101302006 | 101302007 |
| | 101302010 | 101302011 |
| | 101302045 | 101302046 |
| | 101302068 | 101302071 |
| | 101302088 | 101302094 |
| | 101302105 | 101302108 |
| | 101302120 | 101302121 |
| | 101302143 | 101302146 |
| | 101302178 | 101302180 |
| | 101302202 | 101302204 |
| | 101302206 | 101302208 |
| | 101302211 | 101302212 |
| | 101302214 | 101302216 |
| | 101302232 | 101302233 |
| | 101302239 | 101302242 |
| | 101302250 | 101302251 |
| | 101302262 | 101302263 |
| | 101302274 | 101302278 |
| | 101302285 | 101302289 |
| | 101302297 | 101302299 |
| | 101302303 | 101302305 |
| | 101302307 | 101302334 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0002** | | |
| | 101302336 | 101302344 |
| | 101302349 | 101302371 |
| | 101302373 | 101302396 |
| | 101302401 | 101302404 |
| | 101302411 | 101302475 |
| | 101302565 | 101302568 |
| | 101302612 | 101302625 |
| | 101302681 | 101302682 |
| | 101302688 | 101302690 |
| | 101302709 | 101302710 |
| | 101302720 | 101302729 |
| | 102000009 | 102000080 |
| **DACW51-02-C-0019** | | |
| | 100304328 | 100304329 |
| | 100304339 | 100304348 |
| | 100304351 | 100304411 |
| | 100304414 | 100304415 |
| | 100304422 | 100304450 |
| | 100304457 | 100304495 |
| | 100304498 | 100304558 |
| | 100304561 | 100304569 |
| | 100304576 | 100304590 |
| | 100304593 | 100304675 |
| | 100304677 | 100304735 |
| | 100304737 | 100304807 |
| | 100304810 | 100304877 |
| | 100304879 | 100304881 |
| | 100304884 | 100304896 |
| | 100304899 | 100304918 |
| | 100304926 | 100304932 |
| | 100304942 | 100304947 |
| | 100304952 | 100304956 |
| | 100304967 | 100304995 |
| | 100305006 | 100305011 |
| | 100305015 | 100305019 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 100305030 | 100305035 |
| | 100305040 | 100305044 |
| | 100305048 | 100305050 |
| | 100305059 | 100305066 |
| | 100305071 | 100305073 |
| | 100305082 | 100305088 |
| | 100305108 | 100305112 |
| | 100305122 | 100305128 |
| | 100305137 | 100305139 |
| | 100305144 | 100305147 |
| | 100305158 | 100305163 |
| | 100305173 | 100305177 |
| | 100305182 | 100305184 |
| | 100305195 | 100305197 |
| | 100305208 | 100305214 |
| | 100305217 | 100305238 |
| | 100305240 | 100305375 |
| | 100305379 | 100305381 |
| | 100305387 | 100305547 |
| | 100305549 | 100305632 |
| | 100305634 | 100305803 |
| | 100305806 | 100305840 |
| | 100305843 | 100305940 |
| | 100305944 | 100305965 |
| | 100305967 | 100306000 |
| | 100306003 | 100306172 |
| | 100306175 | 100306209 |
| | 100306212 | 100306297 |
| | 100306299 | 100306307 |
| | 100306310 | 100306373 |
| | 100306377 | 100306490 |
| | 100306493 | 100306640 |
| | 100306642 | 100306683 |
| | 100306692 | 100306704 |
| | 100306707 | 100306714 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 100306722 | 100306739 |
| | 100306742 | 100306794 |
| | 100306805 | 100306867 |
| | 100306877 | 100306885 |
| | 100306895 | 100306911 |
| | 100306913 | 100306927 |
| | 100306936 | 100306986 |
| | 100306995 | 100307695 |
| | 100600001 | 100600547 |
| | 100605433 | 100605434 |
| | 100605436 | 100605441 |
| | 100605449 | 100605510 |
| | 100605512 | 100605531 |
| | 100605533 | 100605587 |
| | 100605589 | 100605668 |
| | 100605698 | 100605725 |
| | 100605727 | 100605730 |
| | 100605732 | 100605755 |
| | 100605757 | 100605769 |
| | 100605787 | 100606130 |
| | 100606380 | 100606441 |
| | 101102799 | 101102808 |
| | 101102926 | 101102940 |
| | 101103148 | 101103152 |
| | 101103160 | 101103161 |
| | 101103163 | 101103167 |
| | 101103174 | 101103236 |
| | 101103239 | 101103242 |
| | 101103245 | 101103380 |
| | 101103383 | 101103438 |
| | 101103442 | 101103453 |
| | 101103457 | 101103491 |
| | 101103495 | 101103500 |
| | 101103503 | 101103513 |
| | 101103515 | 101103526 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 101103530 | 101103534 |
| | 101103536 | 101103708 |
| | 101103710 | 101103710 |
| | 101103716 | 101103734 |
| | 101204923 | 101204923 |
| | 101204933 | 101204963 |
| | 101204981 | 101204983 |
| | 101205237 | 101205257 |
| | 101205260 | 101205279 |
| | 101205281 | 101205304 |
| | 101205306 | 101205422 |
| | 101205429 | 101205497 |
| | 101205499 | 101205523 |
| | 101205526 | 101205865 |
| | 101205867 | 101205920 |
| | 101205923 | 101205935 |
| | 101205941 | 101205985 |
| | 101205992 | 101206069 |
| | 101206078 | 101206134 |
| | 101206136 | 101206137 |
| | 101206140 | 101206166 |
| | 101206177 | 101206185 |
| | 101206188 | 101206248 |
| | 101206257 | 101206262 |
| | 101206269 | 101206277 |
| | 101206279 | 101206282 |
| | 101206289 | 101206290 |
| | 101206301 | 101206318 |
| | 101206322 | 101206344 |
| | 101206351 | 101206358 |
| | 101206361 | 101206388 |
| | 101206392 | 101206520 |
| | 101206523 | 101206559 |
| | 101206562 | 101206580 |
| | 101206603 | 101206616 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| DACW51-02-C-0019 | | |
| | 101206627 | 101206629 |
| | 101206636 | 101206645 |
| | 101206648 | 101206652 |
| | 101206655 | 101206659 |
| | 101206664 | 101206665 |
| | 101206668 | 101206669 |
| | 101206673 | 101206727 |
| | 101206729 | 101206741 |
| | 101206745 | 101206765 |
| | 101206771 | 101206772 |
| | 101206784 | 101206787 |
| | 101206790 | 101206791 |
| | 101206801 | 101206803 |
| | 101206805 | 101206811 |
| | 101206814 | 101206836 |
| | 101206839 | 101206844 |
| | 101206846 | 101206851 |
| | 101206853 | 101206859 |
| | 101206861 | 101206869 |
| | 101206871 | 101206879 |
| | 101206881 | 101206890 |
| | 101206892 | 101206925 |
| | 101206927 | 101206958 |
| | 101206961 | 101206961 |
| | 101206964 | 101206973 |
| | 101206975 | 101207034 |
| | 101207036 | 101207044 |
| | 101207046 | 101207106 |
| | 101207108 | 101207120 |
| | 101207122 | 101207140 |
| | 101207143 | 101207152 |
| | 101207155 | 101207299 |
| | 101207302 | 101207309 |
| | 101207311 | 101207493 |
| | 101207500 | 101207502 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 101207505 | 101207532 |
| | 101207534 | 101207544 |
| | 101207546 | 101207555 |
| | 101207561 | 101207590 |
| | 101207593 | 101207600 |
| | 101207602 | 101207612 |
| | 101207615 | 101207621 |
| | 101207623 | 101207643 |
| | 101207645 | 101207651 |
| | 101207653 | 101207727 |
| | 101207729 | 101207783 |
| | 101207794 | 101207920 |
| | 101207923 | 101207938 |
| | 101207951 | 101207994 |
| | 101208006 | 101208015 |
| | 101208017 | 101208256 |
| | 101208258 | 101208551 |
| | 101208553 | 101208554 |
| | 101208564 | 101208564 |
| | 101208567 | 101208633 |
| | 101208642 | 101208659 |
| | 101208665 | 101208675 |
| | 101208685 | 101208699 |
| | 101208707 | 101208822 |
| | 101208824 | 101208874 |
| | 101208883 | 101208890 |
| | 101208901 | 101208978 |
| | 101208984 | 101208991 |
| | 101209004 | 101209037 |
| | 101209042 | 101209044 |
| | 101209046 | 101209062 |
| | 101209065 | 101209068 |
| | 101209071 | 101209123 |
| | 101209128 | 101209135 |
| | 101209140 | 101209382 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0019** | | |
| | 101209442 | 101209445 |
| | 101209475 | 101209527 |
| | 101209530 | 101209537 |
| | 101209540 | 101209545 |
| | 101209550 | 101209553 |
| | 101209556 | 101209590 |
| | 101209593 | 101209845 |
| | 101209848 | 101209850 |
| | 101210046 | 101210052 |
| | 101210103 | 101210110 |
| | 101210112 | 101210120 |
| | 101210122 | 101210131 |
| | 101210137 | 101210146 |
| | 101210148 | 101210156 |
| | 101210158 | 101210160 |
| | 101210162 | 101210165 |
| | 101210167 | 101210169 |
| | 101210171 | 101210174 |
| | 101210177 | 101210180 |
| | 101210182 | 101210186 |
| | 101210188 | 101210192 |
| | 101210194 | 101210199 |
| | 101210201 | 101210212 |
| | 101302738 | 101302742 |
| | 101302744 | 101302778 |
| | 101302781 | 101302811 |
| | 101302814 | 101303099 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| **DACW51-02-C-0022** | | |
| | 101008875 | 101009217 |
| | 101009226 | 101009580 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-02-C-0022** | | |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101754 | 500101759 |
| **DACW51-03-C-0001** | | |
| | 100600627 | 100600783 |
| | 100600786 | 100600819 |
| | 100600825 | 100600852 |
| | 100600858 | 100600944 |
| | 100905202 | 100905207 |
| | 100905211 | 100905335 |
| | 100905342 | 100905354 |
| | 100905360 | 100905378 |
| | 100905383 | 100905394 |
| | 100905403 | 100905455 |
| | 100905457 | 100905502 |
| | 100905505 | 100905516 |
| | 100905519 | 100905522 |
| | 100905531 | 100905602 |
| | 100905606 | 100905692 |
| | 100905698 | 100905698 |
| | 100905709 | 100905709 |
| | 100905715 | 100905723 |
| | 100905739 | 100905745 |
| | 100905759 | 100905762 |
| | 100905769 | 100905770 |
| | 100905777 | 100905794 |
| | 100905804 | 100905826 |
| | 100905828 | 100905833 |
| | 100905835 | 100905841 |
| | 100905843 | 100905858 |
| | 100905863 | 100905866 |
| | 100905873 | 100905873 |
| | 100905879 | 100905879 |
| | 100905885 | 100905887 |
| | 100905903 | 100905918 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0001** | | |
| | 100905920 | 100905942 |
| | 100905948 | 100905953 |
| | 100905959 | 100905985 |
| | 100905991 | 100906016 |
| | 100906022 | 100906032 |
| | 100906039 | 100906059 |
| | 100906066 | 100906076 |
| | 100906084 | 100906107 |
| | 100906121 | 100906126 |
| | 100906135 | 100906162 |
| | 100906168 | 100906168 |
| | 100906177 | 100906177 |
| | 100906185 | 100906195 |
| | 100906205 | 100906224 |
| | 100906235 | 100906303 |
| | 100906320 | 100906328 |
| | 100906335 | 100906335 |
| | 100906342 | 100906342 |
| | 100906347 | 100906354 |
| | 100906372 | 100906379 |
| | 100906388 | 100906403 |
| | 100906405 | 100906412 |
| | 100906426 | 100906540 |
| | 100906548 | 100906563 |
| | 100906565 | 100906638 |
| | 100906648 | 100906688 |
| | 100906692 | 100906696 |
| | 100906700 | 100906710 |
| | 100906721 | 100906726 |
| | 100906730 | 100906735 |
| | 100906740 | 100906743 |
| | 100906766 | 100906790 |
| | 100906792 | 100906818 |
| | 100906828 | 100906848 |
| | 100906857 | 100906865 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0001** | | |
| | 100906870 | 100906940 |
| | 100906950 | 100907009 |
| | 100907015 | 100907128 |
| | 100907133 | 100907139 |
| | 100907154 | 100907160 |
| | 100907169 | 100907200 |
| | 100907216 | 100907415 |
| | 100907424 | 100907464 |
| | 100907466 | 100907496 |
| | 100907512 | 100907581 |
| | 100907596 | 100907625 |
| | 100907642 | 100907716 |
| | 100907733 | 100907811 |
| | 100907825 | 100907836 |
| | 100907883 | 100907892 |
| | 100907894 | 100907895 |
| | 100907905 | 100907914 |
| | 100907925 | 100907961 |
| | 100907974 | 100908084 |
| | 100908103 | 100908111 |
| | 100908121 | 100908199 |
| | 100908209 | 100908229 |
| | 100908231 | 100908263 |
| | 100908268 | 100908288 |
| | 100908293 | 100908302 |
| | 100908323 | 100908455 |
| | 100908473 | 100908480 |
| | 100908489 | 100908542 |
| | 100908561 | 100908563 |
| | 100908568 | 100908568 |
| | 100908579 | 100908582 |
| | 100908587 | 100908600 |
| | 101006451 | 101006898 |
| | 101207311 | 101207493 |
| | 101303102 | 101303144 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0001** | | |
| | 101303150 | 101303156 |
| | 101303168 | 101303178 |
| | 101303180 | 101303181 |
| | 101303183 | 101303197 |
| | 101303199 | 101303206 |
| | 101303210 | 101303216 |
| | 101303218 | 101303219 |
| | 101303225 | 101303226 |
| | 101303232 | 101303234 |
| | 101303239 | 101303243 |
| | 101303246 | 101303263 |
| | 101303266 | 101303274 |
| | 101303280 | 101303288 |
| | 101303294 | 101303295 |
| | 101303299 | 101303305 |
| | 101303311 | 101303312 |
| | 101303314 | 101303327 |
| | 101303333 | 101303340 |
| | 101303342 | 101303351 |
| | 101303356 | 101303358 |
| | 101303361 | 101303368 |
| | 101303395 | 101303428 |
| | 101303433 | 101303437 |
| | 101303442 | 101303692 |
| | 101702098 | 101702098 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| **DACW51-03-C-0012** | | |
| | 100200332 | 100200337 |
| | 100201796 | 100201820 |
| | 100204355 | 100204550 |
| | 100507371 | 100507376 |
| | 100507384 | 100507389 |
| | 100509338 | 100509339 |
| | 100600627 | 100600783 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0012** | | |
| | 100600786 | 100600819 |
| | 100600825 | 100600852 |
| | 100600858 | 100600944 |
| | 100906792 | 100906818 |
| | 100906950 | 100907009 |
| | 100908457 | 100908464 |
| | 101005963 | 101005986 |
| | 101005991 | 101006413 |
| | 101303694 | 101303718 |
| | 101303724 | 101303737 |
| | 101303746 | 101303778 |
| | 101303786 | 101303794 |
| | 101303796 | 101303812 |
| | 101303814 | 101303827 |
| | 101303829 | 101303842 |
| | 101303844 | 101303856 |
| | 101303858 | 101303871 |
| | 101303873 | 101303884 |
| | 101303896 | 101303903 |
| | 101303932 | 101303944 |
| | 101303946 | 101303959 |
| | 101303961 | 101303985 |
| | 101303987 | 101303993 |
| | 101304005 | 101304018 |
| | 101304024 | 101304031 |
| | 101304034 | 101304047 |
| | 101304049 | 101304077 |
| | 101304091 | 101304099 |
| | 101304110 | 101304129 |
| | 101304150 | 101304152 |
| | 101304154 | 101304156 |
| | 101304160 | 101304161 |
| | 101304170 | 101304173 |
| | 101304175 | 101304196 |
| | 101304198 | 101304204 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0012** | | |
| | 101304206 | 101304249 |
| | 101304255 | 101304267 |
| | 101304269 | 101304282 |
| | 101304288 | 101304298 |
| | 101304300 | 101304359 |
| | 101701877 | 101701878 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| **DACW51-03-C-0014** | | |
| | 100502954 | 100502980 |
| | 100502983 | 100502993 |
| | 100503006 | 100503037 |
| | 100503042 | 100503315 |
| | 100503322 | 100503346 |
| | 100503375 | 100503397 |
| | 100503441 | 100504152 |
| | 100504157 | 100504776 |
| | 100504778 | 100504823 |
| | 100504834 | 100504850 |
| | 100504861 | 100504874 |
| | 100504885 | 100504895 |
| | 100504923 | 100504939 |
| | 100504948 | 100504964 |
| | 100504977 | 100504998 |
| | 100505015 | 100505038 |
| | 100505050 | 100505062 |
| | 100505074 | 100505082 |
| | 100505092 | 100505099 |
| | 100505109 | 100505120 |
| | 100505130 | 100505137 |
| | 100505148 | 100505156 |
| | 100505160 | 100505164 |
| | 100505172 | 100505182 |
| | 100505193 | 100505197 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 100505208 | 100505211 |
| | 100505221 | 100505233 |
| | 100505244 | 100505262 |
| | 100505285 | 100505295 |
| | 100505311 | 100505326 |
| | 100505336 | 100505339 |
| | 100505342 | 100505348 |
| | 100505358 | 100505362 |
| | 100505365 | 100505365 |
| | 100505368 | 100505376 |
| | 100505386 | 100505392 |
| | 100505395 | 100505398 |
| | 100505409 | 100505415 |
| | 100505420 | 100505423 |
| | 100505434 | 100505528 |
| | 100505610 | 100505617 |
| | 100802682 | 100802685 |
| | 101210214 | 101210223 |
| | 101210225 | 101210232 |
| | 101210236 | 101210249 |
| | 101210252 | 101210260 |
| | 101210263 | 101210264 |
| | 101210267 | 101210268 |
| | 101210271 | 101210282 |
| | 101210285 | 101210292 |
| | 101210295 | 101210303 |
| | 101210306 | 101210306 |
| | 101210310 | 101210312 |
| | 101210314 | 101210317 |
| | 101304461 | 101304461 |
| | 101304463 | 101304506 |
| | 101304536 | 101304536 |
| | 101304539 | 101304555 |
| | 101304680 | 101304681 |
| | 101304850 | 101304913 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101305044 | 101305065 |
| | 101305068 | 101305089 |
| | 101305091 | 101305100 |
| | 101305246 | 101305248 |
| | 101305477 | 101305490 |
| | 101305492 | 101305507 |
| | 101305576 | 101305741 |
| | 101305842 | 101305851 |
| | 101305853 | 101305855 |
| | 101305862 | 101305878 |
| | 101305885 | 101305908 |
| | 101305913 | 101305936 |
| | 101305939 | 101305960 |
| | 101305963 | 101305970 |
| | 101305975 | 101305976 |
| | 101305979 | 101305984 |
| | 101305989 | 101305990 |
| | 101306016 | 101306028 |
| | 101306037 | 101306038 |
| | 101306041 | 101306062 |
| | 101306065 | 101306075 |
| | 101306077 | 101306153 |
| | 101306155 | 101306161 |
| | 101306163 | 101306170 |
| | 101306172 | 101306189 |
| | 101306191 | 101306200 |
| | 101306202 | 101306210 |
| | 101306213 | 101306261 |
| | 101306263 | 101306361 |
| | 101306363 | 101306411 |
| | 101306413 | 101306427 |
| | 101306430 | 101306435 |
| | 101306438 | 101306439 |
| | 101306442 | 101306456 |
| | 101306459 | 101306475 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101306478 | 101306550 |
| | 101306552 | 101306594 |
| | 101306596 | 101306624 |
| | 101306627 | 101306714 |
| | 101306716 | 101307028 |
| | 101307034 | 101307078 |
| | 101307081 | 101307149 |
| | 101307151 | 101307171 |
| | 101307173 | 101307681 |
| | 101307684 | 101307690 |
| | 101307692 | 101307694 |
| | 101307697 | 101307698 |
| | 101307700 | 101307701 |
| | 101307703 | 101307709 |
| | 101307719 | 101307725 |
| | 101307732 | 101307735 |
| | 101307745 | 101307749 |
| | 101307752 | 101307753 |
| | 101307763 | 101307766 |
| | 101307771 | 101307774 |
| | 101307784 | 101307796 |
| | 101307811 | 101307815 |
| | 101307818 | 101307825 |
| | 101307835 | 101307839 |
| | 101307846 | 101307852 |
| | 101307862 | 101307866 |
| | 101307871 | 101307881 |
| | 101307891 | 101307894 |
| | 101307901 | 101307907 |
| | 101307917 | 101307921 |
| | 101307926 | 101307929 |
| | 101307938 | 101307945 |
| | 101307955 | 101307964 |
| | 101307983 | 101307988 |
| | 101308001 | 101308010 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101308030 | 101308042 |
| | 101308053 | 101308059 |
| | 101308064 | 101308067 |
| | 101308089 | 101308092 |
| | 101308103 | 101308107 |
| | 101308110 | 101308116 |
| | 101308126 | 101308142 |
| | 101308159 | 101308165 |
| | 101308177 | 101308194 |
| | 101308207 | 101308213 |
| | 101308216 | 101308222 |
| | 101308233 | 101308241 |
| | 101308259 | 101308266 |
| | 101308279 | 101308283 |
| | 101308295 | 101308303 |
| | 101308314 | 101308323 |
| | 101308335 | 101308361 |
| | 101308372 | 101308385 |
| | 101308390 | 101308400 |
| | 101308410 | 101308417 |
| | 101308430 | 101308434 |
| | 101308439 | 101308442 |
| | 101308453 | 101308457 |
| | 101308462 | 101308465 |
| | 101308472 | 101308476 |
| | 101308483 | 101308491 |
| | 101308502 | 101308506 |
| | 101308508 | 101308520 |
| | 101308531 | 101308535 |
| | 101308540 | 101308551 |
| | 101308561 | 101308563 |
| | 101308572 | 101308578 |
| | 101308589 | 101308596 |
| | 101308608 | 101308616 |
| | 101308633 | 101308638 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101308650 | 101308651 |
| | 101308654 | 101308660 |
| | 101308677 | 101308682 |
| | 101308687 | 101308690 |
| | 101308703 | 101308709 |
| | 101308712 | 101308715 |
| | 101308727 | 101308734 |
| | 101308739 | 101308741 |
| | 101308752 | 101308758 |
| | 101308763 | 101308766 |
| | 101308776 | 101308800 |
| | 101308819 | 101308827 |
| | 101308837 | 101308877 |
| | 101308886 | 101308904 |
| | 101308911 | 101308924 |
| | 101308940 | 101309756 |
| | 101309760 | 101309779 |
| | 101309785 | 101310010 |
| | 101310015 | 101310257 |
| | 101402510 | 101402648 |
| | 101402665 | 101402682 |
| | 101402684 | 101402900 |
| | 101402918 | 101403049 |
| | 101403065 | 101403160 |
| | 101403177 | 101403209 |
| | 101403211 | 101403252 |
| | 101403254 | 101403562 |
| | 101403565 | 101403600 |
| | 101403603 | 101403686 |
| | 101403690 | 101403792 |
| | 101403795 | 101405109 |
| | 101405111 | 101405111 |
| | 101405113 | 101405128 |
| | 101405239 | 101405239 |
| | 101405241 | 101405264 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101405468 | 101405468 |
| | 101405471 | 101405492 |
| | 101405817 | 101405817 |
| | 101405819 | 101405835 |
| | 101406167 | 101406167 |
| | 101406169 | 101406172 |
| | 101406450 | 101406454 |
| | 101500716 | 101500716 |
| | 101500719 | 101500782 |
| | 101500785 | 101500788 |
| | 101500790 | 101500799 |
| | 101500801 | 101500807 |
| | 101500809 | 101500912 |
| | 101500914 | 101500919 |
| | 101500922 | 101500924 |
| | 101500934 | 101500958 |
| | 101500965 | 101501034 |
| | 101501036 | 101501046 |
| | 101501048 | 101501053 |
| | 101501058 | 101501067 |
| | 101501071 | 101501087 |
| | 101501105 | 101501106 |
| | 101501124 | 101501125 |
| | 101501148 | 101501453 |
| | 101501456 | 101501463 |
| | 101501465 | 101501468 |
| | 101501470 | 101501476 |
| | 101501482 | 101501487 |
| | 101501489 | 101501492 |
| | 101501494 | 101501496 |
| | 101501503 | 101501530 |
| | 101501541 | 101501542 |
| | 101501545 | 101501556 |
| | 101501558 | 101501562 |
| | 101501565 | 101501575 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101501583 | 101501584 |
| | 101501587 | 101501603 |
| | 101501605 | 101501614 |
| | 101501626 | 101501629 |
| | 101501632 | 101501643 |
| | 101501646 | 101501666 |
| | 101501668 | 101501673 |
| | 101501676 | 101501687 |
| | 101501690 | 101501761 |
| | 101501768 | 101501778 |
| | 101501781 | 101501786 |
| | 101501792 | 101501818 |
| | 101501821 | 101501824 |
| | 101501870 | 101501875 |
| | 101501882 | 101501886 |
| | 101501925 | 101501930 |
| | 101501938 | 101501941 |
| | 101501947 | 101501953 |
| | 101501959 | 101501965 |
| | 101501975 | 101501978 |
| | 101501988 | 101501991 |
| | 101501998 | 101502021 |
| | 101502027 | 101502032 |
| | 101502042 | 101502043 |
| | 101502049 | 101502064 |
| | 101502075 | 101502084 |
| | 101502089 | 101502146 |
| | 101502151 | 101502159 |
| | 101502166 | 101502166 |
| | 101502168 | 101502191 |
| | 101502193 | 101502199 |
| | 101502204 | 101502221 |
| | 101502389 | 101502389 |
| | 101502391 | 101502399 |
| | 101502405 | 101502413 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0014** | | |
| | 101502417 | 101502417 |
| | 101502429 | 101502438 |
| | 101502442 | 101502444 |
| | 101502448 | 101502452 |
| | 101502454 | 101502456 |
| | 101502458 | 101502469 |
| | 101502476 | 101502524 |
| | 101502526 | 101502527 |
| | 101502551 | 101502556 |
| | 101502600 | 101502608 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| **DACW51-03-C-0019** | | |
| | 100400001 | 100400201 |
| | 100505927 | 100506001 |
| | 101011162 | 101011280 |
| | 101011304 | 101011627 |
| | 101103952 | 101103953 |
| | 101103972 | 101103977 |
| | 101103990 | 101103993 |
| | 101103997 | 101104051 |
| | 101104061 | 101104076 |
| | 101104079 | 101104087 |
| | 101104090 | 101104103 |
| | 101104106 | 101104120 |
| | 101104123 | 101104127 |
| | 101104134 | 101104183 |
| | 101104190 | 101104191 |
| | 101104214 | 101104272 |
| | 101104275 | 101104392 |
| | 101104412 | 101104422 |
| | 101104433 | 101104434 |
| | 101104463 | 101104466 |
| | 101104482 | 101104523 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0019** | | |
| | 101104526 | 101104538 |
| | 101104540 | 101104576 |
| | 101104581 | 101104584 |
| | 101104614 | 101104617 |
| | 101104621 | 101104637 |
| | 101104646 | 101104661 |
| | 101104664 | 101104677 |
| | 101104719 | 101104722 |
| | 101104727 | 101104756 |
| | 101104761 | 101104768 |
| | 101104777 | 101104782 |
| | 101104804 | 101104826 |
| | 101104831 | 101104832 |
| | 101104849 | 101104865 |
| | 101104867 | 101104883 |
| | 101104891 | 101104893 |
| | 101104896 | 101104904 |
| | 101104953 | 101104972 |
| | 101104980 | 101104991 |
| | 101105093 | 101105110 |
| | 101105144 | 101105228 |
| | 101105232 | 101105244 |
| | 101210026 | 101210044 |
| | 101406676 | 101406678 |
| | 101406681 | 101406707 |
| | 101406710 | 101406713 |
| | 101406715 | 101406722 |
| | 101406725 | 101406727 |
| | 101406729 | 101406732 |
| | 101406737 | 101406739 |
| | 101406753 | 101406756 |
| | 101406769 | 101406779 |
| | 101406826 | 101406839 |
| | 101406841 | 101406843 |
| | 101406845 | 101406847 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0019** | | |
| | 101406849 | 101406864 |
| | 101406879 | 101406901 |
| | 101406915 | 101406918 |
| | 101406923 | 101406930 |
| | 101406932 | 101406934 |
| | 101406942 | 101406943 |
| | 101406946 | 101406956 |
| | 101406958 | 101406961 |
| | 101406963 | 101406979 |
| | 101406993 | 101406995 |
| | 101407006 | 101407056 |
| | 101407061 | 101407097 |
| | 101407099 | 101407101 |
| | 101407122 | 101407122 |
| | 101407124 | 101407124 |
| | 101407137 | 101407144 |
| | 101407146 | 101407163 |
| | 101407166 | 101407171 |
| | 101407174 | 101407258 |
| | 101407260 | 101407290 |
| | 101407297 | 101407331 |
| | 101407335 | 101407340 |
| | 101407342 | 101407343 |
| | 101407345 | 101407395 |
| | 101407397 | 101407418 |
| | 101407420 | 101407423 |
| | 101407427 | 101407654 |
| | 101407682 | 101407752 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101754 | 500101759 |
| **DACW51-03-C-0021** | | |
| | 100301236 | 100301241 |
| | 100505641 | 100505679 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0021** | | |
| | 100505688 | 100505887 |
| | 100505889 | 100505919 |
| | 100505922 | 100505922 |
| | 100505927 | 100506001 |
| | 100506005 | 100506014 |
| | 100506018 | 100506026 |
| | 100506034 | 100506036 |
| | 100506045 | 100506048 |
| | 100506058 | 100506061 |
| | 100506103 | 100506110 |
| | 100506112 | 100506121 |
| | 100506157 | 100506173 |
| | 100506189 | 100506238 |
| | 100506244 | 100506246 |
| | 100506254 | 100506256 |
| | 100506259 | 100506271 |
| | 100506285 | 100506298 |
| | 100506305 | 100506321 |
| | 100506380 | 100506419 |
| | 100506439 | 100506661 |
| | 100506797 | 100506825 |
| | 100506861 | 100506867 |
| | 100507613 | 100507706 |
| | 100508621 | 100508663 |
| | 100600627 | 100600783 |
| | 100600786 | 100600819 |
| | 100600858 | 100600944 |
| | 100601454 | 100601488 |
| | 100601492 | 100601602 |
| | 100601668 | 100602006 |
| | 100602008 | 100602015 |
| | 100602029 | 100602030 |
| | 100602036 | 100602180 |
| | 100906857 | 100906865 |
| | 100907512 | 100907581 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0021** | | |
| | 100907974 | 100908084 |
| | 101009583 | 101009593 |
| | 101009615 | 101009630 |
| | 101009633 | 101009680 |
| | 101103503 | 101103513 |
| | 101104614 | 101104617 |
| | 101310259 | 101310261 |
| | 101310265 | 101310280 |
| | 101310284 | 101310336 |
| | 101310340 | 101310341 |
| | 101310347 | 101310360 |
| | 101310363 | 101310410 |
| | 101310413 | 101310414 |
| | 101310416 | 101310441 |
| | 101310445 | 101310495 |
| | 101310535 | 101310554 |
| | 101310558 | 101310564 |
| | 101310568 | 101310578 |
| | 101310580 | 101310604 |
| | 101310606 | 101310617 |
| | 101310625 | 101310628 |
| | 101310634 | 101310649 |
| | 101310651 | 101310669 |
| | 101310676 | 101310724 |
| | 101310729 | 101310735 |
| | 101310748 | 101310754 |
| | 101310757 | 101310763 |
| | 101310768 | 101310769 |
| | 101310773 | 101310777 |
| | 101310780 | 101310782 |
| | 101310787 | 101310813 |
| | 101310816 | 101310834 |
| | 101310837 | 101310846 |
| | 101310848 | 101310862 |
| | 101310865 | 101310873 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **DACW51-03-C-0021** | | |
| | 101406681 | 101406707 |
| | 101406915 | 101406918 |
| | 101406923 | 101406930 |
| | 101406963 | 101406979 |
| | 101407112 | 101407114 |
| | 101407682 | 101407752 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101754 | 500101759 |
| **W912DS-04-C-0008** | | |
| | 100204355 | 100204550 |
| | 101105295 | 101105295 |
| | 101105299 | 101105555 |
| | 101105557 | 101105580 |
| | 101105584 | 101105588 |
| | 101105592 | 101105599 |
| | 101105602 | 101105630 |
| | 101105632 | 101105637 |
| | 101105665 | 101105667 |
| | 101105671 | 101105674 |
| | 101105687 | 101105694 |
| | 101105696 | 101105829 |
| | 101105832 | 101105835 |
| | 101105837 | 101105857 |
| | 101105859 | 101105863 |
| | 101105865 | 101105868 |
| | 101105871 | 101105895 |
| | 101105905 | 101105942 |
| | 101105947 | 101105948 |
| | 101105950 | 101106010 |
| | 101106014 | 101106025 |
| | 101106030 | 101106041 |
| | 101106048 | 101106060 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
| --- | --- | --- |
| **W912DS-04-C-0008** | | |
| | 101106063 | 101106091 |
| | 101106093 | 101106109 |
| | 101106112 | 101106128 |
| | 101106130 | 101106221 |
| | 101106223 | 101106226 |
| | 101106228 | 101106232 |
| | 101106238 | 101106248 |
| | 101106250 | 101106261 |
| | 101106263 | 101106285 |
| | 101106288 | 101106297 |
| | 101106299 | 101106310 |
| | 101106312 | 101106348 |
| | 101106350 | 101106383 |
| | 101106385 | 101106397 |
| | 101106399 | 101106408 |
| | 101407893 | 101407901 |
| | 101407915 | 101407937 |
| | 101408068 | 101408141 |
| | 101500001 | 101500016 |
| | 101504369 | 101504374 |
| | 101701783 | 101701785 |
| | 500100409 | 500100436 |
| | 500101293 | 500101297 |
| **W912DS-04-C-0016** | | |
| | 100303309 | 100303310 |
| | 100303326 | 100303451 |
| | 100303474 | 100303479 |
| | 100303934 | 100303936 |
| | 100303947 | 100303954 |
| | 100303963 | 100303979 |
| | 100304110 | 100304124 |
| | 100304158 | 100304161 |
| | 100304172 | 100304173 |
| | 100304179 | 100304186 |
| | 100304192 | 100304196 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-04-C-0016** | | |
| | 100309175 | 100309180 |
| | 100506903 | 100506905 |
| | 100506934 | 100506934 |
| | 100506968 | 100506979 |
| | 100507084 | 100507182 |
| | 100507184 | 100507186 |
| | 100507188 | 100507272 |
| | 100507283 | 100507286 |
| | 100507292 | 100507296 |
| | 100507298 | 100507301 |
| | 100507320 | 100507323 |
| | 100507327 | 100507331 |
| | 100507337 | 100507338 |
| | 100507356 | 100507357 |
| | 100507384 | 100507389 |
| | 100507392 | 100507396 |
| | 100507419 | 100507425 |
| | 100507476 | 100507478 |
| | 100507481 | 100507503 |
| | 100507505 | 100507511 |
| | 100507515 | 100507534 |
| | 100507536 | 100507548 |
| | 100507550 | 100507564 |
| | 100507568 | 100507570 |
| | 100507573 | 100507575 |
| | 100507580 | 100507590 |
| | 100507593 | 100507594 |
| | 100507600 | 100507610 |
| | 100507613 | 100507706 |
| | 100507789 | 100507809 |
| | 100508124 | 100508166 |
| | 100509789 | 100509801 |
| | 100600550 | 100600579 |
| | 100600581 | 100600613 |
| | 100600858 | 100600944 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-04-C-0016** | | |
| | 100600977 | 100600978 |
| | 100600991 | 100600994 |
| | 100601120 | 100601139 |
| | 100601250 | 100601262 |
| | 100601264 | 100601326 |
| | 100601332 | 100601334 |
| | 100601336 | 100601390 |
| | 100601392 | 100601425 |
| | 101106411 | 101106411 |
| | 101106414 | 101106477 |
| | 101106481 | 101106489 |
| | 101106493 | 101106494 |
| | 101106505 | 101106508 |
| | 101106513 | 101106515 |
| | 101106517 | 101106521 |
| | 101106527 | 101106527 |
| | 101106532 | 101106541 |
| | 101106545 | 101106556 |
| | 101106575 | 101106576 |
| | 101106580 | 101106582 |
| | 101106584 | 101106588 |
| | 101106590 | 101106696 |
| | 101106698 | 101106708 |
| | 101106710 | 101106722 |
| | 101106724 | 101106732 |
| | 101106738 | 101106786 |
| | 101106790 | 101106804 |
| | 101106807 | 101106814 |
| | 101106836 | 101107165 |
| | 101408204 | 101408209 |
| | 500100409 | 500100436 |
| | 500101245 | 500101279 |
| | 500101293 | 500101297 |
| | 500101754 | 500101759 |
| **W912DS-05-C-0003** | | |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 100200001 | 100200001 |
| | 100200003 | 100200016 |
| | 100200018 | 100200039 |
| | 100200042 | 100200064 |
| | 100200066 | 100200076 |
| | 100200079 | 100200084 |
| | 100200087 | 100200093 |
| | 100200095 | 100200111 |
| | 100200113 | 100200118 |
| | 100200126 | 100200131 |
| | 100200135 | 100200165 |
| | 100200167 | 100200177 |
| | 100200182 | 100200189 |
| | 100200193 | 100200201 |
| | 100200205 | 100200211 |
| | 100200215 | 100200226 |
| | 100200228 | 100200251 |
| | 100200253 | 100200257 |
| | 100200259 | 100200260 |
| | 100200264 | 100200269 |
| | 100200274 | 100200281 |
| | 100200283 | 100200289 |
| | 100200291 | 100200310 |
| | 100200323 | 100200326 |
| | 100200342 | 100200348 |
| | 100200350 | 100200354 |
| | 100200360 | 100200388 |
| | 100200393 | 100200396 |
| | 100200399 | 100200429 |
| | 100200431 | 100200438 |
| | 100200442 | 100200446 |
| | 100200452 | 100200459 |
| | 100200463 | 100200463 |
| | 100200485 | 100200497 |
| | 100200499 | 100200573 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 100200575 | 100200579 |
| | 100200584 | 100200584 |
| | 100200586 | 100200591 |
| | 100200595 | 100200736 |
| | 100200766 | 100200767 |
| | 100200810 | 100200838 |
| | 100200865 | 100200883 |
| | 100200893 | 100200896 |
| | 100200898 | 100200900 |
| | 100200902 | 100200923 |
| | 100200940 | 100200948 |
| | 100200956 | 100200974 |
| | 100201119 | 100201131 |
| | 100201133 | 100201150 |
| | 100201152 | 100201162 |
| | 100201164 | 100201176 |
| | 100201178 | 100201189 |
| | 100201192 | 100201299 |
| | 100201302 | 100201671 |
| | 100201673 | 100201724 |
| | 100201727 | 100201794 |
| | 100201827 | 100201906 |
| | 100201909 | 100201909 |
| | 100201912 | 100201912 |
| | 100201915 | 100201954 |
| | 100201956 | 100202355 |
| | 100202357 | 100202408 |
| | 100202410 | 100202442 |
| | 100202452 | 100202748 |
| | 100202750 | 100203146 |
| | 100203149 | 100203466 |
| | 100203468 | 100203722 |
| | 100203724 | 100203751 |
| | 100203766 | 100203815 |
| | 100203822 | 100203822 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 100203829 | 100203852 |
| | 100203859 | 100203981 |
| | 100204355 | 100204550 |
| | 100204553 | 100204723 |
| | 100204725 | 100204899 |
| | 100307711 | 100308090 |
| | 101106414 | 101106477 |
| | 101408068 | 101408141 |
| | 101408659 | 101408665 |
| | 101409116 | 101409136 |
| | 101409141 | 101409149 |
| | 101502613 | 101502653 |
| | 101502656 | 101502657 |
| | 101502663 | 101502755 |
| | 101502758 | 101502763 |
| | 101502765 | 101502768 |
| | 101502797 | 101502799 |
| | 101502801 | 101502803 |
| | 101502806 | 101502855 |
| | 101502857 | 101502862 |
| | 101502864 | 101502868 |
| | 101502875 | 101502936 |
| | 101502938 | 101502941 |
| | 101502943 | 101502948 |
| | 101502951 | 101502979 |
| | 101502981 | 101502987 |
| | 101502992 | 101503005 |
| | 101503197 | 101503236 |
| | 101503242 | 101503288 |
| | 101503294 | 101503295 |
| | 101503298 | 101503365 |
| | 101503369 | 101503370 |
| | 101503372 | 101503373 |
| | 101503377 | 101503382 |
| | 101503387 | 101503415 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0003** | | |
| | 101503421 | 101503424 |
| | 101503427 | 101503434 |
| | 101503436 | 101503438 |
| | 101503442 | 101503452 |
| | 101503457 | 101503495 |
| | 101503500 | 101503516 |
| | 101503521 | 101503605 |
| | 101503608 | 101503617 |
| | 101503619 | 101503625 |
| | 101503627 | 101503631 |
| | 101503634 | 101503650 |
| | 101503653 | 101503663 |
| | 101503673 | 101503681 |
| | 101503684 | 101503692 |
| | 101503694 | 101503697 |
| | 101503702 | 101503734 |
| | 101503737 | 101503750 |
| | 101503753 | 101503951 |
| | 101503954 | 101503963 |
| | 101503965 | 101504139 |
| | 101504141 | 101504197 |
| | 101504199 | 101504293 |
| | 101504295 | 101504298 |
| | 101504301 | 101504326 |
| | 101504332 | 101504366 |
| | 101504378 | 101504392 |
| | 101504399 | 101504409 |
| | 101504429 | 101504443 |
| | 101504448 | 101504448 |
| | 101504456 | 101504464 |
| | 101504467 | 101504489 |
| | 101504497 | 101504500 |
| | 101504502 | 101504507 |
| | 101504509 | 101504522 |
| | 101504528 | 101504531 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| W912DS-05-C-0003 | | |
| | 101504534 | 101504580 |
| | 101504582 | 101504591 |
| | 101504602 | 101504605 |
| | 101504607 | 101504615 |
| | 101504617 | 101504634 |
| | 101504653 | 101504657 |
| | 101504659 | 101504745 |
| | 500100409 | 500100436 |
| | 500100966 | 500101211 |
| | 500101293 | 500101297 |
| | 500101372 | 500101378 |
| | 500101479 | 500101489 |
| W912DS-05-C-0004 | | |
| | 100300967 | 100300970 |
| | 100509866 | 100509881 |
| | 101007138 | 101007551 |
| | 101311168 | 101311168 |
| | 101311171 | 101311181 |
| | 101311199 | 101311206 |
| | 101311237 | 101311248 |
| | 101311277 | 101311281 |
| | 101311290 | 101311291 |
| | 101311293 | 101311294 |
| | 101311296 | 101311320 |
| | 101311322 | 101311340 |
| | 101311343 | 101311345 |
| | 101311348 | 101311359 |
| | 101311361 | 101311368 |
| | 101311378 | 101311396 |
| | 101311400 | 101311401 |
| | 101311408 | 101311435 |
| | 101311441 | 101311451 |
| | 101311453 | 101311454 |
| | 101311457 | 101311490 |
| | 101311492 | 101311528 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0004** | | |
| | 101311534 | 101311560 |
| | 101311562 | 101311565 |
| | 101311567 | 101311580 |
| | 101311591 | 101311675 |
| | 500100409 | 500100436 |
| | 500100966 | 500101211 |
| | 500101293 | 500101297 |
| **W912DS-05-C-0020** | | |
| | 100300934 | 100300935 |
| | 100300967 | 100300970 |
| | 100301052 | 100301217 |
| | 100301253 | 100301507 |
| | 100301510 | 100301510 |
| | 100301512 | 100301542 |
| | 100301544 | 100301673 |
| | 100307711 | 100308090 |
| | 100308094 | 100308096 |
| | 100308102 | 100308108 |
| | 100308124 | 100308126 |
| | 100308186 | 100308232 |
| | 100308234 | 100308253 |
| | 100308263 | 100308322 |
| | 100308324 | 100308326 |
| | 100308330 | 100308357 |
| | 100308361 | 100308379 |
| | 100308401 | 100308403 |
| | 100308409 | 100308423 |
| | 100308535 | 100308536 |
| | 100308561 | 100308571 |
| | 100308575 | 100308713 |
| | 100308788 | 100308829 |
| | 100308834 | 100308839 |
| | 100308843 | 100308856 |
| | 100308888 | 100308888 |
| | 100508168 | 100508233 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0020** | | |
| | 100508255 | 100508269 |
| | 100508290 | 100508294 |
| | 100508297 | 100508298 |
| | 100508319 | 100508320 |
| | 100508323 | 100508333 |
| | 100508339 | 100508348 |
| | 100508364 | 100508365 |
| | 100508385 | 100508388 |
| | 100508401 | 100508402 |
| | 100508409 | 100508410 |
| | 100508420 | 100508423 |
| | 100508433 | 100508435 |
| | 100508440 | 100508449 |
| | 100508452 | 100508453 |
| | 100508480 | 100508481 |
| | 100508487 | 100508494 |
| | 100508505 | 100508519 |
| | 100508521 | 100508522 |
| | 100508525 | 100508537 |
| | 100508544 | 100508545 |
| | 100508552 | 100508570 |
| | 100508576 | 100508578 |
| | 100508582 | 100508591 |
| | 100508593 | 100508602 |
| | 100508605 | 100508615 |
| | 100508666 | 100508672 |
| | 100508679 | 100508686 |
| | 100508688 | 100508752 |
| | 100508769 | 100508778 |
| | 100508782 | 100508782 |
| | 100508785 | 100508808 |
| | 100508810 | 100508815 |
| | 100508819 | 100508822 |
| | 100508824 | 100508825 |
| | 100508827 | 100508844 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0020** | | |
| | 100508852 | 100508887 |
| | 100508889 | 100508897 |
| | 100508902 | 100508903 |
| | 100508908 | 100508915 |
| | 100508932 | 100508934 |
| | 100508941 | 100509061 |
| | 100509064 | 100509064 |
| | 100509067 | 100509074 |
| | 100509077 | 100509084 |
| | 100509087 | 100509135 |
| | 100509142 | 100509165 |
| | 100509169 | 100509176 |
| | 100509178 | 100509180 |
| | 100509182 | 100509221 |
| | 100509223 | 100509248 |
| | 100509289 | 100509294 |
| | 100509361 | 100509368 |
| | 100509371 | 100509371 |
| | 100509399 | 100509403 |
| | 100509405 | 100509422 |
| | 100509424 | 100509500 |
| | 100509504 | 100509543 |
| | 100509545 | 100509571 |
| | 100509602 | 100509606 |
| | 100509754 | 100509770 |
| | 100509804 | 100509808 |
| | 100509833 | 100509840 |
| | 100509846 | 100509847 |
| | 100509849 | 100509864 |
| | 100509866 | 100509881 |
| | 101012724 | 101012860 |
| | 101311679 | 101311680 |
| | 101311683 | 101311685 |
| | 101311687 | 101311688 |
| | 101311697 | 101311701 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-05-C-0020** | | |
| | 101311705 | 101311707 |
| | 101311710 | 101311718 |
| | 101311720 | 101311868 |
| | 101311872 | 101311876 |
| | 101311878 | 101311886 |
| | 101311899 | 101311900 |
| | 101311903 | 101312035 |
| | 101312037 | 101312057 |
| | 101312066 | 101312073 |
| | 101312078 | 101312084 |
| | 101312093 | 101312097 |
| | 101312099 | 101312102 |
| | 101312108 | 101312134 |
| | 101312136 | 101312138 |
| | 101312141 | 101312151 |
| | 101312158 | 101312164 |
| | 101312171 | 101312172 |
| | 101312177 | 101312180 |
| | 101312182 | 101312184 |
| | 101312202 | 101312215 |
| | 101312225 | 101312226 |
| | 101312245 | 101312248 |
| | 101312284 | 101312288 |
| | 101312294 | 101312296 |
| | 101312299 | 101312302 |
| | 101312305 | 101312313 |
| | 101312341 | 101312360 |
| | 101312367 | 101312486 |
| **W912DS-06-C-0018** | | |
| | 100300001 | 100300003 |
| | 100300058 | 100300158 |
| | 100300221 | 100300491 |
| | 100300733 | 100300736 |
| | 100300740 | 100300752 |
| | 102000001 | 102000005 |

# TDM America: Page Ranges Referencing Selected Contracts

| Contract | First Bates | Last Bates |
|---|---|---|
| **W912DS-07-C-0003** | | |
| | 101500423 | 101500435 |
| | 101504753 | 101504754 |
| | 101504866 | 101504896 |
| **W912EP-04-C-0021** | | |
| | 400100001 | 400101615 |
| | 400102407 | 400102502 |
| | 400102665 | 400102713 |
| | 400103368 | 400103648 |
| | 400103651 | 400103788 |
| | 400103849 | 400104690 |
| | 400104763 | 400105173 |
| | 400105210 | 400109438 |
| | 400109440 | 400112109 |
| | 400112448 | 400113529 |
| | 400113594 | 400113619 |
| | 400300003 | 400300012 |
| | 400400001 | 400400021 |

# ATTACHMENT E

| District | Contract # | Project | Contractor | ACO or COR |
|---|---|---|---|---|
| New York | W912DS-07-C-0003 | Anchorage Channel | Donjon | Salvatore Didato |
| | W912DS-06-C-0018 | Mnt Newark Bay | GLDD | John Tavolaro |
| | W912DS-05-C-0003 | AK 2/3 | Don Jon | Salvatore Didato |
| | W912DS-05-C-0004 | S-KVK-2 | Bean | Salvatore Didato |
| | W912DS-05-C-0020 | Maint AK | DonJon | John Tavolaro |
| | W912DS-04-C-0008 | Port Jersey 2 | GLDD | Salvatore Didato |
| | W912DS-04-C-0016 | Mnt Seguine Point | DonJon | John Tavolaro |
| | DACW51-03-C-0001 | Port Jersey 1 | DonJon | Salvatore Didato |
| | DACW51-03-C-0012 | AK #1 | DonJon | Salvatore Didato |
| | DACW51-03-C-0014 | KVK Area 8 | Jay Cashman | Ron Connetta |
| | DACW51-03-C-0019 | Mnt Flushing Bay | Bean | John Tavolaro |
| | DACW51-03-C-0021 | Maint AK | DonJon | John Tavolaro |
| | DACW51-02-C-0001 | KVK Area 5 | Bean | Ron Connetta |
| | DACW51-02-C-0002 | Minish #2 | Cruz Construction | Don Braun |
| | DACW51-02-C-0019 | KVK Area 6 | Bean | Ron Connetta |
| | DACW51-02-C-0022 | Mnt Newark Bay | DonJon | John Tavolaro |
| | DACW51-01-C-0006 | KVK Area 7 | DonJon | Ron Connetta |
| | DACW51-01-C-0023 | Mnt Eliz Pierhead | GLDD | John Tavolaro |
| Detroit | None | | | |
| Los Angeles | DACW09-D-0010-0003 | LA River Estuary Dredging/Stabiliz Study | Buddy's Contracting | Julie Martinez/Stanley Fujimoto |
| Jacksonville | W912EP-04-C-0021 | Miami River | Weston Bean Jt Venture | J.G. Cooper |