# EXHIBIT 64

State of New Jersey

Department of Environmental Protection

ies E. McGreevey
*Governor*

PLAINTIFF'S EXHIBIT 154 9-19-07

M. Campbell
missioner

**Environmental Regulation**
**Division of Air Quality**
**Air Quality Permitting Element**
**P.O.Box 027**
**Trenton, New Jersey 08625-0027**

## Air Pollution Control Pre-Construction Permit

| | | | |
|---|---|---|---|
| **Permit Activity ID Number:** | PCP030001 | **Facility ID Number:** | 08045 |
| **Approval Date:** | June 17, 2003 | **Expiration Date:** | June 16, 2008 |

| Mailing Address | Plant Location |
|---|---|
| Ms. Kerri Mullins<br>FACILITY MANAGER<br>DONJON MARINA CO INC<br>1250 LIBERTY AVE<br>Hillside, NJ 07205 | DONJON MARINE DREDGE MATERIALS<br>RECOVERY<br>STARBOARD ST<br>BERTH 36<br>Newark<br>Essex County, New Jersey |

Dear Ms. Mullins:

The New Jersey Department of Environmental Protection (Department) has reviewed the referenced air pollution control permit application. On the basis of the information provided, the Department concludes that the application satisfies all applicable requirements of the New Jersey Air Pollution Control regulations codified at N.J.A.C. 7:27 et seq.. This Air Pollution Control Permit shall supersede any existing Air Pollution Control Permits issued for the specified source. This permit allows for inspection and evaluation of the equipment by the Department to assure conformance with all provisions of N.J.A.C. 7:27 et seq. and any other applicable federal requirements codified at 40 CFR 52, 60, 61 and 63.

The equipment that is authorized to be installed and operated under this approval is described in Section A, Source Operations. Equipment at the facility referenced by this Permit shall be operated in accordance with the Conditions of Approval set forth in the attached document titled "Facility Specific Requirements" in Section D.

The Department hereby issues this permit and certificate under the authority of chapter 106, P.L. 1967(N.J.S.A 26:2C-9.2). You may construct, reconstruct, install, or modify the above referenced equipment and/or control apparatus consistent with the approval.

In addition to the facility specific requirements listed in this permit, the facility must comply with all applicable rules and requirements as well as the information contained in the approved application. The facility must also comply with any applicable requirements of the NJAC 7:27-8.1 et.seq. and other state rules summarized in the General Provisions for Pre-Construction Permits. The general provisions for pre-construction permits can be found at www.state.nj.us/dep/aqpp/applying.html. The facility should take note, however, that this website may not always contain the most up-to-date version of these provisions. It remains the facility's responsibility to keep apprised of and comply with all applicable regulations and changes thereto. A copy of current regulations can be obtained from the Department's Website at www.state.nj.us/dep/aqm/, BNA Library, or by calling or writing to your Regional Enforcement Office.

This Air Pollution Control Pre-Construction Permit and Certificate to Operate is being issued as a 5-year operating certificate.

There are a total of 48 pages in this permit including this cover page.

We are also including diskette with an electronic file. This diskette includes the inventories and permit requirements listed in the enclosed hard copy of the Air Pollution Control Permit. Upon importing this information into your Personal Computer with RADIUS software, you will have up to date information in the RADIUS format. This electronic file should not be used to prepare a permit modification application if and when you would need to submit one to the Department. A permit modification application should always be prepared using a new and blank RADIUS file. We encourage you to use the most recent RADIUS version. The RADIUS software, instruction, and help are available at the Department's website at www.state.nj.us/dep/aqpp .

If, in your judgement as an applicant for an air pollution control permit, the Department is imposing any unreasonable Condition of Approval, you may contest the Department's decision and request a contested case hearing pursuant to the Administrative Code at N.J.A.C. 1:1. All requests for contested case hearings must be received in writing by the Department within twenty (20) calendar days of the date you receive this permit approval and must contain the information specified in Section F (Permit Action Appeal Form).

If you have any questions on this matter, please call Dr. Negib Harfouche of the Bureau of Preconstruction Permits at (609) 292-2137.

Approved by:

Joel Leon for

Lou Mikolajczyk, Chief
Bureau of Preconstruction Permits

C: file

# AIR POLLUTION CONTROL PRECONSTRUCTION PERMIT

## Table of Contents

**Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY**
**Facility ID No.: 08045**
**Activity ID No.: PCP030001**


Section A

AUTHORIZED SOURCE OPERATIONS

Section B

ACRONYMS

Section C

FACILITY PROFILE (ADMINISTRATIVE INFORMATION)

Section D

FACILITY SPECIFIC REQUIREMENTS

Section E

INVENTORIES

Section F

PERMIT ACTION APPEAL FORM

AIR POLLUTION CONTROL PRECONSTRUCTION PERMIT

Section A

**Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY**
**Facility ID No.: 08045**
**Activity ID No.: PCP030001**

## AUTHORIZED SOURCE OPERATIONS

This Preconstruction Permit and the Certificate to Operate for the following equipment is issued pursuant to N.J.A.C. 7:27-8.

**Description of Source Activity**

**Source Operation Type:** In-Situ Dredge Sediment (material) Processing Facility, consisting of a Pneumatic Conveying System, a Screw Conveyor, an In-Situ Mixing Head, an Internal Combustion Engine and Cement Storage Blimps.

**Source Operation Description:** Portland cement, conveyed through a Screw Conveyor, will be injected, one-at-a-time, at a maximum rate of 150 tons per hour (tph), into slowly moving barges filled with dredge sediment. Portland cement will be mixed with the dredge sediment using a Lang Tool Co. (LTC) Series IV Mixing Head, or equal, attached to a Hydraulic Excavator. A "Water Spray System" installed on the totally enclosed discharge spout arrangement equipped with water sprays will control potential dust emissions at the discharge point from the Screw Conveyor onto the dredge-sediment filled barge. Electrical power to the In-Situ Dredge processing facility will be supplied through an Internal Combustion Engine of 365 maximum rated KW. Portland cement will be delivered to the site in sealed pneumatic conveyance trucks and stored in blimps. The total hours of operation of the In-Situ Dredge Processing facility will not exceed 1,500 hours, corresponding up to 1,650,000 tons (wet basis) of dredge sediment processed.

**Source Operation Details:** The sources authorized by this permit shall be operated within the parameters specified in the detailed information attached to this section. Operation of the authorized sources within these parameters is required in addition to compliance with the conditions specified in Section D– Facility Specific Requirements of this permit.

TDM008457

| | |
|---|---|
| Make: | Fabri-Pulse or Equivalent |
| Manufacturer: | Mac, Procedair, Staclean, Am Air filter or Equivalent |
| Model: | 12-48-770 |
| Number of Bags: | 48 |
| Size of Bags (ft2 ): | 16.04 |
| Total Bag Area (ft2): | 770 |
| Bag Fabric: | Polyester |
| Fabric Weight (oz/ft): | 16 |
| Fabric Weave: | |
| Fabric Finish: | |
| Maximum Design Temperature Capability (deg F): | 150 |
| Maximum Design Air Flow Rate (acfm): | 4000 |
| Draft Type: | Suction |
| Maximum Air Flow Rate to Cloth Area Ratio: | 5.2 to 1 |
| Minimum Operating Pressure Drop (in. H2O): | 2 |
| Maximum Operating Pressure Drop (in. H2O): | 16 |
| Method of Monitoring Pressure Drop: | Magnehelic Gage |
| Maximum Inlet Temperature (deg F): | 120 |
| Minimum Inlet Temperature (deg F): | 40 |
| Dew Point of Gas Stream (deg F): | Ambient |
| Maximum Operating Exhaust Gas Flow Rate (acfm): | 4000 |
| Maximum Inlet Gas Stream Moisture Content (%): | |

| | |
|---|---|
| Method for Determining When Bag Replacement is Required: | Observation |
| Method for Determining When Cleaning is Required: | Timer |
| Method of Bag Cleaning: | Air Pulse |
| Is Bag Cleaning Conducted On-Line? | Yes |
| Maximum Number of Sources Using this Apparatus as a Control Device (Include Permitted and Non-permitted Sources): | 5 |
| Alternative Method to Demonstrate Control Apparatus is Operating Properly: | Visble Emissions |
| Have you attached a Particle Size Distribution Analysis? | No |
| Have you attached data from recent performance testing? | No |
| Have you attached any manufacturer's data or specifications in support of the feasibility and/or effectiveness of this control apparatus? | No |
| Have you attached a diagram showing the location and/or configuration of this control apparatus? | |
| Comments: | |

08045 DONJON MARINE DREDGE MATERIALS RECOVERY PCP030001 E3 (Manufacturing and Materials Handling Equipment)

Print Date: 6/17/03

| | |
|---|---|
| Make: | |
| Manufacturer: | Lang Tool Co. |
| Model: | LTC Series IV Blending Head |
| Type of Manufacturing and Materials Handling Equipment: | Mixing Head on Hydraulic Excavator |
| Capacity: | 1.00E+03 |
| Units: | (other units) |
| Description (if other): | Tons per Hour |
| Have you attached a diagram showing the location and/or the configuration of this equipment? | Yes |
| Have you attached any manuf.'s data or specifications to aid the Dept. in its review of this application? | Yes |
| Comments: | |

| | |
|---|---|
| Make: | XQ 400 Caterpillar-Engine-Generator Set |
| Manufacturer: | Caterpillar |
| Model: | Engine model 3456 |
| Maximum Rated Gross Heat Input (MMBtu/hr): | 3.3 |
| Class: | |
| Duty: | |
| Description: | EPA Tier 1 & CARB Emissions Certified |
| Load Range (%): | 50 to 100 |
| Stroke: | 4 stroke-cycle diesel 6.75 inches |
| Power Output (BHP): | 546 (max) |
| Electric Output (KW): | 365 |
| Compression Ratio: | 16 to 1 |
| Ignition Type: | Turbocharged - ATAAC |
| Engine Speed (RPM): | 1800 |
| Engine Exhaust Temperature (deg F): | 750 to 850 |
| Air to Fuel Ratio at Peak Load: | |
| Lambda Factor (scfm/scfm): | |
| Brake Specific Fuel Consumption at Peak Load (Btu/BHP-hr): | 25.6 gph |
| Output Type: | |
| Heat to Power Ratio: | |
| Is the Engine Using a Turbocharger? | yes |
| Is the Engine Using an Aftercooler? | watercooled |

Is the Engine Using (check all that apply):

| | |
|---|---|
| A Prestratified Charge (PSC) | |

| | |
|---|---|
| A NOx Converter | |
| Air to Fuel Adjustment (AF) | |
| Ignition Timing Retard | |
| Low Emission Combustion | |
| Non-Selective Catalytic Retard (NSCR) | |
| Other | |
| Description: | |
| Have you attached a diagram showing the location and/or configuration of this equipment? | yes |
| Have you attached any manufacturer's data or specifications which may aid in the review of this application? | |
| Comments: | |

**Include Emission Rates on the Potential to Emit Screen for each Contaminant in grams/BHP-hr and ppmdv @7% O2 in addition to lbs/hr and tons/yr.**

TDM 008462

AIR POLLUTION CONTROL PRECONSTRUCTION PERMIT

Section B

Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY
Facility ID No.: 08045
Activity ID No.: PCP030001

## ACRONYMS

| | |
|---|---|
| BPP | Bureau of Preconstruction Permits |
| BOP | Bureau of Operating Permits |
| BTS | Bureau of Technical Services |
| CEM | Continuous Emissions Monitor |
| CFR | Code of Federal Regulations |
| COM | Continuous Opacity Monitor |
| EPA | United States Environmental Protection Agency |
| HAP | Hazardous Air Pollutant |
| N.J.A.C. | New Jersey Administrative Code |
| NJDEP | New Jersey Department of Environmental Protection |
| PST | Performance Specification Test |
| REO | Regional Enforcement Office - NJDEP |
| TSP | Total Suspended Particulate Matter |
| VOC | Volatile Organic Compound |

AIR POLLUTION CONTROL PRE-CONSTRUCTION PERMIT

Section C

Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY
Facility ID No.: 08045
Activity ID No.: PCP030001

FACILITY PROFILE

## New Jersey Department of Environmental Protection
## Facility Profile (General)

**Facility Name (AIMS):** DonJon Marine Dredge Materials Recovery **Facility ID (AIMS):** 08045

**Street Address:** DONJON MARINE DREDGE MATERIALS FACILITY
BERTH 36
SOUTH OF THE FOOT OF STARBOARD ST
PORT NEWARK, NJ 07114

**Mailing Address:** DONJON MARINE CO, INC
1250 LIBERTY AVE
HILLSIDE, NJ 07205

**State Plane Coordinates:**

| | |
|---|---|
| **X-Coordinate:** | 41 |
| **Y-Coordinate:** | 74 |
| **Units:** | Dec. Deg. |
| **Datum:** | NAD27 |
| **Source Org.:** | DEP-Program |
| **Source Type:** | Other/Unknown |

**County:** Essex

**Location Description:** Berth 36 Port Newark South of the Foot of Starboard Street

**Industry:**

| | |
|---|---|
| **Primary SIC:** | 5093 |
| **Secondary SIC:** | |

New Jersey Department of Environmental Protection
Facility Profile (General)

**Contact Type:** Air Permit Information Contact
**Organization:** Kenneth L. Woodruff
**Org. Type:** Individually Owned
**NJ EIN:** 00232300761
**Name:** Kenneth L. Woodruff
**Title:** Consultant
**Phone:** (215) 736-2194 x
**Fax:** (215) 736-2225 x
**Other:** (215) 499-3690 x
**Type:** Mobile
**Email:** kwood@bellatlantic.net
**Mailing Address:** PO Box 42
Morrisville, PA 19067-0042

---

**Contact Type:** BAQE - Engineering
**Organization:** NJ Department of Environmental Protection
**Org. Type:** State
**NJ EIN:**
**Name:** Negib Harfouche, Ph.D.
**Title:** Principal Environmental Engineer (APC)
**Phone:** (609) 292-2137 x
**Fax:** (609) 984-6369 x
**Other:** ( ) - x
**Type:**
**Email:** nharfouc@dep.state.nj.us
**Mailing Address:** 401 East State Street
2n Floor
P.O.Box 027
Trenton, NJ 08625-0027

---

**Contact Type:** Consultant
**Organization:** Kenneth L. Woodruff
**Org. Type:** Individually Owned
**NJ EIN:** 00232300761
**Name:** Kenneth L. Woodruff
**Title:** Consultant
**Phone:** (215) 736-2194 x
**Fax:** (215) 736-2225 x
**Other:** (215) 499-3690 x
**Type:** Mobile
**Email:** kwood@bellatlantic.net
**Mailing Address:** PO Box 42
Morrisville, PA 19067-0042

## New Jersey Department of Environmental Protection
## Facility Profile (General)

**Contact Type:** Fees/Billing Contact
**Organization:** DonJon Marine Co., Inc. **Org. Type:** Corporation
**NJ EIN:** 00221844615
**Name:** Arnold Witte
**Title:** President
**Phone:** (908) 964-8812 x
**Mailing Address:** 1250 Liberty Avenue, Hillside, NJ 07205
**Fax:** (908) 964-7426 x
**Other:** ( ) - x
**Type:**
**Email:**

---

**Contact Type:** On-Site Manager
**Organization:** DonJon Marine Co., Inc. **Org. Type:** Corporation
**NJ EIN:** 00221844615
**Name:** Kerri K. Mullins
**Title:** Facility Manager
**Phone:** (908) 964-8812 x
**Mailing Address:** 1250 Liberty Avenue, Hillside, NJ 07205
**Fax:** (908) 964-7426 x
**Other:** ( ) - x
**Type:**
**Email:**

---

**Contact Type:** Owner (Current Primary)
**Organization:** DonJon Marine Co., Inc. **Org. Type:** Corporation
**NJ EIN:** 00221844615
**Name:** Arnold Witte
**Title:** President
**Phone:** (908) 964-8812 x
**Mailing Address:** 1250 Liberty Avenue, Hillside, NJ 07205
**Fax:** (908) 964-7426 x
**Other:** ( ) - x
**Type:**
**Email:**

**New Jersey Department of Environmental Protection**
**Facility Profile (General)**

**Contact Type:** Responsible Official

**Organization:** DonJon Marine Co., Inc.

**Org. Type:** Corporation

**Name:** John A. Witte

**NJ EIN:** 00221844615

**Title:** Vice President

**Phone:** (908) 964-8812 x

**Mailing Address:** 1250 Liberty Avenue
Hillside, NJ 07205

**Fax:** (908) 964-7426 x

**Other:** ( ) - x

**Type:**

**Email:**



TDM 008468

AIR POLLUTION CONTROL PRE-CONSTRUCTION PERMIT

Section D

Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY
Facility ID No.: 08045
Activity ID No.: PCP030001

## FACILITY SPECIFIC REQUIREMENTS

### Compliance Plan Table of Contents



| Subject Item and Name | Page Number |
| --- | --- |
| **Controls:** | |
| CD1 Baghouse | 1 |
| CD2 Water Spray | 3 |
| **Equipment:** | |
| E1 Pneumatic Conveying System | 4 |
| E2 Screw Conveyor | 6 |
| E3 Mixer | 8 |
| E4 Engine Generator Set | 11 |
| **Emission Point** | |
| PT1 Baghouse Stack | 13 |
| PT2 Screw Conveyor Discharge | 14 |
| PT3 In-Situ Mixing | 15 |
| PT4 Engine-Generator Set | 16 |
| **Emission Unit** | |
| **U1 Dredged Materials In-Situ Mixing** | |
| OS Summary | 17 |
| OS1 Normal Operation of In-Situ Mixing Operation | 21 |
| OS2 Internal Combustion Engine | 24 |

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: CD1 Baghouse

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | The baghouse (CD1) shall be installed to handle a maximum of 4,000 cubic feet/minute air flow, and shall operate under negative air-draft, sealed, and integrated into one system. The bagfilter shall be used for capturing potential particle emissions during the loading of cement through the Alleviator and the Screw Conveyor, and during mixing with the dredge material at the hood enclosed discharge spout. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. Records shall include baghouse specifications, operation, maintenance and monitoring requirements (OM&M) and as-built drawings, kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | The baghouse will be cleaned by an automatic shaking method once per every half-hour of operation. [N.J.A.C. 7:27-8.13(a)] | Monitored by visual determination once per shift during operation, based on an instantaneous determination. The permittee shall monitor the proper operation of the baghouse by visual operation, once per shift. A failure of the automatic baghouse cleaning system shall be indicated by a warning light and an alarm. At that point, the processing of the dredge material shall be ceased, and the permittee shall determine the cause of the automatic cleaning system's failure, and any corrective action(s) or measures to be implemented prior to re-starting the operation of the dredge processing system. [N.J.A.C. 7:27-8.13(d)2] | Recordkeeping by manual logging of parameter once per calendar day during operation either confirming the proper operation of the cleaning system or indicating any disruptions or failures, and the corrective measures taken, if any. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27-8.13(d)3] | |
| 3 | Air-to-Cloth Ratio <= 5.2 ACFM/sq.ft.. [N.J.A.C. 7:27- 8.13(a)] | Air-to-Cloth Ratio: Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Air-to-Cloth Ratio: Recordkeeping by manual logging of parameter once initially. Records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | None. |



TDM 008470

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: CD1 Baghouse

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 4 | The cloth area of CD1shall be 770 square feet (ft2), consisting of 48 bags of 16.04 square feet each. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep on-site documentation of manufacturer specifications, including filter cloth area and as-built drawings, where necessary, for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 5 | The permittee shall conduct bag cleaning and replacement as specified by the manufacturer, on a schedule necessary to achieve and maintain a minimum of 99% particulate removal efficiency. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction upon occurrence of event, based on an instantaneous determination. The permittee shall monitor the bag cleaning or replacement schedule with baghouse manufacturer's requirements, based on hours of operation. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall record each instance of bag cleaning or bag replacement. All records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 6 | The bag filter shall be made of Dacron Polyester, or equivalent. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep baghouse material of construction on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008471

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: CD2 Water Spray

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | The facility shall install and operate a "Water Spray System" at the bottom cement discharge end of the totally enclosed telescopic steel tube. The "Water Spray System" shall be comprised of at least six (6) nozzle system, with each nozzle capable of handling 4-gpm. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. Documentation of construction shall consist of control device specifications, as-built drawings and Operation, Monitoring and Maintenance manual (OM&M). [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep all documentation of construction and operation logs of the water spray system, on-site, for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | The automatic water sprays shall be at all times applied at the cement discharge point, within the mixing point of cement with dredge sediment inside the barge, at a minimum total water flow rate of 6 gpm, through the use of the water spray system (CD2). [N.J.A.C. 7:27- 8] | Monitored by material feed/flow monitoring once per batch during operation, based on an instantaneous determination. The permittee shall confirm that the minimum flow rate through the water sprays is at least 6 gpm, once per batch, by ensuring the setpoint has not been altered. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall keep records of water sprays usage. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | None. |
| 3 | The permittee shall use water sprays at a rate greater than 2 gpm per nozzle, on as needed basis, if visible emissions are observed during the injection and/or mixing of cement with dredge sediment inside the barge. [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination. The permittee shall observe the point of discharge of cement and its mixing point with dredge sediment, once per batch, during the operation of the screw conveying system and of the in-situ mixer. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall keep records of the date and time when visible emissions are observed, and of the resulting amount of water sprays usage. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | Submit notification: Upon occurrence of event. If visible emissions or fugitive dusts are observed from the equipment during the injection of cement or during the mixing of cement with dredge sediment, the permittee shall cease operation. Operation shall not be restarted until the appropriate actions are taken and implemented to prevent the visible emissions. If measures fail to correct visible emissions within 24-hours of observation, the permittee shall report the incident (time, location and date of occurrence), and measures taken, in writing to the NJDEP Regional Enforcement Office within three (3) working days from the date of occurrence. [N.J.A.C. 7:27- 8] |



TDM 008472

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E1 Pneumatic Conveying System

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | The Pneumatic Conveying System shall be used to transfer portland cement from the Cement Storage Blimp to the Screw Conveyor Inlet Chamber (E2) through an Alleviator. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially and upon request by the Department. All documentation shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | The Portland Cement transfer rate shall not exceed 150 tons per hour (tph), and shall be performed at ambient temperatures only. [N.J.A.C. 7:27- 8] | Monitored by material feed/flow monitoring once per batch during operation, based on an instantaneous determination. The permittee shall monitor the amount of Portland Cement conveyed per hour, once per batch during operation. A batch operation shall consist of the amount of dredge sediment that is being injected with cement in the barge, not to exceed 3,500 tons of dredge material. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. All operations monitoring records, including amount of dredge sediment processed per barge, batch size and amount of cement used, shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 3 | The Pneumatic Conveying System (E1) shall be fully enclosed to minimize potential fugitive dust emissions. The transfer of Portland Cement from the Cement Storage Blimp to E1 shall be fully enclosed, and performed during the operation of CD1. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep all records, equipment specifications and operation and maintenance manual (O&M) on-site fo at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 4 | The Pneumatic Conveying System shall be installed and operated such that no visible emissions or fugitive dusts are observed or emitted, exclusive of condensed water vapor. [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination. In addition, operators and staff shall be instructed to report any visible emissions noticed from the Pneumatic Conveying System to the on-site Project Superintendent. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall keep equipment visible emissions observation records, and corrective action taken should visible emissions or fugitive dust be emitted, on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | Submit a report: Upon occurrence of event. If visible emissions are observed during loading/or unloading of the Pneumatic Conveying System, the permittee shall cease operation. Operation shall not be resumed until the appropriate actions are taken to prevent the visible emissions. If measures fail to correct visible emissions within 24-hours of observation, the permittee shall report the incident to the NJDEP Metropolitan Regional Office, within three (3) working days. [N.J.A.C. 7:27- 8] |



TDM008473

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E1 Pneumatic Conveying System

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 5 | Potential emissions of TSP/PM-10 shall be controlled through the Baghouse (CD1) installed on the Screw Conveyor Inlet Chamber (E2). [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall record the date and time when visible emissions are observed. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 6 | The enclosed air volume within the Pneumatic Conveying System (E1) shall be vented to CD1 at all times, during operation. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. Documentation of construction shall consist of as-built drawings, equipment specifications and operation and maintenance manuals. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. All records and documentation shall be maintained on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM008474

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E2 Screw Conveyor

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | The Screw Conveyor (E2) shall be used to transfer Portland Cement from the Pneumatic Conveying System (E1) through the Inlet Chamber or Alleviator to the point where cement drops into an enclosed steel chute (mixing point), at ambient temperatures. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially and upon request by the Department. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | The Portland Cement transfer rate shall not exceed 150 tons per hour (tph), and shall be performed at ambient temperatures only. [N.J.A.C. 7:27- 8] | Monitored by material feed/flow monitoring once per batch during operation, based on an instantaneous determination. The permittee shall monitor the amount of Portland Cement conveyed per hour, once per batch during operation. A batch operation shall consist of the amount of dredge sediment that is being injected with cement in the barge, not to exceed 3,500 tons of dredge material. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. All operations monitoring records, including amount of dredge sediment processed per barge, batch size and amount of cement used, shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 3 | The Screw Conveyor shall have no openings or vents, with the inlet connected to the Baghouse (CD1) via a flexible boot, and the discharge end attached to an enclosed telescopic steel chute. The transfer of Portland Cement from the Cement Storage Blimps to the inlet chamber or Alleviator of the Screw Conveyor (E2), through the Pneumatic Conveying System (E1), shall be fully enclosed, and performed during the operation of CD1. At least two (2) spray nozzles shall be installed at the head end of the Screw Conveyor for injection of water at the point that the cement drops into an enclosed steel chute. A rubber tube shall be installed at the bottom of the steel chute, that extends at a maximum of 3-4 inches above the water surface (in the barge). [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep all records, equipment specifications and operation and maintenance manual (O&M) on-site fo at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008475

Date: 6/17/2003

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

## New Jersey Department of Environmental Protection
## Facility Specific Requirements

**Subject Item:** E2 Screw Conveyor

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 4 | The Screw Conveyor (E2) shall be installed and operated such that no visible emissions are emitted, exclusive of condensed water vapor, and such that no cement spillage shall occur around the Conveyor and the Cement Storage Blimp. [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination. Operators and personnel should be instructed to report any visible emissions or occurrence of spill-materials to the on-site Project Superintendent. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall keep equipment visible emissions observation records, and corrective action taken should visible emissions or fugitive dust be emitted, on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | Submit a report: Upon occurrence of event. If visible emissions are observed during loading of the Screw Conveyor, the permittee shall cease operation. Operation shall not be resumed until the appropriate actions are taken to prevent the visible emissions. If measures fail to correct visible emissions within 24-hours of observation, the permittee shall report the incident to the NJDEP Metropolitan Regional Office, within three (3) working days. [N.J.A.C. 7:27- 8] |
| 5 | Maximum No. of Billable Compliance Inspections <= 2 inspections. The equipment covered by this permit will be subject to inspection fees for the maximum periodic compliance inspections (as defined in N.J.A.C. 7:27-8.1) over the life of the Certificate, after it receives final approval for a five year duration. The permittee will be invoiced for a $200 service fee per inspection pursuant to N.J.A.C. 7:27-8.6 after the periodic compliance inspection is conducted. [N.J.A.C. 7:27- 8.13(e)] | | | |
| 6 | The enclosed air volume within the Screw Conveyor (E2) shall operate under a negative air-draft and vented to CD1 at all times, during operation. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. Documentation of construction shall consist of equipment as-built drawings and specifications, and operation and maintenance manuals. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. All records and documentation shall be maintained on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008476

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E3 Mixer

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | The in-situ processing of the dredge materials involves the injection of Portland Cement into barges filled with dredge, at a maximum rate of 150 tons/hour, through a Screw Conveyor. A hood/enclosed discharge spout arrangement equipped with water sprays controls potential dust emissions at the Screw Conveyor discharge. The Portland Cement is mixed with the dredge materials using a Lang Tool Co. (LTC) Series IV Mixing Head or Mixer (E3) attached to a Hydraulic Excavator. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination . [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep all operating and monitoring records of the dredge materials processing equipment and controls on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | The injection rate of the Portland Cement into the barge shall not exceed 150 tons/hour. [N.J.A.C. 7:27- 8] | Monitored by other method (provide description) once per batch during operation, based on an instantaneous determination. The permittee shall monitor the flow of Portland Cement, once per batch. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall keep records of the rate of injection of Portland Cement and associated operating data, and make them readily available to representatives of the Department upon request. [N.J.A.C. 7:27- 8] | |
| 3 | The injection of cement should occur directly inside the barge fitted with a freeboard of at least 5 feet high. The mixing of the dredge with cement will be provided through the high rotational speed of the Mixing Head (E3) built into the LTC, and through the slow forward motion of the barge. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially and at the request of the Department. The permittee shall maintain documentation, specifications and as-built drawings of the Mixer and injection area, on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008477

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E3 Mixer

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 4 | The cement shall be continuously sprayed with water as it is injected onto the dredge sediment so it is maintained damp at all times, at a minimum throughput of 2 gpm. [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination. The permittee shall monitor that water spray is being used as required in Ref. No. 2 of CD2 of the conditions of this permit, while cement is supplied to the Mixer (E3), at least once per batch. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall record the date, time and location when visible emissions are observed, and minimum water use, once per batch. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | Submit notification: Upon occurrence of event. If visible emissions are observed during the injection of cement into the dredge material in the barge, the permittee shall cease operation. Operation shall not be resumed until the appropriate actions are taken to prevent the visible emissions. If measures fail to correct visible emissions within 24-hours of observation, the permittee shall report the incident to the NJDEP Metropolitan Regional Office, within three (3) working days. [N.J.A.C. 7:27- 8] |
| 5 | The permittee shall not use the equipment in a manner which will cause visible emissions or fugitive dusts, exclusive of condensed water vapor. [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination during operation. The permittee shall visually observe for potential dust or fugitive emissions during the injection of Portland Cement onto the dredge sediment inside the barge, once per batch. If visible emissions, exclusive of condensed water vapor, occur, the permittee shall then immediately cease operation and take corrective measures prior to restarting. In addition, operators and staff shall be instructed to report any visible emissions noticed from the Mixer (E3) to the on-site Project Superintendent. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall record the date and time when visible emissions are observed, or if the operation of the Mixer (E3) causes visible emissions, exclusive of condensed water vapor, and any corrective measures taken to eliminate visible emissions or fugitive dusts, during the in-situ dredge processing operations, using the mixing head and ancillary equipment. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | Submit notification: Upon occurrence of event. If visible emissions or fugitive dusts are observed from the equipment during injection of cement into the barge, the permittee shall cease operation. Operation shall not be restarted until the appropriate actions are taken and implemented to prevent the visible emissions. If measures fail to correct visible emissions within 24-hours of observation, the permittee shall report the incident (time, location and date of occurrence), and measures taken in writing to the NJDEP Regional Enforcement Office within three (3) working days. [N.J.A.C. 7:27- 8] |



TDM 008478

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E3 Mixer

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 6 | Maximum No. of billable Compliance inspections <= 2 inspections. The equipment covered by this permit will be subject to inspection fees for the maximum periodic compliance inspections (as defined in N.J.A.C. 7:27-8.1) over the life of the Certificate, after it receives final approval for a five year duration. The applicant will be invoiced for a $ 200 service fee per inspection pursuant to N.J.A.C. 7:27-8.11 after the periodic compliance inspection is conducted [N.J.A.C. 7:27- 8] | | | |
| 7 | 1 hour <= Cement Injection Time per Barge <= 2.5 hours, once per batch, corresponding to a maximum of 3,500 tons of dredge sediment processed per barge. [N.J.A.C. 7:27- 8] | Monitored by other method (provide description) once per batch during operation, based on an instantaneous determination. The duration of the cement injection into the barge shall be monitored, once per batch. A batch shall consist of a maximum of 3,500 tons of dredge sediment processed per barge. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall record the duration of the cement injection time and mixing time inside the barge, once per batch during operation. All monitoring records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 8 | Total Hours of Operation <= 1,500 hours. [N.J.A.C. 7:27- 8] | Monitored by hour/time monitor daily, based on an instantaneous determination. The permittee shall monitor the total hours of operation of the dredge processing facility, once per day. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter daily. The permittee shall record the hours of operation of the dredge processing facility, daily during operation. All monitoring records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 9 | The Mixer (E3) shall be operated submerged in the barge at all times. The Mixer shall not be operated until it is completely below the surface of the dredge material in order to eliminate scattering of dredge material and potential of dust generation. [N.J.A.C. 7:27- 8] | Monitored by documentation of construction once initially, based on an instantaneous determination , and upon request by the Department. Documentation of construction shall consist of equipment manufacturer's operation and maintenance manuals, and operation and inspection logs. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially and upon request by the Department. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008479

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E4 Engine Generator Set

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | The permittee shall use an internal combustion engine (IC) of 365 maximum rated Kilowatts (KW) to supply power to the dredge processing facility. [N.J.A.C. 7:27-8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27-8] | Recordkeeping by manual logging of parameter once initially. The permittee shall use an XQ 400 Engine Generator Set manufactured by Caterpillar of 365 kw maximum rated power, or an equivalent generator set. Equipment specifications, operation and maintenance manual (O&M) and as-built drawings shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27-8] | |
| 2 | Total Hours of Operation <= 1,500 hours for the duration of operations under this permit approval. [N.J.A.C. 7:27-8.13(h)] | Total Hours of Operation: Monitored by other method (provide description) daily, based on an instantaneous determination. A standard equipment run time meter shall be used daily to track the operation of the IC engine. [N.J.A.C. 7:27-8.13(d)2] | Total Hours of Operation: Recordkeeping by manual logging of parameter at the approved frequency. The permittee shall record the period of time the IC engine is in operation on a daily basis during operation. All records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27-8.13(d)3] | |
| 3 | Maximum Gross Heat Input <= 3.3 MMBTU/hr corresponding to a maximum fuel consumption of 25.6 gallons per hour (gal/hr). [N.J.A.C. 7:27-8.13(h)] | Maximum Gross Heat Input: Monitored by documentation of construction once initially, based on an instantaneous determination , and upon request by the Department. [N.J.A.C. 7:27-8] | Maximum Gross Heat Input: Recordkeeping by manual logging of parameter once initially , and upon request by the Department. The permittee should keep IC engine documentation, on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27-8] | |
| 4 | Maximum No. of Billable Compliance Inspections <= 3 inspections. The permittee will be invoiced for a $200 service fee per inspection pursuant to N.J.A.C. 7:27-8.6 after the periodic compliance inspection is conducted. [N.J.A.C. 7:27-8.13(e)] | | | |



TDM 008480

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: E4 Engine Generator Set

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 5 | Diesel fuel Consumption Rate <= 25.6 gallons per hour (gal/hr) corresponding to maximum fuel consumption, at 100% peak load, as set by the design of the IC engine. [N.J.A.C. 7:27- 8.13(h)] | Monitored by documentation of construction once initially, based on an instantaneous determination , and upon request by the Department. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. The permittee shall keep records of the IC engine manufacturer maximum hourly fuel consumption rate, on-site, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 6 | Sulfur Content in Fuel <= 0.2 weight %. [N.J.A.C. 7:27- 9] | Sulfur Content in Fuel: Monitored by other method (provide description) once per bulk fuel shipment, based on no averaging period. The permittee shall monitor fuel Sulfur content based on the review of Certificate of Analysis of fuel Sulfur sampling and testing records, from the oil distributor, once per new bulk fuel shipment. [N.J.A.C. 7:27- 8.13(a)] | Sulfur Content in Fuel: Recordkeeping by manual logging of parameter once per bulk fuel shipment. The permittee shall record the fuel oil Sulfur content for each delivery received. All records, including fuel oil certification receipts, and the name of oil supplier, shall be maintained on-site for a minimum of 5 years. [N.J.A.C. 7:27- 8.13(d)3] | Submit a report: Upon occurrence of event. The permittee shall report in writing, any non-compliance with Sulfur content in fuel oil, within 3 working days after the event to the Regional Enforcement Office. [N.J.A.C. 7:27- 8.13(d)4] |
| 7 | Opacity <= 20 % , exclusive of visible condensed water vapor, except for a period of not longer than 10 consecutive seconds (See Ref. No. 9 of OS2 under U1 of the conditions of this permit). [N.J.A.C. 7:27- 3.5] | Opacity: Monitored by visual determination annually, based on a 10 second rolling average. [N.J.A.C. 7:27- 8.13(d)1] | Opacity: Recordkeeping by manual logging of parameter annually. All records created in a calendar year shall be maintained on site for five additional calendar years, and made available to the Department for review, upon request. [N.J.A.C. 7:27- 3.6] | |



TDM 008481

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

Date: 6/17/2003

**New Jersey Department of Environmental Protection**
**Facility Specific Requirements**

**Subject Item:** **PT1 Baghouse Stack**

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | No changes to the approved stack shall be made without prior approval from the Department, unless such change constitutes a seven-day-notice change pursuant to N.J.A.C. 7:27-8.20(b) or amendment pursuant to N.J.A.C. 7:27-8.21(b) and the permittee has complied with the appropriate seven-day-notice or amendments provisions of N.J.A.C. 7:27-8.20 and N.J.A.C. 7:27-8.21. [N.J.A.C. 7:27- 8.3(a)] | | | |
| 2 | Distance from Stack to Nearest Property Line >= 80 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 3 | Stack Height Above Ground >= 15 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 4 | Equivalent Flue Diameter at Stack Exit <= 16 inches. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 5 | Stack Gas Discharge Temperature >= 50 and Stack Gas Discharge Temperature <= 100 degrees F. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 6 | Volume of Gas Discharged at Stack Conditions <= 4,000 ACFM. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 7 | Emissions from the source shall be vented to the atmosphere upward through the approved stack. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |



TDM 008482

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: PT2 Screw Conveyor Discharge

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | No changes to the approved stack shall be made without prior approval from the Department, unless such change constitutes a seven-day-notice change pursuant to N.J.A.C. 7:27-8.20(b) or amendment pursuant to N.J.A.C. 7:27-8.21(b) and the permittee has complied with the appropriate seven-day-notice or amendments provisions of N.J.A.C. 7:27-8.20 and N.J.A.C. 7:27-8.21. [N.J.A.C. 7:27- 8.3(a)] | | | |
| 2 | Distance from Stack to Nearest Property Line >= 60 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 3 | Stack Height Above Ground >= 8 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 4 | Equivalent Flue Diameter at Stack Exit <= 27 inches. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 5 | Stack Gas Discharge Temperature >= 50 and Stack Gas Discharge Temperature <= 100 degrees F. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 6 | Emissions from the source shall be vented to the atmosphere upward through the approved stack. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |



TDM 008483

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: PT3 In-Situ Mixing

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | No changes to the approved stack shall be made without prior approval from the Department, unless such change constitutes a seven-day-notice change pursuant to N.J.A.C. 7:27-8.20(b) or amendment pursuant to N.J.A.C. 7:27-8.21(b) and the permittee has complied with the appropriate seven-day-notice or amendments provisions of N.J.A.C. 7:27-8.20 and N.J.A.C. 7:27-8.21. [N.J.A.C. 7:27- 8.3(a)] | | | |
| 2 | Distance from Stack to Nearest Property Line >= 50 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 3 | Stack Height Above Ground >= 5 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 4 | Equivalent Flue Diameter at Stack Exit <= 52 inches (surface). [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 5 | Stack Gas Discharge Temperature >= 90 and Stack Gas Discharge Temperature <= 100 degrees F. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 6 | Emissions from the source shall be vented to the atmosphere upward through the approved stack. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |



TDM 008484

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: PT4 Engine-Generator Set

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | No changes to the approved stack shall be made without prior approval from the Department, unless such change constitutes a seven-day-notice change pursuant to N.J.A.C. 7:27-8.20(b) or amendment pursuant to N.J.A.C. 7:27-8.21(b) and the permittee has complied with the appropriate seven-day-notice or amendments provisions of N.J.A.C. 7:27-8.20 and N.J.A.C. 7:27-8.21. [N.J.A.C. 7:27- 8.3(a)] | | | |
| 2 | Distance from Stack to Nearest Property Line >= 50 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 3 | Stack Height Above Ground >= 12 ft. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 4 | Equivalent Flue Diameter at Stack Exit <= 5 inches. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 5 | Stack Gas Discharge Temperature >= 750 and Stack Gas Discharge Temperature <= 850 degrees F. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 6 | Volume of Gas Discharged at Stack Conditions <= 3,020 ACFM. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |
| 7 | Emissions from the source shall be vented to the atmosphere upward through the approved stack. [N.J.A.C. 7:27- 8.13(d)2ii] | | | |



TDM 008485

Date: 6/17/2003

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

**New Jersey Department of Environmental Protection**
**Facility Specific Requirements**

**Subject Item:** U1 Dredged Materials In-Situ Mixing
**Operating Scenario:** OS Summary

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | VOC (Total) <= 0.4 tons/yr for the duration of the dredge processing operations. [N.J.A.C. 7:27- 8] | VOC (Total): Monitored by calculations upon occurrence of event, based on an instantaneous determination. The permittee shall determine VOC (Total) as tons for the duration of the dredge processing operations, based on the calculation of VOC (Total) emissions from the in-situ dredge processing, and IC engine operating at maximum load. [N.J.A.C. 7:27- 8] | VOC (Total): Recordkeeping by manual logging of parameter at the approved frequency : at the end of the dredge processing operations. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | HAPs (Total) <= 0.4 tons/yr for the duration of the dredge processing operations. [N.J.A.C. 7:27- 8] | HAPs (Total): Monitored by calculations upon occurrence of event, based on an instantaneous determination. The permittee shall compute HAPs (Total) as tons for the duration of the dredge processing operations, based on the calculation of combined HAPs (Total) emissions from the in-situ dredge processing and IC engine operating at maximum load. [N.J.A.C. 7:27- 8] | HAPs (Total): Recordkeeping by manual logging of parameter at the approved frequency : at the end of the dredge processing operations. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 3 | Mercury Emissions <= 1.5 lb/yr for the duration of the dredge processing operations. [N.J.A.C. 7:27- 8] | Mercury Emissions: Monitored by calculations upon occurrence of event, based on an instantaneous determination. The permittee shall compute Mercury (Total) as pounds (lbs) for the duration of the dredge processing operations, based on 0.014 percent volatilization of maximum Hg concentration in the dredge sediment. [N.J.A.C. 7:27- 8] | Mercury Emissions: Recordkeeping by manual logging of parameter at the approved frequency : at the end of the dredge processing operations. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 4 | TSP/PM-10 <= 0.86 ton/year for the duration of the dredge processing operations. [N.J.A.C. 7:27- 8] | Monitored by calculations upon occurrence of event, based on an instantaneous determination. The permittee shall compute TSP/PM-10 as tons for the duration of the dredge processing operations, based on the calculation of combined TSP/PM-10 emissions from the in-situ dredge processing and IC engine operating at maximum load. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter at the approved frequency : at the end of the dredge processing operations. All monitoring records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008486

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: U1 Dredged Materials In-Situ Mixing
Operating Scenario: OS Summary

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 5 | NOx (Total) <= 4.12 tons/yr for the duration of the dredge processing operations, based on the calculation of NOx/NO2 (Total) emissions from the IC engine, operating at 75% maximum load. [N.J.A.C. 7:27- 8] | NOx (Total): Monitored by calculations upon occurrence of event, based on an instantaneous determination. The permittee shall determine NOx/NO2 (Total) as tons for the duration of the in-situ dredge processing operations, based on the calculation of NOx/NO2 (Total) emissions from the IC engine operating at 75% maximum load. [N.J.A.C. 7:27- 8] | NOx (Total): Recordkeeping by manual logging of parameter at the approved frequency : at the end of the dredge processing operations. All monitoring records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 6 | In-situ dredge operations covered by this permit approval shall be limited to the processing of up to 1,650,000 tons of dredge materials on a wet basis, under ambient temperatures (with no external heat added). [N.J.A.C. 7:27- 8] | Monitored by material feed/flow monitoring once per batch during operation, based on an instantaneous determination. The permittee shall monitor the amount of dredge materials processed per batch, by weight. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall record the amount of dredge materials processed, once per batch. All monitoring records shall be maintained on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 7 | The permittee shall post the name of the contact person, together with the address and phone number, on a permanent, legible sign in a conspicuous location at the dredge processing facility site prior to beginning the work to be performed in accordance with this permit approval. [N.J.A.C. 7:27- 8] | | | |
| 8 | The permittee shall notify the appropriate Regional Enforcement Office in writing at least seven (7) days prior to the start-up of the in-situ dredge processing operations. [N.J.A.C. 7:27- 8] | | | |



TDM 008487

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: U1 Dredged Materials In-Situ Mixing
Operating Scenario: OS Summary

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 9 | The permittee shall notify the appropriate Regional Enforcement Office in writing within thirty (30) days of the completion of the in-situ dredge processing operations. [N.J.A.C. 7:27- 8] | | | Submit a report: As per the approved schedule The permittee shall submit a report that includes, but not limited to, total amount of dredge sediment processed with corresponding total number of batche operations, total water spray usage, total amount of cement injected (into dredge sediment) and total hours of operation, to the Regional Enforcement Office upon request by Representatives from the Department. [N.J.A.C. 7:27- 8] |
| 10 | CO <= 0.293 tons/yr for the duration of the in-situ dredge processing operations. [N.J.A.C. 7:27- 8] | CO: Monitored by calculations upon occurrence of event, based on an instantaneous determination. The permittee shall determine CO as tons for the duration of the in-situ dredge processing operations, based on the actual percent load and fuel usage of the IC engine. [N.J.A.C. 7:27- 8] | CO: Recordkeeping by manual logging of parameter at the approved frequency : at the end of the soil stabilization activities. All records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 11 | The Internal Combustion Engine (E4) Hours of Operation <= 1,500 hours. [N.J.A.C. 7:27- 8] | Hours of Operation: Monitored by hour/time monitor once per batch during operation, based on an instantaneous determination. The permittee shall monitor the hours of operation of the Internal Combustion Engine (E4), once per batch, during operation. [N.J.A.C. 7:27- 8] | The permittee shall maintain records of hours of operation of E4, on-site, for at least five (5) years, readily made available to the Department upon request. Hours of Operation: Recordkeeping by manual logging of parameter once per batch during operation. [N.J.A.C. 7:27- 8] | |
| 12 | Portland Cement shall be received at the site in sealed pneumatic conveyance trucks. These trucks will be pressurized to convey the cement through sealed piping/hoses to sealed (pneumatic) storage blimps, to be remained on-site for the duration of equipment operations. At no time should the cement be dumped or otherwise exposed to the atmosphere as a potential dust source during these transfers. [N.J.A.C. 7:27- 8] | Monitored by visual determination upon occurrence of event, based on an instantaneous determination. The permittee shall monitor the delivery of Portland Cement received on-site and processed, each time upon occurrence. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall keep records of the total amount of Portland Cement delivered to the site, and its usage, each time upon delivery, and any instances of fugitive emissions, on-site for at least five (5) years, and readily make them available to representatives of the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008488

Date: 6/17/2003

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

## New Jersey Department of Environmental Protection
## Facility Specific Requirements

**Subject Item:** U1 Dredged Materials In-Situ Mixing
**Operating Scenario:** OS Summary

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 13 | Pneumatic Conveying System (E1), Screw Conveyor (E2) and Mixer (E3) Hours of Operation <= 1,200 hours. [N.J.A.C. 7:27-8] | Hours of Operation: Monitored by hour/time monitor once per batch during operation, based on an instantaneous determination. The permittee shall monitor the hours of operation of E1, E2 and E3, once per batch. [N.J.A.C. 7:27- 8] | . The permittee shall maintain records of hours of operation of E1, E2, and E3, on-site for at least five (5) years, readily made available to the Department upon request. Hours of Operation: Recordkeeping by manual logging of parameter once per batch during operation. [N.J.A.C. 7:27- 8] | |
| 14 | Maximum amount of cement used for in-situ dredge processing <= 144,000 tons. [N.J.A.C. 7:27- 8] | Monitored by material feed/flow monitoring at the approved frequency, based on an instantaneous determination. The permittee shall monitor the total amount of Portland Cement used during in-situ dredge processing, based on the cumulative of cement used per barge and per batch. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter each hour during operation. All operations monitoring records, including amount of dredge sediment processed per barge, batch size and amount of cement used, shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008489

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

**Subject Item:** U1 Dredged Materials In-Situ Mixing
**Operating Scenario:** OS1 Normal Operation of In-Situ Mixing Operation

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | This operating scenario consists of mixing Portland Cement with dredge materials inside the barge. The Portland Cement is conveyed through the Pneumatic Conveyor (E1) and the Screw Conveyor (E2) to the Mixer (E3), located right above the dredge materials inside the barge. [N.J.A.C. 7:27-8] | Monitored by documentation of construction once initially, based on an instantaneous determination. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once initially. In-situ equipment and control devices' configuration and as-built drawings shall be kept on-site for at least five (5) years and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 2 | VOC (Total) <= 0.6 lb/hr. [N.J.A.C. 7:27-8] | Other: VOC (Total) shall be determined from the following:<br>1. Assume 5% of the maximum volatiles and semi-volatiles concentration in the dredge materials are volatilized within 1 hour of mixing, during each batch.[N.J.A.C. 7:27- 8]. | VOC (Total): Recordkeeping by manual logging of parameter at the approved frequency. Recordkeeping shall be manual logging of maximum concentrations of VOC (total) and SVOC (total) concentrations in the dredge materials and associated emissions calculations. All monitoring records and calculations shall be kept on-site for a minimum of five (5) years, readily made available to representatives of the Department upon request. [N.J.A.C. 7:27- 8] | |
| 3 | TSP/PM-10 <= 1.06 lb/hr [N.J.A.C. 7:27- 8] | Monitored by other method (provide description) once per shift during operation, based on an other averaging period (describe). TSP/PM-10 shall be determined from the summation of the following:<br>1. Assume maximum particulate matter emissions at the discharge end of the baghouse are 0.01 grain/dscf, using a maximum air flow of 4,000 cubic feet/minute, and<br>2. Calculate particulate matter emissions from the Screw Conveyor (E2) and the Mixer (E3) assuming a 0.14% lb particulate emitted per ton of material processed, after being controlled with the Baghouse (CD1) and water sprays (CD2). [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per shift during operation. Recordkeeping shall be manual logging of maximum emissions of TSP/PM-10 based on emissions' estimate from Screw Conveyor and Mixer and associated emissions calculations. All monitoring records and calculations shall be kept on-site for a minimum of five (5) years, readily made available to representatives of the Department upon request. [N.J.A.C. 7:27- 8] | None. |



TDM 008490

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: U1 Dredged Materials In-Situ Mixing
Operating Scenario: OS1 Normal Operation of In-Situ Mixing Operation

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 4 | HAPs (Total) <= 0.72 lb/hr [Assume HAPs (Total) correspond to the summation of VOC (Total) from the IC engine and SVOC (Total) from the dredge sediment]. [N.J.A.C. 7:27- 8] | HAPs (Total): Monitored by other method (provide description) once per shift during operation, based on an other averaging period (describe). HAPs (Total), including Mercury, shall be determined from the summation of the following:<br>1. Assume 5% of SVOCs (Total) and VOC (Total) in dredge materials are volatilized, within 1 hour of mixing, during each batch, and<br>2. Calculate Mercury emissions assuming 0.014% volatilization from dredge materials @ 50% moisture and ambient temperatures, during each batch. [N.J.A.C. 7:27- 8] | HAPs (Total): Recordkeeping by manual logging of parameter once per shift during operation. Recordkeeping shall be manual logging of maximum concentrations of SVOCs (Total), including Mercury concentration, in the dredge materials and associated HAPs (Total) emissions calculations. All monitoring records and calculations shall be kept on-site for a minimum of five (5) years, readily made available to representatives of the Department upon request. [N.J.A.C. 7:27- 8] | |
| 5 | The mass of dredge materials to be processed shall not exceed 3,500 tons of dredge materials processed in up to 2.5 hours of mixing, per batch, which shall correspond to a maximum of 1,650,000 tons (wet basis) of dredge materials processed in 1,200 hours total. [N.J.A.C. 7:27- 8] | Monitored by calculations daily, based on an instantaneous determination. The permittee shall monitor the amount of dredge sediment processed, dredge processing time, per batch, daily, and total dredge sediment averaged at the end of 1,200 hours of in-situ dredge processing operations. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter daily. The permittee shall record the number of barges and corresponding quantity of dredge processed (per barge), and maximum dredge sediment (total), on a daily basis. The permittee shall also record the size or volume of the barges used for processing (with cement). All records shall be kept onsite for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 6 | Hours of Operation <= 1,500 hours. [N.J.A.C. 7:27- 8] | Hours of Operation: Monitored by hour/time monitor once per batch during operation, based on an instantaneous determination. The permittee shall monitor the hours of operation of the in-situ dredge processing facility, once per batch, during operation. [N.J.A.C. 7:27- 8] | Hours of Operation: Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall keep in-situ dredge processing total operating hours records, on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008491

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: U1 Dredged Materials In-Situ Mixing
Operating Scenario: OS1 Normal Operation of In-Situ Mixing Operation

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 7 | The total amount of dredge processed, in tons per hour, shall be calculated based on the amount of dredge materials processed and the number of hours of mixing dredge inside the barge, once per per batch. [N.J.A.C. 7:27- 8] | Monitored by calculations once per batch during operation, based on an instantaneous determination. The permittee shall monitor the amount of dredge materials processed or mixed inside the barge, once per batch during operation. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter once per batch during operation. The permittee shall record the amount of dredge materials processed inside the barge and the dredge processing time, once per batch. All records shall be kept on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 8 | The permittee shall identify and implement all actions necessary to keep the area around the Pneumatic Conveyor (E1), Screw Conveyor (E2) and ancillary equipment clean of dust and spill of cement. If noticeable amount of cement spill is found around E1, E2 andancillary equipment, operation shall be ceased immediately, and corrective measures shall be taken. [N.J.A.C. 7:27- 8] | Monitored by visual determination once per batch during operation, based on an instantaneous determination. In addition, operators and staff shall be instructed to report any visible emissions noticed from the In-Situ Mixing operation, to the on-site Project Superintendent. [N.J.A.C. 7:27- 8] | Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall keep records of any spill of cement around E1, E2 and ancillary equipment, and any correction measures implemented, on-site for at least five (5) years, and readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | Submit notification: Upon occurrence of event. If spill or piling of cement are observed around E1, E2 and ancillary equipment during in-situ dredge processing operations, the permittee shall immediately cease operation. Operation shall not be restarted until the appropriate actions are taken and implemented to prevent the piling of cement and other material. If measures fail to correct for open presence or piling of cement and other material, around E1, E2 and ancillary equipment within 24-hours of observation, the permittee shall report the incident (time, location and date of occurrence) in writing to the Regional Enforcement Office within three (3) working days. [N.J.A.C. 7:27- 8] |



TDM008492

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

Date: 6/17/2003

New Jersey Department of Environmental Protection
Facility Specific Requirements

**Subject Item:** U1 Dredged Materials In-Situ Mixing
**Operating Scenario:** OS2 Internal Combustion Engine

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 1 | Diesel Usage <= 38,400 gallons for the duration of the in-situ dredge processing operations. [N.J.A.C. 7:27- 8.13(a)] | Diesel Usage: Monitored by fuel flow/firing rate instrument daily, based on an other averaging period (describe). This shall represent the maximum cumulative fuel usage from batch dredge processing operations. The permittee shall install, calibrate and maintain the monitor(s) in accordance with the manufacturer's specifications. The monitor(s) shall be ranged such that the allowable value is approximately mid-scale of the full range current/voltage output. [N.J.A.C. 7:27- 8.13(d)2] | Diesel Usage: Recordkeeping by manual logging of parameter daily. The permittee shall maintain diesel fuel consumption logs on-site for the duration of the project, and readily make them available to the Department upon request. [N.J.A.C. 7:27- 8.13(d)3] | |
| 2 | Sulfur Content in Fuel <= 0.2 weight %. [N.J.A.C. 7:27- 9] | Sulfur Content in Fuel: Monitored by other method (provide description) once per bulk fuel shipment, based on no averaging period. The permittee shall monitor fuel Sulfur content based on the review of Certificate of Analysis of fuel Sulfur sampling and testing records, from the oil distributor, once per new bulk fuel shipment. [N.J.A.C. 7:27- 8.13(a)] | Sulfur Content in Fuel: Recordkeeping by manual logging of parameter once per bulk fuel shipment. The permittee shall record the fuel oil Sulfur content for each fuel delivery received. All records, including fuel certification receipts, and the name of the oil supplier, shall be maintained on-site for a minimum of 5 years. [N.J.A.C. 7:27- 8.13(d)3] | Submit a report: Upon occurrence of event. The permittee shall report in writing, any non-compliance with Sulfur content in fuel oil, within 3 working days after the event to the Regional Enforcement Office. [N.J.A.C. 7:27- 8.13(d)4] |
| 3 | CO <= 0.39 lb/hr. [N.J.A.C. 7:27- 8.13(h)] | CO: Monitored by other method (provide description) once initially, based on an instantaneous determination. CO emissions shall be based on IC engine manufacturer's CO performance guarantee data at maximum operating load. [N.J.A.C. 7:27- 8] | CO: Recordkeeping by manual logging of parameter once initially. Records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008493

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: U1 Dredged Materials In-Situ Mixing
Operating Scenario: OS2 Internal Combustion Engine

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 4 | NOx (Total) <= 5.5 lb/hr under nominal operating conditions. [N.J.A.C. 7:27-8.13(h)] | NOx (Total): Monitored by other method (provide description) once initially, based on an instantaneous determination. The IC engine shall be set to operate under nominal conditions, corresponding to a maximum of 75% load. This can be done through monitoring of fuel firing rate, or air to fuel ratio, or any other operating parameter as established by the IC engine manufacturer's recommended operation, maintenance and monitoring guidelines, and time schedules. [N.J.A.C. 7:27- 8] | NOx (Total): Recordkeeping by manual logging of parameter upon occurrence of event. The permittee shall record the date and time when the IC engine operates above 75% load, or deviates outside of the set operating range at any time during operation. All monitoring records, including IC engine OM&M manual, shall be kept on-site for at least five (5) years, readily made available to the Deaprtment upon request. [N.J.A.C. 7:27- 8] | |
| 5 | PM-10 (Total) <= 0.08 lb/hr. [N.J.A.C. 7:27- 8.13(h)] | PM-10 (Total): Monitored by other method (provide description) once initially, based on an instantaneous determination. PM-10 emissions shall be based on IC engine manufacturer's PM-10 performance guarantee data at maximum operating load. [N.J.A.C. 7:27- 8] | PM-10 (Total): Recordkeeping by manual logging of parameter once initially. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 6 | SO2 <= 0.78 lb/hr . [N.J.A.C. 7:27- 8.13(h)] | SO2: Monitored by other method (provide description) once initially, based on an instantaneous determination. SO2 emissions shall be based on IC engine manufacturer's SO2 performance guarantee data at maximum operating load. [N.J.A.C. 7:27- 8] | SO2: Recordkeeping by manual logging of parameter once initially. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 7 | TSP <= 0.08 lb/hr. [N.J.A.C. 7:27- 8.13(h)] | TSP: Monitored by other method (provide description) once initially, based on an instantaneous determination. TSP emissions shall be based on IC engine manufacturer's TSP performance guarantee data at maximum operating load. [N.J.A.C. 7:27- 8] | TSP: Recordkeeping by manual logging of parameter once initially. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |



TDM 008494

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Facility Specific Requirements

Subject Item: U1 Dredged Materials In-Situ Mixing
Operating Scenario: OS2 Internal Combustion Engine

| Ref.# | Applicable Requirement | Monitoring Requirement | Recordkeeping Requirement | Submittal/Action Requirement |
|---|---|---|---|---|
| 8 | THC <= 0.16 lb/hr. [N.J.A.C. 7:27- 8.13(h)] | THC: Monitored by other method (provide description) once initially, based on an instantaneous determination. THC or VOC (Total) emissions shall be based on IC engine manufacturer's THC performance guarantee data at maximum operating load. [N.J.A.C. 7:27- 8] | THC: Recordkeeping by manual logging of parameter once initially. All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8] | |
| 9 | There shall be no visible emissions except for a period of not longer than ten seconds. No visible emissions are equivalent to less than five percent (5%) opacity. [N.J.A.C. 7:27- 8.13(a)] | Monitored by visual determination once per calendar day during operation, based on an instantaneous determination. For compliance with the opacity standard, the permittee shall conduct visual opacity inspections during daylight hours. Visual inspections shall consist of a visual survey to identify if the stack has visible emissions, (other than condensed water vapor), greater than the prescribed standard. If visible emissions are observed, the permittee shall do the following: (1) Verify that the equipment and/or control device causing the emission is operating according to manufacturers specifications, the permit compliance plan, and all applicable conditions of approval. If the equipment or control device is not operating properly, the permittee shall take corrective action immediately to eliminate the excess emissions. the permitee must report any permit violations to the Department. (2) If the corrective action taken in Step (1) does not correct the opacity problem within 24 hours, the permittee shall perform a check via a certified opacity reader. Such test shall be conducted each day until corrective action successfully corrects the opacity problem. [N.J.A.C. 7:27- 8.13(d)1] | Recordkeeping by manual logging of parameter each week during operation. The permittee shall manually log in a permanently bound log book and retain the following records:<br>(1) Date and time of inspection;<br>(2) Emission Point number;<br>(3) Operation status of equipment;<br>(4) Observed results and conclusions;<br>(5) Description of corrective action taken, if needed;<br>(6) Date and time opacity problem was solved, if applicable;<br>(7) Results of opacity reading;<br>and<br>(8) Name of person(s) conducting the inspection.<br>All records shall be kept on-site for at least five (5) years, readily made available to the Department upon request. [N.J.A.C. 7:27- 8.13(d)3] | Submit notification: Upon occurrence of event The permittee shall only report excess visible emissions, including any corrective measures taken, to the NJDEP Regional Enforcement Office within 24-hours of occurrence. [N.J.A.C. 7:27- 8.13(d)4] |



TDM 008495

# AIR POLLUTION CONTROL PRE-CONSTRUCTION PERMIT

Section E

Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY
Facility ID No.: 08045
Activity ID No.: PCP030001

## INVENTORIES

**Equipment Inventory**
**Control Device Inventory**
**Emission Point Inventory**
**Emission Unit Inventory**

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Equipment Inventory

| Equip. NJID | Facility's Designation | Equipment Description | Equipment Type | Certificate Number | Install Date | Grand-Fathered | Last Mod. (Since 1968) | Equip. Set ID |
|---|---|---|---|---|---|---|---|---|
| E1 | Cement Trans | Pneumatic Conveying System | Manufacturing and Materials Handling Equipment | | 7/1/2003 | No | 7/1/2003 | |
| E2 | Screw Convey | Screw Conveyor | Manufacturing and Materials Handling Equipment | | 7/1/2003 | No | 7/1/2003 | |
| E3 | Mixer | Mixer | Manufacturing and Materials Handling Equipment | | 7/1/2003 | No | 7/1/2003 | |
| E4 | Generator | Engine Generator Set | Stationary Internal Combustion Engine | | 7/1/2003 | No | 7/1/2003 | |



TDM 008497

Date: 6/17/2003

DONJON MARINE DREDGE MATERIALS RECOVERY (08045)
PCP030001

New Jersey Department of Environmental Protection
Control Device Inventory

| CD NJID | Facility's Designation | Description | CD Type | Install Date | Grand-Fathered | Last Mod. (Since 1968) | CD Set ID |
|---|---|---|---|---|---|---|---|
| CD1 | Baghouse | Baghouse | Particulate Filter (Baghouse) | 7/1/2003 | No | | |
| CD2 | Water Spray | Water Spray | Other | 7/1/2003 | No | | |



TDM 008498

Date: 6/17/2003

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

New Jersey Department of Environmental Protection
Emission Points Inventory

| PT NJID | Facility's Designation | Description | Config. | Equiv. Diam. (in.) | Height (ft.) | Dist. to Prop. Line (ft) | Exhaust Temp. (deg. F) | | | Exhaust Vol. (acfm) | | | Discharge Direction | PT Set ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Avg. | Min. | Max. | Avg. | Min. | Max. | | |
| PT1 | Baghouse | Baghouse Stack | Round | 16 | 15 | 80 | 68.0 | 50.0 | 100.0 | 4,000.0 | 4,000.0 | 4,000.0 | Up | |
| PT2 | Screw Convey | Screw Conveyor Discharge | Square | 27 | 8 | 60 | 68.0 | 50.0 | 100.0 | 0.0 | 0.0 | 0.0 | Up | |
| PT3 | Mixer | In-Situ Mixing | Surface | 52 | 5 | 60 | 90.0 | 80.0 | 100.0 | 0.0 | 0.0 | 0.0 | Up | |
| PT4 | Engine | Engine-Generator Set | Round | 6 | 12 | 60 | 800.0 | 750.0 | 800.0 | 2,600.0 | 2,000.0 | 2,600.0 | Up | |



TDM 008499

Date: 6/17/03

**DONJON MARINE DREDGE MATERIALS RECOVERY (08045)**
**PCP030001**

New Jersey Department of Environmental Protection
Emission Unit/Batch Process Inventory

**U 1 Mixing Dredged Materials In-Situ Mixing**

| UOS NJID | Facility's Designation | UOS Description | Operation Type | Signif. Equip. | Control Device(s) | Emission Point(s) | SCC(s) | Annual Oper. Hours Min. | Annual Oper. Hours Max. | VOC Range | Flow (acfm) Min. | Flow (acfm) Max. | Temp. (deg F) Min. | Temp. (deg F) Max. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OS1 | Normal Opera | Normal Operation of In-Situ Mixing Operation | Normal - Steady State | E3 | CD1 (P)<br>CD2 (S) | PT1<br>PT2<br>PT3 | A26-50-000-00 | 1,100.0 | 1,350.0 | | 4,000.0 | 4,000.0 | 50.0 | 100.0 |
| OS2 | Engine | Internal Combustion Engine | Normal - Steady State | E4 | | PT4 | | 1,100.0 | 1,500.0 | | 2,000.0 | 3,000.0 | 750.0 | 850.0 |

TDM 008500

Facility Name: DONJON MARINE DREDGE MATERIALS RECOVERY
Facility ID No.: 08045
Activity ID No.: PCP030001

## PERMIT ACTION APPEAL FORM
## AIR QUALITY PERMITTING PROGRAM

Purpose: You are eligible to appeal this agency action. To appeal this agency action, complete the information requested herein and return the information to the addresses listed in H below. The filing of this information constitutes a request for an adjudicatory hearing pursuant to N.J.A.C. 7:27-1.32. The adjudicatory hearing request must be received by the Department within twenty (20) calendar days of your receipt of this agency action.

I. Permit Action Appealed: ______________________
Issuance Date of Agency Action: ______________________
Application Activity ID No.: ______________________

II. Person Requesting Hearing:
Name: ______________________
Name of Authorized Representative (Attorney or Consultant): ______________________
Company: ______________________
Company Address: ______________________
______________________
Address of Attorney: ______________________
______________________
Contact for further information: ______________________
Telephone Number: ______________________

III. Please Include the Following Information as Part of Your Request:
A. A copy of the letter transmitting the action
B. List of all permit conditions and issues contested
C. The legal and factual questions at issue including remedy for each contested issue
D. Suggested remedy for each contested issue
E. An estimate of the time required for the hearing
F. A request, if necessary, for a barrier-free hearing location for physically disabled persons
G. A clear indication of any willingness to negotiate a settlement with the Department prior to the hearing with the Office of Administrative Law; and
H. This form, completed, signed and dated with all of the information listed above, including attachments, to:

Office of Legal Affairs
Attention: Adjudicatory Hearing Requests
Department of Environmental Protection
401 East State Street
PO Box 402, Trenton, New Jersey 08625-0402

Copy to:

Air Quality Regulation
Attention: Adjudicatory Hearing Requests
401 East State Street
PO Box 027, Trenton, New Jersey 08625-0027

I. A request for a stay of this action (if applicable) pursuant to N.J.A.C. 7:27-1.33. If a stay is requested, the request must include evidence that one of the following circumstances exist:
1. N.J.A.C. 7:27-1.33(a)1; or
2. N.J.A.C. 7:27-1.33(a)2

IV. Signature: ______________________ Date: ______________