# EXHIBIT 70

**U.S. Department of Justice**

Civil Division

JBB
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

Telephone: (202) 307-0285
Facsimile: (202) 307-0345

*Washington, DC 20530*

February 6, 2008

**BY FEDEX AND E-MAIL**

David W. Denenberg, Esq.
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, New York 10158

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

Gary J. Campbell, Esq.
McCarter & English, LLP
226 Franklin Street
Boston, Massachusetts 02110

Re: *TDM America, LLC v. United States*
Court of Federal Claims No. 06-0472C

Counsel:

Attached are documents bearing Bates nos. G01025 01759 to G01025 1847, and Revised Attachment 1. This document production includes the following documents:

| | |
|---|---|
| G01025 01759 | E-mail regarding 70-day Submittal for DACW51-03-C-0001 |
| G01025 01760 – 01821 | Additional permit for 3-Day Submittal related to DACW51-03-C-0001 |
| G01025 01822 – 01823 | P00007 for W912DS-05-C-0004 (mistakenly omitted from Attachment 2) |
| G01025 01824 – 01847 | Section 800 for DACW51-01-B-0028 |

Please note that Revised Attachment 1 includes our identification of solicitation and specification documents, although the Court's order does not require the government to identify the solicitation and specification documents. *See* Discovery Order ¶ 6. We are providing our identification of these documents in an effort to move this matter forward. Revised Attachment 1 also includes citation to certain documents we located in a cursory review of document production from other parties. We did not perform an exhaustive search of other parties' document production for the entries in Revised Attachment 1. Finally, with respect to Revised Attachment 1, there is one correction we wish to bring to your attention. The original Attachment 1 included an erroneous entry for the 70-Day Submittal for DAC51-02-B-0002 as G01006 06190 – G01006 06230. Revised Attachment 1 includes the correct entry, G0100<u>5</u> 06190 – G0100<u>5</u> 06230. If you believe that any of the entries on Revised Attachment 1 are erroneous, I encourage you to call me to discuss the issue.

The government believes that it has fully met its obligations under paragraph 6 of the Court's order. If TDM requires an additional extension of time to respond to the government's motion for partial summary judgment, in order to review the recently identified and produced documents, the government will not oppose a reasonable extension of time.

In the same vein, we ask TDM to withdraw its motion filed on January 24–25, 2008. The government has now identified and provided all documents called for by paragraph 6. In light of our willingness not to oppose an extension of time sufficient for TDM to review the documents we have recently identified and produced, we believe that withdrawing the aforementioned motion is both reasonable and proper.

Very truly yours,

Joshua B. Brady
Attorney
Commercial Litigation Branch
Civil Division

Enclosures

# Revised Attachment 1


| Contract Number | Page |
| --- | --- |
| W912DS-07-C-0003 | 1 |
| W912DS-06-C-0018 | 2 |
| W912DS-05-C-0003 | 3 |
| W912DS-05-C-0004 | 5 |
| W912DS-05-C-0020 | 7 |
| W912DS-04-C-0008 | 8 |
| W912DS-04-C-0016 | 10 |
| DACW51-03-C-0001 | 11 |
| DACW51-03-C-0012 | 13 |
| DACW51-03-C-0014 | 15 |
| DACW51-03-C-0019 | 17 |
| DACW51-03-C-0021 | 18 |
| DACW51-02-C-0001 | 19 |
| DACW51-02-C-0002 | 21 |
| DACW51-02-C-0019 | 22 |
| DACW51-02-C-0022 | 24 |
| DACW51-01-C-0006 | 25 |
| DACW51-01-C-0023 | 26 |

**W912DS-07-C-0003**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-07-C-0003: Main Contract | G01004 00133 | – | G01004 00201 |
| W912DS-07-C-0003: P00001 | G01025 00001 | – | G01025 00002 |
| W912DS-07-C-0003: P00002 | G01025 00003 | – | G01025 00006 |
| W912DS-07-C-0003: P00003 | G01025 00007 | – | G01025 00011 |
| W912DS-07-C-0003: P00004 | G01025 00012 | – | G01025 00013 |
| W912DS-06-B-0014-0004: Solicitation and Specifications | G01025 00014 | – | G01025 00094 |
| W912DS-06-B-0014: 5-Day Submittal | G01015 00423 | – | G01015 00715 |
| W912DS-06-B-0014: 35-Day Submittal | G01015 04753 | – | G01015 04986 |

**W912DS-06-C-0018**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-06-C-0018: MainContract | G01010 12833 | – | G01010 12860 |
| W912DS-06-C-0018: P00001 | G01025 00095 | – | G01025 00100 |
| W912DS-06-C-0018: P00002 | G01025 00101 | – | G01025 00105 |
| W912DS-06-C-0018: P00003 | G01025 00106 | – | G01025 00112 |
| W912DS-06-C-0018: 5-Day Submittal | G01003 00228 | – | G01003 00464 |
| W912DS-06-C-0018: 70-Day Submittal | G01003 00465 | – | G01003 00777 |

**W912DS-05-C-0003**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-05-C-0003: Main Contract | G01010 05256 | – | G01010 05312 |
| W912DS-05-C-0003: A mod 1 | G01025 00113 | – | G01025 00114 |
| W912DS-05-C-0003: A mod 2 | G01002 01122 | – | G01002 01128 |
| W912DS-05-C-0003: P00001 | G01015 03372 | – | G01015 03373 |
| W912DS-05-C-0003: P00002 | G01002 00945<br>G01015 03353 | –<br>– | G01002 00946<br>G01015 03356 |
| W912DS-05-C-0003: P00003 | G1015 03313 | – | G1015 03314 |
| W912DS-05-C-0003: P00004 | G01002 00947<br>G01015 03294 | –<br>– | G01002 00948<br>G01015 03295 |
| W912DS-05-C-0003: P00005 | G01002 00920<br>G01015 03242 | –<br>– | G01002 00923<br>G01015 03245 |
| W912DS-05-C-0003: P00006 | G01002 00940<br>G01015 03197 | –<br>– | G01002 00942<br>G01015 03199 |
| W912DS-05-C-0003: P00007 | G01002 00943<br>G01015 03421 | –<br>– | G01002 00944<br>G01015 03422 |
| W912DS-05-C-0003: P00008 | G01002 01192<br>G01015 03402 | –<br>– | G01002 01193<br>G01015 03403 |
| W912DS-05-C-0003: P00009 | G01015 03377 | – | G01015 03378 |
| W912DS-05-C-0003: P00010 | G01002 01194<br>G01015 03511 | –<br>– | G01002 01196<br>G01015 03513 |
| W912DS-05-C-0003: P00011 | G01002 01197<br>G01015 03486 | –<br>– | G01002 01199<br>G01015 03488 |
| W912DS-05-C-0003: P00012 | G01002 01200<br>G01015 03451 | –<br>– | G01002 01202<br>G01015 03452 |
| W912DS-05-C-0003: P00013 | G01002 01164<br>G01015 03436<br>G01015 04529 | –<br>–<br>– | G01002 01169<br>G01015 03438<br>G01015 04531 |
| W912DS-05-C-0003: P00014 | G01015 03608 | – | G01015 03609 |
| W912DS-05-C-0003: P00015 | G01015 03604 | – | G01015 03605 |

**W912DS-05-C-0003**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0003: P00016 | G01002 01187 – | G01002 01189 |
| | G01015 03589 – | G01015 03591 |
| W912DS-05-C-0003: P00017 | G01002 01171 – | G01002 01176 |
| W912DS-05-C-0003: P00018 | G01002 01184 – | G01002 01186 |
| W912DS-05-C-0003: P00019 | G01002 01133 – | G01002 01139 |
| W912DS-05-C-0003: P00020 | G01002 01178 – | G01002 01183 |
| | G01015 03619 – | G01015 03622 |
| W912DS-05-C-0003: P00021 | G01015 03741 – | G01015 03743 |
| W912DS-04-B-0003: Solicitation and Specifications | G01015 03872 – | G01015 03963 |
| | G01010 05315 – | G01010 05571 |
| | DONJON 006972 – 007243 | |
| W912DS-04-B-0003: Amendments to Solicitation | DONJON 006813 – 006963 | |
| W912DS-04-B-0003: 10-Day Submittal | G01015 08659 – | G01015 09115 |
| | DONJON 008459 – 008584 | |
| | DONJON 006379 – 006387 | |
| W912DS-04-B-0003: 70-Day Submittal | G01015 09116 – | G01015 09366 |
| | DONJON 008585 – 008725 | |

**W912DS-05-C-0004**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0004: Main Contract | G01013 11594 – | G01013 11670 |
| W912DS-05-C-0004: A00002 | G01025 00142 – | G01025 00143 |
| W912DS-05-C-0004: A00001 | G01025 00140 – | G01025 00141 |
| W912DS-05-C-0004: P00017 | G01025 00136 – | G01025 00139 |
| W912DS-05-C-0004: P00016 | G01025 00133 – | G01025 00135 |
| W912DS-05-C-0004: P00015 | G01025 00130 – | G01025 00132 |
| W912DS-05-C-0004: P00014 | G01025 00127 – | G01025 00129 |
| W912DS-05-C-0004: P00013 | G01025 00124 – | G01025 00126 |
| W912DS-05-C-0004: P00012 | G01025 00120 – | G01025 00123 |
| W912DS-05-C-0004: P00011 | G01025 00117 – | G01025 00119 |
| W912DS-05-C-0004: P00010 | G01025 00115 – | G01025 00116 |
| W912DS-05-C-0004: P00009 | G01013 11416 | |
| W912DS-05-C-0004: P00008 | G01013 11410 – | G01013 11411 |
| W912DS-05-C-0004: P00007 | G01025 01822 – | G01025 01823 |
| W912DS-05-C-0004: P00006 | G01013 11423 – | G01013 11424 |
| W912DS-05-C-0004: P00005 | G01013 11441 – | G01013 11442 |
| W912DS-05-C-0004: P00004 | G01013 11453 – | G01013 11454 |
| W912DS-05-C-0004: P00003 | G01013 11467 – | G01013 11468 |
| W912DS-05-C-0004: P00002 | G01013 11486 – | G01013 11488 |
| W912DS-05-C-0004: P00001 | G01013 11514 – | G01013 11515 |
| W912DS-05-B-0003: Solicitation and Specification | G01010 07140 –<br>BSL 01675 – | G01010 07433<br>BSL 01984 |
| W912DS-05-B-0003: Amendment 0001 | G01010 07511 –<br>BSL 01985 – | G01010 07516<br>BSL 01990 |

**W912DS-05-C-0004**

| Document Type | Begin | | | End | |
|---|---|---|---|---|---|
| W912DS-05-B-0003: Amendment 0002 | G01010 | 07517 | – | G01010 | 07531 |
| | BSL | 01991 | – | BSL | 02005 |
| W912DS-05-B-0003: Amendment 0003 | G01010 | 07532 | – | G01010 | 07539 |
| | BSL | 02006 | – | BSL | 02013 |
| W912DS-05-B-0003: Amendment 0004 | G01010 | 07540 | – | G01010 | 07544 |
| | BSL | 02014 | – | BSL | 02018 |
| W912DS-05-B-0003: Amendment 0005 | G01010 | 07545 | – | G01010 | 07546 |
| | BSL | 02019 | – | BSL | 02020 |
| W912DS-05-B-0003: Amendment 0006 | G01010 | 07547 | – | G01010 | 07549 |
| | BSL | 02021 | – | BSL | 02023 |
| W912DS-05-B-0003: Amendment 0007 | G01010 | 07550 | – | G01010 | 07551 |
| | BSL | 02024 | – | BSL | 02025 |
| W912DS-05-B-0003: 5-Day Submittal | G01003 | 07213 | – | G01003 | 07251 |
| | G01025 | 00994 | – | G01025 | 01422 |
| W912DS-05-B-0003: 35-Day Submittal | G01025 | 00954 | – | G01025 | 00993 |

**W912DS-05-C-0020**

| Document Type | Begin | End |
|---|---|---|
| W912DS-05-C-0020: Main Contract | G01010 12724 – | G01010 12860 |
| W912DS-05-C-0020: P0001 | G01005 08867 | |
| W912DS-05-C-0020: P0002 | G01013 12159 – | G01013 12160 |
| W912DS-05-C-0020: P0003 | G01005 08827 – | G01005 08828 |
| W912DS-05-C-0020: P0004 and P0005 | G01005 08679 – | G01005 08682 |
| W912DS-05-C-0020: P0006 | G01005 08552 – | G01005 08554 |
| W912DS-05-B-0010: Solicitation and Specification | G01003 01564 –<br>DONJON 007641 – 007843 | G01003 01673 |
| W912DS-05-B-0010: Solicitation amendments | G01003 01512 –<br>DONJON 007583 – 007640 | G01003 01563 |
| W912DS-05-B-0010: 5-day Submittal | G01025 01434 –<br>DONJON 008726 – 008851 | G01025 01552 |
| W912DS-05-B-0010: 70-day Submittal | G01025 01557 –<br>DONJON 008852 – 009098<br>DONJON 007339 – 007582 | G01025 01758 |

**W912DS-04-C-0008**

| Document Type | Begin | | End |
|---|---|---|---|
| W912DS-04-C-0008: Main contract | G01010 06788 | – | G01010 06861 |
| W912DS-04-C-0008: A00005 | G01025 00157 | – | G01025 00158 |
| W912DS-04-C-0008: A00004 | G01011 05557 | – | G01011 05580 |
| W912DS-04-C-0008: A00003 | G01025 00155 | – | G01025 00156 |
| W912DS-04-C-0008: A00002 | G01025 00153 | – | G01025 00154 |
| W912DS-04-C-0008: A00001 | G01025 00151 | – | G01025 00152 |
| W912DS-04-C-0008: P00013 | G01011 00146 | – | G01011 00150 |
| W912DS-04-C-0008: P00012 | G01011 00144 | – | G01011 00145 |
| W912DS-04-C-0008: P00011 | G01011 06223 | – | G01011 06226 |
| W912DS-04-C-0008: P00010 | G01011 06228 | – | G01011 06232 |
| W912DS-04-C-0008: P00009 | G01011 06260 | – | G01011 06261 |
| W912DS-04-C-0008: P00008 | G01011 06263 | – | G01011 6264 |
| W912DS-04-C-0008: P00007 | G01011 06288 | – | G01011 06289 |
| W912DS-04-C-0008: P00006 | G01011 06299 | – | G01011 06300 |
| W912DS-04-C-0008: P00005 | G01011 06312 | – | G01011 06313 |
| W912DS-04-C-0008: P00004 | G01011 06350 | – | G01011 06358 |
| W912DS-04-C-0008: P00003 | G01011 06362 | – | G01011 06364 |
| W912DS-04-C-0008: P00002 | G01011 06385 | – | G01011 06386 |
| W912DS-04-C-0008: P00001 | G01011 06400 | – | G01011 06401 |
| W912DS-04-C-0008: P00001 | G01011 06400 | – | G01011 06401 |
| DACW51-03-B-0018: Solicitation and Specification, with amendments | G01011 05300<br>G01010 06580 | –<br>– | G01011 05555<br>G01010 06898 |
| DACW51-03-B-0018: 3-Day Submittal | G01015 00001 | – | G01015 00715 |

W912DS-04-C-0008

| Document Type | Begin | | End |
| --- | --- | --- | --- |
| DACW51-03-B-0018: 70-Day Submittal | G01014 07726 | – | G01014 08063 |

**W912DS-04-C-0016**

| Document Type | Begin | End |
|---|---|---|
| W912DS-04-C-0016: Main Contract | G01005 07482 | G01005 07503 |
| W912DS-04-C-0016: P00003 | G01005 07524 | G01005 07527 |
| W912DS-04-C-0016: P00002 | G01005 07551 | G01005 07552 |
| W912DS-04-C-0016: P00001 | G01005 07580 | G01005 07582 |
| W912DS-04-B-0008: Solicitation and Specifications | G01005 07616<br>G01010 11457<br>DONJON 006100 | G01005 07706<br>G01010 11611<br>006257 |
| W912DS-04-B-0008: Amendments | G01005 07789<br>DONJON 006079 | G01005 07809<br>006099 |
| W912DS-04-B-0008: 10-Day Submittal | G01025 00234 | G01025 00360 |
| W912DS-04-B-0008: 70-Day Submittal | G01025 00427<br>DONJON 005924<br>DONJON 006258 | G01025 00953<br>005981<br>006378 |

**DACW51-03-C-0001**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0001: Main Contract | G01010 06235 | – | G01010 06318 |
| DACW51-03-C-0001: A0001 | G01013 03211 | – | G01013 03215 |
| DACW51-03-C-0001: A0002 | G01013 03102 | – | G01013 03104 |
| DACW51-03-C-0001: A0003 | G01013 03342 | – | G01013 03343 |
| DACW51-03-C-0001: A0004 | G01013 03333 | – | G01013 03334 |
| DACW51-03-C-0001: P0001 | G01013 03246 | – | G01013 03248 |
| DACW51-03-C-0001: P0002 | G01013 03239 | – | G01013 03240 |
| DACW51-03-C-0001: P0003 | G01013 03233 | – | G01013 03234 |
| DACW51-03-C-0001: P0004 | G01013 03225 | – | G01013 03226 |
| DACW51-03-C-0001: P0005 | G01013 03218 | – | G01013 03219 |
| DACW51-03-C-0001: P0006 | G01013 03199 | – | G01013 03200 |
| DACW51-03-C-0001: P0007 | G01013 03183 | – | G01013 03184 |
| DACW51-03-C-0001: P0008 | G01013 03180 | – | G01013 03181 |
| DACW51-03-C-0001: P0009 | G01013 03160 | – | G01013 03161 |
| DACW51-03-C-0001: P0010 | G01013 03150 | – | G01013 03151 |
| DACW51-03-C-0001: P0011 | G01013 03314 | – | G01013 03315 |
| DACW51-03-C-0001: P0012 | G01013 03311 | – | G01013 03312 |
| DACW51-03-C-0001: P0013 | G01013 03296 | – | G01013 03297 |
| DACW51-03-C-0001: P0014 | G01013 03280 | – | G01013 03281 |
| DACW51-03-C-0001: P0015 | G01013 03267 | – | G01013 03268 |
| DACW51-03-C-0001: P0016 | G01025 00159 | | G01025 00162 |
| DACW51-03-C-0001: P0017 | G01013 03419 | – | G01013 03421 |
| DACW51-03-C-0001: P0018 | G01013 03412 | – | G01013 03414 |

**DACW51-03-C-0001**

| Document Type | Begin | End |
|---|---|---|
| DAC51-02-B-0006: Solicitation and Specifications | G01010 06010 – G01010 06234<br>G01013 03456 – G01013 03668<br>DONJON 004659 – 004875 | |
| DAC51-02-B-0006: Amendments to Solicitation | G01010 06414 – G01010 06575<br>DONJON 004493 – 004658 | |
| DACW51-02-B-0006: 3-Day Submittal | G01013 03442 – G01013 03452<br>G01025 01760 – G01025 01821<br>DONJON 007844 – 008088 | |
| DACW51-02-B-0006: 70-Day Submittal | not required<br>*See* G01025 01759 | |

**DACW51-03-C-0012**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0012: Main Contract | G01010 05963 | – | G01010 05986 |
| DACW51-03-C-0012: P0001 | G01013 04039 | – | G01013 04040 |
| DACW51-03-C-0012: P0002 | G01013 04024 | – | G01013 04025 |
| DACW51-03-C-0012: P0003 | G01013 04010 | – | G01013 04011 |
| DACW51-03-C-0012: P0004 | G01013 03966 | – | G01013 03967 |
| DACW51-03-C-0012: P0005 | G01013 03951 | – | G01013 03952 |
| DACW51-03-C-0012: P0006 | G01013 03937 | – | G01013 03938 |
| DACW51-03-C-0012: P0007 | G01013 03878 | – | G01013 03879 |
| DACW51-03-C-0012: P0008 | G01013 03863 | – | G01013 03864 |
| DACW51-03-C-0012: P0009 | G01013 03849 | – | G01013 03850 |
| DACW51-03-C-0012: P0010 | G01013 03834 | – | G01013 03835 |
| DACW51-03-C-0012: P0011 | G01013 03819 | – | G01013 03820 |
| DACW51-03-C-0012: P0012 | G01013 03800 | – | G01013 03801 |
| DACW51-03-C-0012: P0013 | G01013 03785 | – | G01013 03786 |
| DACW51-03-C-0012: P0014 | G01013 03746 | – | G01013 03751 |
| DACW51-03-C-0012: P0015 | G01013 03724 | – | G01013 03725 |
| DACW51-03-C-0012: P0016 | G01013 03699 | – | G01013 03700 |
| DACW51-03-C-0012: P0017 | G01013 03678 | – | G01013 03680 |
| DACW51-03-C-0012: P0018 | G01013 03670 | – | G01013 03672 |
| DACW51-03-C-0012: P0019 | G01025 00163 | – | G01025 00165 |
| DACW51-03-C-0012: A0004 | G01013 04255 | – | G01013 04257 |
| DACW51-03-C-0012: A0003 | G01013 04273 | – | G01013 04274 |
| DACW51-03-C-0012: A0002 | G01013 04288 | – | G01013 04290 |
| DACW51-03-C-0012: A0001 | G01013 04300 | – | G01013 04306 |

**DACW51-03-C-0012**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-B-0001: Solicitation and Specifications | G01013 04226 – G01013 04249<br>G01010 05718 – G01010 05962<br>DONJON 005650 – 005922 | |
| DACW51-03-B-0001: Amendments to Solicitation | G01010 05987 – G01010 06004<br>DONJON 005626 – 005649 | |
| DACW51-03-B-0001: 3-Day Submittal | G01015 04987 – G01015 05141<br>DONJON 005431 – 005578<br>DONJON 008089 – 008240 | |
| DACW51-03-B-0001: 70-Day Submittal | G01015 05142 – G01015 05328<br>DONJON 008241 – 8458 | |

**DACW51-03-C-0014**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0014: Main Contract | G01010 04816 – | G01010 04887 |
| DACW51-03-C-0014: P00001 | G01015 01882 – | G01015 01883 |
| DACW51-03-C-0014: P00002 | G01015 01870 – | G01015 01871 |
| DACW51-03-C-0014: P00003 | G01015 01821 – | G01015 01822 |
| DACW51-03-C-0014: P00004 | G01015 01781 – | G01015 01782 |
| DACW51-03-C-0014: P00005 | G01015 01989 | |
| DACW51-03-C-0014: P00006 | G01015 01976 | |
| DACW51-03-C-0014: P00007 | G01015 01963 – | G01015 01964 |
| DACW51-03-C-0014: P00008 | G01015 01947 – | G01015 01948 |
| DACW51-03-C-0014: P00009 | G01015 01939 | |
| DACW51-03-C-0014: P00010 | G01015 01925 – | G01015 01926 |
| DACW51-03-C-0014: P00011 | G01015 02042 – | G01015 02043 |
| DACW51-03-C-0014: P00012 | G01015 02027 – | G01015 02028 |
| DACW51-03-C-0014: P00013 | G01015 02205 – | G01015 02206 |
| DACW51-03-C-0014: P00014 | G01015 02193 – | G01015 02194 |
| DACW51-03-C-0014: P00015 | G01013 05965 – | G01013 05966 |
| DACW51-03-C-0014: P00016 | G01012 10285 – | G01012 10286 |
| DACW51-03-C-0014: A0001 | G01012 10310 – | G01012 10311 |
| DACW51-03-C-0014: A0002 | G01012 10214 – | G01012 10215 |
| DACW51-03-C-0014: A0003 | G01013 05891 – | G01013 05892 |
| DACW51-03-C-0014: A0004 | G01012 10237 – | G01012 10238 |
| DACW51-03-C-0014: A0005 | G01012 10254 – | G01012 10255 |
| DACW51-03-C-0014: A0006 | G01012 10227 – | G01012 10228 |
| DACW51-03-C-0014: A0007 | G01012 10267 – | G01012 10268 |

**DACW51-03-C-0014**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0014: A0008 | G01012 10295 | – | G01012 10296 |
| DACW51-03-C-0014: A0009 | G01012 10281 | – | G01012 10282 |
| DACW51-03-C-0014: A0010 | G01025 00166 | – | G01025 00167 |
| DACW51-03-C-0014: A0011 | G01025 00168 | – | G01025 00169 |
| DACW51-03-B-0004-0005: Soliciation and Specifications | G01015 00719<br>G01010 04587<br>JCI 00691 | –<br>–<br>– | G01015 00782<br>G01010 04815<br>JCI 00946 |
| DACW51-03-B-0004: Amendments to Soliciation and Specifications | G01015 00785 | – | G01015 00915 |
| Contractor Submittals | not required<br>*See* G01015 1043 (identifying only one disposal site in bid)<br>*See also* G01015 00771–775 (requiring submittals only if alternate disposal sites bid)<br>*Compare* G01015 01023 (bid with multiple alternate disposal sites) | | |

**DACW51-03-C-0019**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-03-C-0019: Main Contract | G01010 00001<br>G01004 00001 | –<br>– | G01010 00061<br>G01004 00061 |
| DACW51-03-C-0019: P00001 | G01011 04955 | – | G01011 04957 |
| DACW51-03-C-0019: P00002 | G01025 00170 | – | G01025 00171 |
| DACW51-02-B-0001: Solicitation and Specifications | G01010 11162<br>BSL 01385 | –<br>– | G01010 11280<br>BSL 01610 |
| DACW51-02-B-0001: Amendments to Solicitation | G01010 11357<br>BSL 01611 | –<br>– | G01010 11452<br>BSL 01674 |
| DACW51-02-B-0001: 10-Day submittal | G01011 05144 | – | G01011 05193 |
| DACW51-02-B-0001: 70-Day submittal | G01011 05224 | – | G01011 05244 |

**DACW51-03-C-0021**

| Document Type | Begin | End |
|---|---|---|
| DACW51-03-C-0021: Main Contract | G01010 09497 – | G01010 09568 |
| DACW51-03-C-0021: P00002 | G01006 02171 – | G01006 02172 |
| DACW51-03-C-0021: P00001 | G01006 02179 – | G01006 02180 |
| DAWC51-02-B-0002: Solicitation and Specifications | G01010 09278 – | G01010 09474 |
| | G01006 01724 – | G01006 01913 |
| | DONJON 003900 – 004368 | |
| DAWC51-02-B-0002: Amendments to Solicitation | G01005 05889 – | G01005 06001 |
| | DONJON 003809 – 003897 | |
| DAWC51-02-B-0002: 3-Day Submittal | G01005 06259 – | G01005 06262 |
| | G01005 06254 – | G01005 06256 |
| | G01025 00210 – | G01025 00212 |
| DAWC51-02-B-0002: 70-Day Submittal | G01005 06190 – | G01005 06230 |
| | G01005 05641 – | G01005 05679 |

**DACW51-02-C-0001**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0001: Main Contract | G01010 03151 | – | G01010 03172 |
| DACW51-02-C-0001: A00001 | G01013 00158 | – | G01013 00159 |
| DACW51-02-C-0001: A00002 | G01013 00156 | – | G01013 00157 |
| DACW51-02-C-0001: A00003 | G01013 00154 | – | G01013 00155 |
| DACW51-02-C-0001: P00001 | G01013 00117 | – | G01013 00133 |
| DACW51-02-C-0001: P00002 | G01013 00114 | – | G01013 00116 |
| DACW51-02-C-0001: P00003 | G01013 00111 | – | G01013 00113 |
| DACW51-02-C-0001: P00004 | G01013 00108 | – | G01013 00110 |
| DACW51-02-C-0001: P00005 | G01013 00106 | – | G01013 00107 |
| DACW51-02-C-0001: P00006 | G01013 00104 | – | G01013 00105 |
| DACW51-02-C-0001: P00007 | G01013 00101 | – | G01013 00103 |
| DACW51-02-C-0001: P00008 | G01013 00098 | – | G01013 00100 |
| DACW51-02-C-0001: P00009 | G01013 00095 | – | G01013 00097 |
| DACW51-02-C-0001: P00010 | G01013 00084 | – | G01013 00086 |
| DACW51-02-C-0001: P00011 | G01013 00080 | – | G01013 00082 |
| DACW51-02-C-0001: P00012 | G01013 00077 | – | G01013 00079 |
| DACW51-02-C-0001: P00013 | G01013 00074 | – | G01013 00076 |
| DACW51-02-C-0001: P00014 | G01013 00061 | – | G01013 00073 |
| DACW51-02-C-0001: P00015 | G01013 00059 | – | G01013 00060 |
| DACW51-02-C-0001: P00016 | G01013 00057 | – | G01013 00058 |
| DACW51-02-C-0001: P00017 | G01013 00055 | – | G01013 00056 |
| DACW51-02-C-0001: P00018 | G01013 00045 | – | G01013 00047 |
| DACW51-02-C-0001: P00019 | G01013 00042 | – | G01013 00044 |
| DACW51-02-C-0001: P00020 | G01013 00036 | – | G01013 00040 |

**DACW51-02-C-0001**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0001: P00021 | G01013 00033 – | G01013 00035 |
| DACW51-02-C-0001: P00022 | G01013 00031 – | G01013 00032 |
| DACW51-01-B-0003-0005: Solicitation and Specification | G01010 02706 – | G01010 03150 |
| Contractor Submittals | not required *See* G01010 02827 – 02855 | |

**DACW51-02-C-0002**

| Document Type | Begin | | End |
|---|---|---|---|
| DACW51-02-C-0002: Main Contract | G01010 12579 | – | G01010 12631 |
| DACW51-02-C-0002: P00001 | G01013 00168 | – | G01013 00170 |
| DACW51-02-C-0002: P00002 | G01025 00172 | – | G01025 00173 |
| DACW51-01-B-0028-0004: Solicitation and Specifications | G01025 00174 | – | G01025 00203 |
| Contractor Submittals | not required<br>*See* G01025 01844 | | |

**DACW51-02-C-0019**

| Document Type | Begin | End |
|---|---|---|
| DACW51-02-C-0019: Main Contract | G01010 03727 – | G01010 03738 |
| DACW51-02-C-0019: A0001 | G01013 02898 – | G01013 02899 |
| DACW51-02-C-0019: A0002 | G01013 02895 – | G01013 02897 |
| DACW51-02-C-0019: A0003 | G01013 02893 – | G01013 02894 |
| DACW51-02-C-0019: A0004 | G01013 02891 – | G01013 02892 |
| DACW51-02-C-0019: A0005 | G01013 02889 – | G01013 02890 |
| DACW51-02-C-0019: A0006 | G01013 02887 – | G01013 02888 |
| DACW51-02-C-0019: A0007 | G01012 05261 –<br>G01013 02873 – | G01012 05262<br>G01013 02874 |
| DACW51-02-C-0019: P00001 | G01013 02812 – | G01013 02813 |
| DACW51-02-C-0019: P00002 | G01013 02809 – | G01013 02811 |
| DACW51-02-C-0019: P00003 | G01013 02806 –<br>G01013 02860 – | G01013 02808<br>G01013 02862 |
| DACW51-02-C-0019: P00004 | G01013 02857 –<br>G01013 02803 – | G01013 02859<br>G01013 02805 |
| DACW51-02-C-0019: P00005 | G01013 02793 –<br>G01013 02853 – | G01013 02799<br>G01013 02856 |
| DACW51-02-C-0019: P00006 | G01013 02850 –<br>G01013 02822 – | G01013 02852<br>G01013 02824 |
| DACW51-02-C-0019: P00007 | G01013 02819 –<br>G01013 02848 – | G01013 02820<br>G01013 02849 |
| DACW51-02-C-0019: P00008 | G01013 02817 –<br>G01013 02846 – | G01013 02818<br>G01013 02847 |
| DACW51-02-C-0019: P00009 | G01013 02814 –<br>G01013 02843 – | G01013 02816<br>G01013 02845 |
| DACW51-02-C-0019: P00010 | G01013 02840 –<br>G01013 02880 – | G01013 02842<br>G01013 02882 |
| DACW51-02-C-0019: P00011 | G01013 02836 – | G01013 02838 |
| DACW51-02-C-0019: P00012 | G01013 02832 – | G01013 02834 |

**DACW51-02-C-0019**

| Document Type | Begin | | | End | |
|---|---|---|---|---|---|
| DACW51-02-C-0019: P00013 | G01013 | 02829 | – | G01013 | 02830 |
| DACW51-02-C-0019: P00014 | G01013 | 02825 | – | G01013 | 02827 |
| DACW51-02-C-0019: P00015 | G01006 | 05433 | – | G01006 | 05434 |
| DACW51-01-B-0024: Solicitation and Specification | G01010 | 03471 | – | G01010 | 03726 |
| | BSL | 02300 | – | BSL | 02569 |
| DACW51-01-B-0024: 3-Day submittal | G01006 | 00001 | – | G01006 | 00525 |
| | BSL | 00980 | – | BSL | 01084 |
| DACW51-01-B-0024: Revised 3-Day submittal | G01012 | 04857 | – | G01012 | 04878 |
| | G01012 | 04984 | – | G01012 | 05124 |
| | BSL | 00838 | – | BSL | 00979 (identifies incorrect bid number) |
| DACW51-01-B-0024: 70-Day submittal | G01006 | 00526 | – | G01006 | 00547 |

**DACW51-02-C-0022**

| Document Type | Begin | End |
| --- | --- | --- |
| DACW51-02-C-0022: Main Contract | G01010 09226 – | G01010 09273 |
| DACW51-02-C-0022: P00001 | G01025 00204 – | G01025 00205 |
| DACW51-02-B-0013: Solicitation and Specifications | G01010 08878 – <br> DONJON 004892 – 005068 | G01010 09052 |
| DACW51-02-B-0013: Amendments to Solicitation | G01010 09274 – <br> DONJON 004876 – 004891 | G01010 09277 |
| Contractor Submittals | not required <br> *See* G01010 08900 – 08941 | |

**DACW51-01-C-0006**

| Document Type | Begin | End |
|---|---|---|
| DACW51-01-C-0006: Main Contract | G01010 04310 | – G01010 04405 |
| DACW51-01-C-0006: A00001 | G01014 00785 | – G01014 00786 |
| DACW51-01-C-0006: P00001 | G01014 00986 | – G01014 00987 |
| DACW51-01-C-0006: P00002 | G01014 00969 | – G01014 00969 |
| DACW51-01-C-0006: P00003 | G01014 00954 | – G01014 00956 |
| DACW51-01-C-0006: P00004 | G01014 00946 | – G01014 00948 |
| DACW51-01-C-0006: P00005 | G01014 00928<br>G01014 00932 | – G01014 00930<br>– G01014 00934 |
| DACW51-01-C-0006: P00006 | G01014 00910 | – G01014 00912 |
| DACW51-01-C-0006: P00007 | G01014 00895 | – G01014 00897 |
| DACW51-01-C-0006: P00008 | G01014 00889 | |
| DACW51-01-C-0006: P00009 | G01014 00844 | – G01014 00848 |
| DACW51-01-C-0006: P00010 | G01014 00819 | – G01014 00820 |
| DACW51-01-C-0006: P00011 | G01014 00813 | |
| DACW51-01-C-0006: P00012 | G01014 00810 | – G01014 00811 |
| DACW51-01-C-0006: P00013 | G01014 00803 | – G01014 00804 |
| DACW51-01-C-0006: P00014 | G01014 00410 | – G01014 00413 |
| DACW51-00-B-0011: Solicitation and Specifications | G01010 04008<br>DONJON 003424 – 003726 | – G01010 04309 |
| DACW51-00-B-0011: Amendments to Solicitation | G01010 04406<br>DONJON 003241 – 003423 | – G01010 04584 |
| Contractor Submittals | not required<br>*See* G01010 04121 – 04147 | |

**DACW51-01-C-0023**

| Document Type | Begin | End |
|---|---|---|
| DACW51-01-C-0023: Main Contract | G01010 07830 – | G01010 07927 |
| DACW51-01-C-0023: P00001 | G01014 01650 – | G01014 01671 |
| | G01025 00206 – | G01025 00207 |
| DACW51-01-C-0023: P00002 | G01014 01688 – | G01014 01729 |
| DACW51-01-B-0011: Solicitation and Specification | G01010 07556 – | G01010 07927 |
| DACW51-01-B-0011: Amendment 0001 | G01010 07552 – | G01010 07553 |
| DACW51-01-B-0011: Solicitation amendments 0001 through 0005 | G01014 01739 – | G01014 01857 |
| Contractor Submittals | not required<br>*See* G01010 07678 – 07720 | |

# EXHIBIT 71

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 3

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| | 21-Nov-2002 | W16ROE-1323-3646 | |

6. ISSUED BY CODE DACW51

NGINEER DISTRICT, NEW YORK
CENAN-CT ROOM 1843
26 FEDERAL PLAZA (DACW51)
NEW YORK NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

X 9A. AMENDMENT OF SOLICITATION NO. DACW51-02-B-0001

X 9B. DATED (SEE ITEM 11) 15-Feb-2002

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE | FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

1. The purpose of this amendment is to make clarifications to Amendment No. #7, see attached on page 2 and 3 of this document.
2. The second purpose of this amendment is to establish a due date for the submission of revised step 1 technical proposal due to the change in performance period as described in Amendment No. 10 . Revised proposals are required to be submitted by December 3, 2002 at 11:00 AM.
3. All other terms and conditions remain unchanged.
4. All Bidders must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: In the space provided on the SF 1442, by seperate letter, or by telegram, or by signing the block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENTS BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) TEL: EMAIL: | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer) | 16C. DATE SIGNED 21-Nov-2002 |

EXCEPTION TO SF 30 APPROVED BY OIRM 11-84 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83) Prescribed by GSA FAR (48 CFR) 53.243

G011427

G01010 11427

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 30 - BLOCK 14 CONTINUATION PAGE

The following have been added by full text:
AMENDMENT #11

DEPARTMENT OF THE ARMY
NEW YORK DISTRICT, CORPS OF ENGINEERS
26 FEDERAL PLAZA
NEW YORK, NY 10278

20 November 2002

**AMENDMENT NO. 11**
PROJECT NO. DACW51-02-B-0001
TECHNICAL REQUIREMENTS INSTRUCTIONS TO OFFERORS
MAINTENANCE DREDGING AND DISPOSITION OF DREDGED MATERIAL FROM FLUSHING BAY & CREEK, NEW YORK, FEDERAL NAVIGATION CHANNEL

TO PROSPECTIVE BIDDERS:

1) The following clarifications are hereby made to Amendment No. 07, dated October 10, 2002. Text added to amendment No. 07 for clarification is represented by an underline. Text deleted is left in place with strikethrough font. Clarifications to amendment No. 07, Issues 2 and 3 are shown below.

**Issue two:** Due to the performance of concurrent dredging projects, the use of the same upland facility does not appear feasible. Can a new permitted disposal facility be introduced for consideration if there is a schedule conflict?

**Response:** The project managers were consulted for the two projects that were referenced in the letter as possibly interfering with the performance of the above referenced projects. One will be done before the subject projects start, and the other will start soon and run for several months. This second project, Port Jersey, may overlap with the above referenced projects or may be done before the above projects begin. The disposal facility stated in a letter referencing the above referenced projects that they are capable of processing up to 15,000 cubic yards per day from multiple projects. Each of the above referenced projects should produce an average of 4,000 cubic yards per day, significantly less than the total capacity.

Any request to introduce a new disposal facility is premature. For the above stated reasons, there does not seem to be a conflict. There is some flexibility in the schedules of the dredging of Flushing Bay, Arthur Kill and Port Jersey projects around the OENJ schedule, that can be evaluated before the need for a new disposal facility is considered. Changing facilities would cause significant delays in obtaining and reviewing the permits for the new facility. We have already invested time in the review of the disposal facility proposed in the Offeror's technical proposal and would not consider duplicating this effort and enduring a delay unless absolutely necessary.

If the use of the proposed upland facility is not feasible at the time that the work is to proceed, then a request to change disposal facility can be made ~~and the contract price re-negotiated, if necessary~~.

*Comment: The Government reserves the right to reject the contractor's request to change the disposal facility.*

**Issue three:** The sampling and testing prior to award is an extreme hardship. If the sample results should fail in that the material cannot be disposed of expeditiously, the contractor will be faced with unnecessary claims, delay and even cancellation.

**Response:** The 70 day period of time to sample and obtain a permit for the disposal facility following the notice of being the low bidder is to provide a reasonable timeframe for the expected schedule of work. If the Offeror cannot sample and obtain permits for the disposal facility in what is considered to be a reasonable time frame ~~due to inefficiencies in his process~~, then USACE has the right not to award the contract, or to proceed to the next lowest bidder.

~~If, on the other hand, the apparent low bidder cannot obtain permits in that time frame because sampling results indicate that the material exceeds the allowable limits for their chosen site, we will consider allowing an additional 30 days to arrange for an alternative site.~~

*Comment: The government does not commit to accept changes if the dredged material is not compatible with the offeror's proposed disposal facility.*

(End clarification of amendment No. 7)

2) The second purpose of this amendment is to establish a due date for the submission of revised step 1 technical proposals due to the change in performance period as described in Amendment No. 10. The project performance period had been changed from January to February 2003 to **July to August 2003** due to the approaching environmental no dredge window. The availability of the disposal site, dredging capabilities, transportation capabilities and processing capabilities need to be reconfirmed by the Offeror for the new project performance period in accordance with the Step 1 solicitation as described in Amendment No. 10.

**Revised proposals, in accordance with Amendment No. 10, are required to be submitted by December 3, 2002 at 11:00.**

Sincerely,

Ella Snell
Chief, Contracting Division

**NOTE:** Only offerors that had submitted proposals in the final discussions under the previously held step 1 are requested to submit revised proposals under this Amendment. That is, revised proposals will be accepted only from offerors who had submitted revised proposals in response to discussion letters dated July 18, 2002 from this office.

(End of Summary of Changes)