# EXHIBIT 77

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 \| 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00014 | 26-Jun-2003 | SEE SCHEDULE | |

ED BY CODE DACW51

USA ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT ROOM 1843
26 FEDERAL PLAZA (DACW51)
NEW YORK NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE DACW51

USA ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT ROOM 1843
26 FEDERAL PLAZA (DACW51)
NEW YORK NY 10278-0090

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

DONJON/CTI (J-V)
TOM WHITTE
1250 LIBERTY AVENUE
HILLSIDE NJ 07205

CODE SCRIPT-AID FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. DACW51-01-C-0006

X 10B. DATED (SEE ITEM 13) 12-Mar-2001

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Schedule

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
52.243-4 (Changes) 52.236-2 (Differing Site Conditions)

HE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

KVK and Newark Bay Channels Navigation Improvement Project, Phase II, Contract 4, Area 7.

A.DESCRIPTION: Dredge, Dewater and Dispose of an additional 69,600 cy of non-rock material, unsuitable for HARS placement. The material to be dredged is located within the existing contract limits, and overlays the areas designated to be dredged under the subject contract. All material dredged under this contract modification is to be disposed of in accordance with Sect. 02900, Para 6.2 of the subject contract. All work under this contract modification is to be accomplished in accordance with all applicable contract requirements.

B. CONTRACT AMOUNT: As a result of this modification, the contract amount is increased by $3,928,273.00 from $27,992,740.00 to $31,921,013.00.

See page 2 (continuation page)

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

Thomas D. Witte Executive Vice President

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)

DAVID H FREEDMAN / M
TEL: 212-264-0241 EMAIL: david.h.freedman@usace.army.mil

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| Thomas D Witte (Signature of person authorized to sign) | 6-27-03 | BY David H. Freedman (Signature of Contracting Officer) | 26-Jun-2003 |

EX ION TO SF 30
AP VED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

G0101400410

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SUMMARY OF CHANGES

SECTION SF 30 - BLOCK 14 CONTINUATION PAGE

The following have been added by full text:
MODIFICATION P00014
C. CONTRACT DURATION: As a result of this modification, the contract duration is extended 22 calendar days. The revised contract completion date is 17 March 2002.

D. CONTRACT SPECIFICATIONS: There are no changes to the contract specifications.

E. CONTRACT DRAWINGS: There are no changes to the contract drawings.

F. It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the contractor and his subcontractors and suppliers, for all costs and markups directly and indirectly attributable to the change described herein, for all delays and impacts related thereto, and for performance of the change within the timeframe stated.

SECTION 00010 - SOLICITATION CONTRACT FORM

CLIN 0021 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0021 | | 1 | Lump Sum | $3,000,000.00 | $3,000,000.00 |
| | P00014-DIFFERING SITE CONDITIONS<br>FFP<br>P00014-DIFFERING SITE CONDITIONS 002ZP017000 & 3LHD6217000 FED<br>PURCHASE REQUEST NUMBER: W16ROE-3176-7770 | | | | |

NET AMT $3,000,000.00

ACRN AB Funded Amount $3,000,000.00

FOB: Destination

CLIN 0022 is added as follows: