# EXHIBIT 78

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 0010 | 02-Nov-2000 | W16ROE-0103-0456 | |

| 6. ISSUED BY CODE DACA51 | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT, ROOM 1843<br>26 FEDERAL PLAZA<br><br>NEW YORK, NY 10278-0090 | See Item 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| Donjon/CTI a Joint Venture<br>1250 Liberty Ave<br>Hillside, N.J. 07205 | X | 9A. AMENDMENT OF SOLICITATION NO.<br>DACW51-00-B-0011 |
| | X | 9B. DATED (SEE ITEM 11)<br>18-May-2000 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| CODE FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to extend the bid acceptance period for the above mentioned solicitation for an additional sixty (60) days.

Offerors must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: on the space provided on the SF 1442, by separate letter, or telegram or, by signing block 15b below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BIDS, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Thomas D. Witte Executive Vice President | | LISA RENEE KRAUS / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| Thomas D Witte<br>(Signature of person authorized to sign) | 11-7-00 | BY<br>(Signature of Contracting Officer) | 03-Nov-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DONJON 003241

* * * COMMUNICATION RESULT REPORT ( NOV. 7.2000 4:42PM ) * * *

TTI DONJON MARINE

| FILE | MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|---|
| 3 | MEMORY TX | | 12122643013 | OK | P. 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# DONJON MARINE CO., INC.

1250 LIBERTY AVENUE
HILLSIDE, NEW JERSEY 07205
USA

PHONE: 908-964-8812 FAX: 908-964-7426

FAX # 212-264-3013

DATE: 11/7/00

TO: Ann Spiegelberg

COMPANY: U.S. Army Engineering District

FROM: Tom Witte

NUMBER OF PAGES (2) INCLUDING COVER SHEET

As requested this morning,
we are faxing executed Amendment # 0010

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0009 | 06-Sep-2000 | W16ROE-0103-0456 | |

6. ISSUED BY CODE DACA51

A ENGINEER DISTRICT, NEW YORK
.TN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA

NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.
DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11)
18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This amendment is necessary to provide technical clarifications to the above solicitation.

Bid opening scheduled to open 08 September 2000 at 11:00 A.M. remains unchanged.

Offerors must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: on space provided on the SF 1442, by separate letter, or telegram or, by signing block 15b below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BIDS, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | LISA RENEE KRAUS / CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 06-Sep-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

NOTICE TO BIDDERS
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 9**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.9 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 8 September 2000 at 11:00 AM, Local Time, remains unchanged**

1. The Corps of Engineers provides the following answers to questions received from bidders. The Corps of Engineers below supplies answers to questions received in writing regarding DACW51-00-B-0011. These answers do not become a part of the contract documents.

   a. **Please clarify whether or not the government will require the contractor to dispose of the Pleistocene Silts and Clays that are capable of being removed with the environmental bucket in the OENJ Upland facility or the NBCDF instead of HARS.**

      All material that can be dug with an environmental bucket, regardless of its geologic classification, will be considered unsuitable for HARS placement.

   b. **Please note that the inclusion of the Pleistocene Silts and Clays that are capable of being removed with the environmental bucket will bring the total quantity of material required to be disposed of at the OENJ Upland Facility or the NBCDF potentially up to 600,000 cy. If this is the intent, will the Federal Consistency Determination and the Water Quality Certificate for this project need to be amended to accommodate this additional quantity?**

      No.

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| | 1 / 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 0008 | 01-Sep-2000 | W16ROE-0103-0456 | |

| 6. ISSUED BY CODE DACA51 | 7. ADMINISTERED BY (If other than item 6) CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT, ROOM 1843<br>26 FEDERAL PLAZA<br><br>NEW YORK, NY 10278-0090 | See Item 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>DACW51-00-B-0011 |
| | X | 9B. DATED (SEE ITEM 11)<br>18-May-2000 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| CODE / FACILITY CODE | | 10B. DATED (SEE ITEM 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to make changes to the specifications and pricing schedule in accordance with attached documents.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ELLA D SNELL / CHIEF, CONTRACTING DIVISION | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| ____ (Signature of person authorized to sign) | | BY ____ (Signature of Contracting Officer) | 01-Sep-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

SECTION 00010 Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES |
|---|---|
| 0001 | |
| | Construct Navigation Channel |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1.00 | Lump Sum | | |
| | Mobilization and Demobilization | | | | |

AMOUNT: $ ________________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 1.00 | Lump Sum | | |
| | Drilling, Blasting, Dredging, and Disposal to -47 feet, complete, Complete (Disposal of "Non-Rock Material" Unsuitable for placement at the HARS for item No. 0001AB is at the Bayonne Golf Course. | | | | |

AMOUNT: $ ________________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | Subsurface Drilling And Sampling | 15.00 | Each | | |

AMOUNT: $ ______________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Optional Item/ Additional cost for Optional Insurance | 1.00 | Lump Sum | | |

AMOUNT: $ ______________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | Field Office | 1.00 | Lump Sum | | |

AMOUNT: $ ______________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | OPTIONAL ITEM/DIFFERENCE IN COST TO THE PROJECT FOR USING THE NBCDF DISPOSAL SITE IN LIEU OF THE BAYONNE GOLF COURSE DISPOSAL SITE (NEGATIVE NUMBER TO BE SHOWN IN PARENTHSIS) | 1.00 | Lump Sum | | |

AMOUNT: $ ______________

Bid Opening scheduled for 8 September 2000 at 11:OO A.M. Local Time, remains unchanged.

Offerors must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: on the space provided on the SF 1442 by separate letter, or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BIDS, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OR BIDS (FAR 14.304)

**NOTICE TO BIDDERS**
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 8**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.8 TO SPECIFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 8 September 2000 at 11:00 AM, Local Time, remains unchanged**

1. The following changes shall be made to the specifications and drawings.

SECTION 00800

1. Page 00800-23, paragraph "1.41", Delete in its entirety and replace with the following:

"1.41 Not Used"

2. This amendment shall be attached to the specifications and shall be a part of thereof.

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES: 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| 0007 | 31-Aug-2000 | W16ROE-0103-0456 | |

6. ISSUED BY CODE DACA51

USA ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA

NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE

**See Item 6**

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO. DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11) 18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended. [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This amendment is necessary to provide technical information to the above solicitation.

Bid opening scheduled to open 08 September 2000 at 11:00 A.M. remains unchanged.

Offerors must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: on the space provided on the SF 1442, by separate letter, or telegram or, by signing block 15b below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BIDS, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | ELLA D SNELL / CHIEF, CONTRACTING DIVISION | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 31-Aug-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**DONJON 003251**

**NOTICE TO BIDDERS**
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 7**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.7 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 8 September 2000 at 11:00 AM, Local Time, remains unchanged**

1. Bidders are informed that the Port Authority of New York and New Jersey (PANYNJ) is currently dredging the berths that are alongside the project area. The PANYNJ project is scheduled to be completed by 30 November 2000. The scope of the dredging includes all the berths except for berth 63. The depth of dredging is per the table included in amendment #6.

2. This amendment shall be attached to the specifications and shall be a part of thereof.

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.

RECEIVED
SEP 01 2000
By

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES 1 | 1

2. AMENDMENT/MODIFICATION NO. 0008

3. EFFECTIVE DATE 30-Aug-2000

4. REQUISITION/PURCHASE REQ. NO. W16ROE-0103-0456

5. PROJECT NO.(If applicable)

6. ISSUED BY CODE DACA51
A ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA

NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO. DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11) 10-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this amendment is to make technical changes to the above solicitation.

Bid opening, originally scheduled for 28 August 2000 at 2:00 P.M., is changed to 08 September 2000 at 11:00 A.M.

Offerors must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: on the space provided on the 1442, by separate letter, or telegram or, by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BIDS, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ELLA D SNELL / CHIEF, CONTRACTING DIVISION

15B. CONTRACTOR/OFFEROR

gnature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED 30-Aug-2000

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**NOTICE TO BIDDERS**
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 6**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.6 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 28 August 2000 at 2:00 PM, Local Time, is changed to 8 September 2000 at 11:00 AM local time**

1. The following changes shall be made to the specifications and drawings.

SECTION 00800

1. Page 00800-9, subparagraph "a" of paragraph "1.23", second line, strike "$2,000,000" and replace with "$1,000,000".

SECTION 02900

1. Page 02900-3, paragraph 6.1, delete " All soft materials capable of being removed" and replace with " All material capable of being removed".

2. Page 02900-4, paragraph 6.3, delete and replace with:

6.3 An "environmental" bucket is required for completing the dredging work of this paragraph. The clamshell shall be a Cable-Arm or equivalent. The defining characteristics are:

a) The bucket shall be provided with welded steel covers and rubber seals specifically designed and installed by the bucket manufacturer to minimize leakage from the closed bucket.
b) The closed bucket shall be equipped with vertical side plates with vents which overlap or some method to reduce sediment loss at closure and shall act as an enclosure to eliminate redeposit of soil from the bucket.
c) The bucket shall be equipped with a switch, with signal light to the control station, to verify bucket closure and seal.
d) The bucket will be designed to produce a flat cut and to minimize resuspension during closing and lifting.

A shop drawing of the contractor's bucket will be provided to the Corps of Engineers for approval prior to the commencement of dredging.

Drawings

1. Drawing CC-KVK2-409, to the fourth note, entitled "DATE OF EXPLORATION", add the following:

Borings 4B-24, 4B-33, and NB-12 thru NB-16 predate the Kill Van Kull Phase I project. That project had a required depth of –40ft MLW and a maximum pay depth –42ft MLW.

2. Drawings CC-KVK2-410, 411, 412, to the fourth note, entitled "DATE OF EXPLORATION" add the following:

The borings performed by the Port Authority predate improvements made to the berthing areas. The berthing areas are maintained to the following depths:

| Berth | Required | Max Pay |
|---|---|---|
| 50 | 35 | 37 |
| 51 | 38 | 40 |
| 52 | 38 | 40 |
| 53 | 40 | 42 |
| 54 | 38 | 40 |
| 56 | 38 | 40 |
| 57 | 40 | 42 |
| 58 | 38 | 40 |

| Berth | Required | Max Pay |
|---|---|---|
| 59 | 40 | 42 |
| 60 | 38 | 40 |
| 61 | 36 | 38 |
| 62 | 38 | 40 |
| 63 | 36 | 38 |
| 64 | 45 | 47 |
| 66 | 45 | 47 |
| 68 | 38 | 40 |

A figure showing the location of these berths is included with this amendment

3. The following four (4) drawings, which accompanies, have been revised: CC-KVK2-401, CC-KVK2-405, CC-KVK2-406, CC-KVK2-413.

2. This amendment shall be attached to the specifications and shall be a part of thereof.

3. The Corps of Engineers provides the following answers to questions received from bidders. The Corps of Engineers below supplies answers to questions received in writing regarding DACW51-00-B-0011. These answers do not become a part of the contract documents.

   a. **Who is responsible for damages due to delays if the site is not available to receive dredged materials upon the scheduled start date of the project, such schedule as agreed by the Government and the Contractor at the pre-construction conference?**

   The solicitation contains language discussing remedies available to both the Government and Contractor should the project be delayed.

**b. Who is responsible for costs incurred, including delays experienced, if the dredged material does not meet the requirements for placement at the OENJ site after stabilization?**

The answer to the question would depend upon the reason the material, which has tested suitable for OENJ, ultimately proved unsuitable. This being the case the question is unanswerable as posed.

**c. The "optional item" set forth in Amendment 0004, which calls for a lump sum price revision if an alternate disposal site is used, is not a typical option item. Most option items we have seen in dredging contracts involve options to increase dredging quantities or areas. FAR 17.201 defines an option as "a unilateral right in a contract by which, for a specified time, the Government may elect to purchase additional supplies or services called for by the contract, or may elect to extend the term of the contract." (emphasis supplied). Bid item 0003 appears to require neither additional supplies or services nor an extension of the term of the contract, and we question whether it is a proper option item under the FAR.**

FAR Part 17 does not appply to contracts for construction, including dredging. The use of an option such as that referenced in the question is in the nature of additional services since it contemplates work not within the scope of the non-optional items.

**d. Both the definition of "option" quoted above and FAR 17.204(b) require the Government, when using the option approach, to state in the contract the period within which the option can be exercised. Amendment 0004 provides the Government must exercise optional item 0002 (Optional Insurance) at the time of contract award, but is silent about the period in which the "option" for bid item 0003 may be exercised. This leaves option the possibility that the Corps could exercise its "option" on bid item 0003 at any time during performance and improperly take the entire bid item 0003 lump sum price adjustment even after a significant amount of material has been placed at the Bayonne Golf Course.**

As written, this solicitation would require the decision whether to exercise any of the options be made at the time of Contract Award. Bid item 0003 could not be exercised after award

**e. The bid schedule included in amendment 0004 is ambiguous. Newly added FAR clause 52.217-4 states that the Corps "will evaluate the total price for the basic requirement together with any option(s) exercised at the time of award" (unless this is determined not to be in the Government's best interest). The Amendment 0004 bid schedule does not define the "basic requirement." Is the "basic requirement" bid items 0001AA to 0001AD? Should there be a subtotal line on the bid schedule for the "basic requirement?"**

The "basic requirement" refers to those line items that are not optional. Line items 0001AA thru 0001AD are not optional.

f. **The new bidding schedule raises questions as to how the low bidder and awardee will be determined. Will the total evaluated price include the "optional items" or not? When will this decision be made? Has the Contracting Officer made a finding as required by FAR 17.208(b) that there is a reasonable likelihood that the option will be exercised at the time of award? On what basis will the Corps decide whether or not to exercise optional bid item 0003?**

The bids will be evaluated as per FAR 52.217-4.
FAR 52.217-4 requires that this decision be made at time of award.
Yes, "there is a reasonable likelihood that the option will be exercised at the time of award".
The Corps will decide whether or not to exercise optional bid item 0003 by what is in the best interest for the Government.

g. **The specifications, in 02900-5.1.1 states: "5.1.1 The contractor is required to remove the overlying non-rock material unsuitable for the placement at the HARS prior to start of dredging the HARS non-rock and rock materials." Is the contractor required to remove *all* the overlying non-rock material in the contract limits that is unsuitable for placement at the HARS prior to dredging the underlying material?**

No.

h. **Is the public notice part of the Plans and Specifications?**

No.

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.
Map of berths
Drawings CC-KVK2-401, CC-KVK2-405, CC-KVK2-406, CC-KVK2-413.




Amend 6-5


NEW YORK HARBOR
KILL VAN KULL AND NEWARK BAY CHANNELS
NAVIGATION IMPROVEMENT PROJECT
PHASE II CONTRACT 4
NEW YORK AND NEW JERSEY
LOCATION MAP
NEWARK BAY
KILL VAN KULL
STATEN ISLAND
BAYONNE
GENERAL NOTES
LEGEND

P. 1

* * * COMMUNICATION RESULT REPORT ( SEP. 5.2000 11:39AM ) * * *

TTI DONJON MARINE

| FILE MODE | OPTION | ADDRESS (GROUP) | RESULT | PAGE |
|---|---|---|---|---|
| 137 MEMORY TX | | 16102786985 | OK | P. 8/8 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# DONJON MARINE CO., INC.

**1250 LIBERTY AVENUE**
**HILLSIDE, NEW JERSEY 07205**
**USA**

**PHONE: 908-964-8812** **FAX: 908-964-7426**

610-278-6985

**DATE:** 9/5/00

**TO:** Steve Sands

**COMPANY:** CTI

**FROM:** Tom Witte

**NUMBER OF PAGES** (8) **INCLUDING COVER SHEET**

As requested, Amendment #6

# DONJON MARINE CO., INC.

1250 LIBERTY AVENUE
HILLSIDE, NEW JERSEY 07205
USA

PHONE: 908-964-8812 FAX: 908-964-7426

610-278-6985

**DATE:** 9/15/00

**TO:** Steve Sands

**COMPANY:** CTI

**FROM:** Tom Witte

**NUMBER OF PAGES** (8) **INCLUDING COVER SHEET**

As requested, Amendment #6

This communication is intended only for the use of the named addressee and may contain information which is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and re turn the original communication to us at the above address.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0005 | 3. EFFECTIVE DATE 16-Aug-2000 | 4. REQUISITION/PURCHASE REQ. NO. W16ROE-0103-0456 | 5. PROJECT NO.(If applicable) |

6. ISSUED BY CODE DACA51
:A ENGINEER DISTRICT, NEW YORK
.TN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA

NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

X 9A. AMENDMENT OF SOLICITATION NO. DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11) 18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

New York Harbor, Kill Van Kull and Newar Bay Navigation Improvement Project, Phase II, Contract 4 (Area 7), Elizabeth Channel, New Jersey.

This amendment is necessary in order to incorporate the attached current Wage Rate Decision into the above subject solicitation.

Bid opening currently scheduled for 18 August 2000 at 11:00 A.M. is now rescheduled for 28 August 2000 at 2:00 P.M.

Bidders must acknowledge receipt of this amendment by the date and time specified in the solicitation (or as amended) by one of the following methods: in the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS, OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
ELLA D SNELL / CHIEF, CONTRACTING DIVISION

| | | | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>______________<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY ______________<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>16-Aug-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**NOTICE TO BIDDERS**
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 5**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.5 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 18 July 2000 at 11:00 AM, Local time, is now re-scheduled for 28 August 2000 at 2:00 PM, Local Time.**

1. The following changes shall be made to the specifications.

SECTION 00010

1. On the price schedule, line item 0003, add at the end of the description of the supplies/services "(negative numbers to be shown in parentheses)".

SECTION 00900

1. Page 00900-6 thru 00900-39, Delete its entirety in General Decision Number NJ000003 and replace with 00900-6 (Amend. 4) thru 00900-39 (Amend. 4)

2. This amendment shall be attached to the specifications and shall be a part of thereof.

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.
Pgs 00900-6 thru 00900-39

General Decision Number **NJ000003**
Superseded General Decision No. NJ990003

State: New Jersey

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerse Counties for building construction only)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 02/11/2000 |
| 1 | 03/10/2000 |
| 2 | 03/24/2000 |
| 3 | 05/05/2000 |
| 4 | 06/02/2000 |
| 5 | 06/16/2000 |
| 6 | 07/07/2000 |
| 7 | 07/21/2000 |
| 8 | 08/11/2000 |

COUNTY(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

ASBE0032E 09/19/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES: | | |
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials; protective coverings, coatings, and finishes to all types of mechanical systems | 26.58 | 14.82 |

----------------------------------------------------------------

ASBE0089A 07/01/1999

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, East Armwell, Flemington, Franklin, Frenchtown, Glen Garden,

Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES

| | | |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings, and finishes to all types of meechanical systems | 26.89 | 14.46 |

---

BOIL0028A 08/01/1999

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 31.15 | 16.05 |

---

BRNJ0004D 11/01/1998

Rates Fringes

BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SUSSEX, UNION, WARREN, the following parts of HUNTERDON, and SOMERSET COUNTIES: (at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across

from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

| | | |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS, & STONEMASONS | 27.12 | 12.25 |

---

BRNJ0005B 01/01/2000

Rates Fringes

HUNTERDON (Annadale, Califon, Lebanon, Oldwick, Readington, Three Bridges, & White House Station Twps.), MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

| | | |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS & STONEMASONS | 28.02 | 12.50 |

---

CARP0006B 05/01/2000

Rates Fringes

BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON

(East of the Hackensack River) COUNTIES

| | | |
|---|---|---|
| CARPENTER | 28.36 | 12.32 |
| MILLWRIGHTS | 29.06 | 12.53 |

---

CARP0015B 05/01/2000

| BERGEN COUNTY (Remainder) | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0031C 05/01/1997

Rates Fringes

HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

| | | |
|---|---|---|
| CARPENTERS | 26.28 | 12.34 |

---

CARP0041C 05/01/1995

Rates Fringes

ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

| | | |
|---|---|---|
| CARPENTERS & INSULATORS | 25.94 | 37%+.04 |
| MILLWRIGHTS | 26.44 | 37%+.04 |

---

CARP0099I 05/01/1995

| | Rates | Fringes |
|---|---|---|
| LATHERS | 25.94 | 37%+.10 |

---

CARP0124A 05/01/2000

Rates Fringes

BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES

| | | |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0399A 05/01/1995

Rates Fringes

WARREN COUNTY

| | | |
|---|---|---|
| CARPENTERS & INSULATORS | 26.33 | 35%+.04 |
| MILLWRIGHTS | 26.58 | 35%+.04 |

---

CARP1342A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX, AND HUDSON (West of Hackensack River) | | |
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP1456A 07/01/1998

| | Rates | Fringes |
|---|---|---|
| DIVER | 35.89 | 19.73 |
| DIVER TENDER | 26.43 | 19.73 |

---

CARP1456B 07/01/1998

| | Rates | Fringes |
|---|---|---|
| DOCK BUILDER & PILEDRIVERMEN | 29.15 | 19.73 |

---

CARP2212A 05/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES | | |
| SOFT FLOOR LAYERS | 25.75 | 39.73% |

---

ELEC0017A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (RAILROAD CONSTRUCTION) | 21.20 | 26.5% |
| COMMERCIAL TELEPHONE INSTALLATION | 21.20 | 26.5% |

---

ELEC0052D 05/29/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY | | |
| LINE CONSTRUCTION: Linemen, Cable Splicers, Line Equipment Operators, Line Truck Operators,and Groundman | 30.71 | 51.25% |

---

ELEC0052E 06/01/1998

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY | | |
| ELECTRICIANS & CABLE SPLICERS | 28.84 | 49.25% |

---

ELEC0102B 05/29/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Operators | 34.35 | 37% |
| Cable Splicers | 37.79 | 37% |
| Groundmen | 20.61 | 37% |

---

ELEC0102C 05/29/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| ELECTRICIAN | 34.35 | 37% |
| CABLE SPLICER | 37.79 | 37% |

---

ELEC0164B 08/15/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN AND HUDSON COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman, Welder,X-Ray Technician, Equipment Repairman, & Equipment Serviceman | 33.36 | 41% |
| Cable Splicer | 37.70 | 41% |
| Groundman | 20.02 | 41% |

---

ELEC0164C 08/15/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN AND HUDSON COUNTIES | | |
| ELECTRICIANS | 33.36 | 41.5% |
| CABLE SPLICERS | 37.70 | 41.5% |

---

ELEC0262A 06/01/1994

| | Rates | Fringes |
|---|---|---|
| UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Avenue in New Providence Borough to Diamond Hill Road, South on that road to and along Park Avenue in Scotch Plains and continuiong along Martine Avenue to and Norrtheast along Raritan Road to and Easterly along Westfield - Scotch Plains line to Lehigh Valley Railroad and Southwest on the railroad to Middlesex County line) | | |
| LINE CONSTRUCTION: | | |
| Groundman | 22.05 | 11.7%+3.76 |
| Lineman, Cable Splicers, Line Equipment Operator | 23.23 | 11.7%+3.76 |

---

ELEC0262B 08/15/1993

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line) | | |
| ELECTRICIANS | 25.92 | 6.09+20% |

---

ELEC0262C 06/01/1994

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Except Tewksbury Twp and Califon Borough), AND SOMERSET (Area South of a line following Mountain Ave from the Union County line West to Hillcrest Ave in Union Village, North on Hillcrest Avae to and West on the Passaic River, West on Dead River, West on Allen Road, North on Somerville Road, West on Howell Road, Southwest on Mount Prospect Road, West on Martinsville - Pluckemin Ropad, West on Klines Mill road, North on John Kane Road to Hunterdon County Line, and alos that portion of Montgomery Twp West and South of a line following U.S. Highway #206 North from Mercer County to the Harligen Road, West along that road the Dutchtown - Zine Road to Hillsboro Township line) | | |
| LINE CONSTRUCTION: | | |
| Lineman, Cable Splicer | 22.87 | 3.76+11.7% |
| Groundman | 21.06 | 3.76+11.7% |

---

ELEC0262E 08/15/1993

| | Rates | Fringes |
|---|---|---|
| UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Ave in New Provedenec Borough to Diamond Hill Rd, South on that Road to and along Park Ave in Scotch Plains and continuing along Martine Ave to and Northeast along Raritan Rd to and Easterly along Westfield - Scotch Plains line to the Lehigh Valley Railroad and Southwest on the railroad to the Middlesex County line) | | |
| CABLE SPLICERS & ELECTRICIANS | 26.85 | 6.09+20% |

---

ELEC0262G 06/01/1994

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Except Tewksbury Twp and Califon Borough), SOMERSET (Area South of a line following Mountian Avenue from Union County line West to Hillcrest Ave to and West on the Passaic River, West on Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mt Prospect Rd, West on Martinsville-Pluckemin Rd, West on Klines Mill Rd, North on John Kane Rd to Hunterdon County line, and that portion of Montgomery Twp West and South of a line following US Highway #206 North from Mercer County to Harligen Rd, West along that road that road the Dutchtown - Zine Rd to Hillsboro Twp line) | | |

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 26.83 | 6.09+20% |

---

ELEC0262H 11/30/1994

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line) | | |
| LINE CONSTRUCTION: | | |
| Linemen, Cable Splicers | 22.87 | 3.76+11.7% |
| Groundmen | 21.06 | 3.76+11.7% |

---

ELEC0358A 06/01/1998

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Remainder) | | |
| ELECTRICIANS | 30.26 | 42.75% |

---

ELEC0358C 06/01/1998

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Remainder) | | |
| LINE CONSTRUCTION: | | |
| Linemen, Hole Digger Operator, Truck w/o Winch or Pole & Steel Hand, Truck w/o Winch, X-ray Technician & Equip. Repairer | 30.26 | 43% |
| Cable Splicer | 33.89 | 43% |
| Groundman & Winch Operator | 29.47 | 43% |
| Certified Welder Lineman | 31.77 | 43% |

---

ELEC0456B 06/01/1998

| | Rates | Fringes |
|---|---|---|
| MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River) | | |
| ELECTRICIANS | 29.63 | 45.75% |

| | Rates | Fringes |
|---|---|---|
| CABLE SPLICERS | 33.19 | 45.75% |

---

ELEC0456C 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen | 29.63 | 45.75% |
| Cable Splicer | 33.19 | 45.75% |
| Groundmen | 28.84 | 45.75% |
| Winch Operator | 28.84 | 45.75% |

---

ELEC0581A 06/01/1994

| | Rates | Fringes |
|---|---|---|

UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, Across Baltusrol Country CLub to Baltusrol Rd, Along Baltusrol Rd and Summit Lane to Mountainside Borough and long New Providence Rd to and along Mountainside Borough line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough, to the Somerset County Line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County line West to Hillcrest Ave in in Union VIllage, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Road, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line) COUNTIES

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Oper | 27.32 | 15.75%+5.18 |
| Line Truck Equipment, and Groundman | 20.30 | 15.75%+5.18 |

---

ELEC0581C 08/15/1993

| | Rates | Fringes |
|---|---|---|

SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mounbt Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line), and UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol

Way, across Baltusrol Country Club to Baltusrol Rd along BAltusrol Rd and Summit Lane to Mountainside Borough to and along New Providence Rd, to and along Mountainside Borough Line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough to the Somerset County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.77 | 15.00%+5.22 |

---

ELEC0675B 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way across Baltusrol Country Club to Baltusrol Rd, along Batlusrol Rd and Summit Lane in Mountainside to and along New Providence Rd to and along the Mountainside line to and along Washington Valley Rd, to and along Diamond Hill Rd to and along Park Ave in Scotch Plains, and continuing along Martine Ave, to and Northeast along Raritan Rd, to and Easterly along the Westfield - Scotch Plains Line, to the Lehigh Valley Railroad and Southwest on the railroad to the county line)

LINE CONSTRUCTION:

| | | |
|---|---|---|
| Lineman, Cable Splicers, Line Equipment Operators | 27.98 | 30.75%+4.25 |
| Groundmen | 26.83 | 30.75%+4.25 |

---

ELEC0675C 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Batlusrol Rd and Summit Lane to Mountainside Borough, to and along Washington Valley Road, to and North along Diamond Hill Rd, to and west on Mountain Ave in New Providence Borough, to the Somerset County line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd, to the Hunterdon County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.98 | 4.25+30.75% |

---

ELEV0001A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANICS: | | |
| Construction | 22.59 | 5.22+A+B+C |
| Modernization | 15.94 | 3.69+A+B+C |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday, Washington's Birthday, Memorial Day, Independence Day,

Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day

B. Employer contributes $8.00 per day per employee to annuity fund

C. Employee with 6 months but less than 5 years of service receive 2 weeks vacation, and 3 weeks vacaation for 5 years or more of service

---

ENGI0825C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS | | |
| TANK ERECTION: | | |
| GROUP 1 | 33.61 | 15.65+A+B |
| GROUP 2 | 32.77 | 15.65+A+B |
| GROUP 3 | 34.75 | 15.65+A+B |
| GROUP 4 | 30.68 | 15.65+A+B |
| GROUP 5 | 25.47 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday

Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.

B. Employee receives 20% premium pay for hazardous waste work.

TANK ERECTION CLASSIFICATIONS

GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.

GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.

GROUP 3: Helicopters--Pilot.

GROUP 4: Air compressors, welding machines and generators (gas, diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.

GROUP 5: Oiler.

---

ENGI0825D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| [STEEL ERECTION]: | | |
| GROUP 1 | 33.89 | 15.65+A+B |
| GROUP 2 | 32.98 | 15.65+A+B |
| GROUP 3 | 30.69 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 4 | 28.03 | 15.65+A+B |
| GROUP 5 | 26.50 | 15.65+A+B |
| GROUP 6 | 24.74 | 15.65+A+B |
| GROUP 7 | 35.25 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.
B. Employees receive 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]

GROUP 1: Cranes - (all cranes, land or floating with booms. including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).

GROUP 2: Cranes - (all cranes, land or floating with booms including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).

GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.

GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric, 2 or 3 in battery, including diesels); captain power boats; tug master power boats.

GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.

GROUP 6: Oiler staddle carrier.

GROUP 7: Helicopter pilot.

---

ENGI0825E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES: | | |
| GROUP 1 | 31.75 | 15.65+A+B |
| GROUP 2 | 30.10 | 15.65+A+B |
| GROUP 3 | 27.96 | 15.65+A+B |
| GROUP 4 | 26.46 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 5 | 24.74 | 15.65+A+B |
| GROUP 6 | 33.68 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.

OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES
CLASSIFICATIONS

GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.

GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).

GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.

GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines; gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).

GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.

GROUP 6: Helicopter-pilot.

----------------------------------------------------------------

ENGI0825M 07/01/2000

| | Rates | Fringes |
|---|---|---|
| BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS: | | |
| POWER EQUIPMENT OPERATORS | | |
| GROUP 1 | 31.12 | 15.65+A+B |
| GROUP 2 | 29.53 | 15.65+A+B |
| GROUP 3 | 27.62 | 15.65+A+B |
| GROUP 4 | 25.99 | 15.65+A+B |
| GROUP 5 | 24.28 | 15.65+A+B |
| GROUP 6 | 32.94 | 15.65+A+B |

FOOTNOTES:

A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.

B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power

plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.

GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types; conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).

GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power); batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading and unloading of concrete, cement, fly ash, instancrete, or

similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive;

dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier transformer type); wellpoint systems.
GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

---

* IRON0011D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES | | |
| IRONWORKERS: | | |
| Structural | 27.28 | 22.15 |
| Reinforcing | 25.78 | 22.15 |

---

IRON0036C 07/01/1999

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| Projects under $25 million: | | |
| IRONWORKERS; STRUCTURAL, REINFORCING AND ORNAMENTAL | 22.75 | 12.65 |
| Projects $25 million or more: IRONWORKERS: STRUCTURAL, REINFORCING AND ORNAMENTAL | 23.25 | 12.65 |

---

IRON0068E 07/01/1999

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES | | |
| IRONWORKERS: | | |
| Structural, Ornamental | 26.56 | 18.90 |
| Rerinforcing (Concrete Rods) | 24.56 | 18.90 |

---

LABO0021C 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUDSON COUNTEY (Remainder) | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer | 20.75 | 11.95 |
| Class B Laborer | 20.25 | 11.95 |
| Class C Laborer | 17.21 | 11.95 |

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat, demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0072B 05/01/2000

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Class A Basic Laborer | 22.60 | 9.60 |
| Class B Specialist Laborer | 23.10 | 9.60 |

Class A-All Laborers not listed in Class B.

Class B-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.

---

LABO0156B 05/01/2000

MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin Townships) COUNTIES:

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 24.30 | 8.40 |
| Group 2 | 23.80 | 8.40 |
| Group 3 | 20.23 | 8.40 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0232B 05/01/2000

| | Rates | Fringes |
|---|---|---|

SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps):

LABORERS:

| | | |
|---|---|---|
| Group 1 | 23.15 | 9.55 |
| Group 2 | 22.65 | 9.55 |
| Group 3 | 19.25 | 9.55 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man

on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0239C 05/01/2000

PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| GROUP 1 | 22.05 | 10.65 |
| GROUP 2 | 21.55 | 10.65 |
| GROUP 3 | 18.32 | 10.65 |

GROUP 1-Specialist laborer classification including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0346B 05/01/2000

Rates Fringes

BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of

Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford; Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah)

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 21.20 | 11.50 |
| Group 2 | 20.70 | 11.50 |
| Group 3 | 17.60 | 11.50 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

LABO0394C 05/01/2000

| | Rates | Fringes |
|---|---|---|
| UNION COUNTY: | | |
| BUILDING CONSTRUCTION: | | |
| LABORERS: | | |
| GROUP 1 | 22.80 | 9.90 |
| GROUP 2 | 22.30 | 9.90 |
| GROUP 3 | 18.96 | 9.90 |

GROUP 1-Specialist laborer classicication including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scafford builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle men on gunite work. Mortar men shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo fed.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers are laborers doing, janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner, and all flagman, watchman, firewatch personnel, and those manning temporary heat of all types.

----------------------------------------------------------------

LABO0472B 03/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS [FREE AIR TUNNEL]: | | |
| GROUP 1 | 27.35 | 10.30+A |
| GROUP 2 | 23.95 | 10.30+A |
| GROUP 3 | 23.80 | 10.30+A |
| GROUP 4 | 23.30 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]

GROUP 1: Blasters

GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)

GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)

GROUP 4: All other top laborers

----------------------------------------------------------------

LAB00472E 03/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS HEAVY AND HIGHWAY CONSTRUCTION: | | |
| GROUP 1 | 22.80 | 10.30+A |
| GROUP 2 | 23.10 | 10.30+A |
| GROUP 3 | 23.40 | 10.30+A |
| GROUP 4 | 23.60 | 10.30+A |
| GROUP 5 | 23.85 | 10.30+A |
| GROUP 6 | 27.40 | 10.30+A |
| GROUP 7a | 25.90 | 10.30+A |
| GROUP 7b | 23.90 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY

GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and tampers on cold patch work and wrapping and coating all pipe Asphalt Laborers:

GROUP 2: Powder carriers and magazine tenders; signalmen Asphalt Raker, & Asphalt Screedman

GROUP 3: Sewer pipe; laser men; conduit and duct line layers; jackhammer; chipping hammers; pavement breakers; power buggies; concrete cutters, asphalt cutters; sheet hammer and tree cutter operators; sandblasting, cutting, burning, Power Tool Operator, and such other power tools used to perform work usually done manaully by laborers

GROUP 4: Wagon drill operator; timberman; drill master

GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle man and stone cutter; Catch Basin or Inlet Builder Manhole

GROUP 6: Blaster

GROUP 7a:Hazardous waste laborer required to wear level

A,B, or C personal protection.

GROUP 7b:Certified laborer working a hazardous waste removal project or site at a task requiring hazardous waste related certification, but who is not working in a zone requiring level A.B. or C personal protection.

---

LAB00502B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (City of East Orange, Twps of South Orange and Maplewood, Cities of Orange and West Orange): | | |
| LABORERS: | | |
| Group 1 | 20.90 | 11.80 |
| Group 2 | 20.40 | 11.80 |
| Group 3 | 17.34 | 11.80 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LAB00526C 05/01/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS COUNTY (Remainder): | | |
| LABORERS: | | |
| Group 1 | 22.80 | 9.90 |
| Group 2 | 22.30 | 9.90 |
| Group 3 | 18.96 | 9.90 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate

by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0569B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON AND WARREN COUNTIES: | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| CLASS A | 22.80 | 9.90 |
| CLASS B | 22.30 | 9.90 |
| CLASS C | 18.96 | 9.90 |

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors, Street Cleaning Machines, Scaffold Builder, Hydro Demolition Equipment, All types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, Burners, Nozzle Man on Gunite work.

CLASS B-All Laborers not listed in Class A or C.

CLASS C-Laborers doing Janitorial- type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning tempory heat of all types.

---

LABO0694B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (Montclair): | | |
| LABORERS: | | |
| Group 1 | 21.00 | 11.70 |
| Group 2 | 20.50 | 11.70 |
| Group 3 | 17.43 | 11.70 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0711B 05/01/2000

MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham, Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom, Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools, Whippany, Hanover Twp. and Long Valley):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 23.15 | 9.55 |
| Group 2 | 22.65 | 9.55 |
| Group 3 | 19.25 | 9.55 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0779B 05/01/2000

SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 20.75 | 11.95 |
| Group 2 | 20.25 | 11.95 |
| Group 3 | 17.21 | 11.95 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man

on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

LAB00913B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough, Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver, Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park Borough, Butler, Kinnelon Borough, Pin Brook, Towaco, Danville, Mountain Lakes, Pequannock, Pompton Plains, Riverdale Borough Twps) AND SUSSEX COUNTIES | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer: | 23.90 | 8.80 |
| Class B Laborer: | 23.40 | 8.80 |

Class A Laborer:Jack Hammer,tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, bobcat operator, riding motor buggy operator, conveyor operator mortar man (except silo feed operations), burners, & nozzle man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

----------------------------------------------------------------

LABO1030A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS: (The removal, abatement, enclosure and decontamination of personal protective equipment, chemical protective clothing and machinery relating to asbestos and/or toxic and hazardous waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).) | | |
| LABORERS | 21.15 | 9.60 |

----------------------------------------------------------------

LABO1153B 05/01/2000

ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison):

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 22.05 | 10.65 |
| Group 2 | 21.55 | 10.65 |
| Group 3 | 18.32 | 10.65 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

PAIN0711D 05/01/2000

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| NEW: | | |
| Painters | 28.75 | 2.55+27% |
| Paperhangers | 28.75 | 2.55+27% |
| Spray,Sandblast,High Work | 31.25 | 2.55+27% |
| Bridge | 31.25 | 2.55+27% |
| REPAINT: | | |
| Painters | 22.00 | 2.55+27% |
| Spray,sandblast,High Work | 24.00 | 2.55+27% |

----------------------------------------------------------------

PAIN0711F 05/01/2000

| | Rates | Fringes |
|---|---|---|
| GLAZIERS | 28.75 | 10.30 |
| GLAZIERS-HIGH WORK | 29.75 | 10.30 |

----------------------------------------------------------------

PAIN0711J 08/01/1999

| | Rates | Fringes |
|---|---|---|
| DRYWALL FINISHERS & TAPERS | 28.25 | 11.23 |

----------------------------------------------------------------

PLAS0008M 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON, MIDDLESEX, & SOMERSET COUNTIES: | | |
| PLASTERERS | 27.15 | 12.55 |

----------------------------------------------------------------

PLUM0009C 03/01/2000

| | Rates | Fringes |
|---|---|---|
| AIR CONDITIONING & REFRIGERATION MECHANIC Installation of refrigeration equipment for any type of building where the combined compressor tonnage does not exceed 5 tons, Installation of water-cooled air conditioning that does not exceed 10 tons (includes the piping of compenent system and the erection ofthe water tower), Installation of air-cooled air conditioning that does not exceed 15 tons | 22.58 | 8.04+A |

FOOTNOTE:

A. Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Labor Day, Thanksgiving Day, Christmas Day, plus Washington's Birthday and Veterans Day.

----------------------------------------------------------------

PLUM0009H 07/01/1999

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Remainder), MERCER, MIDDLESEX (Excluding Dunellen, Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp and South Plainfield), AND SOMERSET (Remainder) COUNTIES | | |
| PLUMBERS & PIPEFITTERS | 30.78 | 14.10 |

----------------------------------------------------------------

PLUM0014B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS (From Mount Olive straight across Randolph down to the Essex border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES | | |
| PLUMBERS | 32.53 | 13.95 |

----------------------------------------------------------------

PLUM0024A 05/01/2000

| | Rates | Fringes |
|---|---|---|

Essex:

HUDSON (East Newark, Harrison, & Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner, Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood, Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton