Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner

East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville, Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne, Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York, Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount Pleasant, North Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp., Readington, Readington Twp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Mills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station Sunnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three Bridges, Treasure Island, Tumble, Union, Union Twp., Unionville Van Syckle, Warren Paper Mills, Wertsville, West End, West Portal White House, Whitehouse Station, Woodglen).

MIDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp., & South Plainfield only).

MORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, Chatham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, Crestmoore, Gillette, Harding Twp., Ironia, Logansville, Long Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony, Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony, Mansfield Twp., Montana, New Village, Oxford, Oxford

Twp.,Pequest, Pleasant Valley, Port Colden, Port Murray, Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

| | | |
|---|---|---|
| PLUMBERS (Excludes Somerset- Bldg) | 32.78 | 13.50. |

---

PLUM0274B 05/01/2000

| | Rates | Fringes |
|---|---|---|

BERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN (Remainder) COUNTIES

| | | |
|---|---|---|
| PIPEFITTERS | 31.00 | 14.53 |

---

PLUM0475B 05/01/2000

| | Rates | Fringes |
|---|---|---|

ESSEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens Corner, Allertown, Amsterdam, Annandale, Anthony, Baptistown, Bellewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale, Buttonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts Corner, East Amwell Twp, Evittstown, Fairmount, Farmersville, Franklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN (Phillipsburg Twp) COUNTIES

| | | |
|---|---|---|
| PIPEFITTERS | 30.94 | 15.31 |

---

ROOF0004B 06/01/1996

| | Rates | Fringes |
|---|---|---|

ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofer, Composition, Damp & Waterproofing, Slate & Tile | 24.22 | 11.75 |

---

ROOF0004D 11/27/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON COUNTY:

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Shingle, slate and tile | 14.25 | 3.02 |

| | Rates | Fringes |
|---|---|---|
| All other work | 21.95 | 6.53 + A |

FOOTNOTE:
A. Employer contribution of $509.60 per month per employee to Health and Welfare Funds.

----------------------------------------------------------------

ROOF0008F 07/01/2000

| | Rates | Fringes |
|---|---|---|
| HUDSON COUNTY (Remainder) | | |
| ROOFERS: | | |
| Roofers, Composition, Damp and Waterproofing | 28.08 | 17.49 |

----------------------------------------------------------------

ROOF0010B 06/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN AND PASSAIC COUNTIES | | |
| ROOFERS, COMPOSITION | 26.65 | 10.15 |

----------------------------------------------------------------

SFNJ0669A 01/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES | | |
| SPRINKLER FITTERS | 30.65 | 6.45 |

----------------------------------------------------------------

SFNJ0696B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES | | |
| SPRINKLER FITTER | 33.78 | 9.45 |

----------------------------------------------------------------

SHEE0025C 06/01/1996

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES | | |
| SHEET METAL WORKERS | 23.74 | 15.45 |

----------------------------------------------------------------

SHEE0027A 06/01/1997

| | Rates | Fringes |
|---|---|---|
| HUNTERDON & MIDDLESEX COUNTIES: | | |
| SHEET METAL WORKERS | 28.20 | 13.59 |

----------------------------------------------------------------

SHEE0028D 06/01/1994

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| SHEET METAL WORKERS | 19.42 | 7.41 |

---

TEAM0408B 05/01/1997

| | Rates | Fringes |
|---|---|---|
| ESSEX, MORRIS, AND UNION (Remainder) COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 7.01+A |
| GROUP 2 | 24.50 | 7.01+A |
| GROUP 3 | 24.60 | 7.01+A |
| GROUP 4 | 24.70 | 7.01+A |

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional. Paid Holidays: New Year's Day, Washington'd Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls. Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type

vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0469C 05/01/1997

| | Rates | Fringes |
|---|---|---|
| HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 10.335+A |
| GROUP 2 | 24.50 | 10.335+A |
| GROUP 3 | 24.60 | 10.335+A |
| GROUP 4 | 24.70 | 10.335+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.
$400.00 per year to Apprenticeship Training Fund.
$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks

(entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck,

wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0560C 05/01/1997

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON AND PASSAIC COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 8.08+A |
| GROUP 2 | 24.50 | 8.08+A |
| GROUP 3 | 24.60 | 8.08+A |
| GROUP 4 | 24.70 | 8.08+A |

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding,

mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose

and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter

* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 9

2. AMENDMENT/MODIFICATION NO.: 0004

3. EFFECTIVE DATE: 08-Aug-2000

4. REQUISITION/PURCHASE REQ. NO.: W16ROE-0103-0456

5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE: DACA51
USA ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA
NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) — CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE — FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.: DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11): 18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7).

The purpose of this amendment is to clarfiy and to incorporate changes as described in attached pages, AMEND 4-1 through 4-3, 00900-6 through 00900-37, replace existing Price Schedule with new Price Schedule and replace Far Clause 52.217-5, Section 00100, page 9, with Far 52.217-4, Evaluation of Options Exercised at Time of Contract.

Bid Due date of 18 August, 2000 at 11:00 a.m., local time, remains unchanged.

Bidders must acknowledge receipt of this amendment by the date and time specified in the solicitation (or as amended) by one of the following methods: in the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): LISA RENEE KRAUS / CONTRACTING OFFICER

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED: 08-Aug-2000

EPTION TO SF 30
ROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DACW51-00-B-0011
U00004

| ITEM NO | SUPPLIES/SERVICES |
|---|---|
| 0001 | Construct Navigation Channel |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | Mobilization and Demobilization | 1.00 | Lump Sum | | |

AMOUNT: $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | Drilling, Blasting, Dredging, and Disposal to -47 feet, complete, Complete (Disposal of "Non-Rock Material" Unsuitable for placement at the HARS for item No. 0001AB is at the Bayonne Golf Course. | 1.00 | Lump Sum | | |

AMOUNT: $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | Subsurface Drilling And Sampling | 15.00 | Each | | |

AMOUNT: $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | Field Office | 1.00 | Lump Sum | | |

AMOUNT: $ ____________

Changes in Section 00100
The following clauses which are incorporated by reference have been added or modified:

52.217-4 Evaluation Of Options Exercised At The Time Of Contract Award JUN 1988

Except when it is determined in accordance with FAR 17.206(b) not to be in the Government's best interests, the Government will evaluate the total price for the basic requirement together with any options(s) exercised at the time of award.

The following clauses have been deleted:

52.217-5 Evaluation Of Options JUL 1990

**NOTICE TO BIDDERS**
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 4**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.4 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 18 July 2000 at 11:00 AM, Local time, is now re-scheduled for 18 August 2000 at 11:00 AM, Local Time.**

1. The following changes shall be made to the specifications and drawings.

SECTION 00800

1. Page 00800-17, strike subparagraph "a" of paragraph "1.33" and replace with:

a. At the Government's option, to be exercised in writing at the time of contract award, the Contractor shall procure and maintain during the entire period of its performance under this contract the following insurance policies:

2. Page 00800-9, subparagraph "a" of paragraph "1.23", second line, strike "$3,000,000" and replace with "$2,000,000".

SECTION 00900

1. Page 00900-6 thru 00900-36, Delete its entirety in General Decision Number NJ000003 and replace with 00900-6 (Amend. 4) thru 00900-39 (Amend. 4)

SECTION 00902

1. Add pages 00902-22 thru 00900-27 after page 00902-21

SECTION 02900

1. Page 02900-3, Section 6.2. Strike entire section and replace with:

6.2 Disposal Facilities

The Government has identified the following sites for the disposal of "non-rock material that is unsuitable for placement at the HARS". The Contractor shall coordinate with the operator of the disposal facility to ensure that the necessary facility requirements are included in the Contractor's bid price. The Contractor is required to use the sites identified below. The Contractor shall submit a schedule and the anticipated quantity to be disposed of at the disposal site at the pre-construction meeting.

1) **The following site shall be the only upland site used for Item Number 001AB in the price schedule.**

   **Disposal Site:** Bayonne Golf Course
   **Operator:** Cherokee/OENJ
   **Location:** 61 North Hook Road, Bayonne, NJ 07002
   **Point of contact: Mr. Irving Cohen, President**
   **Phone Number: 212 904-0705**
   **Location of Unloading Facility:** Northeast corner if property

2) **The following site shall be the only upland site used for Item Number 0003 in the price schedule**
   **Disposal Site:** Newark Bay Confined Disposal Facility (NBCDF)
   **Operator:** Port Authority of New York and New Jersey
   **Location:** Newark Bay (see drawing CC-KVK2-401)
   **Point of contact: James Iacone**
   **Phone Number: 212 435-6548**
   **Location of Unloading Facility:** Disposal will take place above the NBCDF

   The Contractor will be required to pay a management fee of $29.00 per cubic yard disposed of at the NBCDF. A management fee will be derived from volume calculation taken from a before-dredge and after-dredge bathymetric survey of the contract limit area as designated in the contract drawings and specifications based upon in-situ non-HARS sediment at the origin dredging site. The after-dredge survey will be performed for an area after the material for NBCDF disposal has been removed and before underlying material for HARS remediation is removed. All other payment to the NBCDF shall be in accordance with the requirements specified in the NBCDF Final Operation and Management Plan.

2. Page 02900-5, Section 6.6, add at the end of the section:

8) Should decanting of water from barges be required before disposal the PANYNJ will make available either berth 36 or berth 63.

3. Page 02900-5, Section 6.8, delete "no-rock" and replace with "non-rock".

<u>Drawings</u>

The following one (1) drawing, which companies, has been revised: CCK-KVK2-401.

2. This amendment shall be attached to the specifications and shall be a part of thereof.

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.

Pgs 00900-6 thru 00900-39
Pgs 00902-22 thru 00902-37
Drawing CCK-KVK2-401

General Decision Number **NJ000003**

Superseded General Decision No. NJ990003 sg

State: New Jersey

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerse Counties for building construction only)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 02/11/2000 |
| 1 | 03/10/2000 |
| 2 | 03/24/2000 |
| 3 | 05/05/2000 |
| 4 | 06/02/2000 |
| 5 | 06/16/2000 |
| 6 | 07/07/2000 |
| 7 | 07/21/2000 |

COUNTY(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

ASBE0032E 09/19/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES: | | |
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials; protective coverings, coatings, and finishes to all types of mechanical systems | 26.58 | 14.82 |

---

ASBE0089A 07/01/1999

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, | | |

East Armwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES

| | | |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings, and finishes to all types of meechanical systems | 26.89 | 14.46 |

---

BOIL0028A 08/01/1999

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 31.15 | 16.05 |

---

BRNJ0004D 11/01/1998

Rates Fringes

BERGEN,ESSEX,HUDSON,MORRIS,PASSAIC,SUSSEX,UNION, WARREN,the following parts of HUNTERDON, and SOMERSET COUNTIES:(at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across

from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS, & STONEMASONS | 27.12 | 12.25 |

---

* BRNJ0005B 01/01/2000

Rates Fringes

HUNTERDON (Annadale,Califon,Lebanon,Oldwick,Readington, Three Bridges,& White House Station Twps.),MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

| | Rates | Fringes |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS & STONEMASONS | 28.02 | 12.50 |

---

CARP0006B 05/01/2000

Rates Fringes

BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant

Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES

| | | |
|---|---|---|
| CARPENTER | 28.36 | 12.32 |
| MILLWRIGHTS | 29.06 | 12.53 |

---

CARP0015B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN COUNTY (Remainder) | | |
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0031C 05/01/1997

Rates Fringes

HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 26.28 | 12.34 |

---

CARP0041C 05/01/1995

Rates Fringes

ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS & INSULATORS | 25.94 | 37%+.04 |
| MILLWRIGHTS | 26.44 | 37%+.04 |

---

CARP0099I 05/01/1995

| | Rates | Fringes |
|---|---|---|
| LATHERS | 25.94 | 37%+.10 |

---

CARP0124A 05/01/2000

Rates Fringes

BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0399A 05/01/1995

| WARREN COUNTY | Rates | Fringes |
|---|---|---|
| CARPENTERS & INSULATORS | 26.33 | 35%+.04 |
| MILLWRIGHTS | 26.58 | 35%+.04 |

CARP1342A 05/01/2000

| ESSEX, AND HUDSON (West of Hackensack River) | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

CARP1456A 07/01/1998

| | Rates | Fringes |
|---|---|---|
| DIVER | 35.89 | 19.73 |
| DIVER TENDER | 26.43 | 19.73 |

CARP1456B 07/01/1998

| | Rates | Fringes |
|---|---|---|
| DOCK BUILDER & PILEDRIVERMEN | 29.15 | 19.73 |

CARP2212A 05/01/1999

| BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES | Rates | Fringes |
|---|---|---|
| SOFT FLOOR LAYERS | 25.75 | 39.73% |

ELEC0017A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (RAILROAD CONSTRUCTION) | 21.20 | 26.5% |
| COMMERCIAL TELEPHONE INSTALLATION | 21.20 | 26.5% |

ELEC0052D 05/29/2000

| ESSEX COUNTY | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: Linemen, Cable Splicers, Line Equipment Operators, Line Truck Operators, and Groundman | 30.71 | 51.25% |

ELEC0052E 06/01/1998

| ESSEX COUNTY | Rates | Fringes |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 28.84 | 49.25% |

ELEC0102B 05/29/2000

MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Operators | 34.35 | 37% |
| Cable Splicers | 37.79 | 37% |
| Groundmen | 20.61 | 37% |

---

ELEC0102C 05/29/2000

MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIAN | 34.35 | 37% |
| CABLE SPLICER | 37.79 | 37% |

---

ELEC0164B 08/15/1999

BERGEN AND HUDSON COUNTIES

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Welder, X-Ray Technician, Equipment Repairman, & Equipment Serviceman | 33.36 | 41% |
| Cable Splicer | 37.70 | 41% |
| Groundman | 20.02 | 41% |

---

ELEC0164C 08/15/1999

BERGEN AND HUDSON COUNTIES

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 33.36 | 41.5% |
| CABLE SPLICERS | 37.70 | 41.5% |

---

ELEC0262A 06/01/1994

UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Avenue in New Providence Borough to Diamond Hill Road, South on that road to and along Park Avenue in Scotch Plains and continuiong along Martine Avenue to and Norrtheast along Raritan Road to and Easterly along Westfield - Scotch Plains line to Lehigh Valley Railroad and Southwest on the railroad to Middlesex County line)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Groundman | 22.05 | 11.7%+3.76 |
| Lineman, Cable Splicers, | | |

| | | |
|---|---|---|
| Line Equipment Operator | 23.23 | 11.7%+3.76 |

---

ELEC0262B 08/15/1993

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | | |
|---|---|---|
| ELECTRICIANS | 25.92 | 6.09+20% |

---

ELEC0262C 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), AND SOMERSET (Area South of a line following Mountain Ave from the Union County line West to Hillcrest Ave in Union Village, North on Hillcrest Avae to and West on the Passaic River, West on Dead River, West on Allen Road, North on Somerville Road, West on Howell Road, Southwest on Mount Prospect Road, West on Martinsville - Pluckemin Ropad, West on Klines Mill road, North on John Kane Road to Hunterdon County Line, and alos that portion of Montgomery Twp West and South of a line following U.S. Highway #206 North from Mercer County to the Harligen Road, West along that road the Dutchtown - Zine Road to Hillsboro Township line)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Cable Splicer | 22.87 | 3.76+11.7% |
| Groundman | 21.06 | 3.76+11.7% |

---

ELEC0262E 08/15/1993

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Ave in New Provedenec Borough to Diamond Hill Rd, South on that Road to and along Park Ave in Scotch Plains and continuing along Martine Ave to and Northeast along Raritan Rd to and Easterly along Westfield - Scotch Plains line to the Lehigh Valley Railroad and Southwest on the railroad to the Middlesex County line)

| | | |
|---|---|---|
| CABLE SPLICERS & ELECTRICIANS | 26.85 | 6.09+20% |

---

ELEC0262G 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), SOMERSET (Area South of a line following Mountian Avenue from Union County line West to Hillcrest Ave to and West on the Passaic River, West on Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mt Prospect Rd, West on Martinsville-Pluckemin Rd, West on Klines Mill Rd, North on John Kane Rd to Hunterdon County line, and that portion of Montgomery Twp West and South of a line following US Highway #206 North from Mercer County to Harligen Rd, West along that road that road the

Dutchtown - Zine Rd to Hillsboro Twp line)

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 26.83 | 6.09+20% |

---

ELEC0262H 11/30/1994

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen, Cable Splicers | 22.87 | 3.76+11.7% |
| Groundmen | 21.06 | 3.76+11.7% |

---

ELEC0358A 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Remainder)

| | | |
|---|---|---|
| ELECTRICIANS | 30.26 | 42.75% |

---

ELEC0358C 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Remainder)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen, Hole Digger Operator, Truck w/o Winch or Pole & Steel Hand, Truck w/o Winch, X-ray Technician & Equip. Repairer | 30.26 | 43% |
| Cable Splicer | 33.89 | 43% |
| Groundman & Winch Operator | 29.47 | 43% |
| Certified Welder Lineman | 31.77 | 43% |

---

ELEC0456B 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | | |
|---|---|---|
| ELECTRICIANS | 29.63 | 45.75% |
| CABLE SPLICERS | 33.19 | 45.75% |

---

ELEC0456C 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen | 29.63 | 45.75% |
| Cable Splicer | 33.19 | 45.75% |
| Groundmen | 28.84 | 45.75% |
| Winch Operator | 28.84 | 45.75% |

---

ELEC0581A 06/01/1994

| | Rates | Fringes |
|---|---|---|

UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, Across Baltusrol Country CLub to Baltusrol Rd, Along Baltusrol Rd and Summit Lane to Mountainside Borough and long New Providence Rd to and along Mountainside Borough line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough, to the Somerset County Line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County line West to Hillcrest Ave in in Union VIllage, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Road, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line) COUNTIES

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Oper | 27.32 | 15.75%+5.18 |
| Line Truck Equipment, and Groundman | 20.30 | 15.75%+5.18 |

---

ELEC0581C 08/15/1993

| | Rates | Fringes |
|---|---|---|

SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mounbt Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line), and UNION (Area West and North of a line

running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Baltusrol Rd along BAltusrol Rd and Summit Lane to Mountainside Borough to and along New Providence Rd, to and along Mountainside Borough Line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough to the Somerset County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.77 | 15.00%+5.22 |

---

ELEC0675B 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way across Baltusrol Country Club to Baltusrol Rd, along Batlusrol Rd and Summit Lane in Mountainside to and along New Providence Rd to and along the Mountainside line to and along Washington Valley Rd, to and along Diamond Hill Rd to and along Park Ave in Scotch Plains, and continuing along Martine Ave, to and Northeast along Raritan Rd, to and Easterly along the Westfield - Scotch Plains Line, to the Lehigh Valley Railroad and Southwest on the railroad to the county line)

LINE CONSTRUCTION:

| | | |
|---|---|---|
| Lineman, Cable Splicers, Line Equipment Operators | 27.98 | 30.75%+4.25 |
| Groundmen | 26.83 | 30.75%+4.25 |

---

ELEC0675C 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Batlusrol Rd and Summit Lane to Mountainside Borough, to and along Washington Valley Road, to and North along Diamond Hill Rd, to and west on Mountain Ave in New Providence Borough, to the Somerset County line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd, to the Hunterdon County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.98 | 4.25+30.75% |

---

ELEV0001A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANICS: | | |
| Construction | 22.59 | 5.22+A+B+C |
| Modernization | 15.94 | 3.69+A+B+C |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday,

Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day

B. Employer contributes $8.00 per day per employee to annuity fund

C. Employee with 6 months but less than 5 years of service receive 2 weeks vacation, and 3 weeks vacaation for 5 years or more of service

---

ENGI0825C 07/01/2000

| POWER EQUIPMENT OPERATORS TANK ERECTION: | Rates | Fringes |
|---|---|---|
| GROUP 1 | 33.61 | 15.65+A+B |
| GROUP 2 | 32.77 | 15.65+A+B |
| GROUP 3 | 34.75 | 15.65+A+B |
| GROUP 4 | 30.68 | 15.65+A+B |
| GROUP 5 | 25.47 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday

Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.

B. Employee receives 20% premium pay for hazardous waste work.

TANK ERECTION CLASSIFICATIONS

GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.

GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.

GROUP 3: Helicopters--Pilot.

GROUP 4: Air compressors, welding machines and generators (gas, diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.

GROUP 5: Oiler.

---

ENGI0825D 07/01/2000

| POWER EQUIPMENT OPERATORS: [STEEL ERECTION]: | Rates | Fringes |
|---|---|---|
| GROUP 1 | 33.89 | 15.65+A+B |
| GROUP 2 | 32.98 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 3 | 30.69 | 15.65+A+B |
| GROUP 4 | 28.03 | 15.65+A+B |
| GROUP 5 | 26.50 | 15.65+A+B |
| GROUP 6 | 24.74 | 15.65+A+B |
| GROUP 7 | 35.25 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.

B. Employees receive 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]

GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).

GROUP 2: Cranes - (all cranes, land or floating with booms including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).

GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.

GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric, 2 or 3 in battery, including diesels); captain power boats; tug master power boats.

GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.

GROUP 6: Oiler staddle carrier.

GROUP 7: Helicopter pilot.

---

ENGI0825E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES: | | |
| GROUP 1 | 31.75 | 15.65+A+B |
| GROUP 2 | 30.10 | 15.65+A+B |
| GROUP 3 | 27.96 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 4 | 26.46 | 15.65+A+B |
| GROUP 5 | 24.74 | 15.65+A+B |
| GROUP 6 | 33.68 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.

OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES
CLASSIFICATIONS

GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.

GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).

GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.

GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines; gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).

GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.

GROUP 6: Helicopter-pilot.

----------------------------------------------------------------

ENGI0825M 07/01/2000

| | Rates | Fringes |
|---|---|---|
| BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS: | | |
| POWER EQUIPMENT OPERATORS | | |
| GROUP 1 | 31.12 | 15.65+A+B |
| GROUP 2 | 29.53 | 15.65+A+B |
| GROUP 3 | 27.62 | 15.65+A+B |
| GROUP 4 | 25.99 | 15.65+A+B |
| GROUP 5 | 24.28 | 15.65+A+B |
| GROUP 6 | 32.94 | 15.65+A+B |

FOOTNOTES:

A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.

B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power

plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.

GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types; conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).

GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power); batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading

and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive;

dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier transformer type); wellpoint systems.
GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

---

IRON0011D 07/01/1999

BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Structural | 26.78 | 21.05 |
| Reinforcing | 25.28 | 21.05 |

---

IRON0036C 07/01/1999

WARREN COUNTY

| | Rates | Fringes |
|---|---|---|
| Projects under $25 million: | | |
| IRONWORKERS; STRUCTURAL, REINFORCING AND ORNAMENTAL | 22.75 | 12.65 |
| Projects $25 million or more: IRONWORKERS: STRUCTURAL, REINFORCING AND ORNAMENTAL | 23.25 | 12.65 |

---

IRON0068E 07/01/1999

HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES

| | Rates | Fringes |
|---|---|---|
| IRONWORKERS: | | |
| Structural, Ornamental | 26.56 | 18.90 |
| Rerinforcing (Concrete Rods) | 24.56 | 18.90 |

---

LABO0021C 05/01/2000

HUDSON COUNTEY (Remainder)

| | Rates | Fringes |
|---|---|---|
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer | 20.75 | 11.95 |
| Class B Laborer | 20.25 | 11.95 |
| Class C Laborer | 17.21 | 11.95 |

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat, demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LAB00072B 05/01/2000

MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps)

| | Rates | Fringes |
|---|---|---|
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Basic Laborer | 22.60 | 9.60 |
| Class B Specialist Laborer | 23.10 | 9.60 |

Class A-All Laborers not listed in Class B.

Class B-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.

---

LAB00156B 05/01/2000

MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin Townships) COUNTIES:

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 24.30 | 8.40 |
| Group 2 | 23.80 | 8.40 |
| Group 3 | 20.23 | 8.40 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LAB00232B 05/01/2000

| | Rates | Fringes |
|---|---|---|

SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps):

LABORERS:

| | | |
|---|---|---|
| Group 1 | 23.15 | 9.55 |
| Group 2 | 22.65 | 9.55 |
| Group 3 | 19.25 | 9.55 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man

on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0239C 05/01/2000

| | Rates | Fringes |
|---|---|---|

PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

LABORERS BUILDING CONSTRUCTION:

| | | |
|---|---|---|
| GROUP 1 | 22.05 | 10.65 |
| GROUP 2 | 21.55 | 10.65 |
| GROUP 3 | 18.32 | 10.65 |

GROUP 1-Specialist laborer classification including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LAB00346B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford; Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah) | | |
| LABORERS: | | |
| Group 1 | 21.20 | 11.50 |
| Group 2 | 20.70 | 11.50 |
| Group 3 | 17.60 | 11.50 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0394C 05/01/2000

UNION COUNTY:

BUILDING CONSTRUCTION:

| LABORERS: | Rates | Fringes |
|---|---|---|
| GROUP 1 | 22.80 | 9.90 |
| GROUP 2 | 22.30 | 9.90 |
| GROUP 3 | 18.96 | 9.90 |

GROUP 1-Specialist laborer classicication including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scafford builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle men on gunite work. Mortar men shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo fed.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers are laborers doing, janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner, and all flagman, watchman, firewatch personnel, and those manning temporary heat of all types.

---

LABO0472B 03/01/2000

| LABORERS [FREE AIR TUNNEL]: | Rates | Fringes |
|---|---|---|
| GROUP 1 | 27.35 | 10.30+A |
| GROUP 2 | 23.95 | 10.30+A |
| GROUP 3 | 23.80 | 10.30+A |
| GROUP 4 | 23.30 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]

GROUP 1: Blasters

GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)

GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)

GROUP 4: All other top laborers

---

LAB00472E 03/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS HEAVY AND HIGHWAY CONSTRUCTION: | | |
| GROUP 1 | 22.80 | 10.30+A |
| GROUP 2 | 23.10 | 10.30+A |
| GROUP 3 | 23.40 | 10.30+A |
| GROUP 4 | 23.60 | 10.30+A |
| GROUP 5 | 23.85 | 10.30+A |
| GROUP 6 | 27.40 | 10.30+A |
| GROUP 7a | 25.90 | 10.30+A |
| GROUP 7b | 23.90 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY

GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and tampers on cold patch work and wrapping and coating all pipe Asphalt Laborers:

GROUP 2: Powder carriers and magazine tenders; signalmen Asphalt Raker, & Asphalt Screedman

GROUP 3: Sewer pipe; laser men; conduit and duct line layers; jackhammer; chipping hammers; pavement breakers; power buggies; concrete cutters, asphalt cutters; sheet hammer and tree cutter operators; sandblasting, cutting, burning, Power Tool Operator, and such other power tools used to perform work usually done manaully by laborers

GROUP 4: Wagon drill operator; timberman; drill master

GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle man and stone cutter; Catch Basin or Inlet Builder Manhole

GROUP 6: Blaster

GROUP 7a:Hazardous waste laborer required to wear level A,B, or C personal protection.

GROUP 7b:Certified laborer working a hazardous waste removal project or site at a task requiring hazardous waste related certification, but who is not working in a zone requiring level A.B. or C personal protection.

---

LAB00502B 05/01/2000

ESSEX COUNTY (City of East Orange, Twps of South Orange and Maplewood, Cities of Orange and West Orange):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 20.90 | 11.80 |
| Group 2 | 20.40 | 11.80 |
| Group 3 | 17.34 | 11.80 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LAB00526C 05/01/2000

MORRIS COUNTY (Remainder):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.80 | 9.90 |
| Group 2 | 22.30 | 9.90 |
| Group 3 | 18.96 | 9.90 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all

laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0569B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON AND WARREN COUNTIES: | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| CLASS A | 22.80 | 9.90 |
| CLASS B | 22.30 | 9.90 |
| CLASS C | 18.96 | 9.90 |

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors, Street Cleaning Machines, Scaffold Builder, Hydro Demolition Equipment, All types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, Burners, Nozzle Man on Gunite work.

CLASS B-All Laborers not listed in Class A or C.

CLASS C-Laborers doing Janitorial- type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning tempory heat of all types.

---

LABO0694B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (Montclair): | | |
| LABORERS: | | |
| Group 1 | 21.00 | 11.70 |
| Group 2 | 20.50 | 11.70 |
| Group 3 | 17.43 | 11.70 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work

not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0711B 05/01/2000

MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham, Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom, Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools, Whippany, Hanover Twp. and Long Valley):

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 23.15 | 9.55 |
| Group 2 | 22.65 | 9.55 |
| Group 3 | 19.25 | 9.55 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0779B 05/01/2000

SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 20.75 | 11.95 |
| Group 2 | 20.25 | 11.95 |
| Group 3 | 17.21 | 11.95 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator,

Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LAB00913B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough, Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver, Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park Borough, Butler, Kinnelon Borough, Pin Brook, Towaco, Danville, Mountain Lakes, Pequannock, Pompton Plains, Riverdale Borough Twps) AND SUSSEX COUNTIES | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer: | 23.90 | 8.80 |
| Class B Laborer: | 23.40 | 8.80 |

Class A Laborer:Jack Hammer,tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, bobcat operator, riding motor buggy operator, conveyor operator mortar man (except silo feed operations), burners, & nozzle man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

---

* LAB01030A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| LABORERS: (The removal, abatement, enclosure and decontamination of personal protective equipment, chemical protective clothing and machinery relating to asbestos and/or toxic and hazardous waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).) | | |
| LABORERS | 21.15 | 9.60 |

---

LABO1153B 05/01/2000

ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 22.05 | 10.65 |
| Group 2 | 21.55 | 10.65 |
| Group 3 | 18.32 | 10.65 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

PAINO711D 05/01/2000

| PAINTERS: | Rates | Fringes |
|---|---|---|
| NEW: | | |
| Painters | 28.75 | 2.55+27% |
| Paperhangers | 28.75 | 2.55+27% |
| Spray,Sandblast,High Work | 31.25 | 2.55+27% |
| Bridge | 31.25 | 2.55+27% |
| REPAINT: | | |
| Painters | 22.00 | 2.55+27% |
| Spray,sandblast,High Work | 24.00 | 2.55+27% |

---

PAINO711F 05/01/2000

| | Rates | Fringes |
|---|---|---|
| GLAZIERS | 28.75 | 10.30 |
| GLAZIERS-HIGH WORK | 29.75 | 10.30 |

---

PAINO711J 08/01/1999

| | Rates | Fringes |
|---|---|---|
| DRYWALL FINISHERS & TAPERS | 28.25 | 11.23 |

---

PLAS0008M 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON,MIDDLESEX,& SOMERSET COUNTIES: | | |
| PLASTERERS | 27.15 | 12.55 |

---

PLUM0009C 03/01/2000

| | Rates | Fringes |
|---|---|---|
| AIR CONDITIONING & REFRIGERATION MECHANIC Installation of refrigeration equipment for any type of building where the combined compressor tonnage does not exceed 5 tons, Installation of water-cooled air conditioning that does not exceed 10 tons (includes the piping of compenent system and the erection ofthe water tower), Installation of air-cooled air conditioning that does not exceed 15 tons | 22.58 | 8.04+A |

FOOTNOTE:

A. Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Labor Day, Thanksgiving Day, Christmas Day, plus Washington's Birthday and Veterans Day.

---

PLUM0009H 07/01/1999

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Remainder), MERCER,MIDDLESEX (Excluding Dunellen,Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp and South Plainfield), AND SOMERSET (Remainder) COUNTIES | | |
| PLUMBERS & PIPEFITTERS | 30.78 | 14.10 |

---

PLUM0014B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS (From Mount Olive straight across Randolph down to the Essex border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES | | |
| PLUMBERS | 32.53 | 13.95 |

---

PLUM0024A 05/01/2000

| | Rates | Fringes |
|---|---|---|

Essex:

HUDSON (East Newark,Harrison,& Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner, Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood, Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood

Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner

East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville, Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne, Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York, Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount Pleasant, North Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp., Readington, Readington Twp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Mills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station Sunnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three Bridges, Treasure Island, Tumble, Union, Union Twp., Unionville Van Syckle, Warren Paper Mills, Wertsville, West End, West Portal White House, Whitehouse Station, Woodglen).

MIDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp., & South Plainfield only).

MORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, Chatham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, Crestmoore, Gillette, Harding Twp., Ironia, Logansville, Long Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony, Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony,

Mansfield Twp., Montana, New Village, Oxford, Oxford Twp.,Pequest, Pleasant Valley, Port Colden, Port Murray,

Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

| | Rates | Fringes |
|---|---|---|
| PLUMBERS (Excludes Somerset- Bldg) | 32.78 | 13.50. |

---

PLUM0274B 05/01/2000

BERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN (Remainder) COUNTIES

| | Rates | Fringes |
|---|---|---|
| PIPEFITTERS | 31.00 | 14.53 |

---

PLUM0475B 05/01/2000

ESSEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens Corner, Allertown, Amsterdam, Annandale, Anthony, Baptistown, Bellewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale, Buttonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts Corner, East Amwell Twp, Evittstown, Fairmount, Farmersville, Franklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN (Phillipsburg Twp) COUNTIES

| | Rates | Fringes |
|---|---|---|
| PIPEFITTERS | 30.94 | 15.31 |

---

ROOF0004B 06/01/1996

ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofer, Composition, Damp & Waterproofing, Slate & Tile | 24.22 | 11.75 |

---

ROOF0004D 11/27/1994

HUNTERDON COUNTY:

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |

| | Rates | Fringes |
|---|---|---|
| Shingle, slate and tile | 14.25 | 3.02 |
| All other work | 21.95 | 6.53 + A |

FOOTNOTE:
A. Employer contribution of $509.60 per month per employee to Health and Welfare Funds.

---

ROOF0008F 07/01/2000

| | Rates | Fringes |
|---|---|---|
| HUDSON COUNTY (Remainder) | | |
| ROOFERS: | | |
| Roofers, Composition, Damp and Waterproofing | 28.08 | 17.49 |

---

ROOF0010B 06/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN AND PASSAIC COUNTIES | | |
| ROOFERS, COMPOSITION | 26.65 | 10.15 |

---

SFNJ0669A 01/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES | | |
| SPRINKLER FITTERS | 30.65 | 6.45 |

---

SFNJ0696B 07/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES | | |
| SPRINKLER FITTER | 33.78 | 9.45 |

---

SHEE0025C 06/01/1996

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES | | |
| SHEET METAL WORKERS | 23.74 | 15.45 |

---

SHEE0027A 06/01/1997

| | Rates | Fringes |
|---|---|---|
| HUNTERDON & MIDDLESEX COUNTIES: | | |
| SHEET METAL WORKERS | 28.20 | 13.59 |

---