SHEE0028D 06/01/1994

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| SHEET METAL WORKERS | 19.42 | 7.41 |

---

TEAM0408B 05/01/1997

| | Rates | Fringes |
|---|---|---|
| ESSEX, MORRIS, AND UNION (Remainder) COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 7.01+A |
| GROUP 2 | 24.50 | 7.01+A |
| GROUP 3 | 24.60 | 7.01+A |
| GROUP 4 | 24.70 | 7.01+A |

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional. Paid Holidays: New Year's Day, Washington'd Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls. Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type

vehicles, off-site and on-site repair shop
GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

---

TEAM0469C 05/01/1997

| | Rates | Fringes |
|---|---|---|
| HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 10.335+A |
| GROUP 2 | 24.50 | 10.335+A |
| GROUP 3 | 24.60 | 10.335+A |
| GROUP 4 | 24.70 | 10.335+A |

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.
$400.00 per year to Apprenticeship Training Fund.
$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks

(entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser),

beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0560C 05/01/1997

BERGEN, HUDSON AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 8.08+A |
| GROUP 2 | 24.50 | 8.08+A |
| GROUP 3 | 24.60 | 8.08+A |
| GROUP 4 | 24.70 | 8.08+A |

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding,

mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper,

fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a

position on a wage determination matter

* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

New York State Department of Environmental Conservation
Division of Environmental Permits, Region 2
47-40 21st Street Long Island City, NY 11101
Tel: (718) 482-4997 Fax: (718) 482-4975

John P. Cahill
Commissioner

August 26, 1999

Mr. Frank Santomauro, P.E.
NY District, Corps of Engineers
Jacob K. Javits Federal Building
New York, NY 10278-0090

Re: Permit Modification Request - Seasonal Windows: Special Condition 20 (Shooters Island) and Special Condition 21 (Contract Reach 3 - Winter flounder, Blue crab)
Kill Van Kull Deepening
DEC No. 2-6499-00002/00004

Dear Mr. Santomauro:

This is in response to your letters of June 7, 1999 and August 16, 1999 to Steven Zahn of NYSDEC, Marine Resources regarding the seasonal restrictions on dredging activities for the Kill Van Kull Deepening project. Special Condition No. 20 requires a 1000 foot buffer surrounding Shooters Island during the period of March 1 - August 31. Special Condition No. 21 contains a provision for a seasonal window from November 15 - May 31 in any portion of Contract Reach 3 determined to harbor significant populations of Winter flounder of Blue-claw crab.

Special Condition 21.

The department has determined, based on biological and habitat surveys conducted by the Corps, that Contract Reach 3 does not support significant populations of Winter flounder or Blue-claw crab. Therefore, the provision for a seasonal dredging window from November 15 - May 31 is not required. Special Condition 21 is deleted.

Special Condition 20.

DEC does not agree that there is sufficient information to consider a reduction in the seasonal dredging window surrounding Shooters Island at this time. Shooters Island has been well documented as an important nesting and foraging area for wading birds and shore birds. Over the past two breeding seasons, one-day surveys by New York Audubon have indicated that there may be a significant reduction in the number of herons using the island. However, these surveys are not as detailed or extensive as previous surveys conducted by Manumet and can not predict whether the herons will return to prior levels during the next, or subsequent breeding seasons. More detailed studies will be necessary to document the use of Shooters Island by herons and other birds. If your assessment is based on additional surveys, please forward them to us.

00902-22

There is also some evidence that recent, temporary disturbance due to human activities on Shooters Island may have played a role in the apparent reduction in the use of the area by herons and other birds. The NYC Department of Parks and Recreation is currently responsible for the maintenance of the area. We intend pursue this matter with NYC Parks in order to investigate and rectify this situation.

Your letters stated that pre-construction monitoring will be necessary to establish the use of Shooters Island as a nesting site. We agree and express our willingness to work with you to determine the level of data necessary to make a supportable decision regarding the seasonal window. This will be needed for each breeding season that may be affected by the project. We also expect to work with you in the development of monitoring studies to evaluate dredging and blasting impacts on the wading bird and shore bird populations should they be determined necessary. If breeding populations are shown to be present, we request that the monitoring studies be designed to evaluate the impact of construction activities, particularly blasting, which may have a greater impact than dredging, beginning at a distance of at least 2500 feet from the shoreline of Shooters Island.

The Corps should plan based on the assumption that the dredging window for Shooters Island will remain in effect until it can be definitively shown that there will be no adverse affect on the nesting colonies. Since this work can not start until the beginning of next spring's breeding season, Special Condition No. 20, requiring a 1000 foot buffer around Shooters Island from March 1 - August 31, will remain in effect.

If you have any questions, please contact me at the above address, or by telephone at (718) 482-4077.

Sincerely,

Charles de Quillfeldt
Environmental Analyst 3

cc: J. Gilmore
J. Pane
S. Zahn
H. Ruben, USACE

00902-23

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION

| DEC PERMIT NUMBER<br>2-6499-00002/00004 | PERMIT<br>Under the Environmental Conservation Law (ECL) | EFFECTIVE DATE<br>January 11, 1999 |
|---|---|---|
| FACILITY/PROGRAM NUMBER(S) | | EXPIRATION DATE(S)<br>September 30, 2003 |

TYPE OF PERMIT ☐ New ☐ Renewal ■ Modification ☐ Permit to Construct ☐ Permit to Operate

☐ Article 15, Title 5: Protection of Waters

☐ Article 15, Title 15: Water Supply

☐ Article 15, Title 15: Water Transport

☐ Article 15, Title 15: Long Island Wells

x 6NYCRR 608: Water Quality Certification

☐ Article 17, Titles 7, 8: SPDES

☐ Article 19: Air Pollution Control

☐ Article 24: Freshwater Wetlands

☐ Article 25: Tidal Wetlands

☐ Article 27, Title 7; 6NYCRR 360: Solid Waste Management

☐ Article 27, Title 9; 6NYCRR 373: Hazardous Waste Management

☐ Article 34: Coastal Erosion Management

☐ Article 36: Floodplain Management

| | |
|---|---|
| PERMIT ISSUED TO<br>UNITED STATES DEPARTMENT OF THE ARMY, NEW YORK DISTRICT, CORPS OF ENGINEERS | TELEPHONE NUMBER |
| ADDRESS OF PERMITTEE<br>JACOB J. JAVITS FEDERAL BUILDING, NEW YORK, NY 10278-0090 | |
| CONTACT PERSON FOR PERMITTED WORK<br>JHN HARTMANN, CHIEF, OPERATIONS DIVISION | TELEPHONE NUMBER<br>212/264-0199 |
| NAME AND ADDRESS OF PROJECT/FACILITY<br>KILL VAN KULL CHANNEL PHASE II DEEPENING | |
| LOCATION OF PROJECT/FACILITY<br>KILL VAN KULL CHANNEL BETWEEN UPPER BAY AND NEWARK BAY. | |

| COUNTY | CITY | WATERCOURSE | NYTM COORDINATES |
|---|---|---|---|
| RICHMOND | NEW YORK CITY | KILL VAN KULL CHANNEL | |

## DESCRIPTION OF AUTHORIZED ACTIVITY

DREDGING AND BLASTING OF APPROXIMATELY 10.7 MILLION CUBIC YARDS OF BOTTOM SEDIMENT AND ROCK FROM THE KILL VAN KULL CHANNEL TO A DEPTH OF 47 FEET IN BEDROCK AND 45 FEET IN SOFT SUBSTRATES IN THE KILL VAN KULL CHANNEL BETWEEN UPPER BAY (NY) AND NEWARK BAY (NJ). DREDGED MATERIAL SUITABLE FOR OCEAN DISPOSAL WILL BE DISPOSED AS COVER MATERIAL AT THE FORMER ATLANTIC OCEAN MUD DUMP SITE ( HISTORIC AREA REMEDIATION SITE, HARS). BEDROCK MATERIAL WILL BE USED FOR CREATION OR ENHANCEMENT OF ARTIFICIAL REEFS SITES IN NEW YORK AND NEW JERSEY. DREDGED MATERIAL UNSUITABLE FOR DISPOSAL AT THE FORMER MUD DUMP SITE OR FOR USE AS REEFS WILL BE DEPOSITED AT THE NEWARK BAY CONFINED DISPOSAL FACILITY OR AT PERMITTED UPLAND SITES IN NEW JERSEY AS NEEDED.

By acceptance of this permit, the Permittee agrees that the permit is contingent upon strict compliance with the ECL, all applicable regulations, the General Conditions specified (see page 2) and any Special Conditions included as part of this permit.

| REGIONAL PERMIT ADMINISTRATOR: | ADDRESS | |
|---|---|---|
| John J. Ferguson | 47-40 21 Street<br>Long Island City, NY 11101 | |
| AUTHORIZED SIGNATURE<br>John J. Cryan | DATE<br>11 January 1999 | Page 1 of 4 |

/ DEPUTY REGIONAL PERMIT ADMINISTRATOR

00902-24

## NOTIFICATION OF OTHER PERMITTEE OBLIGATIONS

**Item A: Permittee Accepts Legal Responsibility and Agrees to Indemnification**
The permittee has accepted expressly, by the execution of the application, the full legal responsibility for all damages and costs, direct or indirect, of whatever nature and by whomever suffered, for liability it incurs resulting from activity conducted pursuant to this permit or in noncompliance with this permit and has agreed to indemnify and save harmless the State from suits, actions, damages and costs of every name and description resulting from such activity.

**Item B: Permittee to Require it's Contractors to Comply with Permit**
The permittee shall require its independent contractors, employees, agents and assigns to read, understand and comply with this permit, including all special conditions, and such persons shall be subject to the same sanctions for violations of this permit as those prescribed for the permittee.

**Item C: Permittee Responsible for Obtaining Other Required Permits**
The permittee is responsible for obtaining any other permits, approvals, lands, easements and rights-of-way that may be required for this project.

**Item D: No Right to Trespass or Interfere with Riparian Rights**
This permit does not convey to the permittee any right to trespass upon the lands or interfere with the riparian rights of others in order to perform the permitted work nor does it authorize the impairment of any rights, title, or interest in real or personal property held or vested in a person not a party to the permit.

## GENERAL CONDITIONS

**General Condition 1: Facility Inspection by the Department**
The permitted site or facility, including relevant records, is subject to inspection at reasonable hours and intervals by an authorized representative of the Department of Environmental Conservation (the Department) to determine whether the permittee is complying with this permit and the ECL. Such representative may order the work suspended pursuant to ECL 71-0301 and SAPA 401(3).
The permittee shall provide a person to accompany the Department's representative during an inspection to the permit area when written or verbal notification is provided by the Department at least 24 hours prior to such inspection.
A copy of this permit, including all referenced maps, drawings and special conditions, must be available for inspection by the Department at all times at the project site. Failure to produce a copy of the permit upon request by a Department representative is a violation of this permit.

**General Condition 2: Relationship of this Permit to Other Department Orders and Determinations**
Unless expressly provided for by the Department, issuance of this permit does not modify, supersede or rescind any order or determination previously issued by the Department or any of the terms, conditions or requirements contained in such order or determination.

**General Condition 3: Applications for Permit Renewals or Modifications**
The permittee must submit a separate written application to the Department for renewal, modification or transfer of this permit. Such application must include any forms or supplemental information the Department requires. Any renewal, modification or transfer granted by the Department must be in writing.
The permittee must submit a renewal application at least:

a) 180 days before expiration of permits for State Pollutant Discharge Elimination System (SPDES), Hazardous Waste Management Facilities (HWMF), major Air Pollution Control (APC) and Solid Waste Management Facilities (SWMF); and
b) 30 days before expiration of all other permit types.

Applications for permit renewal or modification are to be submitted to:
NYSDEC, Regional Permit Administrator, Region 2
47-40 21ST Street, Long Island City, NY 11101

**General Condition 4: Permit Modifications, Suspensions and Revocations by the Department**
The Department reserves the right to modify, suspend or revoke this permit when:

a) the scope of the permitted activity is exceeded or a violation of any condition of the permit or provisions of the ECL and pertinent regulations is found;
b) the permit was obtained by misrepresentation or failure to disclose relevant facts;
c) new material information is discovered; or
d) environmental conditions, relevant technology, or applicable law or regulation have materially changed since the permit was issued.

| PERMIT NUMBER 2-6499-00002/00004 | KILL VAN KULL CHANNEL | PAGE 2 OF 4 |
|---|---|---|

00902-25

i. That if future operations by the State of New York require an alteration in the position of the structure or work herein authorized, or if, in the opinion of the Department of Environmental Conservation it shall cause unreasonable obstruction to the free navigation of said waters or flood flows or endanger the health, safety or welfare of the people of the State, or cause loss or destruction of the natural resources of the State, the owner may be ordered by the Department to remove or alter the structural work, obstructions, or hazards caused thereby without expense to the State, and if, upon the expiration or revocation of this permit, the structure, fill, excavation, or other modification of the watercourse hereby authorized shall not be completed, the owners, shall, without expense to the State, and to such extent and in such time and manner as the Department of Environmental Conservation may require, remove all or any portion of the uncompleted structure or fill and restore to its former condition the navigable and flood capacity of the watercourse. No claim shall be made against the State of New York on account of any such removal or alteration.

6. That the State of New York shall in no case be liable for any damage or injury to the structure or work herein authorized which may be caused by or result from future operations undertaken by the State for the conservation or improvement of navigation, or for other purposes, and no claim or right to compensation shall accrue from any such damage.

7. Granting of this permit does not relieve the applicant of the responsibility of obtaining any other permission, or approval from the U.S.Army Corps of Engineers, U.S. Coast Guard, New York State Office of General Services, or local government which may be required.

8. All necessary precautions shall be taken to preclude contamination of any wetland or waterway by suspended solids, sediments, fuels, solvents, lubricants, epoxy coatings, paints, concrete, leachate, or any other environmentally deleterious materials associated with the project

9. Any material dredged in the prosecution of the work herein permitted shall be removed evenly, without leaving large refuse piles, ridges across the bed of a waterway or floodplain or deep holes that may have a tendency to cause damage to navigable channels or to the banks of a waterway.

10. There shall be no unreasonable interference with navigation by the work herein authorized.

11. If upon the expiration or revocation of this permit, the project hereby authorized has not been completed, the applicant shall, without expense to the State, and to such extent and in such time and manner as the Department of Environmental Conservation may require, remove all or any portion of the uncompleted structure or fill and restore the site to its former condition. No claim shall be made against the State of New York on account of any such removal or alteration.

12. If granted under Article 36, this permit does not signify in any way that the project will be free from flooding..

13. If granted under 6 NYCRR Part 608, the NYS Department of Environmental Conservation hereby certifies that the subject project will not contravene effluent limitations or other limitations or standards under Sections 301, 302, 303, 306, and 307 of the Clean Water Act of 1977 (PL 95-217) provided that all of the conditions listed herein are met.

## SPECIAL CONDITIONS

14. All work shall comply with project plans as described in the technical supporting documentation for the project and the July 7, 1998 (and attachment dated July 8, 1998) from Frank Santomauro (USACE) to John Ferguson (NYSDEC) addressing Kill Van Kull Water Quality Certification issues.

15. The Corps shall submit quarterly reports on the results of the biological and water quality monitoring programs. Data shall be submitted to Stephen Zahn, Marine Resources, NYSDEC, 47-40 21st street; Long Island City, NY 11101.

Pre-Dredging

. At least thirty (30) days prior to the start of work, the Corps shall submit a plan for DEC approval describing the method of dewatering dredged material or otherwise handling water associated with dredged material that does not meet Category 1 criteria such that the Total Suspended Solids (TSS) do not exceed 200 mg/L when returned to New York waters. DEC will respond within thirty (30) days of the receipt of the plan.

17. At least thirty (30) days prior to the beginning of dredging in any contract phase, the Corps shall submit the bulk sediment chemistry results for the project site as indicated in the April 24, 1998 letter from Santomauro (USACE) to Ferguson (NYSDEC). The submittal shall include a sample site plan as well as a narrative on the sampling methods utilized.

18. At least thirty (30) days prior to the start of work, the Corps shall provide the bathymetric survey of the project area as indicated in the April 24, 1998 letter from Santomauro (USACE) to Ferguson (NYSDEC).

19. The Corps shall perform dredging site inspections at 72 hour intervals when dredging material that does not meet Category 1 criteria to determine:
    a. Dredging bucket is sealed during operations.
    b. Hoist speed does not exceed 2 feet/second
    c. TSS from barge dewatering does not exceed 200 mg/Liter.

These parameters are to be monitored daily by the contractor and noted in the QA/QC reports. Copies of said reports shall be submitted to Steven Zahn, DEC Marine Resources, with a copy of the Corps Inspection Reports on a weekly basis.

Dredging Windows

20. Dredging and blasting is prohibited during the period of March 1 - August 31 in an area within 1000 feet from the shoreline of Shooters Island.

21. Dredging is prohibited during the period of November 15 - May 31 in any portion of Contract Reach 3 determined through biological monitoring to harbor significant (as determined by NYSDEC in consultation with NMFS and the Corps) populations of Blue-claw crab or Winter flounder. Biological monitoring will be carried out as described in the June 1, 1998 letter (with attachment) and the July 7, 1998 letter (with attachment from Santomauro (USACE) to Ferguson (NYSDEC).

| DEC PERMIT NUMBER | PROGRAM/FACILITY NUMBER | |
|---|---|---|
| 2-6499-00002/00004 | KILL VAN KULL PHASE II CHANNEL DEEPENING | Page 3 of 4 |

00902-26

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION

## SPECIAL CONDITIONS

DREDGING (Cont.)

Bucket

22. Dredging of material that does not meet Category 1 criteria, excluding rock and clay, shall be conducted with a sealed, watertight bucket according to the Best Management Practices described in the Corps' July 7, 1998 letter. The bucket shall be monitored continuously during dredging to ensure a tight seal is maintained. If frequent or excessive loss of dredged material from the bucket is observed, the Corps shall halt dredging operations and closely inspect the bucket for defects. Dredging operations shall be delayed until all necessary repairs are made.

23. Bucket hoist speed shall be limited to 2 ft/s while dredging material that does not meet Category 1 criteria.

24. The bucket shall be lowered to the level of the barge gunwales prior to release of the bucket load.

Barge Overflow and De-watering

25. Barge overflow is prohibited while handling material that does not meet Category 1 criteria. Total Suspended Solids in barge de-watering effluent returned to New York waters shall not exceed 200 mg/L while handling material that does not meet Category 1 criteria.

In-Water Management of Dredged Material

26. Dredge material that does not meet Category 1 criteria will be disposed at the Newark Bay Confined Disposal Facility. The Corps shall inform the Department at least 30 days prior of any plans for alternative disposal sites.

27. Disposal of rock for artificial reef enhancement or creation in New York shall be done in consultation with Stephen Heins, Finfish and Crustaceans, NYSDEC, 205 N. Belle Meade Road, East Setauket, NY 11733.

Upland Management of Dredged Material

28. At least 30 days prior to the use of any upland management site(s) for dredged material disposal, the Corps shall identify the site(s) and submit a copy of any contract or letter of agreement showing that the dredged material may be managed under the jurisdiction of the receiving state.

29. Additional analysis of dredged material may be required if, in the Department's opinion, the initial bulk sediment chemistry (see # 17) is inadequate to support the permittee's determination that the dredged material is non-hazardous pursuant to federal or NY State (6NYCRR371) regulations. The permittee may archive the initial samples, consistent with appropriate laboratory procedures, in lieu of resampling.

Post - Dredging

30. A bathymetric survey of each completed project phase shall be submitted to the Department in triplicate within sixty (60) days of completion.

Additional Special Condition

31. Item A and General Condition 6 are included by the State of New York as the permit issuing authority under the Clean Water Act. Such conditions do not, nor are they intended to, apply to, abrogate, or annul any obligation, responsibility or liability on the part of the Port Authority of New York and New Jersey to the Federal Government under the terms of a Project Cooperation Agreement (PCA) entered into by those two agencies for the Kill Van Kull and Newark Bay Channels, New York and New Jersey Project. Pursuant to that PCA, the Port Authority of New York and New Jersey remains legally responsible to hold and save the Federal Government free from all damages arising from the construction, operation, and maintenance of the Project and the local service facilities, and if the Port Authority requests such, for any Project-related betterments, including liabilities arising from Item A and General Condition 6, except for damages due to the fault or negligence of the Federal Government or its contractors. No provision of this permit shall be deemed to supercede applicable federal law with regard to appropriation of funds or liability for damages caused by the Army Corps or its agents or other representatives.

00902-27

| DEC PERMIT NUMBER 2-6499-00002/00004 | Kill Van Kull Channel Deepening Phase II | PAGE 4 OF 4 |
|---|---|---|

File

Your coast, your future

NYS Waterfronts

George E. Pataki
*Governor*
Alexander F. Treadwell
*Secretary of State*

January 28, 1998

John Sassi, P.E.
Chief, Planning Division
U.S. Army Corps of Engineers
New York District
26 Federal Plaza
New York, NY 10278-0090

Re: F-97-157
COE/NY - Phase II Deepening of Kill Van Kull & Newark Bay Channels, New York & New Jersey

Dear Mr. Sassi:

The Department of State has completed its review of the U.S. Army Corps of Engineers consistency determination with respect to the New York State Coastal Management Program, together with supporting documentation, for the proposed Phase II Deepening of Kill Van Kull and Newark Bay Channels in New York and New Jersey.

Based upon the project information submitted, the Department of State agrees with the U.S. Army Corps of Engineers consistency determination for this activity.

Thank you for your cooperation in this matter.

Sincerely,

William F. Barton for

George R. Stafford
Director

GRS:VAB:dlb

*NYS Department of State*
*Division of Coastal Resources and Waterfront Revitalization*
*Albany, NY 12231-0001*
*Voice: (518) 474-6000 Fax: (518) 473-2464*

00902-28

State of New Jersey
Department of Environmental Protection
PO Box 402
Trenton, NJ 08625-0402
Site Remediation Program
Office of Dredging and Sediment Technology
P.O. Box 028
Trenton, NJ 08625
(609) 292-1250
FAX (609) 777-1914

Christine Todd Whitman
*Governor*

Robert C. Shinn, Jr.
Commissioner
Tel. # (609) 292-2885
Fax # (609) 292-7695

June 9, 2000

Mr. Frank Santomauro, P.E., Chief
Planning Division, Department of the Army
New York District, Corps of Engineers
Jacob K. Javits Federal Building
New York, New York 10278-0090

RE: Federal Consistency Determination / Water Quality Certification
File: 0000-92-0031.10 and 0000-92-0031.11
Project: Area 7 – Kill Van Kull Phase II 45-foot Deepening Project

Dear Mr. Santomauro:

The Office of Dredging and Sediment Technology received your request for a Federal Consistency Determination, as required by Section 307 of the Federal Coastal Zone Management Act (16 USC 1451 et seq.), and Water Quality Certification, as required by section 401 of the federal Clean Water Act (33 USC 1251 et seq.), for contract area 7 of the Kill Van Kull Phase II Deepening Project on April 14, 2000. Analytical data required to support the proposed beneficial use of dredged material at the OENJC-Bayonne site was not received until May 30, 2000. Consequently, the target date for a decision on the federal consistency determination was extended to June 14, 2000 to allow additional time for the Department to review this analytical data.

The Kill Van Kull Phase II deepening project involves deepening the Kill Van Kull, south reach Newark Bay, part of the middle reach Newark Bay and the Elizabeth Channels from their present authorized depth of –40 feet mean low water (MLW) to –45 feet MLW. The subject request for federal consistency and water quality certification is for contract area 7, which encompasses the Elizabeth Channel. The proposed project will include 2 feet of additional safety clearance and potentially 2 feet of overdredge below the authorized maintenance depth or –45 feet MLW. Approximately 1.3 million cubic yards (MCY) of material will be dredged from contract area 7 for this project (this includes both pay and overdredge volumes). Of that total, 12,000 cubic yards is anticipated to be rock, 1.06 MCY is expected to be native clay suitable for use as remediation material at the HARS, and 233,000 cubic yards is expected to be accumulated sediment unsuitable for use as remediation material at the HARS.

The material excavated as part of this project will be placed as follows. Rock material will be placed at the Sandy Hook Artificial Reef site. Native clay will be used to cap Avon, Rutherford and Lyndhurst Landfills located in the Hackensack Meadowlands District assuming all required permits and approvals are in place prior to the excavation of the material. The HARS has been designated as an alternate placement site for the clay, to be used in the event that these permits are not in place at the time of excavation or if the schedule can not be met by the

placement rate. Material found to be unacceptable for placement at the HARS is to be beneficially used at the OENJC Bayonne remediation site. However, the Newark Bay Confined Disposal Facility (NBCDF) has been identified as a contingency to be used in the event that placement rates at the OENJC Bayonne site cannot meet the project schedule.

The proposed beneficial uses for dredged material excavated as part of this project are consistent and encouraged by New Jersey's federally approved Coastal Zone Management Program. However, upon review of the analytical data submitted in support of these beneficial uses, it has been determined that the testing protocol for placement of dredged material at the OENJC Bayonne site has not been followed. The testing protocol of placement of dredged material at the OENJC Bayonne site requires that a separate product sample be formed for each raw composite. The data submitted indicates that only one product sample has been analyzed, where six are required. A review of the one sample analyzed indicates that the material will likely meet the placement criteria for that site, but in the absence of the required testing a final conclusion cannot be reached at this time. It is the Department's understanding that the Corps has agreed to have the upper sediment (HARS unsuitable material) resampled and tested in accordance with the sampling and testing guidance provided by the Department in a letter dated January 21, 2000, and that no material will be excavated from contract area 7 until that testing has been completed and submitted to the Department for concurrence.

In addition, the Corps should be aware that certain activities are required at the OENJC-Bayonne site under the Department's Remedial Action Work Plan (RAWP) approval for that site. The Department has placed a limit of five vertical feet of fill on the site pending installation of the groundwater containment system. It is the Department's understanding that the installation of the perimeter barrier will commence in June and be completed by the end of July 2000.

The Rules on Coastal Zone Management (N.J.A.C. 7:7E) constitute New Jersey's enforceable policies under its federally approved Coastal Zone Management Program. Contract area 7 of the Kill Van Kull Phase II deepening project has been reviewed under the following Rules on Coastal Zone Management: Navigation Channels (7:7E-3.7), Ports (7:7E-3.11), submerged Infrastructure Routes (7:7E-3.12), Intertidal and Subtidal Shallows (7:7E-3.15), Wetlands (7:7E-3.27), Historic and Archaeological Resources (7:7E-3.36), Special Hazards Areas (7:7E-3.41), New Dredging (7:7E-4.2(g)), Dredged Material Disposal in Water (7:7E-4.2(h)), Dredged Material Disposal on Land (7:7E-7.12) and Water Quality (7:7-8.4). Based on the above summary of details of the project as presented in the consistency request, and the commitments made by the NYDCOE to resample and test the dredged material prior to dredging, and to submit the testing results for review and approval by the Department; **I have determined that contract area 7 of the Kill Van Kull Phase II Deepening Project is consistent with the Rules on Coastal Zone Management and New Jersey's federally approved Coastal Management Program.**

I have also reviewed this project for potential water quality impacts. Provided that the following conditions are met, I have determined that this project is not likely to cause a violation of New Jersey's Surface Water Quality Standards (N.J.A.C. 7:9B-1.1 et seq.). **Therefore, this determination includes the State's Water Quality Certification pursuant to Section 401 of**

00902-30

**the federal Water Pollution Control Act (33 USC 1251 et seq.) subject to the following conditions:**

1. A "No barge overflow" condition applies to the dredging and transport of any contaminated dredged material.

2. All dredging of contaminated fine-grained material shall be accomplished using a closed clam shell "environmental" bucket dredge.

3. Dredged material shall be placed deliberately in the barge in order to prevent spillage of material overboard.

4. The dredge shall be operated so as to maximize the bite of the clamshell. This will reduce the amount of free water in the dredged material and the number of bites required to complete the job.

5. The clamshell shall lifted slowly through the water column, generally 2 feet per second or less.

6. All barges or scows used to transport sediment shall be of solid hull construction or be sealed with concrete, except for material permitted for subaqueous disposal.

7. The gunwales of the dredge scows shall not be rinsed or hosed during dredging.

Should you have any questions in this regard, please do not hesitate to contact me at (609) 292-8838.

Sincerely,

Richard Dehlan for

Lawrence J. Baier, Chief
Office of Dredging and Sediment Technology
Site Remediation Program

C: Joel Pecchioli, Office of Program Coordination
Richard Gimello, Executive Director, New Jersey Maritime Resources
Marlen Dooley, Deputy Commissioner, Department of Environmental Protection
Beverly Fedorko, Special Assistant to the Commissioner, NJDEP

00902-31

State of New Jersey

Department of Environmental Protection

Christine Todd Whitman
Governor

Robert C. Shinn, Jr.
*Commissioner*

August 4, 2000

Mr. Frank Santomauro, Chief
Planning Division
U.S. Army Corps of Engineers, New York District
Jacob K. Javits Federal Building
New York, New York 10278-0090

RE: Amended Federal Consistency Determination 0000-92-0031.10
Amended Water Quality Certificate 0000-92-0031.11
Kill van Kull / Newark Bay Channels Deepening Phase II
Contract Area 7; Elizabeth Channel, 45-foot Deepening

Dear Mr. Santomauro:

This letter is forwarded in response to your letter, dated August 3, 2000, requesting modification of the Department's Federal Consistency Determination (0000-92-0031.10) and Water Quality Certificate (0000-92-0031.11), issued on June 9, 2000.

The modification is requested to adjust the volume of material unsuitable for use as remediation material at the Historic Area Remediation Site (HARS) from 233,000 cubic yards to 325,000 cubic yards. The modification also identifies a dewatering strategy for the dredged material, which was previously unidentified. Lastly, the modification requests clarification of upland alternatives for the beneficial use of native clay material removed during the deepening project.

The proposed placement site for HARS unsuitable material is the OENJC-Bayonne site. The site has sufficient capacity to accommodate the additional 92,000 cubic yards of HARS unsuitable material. Further, I am in receipt of new analytical data on this material, which was performed in accordance with the Department's sampling and testing plan dated January 21, 2000. Based on my review of that additional data and additional information received from the Port Authority of New York and New Jersey on August 2, 2000, the HARS unsuitable material meets the placement criteria established for the OENJC-Bayonne site. **Therefore, this letter shall serve to modify the Department's June 9, 2000 Federal Consistency Determination to identify the volume of material to be placed at the OENJC-Bayonne site as 325,000 cubic yards. This letter shall also serve as the Department's Acceptable Use Determination for the placement of this material at the OENJC-Bayonne site as required by Administrative Condition 11 of Waterfront Development Permit 0901-92-0005.3.** This letter does not waive any condition of any Department approval pertaining to the OENJ-Bayonne site.

Regarding the placement of native red-brown clay removed as part of the deepening project, the Department's June 9, 2000 Federal Consistency Determination was based on the identification of upland beneficial uses of this material as a preferred option to use of this material at the HARS. While preference for the upland placement of this material is supported by the State's federally approved Coastal Zone Management Program, this Office acknowledges that at the present time there are no upland sites with all required regulatory approvals in place. **Given the lack of an upland alternative, use of this material beneficially in remediating the HARS is presently consistent with the Rules on Coastal Zone Management (N.J.A.C. 7:7E-4.2(h). In making this determination, the Department acknowledges a commitment by the Corps to give serious consideration, in consultation with the State of New Jersey**

*New Jersey is an Equal Opportunity Employer*
*Recycled Paper*

00902-32

**and the Port Authority of New York and New Jersey, to an upland placement option should one become available and feasible during the tenure of this contract.**

Dewatering of dredged material was not addressed in the Corps' April 15, 2000 request for Federal Consistency concurrence and Water Quality Certificate. Consequently, conditions specific to the discharge of decant water could not be fashioned at that time, and no discharge of decant water was assumed. The modification request identifies that water will be decanted off of the dredged material scows into decant holding barges. The Corps' proposes to allow a minimum 12 hour settling period prior to the discharge of the decant water.

The New Jersey Surface Water Quality Standards include criteria designed to be protective of existing and designated uses of each particular water body. Discharges of decant water could contain pollutants at levels which would cause an adverse impact to the surface water. Rather than analyze a discharge of return water for the full sweep of possible contaminants, this Office recognizes that the vast majority contaminants are bound to sediment particles. The most appropriate analytical test for a broad assessment of the amount of suspended material is the Total Suspended Solids (TSS) analyses. We therefore have chosen to use TSS as an indicator parameter to assess potential impacts from any pollutants that may be bound to the sediment particles.

The Surface Water Criteria applied to TSS concentrations is no discharge that would compromise existing or designated uses of the receiving waters. For SE2 waters those designated uses are the maintenance, migration and propagation of the natural and established biota and secondary contact recreation among others. In the absence of a site specific mixing zone analysis in conformance with N.J.A.C. 7:9B, the TSS criteria determined to be protective of these uses is typically limited to ambient concentrations in the receiving waters. However, given that it is unlikely that ambient conditions can be achieved with existing technology and the temporary nature of the discharge, this Office believes that a TSS level of twice ambient concentrations is not likely to produce acute toxicity in aquatic organisms. The maximum ambient TSS concentration observed in Newark Bay is 30 mg/l (Suszkowski, 1978). Based on limited information provided by ECDC during the maintenance dredging of Reaches B, C and D (WDP 0700-91-0001.4) a minimum 24 hours of retention was required to reach a 60 mg/l action level. The Corps' has proposed only a 12-hour retention time, and has provided no information to demonstrate that 12 hours would meet a 60 mg/l action level. Therefore, Water Quality Certificate 0000-92-0031.11 is modified to require a minimum 24 hour retention prior to discharge, with an allowance for a reduced holding time upon a demonstration that a reduced holding time will meet the required action level. **The specific additional conditions to address the discharge of decant water applied to Water Quality Certificate 0000-92-0031.11 are as follows:**

1) **All decant water holding scows shall be water tight and of solid hull construction.**

2) **All decant water shall be held in the decant holding scow a minimum of 24 hours after the last addition of water to the decant holding scow prior to discharge. Should the ACE or its contractor wish to reduce the required holding time, the ACE or its contractor shall demonstrate that the reduced holding time is sufficient to meet a total suspended solids (TSS) action level of 60 mg/l. The total suspended solids shall be determined through gravimetric analysis. No discharge shall be permitted from the decant holding scow until the results of the gravimetric analysis have confirmed that the 60 mg/l action level has been achieved. No additional water shall be added to the decant holding scow between the time of sample acquisition and discharge. Upon successful demonstration that the reduced holding time is sufficient to meet the TSS action level of 60 mg/l, the monitoring of TSS may be**

00902-37

suspended and the demonstrated settling time shall replace the 24 hour minimum. A successful demonstration of the reduced holding time efficiency shall be determined once three consecutive TSS analyses have confirmed that the 60 mg/l action level has been achieved by the reduced holding time.

3) Should the Corps, or its contractors wish to demonstrate a reduced holding time, all records including time of last addition of decant water into the scow, time of TSS sampling and the results of TSS sampling shall be submitted to the Department as soon as they become available, together with a request for a reduced holding time.

4) During pumping of the decant water from the holding scow, great care shall be taken to avoid resuspending or pumping sediment which has settled in the decant holding scow.

5) Decant water may only be discharged in the Elizabeth Channel. Discharge to another receiving water requires prior approval of a New Jersey Pollutant Discharge Elimination System Permit.

Please append this modified Federal Consistency Determination and Water Quality Certificate to the original document dated June 9, 2000. All conditions imposed on the original Water Quality Certificate shall remain in full force and effect. Should you have any questions concerning this modification, please do not hesitate to contact me at (609) 292-8838.

Sincerely,

Lawrence J. Baier

Lawrence J. Baier
Chief
Office of Dredging and Sediment Technology

C: Beverly Fedorko, Special Assistant to the Commissioner
Richard Gimello, Executive Director, Office of Maritime Resources
Lawrence Schmidt, Director, Office of Coastal Planning and Program Coordination

00902-34

** TOTAL PAGE.03 **

AUG-07-2000 15:52 P.04/05

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY

PORT COMMERCE DEPARTMENT
ONE WORLD TRADE CENTER
NEW YORK, NY 10048-0682

(212) 435-7000
(973) 961-6600

August 7, 2000

Mr. Joseph J. Seebode
Acting Harbor Program Manager
Department of the Army
New York District, Corps of Engineers
Jacob K. Javits Federal Building
New York, NY 10278-0090

Dear Mr. Seebode:

This letter is in response to an inquiry recently received from your office regarding Contract 4 (area 7) for the Kill Van Kull/Newark Bay Deepening Project to 45 Feet. Your office requested disposal costs at the Newark Bay Confined Disposal Facility (NBCDF) as well as other pertinent information.

The Port Authority has contracted the services of Malcolm Pirnie, Inc. to assist with the operation and management of the NBCDF. These services, which are in effect for Contract 3 of the above mentioned project, are delineated in the Operations and Management manual prepared by Malcolm Pirnie and previously furnished to the New York District.

Current tip fees for disposal of dredged material at the NBCDF are $29 (twenty nine dollars) per cubic yard. If you have further questions regarding the NBCDF you may contact our Project Manager, Jim Iacone at 435-6548.

Sincerely,

for Angelo R. Trotta
Thomas Wakeman
Manager, Dredging Division
Port Commerce Department

Cc: Harold Hawkins, NYD-COE
Arthur J. Connoly, NYD-COE

00902-35

AUG-07-2000 15:51 P.02/05

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY

LILLIAN C. BORRONE
DIRECTOR
PORT COMMERCE DEPARTMENT

ONE WORLD TRADE CENTER, 34S
NEW YORK, NY 10048-0682

(212) 435-6001
(212) 435-6030 FAX
borrone_l@panynj.gov

August 4, 2000

Mr. Joseph J. Seebode
Acting Harbor Program Manager
Department of the Army
New York District, Corps of Engineers
Jacob K. Javits Federal Building
New York, NY 10278-0090

Dear Mr. Seebode:

This letter is in response to your telephone call regarding the contract for the Kill Van Kull/Newark Bay Deepening Project to 45 Feet, Area 7. You requested clarification with respect to the Port Authority's willingness to provide a berth where a barge(s)/scow(s) can be held to decant water as part of a dredged material dewatering process.

The Port Authority will provide a berth in the vicinity of the Elizabeth Channel, at no cost to the Corps' contractor, where a barge(s) can be held to decant water until such time that the removal of non-HARS sediments has been completed. At this time, we envision providing either Berth 63 or Berth 36 at the end of the channel.

If you have further comments or questions regarding our position in this matter, please contact Tom Wakeman at 435-6618.

Sincerely,

Lillian C. Borrone
Director
Port Commerce Department

Cc: Harold Hawkins, NYD-COE
Arthur J. Connolly, NYD-COE
Richard Gimello, NJMR
Lawrence Baier, NJDEP

009023б


PORT
NEWARK/ELIZA
MARINE TERM
PORT NEWARK CONTAINER TERMINAL
CALCUTTA ST
ENTRANCE
CLIPPER ST
STARBOARD ST
ELIZABETH
CHANNEL
CRANES
NEWARK (ESSEX CO)
ELIZABETH (UNION CO
MAHER FLEET STREET TERMINAL
BAY AVENUE
TERMINAL
ENTRANCE
EXPRESSRAIL (DOCKSIDE)
FLEET ST
CADIZ ST
DAKAR ST
McLESTER ST
EGYPT ST
PUSAN ST
FORMOSA ST
KING ST
HARTZ MTN.
KLEIN IND.
BAY AVE
TRIPOLI ST
IZMIR
ENTRANCE
MAHER
TRIPOLI STREET
TERMINAL
POLARIS ST
ENTRANCE &
EXIT GATE
EXPRESSPORT
PLAZA
MAERSK SEALAND TERMINAL
TRANSTAINERS

00902-37

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES 1

2. AMENDMENT/MODIFICATION NO. 0003 | 3. EFFECTIVE DATE 13-Jul-2000 | 4. REQUISITION/PURCHASE REQ. NO. W16ROE-0103-0456 | 5. PROJECT NO.(If applicable)

6. ISSUED BY CODE DACA51
USA ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA

NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE
See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

X 9A. AMENDMENT OF SOLICITATION NO. DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11) 18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

CODE | FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

New York Harbor, Kill Van Kull and Newark Bay Navigation Improvement Project, Phase II, Contract 4 (Area 7), Elizabeth Channel, NJ

The purpose of this amendment is to incorporate technical changes and include current Wage Rate Decision. See attached sheets.

Bid opening date, originally scheduled for 18 July 2000 at 11:00 A.M., now opening 18 August 2000 at 11:00 A.M.

Bidders must acknowledge receipt of this amendment by the date and time specified in the solicitation (or as amended) by one of the following methods: in the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
MARTIN MCRIMMON / COST/PRICE ANALYST

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY
(Signature of Contracting Officer)

16C. DATE SIGNED
13-Jul-2000

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

DONJON 003355

**NOTICE TO BIDDERS**
Failure of any bidder receipt of
This Amendment in to
Acknowledge Item 19
of Standard Form 1442
(page 00010-2) may result
in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 3**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.3 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 18 July 2000 at 11:00 AM, Local time, is now re-scheduled for 18 August 2000 at 11:00 AM, Local Time.**

1. The following changes shall be made to the specifications and drawings.

SECTION 00800

1. Page 00800-8, Paragraph 1.16, line 13, Change the amount of "$2918.00" to "$4,125"

2. Page 00800-8, Paragraph 1.16, At the end of paragraph, add the following sentences:

"The Contractor shall perform per-final hydrographic sweep surveys of an entire acceptance area to verify the area is satisfactorily completed prior to final examination by the Government. The pre-final surveys shall be performed using a multitrack or multibeam survey system to insure 100% coverage of the entire acceptance area. The proposed method for performing theses surveys and all equipment and programs shall be submitted for approval. The Contractor's hydrographic surveys shall meet or exceed the survey standards listed in EC 1130-2-210, HYDROGRRAPHIC SURVEYING, 1 October 1998 for Class I surveys."

3. Page 00800-9, Paragraph 1.23, line 2, Delete numbers "$3,000,000" and replace with "$2,000,000".

4. Page 00800-18 thru 00800-22, paragraph 1.34, Delete its entirety in paragraph 1.34 and replace with the following:

" a. The contractor shall furnish at the site designated by the Contracting Officer a lockable like new single field office of a minimum total area of 1,800 SF and new equipment for the use of the Contracting Officer, meeting the following requirements and the enclosed trailer floor plan and site plan at the end of this section:

- Prior to site selection and construction, the shop drawings shall be submitted for approval.
- With the exception of the two (2) bathrooms and kitchen area, the floors shall be carpeted.
- Office space with three (3) rooms as shown on the floor plan.
- One (1) conference room/meeting area having a minimum of 420 SF of open floor area and as shown on the floor plan.
- Three (3) cellular mobile phones (latest model) and monthly bills associated with the cellular phones are to be paid by the Contractor.

- Eleven (11) office desks with lockable drawers (60 inches x 30 inches) laminated top and eleven (11) high back, cloth swivel chairs.
- Twelve (12) Telephones: 12 separate telephones with extension and intercom connection, a separate cordless station phones 900 MHz (2) line (Total 12 Units). Installation and phone company fees, and monthly local and long distance bills for the duration of this contract are to be paid by the Contractor. The Contractor shall arrange for the telephone service and instruments as follows:

* 1 line dedicated phone line and jack for fax machine.
* 5 separate phone lines with 12 instruments and wall jacks for voice communication.
* A fiber optic cable connection between the old trailer and the new trailer. (The cable should pull from the hub in the old trailer to the designated central computer area in the new trailer).
* Install 15 RJ45 cables from the central computer area to individual working area with 15 data wall jacks.

- One (1) two line digital telephone answering machine with remote answering and access capability and voice time/day stamp.
- Two (2) Fire proof, 4 drawer, legal size lockable filing cabinets.
- Two (2) 4 drawer, legal size lockable filing cabinets.
- Two (2) Shelf set, four shelves high x 12 inches deep x 3 feet long, (attachable to wall).
- One (1) Plain paper telefax machine with a dedicated telephone line and an adequate supply of paper. The supply of telefax paper shall be replenished by the Contractor as required by the Contracting Officer.
- Fourteen (14) IBM compatible personal computer Pentium III 600 MHz or better with computer desk with printer stand, to be supplied complete in all respects to the Contracting Officer within 10 days of notice to proceed, including for each machine:
* Fourteen (14) computer printers
- One of the fourteen (14) computers shall be set up as a network server for the remaining thirteen (13) units. This computer shall be set up for a scanner, plotter and a printer as well as the feed for digital camera inputs.
- Pentium III processor running at 733 MHz or better Pentium III with 3d TECHNOLOGY
- High-speed cache memory controller with 512 KB L2 PIPELINE BURST CACHE
- 100MHz SYSTEM BUS
- 256 MB SDRAM or more
- (1) 3.5" 1.44 MB diskette drives with hard drive controller
- 10 GB hard drive with access time of 9 ms
- Multi I/O card
- 7 expansion slots
- Sound Card W/ SPEAKERS
- Enhanced 101 keyboard
- DOS 6.22 or higher
- 6 outlet surge protectors
- 17" SVGA high-resolution flat screen color monitor with refresh rate 75 Hertz or better
- Diamond Viper V770D Video Card or better
- DVD ROM and CD writer
- 10/100 MB 3 COM Net Card with RJ45 connector (Network Connection)
- 8 MB SVGA color graphics card minimum 100MHz
- TAKTRONIC Phaser 740 Color Printer or equivalent printer with ability to print 8 pages per minute with at least 200 sheets per input tray
- Provide paper supplies, ink cartridges, toners, etc and maintenance as necessary for all office equipment.
- Original DOS manual and disks installed

- 3 button Mouse w/ pad
- Modem 56000 Baud v90
- Voice recognition software with 95% accuracy.
- Software 95% Scan OCR Accuracy
- CD ROM (DVD 40x/Speed) (INTERNAL)
- CD 2X6R/W (READ/WRITE CD) W/ 20 DISKS (INTERNAL)
- 100mb ZIP drive or equal, which will accept 100mb ZIP disks (internal)
- WINDOWS NT version 4.0 and Windows (latest version)
- Primavera for windows including all original disks and manuals or equivalent
- Microsoft Office 2000 Professional suite VERSION 98 including MS Word and Excel or equivalent
- Lotus Smart Suite Database manager
- Anti-Virus software 2 types
- Word Processor-Latest Word Perfect (Windows)
- Internal ZIP Tape Backup hardware & software 2 GB Capacity min
- Communication Software
- AUTO CAD VER 15 or equivalent for one machine only.
- All software shall be the latest version available, compatible with hardware, and shall be provided with CD ROM disks and manuals as installed
- Computer must be completely set up with DOS and the above software operable. Setup person will give an eight-hour demonstration period to show that all components are functioning properly and answer any questions the Contracting Officer may have ABOUT ANY PROGRAM.
- Harvard Graphics
- ALL REQUIRED CABLES CONNECTORS AND WIRING TO CREATE THE COMPUTER NETWORK AND HARDWARE.

The following new equipment shall also be provided:

- One (1) 19" Color TV with basic cable service with the Weather Channel available.
- One Video Cassette Recorder (VCR) VHS Format Record/Play ability
- One Digital Video Camera with interface, software, spare battery, case and charger
- One (1) HP Design Jet 250C Color Plotter or equivalent connected to both computers via printer switching terminals with STAND AND ROLL PAPER FEED W/ (10) ROLLS size E paper
- One (1) HP Color Laser jet Printer 4500, or equal
- One (1) Optical scanner-full page 4800 DPI Enhanced with optical character reader and OMNI PAGE PRO software SCSI interface TWAIN driver.
- One (1) office conference table, 2-1/2 feet by 8 feet with laminated top oval configuration
- Eight (8) straight high back office chairs with wheels
- One (1) Bulletin board, 3 feet x 5 feet
- One (1) Grease erasable chalkboard, 2 ft x 3 ft
- Six (6) wastebaskets with supply of bags
- One (1) Vertical filing plan rack for twelve sets of 30 inch x 48-inch plans
- One (1) Drafting table FOR SIZE E DRAWINGS and chair
- One (1) Office table, 3 feet by 8 feet with laminated top
- One (1) Heavy duty, digital, color dry process photocopying machine, with auto document feeder, sorter, collator, enlarging/reduction ability, 8.5 x 11; 1, 8.5 x 14 and 1, 11 x 17 paper trays and an adequate supply of copy paper and printing supplies. The supply of copy paper shall be replenished by the contractor as required by the Contracting Officer
- One (1) Coat Rack
- One (1) Paper towel dispenser with towels
- One (1) Paper cup dispenser with cups
- One (1) Water cooler/heater
- Toilet facilities as specified

- One steel locking storage cabinet
- One Steel Construction Tool Box with locks (largest Model)
- Twelve (12) quest chairs, stackable type, 31"Hx18"Wx22'D, tubular chrome frame, and durable fabric upholstery on seat and back
- One (1) table, 29"Hx24"Wx96"L, hardwood finish
- Twelve (12) heavy duty solid wood book cases, 48"Hx36"Wx12"D, hardwood finish
- All structures other than storage sheds installed under this paragraph FIELD OFFICE shall be provided with, as a minimum, the following services:

* Lighting, Electric light, non-glare types luminaries to provide a minimum illumination level of 50-foot candles at desk height level
* Heating and cooling. Adequate equipment to maintain an ambient air temperature of 70 degrees F +/- 3 degrees
* Window Blinds
* Provide a porch deck and two access stairs with pressure treated lumber material as shown on the attached site plan; minimum dimensions shall be 8'-6" (W) x 36' (L).
* Potable bottled water as required maintaining a daily water supply with one spare bottle each day.
* Fire Extinguisher. Non-toxic, dry chemical, fire extinguisher meeting Underwriters Laboratories, Inc. approval for Class A, Class B, and Class C fires with a minimum rating of 10A; 20B; 10c
* Toilet. Two separate enclosed rooms, power ventilated, heated and complying with applicable sanitary codes including hot and cold running water and flush type toilet
* Radio communication equipment including base station and two (2) portable units on the Contractor's frequency, all with desk chargers. If the Contractor's frequency is not VHF then provide, in addition to the contractor's frequency equipment, a VHF Base Station and FOUR (4) hand held VHF radios with desk chargers similar to ICOM IC-M125 (Base Station) and IC-M15 Hand Held.
* Janitorial services on a daily basis including, but not limited to, sweeping, emptying baskets, weekly mopping, dusting all surfaces, servicing of toilets and washing and waxing of floors, cleaning all windows (inside and out) AND re supply of paper goods and soap.
* Sufficient supply of electrical outlets.
* All utilities (water, sewer, electricity, heat, and all telephones) monthly bills are paid by the Contractor for the duration of this contract.

b. The Contractor shall set up all systems and maintain the field office all time for the entire project period. The field office, including furniture and equipment, shall be removed from the project site at the contract completion date or as directed by the Contracting Officer. Payment shall be made for providing above accommodations and all costs in connection therewith shall be paid at contract lump sum price listed in the Bidding Schedule.

5. Page 00800-22, Paragraph 1.37, Delete the last two sentences without substitution.

6. Page 00800-29, Add new pages 00800-30 (Amend. 3) and 00800-31 (Amend. 3), which accompany.

SECTION 00900

1. Page 00900-6 thru 00900-36, Delete its entirety in General Decision Number NJ000003 and replace with 00900-6 (Amend. 3) thru 00900-39 (Amend.3)

SECTION 00903

1. Add new pages, 00903-1 (Amend. 3) and 00903-2 (Amend. 3), which accompany.

SECTION 01420

1. Page 01420-2, paragraph 4.1 d, At the end of Par. 4.1.d, add the following:

"The SSHO or safety professional assigned to the project must be present on the floating plant during duty hours. In the event of sickness or other emergency (personnel or otherwise) where the SSHO or safety professional finds that they cannot report for duty or must leave the job site, notify their supervisor to arrange for replacement. They must make prior to their departure."

SECTION 01451

1. Page 01451-4, Paragraph 3.4.2, At the end of the paragraph, add the following:
"The CQC System Manager or his alternate shall be on the floating plant at all times during construction."

2. This Amendment shall be attached to the specifications and shall be a part of thereof.

3. The Corps of Engineers provides the following answers to questions received from bidders. The Corps of Engineers below supplies answers to questions received in writing regarding DACW51-00-B-0011. These answers do not become a part of the contract documents.

1. Section 02900, Paragraph 6.1- The item states in reference to no-rock materials unsuitable for placement at the HARS that "These dredged material s shall be disposed of at the disposal site designated by the Government."

Paragraph 6.2 – The item identifies the Bayonne Golf Course, operator Cherokee/OENJ, as the sole disposal site identified by the Government for disposal of the non-HARS suitable non-rock material and states that "The Contractor is required to use the site identified ..." in the Item.

1) Will the Government allow the Contractor to utilize other approved upland disposal facilities for the non-rock materials unsuitable for placement at the HARS?

**The New Jersey DEP Water Quality Certificate is issued based on the test results of samples performed by the PA of NYNJ. The PA of NY & NJ has identified only the OENJ/Bayonne site for this project. Therefore, no other upland disposal facility is allowed for this contract.**

2) If so, is it the Contractor's responsibility to prepare and implement a revised sampling plan and obtain necessary environmental approvals for disposal at he alternate facility?

N/A

Paragraph 6.2 – A review of the permits for the Bayonne Golf Course indicates that certain work must be performed in order to allow for the receipt of dredged materials at the site. Visual inspection of the designated facility confirmed that dredging is underway in the entrance channel to the off-loading area at the site, and that the proposed dredged material processing facility is not yet constructed.

3) Who is responsible for damages due to delays if the site is not available to receive dredged materials upon the scheduled start date of the project?

**According to the Cherokee/OENJ construction schedule, it is expected that the entrance channel work and processing facility will be completed prior to initiation of the dredging contract.**

The Government's designated disposal site is the Bayonne Golf Course site operated by Cherokee/OENJ. For emplacement at this site, the dredged materials must be first processed for stability and must meet certain regulatory criteria.

4) Is the Government responsible for costs incurred if the dredged material does not meet the requirement for placement at the OENJ site after stabilization?

**The Water Quality Certificate (WQC) to be provided in the contract documents will identify the disposal site available for contract use**

5) Who is responsible for damages associated with the aforementioned situation, including damages for delays if the processing facility is not available (breakdown, slower processing than anticipated, etc.)?

**The upland disposal facility will have an agreement or subcontract with the dredging contractor. Therefore, the Government is not responsible for any agreement made between the dredging contractor and upland disposal facility operator.**

CTI operates a fixed-based dredged material recycling facility at the Claremont Channel in Jersey City, New Jersey, which is suitable for the material from this channel.

6) Can the material be processed at the CTI facility and shipped by truck or by water to the Bayonne Golf Course?

**It will be up to the identified upland disposal facility operator to determine if an alternate recycling facility can meet their requirements and the requirements stated in the WQC.**

2. A. After a through review of and comparison of the borings and hydrographic surveys provided in the plans for the above referenced solicitation, we question the Corps data interpretation and subsequent generation of the Recent Black Silt Isopach Map provided in sheet 13. From our analysis, it appears that he Corps has used the borings, determining the difference between the top of the Pleistocene layer and the top of the boreholes, to generate this isopach map. However, the tops of most of these boreholes indicate a deeper existing depth than shown at the same location by the hydrographic surveys. Presumably this difference can be attributed to shoaling, as the hydrographic surveys are more recent than the borings. Below are a few examples of the differences:

THICKNESS OF SILT FROM TOP OF BORING

| Boring | Top of Borehole | Top of Pleistocene | Thickness of Silt |
|---|---|---|---|
| E98-16 | -41.5' | -42.0' | 0.5' |
| E99-7-8 | -43.0' | -43.0' | 0.0' |
| E98-15 | -44.0' | -45.8' | 1.8' |

THICKNESS OF SILT FROM TOP OF EXISTING SURVEY

| Boring | Hydrographic Data | Top of Pleistocene | Thickness of Silt |
|---|---|---|---|
| E98-16 | -40.7' | -42.0' | 1.3' |
| E99-7-8 | -41.2' | -43.0' | 1.8' |
| E98-15 | -42.1' | -45.8' | 2.7' |

1) If this is indeed the case, the USCE generated Recent Black Silt Isopach Map will indicate a smaller thickness and subsequently less volume than will be encountered during the project. One reasonable approach to quantifying the recent "silt" materials is to perform a volume take off strictly on the analysis (isopach map) provided with the contract. Another approach would be to perform an analysis utilizing a combination of the borings and hydrographic surveys. As variations in quantity of this recent material will result in significant cost impacts on bidding this project, should the contractors utilize the hydrographic surveys along with the borings or solely rely upon the Corps analysis for determining mud quantities?

**As noted in the bidder's comments above the elevation of the top of the borehole is not necessarily equal to the elevation indicated on the Condition survey. As pointed out the top of the boring elevation is normally deeper than the depth indicated on the Condition or Hydrographic Survey. This may be due to the shoaling since most of the borings were completed before the Condition Survey. Another factor is due to the survey method (measurement of elevation) differences between the Condition Surveys and geological surveys. The Top of Rock Contour, Top of Pleistocene Map, and RECENT SILT Isopach Map and cross sections are the Government's interpretation of the data provided in the drawings and are information purpose only. Bidders should prepare their own estimates by employing their own quantity take-off methods.**

2) All soft materials (non-rock unsuitable for disposal at the HARS) are to be removed by an environmental bucket before removing the underlying hard material. How will the USCE determine that these soft materials have been sufficiently removed?

**As stated in the specifications, this will be determined jointly by the contractor's CQC personnel, USACE certified Dredge/Disposal Inspector, and the COR. The Contractor shall verify that all soft material has been removed from the area before he commences the dredging of hard materials. Such verification may be visual, by observing the environmental bucket as it exits the water or by the means as approved by the Contracting Officer.**

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.
Pgs 00800-30 & 00800-31
Pgs 00900-6 thru 00900-39
Pgs 00903-1 & 00903-2

**General Decision Number** NJ000003

General Decision Number **NJ000003** sg
Superseded General Decision No. NJ990003

State: New Jersey

Construction Type:
BUILDING
HEAVY
HIGHWAY

County(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories, does not include Hunterdon or Somerse Counties for building construction only)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 02/11/2000 |
| 1 | 03/10/2000 |
| 2 | 03/24/2000 |
| 3 | 05/05/2000 |
| 4 | 06/02/2000 |
| 5 | 06/16/2000 |
| 6 | 07/07/2000 |

COUNTY(ies):

| | | |
|---|---|---|
| BERGEN | MIDDLESEX | SUSSEX |
| ESSEX | MORRIS | UNION |
| HUDSON | PASSAIC | WARREN |
| HUNTERDON | SOMERSET | |

ASBE0032E 09/19/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES: | | |
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials; protective coverings, coatings, and finishes to all types of mechanical systems | 26.58 | 14.82 |

---

ASBE0089A 07/01/1999

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware,

East Armwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Armwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin, Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES

| | | |
|---|---|---|
| ASBESTOS WORKERS/INSULATORS Includes the application of all insulating materials, protective coverings, coatings, and finishes to all types of meechanical systems | 26.89 | 14.46 |

---

BOIL0028A 08/01/1999

| | Rates | Fringes |
|---|---|---|
| BOILERMAKER | 31.15 | 16.05 |

---

BRNJ0004D 11/01/1998

Rates Fringes

BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SUSSEX, UNION, WARREN, the following parts of HUNTERDON, and SOMERSET COUNTIES: (at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across

from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

| | | |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS, & STONEMASONS | 27.12 | 12.25 |

---

BRNJ0005B 11/01/1998

Rates Fringes

HUNTERDON (Annadale, Califon, Lebanon, Oldwick, Readington, Three Bridges, & White House Station Twps.), MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

| | | |
|---|---|---|
| BRICKLAYERS, CEMENT MASONS, PLASTERERS & STONEMASONS | 26.25 | 11.95 |

---

CARP0006B 05/01/2000

Rates Fringes

BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant

Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES

| | | |
|---|---|---|
| CARPENTER | 28.36 | 12.32 |
| MILLWRIGHTS | 29.06 | 12.53 |

---

CARP0015B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN COUNTY (Remainder) | | |
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0031C 05/01/1997

Rates Fringes

HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 26.28 | 12.34 |

---

CARP0041C 05/01/1995

Rates Fringes

ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS & INSULATORS | 25.94 | 37%+.04 |
| MILLWRIGHTS | 26.44 | 37%+.04 |

---

CARP0099I 05/01/1995

| | Rates | Fringes |
|---|---|---|
| LATHERS | 25.94 | 37%+.10 |

---

CARP0124A 05/01/2000

Rates Fringes

BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP0399A 05/01/1995

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| CARPENTERS & INSULATORS | 26.33 | 35%+.04 |
| MILLWRIGHTS | 26.58 | 35%+.04 |

---

CARP1342A 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX, AND HUDSON (West of Hackensack River) | | |
| CARPENTERS | 28.46 | 43%+.18 |
| MILLWRIGHTS | 28.96 | 43%+.18 |

---

CARP1456A 07/01/1998

| | Rates | Fringes |
|---|---|---|
| DIVER | 35.89 | 19.73 |
| DIVER TENDER | 26.43 | 19.73 |

---

CARP1456B 07/01/1998

| | Rates | Fringes |
|---|---|---|
| DOCK BUILDER & PILEDRIVERMEN | 29.15 | 19.73 |

---

CARP2212A 05/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES | | |
| SOFT FLOOR LAYERS | 25.75 | 39.73% |

---

ELEC0017A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS (RAILROAD CONSTRUCTION) | 21.20 | 26.5% |
| COMMERCIAL TELEPHONE INSTALLATION | 21.20 | 26.5% |

---

ELEC0052D 05/29/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY | | |
| LINE CONSTRUCTION: Linemen, Cable Splicers, Line Equipment Operators, Line Truck Operators, and Groundman | 30.71 | 51.25% |

---

ELEC0052E 06/01/1998

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY | | |
| ELECTRICIANS & CABLE SPLICERS | 28.84 | 49.25% |

---

ELEC0102B 05/29/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Operators | 34.35 | 37% |
| Cable Splicers | 37.79 | 37% |
| Groundmen | 20.61 | 37% |

---

ELEC0102C 05/29/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES | | |
| ELECTRICIAN | 34.35 | 37% |
| CABLE SPLICER | 37.79 | 37% |

---

ELEC0164B 08/15/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN AND HUDSON COUNTIES | | |
| LINE CONSTRUCTION: | | |
| Lineman, Welder,X-Ray Technician, Equipment Repairman, & Equipment Serviceman | 33.36 | 41% |
| Cable Splicer | 37.70 | 41% |
| Groundman | 20.02 | 41% |

---

ELEC0164C 08/15/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN AND HUDSON COUNTIES | | |
| ELECTRICIANS | 33.36 | 41.5% |
| CABLE SPLICERS | 37.70 | 41.5% |

---

ELEC0262A 06/01/1994

| | Rates | Fringes |
|---|---|---|
| UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Avenue in New Providence Borough to Diamond Hill Road, South on that road to and along Park Avenue in Scotch Plains and continuiong along Martine Avenue to and Norrtheast along Raritan Road to and Easterly along Westfield - Scotch Plains line to Lehigh Valley Railroad and Southwest on the railroad to Middlesex County line) | | |
| LINE CONSTRUCTION: | | |
| Groundman | 22.05 | 11.7%+3.76 |
| Lineman, Cable Splicers, | | |

| | | |
|---|---|---|
| Line Equipment Operator | 23.23 | 11.7%+3.76 |

---

ELEC0262B 08/15/1993

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | | |
|---|---|---|
| ELECTRICIANS | 25.92 | 6.09+20% |

---

ELEC0262C 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), AND SOMERSET (Area South of a line following Mountain Ave from the Union County line West to Hillcrest Ave in Union Village, North on Hillcrest Avae to and West on the Passaic River, West on Dead River, West on Allen Road, North on Somerville Road, West on Howell Road, Southwest on Mount Prospect Road, West on Martinsville - Pluckemin Ropad, West on Klines Mill road, North on John Kane Road to Hunterdon County Line, and alos that portion of Montgomery Twp West and South of a line following U.S. Highway #206 North from Mercer County to the Harligen Road, West along that road the Dutchtown - Zine Road to Hillsboro Township line)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman, Cable Splicer | 22.87 | 3.76+11.7% |
| Groundman | 21.06 | 3.76+11.7% |

---

ELEC0262E 08/15/1993

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Ave in New Provedenec Borough to Diamond Hill Rd, South on that Road to and along Park Ave in Scotch Plains and continuing along Martine Ave to and Northeast along Raritan Rd to and Easterly along Westfield - Scotch Plains line to the Lehigh Valley Railroad and Southwest on the railroad to the Middlesex County line)

| | | |
|---|---|---|
| CABLE SPLICERS & ELECTRICIANS | 26.85 | 6.09+20% |

---

ELEC0262G 06/01/1994

| | Rates | Fringes |
|---|---|---|

HUNTERDON (Except Tewksbury Twp and Califon Borough), SOMERSET (Area South of a line following Mountian Avenue from Union County line West to Hillcrest Ave to and West on the Passaic River, West on Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mt Prospect Rd, West on Martinsville-Pluckemin Rd, West on Klines Mill Rd, North on John Kane Rd to Hunterdon County line, and that portion of Montgomery Twp West and South of a line following US Highway #206 North from Mercer County to Harligen Rd, West along that road that road the

Dutchtown - Zine Rd to Hillsboro Twp line)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 26.83 | 6.09+20% |

---

ELEC0262H 11/30/1994

MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen, Cable Splicers | 22.87 | 3.76+11.7% |
| Groundmen | 21.06 | 3.76+11.7% |

---

ELEC0358A 06/01/1998

MIDDLESEX COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| ELECTRICIANS | 30.26 | 42.75% |

---

ELEC0358C 06/01/1998

MIDDLESEX COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen, Hole Digger Operator, Truck w/o Winch or Pole & Steel Hand, Truck w/o Winch, X-ray Technician & Equip. Repairer | 30.26 | 43% |
| Cable Splicer | 33.89 | 43% |
| Groundman & Winch Operator | 29.47 | 43% |
| Certified Welder Lineman | 31.77 | 43% |

---

ELEC0456B 06/01/1998

Rates Fringes

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | | |
|---|---|---|
| ELECTRICIANS | 29.63 | 45.75% |
| CABLE SPLICERS | 33.19 | 45.75% |

---

ELEC0456C 06/01/1998

| | Rates | Fringes |
|---|---|---|

MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Linemen | 29.63 | 45.75% |
| Cable Splicer | 33.19 | 45.75% |
| Groundmen | 28.84 | 45.75% |
| Winch Operator | 28.84 | 45.75% |

---

ELEC0581A 06/01/1994

| | Rates | Fringes |
|---|---|---|

UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, Across Baltusrol Country CLub to Baltusrol Rd, Along Baltusrol Rd and Summit Lane to Mountainside Borough and long New Providence Rd to and along Mountainside Borough line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough, to the Somerset County Line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County line West to Hillcrest Ave in in Union VIllage, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Road, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line) COUNTIES

| | | |
|---|---|---|
| LINE CONSTRUCTION: | | |
| Lineman & Equipment Oper | 27.32 | 15.75%+5.18 |
| Line Truck Equipment, and Groundman | 20.30 | 15.75%+5.18 |

---

ELEC0581C 08/15/1993

| | Rates | Fringes |
|---|---|---|

SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mounbt Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line), and UNION (Area West and North of a line

running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Baltusrol Rd along BAltusrol Rd and Summit Lane to Mountainside Borough to and along New Providence Rd, to and along Mountainside Borough Line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough to the Somerset County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.77 | 15.00%+5.22 |

---

ELEC0675B 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION COUNTY (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way across Baltusrol Country Club to Baltusrol Rd, along Batlusrol Rd and Summit Lane in Mountainside to and along New Providence Rd to and along the Mountainside line to and along Washington Valley Rd, to and along Diamond Hill Rd to and along Park Ave in Scotch Plains, and continuing along Martine Ave, to and Northeast along Raritan Rd, to and Easterly along the Westfield - Scotch Plains Line, to the Lehigh Valley Railroad and Southwest on the railroad to the county line)

LINE CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Lineman, Cable Splicers, Line Equipment Operators | 27.98 | 30.75%+4.25 |
| Groundmen | 26.83 | 30.75%+4.25 |

---

ELEC0675C 05/29/1995

| | Rates | Fringes |
|---|---|---|

UNION (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Batlusrol Rd and Summit Lane to Mountainside Borough, to and along Washington Valley Road, to and North along Diamond Hill Rd, to and west on Mountain Ave in New Providence Borough, to the Somerset County line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd, to the Hunterdon County Line) COUNTIES

| | | |
|---|---|---|
| ELECTRICIANS & CABLE SPLICERS | 27.98 | 4.25+30.75% |

---

ELEV0001A 07/01/1994

| | Rates | Fringes |
|---|---|---|
| ELEVATOR MECHANICS: | | |
| Construction | 22.59 | 5.22+A+B+C |
| Modernization | 15.94 | 3.69+A+B+C |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday,

Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day

B. Employer contributes $8.00 per day per employee to annuity fund

C. Employee with 6 months but less than 5 years of service receive 2 weeks vacation, and 3 weeks vacation for 5 years or more of service

---

* ENGI0825C 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS | | |
| TANK ERECTION: | | |
| GROUP 1 | 33.61 | 15.65+A+B |
| GROUP 2 | 32.77 | 15.65+A+B |
| GROUP 3 | 34.75 | 15.65+A+B |
| GROUP 4 | 30.68 | 15.65+A+B |
| GROUP 5 | 25.47 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday

Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.

B. Employee receives 20% premium pay for hazardous waste work.

TANK ERECTION CLASSIFICATIONS

GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.

GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.

GROUP 3: Helicopters--Pilot.

GROUP 4: Air compressors, welding machines and generators (gas, diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.

GROUP 5: Oiler.

---

* ENGI0825D 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| [STEEL ERECTION]: | | |
| GROUP 1 | 33.89 | 15.65+A+B |
| GROUP 2 | 32.98 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 3 | 30.69 | 15.65+A+B |
| GROUP 4 | 28.03 | 15.65+A+B |
| GROUP 5 | 26.50 | 15.65+A+B |
| GROUP 6 | 24.74 | 15.65+A+B |
| GROUP 7 | 35.25 | 15.65+A+B |

FOOTNOTES:

A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.

B. Employees receive 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]

GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).

GROUP 2: Cranes - (all cranes, land or floating with booms including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).

GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines, portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.

GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric, 2 or 3 in battery, including diesels); captain power boats; tug master power boats.

GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.

GROUP 6: Oiler staddle carrier.

GROUP 7: Helicopter pilot.

---

* ENGI0825E 07/01/2000

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES: | | |
| GROUP 1 | 31.75 | 15.65+A+B |
| GROUP 2 | 30.10 | 15.65+A+B |
| GROUP 3 | 27.96 | 15.65+A+B |

| | | |
|---|---|---|
| GROUP 4 | 26.46 | 15.65+A+B |
| GROUP 5 | 24.74 | 15.65+A+B |
| GROUP 6 | 33.68 | 15.65+A+B |

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.

OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES CLASSIFICATIONS

GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.

GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).

GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.

GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines; gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).

GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.

GROUP 6: Helicopter-pilot.

---

* ENGI0825M 07/01/2000

| | Rates | Fringes |
|---|---|---|
| BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS: | | |
| POWER EQUIPMENT OPERATORS | | |
| GROUP 1 | 31.12 | 15.65+A+B |
| GROUP 2 | 29.53 | 15.65+A+B |
| GROUP 3 | 27.62 | 15.65+A+B |
| GROUP 4 | 25.99 | 15.65+A+B |
| GROUP 5 | 24.28 | 15.65+A+B |
| GROUP 6 | 32.94 | 15.65+A+B |

FOOTNOTES:

A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.

B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power

plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.

GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types; conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).

GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power); batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading

and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive;

dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement Breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single), concrete spreaders (small type), conveyor loaders (not including elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier transformer type); wellpoint systems.

GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

---

IRON0011D 07/01/1999

| | Rates | Fringes |
|---|---|---|
| BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES | | |
| IRONWORKERS: | | |
| Structural | 26.78 | 21.05 |
| Reinforcing | 25.28 | 21.05 |

---

IRON0036C 07/01/1999

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| Projects under $25 million: | | |
| IRONWORKERS; STRUCTURAL, REINFORCING AND ORNAMENTAL | 22.75 | 12.65 |
| Projects $25 million or more: IRONWORKERS: STRUCTURAL, REINFORCING AND ORNAMENTAL | 23.25 | 12.65 |

---

IRON0068E 07/01/1999

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET (South half) COUNTIES | | |
| IRONWORKERS: | | |
| Structural, Ornamental | 26.56 | 18.90 |
| Rerinforcing (Concrete Rods) | 24.56 | 18.90 |

---

* LABO0021C 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUDSON COUNTEY (Remainder) | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer | 20.75 | 11.95 |
| Class B Laborer | 20.25 | 11.95 |
| Class C Laborer | 17.21 | 11.95 |

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat, demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0072B 05/01/2000

MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps)

LABORERS BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| Class A Basic Laborer | 22.60 | 9.60 |
| Class B Specialist Laborer | 23.10 | 9.60 |

Class A-All Laborers not listed in Class B.

Class B-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.

---

* LABO0156B 05/01/2000

MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin Townships) COUNTIES:

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 24.30 | 8.40 |
| Group 2 | 23.80 | 8.40 |
| Group 3 | 20.23 | 8.40 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0232B 05/01/2000

| | Rates | Fringes |
|---|---|---|

SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps):