LABORERS:

| | | |
|---|---|---|
| Group 1 | 23.15 | 9.55 |
| Group 2 | 22.65 | 9.55 |
| Group 3 | 19.25 | 9.55 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man

on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0239C 05/01/2000

| | Rates | Fringes |
|---|---|---|

PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

LABORERS BUILDING CONSTRUCTION:

| | | |
|---|---|---|
| GROUP 1 | 22.05 | 10.65 |
| GROUP 2 | 21.55 | 10.65 |
| GROUP 3 | 18.32 | 10.65 |

GROUP 1-Specialist laborer classification including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0346B 05/01/2000

BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford; Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah)

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| Group 1 | 21.20 | 11.50 |
| Group 2 | 20.70 | 11.50 |
| Group 3 | 17.60 | 11.50 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0394C 05/01/2000

UNION COUNTY:

BUILDING CONSTRUCTION:

| | Rates | Fringes |
|---|---|---|
| LABORERS: | | |
| GROUP 1 | 22.80 | 9.90 |
| GROUP 2 | 22.30 | 9.90 |
| GROUP 3 | 18.96 | 9.90 |

GROUP 1-Specialist laborer classicication including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scafford builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle men on gunite work. Mortar men shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo fed.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers are laborers doing, janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner, and all flagman, watchman, firewatch personnel, and those manning temporary heat of all types.

---

LABO0472B 03/01/2000

| LABORERS [FREE AIR TUNNEL]: | Rates | Fringes |
|---|---|---|
| GROUP 1 | 27.35 | 10.30+A |
| GROUP 2 | 23.95 | 10.30+A |
| GROUP 3 | 23.80 | 10.30+A |
| GROUP 4 | 23.30 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]

GROUP 1: Blasters

GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)

GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)

GROUP 4: All other top laborers

----------------------------------------------------------------

LABO0472E 03/01/2000

| LABORERS HEAVY AND HIGHWAY CONSTRUCTION: | Rates | Fringes |
|---|---|---|
| GROUP 1 | 22.80 | 10.30+A |
| GROUP 2 | 23.10 | 10.30+A |
| GROUP 3 | 23.40 | 10.30+A |
| GROUP 4 | 23.60 | 10.30+A |
| GROUP 5 | 23.85 | 10.30+A |
| GROUP 6 | 27.40 | 10.30+A |
| GROUP 7a | 25.90 | 10.30+A |
| GROUP 7b | 23.90 | 10.30+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY

GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and tampers on cold patch work and wrapping and coating all pipe Asphalt Laborers:

GROUP 2: Powder carriers and magazine tenders; signalmen Asphalt Raker, & Asphalt Screedman

GROUP 3: Sewer pipe; laser men; conduit and duct line layers; jackhammer; chipping hammers; pavement breakers; power buggies; concrete cutters, asphalt cutters; sheet hammer and tree cutter operators; sandblasting, cutting, burning, Power Tool Operator, and such other power tools used to perform work usually done manaully by laborers

GROUP 4: Wagon drill operator; timberman; drill master

GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle man and stone cutter; Catch Basin or Inlet Builder Manhole

GROUP 6: Blaster

GROUP 7a:Hazardous waste laborer required to wear level A,B, or C personal protection.
GROUP 7b:Certified laborer working a hazardous waste removal project or site at a task requiring hazardous waste related certification, but who is not working in a zone requiring level A.B. or C personal protection.

---

* LABO0502B 05/01/2000

ESSEX COUNTY (City of East Orange, Twps of South Orange and Maplewood, Cities of Orange and West Orange):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 20.90 | 11.80 |
| Group 2 | 20.40 | 11.80 |
| Group 3 | 17.34 | 11.80 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0526C 05/01/2000

MORRIS COUNTY (Remainder):

LABORERS:

| | Rates | Fringes |
|---|---|---|
| Group 1 | 22.80 | 9.90 |
| Group 2 | 22.30 | 9.90 |
| Group 3 | 18.96 | 9.90 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all

laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0569B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON AND WARREN COUNTIES: | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| CLASS A | 22.80 | 9.90 |
| CLASS B | 22.30 | 9.90 |
| CLASS C | 18.96 | 9.90 |

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors, Street Cleaning Machines, Scaffold Builder, Hydro Demolition Equipment, All types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, Burners, Nozzle Man on Gunite work.

CLASS B-All Laborers not listed in Class A or C.

CLASS C-Laborers doing Janitorial- type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning tempory heat of all types.

---

* LABO0694B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX COUNTY (Montclair): | | |
| LABORERS: | | |
| Group 1 | 21.00 | 11.70 |
| Group 2 | 20.50 | 11.70 |
| Group 3 | 17.43 | 11.70 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work

not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0711B 05/01/2000

MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham, Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom, Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools, Whippany, Hanover Twp. and Long Valley):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 23.15 | 9.55 |
| Group 2 | 22.65 | 9.55 |
| Group 3 | 19.25 | 9.55 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

* LABO0779B 05/01/2000

SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 20.75 | 11.95 |
| Group 2 | 20.25 | 11.95 |
| Group 3 | 17.21 | 11.95 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator,

Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

----------------------------------------------------------------

* LAB00913B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough, Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver, Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park Borough, Butler, Kinnelon Borough, Pin Brook, Towaco, Danville, Mountain Lakes, Pequannock, Pompton Plains, Riverdale Borough Twps) AND SUSSEX COUNTIES | | |
| LABORERS BUILDING CONSTRUCTION: | | |
| Class A Laborer: | 23.90 | 8.80 |
| Class B Laborer: | 23.40 | 8.80 |

Class A Laborer:Jack Hammer,tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, bobcat operator, riding motor buggy operator, conveyor operator mortar man (except silo feed operations), burners, & nozzle man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

----------------------------------------------------------------

LAB01030A 04/01/1998

| | Rates | Fringes |
|---|---|---|
| LABORERS: (The removal, abatement, enclosure and decontamination of personal protective equipment, chemical protective clothing and machinery relating to asbestos and/or toxic and hazardous waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).) | | |
| LABORERS | 19.70 | 9.60 |

---

* LABO1153B 05/01/2000

ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison):

| LABORERS: | Rates | Fringes |
|---|---|---|
| Group 1 | 22.05 | 10.65 |
| Group 2 | 21.55 | 10.65 |
| Group 3 | 18.32 | 10.65 |

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

PAINO711D 05/01/2000

| | Rates | Fringes |
|---|---|---|
| PAINTERS: | | |
| NEW: | | |
| Painters | 28.75 | 2.55+27% |
| Paperhangers | 28.75 | 2.55+27% |
| Spray,Sandblast,High Work | 31.25 | 2.55+27% |
| Bridge | 31.25 | 2.55+27% |
| REPAINT: | | |
| Painters | 22.00 | 2.55+27% |
| Spray,sandblast,High Work | 24.00 | 2.55+27% |

---

PAINO711F 05/01/2000

| | Rates | Fringes |
|---|---|---|
| GLAZIERS | 28.75 | 10.30 |
| GLAZIERS-HIGH WORK | 29.75 | 10.30 |

---

PAINO711J 08/01/1999

| | Rates | Fringes |
|---|---|---|
| DRYWALL FINISHERS & TAPERS | 28.25 | 11.23 |

---

* PLAS0008M 05/01/2000

| | Rates | Fringes |
|---|---|---|
| HUNTERDON, MIDDLESEX, & SOMERSET COUNTIES: | | |
| PLASTERERS | 27.15 | 12.55 |

---

PLUM0009C 03/01/2000

| | Rates | Fringes |
|---|---|---|
| AIR CONDITIONING & REFRIGERATION MECHANIC Installation of refrigeration equipment for any type of building where the combined compressor tonnage does not exceed 5 tons, Installation of water-cooled air conditioning that does not exceed 10 tons (includes the piping of compenent system and the erection ofthe water tower), Installation of air-cooled air conditioning that does not exceed 15 tons | 22.58 | 8.04+A |

FOOTNOTE:
A. Paid Holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Labor Day, Thanksgiving Day, Christmas Day, plus Washington's Birthday and Veterans Day.

---

PLUM0009H 07/01/1999

| | Rates | Fringes |
|---|---|---|
| HUNTERDON (Remainder), MERCER, MIDDLESEX (Excluding Dunellen, Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp and South Plainfield), AND SOMERSET (Remainder) COUNTIES | | |
| PLUMBERS & PIPEFITTERS | 30.78 | 14.10 |

---

PLUM0014B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS (From Mount Olive straight across Randolph down to the Essex border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES | | |
| PLUMBERS | 32.53 | 13.95 |

---

PLUM0024A 05/01/2000

| | Rates | Fringes |
|---|---|---|

Essex:

HUDSON (East Newark, Harrison, & Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner, Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood, Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood

Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner

East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville, Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne, Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York, Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount Pleasant, North Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp., Readington, Readington Twp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Mills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station Sunnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three Bridges, Treasure Island, Tumble, Union, Union Twp.,'Unionville Van Syckle, Warren Paper Mills, Wertsville, West End, West Portal White House, Whitehouse Station, Woodglen).

MIDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp., & South Plainfield only).

MORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, Chatham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, Crestmoore, Gillette, Harding Twp., Ironia, Logansville, Long Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony, Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony,

Mansfield Twp., Montana, New Village, Oxford, Oxford Twp., Pequest, Pleasant Valley, Port Colden, Port Murray, Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

| | Rates | Fringes |
|---|---|---|
| PLUMBERS (Excludes Somerset- Bldg) | 32.78 | 13.50. |

---

PLUM0274B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| BERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN (Remainder) COUNTIES | | |
| PIPEFITTERS | 31.00 | 14.53 |

---

PLUM0475B 05/01/2000

| | Rates | Fringes |
|---|---|---|
| ESSEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens Corner, Allertown, Amsterdam, Annandale, Anthony, Baptistown, Bellewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale, Buttonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts Corner, East Amwell Twp, Evittstown, Fairmount, Farmersville, Franklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN (Phillipsburg Twp) COUNTIES | | |
| PIPEFITTERS | 30.94 | 15.31 |

---

ROOF0004B 06/01/1996

| | Rates | Fringes |
|---|---|---|
| ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES | | |
| ROOFERS: | | |
| Roofer, Composition, Damp & Waterproofing, Slate & Tile | 24.22 | 11.75 |

---

ROOF0004D 11/27/1994

| | Rates | Fringes |
|---|---|---|
| HUNTERDON COUNTY: | | |
| ROOFERS: | | |

| | | |
|---|---|---|
| Shingle, slate and tile | 14.25 | 3.02 |
| All other work | 21.95 | 6.53 + A |

FOOTNOTE:
A. Employer contribution of $509.60 per month per employee to Health and Welfare Funds.

---

* ROOF0008F 07/01/2000

HUDSON COUNTY (Remainder)

| | Rates | Fringes |
|---|---|---|
| ROOFERS: | | |
| Roofers, Composition, Damp and Waterproofing | 28.08 | 17.49 |

---

ROOF0010B 06/01/1999

BERGEN AND PASSAIC COUNTIES

| | Rates | Fringes |
|---|---|---|
| ROOFERS, COMPOSITION | 26.65 | 10.15 |

---

SFNJ0669A 01/01/2000

HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTERS | 30.65 | 6.45 |

---

SFNJ0696B 07/01/1999

BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| SPRINKLER FITTER | 33.78 | 9.45 |

---

SHEE0025C 06/01/1996

BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES

| | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKERS | 23.74 | 15.45 |

---

SHEE0027A 06/01/1997

HUNTERDON & MIDDLESEX COUNTIES:

| | Rates | Fringes |
|---|---|---|
| SHEET METAL WORKERS | 28.20 | 13.59 |

---

SHEE0028D 06/01/1994

| | Rates | Fringes |
|---|---|---|
| WARREN COUNTY | | |
| SHEET METAL WORKERS | 19.42 | 7.41 |

---

TEAM0408B 05/01/1997

| | Rates | Fringes |
|---|---|---|
| ESSEX, MORRIS, AND UNION (Remainder) COUNTIES | | |
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 7.01+A |
| GROUP 2 | 24.50 | 7.01+A |
| GROUP 3 | 24.60 | 7.01+A |
| GROUP 4 | 24.70 | 7.01+A |

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 per hour if suite-up, otherwise $1.00 per hour additional. Paid Holidays: New Year's Day, Washington'd Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day, provided the employee has been assigned to work or "shifts" one day of the calendar week during which the holiday falls. Employer contribution of $663.57 per month per employee to Health & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type

vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

TEAM0469C 05/01/1997

HUNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South of Cranford), AND WARREN COUNTIES

| | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 10.335+A |
| GROUP 2 | 24.50 | 10.335+A |
| GROUP 3 | 24.60 | 10.335+A |
| GROUP 4 | 24.70 | 10.335+A |

FOOTNOTE:

A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.
$400.00 per year to Apprenticeship Training Fund.
$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, cònatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks

(entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser),

beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehciles

GROUP 4: Winch trailer drivers

---

TEAM0560C 05/01/1997

| BERGEN, HUDSON AND PASSAIC COUNTIES | Rates | Fringes |
|---|---|---|
| TRUCK DRIVERS: | | |
| GROUP 1 | 24.45 | 8.08+A |
| GROUP 2 | 24.50 | 8.08+A |
| GROUP 3 | 24.60 | 8.08+A |
| GROUP 4 | 24.70 | 8.08+A |

FOOTNOTE:

A. PAID HOLIDAYS:New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper,

fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, keohring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehicles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit mix, road oil, fuel, bottom dump hopper, rear dump, office, shanty, epoxy, asphalt, agitator mixer, mulching, stringer, seeding, fertilizing pole, spread, bituminous distributor, water pulls (entire unit) (tractor trailer), reel trailer, and similar types of vehicles

GROUP 4: Winch trailer drivers

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a

position on a wage determination matter

* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION




00800-30 (AMEND. 3)




## Decking and Parking Details

00800-31 (AMEND. 3)

E 98-13 | 572317

-41.5 | 590797

| ELEVATION | DEPTH | BLOWS 6" | SAMPLE NUMBER | CLASSIFICATION OF MATERIALS (Description) | REMARKS (Drilling time, water loss, depth of weathering, etc. if significant) |
|---|---|---|---|---|---|
| | 1–2 | WOR WOR WOR WOR | S1 | Black, moderately plastic, organic SILT (OH) | -43.0 |
| -45.0 | 2–4 | 4 6 7 9 | S2 | Brown, moderately plastic SILT (ML) | |
| -50.0 | 7–9 | 3 3 4 6 | S3 | | |
| | 10–11 | | | Red-brown, Clayey SILT, trace to little Sand and Shale Gravel (MH) | -52.0 |
| -55.0 | 12–14 | 5 5 5 6 | S4 | | |
| -60.0 | 17–19 | 7 7 8 8 | S5 | | |
| -65.0 | 22–24 | 16 40 30 20 | S6 | | |
| | 25–26 | | | Red-brown SHALE (Bedrock) | -67.0 |
| -70.0 | 27–29 | 10* 10* 10* | | | |
| | 29–31 | 10* | | Red-brown, fine grained, feldspathic SANDSTONE (Bedrock) | -70.5 |
| | 31 | | | | TD = -73.5' |
| -75.0 | 33–49 | | | | |

C1 = -69.5 to -71.5
CUT 2' RQD = 17%
C2 = -71.5 to -73.5
CUT 2' RQD = 0%

* MIN / FOOT

00903-2 (AMEND. 3)

E 342 | 672659

1.5 | 590771

| ELEVATION | DEPTH | BLOWS 6" | SAMPLE NUMBER | LEGEND | CLASSIFICATION OF MATERIALS (Description) | REMARKS (Drilling time, water loss, depth of weathering, etc., if significant) |
|---|---|---|---|---|---|---|
| 0.00 | 1 | PH | | | Organic SILT (OL) | $H_2O$ = 42% |
| -5.00 | 5 | PH | | | | $H_2O$ = 80% |
| -10.0 | 10 | PH | | | | $H_2O$ = 97% |
| -15.0 | 15 | PH | | | | $H_2O$ = 80% |
| | 17 | | | | -16.5 | |
| | 18 | | | | Organic SAND and SILT (SM-OL) | |
| | 20 | 5 | | | -19.0 | $H_2O$ = 26% |
| -20.0 | 21 | | | | SAND (SP) | |
| | 24 | | | | -23.5 | |
| -25.0 | 25 | 9 | | | Sandy SILT and CLAY (ML-CL) | $H_2O$ = 31% |
| -30.0 | 30 | 4 | | | | |
| -35.0 | 35 | 13 | | | | |
| -40.0 | 40 | 7 | | | | |
| -45.0 | 45 | 9 | | | | |
| -50.0 | 50 | 10 | | | | |
| | 54 | | | | -52.5 | |
| -55.0 | 55 | 12 | | | Silty, Clayey GRAVEL (Rock Fragments) | |
| -60.0 | 60 | 17 | | | | |
| -65.0 | 65 | 31 | | | | TD = - 65.5' |
| | 70 | | | | | |

00903-1 (AMEND. 3)

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 6 |
| 2. AMENDMENT/MODIFICATION NO. 0002 | 3. EFFECTIVE DATE 16-Jun-2000 | 4. REQUISITION/PURCHASE REQ. NO. W16ROE-0103-0456 | 5. PROJECT NO.(If applicable) |
| 6. ISSUED BY CODE DACA51<br>USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT, ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK, NY 10278-0090 | | 7. ADMINISTERED BY (If other than item 6) CODE<br>See Item 6 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO. DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11) 18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NJ

The purpose of this amendment is to clarify and to incorporate changes as described in attached pages, AMEND. 2-1 through AMEND. 2-3 and to replace existing Price Schedule with new Price Schedule (attached pages 00010-3 and 00010-4).

Bid Opening Date, originally scheduled for June 20, 2000 at 11:00AM, local time, is hereby changed to July 18, 2000 at 11:00AM, local time.

Bidders must acknowledge receipt of this amendment by the date and time specified in the solicitation (or as amended) by one of the following methods: In the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWAL OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>MARTIN MCRIMMON / COST/PRICE ANALYST | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>16-Jun-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**NOTICE TO BIDDERS**
Failure of any bidder receipt of This Amendment in to Acknowledge Item 19 of Standard Form 1442 (page 00010-2) may result in REJECTION of the bid.

IFB NO. DACW51-00-B-0011

**Amendment No. 2**
Department of the Army
New York District
Corps of Engineers
26 Federal Plaza, NY, NY

AMENDMENT NO.2 TO SPEICFICATIONS DATED 18 MAY 2000 FOR NEW YORK HARBOR, KILL VAN KULL AND NEWARK BAY CHANNELS NAVIGATION IMPROVEMENT PROJECT, PHASE II, CONTRACT 4 (AREA 7), ELIZABETH, NEW JERSEY

TO BIDDERS

**Bid opening scheduled for 20 June 2000 at 11:00AM, local time, is now re-scheduled for 18 July 2000 at 11:00 AM, local time.**

1. The following changes shall be made to the specifications and drawings.

SECTION 00010

1. Page 00010-3 and 00010-4, Delete its entirety in page 00010-3 through 00010-4 and replace with a new price schedules 00010-3 (AMEND. 2) and 00010-4 (AMEND. 2), which accompany.

SECTION 00800

1. Page 00800-2, paragraph 1.4, line 3, Change the drawing No. to read as "CC-KVK2-401"

2. Page 00800-3, paragraph 1.6 (2), line 6, at the end of the paragraph 1.6 (2), add the following to read as "....the project site including artificial reef placement site and upland disposal offloading facility."

3. Page 00800-3, paragraph 1.6 (7), Delete its entirety in this paragraph without substitution. Change paragraph designations from "(8)" and "(9)" to "(7)" and "(8)" respectively.

SECTION 01130

1. Page 01130-1, paragraph 1.3, line 4, Correct a typographical error to read as "condition".

SECTION 01451

1. Page 01451-4, paragraph 3.4.3, line 7 thru 14, Delete its entirety in third sentence and replace with "Examples of such specialized areas include marine operations, marine safety, dredging and disposal, underwater rock drilling and blasting, seismic and noise monitoring, blasting safety, marine diving, hydrographic surveying, chemical data acquisition and testing."

SECTION 02100

1. Page 02100-4, paragraph 10.2, line 2, Delete numbers "0001C" and replace with "0001AC".

SECTION 02200

1. Page 02200-11, paragraph 8, line 3, Delete numbers "0001B" and replace with "0001AB".

SECTION 02900

1. Page 02900-11, paragraph 12, line 2, Delete numbers "0001B" and replace with "0001AB".

2. Page 02900-4, paragraph 6.3, Delete its entirety in paragraph 6.3 and replace with the following:

"6.3 A closed-bucket clamshell designed for environmental dredging is required for completing the dredging work of this paragraph. The clamshell shall be provided with welded top steel covers and rubber seals specifically designed and installed by the bucket manufacturer to minimize leakage from the closed clamshell. The sealed bucket shall be equipped with vertical side plates with vents which overlap, or some method to reduce sediment loss at closure and shall act as enclosure to eliminate redeposit of soil from the bucket. The bucket shall be equipped with a switch, with signal light in the control station, to verify bucket closure and seal."

3. Page 02900-6, at the end of page, add a new paragraph 7.1.6 as follows:

"7.1.6 If the Contractor or its authorized dredging or towing contractor has a person on board a dump scow heading for the HARS or New Jersey reef placement site, the America Bureau of Shipping (ABS) load lines would not be required, but a valid USCG Certificate of Inspection (COI) is required. If the Contractor or its authorized dredging or towing contractor has unmanned dump scow heading for the HARS ABS load lines would be required, but no USCG Certificate of Inspection (COI) is required. If the Contractor or its authorized dredging or towing contractor opted to transfer a person to the scow from the tug boat at sea just prior to dumping, the Contractor would be subject to a USCG inspection and COI may be required."

SECTION 11010

1. Page 11010-2, paragraph 1.3, line 3, Delete numbers "0001B" and replace with "0001AB".

2. Page 11010-5, paragraph 3.2.2. At the end of the first sentence, add words "including artificial reef placement site and upland off loading facility".

2. This Amendment shall be attached to the specifications and shall be a part of thereof.

3. The existing survey data has been placed on the World Wide Web. The web URL is: http://www.nan.usace.army.mil/business/buslinks/contract/index.htm

This file is for bidder's reference only, and is not to be considered as a part of the Contract Documents. Contract award will be based only on what is contained in the printed Plans and Specifications in a hard copy format or Electronic Bid Set if provided. No representation is made as to availability of this data, its convertibility or compatibility with user's systems.

4. The Corps of Engineers provides the following answers to questions received from bidders. The Corps of Engineers below supplies answers to questions received in writing regarding DACW51-00-B-0011. These answers do not become a part of the contract documents.

1. Specification sections 02900-4 requires that the disposal inspector shall be responsible for ensuring that the requirements of New Jersey DEP Water Certificate/Coastal Zone determination are met. Please provide a copy of this certificate.

**The certificate will be provided as soon as it becomes available.**

2. Special conditions are placed on non-rock material not suitable for disposal at the HARS. Will the contractor be required to cover the entire contract area using an enclosed environmental clamshell bucket for removal of material not suitable for disposal at the HARS?

**All soft materials (non-rock unsuitable for disposal at the HARS) should be removed by the environmental bucket before dredging of the underlying hard material (Pleistocene) over the entire project area.**

3. Specification section 02900-6.3 specifies details for the enclosed environmental bucket. Great Lakes has performed numerous dredging projects requiring the use of environmental buckets in New York and Boston Harbors and we are unfamiliar with some of the requirements in this section. Namely, we question the following items equipped on the dredge bucket:

3) Vibrators for cleaning
5) Depth penetration transducers
6) Seal indicator switches
7) Television camera mount
8) Location Transducer
9) Depth sensor
10) Positive locking devices

**These requirements have been deleted. See Amendment No. 2 which accompanies.**

4. To better quantify maintenance materials anticipated on the above referenced contract, we hereby request the after dredge surveys from the Kill Van Kull and Newark Bay Channels Navigation Improvement Project, Contract #5, DACW51-88-C-0019.

**The acceptance survey records of the above mentioned contract are not available for prospective bidders. Bidders should prepare their estimates based on information currently available to them.**

ELLA SNELL
CONTRACTING OFFICER
Chief, Contracting Division

Incl.
Pgs 00010-3 and 00010-4

SECTION 00010 Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES |
|---|---|
| 0001 | Construct Navigation Channel |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | Mobilization and Demobilization FFP | 1.00 | Lump Sum | | |

AMOUNT: $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | Drilling, Blasting, Dredging, and Disposal to FFP - -47 feet, complete | 1.00 | Lump Sum | | |

AMOUNT: $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AC | | 15.00 | Each | | |
| | Subsurface Drilling And Sampling<br>FFP | | | | |

AMOUNT: $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AD | | 1.00 | Lump Sum | | |
| | Field Office<br>FFP | | | | |

AMOUNT: $ ____________

TOTAL ITEM NO. 0001AA THRU 0001AD $ ____________

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1.00 | Lump Sum | | |
| | Optional Item/ Additional cost<br>FFP - for Optional Insurance | | | | |

AMOUNT: $ ____________

TOTAL ITEMS 0001AA THRU 0002

$ ____________

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 17

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0001 | 06-Jun-2000 | W16ROE-0103-0456 | |

6. ISSUED BY CODE DACA51
USA ENGINEER DISTRICT, NEW YORK
ATTN: CENAN-CT, ROOM 1843
26 FEDERAL PLAZA

NEW YORK, NY 10278-0090

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE | FACILITY CODE

X 9A. AMENDMENT OF SOLICITATION NO.
DACW51-00-B-0011

X 9B. DATED (SEE ITEM 11)
18-May-2000

10A. MOD. OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 13)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [ ] is extended, [X] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning 1 copies of the document; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN THE REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

This amendment is necessary in order to add the attached contract clauses not included in the original solicitation.

The bid opening date of 20 June 2000 at 11:00 A.M. remains unchanged.

Bidders must acknowledge receipt of this amendment by the date specified in the solicitation (or as amended) by one of the following methods: in the space provided on the SF 1442, by separate letter or telegram, or by signing block 15 below. FAILURE TO ACKNOWLEDGE AMENDMENT BY THE DATE AND TIME SPECIFIED MAY RESULT IN REJECTION OF YOUR BID IN ACCORDANCE WITH THE LATE BID, LATE MODIFICATIONS OF BIDS OR LATE WITHDRAWALS OF BIDS (FAR 14.304).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) MARTIN MCRIMMON / COST/PRICE ANALYST | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>06-Jun-2000 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Changes in Section 00100

The following clauses which are incorporated by full text have been added or modified:

52.215-14 INTEGRITY OF UNIT PRICES (OCT 1997)

(a) Any proposal submitted for the negotiation of prices for items of supplies shall distribute costs within contracts on a basis that ensures that unit prices are in proportion to the items' base cost (e.g., manufacturing or acquisition costs). Any method of distributing costs to line items that distorts unit prices shall not be used. For example, distributing costs equally among line items is not acceptable except when there is little or no variation in base cost. Nothing in this paragraph requires submission of cost or pricing data not otherwise required by law or regulation.

(b) When requested by the Contracting Officer, the Offeror/Contractor shall also identify those supplies that it will not manufacture or to which it will not contribute significant value.

The Contractor shall insert the substance of this clause, less paragraph (b), in all subcontracts for other than: acquisitions at or below the simplified acquisition threshold in FAR Part 2; construction or architect-engineer services under FAR Part 36; utility services under FAR Part 41; services where supplies are not required; commercial items; and petroleum products.

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a firm-fixed construction contract resulting from this solicitation.

(End of clause)

52.228-15 PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (SEP 1996)-

(a) Definitions. As used in this clause--

Contract price means the award price of the contract or, for requirements contracts, the price payable for the estimated quantity; or for indefinite-delivery type contracts, the price payable for the specified minimum quantity.

(b) Unless the resulting contract price is $100,000 or less, the successful offeror shall be required to furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance Bonds (Standard Form 25): (i) The penal amount of performance bonds shall be 100 percent of the original contract price.

(ii) The Government may require additional performance bond protection when the contract price is increased. The increase in protection shall generally equal 100 percent of the increase in contract price.

(iii) The Government may secure additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(2) Payment Bonds (Standard Form 25-A):

(i) The penal amount of payment bonds shall equal--

(A) 50 percent of the contract price if the contract price is not more than $1 million;

(B) 40 percent of the contract price if the contract price is more than $1 million but not more than $5 million; or

(C) $2.5 million if the contract price is more than $5 million.

(ii) If the original contract price is $5 million or less, the Government may require additional protection if the contract price is increased. The penal amount of the total protection shall meet the requirement of subparagraph (b)(2)(i) of this clause.

(iii) The Government may secure additional protection by directing the Contractor to increase the penal sum of the existing bond or to obtain an additional bond.

(c) The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register, or may be obtained from the U.S. Department of Treasury, Financial Management Service, Surety Bond Branch, 401 14th Street, NW., 2nd Floor, West Wing, Washington, DC 20227.

Changes in Section 00600

The following clauses which are incorporated by full text have been added or modified:

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other------------------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name-----------------------------------------------------------------

TIN-------------------------------------------------------------------

(End of provision)

52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations.

(1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

___ (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration(PROONet); or

___ (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2)___ For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: ____________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall:

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary or, in the case of a subsidiary, the firm that owns the subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

(End of provision)

CORPORATE CERTIFICATE

(THE SAME OFFICER SHALL NOT EXECUTE BOTH THE CONTRACT AND THE CERTIFICATE)

I, ______________________________, certify that

I am the ______________________________ of the

corporation named as contractor herein, that ______________

______________________ who signed this contract on behalf

of the contractor, was then ______________________________

of said corporation that said contract was duly signed for and in

behalf of said corporation by authority of its governing body, and is

within the scope of its corporate powers:

______________________
Signature

CORPORATE SEAL

______________________
Title

WHEN CONTRACTOR IS A PARTNERSHIP, UNINCORPORATED FIRM OR A COPORATION FOR WHICH COMPLETION OF THE FIRST STATEMENT WOULD BE IMPRACTICABLE, COMPLETE THE FOLLOWING STATE:

I, ______________________, the undersigned represent the organization named as contractor herein, and am empowered to sign behalf of said contractor by authority of and for the owner, partners or governing body of such uncorporated firm or corporation. (Submit copy of authority).

The following are the full names of all partners:

(Signature and Title)

Changes in Section 00700

The following clauses which are incorporated by full text have been added or modified:

52.222-1 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)

If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.

52.228-2 ADDITIONAL BOND SECURITY (OCT 1997)

The Contractor shall promptly furnish additional security required to protect the Government and persons supplying labor or materials under this contract if--

(a) Any surety upon any bond, or issuing financial institution for other security, furnished with this contract becomes unacceptable to the Government.

(b) Any surety fails to furnish reports on its financial condition as required by the Government;

(c) The contract price is increased so that the penal sum of any bond becomes inadequate in the opinion of the Contracting Officer; or

(d) An irrevocable letter of credit (ILC) used as security will expire before the end of the period of required security. If the Contractor does not furnish an acceptable extension or replacement ILC, or other acceptable substitute, at least 30 days before an ILC's scheduled expiration, the Contracting officer has the right to immediately draw on the ILC.

52.236-7 PERMITS AND RESPONSIBILITIES (NOV 1991)

The Contractor shall, without additional expense to the Government, be responsible for obtaining any necessary licenses and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work. The Contractor shall also be responsible for all damages to persons or property that occur as a result of the Contractor's fault or negligence. The Contractor shall also be responsible for all materials delivered and work performed until completion and acceptance of the entire work, except for any completed unit of work which may have been accepted under the contract.

52.236-17 LAYOUT OF WORK (APR 1984)

The Contractor shall lay out its work from Government established base lines and bench marks indicated on the drawings, and shall be responsible for all measurements in connection with the layout. The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work. The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer. The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them. If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)

(a) Government-furnished property. (1) The Government shall deliver to the Contractor, for use in connection with and under the terms of this contract, the Government-furnished property described in the Schedule or specifications together with any related data and information that the Contractor may request and is reasonably required for the intended use of the property (hereinafter referred to as "Government-furnished property").

(2) The delivery or performance dates for this contract are based upon the expectation that Government-furnished property suitable for use (except for property furnished "as is") will be delivered to the Contractor at the times stated in the Schedule or, if not so stated, in sufficient time to enable the Contractor to meet the contract's delivery or performance dates.

(3) If Government-furnished property is received by the Contractor in a condition not suitable for the intended use, the Contractor shall, upon receipt of it, notify the Contracting Officer, detailing the facts, and, as directed by the Contracting Officer and at Government expense, either repair, modify, return, or otherwise dispose of the property. After completing the directed action and upon written request of the Contractor, the Contracting Officer shall make an equitable adjustment as provided in paragraph (h) of this clause.

(4) If Government-furnished property is not delivered to the Contractor by the required time, the Contracting Officer shall, upon the Contractor's timely written request, make a determination of the delay, if any, caused the Contractor, and shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(b) Changes in Government-furnished property. (1) The Contracting Officer may, by written notice, (i) decrease the Government-furnished property provided or to be provided under this contract, or (ii) substitute other Government-furnished property for the property to be provided by the Government, or to be acquired by the Contractor for the Government, under this contract. The Contractor shall promptly take such action as the Contracting Officer may direct regarding the removal, shipment, or disposal of the property covered by such notice.

(2) Upon the Contractor's written request, the Contracting Officer shall make an equitable adjustment to the contract in accordance with paragraph (h) of this clause, if the Government has agreed in the Schedule to make the property available for performing this contract and there is any--

(i) Decrease or substitution in this property pursuant to subparagraph (b)(1) of this clause; or

(ii) Withdrawal of authority to use this property, if provided under any other contract or lease.

(c) Title in Government property. (1) The Government shall retain title to all Government-furnished property.

(2) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions of this clause. However, special tooling accountable to this contract is subject to the provisions of the Special Tooling clause and is not subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(3) Title to each item of facilities and special test equipment acquired by the Contractor for the Government under this contract shall pass to and vest in the Government when its use in performing this contract commences or when the Government has paid for it, whichever is earlier, whether or not title previously vested in the Government.

(4) If this contract contains a provision directing the Contractor to purchase material for which the Government will reimburse the Contractor as a direct item of cost under this contract--

(i) Title to material purchased from a vendor shall pass to and vest in the Government upon the vendor's delivery of such material; and

(ii) Title to all other material shall pass to and vest in the Government upon--

(A) Issuance of the material for use in contract performance;

(B) Commencement of processing of the material or its use in contract performance; or

(C) Reimbursement of the cost of the material by the Government, whichever occurs first.

(d) Use of Government property. The Government property shall be used only for performing this contract, unless otherwise provided in this contract or approved by the Contracting Officer.

(e) Property administration. (1) The Contractor shall be responsible and accountable for all Government property provided under this contract and shall comply with Federal Acquisition Regulation (FAR) Subpart 45.5, as in effect on the date of this contract.

(2) The Contractor shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of Government property in accordance with sound industrial practice and the applicable provisions of Subpart 45.5 of the FAR.

(3) If damage occurs to Government property, the risk of which has been assumed by the Government under this contract, the Government shall replace the items or the Contractor shall make such repairs as the Government directs. However, if the Contractor cannot effect such repairs within the time required, the Contractor shall dispose of the property as directed by the Contracting Officer. When any property for which the Government is responsible is replaced or repaired, the Contracting Officer shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(4) The Contractor represents that the contract price does not include any amount for repairs or replacement for which the Government is responsible. Repair or replacement of property for which the Contractor is responsible shall be accomplished by the Contractor at its own expense.

(f) Access. The Government and all its designees shall have access at all reasonable times to the premises in which any Government property is located for the purpose of inspecting the Government property.

(g) Risk of loss. Unless otherwise provided in this contract, the Contractor assumes the risk of, and shall be responsible for, any loss or destruction of, or damage to, Government property upon its delivery to the Contractor or upon passage of title to the Government under paragraph (c) of this clause. However, the Contractor is not responsible for reasonable wear and tear to Government property or for Government property properly consumed in performing this contract.

(h) Equitable adjustment. When this clause specifies an equitable adjustment, it shall be made to any affected contract provision in accordance with the procedures of the Changes clause. When appropriate, the Contracting Officer may initiate an equitable adjustment in favor of the Government. The right to an equitable adjustment shall be the Contractor's exclusive remedy. The Government shall not be liable to suit for breach of contract for--

(1) Any delay in delivery of Government-furnished property;

(2) Delivery of Government-furnished property in a condition not suitable for its intended use;

(3) A decrease in or substitution of Government-furnished property; or

(4) Failure to repair or replace Government property for which the Government is responsible.

(i) Final accounting and disposition of Government property. Upon completing this contract, or at such earlier dates as may be fixed by the Contracting Officer, the Contractor shall submit, in a form acceptable to the Contracting Officer, inventory schedules covering all items of Government property (including any resulting scrap) not consumed in performing this contract or delivered to the Government. The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as the Contracting Officer directs.

(j) Abandonment and restoration of Contractor's premises. Unless otherwise provided herein, the Government--

(1) May abandon any Government property in place, at which time all obligations of the Government regarding such abandoned property shall cease; and

(2) Has no obligation to restore or rehabilitate the Contractor's premises under any circumstances (e.g., abandonment, disposition upon completion of need, or upon contract completion). However, if the Government-furnished property (listed in the Schedule or specifications) is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (h) of this clause may properly include restoration or rehabilitation costs.

(k) Communications. All communications under this clause shall be in writing.

(l) Overseas contracts. If this contract is to be performed outside of the United States of America, its territories, or possessions, the words "Government" and "Government-furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished," respectively.

(End of clause)

252.236-7004 PAYMENT FOR MOBILIZATION AND DEMOBILIZATION. (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) 60% percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining 40% percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.204-7000 DISCLOSURE OF INFORMATION (DEC 1991)

(a) The Contractor shall not release to anyone outside the Contractor's organization any unclassified information, regardless of medium (e.g., film, tape, document), pertaining to any part of this contract or any program related to this contract, unless--

(1) The Contracting Officer has given prior written approval; or

(2) The information is otherwise in the public domain before the date of release.

(b) Requests for approval shall identify the specific information to be released, the medium to be used, and the purpose for the release. The Contractor shall submit its request to the Contracting Officer at least 45 days before the proposed date for release.

(c) The Contractor agrees to include a similar requirement in each subcontract under this contract. Subcontractors shall submit requests for authorization to release through the prime contractor to the Contracting Officer.

(End of clause)

252.223-7004 DRUG-FREE WORK FORCE (SEP 1988)

(a) Definitions.

(1) "Employee in a sensitive position," as used in this clause, means an employee who has been granted access to classified information; or employees in other positions that the Contractor determines involve national security; health or safety, or functions other than the foregoing requiring a high degree of trust and confidence.

(2) "Illegal drugs," as used in this clause, means controlled substances included in Schedules I and II, as defined by section 802(6) of title 21 of the United States Code, the possession of which is unlawful under chapter 13 of that Title. The term "illegal drugs" does not mean the use of a controlled substance pursuant to a valid prescription or other uses authorized by law.

(b) The Contractor agrees to institute and maintain a program for achieving the objective of a drug-free work force. While this clause defines criteria for such a program, contractors are encouraged to implement alternative approaches comparable to the criteria in paragraph (c) that are designed to achieve the objectives of this clause.

(c) Contractor programs shall include the following, or appropriate alternatives:

(1) Employee assistance programs emphasizing high level direction, education, counseling, rehabilitation, and coordination with available community resources;

(2) Supervisory training to assist in identifying and addressing illegal drug use by Contractor employees;

(3) Provision for self-referrals as well as supervisory referrals to treatment with maximum respect for individual confidentiality consistent with safety and security issues;

(4) Provision for identifying illegal drug users, including testing on a controlled and carefully monitored basis. Employee drug testing programs shall be established taking account of the following:

(i) The Contractor shall establish a program that provides for testing for the use of illegal drugs by employees in sensitive positions. The extent of and criteria for such testing shall be determined by the Contractor based on considerations that include the nature of the work being performed under the contract, the employee's duties, and efficient use of Contractor resources, and the risks to health, safety, or national security that could result from the failure of an employee adequately to discharge his or her position.

(ii) In addition, the Contractor may establish a program for employee drug testing--

(A) When there is a reasonable suspicion that an employee uses illegal drugs; or

(B) When an employees has been involved in an accident or unsafe practice;

(C) As part of or as a follow-up to counseling or rehabilitation for illegal drug use;

(D) As part of a voluntary employee drug testing program.

(iii) The Contractor may establish a program to test applicants for employment for illegal drug use.

(iv) For the purpose of administering this clause, testing for illegal drugs may be limited to those substances for which testing is prescribed by section 2..1 of subpart B of the "Mandatory Guidelines for Federal Workplace Drug Testing Programs" (53 FR 11980 (April 11, 1988), issued by the Department of Health and Human Services.

(d) Contractors shall adopt appropriate personnel procedures to deal with employees who are found to be using drugs illegally. Contractors shall not allow any employee to remain on duty or perform in a sensitive position who is found to use illegal drugs until such times as the Contractor, in accordance with procedures established by the Contractor, determines that the employee may perform in such a position.

(e) The provisions of this clause pertaining to drug testing program shall not apply to the extent that are inconsistent with state or local law, or with an existing collective bargaining agreement; provided that with respect to the latter,

252.236-7002 OBSTRUCTION OF NAVIGABLE WATERWAYS. (DEC 1991)

(a) The Contractor shall --

(1) Promptly recover and remove any material, plant, machinery, or appliance which the contractor loses, dumps, throws overboard, sinks, or misplaces, and which, in the opinion of the Contracting Officer, may be dangerous to or obstruct navigation;

(2) Give immediate notice, with description and locations of any such obstructions, to the Contracting Officer; and

(3) When required by the Contracting Officer, mark or buoy such obstructions until the same are removed.

(b) The Contracting Officer may --

(1) Remove the obstructions by contract or otherwise should the Contractor refuse, neglect, or delay compliance with paragraph (a) of this clause; and

(2) Deduct the cost of removal from any monies due or to become due to the Contractor; or

(3) Recover the cost of removal under the Contractor's bond.

(c) The Contractor's liability for the removal of a vessel wrecked or sunk without fault or negligence is limited to that provided in sections 15, 19, and 20 of the River and Harbor Act of March 3, 1899 (33 U.S.C. 410 et. seq.).

252.242-7000 POSTAWARD CONFERENCE (DEC 1991)

The Contractor agrees to attend any postaward conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition Regulation subpart 42.5.

(End of clause)

52.202-5100 01 EFARS DEFINITIONS
52.202-10001

(a) The terms "head of the agency" or Secretary" as used herein means the Secretary of the Army; and the terms "his duly authorized representative" means the Chief of Engineers, Department of the Army, or an individual or board designated by him.

(b) The agency board of contract appeals having jurisdiction over all final decisions of the Contracting Officer under the Contract Disputes Act of 1978 is the Corps of Engineers Baord of Contract Appeals, Office of the Chief of Engineers, Pulaski Building, 20 Massachusetts Avenue, N.W., Washington, D.C. 20314-1000.

## ARITHMETIC DISCREPANCIES

(a) For the purpose of initial evaluation of bids, the following will be utilized in resolving arithmetic discrepancies found on the face of the bidding schedule as submitted by bidders.

(1) Obviously misplaced decimal points will be corrected:

(2) In case of discrepancy between unit price and extended price, the unit price will govern:

(3) Apparent errors in extension of unit prices will be corrected and

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purposes of bid evaluation, the Government will proceed on the assumption that the bidder intends his bid to be evaluated on the basis of the unit prices, extensions, and totals arrived at by resolution of the arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids. (EFARS 14.406-2)