# EXHIBIT 79

-----------------------X

IN THE MATTER OF:

TDM,

Petitioner,

Case #: CIV-06-472

- Vs.

UNITED STATES,

Respondent.

-----------------------X

May 8, 2007

TRANSCRIBER: ANN ARUNDEL

MALE VOICE: The Port of New York & New Jersey, this seaport shared by the states of New York and New Jersey is the third largest in the country and brings in over $29 billion to the regional economy annually.

With over 250 miles of federal navigation channels tremendous efforts utilizing state of the art technology are needed to engineer and maintain such a vital operation.

Deepening the port is necessary to provide safe and efficient channels for the mega ships that carry cargo that reaches destinations on the entire East Coast and Midwest. And as consumer demand has grown so have the size of the ships carrying those goods.

STEVE DORRIER: The port of New York and New Jersey is a major economic engine in this region. Directly we employ about 122,000 people in the port business. Within the twenty-six county area that is immediately surrounding the port there is jobs for 233,000 people. In addition to that we

provide about $12 billion in salaries and about $2 billion for state and regional taxes and finally, of course, about $3 billion for federal taxes.

MALE VOICE: Over the next decade the U.S. Army Corps of Engineers, the federal agency responsible for constructing and maintaining the nation's waterways and its local sponsor, The Port Authority of New York and New Jersey, will invest $2.4 billion to deepen key shipping channels to fifty feet from its current depth of thirty-five and forty-five feet. This is in addition to the work necessary to maintain the terminal facilities and nearby port infrastructure.

FRANK MCDONOUGH: For more than a hundred years we have had to dredge and maintain the channels in this harbor because the natural depth of the harbor is about nineteen feet. So if you want to have thirty foot channels, thirty five foot channels you've got to go out there and dredge. So we have been doing that since the late 1800's.

MALE VOICE: Deepening over thirty miles

of the New York, New Jersey harbor by five to fifteen feet may not sound like a lot but that amounts to approximately 54 million cubic yards of material that needs to be dredged, enough to fill one hundred sixty-six football stadiums.

And as these channels are being deepened, the Corps is literally digging back into history, dredging into sediments deposited before there was a port, before America's discovery, dredging clay and glacial till material deposited during the last ice age.

Even more some areas require drilling and blasting into the very bedrock itself prior to excavation in order to deepen the channels to allow safe and efficient transit of these mega ships.

So the question becomes how do you manage all this material? Initially much of the dredged material from the early 1900's was either placed in an area known as the mud dump site or used as fill to create land along the shore in the port.

DOUG PABST: The EPA is responsible under the Marine Protection Research & Sanctuaries Act for designating disposal sites for dredge material in the ocean waters. They work with the Army Corps of Engineers to do that. The former site, the mud dump site that was being used at the time was nearing capacity, so EPA and the Corps embarked on a bunch of studies to look for a new site.

During the course of that investigation we found out that the areas outside the mud dump site actually had higher levels of contamination and showed evidence of past historical contamination. So there was a decision that was made that we want to remediate those sites by placing dredge material on top of them to prevent any adverse ecological impacts or human health compacts.

So this was the first time that we actually were using dredge material beneficially in the ocean to go ahead and cover those areas.

BRYCE WISEMILLER: The port and the estuary have been developed over the last several hundred years and due to the urbanization and industrialization of the port many contaminants have flowed into the estuary and have bound on to the sediment particles in the water column. The sediment particles employed in the estuary are then deposited into the navigation channel so that the Corps of Engineers has to then maintain it.

MALE VOICE: In recognition of the potential ecological impacts of dredged material disposal in open waters the Corps and its partners have been evaluating alternative means of managing dredged material since 1977. Since then a number of feasible alternatives have been identified, which shifted management's strategies toward utilizing dredged material as a resource with known beneficial uses.

MR. WISEMILLER: As part of this project we encountered several different layers of material that we had to remove to deepen the

channels. The first layer of silt material, which oftentimes has levels of contamination within it due to the pollution in the harbor, has already been removed. But as we deepened further we dig into material such as glacial tills and even bedrock material.

SCOTT DOUGLAS: When dredged material is first removed from the bottom of the bay it is very soupy like black mayonnaise and it goes through a series of processes in order to prepare it for optimum placement.

First the sediment is allowed to settle and the water over the top is decanted off and back into the water body from where the sediment came. Then the debris is raked out of the sediment in the scows here. Then Portland cement is added between eight and even as much as twenty percent by volume and then it is mixed up to make sure that all the sediment and the cement is completely mixed.

Then the material is allowed to sit for twenty-four hours and cure, much like cement would cure in concrete. Then it is removed with an excavator bucket and placed in a pile

and allowed to sit for another twenty-four hours before it is placed into trucks and hauled to the placement site.

MALE VOICE: Through various means the Corps conducts extensive testing of all types of material prior to dredging to determine how best to manage it and where it can be placed. Each testing method used is designed specifically to protect the environment in which the material is being considered for placement. For example, material can go upland to cap a landfill or to the Atlantic Ocean to remediate the HARS, while the test for upland and ocean suitable materials are different, both are equally as rigorous. The Corps follows the testing standards set forth by the U.S. EPA and the local regulatory agency like the NJ DEP.

MR. DOUGLAS: The State of New Jersey sees dredged material as a resource. If it is used properly dredged material can provide both economic gain and environmental benefit.

DK MCGUCKIN: The importance of keeping a beneficial reuse program going is

imperative. We have fill needs at the city. I know that there are similar fill needs probably across the state and across the river in New Jersey as well, being able to work with the state regulatory agencies and the federal regulatory agencies to find ways to beneficially use this material, to make sure that our citizens understand that dredged material is not a waste, that it is a resource and that there is a way to beneficially use it.

MALE VOICE: In addition, the Corps employs best management techniques when dredging the various types of material in the port. One of the machines used to deal with this issue is the clamshell dredge. It has been specially modified with an environmental bucket that has been fitted with special rubber seals and flaps to allow release of excess water, but prevent leakage of the dredged material.

The clamshell then is lowered in the water, lifted slowly and then carefully places the material in a container allowing

minimal spillover.

The clamshell is designed to only pick up the soft surface material like silt, not the more consolidated older sediments beneath. HARS materials such as rock, sand and clay is removed with either the more traditional open clamshell digging buckets or more likely the powerful and massive backhoe dredges.

Now rather than dumping the upland material, which can create environmental problems, these materials are actually put to good use.

MR. DOUGLAS: The State of New Jersey has taken the lead on a three-pronged approach to dredge material management. First we start with ecological elements, find new ways in which we can process the dredge material. Then we have policy directives that mandate that we use dredged material in upland sites and also have regulatory guidance to make sure that it is used safely.

MR. DORRIER: One of the things that we are particularly proud of with the harbor

deepening project is that of the fifty-four million cubic yards of material that is going to be removed 100% of that is used beneficially. The majority of it is clean material for ocean placement and we are using that to cap the historic area remediation of Ellis Island.

And the material that doesn't meet ocean placement criteria is used to cap landfill sites, brown field sites and abandoned industrial sites.

For example, we have the Bayonne Golf Course which is under construction, almost completed, that was capped and contoured using dredged material. We have the Jersey Gardens mall next to the New Jersey Turnpike and the parking area for that mall was built on an industrial site using dredged material as the cap and fill material. Over in Brooklyn is the Pennsylvania Avenue and Fountain Avenue landfills, very historic and old landfills for the city, both of those were capped and contoured using treated dredged material and that will be part of

Gateway National Park.

MR. DOUGLAS: The remediation of these sites is really a win-win situation for everybody involved because not only have we eliminated the disposal of these sediments, but also we have taken a contaminated property, we've placed a cap over it, we've used the funds to help contain the contamination on the property and then we have provided a foundation which can then proceed to redevelopment of these sites and that redevelopment provides economic benefit for the host community.

MR. MCDONOUGH: The bottom line is we have come up with a number of different techniques and when I saw we, that's the collective, that's everybody, that's the New York State environmental folks, the New York City environmental folks, New Jersey's, the industry itself, the private sector that contributed so much money to this over the years, they have come up with a number of different proven techniques for the beneficial use of dredge material.

MALE VOICE: And dredge material that is free from industrial era contamination and is suitable for remediating the HARS can be beneficially used there as well as a number of other places, this material becomes vital in many different ecological restoration projects. These projects include reclaiming lost wetlands, to increase vital habitat and species richness, restoring tidal flows, to enhance fish and wildlife ecology, nourishing beaches that have been depleted by erosion and creating new land in densely populated areas.

MR. WISEMILLER: All the material from the harbor deepening project will be used beneficially at a variety of either aquatic or upland placement sites. Many of the upland placement sites that we use actually have a cascade beneficial use effect in that it remediates an existing upland impacted site, a brown field or a landfill, for example, making that site then useable, a taxable benefit to the local community, as well as then removing pressure on developers

to develop other areas.

MALE VOICE: In a densely urban populated area like New York or New Jersey new land is rare and valuable.

MR. MCDONOUGH: I think there's a ton more uses for dredged material such as the mines and everything else. It is just a matter of somebody stepping up to the plate and saying hey, I can use the processed dredge material to do this.

MALE VOICE: The U.S. Army Corps of Engineers partnership between the Port Authority of New York and New Jersey is invaluable to the future of the region's economy and environment. Together they are working to keep the harbor and port safe, efficient and environmentally productive to the surrounding community it serves for generations to come.

While advancements have been made in the use of dredge material the Corps and its partners are looking to the future and looking to new places and new methods to beneficially use the material needing to be

dredged from the port, while once considered unusable, its present and potential future beneficial uses are limited only by our needs and imagination.

FEMALE VOICE: Is there a site in your community that needs to be cleaned up and put back on the tax roles? Do you own a site that could be better utilized, if only you could get some help with remediation? We would love to hear from you.

[END OF TAPE]

C E R T I F I C A T E

I, Ann Arundel, certify that the foregoing transcript of a video was prepared using standard electronic transcription equipment and is a true and accurate record.

Signature_____Ann Arundel_/SR______

Date __12/19/07_/ 12/27/07____

ERRATA SHEET FOR TRANSCRIPT OF ____________

RE: _________________ DATE TAKEN: ________

| PAGE | LINE # | CORRECTION | REASON |
| --- | --- | --- | --- |

____________________

WITNESS' NAME

SUBSCRIBED AND SWORN TO THIS

_____ DAY OF _________, 200___

_____________________________