# EXHIBIT 80

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. DACW51-01-B-0028-0004 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 20-Dec-2001 | PAGE OF PAGES 1 OF 28 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DACW51-02-C-0002 | SEE SCHEDULE | |

| 7. ISSUED BY CODE DACW51 | 8. ADDRESS OFFER TO *(If Other Than Item 7)* CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN: CENAN-CT ROOM 31-100<br>26 FEDERAL PLAZA (DACW51)<br>NEW YORK NY 10278-0090 | **See Item 7** |
| TEL: (212)264- FAX: (212)264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME JACQUELINE DALY | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)* 212-264-9069 |
|---|---|---|

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

JOSEPH G. MINISH PASSAIC RIVER WATERFRONT PARK AND HISTORIC AREA NEWARK, NEW JERSEY
CONSTRUCTION CONTRACT NO. 2 STATION 24+48.76 TO STATION 37+10

THIS IS A 100% SMALL BUSINESS SET ASIDE (CIVIL WORKS)

ALL OFFERORS SHALL REPORT TO THE 31ST FLOOR, ROOM 31-100.

FOR TECHNICAL QUESTIONS, CONTACT MIKE ROVI OR SHELIA MCDONALD AT 212-264-9068. Due to heightened security, offerors shandcarry bids and/or attending bid openings should allow adequate time to accommodate security requirements. In addition, if entering the building offerors should bring appropriate ID--passport, drivers license, car registration, etc. The envelope should list the solicitation number and bid opening date..

11. The Contractor shall begin performance within 5 calendar days and complete it within 365 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. *(See ______________ .)*

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 11:00 AM *(hour)* local time 13 Nov 2001 *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

G012579

DACW51-02-C-0002, ENTITLED, "Joseph G. Minish Passaic River Waterfront Park and Historic Area Newark, New Jersey Construction Contract No. 2 Station 24+48.76 to Station 37+10, hereby incorporates the following:

**SOLICITATION, OFFER, AND AWARD (Continued)**
*(Construction, Alteration, or Repair)*

Amendment #0001, 0002, 0003 and 0004 dated 09, 09, 16, 19 November 2001 respectively.

**OFFER** *(Must be fully completed by offeror)*

Wage Rates: General Decision Nr. NJ010002 dated 02 November 2001 NJ010003 dated 02 November 2001.

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
CRUZ CONSTRUCTION CORP
LICINO LEE CRUZ
HOLMDEL NJ 07733-2198

15. TELEPHONE NO. *(Include area code)*
(732) 946-8400

Confirmation Letter dated 07 December 2001.

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

**See Item 14**

SECTION 00010 Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Mobilization and Demobilization | 1.00 | Lump Sum | $20,000.00 | $20,000.00 |
| 0002 | Demolition | 1.00 | Lump Sum | $20,000.00 | $20,000.00 |
| 0003 | Removal and Salvage of Historic Building Materials | 1.00 | Lump Sum | $5,000.00 | $5,000.00 |
| 0004AA | Trench Excavation 15" & 18"dia. RCP Pipe | 100.00 | Linear Foot | $50.00 | $5,000.00 |

CODE 1VTV5 FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS | SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

**SEE SCHEDULE**

22. AMOUNT
**$4,469,515.00**

23. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE E3M1000
CONSTRUCTION DIVISION
26 FEDERAL PLAZA ROOM 2137
NEW YORK NY 10278

27. PAYMENT WILL BE MADE BY CODE
USACE FINANCE CENTER MILLINGTON
5722 INTEGRITY DRIVE ATTN
MILLINGTON TN 38054-5005

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA

31C. AWARD DATE

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AB | Trench Excavation 36" dia. RCP Pipe | 30.00 | Linear Foot | $50.00 | $1,500.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | Anchors<br>FFP | 260.00 | Each | $5,000.00 | $ 1,300,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | Installed Steel Sheet Piling<br>FFP | 38,400.00 | Square Foot | $20.00 | $768,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | Pulled Steel Sheet Piling<br>FFP | 2,700.00 | Square Foot | $5.00 | $ 13,500.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AC | Redriven Steel Sheet Piling<br>FFP | 2,700.00 | Square Foot | $6.00 | $ 16,200.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | Steel H-Piles<br>FFP | 1,900.00 | Linear Foot | $150.00 | $ 285,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | Structural Steel<br>FFP | 284,500.00 | Pound | $1.00 | $284,500.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009AA | | 9.00 | Cubic Yard | $20.00 | $ 180.00 |
| | Bedding Material<br>FFP | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009AB | | 4,100.00 | Cubic Yard | $25.00 | $ 102,500.00 |
| | Select Granular Material<br>FFP | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0011 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0012 | | 535.00 | Cubic Yard | $90.00 | $ 48,150.00 |
| | Excavation and Transport of<br>FFP | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0013 | | 535.00 | Cubic Yard | $100.00 | $53,500.00 |
| | Treatment and Disposal of Contaminated Material<br>FFP | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0014 | | 60.00 | Square Yard | $25.00 | $ 1,500.00 |
| | Dense Graded Aggregate Base Course<br>FFP | | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0015 | 15" dia. RC Pipe<br>FFP | 90.00 | Linear Foot | $70.00 | $ 6,300.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0016 | 18" dia. RC Pipe<br>FFP | 6.00 | Linear Foot | $75.00 | $ 450.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0017 | 36" dia. RC Pipe<br>FFP | 30.00 | Linear Foot | $100.00 | $ 3,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0018 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0019 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0021 | Inlet<br>FFP | 2.00 | Each | $1,500.00 | $ 3,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0022AA | Flap Valves 15" dia.<br>FFP | 2.00 | Each | $8,000.00 | $ 16,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0022AB | Flap Valves 36" dia.<br>FFP | 1.00 | Each | $10,000.00 | $ 10,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0023 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0024 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0025 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0026 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0027AA | Plain Deformed Steel Bars<br>FFP | 2,750.00 | Pound | $1.00 | $ 2750.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0027AB | Epoxy Coated Deformed Steel Bars<br>FFP | 146,500.00 | Pound | $1.00 | $ 146,500.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0028 AA | Concrete<br>FFP | 1,950.00 | | $575.00 | $ 1,121,250.00 |
| 0028AB | PreCast Concrete<br>FFP | 4,000.00 | Square Foot | $50.00 | $ 200,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0029 | Bituminoous Paving<br>FFP | 60.00 | Square Foot | $50.00 | $ 3,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0030 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0031 | NOT USED<br>FFP | .00 | | $ | $ |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0032 | Chain Link Fence<br>FFP | 405.00 | Linear Foot | $35.00 | $ 14,175.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0033 | SUBDRAINS | 1,160.00 | Linear Foot | $16.00 | $ 18,560.00 |

TOTAL FOR LINE ITEMS NOS. 1 THROUGH 33 NET AMT $4,469,515.00

ACRN Funded Amount $3,000,000.00
TAC:
Case

SECTION 00100 Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUL 1996 |
| 52.227-17 | Rights In Data-Special Works | JUN 1987 |
| 52.247-64 | Preference for Privately Owned U.S. - Flag Commercial Vessels | JUN 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov.far
http://www.farsite.mil.af.mil
http://www.dtic.mil/dfars

252.236-7008 CONTRACT PRICES - BIDDING SCHEDULES. (DEC 1991)

(a) The Government's payment for the items listed in the Bidding Schedule shall constitute full compensation to the Contractor for --

(1) Furnishing all plant, labor, equipment, appliances, and materials; and

(2) Performing all operations required to complete the work in conformity with the drawings and specifications.

(b) The Contractor shall include in the prices for the items listed in the Bidding Schedule all costs for work in the specifications, whether or not specifically listed in the Bidding Schedule.

SECTION 00700 Contract Clauses

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-2 | Security Requirements | AUG 1996 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.208-8 | Helium Requirement Forecast And Required Sources For Helium | JUN 1997 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JUL 1995 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| 52.222-3 | Convict Labor | AUG 1996 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-6 | Davis Bacon Act | FEB 1995 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | FEB 1988 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | FEB 1988 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-26 | Equal Opportunity | FEB 1999 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | APR 1998 |
| 52.223-6 | Drug Free Workplace | MAY 2001 |
| 52.223-10 | Waste Reduction Program | AUG 2000 |
| 52.224-1 | Privacy Act Notification | APR 1984 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-13 | Patent Rights--Acquisition By The Government | JAN 1997 |
| 52.227-14 | Rights in Data--General | JUN 1987 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-12 | Prospective Subcontractor Requests for Bonds | OCT 1995 |
| 52.229-1 | State and Local Taxes | APR 1984 |

| | | |
|---|---|---|
| 52.229-3 | Federal, State And Local Taxes | JAN 1991 |
| 52.230-2 | Cost Accounting Standards | APR 1998 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | MAY 1997 |
| 52.232-16 | Progress Payments | MAR 2000 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | MAY 2001 |
| 52.232-27 | Prompt Payment for Construction Contracts | MAY 2001 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | MAY 1999 |
| 52.233-1 | Disputes | DEC 1998 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-2 | Differing Site Conditions | APR 1984 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work | APR 1984 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.236-13 | Accident Prevention | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.245-2 | Government Property (Fixed Price Contracts) | DEC 1989 |
| 52.245-3 | Identification of Government-Furnished Property | APR 1984 |
| 52.245-4 | Government-Furnished Property (Short Form) | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.246-21 | Warranty of Construction | MAR 1994 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-52 | Clearance and Documents Requirements-Shipments to DOD Air or Water Terminal Transshipment Points | APR 1984 |
| 52.247-63 | Preference For U.S. Flag Air Carriers | JAN 1997 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | MAR 1999 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | DEC 1991 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 1992 |
| 252.227-7003 | Termination | AUG 1984 |
| 252.249-7002 | Notification of Anticipated Program Termination or Reduction | DEC 1996 |

CLAUSES INCORPORATED BY FULL TEXT

52.202-1 DEFINITIONS (MAY 2001) --ALTERNATE I (MAY 2001)

(a) Agency head or head of the agency means the Secretary (Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, unless otherwise indicated, including any deputy or assistant chief official of the executive agency.

(b) "Commercial component" means any component that is a commercial item.

(c) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.

(d) Component means any item supplied to the Government as part of an end item or of another component, except that for use in 52.225-9, and 52.225-11 see the definitions in 52.225-9(a) and 52.225-11(a).

(e) Contracting Officer means a person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting within the limits of their authority as delegated by the Contracting Officer.

(f) Nondevelopmental item means--

(1) Any previously developed item of supply used exclusively for governmental purposes by a Federal agency, a State or local government, or a foreign government with which the United States has a mutual defense cooperation agreement;

(2) Any item described in paragraph (f)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (f)(1) or (f)(2) solely because the item is not yet in use.

(End of clause)

52.204-1 APPROVAL OF CONTRACT (DEC 1989)

This contract is subject to the written approval of Contracting Officer and shall not be binding until so approved.

(End of clause)

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 365 calendar days. * The time stated for completion shall include final cleanup of the premises.

*The Contracting Officer shall specify either a number of days after the date the contractor receives the notice to proceed, or a calendar date.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $630.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.225-9 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM—CONSTRUCTION MATERIALS (FEB 2000)

(a) Definitions. As used in this clause--

Component means any article, material, or supply incorporated directly into construction materials.

Construction material means an article, material, or supply brought to the construction site by the Contractor or a subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction

material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

Cost of components means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the end product (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the
manufacture of the end product.

Domestic construction material means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

Foreign construction material means a construction material other than a domestic construction material.

United States means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) Domestic preference. (1) This clause implements the Buy American Act (41 U.S.C. 10a-10d) and the Balance of Payments Program by providing a preference for domestic construction material. The Contractor shall use only domestic construction material in performing this contract, except as provided in paragraphs (b)(2) and (b)(3) of this clause.

(2) This requirement does not apply to the construction material or components listed by the Government as follows: "none"

(3) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(2) of this clause if the Government determines that

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the requirements of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent. For determination of unreasonable cost under the Balance of Payments Program, the Contracting Officer will use a factor of 50 percent;

(ii) The application of the restriction of the Buy American Act or Balance of Payments Program to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act or Balance of Payments Program. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(3) of this clause shall include adequate information for Government evaluation of the request, including--

A) A description of the foreign and domestic construction materials;

B) Unit of measure;

C) Quantity;

D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act or Balance of Payments Program applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(3)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act or Balance of Payments Program applies, use of foreign construction material is noncompliant with the Buy American Act or Balance of Payments Program.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison

| Construction material description | Unit of measure | Quantity | Price (dollars) \1\ |
|---|---|---|---|
| Item 1 | | | |
| Foreign construction material.... | ...................... | ...................... | ...................... |
| Domestic construction material... | ...................... | ...................... | ...................... |
| Item 2 | | | |
| Foreign construction material.... | ...................... | ...................... | ...................... |
| Domestic construction material... | ...................... | ...................... | ...................... |

Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).
List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.
Include other applicable supporting information.

(End of clause)

52.228-15 PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (JUL 2000)-

(a) Definitions. As used in this clause--

Original contract price means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

G012591

(b) Amount of required bonds. Unless the resulting contract price is $100,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 100 percent of the original contract price.

(2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 100 percent of the original contract price.

(3) Additional bond protection. (i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 100 percent of the increase in contract price.

(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the U.S. Department of Treasury, Financial Management Service, Surety Bond Branch, 401 14th Street, NW, 2nd Floor, West Wing, Washington, DC 20227.

(e) Notice of subcontractor waiver of protection (40 U.S.C. 270b(c). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

(End of clause)

252.236-7001 CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| Title | File | Drawing No. |
|---|---|---|

See Sheet Ref. No. in paragraph 6, section 00800-2 and 00800-3.

(End of clause)

SECTION 00800 Special Contract Requirements

ACCOUNTING AND APPROPRIATION DATA

| | | | | | |
|---|---|---|---|---|---|
| : | 96X31220000 082421 | 25003H97L7076209 | NA | 96303 | 000000000000 |
| AMOUNT: | $3,000,000.00 | | | | |
| FUNDING | JOB ORDER NO | | | | QUANTITY |
| ACRN: | | | | | |
| AMOUNT: | | | | | |

GENERAL DECISION NJ010006 11/02/2001 NJ6

Date: November 2, 2001
General Decision Number NJ010006

Superseded General Decision No. NJ000006

State: New Jersey

Construction Type:
DREDGING

County(ies):
STATEWIDE

All Dredging except self propelled hopper dredges, on the Atlantic Coast & tributary waters emptying into the Atlantic Ocean.

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 07/06/2001 |
| 2 | 11/02/2001 |

COUNTY(ies):
STATEWIDE

* ENGI0025D 10/01/2001

| | Rates | Fringes |
|---|---|---|
| DIPPER & CLAMSHELL DREDGE: | | |
| Operator | 27.45 | 6.20+a+b |
| Engineer | 24.17 | 6.20+a+b |
| Maintenance Engineer | 23.07 | 5.60+a+b |
| Welder | 22.71 | 5.60+a+b |
| Mate | 21.51 | 5.60+a+b |
| Boat Master | 22.73 | 6.20+a+b |
| Boat Captain | 21.66 | 5.60+a+b |
| Fireman; Oiler | 18.18 | 5.00+a+b |
| Deckhand; Tug Deckhand | 17.73 | 5.00+a+b |
| Scowman | 17.49 | 5.00+a+b |
| DRAG BUCKET DREDGE: | | |
| Operator | 25.09 | 4.81+a+b |

| | | |
|---|---|---|
| Engineer | 21.41 | 4.81+a+b |
| Maintenance Engineer | 21.21 | 4.51+a+b |
| Mate | 19.82 | 4.51+a+b |
| Deckhand | 16.17 | 4.20+a+b |
| HYDRAULIC DREDGES: | | |
| Leverman | 26.95 | 6.20+a+b |
| Engineer; Derrick Operator | 23.64 | 6.20+a+b |
| Chief Mate | 23.29 | 6.20+a+b |
| Chief Welder | 23.94 | 6.20+a+b |
| Maintenance Engineer | 23.07 | 5.60+a+b |
| Electrician | 22.92 | 6.20+a+b |
| Welder Dredge | 22.70 | 6.20+a+b |
| Spider Barge Operator | 22.50 | 5.60+a+b |
| Mate | 21.51 | 5.60+a+b |
| Boat Master | 22.72 | 6.20+a+b |
| Boat Captain | 21.66 | 5.60+a+b |
| Steward | 21.49 | 6.20+a+b |
| Fireman; Oiler | 18.18 | 5.00+a+b |
| Deckhand | 17.50 | 5.00+a+b |
| Tug Deckhand | 17.73 | 5.00+a+b |
| Shoreman | 17.50 | 5.00+a+b |
| Assistant Cook | 17.61 | 5.00+a+b |
| Night Cook | 17.61 | 5.00+a+b |
| Messman | 17.10 | 5.00+a+b |
| Janitor/Porter | 17.10 | 5.00+a+b |
| COMPANY LEAD DREDGEMAN: | | |
| Lead Dredgeman | 26.95 | 6.20+a+b |
| TUG BOATS over 1,000 H.P. (with master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 23.09 | 5.71+a+b |
| Tug Captain | 22.16 | 5.71+a+b |
| Tug Chief Engineer | 21.47 | 4.11+a+b |
| Tug Engineer | 21.03 | 4.11+a+b |
| Tug Deckhand | 16.96 | 4.51+a+b |
| TUG BOATS over 1,000 H.P. (without master or captain having license endorsed for 200 miles off shore): | | |
| Tug Master | 24.14 | 4.51+a+b |
| Tug Captain | 23.17 | 4.51+a+b |
| Tug Engineer | 22.45 | 4.51+a+b |
| Tug Deckhand | 17.73 | 4.20+a+b |
| ]RILL BOATS: | | |
| Engineer | 23.54 | 5.63+a+b |
| 3laster | 23.81 | 5.63+a+b |
| ]riller | 23.55 | 5.63+a+b |
| Velder | 23.30 | 5.04+a+b |
| Aachinist | 23.30 | 5.04+a+b |
| 'ug Master | 20.48 | 5.63+a+b |
| 'ug Captain | 19.53 | 5.04+a+b |
| )iler | 20.46 | 4.46+a+b |
| 'ug Deckhand | 15.97 | 4.46+a+b |
| 'ore Driller | 18.56 | 4.46+a+b |
| IVERS: | | |
| iver | 35.22 | 4.81+a+b |

G012595

| | | |
|---|---|---|
| Standby Diver | 24.51 | 4.81+a+b |
| Tender | 27.09 | 4.81+a+b |
| Standby Tender | 20.66 | 4.51+a+b |
| DREDGING PIPELINE CABLE-LAYING: | | |
| Leverman | 24.30 | 4.81+a+b |
| Control Tower Operator | 22.44 | 4.81+a+b |
| Rigger | 17.18 | 4.20+a+b |
| Line up Operator, End Prep. | 16.62 | 4.20+a+b |
| Diver | 35.99 | 4.81+a+b |
| Diver Tender | 22.33 | 4.81+a+b |
| ENGINEER: | | |
| 1st | 22.44 | 4.81+a+b |
| 2nd, 3rd & 4th | 22.12 | 4.81+a+b |
| Electrician | 21.80 | 4.81+a+b |
| Elec. Hydro Tech. | 18.41 | 4.51+a+b |
| Tug Master | 21.79 | 4.81+a+b |
| Tug Captain | 20.67 | 4.51+a+b |

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ALL ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day, Christmas Day and Good Friday.

b. VACATION: Eight percent (8%) of the straight time rate multiplied by the total hours worked.

---

WELDERS - Receive rate prescribed for craft performing operation

to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor

200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.
END OF GENERAL DECISION

GENERAL DECISION **NJ010003** 11/02/2001 NJ3

Date: November 2, 2001
General Decision Number **NJ010003**

Superseded General Decision No. NJ000003

State: New Jersey

Construction Type:
BUILDING

HEAVY
HIGHWAY

County(ies):
BERGEN MIDDLESEX SUSSEX
ESSEX MORRIS UNION
HUDSON PASSAIC WARREN
HUNTERDON SOMERSET

BUILDING CONSTRUCTION PROJECTS (does not include residential construction consisting of single family homes and apartments up to and including 4 stories,does not include Hunterdon or Somerset Counties for building construction only)

HEAVY AND HIGHWAY CONSTRUCTION PROJECTS

Modification Number Publication Date
0 03/02/2001
1 03/09/2001
2 04/06/2001
3 05/04/2001
4 06/01/2001
5 07/06/2001
6 07/27/2001
7 08/03/2001
8 08/24/2001
9 11/02/2001

COUNTY(ies):
BERGEN MIDDLESEX SUSSEX
ESSEX MORRIS UNION
HUDSON PASSAIC WARREN
HUNTERDON SOMERSET

* ASBE0032E 09/19/2001
Rates Fringes
BERGEN, ESSEX, HUDSON, HUNTERDON (Remainder), MIDDLESEX (Remainder), MORRIS, PASSIAC, SOMERSET (Remainder), SUSSEX, UNION, & WARREN (Remainder) COUNTIES:

ASBESTOS WORKERS/INSULATORS
Includes the application of all
insulating materials; protective
coverings, coatings, and finishes
to all types of mechanical systems 30.62 18.16

---

ASBE0089A 07/01/2001
Rates Fringes
HUNTERDON (Alexander, Bethlehem, Bloomsbury, Clinton, Delaware, East Amwell, Flemington, Franklin, Frenchtown, Glen Garden, Hampton, High Bridge, Holland, Kingwood, Lambertville, Lebanon, Milford, Raritan, Readington, Stockton, Union, and West Amwell Twps), MIDDLESEX (Cranbury, East Brunswick, Helmatta, Jamesburg, Milltown, Monroe, North Brunswick, Plainsboro, South Brunswick, and Spotswood Twps), SOMERSET (Branchburg, Franklin,

Hillsborough, Manville, Millstone, Montgomery and Rocky Hill Twps), AND WARREN (Franklin, Greenwich, Hamony, Lopatcong, Oxford, Phillipsburg, Washington, and White Twps) COUNTIES

ASBESTOS WORKERS/INSULATORS
Includes the application of all
insulating materials, protective
coverings, coatings, and finishes
to all types of meechanical systems 28.93 15.57

----------------------------------------------------------------

BOIL0028A 08/01/1999
Rates Fringes
BOILERMAKER 31.15 16.05

----------------------------------------------------------------

BRNJ0004D 11/01/2000
Rates Fringes
BERGEN,ESSEX,HUDSON,MORRIS,PASSAIC,SUSSEX,UNION, WARREN,the following parts of HUNTERDON, and SOMERSET COUNTIES:(at Old Mill Inn Route #202 follow Passaic River to the Dean River from thence to Sunset Lake at Pluckemin, follow Chambers Brook to Oldwick to Fairmount, Hunderton County across the county line to Long Valley in Morris County, thence across

from Long Valley into Chester, three miles North of Chester to Muskrat, then back across into Ralston, Morris County, then follow Morris-Somerset County line into Mendham Township, then across Morris County line into Somerset, back to the Old Mill Inn in Bernardsville, Route #202, Somerset County)

BRICKLAYERS, CEMENT MASONS,
PLASTERERS, & STONEMASONS 28.77 12.95

----------------------------------------------------------------

BRNJ0005B 11/01/2000
Rates Fringes
HUNTERDON (Annadale,Califon,Lebanon,Oldwick,Readington, Three Bridges,& White House Station Twps.),MIDDLESEX (except Dunellen, Middlesex, Oak Tree, New Market, and South Plainfield Twps), AND SOMERSET (Remainer) COUNTIES

BRICKLAYERS, CEMENT MASONS,
PLASTERERS & STONEMASONS 27.85 12.70

----------------------------------------------------------------

CARP0006B 05/01/2000
Rates Fringes
BERRGEN (East of Hackensack River including but not limited to Cliffside, Coytesville, Edgewater, Fairview, Fort Lee, Grant Wood, Leonia, Palisades Park, and Ridgefield Twps), AND HUDSON (East of the Hackensack River) COUNTIES

CARPENTER 28.36 12.32
MILLWRIGHTS 29.06 12.53

----------------------------------------------------------------

CARP0015B 05/01/2000
Rates Fringes
BERGEN COUNTY (Remainder)

CARPENTERS 28.46 43%+.18

MILLWRIGHTS 28.96 43%+.18

---

CARP0031C 05/01/1997
Rates Fringes
HUNTERDON (Starting at the South of the town of Frenchtown on the Delaware River, thence following the line in the center of the road to Bapistown to Croton to the City of Flemington to Flemington Junction to Three Bridges, tehnce following the Somerset County line Northward, all territory South of this line including the City of Flemington) AND SOMERSET (all territory South of a line beginning at Armwell on the County line to Zion to Fairview to Dutchtown to Plainsville to Bell Mead to Griggstown to the Delaware and Raritan Canal) COUNTIES

CARPENTERS 26.28 12.34

---

CARP0041C 05/01/1995
Rates Fringes
ESSEX (Millburn Twp), MIDDLESEX, MORRIS, SOMERSET (Municipalities of Greenbrook, North Plainfield, Watchung, and all communities East of King George's Road), SUSSEX AND UNION COUNTIES

CARPENTERS & INSULATORS 25.94 37%+.04

MILLWRIGHTS 26.44 37%+.04

---

CARP0099I 05/01/1995
Rates Fringes
LATHERS 25.94 37%+.10

---

CARP0124A 05/01/2000
Rates Fringes
BERGEN (City of Garfield and Boroughs of Lodi and Wallington), AND PASSAIC COUNTIES

CARPENTERS 28.46 43%+.18
MILLWRIGHTS 28.96 43%+.18

---

CARP0399A 05/01/1995
Rates Fringes
WARREN COUNTY

CARPENTERS & INSULATORS 26.33 35%+.04
MILLWRIGHTS 26.58 35%+.04

---

CARP1342A 05/01/2000
Rates Fringes
ESSEX, AND HUDSON (West of Hackensack River)

CARPENTERS 28.46 43%+.18
MILLWRIGHTS 28.96 43%+.18

---

* CARP1456A 07/01/2001
Rates Fringes
DIVER 41.17 23.35
DIVER TENDER 30.39 23.35

---

CARP1456B 05/01/2000
Rates Fringes
DOCK BUILDER & PILEDRIVERMEN 29.89 17.13

---

CARP2212A 05/01/1999
Rates Fringes
BERGEN, ESSEX, HUDSON, & PASSAIC COUNTIES

SOFT FLOOR LAYERS 25.75 39.73%

---

ELEC0017A 07/01/1994
Rates Fringes
ELECTRICIANS (RAILROAD CONSTRUCTION) 21.20 26.5%

COMMERCIAL TELEPHONE INSTALLATION 21.20 26.5%

---

ELEC0102B 06/04/2001
Rates Fringes
MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES

LINE CONSTRUCTION:
Lineman & Equipment Operators 35.52 37%
Cable Splicers 39.08 37%
Groundmen 21.31 37%

---

ELEC0102C 06/04/2001
Rates Fringes
MORRIS, PASSAIC, SUSSEX, AND WARREN COUNTIES

ELECTRICIAN 35.52 37%

CABLE SPLICER 39.08 37%

---

ELEC0164B 08/15/2000
Rates Fringes
BERGEN, ESSEX, AND HUDSON COUNTIES

LINE CONSTRUCTION:

Lineman, Welder,X-Ray Technician,
Equipment Repairman, & Equipment
Serviceman 34.42 41%

Cable Splicer 38.89 41%

Groundman 20.66 41%

---

ELEC0164C 06/04/2001
Rates Fringes
BERGEN, ESSEX, AND HUDSON COUNTIES

ELECTRICIANS 35.60 42%

CABLE SPLICERS 40.23 42%

---

ELEC0262A 06/01/1994
Rates Fringes
UNION COUNTY (Area South and West of a line running East from

Somerset County on Mountain Avenue in New Providence Borough to Diamond Hill Road, South on that road to and along Park Avenue in Scotch Plains and continuiong along Martine Avenue to and Norrtheast along Raritan Road to and Easterly along Westfield - Scotch Plains line to Lehigh Valley Railroad and Southwest on the railroad to Middlesex County line)

LINE CONSTRUCTION:

Groundman 22.05 11.7%+3.76

Lineman, Cable Splicers,
Line Equipment Operator 23.23 11.7%+3.76

---

ELEC0262B 08/15/1993
Rates Fringes
MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

ELECTRICIANS 25.92 6.09+20%

---

ELEC0262C 06/01/1994
Rates Fringes
HUNTERDON (Except Tewksbury Twp and Califon Borough), AND SOMERSET (Area South of a line following Mountain Ave from the Union County line West to Hillcrest Ave in Union Village, North on Hillcrest Avae to and West on the Passaic River, West on Dead River, West on Allen Road, North on Somerville Road, West on Howell Road, Southwest on Mount Prospect Road, West on Martinsville - Pluckemin Ropad, West on Klines Mill road, North on John Kane Road to Hunterdon County Line, and alos that portion

of Montgomery Twp West and South of a line following U.S. Highway #206 North from Mercer County to the Harligen Road, West along that road the Dutchtown - Zine Road to Hillsboro Township line)

LINE CONSTRUCTION:
Lineman, Cable Splicer 22.87 3.76+11.7%
Groundman 21.06 3.76+11.7%

---

ELEC0262E 08/15/1993
Rates Fringes
UNION COUNTY (Area South and West of a line running East from Somerset County on Mountain Ave in New Provedenec Borough to Diamond Hill Rd, South on that Road to and along Park Ave in Scotch Plains and continuing along Martine Ave to and Northeast along Raritan Rd to and Easterly along Westfield - Scotch Plains line to the Lehigh Valley Railroad and Southwest on the railroad to the Middlesex County line)

CABLE SPLICERS & ELECTRICIANS 26.85 6.09+20%

---

ELEC0262G 06/01/1994
Rates Fringes
HUNTERDON (Except Tewksbury Twp and Califon Borough), SOMERSET (Area South of a line following Mountian Avenue from Union County line West to Hillcrest Ave to and West on the Passaic River, West on Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mt Prospect Rd, West on Martinsville-Pluckemin Rd, West on Klines Mill Rd, North on John Kane Rd to Hunterdon County line, and that portion of Montgomery Twp West and South of a line following US Highway #206 North from Mercer County to Harligen Rd, West along that road that road the Dutchtown - Zine Rd to Hillsboro Twp line)

ELECTRICIANS & CABLE SPLICERS 26.83 6.09+20%

---

ELEC0262H 11/30/1994
Rates Fringes
MIDDLESEX COUNTY (Area North and West of a line following the Philadelphia and Reading Railroad East from the Raritan River to Dismal Road, Northeast on Dismal Road to Park Avenue, North on Park Avenue to the Lehigh Valley Railroad, and Northeast along that railroad to the Union County line)

LINE CONSTRUCTION:
Linemen, Cable Splicers 22.87 3.76+11.7%
Groundmen 21.06 3.76+11.7%

---

ELEC0358A 06/01/1998
Rates Fringes
MIDDLESEX COUNTY (Remainder)

ELECTRICIANS 30.26 42.75%

---

ELEC0358C 06/01/1998
Rates Fringes
MIDDLESEX COUNTY (Remainder)

LINE CONSTRUCTION:

Linemen, Hole Digger Operator,
Truck w/o Winch or Pole & Steel
Hand, Truck w/o Winch, X-ray
Technician & Equip. Repairer 30.26 43%

Cable Splicer 33.89 43%

Groundman & Winch Operator 29.47 43%

Certified Welder Lineman 31.77 43%

---

ELEC0456B 06/04/2001
Rates Fringes
MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd to the Raritan River, along the Raritan River to South River, alopng South River to the Southern boundary of the Borough of South River, along this boundary to Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

ELECTRICIANS 33.56 45.75%
CABLE SPLICERS 37.59 45.75%

---

ELEC0456C 06/04/2001
Rates Fringes
MIDDLESEX COUNTY (Area South and West of a line extending East from the Raritan River along the Philadelphia and Reading Railroad to Shelton Rd, South on Shelton Rd to Lincoln Hwy to Vineyard Rd to Old Post Rd, along Old Post Rd to Mill Rd, along Mill Rd, aloong Mill Rd to the Raritan River, along Raritan River to South River, along South River to the Southern boundary of the Borough of South RIver, along this boundary to the Cranbury South River Turnpike, along this road continuing on to Washington Rd and Maplewood Ave in Cranbury to Scott Ave, along Scott Ave to Main St, on Main St and the turnpike to Millstone River)

LINE CONSTRUCTION:
Linemen 33.56 45.75%
Cable Splicer 37.59 45.75%
Groundmen 32.77 45.75%
Winch Operator 32.77 45.75%

---

ELEC0581A 06/01/1994
Rates Fringes

UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, Across Baltusrol Country CLub to Baltusrol Rd, Along Baltusrol Rd and Summit Lane to Mountainside Borough and long New Providence Rd to and along Mountainside Borough line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough, to the Somerset County Line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County line West to Hillcrest Ave in in Union VIllage, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount Prospect Road, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line) COUNTIES

LINE CONSTRUCTION:
Lineman & Equipment Oper 27.32 15.75%+5.18

Line Truck Equipment, and
Groundman 20.30 15.75%+5.18

---

ELEC0581C 08/15/1993
Rates Fringes
SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mounbt Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd to the Hunterdon County Line), and UNION (Area West and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Baltusrol Rd along BAltusrol Rd and Summit Lane to Mountainside Borough to and along New Providence Rd, to and along Mountainside Borough Line, to and along Washington Valley Rd to and North along Diamond Hill Rd to and West on Mountain Ave in New Providence Borough to the Somerset County Line) COUNTIES

ELECTRICIANS & CABLE SPLICERS 27.77 15.00%+5.22

---

ELEC0675B 05/29/1995
Rates Fringes
UNION COUNTY (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way across Baltusrol Country Club to Baltusrol Rd, along Batlusrol Rd and Summit Lane in Mountainside to and along New Providence Rd to and along the Mountainside line to and along Washington Valley Rd, to and along Diamond Hill Rd to and along Park Ave in Scotch Plains, and continuing along Martine Ave, to and Northeast along Raritan Rd, to and Easterly along the Westfield - Scotch Plains Line, to the Lehigh Valley Railroad and Southwest on the railroad to the county line)

LINE CONSTRUCTION:
Lineman, Cable Splicers,
Line Equipment Operators 27.98 30.75%+4.25

G012605

Groundmen 26.83 30.75%+4.25

---

ELEC0675C 05/29/1995
Rates Fringes
UNION (Area East and North of a line running in a Southerly direction from Morris Ave along Baltusrol Way, across Baltusrol Country Club to Batlusrol Rd and Summit Lane to Mountainside Borough, to and along Washington Valley Road, to and North along Diamond Hill Rd, to and west on Mountain Ave in New Providence Borough, to the Somerset County line), AND SOMERSET (Area North of a line following Mountain Ave from the Union County Line West to Hillcrest Ave in Union Village, North on Hillcrest Ave to and West on the Passaic River, West on the Dead River, West on Allen Rd, North on Somerville Rd, West on Howell Rd, Southwest on Mount

Prospect Rd, West on Stillwest Rd, and West on Hall's Bridge Rd, to the Hunterdon County Line) COUNTIES

ELECTRICIANS & CABLE SPLICERS 27.98 4.25+30.75%

---

ELEV0001A 07/01/1994
Rates Fringes
ELEVATOR MECHANICS:
Construction 22.59 5.22+A+B+C
Modernization 15.94 3.69+A+B+C

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Lincoln's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Election Day, Thanksgiving Day, and Christmas Day
B. Employer contributes $8.00 per day per employee to annuity fund
C. Employee with 6 months but less than 5 years of service receive 2 weeks vacation, and 3 weeks vacaation for 5 years or more of service

---

ENGI0825C 07/01/2000
Rates Fringes
POWER EQUIPMENT OPERATORS
TANK ERECTION:

GROUP 1 33.61 15.65+A+B
GROUP 2 32.77 15.65+A+B
GROUP 3 34.75 15.65+A+B
GROUP 4 30.68 15.65+A+B
GROUP 5 25.47 15.65+A+B

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day.
B. Employee receives 20% premium pay for hazardous waste work.

TANK ERECTION CLASSIFICATIONS

GROUP 1: Operating Engineers--on all Cranes, derricks, etc. with booms including jib 140 ft. or more above the ground.

GROUP 2: Operating Engineers--on all equipment, including cranes derricks, etc. with booms including jib, less than 140 ft. above the ground.

GROUP 3: Helicopters--Pilot.

GROUP 4: Air compressors, welding machines and generators (gas,

diesel, or electrical driven equipment and sources of power from a permanent plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools used in the erection, alteration, repair and dismantling of tanks and any and all "DUAL PURPOSE" trucks used on the construction job site.

GROUP 5: Oiler.

---

ENGI0825D 07/01/2000
Rates Fringes
POWER EQUIPMENT OPERATORS:
[STEEL ERECTION]:

GROUP 1 33.89 15.65+A+B
GROUP 2 32.98 15.65+A+B
GROUP 3 30.69 15.65+A+B
GROUP 4 28.03 15.65+A+B
GROUP 5 26.50 15.65+A+B
GROUP 6 24.74 15.65+A+B
GROUP 7 35.25 15.65+A+B

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Veteran's Day, Thanksgiving Day, and Christmas Day.
B. Employees receive 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS
[STEEL ERECTION]

GROUP 1: Cranes - (all cranes, land or floating with booms including job 140 ft. and over, above ground); derricks-(all derricks, land or floating with boom including jib 140 ft. and over, above ground).

GROUP 2: Cranes - (all cranes, land or floating with booms including jib less than 140 ft. above ground); derricks (all derricks, land or floating with booms including jib, less than 140 ft. above ground).

GROUP 3: "A" frame; cherry pickers 10 tons and under; hoists; all types hoists shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete, brick shaft caisson, or any other similar type hoisting machines,

portable or stationary, except Chicago boom type; jacks-screw air hydraulic power operated unit console type (not hand jack or pile load test type) side booms.

GROUP 4: Aerial platform used hoist; compressor, 2 or 3 in battery; elevators or house cars; conveyors and tugger hoists; fireman; forklift; generators, 2 or 3 maintenance-utility man; rod bending machine (power); welding machines--(gas or electric,

2 or 3 in battery, including diesels); captain power boats; tug master power boats.

GROUP 5: Compressor, single, welding machine, single, gas, electric converters of any type, diesel; welding system multiple (rectifier transformer type); generator, single.

GROUP 6: Oiler staddle carrier.

GROUP 7: Helicopter pilot.

---

ENGI0825E 07/01/2000
Rates Fringes
POWER EQUIPMENT OPERATORS:
OILOSTATIC MAINLINES & TRANSPORTATION PIPELINES:

GROUP 1 31.75 15.65+A+B
GROUP 2 30.10 15.65+A+B
GROUP 3 27.96 15.65+A+B
GROUP 4 26.46 15.65+A+B
GROUP 5 24.74 15.65+A+B
GROUP 6 33.68 15.65+A+B

FOOTNOTES:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Veteran's Day, Thanksgiving Day; and Christmas Day
B. Employee receives 20% premium pay for hazardous waste work.

OILOSTATIC MAINLINES AND TRANSPORTATION PIPE LINES CLASSIFICATIONS

GROUP 1: Backhoe; cranes (all types); draglines; front-end loaders (5 yds. and over); gradalls; scooper (loader and shovel); koehring and trench machines.

GROUP 2: "A" frame; backhoe (combination hoe laoder); boring and drilling machines; ditching machine, small; ditchwitch or similar type; fork lifts; front end loaders (2 yds and over but less than 5 yds.); graders, finish (fine); hydraulic cranes, 10 tons and under (over 10 tons - crane rate applies); side booms; and winch trucks (hoisting).

GROUP 3: Backfiller; brooms and sweepers; bulldozers; compressors (2 or 3 in battery); front-end loaders (under 2 yds.); generators; giraffe grinders; graders and motor patrols; mechanic; pipe bending machine (power); tractors; water and sprinkler trucks, welder and repair mechanic.

GROUP 4: Compressor (single); dope pots (mechanical with or with out pump); dust collectors; farm tractors; pumps (4 in. suction and over); pumps (2 or less than 4 in. suction); pumps; diesel engine and hydraulic (immaterial or power); welding machines;

gas or electric converters of any type, single; welding machines, gas or electric converters of any type, 2 or 3 in battery multiple welders; wellpoint systems (including installation and maintenance).

GROUP 5: Oiler, grease, gas, fuel and supply trucks and tire repair and maintenance.

GROUP 6: Helicopter-pilot.

---

ENGI0825M 07/01/2000
Rates Fringes
BUILDING CONSTRUCTION PROJECTS; HEAVY, HIGHWAY, ROAD, STREET AND SEWER PROJECTS:

POWER EQUIPMENT OPERATORS
GROUP 1 31.12 15.65+A+B
GROUP 2 29.53 15.65+A+B
GROUP 3 27.62 15.65+A+B
GROUP 4 25.99 15.65+A+B
GROUP 5 24.28 15.65+A+B
GROUP 6 32.94 15.65+A+B

FOOTNOTES:
A. New Year's Day; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day, plus Washington's Birthday and Veterans Day.
B. Employee receives 20% premium pay for hazardous waste work.

POWER EQUIPMENT OPERATORS CLASSIFICATIONS

GROUP 1: Autograde - combination subgrader; base metal spreader and 7 base trimmer (CMI and similar types); autograde placer, trimmer, spreader combination (CMI and similar types); autograde slipform paver (CMI and similar types); backhoe; central power plants (all types); concrete paving machines; cranes (all types, including overhead and straddle travelling type); cranes; gantry; derricks (land or floating); drillmaster, quarrymaster (down the hole drill) rotary drill; self propelled hydraulic drill; self-powered drill; dragline; elevator graders; front end loaders (5 yds. and over); gradalls; grader; raygo; locomotive (large); mucking machines; pavement and concrete breaker, i.e.; superhammer and hoe ram; pile driver; length of boom including length of leads, shall determine premium rate applicable; roadway surface grinder; scooper (loader and shovel); shovels; tree chopper with boom; trench machines.

GROUP 2: "A" frames backhoe (combination); boom attachment on loaders (rate based on size of bucket) not applicable to pipehook, boring and drilling machines; brush chopper; shreader

and tree shredder; tree shedder; cableways; carryalls; concrete pump; concrete pumping system; pumpcrete and similar types;

conveyors, 125 ft. and over; drill doctor including dust collector, maintenance); front end loaders (2 yds. but less than 5 yds.); graders (finisher); groove cutting machine (ride on type); header planer; hoists; (all types hoists, shall also include steam, gas, diesel, electric, air hydraulic, single and double drum, concrete brick shaft caisson, snorkel roof, and/or any other similar type hoisting machines, portable or stationary, except Chicago boom type); hoists (Chicago boom type); hydraulic cranes, 10 tons and under; hydro-axle; jacks screw air hydrualic power operated unit or console type (not hand jack or pile load test type); log skidder; pans; pavers (all concrete; pumpcrete machines; squeezecrete and concrete pumping (regardless of size); scrapers; side booms; straddle carrier; ross and similar types; winch truck (hoisting).

GROUP 3: Asphalt curbing machine; asphalt plant engineer; asphalt spreader; autograder tube finisher and texturing machine (CMI and similar types); autograde curercrete machine (CMI and similar types); autograde curb trimmer and sidewalk; shoulder; slipform (CMI and similar types); bar bending machines (power); batchers; batching plant and crusher on site; belt conveyor systems; boom type skimmer machines, bridge deck finisher; bulldozers (all); car dumpers (railroad); compressor and blower type units (used independently or mounted on dual purposes trucks, on job site or in conjunction with job site, in loading and unloading of concrete, cement, fly ash, instancrete, or similar type materials); compressor (2 or 3) (battery); concrete finishing machines; concrete saws and cutters (ride on type); concrete spreaders; hetzel; rexomatic and similar types; concrete vibrators; conveyors; under 125 ft.; crushing machines; ditching machine; small (ditchwitch or similar type); dope pots (mechanical with or without pump); dumpsters elevators fireman; fork lifts (economobile; lull and similar types of equipment); front end loaders (1 yd. and over but less than 2 yds.); generators (2 or 3) in battery; giraffe grinders; graders and motor patrols; gunnite machines (excluding nozzle); hammer vibratory (in conjunction with generator); hoist (roof, tugger, aerial platform hoist and house cars); hoppers; Hopper doors (power operated); ladders (motorized); laddervator; locomotive; dinky type; maintenance; utility man; mechanics; mixers (except paving mixers); motor patrols and graders; pavement breakers, small; self- propelled ride on type (also maintaining compressor or hydraulic unit); pavement breaker; truck mounted; pipe bending machine (power); roller; black top; scales; power; seaman pulverizing mixer; shoulder widener; silos; skimmer machines (boom type); steel cutting machine; services and maintaning; tractors; tug captain; vibrating plants (used in conjunction with unloading); welder and repair mechanics, concrete cleaning/ decontamination machine operstor, directional boring machine, heavy equipment robotics operator/technician, master environmental maintenance technician, ultra high pressure waterjet cutting tool system operator/maintenance technician vacuum blasting machine operator/maintenance technician.

GROUP 4: Brooms and sweepers, chippers, compressor (single),

concrete spreaders (small type), conveyor loaders (not including

elevator graders), engines, large diesel (1620 H.P.) and staging pump, farm tractors; fertilizing equipment (operation and maintenance) fine grade machine (small type); form line graders (small type); front loader (under 1 yd.); generator (single); grease, gas, fuel and oil supply trucks; heaters (nelson or other type including propane, natural gas or flow-type units); lights; portable generating light plants; mixers; concrete small; mulching equipment (operation and maintenance) pumps (4 inch suction and over including sumbersible pumps); pumps (2 or less than 4" suction and over including sumbersible pumps); pumps (diesel engine and hydraulic) immaterial of power road finishing machines (small type); rollers; grade; fill or stone base; seeding equipment (operation and maintenance of); sprinkler and water pump trucks steam jennies and biolers, stone spreader; tamping machines vibrating ride-on; temporary heating plany (nelson or other type, including propane, natural gas or flow type units); water and sprinkler trucks; welding machines (gas, diesel, and/or electric converters of any type, single; two or three in a battery); welding systems, multiple (rectifier transformer type); wellpoint systems.
GROUP 5: Oiler.

GROUP 6: Helicopter pilot.

----------------------------------------------------------------

IRON0011D 07/01/2001
Rates Fringes
BERGEN, ESSEX, HUDSON, HUNTERDON (Western half),MIDDLESEX (North half), MORRIS, PASSAIC, SOMERSET (North Half), SUSSEX AND UNION COUNTIES

IRONWORKERS:
Structural 28.28 23.15
Reinforcing 26.38 23.15

----------------------------------------------------------------

IRON0036C 07/01/2001
Rates Fringes
WARREN COUNTY

Projects under $25 million:

IRONWORKERS; STRUCTURAL,
REINFORCING AND ORNAMENTAL 25.34 13.23

Projects $25 million or more:
RONWORKERS: STRUCTURAL,
REINFORCING AND ORNAMENTAL 25.84 13.23

----------------------------------------------------------------

RON0068E 07/01/2001
ates Fringes
IUNTERDON (Eastern half), MIDDLESEX (South half), AND SOMERSET
South half) COUNTIES

RONWORKERS:

Structural, Ornamental 27.56 21.10
Rerinforcing (Concrete Rods) 25.56 21.10

---

LABO0021C 05/01/2001
Rates Fringes
HUDSON COUNTEY (Remainder)

LABORERS BUILDING CONSTRUCTION:

Class A Laborer 22.45 11.25
Class B Laborer 21.95 11.25
Class C Laborer 18.66 11.25

Class A Laborer:Jack Hammer, Tamper,Operator of Motorized tamper and compactor, operator of hydro demolition equipment, operator of all types of motorized forklifts, operator of motor buggy, operator of conveyor, operator of bobcat, demolition burners, nozzle operator on gunnite, scaffold builder, & mortar man (except silofed).
Class B Laborer:all laborers not listed in Class A or C
Class C Laborer:Laborers doing janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0072B 05/01/2001
Rates Fringes
MIDDLESEX COUNTY (Perth Amboy, Carteret, Woodbridge, Metuchen Twps, South River, Sayreville, South Amboy, Old Bridge, East Brunswick, Spotswood, Jamesburg, Helmetta, Cranbury & Monroe Twps)

LABORERS BUILDING CONSTRUCTION:

Class A 22.45 11.25
Class B 21.95 11.25
CLASS C 18.66 11.25

Class A-Jack Hammer, Motorized Tamper & Compactor, Street Cleaning Machines, Scaffold Builders, Hydro Demolition Equipment, all types of Motorized Fork Lifts, Riding Motor Buggy Operator, Bobcat Operator, Mortar Man, & Nozzle Man on Gunnite work.

CLASS B All Laborers not listed in Class A or C.

CLASS C Laborers doing Janitorial type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning temporary heat of all types.

---

LABO0156B 05/01/2001
Rates Fringes

MIDDLESEX (Remainder), and SOMERSET (East Millstone and Franklin

Townships) COUNTIES:

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0232B 05/01/2001
Rates Fringes
SOMERSET COUNTY (Bernardsville,Peapack, Gladstone, Far Hills, Bernards, and Bedminster Twps):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0239C 05/01/2001
Rates Fringes
PASSAIC COUNTY (Twps or Boroughs of Passaic, Garfield, Lodi, Wallington, Delawanna, Allwood, Athenia, Clifton to Piaget Ave, Paterson, Albion Place, Lettle Falls, Totowa, West Paterson, Wayne Hawthorne, Pompton, Haledon, West Milford, Ringwood, Bloomingdale, East Paterson to the Garfield boundary line)

LABORERS BUILDING CONSTRUCTION:

GROUP 1 22.45 11.25
GROUP 2 21.95 11.25
GROUP 3 18.66 11.25

GROUP 1-Specialist laborer classification including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle man on gunite work, Mortar man shall include all laborers engaged in any mode of mixing aggregate by hand or mechabical means with the exception of silo work.

GROUP 2-Basic laborer's rate and includes all work not included in GROUP 1 or GROUP 3.

GROUP 3-Laborers doing janitorial- type light clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0346B 05/01/2001
Rates Fringes
BERGEN COUNTY (Cliffside; Borough of Cliffside Park; Borough of Fort Lee South of Central Blvd; Borough of Palisades Park South of Central Blvd; Borough of Ridgefield; Borough of Edgewater; Borough of FAirview; Hackensack; City of Hackensack; Hasbrouck Heights; Little Ferry; South Hackensack; Ridgefield Park; Bogota; Teaneck Twp. West of Teaneck Rd. and South of Fort Lee Rd.; Maywood; Saddle Brook Twp; Borough of Paramus East of Sprout Brook; Borough of River Edge; New Milford; Teterboro; Bendix; Tochell Park; Englewood; City of Englewood; Borough of Dumont; Borough of Bergenfield; Borough of Palisades Park North of Central Blvd. to Edgewater; Fort Lee to the Hudson River; Borough of Fort Lee North of Central Blvd.; Twp. of Teaneck, East of Teaneck Rd. and North of Fort Lee Rd.; Borough of Leonia; Borough of Englewood Cliffs; Borough of Tenafly; Borough of Cresskill; Borough of Demarest; Borough of Closter; Borough of Oradell; Borough of Montvale; Borough of Woodcliff Lake; Borough of Park Ridge; Borough of Hillsdale; Twp. of Washington; Borough of Westwood; Borough of Emerson; Borough of Haworth; Borough of Alpine; Borough of Rockleigh; Borough of Norwood; Borough of Harrington Park; Borough of Old Tappan; Borough of Northvale; Township of Rivervale; Lyndhurst; Rutherford; East Rutherford;

Wood-Ridge; Carlton; Carlstadt; North Arlington; Moonachie; Ridgewood; Village of Ridgewood; Borough of Fair Lawn; Borough of Glen Rock; Borough of Hohokus; Borough of Saddle River; Borough

of Upper Saddel River; Borough of Allendale; Borough of Ramsey; Borough of Waldwick; Borough of Midland Park; Borough of Oakland; Borough of Franklin Lakes; Twp. of Wyckoff; Twp. of Hohokus; Borough of Paramus except East of Sprout Brook; and Borough of MAhwah)

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0394C 05/01/2001
Rates Fringes
UNION COUNTY:

BUILDING CONSTRUCTION:

LABORERS:
GROUP 1 22.45 11.25
GROUP 2 21.95 11.25
GROUP 3 18.66 11.25

GROUP 1-Specialist laborer classicication including jack hammer, tamper, motorized tampers and compactors, street cleaning machines, scafford builder, hydro demolition equipment, all types of motorized fork lifts, riding motor buggy operator, conveyor operator, Bobcat operator, mortar man, burners, nozzle men on gunite work. Mortar men shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo fed.

GROUP 2-Basic laborer's rate and includes all work not included

in GROUP 1 or GROUP 3.

GROUP 3-Laborers are laborers doing, janitorial-type light clean-up work associated with the turnover of the project or part of a project to the owner, and all flagman, watchman, firewatch

personnel, and those manning temporary heat of all types.

---

LABO0472B 03/01/2000
Rates Fringes
LABORERS [FREE AIR TUNNEL]:
GROUP 1 27.35 10.30+A
GROUP 2 23.95 10.30+A
GROUP 3 23.80 10.30+A
GROUP 4 23.30 10.30+A

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday, Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veterans Day; provided the employee works on 3 days for the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS
[FREE AIR TUNNEL]

GROUP 1: Blasters

GROUP 2: Skilled men (including miners; drill runners; iron men mainrenance men; conveyor men; safety miners; riggers; block layers; cement finishers; rodmen; caulkers; powder Ccarrier; all other skilled men)

GROUP 3: Semi-skilled men (including chuck tenders; trackmen; nippers; brakemen; derail men; cable men; hose men; grout men; gravel men; form men; bell or signal men (top or bottom); form workers and movers; concrete workers; shaft men; tunnel laborers; all other semi-skilled men)

GROUP 4: All other top laborers

---

LABO0472E 03/01/2001
Rates Fringes
LABORERS HEAVY AND HIGHWAY CONSTRUCTION:
GROUP 1 23.70 10.65+A
GROUP 2 24.00 10.65+A
GROUP 3 24.20 10.65+A
GROUP 4 24.40 10.65+A
GROUP 5 24.65 10.65+A
GROUP 6 28.20 10.65+A

GROUP 7a 26.70 10.65+A
GROUP 7b 24.70 10.65+A

FOOTNOTE:
A. PAID HOLIDAYS: New Year's Day; Washington's Birthday; Memorial Day; Independence Day; Labor Day; Thanksgiving Day; Christmas Day; Presidential Election Day; and Veteran's Day; provided the employee works on 3 days for

the same Employer within a period of ten working days consisting of five working days before and five working days after the day upon which the holiday falls or is observed.

LABORERS CLASSIFICATIONS HEAVY & HIGHWAY

GROUP 1: Common laborers; landscape laborers; railroad track laborers; pitmen and dumpmen; waterproofing; rakers and tampers on cold patch work and wrapping and coating all pipe Asphalt Laborers:

GROUP 2: Powder carriers and magazine tenders; signalmen Asphalt Raker, & Asphalt Screedman

GROUP 3: Sewer pipe; laser men; conduit and duct line layers; jackhammer; chipping hammers; pavement breakers; power buggies; concrete cutters, asphalt cutters; sheet hammer and tree cutter operators; sandblasting, cutting, burning, Power Tool Operator, and such other power tools used to perform work usually done manaully by laborers

GROUP 4: Wagon drill operator; timberman; drill master

GROUP 5: Finisher; form setter; rammer; paver; gunite nozzle man and stone cutter; Catch Basin or Inlet Builder Manhole

GROUP 6: Blaster

GROUP 7a:Hazardous waste laborer required to wear level A,B, or C personal protection.
GROUP 7b:Certified laborer working a hazardous waste removal project or site at a task requiring hazardous waste related certification, but who is not working in a zone requiring level A.B. or C personal protection.

----------------------------------------------------------------

LABO0502B 05/01/2001
Rates Fringes
ESSEX COUNTY (City of East Orange, Twps of South Orange and Maplewood, Cities of Orange and West Orange):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25

Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate

by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0526C 05/01/2001
Rates Fringes
MORRIS COUNTY (Remainder):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0569B 05/01/2001
Rates Fringes
HUNTERDON AND WARREN COUNTIES:

LABORERS BUILDING CONSTRUCTION:
CLASS A 22.45 11.25

CLASS B 21.95 11.25
CLASS C 18.66 11.25

DEFINATION OF LABORERS:

CLASS A-Jack Hammer, Tamper, Motorized Tampers and Compactors, treet Cleaning Machines, Scaffold Builder, Hydro Demolition Equipment, All types of Motorized Fork Lifts, iding Motor Buggy Operator, Bobcat Operator, Mortar Ian, Burners, Nozzle Man on Gunite work.
LASS B-All Laborers not listed in Class A or C.

CLASS C-Laborers doing Janitorial- type light clean up work associated with the turnover of the project to the owner All Flagman, and those manning tempory heat of all types.

---

LABO0694B 05/01/2001
Rates Fringes
ESSEX COUNTY (Montclair):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0711B 05/01/2001
Rates Fringes
MORRIS COUNTY (Morristown, Morris Twp., Morris Plains,Mendham, Ralston, Chester, Brookside, Flanders, Ironia, Mount Freedom, Mount Tabor, Parsippany, Troy Hills, Pine Brook,Ced Knools, Whippany, Hanover Twp. and Long Valley):

ABORERS:

Group 1 22.45 11.25

Group 2 21.95 11.25
Group 3 18.66 11.25

roup 1-Jack Hammers,Tampers,Motorized ampers and Compactors,Street Cleaning lachines,Scaffold Builder,Hydro Demolition quipment, all types of Motorized fork lifts ding Motor Buggy operator,Conveyor operator, bcat operator,Mortar Man,Burners, Nozzle man gunite work, Mortar Man shall include all orers engaged in any mode of mixing aggregate hand or mechanical means with the exception of

silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

**NJ010003** - 1
LABO0779B 05/01/2001
Rates Fringes
SOMERSET COUNTY (Bridgewater,Branchburg, Raritan, Bound Brook, Somerville, Manville, Hillsboro, Millstone, Montgomery and Rocky Hill Twp.):

LABORERS:

Group 1 22.45 11.25
Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized Tampers and Compactors,Street Cleaning Machines,Scaffold Builder,Hydro Demolition Equipment, all types of Motorized fork lifts riding Motor Buggy operator,Conveyor operator, Bobcat operator,Mortar Man,Burners, Nozzle man on gunite work, Mortar Man shall include all laborers engaged in any mode of mixing aggregate by hand or mechanical means with the exception of silo work.

Group 2-Basic laborer's rate and includes all work not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

LABO0913B 05/01/2001
Rates Fringes

MORRIS (Jefferson, Rockaway, Mount Arlington, Rockaway Borough, Wharton, Mine Hill, Dover, Netcong, Roxbury, Mount Oliver, Randloph, Boonton, Boonton Twp.,Montville, Lincoln Park Borough, Butler, Kinnelon Borough, Pin Brook, Towaco, Danville, Mountain Lakes, Pequannock, Pompton Plains, Riverdale Borough Twps) AND SUSSEX COUNTIES

LABORERS BUILDING CONSTRUCTION:

Class A Laborer: 22.45 11.25
Class B Laborer: 21.95 11.25
Class C Laborer: 18.66 11.25

Class A Laborer:Jack Hammer,tamper, motorized tampers and compactors, street cleaning machines, scaffold builder, hydro demolition equipment, all types of motorized fork lifts, bobcat operator, riding motor buggy operator, conveyor operator mortar man (except silo feed operations), burners, & nozzle man on gunnite work.

Class B Laborer:All laborers not listed in Class A.

Class C Laborer:Laborers doing Janitorial type light clean up work, associated with the turnover of the project to the owner All Flagman, and those manning temporary heat of all types.

----------------------------------------------------------------

LABO1030A 04/01/2001
Rates Fringes
LABORERS: (The removal, abatement, enclosure and decontamination of personal protective equipment, chemical protective clothing and machinery relating to asbestos and/or toxic and hazardous waste of materials which shall include but not necessarily be limited to: the erection, moving, servicing and dismantling to all enclosures, scaffolding, barricades, and the operation of all tools and equipment normally used in the removal or abatement of asbesots and toxic and hazardous waste or materials, the labeling, bagging, cartoning, crating, or other packaging of materials for disposal; and the clean up of the work site and all other work incidental to the removal, abatement, encapsulation, enclosure, and decontamination of asbestos or toxic and hazardous waste materials; and in addition, all work tasks involved in the maintenance and operation of energy resource recover plants (co-generation plants).)

LABORERS 21.85 10.12

----------------------------------------------------------------

LABO1153B 05/01/2001
Rates Fringes
ESSEX COUNTY (Remainder), AND HUDSON (Kearny, East Newark and Harrison):

LABORERS:

Group 1 22.45 11.25

Group 2 21.95 11.25
Group 3 18.66 11.25

Group 1-Jack Hammers,Tampers,Motorized ampers and Compactors,Street Cleaning achines,Scaffold Builder,Hydro Demolition quipment, all types of Motorized fork lifts ling Motor Buggy operator,Conveyor operator, bcat operator,Mortar Man,Burners, Nozzle man gunite work, Mortar Man shall include all orers engaged in any mode of mixing aggregate hand or mechanical means with the exception of work.

Group 2-Basic laborer's rate and includes all work
not included in Group 1 or Group 3

2.Group 3-Laborers doing janitorial-type clean-up work associated with the turnover of the project or part of a project to the owner.

---

PAIN0711D 05/01/2000
Rates Fringes
PAINTERS:
NEW:
Painters 28.75 2.55+27%
Paperhangers 28.75 2.55+27%
Spray,Sandblast,High Work 31.25 2.55+27%
Bridge 31.25 2.55+27%
REPAINT:
Painters 22.00 2.55+27%
Spray,sandblast,High Work 24.00 2.55+27%

---

PAIN0711F 05/01/2000
Rates Fringes
GLAZIERS 28.75 10.30
GLAZIERS-HIGH WORK 29.75 10.30

---

PAIN0711J 08/01/1999
Rates Fringes
DRYWALL FINISHERS & TAPERS 28.25 11.23

---

PLAS0008M 05/01/2000
Rates Fringes
HUNTERDON,MIDDLESEX,& SOMERSET COUNTIES:

PLASTERERS 27.15 12.55

---

PLUM0009C 03/01/2001
Rates Fringes
AIR CONDITIONING & REFRIGERATION MECHANIC

Installation of refrigeration
equipment for any type of building
where the combined compressor
onnage does not exceed 5 tons,
nstallation of water-cooled air
conditioning that does not exceed
0 tons (includes the piping of
ompenent system and the erection
fthe water tower), Installation
f air-cooled air conditioning
iat does not exceed 15 tons 23.81 9.09+A

OOTNOTE:
. Paid Holidays: New Year's Day, Washington's Birthday,
lemorial Day, Independence Labor Day, Thanksgiving Day,

Christmas Day, plus Washington's Birthday and Veterans Day.

---

PLUM0009H 07/01/2001
Rates Fringes
HUNTERDON (Remainder), MERCER,MIDDLESEX (Excluding Dunellen,Borough, East Bound Brook, Middlesex, New Market, Oak Tree, Piscataway Twp and South Plainfield), AND SOMERSET (Remainder) COUNTIES

PLUMBERS & PIPEFITTERS 33.13 15.25

---

PLUM0014B 05/01/2000
Rates Fringes
BERGEN, HUDSON (Bayonne, Guttenberg, Hoboken, Jersey City, North Bergen, Secaucus, Union City, Weehawken, West New York), MORRIS (From Mount Olive straight across Randolph down to the Essex border), PASSAIC, SUSSEX, AND WARREN (Northern half) COUNTIES

PLUMBERS 32.53 13.95

---

PLUM0024A 05/01/2000
Rates Fringes
Essex:

HUDSON (East Newark,Harrison,& Kearney only);

HUNTERDON (Alexandria, Alexandria Twp., Alexauken, Allens Corner, Allerton, Amsterdam, Annadale, Anthony, Baptistown, Bellewood, Bethlehem, Twp., Bissell, Bloomsbury, Bunnvale, Bottonwood Corners, Centerville, Charlestown, Cherryville, Clinton, Clinton Twp., Cokebury, Coles Mills, Croton, Delaware Twp., Dilts Corner East Amwell Twp., Everittstown, Fairmount, Farmersville, Franklin Twp., Frenchtown, Glen Gardner, Grandin, Hamden, Hampton, Higginsville, High Bridge, Hoffmans, Holland Twp., Highesville, Johnsons, Jutland, King, Kingwood Twp., Klinesville, Landsdowne, Lebanon, Lebanon Twp., Little Brook, Little Neck, Little York, Ludlow, McPherson, Milford, Moutainville, Mount Joy, Mount

Pleasant, North Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, 'attenburg, Perryville, Pittstown, Pleasant Run, Polktown, otterstown, Quakertown, Raritan Twp., Readington, Readington wp., Reaville, Rileyville, Riverside, Rockafellows, Rowland Iills Sidney, Snydertown, Spring Mills, Stanton, Stanton Station unnyside, Sutton, Tewksbury, Tewksbury Twp.,The Point, Three ridges, Treasure Island, Tumble, Union, Union Twp., Unionville an Syckle, Warren Paper Mills, Wertsville, West End, West Portal hite House, Whitehouse Station, Woodglen).

IDDLESEX (Dunellen Borough, East Bound Brook, Middlesex, New arket, Oak Tree, Piscataway Twp., & South Plainfield only).

ORRIS (Bartley, Berkshire Valley, Bertland Island, Brookside, atham, Chatham Twp., Chester, Chester Twp., Cooks Bridge, stmoore, Gillette, Harding Twp., Ironia, Logansville, Long

Valley, Malapardis, Mendham, Mendham Twp., Middle Valley, Millington, Milltown, Milton, Mount Freesom, Mount Olive Twp.,Mount Paul, Myerstown, Maughright, New Vernon, Parker, Passaic Twp, Pleasant Grove, Ralston, Schooleys, Mount Stanley, Stephensonburg, Stirling, & Washint Twp.)

SOMERSET (Amwell, Basking Ridge, Bedminster, Bedminster Twp., Bernards Twp., Bernardsville, Blaziers Corner, Bound Brook, Bradley Gardens, Branchburg Twp., Bridgewater Twp., Burnt Mill, Centerville, Chimney Rock, Claver Hill, Dutchtown, Far Hills Borough, Finderne, Flagstown, Frank Fort, Franklin Park, Franklin Twp., Gallia, Gladstone, Greater Cross Roads, Hamilton, Harmony, Harmony Colony, Higgins Mills, Hillsborough Twp., Lamington, Lanes Crossing, Liberty Corners, Lyons, Madisonville, Manville, Manville Borough, Martinsville, Mettler, Millstone, Mine Brook, Montgomery, Montgomery Twp., Mount Bethel, Mount Horeb, Neshanic, Neshanic Station, North Branch, North Branch Depot, North Plainfield, Peapack, Peapack-Gladstone, Plainville Plukemin, Pottersville, Raritan, Ravine Lake, Rock Mill, Round Top, Roycefield, Royce Valley, Seeley Mills, Smalleytown, Somerset, Somerville, Stone House, Sunset Lake, Union Village, Vliettown, Watchung, West Millington, Weston, White Bridge, Woodfern, Zarepat, & Zion).

UNION &

WARREN (Anderson, Asbury, Beattystown, Brainards, Brass Castle, Broadway, Buttzville, Carpetersville, Changewater, Cornish, Finesville, Foul Rift, Franklin Twp., Greenwich Twp., Harmony, Harmony Station, Harmony Twp., Haszen, Hope Twp., Hutchinson, Karrville, Kennedy, Lopatconq, Lopatconq Twp., Lower Harmony, Mansfield Twp., Montana, New Village, Oxford, Oxford Twp.,Pequest, Pleasant Valley, Port Colden, Port Murray, Riegelsville, Rockport, Rocksbury, Roxburgh, Springtown, Stewartsville, Still Valley, Vulcanite, Warren Glen, Washington, Washington Twp., White Top, & Phillipsburg Twp.) COUNTIES:

ᐧLUMBERS (Excludes Somerset- Bldg) 32.78 13.50.

---

LUM0274B 05/01/2001
ates Fringes
ERGEN, HUDSON, MORRIS (Remainder), PASSAIC, SUSSEX, AND WARREN
ᒻemainder) COUNTIES

PEFITTERS 32.91 15.72

---

.UM0475B 05/01/2001
tes Fringes
SEX; HUNTERDON (Alexandria, Alexandria Twp, Alexauken, Allens
mer, Allertown, Amsterdam, Annandale, Anthony, Baptistown,
lewood, Bethlehem Twp, Bissell, Bloomsbury, Bunnvale,
tonwood Corners, Centerville, Charlestown, Cherryville,
ıton, Cokebury, Coles Mills, Croton, Delaware Twp, Dilts
ner, East Amwell Twp, Evittstown, Fairmount, Farmersville,
ıklin Twp, Frenchtown, Glen Gardner, Grandin, Hamden, Hampton,

Higginsville, High Bridge, Hoffmans, Holland Twp, Hughesville, Johnsons, Jutland, King, Kingwood Twp, Klinesville, Landsdowne, Lebanon, Lebanon Twp, Little Brooke, Little Neck, Little York, Ludlow, McPherson, Milford, Mountainville, Mount Joy, Mount Pleasant, Mount Salem, Muirshead, New Germantown, New Hampton, Newport, Norton, Oak Grove, Oldwick, Palmyra, Palmyra Corners, Pattenburg, Perryville, Pittstown, Pleasant Run, Polktown, Potterstown, Quakertown, Raritan Twp, Readington Twp); AND WARREN (Phillipsburg Twp) COUNTIES

PIPEFITTERS 32.17 15.93

----------------------------------------------------------------

ROOF0004B 06/01/1996
Rates Fringes
ESSEX; HUDSON (West of the Hackensack River); MIDDLESEX (Remainder); MORRIS; SOMERSET (Remainder) SUSSEX; UNION; AND WARREN COUNTIES

ROOFERS:
Roofer, Composition,
Damp & Waterproofing,
Slate & Tile 24.22 11.75

----------------------------------------------------------------

ROOF0004D 11/27/1994
Rates Fringes
HUNTERDON COUNTY:

ROOFERS:
Shingle, slate and tile 14.25 3.02
All other work 21.95 6.53 + A

FOOTNOTE:
A. Employer contribution of $509.60 per month per employee to Health and Welfare Funds.

----------------------------------------------------------------

ROOF0008F 07/01/2001
Rates Fringes
HUDSON COUNTY (Remainder)

ROOFERS:
Roofers, Composition, Damp and
Waterproofing 29.08 18.78

----------------------------------------------------------------

ROOF0010B 06/01/2001
Rates Fringes
BERGEN AND PASSAIC COUNTIES

ROOFERS, COMPOSITION 28.75 10.30

----------------------------------------------------------------

FNJ0669A 04/01/2001
Rates Fringes
HUNTERDON; MIDDLESEX (Remainder); AND WARREN COUNTIES

SPRINKLER FITTERS 31.30 6.00

---

SFNJ0696B 07/01/2001
Rates Fringes
BERGEN, ESSEX, HUDSON, MIDDLESEX (New Brunswick, Milltown, Old Bridge, Browntown and North thereof),MORRIS, PASSAIC, SOMERSET (Bernardsville, Basking Ridge, Mine Brook, Far Hills, Lyons, Mount Bethel, Watchung, North Plainfield Martinville and Somerville), AND UNION COUNTIES

SPRINKLER FITTER 36.95 10.45

---

SHEE0025C 06/01/2000
Rates Fringes
BERGEN, ESSEX, HUDSON, MORRIS, PASSAIC, SOMERSET, SUSSEX, & UNION COUNTIES

SHEET METAL WORKERS 26.92 16.12

---

SHEE0027A 06/01/2000
Rates Fringes
HUNTERDON & MIDDLESEX COUNTIES:

SHEET METAL WORKERS 31.00 15.38

---

SHEE0028D 06/01/1994
Rates Fringes
WARREN COUNTY

SHEET METAL WORKERS 19.42 7.41

---

TEAM0408B 05/01/1997
Rates Fringes
ESSEX, MORRIS, AND UNION (Remainder) COUNTIES

TRUCK DRIVERS:
GROUP 1 24.45 7.01+A
GROUP 2 24.50 7.01+A
GROUP 3 24.60 7.01+A
GROUP 4 24.70 7.01+A

FOOTNOTE:

A. Premium pay for hazardous waste removal: additional $3.00 er hour if suite-up, otherwise $1.00 per hour additional. aid Holidays: New Year's Day, Washington'd Birthday, lemorial Day, Independence Day, Labor Day, Veteran's Day, lection Day, Thanksgiving Day, and Christmas Day, provided e employee has been assigned to work or "shifts" one day the calendar week during which the holiday falls. nployer contribution of $663.57 per month per employee to ealth & Welfare Funds.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: Straight dumps, flats, floats, pickups, container haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, witch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, a-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucker loader dump truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop
GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, international harvestors, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps,

carry-alls and scrapers (not self-loading, loading over the top); water sprinkler trailers; water pulls and similar types of vehicles; drivers on tractors and trailer type vehciles: flat, floats, I-beams, low beds, water sprinkler, bituminous transit nix, road oil, fuel, bottom dump hopper, rear dump, office, ;hanty, epoxy, asphalt, agitator mixer, mulching, stringer, eeding, fertilizing pole, spread, bituminous distributor, water ulls (entire unit) (tractor trailer), reel trailer, and similar ypes of vehicles

iROUP 4: Winch trailer drivers

---

EAM0469C 05/01/2000
ates Fringes
UNTERDON, MIDDFLESEX, SOMERSET, UNION (up to Wood Avenue South Cranford), AND WARREN COUNTIES

:UCK DRIVERS:
:OUP 1 26.35 11.835+A
:OUP 2 26.40 11.835+A
:OUP 3 26.50 11.835+A
OUP 4 26.60 11.835+A

OTNOTE:

A. PAID HOLIDAYS: New Year's Day, Memorial Day, Independence Day, Labor Day, Thaknsgiving Day, Christmas Day, plus Washington's Birthday, Election Day and Veteran's Day, provided that the employee has been assigned to work or "SHIFTS" one day of the calendar week during which the holiday falls.
$400.00 per year to Apprenticeship Training Fund.
$3.00 per hour premium pay for hazardous waste work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, conatiner haulers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuun or vac-all trucks (entire unit), skid truck (debris contained - entire unit), concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, drivers on the following type vehciles: Broyhill coal tar epoxy trucks, little

ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader dump truck and any rubber-tired tractor used in pullind and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, nternational harvesters, wabcos, caterpillar, koehring, tractors and wagons, dumpsters, straight, bottom, rear and side dumps, arry-alls and scrapers (not self-loading, loading over the top); vater sprinkler trailers; water pulls and similar types of ehicles; drivers on tractors and trailer type vehicles: flat, loats, I-beams, low beds, water sprinkler, bituminous transit nix, road oil, fuel, bottom dump hopper, rear dump, office, anty, epoxy, asphalt, agitator mixer, mulching, stringer, eding, fertilizing pole, spread, bituminous distributor, water ulls (entire unit) (tractor trailer), reel trailer, and similar pes of vehciles

ROUP 4: Winch trailer drivers

---

AM0560C 05/01/1997
tes Fringes
RGEN, HUDSON AND PASSAIC COUNTIES

TRUCK DRIVERS:
GROUP 1 24.45 8.08+A
GROUP 2 24.50 8.08+A
GROUP 3 24.60 8.08+A
GROUP 4 24.70 8.08+A

FOOTNOTE:
A. PAID HOLIDAYS:New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Presidential Election Day, Veteran's Day, Thanksgiving Day, Christmas Day.$3.00 per hour premium pay for hazardous work.

TRUCK DRIVERS CLASSIFICATIONS

GROUP 1: Drivers on the following type vehicles: straight dumps, flats, floats, pickups, container haluers, fuel, water sprinkler, road oil, stringer, bead, hot pass, bus dumpcrete, transit mixers, agitator mixer, half truck, winch truck, side-o-matic, dynamite, powder, x-ray, welding, skid, jeep, station wagon, stringer, A-frame, all dual purpose trucks, trucks with mechanical tailgates, asphalt distributor, batch trucks, seeding, mulching, fertilizer, air compressor trucks (in transit), parts chaser, escort, scissor, hi-lift, telescope, concrete breaker, gin pole, stone, sand, asphalt distributor and spreader, nipper, fuel trucks (drivers on fuel trucks including handling of hose and nozzle - entire unit), team drivers, vacuum or vac-all trucks (entire unit), skid truck (debris container - entire unit),

concrete mobile trucks (entire unit), expediter (parts chaser), beltcrete trucks, pumpcrete trucks, line truck, reel truck, wreckers, utility trucks, tack trucks, warehousemen, warehouse parts-men, yardmen, lift truck in warehouse, warehouse clerk, parts man, material checker, receivers, shippers, binning men (materials), cardex man, drivers on the following type vehicles: broyhill coal tar epoxy trucks, little ford bituminous distributor, slurry seal truck or vehicle, thiokol track master pickup (swamp cat pickup); bucket loader truck and any rubber-tired tractor used in pulling and towing farm wagons and trailers of any description, similar type vehicles, off-site and on-site repair shop

GROUP 2: Drivers on straight 3-axle materials: trucks and floats

GROUP 3: Drivers on all euclid type vehicles: euclids, :nternational harvestors, wabcos, caterpillar, keohring, tractors ınd wagons, dumpsters, straight, bottom, rear and side dumps, :arry-alls and scrapers (not self-loading, loading over the top); vater sprinkler trailers; water pulls and similar types of 'ehicles; drivers on tractors and trailer type vehicles: flat, loats, I-beams, low beds, water sprinkler, bituminous transit ıix, road oil, fuel, bottom dump hopper, rear dump, office, hanty, epoxy, asphalt, agitator mixer, mulching, stringer, :eding, fertilizing pole, spread, bituminous distributor, water ulls (entire unit) (tractor trailer), reel trailer, and similar 'pes of vehicles

ROUP 4: Winch trailer drivers

---

G012629

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination

* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch ɔf Construction Wage Determinations. Write to:

3ranch of Construction Wage Determinations
Vage and Hour Division
J. S. Department of Labor
00 Constitution Avenue, N. W.
Vashington, D. C. 20210

.) If the answer to the question in 1.) is yes, then an terested party (those affected by the action) can request view and reconsideration from the Wage and Hour Administrator ee 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

age and Hour Administrator
S. Department of Labor
0 Constitution Avenue, N. W.
ashington, D. C. 20210

e request should be accompanied by a full statement of the

interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.
END OF GENERAL DECISION