# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-472-C |
| | ) | Judge Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| The United States of America | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| Donjon Marine Company, Inc. | ) | |
| | ) | |
| Interested Party. | ) | |
| | ) | |

## DECLARATION OF DAVID W. DENENBERG IN SUPPORT OF TDM AMERICA LLC'S OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH THE COURT'S DECEMBER 17, 2007[1] DISCOVERY ORDER, OR, IN THE ALTERNATIVE, AN EXTENSION OF TIME FOR THE GOVERNMENT TO RESPOND

I, **DAVID W. DENENBERG**, under penalty of perjury, state:

1. I am a member of the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158, which firm represents plaintiff TDM America, LLC ("TDM") in this action.

2. I make this declaration in support of TDM's opposition to the motion by defendant United States (the "US") to compel plaintiff's compliance with the Court's December 17, 2007 discovery order or, in the alternative, an extension of time for the government to respond.

[1] In its moving papers the US mistakenly refers to the date as December 13, 2007.

3. On February 4, 2008, Michael Adler Esq. and I received a telephone call from Walter Brown, counsel for the US. During this telephone call Mr. Brown asserted, for the first time, that the US thought TDM's response ("TDM's submission") to paragraph 7.a. of the Court's December 17, 2007 (the "Discovery Order") was incomplete because it did not identify the eighteen (18) New York district contracts ("New York district contracts") originally identified by the US in its response to interrogatory no. 10 and then advised that it would take the US a year to respond with the contract and contract related information it was required to produce pursuant to the Discovery Order. Mr. Brown also discussed an alternative mechanism for producing information by providing declarations from each of the thirty-two districts stating whether or not any dredging contracts involved the treatment of dredged material by contract and the basis therefor.

4. Mr. Adler explained to Mr. Brown that TDM was not required to include the New York district contracts pursuant to paragraph 7.a. of the Discovery Order because paragraph 6 of the Discovery Order addressed those particular contracts. Mr. Adler and I further explained that including the New York district contracts did not make any sense at all and would be a superfluous exercise given that the US was required to produce the very same information about those contracts to TDM on the same day pursuant to paragraph 6 of the Discovery Order. Michael Adler and I also requested that the US provide in writing an explanation of its alternative discovery mechanism for TDM's consideration and specifically wanted the US to address providing the basis and information relied upon for any declaration.

5. Exhibit 1 is a true and accurate copy of this Court's April 30, 2007 Discovery Order.

6. Exhibit 2 is a true and accurate copy of this Court's December 17, 2007 Discovery Order (the "Discovery Order").

7. Exhibit 3 is a true and accurate copy of the US' responses to plaintiff's third set of interrogatories (nos. 17-26) with attachment C.

8. Exhibit 4 is a true and accurate copy of TDM's submission to the US pursuant to paragraph 7.a. of the Discovery Order.

9. Exhibit 5 is a true and accurate copy of page 92 of the transcript from the May 16, 2007 RCFC 30(b)(1) deposition of Harold Hawkins, Project Manager for the harbor deepening program for the New York District, U.S. Army Corps. of Engineers ("USACE").

10. Exhibit 6 is a true and accurate copy of pages 108-109 from the transcript of the July 2, 2007 RCFC 30(b)(1) deposition of Thomas Witte, Vice President of Donjon.

11. Exhibit 7 is a true and accurate copy of the transcript from the December 13, 2007 hearing before the Honorable Thomas C. Wheeler.

12. Exhibit 8 is a true and accurate copy of the transcript from the March 6, 2007 telephone status conference before the Honorable Thomas C. Wheeler.

13. Exhibit 9 is a true and accurate copy of Plaintiff's First Set of Interrogatories to Defendant Pursuant to Rule 33 of the Rules of the United States Court of Federal Claims.

14. Exhibit 10 is a true and accurate copy of the transcript from the February 6, 2007 telephone status conference before the Honorable Thomas C. Wheeler.

15. Exhibit 11 is a true and accurate copy of pages 58-67 and 79 of the transcript from the May 17, 2007 RCFC 30(b)(1) deposition of Bryce Wisemiller, Project Manger for the New York District of USACE.

16. Exhibit 12 is a true and accurate copy of contract no. W912DS-06-C-0018, bearing bates nos. G01010 12833-G01010 12860.

17. Exhibit 13 is a true and accurate copy of a February 6, 2008 letter from Joshua B. Brady, attorney, Commercial Litigation Branch Civil Division to David W. Denenberg, Esq. without attachments.

18. Exhibit 14 is a true and accurate copy of a January 16, 2007 letter from Erica Franklin, counsel for the US, to David Denenberg.

19. Exhibit 15 is a true and accurate copy of a February 28, 2007 letter from Erica Franklin, counsel for the US, to David Denenberg.

20. Exhibit 16 is a true and accurate copy of a September 17, 2007 letter from Michael Adler to Erica Franklin, counsel for the US.

21. Exhibit 17 is a true and accurate copy of pages 7-8, 10 and 39-40 of the transcript from the July 27, 2007 30(b)(6) deposition of Virginia R. Pankow, senior manager of the navigation data center of USACE.

22. Exhibit 18 is a true and accurate copy of page 34 and 145 of the transcript from the September 19, 2007 RCFC 30(b)(6) deposition of Bryce Wisemiller, Project Manger for the New York District of USACE.

23. Exhibit 19 is a true and accurate copy of a February 5, 2008 letter from Michael Adler to Walter Brown, counsel for the US.

24. Exhibit 20 is a true and accurate copy of a letter dated February 6, 2008 from Walter Brown, counsel for the US, to David Denenberg.

25. Exhibit 21 is a true and accurate copy of a February 11, 2008 letter from David Denenberg to Walter Brown, counsel for the US.

26. Exhibit 22 is a true and accurate copy of a March 13, 2007 letter from Walter Brown, counsel for the US, to David Denenberg with declarations from the US.

Dated: New York, New York
March 17, 2008

s/David W. Denenberg
David W. Denenberg