Page 3 - http://www.usace.army.mil/missions/water.html

US Army Corps of Engineers

# MISSIONS

*One Team: Relevant, Ready, Responsive, Reliable*

## Water Resources

Army involvement in works "of a civil nature," including water resources, goes back almost to the origins of the U.S. Over the years, as the Nation's needs have changed, so have the Army's Civil Works missions.

At Corps of Engineers Headquarters in Washington, DC, the Directorate of Civil Works oversees the program, with projects located throughout the United States.

Funds for the Civil Works program come from the annual Energy and Water Development Appropriation, not the Defense budget. And many projects also receive cost-sharing funds supplied directly by non-Federal sponsors for specific projects.



Directorate of Civil Works

Institute for Water Resources

## Navigation

Supporting navigation by maintaining and improving channels was the Corps of Engineers' earliest Civil Works mission, dating to Federal laws in 1824 authorizing the Corps to improve safety on the Ohio and Mississippi Rivers and several ports. Maintaining channels means keeping them at specified depths and widths by dredging and other means. Maintaining also means removing impediments, like logjams. Improving means making them deeper or wider.

Today, the Corps maintains more than 12,000 miles (19,200 km) of inland waterways and operates 235 locks. These waterways - a system of rivers, lakes and coastal bays improved for commercial and recreational transportation - carry about 1/6 of the Nation's inter-city freight, at a cost per ton-mile about 1/2 that of rail or 1/10 that of trucks. The Corps also maintain 300 commercial harbors, through which pass 2 billion tons of cargo a year, and more than 600 smaller harbors. With more than 13 million American jobs dependent on our import and export trade, these ports are vital to our economic security. Detailed information on the commerce handled by the Nation's ports and waterways is available from the Corps' Navigation Data Center.

Ports and waterways also play a role in national defense. Practically all the heavy equipment



### Links

Navigation Data Center

Navigation Information Connection

Navigation Education and Outreach

Click Here for Page 4

TDM009110

# Page 4 - http://www.iwr.usace.army.mil/ndc/index.htm

**Welcome to the US Army Corps of Engineers**

Navigation Data Center

Friday, January 4, 2008 11:22:09 AM



Waterborne Commerce | Vessel Characteristics | Port Facilities | Dredging Information | Lock Characteristics | Lock Performance

*Click on the pictures above for detailed information ... subject area*

*Click on the links below for new additions, related links, monthly indicators, ...*

Click Here for Page 5

**2005 DATA AVAILABLE** - WCUS Parts 1,2,3,4 and 5; ... F

Site Index

Site Index - Select One:

***USACE Headquarters***

***Institute for Water Resources Home***

***Navigation Notices***

**Navigation Charts**

***USAGov***

***Search Government Websites***

**Search the Web**
**Facts**
**Publications**
**Monthly Indicators**
**About NDC**
**Related Links**
**Foreign Waterborne Transportation**

FREE CD

NDC Publications and US Waterway Data

Find Out More

0101010101010101
0101DATA0101
for downloading

**Metadata**

**GIS**

**Eroc Codes**

**Navigation Data Information Workshop 7 July 2005**

Waterborne Commerce | Vessel Characteristics | Port Facilities
Dredging Contracts | Lock Characteristics | Lock Statistics

Privacy Notice
Comments or Questions Contact:
NDC
U.S. Army Corps of Engineers
Institute for Water Resources

USACE Home

Div Dist Ctr Lab FOA You Are

TDM009111

# Page 5 - http://www.iwr.usace.army.mil/ndc/dredge/dredge.htm

**Welcome to the US Army Corps of Engineers**
Navigation Data Center

Click Here for Page 6

## Dredging Program

NDC [illegible]ne
Data

**USACE Safety Manual**

**Corps/Industry Weekly Report**
*Dredge Fleet Status*

**Advertising Schedule**
*Current FY*
*Next FY*
*Legend*

**Dredging Contracts Awarded**
*Current FY*
*Previous FY*

**The Corps of Engineers Dredge Schedule**
*Current FY*
*Previous FY*
*Next FY*

**Dredging Costs Analysis**
*FY 96-06*

**DOTS**
*Dredging Operations Technical Support*

**DOER**
*Dredging Operations & Environmental Research*

**Mission**

These data are entered by District personnel directly into the central database. Reports are posted every other Monday.
***NOTE:** To view these reports download the free Adobe Acrobat reader*



Note regarding where this data is stored and how often the NDC gets updates

The **Advertising Schedule** for the current fiscal year includes selected information and the status of all Corps dre[illegible] contracts [illegible] advertised in the designated fiscal year. The report is sorted by the district code and the bid opening date and for each job nam[illegible] information on dates of anticipated bid ad[illegible] estimated quantity to be dredged. The Advertising Schedule Legend, available as a separate file, contains the code description for job status, class of work, suggested dredge type, [illegible] units, type of disposal, [illegible] de restriction.

Click Here for PDFs

The **Dredging Contracts Awarded** reports for the current and previous fiscal years includes selected information on all Corps advertised and awarded dredging contracts in the designated fiscal year. For the purposes of this report, a contract is placed in the fiscal year of the bid open date regardless of which fiscal year is credited with the expenditures. The report is sorted by district code and award date and includes the job name, type of dredge used, quantity of dredging in the bid, total government estimate, total winning bid, winning bidder, business status of bidder and the number of bids for that contract. Total cubic yards and dollars for each district and total values for the entire report are included.

The Corps of Engineers Dredge Report lists the anticipated work schedule of twelve Corps owned and operated dredges. For the period of the fiscal year (Oct 1 to Sep 31) it includes dates, location, quantity and number of work days.

The Corps/Industry Dredge Fleet Status report is updated weekly and lists the location and dates of activity of the Corps minimum Fleet dredges and the industry hopper dredges.

TDM009112

# Page 6 - http://www.iwr.usace.army.mil/ndc/data/data1.htm

**Welcome to the US Army Corps of Engineers**

Navigation Data Center

- NDC Home
- Publications
- Metadata

U.S. Waterway Data

- Commodity Codes (WCUS) Cross Reference
- Commodity Codes (Hazardous) Cross Reference
- Dredging Statistics
- Entrances and Clearances
- Foreign Cargo
- Lock Characteristics
- Lock Statistics
- Port and Waterway Facilities
- Principal Ports
- Schedule K Classification of Foreign Ports
- Vessel Tonnages




Click Here
for Page 7

NDC Home | Overview | Goals and Objectives | Data Standardization

**Overview**

The U.S. Waterway Data is a collection of data related to the navigable waters in the United States, including inland waterways, off-shore waters, the Great Lakes, and the Saint Lawrence Seaway. Data on commerce, facilities, locks, dredging, imports and exports, and accidents are included along with the geographic waterway network. The data were compiled from several agencies, including the U.S. Army Corps of Engineers Navigation Data Center, the U.S. Bureau of the Census, the U.S. Coast Guard, Oak Ridge National Laboratory, and Vanderbilt University. One of the objectives of this coordinated effort is to make waterway data more widely available and easily accessible.

The data included here are in standard file formats that can be easily imported into other software tools such as spreadsheets, databases, and Geographic Information Systems (GIS). Click on the subject areas in the left margin for a complete description of the data.

TDM009113

**Page 7 - http://www.iwr.usace.army.mil/ndc/data/datadrgsel.htm**

Welcome to the US Army Corps of Engineers

Navigation Data Center

NDC Home
Data
Back

# U.S. Waterway Data

## Dredging Information System

File Description: Corps Owned Dredges ← Click Here for Page 12

Information about dredging activities performed by the Corps owned and operated dredges.

File Description: Dredging Contracts ← Click Here for Page 8

Information about each awarded dredging contract advertised by the Corps of Engineers.

Contact for Additional Information
Department of the Army, Corps of Engineers
CEIWR-NDC
7701 Telegraph Road, Casey Bldg
Alexandria, Virginia 22315-3868
Point of Contact: NDC (703) 428-9061

---

This document was last revised: 4/30/2007

# Page 8 - http://www.iwr.usace.army.mil/ndc/data/datadrg.htm

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC Home
Data
Back

## U.S. Waterway Data

### Dredging Information System
### Dredging Contracts

**File Description:**
Information about each awarded dredging contract advertised by the Corps of Engineers.

Click Here for Page 11

Data Dictionary

Click Here for Page 9

**File Directory:**

\dredging\data\
Comma delimited (.txt)

\dredging\xls\
dbase format (.xls)

Click Here for Page 10

**Abstract**
This file contains information on each awarded dredging contract advertised by the Corps of Engineers from October 1, 1989 to September 30, 2006 (Fiscal Years 1990 - 2006). For each record, the file contains fiscal year, Corps of Engineers District, and name of dredging location, representative latitude and longitude of the dredging area, units of contract measurement, the estimated number of units, the quantity of dredged material in cubic yards (the equivalent cubic yards if the units were not cubic yards, i.e. hours), type of dredge used, class of work, type of material disposal, dates of bid advertisement, opening and contract award, estimated and actual start and end dates, small business set aside restrictions, government estimate, number of bidders, winning bid, winning bidder, city, state, small business status of winner, and actual cost and quantity dredged.

**Mode**
Water

**Source of Data**
Data entered at each Corps of Engineers District into the central database

**Sponsoring Organization**

**Page 9 - http://www.iwr.usace.army.mil/ndc/db/dredging/data/**

# www.iwr.usace.army.mil - /ndc/db/dredging/data/

[To Parent Directory]

Monday, April 30, 2007 9:34 AM 676769 dredging.txt

Click Here
for .txt Database