Page 10 - http://www.iwr.usace.army.mil/ndc/db/dredging/dbf/

# www.iwr.usace.army.mil - /ndc/db/dredging/dbf/

[To Parent Directory]

Monday, April 30, 2007 9:41 AM 1307648 dredging.xls

Click Here
for .xls Database

TDM009117

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC
Home
Data
Back

# U.S. Waterway Data

## Dredging Information System

Data Dictionary

**File Name(s): \dredging\data\dredging.txt and \dredging\dbf\dredging.dbf**

| COLUMN NUMBER | COLUMN NAME | DESCRIPTION | TYPE | WIDTH |
|---|---|---|---|---|
| 1 | fy | fiscal year Oct 1 to Sep 30 | NUMBER | 2 |
| 2 | distnam | name of Corps of Engineers District | TEXT | 20 |
| 3 | jobname | name of dredging site/location | TEXT | 28 |
| 4 | jlatdeg | dredging site degrees latitude | NUMBER | 3 |
| 5 | jlatmin | dredging site minutes latitude | NUMBER | 3 |
| 6 | jlatsec | dredging site seconds latitude | NUMBER | 3 |
| 7 | jlondeg | dredging site degrees longitude | NUMBER | 3 |
| 8 | jlonmin | dredging site minutes longitude | NUMBER | 3 |
| 9 | jlonsec | dredging site seconds longitude | NUMBER | 3 |
| 10 | unitmatr | unit of contract measure<br>Y cubic yards<br>D days<br>H hours<br>L lump sum<br>M cubic meters<br>O other<br>S Station<br>u undefined | TEXT | 2 |
| 11 | est_quan | estimated quantity of units(unitmatr) | NUMBER | 11 |
| 12 | eq_cu_yd | equivalent cubic yards if units are other than cubic yards | NUMBER | 11 |
| 13 | prdrtype | primary dredge type used<br>B bucket or mechanical<br>D dustpan<br>-- - | TEXT | 1 |

Page 12 - http://www.iwr.usace.army.mil/ndc/data/datadrgcorp.htm

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC Home
Data
Back

# U.S. Waterway Data

## Dredging Information System
## Corps Owned Dredges

**File Description:**
Information about dredging activities performed by the Corps owned and operated dredges.

Data Dictionary

Click Here for Page 15

**File Directory:**

Click Here for Page 13

\COEdrdge\data\
Comma delimited (.txt)

\COEdrdge\xls\
dbase format (.xls)

Click Here for Page 14

**Abstract**
This file contains information on each dredging activity performed by Corps owned and operated dredges during fiscal year period of FY 1995 - FY 2006. For each record, the file contains fiscal year, dredge owning Corps of Engineers District, name of dredging location, dredge name, dredge type, start and stop dates of dredging, actual quantity and cost of dredging, the number of dredge work days for that activity, category of material disposal, the district the work was performed for, the original estimate of cubic yards to be dredged and a representative latitude and longitude of the dredging area

**Mode**
Water

**Source of Data**
Data are entered, directly into the central database by the dredge owning Corps of Engineers District Office.

**Sponsoring Organization**
U.S. Army Corps of Engineers/CEIWR, Navigation Data Center Dredging Program

# Page 13 - http://www.iwr.usace.army.mil/ndc/db/COEdredge/data/

## www.iwr.usace.army.mil - /ndc/db/COEdredge/data/

[To Parent Directory]

Monday, April 30, 2007 9:48 AM 215394 COEdredge.txt

Click Here
for .txt Database

# www.iwr.usace.army.mil - /ndc/db/COEdredge/dbf/

[To Parent Directory]

Monday, April 30, 2007 9:47 AM 366592 COEdredge.xls

Click Here
for xls Database

Welcome to the US Army Corps of Engineers
Navigation Data Center

NDC
Home
Data
Back

# U.S. Waterway Data

## Dredging Information System

Data Dictionary

**File Name(s): \dredging\data\COEdrdge.txt and \dredging\dbf\COEdrdge.dbf**

| COLUMN NUMBER | COLUMN NAME | DESCRIPTION | TYPE | WIDTH |
|---|---|---|---|---|
| 1 | fy | fiscal year Oct 1 to Sep 30 | NUMBER | 2 |
| 2 | distnam | name of Corps of Engineers District | TEXT | 20 |
| 3 | jobname | name of dredging site/location | TEXT | 28 |
| 4 | prdrname | name of the Corps dredge | TEXT | 24 |
| 5 | prdrtype | primary dredge type used | TEXT | 1 |
| | | B bucket or mechanical | | |
| | | D dustpan | | |
| | | H hopper | | |
| | | N non-conventional (specialty) type | | |
| | | P pipeline (cutterhead) | | |
| | | S sidecaster | | |
| | | u undefined | | |