**Table 1.** Project volumes proposed for dredging for which DMMO made final recommendations during calendar year 2002.

| | Volume proposed for disposal | |
|---|---|---|
| | *cubic yards* | *% of total volume* |
| By Proposed Disposal Location | | |
| In-Bay (SF-9, SF-10, SF-11 and SF-16) | 2,289,349 | 62 |
| Beneficial Reuse | 452,770 | 16 |
| Ocean (SF-8 and SF-DODS) | 586,543 | 12 |
| Other (Tier I not approved – testing required) | 260,000 | 7 |
| Total | 3,680,771 | |
| By Suitability Determination | | |
| Suitable for unconfined aquatic disposal | 3,068,662 | 90 |
| Unsuitable for unconfined aquatic disposal | 92,109 | 3 |
| Other (Tier I not approved – needs test) | 260,000 | 7 |

Over half of the material estimated for reviewed projects was proposed for in-Bay disposal. Less than one-quarter of the material was proposed for ocean disposal and represents two USACE projects: maintenance dredging of Oakland Harbor and maintenance dredging of Richmond Inner Harbor. The remaining material, 16%, was proposed for beneficial reuse at various locations, including drying ponds (with later reuse as construction fill or for levee maintenance), landfills (for daily cover) and Winter Island (for levee maintenance). This pattern is similar to that for projects reviewed during 2001.

In 2002, the proportion of material recommended as unsuitable for unconfined aquatic disposal was similar to the average for previous years. This year, 3% of material fell into this category; historically this value has been below 5%. The unsuitable material was all from maintenance dredging projects, most of it from projects (the Ports of San Francisco and Oakland and Glen Cove Marina) that proponents decided it was more expeditious to dispose of the material out of the Bay rather than undertake additional testing that may have modified the suitability recommendations for in-Bay disposal. The DMMO did not approve Tier I determinations for the City of Emeryville Marina or Greenbrae Marina. Material from these projects will require testing before DMMO can make suitability determinations.

The volumes in Table 1 are proposed only; the actual amounts and timing of dredging will depend on several factors. The DMMO process is just a portion of the permitting process for dredging proponents. After obtaining a suitability recommendation on sediment quality from the DMMO, project proponents must obtain authorizations from the appropriate regulatory agencies, secure funding, and arrange for a dredging contractor to perform the work. These additional steps can take weeks to years. Therefore, the numbers disclosed in this report cannot be used to predict, for example, in-Bay disposal in 2003. For some of the projects in Table 1, dredging was completed in 2002. For other projects, dredging may not occur for some time.

## B. DREDGING AND DISPOSAL VOLUMES FOR 2002

The USACE tracks actual dredging and disposal volumes, and provides quarterly reports of these volumes to the other DMMO agencies. The complete annual report of disposal volumes is available from USACE. Table 2 summarizes the actual dredging and disposal volumes for calendar year 2002 (Appendix B and Appendix C contain more detailed information). Approximately 3.7 million cubic yards of material were disposed during the year. Of this volume, 52% went to in-Bay disposal, 30% was disposed at the deep ocean disposal site (SF-DODS), and 18% was reused beneficially. The beneficial reuse numbers included the Port of Oakland's Berths 55-58 deepening project; as part of this new work project, about 166,000 cubic yards of material were used to provide fill material for reconfiguration of the Port's Middle Harbor area. Other new work included retrofit and construction projects on three bridges in the Bay area that, together, employed all three disposal options. The LTMS policies encouraging that alternatives to in-Bay disposal be found for new work and USACE projects appear to be succeeding in diverting material from in-Bay disposal. The total amount of in-Bay disposal in 2002 was below the LTMS target of 2.3 million cubic yards per year during the first transition phase.

**Table 2.** Dredged material disposal during calendar year 2002

| | All Dredging | | Maintenance Dredging | | New Work | |
|---|---|---|---|---|---|---|
| Disposal Type | *cubic yards* | *%* | *cubic yards* | *%* | *Cubic yards* | *%* |
| In-Bay | 1,887,555 | 52 | 1,875,795 | 60 | 11,760 | 2 |
| Ocean | 1,113,814 | 30 | 841,478 | 27 | 272,336 | 50 |
| Beneficial reuse | 649,803 | 18 | 389,439 | 13 | 260,364 | 48 |
| Total | 3,651,172 | | 3,106,712 | | 544,460 | |

## C. FINALIZATION OF PERMANENT STATUS FOR THE DMMO

In 2002, the DMMO finally received permanent status and is no longer considered a "pilot" project. This minor modification has, nonetheless, fairly wide-reaching consequences. While most stakeholders were unaware of the DMMO's status as a pilot, in fact, as a pilot project, the DMMO could have been disbanded at any time. As a permanent entity, however, project proponents and others can be assured that DMMO will continue indefinitely.

DMMO staff are working to update the implementing Memorandum of Understanding (MOU) to reflect this change. We expect that management will sign a new MOU documenting the change in status, as well as the expanding role of DMMO (e.g., as the initial point of contact for all dredging project, regardless of their proposed disposal/reuse location) in the LTMS sometime in calendar year 2003.

## D. DMMO WEB SITE

The USACE initiated the DMMO Web site (www.spn.usace.army.mil/conops/dmmo.htm) in June 1998, and continues to maintain and update it. The Web site continues to provide access to:

- DMMO meeting schedules and agendas
- DMMO MOU and Operating Principles

- DMMO Annual Reports
- DMMO Newsletters
- Dredging Permit Consolidated Application Form and Instructions
- Local and federal guidance for sediment testing and dredged material management
- Links to the LTMS EIS/EIR and Management Plan
- Meeting schedules and agendas for LTMS public workshops and workgroup meetings
- Links to DMMO member agency Web sites

## E. LTMS PARTICIPATION

DMMO members play an active role in developing, preparing for and participating in all the LTMS public workshops. Several of the DMMO staff have also been instrumental in establishing and fostering LTMS workgroups (see below for details). Some DMMO staff also participate in the LTMS program managers policy group and assist in preparing for and participation in LTMS Management Committee meetings.

DMMO staff were instrumental in arranging the January 2002 LTMS Public Workshop updating stakeholders on the status of the LTMS, particularly the implementation of the 40:40:20 strategy. Also discussed at the meeting were the LTMS workgroups, draft guidelines for cover/foundation material for wetland reuse, updates on planned reuse sites around the Bay, environmental windows, and coordination with CALFED, particularly regarding use of Bay dredged material for levee rehabilitation and restoration on delta islands.

Certain DMMO staff also have provided substantial input to the establishment of upland/wetland reuse sites, such as the Hamilton Army Air Field, Bel Marin Keys V, and Montezuma wetland restoration site, as well as ensuring continued capabilities at Winter Island and Sherman Island. DMMO staff have also been involved in the Mare Island Dredged Material Disposal Ponds EIS/EIR.

## F. OTHER PROFESSIONAL INVOLVEMENT

Other local efforts some DMMO members were involved in during 2002 include:

- Participation in the Harbor Safety Committee
- Involvement in the Water Transit Authority meetings and review of various documents related to expanding ferry service in S.F. Bay
- Membership in the Marine Transportation Committee, including the Environmental Subcommittee
- Membership on the Regional Monitoring Program Technical Review Committee
- Involvement in the Delta Dredging Program, including review and comment on a number of drafts of program documents and input at Delta Dredging Program meetings
- Briefings for senior agency staff, including EPA HQ staff on DMMO and dredging and dredged material disposal in S.F. Bay
- Participation in CALFED Levee and Habitat Subcommittees, coordinating potential future beneficial reuse of dredged material at Delta islands.

### G. 2002 ANNUAL MEETING

The DMMO held its 2002 Annual Meeting on March 28, 2002, where the 2001 Annual Report was provided and discussed. Presentations by the DMMO also included updates on SAP Guidance, Sediment Quality Guidelines, use of SFDODS and associated monitoring, development of an electronic, web-based application, and PCB congener analyses. DMMO members also discussed the decision-making process, Alternatives/Feasibility Analyses, and testing for different disposal environments with the attendees. Other pertinent topics included disposal site management (both in-Bay and SFDODS), disposal site volume limitations and working within the environmental windows. Much of the afternoon was spent discussing dredgers' projects and their relation to the environmental windows. We began the important and timely process of assisting dredgers, large and small, to coordinate their projects to make best use of available equipment, to initiate informal consultation with the resource agencies, and ensure that all projects can be dredged in an environmentally- and economically-sensitive fashion (see below for greater detail on accomplishments made in the environmental windows arena).

### H. KNOCKDOWNS

DMMO members have come to realize the efficiency of the judicious use of "knockdowns" (i.e., operations wherein high spots are smoothed into deeper adjacent areas within the permitted dredging footprint). Knockdown events can provide project proponents with a viable solution to a full dredging episode, while ensuring safe navigation. In addition, knockdown operations are consistent with the LTMS goal of limiting in-Bay disposal, by reducing the number of dredging and disposal events that are necessary. As a result, DMMO has supported this practice, where appropriate. Projects that have used knockdown operations successfully during 2002 generally can identify several isolated high spots (sometimes referred to as "moguls") surrounded by deeper areas into which the material of the high spot can effectively be dragged through the use of a heavy beam, or sometimes, a clamshell. When a later full dredging operation is anticipated, this material is then characterized in the usual fashion and removed. This procedure is more efficient for the project proponents, while still ensuring that adequate information is provided in advance of disposal at a more distant location.

### I. ENVIRONMENTAL WINDOWS WORKGROUP

In response to input at the DMMO 2002 Annual Meeting, the Environmental Windows Work Group was initiated formally as part if the LTMS to address concerns of the dredging community regarding the programmatic biological opinions for dredging and disposal in San Francisco Bay that were included in the LTMS Management Plan. The biological opinions from the NOAA Fisheries, the U.S. Fish and Wildlife Service and the agreement with the CDFG set forth dredging and disposal work windows for the Bay area to avoid impacts to endangered and threatened species and species of special concern. When a project cannot be scheduled to be completed within a work window, consultation with the appropriate resource agency is required as part of the permitting process.

The Environmental Work Window Work Group includes regulatory and resource agencies, including USACE, EPA, BCDC, NOAA Fisheries, U.S. Fish and Wildlife Services, and the CDFG, stakeholders, including small marinas, the Ports of San Francisco and Oakland, the Bay

Planning Coalition, the Dredging Action Committee, and members of the dredging industry. In 2002, this multi-stakeholder group developed a mission statement, prepared a draft work plan, held Short Term Solutions meetings to address the needs of dredging projects planned for 2002, and Long Term Solutions meetings to evaluate funding sources, scientific data gaps, technological and operational issues, and confounding factors.

During 2002, the Work Groups met approximately 18 times. Meetings continue on average, every six weeks. Dredging project proponents with upcoming projects, particularly ones that expect to have difficulty completing work within the environmental work windows, are encouraged to attend the Short Term Solutions meetings. Through the efforts of the various stakeholders, DMMO now has a comprehensive list of future dredging projects and has facilitated the completion of a number of projects outside of the work windows. For example, in 2002, the Short Term Solutions group reviewed approximately 25 projects, of which 17 were completed within 2002, including 11 that received extensions beyond the work windows as a result of formal or informal consultation. A draft consultation initiation packet is also in the works and should be available for use soon.

By the end of 2002, the Environmental Windows Work Group had expanded efforts and began implementing its draft work plan. As a result, four new work groups were formed to focus on specific issues: Science and Data Gaps, Technology and Operations, Confounding Factors and Funding. The Science and Data Gaps Group and the Technology and Operations Group are working to provide the most up to date and relevant information on dredging and disposal impacts to the regulatory and resource agencies to allow them to apply this information to the consultation and permitting process. The Confounding Factors Group is exploring ways to reduce delays associated with regulatory and process needs. The Funding Work Group is researching funding sources to support this work.

### J. SEDIMENT QUALITY GUIDELINES

The DMMO has recognized that it would benefit the region to develop numeric sediment screening guidelines (SSGs) based on regional toxicity testing results to ensure appropriate environmental protection and minimize testing costs.

In November 2002, the DMMO hosted a public informational workshop on a project funded by the California Coastal Conservancy to evaluate existing SSGs for wetland creation/beneficial reuse and revise the existing guidelines based on the results of the evaluation and input from stakeholders. Project tasks completed in 2002 included design of a database structure for sediment chemistry, toxicity, and bioaccumulation data, populating the database with regional monitoring and dredging data, and performing quality assurance checks of the database. Tasks targeted for completion in 2003 include: 1) evaluating the accuracy of existing numeric SSGs at predicting acute amphipod toxicity; 2) deriving regional SSGs if current guidelines are not adequately predictive; 3) preparing draft and final reports with revised SSGs; and 4) developing procedures for the DMMO to update the SSGs as more regional data become available. In order to be able to evaluate and update the guidelines in the future, however, the DMMO will need to secure funding and staff to maintain the sediment quality database created during this project and add new dredged material testing data as it becomes available.

In addition, DMMO staff are actively involved in the State Water Resources Control Board (SWRCB) process to develop and adopt sediment quality objectives (SQOs) for enclosed bays and estuaries in California. The numeric objectives developed in this program will be based on protecting sensitive aquatic life represented by sediment dwelling organisms (e.g., benthic macroinvertebrate community). The DMMO will assist this effort by providing dredged material testing data from the San Francisco Bay region to be included in a relational database containing data on sediment contamination, toxicity, bioaccumulation, and benthic community impacts for marine and estuarine areas of California. The data compiled for the S.F. Bay SSG project has already been included in the statewide database. The state SQO development effort is expected to take about four years to complete, starting in 2003.

## K. DMMO STAFF EDUCATION AND TRAINING

During 2002, the DMMO agencies continued to include education and training, both internal and external, as a primary objective. Education and training include informal internal workshops regarding the roles, regulations and responsibilities of the member agencies; speakers at DMMO meetings; DMMO coordination and self-evaluation meetings; site visits; and participation in regional and national meetings and workshops relating to dredging and dredged material management. "Internal" training, such as field visits, is imperative to agencies' understanding of a particular project or process (e.g., hopper dredging). Similarly, internal meetings, workshops and retreats, addressing coordination and communication, are necessary to ensure that DMMO members continue to work well as a team. Also important is "external" training, where DMMO members learn what other groups and entities dealing with dredging and dredged material management are doing, nationally and internationally.

The DMMO strives to be an efficient and effective body, a necessary component to the success of the LTMS, and a resource to the regulated public. The state of the art and the science continues to evolve and DMMO staff members need to keep pace with these changes in order for us to remain our most effective. Attendance at workshops, seminars and training, particularly those outside the Bay area, by DMMO members is needed to ensure that we keep current with regulatory and technical changes.

During 2002, the DMMO accomplished a number of our training goals. These are summarized below.

**Internal/Regional Training:**

- DMMO coordination, policy and self-evaluation retreat in May
- Regional Board DDT workshop in May
- Regional Board PCB workshop in August
- EPA in-house microbiology course in August
- Regional Board mercury TMDL workshop
- Information session on new positioning systems for dredgers
- Enforcement of violations of Section 404 and MPRSA in the Bay area

**Site Visits to:**

- Bel Marin Keys project site
- Petaluma dredging and upland disposal site
- Port Sonoma dredging and upland disposal site
- Valero Berth knockdown dredging project

- Vallejo Marina dredging project
- Suisun Channel and Martinez Marina dredging projects (including the USACE hopper dredge Essayons)
- Bay Bridge turbidity containment exposition
- Pierce Island upland dredged material disposal site
- Pittsburg Marina dredging operations
- Winter Island upland dredged material disposal site

**External Training:**

- Regional Monitoring Program Annual Meeting
- USACE/EPA Sediment Specialists and Dredged Material Managers Meeting
- Dredging '02 International meeting; DMMO staff presented a paper on the LTMS process
- USACE/EPA National Dredging and Dredged Material Management Seminar; DMMO staff gave presentation on DMMO to a regional and national audience
- USACE Annual Chemists meeting
- USACE GPS/GIS Applications course
- USACE Intermediate GIS training course
- NorCal SETAC Annual meeting; DMMO staff also acted as co-instructor of sediment toxicity short course

## III. ON-GOING AND FUTURE ACTIVITIES

As the agencies continue implementation of the LTMS, DMMO finds that our responsibilities continue to increase. We recognize that we form the first portal of entry for many project proponents, both experienced and those new to the LTMS process. We accept and appreciate this role, as for many dredgers, contractors and consultants, we constitute a well-known body, versed in both the various regulations of our member agencies, as well as in the LTMS principles and goals. It has been particularly rewarding to us to find that project applicants, even when dredging is a minor part of their proposed project, wish to bring the project to DMMO. It is our purpose and goal to ensure that DMMO continues as a body wherein applicants can expect to find consensus, clarification of the various regulations, and a united recommendation. On-going and proposed future activities of the DMMO are described below.

**Coordinated review of project proposals:** The DMMO will continue to coordinate review of dredging project permit applications. Based on our experience, we expect that the DMMO increasingly will be involved in review of projects proposing disposal of dredged material at the ocean disposal site and at beneficial reuse sites.

**Environmental Work Windows:** In 2002, we made great strides in the area of environmental windows (see above). We have every intention of continuing the work and expanding upon our successes.

**Project tracking for LTMS planning:** Included in Appendix B to this report are the monthly volumes dredged during 2002 listed by project. Section II of this report provides summary tables and discussion of these data. The DMMO will continue to track this information and make summaries available to the LTMS agencies for planning purposes. In addition, DMMO hosts, the USACE, maintains monthly project tracking of the in-Bay disposal sites to ensure that monthly

disposal limits are not exceeded and that disposal at SF-11 minimizes the potential for dangerous mounding. The EPA tracks disposal at SF-DODS.

**Regional Implementation Manual:** The DMMO, because of other more pressing priorities, was able to expend little energy toward development a Regional Implementation Manual. We remain committed, however, to completion of a comprehensive manual compiling testing requirements for dredged sediment disposal at beneficial reuse, in-Bay and ocean sites based on Federal and State regulations and guidance.

**Develop Alternate In-Bay Reference Sites:** EPA HQ made no progress toward finalizing the 1995 Draft "Reference Rule" in 2002. Although this rule would improve consistency in reference site selection with that required by the Marine Protection Research and Sanctuaries Act (Ocean Dumping Act), as well as afford better and more appropriate protection to waters of the U.S., we do not know when it may be finalized. In the meantime, numerous project proponents choose to obtain both a "grain size appropriate" sample as well as the standard reference sample to account for confounding effects of grain size that are not associated with contaminant concentrations. We recognize that this is an inappropriate situation and continue to encourage EPA HQ to finalize the rule.

**Workload Issues:** As in previous years, the DMMO was not able to accomplish as much as we would have liked in 2002. As previously, this was due in large part to workload. We recognize that our stakeholders – as well as ourselves – want a comprehensive sediment quality database in place; we would like to provide more frequent guidance to project proponents and other stakeholders; we understand the usefulness of sediment quality guidelines. Although we have made strides toward these goals this year, without additional funds, a fully functional database, more timely guidance, and truly applicable sediment quality guidelines appear unlikely in the near future.

## IV. CONCLUSIONS

The DMMO continues to improve review of dredging project proposals, encourage intra- and inter-agency consistency in the decision making process, while ensuring environmental protection. The DMMO continues to expand its role in dredging and dredged material management in the Bay area by increasing our review of projects proposing upland and ocean disposal, by participating in the LTMS implementation process and other groups associated with dredged material management, and by furthering public participation in the process. We are currently in the process of formalizing an updated MOU more appropriate to our current role in dredging and dredged material management in the S.F. Bay area.


Total Disposal per Month
600,000
500,000
400,000
300,000
200,000
100,000
0
Cubic Yards
22,726
62,023
294,074
502,022
100,843
499,605
210,876
350,627
300,252
509,754
528,943
269,427
Jan
Feb
Mar
Apr
May
Jun
Jul
Aug
Sep
Oct
Nov
Dec
2002


Dredged Material Disposal Site Volumes, CY
1,500,000
1,000,000
500,000
0
Cubic Yards
268,491
199,827
103,777
1,073,942
510,009
845,323
SF-08
SF-09
SF-10
SF-11
SF-16
SF-DODS
Disposal Sites



**Figure ____**


2002 Dredged Material Disposal, CY
5.3%
165,730
219,965
7.0%
845,323
27.1%
1,887,555
60.5 %
In-bay
Ocean
Upland
Middle Harbor

Figure ____

 

## Appendix A. Projects Reviewed by the DMMO or Dredged During Calendar Year .2002

| | Site Dredged | USACE File Number | Volume Approved CY | Disposal Site | Application Date | Tier I Approved | SAP Approved | Results approved | Pre Dredge Survey Date | DOP approved | Post Dredge Survey Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BALLENA ISLE MARINA | 21920 | 50,000 | Upland | 12/10/1999 | NA | 1/12/1998 | 9/24/1998 | 5/1/2001 | 7/17/2000 | 4/29/2002 | NW35 DOP approval |
| 2 | BENICIA PORT TERMINAL COMPANY | 23107 | 43,000 | SF-09 | 10/16/1997 | No letter | NA | NA | 2/28/2002 | 3/22/2002 | *6 | |
| 3 | BENICIA-MARTINEZ BRIDGE RETOFIT & NEW, PILINGS | 21392 | 17,165 | SF-09 & *3 | 4/5/1995 | old | NA | NA | 4/1/2002 | 4/9/2002 | Working | and Winter Island |
| 4 | BENICIA-MARTINEZ BRIDGE, MARAD ACCESS CHANNEL | 21392 | 40,550 | Upland *3 | 4/5/1995 | old | NA | NA | 11/27/2001 | 1/4/2002 | 2/28/2002 | start 1/7/02 |
| 5 | BOAT DOCK, GARY SCHEIER | 24519 | 227 | SF-10 | 11/3/1999 | No letter | NA | NA | 4/12/2002 | 5/29/2002 | Pending | did not dredge yet |
| 6 | BOAT RAMP, CITY OF SUNNYVALE, NASA | 27211 | 60 | Upland | 8/7/2002 | 9/25/2002 | NA | NA | Pending | | | at City landfill |
| 7 | CHEVRON LONG WHARF, RICHMOND, Berth 1 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 8 | CHEVRON LONG WHARF, RICHMOND, Berth 2 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 9 | CHEVRON LONG WHARF, RICHMOND, Berth 3 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 10 | CHEVRON LONG WHARF, RICHMOND, Berth 4 | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 11 | CHEVRON LONG WHARF, RICHMOND, Berth 9,11,bargeway | 24369 | 84,000 | SF-11 | 4/21/1999 | 7/22/2002 | NA | NA | 6/24/2002 | 7/22/2002 | 8/22/2002 | |
| 12 | CITY OF BENICIA MARINA | 22724 | 20,300 | SF-09 | 3/10/1997 | 3/14/2002 | NA | NA | 6/25/2002 | 9/13/2002 | 12/20/2002 | |
| 13 | CITY OF BENICIA MARINA | 22724 | 51,250 | SF-09 | 3/10/1997 | 3/14/2002 | NA | NA | 6/25/2002 | 7/26/2002 | 9/9/2002 | |
| 14 | CITY OF EMERYVILLE MARINA | 27213 | 198,000 | SF-11 | 8/2/2002 | NA | Pending | | | | | 12/18/02 not Tier I |
| 15 | CITY OF PETALUMA MARINA | 27481 | 37,000 | Upland | 12/6/2002 | NA | 12/19/2002 | 3/24/2003 | Pending | | | at City PCDDA |
| 16 | CITY OF PITTSBURG MARINA | 26215 | 124,000 | Upland *3 | 6/6/2001 | NA | 7/6/2001 | 9/24/2001 | 6/28/2002 | 8/6/2002 | *6 | direct pipeline |
| 17 | CITY OF SUISUN CITY MARINA | 26781 | 175,000 | Upland | 8/5/2002 | NA | 4/3/2002 | 7/22/2002 | 10/21/2002 | 10/21/2002 | 12/31/2002 | LOP Upland |
| 18 | CITY OF VALLEJO MARINA | 23768 | 133,000 | SF-09 | 7/21/1998 | NA | 8/14/2001 | 11/2/2001 | 4/24/2002 | 7/30/2002 | 12/5/2002 | |
| 19 | CITY OF VALLEJO MARINA | 23768 | 171,000 | SF-09 | 7/21/1998 | NA | 7/29/1999 | 12/27/1999 | 8/13/2001 | 10/19/2001 | 4/24/2002 | |
| 20 | CLIPPER YACHT HARBOR | 26643 | 51,000 | SF-11 | 1/17/2002 | NA | 3/6/2002 | 7/17/2002 | Pending | | | |
| 21 | COYOTE POINT MARINA | 26774 | 107,500 | SF-11 | 5/23/2002 | NA | 4/3/2002 | 7/30/2002 | Pending | | | |
| 22 | EMERY COVE MARINA | 25155 | 75,250 | SF-11 | 5/4/2000 | NA | 7/19/2000 | 2/6/2001 | 11/8/2001 | 12/5/2001 | 7/1/2002 | |
| 23 | GLEN COVE MARINA | 27201 | 5,000 | Upland | 8/13/2002 | 8/20/2002 | NA | NA | Pending | | | to landfill |
| 24 | GREENBREA MARINA, PROPERTY OWNERS ASSOCIATION | 27251 | 62,000 | SF-10 | 1/6/2003 | NA | 12/18/2002 | 2/20/2003 | Pending | | | 10/07/02 NOT Tier I |
| 25 | HANSON AGGREGATES, OAKLAND YARD | 26355 | 600 | Upland | 8/29/2001 | 3/6/2002 | NA | NA | *6 | | | |
| 26 | LOCH LOMOND MARINA | 25764 | 90,000 | SF-10 | 11/30/2000 | NA | 2/6/2001 | 6/28/2001 | 3/26/2002 | 5/28/2002 | 8/23/2002 | or SF-11 |
| 27 | LOCH LOMOND MARINA | 25764 | *2 | SF-10 | 11/30/2000 | NA | 2/6/2001 | 6/28/2001 | 8/23/2002 | 5/28/2002 | 10/24/2002 | or SF-11 |
| 28 | LOCH LOMOND MARINA | 25764 | *2 | SF-10 | 11/30/2000 | NA | 2/6/2001 | 6/28/2001 | 10/24/2002 | 5/28/2002 | Pending | or SF-11 |
| 29 | MARIN CO. SERVICE AREA 29, PARADISE CAY ENTRANCE | 23416 | 50,000 | SF-11 | 3/20/1998 | 8/1/2002 | NA | NA | Pending | | | |
| 30 | MARINA PLAZA HARBOR | 26488 | 20,000 | SF-11 | 3/6/2002 | NA | 11/15/2001 | 3/12/2002 | Pending | | | |
| 31 | PARADISE CAY YACHT HARBOR | 26655 | 83,000 | SF-11 | 2/1/2002 | 3/12/2002 | NA | NA | Pending | | | |
| 32 | POINT SAN PABLO YACHT HARBOR | 27325 | 40,000 | SF-10 | | NA | 10/10/2002 | 12/19/2002 | Pending | | | No app yet |
| 33 | PORT OF OAKLAND, BERTH 20 | 23162 | 1,200 | Upland | 11/12/1997 | NA | 11/27/2002 | 11/27/2002 | 11/22/2002 | 11/22/2002 | *6 | at Berth 10 |
| 34 | PORT OF OAKLAND, BERTH 21 | 23162 | 900 | SF-11 | 11/12/1997 | 11/27/2002 | NA | NA | 7/25/2002 | 11/22/2002 | *6 | |
| 35 | PORT OF OAKLAND, BERTH 22 | 23162 | 1,200 | SF-11 | 11/12/1997 | NA | 11/27/2002 | 11/27/2002 | 11/22/2002 | 11/15/2002 | *6 | |
| 36 | PORT OF OAKLAND, BERTH 22 | 23162 | 1,200 | Upland | 11/12/1997 | NA | 6/21/2002 | 11/27/2002 | 11/22/2002 | 11/15/2002 | *6 | at Berth 10 |
| 37 | PORT OF OAKLAND, BERTH 23 | 23162 | 10,200 | SF-11 | 11/12/1997 | NA | 2/6/2001 | 6/13/2001 | 11/1/2000 | 6/28/2001 | 3/19/2002 | |
| 38 | PORT OF OAKLAND, BERTH 24 | 23162 | 28,500 | SF-11 | 11/12/1997 | 7/22/2002 | NA | NA | 5/29/2002 | 9/20/2002 | *6 | |
| 39 | PORT OF OAKLAND, BERTH 25 | 23162 | *2 | SF-11 | 11/12/1997 | 7/22/2002 | NA | NA | 5/29/2002 | 9/20/2002 | *6 | |
| 40 | PORT OF OAKLAND, BERTH 26 | 23162 | *2 | SF-11 | 11/12/1997 | 7/22/2002 | NA | NA | 5/29/2002 | 9/20/2002 | *6 | |
| 41 | PORT OF OAKLAND, BERTH 30 | 23162 | 9,700 | SF-11 | 11/12/1997 | NA | 4/3/2002 | 6/17/2002 | 2/27/2002 | 6/28/2002 | *6 | |
| 42 | PORT OF OAKLAND, BERTH 32 DOLPHINS/CATWALK | 27425 | 4,500 | Upland | 3/11/2003 | NA | 12/5/2002 | Pending | | | | |
| 43 | PORT OF OAKLAND, BERTH 35 | 23162 | 18,400 | SF-11 | 11/12/1997 | NA | 2/6/2001 | 7/20/2001 | 9/17/2001 | 10/2/2001 | 3/14/2002 | |
| 44 | PORT OF OAKLAND, BERTH 37 | 23162 | 6,900 | SF-11 | 11/12/1997 | 11/27/2002 | NA | NA | 7/25/2002 | 11/18/2002 | *6 | |
| 45 | PORT OF OAKLAND, BERTH 67 | 23162 | 5,200 | SF-11 | 11/12/1997 | 12/14/2001 | NA | NA | 1/25/2002 | 7/29/2002 | *6 | |
| 46 | PORT OF OAKLAND, BERTH 68 | 23162 | 4,400 | SF-11 | 11/12/1997 | 12/14/2001 | NA | NA | 1/25/2002 | Pending | | only 67 approved |
| 47 | PORT OF SAN FRANCISCO, ISLAIS CREEK | 22718 | 167,410 | SF-11 | 3/4/1997 | NA | 8/19/2002 | 10/23/2002 | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 48 | PORT OF SAN FRANCISCO, PIER 35 E | 22718 | 51,011 | Upland *3 | 3/4/1997 | NA | 6/11/2001 | 9/26/2001 | 3/4/2001 | 10/30/2001 | 4/30/2002 | WINTER ISLAND |
| 49 | PORT OF SAN FRANCISCO, PIER 35 E | 22718 | 15,008 | SF-11 | 3/4/1997 | NA | 6/11/2001 | 9/26/2001 | 3/4/2001 | 10/30/2001 | 4/30/2002 | |
| 50 | PORT OF SAN FRANCISCO, PIER 35 E | 22718 | 11,298 | Upland | 3/4/1997 | NA | 6/11/2001 | 9/26/2001 | 3/4/2001 | 10/30/2001 | 4/30/2002 | at Berth 94/96 |
| 51 | PORT OF SAN FRANCISCO, PIER 35 W | 22718 | 6,000 | Upland | 3/4/1997 | NA | 7/30/2002 | 7/30/2002 | 7/23/2002 | 7/23/2002 | 7/25/2002 | at Berth 94/96 |
| 52 | PORT OF SAN FRANCISCO, PIER 80 A | 22718 | 30,680 | SF-11 | 3/4/1997 | 8/14/2002 | NA | NA | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 53 | PORT OF SAN FRANCISCO, PIER 80 B | 22718 | 28,804 | SF-11 | 3/4/1997 | 8/14/2002 | NA | NA | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 54 | PORT OF SAN FRANCISCO, PIER 80 B | 22718 | 5,200 | Upland | 3/4/1997 | NA | 8/15/2002 | 8/15/2002 | 3/4/2002 | 4/1/2002 | 4/12/2002 | at Berth 94/96 |
| 55 | PORT OF SAN FRANCISCO, PIER 80 C | 22718 | 11,543 | SF-11 | 3/4/1997 | NA | 8/19/2002 | 10/23/2002 | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 56 | PORT OF SAN FRANCISCO, PIER 92 | 22718 | 11,543 | SF-11 | 3/4/1997 | NA | 8/19/2002 | 10/23/2002 | 5/24/2002 | 10/29/2002 | 12/11/2002 | |
| 57 | POTRERO POWER PLANT, MIRANT | 26357 | 6,100 | Upland | 7/9/2001 | 2/6/2002 | NA | 2/6/2002 | Pending | | | to landfill |

## Appendix A. Projects Reviewed by the DMMO or Dredged During Calendar Year .2002

| | Site Dredged | USACE File Number *1 | Volume Approved CY | Disposal Site | Application Date | Tier I Approved | SAP Approved | Results approved | Pre Dredge Survey Date | DOP approved | Post Dredge Survey Date | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | RICHMOND-SAN RAFAEL BRIDGE, RETROFIT | 22065 | 237,000 | Upland *3 | 2/6/1996 | NA | 10/2/1996 | 4/16/1997 | 3/15/2001 | | 6/28/2002 | working |
| 59 | RYER ISLAND BOAT HARBOR, VENOCO | 26732 | 3,000 | SF-09 | 9/18/2000 | NA | 1/22/2001 | 5/22/2001 | 7/9/2002 | 8/1/2002 | 9/6/2002 | |
| 60 | SAN FRANCISCO DRYDOCK, BERTH 2 | 26977 | 257,000 | SF-11 | 2/8/2003 | NA | 11/4/2002 | 3/19/2003 | Pending | | | |
| 61 | SAN FRANCISCO-OAKLAND BAY BRIDGE, EAST SPAN | 23013 | 616,721 | *4 | 9/12/2001 | NA | 10/26/1998 | 8/17/2001 | | | Pending | and 11/21/01 to WI |
| 62 | SAN FRANCISCO-OAKLAND BAY BRIDGE, ELL GRASS | 23013 | 800 | *5 | 9/12/2001 | 8/5/2002 | NA | NA | Pending | | | Sand |
| 63 | SAN FRANCISCO-OAKLAND BAY BRIDGE, ELL GRASS | 23013 | 400 | *5 | 9/12/2001 | 10/9/2002 | NA | NA | Pending | | | Sand |
| 64 | SCHOONMAKER POINT MARINA | 23776 | 19,260 | SF-11 | 1/10/2000 | NA | 10/15/1998 | 4/2/1999 | 11/9/2001 | 5/24/2002 | Pending | suspended 10/8/02 |
| 65 | TOSCO REFINING COMPANY, RICHMOND TERMINAL | 26466 | 13,000 | SF-10 | 3/19/2002 | NA | 11/15/2001 | 10/9/2002 | Pending | | | Hydralic dredge |
| 66 | TOSCO REFINING COMPANY, RODEO TERMINAL (PHILLIPS) | 23455 | 64,000 | SF-09 | 4/8/1998 | 10/31/2002 | NA | NA | Pending | | | |
| 67 | U.S. ARMY RESERVE CENTER AT MARE ISLAND, P22&23 | 25989 | 30,000 | SF-09 | 4/24/2002 | NA | 3/30/2001 | 11/20/2001 | 7/15/2002 | 8/22/2002 | 9/5/2002 | |
| 68 | USACE, LARKSPUR LANDING FERRY CHANNEL | -02-C-0013 | 120,000 | SF-11 | NA | 6/12/2002 | NA | NA | 9/11/2002 | NA | 11/10/2002 | and SF-10 |
| 69 | USACE, MAIN SHIP CHANNEL | CORPS | 300,000 | SF-08 | NA | 2/13/2002 | NA | 3/6/2002 | 12/13/2001 | NA | 7/10/2002 | FY02 |
| 70 | USACE, OAKLAND INNER HARBOR, turning basin (50) | -02-C-0006 | | Upland | NA | | NA | NA | NA | NA | Pending | Working |
| 71 | USACE, OAKLAND OUTER HARBOR | -02-C-0010 | 2,000 | SF-DODS | NA | 6/18/2002 | NA | NA | 4/4/2002 | NA | 6/30/2002 | FY02 w/Essayons |
| 72 | USACE, OAKLAND INNER HARBOR, reach 3 | -02-C-0010 | 421,663 | SF-DODS | NA | 6/5/2002 | NA | NA | 10/24/2002 | NA | 12/28/2002 | FY02 |
| 73 | USACE, OAKLAND INNER HARBOR, reach 4 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 10/24/2002 | NA | 12/28/2002 | FY02 |
| 74 | USACE, OAKLAND INNER HARBOR, reach 5 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 10/24/2002 | NA | 12/28/2002 | FY02 |
| 75 | USACE, OAKLAND OUTER HARBOR, reach 1 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 adv maint |
| 76 | USACE, OAKLAND OUTER HARBOR, reach 1 | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 |
| 77 | USACE, OAKLAND OUTER HARBOR, reach 2a | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 |
| 78 | USACE, OAKLAND OUTER HARBOR, reach 2b | -02-C-0010 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/26/2002 | NA | 12/24/2002 | FY02 |
| 79 | USACE, PETALUMA RIVER | -03-C-0001 | 240,710 | Upland | NA | 8/21/2002 | NA | NA | 10/22/2002 | NA | 2/24/2003 | FY03 |
| 80 | USACE, REDWOOD CITY HARBOR, reach 3 | -01-C-0024 | 56,000 | SF-11 | NA | 4/4/2002 | 5/10/2002 | 8/8/2002 | 4/10/2002 | NA | 6/6/2002 | FY02 |
| 81 | USACE, RICHMOND HARBOR, INNER, 152-212 | -02-C-0012 | 6,000 | NA | NA | 12/11/2002 | NA | NA | 12/18/2002 | NA | 1/18/2003 | knockdown FY03 |
| 82 | USACE, RICHMOND HARBOR, INNER, 151-164 | -02-C-0012 | 162,860 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/23/2002 | NA | 1/18/2003 | FY02 |
| 83 | USACE, RICHMOND HARBOR, INNER, 73-81 | -02-C-0012 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/23/2002 | NA | 1/18/2003 | FY03 |
| 84 | USACE, RICHMOND HARBOR, INNER, 92-151 | -02-C-0012 | *2 | SF-DODS | NA | 6/5/2002 | NA | NA | 9/23/2002 | NA | 1/18/2003 | FY03 |
| 85 | USACE, RICHMOND HARBOR, LONG WHARF | CORPS | 86,261 | SF-11 | NA | 2/13/2002 | NA | NA | 12/9/2001 | NA | 4/17/2002 | FY02 |
| 86 | USACE, RICHMOND HARBOR, SOUTHAMPTON SHOAL | CORPS | 16,641 | SF-11 | NA | 2/13/2002 | NA | NA | 12/9/2001 | NA | 4/17/2002 | FY02 |
| 87 | USACE, SAN RAFAEL CREEK CHANNEL | -02-C-0015 | 86,000 | SF-11 | NA | 9/11/2002 | NA | NA | 10/11/2002 | NA | Pending | Working |
| 88 | USACE, SUISUN BAY CHANNEL | -02-C-00 | 157,088 | SF-16 | NA | 4/24/2002 | NA | NA | 3/13/2002 | NA | 6/26/2002 | FY02 |
| 89 | USACE, SUISUN BAY CHANNEL (Bulls Head Reach) | CORPS | 15,000 | SF-16 | NA | 9/11/2002 | NA | NA | 7/27/2002 | NA | 10/7/2002 | FY03 |
| 90 | USACE, SUISUN BAY CHANNEL (East Bulls Head Reach) | CORPS | *2 | SF-16 | NA | 9/11/2002 | NA | NA | 7/27/2002 | NA | 10/7/2002 | FY03 |
| 91 | USACE, SUISUN BAY CHANNEL (Point Edith Reach) | CORPS | *2 | SF-16 | NA | 9/11/2002 | NA | NA | 7/27/2002 | NA | 10/7/2002 | FY03 |
| 92 | VALERO REFINERY TERMINAL | 26982 | 28,000 | SF-09 | 5/8/2002 | NA | 6/11/2002 | 9/25/2002 | Pending | | | |
| 93 | VALERO REFINERY TERMINAL, Event 1 | 22881 | 1,215 | NA | 6/16/1997 | NA | NA | NA | 3/4/2002 | 3/1/2002 | 3/8/2002 | knockdown |
| 94 | VALERO REFINERY TERMINAL, Event 1 | 22881 | 16,000 | SF-09 | 6/16/1997 | NA | NA | NA | 6/28/2002 | 7/2/2002 | 7/18/2002 | to SF-09 |
| 95 | VALERO REFINERY TERMINAL, Event 2 | 22881 | 2,351 | NA | 6/16/1997 | NA | NA | NA | 4/8/2002 | NA | 4/22/2002 | knockdown |
| 96 | VALERO REFINERY TERMINAL, Event 2 | 22881 | 1,634 | NA | 6/16/1997 | NA | NA | NA | 8/26/2002 | NA | 9/14/2002 | knockdown |
| 97 | VALERO REFINERY TERMINAL, Event 3 | 22881 | 489 | NA | 6/16/1997 | NA | NA | NA | 5/27/2002 | NA | 6/12/2002 | knockdown |

Note: These projects were discussed but no official action was taken by DMMO.

| | |
|---|---|
| 1 Bahia Lagoon | 22680 |
| 2 Bectel Power Plant at Mare Island | *6 |
| 3 Benicia Port Industries, Pier 95 | 27782 |
| 4 City of San Rafael Homeowners | 26633 |
| 5 Mare Island Disp[osal Ponds | 25148 |
| 6 Mare Island Outfall | *6 |
| 7 Port Sonoma Marina | 22477 |
| 8 Sausalito Marine Properties | 25916 |
| 9 Tesero Refinery, Avon Wharf | |

*1: Contract # for Corps projects = DACW07-XX-C-XXXX
*2: Volume included in line above
*3: WI = Winter Island Disposal
*4: Some to SF-11, Most to SF-DODS, Some to Winter Island
*5: Beneficial Reuse to try to establish eel grass beds
*6: No Data Available as of 4/30/03



TDM009175

## Appendix B. Dredged Material Disposal Volumens for Calendar Year 2002

| | Project | Bin Volume | In-Situ Volume | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BALLENA ISLE MARINA | 27,129 | 27,129 | | | | 27,129 | | | | | | | | |
| 2 | BENICIA PORT TERMINAL COMPANY | 17,400 | *1 | | | | 17,400 | | | | | | | | |
| 3 | BENICIA-MARTINEZ BRIDGE RETOFIT & NEW | 3,513 | Working | | | | 631 | 350 | 848 | 648 | | 614 | 116 | 208 | 101 |
| 4 | BENICIA-MARTINEZ BRIDGE, MARAD ACCESS CHANNEL | 42,035 | 42,035 | | 42,035 | | | | | | | | | | |
| 5 | CHEVRON RICHMOND LONG WHARF | 111,000 | 65,331 | | | | | | | 17,100 | 93,900 | | | | |
| 6 | CITY OF BENICIA MARINA | 50,950 | 54,249 | | | | | | | | 20,700 | 2,800 | 13,350 | 11,250 | 2,650 |
| 7 | CITY OF PITTSBURG MARINA | 112,224 | *1 | | | | | | | | | 18,620 | 50,028 | 42,976 | |
| 8 | CITY OF SUISUN, CITY MARINA | 129,759 | 129,759 | | | | | | | | | | 1,000 | | 128,759 |
| 9 | CITY OF VALLEJO MARINA | 78,980 | 104,796 | | | | | | | | 20,680 | 20,875 | 16,926 | 16,500 | |
| 10 | EMERY COVE MARINA | 81,050 | 71,799 | 13,000 | 10,825 | 15,400 | 16,750 | 15,725 | 7,100 | 250 | | | | | |
| 11 | LOCH LOMOND MARINA | 58,375 | 53,304 | | | | | | 14,500 | 16,150 | 12,226 | 10,650 | 5,850 | | |
| 12 | PORT OF OAKLAND, BERTH 20-22 | 7,200 | *1 | | | | | | | | | | | | 7,200 |
| 13 | PORT OF OAKLAND, BERTH 23 | 4,500 | 7,884 | | | 4,500 | | | | | | | | | |
| 14 | PORT OF OAKLAND, BERTH 24 | 10,800 | *1 | | | | | | | | | | | 10,800 | |
| 15 | PORT OF OAKLAND, BERTH 25 | 9,800 | *1 | | | | | | | | | 300 | 9,500 | | |
| 16 | PORT OF OAKLAND, BERTH 25/26 | 1,000 | *1 | | | | | | | | | | | 1,000 | |
| 17 | PORT OF OAKLAND, BERTH 26 | 5,600 | *1 | | | | | | | | | | 5,600 | | |
| 18 | PORT OF OAKLAND, BERTH 30 | 10,000 | *1 | | | | | | | 9,000 | | | | 1,000 | |
| 19 | PORT OF OAKLAND, BERTH 35 | 4,500 | 15,018 | | | 4,500 | | | | | | | | | |
| 20 | PORT OF OAKLAND, BERTH 37 | 8,000 | *1 | | | | | | | | | | | | 8,000 |
| 21 | PORT OF OAKLAND, BERTH 67 | 3,600 | *1 | | | | | | | | | 3,600 | | | |
| 22 | PORT OF SAN FRANCISCO, ISLAIS CREEK | 107,600 | 114,999 | | | | | | | | | | | 87,200 | 20,400 |
| 23 | PORT OF SAN FRANCISCO, PIER 35 E | 65,350 | 27,267 | | | 38,750 | 28,600 | | | | | | | | |
| 24 | PORT OF SAN FRANCISCO, PIER 35 W | 9,500 | 10,057 | | | | | | | 9,500 | | | | | |
| 25 | PORT OF SAN FRANCISCO, PIER 60 A | 39,200 | 26,142 | | | | | | | | | | | 39,200 | |
| 26 | PORT OF SAN FRANCISCO, PIER 60 A&B | 11,200 | *2 | | | | | | | | | | 11,200 | | |
| 27 | PORT OF SAN FRANCISCO, PIER 60 B | 51,800 | 34,836 | | | | 7,400 | | | | | | | 44,400 | |
| 28 | PORT OF SAN FRANCISCO, PIER 60 C | 4,800 | 5,913 | | | | | | | | | | | | 4,800 |
| 29 | PORT OF SAN FRANCISCO, PIER 92 | 37,600 | 33,314 | | | | | | | | | | | 37,600 | |
| 30 | RICHMOND-SAN RAFAEL BRIDGE, RETROFIT | 48,201 | Working | 9,726 | 9,183 | 9,129 | 6,693 | 1,583 | 176 | 5,121 | 2,238 | 1,700 | 922 | 1,448 | 292 |
| 31 | RYER ISLAND BOAT HARBOR | 3,850 | 2,350 | | | | | | | | 2,350 | 1,500 | | | |
| 32 | SAN FRANCISCO-OAKLAND BAY BRIDGE, EAST SPAN | 284,981 | Working | | | | | | 12,004 | 92,879 | 102,625 | 87,605 | | | 9,688 |
| 33 | SCHOONMAKER POINT MARINA | 6,650 | *1 | | | | | | | | | 5,050 | 1,000 | | |
| 34 | U.S. ARMY RESERVE CENTER AT MARE ISLAND | 34,155 | 37,374 | | | | | | | | 25,264 | 8,891 | | | |
| 35 | USACE, LARKSPUR LANDING FERRY CHANNEL | 172,013 | 123,710 | | | | | | | | | 17,683 | 148,296 | 6,034 | |
| 36 | USACE, MAIN SHIP CHANNEL | 268,491 | 132,088 | | | 214,699 | 53,792 | | | | | | | | |
| 37 | USACE, OAKLAND INNER HARBOR | 68,314 | 54,050 | | | | | | | | | | 5,992 | 58,065 | 3,257 |
| 38 | USACE, OAKLAND INNER HARBOR, turning basin (50) | 209,507 | Working | | | | | 40,165 | 45,674 | 45,026 | 48,350 | 19,770 | 2,500 | | 7,000 |
| 39 | USACE, OAKLAND OUTER HARBOR | 258,211 | 232,563 | | | | | | 1,480 | | 22,297 | 120,394 | 115,040 | | |
| 40 | USACE, REDWOOD CITY HARBOR, reach 3 | 78,260 | 35,495 | | | | 35,270 | 42,990 | | | | | | | |
| 41 | USACE, RICHMOND INNER HARBOR | 245,482 | 150,277 | | | | | | | | | | 19,200 | 153,602 | 72,600 |
| 42 | USACE, RICHMOND OUTER HARBOR, LONG WHARF | 186,044 | 45,078 | | | | 186,044 | | | | | | | | |
| 43 | USACE, RICHMOND OUTER HARBOR, SOUTHAMPTON SHOAL | 129,409 | 2,077 | | | 7,096 | 122,313 | | | | | | | | |
| 44 | USACE, SAN RAFAEL CREEK CHANNEL | 30,350 | Working | | | | | | | | | | 6,250 | 17,000 | 6,500 |
| 45 | USACE, SUISUN BAY CHANNEL | 417,623 | 21,784 | | | | | | 417,623 | | | | | | |
| 46 | USACE, SUISUN BAY CHANNEL (Bulls Head Channel) | 37,352 | 8,757 | | | | | | | | | | 37,352 | | |
| 47 | USACE, SUISUN BAY CHANNEL (East Bulls Head Reach) | 16,999 | 528 | | | | | | | | | | 16,999 | | |
| 48 | USACE, SUISUN BAY CHANNEL (Pt Edith Reach) | 38,035 | 5,742 | | | | | | | | | | 38,035 | | |
| 49 | VALERO REFINERY TERMINAL | 14,400 | 12,522 | | | | | | | 14,400 | | | | | |

*1 : No post dredge survey submitted as of 4/30/03
*2: Included with 60A & 60B Post totals

**Appendix A. Projects Reviewed by the DMMO During Calendar Year 2002.**
Forty-nine projects were reviewed during the year; eleven of these were still in review as of December 31, 2002, and review was completed for thirty-eight projects.

**Appendix B. Dredged Material Disposal Volumes for Calendar Year 2002.**
Projects conducted dredging in the months indicated. The quantities are in cubic yards (cy). Bin quantity is an estimate of sediment plus water that is deposited at the disposal site). In situ volume is also in cy; it is calculated as the difference between pre-dredge and post-dredge bathymetric surveys, and is a more accurate measure of the quantity of material removed from the dredge site. Monthly volumes are reported as bin volumes.

**Appendix C. Dredged Material Disposal Volumes and Sites for Calendar Year 2002.**
Projects conducted dredging in the months indicated and disposed of the quantities at the sites indicated. The quantities are in cubic yards (cy). Bin quantity is an estimate of sediment plus water that is deposited at the disposal site). In situ volume is also in cy; it is calculated as the difference between pre-dredge and post-dredge bathymetric surveys, and is a more accurate measure of the quantity of material removed from the dredge site. Disposal site volumes are reported as bin volumes.

DREDGED MATERIAL MANAGEMENT OFFICE

P4

# DREDGED MATERIAL MANAGEMENT OFFICE (DMMO) ANNUAL REPORT

***January 1, 2003 through December 31, 2003***

April 2004

U.S. Environmental Protection Agency, Region IX, WTR-8
75 Hawthorne Street
San Francisco, CA 94105-3919

San Francisco Bay Conservation and Development Commission
50 California Street, Suite 2600
San Francisco, CA 94111-4704

U.S. Army Corps of Engineers
San Francisco District
333 Market Street
San Francisco, CA 94105-2197

San Francisco Bay Regional Water Quality Control Board
1515 Clay Street, Suite 1400
Oakland, CA 94612-1413

California State Lands Commission
100 Howe Avenue, Suite 100-South
Sacramento, CA 95835-8202

**DMMO Member Agency Staff Contacts:**

| | | | |
|---|---|---|---|
| USACE | David Dwinell* | (415) 977-8471 | David.L.Dwinell@spd02.usace.army.mil |
| USACE | Clyde Davis | (415) 977-8449 | Clyde.R.Davis@spd02.usace.army.mil |
| BCDC | Brenda Goeden | (415) 352-3623 | brendag@bcdc.ca.gov |
| RWQCB | Beth Christian | (510) 622-2335 | eac@rb2.swrcb.ca.gov |
| EPA | Brian Ross | (415) 972-3475 | Ross.Brian@epamail.epa.gov |
| SLC | Donn Oetzel | (916) 574-1998 | OetzelD@slc.ca.gov |

*Mr. Dwinell is the primary point of contact for DMMO-related matters.

**Resource Agency Contacts:**

| | | | |
|---|---|---|---|
| CDFG | George Isaac | (831) 649-2813 | gisaac@dfg.ca.gov |
| NOAA Fisheries | David Woodbury | (707) 575-6088 | David.P.Woodbury@noaa.gov |
| USFWS | Ryan Olah | (916) 414-6639 | Ryan_Olah@fws.gov |

***DMMO Web site: http://www.spn.usace.army.mil/conops/dmmo.htm***
**(or click on the DMMO link on the spn.usace.army.mil homepage)**

## I. INTRODUCTION

The multi-agency Dredged Material Management Office (DMMO) was established to foster a comprehensive and consolidated approach to handling dredged material management issues to reduce redundancy and delays in the processing of dredging permit applications, while ensuring environmental protection. The DMMO, in part, grew out of the Long Term Management Strategy for the Placement of Dredged Material in the San Francisco Bay Region (LTMS), which was started in 1990.

In 1995, the LTMS agencies formed a pilot DMMO, under existing authorities and budgets. The DMMO member agencies are the US Environmental Protection Agency, Region IX (EPA), the US Army Corps of Engineers, San Francisco District (USACE), the San Francisco Bay Regional Water Quality Control Board (RWQCB), the San Francisco Bay Conservation and Development Commission (BCDC), and the California State Lands Commission (SLC). The USACE acts as the "host" of the DMMO. The California Department of Fish and Game (CDFG) and NOAA Fisheries actively participate in the DMMO as commenting resource agencies.

The roles, responsibilities and jurisdictions of the DMMO agencies differ, depending primarily on the proposed dredged material disposal or reuse site. As a result, member agencies may play only an advisory role in certain aspects of the permitting process. Decisions made by the DMMO do not in any way supersede the primary roles of the permitting agencies, which remain free to accept or reject recommendations, including those of the DMMO staff. In practice, however, the discussions at the DMMO meetings help inform the permitting agencies of specific concerns and issues of the member agencies, often before finalization of project documents. This encourages and facilitates necessary project modifications at an early stage in project planning when such changes are more easily and economically accomplished.

The DMMO facilitates the processing of dredging permit applications within existing laws, regulations and policies. It was specifically designed to provide a mechanism for consistent review of permit applications through coordinated efforts by DMMO member agencies. It also provides a mechanism to allow the involvement and participation of permit applicants and interested parties during the application process. No new regulatory statutes were initiated in the formation of the pilot DMMO. All applicable regulatory authority and processes of the member agencies remain in full force and effect. The DMMO meetings are typically held twice monthly at the USACE offices in San Francisco and are open to the public.

The USACE posts meeting schedules and agendas on the DMMO Web site and sends electronic copies of these items to members of all pertinent resource agencies (e.g., CDFG, NOAA Fisheries, and the U.S. Fish and Wildlife Service).

The geographic area of the DMMO generally includes the San Francisco Bay Estuary up to Sherman Island, its major tributaries to the point where navigation is no longer feasible, upland areas surrounding the estuary, and the ocean disposal site designated by the EPA (the San Francisco Deep Ocean Disposal Site, or SF-DODS)[1].

The DMMO has been meeting since 1996. Procedures for its operation are documented in a Memorandum of Understanding signed by the DMMO agencies and in formal General Operating Principles (available on the DMMO Web site). These procedures include publication of annual progress reports and annual public meetings. This report covers the period from January 1, 2003 through December 31, 2003. The annual meeting to discuss activities of the DMMO during 2003 is scheduled for April 23, 2004.

## II. ACCOMPLISHMENTS

During 2003, the DMMO continued to accomplish the goals and objectives set forth in the 1995 General Operating Principles. The DMMO continued review of dredging project proposals, prepared guidance documents, maintained the DMMO Web site, participated in a number of working groups relevant to the DMMO efforts, and continued staff education activities. These efforts are described below.

### A. PROJECT REVIEW

The DMMO discussed about 57 projects during the year (see Appendix A for details). Of those, the DMMO made final recommendations on 38XX projects proposing a total of approximately 3.7XX million cubic yards of dredging. Table 1 provides summary of the projects for which the DMMO completed review in calendar year 2003.

[1] Please note that the jurisdictions of the member agencies differ. The geographic area defined here represents an inclusive description of these jurisdictions.

**Table 1.** Project volumes proposed for dredging for which DMMO made final recommendations during calendar year 2003.

| | Volume proposed for disposal | |
|---|---|---|
| | *cubic yards* | *% of total volume* |
| By Proposed Disposal Location | | |
| In-Bay (SF-9, SF-10, SF-11 and SF-16) | 2,289,349 | 62 |
| Beneficial Reuse | 452,770 | 16 |
| Ocean (SF-8 and SF-DODS) | 586,543 | 12 |
| Other (Tier I not approved – testing required) | 260,000 | 7 |
| Total | 3,680,771 | |
| By Suitability Determination | | |
| Suitable for unconfined aquatic disposal | 3,068,662 | 90 |
| Unsuitable for unconfined aquatic disposal | 92,109 | 3 |
| Other (Tier I not approved – needs test) | 260,000 | 7 |

Over half of the material estimated for reviewed projects was proposed for in-Bay disposal. Less than one-quarter of the material was proposed for ocean disposal and represents two USACE projects: maintenance dredging of Oakland Harbor and maintenance dredging of Richmond Inner Harbor. The remaining material, 16%, was proposed for beneficial reuse at various locations, including drying ponds (with later reuse as construction fill or for levee maintenance), landfills (for daily cover) and Winter Island (for levee maintenance). This pattern is similar to that for projects reviewed during 2001.

In 2002, the proportion of material recommended as unsuitable for unconfined aquatic disposal was similar to the average for previous years. This year, 3% of material fell into this category; historically this value has been below 5%. The unsuitable material was all from maintenance dredging projects, most of it from projects (the Ports of San Francisco and Oakland and Glen Cove Marina) that proponents decided it was more expeditious to dispose of the material out of the Bay rather than undertake additional testing that may have modified the suitability recommendations for in-Bay disposal. The DMMO did not approve Tier I determinations for the City of Emeryville Marina or Greenbrae Marina. Material from these projects will require testing before DMMO can make suitability determinations.

The volumes in Table 1 are proposed only; the actual amounts and timing of dredging depended on several factors. The DMMO process is just a portion of the permitting process for dredging proponents. After obtaining a suitability recommendation on sediment quality from the DMMO, project proponents must obtain authorizations from the appropriate regulatory agencies, secure funding, and arrange for a dredging contractor to perform the work. These additional steps can take weeks to years. Therefore, the numbers disclosed in this report cannot be used to predict, for example, in-Bay disposal in 2004. For some of the projects in Table 1, dredging was completed in 2003. For other projects, dredging may not occur for some time.

## B. DREDGING AND DISPOSAL VOLUMES/FOR 2003

The USACE tracks actual dredging and disposal volumes, and provides quarterly reports of these volumes to the other DMMO agencies. The complete annual report of disposal volumes is available from USACE. Table 2 summarizes the actual dredging and disposal volumes for calendar year 2003 (Appendix B and Appendix C contain more detailed information). Approximately 3.7XX million cubic yards of material were disposed during the year. Of this volume, 52%XX went to in-Bay disposal, 30%XX was disposed at the deep ocean disposal site (SF-DODS), and 18%XX was reused beneficially. The beneficial reuse numbers included the Port of Oakland's Berths 55-58 deepening project; as part of this new work project, about 166,000 cubic yards of material were used to provide fill material for reconfiguration of the Port's Middle Harbor area. Bay Bridge. Other new work included retrofit and construction projects on three bridges in the Bay area that, together, employed all three disposal options. The LTMS policies encouraging that alternatives to in-Bay disposal be found for new work and USACE projects appear to be succeeding in diverting material from in-Bay disposal. The total amount of in-Bay disposal in 2003 was below the LTMS target of 2.3 million cubic yards per year during the first transition phase. The next transition target will be about 2.0 million cubic yards for the period from 2004-2007.

**Table 2.** Dredged material disposal during calendar year 2003

| | All Dredging | | Maintenance Dredging | | New Work | |
|---|---|---|---|---|---|---|
| Disposal Type | *cubic yards* | *%* | *cubic yards* | *%* | *Cubic yards* | *%* |
| In-Bay | 1,887,555 | 52 | 1,875,795 | 60 | 11,760 | 2 |
| Ocean | 1,113,814 | 30 | 841,478 | 27 | 272,336 | 50 |
| Beneficial reuse | 649,803 | 18 | 389,439 | 13 | 260,364 | 48 |
| Total | 3,651,172 | | 3,106,712 | | 544,460 | |

## C. CHANGES IN PERSONNEL FOR 2003

During 2003 funding and personnel changes and retirements were key factors in how business was conducted.

The USACE group started out with one group leader, one regulator and two support personnel. After many requests from the regulated dredgers, a second regulator was hired in June. In September both of the support personnel retired with only one of these positions backfilled by another USACE employee from another section. These changes left the group leader with many challenges including: a search for another replacement; training of the new employees about dredging; along with trying to keep up with the regular workload.

The RWQCB group started with two full time DMMO members and, due to funding cuts, lost one of them in August. Also in August, the supervisor for these two members retired and was not replaced, leaving only one person to fill all of the gaps.

The BCDC group started with two full time DMMO members and, due to funding cuts, lost one of them at the end of July, leaving only one person to fill all of the gaps.

The EPA DMMO member transferred out of the state about the middle of the year, but EPA was fortunate to be able to fill the spot with a well qualified previous member of DMMO.

The SLC DMMO member was new to the group at the beginning of the year and was increasingly involved throughout the year.

The CDFG resource agency member, who had been a regular for some years at the biweekly meetings, was promoted and the position was filled by another employee from the Monterey area. At the end of the year, this new employee transferred to another job and yet another CDFG person was started in their dredging education.

The other resource agencies, NOAA Fisheries and FWS, were ever increasingly involved with the fish windows and consultations and, fortunately for the DMMO, they remained constant for the year.

In summary, the biweekly DMMO meetings were attended in January by about 10 regulars and occasionally a few resource people. By the end of September, there were only 4 regular seasoned DMMO members and one seasoned replacement with three members that were new to dredging. These major personnel changes caused many of the planned improvements for the DMMO to be put on a much slower pace for completion (see sections below).

### D. UPDATE OF MOU FOR THE DMMO

DMMO staff was working to update the implementing Memorandum of Understanding (MOU) to reflect the change from a pilot program to a permanent office. We expected management to sign a new MOU documenting this change in status, as well as expanding the role of the DMMO (e.g., as the initial point of contact for all dredging project, regardless of their proposed disposal/reuse location) in the LTMS sometime in calendar year 2003. A draft was written and circulated late in 2002 but no final action was completed by the end of 2003.

### E. DMMO WEB SITE

The USACE initiated the DMMO Web site (www.spn.usace.army.mil/conops/dmmo.htm) in June 1998, and continued to maintain and update it. The Web site continued to provide access to:

- DMMO meeting schedules and agendas (regular updates)
- DMMO Newsletters (posted- March 2000, January 2003)
- Dredging Permit Consolidated Application Form and Instructions (updated 9/26/03)

Other items posted but not regularly updated:

- DMMO MOU and Operating Principles
- DMMO Annual Reports
- Local and federal guidance for sediment testing and dredged material management
- Links to the LTMS EIS/EIR and Management Plan
- Meeting schedules and agendas for LTMS public workshops and workgroup meetings
- Links to DMMO member agency Web sites

### F. LTMS PARTICIPATION

DMMO members played an active role in developing, preparing for and participating in all the LTMS workgroups. Some DMMO staff also participated in the LTMS Program Managers' policy group and assisted in preparing for and participation in LTMS Management Committee meetings.

DMMO staff were instrumental in arranging the January 2003 LTMS Listening Session that involved stakeholders and the status of the LTMS. Topics discussed included:

- Sediment Suitability Determinations; Documentation and reasoning
- Sediment Management; Using dredging units, overdepth and advance maintenance
- Database Maintained by DMMO; More details needed, including sediment test results
- Standardized Permit Conditions; Agreement between agencies and start using
- Alternatives Analyses; LTMS/DMMO should look into programmatically
- Staffing and Training; More hands on and site visits needed
- LTMS Ground Rules; Conduct in meetings to remain professional
- Data Reporting; Statistics cannot be tracked if not reported by dredgers

### G. OTHER PROFESSIONAL INVOLVEMENT

Other local efforts some DMMO members were involved in during 2003 include:

- Participation in the Harbor Safety Committee
- Involvement in the Water Transit Authority meetings and review of various documents related to expanding ferry service in S.F. Bay
- Membership in the Marine Transportation Committee, including the Environmental Subcommittee
- Membership on the Regional Monitoring Program Technical Review Committee
- Involvement in the Delta Dredging Program, including review and comment on a number of drafts of program documents and input at Delta Dredging Program meetings
- Participation in CALFED Levee and Habitat Subcommittees, coordinating potential future beneficial reuse of dredged material at Delta islands.

### H. 2002 ANNUAL MEETING

The DMMO held its 2002 Annual Meeting on May 9, 2003, where copies of the 2002 Annual Report were provided and the report was discussed.

New In-Bay Disposal Volume Limits for 2004 –2006 and LTMS Implementation
Dredging Tracking System with GIS Technology
Beneficial Reuse Sites (Montezuma, Hamilton, Winter Island, Sherman Island, Port Sonoma, Mare Island & SF-8)

New Guidance

Alternatives/Feasibility Analyses Guidance

Testing and Test Results Toxicity Study Update

Database Development
Summing Non Detects
Environmental Windows Update by Work Group
Short Term Work Group
Science and Data Gaps Work Group
Operations and Technology Work Group
Confounding Factors Work Group
Funding Work Group
NOAA Green Ports Pilot Project and NOAA Fisheries GIS System

The DMMO continued the important and timely process of assisting dredgers, large and small, to coordinate their projects to make the best use of available equipment, to initiate informal consultation with the resource agencies, and to ensure that all projects can be dredged in an environmentally- and economically-sensitive fashion.

## I. KNOCKDOWNS

DMMO members realized the efficiency of the judicious use of "knockdowns" (i.e., operations wherein high spots are smoothed into deeper adjacent areas within the permitted dredging footprint). In 2003 knockdown events were authorized in at least four large projects: Valero Refinery, the Port of San Francisco, the Port of Oakland and the USACE maintenance in Oakland Harbor. With the use of knockdowns, when a later full dredging operation is anticipated, this material is then characterized in the usual fashion and removed. This procedure has proven to be more efficient for the project proponents, while still ensuring that adequate information is provided in advance of disposal.

## J. ENVIRONMENTAL WINDOWS WORKGROUP

In response to input at the DMMO 2002 Annual Meeting, the Environmental Windows Work Group was initiated formally as part if the LTMS to address concerns of the dredging community regarding the programmatic biological opinions for dredging and disposal in San Francisco Bay that were included in the LTMS Management Plan. These meetings continued throughout 2003. The Environmental Work Window Work Groups included regulatory and resource agencies, such as USACE, EPA, BCDC, NOAA Fisheries, U.S. Fish and Wildlife Services, and the CDFG, as well as stakeholders, such as small marinas, the Ports of San Francisco and Oakland, the Bay Planning Coalition, the Dredging Action Committee, and members of the dredging industry. In 2003, these multi-stakeholder groups continued to hold Short Term Solutions meetings and Long Term Solutions meetings. The four new work groups that were formed in 2002 to focus on specific issues: Science and Data Gaps, Technology and Operations, Confounding Factors and Funding also continued to meet.

## K. SEDIMENT QUALITY GUIDELINES

The DMMO has recognized that it would benefit the region to develop numeric sediment screening guidelines (SSGs) based on regional toxicity testing results to ensure appropriate environmental protection and minimize testing costs. In November 2002, the DMMO hosted a

public informational workshop on a project funded by the California Coastal Conservancy to evaluate existing SSGs for wetland creation/beneficial reuse and revise the existing guidelines based on the results of the evaluation and input from stakeholders. Project tasks completed in 2002 included design of a database structure for sediment chemistry, toxicity, and bioaccumulation data, populating the database with regional monitoring and dredging data, and performing quality assurance checks of the database.

Only one task was completed in 2003 1) evaluating the accuracy of existing numeric SSGs at predicting acute amphipod toxicity. The other planned tasks were put on hold due to funding and personnel challenges; 2) deriving regional SSGs if current guidelines are not adequately predictive; 3) preparing draft and final reports with revised SSGs; and 4) developing procedures for the DMMO to update the SSGs as more regional data become available.

## L. DMMO STAFF EDUCATION AND TRAINING

During 2003, the DMMO agencies continued to include education and training, both internal and external, as a primary objective. Education and training include informal internal workshops regarding the roles, regulations and responsibilities of the member agencies; site visits; and participation in regional and national meetings and workshops relating to dredging and dredged material management. "Internal" training, such as site visits, is imperative to agencies' understanding of a particular project or process (e.g., hopper dredging). Similarly, internal meetings, workshops and retreats, addressing coordination and communication, are necessary to ensure that DMMO members continue to work well as a team. Also important is "external" training, where DMMO members learn what other groups and entities dealing with dredging and dredged material management are doing, nationally and internationally.

During 2003, the DMMO accomplished a number of our training goals. These are summarized below.

**Internal/Regional Training:**

- DMMO coordination, policy and self-evaluation retreat in January
- CalFed science conference in Sacramento
- RMP Annual meeting in Berkeley
- Regional Board, Germano Associates presentation for Sediment Transport in July
- Regional Board PCB workshop in August
- Regional Board mercury TMDL workshop
- Information session on new positioning systems for dredgers

**Site Visits to:**

- Oyster Cove, Oyster Point, and Brisbane Marina
- Bel Marin Keys project site
- Port Sonoma dredging and upland disposal site
- Martinez Marina dredging project
- Schoonmaker and Marina Plaza Marinas
- San Rafael Canal Homeowners dredging sites

**External Training:**

- Regional Monitoring Program Annual Meeting

- Environmental Stability of Chemicals in Sediment in San Diego
- Contaminated Sediment Assessment Seminar in Denver
- Contaminated Sediment Assessment Seminar in Portland
- Silent Inspector training in Portland
- Silent Inspector training in San Francisco
- Regulatory I Prospect class
- NorCal SETAC Annual meeting

## III. ON-GOING AND FUTURE ACTIVITIES

As the agencies continue implementation of the LTMS, DMMO finds that our responsibilities continue to increase. We recognize that we form the first portal of entry for many project proponents, both experienced and those new to the LTMS process. We accept and appreciate this role, as for many dredgers, contractors and consultants; we constitute a well-known body, versed in both the various regulations of our member agencies, as well as in the LTMS principles and goals. It has been particularly rewarding to us to find that project applicants, even when dredging is a minor part of their proposed project, wish to bring the project to DMMO. It is our purpose and goal to ensure that DMMO continues as a body wherein applicants can expect to find consensus, clarification of the various regulations, and a united recommendation. On-going and proposed future activities of the DMMO are described below.

**Coordinated review of project proposals:** The DMMO will continue to coordinate review of dredging project permit applications. Based on our experience, we expect that the DMMO increasingly will be involved in review of projects proposing disposal of dredged material at the ocean disposal site and at beneficial reuse sites.

**Environmental Work Windows:** Again in 2003, we made great strides in the area of environmental windows (see above). We have every intention of continuing the work and expanding upon our successes.

**Project tracking for LTMS planning:** Included in Appendix B to this report are the monthly volumes dredged during 2003 listed by project. Section II of this report provides summary tables and discussion of these data. The DMMO will continue to track this information and make summaries available to the LTMS agencies for planning purposes. In addition, DMMO hosts, the USACE, maintains monthly project tracking of the in-Bay disposal sites to ensure that monthly disposal limits are not exceeded and that disposal at SF-11 minimizes the potential for dangerous mounding. The EPA tracks disposal at SF-DODS.

**Regional Implementation Manual:** When funding and personnel are available, the DMMOwill again consider development of a Regional Implementation Manual. We remain committed, however, to completion of a comprehensive manual compiling testing requirements for dredged sediment disposal at beneficial reuse, in-Bay and ocean sites based on Federal and State regulations and guidance.

## IV. CONCLUSIONS

The DMMO continues to improve review of dredging project proposals, encourage intra- and inter-agency consistency in the decision making process, while ensuring environmental protection. The DMMO continues to expand its role in dredging and dredged material management in the Bay area by increasing our review of projects proposing upland and ocean

disposal, by participating in the LTMS implementation process and other groups associated with dredged material management, and by furthering public participation in the process. Although we have made strides toward our goals this year, without additional funds, a fully functional database, more timely guidance, and truly applicable sediment quality guidelines, further improvement in the DMMO services to the Bay Area dredgers appears unlikely in the near future.

# DMMO ANNUAL REVIEW (2004)

See p. 5

LTMS

May 25, 2005

1

# Transition to the LTMS "40/40/20 Plan" Began in 2001

## In-Bay Disposal: Transition Targets




* In-Situ volume

# Actual Dredging Has Been Decreasing Overall




(3)

•"Bin volume"

# Suitability Determinations for 2004




4

# Distribution of Dredged Material for 2004




5


2000-2004 Totals By Environment
U-W-R
Ocean
In-Bay
2500000
2000000
1500000
1000000
500000
0
2000
2001
2002
2003
2004
In-Bay
Ocean
U-W-R
24%
23%
20%
55%
30%
52%
39%
50%
52%
14%