# EXHIBIT 11

Wisemiller

MS. FRANKLIN: Objection. Vague.

Q. You can answer.

Let me rephrase the question.

11:03:58 What is your understanding of the bar that's denominated as upland silt on this graph?

A. Thank you.

This graph is part of the ongoing Dredged Material Management Plan effort of the 11:04:17 New York District. It is a summary graph of the projections of the planned New York District dredging -- both deepening and maintenance dredging as well as non-federal maintenance dredging -- that is expected or anticipated to be performed within 11:04:46 the Port of New York and New Jersey for the period of 2005 to 2014 as projected in 2005.

A portion of the upland silt shown on this figure is from the Corps' deepening and maintenance dredging programs. However, it's not 11:05:15 all Corps dredging.

Q. Do you have any knowledge as to what percentage is reflected as far as the USACE -- as the Corps' dredging program?

MS. FRANKLIN: Objection. Vague.

11:05:44 Q. Of the 1 million cubic yards shown in

the bar entitled "Upland Silt" do you know what percentage of that pertains to the Corps' dredging program?

11:06:00 A. I don't know the specific percentage but I would -- it's very likely the vast majority of it.

Q. Is it also likely the vast majority of that would have to be treated with an additive?

11:06:19 A. If it were to be taken upland, as it has been for beneficial reuse at various landfill or brownfields closure sites, very likely yes. However, that is typically part of -- determined by the contractors as part of our solicitation process

11:06:41 and it is also dependent upon what available options are in existence at the time of the solicitations.

Q. If you know, how are these estimates determined?

A. Yes.

11:07:08 We, as part of the Dredged Material Management Plant process that has been under development for the last approximately 10 years, have tried to track, keep updated a spreadsheet database which lists the various deepening

11:07:32 contracts; for example, Port Jersey 1, Port Jersey

11:07:49 2, other contracts from our deepening program maintenance activities which may occur within the port related to the three or so dozen existing federal maintenance channel projects, as well as deriving input from either the Port Authority directly or through our regulatory office, who also oversee non-federal dredging and construction activities within navigable waters of the port and

11:08:10 beyond.

Q. Where is this maintained?

A. New York District offices.

Q. Do you know whether that was produced to us?

11:08:19 A. I do not.

Q. Do you know whether or not there are estimated figures for the volume of dredged material that is estimated to be treated with an additive?

MS. FRANKLIN: Objection. Vague.

11:08:42 A. As I mentioned, there are volumes estimated for material that cannot be taken to the HARS site or that may not be useful at any other known permitted site. It is planned that that material may be processed and taken upland.

11:09:09 However, there are a variety of alternatives which

may be possible which are in existence, New York Bay's CDF being one. The material, the upland silt that is characterized on this bar chart, can in fact be taken straight to disposal at that permitted site in Newark Bay.

11:09:26

Q. What was the acronym -- what was the full name for that site again?

A. The Newark Bay confined disposal facility, which is in fact a contained aquatic disposal pit which was constructed by the Port Authority in 1997.

11:09:44

Q. Do you have an understanding of what types of dredged material have to be treated with an additive versus dredged material that does not have to be treated?

11:09:59

A. It is dependent -- yes. It is dependent upon the nature of the material and the selected ultimate placement site.

11:10:21

The processing of dredged material is done primarily for the purpose of solidification so that the material, instead of having a fluid liquid nature, can be readily applied as a more solid grading material or engineered fill type material at the designated upland placement site. If the

11:10:39

material that's dredged, which may be silty, can be managed without processing at a lower cost and in a permitted environmental acceptable manner, that is something that is open to the contractor through the solicitation process or as a value engineering proposal subsequent to contract award to identify to the Corps.

11:11:01

Q. Now, with respect to dredged material that I believe you said has to be treated for solidification --

11:11:22

A. As opposed to --

May I clarify?

Q. Sure.

A. When cement, fly ash or other additives of that nature are added to dredged material it is typically done for one of two primary purposes, the solidification or stabilization.

11:11:35

The end result accomplishes both. However, solidification refers to trying to take the material from a fluid, soupy mud consistency to a more physically solid consistency, so it's primarily done for physical characteristics reasons. Stabilization, on the other hand, is done primarily for the purposes of encapsulating and containing

11:11:54

11:12:16

contaminants which may be within the material that is needed so that the material meets some type of an environmental condition. The material that we

11:12:31 dredge is processed and taken upland, is done so predominantly -- solely for the purpose to make the material of an acceptable physical nature for the targeted upland placement site.

So if the material that we are

11:12:52 dredging, which has happened, is already of a physical suitable nature, some of the material that would be included within this upland silt bar chart would be taken upland without processing. This has occurred on the Port Jersey 2 contract and may occur

11:13:17 on future contracts.

Q. Do you know the breakdown of the estimated amounts for material that has to be processed for upland disposal versus the silt material that would not have to be processed for

11:13:30 upland disposal?

MS. FRANKLIN: Objection. Vague and ambiguous.

Are you referring to this projection or for a particular project?

11:13:37 MR. ADLER: No. I am referring to

the projection in Exhibit 4.

A. The database that we have does not nor is it always possible to estimate this when material is sufficiently of --

It's dependent not only on what we encounter when we dredge or when the contractor dredges as to whether or not the material has to be processed, but it's also dependent upon the targeted placement site for the material.

Quite often material, predominantly through many areas of the country, similar silty material is taken to confined upland disposal facilities where the material is not processed at all and is simply allowed to air dry or some other type of active drying mechanism is used so that the material attains a solid, soil-like nature as part of disposal at those facilities.

So here we identified the volume of material that we plan to have processed and taken upland. The majority of what is shown on this bar is anticipated to be managed in that manner. However, there may be material encountered in any particular contract.

In 2012, for example, that may have a

physical nature such that it is acceptable without processing to be taken straight to the contractor's proposed identified and permitted upland placement sites.

11:15:14

Q. How about with respect to dredged material that's contaminated? Does all of that material have to be treated or is some of that taken to other sites for direct disposal?

11:15:30

MS. FRANKLIN: Objection. Vague and lacks foundation.

A. "Contamination" is a very generally used term and for purposes of this testimony it is worthwhile to distinguish that contaminants are naturally occurring within the estuary, within the earth's crust or material. You can find arsenic, a known metal contaminant, in practically all natural crustal materials on the planet. So when the term "contaminated dredged material" is used, it is always to the degree of contamination.

11:15:53

11:16:17

There are within what is shown on this figure as the upland silt material typically a variety of either naturally occurring or anthropogenic man-related contaminants of -- either organic or metals. None of the material that is --

11:16:43

11:17:12 that has been dredged for our navigation -- the Corps' navigation program has failed established criteria which would apply that would characterize it as hazardous radiological toxic waste. So while it is generally referred to as -- this upland silt as being contaminated material, it is not HTRW material by any of the existing applicable regulatory criteria for the contaminant listed.

11:17:40 That being said, can you please restate your question.

Q. I am trying to get at the USACE's estimate of the volume of the material that has to be treated with an additive for the period 2005 to 2014. 11:17:53 I am simply asking, does USACE have such an estimate?

A. We have an estimate for how much material is not acceptable for placement at the HARS. The specific determination that processing is 11:18:19 necessary for any of the silt is made as part of either the water quality certification process to us by the state regulatory agency prior to the solicitation or as part of the contractor in his submission or as part of the execution of that 11:18:35 contract should there be a changed condition.

11:18:51 So there is a plan that we have developed in concert with the EPA, the two states, the Port Authority of New York and New Jersey and other involved stakeholders that anticipates this material shown on this bar chart labeled "Upland Silt" will in the next 10 years, approximately, need to be processed to be taken up for the upland placement sites that we have identified, but that is in fact only a plan and must be determined through those steps that I laid out before.

11:19:11 MR. ADLER: Let's mark this as the next exhibit, please, Exhibit 5.

(Plaintiff's Exhibit 5, document bearing Bates numbers G0101704181 through G0101704343, marked for identification, as of this date.)

11:20:25 Q. Prior to looking at Exhibit 5 in preparation for today's deposition have you reviewed any documents?

11:21:25 A. I have -- yes.

Q. Do you know if all those documents were produced to us?

A. Yes.

11:21:40 Sorry, I correct myself. I have

11:40:05

states regulatory agency; non-HARS -- I'm sorry, non-rock HARS material. This is material that is less than 95 percent rock that has been found suitable for -- as remediation material for placement at the Historic Area Remediation Site; and then non-rock non-HARS material, which is typically Holocene silt material that is unsuitable for placement at the HARS.

11:40:32

Q. And is any part of the non-rock, non-HARS material treated with an additive for upland disposal?

A. Some of the material from this project's construction, I'm not sure the exact percentage but a good percentage of it was processed and used upland.

11:40:56

Q. By "good percentage" do you mean more than 75 percent?

A. I would say at least 50 percent. The first few contracts as noted here didn't have any non-HARS material and some of the ones following it --

11:41:17

I should point out that this construction schedule for the project does not follow the area numbering, so that Area 7 was done

11:41:36

# EXHIBIT 12

| SOLICITATION, OFFER, AND AWARD (*Construction, Alteration, or Repair*) | 1. SOLICITATION NO. W912DS-06-B-0005-0001 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 28-Sep-2006 | PAGE OF PAGES 1 OF 28 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| W912DS-06-C-0018 | SEE SCHEDULE | |

| 7. ISSUED BY CODE W912DS | 8. ADDRESS OFFER TO (*If Other Than Item 7*) CODE |
|---|---|
| USA ENGINEER DISTRICT, NEW YORK<br>ATTN:CENAN-CT ROOM 1843<br>26 FEDERAL PLAZA<br>NEW YORK NY 10278 | See Item 7 |
| TEL: 212-264-0238 FAX: 212-264-3013 | TEL: FAX: |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (*Include area code*) (*NO COLLECT CALLS*) |
|---|---|---|
| | KATINA L DICKERSON-HALE | 1917-790-8180 |

## SOLICITATION

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (*Title, identifying no., date*):

Maintenance Dredging of the Newark Bay, New Jersey.

THIS REQUIREMENT IS PURSUANT TO FAR SUBPART 19.10 SMALL BUSINESS COMPETITIVENESS DEMONSTRATION PROGRAM.

This is an unrestricted procurement.
NAICS CODE: 237990 SIZE STANDARD: $18.5 Million.
Contract Specialist: Katina Dickerson (917) 790-8180
Technical POC: Kenneth Peterson (917) 790-8541

11. The Contractor shall begin performance within 5 calendar days and complete it within 33 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (*See* ______________ .)

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (*If "YES," indicate within how many calendar days after award in Item 12B.*) [X] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and 2 copies to perform the work required are due at the place specified in Item 8 by 02:00 PM (*hour*) local time 09 May 2006 (*date*). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 120 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

## SOLICITATION, OFFER, AND AWARD (Continued)

*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*
GREAT LAKES DREDGE & DOCK COMPANY, LLC
DOUGLAS MACKIE
2122 YORK RD, 2ND FLOOR
OAK BROOK IL 60523-1981

15. TELEPHONE NO. *(Include area code)*
(630)574-3000

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
See Item 14

CODE 4AAF3 | FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS: SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

20B. SIGNATURE

20C. OFFER DATE

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:
**SEE SCHEDULE**

22. AMOUNT
$14,816,245.00

23. ACCOUNTING AND APPROPRIATION DATA
See Schedule

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c)

26. ADMINISTERED BY CODE E3R0000
OPERATIONS DIVISION
USACE NEW YORK DISTRICT ATTN: CENAN-EN-OP
NEW YORK NY 10278

27. PAYMENT WILL BE MADE BY: CODE
USACE, FINANCE CENTER MILLINGTON
ATTN: CEFC-AO-P, ACCOUNTS PAYABLE BRANCH
5722 INTEGRITY DRIVE
MILLINGTON TN 38054-5005

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _______ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract.

☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

REF: W912DS-06-B-0005

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*
ELLA D SNELL / CHIEF, CONTRACTING DIVISION
TEL: 917-790-8070 EMAIL: ella.d.snell@usace.army.mil

30B. SIGNATURE

30C. DATE

31B. UNITED STATES OF AMERICA
BY [signature]

31C. AWARD DATE
29-Sep-2006

NSN 7540-01-155-3212 STANDARD FORM 1442 BACK (REV. 4-85)

G012834

G01010 12834

Section SF 30 - BLOCK 14 CONTINUATION PAGE

SF 1442 CONTINUATION SHEET

Contractor's Bid dated 9 May 2006 for $23,535, 270.00 for Items 0001-0009 is accepted.

ITEMS AWARDED

Items 0001, 0002, 0005, and 0006.

ACCOUNTING AND APPROPRIATION DATA

96 NA X 3123.0000 E3 X 08 2421 012550 96303 2520 HD2D5B=$5,102,187.00 (FEDERAL O & M FUNDS)
96 NA X 3123.0000 E3 X 08 2421 0WDLOC 96303 2520 50F726=$9,714,058.00 (NON-FEDERAL FUNDS)
TOTAL FUNDING=$14,816,245.00

ALLOCATION OF FUNDING

| CLIN | TOTAL CLIN COST | NON-FEDERAL SHARE | FEDERAL SHARE |
|---|---|---|---|
| 0001 | $ 945,000.00 | $ 400,000.00 | $ 545,000.00 |
| 0002 | $10,054,780.00 | $6,721,365.00 | $3,333,415.00 |
| 0005 | $ 1,338,950.00 | $ 909,608.00 | $ 429,342.00 |
| 0006 | $ 2,477,515.00 | $1,683,085.00 | $ 794,430.00 |
| TOTALS= | $14,816,245.00 | $9,714,058.00 | $5,102,187.00 |

Section 00010 - Solicitation Contract Form

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | | | | |
| | MOBILIZATION AND DEMOBILIZATION<br>FFP<br>Line Item Price $945,000.00<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE-6011-4023 | | | | |
| | | | | NET AMT | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AA | | 1 | Lump Sum | $400,000.00 | $400,000.00 |
| | Non Federal Funding<br>FFP<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE62727008 | | | | |
| | | | | NET AMT | $400,000.00 |

ACRN AA $400,000.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001AB | | 1 | Lump Sum | $545,000.00 | $545,000.00 |
| | Federal Funding<br>FFP<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE62727007 | | | | |
| | | | | NET AMT | $545,000.00 |
| | ACRN AB<br>CIN: 000000000000000000000000000000 | | | | $545,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | | | | |
| | DREDGING, PROCESSING, TRANSPORTATION,<br>FFP<br>Dredging, Processing, Transportation and Placement of Basic Work (Shoal #1)<br>Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Pierhead Federal Navigation Channel as shown on the contract drawings, File #872, page 3 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site. 170,420<br>Cubic Yards @ $59.00/cy = $10,054,780.00<br>FOB: Destination | | | | |
| | | | | NET AMT | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AA | | 1 | Lump Sum | $6,721,365.00 | $6,721,365.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $6,721,365.00

ACRN AA $6,721,365.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AB | | 1 | Lump Sum | $3,333,415.00 | $3,333,415.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $3,333,415.00

ACRN AB $3,333,415.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | Cubic Yard | | |

NOT USED
FFP
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 9,955 | Cubic Yard | $69.00 | $686,895.00 |

OPTION

OPTION 1
FFP
Dredging, Processing, Transportation and Placement (Shoal #1A)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 4 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $686,895.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | | | |

OPTION 2
FFP
Dredging, Processing, Transportation and Placement (Shoal #2)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 5 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
21,950 Cubic Yards @ $61.00/cy = $1,338,950.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 1 | Lump Sum | $909,608.00 | $909,608.00 |
| | Non Federal Funding<br>FFP<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE62727008 | | | | |
| | | | | NET AMT | $909,608.00 |

ACRN AA $909,608.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 1 | Lump Sum | $429,342.00 | $429,342.00 |
| | Federal Funding<br>FFP<br>FOB: Destination<br>PURCHASE REQUEST NUMBER: W16ROE62727007 | | | | |
| | | | | NET AMT | $429,342.00 |

ACRN AB $429,342.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | | | | |

OPTION 3
FFP
Dredging, Processing, Transportation and Placement (Shoal #3)
Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site. 40,615.00
Cubic Yards @ $61.00/cy = $2,477,515.00
FOB: Destination

NET AMT $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 1 | Lump Sum | $1,683,085.00 | $1,683,085.00 |

Non Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727008

NET AMT $1,683,085.00

ACRN AA $1,683,085.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 1 | Lump Sum | $794,430.00 | $794,430.00 |

Federal Funding
FFP
FOB: Destination
PURCHASE REQUEST NUMBER: W16ROE62727007

NET AMT $794,430.00

ACRN AB $794,430.00
CIN: 000000000000000000000000000000

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 19,160 | Cubic Yard | $60.00 | $1,149,600.00 |

OPTION

OPTION 4
FFP
Dredging, Processing, Transportation and Placement (Shoal #4)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $1,149,600.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 36,605 | Cubic Yard | $58.00 | $2,123,090.00 |

OPTION

OPTION 5
FFP
Dredging, Processing, Transportation and Placement (Shoal #5)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $2,123,090.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 84,990 | Cubic Yard | $56.00 | $4,759,440.00 |

OPTION

OPTION 6
FFP
Dredging, Processing, Transportation and Placement (Shoal #6)

Removal of material except ledge rock lying above the plane of minus 40 feet below mean low water plus 1 foot allowable overdepth from the Pt. Newark Federal Navigation Channel as shown on the contract drawings, File #872, page 6 of 7 and placement of dredged material at a contractor provided, Government approved upland disposal site.
FOB: Destination

NET AMT $4,759,440.00

<u>TOTALS:</u>

TOTAL BASE (CLIN 0001 and CLIN 0002).............................. ________________

TOTAL ALL OPTIONS (CLIN 0003 - CLIN 0009).................... ________________

**TOTAL BID PRICE (BASE PLUS ALL OPTIONS)................ ________________**

BIDDING INSTRUCTIONS:

**OFFLOADING, PROCESSING, AND DISPOSAL SITES INFORMATION (TO BE PROVIDED BY BIDDERS):**

**Name of Site(s)**____________________________________________

Name of POC(s)__________________________________

__________________________________

Address of Site(s)__________________________________

__________________________________

Telephone Number(s)__________________________________

__________________________________

NOTE 1: Bidders must bid on all items.

NOTE 2: Award of contract will be based on the lowest total price for the total of the Basic Work and Options 1, 2, 3, 4, 5, 6, and 7.

NOTE 3: All bidders are hereby advised that the quantities for placement in the price schedule are estimated and based on the survey data collected in June 15, 16, 28-30, July 5, 6, 8, 12, 13, 19, 20, 26, and 27 of 2005.

NOTE 4: The government may reject a bid as non–responsive if the prices bid are materially unbalanced between line items and if there is a reasonable doubt that the bid will result in the lowest overall cost to the government even though it may be the low bid.

NOTE 5: All options will be exercised, at the Government's discretion, within twenty-six (26) calendar days of receipt by the Contractor of the Notice to Proceed (Basic Work), if they are exercised at all. Even if exercised, the Options listed above may not be exercised in numerical order. If the Options are exercised, their performance periods will be consecutive.

NOTE 6: Bidders will identify their offloading, processing, and disposal sites with their bid. Bidders will write on all the blank lines provided on the Price Schedule the name(s) of the site(s), POC(s), address(es), and phone(s) of their site(s) included in that line item.

NOTE 7: Note that the 90-day rule may apply to this contract if the sediment testing and permitting are delayed. The "90-day" rule references 29CFR 1.6(c) (3) (iv) as set forth in FAR 22.404-6(b)(6) provides that if a contract to which a general wage determination has been applied is not awarded within 90 days after bid opening, any modification to that wage rate determination published prior to contract award shall be effective unless the agency obtains an extension of the 90-day period from the Administrator, US Department of Labor.

NOTE 8: The apparent low bidder shall submit the documents specified in Section 00800, Special Contract Requirements paragraph 1, Commencement, Prosecution and Completion of Work. If the Apparent low bidder does not submit the required information within 70 calendar days from the date the Apparent low bidder is notified of being the low bidder, the bidder will be considered non-responsible and it's bid will no longer be considered.

Section 00100 - Bidding Schedule/Instructions to Bidders

CLAUSES INCORPORATED BY FULL TEXT

52.214-5000 APPARENT CLERICAL MISTAKES (MAR 1995)--EFARS

(a) For the purpose of initial evaluations of bids, the following will be utilized in the resolving arithmetic discrepancies found on the face of bidding schedule as submitted by the bidder:

(1) Obviously misplaced decimal points will be corrected;

(2) Discrepancy between unit price and extended price, the unit price will govern;

(3) Apparent errors in extension of unit prices will be corrected;

(4) Apparent errors in addition of lump-sum and extended prices will be corrected.

(b) For the purpose of bid evaluation, the government will proceed on the assumption that the bidder intends his bid to be evaluated on basis of the unit prices, the totals arrived at by resolution of arithmetic discrepancies as provided above and the bid will be so reflected on the abstract of bids.

(c) These correction procedures shall not be used to resolve any ambiguity concerning which bid is low.

(End of statement)

Section 00700 - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-18 | Variation in Estimated Quantity | APR 1984 |
| 52.214-26 | Audit and Records--Sealed Bidding | OCT 1997 |
| 52.214-27 | Price Reduction for Defective Cost or Pricing Data - Modifications - Sealed Bidding | OCT 1997 |
| 52.214-28 | Subcontracting Cost Or Pricing Data--Modifications--Sealed Bidding | OCT 1997 |
| 52.214-29 | Order Of Precedence--Sealed Bidding | JAN 1986 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JUL 2005 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JUL 2005 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jul 2005) Alternate I | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-6 | Davis Bacon Act | JUL 2005 |
| 52.222-7 | Withholding of Funds | FEB 1988 |
| 52.222-8 | Payrolls and Basic Records | FEB 1988 |
| 52.222-9 | Apprentices and Trainees | JUL 2005 |
| 52.222-10 | Compliance with Copeland Act Requirements | FEB 1988 |
| 52.222-11 | Subcontracts (Labor Standards) | JUL 2005 |
| 52.222-12 | Contract Termination-Debarment | FEB 1988 |
| 52.222-13 | Compliance with Davis-Bacon and Related Act Regulations. | FEB 1988 |
| 52.222-14 | Disputes Concerning Labor Standards | FEB 1988 |
| 52.222-15 | Certification of Eligibility | FEB 1988 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-27 | Affirmative Action Compliance Requirements for Construction | FEB 1999 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |

| | | |
|---|---|---|
| 52.225-11 | Buy American Act--Construction Materials Under Trade Agreements | JAN 2006 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-4 | Patent Indemnity-Construction Contracts | APR 1984 |
| 52.228-11 | Pledges Of Assets | FEB 1992 |
| 52.228-14 | Irrevocable Letter of Credit | DEC 1999 |
| 52.228-15 | Performance and Payment Bonds--Construction | SEP 2005 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-5 | Payments under Fixed-Price Construction Contracts | SEP 2002 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-27 | Prompt Payment for Construction Contracts | SEP 2005 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.236-5 | Material and Workmanship | APR 1984 |
| 52.236-6 | Superintendence by the Contractor | APR 1984 |
| 52.236-7 | Permits and Responsibilities | NOV 1991 |
| 52.236-15 | Schedules for Construction Contracts | APR 1984 |
| 52.236-16 | Quantity Surveys | APR 1984 |
| 52.236-17 | Layout of Work | APR 1984 |
| 52.236-21 | Specifications and Drawings for Construction | FEB 1997 |
| 52.236-26 | Preconstruction Conference | FEB 1995 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-14 | Suspension of Work | APR 1984 |
| 52.243-4 | Changes | AUG 1987 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2004 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-12 | Inspection of Construction | AUG 1996 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.249-2 Alt I | Termination for Convenience of the Government (Fixed-Price) (May 2004) - Alternate I | SEP 1996 |
| 52.249-10 | Default (Fixed-Price Construction) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 252.236-7002 | Obstruction of Navigable Waterways | DEC 1991 |
| 252.236-7004 | Payment for Mobilization and Demobilization | DEC 1991 |
| 252.236-7008 | Contract Prices-Bidding Schedules | DEC 1991 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

| | | |
|---|---|---|
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | NOV 2005 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)

The Contractor shall be required to (a) commence work under this contract within 5 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work ready for use not later than 33 days. The time stated for completion shall include final cleanup of the premises.

(End of clause)

52.211-12 LIQUIDATED DAMAGES--CONSTRUCTION (SEP 2000)

(a) If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $2030.00 for each calendar day of delay until the work is completed or accepted.

(b) If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(End of clause)

52.211-18 VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated quantity and the actual quantity of the unit-priced item varies more than 15 percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variation above 115 percent or below 85 percent of the estimated quantity. If the quantity variation is such as to cause an increase in the time necessary for completion, the Contractor may request, in writing, an extension of time, to be received by the Contracting Officer within 10 days from the beginning of the delay, or within such further period as may be granted by the Contracting Officer before the date of final settlement of the contract. Upon the receipt of a written request for an extension, the Contracting Officer shall ascertain the facts and make an adjustment for extending the completion date as, in the judgement of the Contracting Officer, is justified.

52.219-4 NOTICE OF PRICE EVALUATION PREFERENCE FOR HUBZONE SMALL BUSINESS CONCERNS (JUL 2005)

(a) Definition. HUBZone small business concern, as used in this clause, means a small business concern that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

(b) Evaluation preference. (1) Offers will be evaluated by adding a factor of 10 percent to the price of all offers, except--

(i) Offers from HUBZone small business concerns that have not waived the evaluation preference; and

(ii) Otherwise successful offers from small business concerns.

(2) The factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors described in the solicitation shall be applied before application of the factor.

(3) A concern that is both a HUBZone small business concern and a small disadvantaged business concern will receive the benefit of both the HUBZone small business price evaluation preference and the small disadvantaged business price evaluation adjustment (see FAR clause 52.219-23). Each applicable price evaluation preference or adjustment shall be calculated independently against an offeror's base offer.

These individual preference amounts shall be added together to arrive at the total evaluated price for that offer.

(c) Waiver of evaluation preference. A HUBZone small business concern may elect to waive the evaluation preference, in which case the factor will be added to its offer for evaluation purposes. The agreements in paragraph (d) of this clause do not apply if the offeror has waived the evaluation preference.

___ Offeror elects to waive the evaluation preference.

(d) Agreement. A HUBZone small business concern agrees that in the performance of the contract, in the case of a contract for

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other HUBZone small business concerns;

(2) Supplies (other than procurement from a nonmanufacturer of such supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other HUBZone small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other HUBZone small business concerns.

(e) A HUBZone joint venture agrees that in the performance of the contract, the applicable percentage specified in paragraph (d) of this clause will be performed by the HUBZone small business participant or participants.

(f) A HUBZone small business concern nonmanufacturer agrees to furnish in performing this contract only end items manufactured or produced by HUBZone small business manufacturer concerns. This paragraph does not apply in connection with construction or service contracts.

(End of clause)

52.228-1 BID GUARANTEE (SEP 1996)

(a) Failure to furnish a bid guarantee in the proper form and amount, by the time set for opening of bids, may be cause for rejection of the bid.

(b) The bidder shall furnish a bid guarantee in the form of a firm commitment, e.g., bid bond supported by good and sufficient surety or sureties acceptable to the Government, postal money order, certified check, cashier's check, irrevocable letter of credit, or, under Treasury Department regulations, certain bonds or notes of the United States. The Contracting Officer will return bid guarantees, other than bid bonds, (1) to unsuccessful bidders as soon as practicable after the opening of bids, and (2) to the successful bidder upon execution of contractual documents and bonds (including any necessary coinsurance or reinsurance agreements), as required by the bid as accepted.-

(c) The amount of the bid guarantee shall be 20 percent of the bid price or $3,000,000, whichever is less.-

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of clause)

52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984)

The Contractor shall perform on the site, and with its own organization, work equivalent to at least 20 percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of clause)

52.236-4 PHYSICAL DATA (APR 1984)

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by . . . . . . . . . [insert a description of investigational methods used, such as surveys, auger borings, core borings, test pits, probings, test tunnels].

(b) Weather conditions . . . . . . . . . (insert a summary of weather records and warnings).

(c) Transportation facilities . . . . . . . . . (insert a summary of transportation facilities providing access from the site, including information about their availability and limitations.

(d) . . . . . . . . . . (insert other pertinent information).

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil
http://www.acq.osd.mil/dpap/dars/dfars/index.htm

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Federal Acquistion Regulation (48 CFR Chapter I) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.236-7001 CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not

relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

Title File Drawing No.
(SEE SECTION 00800, PARAGRAPH 5)

(End of clause)

252.247-7023 Transportation of Supplies by Sea (MAY 2002)

(a) Definitions. As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b)(1) The Contractor shall use U.S.-flag vessels when transporting any supplies by sea under this contract.

(2) A subcontractor transporting supplies by sea under this contract shall use U.S.-flag vessels if--

(i) This contract is a construction contract; or

(ii) The supplies being transported are--

(A) Noncommercial items; or

(B) Commercial items that--

(1) The Contractor is reselling or distributing to the Government without adding value (generally, the Contractor does not add value to items that it contracts for f.o.b. destination shipment);

(2) Are shipped in direct support of U.S. military contingency operations, exercises, or forces deployed in humanitarian or peacekeeping operations; or

(3) Are commissary or exchange cargoes transported outside of the Defense Transportation System in accordance with 10 U.S.C. 2643.

(c) The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(d) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(e) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Maritime Administration, Office of Cargo Preference, U.S. Department of Transportation, 400 Seventh Street SW., Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information:

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(f) The Contractor shall provide with its final invoice under this contract a representation that to the best of its knowledge and belief--

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

(g) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(h) In the award of subcontracts for the types of supplies described in paragraph (b)(2) of this clause, the Contractor shall flow down the requirements of this clause as follows:

(1) The Contractor shall insert the substance of this clause, including this paragraph (h), in subcontracts that exceed the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(2) The Contractor shall insert the substance of paragraphs (a) through (e) of this clause, and this paragraph (h), in subcontracts that are at or below the simplified acquisition threshold in part 2 of the Federal Acquisition Regulation.

(End of clause)

Section 00800 - Special Contract Requirements

SECTION 00900
General Decision Number: NJ030006 12/02/2005 NJ6

State: New Jersey sg 12/13/05

Construction Type: Heavy Dredging

Counties: Atlantic, Bergen, Camden, Cape May, Cumberland, Gloucester, Hudson, Mercer, Middlesex, Monmouth, Ocean, Salem and Union Counties in New Jersey.

STATEWIDE

All dredging except self-propelled hopper dredging on the Atlantic Coast and tributary waters emptying into the Atlantic Ocean

| Modification Number | Publication Date |
|---|---|
| 0 | 06/13/2003 |
| 1 | 05/21/2004 |
| 2 | 12/03/2004 |
| 3 | 05/06/2005 |
| 4 | 12/02/2005 |

* ENGI0025-001 10/01/2005

STATEWIDE

| | Rates | Fringes |
|---|---|---|
| Company Lead Dredgeman | | |
| Lead Dredgeman | $ 29.62 | 8.20+a+b |
| Dipper & Clamshell Dredge | | |
| Boat Captain | $ 23.70 | 7.60+a+b |
| Boat Master | $ 24.79 | 8.20+a+b |
| Deckhand, Tug Deckhand | $ 19.48 | 7.00+a+b |
| Engineer | $ 26.02 | 8.20+a+b |
| Maintenance Engineer | $ 25.14 | 7.60+a+b |
| Mate | $ 23.54 | 7.60+a+b |
| Oiler | $ 19.94 | 7.00+a+b |
| Operator | $ 29.62 | 8.20+a+b |
| Scowman | $ 19.43 | 7.00+a+b |
| Welder | $ 24.77 | 7.60+a+b |
| Diver | | |
| Diver | $ 41.53 | 6.87+a+b |
| Standby Diver | $ 27.85 | 6.87+a+b |
| Standby Tender | $ 23.26 | 6.27+a+b |
| Tender | $ 32.11 | 6.87+a+b |
| Drag Bucket Dredge | | |
| Deckhand | $ 16.17 | 5.25+a+b |
| Engineer | $ 21.41 | 6.45+a+b |
| Maintenance Engineer | $ 21.21 | 5.85+a+b |

Mate........................$ 19.82 5.85+a+b
Operator....................$ 25.09 6.45+a+b
Dredging Pipeline Cable-Laying
Control Tower Operator......$ 25.55 6.87+a+b
Diver Tender................$ 26.58 6.87+a+b
Diver.......................$ 42.42 6.87+a+b
Leverman....................$ 28.83 6.87+a+b
Line up Operator, End Prep..$ 18.47 5.67+a+b
Rigger......................$ 19.07 5.67+a+b
Drill Boats
Blaster.....................$ 23.81 6.45+a+b
Core Driller................$ 19.00 5.25+a+b
Driller.....................$ 23.55 6.45+a+b
Engineer....................$ 23.54 6.45+a+b
Machinist...................$ 23.30 5.85+a+b
Oiler.......................$ 20.46 5.25+a+b
Tug Captain.................$ 19.53 5.85+a+b
Tug Deckhand................$ 15.97 5.25+a+b
Tug Master..................$ 20.48 6.45+a+b
Welder......................$ 23.30 5.85+a+b
Engineer
1st.........................$ 25.55 6.87+a+b
2nd, 3rd and 4th............$ 25.23 6.87+a+b
Electrician.................$ 25.68 6.87+a+b
Electro Hydro Technician....$ 20.79 6.27+a+b
Tug Captain.................$ 23.44 6.87+a+b
Tug Master..................$ 26.80 6.87+a+b
Hydraulic Dredge
Asst. Fill Placer...........$ 23.35 8.20+a+b
Boat Captain................$ 23.70 7.60+a+b
Boat Master.................$ 24.78 8.20+a+b
Chief Mate..................$ 25.37 8.20+a+b
Chief Welder................$ 26.03 8.20+a+b
Deckhand....................$ 19.88 7.00+a+b
Engineer....................$ 25.47 8.20+a+b
Fill Placer.................$ 25.37 8.20+a+b
Janitor/Porter..............$ 19.04 7.00+a+b
Leverman....................$ 29.62 8.20+a+b
Maintenance Engineer........$ 25.14 7.60+a+b
Mate........................$ 23.54 7.60+a+b
Messman.....................$ 19.04 7.00+a+b
Night Cook..................$ 19.55 7.00+a+b
Oiler.......................$ 19.94 7.00+a+b
Shoreman....................$ 19.45 7.00+a+b
Spider Barge Operator.......$ 24.56 7.60+a+b
Steward.....................$ 23.49 8.20+a+b
Welder-Dredge...............$ 24.76 7.60+a+b
Tug Boats over 1000 H.P.
with master or captain
having license endorsed
for 200 miles off shore
Tug Captain.................$ 25.24 8.20+a+b
Tug Chief Engineer.........$ 24.50 7.60+a+b
Tug Deckhand...............$ 19.88 7.00+a+b

Tug Engineer..............$ 24.03 7.60+a+b

PREMIUMS: Additional 20% for hazardous material work

FOOTNOTES APPLICABLE TO ABOVE CRAFTS:

a. PAID HOLIDAYS: New Year's Day, Martin Luther King, Jr.'s Birthday, Memorial Day, Good Friday, Independence Day, Labor Day, Veterans' Day, Thanksgiving Day and Christmas Day

b. VACATION: Seven percent (7%) of the straight time rate multiplied by the total hours worked.

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

================================================================

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(ii)).

----------------------------------------------------------------
--

In the listing above, the "SU" designation means that rates listed under the identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

----------------------------------------------------------------
--

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter
* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in

G012858

which the survey was conducted because those Regional Offices have
responsibility for the Davis-Bacon survey program. If the response from this
initial contact is not satisfactory, then the process described in 2.) and
3.) should be followed.

With regard to any other matter not yet ripe for the formal process
described here, initial contact should be with the Branch of Construction
Wage Determinations. Write to:

Branch of Construction Wage Determinations

Wage and Hour Division

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board

U.S. Department of Labor

200 Constitution Avenue, N.W.

Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

END OF GENERAL DECISION

ACCOUNTING AND APPROPRIATION DATA

AA: 96 NA X 3123.0000 E3 X 08 2421 0WDLOC 96303 2520 50F726
AMOUNT: $9,714,058.00
CIN 000000000000000000000000000000: $9,714,058.00

AB: 96 NA X 3123.0000 E3 X 08 2421 012550 96303 2520 HD2D5B
AMOUNT: $5,102,187.00
CIN 000000000000000000000000000000: $5,102,187.00