IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-472C |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| Defendant, | ) | |
| and | ) | |
| DONJON MARINE COMPANY, INC., | ) | |
| Third-Party Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY TO TDM'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH THE COURT'S DECEMBER 13, 2007 DISCOVERY ORDER OR, IN THE ALTERNATIVE, AN EXTENSION OF TIME FOR THE GOVERNMENT TO RESPOND

Defendant, the United States, hereby moves for an enlargement of time within which to file its brief in reply to TDM's opposition to "Defendant's Motion To Compel Plaintiff's Compliance With The Court's December 13, 2007 Discovery Order Or, In The Alternative, An Extension Of Time For The Government To Respond." Defendant requests a modest enlargement of four days from March 24, 2008, the time now set, to and including March 28, 2008. Counsel for defendant has informed counsel for plaintiff of this motion, and plaintiff has indicated that it does not oppose this motion.

**Statement in Support of Motion**

Defendant seeks this enlargement so as to permit counsel for defendant an adequate amount of time to completely respond to all of the allegations contained in TDM's 28-page

opposition brief, which discusses 22 exhibits. Absent extraordinary circumstances, this enlargement of time is expected to be adequate to fully respond to TDM's brief.

**Conclusion**

For the reasons stated above, the defendant respectfully requests that this unopposed motion for enlargement be granted.

Dated: March 20, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for the United States

Of Counsel:
JOSHUA B. BRADY