IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Third-Party Defendant. | ) | No. 06-472C<br><br>Judge Thomas C. Wheeler |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS BRIEF IN REPLY TO TDM'S OPPOSITION TO THE DEFENDANT UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION AND IN OPPOSITION TO TDM'S CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION

Defendant, the United States, hereby moves for an enlargement of time within which to file its brief in reply to (1) TDM's Opposition To The Defendant United States' Motion For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction And In Opposition To TDM's Cross-Motions For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction and in opposition to (2) TDM's Cross-Motions For Partial Summary Judgment And To Strike The US' Motion. Defendant requests an enlargement of thirty days from March 31, 2008, the time now set, to and including April 30, 2008. Counsel for defendant has informed counsel for plaintiff of this motion, and plaintiff has indicated that although it does not consent to this motion, it does not object to this motion.

**Statement in Support of Motion**

Due to the length of TDM's brief and the voluminous exhibits attached thereto, defendant seeks this enlargement so as to permit counsel for defendant an adequate amount of time to completely evaluate and respond to all of the allegations contained in TDM's brief. Absent extraordinary circumstances, this enlargement of time is expected to be adequate to fully respond to TDM's brief.

**Conclusion**

For the reasons stated above, the defendant respectfully requests that this unopposed motion for enlargement be granted.

Dated: March 24, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Walter W. Brown by Joshua B. Brady

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for the United States

Of Counsel:
JOSHUA B. BRADY