# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br><br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | ) | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## TDM AMERICA LLC'S NOTICE OF MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT UNITED STATES' MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH THE COURT'S DECEMBER 17, 2007 DISCOVERY ORDER, OR, IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME FOR THE GOVERNMENT TO RESPOND

Please take notice that plaintiff TDM America, LLC ("TDM") respectfully moves this Court for leave to file a five-page sur-reply in opposition to the motion by defendant United States (the "US") to compel plaintiff's compliance with the Court's December 17, 2007 discovery order or, in the alternative, for an extension of time for the government to respond (the "US' motion"). This sur-reply is necessary to respond to exhibits the US included in its reply that were not included in its moving papers. Therefore, TDM did not have the opportunity to address those documents in its opposition to the US' motion. The sur-reply is submitted with this motion.

On March 31, 2008, counsel for TDM informed the US' counsel that TDM intends to file a sur-reply. The US indicated that it would not oppose TDM's filing of a sur-reply provided that

the sur-reply is directed to the declarations and information produced by the US since the filing of TDM's opposition to the instant motion.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: April 1, 2008

s/David W. Denenberg

David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884