IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| Plaintiff, | ) | No. 06-472C |
| v. | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| DONJON MARINE COMPANY, INC., | ) | |
| Third-Party Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS BRIEF IN REPLY TO TDM'S OPPOSITION TO THE DEFENDANT UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION AND IN OPPOSITION TO TDM'S CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION

Defendant, the United States, hereby moves for an enlargement of time within which to file its brief in reply to (1) TDM's Opposition To The Defendant United States' Motion For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction And In Opposition To TDM's Cross-Motions For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction and in opposition to (2) TDM's Cross-Motions For Partial Summary Judgment And To Strike The US' Motion. Defendant requests an enlargement of thirty days from April 30, 2008, the time now set, to and including May 30, 2008. Counsel for defendant has informed counsel for plaintiff of this motion, and plaintiff has indicated that it will oppose this motion.

**Statement in Support of Motion**

Defendant seeks this second enlargement of time so as to permit counsel for defendant additional time to evaluate completely and respond to all of the allegations contained in TDM's filing. Specifically, it has taken counsel for defendant more time than anticipated to adequately respond to TDM's 50-page brief and 45-page Proposed Findings of Uncontroverted Facts. Likewise, counsel for defendant is spending more time than anticipated to evaluate the 80 exhibits that were filed with TDM's brief. The additional time to some extent is necessitated by the fact that it appears that some of the exhibits are in some cases incomplete, in other cases conglomerations of two of more different documents, and sometimes misidentified. Nonetheless, absent extraordinary circumstances, this enlargement of time is expected to be adequate to fully respond to TDM's brief.

## Conclusion

For the reasons stated above, the defendant respectfully requests that this motion for enlargement be granted.

Dated: April 24, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for the United States

Of Counsel:
JOSHUA B. BRADY
Attorney
U.S. Department of Justice