# In the United States Court of Federal Claims

No. 06-472C

(Filed: May 13, 2008)

| | |
|---|---|
| ************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| | * |
| Third-Party Defendant. | * |
| | * |
| ************************************** | * |

**ORDER**

On April 24, 2008, Defendant filed a motion for an enlargement of 30 days to file its reply to Plaintiff's opposition to Defendant's motion for partial summary judgment. After carefully considering the arguments presented by the parties, the Court GRANTS Defendant's motion for good cause shown. Defendant shall file its reply brief on or before May 30, 2008. Further enlargements are unlikely to be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge