IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>DONJON MARINE COMPANY, INC.,<br><br>Third-Party Defendant. | ) | No. 06-472C<br><br>Judge Thomas C. Wheeler |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION IN ITS BRIEF IN REPLY TO TDM'S OPPOSITION TO THE DEFENDANT UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION AND IN OPPOSITION TO TDM'S CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION

Pursuant to Rule 5.3(b)(2), Defendant (the government) moves for leave to exceed the page limitation for its brief (1) in reply to TDM's Opposition To The Defendant United States' Motion For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction, and (2) in opposition to TDM's Cross-Motions For Partial Summary Judgment And To Strike The US' Motion. The government seeks to expand the page limitation from the 30 currently allowed by the rules of this Court to 55 pages.

The government requests this page-limit extension so that it can adequately address (1) all of the arguments presented in TDM's 50-page brief (and accompanying 45-page Proposed Findings of Uncontroverted Facts), and (2) the 80 exhibits asserted by TDM with regard to the 18 contracts-at-issue. The government anticipates that this extension will be adequate to address

all of the factual and legal issues raised by TDM, as well as to hopefully remove confusion about certain aspects of the contracts presented in TDM's brief.

TDM has been informed of this motion for leave and has indicated that it does not oppose the motion, but does not agree to it either. Specifically, TDM has indicated the following:

> TDM does not oppose the US' motion for leave to exceed the page limitation in its brief in reply to TDM's opposition to defendant the United States' motion for partial summary judgment for lack of subject matter jurisdiction and in opposition to TDM's cross-motion for partial summary judgment at to strike the US' motion (the "US' motion for leave"), but does not agree to it. The US advised TDM that the US' motion for leave is necessary because the US seeks to include information regarding submittals for each of the contracts at issue. TDM believes that this information should have been referenced in the US' initial moving papers as it was available to the US when the US initially filed its motion for partial summary judgment for lack of subject matter jurisdiction.

**Conclusion**

For the reasons stated above, the government respectfully requests that its motion for leave be granted.

Dated: May 15, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for the United States

Of Counsel:
JOSHUA B. BRADY
Attorney
U.S. Department of Justice