IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM AMERICA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-472C |
| v. | ) | |
| | ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DONJON MARINE COMPANY, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME OF ONE BUSINESS DAY TO FILE ITS BRIEF IN REPLY TO TDM'S OPPOSITION TO THE DEFENDANT UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION AND IN OPPOSITION TO TDM'S CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION

Defendant, the United States, hereby moves for a third enlargement of time of one business day within which to file its brief in reply to (1) TDM's Opposition To The Defendant United States' Motion For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction And In Opposition To TDM's Cross-Motions For Partial Summary Judgment For Lack Of Subject Matter Jurisdiction and in opposition to (2) TDM's Cross-Motions For Partial Summary Judgment And To Strike The US' Motion. Defendant requests an enlargement of one day from Friday, May 30, 2008, the time now set, to and including Monday, June 2, 2008. Counsel for defendant has informed counsel for plaintiff of this motion, and plaintiff has indicated that it will not oppose this motion as long as its time to reply is not affected.

**Statement in Support of Motion**

Defendant seeks this third enlargement of time so as to permit counsel for defendant one additional business day of time because lead counsel of record has suffered an injury at work this morning that required a hospital visit this afternoon for stitches. Due to this extraordinary circumstance, the government respectfully requests an additional one business day to respond up to and including Monday, June 2, 2008.

**Conclusion**

For the reasons stated above, the defendant respectfully requests that this motion for enlargement be granted.

Dated: May 30, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown by Joshua B. Brady
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorneys for the United States

Of Counsel:
JOSHUA B. BRADY
Attorney
U.S. Department of Justice