IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC, Plaintiff, | ) | Civil Action No. 06-472-C |
| v. | ) | |
| The United States of America Defendant, | ) | Judge Thomas C. Wheeler |
| and | ) | |
| Donjon Marine Company, Inc. Third-Party Defendant. | ) | |

**TDM'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ITS REPLY IN FURTHER SUPPORT OF ITS CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION**

Plaintiff TDM America, LLC ("TDM") respectfully submits this unopposed motion for an enlargement of time pursuant to RCFC 6 to file its reply the in further support of its cross-motions for partial summary judgment and to strike the US' motion. The return date is June 16, 2008 and TDM respectfully requests an additional four (4) days, enlarging the time to June 20, 2008. Counsel for TDM informed counsel for the US of this motion to enlarge time and the US indicated that it does not oppose this motion.

**Statement in Support of Motion**

The extension is necessary in order to address all of the allegations contained in the US' fifty-two page opposition.

## Conclusion

For the reasons stated above, TDM respectfully requests that this unopposed motion for enlargement be granted.

Respectfully submitted,

New York, New York
Dated: June 12, 2008

s/David W. Denenberg

David W. Denenberg
DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200 Ph
(212) 286-1884 Fax

*Attorneys for Plaintiff,*
*TDM America, LLC*