**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>and<br><br>Donjon Marine Company, Inc.,<br><br>Third-Party Defendant. | Civil Action No. 06-472 C<br><br>Judge Thomas C. Wheeler |

**TDM'S UNOPPOSED MOTION FOR LEAVE TO EXCEED**
**THE PAGE LIMITATION IN ITS REPLY BRIEF**

Plaintiff TDM America, LLC respectfully submits this unopposed motion pursuant to RCFC 5.2(b)(2) seeking leave of Court to file a reply brief in further support of its cross-motions for partial summary judgment and to strike the US' motion up to thirty-five pages in length. Counsel for TDM informed counsel for the US of this motion and the US indicated that it does not oppose this motion.

The additional pages are necessary to fully respond to all the issues contained in defendant United States' opposition to TDM's cross-motions for partial summary judgment and to strike the US' motion.

**Conclusion**

For the foregoing reasons, TDM respectfully requests that its motion for leave be granted.

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP
*Attorneys for Plaintiff*

Dated: June 12, 2008

s/David Denenberg
David W. Denenberg
Michael A. Adler
605 Third Avenue – 34 Fl
New York, NY 10158
Tel: (212) 557-7200
Fax: (212) 286-1884