# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TDM America, LLC, Plaintiff, v. The United States of America Defendant, and Donjon Marine Company, Inc. Interested Party. | ) | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

## DECLARATION OF DAVID W. DENENBERG IN FURTHER SUPPORT OF TDM AMERICA, LLC'S CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STRIKE THE US' MOTION

I, **DAVID W. DENENBERG**, under penalty of perjury, state:

1. I am an attorney on behalf of plaintiff TDM America, LLC ("TDM") in the above referenced litigation.

2. I am a member of the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in further support of TDM's cross-motions for partial summary judgment and to strike the motion for partial summary judgment by defendant United States ("US").

4. Attached as Exhibit 1 is a true and accurate copy of a document entitled Project Cooperation Agreement Between The Department of the Army and The Port Authority of New York and New Jersey for Construction of the Kill Van Kull and Newark Bay Channels New York and New Jersey dated January 13, 1999.

5. Attached as Exhibit 2 is a true and accurate copy of a document entitled Project Cooperation Agreement Between The Department of the Army and The Port Authority of New York and New Jersey for Construction of the New York and New Jersey Harbor Deepening Project dated May 28, 2004.

6. Attached as Exhibit 3 is a true and accurate copy of the cover page and an excerpt from the Brief for Defendant-Cross Appellant, United States Court of Appeals for the Federal Circuit, Sevenson Environmental Services, Inc. v. Shaw Environmental, Inc., 2006-1391,408.

Dated: New York, New York
June 20, 2008

s/David W. Denenberg
David W. Denenberg



00375922