# In the United States Court of Federal Claims

No. 06-472C

(Filed: June 24, 2008)

*************************************** *
*
TDM AMERICA, LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
DONJON MARINE COMPANY, INC., *
*
Third-Party Defendant. *
*
*************************************** *

## ORDER

The Court will hear oral argument on the parties' cross-motions for partial summary judgment on July 23, 2008, at 10:00 AM. Counsel for the parties are requested to present their oral arguments by telephone.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge