# In the United States Court of Federal Claims

No. 06-472C

(Filed: July 21, 2008)

*************************************** *

TDM AMERICA, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

DONJON MARINE COMPANY, INC.,

Third-Party Defendant.

*************************************** *

**AMENDED SCHEDULING ORDER**

As agreed upon by counsel for the parties, the July 23, 2008 oral argument on the parties' cross-motions for partial summary judgment is rescheduled for July 30, 2008, at 10:00 AM. Counsel for the parties are requested to present their oral arguments by telephone.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge