# In the United States Court of Federal Claims

No. 06-472C

(Filed: August 1, 2008)

*************************************** *
TDM AMERICA, LLC, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant, *
and *
DONJON MARINE COMPANY, INC., *
Third-Party Defendant. *
*************************************** *

**AMENDED SCHEDULING ORDER**

As agreed by counsel for the parties, the Court's August 15, 2008 telephone conference is rescheduled for September 5, 2008, at 10:00 AM. Counsel for the parties shall be prepared to discuss all outstanding discovery issues as well as a briefing schedule for claim construction. Fact discovery shall remain open until further notice from the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge