IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TDM America, LLC,<br>Plaintiff,<br>v.<br>The United States of America<br>Defendant,<br>and<br>Donjon Marine Company, Inc.<br>Interested Party. | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**DECLARATION OF RICK R. REDLE IN SUPPORT OF TDM AMERICA, LLC'S MOTION FOR A PROTECTIVE ORDER QUASHING THE UNITED STATES OF AMERICA'S NOTICE OF RULE 30(b)(6) DEPOSITION TO PLAINTIFF TDM AMERICA, LLC**

I, **RICK R. REDLE**, under penalty of perjury, state:

1. I am senior vice president of plaintiff TDM America, LLC ("TDM").

2. I make this declaration in support of TDM's motion for a protective order quashing the RCFC 30(b)(6) deposition notice of plaintiff TDM America, LLC by defendant United States (the "US").

3. TDM is a small company based in Texas with a handful of employees. It is difficult for the company both in terms of expense and time to produce witnesses across the country.

4. TDM already produced two witnesses on four separate dates for RCFC 30(b)(6) depositions throughout the course of this litigation. TDM also produced two additional

witnesses for RCFC 30(b)(1) depositions. Each time, TDM incurred significant travel expenses and hotel costs to make these witnesses available. Producing a witness again would force us to incur additional expenses and suffer substantial financial harm without any justifiable reason.

5. I testified regarding TDM's document production in this litigation. TDM furnished all documents and files related to this action and the patents-in-suit to its counsel for production. TDM has no written policy regarding document retention or document destruction. To the best of my knowledge, I further confirm that TDM has not destroyed any files or documents related to this action or the patents-in-suit.

WHEREFORE, I respectfully request that the requested relief be granted in its entirety.

Dated: New York, New York
August 29, 2008

Rick R. Redle



00377846