**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TDM America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>The United States of America<br><br>Defendant,<br>and<br><br>Donjon Marine Company, Inc.<br><br>Interested Party. | ) | Civil Action No. 06-472-C<br>Judge Thomas C. Wheeler |

**DECLARATION OF MICHAEL A. ADLER IN SUPPORT OF TDM AMERICA, LLC'S MOTION FOR A PROTECTIVE ORDER QUASHING THE UNITED STATES OF AMERICA'S NOTICE OF RULE 30(b)(6) DEPOSITION TO PLAINTIFF TDM AMERICA, LLC**

I, **MICHAEL A. ADLER**, under penalty of perjury, state:

1. I am an attorney on behalf of plaintiff TDM America, LLC ("TDM") in the above referenced litigation.

2. I am senior counsel with the law firm of Davidoff Malito & Hutcher LLP located at 605 Third Avenue, 34th Floor, New York, NY 10158.

3. I make this declaration in support of TDM's motion for a protective order quashing the United States' ("US") notice of RCFC 30(b)(6) deposition to plaintiff TDM America, LLC.

4. As set forth below, on at least two occasions I conferred in good faith with Walter W. Brown, counsel for the US, in an effort to resolve the impasse concerning the US' RCFC Rule 30(b)(6) notice of deposition to TDM.

5. On August 15, 2008, I conferred with Mr. Brown regarding why the US noticed TDM for a 30(b)(6) deposition on topics that the US already had an opportunity to address with TDM's 30(b)(6) witnesses on four prior occasions. TDM offered to provide informal discovery in the form of telephone conferences or declarations. Mr. Brown said he would need to get back to me.

6. Thereafter, David W. Denenberg and I telephoned Mr. Brown and again inquired why the US noticed TDM for a 30(b)(6) deposition on topics that the US already had an opportunity to address with TDM's 30(b)(6) witnesses. Mr. Brown responded that he did not think that the topics the US noticed were ever noticed before. We explained that the topics were covered and that the US' questions could be better answered by TDM through interrogatory responses or even informal discovery. Mr. Denenberg also sent a letter on August 20, 2008 repeating TDM's objections to the notice and again offering informal discovery or a declaration as a resolution to this impasse. (See Adler Dec. at Ex. O). Mr. Brown did not agree and, on August 25, 2008, sent a letter rejecting TDM's proposals for informal discovery. (See Adler Dec. at Ex. P.)

7. On August 29, 2008, I telephone Joshua Brady, counsel for the US to advise that TDM would be filing a motion for a protective order.

8. Exhibit A is a true and accurate copy of Notice of Rule 30(b)(6) Deposition to TDM America, LLC.

9. Exhibit B is a true and accurate copy of this Court's December 17, 2007 discovery order.

10. Exhibit C is a true and accurate copy of this Court's April 4, 2008 discovery order.

11. Exhibit D is a true and accurate copy of the transcript of the deposition of Irfan Toor dated September 4, 2007.

12. Exhibit E is a true and accurate copy of the transcript of the deposition of Franklin Scott Crawford dated September 5, 2007.

13. Exhibit F is a true and accurate copy of the transcript of the deposition of Rick R. Redle dated October 23, 2007.

14. Exhibit G is a true and accurate copy of the transcript of the deposition of Rick R. Redle dated March 14, 2007.

15. Exhibit H is a true and accurate copy of the transcript of the deposition of Ritchie Studer dated October 24, 2007.

16. Exhibit I is a true and accurate copy of the transcript of the deposition of Ritchie Studer dated March 14, 2007.

17. Exhibit J is a true and accurate copy of Notice of deposition of Rick Redle.

18. Exhibit K is a true and accurate copy of Notice of deposition of Ritchie G. Studer.

19. Exhibit L is a true and accurate copy of Notice of deposition of Dr. Irfan Toor.

20. Exhibit M is a true and accurate copy of Notice of deposition of Scott Crawford.

21. Exhibit N is a true and accurate copy of Notice of deposition pursuant to RCFC 30(b)(6).

22. Exhibit O is a true and accurate copy of a letter dated August 20, 2008 from David W. Denenberg to Walter W. Brown.

23. Exhibit P is a true and accurate copy of a letter dated August 25, 2008 from Walter W. Brown to David W. Denenberg.

Dated: New York, New York
August 29, 2008

s/Michael A. Adler
Michael A. Adler



00377840