# In the United States Court of Federal Claims

No. 06-472C

(Filed: September 5, 2008)

```
**************************************** *
                                         *
TDM AMERICA, LLC,                        *
                                         *
                  Plaintiff,             *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                  Defendant,             *
                                         *
and                                      *
                                         *
DONJON MARINE COMPANY, INC.,             *
                                         *
                  Third-Party Defendant. *
                                         *
**************************************** *
```

SCHEDULING ORDER

On September 5, 2008, the Court conducted a telephonic conference with the parties to discuss all outstanding discovery issues as well as a briefing schedule for claim construction in this patent infringement case. As agreed by counsel for the parties, all fact discovery shall be suspended effective October 15, 2008. On or before October 15, 2008, the parties shall complete any remaining informal interviews of Army Corps of Engineer personnel and any document production in progress. The parties may complete any other pending discovery by mutual agreement. The Court hereby dismisses Plaintiff's August 29, 2008 motion for a protective order without prejudice to its being refiled at a later date.

The schedule for claim construction pursuant to Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996) shall be as follows:

1. The parties shall file a joint claim construction statement setting forth each party's proposed claim constructions and those constructions on which the parties agree and disagree on or before October 3, 2008;

2. Each party shall file its opening claim construction brief, including an accompanying expert report if the party intends to present expert testimony, on or before November 4, 2008;

3. Each party shall file a reply claim construction brief and rebuttal expert report, if any, on or before December 5, 2008;

4. The Court will conduct a Markman hearing on January 8, 2009 at the National Courts Building, 717 Madison Place, NW in Washington, DC, beginning at 9:30 AM.

Further proceedings as necessary will be scheduled following the Markman hearing and the Court's ruling thereon. Any further discovery following the Court's claim construction ruling shall be permitted only upon application to the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge