# In the United States Court of Federal Claims

No. 06-472C

(Filed: September 11, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| TDM AMERICA, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| DONJON MARINE COMPANY, INC., | * |
| Third-Party Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

In clarification of the Court's September 5, 2008 Scheduling Order for claim construction pursuant to Markman v. Westview Instruments, Inc., 517 U.S. 370 (1996), the following section of the schedule is hereby amended:

1. The parties shall file a joint claim construction statement setting forth the proposed claim constructions on which the parties agree on or before October 3, 2008. The parties shall also indicate the constructions on which the parties disagree but need not provide proposed claim constructions on the areas of disagreement at that time.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge